| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON<br>KRISTEN A. PALUMBO |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | FRED NORTON<br>KIERAN P. RINGGENBERG | kristen.palumbo@bingham.com<br>(*pro hac vice applications to be submitted*) |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | DORIAN DALEY |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | DEBORAH K. MILLER<br>JAMES C. MAROULIS |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | ORACLE CORPORATION<br>500 Oracle Parkway |
| 10 | kringgenberg@bsfllp.com<br>(*pro hac vice applications to be submitted*) | M/S 5op7<br>Redwood City, CA 94070 |
| 11 | | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 12 | Attorneys for Plaintiffs Oracle USA, Inc. and<br>Oracle International Corp. | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 13 | | jim.maroulis@oracle.com<br>(*pro hac vice applications to be submitted*) |

|  |  |
|---|---|
| 15 | UNITED STATES DISTRICT COURT |
| 16 | DISTRICT OF NEVADA |

| | | |
|---|---|---|
| 18 | ORACLE USA, INC., a Colorado corporation;<br>and ORACLE INTERNATIONAL | CASE NO.  2:10-cv-00106-LRH-PAL |
| 19 | CORPORATION, a California corporation, | |
| 20 | Plaintiffs,<br>v. | **PLAINTIFFS' DISCLOSURE AND CERTIFICATE AS TO INTERESTED PARTIES PURSUANT TO FED. R. CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 7.1-1** |
| 21 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual;, | |
| 22 | | |
| 23 | Defendants. | |

A/73147938.1

1

**DISCLOSURE AND CERTIFICATE AS TO INTERESTED PARTIES**

Pursuant to Pursuant to Federal Rule of Civil Procedure 7.1(a) and Civil L.R. 7.1-1, the undersigned counsel certifies that the following have an interest in the outcome of this case:

1. All shareholders of publicly-held Oracle Corporation, which is the ultimate parent company of the Plaintiffs.
2. The members of the Board of Directors of Oracle Corporation: Larry Ellison, Jeff Henley, Charles Phillips, Safra Catz, Dr. Michael J. Boskin, Jeffrey Berg, George H. Conrades, Donald L. Lucas, Hector Garcia-Molina, H. Raymond Bingham, Naomi O. Seligman, and Bruce Chizen.
3. Oracle Corporation wholly owns, through one or more of its privately-held wholly-owned subsidiaries, the Plaintiffs in this action: Oracle USA, Inc. and Oracle International Corporation.

No other publicly held corporation owns 10% or more of the stock in either of the Plaintiffs. These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED: January 25, 2010         BOIES SCHILLER & FLEXNER LLP


By: /s/ Richard J. Pocker
Richard J. Pocker
Attorneys for Plaintiffs
Oracle USA, Inc. and Oracle International Corp.

A/73147938.1

2