| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>Richard J. Pocker, Esq. (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | SNELL & WILMER L.L.P.<br>Aaron D. Ford, Esq.  (Nevada Bar No. 7704)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada  89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>aford@swlaw.com |
| BOIES, SCHILLER & FLEXNER LLP<br>Steven C. Holtzman, Esq.<br>Fred Norton, Esq.<br>Kieran P. Ringgenberg, Esq.<br>1999 Harrison Street, Suite 900<br>Oakland, California 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com<br>*(pro hac vice applications to be submitted)* | SNELL & WILMER L.L.P.<br>Dan W. Goldfine, Esq.<br>One Arizona Center<br>400 East Van Buren<br>Phoenix, Arizona 85004-2202<br>Telephone: (800) 382-6000<br>Facsimile: (602) 322-0430<br>dgoldfine@swlaw.com<br>*(pro hac vice application to be submitted)* |
| BINGHAM MCCUTCHEN LLP<br>Geoffrey M. Howard, Esq. (SBN 157468)<br>Thomas S. Hixson, Esq.<br>Kristen A. Palumbo, Esq.<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br>*(pro hac vice applications to be submitted)* | Jonathan M. Jacobson, Esq.<br>Chul Pak, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>JJacobson@wsgr.com<br>CPak@wsgr.com<br>*(pro hac vice applications to be submitted)* |
| ORACLE CORPORATION<br>Dorian Daley, Esq.<br>Deborah K. Miller, Esq.<br>James C. Maroulis, Esq.<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, California 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br>*(pro hac vice applications to be submitted)*<br><br>*Attorneys for Plaintiffs*<br>*ORACLE USA, INC. and ORACLE*<br>*INTERNATIONAL CORPORATION* | WILSON SONSINI GOODRICH & ROSATI<br>David S. Steuer<br>Michael B. Levin, Esq.<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>DSteuer@wsgr.com<br>MLevin@wsgr.com<br>*(pro hac vice applications to be submitted)*<br><br>*Attorneys for Defendants*<br>*RIMINI STREET, INC. and SETH RAVIN* |

11137667

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS RIMINI STREET, INC. AND SETH RAVIN TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF** |

IT IS HEREBY STIPULATED, by and among Plaintiffs Oracle USA, Inc. and Oracle International Corporation ("Plaintiffs") and Defendants Rimini Street, Inc. and Seth Ravin ("Defendants") that Defendants shall have up to and including March 29, 2010 to answer or otherwise respond to the Complaint for Damages and Injunctive Relief filed in this action.

IT IS FURTHER STIPULATED that Defendants shall not oppose a request from Plaintiffs for a reasonable extension of time to respond to any answer or other filing by Defendants in response to the Complaint for Damages and Injunctive Relief filed in this action.

The parties affirm that this stipulation and request for extension of time is not being made for purposes of delay or harassment.

Dated: February 1, 2010

| SNELL & WILMER L.L.P. | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Aaron D. Ford<br>    Aaron D. Ford, Esq. (NVBN 7704)<br>    3883 Howard Hughes Parkway, 11th Fl.<br>    Las Vegas, Nevada 89169<br>    Telephone: (702) 784-5200<br>    Facsimile: (702) 784-525<br>    afford@swlaw.com<br><br>*Attorneys for Defendants* | By: /s/ Richard J. Pocker<br>    Richard J. Pocker, Esq. (NVBN 3568)<br>    300 South Fourth Street, Suite 800<br>    Las Vegas, Nevada 89101<br>    Telephone: (702) 382-7300<br>    Facsimile: (702) 382-2755<br>    rpocker@bsfllp.com<br><br>*Attorneys for Plaintiffs* |

1 **ORDER**

2 IT IS SO ORDERED.

3 DATED: _____, 2010.

_____
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February, 2010, I served the foregoing document on the following individuals by U.S. Mail:

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>Richard J. Pocker, Esq. (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, Nevada 89101 | Jonathan M. Jacobson, Esq.<br>Chul Pak, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019 |
| BOIES, SCHILLER & FLEXNER LLP<br>Steven C. Holtzman, Esq.<br>Fred Norton, Esq.<br>Kieran P. Ringgenberg, Esq.<br>1999 Harrison Street, Suite 900<br>Oakland, California 94612 | David S. Steuer, Esq.<br>Michael B. Levin, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>650 Page Mill Road<br>Palo Alto, California 94304-1050 |
| BINGHAM MCCUTCHEN LLP<br>Geoffrey M. Howard, Esq. (SBN 157468)<br>Thomas S. Hixson, Esq.<br>Kristen A. Palumbo, Esq.<br>Three Embarcadero Center<br>San Francisco, California 94111-4067 | *Attorneys for Defendants*<br>*RIMINI STREET, INC. and SETH RAVIN* |

ORACLE CORPORATION
Dorian Daley, Esq.
Deborah K. Miller, Esq.
James C. Maroulis, Esq.
500 Oracle Parkway, M/S 5op7
Redwood City, California 94070

*Attorneys for Plaintiffs*
*ORACLE USA, INC. and ORACLE INTERNATIONAL CORPORATION*

　　　　　　　　　　　　　　　　　/s/ Jeanne Forrest
　　　　　　　　　　　　　　　An employee of Snell & Wilmer LLP