1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation, et al.          )

        Plaintiff,          )

        vs.          )

RIMINI STREET, INC., a Nevada corporation; SETH          )
RAVIN, an individual          )

        Defendant(s).          )
                  )

Case #  2:10-CV-106

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____Kristen A. Palumbo_____, Petitioner, respectfully represents to the Court:

1.    That Petitioner resides at _____San Francisco, CA_____.
                                                (city)

___San Francisco___,   ___California___.
    (county)                (state)

2.    That Petitioner is an attorney at law and a member of the law firm of

___Bingham McCutchen LLP___ with offices at

___3 Embarcadero Center___,
                            (street address)

___San Francisco, CA___,  ___94111___,  ___(415) 393-2000___.
    (city)                (zip code)      (area code + telephone number)

___kristen.palumbo@bingham.com___.
    *(Email address)*

3.      That Petitioner has been retained personally or as a member of the law firm by

Oracle USA, Inc. and Oracle International Corporation   to provide legal representation in connection with

[client(s)]

the above-entitled case now pending before this Court.

4.      That since _____December 3, 2001_____, Petitioner has been and presently is a member

(date)

in good standing of the bar of the highest Court of the State of_____California_____

(state)

where Petitioner regularly practices law.

5.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| US District Court, Northern District of California | 12/14/2001 | 215857 |
| US District Court, Central District of California | 01/02/2002 | 215857 |
| US District Court, Southern District of California | 01/02/2002 | 215857 |
| US District Court, Eastern District of California | 01/02/2002 | 215857 |
| US Court of Appeals, Ninth Circuit | 04/17/2002 | 215857 |
|  |  |  |
|  |  |  |
|  |  |  |

6.      That there are or have been no disciplinary proceedings instituted against Petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

No

2

7.    Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8.    That Petitioner is a member of good standing in the following Bar Associations:

American Bar Association, 00867441
Bar Association of San Francisco, 215857

9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  | (see attached) |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

10.   Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.   Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.   Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                                    _____
                                                                    Petitioner's Signature

5

6  STATE OF _____California_____ )

7  COUNTY OF ____San Francisco____ )

8         ____Kristen A. Palumbo____, Petitioner, being first duly sworn, deposes and says:

9

10  That the foregoing statements are true.

11                                                                  _____
                                                                    Petitioner's Signature

12

13  Subscribed and sworn to before me this

    4th   day of   February , 2010 .

14  _____
                Notary public or Clerk of Court

15              EILEEN L. FRANKLYN
                Notary Public, State of New York
16                  No. 01FR1303130
                 Qualified in Queens County
17          Commission Expires March 30, 2011

18                  **DESIGNATION OF RESIDENT ATTORNEY**
                    **ADMITTED TO THE BAR OF THIS COURT**
19                     **AND CONSENT THERETO.**

20      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

21  believes it to be in the best interests of the client(s) to designate ____Richard J. Pocker____,

22  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

23  above-entitled Court as associate residence counsel in this action.  The address of said designated

24  Nevada counsel is:

25  ┌─────────────────────────────────────────────────────────────────
    │ Boies, Schiller & Flexner, LLP
26  │ 300 South Fourth Street, Suite 800, Las Vegas, NV  89101
    │ 702.382.7300
27  └─────────────────────────────────────────────────────────────────
                    (Street, City, State, Zip Code and Telephone No.)

28

                                        4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____ Richard J. Pocker _____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____   3568
Designated Resident Nevada Counsel's Signature     Bar number

APPROVED:

DATED this 10th day of February, 2010.

Rev 07,06

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

## STATEMENT OF ADDITIONAL APPLICATIONS

| Date | Applicant | Cause | Title of Court | Granted? |
| --- | --- | --- | --- | --- |
| 8/25/09 | Geoffrey M. Howard | Oracle USA, Inc. v. SAP 07-CV-01658 PJH (EDL) | USDC Nevada | Yes (8/27/09) |
| 8/25/09 | Lucia Macdonald | Oracle USA, Inc. v. SAP 07-CV-01658 PJH (EDL) | USDC Nevada | Yes (8/27/09) |
| 8/25/09 | Chad Russell | Oracle USA, Inc. v. SAP 07-CV-01658 PJH (EDL) | USDC Nevada | Yes (8/27/09) |