1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
                             **DISTRICT OF NEVADA**
7
8   ORACLE USA, INC., a Colorado corporation, et al.  )   Case # 2:10-cv-00106-LRH-PAL
                                                      )
9             Plaintiff,                              )
                                                      )   **VERIFIED PETITION FOR**
10          vs.                                       )   **PERMISSION TO PRACTICE**
                                                      )   **IN THIS CASE ONLY BY**
11                                                    )   **ATTORNEY NOT ADMITTED**
    RIMINI STREET, INC., a Nevada corporation; SETH   )   **TO THE BAR OF THIS COURT**
12  RAVIN, an individual                              )   **AND DESIGNATION OF**
                                                      )   **LOCAL COUNSEL**
13                                                    )
              Defendant(s).                           )   EFFECTIVE JUNE 1, 2004
14  _____ )   FILING FEE IS $175.00

15
16          _____Fred Norton_____, Petitioner, respectfully represents to the Court:
17
18      1.   That Petitioner resides at _____Berkeley_____
                                                  (city)
19  ____Alameda____,                         ____California____
          (county)                                 (state)
20
21
22      2.   That Petitioner is an attorney at law and a member of the law firm of
23              _____Boies, Schiller & Flexner, LLP_____ with offices at
24                      1999 Harrison Street, Suite 900
                              (street address)
25      Oakland, CA                              96412              (510) 874-1000
         (city)                                (zip code)       (area code + telephone number)
26          fnorton@bsfllp.com
27          *(Email address)*
28

3. That Petitioner has been retained personally or as a member of the law firm by <u>Plaintiffs Oracle USA, Inc. and Oracle Intl. Corp.</u> to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since <u>5/9/03</u>, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of <u>California</u>
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Central District of California | 12/20/05 | |
| Northern District of California | 4/10/07 | |
| Southern District of California | 4/17/07 | |
| Eastern District of California | 4/16/07 | |
| U.S. Court of Appeals for the Ninth Circuit | 6/23/06 | |
| California Supreme Court | 5/9/03 | 224725 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

California

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Case 2:10-cv-00106-LRH-VCF   Document 16   Filed 02/16/10   Page 4 of 6

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF ____California____ )
                            )
COUNTY OF ____Alameda____   )

____Fred Norton____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

__1st__ day of __February__, __2010__.

_____
Notary public or Clerk of Court

JESSICA CHAVEZ
Commission # 1823773
Notary Public - California
Alameda County
My Comm. Expires Nov 25, 2012

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Richard J. Pocker____, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

BOIES, SCHILLER & FLEXNER LLP, RICHARD J. POCKER (NV Bar No. 3568), 300 South Fourth Street, Suite 800, Las Vegas, NV 89101, Telephone: (702) 382-7300

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Richard J. Pocker_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____  3568
Designated Resident Nevada Counsel's Signature   Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07,06

## CERTIFIED LIST OF PRIOR APPEARANCES OF PETITIONER AND/OR PETITIONER'S OFFICE PURSUANT TO L.R. IA 10-2(j)

I am a member of the Oakland office of the law firm, Boies, Schiller & Flexner, LLP, located at 1999 Harrison Street, Suite 900, Oakland, California. Prior to the filing of the instant action, I hereby certify that I have not previously appeared in the United States District Court, District of Nevada. I further certify that, to the best of my knowledge, no member of the Oakland office of Boies, Schiller & Flexner, LLP, has appeared before the United States District Court, District of Nevada in the preceding three years.

Dated: 2/1/2010

Fred Norton