1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq.
Eric Buresh, Esq.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com
*(pro hac vice applications to be submitted)*

Robert H. Reckers, Esq.
600 Travis Street, Suite 1600
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com
*(pro hac vice application to be submitted)*

SNELL & WILMER L.L.P.
Aaron D. Ford, Esq. (Nevada Bar No. 7704)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada   89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
aford@swlaw.com


*Attorneys for Defendants*
*RIMINI STREET, INC. and SETH RAVIN*

WILSON SONSINI GOODRICH & ROSATI
Jonathan M. Jacobson, Esq.
1301 Avenue of the Americas, 40th Floor
New York, New York, 110019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
jjacobson@wsgr.com
*(pro hac vice applications to be submitted)*

Michael B. Levin, Esq.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493- 9300
Facsimile: (650) 493 - 6811
mlevin@wsgr.com
*(pro hac vice application to be submitted)*

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation;
and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation;
SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**DEFENDANTS' DISCLOSURE AND
CERTIFICATE AS TO INTERESTED
PARTIES PURSUANT TO FED. R.
CIVIL PROCEDURE 7.1 AND CIVIL
LOCAL RULE 7.1-1**

## DISCLOSURE AND CERTIFICATE AS TO INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Civil L.R. 7.1-1, the undersigned counsel certifies that the following have an interest in the outcome of this case:

1.      Defendant Seth A. Ravin, an individual.

2.      All shareholders of Defendant Rimini Street Inc., a privately-held Nevada corporation.

No publicly held corporation owns 10% or more of the stock in Rimini Street Inc. These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

| DATED:        March __, 2010 | GREENBERG TRAURIG |
|---|---|
| | By:      /s/: Leslie S. Godfrey  <br> Mark G. Tratos, Esq. (Nevada Bar No. 1086) <br> Brandon Roos, Esq. (Nevada Bar No. 7888) <br> Leslie Godfrey, Esq. (Nevada Bar No. 10229) <br> 3773 Howard Hughes Parkway <br> Suite 400 North <br> Las Vegas, NV 89169 <br>       Attorney for Defendants <br>       Rimni Street, Inc. and Seth Ravin |

2

DEFENDANTS' DISCLOSURE AND CERTIFICATE AS TO INTERESTED PARTIES

310495v1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the __th day of March, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By:      **/s/: Leslie S. Godfrey**
Leslie Godfrey, Esq.
Attorney for Defendants
Rimini Street, Inc. and Seth Ravin

DEFENDANTS' DISCLOSURE AND CERTIFICATE AS TO INTERESTED PARTIES

310495v1