Aaron D. Ford
Nevada Bar No. 7704
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: aford@swlaw.com

*Attorneys for Defendants SETH RAVIN AND RIMINI STREET, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, a German corporation, et al.,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANTS SETH RAVIN'S AND RIMINI STREET, INC.'S NOTICE OF WITHDRAWAL OF AARON D. FORD AS ATTORNEY** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Notice is hereby given that Aaron D. Ford ("Ford") has withdrawn as counsel for Defendants Seth Ravin ("Ravin") and Rimini Street ("Rimini Street").

DATED this 1st day of April, 2010.

                    SNELL & WILMER L.L.P.

                    By: /s/Aaron D. Ford
                    Aaron D. Ford, Esq. (SBN 7704)
                    3883 Howard Hughes Parkway, Suite 1100
                    Las Vegas, Nevada 89169
                    Telephone: (702) 784-5200
                    Facsimile: (702) 784-5252
                    *Attorneys for Defendants Seth Ravin and Rimini Street, Inc.*

11353679

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of April, 2010, I electronically transmitted the foregoing **DEFENDANTS SETH RAVIN'S AND RIMINI STREET, INC.'S NOTICE OF WITHDRAWAL OF AARON D. FORD AS ATTORNEY** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ Jeanne Forrest
An employee of Snell & Wilmer L.L.P.

Snell & Wilmer L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200