# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al., | ) |
|              Plaintiffs, | ) Case No. 2:10-cv-00106-LRH-PAL |
| vs. | ) **ORDER** |
| SAP AG, et al., | ) (Notice to Withdraw - Dkt. #32) |
|              Defendants. | ) |

This matter is before the court on a Notice to Withdraw as Attorney (Dkt. #32), which the Clerk of Court docketed as a motion. Local Rule IA 10-6(b) provides, "No attorney may withdraw after appearing except by leave of court after notice served on the affected client and opposing counsel." Id. Aaron D. Ford seeks to withdraw as counsel of record for Defendants Seth Ravin and Rimini Street, Inc. The Notice is not supported by an affidavit of counsel or points and authorities and does not state a reason for the requested withdrawal. It also does not provide the last known address for Defendants Ravin and Rimini Street, nor does it appear that the Notice was served on Ravin or Rimini Street.

Accordingly,

**IT IS ORDERED** that the Motion to Withdraw as Attorney of Record (Dkt. #32) is DENIED WITHOUT PREJUDICE.

Dated this 5th day of April, 2010.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE