| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>Richard J. Pocker, Esq. (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | SHOOK HARDY & BACON LLP<br>B. Trent Webb, Esq.<br>Eric Buresh, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br>eburesh@shb.com<br>*(pro hac vice applications to be submitted)* |
| BOIES, SCHILLER & FLEXNER LLP<br>Steven C. Holtzman, Esq.<br>Fred Norton, Esq.<br>Kieran P. Ringgenberg, Esq.<br>1999 Harrison Street, Suite 900<br>Oakland, California 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com<br>*(pro hac vice applications to be submitted)* | Robert H. Reckers, Esq.<br>600 Travis Street<br>Houston Texas, 77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com<br>*(pro hac vice application to be submitted)*<br><br>SNELL & WILMER L.L.P.<br>Dan W. Goldfine, Esq.<br>One Arizona Center<br>400 East Van Buren<br>Phoenix, Arizona 85004-2202<br>Telephone: (800) 382-6000<br>Facsimile: (602) 322-0430<br>dgoldfine@swlaw.com<br>*(pro hac vice application to be submitted)* |
| BINGHAM MCCUTCHEN LLP<br>Geoffrey M. Howard, Esq. (SBN 157468)<br>Thomas S. Hixson, Esq.<br>Kristen A. Palumbo, Esq.<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br>*(pro hac vice applications to be submitted)* | Jonathan M. Jacobson, Esq.<br>Chul Pak, Esq.<br>WILSON SONSINI GOODRICH & ROSATI<br>1301 Avenue of the Americas, 40th Floor<br>New York, NY 10019<br>Telephone: (212) 999-5800<br>Facsimile: (212) 999-5899<br>JJacobson@wsgr.com<br>CPak@wsgr.com<br>*(pro hac vice applications to be submitted)* |
| ORACLE CORPORATION<br>Dorian Daley, Esq.<br>Deborah K. Miller, Esq.<br>James C. Maroulis, Esq.<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, California 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br>*(pro hac vice applications to be submitted)*<br><br>*Attorneys for Plaintiffs*<br>*ORACLE USA, INC. and ORACLE*<br>*INTERNATIONAL CORPORATION* | WILSON SONSINI GOODRICH & ROSATI<br>David S. Steuer, Esq.<br>Michael B. Levin, Esq.<br>650 Page Mill Road<br>Palo Alto, California 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>DSteuer@wsgr.com<br>MLevin@wsgr.com<br>*(pro hac vice applications to be submitted)*<br><br>GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar. No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888) |

311445v1

| | |
|---|---|
| 1 | |
| 2 | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| 3 | 3773 Howard Hughes Parkway |
| 4 | Suite 400 North |
| 5 | Las Vegas, NV 89619 |
| 6 | Telephone: (702) 792-3773 |

Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89619
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfrey1@gtlaw.com

*Attorneys for Defendants*
*RIMINI STREET, INC. and SETH RAVIN*

311445v1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>　　　　　　　Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>**(1) EXTENDING TIME FOR PLAINTIFFS ORACLE USA, INC. AND ORACLE INTERNATIONAL CORPORATION TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT RIMINI STREET, INC.'S ANSWER AND COUNTERCLAIMS, and**<br><br>**(2) CONCERNING PLAINTIFFS' AMENDMENT OF THEIR COMPLAINT AND DEFENDANTS' PENDING MOTIONS TO DISMISS** |

　　　　IT IS HEREBY STIPULATED, by and among Plaintiffs Oracle USA, Inc. and Oracle International Corporation ("Plaintiffs") and Defendants Rimini Street, Inc. and Seth Ravin ("Defendants"), that Plaintiffs shall have up to and including May 7, 2010 to answer or otherwise respond to the Defendant Rimini Street, Inc.'s Answer and Counterclaims, filed on March 29, 2010.

　　　　IT IS FURTHER STIPULATED, by and among Plaintiffs and Defendants, that Plaintiffs shall amend their Complaint for Damages and Injunctive Relief on or before April 19, 2010. In light of Plaintiffs' stipulation to file an Amended Complaint, Defendants hereby withdraw their pending motions to dismiss, filed on March 29, 2010, without prejudice. Nothing in this stipulation shall be construed to waive or prejudice any right Defendants may have to re-assert the arguments and theories of their March 29, 2010 motions to dismiss, or to present any new arguments or theories, in response to Plaintiffs' Amended Complaint, and nothing in this stipulation shall be construed to waive or prejudice any right Plaintiffs may have to oppose any such arguments or theories.

/ / /

311445v1

The parties affirm that this stipulation and request for extension of time is not being made for purposes of delay or harassment.

Dated: April      , 2010

| GREENBERG TAURIG | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Mark G. Tratos<br>Mark G. Tratos, Esq. (NVBN 1086)<br>3773 Howard Hughes parkway<br>Suite 400 North<br>Las Vegas, NV 89619<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br><br>*Attorneys for Defendants* | By: /s/ Richard J. Pocker<br>Richard J. Pocker, Esq. (NVBN 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>*Attorneys for Plaintiffs* |

IT IS SO ORDERED:

_____
US DISTRICT COURT JUDGE

DATED: _____

311445v1