UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　　　　　Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>　　　　　　　　　Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND ORDER**<br><br>**(1) EXTENDING TIME FOR PLAINTIFFS ORACLE USA, INC. AND ORACLE INTERNATIONAL CORPORATION TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT RIMINI STREET, INC.'S ANSWER AND COUNTERCLAIMS, and**<br><br>**(2) CONCERNING PLAINTIFFS' AMENDMENT OF THEIR COMPLAINT AND DEFENDANTS' PENDING MOTIONS TO DISMISS** |

　　IT IS HEREBY STIPULATED, by and among Plaintiffs Oracle USA, Inc. and Oracle International Corporation ("Plaintiffs") and Defendants Rimini Street, Inc. and Seth Ravin ("Defendants"), that Plaintiffs shall have up to and including May 7, 2010 to answer or otherwise respond to the Defendant Rimini Street, Inc.'s Answer and Counterclaims, filed on March 29, 2010.

　　IT IS FURTHER STIPULATED, by and among Plaintiffs and Defendants, that Plaintiffs shall amend their Complaint for Damages and Injunctive Relief on or before April 19, 2010. In light of Plaintiffs' stipulation to file an Amended Complaint, Defendants hereby withdraw their pending motions to dismiss, filed on March 29, 2010, without prejudice. Nothing in this stipulation shall be construed to waive or prejudice any right Defendants may have to re-assert the arguments and theories of their March 29, 2010 motions to dismiss, or to present any new arguments or theories, in response to Plaintiffs' Amended Complaint, and nothing in this stipulation shall be construed to waive or prejudice any right Plaintiffs may have to oppose any such arguments or theories.

/ / /

1  The parties affirm that this stipulation and request for extension of time is not being made
2  for purposes of delay or harassment.

3  Dated: April    , 2010

| GREENBERG TAURIG | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Mark G. Tratos<br>Mark G. Tratos, Esq. (NVBN 1086)<br>3773 Howard Hughes parkway<br>Suite 400 North<br>Las Vegas, NV 89619<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br><br>*Attorneys for Defendants* | By: /s/ Richard J. Pocker<br>Richard J. Pocker, Esq. (NVBN 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>*Attorneys for Plaintiffs* |

IT IS SO ORDERED. DATED this 14th day of April, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE