| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle America, Inc. and Oracle International Corp. | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice application to be submitted*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>        Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**PLAINTIFFS' AMENDED DISCLOSURE AND CERTIFICATE AS TO INTERESTED PARTIES PURSUANT TO FED. R. CIVIL PROCEDURE 7.1 AND CIVIL LOCAL RULE 7.1-1** |

**AMENDED DISCLOSURE AND CERTIFICATE AS TO INTERESTED PARTIES**

Pursuant to Pursuant to Federal Rule of Civil Procedure 7.1(a) and Civil L.R. 7.1-1, the undersigned counsel certifies that the following have an interest in the outcome of this case:

1. "Oracle America, Inc." ("Oracle America"), a Delaware corporation with its principal place of business in Redwood City, California.  On February 15, 2010, Oracle USA, Inc. merged with and into Sun Microsystems, Inc.  Sun Microsystems, Inc., the surviving corporation, was then renamed "Oracle America, Inc."

2. All shareholders of publicly-held Oracle Corporation, which is the ultimate parent company of the Plaintiffs.

3. Oracle Corporation, which wholly owns, directly or through one or more of its privately-held wholly-owned subsidiaries, the Plaintiffs in this action:  Oracle America, Inc. and Oracle International Corporation.

No other publicly held corporation owns 10% or more of the stock in either of the Plaintiffs.  These representations are made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED:  April 19, 2010            BOIES SCHILLER & FLEXNER LLP


By: /s/ Richard J. Pocker
Richard J. Pocker
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 19th day of April, 2010, service of Plaintiffs' Amended Disclosure And Certificate As To Interested Parties was effected via the United States District Court e-filing system to the following:

SHOOK HARDY & BACON LLP
B. Trent Webb, Esq.
Eric Buresh, Esq.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers, Esq.
600 Travis Street
Houston Texas, 77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

SNELL & WILMER L.L.P.
Dan W. Goldfine, Esq.
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-2202
Telephone: (800) 382-6000
Facsimile: (602) 322-0430
dgoldfine@swlaw.com

Jonathan M. Jacobson, Esq.
Chul Pak, Esq.
WILSON SONSINI GOODRICH & ROSATI
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
JJacobson@wsgr.com
CPak@wsgr.com

WILSON SONSINI GOODRICH & ROSATI
David S. Steuer, Esq.
Michael B. Levin, Esq.
650 Page Mill Road
Palo Alto, California 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
DSteuer@wsgr.com
MLevin@wsgr.com

PLAINTIFFS' AMEND DISCLOSURE AND CERTIFICATE AS TO INTERESTED PARTIES

| | |
|---|---|
| 1 | GREENBERG TAURIG |
| | Mark G. Tratos, Esq. (Nevada Bar. No. 1086) |
| 2 | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| 3 | 3773 Howard Hughes Parkway |
| | Suite 400 North |
| 4 | Las Vegas, NV 89619 |
| | Telephone: (702) 792-3773 |
| 5 | Facsimile: (702) 792-9002 |
| | tratosm@gtlaw.com |
| 6 | roosb@gtlaw.com |
| | godfrey1@gtlaw.com |

/s/ Douglass A. Mitchell, Esq.
An employee of Boies, Schiller & Flexner

PLAINTIFFS' AMEND DISCLOSURE AND CERTIFICATE AS TO INTERESTED PARTIES