Aaron D. Ford
Nevada Bar No. 7704
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: aford@swlaw.com

*Attorneys for Defendants SETH RAVIN AND RIMINI STREET, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SAP AG, a German corporation, et al.,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

     Aaron D. Ford, Esq., of the law firm of Snell & Wilmer L.L.P., hereby moves to withdraw as attorney of record for Defendants Seth Ravin and Rimini Street, Inc. ("Defendants") in the above captioned matter. This motion is made pursuant to SCR 46, NRPC 1.16, LR IA 10-6(b) and LR IA 10-7 and is based upon the following points and authorities and the attached Affidavit of Aaron D. Ford, Esq.

**POINTS AND AUTHORITIES**

**I.  WITHDRAWAL IS APPROPRIATE.**

     LR IA 10-6 provides in relevant part that "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel." LR IA 10-7(a) provides that "[a]n attorney admitted to practice [in federal court] … shall adhere to the standards of conduct prescribed by the Model Rules of Professional Conduct as adopted and amended from time to time by the Supreme Court of Nevada." Nevada Supreme Court Rule

11353679

1  46 provides that "[t]he attorney in an action or special proceeding may be changed at any time
2  before judgment or final determination ... 2.

3      Upon the order of the court or judge thereof on the application of the attorney or the
4  client." Nevada Rules of Professional Conduct, Rule 1.16(b)(5) provides that a lawyer may
5  withdraw if the "client fails substantially to fulfill an obligation to the lawyer regarding the
6  lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the
7  obligation is fulfilled."

8      As shown by the Affidavit of Aaron D. Ford attached hereto as Exhibit A ("Ford Aff."),
9  withdrawal is appropriate in this case, as Defendants have retained and are represented by other
10 counsel.

11     Nevada law requires that the attorney include in an affidavit the last known address at
12 which the client may be served with notice of further proceedings in the case once the application
13 for withdrawal is granted. Defendants may be served with notice of further proceedings through
14 their current counsel:

   Leslie Godfrey, Esq.
   Greenberg Traurig
   3773 Howard Hughes Parkway, Suite 400 North
   Las Vegas, Nevada 89169
   Telephone: (702) 792-3773
   Facsimile: (702) 792-9002

   DATED this 20th day of April, 2010.

                                          SNELL & WILMER L.L.P.


                                          By: /s/Aaron D. Ford
                                              Aaron D. Ford, Esq. (SBN 7704)
                                              3883 Howard Hughes Parkway, Suite 1100
                                              Las Vegas, Nevada 89169
                                              Telephone: (702) 784-5200
                                              Facsimile: (702) 784-5252
                                              *Attorneys for Defendants Seth Ravin and
                                              Rimini Street, Inc.*

11353679                          - 2 -

## AFFIDAVIT OF AARON D. FORD

STATE OF NEVADA       )
                      ) ss.
COUNTY OF CLARK       )

AARON D. FORD, ESQ. being first duly sworn, deposes and says:

1. That I am an attorney duly licensed to practice law in the State of Nevada;

2. That I am an attorney with the law firm of Snell & Wilmer L.L.P.;

3. In December 2008, Snell & Wilmer agreed to represent Defendants in CASE NO. 2:10-cv-0106-LRH-PAL.

4. Defendants have since retained and are represented by other counsel, as follows:

> Leslie Godfrey, Esq.
> Greenberg Traurig
> 3773 Howard Hughes Parkway, Suite 400 North
> Las Vegas, Nevada 89169
> Telephone: (702) 792-3773
> Facsimile:  (702) 792-9002

FURTHER, YOUR AFFIANT SAYETH NAUGHT.

DATED this 20th day of April, 2010.

_____
Aaron D. Ford, Esq.

Signed and sworn to (or affirmed) before me the 20th day of April, 2010.

_____
Notary Public in and for said County and State

N. JEANNE FORREST
Notary Public State of Nevada
No. 05-94033-1
My appt. exp. Nov. 2, 2012

11353679

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of April, 2010, I electronically transmitted the foregoing **MOTION TO WITHDRAW AS COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/   Jeanne Forrest
An employee of Snell & Wilmer L.L.P.

11353679

- 4 -