# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., <br><br>                 Plaintiff, <br><br>vs. <br><br>SAP AG, et al., <br><br>                 Defendants. | Case No. 2:10-cv-00106-LRH-PAL <br><br>**ORDER** <br><br>(Mtn to Withdraw - Dkt. #38) |

This matter is before the court on a Motion to Withdraw as Counsel (Dkt. #38). Aaron D. Ford, Esq. of Snell & Wilmer L.L.P. seeks to withdraw as counsel of record for Defendants Seth Ravin and Rimini Street, Inc. The Motion, which is supported by an affidavit of counsel, represents that Defendants have retained Greenberg Traurig to represent them in this matter. Mr. Ford, therefore, seeks leave to withdraw as counsel of record.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. The Motion to Withdraw as Counsel for Plaintiff (Dkt. #38) is GRANTED.
2. Defendants shall continued to be represented by Greenberg Traurig.

Dated this 22nd day of April, 2010.

                                                        PEGGY A. LEEN <br>
                                                        UNITED STATES MAGISTRATE JUDGE