# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation, et al.

Plaintiff,

vs.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual

Defendant(s).

Case # 2:10-cv-00106-LRH-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

_____B. Trent Webb_____, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at _____Overland Park_____.
   (city)

   ___Johnson___, ___Kansas___.
   (county)      (state)

2. That Petitioner is an attorney at law and a member of the law firm of ___Shook, Hardy & Bacon L.L.P.___ with offices at ___2555 Grand Boulevard___,
   (street address)
   ___Kansas City___, ___64108___, ___(816) 474-6550___.
   (city)           (zip code)   (area code + telephone number)
   ___bwebb@shb.com___.
   *(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by <u>Defendants: Rimini Street, Inc. and Seth Ravin</u> to provide legal representation in connection with [client(s)] the above-entitled case now pending before this Court.

4. That since <u>10/2/1992</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>Missouri</u> (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| Western District of Missouri | 10/2/1992 | 40778 |
| District of Kansas | 4/23/1993 | 15965 |
| District of Nebraska | 2/2007 | |
| U.S. Court of Appeals for the Eighth Circuit | 9/22/2004 | |
| U.S. Court of Appeals for the Seventh Circuit | 5/27/2005 | |
| U.S Court of Appeals for the Federal Circuit | 4/2004 | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

Missouri Bar Association
Kansas Bar Association
United States Patent & Trademark Office

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | see attached | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF _____Missouri_____ )
                            )
COUNTY OF _____Jackson_____ )

_____B. Trent Webb_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this 26th day of April, 2010.

_____Caroline K. Schurle_____
Notary public or Clerk of Court

CAROLINE K. SCHURLE
My Commission Expires
June 9, 2012
Jackson County
Commission #08572716

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Mark G. Tratos_____, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

GREENBERG TRAURIG,
3773 Howard Hughes Parkway, Suite 400, Las Vegas, Nevada 89169;
Telephone: (702) 792-3773

(Street, City, State, Zip Code and Telephone No.)

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoints _____Mark G. Tratos_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)   SETH A. RAVIN

_____
(Party signature)

_____
(Party signature)

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____   1086
Designated Resident Nevada Counsel's Signature     Bar number

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev 07.06

# PRO HAC VICE ADMISSIONS - NEVADA
## Question 9 Attachment

| Date of App | Cause | Docket No. | Court | Attorney |
|---|---|---|---|---|
| Oct 2007 | Parker v. Upsher-Smith | 06-518 | Dist. Of Nevada | Mr. Adam R. Moore |
| Jul 2008 | 1st Media v. SCEA Inc. et al. | 2:07-CV-01589-JCM-RJJ | Dist. Of Nevada | Mr. Abran J. Kean |
| Jul 2008 | 1st Media v. SCEA Inc. et al. | 2:07-CV-01589-JCM-RJJ | Dist. Of Nevada | Mr. Eric A. Buresh |
| Nov 2008 | Parker v. Upsher-Smith Laboratories | 06-518 | Dist. Of Nevada | Mr. Mark C. Hegarty |
| Dec 2008 | Braegelmann v. GlaxoSmithKline | 08-1476 | Dist. Of Nevada | Ms. Ann S. Havelka |
| Dec 2008 | Braegelmann v. GlaxoSmithKline | 08-1476 | Dist. Of Nevada | Mr. Steven M. Thomas |
| Dec 2008 | Braegelmann v. GlaxoSmithKline | 08-1476 | Dist. Of Nevada | Ms. Madeleine M. McDonough |
| Jan 2009 | 1st Media v. SCEA Inc. et al. | 2:07-CV-01589-JCM-RJJ | Dist. Of Nevada | Mr. Basil Trent Webb |
| Feb 2009 | Parker v. Upsher-Smith Laboratories | 06-518 | Dist. Of Nevada | Mr. Douglas B. Maddock Jr. |

3928202 v1