**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ORACLE USA, INC., a Colorado corporation, et al

Plaintiff,

vs.

RIMINI STREET, a Nevada corporation; SETH RAVIN, an individual

Defendant(s).

Case # 2:10-cv-00106-LRH-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

Robert H. Reckers, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at Houston (city), Harris (county), Texas (state).

2. That Petitioner is an attorney at law and a member of the law firm of Shook, Hardy & Bacon L.L.P. with offices at 600 Travis, Suite 1600 (street address), Houston (city), 77002 (zip code), (713) 227-8008 (area code + telephone number). rreckers@shb.com *(Email address)*.

3. That Petitioner has been retained personally or as a member of the law firm by Defendants: Rimini Street, Inc. and Seth Ravin [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since 06-05-2003 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | *Bar Number* |
|---|---|---|
| Texas State Bar | 06-05-2003 | 24039520 |
| United States Court of Appeal: Federal Circuit | 04-28-2006 | |
| United States District Court of Texas - Southern District | 11 - 07 - 2003 | 35685 |
| United States District Court of Texas - Eastern District | 06 - 15 - 2006 | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8. That Petitioner is a member of good standing in the following Bar Associations:

Texas

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | see attached | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Petitioner's Signature

STATE OF Texas )
)
COUNTY OF Harris )

Robert H. Reckers, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

Petitioner's Signature

Subscribed and sworn to before me this 5th day of April, 2011.

DEBORAH K. FAULK
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
MARCH 22, 2010

Notary public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Mark G. Tratos, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

GREENBERG TRAURIG, 3773 Howard Hughes Parkway Suite 400 North
Las Vegas, NV 89169; Telephone: (702) 792-3773

(Street, City, State, Zip Code and Telephone No.)

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints Mark G. Tratos as his/her/their Designated Resident Nevada Counsel in this case.

(Party signature) SETH A. RAVIN

(Party signature)

(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's Signature — Bar number: 1086

APPROVED:

Dated: this ______ day of ______________, 20___.

UNITED STATES DISTRICT JUDGE

# PRO HAC VICE ADMISSIONS - NEVADA

## Question 9 attachment

| Date of App | Cause | Docket No. | Court | Attorney |
|---|---|---|---|---|
| Oct 2007 | Parker v. Upsher-Smith | 06-518 | Dist. Of Nevada | Mr. Adam R. Moore |
| Jul 2008 | 1st Media v. SCEA Inc. et al. | 2:07-CV-01589-JCM-RJJ | Dist. Of Nevada | Mr. Eric A. Buresh |
| Jul 2008 | 1st Media v. SCEA Inc. et al. | 2:07-CV-01589-JCM-RJJ | Dist. Of Nevada | Mr. Abran J. Kean |
| Nov 2008 | Parker v. Upsher-Smith Laboratories | 06-518 | Dist. Of Nevada | Mr. Mark C. Hegarty |
| Dec 2008 | Braegelmann v. GlaxoSmithKline | 08-1476 | Dist. Of Nevada | Ms. Ann S. Havelka |
| Dec 2008 | Braegelmann v. GlaxoSmithKline | 08-1476 | Dist. Of Nevada | Ms. Madeleine M. McDonough |
| Dec 2008 | Braegelmann v. GlaxoSmithKline | 08-1476 | Dist. Of Nevada | Mr. Steven M. Thomas |
| Jan 2009 | 1st Media v. SCEA Inc. et al. | 2:07-CV-01589-JCM-RJJ | Dist. Of Nevada | Mr. Basil Trent Webb |
| Feb 2009 | Parker v. Upsher-Smith Laboratories | 06-518 | Dist. Of Nevada | Mr. Douglas B. Maddock Jr. |

**CERTIFIED LIST OF PRIOR APPEARANCES OF PETITIONER AND/OR PETITIONER'S OFFICE PURSUANT TO L.R. IA 10-2(j)**

I am a member of the Houston office of the law firm of Shook, Hardy & Bacon LLP, located at 600 Travis Street, Suite 1600, Houston, Texas. Prior to the filing of the instant action, I hereby certify that I have not previously appeared in the United States District Court, District of Nevada. I further certify that, to the best of my knowledge, no member of the Houston office of Shook, Hardy & Bacon LLP, has appeared before the United States District Court, District of Nevada in the preceding three years.

Dated: 4-5-2010

Robert H. Reckers