1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
                         **DISTRICT OF NEVADA**
7

8  ORACLE USA, INC., a Colorado corporation, et al.   )   Case # 2:10-cv-00106-LRH-PAL

9                       Plaintiff,                     )
                                                       )   **VERIFIED PETITION FOR**
10           vs.                                       )   **PERMISSION TO PRACTICE**
                                                       )   **IN THIS CASE ONLY BY**
11                                                     )   **ATTORNEY NOT ADMITTED**
   RIMINI STREET, INC., a Nevada corporation; SETH     )   **TO THE BAR OF THIS COURT**
12 RAVIN, an individual                                )   **AND DESIGNATION OF**
                                                       )   **LOCAL COUNSEL**
13                                                     )
                    Defendant(s).                      )   **EFFECTIVE JUNE 1, 2004**
14  _____             )   **FILING FEE IS $175.00**

15

16          _____B. Trent Webb_____, Petitioner, respectfully represents to the Court:

17

18      1.    That Petitioner resides at _____Overland Park_____.
                                                    (city)
19
        _____Johnson_____, _____Kansas_____.
20         (county)                    (state)

21

22      2.    That Petitioner is an attorney at law and a member of the law firm of

23  _____Shook, Hardy & Bacon L.L.P._____ with offices at

24  _____2555 Grand Boulevard_____,

25  _____Kansas City_____ (street address) _____64108_____, _____(816) 474-6550_____.
       (city)                                    (zip code)        (area code + telephone number)
26  _____bwebb@shb.com_____.
27    *(Email address)*

28

3.      That Petitioner has been retained personally or as a member of the law firm by

Defendants: Rimini Street, Inc. and Seth Ravin _____ to provide legal representation in connection with

_____[client(s)]_____
the above-entitled case now pending before this Court.

4.      That since _____10/2/1992_____ , Petitioner has been and presently is a member
                          (date)
in good standing of the bar of the highest Court of the State of_____Missouri_____
                                                                        (state)
where Petitioner regularly practices law.

5.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Western District of Missouri | 10/2/1992 | 40778 |
| District of Kansas | 4/23/1993 | 15965 |
| District of Nebraska | 2/2007 | |
| U.S. Court of Appeals for the Eighth Circuit | 9/22/2004 | |
| U.S. Court of Appeals for the Seventh Circuit | 5/27/2005 | |
| U.S Court of Appeals for the Federal Circuit | 4/2004 | |

6.      That there are or have been no disciplinary proceedings instituted against Petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

7.   Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

No.

8.   That Petitioner is a member of good standing in the following Bar Associations:

Missouri Bar Association
Kansas Bar Association
United States Patent & Trademark Office

9.   Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | see attached | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

10.   Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.   Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.   Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                     Petitioner's Signature
5

6    STATE OF _____Missouri_____ )
                                    )
7    COUNTY OF _____Jackson_____ )

8         _____B. Trent Webb_____, Petitioner, being first duly sworn, deposes and says:

9    That the foregoing statements are true.
10
                                                     _____
11                                                   Petitioner's Signature

12   Subscribed and sworn to before me this

13   20th day of Apri, 2010.                         CAROLINE K. SCHURLE
14                                                   My Commission Expires
                                                     June 9, 2012
15        Notary public or Clerk of Court           Jackson County
                                                     Commission #08572716
16

17

18                    DESIGNATION OF RESIDENT ATTORNEY
                      ADMITTED TO THE BAR OF THIS COURT
19                         AND CONSENT THERETO.

20        Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

21   believes it to be in the best interests of the client(s) to designate _____Mark G. Tratos_____,

22   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

23   above-entitled Court as associate residence counsel in this action.  The address of said designated

24   Nevada counsel is:

25   _____
     GREENBERG TRAURIG,
26   3773 Howard Hughes Parkway, Suite 400, Las Vegas, Nevada 89169;
     Telephone: (702) 792-3773
27
                    (Street, City, State, Zip Code and Telephone No.)
28

                                        4

1

2      By this designation the Petitioner and undersigned party(ies) agree that this designation

3   constitutes agreement and authorization for the designated resident admitted counsel to sign

4   stipulations binding on all of us.

5

6                **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

7

8      The undersigned party(ies) appoints _____Mark G. Tratos_____ as

9   his/her/their Designated Resident Nevada Counsel in this case.

10

11  _____

12      (Party signature)    SETH A. RAVIN

13  _____
        (Party signature)

14  _____
        (Party signature)

15

16                        **CONSENT OF DESIGNEE**

17

18      The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

19

20  _____ 1086

21      Designated Resident Nevada Counsel's Signature    Bar number

22

23
    APPROVED:
24  DATED this 3rd day of May, 2010.

25

26

27  _____
        LARRY R. HICKS
28      UNITED STATES DISTRICT JUDGE

                          5                    Rev 07/06

# PRO HAC VICE ADMISSIONS - NEVADA
## Question 9 Attachment

| Date of App | Cause | Docket No. | Court | Attorney |
|---|---|---|---|---|
| Oct 2007 | Parker v. Upsher-Smith | 06-518 | Dist. Of Nevada | Mr. Adam R. Moore |
| Jul 2008 | 1st Media v. SCEA Inc. et al. | 2:07-CV-01589-JCM-RJJ | Dist. Of Nevada | Mr. Abran J. Kean |
| Jul 2008 | 1st Media v. SCEA Inc. et al. | 2:07-CV-01589-JCM-RJJ | Dist. Of Nevada | Mr. Eric A. Buresh |
| Nov 2008 | Parker v. Upsher-Smith Laboratories | 06-518 | Dist. Of Nevada | Mr. Mark C. Hegarty |
| Dec 2008 | Braegelmann v. GlaxoSmithKline | 08-1476 | Dist. Of Nevada | Ms. Ann S. Havelka |
| Dec 2008 | Braegelmann v. GlaxoSmithKline | 08-1476 | Dist. Of Nevada | Mr. Steven M. Thomas |
| Dec 2008 | Braegelmann v. GlaxoSmithKline | 08-1476 | Dist. Of Nevada | Ms. Madeleine M. McDonough |
| Jan 2009 | 1st Media v. SCEA Inc. et al. | 2:07-CV-01589-JCM-RJJ | Dist. Of Nevada | Mr. Basil Trent Webb |
| Feb 2009 | Parker v. Upsher-Smith Laboratories | 06-518 | Dist. Of Nevada | Mr. Douglas B. Maddock Jr. |