1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (*pro hac vice*)
6  FRED NORTON (*pro hac vice*)
   KIERAN P. RINGGENBERG (*pro hac vice*)
7  1999 Harrison Street, Suite 900
   Oakland, CA 94612
8  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
9  sholtzman@bsfllp.com
   fnorton@bsfllp.com
10 kringgenberg@bsfllp.com

11 Attorneys for Plaintiffs Oracle USA, Inc.,
   Oracle America, Inc., and Oracle International
12 Corp.

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. *(pro hac vice)*
Eric Buresh, Esq. *(pro hac vice)*
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers, Esq. *(pro hac vice)*
600 Travis Street, Suite 1600
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

Attorneys for Defendants Rimini Street, Inc.,
and Seth Ravin

13

14              UNITED STATES DISTRICT COURT

15                   DISTRICT OF NEVADA

16 ORACLE USA, Inc., a Colorado corporation;
17 ORACLE AMERICA, INC., a Delaware
   corporation; and ORACLE INTERNATIONAL
18 CORPORATION, a California corporation,

19              Plaintiffs,
         v.
20
21 RIMINI STREET, INC., a Nevada corporation;
   and SETH RAVIN, an individual,
22
               Defendants.

 Case No. 2:10-cv-0106-LRH-PAL

**STIPULATION AND JOINT REQUEST
TO RESCHEDULE THE MAY 25, 2010
SCHEDULING CONFERENCE**

23

24

25

26

27

28

1    WHEREAS, on May 18, 2010 the Court ordered a Scheduling Conference regarding the

2    parties' Stipulated Discovery Plan and Proposed Scheduling Order to occur on May 25, 2010 at

3    10:00 a.m.;

4    WHEREAS, certain counsel for the parties have pre-existing conflicts for the May 25

5    date and time;

6    WHEREAS counsel have conferred regarding mutually agreeable dates for the

7    Scheduling Conference;

8    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Oracle USA,

9    Inc., Oracle America, Inc., Oracle International Corporation and Defendants Rimini Street, Inc.

10   and Seth Ravin, through their respective counsel of record, that:

11   The parties respectfully request that the Scheduling Conference currently scheduled for

12   May 25, 2010 at 10:00 a.m. shall be rescheduled to take place at a time convenient for the Court

13   on June 2 or June 3, or, if those dates are not available for the Court, as such other date and time

14   as Court finds convenient.

15   SO STIPULATED AND AGREED.

16   Dated:  May 21, 2010

17

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By:  /s/  Eric Buresh | By:   /s/ Kieran Ringgenberg |
| Eric Buresh, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile:  (816) 421-5547<br>eburesh@shb.com | Kieran Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

18

19

20

21

22

23

24

25

26

27

28

1

1    FOR GOOD CAUSE SHOWN, the Scheduling Conference shall be re-set for June ___,

2    2010 at _____.

3

4    IT IS SO ORDERED.

5    DATED: _____, 2010.

6

_____

7    PEGGY A. LEEN
     UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND JOINT REQUEST TO RESCHEDULE THE MAY 25, 2010 SCHEDULING
CONFERENCE

1

## **ATTESTATION OF FILER**

2      The signatories to this document are myself and Eric Buresh, and I have obtained Mr.

3 Buresh's concurrence to file this document on his behalf.

4

5 Dated:  May 21, 2010                         BOIES, SCHILLER & FLEXNER LLP

6                                     By:    /s/ Kieran Ringgenberg
                                            Kieran Ringgenberg, Esq. (*pro hac vice*)
7                                            1999 Harrison Street, Suite 900
                                            Oakland, CA 94612
8                                            Telephone: (510) 874-1000
                                            Facsimile: (510) 874-1460
9                                            kringgenberg@bsfllp.com

10                                           *Attorneys for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND JOINT REQUEST TO RESCHEDULE THE MAY 25, 2010 SCHEDULING
CONFERENCE

1  **<u>CERTIFICATE OF SERVICE</u>**

2       I hereby certify that on the 21st day of May, 2010, I electronically transmitted the

3  foregoing **STIPULATION AND JOINT REQUEST TO RESCHEDULE THE MAY 25,**

4  **2010 SCHEDULING CONFERENCE** to the Clerk's Office using the CM/ECF System for

5  filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel

6  being registered to receive Electronic Filing.

7

8                                        /s/ Catherine Duong
                                 _____
9                                An employee of Boies, Schiller & Flexner LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28