| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc., and Oracle International Corp. | SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. *(pro hac vice)*<br>Eric Buresh, Esq. *(pro hac vice)*<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br>eburesh@shb.com<br><br>Robert H. Reckers, Esq. *(pro hac vice)*<br>600 Travis Street, Suite 1600<br>Houston, Texas  77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com<br><br>Attorneys for Defendants Rimini Street, Inc.,<br>and Seth Ravin |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, Inc., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br>      v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>            Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND JOINT REQUEST TO RESCHEDULE THE MAY 25, 2010 SCHEDULING CONFERENCE** |

1    WHEREAS, on May 18, 2010 the Court ordered a Scheduling Conference regarding the parties' Stipulated Discovery Plan and Proposed Scheduling Order to occur on May 25, 2010 at 10:00 a.m.;

WHEREAS, certain counsel for the parties have pre-existing conflicts for the May 25 date and time;

WHEREAS counsel have conferred regarding mutually agreeable dates for the Scheduling Conference;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Oracle USA, Inc., Oracle America, Inc., Oracle International Corporation and Defendants Rimini Street, Inc. and Seth Ravin, through their respective counsel of record, that:

The parties respectfully request that the Scheduling Conference currently scheduled for May 25, 2010 at 10:00 a.m. shall be rescheduled to take place at a time convenient for the Court on June 2 or June 3, or, if those dates are not available for the Court, as such other date and time as Court finds convenient.

SO STIPULATED AND AGREED.

Dated:  May 21, 2010

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By:  /s/  Eric Buresh<br>Eric Buresh, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile:  (816) 421-5547<br>eburesh@shb.com | By:  /s/ Kieran Ringgenberg<br>Kieran Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

1   FOR GOOD CAUSE SHOWN, the Scheduling Conference shall be re-set for June 1,
2   2010 at 10:15 a.m. in Courtroom 3B.
3
4   IT IS SO ORDERED.
5       DATED: May 24, 2010.
6
                                        _____
7                                       PEGGY A. LEEN
                                        UNITED STATES MAGISTRATE JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

**ATTESTATION OF FILER**

The signatories to this document are myself and Eric Buresh, and I have obtained Mr. Buresh's concurrence to file this document on his behalf.

Dated: May 21, 2010

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Kieran Ringgenberg
Kieran Ringgenberg, Esq. (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*

3

STIPULATION AND JOINT REQUEST TO RESCHEDULE THE MAY 25, 2010 SCHEDULING CONFERENCE

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on the 21st day of May, 2010, I electronically transmitted the |
| 3 | foregoing **STIPULATION AND JOINT REQUEST TO RESCHEDULE THE MAY 25,** |
| 4 | **2010 SCHEDULING CONFERENCE** to the Clerk's Office using the CM/ECF System for |
| 5 | filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel |
| 6 | being registered to receive Electronic Filing. |
| 7 | |
| 8 | /s/ Catherine Duong |
| 9 | An employee of Boies, Schiller & Flexner LLP |

1

CERTIFICATE OF SERVICE