| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice application to be submitted*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>      Plaintiffs,<br>      v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>      Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**STIPULATION RE MOTION TO DISMISS COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSE** |

WHEREAS, on May 6, 2010, Defendant Rimini Street, Inc. ("Rimini Street") filed an Answer to First Amended Complaint and Counterclaims;

WHEREAS, on May 7, 2010, Plaintiffs Oracle USA, Inc., Oracle America, Inc. Oracle International Corporation (collectively, "Oracle") filed a Motion to Dismiss Counterclaims and Strike Affirmative Defense;

WHEREAS, on May 24, 2010, Rimini Street filed an Answer to First Amended Complaint and First Amended Counterclaims, which included additional allegations in support of the Counterclaims;

THEREFORE, the parties stipulate and agree as follows:

1. Rimini Street's filing of the Answer to First Amended Complaint and Amended Counterclaims moots Oracle's pending Motion to Dismiss Counterclaims and Strike Affirmative Defense; and

2. Pursuant to Fed. R. Civ. P. 15(a)(3) and Fed. R. Civ. P. 6(d), Oracle shall file a response to the Answer to First Amended Complaint and First Amended Counterclaims no later than June 10, 2010, including any motion to dismiss counterclaims and/or motion to strike any affirmative defense included in the Answer to First Amended Complaint and First Amended Counterclaims.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: May 27, 2010

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Robert H. Reckers | By: /s/ Kieran P. Ringgenberg |
| Robert H. Reckers, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>eburesh@shb.com | Kieran P. Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

**ATTESTATION OF FILER**

The signatories to this document are myself and Robert H. Reckers, and I have obtained Mr. Recker's concurrence to file this document on his behalf.

Dated:  May 27, 2010

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Kieran P. Ringgenberg
Kieran P. Ringgenberg, Esq. (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of May, 2010, I electronically transmitted the foregoing **STIPULATION RE MOTION TO DISMISS COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ Catherine Duong
An employee of Boies, Schiller & Flexner LLP