UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**STIPULATION RE MOTION TO DISMISS COUNTERCLAIMS AND STRIKE AFFIRMATIVE DEFENSE** AND ORDER THEREON |

1   WHEREAS, on May 6, 2010, Defendant Rimini Street, Inc. ("Rimini Street") filed an
2   Answer to First Amended Complaint and Counterclaims;
3   WHEREAS, on May 7, 2010, Plaintiffs Oracle USA, Inc., Oracle America, Inc. Oracle
4   International Corporation (collectively, "Oracle") filed a Motion to Dismiss Counterclaims and
5   Strike Affirmative Defense;
6   WHEREAS, on May 24, 2010, Rimini Street filed an Answer to First Amended
7   Complaint and First Amended Counterclaims, which included additional allegations in support
8   of the Counterclaims;
9   THEREFORE, the parties stipulate and agree as follows:
10  1.  Rimini Street's filing of the Answer to First Amended Complaint and Amended
11  Counterclaims moots Oracle's pending Motion to Dismiss Counterclaims and Strike Affirmative
12  Defense; and
13  2.  Pursuant to Fed. R. Civ. P. 15(a)(3) and Fed. R. Civ. P. 6(d), Oracle shall file a
14  response to the Answer to First Amended Complaint and First Amended Counterclaims no later
15  than June 10, 2010, including any motion to dismiss counterclaims and/or motion to strike any
16  affirmative defense included in the Answer to First Amended Complaint and First Amended
17  Counterclaims.
18
19  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:
20  Dated: May 27, 2010

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By:  /s/ Robert H. Reckers | By:  /s/ Kieran P. Ringgenberg |
| Robert H. Reckers, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile:  (816) 421-5547<br>eburesh@shb.com | Kieran P. Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

1

**ATTESTATION OF FILER**

The signatories to this document are myself and Robert H. Reckers, and I have obtained Mr. Recker's concurrence to file this document on his behalf.

Dated: May 27, 2010                           BOIES, SCHILLER & FLEXNER LLP

By:   /s/ Kieran P. Ringgenberg
   Kieran P. Ringgenberg, Esq. (*pro hac vice*)
   1999 Harrison Street, Suite 900
   Oakland, CA 94612
   Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
   kringgenberg@bsfllp.com

   *Attorneys for Plaintiffs*

IT IS SO ORDERED.

DATED this 9th day of June, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2