SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq.
Eric Buresh, Esq.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers, Esq.
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

*Attorneys for Defendants*
RIMINI STREET, INC. and SETH RAVIN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC, a Colorado Corporation, *et. al.*, | CASE NO.: 2:10-CV-0106 LRH (PAL) |
| Plaintiffs, | |
| vs. | **STIPULATION AND (PROPOSED) ORDER) FOR WITHDRAWAL OF COUNSEL** |
| RIMINI STREET, a Delaware Corporation, *et. al.*, | |
| Defendants. | |

WHEREAS, Defendants Seth Ravin and Rimini Street, Inc. ("Defendants") are represented by the law firm of Wilson Sonsini Goodrich & Rosati PC ("Wilson Sonsini") in the above-captioned matter;

WHEREAS, the Defendants have obtained additional counsel, the law firms of Greenberg Traurig LLP and Shook, Hardy & Bacon LLP, who have already appeared in this matter on behalf of the Defendants; and

WHEREAS, the Defendants and Wilson Sonsini have together determined that Wilson Sonsini should no longer act as counsel of record;

THEREFORE, the parties hereby stipulate that Wilson Sonsini may withdraw as counsel of record, and the remaining law firms shall continue forward as counsel of record for the Defendants. As such, the law firms of Greenberg Traurig LLP and Shook, Hardy & Bacon LLP shall continue to serve as Defendants' counsel of record in the above-captioned action, in place of Wilson Sonsini Goodrich & Rosati PC. Copies of all future pleadings, orders, notices and records should be served upon Leslie S. Godfrey, Esq., Greenberg Traurig LLP, 3773, Howard Hughes Parkway, Suite 400 North, Las Vegas, NV 89169, Telephone (702) 792-3773 and Facsimile (702) 792-9002; and B. Trent Webb, Esq. and Eric Buresh, Esq., Shook, Hardy & Bacon LLP, 2555 Grand Boulevard, Kansas City, Missouri 64108-2613, Telephone (816) 474-6550 and Facsimile (816) 421-5547, and Robert H. Reckers, Esq., Shook, Hardy & Bacon LLP, 600 Travis Street, Suite 1600, Houston, Texas 77002, Telephone: (713) 227-8008 and Facsimile: (731) 227-9508.

Dated: June 9, 2010                RIMINI STREET, INC.

                                   By: /s/ Seth Ravin
                                      SETH RAVIN

Dated: June 9, 2010                SETH RAVIN

                                   By: /s/ Seth Ravin
                                      SETH RAVIN

Wilson Sonsini Goodrich & Rosati PC consents to the above stipulation and withdrawal.

Dated: June 9, 2010                                 WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation


                                                    By: /s/ Michael B. Levin
                                                        MICHAEL B. LEVIN

Greenberg Traurig, LLP and Shook, Hardy, & Bacon LLP accept the above stipulation and withdrawal.

Dated: June 9, 2010                                 GREENBERG TAURIG, LLP


                                                    By: /s/ Leslie S. Godfrey
                                                        LESLIE S. GODFREY

                                                    Attorneys for Defendants
                                                    SETH RAVIN AND RIMINI STREET, INC.


Dated: June 9, 2010                                 SHOOK, HARDY & BACON, LLP


                                                    By: /s/ Robert H. Reckers
                                                        ROBERT H. RECKERS

                                                    Attorneys for Defendants
                                                    SETH RAVIN AND RIMINI STREET, INC.

    IT IS SO ORDERED.

Dated: June ___, 2010


                                                    By:_____
                                                        DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the __th day of June, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: __/s/: **Leslie S. Godfrey**__
Leslie Godfrey, Esq.
Attorney for Defendants
Rimini Street, Inc. and Seth Ravin
