BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice application to be submitted*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM AND STRIKE AFFIRMATIVE DEFENSE** |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies, Schiller & Flexner LLP, counsel to plaintiffs in this action. Based on my review of the files and records in this action, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. Attached hereto as Exhibit A is a true and correct copy of an article obtained from *Businessweek/IDG* bearing the title "Rimini Street Files Countersuit Against Oracle," dated March 29, 2010, and with the byline indicating it was authored by Chris Kanaracus.

3. Attached hereto as Exhibit B is a true and correct copy of an article obtained from *MarketWatch*, bearing the title "Upstart Fires Back at Oracle in Legal Battle," dated March 29, 2010, and with the byline indicating it was authored by John Letzing.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 10, 2010              /s/ Kieran P. Ringgenberg
                                  Kieran P. Ringgenberg

DECLARATION OF K. RINGGENBERG ISO PLAINTIFFS' MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM AND STRIKE AFFIRMATIVE DEFENSE

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of June, 2010, I electronically transmitted the foregoing **DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO DISMISS FIRST AMENDED COUNTERCLAIM AND STRIKE AFFIRMATIVE DEFENSE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ Catherine Duong
An employee of Boies, Schiller & Flexner LLP

Case No. 2:10-cv-00106-LRH-PAL