SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq.
Eric Buresh, Esq.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers, Esq.
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

*Attorneys for Defendants*
RIMINI STREET, INC. and SETH RAVIN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC, a Colorado Corporation, *et. al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, a Delaware Corporation, *et. al.*,<br><br>Defendants. | CASE NO.: 2:10-CV-0106 LRH (PAL)<br><br>**STIPULATION AND ORDER) FOR WITHDRAWAL OF COUNSEL** |

1  WHEREAS, Defendants Seth Ravin and Rimini Street, Inc. ("Defendants") are
2  represented by the law firm of Wilson Sonsini Goodrich & Rosati PC ("Wilson Sonsini") in the
3  above-captioned matter;
4  WHEREAS, the Defendants have obtained additional counsel, the law firms of
5  Greenberg Traurig LLP and Shook, Hardy & Bacon LLP, who have already appeared in this
6  matter on behalf of the Defendants; and
7  WHEREAS, the Defendants and Wilson Sonsini have together determined that Wilson
8  Sonsini should no longer act as counsel of record;
9  THEREFORE, the parties hereby stipulate that Wilson Sonsini may withdraw as counsel
10 of record, and the remaining law firms shall continue forward as counsel of record for the
11 Defendants. As such, the law firms of Greenberg Traurig LLP and Shook, Hardy & Bacon LLP
12 shall continue to serve as Defendants' counsel of record in the above-captioned action, in place
13 of Wilson Sonsini Goodrich & Rosati PC. Copies of all future pleadings, orders, notices and
14 records should be served upon Leslie S. Godfrey, Esq., Greenberg Traurig LLP, 3773, Howard
15 Hughes Parkway, Suite 400 North, Las Vegas, NV 89169, Telephone (702) 792-3773 and
16 Facsimile (702) 792-9002; and B. Trent Webb, Esq. and Eric Buresh, Esq., Shook, Hardy &
17 Bacon LLP, 2555 Grand Boulevard, Kansas City, Missouri 64108-2613, Telephone (816) 474-
18 6550 and Facsimile (816) 421-5547, and Robert H. Reckers, Esq., Shook, Hardy & Bacon LLP,
19 600 Travis Street, Suite 1600, Houston, Texas 77002, Telephone: (713) 227-8008 and Facsimile:
20 (731) 227-9508.

22 Dated: June 9, 2010         RIMINI STREET, INC.

                              By: /s/ Seth Ravin
                                  SETH RAVIN

25 Dated: June 9, 2010         SETH RAVIN

                              By: /s/ Seth Ravin
                                  SETH RAVIN

1  Wilson Sonsini Goodrich & Rosati PC consents to the above stipulation and withdrawal.

2

3  Dated: June 9, 2010  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation

4

5  By: /s/ Michael B. Levin
   MICHAEL B. LEVIN

6

7  Greenberg Traurig, LLP and Shook, Hardy, & Bacon LLP accept the above stipulation and withdrawal.

8

9  Dated: June 9, 2010  GREENBERG TAURIG, LLP

10

11  By: /s/ Leslie S. Godfrey
    LESLIE S. GODFREY

12

13  Attorneys for Defendants
    SETH RAVIN AND RIMINI STREET, INC.

14

15  Dated: June 9, 2010  SHOOK, HARDY & BACON, LLP

16

17  By: /s/ Robert H. Reckers
    ROBERT H. RECKERS

18

19  Attorneys for Defendants
    SETH RAVIN AND RIMINI STREET, INC.

20

21  IT IS SO ORDERED.

22  Dated: June 11, 2010

23

24  By: _____
    MAGISTRATE COURT JUDGE

25

26

27

28

STIPULATION FOR WITHDRAWAL OF COUNSEL    -3-
2:10-CV-0106 LRH (PAL)

## CERTIFICATE OF SERVICE

I hereby certify that on the __th day of June, 2010, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: __/s/: **Leslie S. Godfrey**
Leslie Godfrey, Esq.
Attorney for Defendants
Rimini Street, Inc. and Seth Ravin