# BOIES, SCHILLER & FLEXNER LLP

1999 HARRISON STREET•SUITE 900•OAKLAND, CA 94612•PH. 510.874.1000•FAX 510.874.1460

July 1, 2010

**VIA ECF FILING**

Magistrate Judge Peggy A. Leen
United States District Court
District of Nevada
333 S. Las Vegas Blvd.
Las Vegas, NV 89101

Re:   *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin*,
       No. 2:10-cv-00106 (D. Nev. filed Jan. 25, 2010)

Your Honor:

The parties jointly write with regard to the Motion for Protective Order filed by defendant Rimini Street, Inc. on June 25, 2010. Plaintiffs' opposition was filed the same day.

The parties wish to inform the Court that Rimini Street, Inc. will not be submitting a reply brief and, therefore, the matter is submitted and ready for adjudication.

Very truly yours,

  /s/ Kieran P. Ringgenberg            /s/ Robert H. Reckers
Kieran P. Ringgenberg                Robert H. Reckers
Counsel for Plaintiffs               Counsel for Defendants

Attestation of Filer

The signatories to this document are Kieran P. Ringgenberg and Robert H. Reckers, and I have obtained Mr. Reckers concurrence to file this document on his behalf.