| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. *(pro hac vice)* |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | Eric Buresh, Esq. *(pro hac vice)*<br>2555 Grand Boulevard |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550 |
| 4 | rpocker@bsfllp.com | Facsimile: (816) 421-5547<br>bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN *(pro hac vice)* | eburesh@shb.com |
| 6 | FRED NORTON *(pro hac vice)*<br>KIERAN P. RINGGENBERG *(pro hac vice)* | Robert H. Reckers, Esq. *(pro hac vice)*<br>600 Travis Street, Suite 1600 |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Houston, Texas  77002<br>Telephone: (713) 227-8008 |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Facsimile: (731) 227-9508<br>rreckers@shb.com |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | |
| 10 | kringgenberg@bsfllp.com | GREENBERG TRAURIG |
| 11 | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD *(pro hac vice)* | Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888) |
| 12 | THOMAS S. HIXSON *(pro hac vice)*<br>KRISTEN A. PALUMBO *(pro hac vice)* | Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway |
| 13 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 | Suite 400 North<br>Las Vegas, NV 89169 |
| 14 | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 | Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 |
| 15 | geoff.howard@bingham.com<br>thomas.hixson@bingham.com | tratosm@gtlaw.com<br>roosb@gtlaw.com |
| 16 | kristen.palumbo@bingham.com | godfreyl@gtlaw.com |
| 17 | DORIAN DALEY *(pro hac vice application to be submitted)* | Attorneys for Defendants Rimini Street, Inc., and Seth Ravin |
| 18 | DEBORAH K. MILLER *(pro hac vice)*<br>JAMES C. MAROULIS *(pro hac vice)* | |
| 19 | ORACLE CORPORATION<br>500 Oracle Parkway | |
| 20 | M/S 5op7<br>Redwood City, CA 94070 | |
| 21 | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 | |
| 22 | dorian.daley@oracle.com<br>deborah.miller@oracle.com | |
| 23 | jim.maroulis@oracle.com | |
| 24 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc., and Oracle International | |
| 25 | Corp. | |

JOINT CASE MANAGEMENT CONF STMT

318506 v1

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10

11  ORACLE USA, Inc., a Colorado corporation;
    ORACLE AMERICA, INC., a Delaware              Case No. 2:10-cv-0106-LRH-PAL
    corporation; and ORACLE INTERNATIONAL
12  CORPORATION, a California corporation,        **JOINT CASE MANAGEMENT
                                                  STATEMENT**
13              Plaintiffs,
            v.                                    DATE:    August 5, 2010
14                                                TIME:    9:30 a.m.
    RIMINI STREET, INC., a Nevada corporation;    PLACE:   Courtroom 3B
15  and SETH RAVIN, an individual,                JUDGE:   Magistrate Peggy A. Leen

16              Defendants.

17
18
19
20
21
22
23
24
25
26
27
28                                       2

JOINT CASE MANAGEMENT CONF STMT

318506 v1

1    Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.
2 (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and
3 Seth Ravin ("Ravin") (together, "Rimini" or "Defendants") jointly submit this Case Management
4 Conference Statement in advance of the August 5, 2010 Case Management Conference to
5 provide the Court with a status report of the pending matters.
6 **I.    PENDING MOTIONS**
7    On April 19, 2010, Oracle filed its First Amended Complaint. On May 6, 2010, Rimini
8 Street filed its Answer and Counterclaim and Ravin filed his Answer. On May 24, 2010, Rimini
9 Street filed an Answer to First Amended Complaint and First Amended Counterclaims, which
10 included additional allegations in support of the Counterclaims. While Rimini Street and Ravin
11 answered the claims of copyright infringement and breach of contract, on May 6, 2010, each also
12 separately filed motions to dismiss portions of the remaining claims alleged against them in the
13 First Amended Complaint. On June 10, 2010, Oracle filed its motion to dismiss the
14 Counterclaims. All three motions to dismiss are fully briefed. No hearing date has been set for
15 these motions.
16    Oracle served its notice of deposition of Rimini Street pursuant to Rule 30(b)(6) on June
17 2, 2010. That deposition is subject to a Motion for Protective Order filed by Rimini Street on
18 June 24, 2010, and scheduled to be heard on August 5, 2010. The parties have agreed that the
19 deposition will go forward on August 13, 2010.
20
21 **II.    DISCOVERY CONDUCTED TO DATE**
22    **A.    Initial Disclosures**
23    The parties exchanged their initial disclosures on May 25, 2010.
24    **B.    Discovery Served by Rimini and Responded to by Oracle**
25    Oracle has responded to the following discovery:
26
27
28

