# EXHIBIT 1



# EXHIBIT 2



# EXHIBIT 3



# EXHIBIT 4



# EXHIBIT 5



# EXHIBIT 6



# EXHIBIT 7



# EXHIBIT 8



# EXHIBIT 9

