# RICHARD D. CHENG

*San Francisco Legal*
richard@sanfranciscolegal.com

## PROFILE

Adept operations leader with experience in the consulting, technology, legal, biotech, and healthcare industries who brings significant experience in problem solving, systems analysis, as well as the design and implementation of technology architectures. A creative, collaborative, and experienced manager educated in information assurance/security, risk management, and forensic investigations with a proven ability to deliver highly reliable yet cost-effective technology solutions. Expertise includes:

- Computer Forensics
- IT Governance
- Operational Reliability
- Project & Contract Management
- Relationship Management
- Network Arhcitecure

- Electronic Discovery
- Information Assurance/Security
- Risk Management
- Technology Portfolio Management
- Systems/Technology Integration
- Cable Plant Design

## EXPERIENCE

**Digital Mountain**, San Francisco, CA
*Senior Manager, Computer Forensics & Electronic Discovery*  (2006 – 2009)
Served multi-faceted role including professional services; IT operations and management; as well as product architecture, specification, and testing. Managed and supported various electronic discovery engagements by performing collections, extracting relevant documents, and delivering in requested formats, e.g., converting to Concordance load files. Performed and supported various investigations including the misappropriation of intellectual property and contract disputes by interfacing with clients, managing engagements, providing expert advice and testimony, imaging hard drives, as well as performing computer forensic analysis.
- Appointed by the court to serve as a neutral forensic computer expert.
- Provided expert testimony resulting in immediate resolution of disputed matter.
- Implemented and managed platform infrastructure for firm's product/Software-as-a-Service

**Kroll**, San Francisco, CA
*Consultant, High-Tech Investigations & Information Technology Consulting*  (2005 – 2006)
Led and supported various investigations involving misappropriation of intellectual property, network intrusions, and contract disputes by interfacing with clients, managing engagements, interviewing witnesses, imaging hard drives, as well as performing computer forensic analysis and electronic discovery. Developed practice by cultivating contacts, fielding Requests For Proposals, and providing presentations and training seminars.
- Appointed by the court to serve as a technology expert.
- Selected to provide expert technology education to counsel and expert witness testimony.
- Led investigation of the intrusion into a major movie studio's network. Reconstructed the crime scene with an eye towards fulfilling the requirements of various privacy and disclosure laws.

**RSA Security**, San Mateo, CA
*Intern*  (2003)
Led project to re-engineer a firm's global security audit process in order to properly assess its security posture while balancing the needs of Information Security and Information Technology personnel. Developed supporting forms and documentation. Assessed site security using the new process.

**The Brattle Group**, Cambridge, MA
*Senior Information Officer*  (1998 – 2002)
Directed all aspects of information, computing, and collaboration technology worldwide by creating, managing, and developing the IT department, establishing strategic plans and goals, as well as developing and implementing policies, procedures, and guidelines with a team of six and a $3 million budget.

- Raised internal customer confidence and faith in systems by re-engineering entire network and server architectures to increase systems availability to 99+%.
- Partnered with the Office Administration Director to open one new office and completely renovate another.
- Introduced centralized data processing systems to improve system data modeling performance in an easy-to-use, manageable, and cost-effective manner by creating a corporate data center.
- Established inter-office and remote personnel connectivity to the firm's systems using virtual private networking (VPN) technology in order to enable a work-anywhere paradigm with low barriers to entry.

**Alkermes, Inc.**, Cambridge, MA
*Manager of Information & Telecommunications Technology*  (1993 – 1998)
Developed and managed the worldwide corporate network, telecommunications systems, and IT function by installing and maintaining systems as well as by providing user support and education.
- Integrated entire systems infrastructure of two acquisitions.
- Designed the IT infrastructure for three new sites and managed its build out at facilities encompassing office space, laboratory space, clean room facilities, and biotech/pharmaceutical manufacturing plant.
- Architected and established LANs, MAN, and international WAN using various technologies including wireless Ethernet and virtual private networking.

**Lowell Institute School at MIT**, Cambridge, MA
*Teaching Assistant*  (1995)
- Assisted course instructor, improved student learning, and graded all assignments and exams for course on C.

**Consultant (1991-1993)**
*Neuroregeneration Laboratory, McLean Hospital*, Belmont, MA
- Developed network and imaging systems for research environment.
- Improved staff understanding of computing technology.

*Imaging Laboratory, Inc.*, Newton, MA
- Established and provided training and support for network integrating both Macintosh and PC platforms.

*ENDISPUTE, Inc.*, Boston, MA
- Overhauled, standardized, and maintained mixed platform computer network.
- Managed and provided user support for network services, e.g., e-mail, databases, and shared files.

**Applied Biosystems, Inc.**, Foster City, CA
*Intern*  (1990)
- Performed computer modeling of signal decay in sequencing analysis and resolution enhancement studies via probabilistic analysis of matrix differentials and quantification of their effect.

*Intern*  (1989)
- Performed signal analysis and resolution studies via Gaussian decomposition and deconvolution of complex waveforms of DNA sequencing data. Adapted spectral analysis applications and converted code from Fortran to C.

## EDUCATION

**University of New Haven – California Campus**, Citrus Heights, CA
M.S (2006) – Forensic Science, Concentration in Advanced Investigation

**University of New Haven – Sandia National Laboratory**, Livermore, CA
M.S. (2004) – National Security and Public Safety, Concentration in Information Protection and Security
Notable coursework includes the National Training Standards for:
- NSTISSI No. 4011 – Information Systems Security Professionals
- NSTISSI No. 4012 – Designated Approving Authority
- NSTISSI No. 4013 – Systems Administrators in Information Systems Security
- NSTISSI No. 4014 – Information Systems Security Officers
- NSTISSI No. 4015 – System Certifiers

**University of New Haven – Sandia National Laboratory**, Livermore, CA
Professional Certificate (2004) - Forensic Computer Investigation

**Massachusetts Institute of Technology**, Cambridge, MA
S.B. (1990) – Life Sciences, minor in EE

## PROFESSIONAL ASSOCIATIONS AND PUBLICATIONS

- Attained (ISC)$^2$'s CISSP certification. Member of International Information Systems Security Certification Consortium.
- Attained ISACA's CISA certification. Member of Information Systems Audit and Control Association.
- Member of High Technology Crime Investigation Association.
- Member of Institute of Electrical and Electronics Engineers, Inc.
- Member of Association for Computing Machinery.
- Member of Alpha Phi Sigma – National Criminal Justice Honor Society.
- Co-author of "DNA Sequencing with dye-labeled terminators and T7 DNA polymerase: effect of dyes and dNTPs on incorporation of dye-terminators and probability analysis of termination" (1992) *Nucleic Acids Research*, Vol 20, No 10, 2471-2483.
- Research project entitled "Identification of a Fungal Chitin Synthase Gene Family" presented at 15th International Conference on Yeast Genetics and Molecular Biology.