| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | DORIAN DALEY (*pro hac vice application to be submitted*) |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 10 | kringgenberg@bsfllp.com | Redwood City, CA 94070<br>Telephone:  650.506.4846 |
| 11 | | Facsimile:  650.506.7114<br>dorian.daley@oracle.com |
| 12 | | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>          Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL MOTION FOR PRESERVATION ORDER AND DECLARATION OF KIERAN RINGGENBERG IN SUPPORT OF MOTION FOR PRESERVATION ORDER** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle |
| 3 | International Corporation (together "Oracle" or "Plaintiffs") Motion to Seal Administrative |
| 4 | Motion to Permit Plaintiffs to File the Motion for Preservation Order [Docket -#80] ("Motion"), |
| 5 | the Declaration of Kieran P. Ringgenberg ("Declaration"), and Exhibits B, G, T, U, and V-DD |
| 6 | ("Exhibits") thereto [Docket # 84]. Federal Rule of Civil Procedure 26(c) provides broad |
| 7 | discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a |
| 8 | trade secret or other confidential research, development, or commercial information." Fed. R. |
| 9 | Civ. P. 26(c). Having considered Plaintiffs' Motion to Seal, compelling reasons having been |
| 10 | shown and good cause existing: |
| 11 | IT IS HEREBY ORDERED THAT: Plaintiffs' Motion to Seal is GRANTED. |
| 12 | The Clerk of the Court shall file under seal the unredacted versions of the Motion and |
| 13 | Declarations and Exhibits. |
| 14 | IT IS SO ORDERED. |
| 15 | DATED: |

By: _____
Hon. Peggy A. Leen
United States Magistrate Judge