| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | DORIAN DALEY (*pro hac vice application<br>to be submitted*) |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 10 | kringgenberg@bsfllp.com | Redwood City, CA 94070<br>Telephone:  650.506.4846 |
| 11 | | Facsimile:  650.506.7114<br>dorian.daley@oracle.com |
| 12 | | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc. and Oracle International | |
| 14 | Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

PLAINTIFFS' MOTION TO SEAL

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 1999 Harrison Street, Suite 900, Oakland, CA 94612.

On August 24, 2010, I served the following documents:

**(1) PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION FOR PRESERVATION ORDER [UNREDACTED]**

**(2) DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION FOR PRESERVATION ORDER [UNREDACTED]**

I served the documents on the **persons** below, as follows:

| | |
|---|---|
| Mark Tratos | Eric Buresh |
| Brandon Roos | **Shook, Hardy & Bacon L.L.P.** |
| Leslie A.S. Godfrey | 2555 Grand Blvd. |
| **Greenberg Traurig, LLP** | Kansas City, Missouri  64108 |
| 3773 Howard Hughes Pkwy | EBURESH@shb.com |
| Ste 400 North | |
| Las Vegas, NV 89169 | |
| tratosm@gtlaw.com | |
| roosb@gtlaw.com | |
| godfreyl@gtlaw.com | |

Robert H. Reckers, Esq.
**Shook, Hardy & Bacon L.L.P.**
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
RRECKERS@shb.com

The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

In addition the documents were served **by overnight delivery**. I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.
Date: August 24, 2010

          ____/S/ Stacey Phan_____
          **Stacey Phan**

PLAINTIFFS' MOTION TO SEAL

**ADDITIONAL ECF CERTIFICATION**

I hereby certify that on the 24TH day of August, 2010, I electronically transmitted the documents identified below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

Date: August 24, 2010

    /S/ Christina Seki
**Christina Seki**

*DOCUMENTS SERVED BY ECF*

**(3) PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION FOR PRESERVATION ORDER [REDACTED]**

**(4) DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION FOR PRESERVATION ORDER [REDACTED]**

**(5) [PROPOSED] ORDER GRANTING PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION FOR PRESERVATION ORDER**

**(6) AFFIDAVIT OF PAUL MATTAL**

**(7) DECLARATION OF RICHARD CHENG**

**(8) PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL MOTION FOR PRESERVATION ORDER AND DECLARATION OF KIERAN RINGGENBERG IN SUPPORT OF MOTION FOR PRESERVATION ORDER**

**(9) [PROPOSED] ORDER GRANTING PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL MOTION FOR PRESERVATION ORDER AND DECLARATION OF KIERAN RINGGENBERG IN SUPPORT OF MOTION FOR PRESERVATION ORDER**