# Exhibit E

**Reckers, Robert H. (SHB)**

| | |
|---|---|
| **From:** | Kieran Ringgenberg [kringgenberg@BSFLLP.com] |
| **Sent:** | Tuesday, August 24, 2010 5:28 PM |
| **To:** | Reckers, Robert H. (SHB) |
| **Cc:** | Buresh, Eric A. (SHB); Christina Seki |
| **Subject:** | RE: Oracle v. Rimini St. |
| **Attachments:** | IMs.pdf |

Rob:

Attached are the documents at issue, produced as confidential under the Protective Order.

The motion is being filed now.

We met and conferred extensively. Rimini has flatly refused to take forensic images. If Rimini were to change its position, we would consider withdrawing the motion.

Kieran

---

**From:** Reckers, Robert H. (SHB) [mailto:RRECKERS@shb.com]
**Sent:** Tuesday, August 24, 2010 3:18 PM
**To:** Kieran Ringgenberg
**Cc:** Buresh, Eric A. (SHB)
**Subject:** Oracle v. Rimini St.

Kieran,

I write to address the SAP/TommorowNow documents you mentioned during this afternoon's meet-and-confer. Though these documents have never been produced to Rimini Street, my understanding is that Oracle intends to rely on such documents in its forthcoming motion on forensic preservation. Rimini Street objects to such reliance as it has never had the opportunity to review such documents and the parties have not met and conferred in connection with the same. Given this failure to meet-and-confer, Rimini proposes that the documents be produced immediately and that Oracle agree it will not file its motion until the parties can complete the meet-and-confer process.

Thanks, Rob



**Robert H. Reckers**
*Associate*
JP Morgan/Chase Tower
600 Travis, Suite 1600
Houston, TX 77002-2992
PHONE: 713.227.8008 x65014
FAX: 713.227.9508
RRECKERS@shb.com

---

Mail Gate made the following annotations on Tue Aug 24 2010 17:18:01

1

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

---

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]