# Exhibit F

Pivotal Guidance Inc.

8246 Oddo Cir

Murray, NE 68409

# Estimate

| Date | Estimate # |
|---|---|
| 5/22/2010 | SA101706 |

**Name / Address**

Shook, Hardy & Bacon, L.L.P.
Arlen Tanner,
2555 Grand Blvd.
Kansas City, MO 64108

| | Project |
|---|---|
| | |

| Description | Qty | Cost | Total |
|---|---|---|---|
| Digital Forensic Services - Electronically Stored Information (ESI) Collection (Hard Drive Cloning/Imaging)-Includes target drive | 30 | 450.00 | 13,500.00 |
| Approximate travel related expenses for 12 destinations- -Tickets, hotel, meals & rental car | 12 | 1,000.00 | 12,000.00 |
| Approximate billable travel related hours for 12 locations | 72 | 50.00 | 3,600.00 |
| Shipping charges | 60 | 15.00 | 900.00 |
| Consulting/admin (hours) | 25 | 250.00 | 6,250.00 |
| - Additional data mapping | | | |
| -Conference calls, project review | | | |
| -Project management | | | |

Thank you for your business.

**Total**   $36,250.00

Customer Signature _____