| | |
|---|---|
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG |
| B. Trent Webb, Esq. *(pro hac vice)* | Mark G. Tratos, Esq. (Nevada Bar No. 1086) |
| Eric Buresh, Esq. *(pro hac vice)* | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| 2555 Grand Boulevard | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| Kansas City, Missouri 64108-2613 | 3773 Howard Hughes Parkway |
| Telephone: (816) 474-6550 | Suite 400 North |
| Facsimile: (816) 421-5547 | Las Vegas, NV 89169 |
| bwebb@shb.com | Telephone:  (702) 792-3773 |
| eburesh@shb.com | Facsimile:  (702) 792-9002 |
| | tratosm@gtlaw.com |
| Robert H. Reckers, Esq. *(pro hac vice)* | roosb@gtlaw.com |
| 600 Travis Street, Suite 1600 | godfreyl@gtlaw.com |
| Houston, Texas   77002 | |
| Telephone: (713) 227-8008 | |
| Facsimile: (731) 227-9508 | *Attorneys for Defendants* |
| rreckers@shb.com | *RIMINI STREET, INC. and SETH RAVIN* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and **not a party to this action.**  My business address is 2555 Grand Blvd., Kansas City, Missouri  64108.

On August 31, 2010, I served the following documents:

**(1) DECLARATION OF ROBERT H. RECKERS IN SUPPORT DEFENDANTS' OPPOSITION TO ORACLE'S MOTION FOR PRESERVATION ORDER (UNREDACTED); and**

**(2) EXHIBITS A-G TO RECKERS'S DECLARATION (UNREDACTED)**

1  I served the documents on the **persons** below, as follows:

3  Fred Norton  
Boies, Schiller & Flexner, LLP  
1999 Harrison Street  
Oakland, CA 94612  
fnorton@bsfllp.com  

Geoffrey M. Howard  
Bingham McCutchen, LLP  
Three Embarcadero Center  
San Francisco, CA  94111  
geoff.howard@bingham.com  

Kieran Ringgenberg  
Boies, Schiller & Flexner, LLP  
1999 Harrison Street  
Oakland, CA 94612  
kringgenberg@bsfllp.com  

Kristen A. Palumbo  
Bingham McCutchen, LLP  
Three Embarcadero Center  
San Francisco, CA  94111  
kristen.palumbo@bingham.com  

Steven Holtzman  
Boies, Schiller & Flexner, LLP  
1999 Harrison Street  
Oakland, CA 94612  
sholtzman@bsfllp.com  

Thomas S. Hixson  
Bingham McCutchen, LLP  
Three Embarcadero Center  
San Francisco, CA  94111  
thomas.hixson@bingham.com  

Richard J. Pocker  
Boies, Schiller & Flexner, LLP  
300 South Fourth Street, Suite 800  
Las Vegas, NV  89101  
rpocker@bsflp.com  

James C. Maroulis  
Oracle Corporation  
500 Oracle Parkway  
Redwood City, CA  94070  
Jim.maroulis@oracle.com  

The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.**  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of an attorney Admitted (Pro Hac Vice) to this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: September 1, 2010

                                        /s/ Rhonda Sexton

                                        Rhonda Sexton

## **ADDITIONAL ECF CERTIFICATION**

I hereby certify that I electronically transmitted the documents identified below to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

Date: September 1, 2010

                                        /s/ Rhonda Sexton

                                        Rhonda Sexton

### *DOCUMENTS SERVED BY ECF*

(3) **(CORRECTED IMAGE/DOCUMENT VERSION OF) MOTION TO SEAL DEFENDANT'S OPPOSITION TO ORACLE'S MOTION FOR PRESERVATION ORDER & DECLARATION OF ROBERT RECKERS IN SUPPORT OF DEFENDANT'S OPPOSITION (filed September 1, 2010);**

(4) **DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF DEFENDANT'S OPPOSITION (REDACTED) (filed August 31, 2010);**

(5) **DEFENDANTS' OPPOSITION TO MOTION FOR PRESERVATION ORDER (filed August 31, 2010) ; and**

(6) **DECLARATION OF JOSEPH DONES (filed August 31, 2010).**