1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (*pro hac vice*)
6  FRED NORTON (*pro hac vice*)
   KIERAN P. RINGGENBERG (*pro hac vice*)
7  1999 Harrison Street, Suite 900
   Oakland, CA 94612
8  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
9  sholtzman@bsfllp.com
   fnorton@bsfllp.com
10 kringgenberg@bsfllp.com

11 Attorneys for Oracle USA, Inc., Oracle
   America, Inc., and Oracle International
12 Corporation

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice application to be submitted*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

13

14

UNITED STATES DISTRICT COURT

15

DISTRICT OF NEVADA

16

17

18  ORACLE USA, INC., a Colorado corporation;
    ORACLE AMERICA, INC. a Delaware
19  corporation; and ORACLE INTERNATIONAL
    CORPORATION, a California corporation,

20              Plaintiffs,

21       v.

22  RIMINI STREET, INC., a Nevada corporation;
    SETH RAVIN, an individual,

23              Defendants.

24

25

Case No. 2:10-cv-00106-LRH-PAL

**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S REPLY IN SUPPORT OF MOTION FOR PRESERVATION ORDER**

26

27

28

1    I, Kieran P. Ringgenberg, declare as follows:

2    1.    I am an attorney admitted to practice law in the State of California and before the

3    Court in this action *pro hac vice*.  I am a partner with Boies, Schiller & Flexner LLP, counsel to

4    plaintiffs in this action.  Based on my review of the files and records in this action, I have

5    firsthand knowledge of the contents of this declaration and could testify thereto.

6    2.    Attached hereto as Exhibit GG are true and correct copies of subpoenas issued to

7    Seth Ravin and Rimini Street, Inc. on February 2, 2010 in *Oracle USA, Inc. et al. v. SAP AG*, et

8    al., Case No. 07-CV-01658 PJH (EDL) (N.D. Cal. filed March 22, 2007).  The subpoena to

9    Rimini Street, Inc. has been redacted to omit certain confidential information.

10

11    I declare under penalty of perjury that the foregoing is true and correct to the best of my

12    knowledge.

13

14    Dated: September 3, 2010        __/s/ Kieran P. Ringgenberg___
                                       Kieran P. Ringgenberg

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF K. RINGGENBERG ISO PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR
PRESERVATION ORDER

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on the 3rd day of September, 2010, I electronically transmitted the

3   foregoing **DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF**

4   **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE**

5   **INTERNATIONAL CORPORATION'S REPLY IN SUPPORT OF MOTION FOR**

6   **PRESERVATION ORDER** to the Clerk's Office using the CM/ECF System for filing and

7   transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being

8   registered to receive Electronic Filing.

9

10                                          /s/ Catherine Duong
                                            An employee of Boies, Schiller & Flexner LLP
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28