| | |
|---|---|
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG |
| B. Trent Webb, Esq. *(pro hac vice)* | Mark G. Tratos, Esq. (Nevada Bar No. 1086) |
| Eric Buresh, Esq. *(pro hac vice)* | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| 2555 Grand Boulevard | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| Kansas City, Missouri 64108-2613 | 3773 Howard Hughes Parkway |
| Telephone: (816) 474-6550 | Suite 400 North |
| Facsimile: (816) 421-5547 | Las Vegas, NV 89169 |
| bwebb@shb.com | Telephone:  (702) 792-3773 |
| eburesh@shb.com | Facsimile:  (702) 792-9002 |
| | tratosm@gtlaw.com |
| Robert H. Reckers, Esq. *(pro hac vice)* | roosb@gtlaw.com |
| 600 Travis Street, Suite 1600 | godfreyl@gtlaw.com |
| Houston, Texas   77002 | |
| Telephone: (713) 227-8008 | |
| Facsimile: (731) 227-9508 | *Attorneys for Defendants* |
| rreckers@shb.com | *RIMINI STREET, INC. and SETH RAVIN* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED ANSWERS OUT OF TIME** |

### **[PROPOSED] ORDER**

Pending before this Court is Defendants Rimini Street, Inc. and Seth Ravin (together "Defendants") Unopposed Motion for Leave to File Amended Answers Out of Time. Having considered Defendants' motion, compelling reasons having been shown and good cause existing:

IT IS HEREBY ORDERED THAT: Defendants Motion for Leave to File Amended Answers Out of Time is GRANTED, and Defendants may file their Answers out of time.

IT IS SO ORDERED

DATED:        September __, 2010

By: _____
Peggy A. Leen
United States Magistrate Judge

320315 v1