|  |  |
|---|---|
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG |
| B. Trent Webb, Esq. *(pro hac vice)* | Mark G. Tratos, Esq. (Nevada Bar No. 1086) |
| Eric Buresh, Esq. *(pro hac vice)* | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| 2555 Grand Boulevard | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| Kansas City, Missouri 64108-2613 | 3773 Howard Hughes Parkway |
| Telephone: (816) 474-6550 | Suite 400 North |
| Facsimile: (816) 421-5547 | Las Vegas, NV 89169 |
| bwebb@shb.com | Telephone: (702) 792-3773 |
| eburesh@shb.com | Facsimile: (702) 792-9002 |
|  | tratosm@gtlaw.com |
| Robert H. Reckers, Esq. *(pro hac vice)* | roosb@gtlaw.com |
| 600 Travis Street, Suite 1600 | godfreyl@gtlaw.com |
| Houston, Texas 77002 |  |
| Telephone: (713) 227-8008 |  |
| Facsimile: (731) 227-9508 | *Attorneys for Defendants* |
| rreckers@shb.com | *RIMINI STREET, INC. and SETH RAVIN* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRESERVATION ORDER AND DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF OPPOSITION |

## I. [PROPOSED] ORDER

Pending before this Court is Defendants Rimini Street, Inc. and Seth Ravin (together "Rimini Street" or "Defendants") Administrative Motion to Permit Defendants to File Under Seal Defendants' Opposition to Oracle's Motion for Preservation Order ("Motion"), the Declaration of Robert H. Reckers ("Declaration"), and Exhibit G ("Exhibit") thereto. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Plaintiffs' Motion to Seal, compelling reasons having been shown and good cause existing:

IT IS HEREBY ORDERED THAT: Defendants' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the unredacted versions of the Declaration and Exhibit.

IT IS SO ORDERED

DATED: September 9, 2010

By: _____
Peggy A. Leen
United States Magistrate Judge