1

2

3

4

5

6                              UNITED STATES DISTRICT COURT

7                                    DISTRICT OF NEVADA

8                                            * * *

9    ORACLE USA, INC., a Colorado corporation; )
     ORACLE AMERICA, INC., a Delaware          )
10   corporation; and ORACLE                   )          2:10-CV-00106-LRH-PAL
     INTERNATIONAL CORPORATION, a              )
11   California corporation,                    )
                                                )
12                  Plaintiffs,                  )          ORDER
                                                )
13    v.                                         )
                                                )
14   RIMINI STREET, INC., a Nevada             )
     corporation; SETH RAVIN, an individual,    )
15                                               )
                   Defendants.                   )
16   _____  )

17        Before the court is defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin's

18   ("Ravin") motion for leave to file an amended answer filed on September 7, 2010. Doc. #104.[1]

19        A party may amend its pleadings after a responsive pleading has been filed by leave of

20   court. FED. R. CIV. P. 15(a)(2). Leave of court to amend should be freely given when justice so

21   requires and when there is no undue delay, bad faith, or dilatory motive on the part of the moving

22   party. *See Wright v. Incline Village General Imp. Dist.*, 597 F.Supp.2d 1191 (D. Nev. 2009); *DCD*

23   *Programs, LTD v. Leighton*, 883 F.2d 183 (9th Cir. 1987).

24        Here, defendants request leave of court to file an amended answer that complies with the

25

26
     _____
         [1]Refers to the court's docket entry number.

1 court's prior orders concerning the parties various motions to dismiss and strike affirmative

2 answers. The court finds that there is no undue delay, bad faith, or dilatory motive on behalf of

3 defendants in requesting leave to file an amended answer that complies with the court's previous

4 orders. Further, the court finds that the matter is early in litigation and that plaintiff would not be

5 prejudiced by allowing amendment. Accordingly, defendants shall be granted leave to file an

6 amended answer.

7

8      IT IS THEREFORE ORDERED that defendants' motion for leave to file an amended

9 answer (Doc. #104) is GRANTED. Defendants shall file an amended answer within ten (10) days

10 from entry of this order.

11      IT IS SO ORDERED.

12      DATED this 15th day of December, 2010.

13

14

15        _____

       LARRY R. HICKS

       UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

2