W. WEST ALLEN (Nevada Bar No. 5566)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

*Attorneys for Defendants*
*RIMINI STREET, INC., a Nevada corporation;*
*SETH RAVIN, an individual*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that W. West Allen hereby enters his appearance on behalf of Defendants RIMINI STREET, INC. and SETH RAVIN.

DATED: this 12th day of May, 2011.

LEWIS AND ROCA LLP

By: _/s/ W. West Allen_
W. WEST ALLEN (Nevada Bar No. 5566)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398

*Attorneys for Defendants*
*RIMINI STREET, INC., a Nevada corporation*
*SETH RAVIN, an individual*