1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (*pro hac vice*)
6  FRED NORTON (*pro hac vice*)
   KIERAN P. RINGGENBERG (*pro hac vice*)
7  1999 Harrison Street, Suite 900
   Oakland, CA 94612
8  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
9  sholtzman@bsfllp.com
   fnorton@bsfllp.com
10 kringgenberg@bsfllp.com

   BINGHAM McCUTCHEN LLP
   GEOFFREY M. HOWARD (*pro hac vice*)
   THOMAS S. HIXSON (*pro hac vice*)
   KRISTEN A. PALUMBO (*pro hac vice*)
   Three Embarcadero Center
   San Francisco, CA  94111-4067
   Telephone:  415.393.2000
   Facsimile:  415.393.2286
   geoff.howard@bingham.com
   thomas.hixson@bingham.com
   kristen.palumbo@bingham.com

   DORIAN DALEY (*pro hac vice*)
   DEBORAH K. MILLER (*pro hac vice*)
   JAMES C. MAROULIS (*pro hac vice*)
   ORACLE CORPORATION
   500 Oracle Parkway, M/S 5op7
   Redwood City, CA 94070
   Telephone:  650.506.4846
   Facsimile:  650.506.7114
   dorian.daley@oracle.com
   deborah.miller@oracle.com
   jim.maroulis@oracle.com

13 Attorneys for Plaintiffs Oracle USA, Inc.,
   Oracle America, Inc. and Oracle International
14 Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL EXHIBIT C TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

**PLAINTIFFS' MOTION TO SEAL**

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the Court order the Clerk of the Court to file under seal Exhibit C to the Joint Case Management Conference Statement ("Exhibit C").  Exhibit C was lodged under seal with the Court on May 13, 2011.  *See* Dkt. 137.

Sealing Exhibit C is requested because the document contains information that Oracle has designated as "Confidential Information" and as "Highly Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order.  The requested relief is necessary and narrowly tailored to protect the confidentiality of the commercially sensitive business information identified by Oracle, namely, information about Oracle's computer systems and information relating to the effects of certain types of improper activity on those systems.  The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).**  The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2 (emphasis supplied).

Thus, in identifying Exhibit C as containing Confidential and Highly Confidential material, Oracle as the designating party has represented that good cause exists for sealing Exhibit C.  This is a sufficient showing of good cause to permit a sealing order on a non-dispositive motion.  *See, e.g., Pacific Gas and Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002).

1    The parties have submitted all other materials in the Case Management Conference
2  Statement filed May 13, 2011, for filing in the Court's public files, which would allow public
3  access to the filings except for Oracle's discovery response that contains information designated
4  as Confidential and Highly Confidential.  Accordingly, the request to seal is narrowly tailored.
5    For the foregoing reasons, Oracle respectfully requests that the Court find that good cause
6  exists to file under seal Exhibit C.

7

8  DATED: May 13, 2011                BINGHAM McCUTCHEN LLP

9

10

11                                      By: /s/ Geoffrey M. Howard
                                            Geoffrey M. Howard
                                            Attorneys for Plaintiffs
12                                          Oracle USA, Inc., Oracle America, Inc.,
                                            and Oracle International Corp.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MOTION TO SEAL