| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 10 | kringgenberg@bsfllp.com | Telephone: 650.506.4846<br>Facsimile: 650.506.7114 |
| 11 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | | jim.maroulis@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc., | |
| 14 | Oracle America, Inc. and Oracle International<br>Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 18 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No 2:10-cv-0106-LRH-PAL |
| 19 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **CERTIFICATE OF SERVICE** |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| 23 | Defendants. | |


# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and **not a party to this action.** My business address is Three Embarcadero Center, San Francisco, CA 94111.

On May 13, 2011, I served the following documents:

**EXHIBIT C TO JOINT CASE MANAGEMENT CONFERENCE STATEMENT [FILED UNDER SEAL]**

I served the documents on the **persons** below, as follows:

Mark Tratos
Brandon Roos
Leslie A.S. Godfrey
**Greenberg Traurig, LLP**
3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NV 89169
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

Eric Buresh
**Shook, Hardy & Bacon L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
EBURESH@shb.com

Robert H. Reckers, Esq.
**Shook, Hardy & Bacon L.L.P.**
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
RRECKERS@shb.com

W. West Allen
**Lewis and Roca LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
WAllen@LRLaw.com

The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the State Bar of California, admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: May 13, 2011

*/s/ Kelley A. Garcia*
Kelley A. Garcia