SNELL & WILMER L.L.P.
Aaron D. Ford, Esq.
Nevada Bar No. 7704
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
aford@swlaw.com

*Former Attorney for Defendants*
*RIMINI STREET INC. and SETH RAVIN*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

NOTICE is hereby given that Aaron D. Ford, Esq. no longer represents Defendants Rimini Street, Inc. and Seth Ravin, and should be removed from all notifications, pleadings and

///
///
///
///
///
///
///
///
///

13075640.1

notifications, pleadings and correspondence in this matter.

DATED this 16th day of May, 2011.

Respectfully submitted,

/s/ Aaron D. Ford
Aaron D. Ford, Esq.
Nevada Bar No. 7704
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, 11th Floor
Las Vegas, Nevada 89169
aford@swlaw.com
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

13075640.1

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of May, 2011, I electronically transmitted the foregoing **NOTICE OF CHANGE OF ATTORNEY** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/  Jeanne Forrest
An employee of Snell & Wilmer LLP

13075640.1

- 3 -