| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | SHOOK, HARDY & BACON LLP |
|   | RICHARD J. POCKER (NV Bar No. 3568) | B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | Eric Buresh (*pro hac vice*) |
|   | Las Vegas, NV 89101 | 2555 Grand Boulevard |
| 3 | Telephone: (702) 382-7300 | Kansas City, Missouri 64108-2613 |
|   | Facsimile: (702) 382-2755 | Telephone: (816) 474-6550 |
| 4 | rpocker@bsfllp.com | Facsimile: (816) 421-5547 |
|   |   | bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP | eburesh@shb.com |
|   | STEVEN C. HOLTZMAN (*pro hac vice*) |   |
| 6 | FRED NORTON (*pro hac vice*) | Robert H. Reckers (*pro hac vice*) |
|   | KIERAN P. RINGGENBERG (*pro hac vice*) | 600 Travis Street, Suite 1600 |
| 7 | 1999 Harrison Street, Suite 900 | Houston, Texas  77002 |
|   | Oakland, CA 94612 | Telephone: (713) 227-8008 |
| 8 | Telephone: (510) 874-1000 | Facsimile: (713) 227-9508 |
|   | Facsimile: (510) 874-1460 | rreckers@shb.com |
| 9 | sholtzman@bsfllp.com |   |
|   | fnorton@bsfllp.com | LEWIS AND ROCA LLP |
| 10 | kringgenberg@bsfllp.com | W. West Allen (Nevada Bar. No. 5566) |
|   |   | 3993 Howard Hughes Parkway, Suite 600 |
| 11 | BINGHAM MCCUTCHEN LLP | Las Vegas, Nevada 89169 |
|   | GEOFFREY M. HOWARD (*pro hac vice*) | Tel:  (702) 949-8200 |
| 12 | BREE HANN (*pro hac vice*) | Fax: (702) 949-8398 |
|   | THOMAS S. HIXSON (*pro hac vice*) | WAllen@LRLaw.com |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*) |   |
|   | Three Embarcadero Center | GREENBERG TRAURIG |
| 14 | San Francisco, CA  94111-4067 | Mark G. Tratos (Nevada Bar No. 1086) |
|   | Telephone:  415.393.2000 | Brandon Roos (Nevada Bar No. 7888) |
| 15 | Facsimile:  415.393.2286 | Leslie Godfrey  (Nevada Bar No. 10229) |
|   | geoff.howard@bingham.com | 3773 Howard Hughes Parkway |
| 16 | thomas.hixson@bingham.com | Suite 400 North |
|   | kristen.palumbo@bingham.com | Las Vegas, NV 89169 |
| 17 |   | Telephone: (702) 792-3773 |
|   | DORIAN DALEY (*pro hac vice*) | Facsimile: (702) 792-9002 |
| 18 | DEBORAH K. MILLER (*pro hac vice*) | tratosm@gtlaw.com |
|   | JAMES C. MAROULIS (*pro hac vice*) | roosb@gtlaw.com |
| 19 | ORACLE CORPORATION | godfreyl@gtlaw.com |
|   | 500 Oracle Parkway |   |
| 20 | M/S 5op7 | Attorneys for Defendants Rimini Street, Inc., |
|   | Redwood City, CA 94070 | and Seth Ravin |
| 21 | Telephone:  650.506.4846 |   |
|   | Facsimile:  650.506.7114 |   |
| 22 | dorian.daley@oracle.com |   |
|   | deborah.miller@oracle.com |   |
| 23 | jim.maroulis@oracle.com |   |
|   |   |   |
| 24 | Attorneys for Plaintiffs Oracle USA, Inc., |   |
|   | Oracle America, Inc., and Oracle International |   |
| 25 | Corp. |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

Case No. 2:10-cv-0106-LRH-PAL

STIPULATION AND [PROPOSED] ORDER RE DERIVATIVE WORKS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, Inc., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER RE DERIVATIVE WORKS** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") jointly submit this Stipulation and Order.

WHEREAS,

1. Oracle's original Complaint and its First Amended Complaint alleged that Defendants infringed certain registered copyrighted works.  Out of an abundance of caution, Oracle included allegations that Defendants infringed registrations for certain predecessor versions of a given work, in case Defendants took the position that a registration for a given release protects only the incremental changes from the previous release;

2. Defendants will not contend that a registration for a given release protects only the incremental changes from the previous release;

3. Accordingly, the Parties enter into this stipulation to narrow the issues in dispute for trial, specifically, by agreeing that Oracle need not allege infringement of the predecessor registrations;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, through their respective counsel of record, as follows:

## I. DEFINITIONS

1. The term "Relevant Oracle Software" shall refer to Oracle's J.D. Edwards-branded enterprise software and support materials, PeopleSoft-branded enterprise software and support materials, Siebel-branded enterprise software and support materials, or Oracle database software and related support materials.

## II. STIPULATIONS

2. The scope of copyright protection for each registered work listed in Exhibit A shall include all protected expression contained within that registered work, including both protected expression that is also found within a previous version of the registered work and protected expression that is not found in any previous version of the registered work. Defendants will not contend that protected expression is not covered by a registration-in-suit on the grounds that the same protected expression is also covered by a previous version of the registered work.

3. To the extent that any executed, written license to a version of Relevant Oracle Software granted by Oracle to a Rimini Street, Inc. customer listed in Exhibit B includes a limited and nonexclusive license to all or a portion of a registered work listed on Exhibit A, that limited and nonexclusive license, subject to the terms and conditions stated in the written license, shall be deemed to include all of the protected expression for the licensed portion of the registered work, including but not limited to protected expression that also exists in a previous version of the registered work. This stipulation shall not alter any other limitation, term, or condition of any written license grant by Oracle.

## III. APPLICABILITY

4. This stipulation is for purposes of this action only and has no force or effect in any other proceeding or jurisdiction.

1  Dated:  June 1, 2011

2

3  BINGHAM McCUTCHEN LLP                SHOOK, HARDY & BACON LLP

4  By:  /s/ Geoffrey M. Howard           By:  /s/  Robert H. Reckers
        Geoffrey M. Howard (*pro hac vice*)      Robert H. Reckers (*pro hac vice*)
5       Three Embarcadero Center                  600 Travis Street, Suite 1600
        San Francisco, CA  94111-4067             Houston, Texas   77002
6       Telephone:  415.393.2000                  Telephone: (713) 227-8008
        Facsimile:  415.393.2286                  Facsimile: (731) 227-9508
7       geoff.howard@bingham.com                  rreckers@shb.com

8  *Attorneys for Plaintiffs*                *Attorneys for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

|   |   |   |
|---|---|---|
| 1 | **ATTESTATION OF FILER** | |

2   The signatories to this document are myself and Robert Reckers and I have obtained Mr.

3   Reckers's concurrence to file this document on his behalf.

4

5   Dated:  June 1, 2011                                          BINGHAM McCUTCHEN LLP

6                                                               By:    /s/ Geoffrey M. Howard
                                                                       Geoffrey M. Howard (*pro hac vice*)
7                                                                      Three Embarcadero Center
                                                                       San Francisco, CA  94111-4067
8                                                                      Telephone:  415.393.2000
                                                                       Facsimile:  415.393.2286
9                                                                      geoff.howard@bingham.com

10                                                              *Attorneys for Plaintiffs*

11

12

13   IT IS SO ORDERED.

14   Dated: June ___, 2011

15

16                                                              _____
                                                                Peggy A. Leen
17                                                              United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28