# EXHIBIT A

| | Title of Work | Date of Registration | Registration Number |
|---|---|---|---|
| 1 | PeopleTools 7.5 | November 20, 1998 | TX 4-792-578 |
| 2 | PeopleSoft 7.0 financials, distribution & manufacturing 7.0 | December 15, 1998 | TX 4-792-576 |
| 3 | PeopleSoft HRMS 7.0 | December 15 1998 | TX 4-792-577 |
| | PeopleSoft HRMS 7.5 | December 15, 1998 | TX 4-792-575 |
| 4 | PeopleSoft Financials, Distribution & Manufacturing 7.5 | December 15, 1998 | TX 4-792-574 |
| 5 | PeopleSoft Benefits Administration 7.50 | June 14, 1999 | TX 5-072-090 |
| 6 | PeopleSoft Benefits Administration 7.0 | June 15, 1999 | TX 4-258-824 |
| 7 | PeopleSoft Payroll Interface 7.50 | June 21, 1999 | TX 3-772-292 |
| | PeopleSoft Pension Administration 7 | June 21, 1999 | TX 3-772-290 |
| 8 | PeopleSoft Pension Administration 7.50 | June 21, 1999 | TX 3-772-291 |
| 9 | PeopleSoft Payroll 7 | June 22, 1999 | TX 4-501-140 |
| | PeopleSoft Payroll Interface 7 | June 22, 1999 | TX 4-501-138 |
| 10 | PeopleSoft Human Resources 7 | June 28, 1999 | TX 4-994-865 |
| 11 | PeopleSoft Human Resources 7.50 | June 28, 1999 | TX 5-013-123 |
| | PeopleSoft Payroll 7.50 | June 28, 1999 | TX 5-013-125 |
| 12 | PeopleSoft Payroll Interface 7 Higher Education | June 28, 1999 | TX 5-013-124 |
| 13 | PeopleSoft Time and Labor 7 | June 28, 1999 | TX 5-013-128 |
| | PeopleSoft Time and Labor 7.0 | June 28, 1999 | TX 4-994-866 |
| 14 | PeopleSoft Time and Labor 7.50 | June 28, 1999 | TX 4-994-867 |
| | PeopleTools 8.0 | September 5, 2000 | TX 5-266-222 |
| 15 | PeopleTools 8.10 | September 5, 2000 | TX 5-266-221 |
| 16 | PeopleSoft HRMS 8.0 | November 20, 2000 | TX 5-291-440 |
| 17 | PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 | November 20, 2000 | TX 5-291-439 |
| 18 | PeopleSoft 8 HRMS PeopleBooks | November 28, 2000 | TX 5-311-638 |
| 19 | PeopleSoft 8 Financials and Supply Chain Management PeopleBooks | November 28, 2000 | TX 5-311-637 |
| 20 | PeopleSoft 8 HRMS SP1 | March 26, 2001 | TX 5-501-312 |
| 21 | Oracle 8i Enterprise Edition, release 2 (8.1.6) | February 2, 2001 | TX 5-222-106 |
| | PeopleSoft 8 FIN/SCM SP1 | March 26, 2001 | TX 5-501-313 |
| 22 | PeopleSoft 8 EPM SP3 | March 30, 2001 | TX 5-345-698 |
| 23 | PeopleSoft 8 Customer Relationship Management PeopleBooks | September 27, 2001 | TX 5-456-778 |
| 24 | PeopleSoft 8 Promotions Management, Collaborative Supply Management, eRFQ,Supplier Connection, and Supply Chain Portal Pack PeopleBooks | September 27, 2001 | TX 5-456-781 |
| 25 | | | |
| 26 | | | |
| 27 | PeopleSoft 8 Customer Relationship Management | September 27, 2001 | TX-5-456-777 |
| 28 | | | |

| # | Title of Work | Date of Registration | Registration Number |
|---|---|---|---|
| 1 | PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 | September 27, 2001 | TX-5-456-780 |
| 2 | PeopleSoft 8 FIN/SCM SPI PeopleBooks | October 19, 2001 | TX 5-595-355 |
| 3 | PeopleSoft 8 Student Administration Solutions PeopleBooks | November 30, 2001 | TX 5-431-290 |
| 4 | PeopleSoft 8 Student Administration Solutions | November 30, 2001 | TX 5-431-289 |
| 5 | PeopleSoft 8.3 HRMS PeopleBooks | February 1, 2002 | TX 5-469-031 |
| 6 | PeopleSoft 8.3 HRMS | February 1, 2002 | TX 5-469-032 |
