| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. Trent Webb *(pro hac vice)* |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | Eric Buresh *(pro hac vice)*<br>2555 Grand Boulevard |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550 |
| 4 | rpocker@bsfllp.com | Facsimile: (816) 421-5547<br>bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN *(pro hac vice)* | eburesh@shb.com |
| 6 | FRED NORTON *(pro hac vice)*<br>KIERAN P. RINGGENBERG *(pro hac vice)* | Robert H. Reckers *(pro hac vice)*<br>600 Travis Street, Suite 1600 |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Houston, Texas  77002<br>Telephone: (713) 227-8008 |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Facsimile: (713) 227-9508<br>rreckers@shb.com |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | LEWIS AND ROCA LLP |
| 10 | kringgenberg@bsfllp.com | W. West Allen (Nevada Bar. No. 5566)<br>3993 Howard Hughes Parkway, Suite 600 |
| 11 | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD *(pro hac vice)* | Las Vegas, Nevada 89169<br>Tel:  (702) 949-8200 |
| 12 | BREE HANN *(pro hac vice)*<br>THOMAS S. HIXSON *(pro hac vice)* | Fax: (702) 949-8398<br>WAllen@LRLaw.com |
| 13 | KRISTEN A. PALUMBO *(pro hac vice)*<br>Three Embarcadero Center | GREENBERG TRAURIG |
| 14 | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 | Mark G. Tratos (Nevada Bar No. 1086) |
| 15 | Facsimile:  415.393.2286<br>geoff.howard@bingham.com | Brandon Roos (Nevada Bar No. 7888)<br>Leslie Godfrey  (Nevada Bar No. 10229) |
| 16 | thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com | 3773 Howard Hughes Parkway<br>Suite 400 North |
| 17 | | Las Vegas, NV 89169<br>Telephone: (702) 792-3773 |
| 18 | DORIAN DALEY *(pro hac vice)*<br>DEBORAH K. MILLER *(pro hac vice)* | Facsimile: (702) 792-9002<br>tratosm@gtlaw.com |
| 19 | JAMES C. MAROULIS *(pro hac vice)*<br>ORACLE CORPORATION | roosb@gtlaw.com<br>godfreyl@gtlaw.com |
| 20 | 500 Oracle Parkway<br>M/S 5op7 | |
| 21 | Redwood City, CA 94070<br>Telephone:  650.506.4846 | Attorneys for Defendants Rimini Street, Inc., and Seth Ravin |
| 22 | Facsimile:  650.506.7114<br>dorian.daley@oracle.com | |
| 23 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 24 | Attorneys for Plaintiffs Oracle USA, Inc., | |
| 25 | Oracle America, Inc., and Oracle International Corp. | |
| 26 | | |
| 27 | | |
| 28 | | |

Case No. 2:10-cv-0106-LRH-PAL
STIPULATION FOR ORACLE TO FILE SECOND AMENDED COMPLAINT

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, Inc., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION FOR ORACLE TO FILE SECOND AMENDED COMPLAINT** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") jointly submit this Stipulation pursuant to Federal Rule of Civil Procedure 15(a)(2) to permit Oracle to file its Second Amended Complaint.

WHEREAS, Oracle filed its First Amended Complaint on April 19, 2010;

WHEREAS, Oracle wishes to make further amendments to its copyright claims in light of information learned during discovery, and in light of the Parties' Stipulation re Derivative Works;

WHEREAS, Defendants have reviewed the proposed Second Amended Complaint and consent to its public filing in the form they reviewed.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE**, through their respective counsel of record, that Oracle be permitted to amend its First Amended Complaint by filing its Second Amended Complaint.

//

//

//

1     **IT IS SO STIPULATED.**

2

3   Dated: June 1, 2011

4   BINGHAM McCUTCHEN LLP          SHOOK, HARDY & BACON LLP

5   By: /s/ Geoffrey M. Howard          By: /s/ Robert H. Reckers

6     Geoffrey M. Howard (*pro hac vice*)      Robert H. Reckers (*pro hac vice*)
    Three Embarcadero Center             600 Travis Street, Suite 1600

7     San Francisco, CA  94111-4067        Houston, Texas   77002
    Telephone:  415.393.2000               Telephone: (713) 227-8008

8     Facsimile:  415.393.2286                Facsimile: (731) 227-9508
    geoff.howard@bingham.com           rreckers@shb.com

9   *Attorneys for Plaintiffs*                  *Attorneys for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF FILER**

The signatories to this document are myself and Robert Reckers and I have obtained Mr. Reckers's concurrence to file this document on his behalf.

Dated:  June 1, 2011                                    BINGHAM McCUTCHEN LLP

                                                                        By:  /s/ Geoffrey M. Howard
                                                                        Geoffrey M. Howard (*pro hac vice*)
                                                                        Three Embarcadero Center
                                                                        San Francisco, CA  94111-4067
                                                                        Telephone:  415.393.2000
                                                                        Facsimile:  415.393.2286
                                                                        geoff.howard@bingham.com

                                                                        *Attorneys for Plaintiffs*