1   BOIES, SCHILLER & FLEXNER LLP
    RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
    Las Vegas, NV 89101
3   Telephone: (702) 382-7300
    Facsimile: (702) 382-2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
    STEVEN C. HOLTZMAN (*pro hac vice*)
6   FRED NORTON (*pro hac vice*)
    KIERAN P. RINGGENBERG (*pro hac vice*)
7   1999 Harrison Street, Suite 900
    Oakland, CA 94612
8   Telephone: (510) 874-1000
    Facsimile: (510) 874-1460
9   sholtzman@bsfllp.com
    fnorton@bsfllp.com
10  kringgenberg@bsfllp.com

11

12

13  Attorneys for Plaintiffs Oracle USA, Inc.,
    Oracle America, Inc. and Oracle International
14  Corp.

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
BREE HANN (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
bree.hann@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

15

16                  UNITED STATES DISTRICT COURT

17                        DISTRICT OF NEVADA

18  ORACLE USA, INC., a Colorado corporation;       Case No  2:10-cv-0106-LRH-PAL
    ORACLE AMERICA, INC., a Delaware
19  corporation; and ORACLE INTERNATIONAL
    CORPORATION, a California corporation,           **PLAINTIFFS ORACLE USA, INC.,**
20                                                   **ORACLE AMERICA, INC., AND**
                    Plaintiffs,                      **ORACLE INTERNATIONAL**
21          v.                                       **CORPORATION'S MOTION TO**
                                                     **SEAL EXHIBIT B TO STIPULATION**
22  RIMINI STREET, INC., a Nevada corporation;       **AND [PROPOSED] ORDER RE**
    SETH RAVIN, an individual,                       **DERIVATIVE WORKS**
23
                    Defendants.
24

25

26

27

28

| | |
|---|---|
| 1 | **PLAINTIFFS' MOTION TO SEAL** |
| 2 | Pursuant to the Stipulated Protective Order governing confidentiality of documents |
| 3 | entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of |
| 4 | the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc. and |
| 5 | Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the |
| 6 | Court order the Clerk of the Court to file under seal Exhibit B to the Stipulation and [Proposed] |
| 7 | Order re Derivative Works ("Exhibit B").   Exhibit B was lodged under seal with the Court on |
| 8 | June 1, 2011.  *See* Dkt. 145. |
| 9 | Sealing Exhibit B is requested because the document contains information that |
| 10 | Defendants Rimini Street, Inc., and Seth Ravin ("Defendants") have designated as "Highly |
| 11 | Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order.  The |
| 12 | requested relief is necessary and narrowly tailored to protect the confidentiality of the |
| 13 | commercially sensitive business information identified by Defendants, namely, Defendants' list |
| 14 | of current and former customers.  The Protective Order provides that: "Counsel for any |
| 15 | Designating Party may designate any Discovery Material as 'Confidential Information' or |
| 16 | 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective |
| 17 | Order **only if such counsel in good faith believes that such Discovery Material contains such** |
| 18 | **information and is subject to protection under Federal Rule of Civil Procedure 26(c).**  The |
| 19 | designation by any Designating Party of any Discovery Material as 'Confidential Information' or |
| 20 | 'Highly Confidential Information –Attorneys' Eyes Only' shall constitute a representation that |
| 21 | an attorney for the Designating Party reasonably believes there is a valid basis for such |
| 22 | designation." Protective Order ¶ 2 (emphasis supplied). |
| 23 | Thus, in identifying Exhibit B as containing Highly Confidential material, Defendants as |
| 24 | the designating parties have represented that good cause exists for sealing Exhibit B.  This is a |
| 25 | sufficient showing of good cause to permit a sealing order on a non-dispositive motion.  *See,* |
| 26 | *e.g., Pacific Gas and Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002). |
| 27 | Defendants have designated the entirety of Exhibit B as Highly Confidential.  The parties |
| 28 | have submitted all other materials related to the Stipulation and [Proposed] Order re Derivative |

1    Works, Dkt. 143, filed June 1, 2011, for filing in the Court's public files, which would allow

2    public access to the filings except for Defendants' Highly Confidential materials.  Accordingly,

3    the request to seal is narrowly tailored.

4          For the foregoing reasons, Oracle respectfully requests that the Court find that good cause

5    exists to file under seal Exhibit B.

6

7    DATED: May 13, 2011                    BINGHAM McCUTCHEN LLP

8

9                                          By: /s/ Geoffrey M. Howard
10                                             Geoffrey M. Howard
                                               Attorneys for Plaintiffs
11                                             Oracle USA, Inc., Oracle America, Inc.,
                                               and Oracle International Corp.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MOTION TO SEAL