| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | BREE HANN (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center |
| 4 | rpocker@bsfllp.com | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Facsimile:  415.393.2286<br>geoff.howard@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | bree.hann@bingham.com<br>thomas.hixson@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | kristen.palumbo@bingham.com |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 10 | kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 11 | | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 12 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc. and Oracle International | jim.maroulis@oracle.com |
| 14 | Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL EXHIBIT B TO STIPULATION AND [PROPOSED] ORDER RE DERIVATIVE WORKS** |

**PLAINTIFFS' MOTION TO SEAL**

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the Court order the Clerk of the Court to file under seal Exhibit B to the Stipulation and [Proposed] Order re Derivative Works ("Exhibit B"). Exhibit B was lodged under seal with the Court on June 1, 2011. *See* Dkt. 145.

Sealing Exhibit B is requested because the document contains information that Defendants Rimini Street, Inc., and Seth Ravin ("Defendants") have designated as "Highly Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order. The requested relief is necessary and narrowly tailored to protect the confidentiality of the commercially sensitive business information identified by Defendants, namely, Defendants' list of current and former customers. The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).** The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information –Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2 (emphasis supplied).

Thus, in identifying Exhibit B as containing Highly Confidential material, Defendants as the designating parties have represented that good cause exists for sealing Exhibit B. This is a sufficient showing of good cause to permit a sealing order on a non-dispositive motion. *See, e.g., Pacific Gas and Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002).

Defendants have designated the entirety of Exhibit B as Highly Confidential. The parties have submitted all other materials related to the Stipulation and [Proposed] Order re Derivative

1  Works, Dkt. 143, filed June 1, 2011, for filing in the Court's public files, which would allow
2  public access to the filings except for Defendants' Highly Confidential materials. Accordingly,
3  the request to seal is narrowly tailored.
4      For the foregoing reasons, Oracle respectfully requests that the Court find that good cause
5  exists to file under seal Exhibit B.

7  DATED: May 13, 2011                    BINGHAM McCUTCHEN LLP

                                          By: /s/ Geoffrey M. Howard
                                              Geoffrey M. Howard
                                              Attorneys for Plaintiffs
                                              Oracle USA, Inc., Oracle America, Inc.,
                                              and Oracle International Corp.

PLAINTIFFS' MOTION TO SEAL

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>BREE HANN (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>bree.hann@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**ORDER GRANTING PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL EXHIBIT B TO STIPULATION AND [PROPOSED] ORDER RE DERIVATIVE WORKS** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle |
| 3 | International Corporation's Motion to Seal Exhibit B to the Stipulation and [Proposed] Order re |
| 4 | Derivative Works ("Plaintiffs' Motion to Seal"). *See* Dkt. 145. Federal Rule of Civil Procedure |
| 5 | 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter |
| 6 | alia, the protection of "a trade secret or other confidential research, development, or commercial |
| 7 | information." Fed. R. Civ. P. 26(c). Having considered Plaintiffs' Motion to Seal, compelling |
| 8 | reasons having been shown and good cause existing: |
| 9 | IT IS HEREBY ORDERED THAT: Plaintiffs' Motion to Seal is GRANTED. |
| 10 | The Clerk of the Court shall file under seal Exhibit B to the Stipulation and [Proposed] Order re |
| 11 | Derivative Works. |
| 12 | IT IS SO ORDERED. |
| 13 | DATED: June 3, 2011 |

By: _____
Hon. Peggy A. Leen
United States Magistrate Judge