UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, Inc., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION FOR ORACLE TO FILE SECOND AMENDED COMPLAINT**<br><br>AND ORDER THEREON |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") jointly submit this Stipulation pursuant to Federal Rule of Civil Procedure 15(a)(2) to permit Oracle to file its Second Amended Complaint.

WHEREAS, Oracle filed its First Amended Complaint on April 19, 2010;

WHEREAS, Oracle wishes to make further amendments to its copyright claims in light of information learned during discovery, and in light of the Parties' Stipulation re Derivative Works;

WHEREAS, Defendants have reviewed the proposed Second Amended Complaint and consent to its public filing in the form they reviewed.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE**, through their respective counsel of record, that Oracle be permitted to amend its First Amended Complaint by filing its Second Amended Complaint.

//

//

//

1    **IT IS SO STIPULATED.**

2

3    Dated: June 1, 2011

4    BINGHAM McCUTCHEN LLP                    SHOOK, HARDY & BACON LLP

5    By:  /s/ Geoffrey M. Howard              By: /s/ Robert H. Reckers
         Geoffrey M. Howard (*pro hac vice*)      Robert H. Reckers (*pro hac vice*)
6        Three Embarcadero Center                 600 Travis Street, Suite 1600
         San Francisco, CA  94111-4067            Houston, Texas   77002
7        Telephone:  415.393.2000                 Telephone: (713) 227-8008
         Facsimile:  415.393.2286                 Facsimile: (731) 227-9508
8        geoff.howard@bingham.com                 rreckers@shb.com

9    *Attorneys for Plaintiffs*                *Attorneys for Defendants*

10

11

12                            ORDER

13   IT IS SO ORDERED.

14   DATED this 6th day of June, 2011.

15

16                                           _____
                                             LARRY R. HICKS
17                                           UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28