| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | Eric Buresh, Esq. (*pro hac vice*)<br>2555 Grand Boulevard |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550 |
| 4 | rpocker@bsfllp.com | Facsimile: (816) 421-5547<br>bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | eburesh@shb.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | SHOOK, HARDY & BACON LLP<br>Robert H. Reckers, Esq. (*pro hac vice*) |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | 600 Travis Street, Suite 1600<br>Houston, Texas 77002 |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508 |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | rreckers@shb.com |
| 10 | kringgenberg@bsfllp.com | Attorneys for Defendants Rimini Street, Inc., and Seth Ravin |
| 11 | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) | |
| 12 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) | |
| 13 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 | |
| 14 | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 | |
| 15 | geoff.howard@bingham.com<br>thomas.hixson@bingham.com | |
| 16 | kristen.palumbo@bingham.com | |
| 17 | Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International | |
| 18 | Corp. | |

| | | |
|---|---|---|
| 19 | UNITED STATES DISTRICT COURT | |
| 20 | DISTRICT OF NEVADA | |
| 21 | ORACLE USA, Inc., a Colorado corporation; | |
| 22 | ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL | Case No. 2: 1 0-cv-0 1 06-LRH-PAL |
| 23 | CORPORATION, a California corporation, | |
| 24 | Plaintiffs, | **STIPULATION AND JOINT REQUEST TO RESCHEDULE THE JUNE 28, 2011 CASE MANAGEMENT CONFERENCE** |
| 25 | v. | |
| 26 | RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual, | |
| 27 | Defendants. | |
| 28 | | |

A/74382777.1/2021039-0000337130

1   WHEREAS, on May 19, 2011 the Court ordered a Case Management Conference to
2   occur on June 28, 2011 at 9:30 a.m.;
3   WHEREAS, the parties are continuing to meet and confer regarding possible stipulations
4   and are awaiting discovery responses; and
5   WHEREAS counsel have conferred regarding mutually agreeable dates for the Case
6   Management Conference;
7   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Oracle USA,
8   Inc., Oracle America, Inc., Oracle International Corporation and Defendants Rimini Street, Inc.
9   and Seth Ravin, through their respective counsel of record, that:
10   The parties respectfully request that the Case Management Conference currently
11   scheduled for June 28, 2011 at 9:30 a.m. shall be rescheduled for a day between August 2-5,
12   2011 at a time convenient for the Court, or if those dates are not available for the Court, as such
13   other date and time as the Court finds convenient.
14   SO STIPULATED AND AGREED.

16   DATED:  June 23, 2011                            BINGHAM McCUTCHEN LLP

19                                                                                By: _____/s/_____
                                                                                         Geoffrey M. Howard
20                                                                                       Attorneys for Plaintiffs

21   DATED:  June 23, 2011                            SHOOK, HARDY & BACON LLP

24                                                                                By: _____/s/_____
                                                                                         Robert H. Reckers
25                                                                                       Attorneys for Defendants

1    FOR GOOD CAUSE SHOWN, the Case Management Conference shall be re-set for

2   August _____, 2011 at _____.

3

4    IT IS SO ORDERED:

5

6                                                          _____
                                                           PEGGY A. LEEN
7                                                          UNITED STATES MAGISTRATE JUDGE
                                                           DATED: _____, 2011
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION OF FILER**

The signatories to this document are myself and Robert H. Reckers, and I have obtained Mr. Reckers' concurrence to file this document on his behalf.

DATED: June 23, 2011                                         BINGHAM McCUTCHEN LLP


By: _____/s/_____
       Geoffrey M. Howard
       Attorneys for Plaintiffs

**PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067.  I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/email/hand delivery/next business day FedEx delivery, and they are transmitted/processed that same day in the ordinary course of business.

Today I served the following document:

**STIPULATION AND JOINT REQUEST TO RESCHEDULE THE JUNE 28, 2011 CASE MANAGEMENT CONFERENCE**

☒   (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date (pursuant to FRCP 5(b)).

| | |
|---|---|
| B. Trent Webb, Esq.<br>Eric Buresh, Esq.<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br>eburesh@shb.com | Mark G. Tratos, Esq.<br>Brandon Roos, Esq.<br>Leslie Godfrey, Esq.<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Pkwy, Suite 400 North<br>Las Vegas, NY 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com |
| Robert H. Reckers, Esq.<br>SHOOK, HARDY & BACON LLP<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on June 23, 2011 at San Francisco, California.

*/s/*
James W. Davis, Jr.