# EXHIBIT C

## Russell, Chad

| | |
|---|---|
| **From:** | Robert T. Gill [RGill@peabodyarnold.com] |
| **Sent:** | Thursday, March 24, 2011 11:33 AM |
| **To:** | Russell, Chad |
| **Subject:** | Oracle v. Rimini Street |
| **Attachments:** | ORCL00369329.pdf; ORCL00369200.pdf; ORCL00369210.pdf; ORCL00369221.pdf; ORCL00369231.pdf; ORCL00369245.pdf; ORCL00369266.pdf; ORCL00369276.pdf; ORCL00369279.pdf; ORCL00369289.pdf; ORCL00369299.pdf; ORCL00369309.pdf; ORCL00369319.pdf; 2009-03-20 Oracle production ltr [ORCL00359807-369332].pdf; Brian Fees Declaration - Oracle Agreements.PDF; Rick Riordan Statement - TomorrowNow.PDF; Rick Riordan Statement - Maintain Services.PDF |

      

ORCL00369329.pdf (259 KB)  ORCL00369200.pdf (1 MB)  ORCL00369210.pdf (1 MB)  ORCL00369221.pdf (1 MB)  ORCL00369231.pdf (969 KB)  ORCL00369245.pdf (1 MB)  ORCL00369266.pdf (885 KB)

      

ORCL00369276.pdf (119 KB)  ORCL00369279.pdf (884 KB)  ORCL00369289.pdf (885 KB)  ORCL00369299.pdf (882 KB)  ORCL00369309.pdf (887 KB)  ORCL00369319.pdf (966 KB)  2009-03-20 Oracle production l...

  

Brian Fees Declaration - Oracl..  Rick Riordan Statement - Tomor..  Rick Riordan Statement - Maint...

```
                                <<ORCL00369329.pdf>>  <<ORCL00369200.pdf>>
<<ORCL00369210.pdf>> <<ORCL00369221.pdf>> <<ORCL00369231.pdf>> <<ORCL00369245.pdf>>
<<ORCL00369266.pdf>>  <<ORCL00369276.pdf>>  <<ORCL00369279.pdf>> <<ORCL00369289.pdf>>
<<ORCL00369299.pdf>>  <<ORCL00369309.pdf>> <<ORCL00369319.pdf>>  <<2009-03-20 Oracle
production ltr [ORCL00359807-369332].pdf>>   <<Brian Fees Declaration - Oracle
Agreements.PDF>>  <<Rick Riordan Statement - TomorrowNow.PDF>>  <<Rick Riordan Statement -
Maintain Services.PDF>> Chad,

I tried to get you on the telephone this morning but missed you.

As we discussed, CedarCrestone has agreed, in response to Oracle's February 14, 2011
subpoena in Oracle v. Rimini Street, to produce the same documents which CedarCrestone
produced to Oracle in the Oracle v.
SAP litigation.  I have attached PDF files containing those documents.

In addition to the documents attached to this email, CedarCrestone has in its possession a
box of documents related to CedarCrestone's possible acquisition of TomorrowNow which it
produced to Oracle in response to a subpoena arising out of the Oracle v. SAP litigation
in March 2009.
While those documents are unrelated to Rimini Street and are irrelevant to Oracle's most
recent subpoena to CedarCrestone, CedarCrestone is willing to produce those documents
again, except to the extent some of them are covered by a confidentiality agreement
between CedarCrestone and TommorowNow.

Please contact me if you would like a copy of CedarCrestone's March 2009 production of
TomorrowNow-related documents.  In addition, please feel free to contact me with any
questions about CedarCrestone's response to Oracle's subpoena.

Also, please let me know your thoughts on what response Oracle would prefer we make to the
Rimini subpoena.

Sincerely,

/s/ Bob Gill
```

```
Robert T. Gill, Esquire
PEABODY & ARNOLD LLP
600 Atlantic Avenue
Boston, MA  02210
Tel. 617-951-4706
```