# EXHIBIT H

**BINGHAM**

Chad Russell
Direct Phone:  415.393.2336
Direct Fax:      415.393.2286
chad.russell@bingham.com

June 22, 2011

**Via Email**

Robert T. Gill, Esq.
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA 02210

Re:   Subpoena to CedarCrestone, Inc. in Oracle USA, Inc. v. Rimini Street, Inc.

Dear Mr. Gill:

I write with respect to Oracle's subpoena to CedarCrestone, Inc., in the above-captioned matter, and in response to your letter of May 19, 2011.

Your letter enclosed an audio file and 522 pages of documents that CedarCrestone represents are responsive to two of Oracle's document requests. Your letter stated that CedarCrestone was "working diligently to gather additional materials requested by Oracle" and that you would "provide such materials to Oracle as soon as possible, subject to Oracle's willingness to comply with restrictions as to their use and disclosure." I left you a voicemail immediately after reviewing your letter, noting that Oracle had already provided you with a copy of the Stipulated Protective Order, and asking you to call me back to discuss CedarCrestone's confidentiality concerns. I have not heard back from you and have not received a subsequent production.

As explained in my voicemail, multiple earlier discussions, and my letter of May 8, 2011, the Stipulated Protective Order entered in the litigation provides adequate protection for any confidential materials produced by CedarCrestone. Furthermore, as stated in my letters of April 5 and May 8, CedarCrestone waived any objections to Oracle's subpoena pursuant to Federal Rule of Civil Procedure 45(c)(2)(B).

Oracle served its subpoena to CedarCrestone on February 14, 2011 – over four months ago. That is enough time for CedarCrestone to have completed or to have substantially completed its production, yet it has not produced any documents in response to the majority of Oracle's requests. (Oracle does not know whether CedarCrestone contends that its production is complete as to the two requests it has identified.) Oracle continues to request and expect immediate and full compliance and reserves its right to seek relief from the United States District Court for the District of Nevada per Fed. R. Civ. Proc 45(c)(2)(B). Please let me know when you are available to discuss.

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T +1.415.393.2000
F +1.415.393.2286
bingham.com

A/74360405.1

Robert T. Gill, Esq.
June 22, 2011
Page 2

Sincerely,

*[signature]*

Chad Russell