# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORACLE USA, INC., *et al.*,

        Plaintiffs,

vs.

RIMINI STREET, INC., *et al.*,

        Defendants.

Case No. 2:10-cv-00106-LRH-PAL

**ORDER**

      Before the court is Plaintiffs' Motion to Compel Non-Party CedarCrestone, Inc. To Produce Documents in Response to Oracle's Subpoena; Memorandum of Points and Authorities (Dkt. #156) filed June 30, 2011. The motion seeks a hearing on August 5, 2011, the next regularly scheduled status and dispute resolution conference set by the court. The certificate of service on the motion certifies that on the 30th day of June, 2010 [sic], Marjory Gentry electronically transmitted the motion to the clerk's office for filing and transmittal of a notice of electronic filing to all counsel in this matter who are registered to receive electronic filing. However, there is no certificate of service indicating the motion has been served on counsel for non-party CedarCrestone, Inc. Accordingly,

      **IT IS ORDERED** that:

      1.    Counsel for Plaintiffs shall serve counsel for non-party CedarCrestone, Inc., with a copy of the motion, and file a certificate of service with the clerk of the court.

      2.    Non-party CedarCrestone, Inc. shall have fourteen days from service of the motion in which to file a response.

      3.    Plaintiffs shall have seven days from service of non-party CedarCrestone, Inc.'s response in which to file a reply.

4.   A hearing on the Motion to Compel (Dkt. #156) is set for **August 5, 2011, at 10:00 a.m.**

Dated this 1st day of July, 2011.

_____
Peggy A. Leen
United States Magistrate Judge