BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　　Defendants. | Case No. 2:10-cv-0106-LRH-PAL (D. Nev.)<br><br>**CERTIFICATE OF SERVICE ON COUNSEL FOR CEDARCRESTONE** |

A/74422452.1/2021039-0000337130

# CERTIFICATE OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for mail/fax/hand delivery/next business day Federal Express delivery, and they are deposited that same day in the ordinary course of business.

Today I served the following document:

**ORDER [DOCKET ITEM #157]**

**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL NON-PARTY CEDARCRESTONE, INC. TO PRODUCE DOCUMENTS IN RESPONSE TO ORACLE'S SUBPOENA; MEMORANDUM OF POINTS AND AUTHORITIES [DOCKET ITEM #156]**

**DECLARATION OF CHAD RUSSELL IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL NON-PARTY CEDARCRESTONE, INC. TO PRODUCE DOCUMENTS IN RESPONSE TO ORACLE'S SUBPOENA [DOCKET ITEM #156-1 TO #156-12]**

**CERTIFICATE OF SERVICE [DOCKET ITEM #156-13]**

**CERTIFICATE OF SERVICE ON COUNSEL FOR CEDARCRESTONE**

[X] (PERSONAL SERVICE) by causing a true and correct copy of the above documents to be hand delivered in sealed envelope(s) with all fees fully paid to the person(s) at the address(es) set forth below.

**BY HAND**

**COUNSEL FOR CEDARCRESTONE**
Robert T. Gill, Esq.
Dale Coggins, Esq.
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Tel. (617) 951-4706
Fax (617) 951-2125

rgill@peabodyarnold.com
dcoggins.@peabodyarnold.com

A/74422452.1/2021039-0000337130

| | |
|---|---|
| 1 | I declare that I am employed in the office of a member of the bar of this court at |
| 2 | whose direction the service was made and that this declaration was executed on July 5, 2011 at |
| 3 | San Francisco, California. |

_____
Lisa S. Lee

A/74422452.1/2021039-0000337130

2

PROOF OF SERVICE