| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com |
| BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATRION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual<br><br>Defendants. | Case No. 2: 10-cv-0106-LRH-PAL<br><br>**PLAINTIFFS' WITHDRAWAL OF MOTION TO COMPEL NON-PARTY CEDARCRESTONE, INC. TO PRODUCE DOCUMENTS IN RESPONSE TO ORACLE'S SUBPOENA**<br><br>Hearing Date: August 5, 2011<br>Time: 10:00 a.m.<br>Judge: Magistrate Peggy A. Leen<br>Place: Courtroom 3B<br>Fact Discovery Cut-off: October 3, 2011 |

A/74447104.2/2021039-0000337130

1  On June 30, 2011, Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle
2  International Corporation (collectively, "Oracle") filed a motion before this Court seeking to
3  compel the production of documents by non-party CedarCrestone, Inc. ("CedarCrestone") in
4  response to Oracle's subpoena.  [Dkt. No. 156.]  On July 1, 2011 this Court entered a scheduling
5  order setting the motion for hearing on August 5, 2011 at 10:00 a.m.  [Dkt. No. 157.]
6  As a result of post-filing meet and confer efforts between Oracle and CedarCrestone,
7  CedarCrestone has agreed to produce the documents sought by Oracle's motion.  Oracle
8  therefore respectfully withdraws its motion to compel.

10
11  DATED:  July 19, 2011                          BINGHAM McCUTCHEN LLP

13                                                       By:   */s/ Thomas S. Hixson*
14                                                                Thomas S. Hixson
                                                                Attorneys for Plaintiffs
15                                                  Oracle USA, Inc. and Oracle International Corp.

A/74447104.2/2021039-0000337130

PLAINTIFFS' WITHDRAWAL OF MOTION TO COMPEL NON-PARTY CEDARCRESTONE, INC TO
PRODUCE DOCUMENTS IN RESPONSE TO ORACLE'S SUBPOENA