| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | SHOOK, HARDY & BACON LLP |
|   | RICHARD J. POCKER (NV Bar No. 3568) | B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | Eric Buresh (*pro hac vice*) |
|   | Las Vegas, NV 89101 | 2555 Grand Boulevard |
| 3 | TELEPHONE: (702) 382-7300 | Kansas City, Missouri 64108-2613 |
|   | FACSIMILE: (702) 382-2755 | Telephone: (816) 474-6550 |
| 4 | rpocker@bsfllp.com | Facsimile: (816) 421-5547 |
|   |   | bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP | eburesh@shb.com |
|   | STEVEN C. HOLTZMAN (*pro hac vice*) |   |
| 6 | FRED NORTON (*pro hac vice*) | Robert H. Reckers (*pro hac vice*) |
|   | KIERAN P. RINGGENBERG (*pro hac vice*) | 600 Travis Street, Suite 1600 |
| 7 | 1999 Harrison Street, Suite 900 | Houston, Texas 77002 |
|   | Oakland, CA 94612 | Telephone: (713) 227-8008 |
| 8 | TELEPHONE: (510) 874-1000 | Facsimile: (713) 227-9508 |
|   | FACSIMILE: (510) 874-1460 | rreckers@shb.com |
| 9 | sholtzman@bsfllp.com |   |
|   | fnorton@bsfllp.com | LEWIS AND ROCA LLP |
| 10 | kringgenberg@bsfllp.com | W. West Allen (Nevada Bar No. 5566) |
|   |   | 3993 Howard Hughes Parkway, Suite 600 |
| 11 | BINGHAM McCUTCHEN LLP | Las Vegas, Nevada 89169 |
|   | GEOFFREY M. HOWARD (*pro hac vice*) | Tel: (702) 949-8200 |
| 12 | BREE HANN (*pro hac vice*) | Fax: (702) 949-8398 |
|   | THOMAS S. HIXSON (*pro hac vice*) | WAllen@LRLaw.com |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*) |   |
|   | THREE EMBARCADERO CENTER | GREENBERG TRAURIG |
| 14 | SAN FRANCISCO, CA 94111-4067 | Mark G. Tratos (Nevada Bar No. 1086) |
|   | Telephone: 415.393.2000 | Brandon Roos (Nevada Bar No. 7888) |
| 15 | Facsimile: 415.393.2286 | Leslie Godfrey (Nevada Bar No. 10229) |
|   | geoff.howard@bingham.com | 3773 Howard Hughes Parkway |
| 16 | thomas.hixson@bingham.com | Suite 400 North |
|   | kristen.palumbo@bingham.com | Las Vegas, NV 89169 |
| 17 |   | Telephone: (702) 792-3773 |
|   | DORIAN DALEY (*pro hac vice*) | Facsimile: (702) 792-9002 |
| 18 | DEBORAH K. MILLER (*pro hac vice*) | tratosm@gtlaw.com |
|   | JAMES C. MAROULIS (*pro hac vice*) | roosb@gtlaw.com |
| 19 | ORACLE CORPORATION | godfreyl@gtlaw.com |
|   | 500 Oracle Parkway |   |
| 20 | M/S 5op7 | Attorneys for Defendants Rimini Street, |
|   | Redwood City, CA 94070 | Inc., and Seth Ravin |
| 21 | Telephone: 650.506.4846 |   |
|   | Facsimile: 650.506.7114 |   |
| 22 | dorian.daley@oracle.com |   |
|   | deborah.miller@oracle.com |   |
| 23 | jim.maroulis@oracle.com |   |
| 24 | Attorneys for Plaintiffs |   |
|   | Oracle USA, Inc., Oracle America, Inc., and |   |
| 25 | Oracle International Corp. |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

---

JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>    Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Date:    September 20, 2011<br>Time:    9:00 a.m.<br>Place:    Courtroom 3B<br>Judge:    Magistrate Peggy A. Leen |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") jointly submit this Case Management Conference Statement and [Proposed] Order in advance of the September 20, 2011 Case Management Conference ("CMC") to provide the Court with a status report of the pending matters.

Part I addresses the current status of the pleadings. Part II provides a status report on the party and non-party discovery to date. Part III sets forth the Parties' stipulation regarding depositions and Requests for Admission.

As there are no issues that currently require the Court's attention, and as discovery is proceeding in accordance with the schedule set by the Court, the Parties jointly request that the September 20 CMC be vacated and rescheduled for the week of November 7, 2011. The Parties propose November 8, 2011.

**I.    PLEADINGS**

No changes have been made to the pleadings since the Parties filed their Joint Case Management Statement on August 2, 2011.

## II. DISCOVERY PROGRESS

Since the last Joint Case Management Statement was filed on August 2, 2011, the Parties have made the following progress in discovery:

### A. Discovery Sought From and Produced By Plaintiffs.

#### 1. Documents

On August 10, 2011, Rimini served its Fourth Set of Requests for Production, consisting of 19 requests. Between August 2, 2011 and the submission of this statement, Oracle has produced more than 140,000 additional documents, totaling more than 775,000 pages, including thousands of voluminous Excel files, customer contracts and related documentation, customer-specific reports (referred to as "oki3 reports"), software and support materials, copyright registrations, deposit materials, download audit and download metrics logs and related information, product tables, terms of use and e-delivery licenses.

