1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (*pro hac vice*)
6  FRED NORTON (*pro hac vice*)
   KIERAN P. RINGGENBERG (*pro hac vice*)
7  1999 Harrison Street, Suite 900
   Oakland, CA 94612
8  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
9  sholtzman@bsfllp.com
   fnorton@bsfllp.com
10 kringgenberg@bsfllp.com

11 BINGHAM MCCUTCHEN LLP
   GEOFFREY M. HOWARD (*pro hac vice*)
12 THOMAS S. HIXSON (*pro hac vice*)
   KRISTEN A. PALUMBO (*pro hac vice*)
13 BREE HANN (*pro hac vice*)
   Three Embarcadero Center
14 San Francisco, CA  94111-4067
   Telephone:  415.393.2000
15 Facsimile:  415.393.2286
   geoff.howard@bingham.com
16 thomas.hixson@bingham.com
   kristen.palumbo@bingham.com
17 bree.hann@bingham.com

18 DORIAN DALEY (*pro hac vice*)
   DEBORAH K. MILLER (*pro hac vice*)
19 JAMES C. MAROULIS (*pro hac vice*)
   ORACLE CORPORATION
20 500 Oracle Parkway
   M/S 5op7
21 Redwood City, CA 94070
   Telephone:  650.506.4846
22 Facsimile:  650.506.7114
   dorian.daley@oracle.com
23 deborah.miller@oracle.com
   jim.maroulis@oracle.com
24
   Attorneys for Plaintiffs Oracle USA, Inc.,
25 Oracle America, Inc., and Oracle International
   Corp.
26

27

28

SHOOK, HARDY & BACON LLP
B. Trent Webb *(pro hac vice)*
Eric Buresh *(pro hac vice)*
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers *(pro hac vice)*
600 Travis Street, Suite 1600
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar. No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:  (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

GREENBERG TRAURIG
Mark G. Tratos (Nevada Bar No. 1086)
Brandon Roos (Nevada Bar No. 7888)
Leslie Godfrey  (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

Attorneys for Defendants Rimini Street, Inc.,
and Seth Ravin

Case No. 2:10-cv-0106-LRH-PAL

JOINT INTERIM STATUS REPORT PURSUANT TO LOCAL RULE 26-3

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, Inc., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**JOINT INTERIM STATUS REPORT PURSUANT TO LOCAL RULE 26-3** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") jointly submit this Joint Interim Status Report pursuant to Local Rule 26-3.

I.   DISCOVERY CUT-OFF

Pursuant to the Court's Order of August 4, 2011, the deadline to complete fact discovery in this case is December 5, 2011 and the deadline to complete expert discovery is April 16, 2012.

II.   ESTIMATED LENGTH OF TRIAL

Oracle anticipates that the trial of this matter will require approximately thirty to forty-five trial days.  Rimini anticipates that the trial of this matter will require approximately fifteen trial days.

III.   THREE ALTERNATIVE TRIAL DATES

The Parties propose the following three alternative trial start dates:  (1) January 22, 2013, (2) January 29, 2013, or (3) February 5, 2013.  The Parties believe these proposed trial start dates can accommodate any necessary changes in the fact and expert discovery deadlines.

IV.   EFFECT OF SUBSTANTIVE MOTIONS ON TRIAL LENGTH

The Parties believe that substantive motions may substantially shorten the time needed for trial by resolving one or more claims or defenses that would otherwise require significant trial time.

Dated:  October 6, 2011

| BINGHAM McCUTCHEN LLP | SHOOK, HARDY & BACON LLP |
|---|---|
| By:  /s/ Kieran P. Ringgenberg | By: /s/  Robert H. Reckers |
| Kieran P. Ringgenberg (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com | Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, Texas   77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## **ATTESTATION OF FILER**

The signatories to this document are myself and Robert Reckers and I have obtained Mr. Reckers's concurrence to file this document on his behalf.

Dated: October 6, 2011          BINGHAM McCUTCHEN LLP

By: /s/ Kieran P. Ringgenberg
Kieran P. Ringgenberg (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*