1   BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
Las Vegas, NV 89101
3   Telephone: (702) 382-7300
Facsimile: (702) 382-2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
6   FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
7   1999 Harrison Street, Suite 900
Oakland, CA 94612
8   Telephone: (510) 874-1000
Facsimile: (510) 874-1460
9   sholtzman@bsfllp.com
fnorton@bsfllp.com
10   kringgenberg@bsfllp.com

11   BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
12   THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
13   BREE HANN (*pro hac vice*)
Three Embarcadero Center
14   San Francisco, CA  94111-4067
Telephone:  415.393.2000
15   Facsimile:  415.393.2286
geoff.howard@bingham.com
16   thomas.hixson@bingham.com
kristen.palumbo@bingham.com
17   bree.hann@bingham.com

18   DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
19   JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
20   500 Oracle Parkway
M/S 5op7
21   Redwood City, CA 94070
Telephone:  650.506.4846
22   Facsimile:  650.506.7114
dorian.daley@oracle.com
23   deborah.miller@oracle.com
jim.maroulis@oracle.com
24

Attorneys for Plaintiffs Oracle USA, Inc.,
25   Oracle America, Inc., and Oracle International
Corp.
26

27

28

SHOOK, HARDY & BACON LLP
B. Trent Webb *(pro hac vice)*
Eric Buresh *(pro hac vice)*
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers *(pro hac vice)*
600 Travis Street, Suite 1600
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar. No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:  (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

GREENBERG TRAURIG
Mark G. Tratos (Nevada Bar No. 1086)
Brandon Roos (Nevada Bar No. 7888)
Leslie Godfrey  (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

Attorneys for Defendants Rimini Street, Inc.,
and Seth Ravin

Case No. 2:10-cv-0106-LRH-PAL

CORRECTED JOINT INTERIM STATUS REPORT PURSUANT TO LOCAL RULE 26-3

1

2          UNITED STATES DISTRICT COURT

3          DISTRICT OF NEVADA

4   ORACLE USA, Inc., a Colorado corporation;
    ORACLE AMERICA, INC., a Delaware                    Case No. 2:10-cv-0106-LRH-PAL
5   corporation; and ORACLE INTERNATIONAL
    CORPORATION, a California corporation,              **CORRECTED JOINT INTERIM
6                                                       STATUS REPORT PURSUANT TO
                Plaintiffs,                             LOCAL RULE 26-3**
7           v.

8   RIMINI STREET, INC., a Nevada corporation;
    and SETH RAVIN, an individual,
9
                Defendants.
10

11

12          Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

13   (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and

14   Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties")

15   jointly submit this Joint Interim Status Report pursuant to Local Rule 26-3.

16   I.     DISCOVERY CUT-OFF

17          Pursuant to the Court's Order of August 4, 2011, the deadline to complete fact discovery

18   in this case is December 5, 2011 and the deadline to complete expert discovery is April 16, 2012.

19   II.    ESTIMATED LENGTH OF TRIAL

20          Oracle anticipates that the trial of this matter will require approximately thirty to forty-

21   five trial days.  Rimini anticipates that the trial of this matter will require approximately fifteen

22   trial days.

23   III.   THREE ALTERNATIVE TRIAL DATES

24          The Parties propose the following three alternative trial start dates:  (1) January 22, 2013,

25   (2) January 29, 2013, or (3) February 5, 2013.  The Parties believe these proposed trial start dates

26   can accommodate any necessary changes in the fact and expert discovery deadlines.

27

28

CORRECTED JOINT INTERIM STATUS REPORT PURSUANT TO LOCAL RULE 26-3

1

2

IV.     EFFECT OF SUBSTANTIVE MOTIONS ON TRIAL LENGTH

3

        The Parties believe that substantive motions may substantially shorten the time needed

4

for trial by resolving one or more claims or defenses that would otherwise require significant

5

trial time.

6

Dated:  October 7, 2011

7

8

BOIES, SCHILLER & FLEXNER LLP            SHOOK, HARDY & BACON LLP

9

By:  /s/ Kieran P. Ringgenberg                  By:  /s/  Robert H. Reckers
     Kieran P. Ringgenberg (*pro hac vice*)          Robert H. Reckers (*pro hac vice*)
     1999 Harrison Street, Suite 900                 600 Travis Street, Suite 1600

10

     Oakland, CA 94612                               Houston, Texas   77002
     Telephone: (510) 874-1000                       Telephone: (713) 227-8008

11

     Facsimile: (510) 874-1460                       Facsimile: (713) 227-9508
     kringgenberg@bsfllp.com                         rreckers@shb.com

12

*Attorneys for Plaintiffs*                       *Attorneys for Defendants*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORRECTED JOINT INTERIM STATUS REPORT PURSUANT TO LOCAL RULE 26-3

1

2                          **ATTESTATION OF FILER**

3            The signatories to this document are myself and Robert Reckers and I have obtained Mr.

4    Reckers's concurrence to file this document on his behalf.

5

6    Dated:  October 7, 2011                              BOIES, SCHILLER & FLEXNER LLP

7                                            By:    /s/ Kieran P. Ringgenberg
                                                    Kieran P. Ringgenberg (*pro hac vice*)
8                                                   1999 Harrison Street, Suite 900
                                                    Oakland, CA 94612
9                                                   Telephone: (510) 874-1000
                                                    Facsimile: (510) 874-1460
10                                                  kringgenberg@bsfllp.com

11                                                  *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CORRECTED JOINT INTERIM STATUS REPORT PURSUANT TO LOCAL RULE 26-3