SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. *(pro hac vice)*
Eric Buresh, Esq. *(pro hac vice)*
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers, Esq. *(pro hac vice)*
600 Travis Street, Suite 1600
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

*Attorneys for Defendants*
*RIMINI STREET, INC. and SETH RAVIN*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO PERMIT DEFENDANTS TO FILE UNDER SEAL CERTAIN EXHIBITS TO THE DECLARATION OF ROBERT H. RECKERS** |

## I.     INTRODUCTION

Defendants Rimini Street, Inc., and Seth Ravin (collectively, "Defendants") respectfully request that the Court order the Clerk of the Court to file the following documents under seal:

1. A document produced by Rimini in this litigation bearing Bates labels RSI01990917-918 (**Exhibit A**);

2. A document produced by Rimini in this litigation bearing Bates labels RS104807259-61 (**Exhibit B**);

3. A document produced by Rimini in this litigation bearing Bates label RSI06276320 (**Exhibit C**);

4. A copy of relevant excerpts from the deposition of Krista Williams, a Rimini witness produced in response to Oracle's deposition notice served on September 28, 2011, taken on October 5, 2011 (**Exhibit D**);

5. A copy of relevant excerpts from the deposition of J.R. Corpuz, a Rimini witness produced in response to Oracle's deposition notice served on February 8, 2011, taken on March 15, 2011 (**Exhibit H**); and

6. A copy of relevant excerpts from the deposition of Seth Ravin, a witness produced on July 10, 2010 in response to an Oracle deposition notice served in connection with the *Oracle Corp. et al v. SAP, AG* litigation (**Exhibit L**).

Placeholders for these documents were lodged with the Court on November 4, 2011. This request is made pursuant to Federal Rules of Civil Procedure 5.2 and 26(c) and the Stipulated Protective Order entered by the Court on May 21, 2010 [Docket No. 55] ("Protective Order").

## II.     ARGUMENT

Parties requesting to file documents under seal may overcome the presumption of public access by showing of good cause under Rule 26(c). "The law . . . gives district courts broad latitude to grant protective orders to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial

information.  *See* Fed. R. Civ. P. 26(c)(7)." *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002).

Good cause exists for filing the above listed documents under seal.  They have been designated as Confidential or Highly Confidential or they contain content that has been designated as Confidential or Highly Confidential under the terms of the Protective Order.  By openly filing the remaining exhibits and documents that do not require confidentiality without seal, Defendants' request is narrowly tailored.  Because the above listed documents contain information designated as either "Confidential" or "Highly Confidential—Attorney Eyes Only," good cause exists to permit a sealing order. *See, e.g., Pacific Gas and Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002).

### III. CONCLUSION

For the foregoing reasons, Defendants respectfully requests that the Court find that good cause exists to file under seal Exhibits A, B, C, D, H, and L.  A Proposed Order is submitted with this Motion.

DATED: November 4, 2011    SHOOK, HARDY & BACON

By: */s/ Robert H. Reckers*
Robert H. Reckers, Esq.
Attorney for Defendants
Rimini Street, Inc. and Seth Ravin