SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. *(pro hac vice)*
Eric Buresh, Esq. *(pro hac vice)*
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers, Esq. *(pro hac vice)*
600 Travis Street, Suite 1600
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

*Attorneys for Defendants*
*RIMINI STREET, INC. and SETH RAVIN*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF ROBERT H. RECKERS** |

## DECLARATION OF ROBERT H. RECKERS

I, Robert H. Reckers, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter, and an attorney at Shook, Hardy, and Bacon LLP, attorneys for Defendants Rimini Street, Inc., and Seth Ravin ("Defendants"). I make this declaration in support of Defendants' statements regarding the discovery issues raised in the Joint Case Management Statement filed on November 4, 2011.

2. Attached hereto as **Exhibit A** is a true and accurate copy of a document produced by Rimini in this litigation bearing Bates labels RSI01990917-918.

3. Attached hereto as **Exhibit B** is a true and accurate copy of a document produced by Rimini in this litigation bearing Bates labels RS104807259-61.

4. Attached hereto as **Exhibit C** is a true and accurate copy of a document produced by Rimini in this litigation bearing Bates label RSI06276320.

5. Attached hereto as **Exhibit D** is a true and accurate copy of relevant excerpts from the deposition of Krista Williams, a Rimini witness produced in response to Oracle's deposition notice served on September 28, 2011, taken on October 5, 2011.

6. Attached hereto as **Exhibit E** is a true and accurate copy of relevant excerpts of Rimini's Responses to Oracle's Fifth Set of Interrogatories, served July 11, 2011.

7. Attached hereto as **Exhibit F** is a true and accurate copy of a July 26, 2011 letter from Mr. Ringgenberg to Mr. Reckers.

8. Attached hereto as **Exhibit G** is a true and accurate copy of relevant excerpts of Rimini's First Supplemental Responses to Oracle's Fifth Set of Interrogatories, served September 8, 2011.

9. Attached hereto as **Exhibit H** is a true and accurate copy of relevant excerpts from the deposition of J.R. Corpuz, a Rimini witness produced in response to Oracle's deposition notice served on February 8, 2011, taken on March 15, 2011.

10. Attached hereto as **Exhibit I** is a true and accurate copy of an October 12, 2011 letter from Mr. Dykal to Mr. Hill.

11. Attached hereto as **Exhibit J** is a true and accurate copy of a June 6, 2011 letter from Mr. Russell to Mr. Reckers.

12. Attached hereto as **Exhibit K** is a true and accurate copy of a June 22, 2011 email from Mr. Reckers to Mr. Russell

13. Attached hereto as **Exhibit L** is a true and accurate copy of relevant excerpts from the deposition of Seth Ravin, a witness produced on July 10, 2010 in response to an Oracle deposition notice served in connection with the *Oracle Corp. et al v. SAP, AG* litigation.

14. Attached hereto as **Exhibit M** is a true and accurate copy of a November 2, 2011 email from Mr. Hixson to Mr. Reckers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 4, 2011

/s/ *Robert H. Reckers*_____
Robert H. Reckers, Esq.

- 3 -
DECLARATION OF ROBERT H. RECKERS  RE: DISCOVERY MOTIONS

4763824 v1