TO BE FILED SEPARATELY UNDER SEAL

# EXHIBIT D