# EXHIBIT E

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. *(pro hac vice)*<br>Eric Buresh, Esq. *(pro hac vice)*<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br>eburesh@shb.com<br><br>Robert H. Reckers, Esq. *(pro hac vice)*<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com | LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRLaw.com<br><br>GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com |

*Attorneys for Defendants*
RIMINI STREET, INC. and SETH RAVIN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANT RIMINI STREET INC.'S RESPONSE TO PLAINTIFF ORACLE USA, INC., AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S FIFTH SET OF INTERROGATORIES TO DEFENDANT RIMINI STREET, INC.** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Rimini Street, Inc. ("Rimini Street") provides the following responses to Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.'s ("Oracle" or "Plaintiff") Fifth Set of Interrogatories.

used to build those environments. These exhibits include the VM Name for each listed environment in their second columns, along with the associated client in their first columns. [Additionally, Exhibits 1A, 1B and 1C indicate the Build Source of the environment in their third columns, including whether the environment was built directly from client media or whether the environment was built from other media; and, if the latter, these exhibits indicate the media source in their third column.] Also see documents spanning Bates-range RSI02971994-2158, which are Build Requests for environments.

**INTERROGATORY NO. 24:**

Identify every copy of any Software and Support Material that is or has at any time been stored at each Non-Customer Location, and the Non-Customer location where it was stored. If any Non-Customer Locations have existed for which you cannot identify any particular Software and Support Material stored at that location, Identify each such Non-Customer Location.

**ANSWER:**

Rimini Street objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information for "any" materials that "is or has at any time" stored in the various identified locations. Rimini Street objects to this interrogatory to the extent it seeks information that is not within the possession, custody, or control of Rimini Street. Rimini Street objects to the term "Non-Customer Location," and Oracle's definition of this term, as vague, ambiguous, overbroad and unduly burdensome. Accordingly, and without conceding that Oracle's Specified Locations meet Oracle's definition of Non-Customer Locations, Rimini will provide an answer for the Oracle Specified Locations. Rimini Street further objects to this interrogatory on the grounds that it would require Rimini Street to create a compilation, abstract, or summary from documents that Rimini Street has produced or will produce to Plaintiffs.

Subject to and without waiver of the foregoing general and specific objections, Rimini Street responds as follows:

Rimini responds that, pursuant to Federal Rule of Civil Procedure 33(d), Rimini has produced and/or will produce documents from which the answer to this Interrogatory can be ascertained, including but not limited to the following:

Exhibit 3, which lists Bates-numbers for documents regarding the Oracle Specified Locations. More specifically, the documents identified by Exhibit 3 indicate the contents of the Oracle Specified Locations, as well as use of such information.

**INTERROGATORY NO. 25:**

For every copy of Software and Support Materials identified in your Response to Interrogatory No. 24, describe each instance in which the copy of Software and Support Materials was copied or used for a customer other than the specific customer, if any, from which or on whose behalf You claim to have obtained the Software and Support Materials that was copied or used. If you do not claim to have obtained a copy of Software and Support Materials indentified in your Response to Interrogatory No. 24 from or on behalf of a specific customer, describe each instance in which that copy of Software and Support Materials was copied or used.

**ANSWER:**

Rimini Street objects to this Interrogatory as overly broad and unduly burdensome. Rimini Street objects to this interrogatory to the extent it seeks information that is not within the possession, custody, or control of Rimini Street. Rimini Street objects to the phrases "Non-Customer Location," and "used for a customer other than the specific customer" on the grounds and to the extent they are vague and ambiguous. Rimini Street further objects to this interrogatory on the grounds that it would require Rimini Street to create a compilation, abstract, or summary from documents that Rimini Street has produced or will produce to Plaintiffs.

Subject to and without waiver of the foregoing general and specific objections, Rimini Street responds as follows:

Rimini further responds that, pursuant to Federal Rule of Civil Procedure 33(d), Rimini has produced and/or will produce documents from which the answer to this Interrogatory can be ascertained, including but not limited to the following:

