# EXHIBIT G

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. *(pro hac vice)*<br>Eric Buresh, Esq. *(pro hac vice)*<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br>eburesh@shb.com<br><br>Robert H. Reckers, Esq. *(pro hac vice)*<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com | LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRLaw.com<br><br>GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com |

*Attorneys for Defendants*
RIMINI STREET, INC. and SETH RAVIN

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANT RIMINI STREET INC.'S FIRST SUPPLEMENTAL RESPONSE TO PLAINTIFF ORACLE USA, INC., AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S FIFTH SET OF INTERROGATORIES TO DEFENDANT RIMINI STREET** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Rimini Street, Inc. ("Rimini Street") provides the following responses to Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.'s ("Oracle" or "Plaintiff") Fifth Set of Interrogatories.

Regarding "use [of an environment] for a customer other than the specific customer", Rimini does not maintain records of usage of environments on a customer-by-customer basis, though it does have records that show usage of environments generally. For instance, Ms. Beth Lester testified extensively during her deposition pursuant to Fed. R. Civ. P. 30(b)(6) on March 17, 2011 regarding documentation reflecting usage of Rimini's environments in connection with Rimini's development efforts. Specifically, Ms. Beth Lester described: the records maintained in Rimini's DevTrack platform, which identify the environments used to develop and test updates (*see, e.g.,* Lester 30(b)(6) Dep. at 81:6-82:20, 120:5-138:10; Lester 30(b)(6) Exhibits 75, 76); the HRMS Development folders, which indicate the clients receiving updates and the various versions thereof (*see, e.g.,* Lester 30(b)(6) Dep. at 82:22-83:23, 100:6-101:21, 132:11-17, 156:4-17, 160:10-182:25; Lester 30(b)(6) Dep. Exhibit 78, 80); the HRMS Functional folder, which includes test documents reflecting environments used in the testing of updates (*see, e.g.,* Lester 30(b)(6) Dep. at 82:22-83:23, 240:25-241:4); and the technical and functional specifications for Rimini's updates, which may indicate environments used in the development of an update (*see, e.g.,* Lester 30(b)(6) Dep. at 24:20-25, 83:24-88:25, 128:24-129:6, 191:22-192:17, 195:12-200:20, 219:5-221:15, 225:8-12, 228:10-230:11, 245:14-251:15, 255:12-256:12; Lester 30(b)(6) Dep. Exhibits 81, 89, 91, 96, 97). Ms. Susan Tahtaras also testified that these and other records may indicate environment usage. For instance, Ms. Tahtaras described: the records maintained in Rimini's DevTrack platform regarding development usage of environments (*see, e.g.,* Tahtaras Dep. at 215:24-216:4); the records included in the Project Plan and Project Checklist archives indicating environment usage (*see, e.g.,* Tahtaras Dep. at 252:8-254:14); and Environment_Request records indicating environment usage (*see, e.g.,* Tahtaras Dep. at 250:24-251:6). Each of the described sources have be produced or otherwise made available to Oracle, and, thus, Rimini has produced documents pursuant to Federal Rule of Civil Procedure 33(d) from which the answer to this Interrogatory can be ascertained.

**INTERROGATORY NO. 24:**

1. Identify every copy of any Software and Support Material that is or has at any time been stored at each Non-Customer Location, and the Non-Customer location where it was stored. If any Non-Customer Locations have existed for which you cannot identify any particular Software and Support Material stored at that location, Identify each such Non-Customer Location.

**ORIGINAL ANSWER (July 11, 2011):**

Rimini Street objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information for "any" materials that "is or has at any time" stored in the various identified locations. Rimini Street objects to this interrogatory to the extent it seeks information that is not within the possession, custody, or control of Rimini Street. Rimini Street objects to the term "Non-Customer Location," and Oracle's definition of this term, as vague, ambiguous, overbroad and unduly burdensome. Accordingly, and without conceding that Oracle's Specified Locations meet Oracle's definition of Non-Customer Locations, Rimini will provide an answer for the Oracle Specified Locations. Rimini Street further objects to this interrogatory on the grounds that it would require Rimini Street to create a compilation, abstract, or summary from documents that Rimini Street has produced or will produce to Plaintiffs.

Subject to and without waiver of the foregoing general and specific objections, Rimini Street responds as follows:

Rimini responds that, pursuant to Federal Rule of Civil Procedure 33(d), Rimini has produced and/or will produce documents from which the answer to this Interrogatory can be ascertained, including but not limited to the following:

Exhibit 3, which lists Bates-numbers for documents regarding the Oracle Specified Locations. More specifically, the documents identified by Exhibit 3 indicate the contents of the Oracle Specified Locations, as well as use of such information.

