# EXHIBIT J

# BINGHAM

Chad Russell
Direct Phone:  415.393.2336
Direct Fax:     415.393.2286
chad.russell@bingham.com

June 6, 2011

**Via Email**

Robert Reckers, Esq.
Shook, Hardy & Bacon LLP
600 Travis Street, Suite 1600
Houston, TX 77002
Email:  rreckers@shb.com

Re:   *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin*,
       Case No. 2:10-cv-00106 (D. Nev.)

Dear Rob:

I write with respect to certain documents produced by Rimini Street in the above-captioned matter, examples of which include RSI00081154-270 and RSI0131514-657.

These documents are spreadsheets listing certain information about Rimini Street customers.  The examples above are from the custodial productions of Greg Prow and Shelley Blackmarr, respectively.  Rimini Street has produced multiple other documents containing similar information, but the two identified above appear after initial review to be the most comprehensive versions produced to date.  The documents appear to have been created by copying or exporting data from some source available to multiple Rimini Street employees.  Please confirm production of, or produce, the source data underlying these documents as soon as possible.

Additionally, Rimini Street provided these documents in native electronic form at Oracle's request on May 4, 2011.  The native versions of these documents contain many hyperlinks to other documents or locations likely on Rimini Street's systems.  *See* columns labeled HCM Products, FSCM Products, HCM Languages, FSCM Languages, Software Inventory, Remote Connection Information, and FTP Folder.  Please also confirm production of, or produce, the documents to which these hyperlinks point as soon as possible.

Sincerely,

Chad Russell

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T +1.415.393.2000
F +1.415.393.2286
bingham.com

A/74299534.2