# EXHIBIT K

-------------------------------------------
**From:** Reckers, Robert H. (SHB)
**Sent:** Wednesday, June 22, 2011 3:03:24 PM
**To:** 'Russell, Chad'
**Cc:** 'kringgenberg@BSFLLP.com'; 'fnorton@BSFLLP.com'; 'sphan@BSFLLP.com';
'Hixson, Thomas S.'; Buresh, Eric A. (SHB); Glidewell, Jeff O. (SHB);
'Palumbo, Kristen A.'
**Subject:** RE: Oracle USA Inc., et al. v. Rimini Street, Inc. and Seth Ravin
**Auto forwarded by a Rule**


Chad:

This is in response to your June 6, 2011 letter concerning the source data underlying Rimini documents RSI00081154-270 and RSI0131514-657, and the documents found at the locations of the hyperlinks in the native versions of these documents.

Based on our review, Rimini either has produced or will produce the referenced source data, as well as the documents referenced by the hyperlinks in the native versions of documents.

Please feel free to contact me with any questions.




**Robert H. Reckers**
*Partner*
JP Morgan/Chase Tower
600 Travis, Suite 1600
Houston, TX 77002-2992
PHONE: 713.227.8008 x65020
FAX: 713.227.9508
RRECKERS@shb.com

---

**From:** Russell, Chad [mailto:chad.russell@bingham.com]
**Sent:** Monday, June 06, 2011 5:48 PM
**To:** Reckers, Robert H. (SHB)
**Cc:** 'kringgenberg@BSFLLP.com'; 'fnorton@BSFLLP.com'; 'sphan@BSFLLP.com'; Hixson, Thomas S.; Buresh, Eric A. (SHB); Sexton, Rhonda (SHB); Redmond, Megan J. (SHB); Palumbo, Kristen A.
**Subject:** Oracle USA Inc., et al. v. Rimini Street, Inc. and Seth Ravin

Counsel,

Please see the attached correspondence.

Thank you,
Chad

**Chad Russell**
*Associate*
T 415.393.2336
F 415.393.2286
chad.russell@bingham.com

**B I N G H A M**
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

Bingham McCutchen LLP Circular 230 Notice: To ensure compliance with IRS requirements, we inform you that any U.S. federal tax advice contained in this communication is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any federal tax penalties. Any legal advice expressed in this message is being delivered to you solely for your use in connection with the matters addressed herein and may not be relied upon by any other person or entity or used for any other purpose without our prior written consent.