BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　　Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF THE PARTIES' JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

I, Geoffrey M. Howard, declare as follows:

1. I am a member of the State Bar of California, and a partner at Bingham McCutchen LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (collectively, "Oracle") in this action. I have personal knowledge of the matters stated in this declaration by virtue of my representation of Oracle in this action. If called and sworn as a witness, I could and would competently testify as to such matters.

2. Attached as **Exhibit A** is a true and correct copy of transcript excerpts from Oracle's Deposition of Krista Williams, taken on October 5, 2011. The excerpts include 25:1-14, 26:9-27:13, and 29:10-29:19.

3. Attached as **Exhibit B** is a true and correct copy of a document produced by Rimini Street in this matter, Bates number RSI01990917.

4. Attached as **Exhibit C** is a true and correct copy of Oracle's Interrogatories 24 and 25.

5. Attached as **Exhibit D** is a true and correct copy of a document produced by Rimini Street in this matter, Bates number RSI04233157.

6. Attached as **Exhibit E** is a true and correct copy of a document produced by Rimini Street in this matter, Bates number RSI04787135.

7. Attached as **Exhibit F** is a true and correct copy of a document produced by Rimini Street in this matter, Bates number RSI04787619.

8. Attached as **Exhibit G** is a true and correct copy of a document produced by Rimini Street in this matter, Bates number RSI04787128.

9. Attached as **Exhibit H** is a true and correct copy of transcript excerpts from Oracle's Deposition of Dennis Chiu, taken on June 24, 2011. The excerpts include 174:9-179:7, 190:16-192:23, and 201:13-206:23.

10. Attached as **Exhibit I** is a true and correct copy of Exhibit 39 from Oracle's Deposition of J.R. Corpuz, taken on March 15, 2011. The document was produced by Rimini Street in this matter and its Bates number is RSI00907871.

11. Attached as **Exhibit J** is a true and correct copy of excerpts from Oracle's Deposition of J.R. Corpuz, taken on March 15, 2011. The excerpts include 179:4-181:13.

12. Attached as **Exhibit K** is a true and correct copy of a document produced by Rimini Street in this matter, Bates number RSI04787829.

13. Attached as **Exhibit L** is a true and correct copy of a is a letter from Zachary Hill, counsel for Oracle, to Robert Reckers, counsel for Defendants, dated July 1, 2011.

14. Attached as **Exhibit M** is is a true and correct copy of a is a letter from Zachary Hill, counsel for Oracle, to Robert Reckers, counsel for Defendants, dated September 28, 2011.

15. Attached as **Exhibit N** is a true and correct copy of a is a letter from Zachary Hill, counsel for Oracle, to Ryan Dykal, counsel for Defendants, dated October 27, 2011.

16. Attached as **Exhibit O** is a true and correct copy of a is a letter from Robert Reckers, counsel for Defendants, to Zachary Hill, counsel for Oracle, dated July 18, 2011.

17. Attached as **Exhibit P** is a true and correct copy of a is a letter from Ryan Dykal, counsel for Defendants, to Zachary Hill, counsel for Oracle, dated October 12, 2011.

18. Attached as **Exhibit Q** is a true and correct copy of Rimini Street's Responses and Objections to Plaintiffs' Third Set of Requests for Inspection of Documents and Things, October 31, 2011.

19. Attached as **Exhibit R** is a true and correct copy of Exhibit 338 from Oracle's Deposition of Tim Conley, taken on September 1, 2011. The document was produced by Rimini Street in this matter and its Bates number is ORCLRS-RSI00910583-00026.

20. Attached as **Exhibit S** is a true and correct copy of a document produced by Rimini Street in this matter, Bates number RSI01990917.

21. Attached as **Exhibit T** is a true and correct copy of the Stipulation and Order Finding Non-Parties Rimini Street, Inc. and Seth Ravin in Civil Contempt, Case 2:09-cv-01591-KJD-GWF Dkt. 49.

22. Attached as **Exhibit U** is a true and correct copy of an Agreement Dismissing Appeal.

23. Attached as **Exhibit V** is a true and correct copy of a document produced by

1  Oracle in this matter, Bates number ORCLRS1312835.

2

3        I declare under penalty of perjury that the foregoing is true and correct.  Executed

4  in San Francisco, California, on November 4, 2011.

5

6  DATED: November 4, 2011        BINGHAM McCUTCHEN LLP

7

8
                                      By: /s/ Geoffrey M. Howard

9                                            Geoffrey M. Howard

                                          Attorneys for Plaintiffs

10                                          Oracle USA, Inc., Oracle America, Inc.,

                                         and Oracle International Corp.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

A/74583899.1