# EXHIBIT L

**BINGHAM**

Zachary Hill
Direct Phone: 415.393.2033
Direct Fax:    415.393.2286
zachary.hill@bingham.com

July 1, 2011

**Via Email**

Robert Reckers, Esq.
Shook, Hardy & Bacon LLP
600 Travis Street, Suite 1600
Houston, TX 77002
Email: rreckers@shb.com

Re: *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin*,
    Case No. 2:10-cv-00106 (D. Nev.)

Dear Rob:

I write concerning Rimini's responses to Oracle's Requests for Production Nos. 1, 7, and 8 from Set No. 1; Nos. 6, 10, and 11 from Set No. 2; and Nos. 54 and 55 from Set No. 3. As described below, Rimini's deposition testimony and productions indicate that Rimini possesses further documents responsive to Oracle's Requests. We ask that Rimini produce these documents as soon as possible.

- **Source data and information available through native links embedded in documents such as RSI00081154-270 and RSI0131514-657.** As stated in Chad Russell's June 6, 2011 letter, these documents were apparently created by copying or exporting data from some source available to multiple Rimini Street employees. Please produce the original source data for these documents. Also, the native versions of these documents contain many hyperlinks to other documents or locations on Rimini Street's systems. Your June 22, 2011 email to Chad Russell stated that Rimini "either has produced or will produce" the hyperlinked documents. Please identify by Bates number any such hyperlinked documents Rimini has produced, and please produce any remaining such hyperlinked documents identifying them in the cover letter.

- **All Responsive Documents from Rimini's salesforce.com account(s).** Rimini's deposition testimony and productions indicate that Rimini maintains information responsive to Oracle's Requests for Production with salesforce.com. *See, e.g.*, Grigsby Dep. 8:17-9:3, 45:18-46:14, June 8, 2011; RSI03178401, RSI02608773, RSI02343260, and RSI02678742. Please produce all responsive documents from Rimini's salesforce.com account(s). Please also provide all backups of Rimini's salesforce.com accounts (Dones Dep. 65:22-66:7, August 12, 2010), and all logs created by salesforce.com tracking Rimini employees' access to client archives (Grigsby Dep. 22:11-23:1, June 8, 2011).

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T +1.415.393.2000
F +1.415.393.2286
bingham.com

Robert Reckers, Esq.
July 1, **2011**
Page 2

- **All Responsive Documents from SharePoint as it exists or has existed on Rimini's systems.** Rimini's deposition testimony and productions indicate that Rimini maintains information responsive to Oracle's Requests for Production on SharePoint that Rimini has not yet produced. *See, e.g.*, Tahtaras Dep. 252-253, April 27, 2010; Lester Dep. 92-93, 105:4, 264:16, March 17, 2011; Grigsby Dep. 116:10, 136:5, 224:17-225:6, 324:3-18, June 8, 2011. Please produce all responsive documents from SharePoint. Please also provide any backups of SharePoint as it has existed in the past on Rimini's systems.

- **All documents related to the "checkout tool for working in client environments."** *See* Lester Dep. 213:16-214:10, March 17, 2011.

- **All documents related to the "environment request system."** *See id*. 260:8.

- **All documents related to the PeopleSoft Backup Log/Request and the PeopleSoft Restore Log/Request Tracking Portals.** *See* Tahtaras Dep. 156:15-20, April 27, 2010.

- **All documents related to Rimini's use of vCenter, including but not limited to logs, records, and any other documents resulting from Rimini's use of vCenter.** *See* Dones Dep. 33:13-17, August 12, 2010.

- **Images of all virtual machines used for automated extraction of code objects from virtual machines, including but not limited to virtual machines named "RSI Package" and "RS Package."** *See* Tahtaras Dep. 259:16-19, April 27, 2010.

- **Images of all "off-site VMs" or backups of those virtual machines.** *See* Dones Dep. 82:7-9, August 12, 2010; *see also id.* 86:8-21.

- **All documents related to Rimini's use of NetWrix, including but not limited to logs, records, and any other documents resulting from Rimini's use of NetWrix.** *See id.* 95:14-97:8.

- **Juniper logs and all documents related to Rimini's use of Juniper, including but not limited to records and any other documents resulting from Rimini's use of Juniper.** *See id.* 97:11-18

Please produce the documents discussed above as soon as possible. Thank you.

Sincerely,

Zachary Hill

Bingham McCutchen LLP
bingham.com