# EXHIBIT M

# BINGHAM

Zachary Hill
Direct Phone:  415.393.2033
Direct Fax:       415.262.2286
zachary.hill@bingham.com

September 28, 2011

**Via Email**

Robert Reckers, Esq.
Shook, Hardy & Bacon LLP
600 Travis Street, Suite 1600
Houston, TX 77002
Email:  rreckers@shb.com

Re:   *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin*,
        Case No. 2:10-cv-00106 (D. Nev.)

Dear Rob:

I write in response to your July 18, 2011 letter concerning Rimini's responses to Oracle's Requests for Production.  In the portion of your letter responding to Oracle's request for responsive documents from Rimini's SharePoint site, you stated, "Relevant documents from this system have been collected and thousands have already been produced. If there are specific documents or categories of documents from SharePoint Oracle would like produced, please identify them so we may consider the request."  In my earlier letter to you on July 1, 2011, I identified multiple selections from deposition transcripts in which deponents identify responsive documents located on Rimini's SharePoint site.  We believe Rimini has not yet produced those documents.

After further review, we have located additional transcript selections in which deponents identify responsive information maintained on Rimini's SharePoint site.  *See, e.g.*, Tahtaras Dep. 155:22-156:21, Apr. 27, 2010; Corpuz Dep. 44:23-45:4, Mar. 15, 2011; Lester Dep. 213:20-214:10, Mar. 17, 2011; Rowe Dep. 32:4-12, 36:12-17, 36:24-37:9, Aug. 24, 2010; Baron Dep. 218:23-219:3, May 10, 2010; Conley Dep. 29:23-25, 155:1-17, 167:23-186:16, 169:16-25, 170:19-171:9, 173:17-25, 196:19-197:3, Sep. 1, 2011; Radtke Dep. 61:10-25, 180:9-18, 221:1-20, 227:10-20, 229:6-9, 229:24-230:1, 232:1-8, 232:20-233:14, Sep. 7, 2011.

Based on Oracle's review, it seems that much of the content discussed in the above selections is maintained on Rimini's SharePoint site in such a way that it is impossible for Oracle to properly review the content if it is produced in standard document form. For example, much of the content on Rimini's SharePoint lists, libraries, sites, pages, and "web parts" links to other content such that an understanding of the relationship between the link source and the link target is essential to a proper review of the content.  In order to properly review the responsive content maintained on Rimini's SharePoint site, Oracle requires direct access.  Therefore, Oracle requests read-only access credentials to Rimini's SharePoint site.

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T +1.415.393.2000
F +1.415.393.2286
bingham.com

A/74525149.1

Robert Reckers, Esq.
September 28, 2011
Page 2

Please let me know as soon as possible whether Rimini is willing to accommodate Oracle's request.

Sincerely,

Zachary Hill