# EXHIBIT O



www.shb.com

July 18, 2011

**Robert H. Reckers**

JPMorgan Chase Tower
600 Travis Street, Suite 1600
Houston
Texas 77002-2992
713.227.8008
713.227.9508 Fax
rreckers@shb.com

**VIA E-MAIL**

Zachary Hill
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111
Email: zachary.hill@bingham.com

Re:  *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin*
     Case No. 2:10-cv-0106-LRH-PAL (D. Nev. filed Jan. 25th, 2010)

Dear Zachary:

I write in response to your July 1, 2011 letter concerning Rimini's responses to Oracle's Requests for Production.

As an initial matter, I note your letter requests yet another enormous set of data. Oracle has known about many of these data stores for at least a year but never before requested this material. Nevertheless, as it has done in the past, Rimini will attempt to provide the indicated information, though it does not concede that such information is either reasonably responsive to Oracle's requests for production or relevant to any of the claims and defenses in this case.

- **Source data and information available through native links embedded in documents such as RSI00081154-270 and RSI0131514-657.** First, we believe Rimini has already produced the requested source data, to the extent it can be reasonably identified from the indicated tables. Further, Rimini is working to pull the numerous hyperlinked documents for production to Oracle. Once these documents are ready for production, Rimini will identify the associated Bates numbers.

- **All Responsive Documents from Rimini's salesforce.com account(s).** Rimini is retrieving responsive information from its salesforce accounts and will produce such information in its upcoming productions.

- **All Responsive Documents from SharePoint as it exists or has existed on Rimini's systems.** SharePoint is a document management system used by Rimini. Relevant documents from this system have been collected and thousands have already been produced. If there are specific documents or

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

4568486 v1



www.shb.com

July 18, 2011
Page 2

categories of documents from SharePoint Oracle would like produced, please identify them so we may consider the request.

- **All documents related to the "checkout tool for working in client environments."** Rimini has already produced the data underlying this checkout tool. Specifically, please see the native file labeled RSI00704415 produced on January 26, 2011.

- **All documents related to the "environment request system."** Rimini has already produced its environment request (or ticketing) system. Specifically, please see the native file labeled RSI00910432 produced on March 16, 2011.

- **All documents related to the PeopleSoft Backup Log/Request and the PeopleSoft Restore Log/Request Tracking Portals.** Rimini is in the process of extracting the data from these lists/portals and will produce such information in either an Excel or native format.

- **All documents related to Rimini's use of vCenter, including but not limited to logs, records, and any other documents resulting from Rimini's use of vCenter.** Rimini is in the process of collecting logs from its vCenter system and will produce the same.

- **Images of all virtual machines used for automated extraction of code objects from virtual machines, including but not limited to virtual machines named "RSI Package" and "RS Package."** Rimini agrees to produce an image of the requested virtual machine.

- **Images of all "off-site VMs" or backups of those virtual machines.** It appears that the requested virtual machines are the "extract" virtual machines used by Rimini's on-boarding team.  Please confirm.

- **All documents related to Rimini's use of NetWrix, including but not limited to logs, records, and any other documents resulting from Rimini's use of NetWrix.** Rimini is in the process of collecting logs from its NetWrix system and will produce the same.

- **Juniper logs and all documents related to Rimini's use of Juniper, including but not limited to records and any other documents

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

4568486 v1


www.shb.com

July 18, 2011
Page 3

**resulting from Rimini's use of Juniper.** Rimini is in the process of collecting logs from its NetWrix system and will produce the same.

Please feel free to contact me with any questions.

Sincerely,

*/s/ Robert H. Reckers*

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

4568486 v1