# EXHIBIT Q

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. *(pro hac vice)*<br>Eric Buresh, Esq. *(pro hac vice)*<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br>eburesh@shb.com<br><br>Robert H. Reckers, Esq. *(pro hac vice)*<br>600 Travis Street, Suite 1600<br>Houston, Texas   77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com | GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRLaw.com<br><br>*Attorneys for Defendants*<br>*RIMINI STREET, INC. and SETH RAVIN* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANT RIMINI STREET INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' THIRD SET OF REQUESTS FOR INSPECTION OF DOCUMENTS AND THINGS** |

Pursuant to Federal Rules of Civil Procedure 26 and 34, Rimini Street, Inc. ("Rimini Street"), by and through its undersigned counsel, responds and objects to Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.'s ("Oracle") Third Set of Requests for Inspection of Documents and Things ("Requests").

## GENERAL OBJECTIONS

Rimini incorporates by reference its objections to Oracle's previous sets of written discovery requests.

## RESPONSES AND SPECIFIC OBJECTIONS

**REQUEST NO. 3:**

Rimini's SharePoint Site, accessed for inspection via Read-Only Credentials not expiring before the Close of Expert Discovery in This Lawsuit.

**RESPONSE:**

Rimini Street objects to the Request in its entirety as overly broad and beyond the scope of permissible discovery. This request for unlimited and unsupervised access to Rimini's internal network is unreasonable and unwarranted. Though the request is submitted as a "request for inspection," in reality it seeks active log-in credentials to Rimini's intranet and internal document management system until well past the fact discovery deadline. This is not a proper "request for inspection" under the Federal Rules. Rimini also objects to the request as unduly burdensome in that it would be impractical (if not impossible) and cost-prohibitive for Rimini to review every document and electronic location encompassed by this request for privileged materials.

Rimini Street's SharePoint Site is the main source of information regarding its business operations. Allowing Oracle direct and ongoing access to Rimini Street's site would result in access to massive amounts of information that is not relevant to this matter. In addition, Rimini Street's responses to Oracle's Requests for Production of Documents have resulted in the production of thousands of responsive documents from Rimini Street's SharePoint Site, including native SharePoint files.

1    Rimini Street will continue to produce documents from SharePoint that are requested by
2 Oracle and responsive to Oracle's document requests, but Rimini Street declines Oracle the
3 requested provide active log-in credentials to Rimini's intranet and internal document management
4 system.  In addition, Rimini will meet-and-confer with Oracle regarding the appropriate production
5 methods for relevant information stored on SharePoint that Oracle asserts cannot be adequately
6 reviewed using the production methods previously agreed to by the parties.

8   DATED:      October 31, 2011          SHOOK, HARDY & BACON

10                                        By:   */s/ Robert H. Reckers*\_\_\_\_\_
                                                Robert H. Reckers, Esq.
11                                              Attorney for Defendants
                                                Rimini Street, Inc. and Seth Ravin
12

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Response to Third Set of Requests for Inspection to Defendants was served on the 31th day of October 2011, via email, as indicated below.

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>ORACLE CORPORATION<br>JAMES C. MAROULIS (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

By: /s/ Jeff Glidewell
    Paralegal for Robert H. Reckers, Esq.
    Attorney for Defendants
    Rimini Street, Inc. and Seth Ravin

- 4 -
4755084 v1    DEFENDANT'S RESPONSES TO PLAINTIFFS' THIRD REQUEST FOR INSPECTION