# EXHIBIT U

# DOCUMENT FILED UNDER SEAL