| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 10 | kringgenberg@bsfllp.com | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 11 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | | jim.maroulis@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc., | |
| 14 | Oracle America, Inc. and Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 18 | ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>                 Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>                 Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL EXHIBITS A-B, D-K, R-S, AND U-V TO THE DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF THE PARTIES' JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle |
| 3 | International Corporation (together "Oracle" or "Plaintiffs") Motion to Seal Exhibits to the |
| 4 | Declaration of Geoffrey M. Howard in Support of Joint Case Management Statement [Docket |
| 5 | #169]. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit |
| 6 | sealing of court documents for, inter alia, the protection of "a trade secret or other confidential |
| 7 | research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered |
| 8 | Plaintiffs' Motion to Seal, compelling reasons having been shown and good cause existing: |
| 9 | IT IS HEREBY ORDERED THAT: Plaintiffs' Motion to Seal is GRANTED. |
| 10 | The Clerk of the Court shall file under seal Exhibits A-B, D-K, R-S, and U-V to the Declaration |
| 11 | of Geoffrey M. Howard in Support of Joint Case Management Statement. |
| 12 | IT IS SO ORDERED. |
| 13 | DATED: |

By: _____
Hon. Peggy A. Leen
United States Magistrate Judge

2