| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br>v.<br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>        Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

1                           **CERTIFICATE OF SERVICE**

2          At the time of service I was over 18 years of age and **not a party to this action.** My business address is Three Embarcadero Center, San Francisco, CA  94111.

3          On Novemer 4, 2011, I served the following documents:

4     **EXHIBITS A-B, D-K, R-S AND U-V TO JOINT CASE MANAGEMENT
5     CONFERENCE STATEMENT [FILED UNDER SEAL]**

6     I served the documents on the **persons** below, as follows:

7     Mark Tratos                                    Eric Buresh
      Brandon Roos                                   **Shook, Hardy & Bacon L.L.P.**
8     Leslie A.S. Godfrey                            2555 Grand Blvd.
      **Greenberg Traurig, LLP**                     Kansas City, Missouri  64108
9     3773 Howard Hughes Pkwy                        EBURESH@shb.com
      Ste 400 North
10    Las Vegas, NV 89169
      tratosm@gtlaw.com
11    roosb@gtlaw.com
      godfreyl@gtlaw.com
12
      Robert H. Reckers, Esq.                        W. West Allen
13    **Shook, Hardy & Bacon L.L.P.**                **Lewis and Roca LLP**
      600 Travis Street, Suite 1600                  3993 Howard Hughes Parkway, Suite 600
14    Houston, Texas 77002                           Las Vegas, Nevada 89169
      Telephone: (713) 227-8008                      WAllen@LRLaw.com
15    RRECKERS@shb.com

16         The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.**
      Based on a court order or an agreement of the parties to accept service by e-mail or electronic
17    transmission, I caused the documents to be sent to the persons at the e-mail addresses listed
      above. I did not receive, within a reasonable time after the transmission, any electronic message
18    or other indication that the transmission was unsuccessful.

19         I hereby certify that I am employed in the office of a member of the State Bar of
      California, admitted *pro hac vice* to practice before the United States District Court for the
20    District of Nevada for this case, at whose direction the service was made.  I declare under
      penalty of perjury under the laws of the United States of America that the foregoing information
21    contained in the Certificate of Service is true and correct.

22    Date: November 4, 2011

23                                                   _____
                                                     Kelley Garcia
24

25

26

27

28                                            2