| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>           Plaintiffs,<br><br>   v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>           Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL EXHIBITS A-B, D-K, R-S, and U-V TO THE DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF THE PARTIES' JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

**PLAINTIFFS' MOTION TO SEAL**

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the Court order the Clerk of the Court to file under seal Exhibits A-B, D-K, R-S, and U-V to the Declaration of Geoffrey M. Howard in Support of the Parties' Joint Case Management Conference Statement ("Exhibits A-B, D-K, R-S, and U-V").  Exhibits A-B, D-K, R-S, and U-V were individually lodged under seal with the Court on November 4, 2011.  *See* Dkt. 170-183.

Sealing Exhibits A-B, D-K, R-S, and U-V is requested because the documents contain information that Defendant Rimini Street ("Rimini") has designated as "Confidential Information" and as "Highly Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order.  The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).**  The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information –Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation."  Protective Order ¶ 2 (emphasis supplied).

Thus, in identifying Exhibits A-B, D-K, R-S, and U-V as containing Confidential and Highly Confidential material, Rimini, as the designating party, contends that that good cause exists for sealing Exhibits A-B, D-K, R-S, and U-V.

Oracle has submitted all other exhibits to the Declaration of Geoffrey M. Howard in Support of the Parties' Joint Case Management Conference Statement filed November 4, 2011, for filing in the Court's public files, which would allow public access to the filings except for the documents Rimini has designated as Confidential and Highly Confidential.  Accordingly, the

1  request to seal is narrowly tailored.

2      For the foregoing reasons, Oracle respectfully requests that the Court find that good cause

3  exists to file under seal Exhibits A-B, D-K, R-S, and U-V.

4

5  DATED: November 4, 2011        BINGHAM McCUTCHEN LLP

6

7

        By: /s/ Geoffrey M. Howard

8            Geoffrey M. Howard
           Attorneys for Plaintiffs
9            Oracle USA, Inc., Oracle America, Inc.,
           and Oracle International Corp.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MOTION TO SEAL

A/74582841.1

| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 10 | kringgenberg@bsfllp.com | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 11 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | | jim.maroulis@oracle.com |

13  Attorneys for Plaintiffs Oracle USA, Inc.,
    Oracle America, Inc. and Oracle International
14  Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 18 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No  2:10-cv-0106-LRH-PAL |
| 19 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **[PROPOSED] ORDER GRANTING** |
| 20 | Plaintiffs, | **PLAINTIFFS ORACLE USA, INC.,**<br>**ORACLE AMERICA, INC., AND** |
| 21 | v. | **ORACLE INTERNATIONAL**<br>**CORPORATION'S MOTION TO** |
| 22 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | **SEAL EXHIBITS A-B, D-K, R-S, AND**<br>**U-V TO THE DECLARATION OF** |
| 23 | Defendants. | **GEOFFREY M. HOWARD IN**<br>**SUPPORT OF THE PARTIES' JOINT** |
| 24 | | **CASE MANAGEMENT**<br>**CONFERENCE STATEMENT** |

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (together "Oracle" or "Plaintiffs") Motion to Seal Exhibits to the Declaration of Geoffrey M. Howard in Support of Joint Case Management Statement [Docket #169]. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Plaintiffs' Motion to Seal, compelling reasons having been shown and good cause existing:

IT IS HEREBY ORDERED THAT: Plaintiffs' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal Exhibits A-B, D-K, R-S, and U-V to the Declaration of Geoffrey M. Howard in Support of Joint Case Management Statement.

IT IS SO ORDERED.

DATED:" November 7, 2011

By: _____
Hon. Peggy A. Leen
United States Magistrate Judge

2

[PROP] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

A/74583899.1