BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No 2:10-cv-0106-LRH-PAL

**DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANT RIMINI STREET'S EMERGENCY MOTION FOR PROTECTIVE ORDER REGARDING CUSTOMER DEPOSITIONS**



A/74591748.2

I, Geoffrey M. Howard, declare as follows:

1. I am a member of the State Bar of California, and a partner at Bingham McCutchen LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (collectively, "Oracle") in this action. I have personal knowledge of the matters stated in this declaration by virtue of my representation of Oracle in this action. If called and sworn as a witness, I could and would competently testify as to such matters.

2. Attached as **Exhibit A** is a true and correct copy of an article, *The Man Behind 'Half Off' Third-Party Software Maintenance*, written by Thomas Wailgum and published on April 11, 2008 in CIO. This article is available at http://www.cio.com/article/333313/The_Man_Behind_Half_Off_Third_Party_Software_Maintenance.

3. Attached as **Exhibit B** is a true and correct copy of transcript excerpts from Oracle's Deposition of Michael Davichick, taken on July 21, 2011. The excerpts include 263:24-264:16.

4. Attached as **Exhibit C** is a true and correct copy of transcript excerpts from Oracle's Deposition of Thomas O'Brien, taken on November 7, 2011. The excerpts include 22:14-19.

5. Attached as **Exhibit D** is a true and correct copy of the Complaint for Damages and Injunctive Relief for: (1) Violations of the Computer Fraud and Abuse Act; (2) Violations of the Computer Data Access and Fraud Act; (3) Intentional Interference with Prospective Economic Advantage; (4) Negligent Interference with Prospective Economic Advantage, Case No. 07-CV-01658, N.D. Cal., Dkt 1.

6. Attached as **Exhibit E** is a true and correct copy of a document produced by CKE Restaurants, Inc. in this matter, Bates number CKE-SUB00218-23.

7. Attached as **Exhibit F** is a true and correct copy of transcript excerpts from Oracle's Deposition of Seth Ravin, taken on May 21, 2009. The excerpts include 70:23-71:8.

8. Attached as **Exhibit G** is a true and correct copy of a document produced by Birdville Independent School District in this matter, Bates number BISD-SR00168-72, also

identified as Strong Deposition Exhibit 602.

9. Attached as **Exhibit H** is a true and correct copy of the Trial Stipulation and Order No. 3 Regarding Certain Facts ("TomorrowNow Stipulation"), Case No. 07-CV-01658, N.D. Cal. Dkt. No. 911.

10. Attached as **Exhibit I** is a true and correct copy the Plea Agreement, Case No. CR 11-00642, N.D. Cal., Dkt No. 13.

11. Attached as **Exhibit J** is a true and correct copy of a document produced by Reflexite, in this matter, Bates number REFLEXITE-SUB01890-95.

12. Attached as **Exhibit K** is a true and correct copy of transcript excerpts from Oracle's Deposition of Kim Cabada, taken on November 3, 2011. The excerpts include 14:7-17:23, 18:9-19:3, and 20:1-8.

13. Attached as **Exhibit L** is a true and correct copy of a document produced by Wendy's International in this matter, Bates number WENDYS-SUB00055.

14. Attached as **Exhibit M** is a true and correct copy of transcript excerpts from Oracle's Deposition of Clark Strong, taken on October 20, 2011. The excerpts include 57:19-58:25.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on November 10, 2011.

DATED: November 10, 2011

BINGHAM McCUTCHEN LLP

By: /s/ Geoffrey M. Howard
Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.