# EXHIBIT J

| | |
|---|---|
| **From:** | Geoff Grzywinski, Reflexite |
| **Sent:** | Monday, December 13, 2010 9:24 AM |
| **To:** | Dave Fischler, Reflexite; Lorraine McGavock, Reflexite; Nancy Johnson, Reflexite; Chris Cowles, Reflexite; Phil Ferrari, Reflexite; Justin Leisey, Reflexite |
| **Subject:** | FW: Rimini Street Company and Litigation Update from CEO Seth Ravin |

An interesting update.

Bottom line for us: Rimini's service continues to be excellent, and given that this lawsuit does not deal with the fundamental legality of 3rd party support it would appear that we have nothing to worry about.

GGG

**From:** Rimini Street Client Care [mailto:clientcare@riministreet.com]
**Sent:** Monday, December 13, 2010 11:31 AM
**To:** Geoff Grzywinski, Reflexite
**Subject:** Rimini Street Company and Litigation Update from CEO Seth Ravin


Rimini Street

Dear Geoff:

Rimini Street continues to lead the enterprise software support industry with the only global support programs designed to:

- Maximize the return on existing enterprise software products
- Save clients at least 50% in annual support fees compared to the vendor
- Deliver total operating savings of up to 90% over a 10-year period

As 2010 draws to a close, we want to give you an update on what has been another year of fast-paced growth for Rimini Street and successful service and savings enjoyed by our clients.

Additionally, you will find an updated FAQ about Rimini Street's ongoing litigation with Oracle Corporation (both our claims against Oracle and Oracle's claims against us).

### Another Great, Strong Year

Thanks to the enthusiastic support of our existing and many new clients, Rimini Street will complete 2010 with the following major achievements:

- 370+ clients, including more than 23 Fortune 500 and 11 Global 100 clients
- Supporting clients in 60+ countries, support capabilities for all 190 UN countries
- 40% year-over-year annual revenue growth

Highly Confidential - Attorneys' Eyes Only                                                                    REFLEXITE-SUB01890

- More than $190 million in contract bookings
- 10+ year average contract length
- Record 98% client contract renewal rates
- 99% client satisfaction rates
- Average 3.5 minute urgent case response time by a senior engineer, 24x7x365
- Recognized as "the clear leader in the market" with continued excellent and positive industry and financial analyst reviews
- Named "One of 12 Most Disruptive Technology Companies" by InformationWeek
- Named #50 on Technology 500 Fastest Growing US Technology Companies
- 170+ employees worldwide, with personnel in North America, Europe, and Asia-Pacific
- Backed by Adam Street Partners, a $21 billion private equity firm

In addition to these achievements, Rimini Street accomplished a number of significant operational milestones in 2010:

- Tripled SAP client base after first year of support offering
- Announced and implemented Rimini Street's own US Payroll Engine for SAP Products
- Filed for a patent of our proprietary tax, legal and regulatory data collection system
- Began formal ISO 9000 Quality certifications for Global Service Delivery
- Launched and deployed named Account Managers to every client
- Improved and streamlined PeopleSoft Payroll Engine
- Launched CNC Managed Services for JD Edwards products
- Designed Siebel virtualization model to allow use of Microsoft IE 8 Browser
- Achieved 10,000 successful case resolutions since Rimini Street's inception
- Announced Oracle E-Business Suite Support availability in 2011

## Looking Ahead to 2011

As the leader in third party support, Rimini Street plans to continue its fast-paced growth in 2011, focusing on:

- Global expansion of its client base and support operations
- Beginning service for Oracle's E-Business Suite
- Expanding support for all our Siebel, PeopleSoft, JD Edwards and SAP product lines
- Launching Rimini Street Advisor© services to share knowledge across all clients
- Providing other new, innovative and cost-effective support service options
- Continuing preparations for a potential Initial Public Offering (IPO) in 2H 2012

We will also work to successfully conclude our litigation with Oracle as quickly as possible, and keep you updated as the Oracle litigation progresses on the expedited schedule aggressively pursued by Rimini Street. See the attached Litigation FAQ for more information.

Thank you for your business and strong support as we continue our fast-paced growth and bring our innovative and competitive offerings to hundreds of satisfied existing and many new global, Fortune 500, midmarket and public sector organizations around the world.

If you have questions, comments or suggestions, please do not hesitate to contact me or any member of the Rimini Street executive team at any time. We are always available to you via phone or email.

Sincerely,


Seth A. Ravin
President & CEO
Rimini Street, Inc.
sravin@riministreet.com
Phone: +1 925.699.0369

Click here to download a PDF version of this letter and the FAQ that follows.

# Updated FAQ

# Oracle Litigation

Rimini Street and Oracle are approaching the first year anniversary of our litigation (Rimini Street litigation against Oracle and Oracle's litigation against Rimini Street). This is an updated FAQ about that litigation and other frequently asked questions.

