| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 10 | kringgenberg@bsfllp.com | Telephone: 650.506.4846<br>Facsimile: 650.506.7114 |
| 11 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | | jim.maroulis@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc., | |
| 14 | Oracle America, Inc. and Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | | Case No 2:10-cv-0106-LRH-PAL |
| Plaintiffs, | | **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL PORTIONS OF ORACLE'S OPPOSITION AND EXHIBITS B-C, F-G, AND K-M TO THE DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF ORACLE'S OPPOSITION TO MOTION FOR PROTECTIVE ORDER REGARDING CUSTOMER DEPOSITIONS** |
| v. | | |
| RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, | | |
| Defendants. | | |

**PLAINTIFFS' MOTION TO SEAL**

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, and Local Rule 10-5, Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the Court order the Clerk of the Court to file under seal portions of Oracle's Opposition To Defendant Rimini Street's Emergency Motion for Protective Order Regarding Customer Depositions (the "Opposition") and Exhibits B-C, F-G, and K-M to the Declaration of Geoffrey M. Howard in Support of Oracle's Opposition to Defendant Rimini Street's Emergency Motion for Protective Order Regarding Customer Depositions (the "Exhibits"). The un-redacted Opposition and Exhibits B-C, F-G, and K-M were individually lodged under seal with the Court on November 10, 2011. *See* Dkt. Nos. 198, 200-206.

Sealing Exhibits B-C, F-G, and L-M is requested because the documents contain information that Defendant Rimini Street ("Rimini") has designated as "Confidential Information" and as "Highly Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order. Sealing Exhibit K is requested because the documents contain information that third parties, TomorrowNow and SAP, have designated as "Confidential" under the terms of a protective order that is substantially similar to the Protective Order entered in this litigation. Sealing of portions of the Opposition is requested because the document contains information that Rimini, TomorrowNow, or SAP have designated as "Confidential Information" and as "Highly Confidential Information – Attorneys' Eyes Only" under the terms of the respective protective orders. Both protective orders provides that: "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).** The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information –Attorneys' Eyes Only' shall constitute a representation that

an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order at ¶ 2 (emphasis supplied); Ex. 1, Stipulated Protective Order, Case No. 07-CV-1658, N.D. Cal., Dkt. No. 32 at ¶ 2.

Thus, in identifying Exhibits B-C, F-G, and K-M as containing Confidential and Highly Confidential material, Rimini, SAP and TomorrowNow, as the designating parties, contend that that good cause exists for sealing portions of the Opposition and Exhibits B-C, F-G, and K-M.

Oracle has submitted all other portions of the Opposition as well as all other exhibits to the Declaration of Geoffrey M. Howard in Support of Oracle's Opposition to Defendant Rimini Street's Emergency Motion for Protective Order Regarding Customer Depositions, for filing in the Court's public files, which would allow public access to the filings except for the documents Rimini, SAP, or TomorrowNow have designated as Confidential and Highly Confidential. Accordingly, the request to seal is narrowly tailored.

For the foregoing reasons, Oracle respectfully requests that the Court find that good cause exists to file under seal portions of the Opposition and Exhibits B-C, F-G, and K-M.

DATED: November 10, 2011         BINGHAM McCUTCHEN LLP


By: /s/ Geoffrey M. Howard
    Geoffrey M. Howard
    Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle America, Inc.,
    and Oracle International Corp.