| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | SHOOK, HARDY & BACON LLP |
|  | RICHARD J. POCKER (NV Bar No. 3568) | B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | Eric Buresh (*pro hac vice*) |
|  | Las Vegas, NV 89101 | 2555 Grand Boulevard |
| 3 | TELEPHONE: (702) 382-7300 | Kansas City, Missouri 64108-2613 |
|  | FACSIMILE: (702) 382-2755 | Telephone: (816) 474-6550 |
| 4 | rpocker@bsfllp.com | Facsimile: (816) 421-5547 |
|  |  | bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP | eburesh@shb.com |
|  | STEVEN C. HOLTZMAN (*pro hac vice*) |  |
| 6 | FRED NORTON (*pro hac vice*) | Robert H. Reckers (*pro hac vice*) |
|  | KIERAN P. RINGGENBERG (*pro hac vice*) | 600 Travis Street, Suite 1600 |
| 7 | 1999 Harrison Street, Suite 900 | Houston, Texas 77002 |
|  | Oakland, CA 94612 | Telephone: (713) 227-8008 |
| 8 | TELEPHONE: (510) 874-1000 | Facsimile: (713) 227-9508 |
|  | FACSIMILE: (510) 874-1460 | rreckers@shb.com |
| 9 | sholtzman@bsfllp.com |  |
|  | fnorton@bsfllp.com | LEWIS AND ROCA LLP |
| 10 | kringgenberg@bsfllp.com | W. West Allen (Nevada Bar No. 5566) |
|  |  | 3993 Howard Hughes Parkway, Suite 600 |
| 11 | BINGHAM MCCUTCHEN LLP | Las Vegas, Nevada 89169 |
|  | GEOFFREY M. HOWARD (*pro hac vice*) | Tel: (702) 949-8200 |
| 12 | BREE HANN (*pro hac vice*) | Fax: (702) 949-8398 |
|  | THOMAS S. HIXSON (*pro hac vice*) | WAllen@LRLaw.com |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*) |  |
|  | THREE EMBARCADERO CENTER | GREENBERG TAURIG |
| 14 | SAN FRANCISCO, CA 94111-4067 | Mark G. Tratos (Nevada Bar No. 1086) |
|  | Telephone: 415.393.2000 | Brandon Roos (Nevada Bar No. 7888) |
| 15 | Facsimile: 415.393.2286 | Leslie Godfrey (Nevada Bar No. 10229) |
|  | geoff.howard@bingham.com | 3773 Howard Hughes Parkway |
| 16 | thomas.hixson@bingham.com | Suite 400 North |
|  | kristen.palumbo@bingham.com | Las Vegas, NV 89169 |
| 17 |  | Telephone: (702) 792-3773 |
|  | DORIAN DALEY (*pro hac vice*) | Facsimile: (702) 792-9002 |
| 18 | DEBORAH K. MILLER (*pro hac vice*) | tratosm@gtlaw.com |
|  | JAMES C. MAROULIS (*pro hac vice*) | roosb@gtlaw.com |
| 19 | ORACLE CORPORATION | godfreyl@gtlaw.com |
|  | 500 Oracle Parkway |  |
| 20 | M/S 5op7 | Attorneys for Defendants Rimini Street, |
|  | Redwood City, CA 94070 | Inc., and Seth Ravin |
| 21 | Telephone: 650.506.4846 |  |
|  | Facsimile: 650.506.7114 |  |
| 22 | dorian.daley@oracle.com |  |
|  | deborah.miller@oracle.com |  |
| 23 | jim.maroulis@oracle.com |  |
| 24 | Attorneys for Plaintiffs |  |
|  | Oracle USA, Inc., Oracle America, Inc., and |  |
| 25 | Oracle International Corp. |  |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES AND NEXT CMC

A/74609100.2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND DEADLINE TO FILE MOTIONS TO COMPEL AND CONCERNING OTHER DISCOVERY DEADLINES AND (2) TO SCHEDULE THE NEXT CASE MANAGEMENT CONFERENCE**<br><br>Courtroom: 3B<br>Judge:    Magistrate Peggy A. Leen |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants") stipulate as follows and request that the Court enter the [Proposed] Order set forth below.

1. On November 4, 2011, Oracle served its Third Set of Requests for Admission on Rimini. Rimini's deadline to respond to these RFAs is December 5, 2011. Rimini has requested a two week extension of time to respond to these RFAs, which would make them due December 19, 2011. Oracle agrees to this extension if the existing December 19 deadline to file motions to compel is pushed back.

2. The parties anticipate producing additional documents, amending discovery responses, and receiving additional third party productions after the existing fact discovery cutoff on December 5, 2011. The parties agree that documents produced or amended discovery responses served by the parties by December 19 should be considered to have been produced during the fact discovery period of the case, as should be documents produced by third parties after the December 5 fact discovery cutoff if the third party was timely subpoenaed before the December 5 discovery cutoff.

