<table>
<tr><td>1</td><td>BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)</td><td>SHOOK, HARDY & BACON LLP<br>B. Trent Webb (<i>pro hac vice</i>)</td></tr>
</table>

1   BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
Las Vegas, NV 89101
3   TELEPHONE: (702) 382-7300
FACSIMILE: (702) 382-2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
6   FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
7   1999 Harrison Street, Suite 900
Oakland, CA 94612
8   TELEPHONE: (510) 874-1000
FACSIMILE: (510) 874-1460
9   sholtzman@bsfllp.com
fnorton@bsfllp.com
10   kringgenberg@bsfllp.com

11   BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
12   BREE HANN (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
13   KRISTEN A. PALUMBO (*pro hac vice*)
THREE EMBARCADERO CENTER
14   SAN FRANCISCO, CA  94111-4067
Telephone:  415.393.2000
15   Facsimile:  415.393.2286
geoff.howard@bingham.com
16   thomas.hixson@bingham.com
kristen.palumbo@bingham.com
17

DORIAN DALEY (*pro hac vice*)
18   DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
19   ORACLE CORPORATION
500 Oracle Parkway
20   M/S 5op7
Redwood City, CA 94070
21   Telephone:  650.506.4846
Facsimile:  650.506.7114
22   dorian.daley@oracle.com
deborah.miller@oracle.com
23   jim.maroulis@oracle.com

24   Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
25   Oracle International Corp.

26

27

28

SHOOK, HARDY & BACON LLP
B. Trent Webb (*pro hac vice*)
Eric Buresh (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas  77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

GREENBERG TRAURIG
Mark G. Tratos (Nevada Bar No. 1086)
Brandon Roos (Nevada Bar No. 7888)
Leslie Godfrey  (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

Attorneys for Defendants Rimini Street,
Inc., and Seth Ravin

---

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES AND NEXT CMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND DEADLINE TO FILE MOTIONS TO COMPEL AND CONCERNING OTHER DISCOVERY DEADLINES AND (2) TO SCHEDULE THE NEXT CASE MANAGEMENT CONFERENCE**

Courtroom:  3B
Judge:      Magistrate Peggy A. Leen

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants") stipulate as follows and request that the Court enter the [Proposed] Order set forth below.

1.      On November 4, 2011, Oracle served its Third Set of Requests for Admission on Rimini.  Rimini's deadline to respond to these RFAs is December 5, 2011.  Rimini has requested a two week extension of time to respond to these RFAs, which would make them due December 19, 2011.  Oracle agrees to this extension if the existing December 19 deadline to file motions to compel is pushed back.

2.      The parties anticipate producing additional documents, amending discovery responses, and receiving additional third party productions after the existing fact discovery cutoff on December 5, 2011.  The parties agree that documents produced or amended discovery responses served by the parties by December 19 should be considered to have been produced during the fact discovery period of the case, as should be documents produced by third parties after the December 5 fact discovery cutoff if the third party was timely subpoenaed before the December 5 discovery cutoff.

3.      In light of the parties' agreements in paragraphs 1 and 2 above, a number of

1

A/74609100.2

1    discovery responses or amended responses may be served on December 19.  Accordingly, the

2    parties jointly request that the deadline to file a motion to compel be extended.  Because the

3    Court's practice has been to hear motions to compel at Case Management Conferences, the

4    parties request that the Court schedule a further CMC on January 10, 2012, if that date is

5    convenient for the Court, and to extend the deadline to move to compel to the filing of the joint

6    CMC statement.

7        4.       In addition, Oracle is still analyzing Rimini's recent productions, including to

8    what extent Rimini has produced Support Service Agreements for customers identified in Exhibit

9    A to Rimini's response to Oracle's Interrogatory No. 27.  These Rimini agreements contain

10   product and date information that is necessary for Oracle to confirm it has accurately identified,

11   collected, and produced the corresponding Oracle support contract information for relevant

12   customers.  To the extent Rimini produces additional relevant agreements from now until

13   December 19, Oracle may require two weeks after Rimini produces its agreements to produce

14   corresponding Oracle contract information.

15       5.       This agreement between the parties is intended only to alter the dates agreed to

16   herein, and the parties will not use this agreement as a basis to seek changes to other case

17   deadlines.

18           Accordingly, the parties request that the Court order as follows:

19       A.       Rimini's deadline to respond to Oracle Third Set of Requests for Admission is

20   extended to December 19, 2011.

21       B.       Documents produced or amended discovery responses served by the parties by

22   December 19 will be considered to have been produced or served during the fact discovery

23   period of the case, as will be documents produced by third parties after the December 5 fact

24   discovery cutoff if the third party was timely subpoenaed before the December 5 discovery

25   cutoff.

