| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. *(pro hac vice)*<br>Eric Buresh, Esq. *(pro hac vice)*<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br>eburesh@shb.com<br><br>Robert H. Reckers, Esq. *(pro hac vice)*<br>600 Travis Street, Suite 1600<br>Houston, Texas   77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com | LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRLaw.com<br><br>GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>*Attorneys for Defendants*<br>*RIMINI STREET, INC. and SETH RAVIN* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF THE PARTIES' JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

## DECLARATION OF ROBERT H. RECKERS

I, Robert H. Reckers, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter, and an attorney at Shook, Hardy, and Bacon LLP, attorneys for Defendants Rimini Street, Inc., and Seth Ravin ("Defendants"). I make this declaration in support of Defendants' statements regarding the discovery issues raised in the Joint Case Management Statement filed on January 6, 2012.

2. Attached hereto as **Exhibit 1** is a true and accurate copy of excerpts from Oracle's [Corrected] Supplemental and Amended Responses Rimini Street's Interrogatory (No. 11), December 19, 2011.

3. Attached hereto as **Exhibit 2** is a true and accurate copy of excerpts from Rimini Street's Deposition of Safra Catz, taken on December 14, 2011. The excerpts include 133:2-8, 133:9-134:24, 134:17-21, 136:8-12.

4. Attached hereto as **Exhibit 3** is a true and accurate copy of excerpts from Rimini Street's Deposition of Richard Allison, taken on December 20, 2011. The excerpts include 18:1-19:6, 29:9-12, 95:25-97:24, 178:10-180:17; 181:25-182:4.

5. Attached hereto as **Exhibit 4** is a true and accurate copy of excerpts from Rimini Street's Deposition of Charles Phillips, taken on December 9, 2011. The excerpts include 77:23-79:18; 112:1-114:18.

6. Attached hereto as **Exhibit 5** is a true and accurate copy of excerpts from Oracle's Deposition of Stephen Woodward, taken on November 17, 2011. The excerpts include 14:17-15:7.

7. Attached hereto as **Exhibit 6** is a true and accurate copy of a letter from Thomas S. Hixson, counsel for Oracle, to Michelle Marriott, counsel for defendants, dated December 27, 2011.

8. Attached hereto as **Exhibit 7** is a true and accurate copy of a document produced by Oracle in this matter, Bates number ORCLRS0799892-914.

9. Attached hereto as **Exhibit 8** is a true and accurate copy of Oracle's Response to Rimini Street's Fifth Set of Interrogatories to Plantiffs (No. 18), November 21, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 6, 2012

/s/ *Robert H. Reckers*
Robert H. Reckers, Esq.

- 3 -

DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF THE PARTIES' JOINT CASE MANAGEMENT CONFERENCE STATEMENT

4845245 v1