# EXHIBIT D

# BINGHAM

Thomas S. Hixson
Direct Phone: 415.393.2152
Direct Fax:     415.393.2286
thomas.hixson@bingham.com

November 17, 2011

**Via Email**

Robert H. Reckers
Shook, Hardy & Bacon LLP
JPMorgan Chase Tower
600 Travis Street, Suite 1600
Houston, TX 77002

Re:   *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin*
      **No. 2:10-cv-0106-LRH-PAL:  Objections to Defendants' Third
      Rule 30(b)(6) Deposition Notice**

Dear Rob:

I write concerning Defendants' third notice of a Rule 30(b)(6) deposition of Oracle, dated November 4, 2011 (the "Third Notice").

Oracle anticipates serving objections to the Third Notice and meeting and conferring with Defendants concerning the scope of the notice and its topics.  Before doing so, we write to confirm our understanding that Defendants' Third Notice has replaced Defendants' September 28, 2011 Rule 30(b)(6) deposition notice (the "Second Notice").  On October 11, 2011, Oracle sent Defendants a letter objecting to the Second Notice and requested that Defendants meet and confer about it.

Subsequently, you stated that Defendants would serve a more focused 30(b)(6) deposition notice in response to our objections to the Second Notice.  Without agreeing that the Third Notice is adequately focused, we note that some of the topics in the Third Notice overlap with the topics that were in the Second Notice, indicating that the Third Notice has replaced the Second Notice.  If Oracle has misunderstood Defendants' intentions, please let us know at your soonest possible convenience.

Sincerely yours,

Thomas S. Hixson

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T +1.415.393.2000
F +1.415.393.2286
bingham.com

A/74598459.3