# EXHIBIT K

BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Oracle USA, Inc., Oracle
America, Inc., and Oracle International
Corporation

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual;,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL<br><br>**PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S FIFTH SET OF INTERROGATORIES TO DEFENDANT RIMINI STREET, INC.** |

PROPOUNDING PARTY:          Plaintiff Oracle International Corporation

RESPONDING PARTY:          Defendant Rimini Street, Inc.

SET NO.:          Five

1   Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiffs hereby request that

2   Defendant Rimini Street, Inc. answer the following Interrogatories.

3

4   **DEFINITIONS AND INSTRUCTIONS**

5   For purposes of these Interrogatories:

6   1.      The term "Environment" means a copy of Oracle software that results from

7   installation of that software.

8   2.      The term "Identify" means to give, to the extent known, (1) the name of the item,

9   including product name and type, brand, type of media (e.g., CD), any name You assigned the

10   item, and version number where applicable; (2) the location of the item (physical location or, if

11   stored on an Identified Rimini Computer System, the network location); (3) the total quantity of

12   items; (4) the date on which You acquired or produced the item, and (5) the customer from

13   whom it was obtained and/or in whose name it was being held at the pertinent times.

14   3.      The term "Identified Rimini Computer System(s)" refers to any computer,

15   computer system, server, electronic storage environment, or network device in Rimini's

16   possession, custody, or control, including but not limited to those systems identified or

17   referenced in Rimini Street Inc.'s Responses or First Supplemental Responses to Plaintiffs' First

18   Set of Interrogatories, Nos. 6, 7, 8, 9, 10, 11 or 12.

19   4.      The term "Installation Media" refers to any CD, DVD, download, electronic file,

20   or similar item that can be or has been used to install software on Identified Rimini Computer

21   System(s).

22   5.      The term "Non-Customer Location" means any location on an Identified Rimini

23   Computer System that is not referenced to a unique Rimini customer, is not specific to a unique

24   Rimini customer, or is not exclusively used or designated for a unique Rimini customer.  This

25   includes but is not limited to the following Rimini network locations:  \\rsi-

26   clsvr01\client_software\PeopleSoft, \\rsi-clsvr01\internal_software\, \\rsi-

27   data01\share\client_archives\_ftp.peoplesoft.com\, \\rsi-data01\share\software\oracle, \\rsi-

28   data01\share\software\PeopleSoft, and \\10.12.1.5\fileshare\software\PeopleSoft.

PLAINTIFFS' FIFTH SET OF INTERROGATORIES TO DEFENDANT RIMINI STREET

6.      The term "Oracle" refers the plaintiffs named in the April 19, 2010 First Amended Complaint: Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation any of its predecessors, successors, parents, subsidiaries, and affiliates.

7.      The term "Personnel" refers to past and current Rimini employees and any contractors or other third parties hired by Rimini.

8.      The term "Response(s)" refers to Your interrogatory response(s), including any amended and supplemental responses.

9.      The terms "Rimini," "You," and "Your" refer to Rimini Street, Inc., all of its parents, subsidiaries and affiliates, and all of their present and former officers, directors, agents, consultants, attorneys, employees – including Seth Ravin – or other persons acting for or on behalf of any of them.

10.      The term "Software and Support Materials" means software applications and environments, program updates, software updates, bug fixes, patches, custom solutions, and instructional and knowledge base documents for any families of software products provided by Oracle, including but not limited to those of the PeopleSoft, J.D. Edwards, Siebel, and Oracle database families of software products.

11.      The term "Source" means the origin and name of all Installation Media, Software and Support Materials and/or existing Environment used to create an Environment (including all Sources for any predecessor iterations or versions incorporated into an Environment, if applicable), and further includes (1) the network or physical location(s) of the Source at the time it was used; (2) the customer from which or on whose behalf you claim to have obtained each Source (and, if you obtained a Source from Oracle, the website or media from which it was obtained); and (3) the identity (by name) of any other Environment used as a Source.

12.      Unless otherwise stated, the time period covered by these Interrogatories is the time period beginning January 1, 2005. The topics are not limited to Rimini's current practices, systems, and Personnel. The topics extend to practices, systems, and Personnel in place at any time since January 1, 2005.

13.      These Interrogatories are to be considered continuing in nature, and You must

3

1  promptly furnish supplemental responses if any additional responsive information is discovered

2  or created after Your responses are tendered, or if any of Your responses are subsequently

3  determined to be incorrect, incomplete, or misleading in any respect.

4

5  **INTERROGATORIES**

6  **INTERROGATORY NO. 20:**

7      For each Environment listed on Exhibit A or contained within a virtual machine listed

8  on Exhibit A, Identify the Environment and the Source(s) from which You obtained all

9  Installation Media used to create or modify that Environment.  For example, if an Environment

10  was created by cloning (copying) a previously existing Environment, which in turn was created

11  from Installation Media stored on an Identified Rimini Computer System, which in turn were

12  copied from physical Installation Media obtained directly from a specific client, the response

13  should Identify the origins, names, locations at time of use, customer(s) from which or on whose

14  behalf you claim to have obtained the materials (if applicable), and website(s) or media from

15  which you obtained the materials (if applicable) for (1) the previous Environment, (2) the

16  electronic copy of Installation Media, and (3) the physical Installation Media, and the role of

17  each in serving as a source.

18

19  **INTERROGATORY NO. 21:**

20      For each Environment that ever existed on any Identified Rimini Computer System

21  (excluding Environments listed on Exhibit A or contained within a virtual machine listed on

22  Exhibit A), including but not limited to the Environments listed on Exhibit B or contained within

23  a virtual machine listed on Exhibit B, Identify the Environment and the Source(s) from which

24  You obtained all Installation Media used to create or modify that Environment.  For example, if

25  an Environment was created by cloning (copying) a previously existing Environment, which in

26  turn was created from Installation Media stored on an Identified Rimini Computer System, which

27  in turn were copied from physical Installation Media obtained directly from a specific client, the

28  response should Identify the origins, names, locations at time of use, customer(s) from which or

4

1  on whose behalf you claim to have obtained the materials (if applicable), and website(s) or media

2  from which you obtained the materials (if applicable) for (1) the previous Environment, (2) the

3  electronic copy of Installation Media, and (3) the physical Installation Media, and the role of

4  each in serving as a source.

