| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | BINGHAM McCUTCHEN LLP |
| RICHARD J. POCKER (NV Bar No. 3568) | GEOFFREY M. HOWARD (*pro hac vice*) |
| 300 South Fourth Street, Suite 800 | THOMAS S. HIXSON (*pro hac vice*) |
| Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*) |
| Telephone: (702) 382-7300 | BREE HANN (*pro hac vice*) |
| Facsimile: (702) 382-2755 | Three Embarcadero Center |
| rpocker@bsfllp.com | San Francisco, CA 94111-4067 |
| | Telephone: 415.393.2000 |
| BOIES, SCHILLER & FLEXNER LLP | Facsimile: 415.393.2286 |
| STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com |
| FRED NORTON (*pro hac vice*) | thomas.hixson@bingham.com |
| KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 1999 Harrison Street, Suite 900 | bree.hann@bingham.com |
| Oakland, CA 94612 | |
| Telephone: (510) 874-1000 | DORIAN DALEY (*pro hac vice*) |
| Facsimile: (510) 874-1460 | DEBORAH K. MILLER (*pro hac vice*) |
| sholtzman@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*) |
| fnorton@bsfllp.com | ORACLE CORPORATION |
| kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA 94070 |
| | Telephone: 650.506.4846 |
| | Facsimile: 650.506.7114 |
| | dorian.daley@oracle.com |
| | deborah.miller@oracle.com |
| Attorneys for Plaintiffs Oracle USA, Inc., | jim.maroulis@oracle.com |
| Oracle America, Inc. and Oracle International | |
| Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br>          Plaintiffs, <br><br>     v. <br><br> RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, <br><br>          Defendants. | Case No 2:10-cv-0106-LRH-PAL <br><br> **DECLARATION OF GARY MILLER IN SUPPORT OF THE PARTIES' JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |

I, Gary Miller, declare as follows:

1. I am an employee of Oracle Customer Support Services, in the position of Senior Vice President Global Operations, a position I have held for seven years. I have personal knowledge of the matters stated in this declaration by virtue of my employment by Oracle Customer Support Services. If called and sworn as a witness, I could and would competently testify as to such matters.

2. I am informed that Defendant Rimini Street, Inc. ("Rimini") seeks an Oracle witness to testify about, or Oracle to provide a written description of, "[f]or Oracle support customers lost to any third party competitor, independent consultant, or self support since 2004, the percentage of customers which return to Oracle, how long on average it takes for those customers to return to Oracle, the average amount of fees (including any back fees, reinstatement fees, or penalty fees) that are collected when these customers return." Oracle has not historically, systematically tracked this information. To compile this data, Oracle personnel first would have to independently research seven years' worth of data about Oracle Support customers to attempt to determine which customers left Oracle Support for a third-party competitor, independent consultant, or self-support. Customers often do not inform Oracle of the alternative they plan to adopt to replace Oracle Support; even those that do inform Oracle may well change their plans later, without Oracle's knowledge. Therefore, I do not believe Oracle could fully determine which customers left Oracle Support for third-party support, an independent consultant, or self-support. Oracle personnel would then have to check this likely inaccurate list against seven years' worth of data to attempt to determine whether any listed customers returned to Oracle Support. This would be extremely difficult because many customers that leave Oracle Support for one product line, for example PeopleSoft HRMS, remain on Oracle Support for other product lines, for example Oracle Database. Therefore, I do not believe Oracle could accurately determine which customers that left Oracle Support for one product line later returned to Oracle Support for that same product line. Any percentage calculated from that data would necessarily be suspect. Oracle personnel would then have to

///

separately research the fees charged to those returning customers, another time-consuming process dependent on historic records including tens of thousands of emails. I estimate it would take 4 people 160 hours each to perform the full analysis requested by Rimini, and as stated, I do not believe the result would be accurate.

3. I declare under penalty of perjury under the laws of the United States that the matters contained in this Declaration are true and correct, and that this Declaration was executed in Los Altos on January 5th, 2012.

_____
Gary Miller