| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | BREE HANN (*pro hac vice*)<br>Three Embarcadero Center |
| 4 | rpocker@bsfllp.com | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Facsimile:  415.393.2286<br>geoff.howard@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | bree.hann@bingham.com |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 10 | kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 11 | | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 12 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc. and Oracle International | jim.maroulis@oracle.com |
| 14 | Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 18 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No  2:10-cv-0106-LRH-PAL |
| 19 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **DECLARATION OF THOMAS** |
| 20 | Plaintiffs, | **BRENNAN IN SUPPORT OF THE**<br>**PARTIES' JOINT CASE** |
| 21 | v. | **MANAGEMENT CONFERENCE**<br>**STATEMENT** |
| 22 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| 23 | Defendants. | |

DECLARATION OF THOMAS BRENNAN IN SUPPORT OF JOINT CASE MANAGEMENT
CONFERENCE STATEMENT

A/74706833.1

I, Thomas Brennan, declare as follows:

1. I am an employee of Oracle Corporation, in the position of VP Technical Operations for Customer Services Technology, a position I have held for 6 months. I have personal knowledge of the matters stated in this declaration by virtue of my employment by Oracle Corporation. If called and sworn as a witness, I could and would competently testify as to such matters.

2. I am informed that Defendant Rimini Street, Inc. ("Rimini") seeks an Oracle witness to testify about, or Oracle to provide a written description of, "[c]ontent on Oracle's Technical Support websites, including the manner in which content is organized, methods for locating specific content, the type of metadata available for identifying specific content, and any changes or modifications to the way in which support content is made available to licensees from 2004 to present." Oracle currently supports over 4,400 products, has a number of technical support websites, and has acquired over 80 companies, each having had their own technical support websites. These websites annually provide access to terabytes of constantly changing content, and Rimini appears to be seeking information for multiple years. To compile this information, for each technical website, Oracle personnel would have to research archived materials to attempt to identify multiple years' worth of terabytes of content, and would need to take into consideration underlying systems, process, and tools changes. That alone is a project of monumental proportions, and given the amount of content available, its frequent updates and changes, and the number of involved individuals, I do not believe that an accurate list could be compiled for one website for one year, let alone several. Oracle personnel would then have to research the various and changing manners in which content has been organized, methods for locating specific content, metadata available for identifying specific content, and changes and modifications to the way in which support content is made available – all for each website, for each year. This research would require painstaking analysis of code and code changes, and given the dynamic nature of these websites, I do not believe that an accurate analysis could be made. Therefore, I do not believe that Oracle personnel could provide an accurate conclusion

about the information Rimini seeks. Given the breadth of the information sought, I am unable to even estimate the number of people and the amount of time it would take to perform the full analysis requested by Rimini, if at all, and as stated, I do not believe the result would be accurate.

3. I declare under penalty of perjury under the laws of the United States that the matters contained in this Declaration are true and correct, and that this Declaration was executed in Monument, Colorado on January 5, 2012.

*/s/ Thomas Brennan*
Thomas Brennan

3

DECLARATION OF THOMAS BRENNAN IN SUPPORT OF JOINT CASE MANAGEMENT
CONFERENCE STATEMENT