| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | BINGHAM MCCUTCHEN LLP |
| | RICHARD J. POCKER (NV Bar No. 3568) | GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | THOMAS S. HIXSON (*pro hac vice*) |
| | Las Vegas, NV 89101 | BREE HANN (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300 | KRISTEN A. PALUMBO (*pro hac vice*) |
| | Facsimile: (702) 382-2755 | Three Embarcadero Center |
| 4 | rpocker@bsfllp.com | San Francisco, CA  94111-4067 |
| | | Telephone:  415.393.2000 |
| 5 | BOIES, SCHILLER & FLEXNER LLP | Facsimile:  415.393.2286 |
| | STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com |
| 6 | FRED NORTON (*pro hac vice*) | thomas.hixson@bingham.com |
| | KIERAN P. RINGGENBERG (*pro hac vice*) | bree.hann@bingham.com |
| 7 | 1999 Harrison Street, Suite 900 | kristen.palumbo@bingham.com |
| | Oakland, CA 94612 | |
| 8 | Telephone: (510) 874-1000 | DORIAN DALEY (*pro hac vice*) |
| | Facsimile: (510) 874-1460 | DEBORAH K. MILLER (*pro hac vice*) |
| 9 | sholtzman@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*) |
| | fnorton@bsfllp.com | ORACLE CORPORATION |
| 10 | kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7 |
| | | Redwood City, CA 94070 |
| 11 | | Telephone:  650.506.4846 |
| | | Facsimile:  650.506.7114 |
| 12 | | dorian.daley@oracle.com |
| | | deborah.miller@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc., | jim.maroulis@oracle.com |
| | Oracle America, Inc. and Oracle International | |
| 14 | Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 18 | ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No  2:10-cv-00106-LRH-PAL |
| 19 | | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL EXHIBIT H TO THE DECLARATION OF BREE HANN** |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, | Date:     January 10, 2012<br>Time:     10:30 a.m.<br>Place:    Courtroom 3B<br>Judge:   Magistrate Peggy A. Leen |
| 23 | Defendants. | |

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (together "Oracle" or "Plaintiffs") Motion to Seal Exhibit H to the Declaration of Bree Hann in Support of the Parties' Joint Case Management Conference Statement [Docket No. 221].  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c). Having considered Plaintiffs' Motion to Seal, compelling reasons having been shown, and good cause existing:

IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal Exhibit H to the Declaration of Bree Hann in Support of the Parties' Joint Case Management Conference Statement.

IT IS SO ORDERED.

DATED:

By: _____
Hon. Peggy A. Leen
United States Magistrate Judge