| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | BINGHAM McCUTCHEN LLP |
| RICHARD J. POCKER (NV Bar No. 3568) | GEOFFREY M. HOWARD (*pro hac vice*) |
| 300 South Fourth Street, Suite 800 | THOMAS S. HIXSON (*pro hac vice*) |
| Las Vegas, NV 89101 | BREE HANN (*pro hac vice*) |
| Telephone: (702) 382-7300 | KRISTEN A. PALUMBO (*pro hac vice*) |
| Facsimile: (702) 382-2755 | Three Embarcadero Center |
| rpocker@bsfllp.com | San Francisco, CA 94111-4067 |
| | Telephone: 415.393.2000 |
| BOIES, SCHILLER & FLEXNER LLP | Facsimile: 415.393.2286 |
| STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com |
| FRED NORTON (*pro hac vice*) | thomas.hixson@bingham.com |
| KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 1999 Harrison Street, Suite 900 | bree.hann@bingham.com |
| Oakland, CA 94612 | |
| Telephone: (510) 874-1000 | DORIAN DALEY (*pro hac vice*) |
| Facsimile: (510) 874-1460 | DEBORAH K. MILLER (*pro hac vice*) |
| sholtzman@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*) |
| fnorton@bsfllp.com | ORACLE CORPORATION |
| kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA 94070 |
| | Telephone: 650.506.4846 |
| | Facsimile: 650.506.7114 |
| | dorian.daley@oracle.com |
| | deborah.miller@oracle.com |
| Attorneys for Plaintiffs Oracle USA, Inc., | jim.maroulis@oracle.com |
| Oracle America, Inc., and Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-00106-LRH-PAL<br><br>**PLAINTIFFS' MOTION TO SEAL EXHIBIT H TO THE DECLARATION OF BREE HANN**<br><br>Date:     January 10, 2012<br>Time:    10:30 a.m.<br>Place:   Courtroom 3B<br>Judge:  Magistrate Peggy A. Leen |

1  Pursuant to the Stipulated Protective Order governing confidentiality of documents
2  entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of
3  the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and
4  Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the
5  Court order the Clerk of the Court to file under seal Exhibit H to the Declaration of Bree Hann in
6  Support of the Parties' Joint Case Management Conference Statement ("Hann Exhibit H").  An
7  unredacted version of Exhibit H was individually lodged under seal with the Court on January 6,
8  2012.  *See* Dkt. 218.
9  Sealing Hann Exhibit H is requested because the document contains information that
10  Oracle has designated as "Highly Confidential Information – Attorneys' Eyes Only" under the
11  terms of the Protective Order.  The Protective Order states, "Counsel for any Designating Party
12  may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential
13  Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such**
14  **counsel in good faith believes that such Discovery Material contains such information and**
15  **is subject to protection under Federal Rule of Civil Procedure 26(c).**  The designation by any
16  Designating Party of any Discovery Material as 'Confidential Information' or 'Highly
17  Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an
18  attorney for the Designating Party reasonably believes there is a valid basis for such
19  designation."  Protective Order ¶ 2 (emphasis supplied).
20  Oracle has identified Hann Exhibit H as containing portions that are Confidential and
21  Highly Confidential, and Oracle represents that good cause exists for sealing those portions of
22  the documents.  Rimini has also requested that Oracle file Hann Exhibit H under seal on the
23  grounds that it contains Confidential and Highly Confidential materials, and Rimini represents
24  that good cause exists for sealing the document.  This is a sufficient showing of good cause to
25  permit a sealing order on a non-dispositive motion.  *See, e.g., Pacific Gas and Elec. Co. v.*
26  *Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002).
27  / / /
28  / / /

1   Oracle has submitted all other exhibits to the Declaration of Bree Hann for filing in the
2   Court's public files, which would allow public access to all exhibits except for Hann Exhibit H.
3   Accordingly, the request to seal is narrowly tailored.
4       For the foregoing reasons, Oracle respectfully requests that the Court find that good cause
5   exists to file under seal Hann Exhibit H.
6
7   DATED: January 6, 2012                    BINGHAM McCUTCHEN LLP
8
9
                                              By: /s/ Geoffrey M. Howard
10                                                Geoffrey M. Howard
                                                  Attorneys for Plaintiffs
11                                                Oracle USA, Inc., Oracle America, Inc.,
                                                  and Oracle International Corp.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>BREE HANN (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center |
| 4 | rpocker@bsfllp.com | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Facsimile:  415.393.2286<br>geoff.howard@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | thomas.hixson@bingham.com<br>bree.hann@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | kristen.palumbo@bingham.com |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 10 | kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 11 | | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 12 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc. and Oracle International | jim.maroulis@oracle.com |
| 14 | Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 18 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No  2:10-cv-00106-LRH-PAL |
| 19 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **ORDER GRANTING<br>PLAINTIFFS' MOTION TO SEAL** |
| 20 | Plaintiffs, | **EXHIBIT H TO THE DECLARATION<br>OF BREE HANN** |
| 21 | v. | |
| 22 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | Date:       January 10, 2012<br>Time:       10:30 a.m. |
| 23 | Defendants. | Place:      Courtroom 3B<br>Judge:     Magistrate Peggy A. Leen |

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL

"""""""""**ORDER**

      Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (together "Oracle" or "Plaintiffs") Motion to Seal Exhibit H to the Declaration of Bree Hann in Support of the Parties' Joint Case Management Conference Statement [Docket No. 221]. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Plaintiffs' Motion to Seal, compelling reasons having been shown, and good cause existing:

      IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal Exhibit H to the Declaration of Bree Hann in Support of the Parties' Joint Case Management Conference Statement.

      IT IS SO ORDERED.

DATED:" January 9, 2012

By: _____
    Hon. Peggy A. Leen
    United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL