| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | Eric Buresh (*pro hac vice*)<br>2555 Grand Boulevard |
| 3 | TELEPHONE: (702) 382-7300<br>FACSIMILE: (702) 382-2755 | Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550 |
| 4 | rpocker@bsfllp.com | Facsimile: (816) 421-5547<br>bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | eburesh@shb.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Houston, Texas 77002<br>Telephone: (713) 227-8008 |
| 8 | TELEPHONE: (510) 874-1000<br>FACSIMILE: (510) 874-1460 | Facsimile: (713) 227-9508<br>rreckers@shb.com |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | LEWIS AND ROCA LLP |
| 10 | kringgenberg@bsfllp.com | W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600 |
| 11 | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) | Las Vegas, Nevada 89169<br>Tel: (702) 949-8200 |
| 12 | BREE HANN (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*) | Fax: (702) 949-8398<br>WAllen@LRLaw.com |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*)<br>THREE EMBARCADERO CENTER | GREENBERG TRAURIG |
| 14 | SAN FRANCISCO, CA 94111-4067<br>Telephone: 415.393.2000 | Mark G. Tratos (Nevada Bar No. 1086)<br>Brandon Roos (Nevada Bar No. 7888) |
| 15 | Facsimile: 415.393.2286<br>geoff.howard@bingham.com | Leslie Godfrey (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway |
| 16 | thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com | Suite 400 North<br>Las Vegas, NV 89169 |
| 17 | | Telephone: (702) 792-3773 |
| | DORIAN DALEY (*pro hac vice*) | Facsimile: (702) 792-9002 |
| 18 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) | tratosm@gtlaw.com<br>roosb@gtlaw.com |
| 19 | ORACLE CORPORATION<br>500 Oracle Parkway | godfreyl@gtlaw.com |
| 20 | M/S 5op7<br>Redwood City, CA 94070 | Attorneys for Defendants Rimini Street,<br>Inc., and Seth Ravin |
| 21 | Telephone: 650.506.4846<br>Facsimile: 650.506.7114 | |
| 22 | dorian.daley@oracle.com<br>deborah.miller@oracle.com | |
| 23 | jim.maroulis@oracle.com | |
| 24 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and | |
| 25 | Oracle International Corp. | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER

A/74617615.2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual, <br><br> Defendants. | Case No. 2:10-cv-0106-LRH-PAL <br><br> **STIPULATION AND [PROPOSED] ORDER CONCERNING CLAIMS ARISING OUT OF DEFENDANTS' SUPPORT FOR CUSTOMERS ON ORACLE E-BUSINESS SOFTWARE OR ORACLE DATABASE** <br><br> Courtroom: 3B <br> Judge: Magistrate Peggy A. Leen |
|---|---|

Whereas,

1. The Second Amended Complaint ("SAC") filed by Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") does not allege claims arising out of Defendants Rimini Street, Inc.'s ("Rimini Street's") and Seth Ravin's ("Ravin's") (together, "Rimini" or "Defendants") support for customers on Oracle's E-Business software or Oracle's Relational Database Management System ("Database"), though the SAC does allege other claims arising out of Defendants' use of Database.

2. Defendants began providing support for customers on Oracle's E-Business software and Oracle Database after the filing of the SAC and after the deadline to amend pleadings in this action.

3. The Parties agree that Plaintiffs' claims relating to Defendants' use of Oracle's E-Business software and their support of customers on Oracle Database are outside the scope of this action. Defendants agree that they will not assert a res judicata, collateral estoppel or similar preclusion defense in a new action by Plaintiffs asserting claims based on such conduct.

4. Likewise, Plaintiffs agree that they will not raise res judicata, collateral estoppel, or similar preclusion arguments or theories in any future litigation related to Defendants' provision of E-Business or Oracle Database support.

1
STIPULATION AND [PROPOSED] ORDER

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |
| 3   |     |     |
| 4   | DATED:  January 30, 2012 | DATED:  January 30, 2012 |
| 5   | BINGHAM McCUTCHEN LLP | SHOOK, HARDY & BACON LLP |
| 6   |     |     |
| 7   | By: /S/ Geoffrey M. Howard | By: /S/ Robert H. Reckers |
| 8   | Geoffrey M. Howard (*pro hac vice*)<br>Three Embarcadero Center | Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 9   | San Francisco, CA 94111-4067<br>Telephone:    415.393.2000 | Houston, Texas  77002<br>Telephone: (713) 227-8008 |
| 10  | Facsimile:    415.393.2286<br>geoff.howard@bingham.com | Facsimile: (731) 227-9508<br>rreckers@shb.com |
| 11  | *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Pursuant to stipulation, it is SO ORDERED.

_____

Hon. Peggy A. Leen
United States Magistrate Judge

---

2

STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| 1 | |
| 2 | **<u>ATTESTATION OF FILER</u>** |
| 3 | The signatories to this document are myself and Robert Reckers, and I have obtained Mr. |
| 4 | Reckers' concurrence to file this document on his behalf. |

DATED:  January 30, 2012

BINGHAM McCUTCHEN LLP

By: /S/ Geoffrey M. Howard
Geoffrey M. Howard (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone:    415.393.2000
Facsimile:     415.393.2286
geoff.howard@bingham.com

*Attorneys for Plaintiffs*