| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | SHOOK, HARDY & BACON LLP |
|   | RICHARD J. POCKER (NV Bar No. 3568) | B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | Eric Buresh (*pro hac vice*) |
|   | Las Vegas, NV 89101 | 2555 Grand Boulevard |
| 3 | TELEPHONE: (702) 382-7300 | Kansas City, Missouri 64108-2613 |
|   | FACSIMILE: (702) 382-2755 | Telephone: (816) 474-6550 |
| 4 | rpocker@bsfllp.com | Facsimile: (816) 421-5547 |
|   |   | bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP | eburesh@shb.com |
|   | STEVEN C. HOLTZMAN (*pro hac vice*) |   |
| 6 | FRED NORTON (*pro hac vice*) | Robert H. Reckers (*pro hac vice*) |
|   | KIERAN P. RINGGENBERG (*pro hac vice*) | 600 Travis Street, Suite 1600 |
| 7 | 1999 Harrison Street, Suite 900 | Houston, Texas  77002 |
|   | Oakland, CA 94612 | Telephone: (713) 227-8008 |
| 8 | TELEPHONE: (510) 874-1000 | Facsimile: (713) 227-9508 |
|   | FACSIMILE: (510) 874-1460 | rreckers@shb.com |
| 9 | sholtzman@bsfllp.com |   |
|   | fnorton@bsfllp.com | LEWIS AND ROCA LLP |
| 10 | kringgenberg@bsfllp.com | W. West Allen (Nevada Bar No. 5566) |
|   |   | 3993 Howard Hughes Parkway, Suite 600 |
| 11 | BINGHAM MCCUTCHEN LLP | Las Vegas, Nevada 89169 |
|   | GEOFFREY M. HOWARD (*pro hac vice*) | Tel: (702) 949-8200 |
| 12 | BREE HANN (*pro hac vice*) | Fax: (702) 949-8398 |
|   | THOMAS S. HIXSON (*pro hac vice*) | WAllen@LRLaw.com |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*) |   |
|   | THREE EMBARCADERO CENTER | GREENBERG TRAURIG |
| 14 | SAN FRANCISCO, CA  94111-4067 | Mark G. Tratos (Nevada Bar No. 1086) |
|   | Telephone:  415.393.2000 | Brandon Roos (Nevada Bar No. 7888) |
| 15 | Facsimile:  415.393.2286 | Leslie Godfrey  (Nevada Bar No. 10229) |
|   | geoff.howard@bingham.com | 3773 Howard Hughes Parkway |
| 16 | thomas.hixson@bingham.com | Suite 400 North |
|   | kristen.palumbo@bingham.com | Las Vegas, NV 89169 |
| 17 |   | Telephone: (702) 792-3773 |
|   | DORIAN DALEY (*pro hac vice*) | Facsimile: (702) 792-9002 |
| 18 | DEBORAH K. MILLER (*pro hac vice*) | tratosm@gtlaw.com |
|   | JAMES C. MAROULIS (*pro hac vice*) | roosb@gtlaw.com |
| 19 | ORACLE CORPORATION | godfreyl@gtlaw.com |
|   | 500 Oracle Parkway |   |
| 20 | M/S 5op7 | Attorneys for Defendants Rimini Street, |
|   | Redwood City, CA 94070 | Inc., and Seth Ravin |
| 21 | Telephone:  650.506.4846 |   |
|   | Facsimile:  650.506.7114 |   |
| 22 | dorian.daley@oracle.com |   |
|   | deborah.miller@oracle.com |   |
| 23 | jim.maroulis@oracle.com |   |
| 24 | Attorneys for Plaintiffs |   |
|   | Oracle USA, Inc., Oracle America, Inc., and |   |
| 25 | Oracle International Corp. |   |
| 26 |   |   |
| 27 |   |   |
| 28 |   |   |

STIPULATION AND [PROPOSED] ORDER

A/74617615.2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND ORDER CONCERNING CLAIMS ARISING OUT OF DEFENDANTS' SUPPORT FOR CUSTOMERS ON ORACLE E-BUSINESS SOFTWARE OR ORACLE DATABASE**<br><br>Courtroom: 3B<br>Judge:  Magistrate Peggy A. Leen |

Whereas,

1. The Second Amended Complaint ("SAC") filed by Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") does not allege claims arising out of Defendants Rimini Street, Inc.'s ("Rimini Street's") and Seth Ravin's ("Ravin's") (together, "Rimini" or "Defendants") support for customers on Oracle's E-Business software or Oracle's Relational Database Management System ("Database"), though the SAC does allege other claims arising out of Defendants' use of Database.

2. Defendants began providing support for customers on Oracle's E-Business software and Oracle Database after the filing of the SAC and after the deadline to amend pleadings in this action.

3. The Parties agree that Plaintiffs' claims relating to Defendants' use of Oracle's E-Business software and their support of customers on Oracle Database are outside the scope of this action. Defendants agree that they will not assert a res judicata, collateral estoppel or similar preclusion defense in a new action by Plaintiffs asserting claims based on such conduct.

4. Likewise, Plaintiffs agree that they will not raise res judicata, collateral estoppel, or similar preclusion arguments or theories in any future litigation related to Defendants' provision of E-Business or Oracle Database support.

1
2
3
4   DATED:  January 30, 2012                           DATED:  January 30, 2012

5   BINGHAM McCUTCHEN LLP                              SHOOK, HARDY & BACON LLP

6
7   By: /S/ Geoffrey M. Howard                         By: /S/ Robert H. Reckers
       Geoffrey M. Howard (*pro hac vice*)                Robert H. Reckers (*pro hac vice*)
8      Three Embarcadero Center                           600 Travis Street, Suite 1600
       San Francisco, CA 94111-4067                       Houston, Texas  77002
9      Telephone:    415.393.2000                         Telephone: (713) 227-8008
       Facsimile:    415.393.2286                         Facsimile: (731) 227-9508
10     geoff.howard@bingham.com                           rreckers@shb.com

11     *Attorneys for Plaintiffs*                         *Attorneys for Defendants*

12
13
14  Pursuant to stipulation, it is SO ORDERED"yjku"3uv'fc{"qh"Hgdtwct{."42340

15
16
17                                              _____
18                                              Hon. Peggy A. Leen
                                                United States Magistrate Judge
19
20
21
22
23
24
25
26
27
28

---
2
STIPULATION AND [PROPOSED] ORDER

|    |    |
|----|----|
| 1  |    |
| 2  | **ATTESTATION OF FILER** |

3   The signatories to this document are myself and Robert Reckers, and I have obtained Mr.
4   Reckers' concurrence to file this document on his behalf.

5   DATED:  January 30, 2012            BINGHAM McCUTCHEN LLP

7                                       By: /S/ Geoffrey M. Howard
                                            Geoffrey M. Howard (*pro hac vice*)
8                                           Three Embarcadero Center
                                            San Francisco, CA 94111-4067
9                                           Telephone:   415.393.2000
                                            Facsimile:   415.393.2286
10                                          geoff.howard@bingham.com

11                                      *Attorneys for Plaintiffs*

A/74617615.2