| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | SHOOK, HARDY & BACON LLP |
|   | RICHARD J. POCKER (NV Bar No. 3568) | B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | ERIC BURESH (*pro hac vice*) |
|   | Las Vegas, NV 89101 | 2555 Grand Boulevard |
| 3 | Telephone: (702) 382-7300 | Kansas City, Missouri 64108-2613 |
|   | Facsimile: (702) 382-2755 | Telephone: (816) 474-6550 |
| 4 | rpocker@bsfllp.com | Facsimile: (816) 421-5547 |
|   |  | bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP | eburesh@shb.com |
|   | STEVEN C. HOLTZMAN (*pro hac vice*) |  |
| 6 | FRED NORTON (*pro hac vice*) | SHOOK, HARDY & BACON LLP |
|   | KIERAN P. RINGGENBERG (*pro hac vice*) | ROBERT H. RECKERS (*pro hac vice*) |
| 7 | 1999 Harrison Street, Suite 900 | 600 Travis Street, Suite 1600 |
|   | Oakland, CA 94612 | Houston, Texas  77002 |
| 8 | Telephone: (510) 874-1000 | Telephone: (713) 227-8008 |
|   | Facsimile: (510) 874-1460 | Facsimile: (713) 227-9508 |
| 9 | sholtzman@bsfllp.com | rreckers@shb.com |
|   | fnorton@bsfllp.com |  |
| 10 | kringgenberg@bsfllp.com | LEWIS AND ROCA LLP |
|   |  | W. WEST ALLEN (NV Bar No. 5566) |
| 11 | BINGHAM MCCUTCHEN LLP | 3993 Howard Hughes Parkway, Suite 600 |
|   | GEOFFREY M. HOWARD (*pro hac vice*) | Las Vegas, Nevada 89169 |
| 12 | BREE HANN (*pro hac vice*) | Telephone: (702) 949-8200 |
|   | THOMAS S. HIXSON (*pro hac vice*) | Facsimile: (702) 949-8398 |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*) | WAllen@LRLaw.com |
|   | Three Embarcadero Center |  |
| 14 | San Francisco, CA  94111-4067 | GREENBERG TRAURIG |
|   | Telephone:  415.393.2000 | MARK G. TRATOS (NV Bar No. 1086) |
| 15 | Facsimile:  415.393.2286 | BRANDON ROOS (NV Bar No. 7888) |
|   | geoff.howard@bingham.com | LESLIE GODFREY (NV Bar No. 10229) |
| 16 | bree.hann@bingham.com | 3773 Howard Hughes Parkway |
|   | thomas.hixson@bingham.com | Suite 400 North |
| 17 | kristen.palumbo@bingham.com | Las Vegas, NV 89169 |
|   |  | Telephone: (702) 792-3773 |
| 18 | DORIAN DALEY (*pro hac vice*) | Facsimile: (702) 792-9002 |
|   | DEBORAH K. MILLER (*pro hac vice*) | tratosm@gtlaw.com |
| 19 | JAMES C. MAROULIS (*pro hac vice*) | roosb@gtlaw.com |
|   | ORACLE CORPORATION | godfreyl@gtlaw.com |
| 20 | 500 Oracle Parkway |  |
|   | M/S 5op7 | Attorneys for Defendants Rimini Street, |
| 21 | Redwood City, CA 94070 | Inc., and Seth Ravin |
|   | Telephone:  650.506.4846 |  |
| 22 | Facsimile:  650.506.7114 |  |
|   | dorian.daley@oracle.com |  |
| 23 | deborah.miller@oracle.com |  |
|   | jim.maroulis@oracle.com |  |
| 24 |  |  |
|   | Attorneys for Plaintiffs |  |
| 25 | Oracle USA, Inc., Oracle America, Inc., and |  |
|   | Oracle International Corp. |  |
| 26 |  |  |
| 27 |  |  |
| 28 |  |  |

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES AND NEXT CMC

A/74609100.2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE THE FEBRUARY 21, 2012 CMC AND TO MODIFY THE CASE SCHEDULE**<br><br>Courtroom: 3B<br>Judge:     Magistrate Peggy A. Leen |
|---|---|

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants") stipulate as follows and request that the Court enter the [Proposed] Order set forth below.

1. Oracle timely served initial expert reports. The parties have agreed that Oracle may serve, no later than February 17, 2012, revised and supplemented expert reports, including supplementation relating to discovery that Rimini Street has served or will serve after the discovery cut off.

