| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | TELEPHONE: (702) 382-7300<br>FACSIMILE: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | Houston, Texas  77002<br>Telephone: (713) 227-8008 |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Facsimile: (713) 227-9508<br>rreckers@shb.com |
| 8 | TELEPHONE: (510) 874-1000<br>FACSIMILE: (510) 874-1460 | LEWIS AND ROCA LLP |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600 |
| 10 | kringgenberg@bsfllp.com | Las Vegas, Nevada 89169<br>Tel: (702) 949-8200 |
| 11 | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) | Fax: (702) 949-8398<br>WAllen@LRLaw.com |
| 12 | BREE HANN (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*) | GREENBERG TRAURIG |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*)<br>THREE EMBARCADERO CENTER | Mark G. Tratos (Nevada Bar No. 1086)<br>Brandon Roos (Nevada Bar No. 7888) |
| 14 | SAN FRANCISCO, CA  94111-4067<br>Telephone:  415.393.2000 | Leslie Godfrey  (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway |
| 15 | Facsimile:  415.393.2286<br>geoff.howard@bingham.com | Suite 400 North<br>Las Vegas, NV 89169 |
| 16 | bree.hann@bingham.com<br>thomas.hixson@bingham.com | Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 |
| 17 | kristen.palumbo@bingham.com | tratosm@gtlaw.com<br>roosb@gtlaw.com |
| 18 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) | godfreyl@gtlaw.com |
| 19 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION | Attorneys for Defendants Rimini Street,<br>Inc., and Seth Ravin |
| 20 | 500 Oracle Parkway<br>M/S 5op7 | |
| 21 | Redwood City, CA 94070<br>Telephone:  650.506.4846 | |
| 22 | Facsimile:  650.506.7114<br>dorian.daley@oracle.com | |
| 23 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 24 | | |
| 25 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE CMC AND REQUEST TO COMPEL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE AND TO MOOT DEFENDANTS' REQUEST TO COMPEL**<br><br>Courtroom: 3B<br>Judge:    Magistrate Peggy A. Leen |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") stipulate as follows and request that the Court enter the [Proposed] Order set forth below.

1. On January 11, 2012, this Court "reserve[d] ruling on Defendants' request to compel" until after Oracle had supplemented certain discovery responses. *See* Dkt. 225.

2. By stipulation and order, Oracle's supplemental discovery responses were due on February 10, 2012. *See* Dkt. 232. Oracle timely served its supplemental discovery responses. Rimini has no issues to raise with the Court at this time concerning these responses.

3. By stipulation and order, Rimini's supplemental discovery responses were due on February 6, 2012. *See* Dkt. 232. Rimini timely served its supplemental discovery responses. After meet and confer, Rimini has agreed that, by March 6, it will further supplement certain discovery responses and will respond to Oracle's Second Amended Requests for Admission 239-240.

4. The Parties continue to meet and confer, consistent with the Protective Order applicable to this case, concerning certain confidentiality designations made by Rimini Street under the Protective Order.

1        5.    In light of the Parties' continued efforts described in paragraphs 1-4 above, the

2  parties request that the Court order that:

3        a.    Rimini's request to compel has been mooted by Oracle's supplemental discovery

4            responses; and,

5        b.    the case management conference currently set for **February 28, 2012**, shall be

6            rescheduled for **April 10, 2012**, or such other date as is convenient for the Court.

7  SO STIPULATED AND AGREED.

8  DATED: February 24, 2012

9  BINGHAM McCUTCHEN LLP               SHOOK, HARDY & BACON LLP

11 By: /s/ Geoffrey M. Howard                  By: /s/ Robert H. Reckers
     Geoffrey M. Howard (*pro hac vice*)           Robert H. Reckers (*pro hac vice*)
12     Three Embarcadero Center                       600 Travis Street, Suite 1600
     San Francisco, CA 94111-4067               Houston, Texas 77002
13     Telephone:    415.393.2000               Telephone: (713) 227-8008
     Facsimile:     415.393.2286                Facsimile: (731) 227-9508
14     geoff.howard@bingham.com                   rreckers@shb.com

15    *Attorneys for Plaintiffs*                         *Attorneys for Defendants*

17 Pursuant to stipulation, it is HEREBY ORDERED that:

18       1.    Rimini's request to compel has been mooted by Oracle's supplemental discovery

19 responses.

20       2.    The case management conference currently scheduled for February 28, 2012, is

21 vacated and rescheduled for Cr tkri'3; .'2012 at 32-22"c0) 0''in Courtroom 3B.

24                                                   *[signature]*

25                                         Hon. Peggy A. Leen
                                        United States Magistrate Judge

| | |
|---|---|
| 1 | **<u>ATTESTATION OF FILER</u>** |

2  The signatories to this document are myself and Robert Reckers and I have obtained Mr.

3  Reckers's concurrence to file this document on his behalf.

| | | |
|---|---|---|
| 4 | DATED:  February 24, 2012 | BINGHAM McCUTCHEN LLP |
| 5 | | |
| 6 | | By: /s/ Geoffrey M. Howard |
| | | Geoffrey M. Howard (*pro hac vice*) |
| 7 | | Three Embarcadero Center |
| | | San Francisco, CA 94111-4067 |
| 8 | | Telephone:    415.393.2000 |
| | | Facsimile:      415.393.2286 |
| 9 | | geoff.howard@bingham.com |
| 10 | | *Attorneys for Plaintiffs* |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28