| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | TELEPHONE: (702) 382-7300<br>FACSIMILE: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com |

1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  TELEPHONE: (702) 382-7300
   FACSIMILE: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (*pro hac vice*)
6  FRED NORTON (*pro hac vice*)
   KIERAN P. RINGGENBERG (*pro hac vice*)
7  1999 Harrison Street, Suite 900
   Oakland, CA 94612
8  TELEPHONE: (510) 874-1000
   FACSIMILE: (510) 874-1460
9  sholtzman@bsfllp.com
   fnorton@bsfllp.com
10 kringgenberg@bsfllp.com

11 BINGHAM MCCUTCHEN LLP
   GEOFFREY M. HOWARD (*pro hac vice*)
12 BREE HANN (*pro hac vice*)
   THOMAS S. HIXSON (*pro hac vice*)
13 KRISTEN A. PALUMBO (*pro hac vice*)
   THREE EMBARCADERO CENTER
14 SAN FRANCISCO, CA  94111-4067
   Telephone:  415.393.2000
15 Facsimile:  415.393.2286
   geoff.howard@bingham.com
16 bree.hann@bingham.com
   thomas.hixson@bingham.com
17 kristen.palumbo@bingham.com

18 DORIAN DALEY (*pro hac vice*)
   DEBORAH K. MILLER (*pro hac vice*)
19 JAMES C. MAROULIS (*pro hac vice*)
   ORACLE CORPORATION
20 500 Oracle Parkway
   M/S 5op7
21 Redwood City, CA 94070
   Telephone:  650.506.4846
22 Facsimile:  650.506.7114
   dorian.daley@oracle.com
23 deborah.miller@oracle.com
   jim.maroulis@oracle.com
24
   Attorneys for Plaintiffs
25 Oracle USA, Inc., Oracle America, Inc., and
   Oracle International Corp.

SHOOK, HARDY & BACON LLP
B. Trent Webb (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas  77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

GREENBERG TRAURIG
Mark G. Tratos (Nevada Bar No. 1086)
Brandon Roos (Nevada Bar No. 7888)
Leslie Godfrey  (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

Attorneys for Defendants Rimini Street,
Inc., and Seth Ravin

26

27

28

---

STIPULATION AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING CLAIMS RELATED TO RIMINI'S USE OF ORACLE DATABASE**<br><br>Courtroom:  3B<br>Judge:        Magistrate Peggy A. Leen |

Whereas,

1. The Second Amended Complaint ("SAC") filed by Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") alleges claims arising out of Defendants Rimini Street, Inc.'s ("Rimini Street's") and Seth Ravin's ("Ravin's") (together, "Rimini" or "Defendants") use, copying and possession of Oracle Relational Database Management Software and its related products ("Oracle Database" or "Database").

2. The Parties disagree about whether the license agreements for Oracle Database between Oracle and Rimini's customers are relevant to this case.

3. Despite this disagreement, Oracle has produced its standard form Database licenses from the years 2002 to 2010, as identified below:

- ORCLRS0352891-923
- ORCLRSS0352949-3006
- ORCLRS1312912-987
- ORCLRS1312992-3367
- ORCLRS1313371-413
- ORCLRS1313420-451

1. - ORCLRS1313463-470
2. - ORCLRS1313475-482
3. - ORCLRS1313508-565
4. - ORCLRS1313570-582
5. - ORCLRS1313588-662
6. - ORCLRS1313684-762
7. - ORCLRS1313788-859
8. - ORCLRS1313882-942
9. - ORCLRS1313948-4007
10. - ORCLRS1314017-025
11. - ORCLRS1314034-060
12. - ORCLRS1314070-078
13. - ORCLRS1314085-136
14. - ORCLRS1314139-165
15. - ORCLRS1314174-201
16. - ORCLRS1314210-268
17. - ORCLRS1314270-336
18. - ORCLRS1314338-395
19. - ORCLRS1323664-703
20. - ORCLRS1323726-746
21. - ORCLRS1323791-847

4. The Parties agree that the terms of the above-listed Oracle standard form Database licenses are representative of the licenses Oracle entered into with its customers for use of Oracle Database.

5. The Parties further agree that, to the extent either Party wishes to invoke the terms of an Oracle Database license, for any purpose in the litigation or at trial, the Parties will substitute the terms of Oracle's standard form Database licenses (which Oracle has produced),

/ / /

1  for the actual Oracle Database license agreements entered into between Oracle and its customers
2  (which, in many instances, Oracle has not undertaken the burden to produce).
3       6.   Neither Party may object to or challenge the use of the terms of Oracle's standard
4  form Database licenses on grounds that:  1) they are not representative of the terms under which
5  Oracle licensed Oracle Database to its customers; or 2) any individual customer's Oracle
6  Database license agreement is not in evidence.

8  DATED:  March 22, 2012                              DATED:  March 22, 2012
9  BINGHAM McCUTCHEN LLP                               SHOOK, HARDY & BACON LLP

11 By: /s/ Geoffrey M. Howard                          By: /s/ Robert H. Reckers
12    Geoffrey M. Howard (*pro hac vice*)                 Robert H. Reckers (*pro hac vice*)
      Three Embarcadero Center                            600 Travis Street, Suite 1600
13    San Francisco, CA 94111-4067                        Houston, Texas  77002
      Telephone:   415.393.2000                           Telephone: (713) 227-8008
14    Facsimile:   415.393.2286                           Facsimile: (731) 227-9508
      geoff.howard@bingham.com                            rreckers@shb.com
15
      *Attorneys for Plaintiffs*                          *Attorneys for Defendants*
16

18 Pursuant to stipulation, it is SO ORDERED.

20                                                   _____
                                                     Hon. Peggy A. Leen
21                                                   United States Magistrate Judge

| | |
|---|---|
| 1 | **<u>ATTESTATION OF FILER</u>** |
| 2 | The signatories to this document are myself and Robert Reckers, and I have obtained |
| 3 | Mr. Reckers' concurrence to file this document on his behalf. |
| 4 | |
| 5 | DATED:  March 22, 2012                      BINGHAM McCUTCHEN LLP |
| 6 | |
| 7 | By: /s/ Geoffrey M. Howard |
|   | Geoffrey M. Howard (*pro hac vice*) |
| 8 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4067 |
| 9 | Telephone:    415.393.2000 |
|   | Facsimile:    415.393.2286 |
| 10 | geoff.howard@bingham.com |
| 11 | *Attorneys for Plaintiffs* |