| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | TELEPHONE: (702) 382-7300<br>FACSIMILE: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | Houston, Texas 77002<br>Telephone: (713) 227-8008 |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Facsimile: (713) 227-9508<br>rreckers@shb.com |
| 8 | TELEPHONE: (510) 874-1000<br>FACSIMILE: (510) 874-1460 | LEWIS AND ROCA LLP |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600 |
| 10 | kringgenberg@bsfllp.com | Las Vegas, Nevada 89169<br>Tel: (702) 949-8200 |
| 11 | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) | Fax: (702) 949-8398<br>WAllen@LRLaw.com |
| 12 | BREE HANN (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*) | GREENBERG TRAURIG |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*)<br>THREE EMBARCADERO CENTER | Mark G. Tratos (Nevada Bar No. 1086)<br>Brandon Roos (Nevada Bar No. 7888) |
| 14 | SAN FRANCISCO, CA 94111-4067<br>Telephone: 415.393.2000 | Leslie Godfrey (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway |
| 15 | Facsimile: 415.393.2286<br>geoff.howard@bingham.com | Suite 400 North<br>Las Vegas, NV 89169 |
| 16 | bree.hann@bingham.com<br>thomas.hixson@bingham.com | Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 |
| 17 | kristen.palumbo@bingham.com | tratosm@gtlaw.com<br>roosb@gtlaw.com |
| 18 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) | godfreyl@gtlaw.com |
| 19 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION | Attorneys for Defendants Rimini Street,<br>Inc., and Seth Ravin |
| 20 | 500 Oracle Parkway<br>M/S 5op7 | |
| 21 | Redwood City, CA 94070<br>Telephone: 650.506.4846 | |
| 22 | Facsimile: 650.506.7114<br>dorian.daley@oracle.com | |
| 23 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 24 | | |
| 25 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING CLAIMS RELATED TO RIMINI'S USE OF ORACLE DATABASE**<br><br>Courtroom: 3B<br>Judge:　　Magistrate Peggy A. Leen |

Whereas,

1. The Second Amended Complaint ("SAC") filed by Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") alleges claims arising out of Defendants Rimini Street, Inc.'s ("Rimini Street's") and Seth Ravin's ("Ravin's") (together, "Rimini" or "Defendants") use, copying and possession of Oracle Relational Database Management Software and its related products ("Oracle Database" or "Database").

2. The Parties disagree about whether the license agreements for Oracle Database between Oracle and Rimini's customers are relevant to this case.

3. Despite this disagreement, Oracle has produced its standard form Database licenses from the years 2002 to 2010, as identified below:

- ORCLRS0352891-923
- ORCLRSS0352949-3006
- ORCLRS1312912-987
- ORCLRS1312992-3367
- ORCLRS1313371-413
- ORCLRS1313420-451

1. - ORCLRS1313463-470
2. - ORCLRS1313475-482
3. - ORCLRS1313508-565
4. - ORCLRS1313570-582
5. - ORCLRS1313588-662
6. - ORCLRS1313684-762
7. - ORCLRS1313788-859
8. - ORCLRS1313882-942
9. - ORCLRS1313948-4007
10. - ORCLRS1314017-025
11. - ORCLRS1314034-060
12. - ORCLRS1314070-078
13. - ORCLRS1314085-136
14. - ORCLRS1314139-165
15. - ORCLRS1314174-201
16. - ORCLRS1314210-268
17. - ORCLRS1314270-336
18. - ORCLRS1314338-395
19. - ORCLRS1323664-703
20. - ORCLRS1323726-746
21. - ORCLRS1323791-847

22  4. The Parties agree that the terms of the above-listed Oracle standard form Database
23  licenses are representative of the licenses Oracle entered into with its customers for use of
24  Oracle Database.
25  5. The Parties further agree that, to the extent either Party wishes to invoke the terms
26  of an Oracle Database license, for any purpose in the litigation or at trial, the Parties will
27  substitute the terms of Oracle's standard form Database licenses (which Oracle has produced),
28  / / /

1 for the actual Oracle Database license agreements entered into between Oracle and its customers

2 (which, in many instances, Oracle has not undertaken the burden to produce).

3     6.    Neither Party may object to or challenge the use of the terms of Oracle's standard

4 form Database licenses on grounds that:  1) they are not representative of the terms under which

5 Oracle licensed Oracle Database to its customers; or 2) any individual customer's Oracle

6 Database license agreement is not in evidence.

7

8 DATED:  March 22, 2012                    DATED:  March 22, 2012

9 BINGHAM McCUTCHEN LLP          SHOOK, HARDY & BACON LLP

10

11 By: /s/ Geoffrey M. Howard             By: /s/ Robert H. Reckers

12     Geoffrey M. Howard (*pro hac vice*)        Robert H. Reckers (*pro hac vice*)
    Three Embarcadero Center                  600 Travis Street, Suite 1600

13     San Francisco, CA 94111-4067           Houston, Texas  77002
    Telephone:     415.393.2000               Telephone: (713) 227-8008

14     Facsimile:      415.393.2286                Facsimile: (731) 227-9508
    geoff.howard@bingham.com             rreckers@shb.com

15

16     *Attorneys for Plaintiffs*                       *Attorneys for Defendants*

17

18 Pursuant to stipulation, it is SO ORDERED"yj ku"49yj "fc{"qh"Octej ."42340

19

20                                         _____

21                                         Hon. Peggy A. Leen
                                        United States Magistrate Judge

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **ATTESTATION OF FILER** |

2  The signatories to this document are myself and Robert Reckers, and I have obtained

3  Mr. Reckers' concurrence to file this document on his behalf.

4

5  DATED: March 22, 2012　　　　　　　　　　BINGHAM McCUTCHEN LLP

6

7　　　　　　　　　　　　　　　　　　　　By: /s/ Geoffrey M. Howard
　　　　　　　　　　　　　　　　　　　　　　Geoffrey M. Howard (*pro hac vice*)
8　　　　　　　　　　　　　　　　　　　　　Three Embarcadero Center
　　　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-4067
9　　　　　　　　　　　　　　　　　　　　　Telephone:　415.393.2000
　　　　　　　　　　　　　　　　　　　　　　Facsimile:　415.393.2286
10　　　　　　　　　　　　　　　　　　　　　geoff.howard@bingham.com

11　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28