BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
BREE HANN (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com
bree.hann@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF TODD E. ADLER IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:  _____, 2012<br>Time:  _____.m.<br>Place: Courtroom \_\_<br>Judge: Hon. Larry R. Hicks |

1

DECLARATION OF TODD E. ADLER IN SUPPORT OF
ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

1  I, Todd E. Adler, declare as follows:

2  1. I am employed by Oracle International Corporation ("OIC"), one of the Plaintiffs in this action. I am Vice President, Trademark & Copyright, and Senior Corporate Counsel for OIC. I have personal knowledge of the facts stated in this Declaration and could testify competently to them if required.

3  2. I began my employment with OIC in February 2006. From February 2006 to the present, my job responsibilities have included responsibility for Oracle's copyright, trademark, domain name, and marketing issues. To accomplish those responsibilities, I regularly review agreements relating to ownership and authorship of Oracle's copyrights.

4  3. Attached to the Appendix as Exhibits 1 through 8 are true and correct copies of Oracle's copyright registrations for the software indicated in the table below, each bearing the United States Copyright Office seal, the signature of the Register of Copyrights and the indicated registration number:

| Exhibit | Software | Copyright Registration |
|---|---|---|
| 1 | PeopleTools 7.5 | TX 4-792-578 |
| 2 | PeopleTools 8.10 | TX 5-266-221 |
| 3 | PeopleTools 8.48 | TX 7-092-819 |
| 4 | PeopleSoft HRMS 7.5 | TX 4-792-575 |
| 5 | PeopleSoft 8.3 HRMS | TX 5-469-032 |
| 6 | PeopleSoft 8.4 Financials and Supply Chain Management | TX 5-586-247 |
| 7 | Initial release of JDE EnterpriseOne 8.10 | TX 6-541-038 |
| 8 | Siebel 7.7.1 Initial Release and Documentation | TX 6-941-993 |

I have reviewed each of the certificates of copyright registration attached as Exhibits 1 through 8.

4. Exhibits 3, 7, and 8 each list OIC as the copyright claimant for the corresponding works. Exhibits 1, 2, 4, 5 and 6 each list PeopleSoft, Inc., as the copyright claimant for the corresponding works.

5. Over time, various Oracle entities have entered into agreements among themselves relating to copyrights. These agreements include transfers of copyrights and related rights between Oracle entities.

1  6.   A true and correct copy of one such copyright transfer agreement is attached to the Appendix as Exhibit 9.  Exhibit 9 is titled "PeopleSoft/JDE LLC OIC Asset Transfer Agreement," has an effective date of March 1, 2005, and is between Oracle Corporation, OIC, PeopleSoft, Inc., and J.D. Edwards & Co., LLC.  On August 13, 2008, this agreement was recorded with the Copyright Office.  Exhibit 9 bears the United States Copyright Office seal, the signature of the Register of Copyrights, and the volume and page information (volume 3569, document number 436). I have reviewed the agreement attached as Exhibit 9.

7.   The agreement attached to the Appendix as Exhibit 9 transferred copyrights and related rights from PeopleSoft, Inc., to OIC effective March 1, 2005.  Specifically, as reflected on the pages Bates-numbered ORCLRS0032904 and ORCLRS0032905, Exhibit 9 transferred to OIC the copyrights for which certificates of registration are attached as Exhibits 1, 2, 4, 5 and 6.

8.   OIC is the current owner or exclusive licensee of each of the registered copyrights for which certificates of registration are attached to the Appendix as Exhibits 1 through 8.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct, and that this Declaration was executed on March 29, 2012, in Redwood City, CA.

/s/ Todd E. Adler
Todd E. Adler