BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF THOM O'NEILL IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

A/74850161.1

1   I, Thom O'Neill, declare as follows:

2   1.   I am Senior Manager of Global Imaging at plaintiff Oracle America, Inc. As Senior Manager of Global Imaging, I am responsible for managing the imaging application that Oracle uses to maintain copies of its license agreements with its customers. I joined Oracle Corporation in June 1990 and have been employed by an Oracle entity since that time. I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

8   2.   I submit this declaration as Oracle's duly authorized custodian of records for customer software license agreements. As a general matter, Oracle's regular practice is to store in customer contracts databases true and correct copies of software license agreements that Oracle or its acquired companies (including PeopleSoft, J.D. Edwards, and Siebel) have entered into with customers. Since before 2005, Oracle's regular practice has been to store customer license agreements in these contracts databases at or near the time the agreements were obtained, and then to continue to store them in Oracle's databases on its systems. Since before 2005, Oracle has regularly maintained these databases, and has used them to access license agreements such as the documents referred to in Paragraphs 3 through 10 below in the ordinary course of business.

18   3.   The document attached to the Appendix as Exhibit 10 (ORCLRS0004135-40) is a true and correct copy of a license agreement between PeopleSoft, Inc. and the City of Flint with an effective date of September 22, 1997.

21   4.   The document attached to the Appendix as Exhibit 11 (ORCLRS0164981-87) is a true and correct copy of a license agreement between PeopleSoft USA, Inc. and Pittsburgh Public Schools with an effective date of December 27, 2000. Oracle has redacted certain pricing information from Exhibit 11.

25   5.   The document attached to the Appendix as Exhibit 12 (ORCLRS0162923-27) is a true and correct copy of a license agreement between PeopleSoft USA, Inc. and City Of Des Moines with an effective date of February 16, 1998.

28   6.   The document attached to the Appendix as Exhibit 13 (ORCLRS0163100-

1  04) is a true and correct copy of a license agreement between PeopleSoft, Inc. and Lane County, Oregon with an effective date of June 23, 1997.

7. The document attached to the Appendix as Exhibit 14 (ORCLRS0163040-43) is a true and correct copy of an upgrade amendment between PeopleSoft USA, Inc. and the City Of Eugene, Oregon with an effective date of April 24, 2001.  Oracle has redacted certain pricing and customer contact information from Exhibit 14.

8. The document attached to the Appendix as Exhibit 15 (ORCLRS0053220-27) is a true and correct copy of a license agreement between PeopleSoft, Inc. and Dave & Buster's, Inc. with an effective date of December 23, 1997.

9. The document attached to the Appendix as Exhibit 16 (ORCLRS0164131-35) is a true and correct copy of a license agreement between J.D. Edwards and Giant Cement Holding, Inc., with an effective date of December 31, 2002.

10. The document attached to the Appendix as Exhibit 17 (ORCLRS0810822-32) is a true and correct copy of a license agreement between Siebel Systems, Inc. and Novell, Inc. with an effective date of October 29, 1997.

11. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Rocklin, California, on March 28, 2012.

_____
Thom O'Neill