| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 10 | kringgenberg@bsfllp.com | Telephone: 650.506.4846<br>Facsimile:  650.506.7114 |
| 11 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | | jim.maroulis@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc., | |
| 14 | Oracle America, Inc. and Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>             Plaintiffs,<br><br>      v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>             Defendants. | | Case No  2:10-cv-0106-LRH-PAL<br><br>**APPENDIX OF EXHIBITS CITED IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**VOLUME 1 OF 3 (EXS. 1-28)** |

# APPENDIX OF EXHIBITS

Pursuant to Local Rule 10-3, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle") submit this Appendix Of Exhibits in support of their motion for partial summary judgment on Oracle's first claim for relief, and on Defendant Rimini Street Inc.'s ("Rimini's") second, third, and sixth affirmative defenses.

| Exhibit | Description | Volume |
|---|---|---|
| 1 | TX 4-792-578 (PeopleTools 7.5) | 1 |
| 2 | TX 5-266-221 (PeopleTools 8.10) | 1 |
| 3 | TX 7-092-819 (PeopleTools 8.48) | 1 |
| 4 | TX 4-792-575 (PeopleSoft HRMS 7.5) | 1 |
| 5 | TX 5-469-032 (PeopleSoft 8.3 HRMS) | 1 |
| 6 | TX 5-586-247 (PeopleSoft 8.4 Financials and Supply Chain Management) | 1 |
| 7 | TX 6-541-038 (Initial release of JDE EnterpriseOne 8.10) | 1 |
| 8 | TX 6-941-993 (Siebel 7.7.1 Initial Release and Documentation) | 1 |
| 9 | PeopleSoft/JDE LLC OIC Asset Transfer Agreement | 1 |
| 10 | City of Flint | 1 |
| 11 | Pittsburgh Public Schools | 1 |
| 12 | City of Des Moines | 1 |
| 13 | City of Eugene | 1 |
| 14 | City of Eugene | 1 |
| 15 | Dave & Buster's Inc. | 1 |
| 16 | Giant Cement | 1 |
| 17 | Novell | 1 |
| 18 | Rimini's Supp. Responses to Oracle's Interrogatories 7, 15, 28, 29, and 30 | 1 |
| 19 | Supp. Exhibit A to Rimini's Supp. Response to Interrogatory No. 15 | 1 |
| 20 | Supp. Exhibit B to Rimini's Supp. Response to Interrogatory No. 15 | 1 |
| 21 | Supp. Exhibit C to Rimini's Supp. Response to Interrogatory No. 15 | 1 |
| 22 | Oracle's Fifth Set of Interrogatories, Nos. 20-25 | 1 |
| 23 | Oracle's Fifth Set of Interrogatories, Nos. 20-25, Exhibit A | 1 |
| 24 | Rimini's Third Supp. Responses to Interrogatories 20-22 | 1 |
| 25 | Rimini's Third Supp. Responses to Interrogatories 20-22, First Supplemented Exhibit 1A-3 | 1 |
| 26 | Rimini's Third Supp. Responses to Interrogatories 20-22, Exhibit 1B-2 | 1 |
| 27 | Rimini's Third Supp. Responses to Interrogatories 20-22, Exhibit 1C-3 | 1 |
| 28 | Rimini's Third Supp. Responses to Interrogatories 20-22, Exhibit 5 | 1 |
| 29 | Rimini's Second Supp. Responses to Interrogatories 24-25 | 2 |
| 30 | Oracle's First Set of Requests for Admission | 2 |
| 31 | Rimini's Responses to Oracle's First Set of Requests for Admission | 2 |
| 32 | Oracle's Third Set of Requests for Admission | 2 |
| 33 | Rimini's Second Amended Responses to Oracle's Third Set of Requests for Admission | 2 |

APPENDIX OF EXHIBITS CITED IN SUPPORT OF
ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

A/74854835.1

| | | |
|---|---|---|
| 34 | Oracle's Second Amended Requests for Admission, Nos. 239-240 | 2 |
| 35 | Rimini's Responses to Oracle's Second Amended Requests for Admission No. 239-240 | 2 |
| 36 | Jeff Allen Deposition Excerpts | 2 |
| 37 | Oracle Depo. Ex. 568 | 2 |
| 38 | Oracle Depo. Ex. 570 | 2 |
| 39 | Oracle Depo Ex. 312 | 2 |
| 40 | Doug Baron Deposition Excerpts | 2 |
| 41 | Dennis Chiu Deposition Excerpts | 2 |
| 42 | Timothy Conley Deposition Excerpts | 2 |
| 43 | J.R. Corpuz Deposition Excerpts | 2 |
| 44 | RSI00479793 | 2 |
| 45 | Oracle Depo. Ex. 33 | 2 |
| 46 | Oracle Depo. Ex. 34 | 2 |
| 47 | Ray Grigsby Deposition Excerpts | 2 |
| 48 | Alecia Holmes Deposition Excerpts | 3 |
| 49 | Nambirajan Lakshmanan Deposition Excerpts | 3 |
| 50 | Beth Lester Deposition Excerpts | 3 |
| 51 | ORCLRS-RSI00910586_00598 for the file HCM101906_U.DAT | 3 |
| 52 | ORCLRS-RSI00910434_00001 for the file RS08P06_U.DAT | 3 |
| 53 | ORCLRS-RSI00910434_00155 for the file RS09P06_M.DAT | 3 |
| 54 | George Lester Deposition Excerpts | 3 |
| 55 | Oracle Depo. Ex. 809 | 3 |
| 56 | David Radtke Deposition Excerpts | 3 |
| 57 | Seth Ravin Deposition Excerpts | 3 |
| 58 | Brian Slepko Deposition Excerpts | 3 |
| 59 | Susan Tahtaras Deposition Excerpts | 3 |
| 60 | Oracle Depo. Ex. 112 | 3 |
| 61 | John Whittenbarger Deposition Excerpts | 3 |
| 62 | Krista Williams Deposition Excerpts | 3 |
| 63 | Transcript of Nov. 8, 2011 Joint Status Conference | 3 |
| 64 | Oracle Depo Ex. 38 | 3 |
| 65 | Oracle Depo Ex. 483 | 3 |
| 66 | Oracle Depo Ex. 480 | 3 |
| 67 | Second Amended Exhibit B to Oracle's Second Amended Requests for Admission, Nos. 239-240 | 3 |

DATED: March 30, 2012         BINGHAM MCCUTCHEN LLP


By:     /s/ Geoffrey M. Howard
            Geoffrey M. Howard
Attorneys for Plaintiffs Oracle USA, Inc., Oracle
     America, Inc. and Oracle International Corp.