# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
**TX 7-092-819**

**Effective date of registration:**
March 8, 2010

---

## Title
**Title of Work:** PeopleSoft PeopleTools 8.48

## Completion/Publication
**Year of Completion:** 2006
**Date of 1st Publication:** July 13, 2006      **Nation of 1st Publication:** United States

## Author
- **Author:** Oracle USA, Inc.
  **Author Created:** text, computer program
  **Work made for hire:** Yes
  **Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Oracle International Corporation
500 Oracle Parkway, Redwood Shores, CA, 94065, United States
**Transfer Statement:** By written agreement

## Limitation of copyright claim
**Material excluded from this claim:** Code and text in previous versions, including that listed
**Previous registration and year:** TX 5-586-248    2002
**New material included in claim:** Revisions, additional code and text of computer program

## Rights and Permissions
**Organization Name:** Oracle International Corporation
**Name:** Todd Adler
**Email:** todd.adler@oracle.com      **Telephone:** 650-506-4160
**Address:** 500 Oracle Parkway
Redwood Shores, CA 94065 United States

## Certification

Confidential Information                                                                                                          ORCLRS1177087

**Name:** Todd Adler
**Date:** March 8, 2010

___

Confidential Information