# EXHIBIT 5



# CERTIFICATE OF REGISTRATION

**FORM TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

OFFICIAL SEAL



**TX 5-469-032**



EFFECTIVE DATE OF REGISTRATION

_____ _____ 02
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**

PEOPLESOFT 8.3 HRMS

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give:  Volume ▼         Number ▼         Issue Date ▼         On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
PEOPLESOFT, INC.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[✓] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _U.S.A._
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes  [✓] No
Pseudonymous?  [ ] Yes  [✓] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
COMPUTER SOFTWARE PROGRAM

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
     { Domiciled in ▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?  [ ] Yes  [ ] No
Pseudonymous?  [ ] Yes  [ ] No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

## 3

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2001 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month NOVEMBER    Day 02    Year 2001
U.S.A.    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

PEOPLESOFT, INC.
4305 HACIENDA DRIVE, SUITE 120
PLEASANTON, CA 94588

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space

**APPLICATION RECEIVED**
FEB 01 2002

**ONE DEPOSIT RECEIVED**
FEB 01 2002

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

ORCL00180677

ORCLRS0008501

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
   Yes

FORM TX

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☑ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▶                    Year of Registration ▶  2000

**5**

**DERIVATIVE WORK OR COMPILATION**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
PREVIOUSLY PUBLISHED VERSIONS

**6**

See instructions
before completing
this space

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
NEW AND REVISED SOFTWARE CODE

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                Account Number ▼

PEOPLESOFT, INC.                                        DA084719

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.    Name/Address/Apt/City/State/ZIP ▼
PEOPLESOFT, INC.
ATTN: GIGI REMINGTON
4305 HACIENDA DRIVE, SUITE 120
PLEASANTON, CA 94588

Area code and daytime telephone number ▶ (925) 694-8295              Fax number ▶ (925) 694-7184
Email ▶ gigi_remington@peoplesoft.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
                                  ☐ author
Check only one ▶               ☐ other copyright claimant
                                  ☐ owner of exclusive right(s)
                                  ☑ authorized agent of  PEOPLESOFT, INC.
of the work identified in this application and that the statements made                Name of author or other copyright claimant, or owner of exclusive right(s) ▲
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
GIGI REMINGTON                                                        Date ▶ 1/31/02

Handwritten signature (X) ▼
X _Gigi Remington_

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
PEOPLESOFT, INC.
ATTN: GIGI REMINGTON
Number/Street/Apt ▼
4305 HACIENDA DRIVE, SUITE 120
City/State/ZIP ▼
PLEASANTON, CA 94588

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

As of
July 1,
1999,
the
filing
fee for
Form TX
is $30.

*17 U.S.C. § 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.
June 1999—200,000
WEB REV. June 1999                                                              ☆U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/49

ORCL00180678
ORCLRS0008502

# CONTINUATION SHEET
# FOR APPLICATION FORMS

**FORM TX /CON**
UNITED STATES COPYRIGHT OFFICE

RF

**TX 5-469-032**

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|---|---|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATE OF REGISTRATION

2 (Month)  1 (Day)  02 (Year)

CONTINUATION SHEET RECEIVED

FEB 01. 2002

Page 3 of 4 pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA, only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space for all the information you need to give on the basic form, use this Continuation Sheet and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of Space 2 on the basic application. Space B is not applicable to Short forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)
  PEOPLESOFT 8.3 HRMS
- NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form or Space 2 of any of the Short Forms PA, TX, or VA.)
  PEOPLESOFT, INC.

## B
**Continuation of Space 2**

**d**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼     Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**e**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼     Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born▼     Year Died▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No   If the answer to either of these questions is "Yes," see detailed instructions
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.

ORCL00180679
ORCLRS0008503

**CONTINUATION OF** (Check which):   [ ] Space 3   [ ] Space 4   [✓] Space 6

PEOPLESOFT 8.3 HRMS:

# C
Continuation
of other
Spaces

Benefits Administration
eBenefits
eCompensation
eCompensation Manager Desktop
eDevelopment
eEquity
ePay
eProfile
eProfile Manager Desktop
eRecruit
eRecruit Manager Desktop
FSA Administration
Global Payroll Core
Global Payroll for Australia
Global Payroll for France
Global Payroll for Germany
Global Payroll for Hong Kong
Global Payroll for Italy
Global Payroll for Japan
Global Payroll for Mexico
Global Payroll for Spain
Global Payroll for Switzerland
Global Payroll for UK
HRMS Portal Pack
Human Resources
Payroll for North America
Payroll Interface
Pension Administration
Resume Processing
Stock Administration
Time and Labor

Certificate will be mailed in window envelope to this address:

Name ▼
PEOPLESOFT, INC.
ATTN: GIGI REMINGTON
Number/Street/Apt ▼
4305 HACIENDA DRIVE, SUITE 120
City/State/ZIP ▼
PLEASANTON, CA 94588

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to *Register of Copyrights*
3. Deposit Material

**MAIL TO:**
Library of Congress, Copyright Office
101 Independence Avenue S E
Washington, D C 20559-6000

# D

Fees are effective through June 30, 2002. After that date, check the Copyright Office Website at www.loc.gov/copyright or call (202) 707-3000 for current fee information.

November 1999-30,000
WEB REV June 1999      PRINTED ON RECYCLED PAPER      * U S GOVERNMENT PRINTING OFFICE  2000-461-113/78

ORCL00180680
ORCLRS0008504