# EXHIBIT 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## TX 6-941-993

**Effective date of
registration:**

June 29, 2009

## Title

**Title of Work:** Siebel 7.7.1 Initial Release and Documentation

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** September 15, 2004    **Nation of 1st Publication:** United States

## Author

■    **Author:** Siebel Systems, Inc.

**Author Created:** text, computer program

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Siebel Systems, Inc.

500 Oracle Parkway, Redwood City, CA, 94065, United States

**Copyright Claimant:** Oracle International Corporation

500 Oracle Parkway, Redwood City, CA, 94065, United States

**Transfer Statement:** By exclusive license

## Limitation of copyright claim

**Material excluded from this claim:** text, computer program, Preexisting software code and text.

**New material included in claim:** text, computer program, Revisions, additional software code and text.

## Certification

**Name:** Shameek Ghose

**Date:** June 29, 2009

ORCL00726668
ORCLRS0045170

ORCL00726669
ORCLRS0045171

**IPN#:**

**Registration #:**   TX0006941993

**Service Request #:**   1-207386782

Bingham McCutchen, LLP
Shameek Ghose
2020 K Street
Washington, DC 20006-1806  United States

ORCL00726670

ORCLRS0045172