1

JOINT CASE MANAGEMENT CONF STMT

318506 v1

| Discovery | Date Served | Date Response/Objections Served |
|---|---|---|
| Rimini Street's Amended First Request for Production of Documents to Oracle | May 13, 2010 | June 15, 2010 |
| Rimini Street's Second Request for Production of Documents to Oracle | May 13, 2010 | July 29, 2010 |
| Rimini Street's First Set of Interrogatories to Oracle | June 11, 2010 | July 21, 2010 |

In addition, Oracle has produced the following:

| Bates No. | Description | Date of Production |
|---|---|---|
| ORCLRS0000001 - ORCLRS0000574 | 574 software disks | June 28, 2010 |
| ORCLRS0000575 - ORCLRS0000576 | Two hard drives with server logs | June 28, 2010 |
| ORCLRS0000577 | One hard-drive with server logs | June 29, 2010 |
| ORCLRS0000578 - ORCLRS0046454 | 45,877 pages of documents responsive to Rimini's First Request for Production of Documents | June 28, 2010 |
| ORCLRS00046455 | A CD of twenty (20) deposition transcripts | June 28, 2010 |

**C.     Discovery Served by Oracle and Responded to by Rimini**

Rimini has responded to the following discovery:

| Discovery | Date Served | Date Response/Objections Served |
|---|---|---|
| Oracle's First Request for Production of Documents to Rimini Street | April 29, 2010 | June 1, 2010 |
| Oracle's Second Request for Production of Documents to Rimini Street | April 29, 2010 | July 1, 2010 |
| Oracle's First Set of Interrogatories to Rimini Street | April 29, 2010 | June 1, 2010 |
| Oracle's First Request for Production of Documents to Ravin | May 13, 2010 | June 15, 2010 |

2

JOINT CASE MANAGEMENT CONF STMT

318506 v1

In addition, Rimini has produced the following:

| Bates No. | Description | Date of Production |
|---|---|---|
| RSIH00200000001 - RSIH00200000054[1] | Documents produced with Rimini's Initial Disclosures | May 25, 2010 |
| RSIH00200000055 - RSIH00200000545 | Documents referenced in Rimini Street's Responses to First Set of Interrogatories | June 17, 2010 |
| RSI00000001 - RSI00005901 | Documents responsive to Oracle's First Request for Production of Documents | June 17, 2010 |
| RSI00005902 - RSI00050549 | Documents responsive to Oracle's First and Second Request for Production of Documents | July 12, 2010 |

**D.    Third Party Discovery**

On May 13, 2010, Oracle served a subpoena on Adams Street Partners, a private equity firm which invested in Rimini Street in or around July 2009.  To date, Adams Street Partners has produced 672 pages of documents.

No other third party discovery has been conducted to date.

**E.    Depositions**

Oracle served its notice of deposition of Rimini Street pursuant to Rule 30(b)(6) on June 2, 2010.  As stated above, that deposition is subject to a motion for protective order, filed by Rimini Street.

No other depositions have been noticed.

**III.    LIMITATIONS ON DISCOVERY**

On May 13, 2010, the parties each submitted proposals concerning the limits on discovery and the timeframe for discovery in this case.  (Docket # 51)  For the convenience of the Court, the May 13, 2010 joint case management statement is attached.

**Plaintiffs' Proposal**

Oracle continues to request that the Court order the limits and time for discovery

---

[1] Documents reproduced on June 17, 2010 with the electronic database files.

1  originally proposed by Oracle.  This proposal is unchanged from the schedule Oracle proposed in
2  the May 13, 2010 Stipulated Discovery Plan (Docket # 51).
3       Subsequent to the May 13, 2010 CMC statement, the parties continued to meet and
4  confer on a stipulated preservation order, but were unable to reach agreement after Defendants
5  insisted that detailed disclosures about their preservation efforts be made in formal discovery.
6  Accordingly, Oracle served a Rule 30(b)(6) deposition notice concerning those preservation
7  efforts, but Defendants' pending motion for a protective order has delayed that deposition.
8       Given the progress in discovery in this matter to date – the volume of the parties'
9  productions and the lack of any depositions – as well as the extent of the discovery in the
10 SAP/TomorrowNow Lawsuit, the time it took to collect, produce, and analyze that discovery,
11 and the necessary scope of additional discovery in this case, Oracle continues to believe that its
12 proposal is the more reasonable one.
13      Oracle's proposal is set forth below.  Deadlines for close of discovery refer to the last
14 possible response date for a discovery request, not the last day on which requests may be served.
15