| 7 | PeopleSoft 8.3 Enterprise Performance Management PeopleBooks | March 11, 2002 | TX 5-485-842 |
| 8 | PeopleSoft 8.3 Enterprise Performance Management | March 11, 2002 | TX 5-485-839 |
| 9 | PeopleSoft 8.1 Customer Relationship Management PeopleBooks | March 20, 2002 | TX 5-733-209 |
| 10 | PeopleSoft 8.1 Customer Relationship Management | March 20, 2002 | TX 5-493-450 |
| 11 | PeopleSoft 8.4 Financials and Supply Chain Management | August 5, 2002 | TX-5-586-247 |
| 12 | PeopleTools 8.4 | August 5, 2002 | TX 5-586-248 |
| 13 | PeopleTools 8.4 PeopleBooks | August 5, 2002 | TX 5-586-249 |
| 14 | PeopleSoft 8.4 Financials and Supply Chain Management PeopleBooks | August 5, 2002 | TX 5-586-246 |
| 15 | PeopleSoft 8.4 Customer Relationship Management PeopleBooks | August 7, 2002 | TX 5-586-236 |
| 16 | Oracle 9i Database Enterprise: Edition Release 1 | June 13, 2003 | TX 5-673-281 |
| 17 | Oracle 9i Database Enterprise: Edition Release 2 | June 13, 2003 | TX 5-673-282 |
| 18 | PeopleSoft 8.8 HRMS | June 11, 2004 | TX 6-093-947 |
| 19 | PeopleSoft 8.8 Customer Relationship Management | June 11, 2004 | TX 6-015-317 |
| 20 | PeopleSoft 8.8 Enterprise Performance Management | June 11, 2004 | TX-5-993-616 |
| 21 | Initial release of JDE EnterpriseOne XE | April 26, 2007 | TX 6-541-033 |
| 22 | Cumulative Update 8 for JDE EnterpriseOne Xe | April 26, 2007 | TX 6-541-048 |
| 23 | Initial release of JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-050 |
| 24 | Cumulative Update 1 for JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-034 |
| 25 | Initial release of JDE EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-049 |
| 26 | Initial release of JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-038 |
| 27 | Cumulative Update 2 for JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-032 |

| | Title of Work | Date of Registration | Registration Number |
|---|---|---|---|
| 1 | Initial release of JDE EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-028 |
| 2 | Initial release of JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-040 |
| 3 | ESU for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-027 |
| 4 | Cumulative Update 1 for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-039 |
| 5 | Initial release of JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-041 |
| 6 | ESU for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-045 |
| 7 | Cumulative Update 1 for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-042 |
| 8 | Initial release of JDE World A7.3 | April 26, 2007 | TX 6-541-029 |
| 9 | Cumulative Update 16 for JDE World A7.3 | April 26, 2007 | TX 6-541-031 |
| 10 | Initial release of JDE World A8.1 | April 26, 2007 | TX 6-541-047 |
| 11 | Code Change for JDE World A8.1 | April 26, 2007 | TX 6-541-044 |
| 12 | Initial release of JDE World A9.1 | April 26, 2007 | TX 6-541-030 |
| 13 | Cumulative Update 6 for JDE World A8.1 | May 1, 2007 | TX 6-545-421 |
| 14 | Oracle Database 10g: Release 1 | January 16, 2009 | TX 6-938-648 |
| 15 | Oracle Database 10g: Release 2 | June 29, 2009 | TX 6-942-003 |
| 16 | Siebel 6.3 Initial Release and Documentation | June 29, 2009 | TX 6-941-989 |
| 17 | Siebel 7.0.5 Initial Release and Documentation | June 29, 2009 | TX 6-941-988 |