##### a. Custodial Productions

On September 8, 2011, Oracle substantially completed document productions from all 55 agreed-upon Oracle production custodians, consistent with Oracle's discovery responses and objections.

##### b. Non-Custodial Productions

Oracle continues to gather and review non-custodial documents for production, including customer contract documents, copyright registrations, deposit materials, and software. The volume and timing of these productions have been impacted by the lack of progress in the pre-trial stipulations the parties have been negotiating for several months. Currently, Oracle has produced approximately 90% of the requested PeopleSoft, J.D. Edwards and Siebel customer contract documents. Oracle expects to complete its production of these customer contract documents by the end of October.

On August 30, Oracle completed its production of all outstanding copyright registrations, deposit materials, and software, consistent with its discovery responses and objections. Production of further historical information regarding the development of certain of Oracle's registered, copyrighted software is ongoing.

### 2. Interrogatories

On September 2, 2011, Rimini served Oracle with its Fourth Set of Interrogatories, which consisted of Interrogatory No. 16.

### 3. Requests for Admission

Rimini has not served Oracle with any Requests for Admissions since the last Case Management Conference.

### 4. Depositions

Rimini has taken two depositions of Oracle witnesses since the last Case Management Conference, while one additional deposition notice for an Oracle employee remains pending at this time.

## B. Discovery sought from and produced by Defendants

### 1. Documents

Oracle served its Second Request for Inspection to Rimini Street on August 25, 2011, and its Sixth Set of Requests for Production to Rimini Street on September 7, 2011, numbered 66 through 82. Between August 2, 2011 and the submission of this statement, Rimini has produced approximately 294,000 additional documents, totaling approximately 1,798,000 pages. These materials include e-mails, log files, archive material, share drive material, updated HRMS data, customer service agreements, additional SharePoint data and over 73,100 native files. In addition, Rimini has produced approximately 76 additional environments as well as various other one-off native productions relating to SalesForce exports, TUSS spreadsheet, DevTrack spreadsheets and Client Physical Media files, as requested by Oracle. To date, Rimini has produced over 754,000 documents totaling over 6,048,000 pages, as well as over 81,200 native files, numerous environments, financial information, ticketing system data, data archive, source code, log files, various extract and individual VMs and network shares.

#### a. Custodial Productions

Rimini has substantially completed document productions from all 55 agreed-upon Rimini's production custodians, consistent with Rimini's discovery responses and objections.

#### b. Non-Custodial Productions

Rimini has completed gathering, reviewing and producing non-custodial documents, including materials from various department shares and non-custodial email files. Productions from these sources included data relating to financial, client relationships, marketing and sales.

### 2. Interrogatories

On August 26, 2011, Oracle served Rimini Street with Oracle's Seventh Set of Interrogatories, numbered 27-31.

### 3. Requests for Admission

On August 26, 2011, Oracle International Corp. served Rimini Street with its First Set of Requests for Admission, numbered 1-18.

### 4. Depositions

Oracle took depositions on September 1, September 7 and September 16, totaling three depositions since the last Joint Case Management Statement was filed. Oracle's deposition of a Rimini Street former employee has been rescheduled to September 27. Oracle has scheduled the deposition of one Rimini Street employee for October 4, and Rimini has offered dates in mid-October for a second employee deposition. Oracle's deposition of Defendant Seth Ravin has been rescheduled to October 28, 2011.

## C. Third Party Discovery

### 1. Customers

As of the filing of this statement, Oracle has served a total of 254 customer subpoenas. Oracle has received approximately 230 document productions in response to these subpoenas. Oracle continues to seek the cooperation of subpoenaed customers with outstanding or deficient productions.

Oracle's effort to process and produce customer productions to Rimini is ongoing. Oracle has sent approximately 173 customer productions to Rimini and received approximately 18 third-party productions from Rimini.

Oracle has made state "sunshine act" requests of 46 public entities that may have had significant contact with Rimini, and 43 entities have responded with a substantive production. Oracle's effort to process and produce public entity productions to Rimini is

1  ongoing.  No new formal requests have been made since the last CMC; however, Oracle made an
2  informal second request to one entity on September 1.  Oracle has sent approximately 37 public
3  entity productions to Rimini.  The Parties' review of the sunshine act materials is ongoing.
4       Oracle has served four notices of customer depositions, is negotiating with one customer
5  regarding deposition date prior to service, and plans to notice several additional customer
6  depositions in September.  Oracle will timely notice the remainder of its allotted, two-hour
7  customer depositions as it continues to review Defendants' and customers' ongoing document
8  productions.