1    Exhibit 3, which lists Bates-numbers for documents regarding the Oracle Specified
2    Locations. More specifically, the documents identified by Exhibit 3 indicate the contents of the
3    Oracle Specified Locations, as well as use of such information.
4
5    Dated: July 11, 2011
6                                           /s/ Robert H. Reckers
                                            _____
                                            SHOOK, HARDY & BACON LLP
7                                           B. Trent Webb, Esq.
                                            Eric Buresh, Esq.
8                                           2555 Grand Boulevard
9                                           Kansas City, Missouri 64108-2613
                                            Telephone: (816) 474-6550
10                                          Facsimile: (816) 421-5547
                                            bwebb@shb.com
11                                          eburesh@shb.com
12
                                            Robert H. Reckers, Esq.
13                                          600 Travis Street, Suite 1600
                                            Houston, Texas  77002
14                                          Telephone: (713) 227-8008
                                            Facsimile: (731) 227-9508
15                                          rreckers@shb.com
16
17
18
19
20
21
22
23
24
25
26
27
28
                                           - 13 -
                  RIMINI'S RESPONSES TO ORACLE'S FIFTH SET OF INTERROGATORIES
4566898 v3

Exhibit 3

| Production Begin Bates |
| --- |
| RSI01967188 |
| RSI01990917 |
| RSI03778226 |
| RSI02370530 |
| RSI03780284 |
| RSI02267140 |
| RSI03618848 |
| RSI03625719 |
| RSI03781945 |
| RSI03776772 |
| RSI00830028 |
| RSI00909927 |
| RSI00493472 |
| RSI00493074 |
| RSI02062462 |
| RSI00493439 |
| RSI00449593 |
| RSI03778138 |
| RSI00493467 |
| RSI02348686 |
| RSI03616362 |
| RSI03911315 |
| RSI03777584 |
| RSI03781320 |
| RSI00810828 |
| RSI00829645 |
| RSI00493568 |
| RSI00907672 |
| RSI00906268 |
| RSI00494535 |
| RSI02038741 |
| RSI02126697 |
| RSI03619435 |
| RSI00464924 |
| RSI03878094 |
| RSI02065423 |
| RSI00478276 |
| RSI03780337 |
| RSI03783294 |
| RSI03785329 |
| RSI00494600 |
| RSI00493870 |
| RSI00461558 |
| RSI00460469 |
| RSI01972423 |
| RSI00461531 |

Exhibit 3

| Production Begin Bates |
|---|
| RSI00463359 |
| RSI02103653 |
| RSI02634743 |
| RSI00493123 |
| RSI03619036 |
| RSI03780259 |
| RSI00832220 |
| RSI00828747 |
| RSI00493681 |
| RSI00907871 |
| RSI00464587 |
| RSI00344454 |
| RSI00461933 |
| RSI02102001 |
| RSI03624066 |
| RSI03785327 |
| RSI02308281 |
| RSI00493194 |
| RSI00451952 |
| RSI03554113 |
| RSI01223931 |
| RSI01128195 |
| RSI01270828 |
| RSI00992315 |
| RSI03183502 |
| RSI03619876 |
| RSI03627929 |
| RSI03624063 |
| RSI03619697 |
| RSI02695509 |
| RSI03625628 |
| RSI03616563 |
| RSI03625343 |
| RSI03618565 |
| RSI00829936 |
| RSI03643651 |
| RSI03619346 |
| RSI02971092 |
| RSI03628026 |
| RSI03622039 |
| RSI02683185 |
| RSI03616393 |
| RSI03618461 |
| RSI02971532 |
| RSI02971296 |
| RSI02971740 |

Exhibit 3

| Production Begin Bates |
|---|
| RSI03625171 |
| RSI02972277 |
| RSI03626311 |
| RSI03625115 |
| RSI02715157 |
| RSI01986408 |
| RSI03619876 |
| RSI03624063 |
| RSI03619697 |
| RSI02443065 |
| RSI02374671 |
| RSI02280305 |
| RSI01982690 |
| RSI03618565 |
| RSI03624606 |
| RSI03643651 |
| RSI03619346 |
| RSI02971092 |
| RSI03628026 |
| RSI02010444 |
| RSI02372451 |
| RSI00492995 |
| RSI03615189 |
| RSI03622039 |
| RSI02608693 |
| RSI03616393 |
| RSI03618461 |
| RSI02971296 |
| RSI01987999 |
| RSI02213427 |
| RSI03625171 |
| RSI02972277 |
| RSI03621327 |
| RSI03626311 |
| RSI02441925 |
| RSI02001058 |
| RSI03625115 |
| RSI03622176 |
| RSI02239766 |
| RSI03800601 |
| RSI00791594 |
| RSI02046549 |
| RSI02626680 |
| RSI00759614 |
| RSI00801492 |
| RSI00348040 |

Exhibit 3

| Production Begin Bates |
|---|
| RSI02190716 |
| RSI03640515 |
| RSI00796373 |