**FIRST SUPPLEMENTAL ANSWER (September 8, 2011):**

Rimini Street objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information for "any" materials that "is or has at any time" stored in the various identified locations. Rimini Street objects to this interrogatory to the extent it seeks information that

1  is not within the possession, custody, or control of Rimini Street.  Rimini Street objects to the term
2  "Non-Customer Location," and Oracle's definition of this term, as vague, ambiguous, overbroad and
3  unduly burdensome.  Accordingly, and without conceding that Oracle's Specified Locations meet
4  Oracle's definition of Non-Customer Locations, Rimini will provide an answer for the Oracle
5  Specified Locations.  Rimini will further provide an answer with respect to network and local
6  computer locations that, at any time, were intended for use, or were regularly used as, repositories of
7  Oracle Software and Support Materials that are not associated with a specific customer.  Rimini
8  Street further objects to this interrogatory on the grounds that it would require Rimini Street to create
9  a compilation, abstract, or summary from documents that Rimini Street has produced or will produce
10 to Plaintiffs.

11       Subject to and without waiver of the foregoing general and specific objections, Rimini Street
12 further responds as follows:

13       Rimini identifies the following as locations that currently or at one time included Oracle
14 Software and Support Materials:

15       \\rsi-clsvr01\client_software\PeopleSoft;
16       \\rsi-clsvr01\internal_software;
17       \\rsi-data01\share\client_archives\_ftp.peoplesoft.com;
18       \\rsi-data01\share\software\oracle;
19       \\rsi-data01\share\software\PeopleSoft;
20       \\rsi-clsvr01\fileshare\software\Peoplesoft;
21       \\rsi-clsvr01\client_software\For Development Use Only; and
22       \\rsi-clsvr03\d01\install.

23       The location \\rsi-clsvr01\client_software\PeopleSoft has included materials relating to
24 PeopleSoft software. In the past, certain materials at this location may have been used in building
25 environments for a particular client after Rimini verified that the particular client was entitled to
26 these certain materials.

27
28

- 25 -
RIMINI'S FIRST SUPPLEMENTAL RESPONSE TO ORACLE'S FIFTH SET OF INTERROGATORIES
342490 v1

The location \\rsi-clsvr01\internal_software was a parent directory with subdirectories that have included installation materials relating to PeopleSoft software and Oracle Database software. In the past, certain materials at this location may have been used in building environments for a particular client after Rimini verified that the particular client was entitled to these certain materials.

The location \\rsi-clsvr03\d01\install has included Software and Support Materials. In the past, certain materials at this location may have been used in building environments for a particular client after Rimini verified that the particular client was entitled to these certain materials.

The location \\rsi-data01\share\client_archives\_ftp.peoplesoft.com has included materials obtained from PeopleSoft's FTP website. This location was, at one time, intended to be used as a repository for materials for clients that had the right to access such materials through PeopleSoft's FTP site.

The location \\rsi-data01\share\software\oracle has included materials relating to Oracle Database software.

The location \\rsi-data01\share\software\PeopleSoft has included materials relating to PeopleSoft software.

The location \\rsi-clsvr01\client_software\For Development Use Only has included materials relating to Oracle Software and Support Materials. Oracle has had access to this location via VPN for some time.

The address \\rsi-clsvr01\fileshare\software\Peoplesoft provides a link to \\rsi-clsvr01\client_software\PeopleSoft, which may include Software and Support materials and described above. Additionally, the address 10.12.1.5 is the IP Address for \\rsi-clsvr01, which may include Software and Support materials as described above.

Rimini further responds that, pursuant to Federal Rule of Civil Procedure 33(d), Rimini has produced and/or will produce documents from which the answer to this Interrogatory can be ascertained, including but not limited to the following:

Exhibit 3-1, which lists Bates-numbers for documents regarding the Oracle Specified Locations. More specifically, the documents identified by Exhibit 3-1 indicate the contents of the Oracle Specified Locations, as well as use of such information.

The documents spanning Bates-range RSI02971994-2158, which are Build Requests that may indicate the sources for environment builds.

**INTERROGATORY NO. 25:**

For every copy of Software and Support Materials identified in your Response to Interrogatory No. 24, describe each instance in which the copy of Software and Support Materials was copied or used for a customer other than the specific customer, if any, from which or on whose behalf You claim to have obtained the Software and Support Materials that was copied or used. If you do not claim to have obtained a copy of Software and Support Materials indentified in your Response to Interrogatory No. 24 from or on behalf of a specific customer, describe each instance in which that copy of Software and Support Materials was copied or used.

**ORIGINAL ANSWER (July 11, 2011):**

Rimini Street objects to this Interrogatory as overly broad and unduly burdensome. Rimini Street objects to this interrogatory to the extent it seeks information that is not within the possession, custody, or control of Rimini Street. Rimini Street objects to the phrases "Non-Customer Location," and "used for a customer other than the specific customer" on the grounds and to the extent they are vague and ambiguous. Rimini Street further objects to this interrogatory on the grounds that it would require Rimini Street to create a compilation, abstract, or summary from documents that Rimini Street has produced or will produce to Plaintiffs.

Subject to and without waiver of the foregoing general and specific objections, Rimini Street responds as follows:

Rimini further responds that, pursuant to Federal Rule of Civil Procedure 33(d), Rimini has produced and/or will produce documents from which the answer to this Interrogatory can be ascertained, including but not limited to the following:

Exhibit 3, which lists Bates-numbers for documents regarding the Oracle Specified Locations. More specifically, the documents identified by Exhibit 3 indicate the contents of the Oracle Specified Locations, as well as use of such information.

**FIRST SUPPLEMENTAL ANSWER (September 8, 2011):**

Rimini Street objects to this Interrogatory as overly broad and unduly burdensome. Rimini Street objects to this interrogatory to the extent it seeks information that is not within the possession, custody, or control of Rimini Street. Rimini Street objects to the phrases "Non-Customer Location," and "used for a customer other than the specific customer" on the grounds and to the extent they are vague and ambiguous. Rimini will further provide an answer with respect to network and local computer locations that, at any time, were intended for use, or were regularly used as, repositories of Oracle Software and Support Materials that are not associated with a specific customer. Rimini Street further objects to this interrogatory on the grounds that it would require Rimini Street to create a compilation, abstract, or summary from documents that Rimini Street has produced or will produce to Plaintiffs.

Subject to and without waiver of the foregoing general and specific objections, Rimini Street further responds as follows:

Rimini identifies the following as locations that currently or at one time included Oracle Software and Support Materials:

\\rsi-clsvr01\client_software\PeopleSoft;

\\rsi-clsvr01\internal_software;

\\rsi-data01\share\client_archives\_ftp.peoplesoft.com;

\\rsi-data01\share\software\oracle;

\\rsi-data01\share\software\PeopleSoft;

\\rsi-clsvr01\fileshare\software\Peoplesoft;

\\rsi-clsvr01\client_software\For Development Use Only; and

\\rsi-clsvr03\d01\install.

1   The location \\rsi-clsvr01\client_software\PeopleSoft has included materials relating to
2   PeopleSoft software. In the past, certain materials at this location may have been used in building
3   environments for a particular client after Rimini verified that the particular client was entitled to
4   these certain materials.
5   The location \\rsi-clsvr01\internal_software was a parent directory with subdirectories that
6   have included installation materials relating to PeopleSoft software and Oracle Database software. In
7   the past, certain materials at this location may have been used in building environments for a
8   particular client after Rimini verified that the particular client was entitled to these certain materials.
9   The location \\rsi-clsvr03\d01\install has included Software and Support Materials. In the
10  past, certain materials at this location may have been used in building environments for a particular
11  client after Rimini verified that the particular client was entitled to these certain materials.
12  The location \\rsi-data01\share\client_archives\_ftp.peoplesoft.com has included materials
13  obtained from PeopleSoft's FTP website. This location was, at one time, intended to be used as a
14  repository for materials for clients that had the right to access such materials through PeopleSoft's
15  FTP site.
16  The location \\rsi-data01\share\software\oracle has included materials relating to Oracle
17  Database software.
18  The location \\rsi-data01\share\software\PeopleSoft has included materials relating to
19  PeopleSoft software.
20  The location \\rsi-clsvr01\client_software\For Development Use Only has included materials
21  relating to Oracle Software and Support Materials. Oracle has had access to this location via VPN
22  for some time.
23  The address \\rsi-clsvr01\fileshare\software\Peoplesoft provides a link to \\rsi-
24  clsvr01\client_software\PeopleSoft, which may include Software and Support materials and
25  described above. Additionally, the address 10.12.1.5 is the IP Address for \\rsi-clsvr01, which may
26  include Software and Support materials as described above.
27
28

Rimini further responds that, pursuant to Federal Rule of Civil Procedure 33(d), Rimini has produced and/or will produce documents from which the answer to this Interrogatory can be ascertained, including but not limited to the following:

Exhibit 3-1, which lists Bates-numbers for documents regarding the Oracle Specified Locations. More specifically, the documents identified by Exhibit 3-1 indicate the contents of the Oracle Specified Locations, as well as use of such information.

The documents spanning Bates-range RSI02971994-2158, which are Build Requests that may indicate the sources for environment builds.

Dated: September 8, 2011

/s/ Robert H. Reckers
SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq.
Eric Buresh, Esq.
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers, Esq.
600 Travis Street, Suite 1600
Houston, Texas  77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com