## Background

On January 25, 2010 Oracle filed a complaint against Rimini Street. After a detailed evaluation of Oracle's claims, we determined that the claims are baseless. It is our position that Rimini Street's business processes and procedures are entirely legal. Rimini Street vehemently denied all of Oracle's allegations, and believes Oracle's allegations are malicious, false and anticompetitive in motive.

In response to Oracle's five-year campaign of anticompetitive tactics, which we believe includes the filing of its complaint against Rimini Street, Rimini Street filed a counter-lawsuit against Oracle for claims that include defamation, disparagement, trade libel and unfair competition. With our counter-lawsuit, Rimini Street intends to hold Oracle accountable for its improper actions.

As evidenced in the history of technology, disruptive introductions of competition into closed, captured markets leads to open markets and choice. However, the final journey to open markets often only follows a last-ditch legal effort to block competition by those who benefit the most financially from a closed market. Today, we take for granted a choice of telecom providers, a choice of discount airlines, and even the ability to download digital music. However, Amdahl had to battle IBM for clients to have a choice in mainframe options, discount airlines helped force de-regulation of the airline industry and early digital music providers battled to create the open digital music market so many of us enjoy today. Even the right to take your car to a local mechanic of your choice instead of being locked into the car manufacturer's dealers for service required legal action to ensure choice. Rimini Street is dedicated to ensuring that enterprise software licensees enjoy a free, unfettered choice of support vendors and programs.

## Business As Usual

While Rimini Street's world-class attorneys continue to aggressively work in the background to successfully resolve the dispute with Oracle as quickly as possible, we are operationally business as usual as we have been since litigation began nearly a year ago. There are no changes and no interruptions to any service, and we remain focused as always on delivering the highest value and ultra-responsive support to our continually-expanding client base.

## Case Status

12/13/2010

Highly Confidential - Attorneys' Eyes Only                                    REFLEXITE-SUB01892

Rimini Street's trial remains on the fast-track we have requested from the judge, with the start date projected to be set for March 2012 in the US Federal Court seated in Las Vegas.

During this first year of the case, Oracle and Rimini Street laid out the ground rules and the initial scope of the litigation. We have now entered the "Discovery" phase of litigation, where both sides refine claims and defenses, exchange documents, and interview witnesses. In addition, as is typical in business litigation, some third parties will also be asked to provide documents for review, including Rimini Street clients, Oracle business partners and others. The Discovery phase is set to be complete around August 2011.

To date, Rimini Street has provided almost half a million document pages to Oracle. These documents include processes, procedures and all the information we believe clearly demonstrate that Oracle's claims in its court filing are baseless, not accurate and not true.

Hence, Rimini Street is aggressively pursuing its litigation against Oracle for defamation and illegal anticompetitive actions. This case will be important for the whole industry as we intend to hold Oracle accountable for its behavior. We intend to ensure all Oracle enterprise software licensees benefit from an unfettered, competitive and robust market of different support vendor and program choices.

## Questions & Answers

**Q:** Is there more than one (1) lawsuit between Rimini Street and Oracle?
**A:** *No, Rimini Street is engaged in only one (1) lawsuit with Oracle. Rimini Street's litigation against Oracle and Oracle's litigation against Rimini Street are both part of a single legal case before the US Federal courts.*

**Q:** What is the expected time line of the legal case and trial?
**A:** *Currently, Rimini Street and Oracle will need to conclude their "Discovery" phase of information gathering by August 2011. Following that phase, there will be mandatory settlement discussions, expert witness reports, and preparation for the trial to begin around March 2012. It is too early to estimate the expected length of the trial.*

**Q:** Is Oracle claiming "third-party support is illegal?"
**A:** *No, not at all. In fact, Oracle (and SAP) both acknowledge that third-party support is legal to provide, and that their licensees are entitled to choose another support provider besides Oracle or SAP, or choose no support provider at all (self-support).*

**Q:** If Oracle acknowledges that third-party support is legal, what is the litigation against Rimini Street about?
**A:** *Oracle alleges that some Rimini Street processes used to support Oracle products infringe Oracle intellectual property. Rimini Street has completely and vehemently denied Oracle's claims, and is focused on demonstrating in court that all of its support processes are completely legal and appropriate.*

**Q:** Are the only outcomes that Rimini Street can either 100% win or 100% lose its case in court?
**A:** *Rimini Street believes it will prevail on all points of its litigation with Oracle. However, as Gartner Research and other leading analysts have pointed out, in the unlikely event that a jury decides that a specific Rimini Street support process needs to change, Rimini Street will simply redesign the identified process. However, as the analysts also point out, since it is legal to provide third-party support services, there is no reason to believe that any such process change would materially impact any Rimini Street client.*

**Q:** I have received a subpoena for documents from Oracle. What does this mean and

12/13/2010

Highly Confidential - Attorneys' Eyes Only                                        REFLEXITE-SUB01893

should I be concerned?

**A:** There is no reason to be concerned. As a standard part of business litigation, both sides will seek to collect documents from many third parties. Oracle will seek documents from Rimini Street's Oracle clients, and Rimini Street will seek documents from Oracle Partners and others. Rimini Street encourages clients to kindly comply with the document requests so that we can keep our case moving forward quickly to a successful resolution against Oracle. We thank you for your cooperation, and apologize for any inconvenience in gathering and providing the requested documents. If you have any concerns about the subpoena or its scope, please feel free to contact Christopher Pickett in Rimini Street Legal at cpickett@riministreet.com, or at +1 (816) 206-6709. We will be happy to discuss it with you.

**Q:   Are the facts of the Rimini Street case the same as the Oracle vs. SAP/TN (TomorrowNow) case that just concluded?**
**A:** No, the facts of the cases are very different. First, the substantive similarity between the offerings of Rimini Street and SAP/TN is that they both provide third-party support at 50% off the software vendor's annual fees.

Secondly, as clearly articulated in the court documents and the thousands of pages of process documents provided by Rimini Street to Oracle, Rimini Street's operations are very different from the operations of SAP/TN. Oracle knows this to be true.

Third, while SAP chose not to challenge Oracle's allegations, Rimini Street has filed a counter-lawsuit, accusing Oracle of defamation and using illegal and unfair practices to stifle competition for the lucrative support and maintenance business. Rimini Street intends to stop what it believes are Oracle's illegal actions and is seeking to hold Oracle responsible for its behavior.

**Q:   Should the outcome of the Oracle vs. SAP/TN trial have any legal impact on the Rimini Street case or on Rimini Street support?**
**A:** No. First, it is important to understand that the Oracle litigation with SAP was NOT about the legality of third-party support (both Oracle and SAP acknowledge that third-party support is legal); rather, the SAP case was specifically about certain actions and processes of SAP and TN. As demonstrated by the hundreds of thousands of document pages provided to Oracle by Rimini Street, the processes and procedures used by Rimini Street are very different from those used by SAP/TN.

Second, we believe the magnitude of the damages award in the SAP/TN case is a direct result of SAP's peculiar decision to concede liability and ultimately not challenge Oracle's claims. As noted by top industry analysts like Frank Scavo, SAP, like Oracle, derives many billions of dollars from maintenance and update services to its customers with huge profit margins similar to Oracle's. The analysts go on to note that, had SAP availed itself of the claims and defenses made by Rimini Street in its case against Oracle, SAP would have placed its very own support policies and revenues in jeopardy. SAP abandoned these claims and defenses at its own peril, as the size of the damages award illustrates.

Third, while SAP chose not to challenge Oracle's allegations, Rimini Street intends to stop what it believes are Oracle's illegal anti-competitive actions and plans to aggressively hold Oracle responsible for its behavior.

**Q:   What do the top industry analysts, financial analysts, and business media think of the litigation tactics of Oracle?**
**A:** Most leading analysts and business media agree that Oracle's judgment in the SAP/TN case has no impact on the third-party enterprise software support market, that the third-party support market will continue to grow (based on their industry research and as evidenced by Rimini Street's continual fast-paced growth), and that Oracle's litigation tactics are really about protecting its lucrative support revenue.

Below are some samples of recent commentary by leading analysts and business media:

*"The broad legality of selling third-party maintenance and support like this is not in dispute ..."*
    Richard Waters, Financial Times, November 29, 2010

*"The judgment was not about the legality of third-party maintenance. The SAP-Oracle case was good entertainment, but it was just about damages."*
    Thomas Otter, Gartner Research, November 25, 2010

*"The [SAP/TN] Verdict does not impact the third-party maintenance market."*
    Ray Wang, Principal Analyst & CEO, Constellation Research, Inc., November 25, 2010

*"SAP is in a very difficult position, in that it faces the same threat of revenue loss from third-party support. It was unable to convincingly defend its entry into the third-party support business for fear of legitimizing a business that poses a similar threat to its lucrative maintenance business as to Oracle's."*
    Paul Hamerman, Vice-President, Principal Analyst & CEO, Forrester Research, November 25, 2010

*"Oracle is currently suing Rimini Street for IP infringement, which we believe is a thinly veiled attempt by Oracle to leverage its legal department as a part of its corporate strategy ..."*
    Peter Goldmacher, Analyst, Cowen and Company, October 19, 2010

*"All this has entertainment value. And it may impress Wall Street. But it is unlikely to make firms buy more of Oracle's gear. Nor will it do anything to counter the growing anger among customers of Oracle (and of SAP, for that matter) over how much they have to pay in maintenance fees, with so little in return."*
    Ludwig Siegele, The Economist, November 3, 2010

*"The lawsuits are viewed by many as somewhat cynical attempts by Oracle to protect its lucrative software maintenance revenues against outsiders."*
    Jaikumar Vijayan, Computerworld, August 6, 2010

© 2010 Rimini Street, Inc. All rights reserved. Rimini Street is a trademark of Rimini Street, Inc. All other names may be trademarks of their respective owners.
Rimini Street, Inc. 7251 West Lake Mead Blvd., Las Vegas, Nevada 89128. Tel: (702) 839 9671

12/13/2010

Highly Confidential - Attorneys' Eyes Only                                     REFLEXITE-SUB01895