3. In light of the parties' agreements in paragraphs 1 and 2 above, a number of

discovery responses or amended responses may be served on December 19. Accordingly, the parties jointly request that the deadline to file a motion to compel be extended. Because the Court's practice has been to hear motions to compel at Case Management Conferences, the parties request that the Court schedule a further CMC on January 10, 2012, if that date is convenient for the Court, and to extend the deadline to move to compel to the filing of the joint CMC statement.

4. In addition, Oracle is still analyzing Rimini's recent productions, including to what extent Rimini has produced Support Service Agreements for customers identified in Exhibit A to Rimini's response to Oracle's Interrogatory No. 27. These Rimini agreements contain product and date information that is necessary for Oracle to confirm it has accurately identified, collected, and produced the corresponding Oracle support contract information for relevant customers. To the extent Rimini produces additional relevant agreements from now until December 19, Oracle may require two weeks after Rimini produces its agreements to produce corresponding Oracle contract information.

5. This agreement between the parties is intended only to alter the dates agreed to herein, and the parties will not use this agreement as a basis to seek changes to other case deadlines.

Accordingly, the parties request that the Court order as follows:

A. Rimini's deadline to respond to Oracle Third Set of Requests for Admission is extended to December 19, 2011.

B. Documents produced or amended discovery responses served by the parties by December 19 will be considered to have been produced or served during the fact discovery period of the case, as will be documents produced by third parties after the December 5 fact discovery cutoff if the third party was timely subpoenaed before the December 5 discovery cutoff.

C. To the extent Rimini produces additional Support Service Agreements for customers identified in Exhibit A to Rimini's response to Oracle's Interrogatory No. 27 between November 29 and December 19, Oracle has two weeks after Rimini produces such agreements to

1   produce corresponding Oracle contract information.

2         D.    The next Case Management Conference is scheduled for January 10, 2012 at ___

3 a.m., or at such time as is convenient for the Court.  The deadline to file motions to compel is

4 extended to the date of filing the joint CMC statement for that CMC.

8 DATED:  November 30, 2011

9 BINGHAM McCUTCHEN LLP                      SHOOK, HARDY & BACON LLP

11 By: /S/ Geoffrey M. Howard               By: /S/ Robert H. Reckers
     Geoffrey M. Howard (*pro hac vice*)         Robert H. Reckers (*pro hac vice*)
12     Three Embarcadero Center                     600 Travis Street, Suite 1600
     San Francisco, CA 94111-4067             Houston, Texas  77002
13     Telephone:     415.393.2000                   Telephone: (713) 227-8008
     Facsimile:      415.393.2286                    Facsimile: (731) 227-9508
14     geoff.howard@bingham.com                      rreckers@shb.com

15     *Attorneys for Plaintiffs*                          *Attorneys for Defendants*

18 Pursuant to stipulation, it is SO ORDERED.

21                                                         _____

22                                                         Hon. Peggy A. Leen
                                                        United States Magistrate Judge

3
STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES AND NEXT CMC

A/74609100.2

| | |
|---|---|
| 1 | **ATTESTATION OF FILER** |
| 2 | The signatories to this document are myself and Robert Reckers and I have obtained Mr. |
| 3 | Reckers's concurrence to file this document on his behalf. |
| 4 | DATED:  November 30, 2011          BINGHAM McCUTCHEN LLP |
| 6 | By:  /S/ Geoffrey M. Howard |
| 7 |        Geoffrey M. Howard (*pro hac vice*) |
|   |        Three Embarcadero Center |
| 8 |        San Francisco, CA 94111-4067 |
|   |        Telephone:    415.393.2000 |
| 9 |        Facsimile:     415.393.2286 |
|   |        geoff.howard@bingham.com |
| 10 | *Attorneys for Plaintiffs* |

**PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for email delivery.

Today I caused to be served the following document:

**STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND DEADLINE TO FILE MOTIONS TO COMPEL AND CONCERNING OTHER DISCOVERY DEADLINES AND (2) TO SCHEDULE THE NEXT CASE MANAGEMENT CONFERENCE**

☒   (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

| | |
|---|---|
| B. Trent Webb, Esq.<br>Eric Buresh, Esq.<br>David J. Niegowski, Esq.<br>Ryan Dykal, Esq.<br>SHOOK, HARDY & BACON LLP<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br><br>bwebb@shb.com<br>eburesh@shb.com<br>dniegowski@shb.com<br>rdykal@shb.com | Mark G. Tratos, Esq.<br>Brandon Roos, Esq.<br>Leslie Godfrey, Esq.<br>GREENBERG TRAURIG, LLP<br>3773 Howard Hughes Pkwy<br>Ste 400 North<br>Las Vegas, NY 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com |
| Robert H. Reckers, Esq.<br>SHOOK, HARDY & BACON LLP<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com | W. West Allen, Esq.<br>LEWIS AND ROCA LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398<br>WAllen@LRLaw.com |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on November 30, 2011 at San Francisco, California.

/S/Kelley A. Garcia
Kelley A. Garcia

5
STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES AND NEXT CMC

A/74609100.2