26       C.       To the extent Rimini produces additional Support Service Agreements for

27   customers identified in Exhibit A to Rimini's response to Oracle's Interrogatory No. 27 between

28   November 29 and December 19, Oracle has two weeks after Rimini produces such agreements to

2

A/74609100.2

1    produce corresponding Oracle contract information.

2           D.       The next Case Management Conference is scheduled for January 10, 2012 at

3    32~52'c0 0'or at such time as is convenient for the Court.  The deadline to file motions to

4    eqo r grilu'extended to the date of filing the joint CMC statement for that CMC.

5

6

7

8    DATED:  November 30, 2011

9    BINGHAM McCUTCHEN LLP                          SHOOK, HARDY & BACON LLP

10

11   By: /S/ Geoffrey M. Howard                     By: /S/ Robert H. Reckers
         Geoffrey M. Howard (*pro hac vice*)             Robert H. Reckers (*pro hac vice*)
12       Three Embarcadero Center                        600 Travis Street, Suite 1600
         San Francisco, CA 94111-4067                    Houston, Texas  77002
13       Telephone:    415.393.2000                      Telephone: (713) 227-8008
         Facsimile:    415.393.2286                      Facsimile: (731) 227-9508
14       geoff.howard@bingham.com                        rreckers@shb.com

15       *Attorneys for Plaintiffs*                       *Attorneys for Defendants*

16

17

18   Pursuant to stipulation, it is SO ORDERED'yj ku'4pf 'f c{ 'qh'F gego dgt."42330

19

20

21

22                                              Hon. Peggy A. Leen
                                                United States Magistrate Judge
23

24

25

26

27

28

                                            3

A/74609100.2

1

**ATTESTATION OF FILER**

2              The signatories to this document are myself and Robert Reckers and I have obtained Mr.

3      Reckers's concurrence to file this document on his behalf.

4      DATED:  November 30, 2011                         BINGHAM McCUTCHEN LLP

5

6                                                        By:  /S/ Geoffrey M. Howard
                                                             Geoffrey M. Howard (*pro hac vice*)
7                                                            Three Embarcadero Center
                                                             San Francisco, CA 94111-4067
8                                                            Telephone:      415.393.2000
                                                             Facsimile:      415.393.2286
9                                                            geoff.howard@bingham.com

10                                                       *Attorneys for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES AND NEXT CMC

A/74609100.2

1              **PROOF OF SERVICE**

2               I am over eighteen years of age, not a party in this action, and employed in San

3  Francisco County, California at Three Embarcadero Center, San Francisco, California  94111-

4  4067.  I am readily familiar with the practice of this office for collection and processing of

5  correspondence for email delivery.

6               Today I caused to be served the following document:

7               **STIPULATION AND [PROPOSED] ORDER TO (1) EXTEND**
                     **DEADLINE TO FILE MOTIONS TO COMPEL AND CONCERNING**

8               **OTHER DISCOVERY DEADLINES AND (2) TO SCHEDULE THE**
                     **NEXT CASE MANAGEMENT CONFERENCE**

9

10  ☒      (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in
                  portable document format (PDF) listed below to the email address set forth

11              below on this date.

| | |
|---|---|
| B. Trent Webb, Esq. | Mark G. Tratos, Esq. |
| Eric Buresh, Esq. | Brandon Roos, Esq. |
| David J. Niegowski, Esq. | Leslie Godfrey, Esq. |
| Ryan Dykal, Esq. | GREENBERG TRAURIG, LLP |
| SHOOK, HARDY & BACON LLP | 3773 Howard Hughes Pkwy |
| 2555 Grand Blvd. | Ste 400 North |
| Kansas City, Missouri 64108 | Las Vegas, NY 89169 |
| Telephone: (816) 474-6550 | Telephone: (702) 792-3773 |
| Facsimile: (816) 421-5547 | Facsimile: (702) 792-9002 |
| | tratosm@gtlaw.com |
| bwebb@shb.com | roosb@gtlaw.com |
| eburesh@shb.com | godfreyl@gtlaw.com |
| dniegowski@shb.com | |
| rdykal@shb.com | |
| | |
| Robert H. Reckers, Esq. | W. West Allen, Esq. |
| SHOOK, HARDY & BACON LLP | LEWIS AND ROCA LLP |
| 600 Travis Street, Suite 1600 | 3993 Howard Hughes Parkway, Suite 600 |
| Houston, Texas 77002 | Las Vegas, Nevada 89169 |
| Telephone: (713) 227-8008 | Telephone: (702) 949-8200 |
| Facsimile: (713) 227-9508 | Facsimile: (702) 949-8398 |
| rreckers@shb.com | WAllen@LRLaw.com |

24               I declare that I am employed in the office of a member of the bar of this court at

25  whose direction the service was made and that this declaration was executed on November 30,

26  2011 at San Francisco, California.

27                                     /S/Kelley A. Garcia
                                       Kelley A. Garcia

28

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES AND NEXT CMC

A/74609100.2