5

6  **INTERROGATORY NO. 22:**

7       For each Environment Identified in Your Responses to Interrogatories No. 20 and 21,

8  Identify the Source(s) from which You obtained all fixes, patches, updates, and other Software

9  and Support Materials (other than Installation Media) used to create or modify that Environment.

10  For example, if an Environment was modified by applying bundles from Oracle, TomorrowNow

11  and Rimini Street, the response should Identify the name, the sources and the locations of each of

12  those bundles, customer(s) from which or on whose behalf you claim to have obtained the

13  materials (if applicable), and website(s) or media from which you obtained the materials (if

14  applicable).

15

16  **INTERROGATORY NO. 23:**

17       For every Environment Identified in your Responses to Interrogatories No. 20 and 21,

18  describe each instance in which the Environment (including any Software and Support Materials

19  contained therein) was copied or used for a customer other than the specific customer, if any,

20  from which or on whose behalf You claim to have obtained the Environment.  If You do not

21  claim to have obtained a particular Environment from or on behalf of a specific customer,

22  describe each instance in which that copy of that Environment (or of any Software and Support

23  Materials contained therein) was copied or used.

24

25  **INTERROGATORY NO. 24:**

26       Identify every copy of any Software and Support Material that is or has at any time

27  been stored at each Non-Customer Location, and the Non-Customer location where it was stored.

28  If any Non-Customer Locations have existed for which You cannot identify any particular

5

1    Software and Support Material stored at that location, Identify each such Non-Customer

2    Location.

3

4    **INTERROGATORY NO. 25:**

5           For every copy of Software and Support Materials identified in your Response to

6    Interrogatory No. 24, describe each instance in which the copy of Software and Support

7    Materials was copied or used for a customer other than the specific customer, if any, from which

8    or on whose behalf You claim to have obtained the Software and Support Materials that was

9    copied or used. If You do not claim to have obtained a copy of Software and Support Materials

10    indentified in your Response to Interrogatory No. 24 from or on behalf of a specific customer,

11    describe each instance in which that copy of Software and Support Materials was copied or used.

12

13    DATED: May 25, 2011              Bingham McCutchen LLP

14

15

16                              By: _____

17                                     Thomas S. Hixson
                                    Attorneys for Plaintiffs

18                              Oracle USA, Inc., Oracle America, Inc., and
                                   Oracle International Corporation

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' FIFTH SET OF INTERROGATORIES TO DEFENDANT RIMINI STREET

PROOF OF SERVICE

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of San Francisco, California at Three Embarcadero Center, San Francisco, California  94111-4067.

Today I served the foregoing:

PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC.,
AND ORACLE INTERNATIONAL CORPORATION'S FIFTH
SET OF INTERROGATORIES TO DEFENDANT RIMINI
STREET, INC.

by causing a true and correct copy of the above to be hand delivered in a sealed envelope with all fees fully paid, addressed as follows:

Eric Buresh, Esq.
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd.
Kansas City, Missouri  64108

I declare that I effected the service at the direction of a member of the bar of this court and that this declaration was executed on May 25, 2011.

_____
Shirlyn Kim

# EXHIBIT A

December 2010

Case 2:10-cv-00106-LRH-VCF   Document 217-11   Filed 01/06/12   Page 10 of 25
RIMINI PeopleSoft Enviroments                              Highly Confidential- Attorney Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Bausch & Lomb Incorporated | RSI-H890BAU2 | Active | 44.53 GB |
| Baxter Healthcare Corporation | RSI-H801BAXO | Active | 127.00 GB |
| Baxter Healthcare Corporation | RSI-H801BAXX | Active | 88.49 GB |
| Belvedere Internationlal Inc. | RSI-F842BELM | Active | 49.90 GB |
| Schoenecker, Inc. | RSI-F881BICO | Active | 71.57 GB |
| Birdville Independent School District | RSI-H881BISM | Active | 47.78 GB |
| Birdville Independent School District | RSI-F881BISM | Active | 103.08 GB |
| Blue Cross and Blue Shield of Kansas City | RSI-H890BLUM | Active | 89.00 GB |
| Blue Diamond Growers | RSI-H801BDGM | Active | 51.33 GB |
| Blue Diamond Growers | RSI-H801BDG2 | Active | 86.68 GB |
| Brazoria Coutny, TX | RSI-F842BCTM | Active | 41.00 GB |
| Brazoria Coutny, TX | RSI-H881BCTM | Active | 42.22 GB |
| Canon | RSI-F881CDAO | Active | 69.53 GB |
| Canon | RSI-H890CDAO | Active | 44.53 GB |
| CKE Restaurants, Inc. | RSI-F881CKRD | Active | 110.94 GB |
| CKE Restaurants, Inc. | RSI-H881CKRD | Active | 70.97 GB |
| CC Industries | RSI-H831CCIM | Active | 41.66 GB |
| Summit/Children's Health System | RSI-H881CHSO | Active | 104.53 GB |
| Kichler Lighting | RSI-F900KICO | Active | 126.50 GB |
| Rain Bird Corporation | RSI-F890RBCM | Active | 89.00 GB |
| City of Boise, Idaho | RSI-H881COB2 | Active | 89.00 GB |
| City of Des Moines IA | RSI-F842CODM | Active | 44.84 GB |
| City of Des Moines IA | RSI-H831CODM | Active | 40.00 GB |
| City of Des Moines IA | RSI-H831COD2 | Active | 41.00 GB |
| City of Eugene, OR | RSI-F842COE2 | Active | 125.18 GB |
| City of Eugene, OR | RSI-F842COEM | Active | 43.87 GB |
| City of Eugene, OR | RSI-F900COEM | Active | 44.53 GB |
| City of Eugene, OR | RSI-H900COEM | Active | 44.53 GB |
| City of Flint MI | RSI-H751COFO | Active | 84.00 GB |
| City of Flint MI | RSI-H751COF2 | Active | 88.54 GB |
| City of Huntsville, AL | RSI-H881COHM | Active | 50.00 GB |
| Mesa, Arizona City of | RSI-H900COMO | Active | 181.53 GB |
| City of Ontario, CA | RSI-F881COOO | Active | 79.75 GB |

RIMINI PeopleSoft Enviroments Highly Confidential- Attorney Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| City of Ontario, CA | RSI-H831COOO | Active | 33.99 GB |
| City of Overland Park, Kansas | RSI-H890COVO | Active | 106.00 GB |
| City Utilities of Springfield, Misssouri | RSI-F881CUSO | Active | 89.00 GB |
| City Utilities of Springfield, Misssouri | RSI-H890CUSO | Active | 89.00 GB |
| Clear Channel Management Services LP | RSI-H831CCMM | Active | 93.53 GB |
| Clear Channel Management Services LP | RSI-H831CCM2 | Active | 93.53 GB |
| Cornell University | RSI-H890CORO | Active | 84.00 GB |
| Cowtiz County Washington | RSI-H751COWM | Active | 39.53 GB |
| Dave & Buster's | RSI-F842DBIM | Active | 47.31 GB |
| Dave & Buster's | RSI-H890DBIM | Active | 53.29 GB |
| Dave & Buster's | RSI-H890DEVM | Active | 42.95 GB |
| Dave & Buster's | RSI-H890DBI2 | Active | 89.00 GB |
| DecoPac | RSI-F881DPIM | Active | 58.37 GB |
| Delta Dental Plan of Michigan, Inc. | RSI-F881DDPO | Active | 84.00 GB |
| Board of Water Works Trustees of the City of Des Moines | RSI-F881DMWM | Active | 44.12 GB |
| Board of Water Works Trustees of the City of Des Moines | RSI-H881DMWM | Active | 41.00 GB |
| Board of Water Works Trustees of the City of Des Moines | RSI-H881DMWX | Active | 84.32 GB |
| Detroit Public schools, Div of Info Tech | RSI-F842DPSO | Active | 86.41 GB |
| Detroit Public schools, Div of Info Tech | RSI-H881DPSO | Active | 72.00 GB |
| Dick's Sporting Goods, Inc. | RSI-H900DKS2 | Active | 48.94 GB |
| Dick's Sporting Goods, Inc. | RSI-F881DKSO | Active | 69.53 GB |
| Dick's Sporting Goods, Inc. | RSI-H900DKSO | Active | 44.53 GB |
| Dofasco (CAD) | RSI-H801DOI2 | Active | 51.00 GB |
| Dofasco (CAD) | RSI-F842DOIO | Active | 84.00 GB |
| Dofasco (CAD) | RSI-H801DOIO | Active | 21.00 GB |
| Dynamics Research Corporation | RSI-F842DRCO | Active | 80.00 GB |
| Dynamics Research Corporation | RSI-H881DRCO | Active | 51.00 GB |
| Easter Seals New Hampshire, Inc. | RSI-F881EASM | Active | 71.00 GB |
| Easter Seals New Hampshire, Inc. | RSI-H881EASM | Active | 74.53 GB |
| East Bay Municipal Utility District | RSI-H881EBMO | Active | 41.00 GB |
| El Camino Hospital | RSI-H881ECHM | Active | 96.29 GB |
| NY State Urban Development Corp | RSI-F842ESDM | Active | 39.91 GB |
| Ensco International Incorporated | RSI-H890ENS2 | Active | 80.00 GB |

 Highly Confidential - Attorneys Eyes Only

RIMINI PeopleSoft Enviroments
Highly Confidential- Attorney Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Ensco International Incorporated | RSI-H890ENS3 | Active | 82.00 GB |
| Ensco International Incorporated | RSI-H890ENSM | Active | 82.00 GB |
| Express, LLC (USI) | RSI-H831EXPO | Active | 26.00 GB |
| Fairchild Semiconductor Corp. | RSI-H831FSI2 | Active | 21.00 GB |
| Frederick County IIT | RSI-H831FRDM | Active | 49.91 GB |
| Frederick County IIT | RSI-H881FPS2 | Active | 89.00 GB |
| Genesis HealthCare Systems | RSI-F842GHCO | Active | 50.00 GB |
| Genesis HealthCare Systems | RSI-F900GHCO | Active | 169.00 GB |
| Genesis HealthCare Systems | RSI-F900GHCO | Active | 235.00 GB |
| Genesis HealthCare Systems | RSI-H801GHSM | Active | 117.01 GB |
| Gemological Institute of America | RSI-H890GIA2 | Active | 89.00 GB |
| Gemological Institute of America | RSI-H890GIAO | Active | 89.00 GB |
| Gemological Institute of America | RSI-H890GIA3 | Active | 94.86 GB |
| Smurfit Stone Container Corporation | RSI-H890SSCO | Active | 89.00 GB |
| HRB Tax Group, Inc. | RSI-F900HNRO | Active | 209.00 GB |
| Harkins Builders, Inc. | RSI-H890HBIM | Active | 92.00 GB |
| Harry & David Operations, Inc. | RSI-H831HNDD | Active | 304.00 GB |
| Harte-Hanks, Response Management/Austin, Inc. | RSI-F881HHIO | Active | 69.53 GB |
| Hastings Entertainment | RSI-H831DEVM | Active | 43.16 GB |
| Hastings Entertainment | RSI-H831HAS3 | Active | 146.00 GB |
| Hastings Entertainment | RSI-F803HASM | Active | 41.00 GB |
| Hastings Entertainment | RSI-H831HAS2 | Active | 149.00 GB |
| Heald College | RSI-F842HLDM | Active | 40.00 GB |
| Heald College | RSI-S801HLDM | Active | 41.00 GB |
| Heald College | RSI-O841HLDM | Active | 41.00 GB |
| HH Gregg Appliances Inc | RSI-H831HHGM | Active | 41.00 GB |
| HH Gregg Appliances Inc | RSI-H831HHG2 | Active | 82.00 GB |
| Hickory Tech Corporation | RSI-F881HICO | Active | 69.53 GB |
| Hickory Tech Corporation | RSI-H881HICO | Active | 50.03 GB |
| J. B. Hunt Transport, Inc. | RSI-F842JBHD | Active | 21.00 GB |
| JBS USA, LLC (JB Swift) | RSI-H890JBSO | Active | 108.97 GB |
| J.Jill Stores | RSI-H881JILO | Active | 89.00 GB |
| Jones Lang LaSalle Americas, Inc. | RSI-F842JLLO | Active | 106.80 GB |

Highly Confidential - Attorneys Eyes Only

RIMINI PeopleSoft Enviroments Highly Confidential- Attorney Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Jones Lang LaSalle Americas, Inc. | RSI-H890JLLO | Active | 109.53 GB |
| Kansas City Board of Public Utilities | RSI-H881KCBO | Active | 43.53 GB |
| Kansas City Board of Public Utilities | RSI-F890KCBO | Active | 44.08 GB |
| Kichler Lighting | RSI-H890KICO | Active | 89.00 GB |
| Kichler Lighting | RSI-H890KIC2 | Active | 106.00 GB |
| Knoxville Utility Board | RSI-F881KUBO | Active | 51.00 GB |
| Knoxville Utility Board | RSI-H881KUBO | Active | 52.16 GB |
| Koch Business Solutions | RSI-H831KCH2 | Active | 20.53 GB |
| Koch Business Solutions | RSI-H831KCHO | Active | 36.01 GB |
| Limited Brands, Inc (USI) | RSI-H831LBIO | Active | 20.53 GB |
| Limited Brands, Inc (USI) | RSI-H900LBIO | Active | 41.53 GB |
| Linc Facility Services | RSI-H890LINM | Active | 189.00 GB |
| Linc Facility Services | RSI-H890LIN2 | Active | 185.00 GB |
| Liz Claiborne, Inc. | RSI-H890LIZO | Active | 89.00 GB |
| Lucas County, OH | RSI-H890LUCM | Active | 89.00 GB |
| MaineGeneral Health | RSI-F890MGHM | Active | 65.00 GB |
| Maricopa County, Arizona | RSI-H881MCAM | Active | 535.00 GB |
| McLennan County Texas | RSI-F752MCLM | Active | 61.00 GB |
| McLennan County Texas | RSI-H801MCLM | Active | 65.00 GB |
| McLennan County Texas | RSI-F801MCLM | Active | 73.00 GB |
| MeadWestvaco Corporation | RSI-H890MWVD | Active | 109.00 GB |
| MeadWestvaco Corporation | RSI-H890MWVD Backup | Active | 105.00 GB |
| Medtron Software Intelligence | RSI-C881MSID | Active | 51.94 GB |
| Medtron Software Intelligence | RSI-H881MSID | Active | 50.94 GB |
| MESSA | RSI-H881MESM | Active | 51.44 GB |
| Mosaic | RSI-F842MOSM | Active | 39.91 GB |
| Mosaic | RSI-H890MOSM | Active | 61.49 GB |
| Mutual of Omaha Insurance Company | RSI-H881MUTO | Active | 51.00 GB |
| National Grid USA Service Company, Inc. | RSI-F890NGHO | Active | 106.00 GB |
| National Grid USA Service Company, Inc. | RSI-H890NGSD | Active | 85.00 GB |
| National Grid USA Service Company, Inc. | RSI-H890NGSD | Active | 129.00 GB |
| Oakland County Michigan | RSI-F900OAKO | Active | 89.00 GB |
| Oakland County Michigan | RSI-H900OAKO | Active | 119.00 GB |

 Highly Confidential - Attorneys Eyes Only

December 2010

Case 2:10-cv-00106-LRH-VCF   Document 217-11   Filed 01/06/12   Page 14 of 25
RIMINI PeopleSoft Enviroments                           Highly Confidential- Attorney Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Oklahoma Publishing Company | RSI-H881OPCM | Active | 41.00 GB |
| On Assignment, Inc. | RSI-H890OAIO | Active | 112.25 GB |
| On Assignment, Inc. | RSI-H881OAXM | Active | 112.00 GB |
| Ontario Gaming and Lottery (CAD) | RSI-F751OLGS | Active | 51.00 GB |
| Ontario Gaming and Lottery (CAD) | RSI-F752DEVM | Active | 73.00 GB |
| Ontario Gaming and Lottery (CAD) | RSI-H831OLGD | Active | 24.00 GB |
| Overwaitea Food Group LP | RSI-H881OFGO | Active | 74.52 GB |
| Overwaitea Food Group LP | RSI-H881OFG2 | Active | 74.52 GB |
| PepsiAmerica, Inc. | RSI-C800PEPO | Active | 84.00 GB |
| PepsiAmerica, Inc. | RSI-H831PEPO | Active | 84.00 GB |
| PETCO Animal Suppliues Stores, Inc. | RSI-H881PETO | Active | 71.57 GB |
| PETCO Animal Suppliues Stores, Inc. | RSI-H881PET2 | Active | 89.00 GB |
| Petroleum Geo Services ASA | RSI-F881PGSO | Active | 84.00 GB |
| Philadelphia Corporation for Aging | RSI-H881PCAO | Active | 46.57 GB |
| Phillips Plastics Corporation | RSI-H890PPCM | Active | 76.00 GB |
| Piggly Wiggly Carolina Company, Inc. | RSI-H890PIGM | Active | 89.00 GB |
| Pillsbury Winthrop Shaw Pittman, LLP | RSI-H881PWSX | Active | 84.77 GB |
| School District of Pittsburg, PA | RSI-H831PPS2 | Active | 48.16 GB |
| Pillsbury Winthrop Shaw Pittman, LLP | RSI-H881PWSM | Active | 41.66 GB |
| School District of Pittsburg, PA | RSI-F842PPSM | Active | 77.24 GB |
| School District of Pittsburg, PA | RSI-H831PPSM | Active | 41.00 GB |
| Health Shared Services BC | RSI-H831HSAM | Active | 170.00 GB |
| Dobbs Temporary Service d/b/a/ Pro Staff | RSI-H881PROO | Active | 89.00 GB |
| Remy International, Inc. | RSI-H881REMO | Active | 84.00 GB |
| Richardson Electronics, Ltd. | RSI-F890RCEO | Active | 89.00 GB |
| Ross Stores | RSI-F803ROSO | Active | 90.33 GB |
| Ross Stores | RSI-H801ROSO | Active | 104.94 GB |
| Santa Fe Natural Tobacco | RSI-H890SFTX | Active | 93.33 GB |
| Santa Fe Natural Tobacco | RSI-H881SFTM | Active | 43.64 GB |
| Santa Fe Natural Tobacco | RSI-H890SFT2 | Active | 63.54 GB |
| Santa Fe Natural Tobacco | RSI-H890SFTM | Active | 71.16 GB |
| Spherion Atlantic Enterprises LLC | RSI-F842SPHD | Active | 44.00 GB |
| Spherion Atlantic Enterprises LLC | RSI-H831SPHD | Active | 59.34 GB |

RIMINI PeopleSoft Enviroments

Highly Confidential- Attorney Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Spherion Atlantic Enterprises LLC | RSI-H831SPH2 | Active | 44.00 GB |
| Spokane County Washington | RSI-H890SPKM | Active | 91.69 GB |
| Saint Barnabas Health Care | RSI-H751SBHO | Active | 104.00 GB |
| St. Luke's Cornwall Hospital | RSI-H881STLM | Active | 41.00 GB |
| Staffmark | RSI-H900SFMM | Active | 69.00 GB |
| The Star Tribune Company | RSI-H890STRO | Active | 47.04 GB |
| Steak n Shake Company | RSI-F890SNSO | Active | 58.62 GB |
| Steak n Shake Company | RSI-H890SNSO | Active | 47.04 GB |
| Union Pacific Railroad Company | RSI-H881UNPO | Active | 46.58 GB |
| U.S. Steel Canada Inc. | RSI-H831USSM | Active | 80.00 GB |
| Vanderbilt University | RSI-H881VANO | Active | 49.53 GB |
| Health Shared Services BC | RSI-H831HSCM | Active | 186.09 GB |
| Virginia Farm Bureau | RSI-F803VF | Active | 81.18 GB |
| VITAS Hospice Services, L.L.C. | RSI-F881VITM | Active | 45.52 GB |
| VITAS Hospice Services, L.L.C. | RSI-H881VIT2 | Active | 44.75 GB |
| Winn-Dixie Stories, Inc. | RSI-H900WIN2 | Active | 89.00 GB |
| Winn-Dixie Stories, Inc. | RSI-H900WIN3 | Active | 284.00 GB |
| Winn-Dixie Stories, Inc. | RSI-H900WIND | Active | 89.00 GB |
| YRC Worldwide Technologies | RSI-H900YRCD | Active | 89.00 GB |
| YRC Worldwide Technologies | RSI-H881YRCD | Active | 121.97 GB |
| Yum Restaurant Services Group, Inc. | RSI-F900YUMD | Active | 167.02 GB |
| Yum Restaurant Services Group, Inc. | RSI-H881YUMD | Active | 84.75 GB |
| City of Boise, Idaho | RSI-H881COBM | Inactive | 42.11 GB |
| Altera Corporation | RSI-H831ALCO | Inactive | 40.00 GB |
| Bausch & Lomb Incorporated | RSI-F842BAUO | Inactive | 85.00 GB |
| Baxter Healthcare Corporation | RSI-H801BAXX | Inactive | 125.00 GB |
| Birdville Independent School District | RSI-H881DEVM | Inactive | 43.52 GB |
| City of Eugene, OR | RSI-H831COEM | Inactive | 40.00 GB |
| City of Flint MI | RSI-H751COFO | Inactive | 32.00 GB |
| City of Flint MI | RSI-H751DEVO | Inactive | 32.00 GB |
| City of Norfolk,Virigina | RSI-H890NORD | Inactive | 141.62 GB |
| City of Norfolk,Virigina | RSI-H900NORD | Inactive | 135.00 GB |
| City Utilities of Springfield, Misssouri | RSI-F881CUSO | Inactive | 69.53 GB |

Highly Confidential - Attorneys Eyes Only

RIMINI PeopleSoft Enviroments Highly Confidential- Attorney Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| City Utilities of Springfield, Misssouri | RSI-F881CUSO | Inactive | 80.00 GB |
| City Utilities of Springfield, Misssouri | RSI-H890CUSM | Inactive | 85.00 GB |
| Countrywide Bank | RSI-F881CBAO | Inactive | 69.53 GB |
| Countrywide Bank | RSI-H881CBAO | Inactive | 50.00 GB |
| Delta Dental Plan of Michigan, Inc. | RSI-H881DDPO | Inactive | 20.00 GB |
| Detroit Public schools, Div of Info Tech | RSI-UPK-DPS | Inactive | 72.60 GB |
| Dofasco (CAD) | RSI-F842DOIO | Inactive | 40.00 GB |
| Dynamics Research Corporation | RSI-F842DRCO | Inactive | 50.00 GB |
| Ensco International Incorporated | RSI-H890ENS4 | Inactive | 80.00 GB |
| Frederick County IIT | RSI-H881FPSM | Inactive | 85.00 GB |
| Genesis HealthCare Systems | RSI-H881GHCO | Inactive | 43.53 GB |
| Gemological Institute of America | RSI-H890GIA3 | Inactive | 85.00 GB |
| Heritage Valley Health System | RSI-H751HVHM | Inactive | 46.00 GB |
| Intergen | RSI-H831IGNO | Inactive | 80.00 GB |
| Intergen | RSI-H831IGNO | Inactive | 50.00 GB |
| Summit Technology, Inc (Linc Facility Services) | RSI-H831LINM | Inactive | 79.53 GB |
| Mosaic | RSI-H890MOSM | Inactive | 49.53 GB |
| Municipality of Anchorage, Alaska | RSI-H751MOAD | Inactive | 40.00 GB |
| National Grid USA Service Company, Inc. | RSI-H890NGH1 | Inactive | 105.00 GB |
| National Grid USA Service Company, Inc. | RSI-H890NGHZ | Inactive | 105.00 GB |
| NBC Universal | RSI-H751NBCO | Inactive | 80.00 GB |
| NBC Universal | RSI-H751NBCO | Inactive | 40.00 GB |
| Norwegian Cruise Line | RSI-H751NCLO | Inactive | 80.00 GB |
| Norwegian Cruise Line | RSI-H831NCLO | Inactive | 20.00 GB |
| Norwegian Cruise Line | RSI-H751NCLO | Inactive | 20.00 GB |
| Oakland County Michigan | RSI-F900OAKO | Inactive | 39.53 GB |
| On Assignment, Inc. | RSI-H831OAIO | Inactive | 19.53 GB |
| Overwaitea Food Group LP | RSI-H880OFGL | Inactive | 20.00 GB |
| PepsiAmerica, Inc. | RSI-C800PEPO | Inactive | 50.00 GB |
| PepsiAmerica, Inc. | RSI-H831PEPO | Inactive | 20.00 GB |
| Petroleum Geo Services ASA | RSI-F881PGSO | Inactive | 50.00 GB |
| School District of Pittsburg, PA | rsi-F842PPSM_Backup | Inactive | 44.46 GB |
| QuadGraphics, Inc. | RSI-H801QGI3 | Inactive | 50.00 GB |

 Highly Confidential - Attorneys Eyes Only

December 2010

Case 2:10-cv-00106-LRH-VCF   Document 217-11   Filed 01/06/12   Page 17 of 25
RIMINI PeopleSoft Enviroments                    Highly Confidential- Attorney Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Remy International, Inc. | RSI-H881REMO | Inactive | 50.00 GB |
| Richardson Electronics, Ltd. | RSI-H890RCEO | Inactive | 90.03 GB |
| Richardson Electronics, Ltd. | RSI-F890RCEO | Inactive | 59.53 GB |
| Ross Stores | RSI-F803ROSO | Inactive | 40.00 GB |
| Ross Stores | RSI-H801ROSO | Inactive | 40.00 GB |
| Santa Fe Natural Tobacco | RSI-H890SFTX | Inactive | 80.00 GB |
| Spherion Atlantic Enterprises LLC | RSI-F842SPHD | Inactive | 40.00 GB |
| Saint Barnabas Health Care | RSI-H751SBHO | Inactive | 20.00 GB |
| Steak n Shake Company | RSI-H890SNSO-7 | Inactive | 20.00 GB |
| Toshiba America Information Systems, Inc. | RSI-H831TAIM | Inactive | 70.00 GB |
| U.S. Steel Canada Inc. | RSI-H831USS2 | Inactive | 85.00 GB |
| Valassis Communications, Inc. | RSI-H881VCIO | Inactive | 44.53 GB |
| Winn-Dixie Stories, Inc. | RSI-F890WIND | Inactive | 175.00 GB |
| Yavapai College | RSI-H881YPCM | Inactive | 40.00 GB |
| Abilene ISD | RSI-F881AISM | Active | 41.00 GB |
| Abilene ISD | RSI-H881AISM | Active | 42.64 GB |
| Alcon Laboratories, Inc. | RSI-H831ALLM | Active | 105.23 GB |
| Aleut Management Serivces, LLC | RSI-H890AMSM | Active | 87.63 GB |
| American Council on Education | RSI-H831AEDM | Active | 41.00 GB |
| Anadarko Petroleum | RSI-H881APCO | Active | 89.00 GB |
| A. O. Smith Corporation | RSI-H890AOSO | Active | 55.73 GB |
| Bausch & Lomb Incorporated | RSI-H890BAUO | Active | 46.57 GB |
| Meskwaki Bingo Casino Hotel | RSI-H900MSKM | Active | 89.00 GB |
| FM Global | RSI-F900FMGO | Active | 119.00 GB |
| American Standard Corp | RSI-H900ASCO | Active | 89.00 GB |
| USi (Bayshore Community Health) | RSI-H801SENO | Active | 51.00 GB |
| QuadGraphics, Inc. | RSI-H801QGI2 | Inactive | 51.00 GB |
| QuadGraphics, Inc. | RSI-H801QGIS | Inactive | 51.00 GB |
| National Grid USA Service Company, Inc. | RSI-H890NGH1 | Inactive | 107.00 GB |
| Unknown at this Time | PSFT-848-MSSS | Inactive | 24.91 GB |
| Unknown at this Time | PSFT-848-WS01 | Inactive | 19.91 GB |
| Smurfit Stone Container Corporation | RSI-H890SSC2 | Inactive | 89.00 GB |
| Dynamics Research Corporation | RSI-F842DRCO | Inactive | 52.16 GB |

Highly Confidential - Attorneys Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Blue Cross and Blue Shield of Kansas City | RSI-H890BLU3 | Inactive | 89.00 GB |
| National Grid USA Service Company, Inc. | RSI-H890NGSO | Inactive | 106.00 GB |
| Lucas County, OH | RSI-H890LUC2 | Inactive | 89.00 GB |
| Smurfit Stone Container Corporation | RSI-H890SSC2 | Inactive | 89.00 GB |
| ING North America Insurance Corporation | RSI-H881INGO | Inactive | 89.00 GB |
| Unknown at this Time | RSI-PSTMPLT2 | Inactive | 41.00 GB |
| Health Shared Services BC | RSI-H831HSC2 | Inactive | 82.00 GB |

RIMINI JD Edward Enviroments
Highly Confidential- Attorneys Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Access Intelligence, LLC | JAICET2SA1 | Active | 31.00 GB |
| Giant Cement Holding, Inc. | JGCHE5TSA1 | Active | 31.00 GB |
| Medtronic, Inc. | JMEDE2TCL1 | Active | 60.00 GB |
| Medtronic, Inc. | JMEDE2TCL2 | Active | 60.00 GB |
| Medtronic, Inc. | JMEDE2TDE1 | Active | 125.00 GB |
| Medtronic, Inc. | JMEDE2TSA1 | Active | 31.00 GB |
| City of Overland Park, Kansas | JCOPE5TSA1 | Active | 41.01 GB |
| Medtronic, Inc. | OneWorld Xe 7333 SA (RSI-JDE | Active | 21.00 GB |
| Wellman, Inc. | JWELE7TSA1 | Active | 41.00 GB |

Highly Confidential- Attorneys Eyes Only

RIMINI Siebel Enviroments

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Brandes Investment Partners, L.P. | RSI-105-AP01 | Active | 24.50 GB |
| Brandes Investment Partners, L.P. | RSI-105-CL01 | Active | 21.00 GB |
| Brandes Investment Partners, L.P. | RSI-105-DB01 | Active | 25.00 GB |
| Brandes Investment Partners, L.P. | RSI-105-004 | Active | 20.00 GB |
| XO Communications Services, Inc. | RSICRMTST2 | Active | 19.53 GB |
| XO Communications Services, Inc. | RSI-CRM-TST1 | Active | 19.53 GB |
| Doble Engineering | RSI-175-AP01 | Active | 24.00 GB |
| Doble Engineering | RSI-175-AP02 | Active | 20.00 GB |
| Doble Engineering | RSI-175-AP03 | Active | 20.00 GB |
| Doble Engineering | RSI-175-CL01 | Active | 40.00 GB |
| Doble Engineering | RSI-175-CL02 | Active | 80.00 GB |
| Doble Engineering | RSI-175-DB01 | Active | 44.00 GB |
| Doble Engineering | RSI-175-DB01 | Active | 24.00 GB |
| Doble Engineering | RSI-175-DB02 | Active | 80.00 GB |
| USI (EDF Energy PLC) | RSI-385-AP01 | Active | 20.00 GB |
| USI (EDF Energy PLC) | RSI-385-CL01 | Active | 15.81 GB |
| USI (EDF Energy PLC) | RSI-385-DB01 | Active | 20.00 GB |
| NSB Retail Solutions, Inc. | RSI-531-CL01 | Active | 20.00 GB |
| Erdman Company | RSI-1055-AP01 | Active | 20.00 GB |
| Erdman Company | RSI-1055-CL01 | Active | 10.00 GB |
| Erdman Company | RSI-1055-DB01 | Active | 20.00 GB |
| Erdman Company | RSI-1055-WB01 | Active | 20.00 GB |
| Erdman Company | ERDMN-SBL-78-AP | Active | 60.00 GB |
| Erdman Company | ERDMN-SBL-78-CL | Active | 40.00 GB |
| Erdman Company | ERDMN-SBL-78-DB | Active | 80.00 GB |
| Erdman Company | ERDMN-SBL-78-MK | Active | 40.00 GB |
| Experian Services Corp. | EXP_APP_78 | Active | 40.38 GB |
| Experian Services Corp. | EXP_CLI_78 | Active | 10.00 GB |
| Experian Services Corp. | EXP_DB_78 | Active | 20.01 GB |
| Harlequin Enterprises Ltd. | RSI-585-AP01 | Active | 20.00 GB |
| Harlequin Enterprises Ltd. | RSI-585-AP02 | Active | 20.00 GB |
| Harlequin Enterprises Ltd. | RSI-585-AP03 | Active | 20.00 GB |
| Harlequin Enterprises Ltd. | RSI-585-DB01 | Active | 20.00 GB |

RIMINI Siebel Enviroments                    Highly Confidential- Attorneys Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Harlequin Enterprises Ltd. | RSI-585-WB01 | Active | 20.00 GB |
| Harlequin Enterprises Ltd. | RSI-585-CL01 | Active | 20.00 GB |
| Internet Brands, Inc. | IB_SIEB_8_CLI | Active | 23.00 GB |
| Internet Brands, Inc. | IB_SIEB_8_DB | Active | 46.00 GB |
| Internet Brands, Inc. | IB_SIEB_80_COMP | Active | 60.01 GB |
| Internet Brands, Inc. | IB-SIEB-8-APP | Active | 69.92 GB |
| Intel Corporation | INTEL-SBL-77-AP | Active | 21.01 GB |
| Intel Corporation | INTEL-SBL-77-CL | Active | 21.00 GB |
| Intel Corporation | INTEL-SBL-77-DB | Active | 56.01 GB |
| Intel Corporation | INTEL-SBL-77-MK | Active | 20.01 GB |
| Novell, Inc. | novell-cli | Active | 10.00 GB |
| XO Communications Services, Inc. | sbl-analytics-8-app | Active | 19.53 GB |
| XO Communications Services, Inc. | SBL-ANALYTICS-8-WEB | Active | 19.53 GB |
| XO Communications Services, Inc. | SBL-ANALYTICS-DB | Active | 19.53 GB |
| XO Communications Services, Inc. | SIEB_81_APP | Active | 20.00 GB |
| XO Communications Services, Inc. | SIEB_81_CLI | Active | 20.00 GB |
| XO Communications Services, Inc. | SIEB_81_DB | Active | 51.00 GB |
| Doble Engineering | SIEBEL-7725-AP01 | Active | 19.53 GB |
| Doble Engineering | SIEBEL-772-CL01 | Active | 20.00 GB |
| XO Communications Services, Inc. | SIEBEL-782-AP01 | Active | 20.03 GB |
| XO Communications Services, Inc. | siebel-782-cl01 | Active | 20.50 GB |
| XO Communications Services, Inc. | siebel-782-db01 | Active | 40.34 GB |
| XO Communications Services, Inc. | siebel-782-db02 | Active | 39.53 GB |
| XO Communications Services, Inc. | SIEBEL-782-WB01 | Active | 20.53 GB |
| XO Communications Services, Inc. | SIEBEL-782-WB01 | Active | 19.53 GB |
| Teleroute | RSI-915-AP01 | Active | 21.00 GB |
| Teleroute | RSI-915-AP02 | Active | 20.00 GB |
| Teleroute | RSI-915-CL01 | Active | 11.00 GB |
| Teleroute | RSI-915-CLS01 | Active | 61.02 GB |
| Teleroute | RSI-915-CLS02 | Active | 61.02 GB |
| Teleroute | RSI-915-DB01 | Active | 21.00 GB |
| Teleroute | RSI-915-WB01 | Active | 21.00 GB |
| Wenger Manufacturing | RSI-115-AP01 | Active | 24.00 GB |

Highly Confidential- Attorneys Eyes Only

December 2010

Case 2:10-cv-00106-LRH-VCF   Document 217-11   Filed 01/06/12   Page 22 of 25
RIMINI Siebel Enviroments                          Highly Confidential- Attorneys Eyes Only

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Wenger Manufacturing | RSI-115-CL01 | Active | 20.00 GB |
| Wenger Manufacturing | RSI-115-DB01 | Active | 24.01 GB |
| XO Communications Services, Inc. | xo-comm-ap01 | Active | 20.00 GB |
| XO Communications Services, Inc. | xo-comm-ap02 | Active | 20.00 GB |
| XO Communications Services, Inc. | xo-comm-db01 | Active | 20.00 GB |
| XO Communications Services, Inc. | rsi-855-cl01 | Active | 24.24 GB |
| Albridge Solutions, Inc. | RSI-104-AP01 | Inactive | 19.53 GB |
| Albridge Solutions, Inc. | RSI-104-CL01 | Inactive | 20.00 GB |
| Albridge Solutions, Inc. | RSI-104-WB01 | Inactive | 19.53 GB |
| AMICA Mutual Insurance | RSI-215-AP02 | Inactive | 20.00 GB |
| AMICA Mutual Insurance | RSI-215-DB01 | Inactive | 20.00 GB |
| AMICA Mutual Insurance | RSI-215-AP01 | Inactive | 20.00 GB |
| Caterpillar, Inc. | RSI-106-CL01 | Inactive | 20.00 GB |
| Electric Insurance | RSI-195-004 | Inactive | 20.00 GB |
| Electric Insurance | RSI-195-002 | Inactive | 20.00 GB |
| Electric Insurance | RSI-195-001 | Inactive | 19.53 GB |
| Electric Insurance | RSI-195-003 | Inactive | 19.53 GB |
| Electric Insurance | RSI-195-005 | Inactive | 19.53 GB |
| Electric Insurance | RSI-195-006 | Inactive | 20.00 GB |
| Industrial Scientific Corporation | RSI-130-AP01 | Inactive | 20.00 GB |
| Industrial Scientific Corporation | RSI-130-CL01 | Inactive | 20.00 GB |
| Industrial Scientific Corporation | RSI-130-DB01 | Inactive | 20.00 GB |
| Industrial Scientific Corporation | RSI-130-WB01 | Inactive | 20.00 GB |
| Medical Protective, Inc. | RSI-110-DB01 | Inactive | 20.00 GB |
| Medical Protective, Inc. | RSI-110-AP01 | Inactive | 20.00 GB |
| Medical Protective, Inc. | RSI-110-CL01 | Inactive | 20.00 GB |
| PepsiCo | RSI-125-002 | Inactive | 49.53 GB |
| Albridge Solutions, Inc. | RSI-104-DB01 | Inactive | 49.53 GB |
| Amisys Synertech Inc | SIEBEL-753-AP01 | Inactive | 20.00 GB |
| Amisys Synertech Inc | SIEBEL-753-DB01 | Inactive | 20.00 GB |
| TransCore Commerical Services, Inc. | RSI-782-AP01 | Inactive | 30.28 GB |
| TransCore Commerical Services, Inc. | RSI-782-DB01 | Inactive | 71.38 GB |
| TransCore Commerical Services, Inc. | Transcore-CentOS-53 | Inactive | 120.00 GB |

| Client Name | VM Name | VM Status | Used Space |
|---|---|---|---|
| Ventyx | Venty siebel web | Inactive | 20.00 GB |
| Ventyx | RSI-365-AP01 | Inactive | 20.00 GB |
| Ventyx | RSI-365-CL01 | Inactive | 20.00 GB |
| Ventyx | Ventyx AP01 Domain Test | Inactive | 20.00 GB |
| Ventyx | Ventyx CL01 Domain Test | Inactive | 20.00 GB |
| Ventyx | Ventyx DB01 Domain Test | Inactive | 20.00 GB |
| Ventyx | VentyxDC01 | Inactive | 20.00 GB |
| Virgin Mobile | RSI-265-AP01 | Inactive | 20.00 GB |
| Virgin Mobile | RSI-265-AP02 | Inactive | 20.00 GB |
| Virgin Mobile | RSI-265-DB01 | Inactive | 59.77 GB |
| Virgin Mobile | Virgin Mobile Support Search | Inactive | 15.00 GB |
| DST Systems | RSI-135-001 | Active | 21.00 GB |
| USI (EDF Energy PLC) | RSI-EDFCLSFT-1 | Active | 62.02 GB |
| USI (EDF Energy PLC) | RSI-EDFCLSFT-2 | Active | 62.02 GB |
| USI (EDF Energy PLC) | RSI-EDFCLSFT-DB1 | Active | 21.00 GB |
| Savvis Communications Corporation | Savvis Communications 02 | Active | 20.50 GB |
| Caterpillar, Inc. | SBL-SEA-601320-APP | Active | 21.00 GB |
| Caterpillar, Inc. | SBL-SEA-60-APP | Active | 20.50 GB |
| Caterpillar, Inc. | SBL-SEA-60-DB | Active | 20.50 GB |
| Doble Engineering | SIEBEL-772-CL01 | Active | 21.00 GB |
| Doble Engineering | Siebel77Vanilla | Active | 20.53 GB |
| Internet Brands, Inc. | Archive IB-SIEB-8-APP | Inactive | 52.00 GB |
| PepsiCo | RSI-125-CL01 | Inactive | 41.00 GB |
| PepsiCo | RSI-125-001 | Inactive | 21.00 GB |
| XO Communications Services, Inc. | xo-comm-db01 | Inactive | 21.00 GB |

# EXHIBIT B

| Environment or VM Name |
|---|
| F881CKRD |
| H702AUD |
| H702RHF2 |
| H751AUD |
| H881OLGO |
| H881OPCM |
| H890PCAM |
| H890PWS2 |
| PS DEV |
| PSFT-848-FSSS |
| RSI-101-CL01 |
| RSI-160-DB01 |
| RSI-CRM-TST1 |
| RSI-CRM-TST2 |
| RSI-F803VFBM |
| RSI-F803VFBM |
| RSI-H702RHFO |
| RSI-H751BSIS |
| RSI-H801BCHO |
| RSI-H801CAFO |
| RSI-H801CMG2 |
| RSI-H801CMGO |
| RSI-H80WPSD |
| RSI-H831ALCM |
| RSI-H831COMO |
| RSI-H831DOIO |
| RSI-H831GIHO |
| RSI-H831MFCO |
| RSI-H831SSOO |
| RSI-H831USIO |
| RSI-H881COOO |
| RSI-H881HNRX |
| RSI-H881VITM |
| RSI-H890PPCI |
| RSI-H900MESO |
| RSI-JDW-01 |
| RSI-JDW-02 |
| SIEBEL-7725-CL01 |