2. Rimini Street's rebuttal expert reports are currently due March 2, 2012. In light of Oracle's planned modifications to its expert reports, and supplemental discovery that Oracle has served or will serve after the discovery cut off, the parties have agreed that Rimini Street may serve its rebuttal reports no later than March 30, 2012.

3. In light of these adjustments to the expert report deadlines, the Parties have met and conferred and agreed on the following adjustments to the case schedule:

|  | Current Schedule | Proposed Schedule |
|---|---|---|
| Defendants' supplemental discovery responses due |  | February 6, 2012 |
| Plaintiffs' supplemental discovery responses due |  | February 10, 2012 |
| Plaintiffs' revised expert reports due |  | February 17, 2012 |
| Case management conference | February 21, 2012 | February 28, 2012 |
| Defendants' rebuttal expert reports due | March 2, 2012 | March 30, 2012 |
| Last date to complete expert discovery | April 16, 2012 | May 18, 2012 |
| Last date to file dispositive motions | June 1, 2012 | July 6, 2012 |
| Last date to file pretrial order | July 2, 2012 | August 6, 2012 |

Rimini Street's agreement to the above schedule is without prejudice to its ability to seek additional extensions of time if Oracle's revised expert reports present substantial new opinions or analysis unrelated to Rimini's supplemental discovery responses.

Accordingly, the parties request that the Court order as follows:

A. Defendants' supplemental discovery responses shall be due by **February 6, 2012.**

B. Plaintiffs' supplemental discovery responses shall be due by **February 10, 2012**.

C. Plaintiffs' revised and supplemented expert reports shall be due by **February 17, 2012**.

D. Defendants' rebuttal expert reports shall be due by **March 30, 2012**.

E. The parties shall complete expert discovery by **May 18, 2012.**

F. The parties shall file any dispositive motions by **July 6, 2012.**

G. The parties shall file pretrial orders by **August 6, 2012.**

H. The Case Management Conference scheduled for **February 21, 2012** is continued until **February 28**, **2012** or such other date as is convenient for the Court.

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES AND NEXT CMC

A/74609100.2

SO STIPULATED AND AGREED.

Dated: February 3, 2012

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Robert H. Reckers<br>　Robert H. Reckers, Esq.<br>　2555 Grand Boulevard<br>　Kansas City, Missouri 64108-2613<br>　Telephone: (816) 474-6550<br>　Facsimile: (816) 421-5547<br>　rreckers@shb.com | By: /s/ Kieran Ringgenberg<br>　Kieran Ringgenberg, Esq. (*pro hac vice*)<br>　1999 Harrison Street, Suite 900<br>　Oakland, CA 94612<br>　Telephone: (510) 874-1000<br>　Facsimile: (510) 874-1460<br>　kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to stipulation, it is hereby ORDERED that:

1. The Court modifies the case schedule order to adopt the following deadlines:
2. Defendants' supplemental discovery responses shall be due by **February 6, 2012**.
3. Plaintiffs' supplemental discovery responses shall be due by **February 10, 2012**.
4. Plaintiffs' revised and supplemented expert reports shall be due by **February 17, 2012**.
5. Defendants' rebuttal expert reports shall be due by **March 30, 2012**.
6. The parties shall complete expert discovery by **May 18, 2012**.
7. The parties shall file any dispositive motions by **July 6, 2012**.
8. The parties shall file pretrial orders by **August 6, 2012**.
9. The case management conference currently scheduled for February 21 is vacated and rescheduled for Hgdtwct{"4:."2012 at"; -52"c0o 0"in Courtroom 3B.

_____
Hon. Peggy A. Leen
United States Magistrate Judge

3
STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES AND NEXT CMC

A/74609100.2

| | |
|---|---|
| 1 | **ATTESTATION OF FILER** |

2   The signatories to this document are Robert Reckers and me, and I have obtained Mr.
3   Reckers's concurrence to file this document on his behalf.

5   Dated:  February 3, 2012                                         BOIES, SCHILLER & FLEXNER LLP

6                                                          By:    /s/ Kieran Ringgenberg
7                                                                  Kieran Ringgenberg, Esq. (*pro hac vice*)
                                                                   1999 Harrison Street, Suite 900
8                                                                  Oakland, CA 94612
                                                                   Telephone: (510) 874-1000
9                                                                  Facsimile: (510) 874-1460
                                                                   kringgenberg@bsfllp.com

10                                                         *Attorneys for Plaintiffs*

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES AND NEXT CMC

A/74609100.2