| PLAINTIFFS' PROPOSED DATE | EVENT |
|---|---|
| 6/1/2011 | Deadline to amend pleadings and add new parties – 60 days before close of fact discovery* <br>     *The Parties' stipulation to this deadline shall not waive any objections to the propriety of another Party's pleading amendments <br> File "interim status report" per LR 26-3 – 60 days before close of fact discovery |
| 8/1/2011 | Close of fact discovery (15 months after first defendant's appearance) <br> Identify experts on issues for which a Party has the burden of proof |
| 8/15/2011 | Last day to file motions to compel related to fact discovery |
| 9/15/2011 | Expert disclosures on issues for which a Party has the burden of proof |
| 11/1/2011 | Disclosure of experts on rebuttal |
| 12/1/2011 | File "interim status report" per LR 26-3 – 60 days before close of expert discovery |
| 2/1/2012 | Close of expert discovery (six months after close of fact discovery) |
| 2/15/2012 | Last day to file motions to compel related to expert discovery |
| 3/1/2012 | Last day to file dispositive motions – 30 days after close of expert discovery |

| PLAINTIFFS' PROPOSED DATE | EVENT |
|---|---|
| 30 days before start of trial | Motions in limine due<br>File joint pretrial order, including all requirements of FRCP 26(a)(3) and LR 16-3(c) |

### Defendants' Proposal

Rimini Street also continues to request that the Court adopt its originally proposed limits and time for discovery. Since discovery commenced, Rimini Street has demonstrated its ability to provide discovery with speed and efficiency. For example, in response to Oracle's written discovery, Rimini promptly provided complete and comprehensive responses to Oracle's "foundational" interrogatories and produced approximately 50 thousand Bates-stamped pages responsive to Oracle's document requests. Rimini Street's discovery responses demonstrate that this case need not be as burdensome and time-consuming as Oracle represents, and there is simply no justification for extending discovery into 2012 as Oracle proposes. Moreover, Oracle's extended schedule and extensive discovery allotments promote inefficiency, and would afford Oracle the ability to use the *process* to bury Rimini Street. It is important that this case be decided on the *merits*. Accordingly, the Court should place reasonable limits on both the duration of this case and the amount of discovery available to the parties. Rimini Street's proffered discovery plan provides such limits, while still allowing full discovery into the merits of the claims in this case. Rimini respectfully requests that the Court adopt its discovery proposal, as set forth below.

| DEFENDANTS' PROPOSED DATE | EVENT |
|---|---|
| 2/28/2011 | Deadline to amend pleadings and add new parties – 60 days before close of fact discovery |
| 4/29/2011 | Close of fact discovery |
| 5/29/2011 | Disclosure of experts on issues for which a Party has the burden of proof |
| 5/29/2011 | File "interim status report" per LR 26-3 – 60 days before close of discovery |
| 6/29/2011 | Disclosure of experts on rebuttal |

| DEFENDANTS' PROPOSED DATE | EVENT |
|---|---|
| 7/29/2011 | Close of expert discovery |
| 8/29/2011 | Last day to file dispositive motions – 30 days after close of expert discovery |
| 9/29/2011 | File joint pretrial order, including all requirements of FRCP 26(a)(3) and LR 16-3(c) |
| 30 days before the start of trial | Motions in limine due. |

IV.   **OTHER MATTERS**

The parties are meeting and conferring about a stipulation to address the fact that there are a number of former Oracle employees who possess privileged, work product, and proprietary information belonging to Oracle, and who are now employees of Rimini Street.  The parties will continue to meet and confer, and propose to submit an agreed form of order by August 16, or to submit any unresolved issues to the Court on that date.

Dated:  August 2, 2010

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By:  /s/  Robert H. Reckers, Esq. <br><br>    Robert H. Reckers, Esq. (*pro hac vice*) <br>    600 Travis Street, Suite 1600 <br>    Houston, Texas   77002 <br>    Telephone: (713) 227-8008 <br>    Facsimile: (731) 227-9508 <br>    rreckers@shb.com <br><br>*Attorneys for Defendants* | By:  /s/ Fred Norton <br><br>    Fred Norton, Esq. (*pro hac vice*) <br>    1999 Harrison Street, Suite 900 <br>    Oakland, CA 94612 <br>    Telephone: (510) 874-1000 <br>    Facsimile: (510) 874-1460 <br>    fnorton@bsfllp.com <br><br>*Attorneys for Plaintiffs* |

**ATTESTATION OF FILER**

The signatories to this document are myself and Robert Reckers and I have obtained Mr. Reckers's concurrence to file this document on his behalf.

Dated:  August 2, 2010

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ Fred Norton
Fred Norton, Esq. (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
fnorton@bsfllp.com

*Attorneys for Plaintiffs*

JOINT CASE MANAGEMENT CONF STMT

318506 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2010, I electronically transmitted the foregoing **JOINT CASE MANAGEMENT STATEMENT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

    /s/ Christina Seki
An employee of Boies, Schiller & Flexner LLP