| 18 | Siebel 7.5.2 Initial Release and Documentation | June 29, 2009 | TX 6-941-990 |
| 19 | Siebel 7.7.1 Initial Release and Documentation | June 29, 2009 | TX 6-941-993 |
| 20 | Siebel 7.8 Initial Release and Documentation | June 29, 2009 | TX 6-941-995 |
| 21 | Siebel 8.0 Initial Release and Documentation | June 29, 2009 | TX 6-942-000 |
| 22 | Siebel 8.1.1 Initial Release and Documentation | June 29, 2009 | TX 6-942-001 |
| 23 | Database of Documentary Customer Support Materials for J.D. Edwards Software | July 1, 2009 | TXu1-607-455 |
| 24 | Cumulative Update 3 for JDE EnterpriseOne 8.12 | January 15, 2010 | TX-7-041-278 |
| 25 | Initial release of JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-256 |
| 26 | Cumulative Update 1 for JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-267 |
| 27 | Initial release of JDE World A9.2 | January 15, 2010 | TX 7-041-290 |
| 28 | PeopleSoft HRMS 8.8 SP1 | February 10, 2010 | TX 7-065-376 |
| | PeopleSoft HRMS 8.9 | February 10, 2010 | TX 7-065-381 |
| | PeopleSoft HRMS 9.0 | February 10, 2010 | TX 7-065-386 |
| | PeopleSoft HRMS 9.1 | February 10, 2010 | TX 7-065-398 |
| | PeopleSoft Customer Relationship Management 8.8 SP1 | February 10, 2010 | TX 7-063-664 |

| | Title of Work | Date of Registration | Registration Number |
|---|---|---|---|
| 1 | PeopleSoft Customer Relationship Management 8.9 | February 10, 2010 | TX 7-063-668 |
| 2 | PeopleSoft Customer Relationship Management 9.0 | February 10, 2010 | TX 7-065-371 |
| 3 | PeopleSoft Customer Relationship Management 9.1 | February 10, 2010 | TX 7-063-653 |
| 4 | PeopleSoft Financials and Supply Chain Management 8.8 | February 10, 2010 | TX 7-063-688 |
| 5 | PeopleSoft Enterprise Performance Management 8.8 SP2 | February 10, 2010 | TX 7-063-683 |
| 6 | PeopleSoft Enterprise Performance Management 8.9 | February 10, 2010 | TX 7-063-672 |
| 7 | PeopleSoft Enterprise Performance Management 9.0 | February 10, 2010 | TX 7-063-679 |
| 8 | PeopleSoft Financials and Supply Chain Management 8.8 SP1 | February 11, 2010 | TX 7-065-319 |
| 9 | PeopleSoft Financials and Supply Chain Management 8.9 | February 11, 2010 | TX 7-065-332 |
| 10 | PeopleSoft Financials and Supply Chain Management 9.0 | February 11, 2010 | TX 7-065-354 |
| 11 | PeopleSoft Financials and Supply Chain Management 9.1 | February 11, 2010 | TX 7-065-357 |
| 12 | PeopleSoft Student Administration Solutions 8.0 SP1 | February 24, 2010 | TX 7-077-447 |
| 13 | PeopleSoft Campus Solutions 8.9 | February 24, 2010 | TX 7-077-451 |
| 14 | PeopleSoft Campus Solutions 9.0 | February 24, 2010 | TX 7-077-460 |
| 15 | PeopleTools 8.42 | March 8, 2010 | TX 7-092-406 |
| 16 | PeopleTools 8.43 | March 8, 2010 | TX 7-092-603 |
| 17 | PeopleTools 8.44 | March 8, 2010 | TX 7-092-583 |
| 18 | PeopleTools 8.45 | March 8, 2010 | TX 7-092-617 |
| 19 | PeopleTools 8.46 | March 8, 2010 | TX 7-092-772 |
| 20 | PeopleTools 8.47 | March 8, 2010 | TX 7-092-797 |
| 21 | PeopleTools 8.48 | March 8, 2010 | TX 7-092-819 |
| 22 | PeopleTools 8.49 | March 8, 2010 | TX 7-092-855 |
| 23 | PeopleTools 8.50 | March 8, 2010 | TX 7-092-757 |
| 24 | Oracle Database 11g Release 1 | March 24, 2011 | TX 7-324-157 |
| 25 | Oracle Database 11g Release 2 | March 24, 2011 | TX 7-324-158 |