### 2.  Other Third Parties

10  Since the last CMC, Oracle has continued to negotiate with other third parties regarding
11  discovery.  This includes third-party support providers CedarCrestone, netCustomer, Summit
12  Technology, and Spinnaker.  Oracle served a subpoena on JMP Securities on September 2.
13  Oracle also received a further production of documents from Rimini investor Adams Street
14  Partners on August 19.

## III.  STIPULATIONS AND REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE

17  For much of 2011, the Parties have been grappling with how to develop trial proof
18  relating to the vast and complex data associated with the claims and defenses in this case.  As the
19  Parties have reported to the Court on prior occasions, the Parties have been negotiating with
20  respect to possible stipulations relating to extrapolation and to Oracle's copyright registrations
21  since March 29, 2011.  Unfortunately, the Parties appear to be at impasse regarding any
22  stipulated extrapolation, because the Parties disagree about whether any stipulation should result
23  in limitation of the damages theories and evidence in support of those theories that Oracle may
24  present at trial.  Given this impasse and the present late stage of discovery, Rimini Street has
25  agreed that Oracle may take four additional depositions.  From Rimini's perspective, these
26  additional depositions account for the Parties' present failure to agree to the terms of the
27  stipulations, and Rimini will opposes any further expansion of the deposition limits.   On the
28  other hand, Oracle reserves all rights as to whether additional depositions may be necessary.  The

Parties have also reached an agreement about Requests for Admission.

### A.  Summary of Stipulation Negotiations

At the March 29, 2011 status conference, the Court urged the Parties to develop representative samples of data against which to develop discovery and to stipulate to undisputed facts where possible.

As set out in the Parties' Joint Case Management Statements dated May 13, 2011, Dkt. 136, and August 2, 2011, Dkt. 160, the Parties have been negotiating with respect to possible stipulations relating to extrapolation and to Oracle's copyright registrations for over five months. Since the Parties last reported their progress to the Court, Oracle has sent further drafts of an extrapolation stipulation on August 7 and August 24, to which Defendants responded on August 26. The parties have met and conferred in person on August 9, and by telephone on August 19 and September 8. All told, the parties have exchanged approximately seven draft stipulations (on essentially three subjects: environment copies, fixes, and foundational facts) and engaged in approximately ten hours of in-person or telephonic meeting and conferring over six separate sessions.

The Parties have discussed extrapolating the analysis of two categories of data: environments (installed copies of Oracle's enterprise software) and fixes (the code objects delivered to customers in the course of supporting Oracle enterprise software; the vast majority of these code objects are themselves derived from existing environments).

### B.  Discovery Stipulations

In order to further develop the record regarding Rimini Street's use of local environments and Rimini Street's development of PeopleSoft fixes, the Parties have agreed that, in addition to the 20 non-customer depositions currently permitted under the Court's Discovery Plan and Scheduling Order, Dkt. 109, Oracle may take two additional depositions limited to six record hours and two additional depositions limited to three record hours.

The Parties have also met and conferred on Requests for Admissions. Rimini has agreed that each side may have up to 250 RFAs. Rimini has further stated that it would be open to further expansion of this limit, provided the requests are used efficiently. While reserving its

rights regarding the appropriate RFA limit, if any, Oracle has agreed to serve up to 250 RFAs and to meet and confer if it believes in good faith that it may require additional RFAs.

As there are no issues that require the Court's attention, and as discovery is proceeding in accordance with the schedule set by the Court, the Parties jointly request that the September 20 CMC be vacated and rescheduled for the week of November 7, 2011. The Parties propose November 8, 2011, if that date would be convenient for the Court. A proposed order granting such relief is included herewith.

DATED: September 19, 2011

| BINGHAM McCUTCHEN LLP | SHOOK, HARDY & BACON LLP |
|---|---|
| By:  /s/ Geoffrey M. Howard<br>Geoffrey M. Howard (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone:    415.393.2000<br>Facsimile:     415.393.2286<br>geoff.howard@bingham.com | By:  /s/ Robert H. Reckers<br>Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, Texas  77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

### ATTESTATION OF FILER

The signatories to this document are myself and Robert Reckers and I have obtained Mr. Reckers's concurrence to file this document on his behalf.

DATED: September 19, 2011

BINGHAM McCUTCHEN LLP

By:  /s/ Geoffrey M. Howard
  Geoffrey M. Howard (*pro hac vice*)
  Three Embarcadero Center
  San Francisco, CA 94111-4067
  Telephone:    415.393.2000
  Facsimile:     415.393.2286
  geoff.howard@bingham.com

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

It is hereby **ORDERED** that the discovery limits in the case are modified as followed:

1. By agreement of the parties, subject to Oracle's reservation of rights, each side may serve up to 250 Requests for Admission.
2. By agreement of the parties, Oracle may take four additional depositions of non-customers: two additional depositions of up to six record hours and two additional depositions of up to three record hours, for a total of 24 non-customer depositions.
3. The September 20, 2011 CMC is vacated and rescheduled for _____, 2011 at _____ in Courtroom 3B.

_____
Hon. Peggy A. Leen
United States Magistrate Judge

JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER