**EXHIBIT 19**

**SUPPLEMENTAL EXHIBIT A - PEOPLESOFT LICENSES**

| CUSTOMER | PEOPLESOFT SOFTWARE LICENSE (BEG BATES NO) | TERMS |
|---|---|---|
| A. O. Smith Corporation | ORCLRS0052235 | 1, 4, 14, 16 |
| A. O. Smith Corporation | ORCLRS0052246 | 1, 2 |
| Abilene ISD | ORCLRS0162791 | 1, 9, 14 |
| Ace Parking Mangement Inc | ORCLRS0003485 | 1, 4, 14, 17 |
| Ace Parking Mangement Inc | ORCLRS0003493 | 1, 2 |
| Acushnet Company | ORCLRS0001539 | 1, 4, 14, 19 |
| AGCO Corporation | ORCLRS0202352 | 1, 9, 14 |
| Alcatel-Lucent, Compagnie Financiere | ORCLRS0068289 | 1, 2, 15, 17 |
| Alcon Laboratories, Inc | ORCLRS0065130 | A, G |
| Alcon Laboratories, Inc | ORCLRS0195175 | 1, 2 |
| Aleut Management Services, LLC | ORCLRS0667251 | 1, 2 |
| Allianz Life Insurance Company | ORCLRS0055590 | 1, 4, 14, 16 |
| Allied Systems Holdings | ORCLRS1329827 | 1, 4, 14, 16 |
| Altera Corp. | ORCLRS0194020 | 1, 2, 7 |
| American Century Services, LLC | ORCLRS0201388 | 1, 4, 14, 16 |
| American Commerical Line LLC | ORCLRS0056811 | 1, 4, 14, 16 |
| American Council on Education | ORCLRS0049790 | 1, 12, 14 |
| American Media Operations, Inc. | ORCLRS0052213 | 1, 10, 15 |
| AmeriGas Propane L.P. | ORCLRS0212630 | 1, 4, 14, 16 |
| Anadarko Petroleum Corporation | ORCLRS0200406 | A, F |
| Anadarko Petroleum Corporation | ORCLRS0200511 | 1, 2 |
| AS America, Inc. | ORCLRS0659161 | 1, 2, 7 |
| ASTAR Air Cargo, Inc. | ORCLRS0003652 | 1, 9, 14 |
| AT&T (J Jill) | ORCLRS1300158 | 1, 4, 14, 16, |
| AT&T Services, Inc. | ORCLRS1303597 | 1, 9, 14 |
| Bank of America N.A. | ORCLRS0335919 | 1, 2, 7 |
| Bausch & Lomb Incorporated | ORCLRS0177209 | 1, 2, 7 |
| Baxter Healthcare - HRIT Corp Systems | ORCLRS0048017 | 1, 2, 7 |
| Bd of Water Works Trustee Des Moines IA | ORCLRS1299669 | 1, 4, 14, 16 |
| Bear Stearns & Co | ORCLRS0048294 | 1, 4, 14 |
| Bear Stearns & Co | ORCLRS0048338 | 2, 12 |
| Belvedere International, Inc | ORCLRS0661693 | 1, 9, 14 |
| Big Lots Stores, Inc. | ORCLRS0052625 | 1, 4, 14 |
| Big Lots Stores, Inc. | ORCLRS0048432 | 1, 2 |
| Birdville Independent School District | ORCLRS0162814 | 1, 9, 14 |
| Black Box Network Services | ORCLRS1327717 | 1, 4, 14, 16 |
| Black Box Network Services | ORCLRS1327714 | 1, 2 |
| Blue Cross and Blue Shield of Kansas | ORCLRS0055666 | 1, 9, 17 |
| Blue Cross and Blue Shield of Kansas | ORCLRS0060527 | 1, 2 |
| Blue Diamond Growers | ORCLRS0003691 | 1, 14 |
| Brazoria County | ORCLRS0162838 | 1, 4, 14 |
| California Water Services Group | ORCLRS0003717 | 1, 4, 14, 16 |
| Canon Development America | ORCLRS1289006 | 1, 4, 14, 16 |
| Canon Development America | ORCLRS1319461 | 1, 2 |
| Capital District Health Authority | ORCLRS1327899 | 1, 4, 14, 17 |

**SUPPLEMENTAL EXHIBIT A - PEOPLESOFT LICENSES**

| | | |
|---|---|---|
| Carroll Enterprises, Inc. | ORCLRS0201681 | 1, 4, 12, 14 |
| CC Industries | ORCLRS0066355 | 1, 4, 14, 17 |
| CCH Incorporated | ORCLRS0194556 | 1, 4, 14, 16 |
| City of Boise, Idaho | ORCLRS0162871 | 1, 4, 14, 16 |
| City of Des Moines | ORCLRS0162923 | 1, 4, 14, 16 |
| City of Eugene | ORCLRS0163100 | 1, 4, 14, 16 |
| City of Eugene | ORCLRS0163040 | 1, 2, 11 |
| City of Flint Michigan | ORCLRS0004135 | 1, 4, 14, 16 |
| City of Huntsville Alabama | ORCLRS0057301 | 1, 9, 14 |
| City of Mesa, Arizona | ORCLRS0163199 | 1, 4, 14 |
| City of Norfork, Virginia | ORCLRS0199009 | 1, 4, 14, 16 |
| City of Ontario California | ORCLRS0163255 | 1, 4, 14, 16 |
| City of Overland Park, Kansas | ORCLRS1298873 | 1, 4, 14, 19 |
| City Utilities of Springfield, Missouri | ORCLRS0163315 | 1, 4, 14, 16 |
| CKE Restaurants, Inc. | ORCLRS0052957 | 1, 4, 14, 16 |
| Clear Channel Management Services LP | ORCLRS0067412 | 1, 9, 15 |
| Commerce Bancshares Inc | ORCLRS0063972 | 1, 4, 14, 16 |
| CompuCom Systems Inc | ORCLRS0199964 | A, H |
| CompuCom Systems Inc | ORCLRS0053048 | 1, 2 |
| ConAgra Foods Inc | ORCLRS0053112 | 1, 9, 16 |
| Convergys | ORCLRS0212707 | 1, 4, 14 |
| Cooper Tire & Rubber Company | ORCLRS0212937 | 1, 4, 14 |
| Cornell University | ORCLRS0662986 | 1, 4, 14 |
| Correctional Medical Services | ORCLRS0163531 | 1, 9, 17 |
| County of Kent, Michigan | ORCLRS0083159 | 1, 4, 14 |
| Cowlitz County, Washington | ORCLRS0053129 | 1, 4, 14 |
| Dana Limited | ORCLRS0053192 | 1, 4, 14 |
| Dana Limited | ORCLRS0053204 | 1, 2 |
| Dave & Buster's, Inc. | ORCLRS0053220 | 1, 4. 14 |
| DecoPac, Inc. | ORCLRS0163531 | 1, 9, 17 |
| Delta Dental Plan of Michigan, Inc. | ORCLRS0053291 | 1, 4, 14 |
| Detroit Public Schools | ORCLRS0060350 | 1, 4, 14 |
| Deutsche Post IT Services GmbH | ORCLRS0176636 | 1, 4, 14 |
| Dick's Sporting Goods, Inc. | ORCLRS0163554 | 1, 4, 14 |
| Dobbs Temp Svc d/b/a ProStaff Personnel | ORCLRS0194187 | 1, 4, 14 |
| Dobbs Temp Svc d/b/a ProStaff Personnel | ORCLRS0194107 | 1, 4, 10, 16 |
| Dofasco, Inc. | ORCLRS0163600 | A, H |
| Dofasco, Inc. | ORCLRS0163640 | 1, 2 |
| Dolby Laboratories, Inc. | ORCLRS0608261 | 1, 9, 14 |
| Drugstorecom, Inc. | DRUGSTORE-SUB0068 | 1, 2, 7 |
| Dynamics Research Corp | ORCLRS0660399 | 1, 9, 14 |
| East Bay Municipal Utility District | ORCLRS0053334 | 1, 4, 14, 18 |
| East Bay Municipal Utility District | ORCLRS0053379 | 1, 2 |
| Easter Seals New Hampshire | ORCLRS0665229 | 1, 9, 14 |
| Educate Inc | ORCLRS1335791 | 1, 9, 14 |
| El Camino Hospital | ORCLRS129837 | 1, 6, 10 |
| Empire District Electric Company | ORCLRS0065550 | 1, 4, 14, 16 |

| Company | License | Codes |
|---|---|---|
| Empire State Development Corporation | ORCLRS0163664 | 1, 9, 14 |
| ENSCO International Incorporated | ORCLRS0163734 | 1, 9, 14 |
| Express, LLC (Canadian Tax) | ORCLRS0203425 | 1, 2, 5 |
| Factory Mutual Insurance Company | ORCLRS0193271 | 1, 4, 14 |
| Factory Mutual Insurance Company | ORCLRS0200995 | 1, 2 |
| Fairchild Semiconductor | ORCLRS0053711 | 1, 4, 14 |
| Federated Services Company | ORCLRS0057982 | 1, 4, 14 |
| Federated Services Company | ORCLRS0058012 | 1, 2 |
| Ferreilgas, Inc. | ORCLRS1172512 | 1, 14, 16 |
| FileNet Corporation (IBM) | ORCLRS0163803 | 1, 9, 14 |
| Frederick County IIT | ORCLRS0666915 | 1, 4, 14 |
| Fundamental Administrative Services LLC | ORCLRS0050555 | JDE |
| Future Farmers of America Incorporated (FFA) | ORCLRS0203331 | 1, 10, 16 |
| Gemological Institute of America | ORCLRS0665126 | 1, 4, 14 |
| Genesis HealthCare | ORCLRS0062996 | 1, 9, 14 |
| Genesis HealthCare Systems | ORCLRS0053845 | 1, 4, 14 |
| Genesis HealthCare Systems | ORCLRS0053865 | 1, 2 |
| Harkins Builders, Inc. | ORCLRS1298447 | 1, 9, 14 |
| Harry & David Operations, Inc. | ORCLRS1322113 | 1, 4, 14, 16 |
| Harte-Hanks, Response Management/Austin | ORCLRS1171095 | 1, 4, 14 |
| Hastings Entertainment | ORCLRS0164167 | 1, 4, 14 |
| Haworth, Inc. | ORCLRS0053872 | 1, 4, 14 |
| Heald College, LLC | ORCLRS064264 | 1, 9, 14 |
| Health Shared Services BC | ORCLRS0659996 | 1, 9, 14 |
| Heritage Valley Health Systems | ORCLRS0050605 | 1, 4, 14 |
| HH Gregg Appliances Inc | ORCLRS0067467 | 1, 9, 14 |
| Hickory Tech Corp | ORCLRS0164284 | 1, 9, 14 |
| Hitachi Global Storage Technologies Inc | ORCLRS0340718 | 1, 13, 15 |
| Honeywell International, Inc. | ORCLRS0053974 | 1, 14, 15, 19 |
| Honeywell International, Inc. | ORCLRS0054064 | 1, 4, 14 |
| Hoover Materias Handling | ORCLRS0204840 | 1, 9, 14 |
| HRB Tax Group, Inc. | ORCLRS1304191 | 1, 4, 14, 16 |
| Hydro One Networks, Inc. | ORCLRS0667069 | 1, 4, 14, 16 |
| Informatica Corp | ORCLRS0005987 | 1, 4, 14 |
| ING North America Insurance Corporation | ORCLRS0200866 | 1, 4, 14, 16 |
| Integrys Business Support, LLC | ORCLRS0166253 | 1, 2, 14, 15 |
| Inter-American Development Bank | ORCLRS0202829 | A |
| Irish Life & Permanent | ORCLRS1321564 | C, K, Q |
| J Jill | ORCLRS1300158 | 1, 4, 14, 16, |
| J. B. Hunt Transport, Inc. | ORCLRS0050747 | 1, 4, 14, 16 |
| JBS USA, LLC | ORCLRS0165626 | 1, 10, 17 |
| Jones Lang Lasalle Americas, Inc. | JLLASALLE-SUB05589 | 1, 4, 15, 17 |
| Kansas City Board of Public Utilities | ORCLRS1337309 | A1, A10, I |
| Kansas City Power & Light Company | ORCLRS0197089 | A |
| Kaweah Delta Health Care District | ORCLRS1335544 | 1, 15, 17 |
| Kelly Services | ORCLRS0242354 | D, K, C |
| Kichler Lighting | ORCLRS1165133 | 1, 4, 14, 20 |

**SUPPLEMENTAL EXHIBIT A - PEOPLESOFT LICENSES**

| | | |
|---|---|---|
| Knoxville Utilities Board | ORCLRS0164366 | 1,, 4, 10, 15 |
| Knoxville Utilities Board (upsell) | ORCLRS0164366 | A |
| Koch Business Solutions, LP | ORCLRS0195602 | A |
| La Madeleine de Corps, Inc. | ORCLRS0195924 | 1, 9, 14 |
| Lifeway Christian Resources | ORCLRS1334745 | A1 |
| Limited Stores | ORCLRS0203425 | 1, 2, 5 |
| Liz Claiborne | ORCLRS1162582 | 1, 10, 15 |
| Lone Star Business Solutions | ORCLRS0054240 | 1, 14, 16 |
| Louisville Jefferson County Metro Government | ORCLRS1331052 | 1, 14, 16 |
| Lower Colorado River Authority | ORCLRS1331750 | 1, 4, 14, 16 |
| Lucas County, OH | ORCLRS1289324 | 1, 9, 32 |
| MaineGeneral Medical Center - IT Div. | ORCLRS0241852 | C, K, Q |
| Maricopa County, Arizona | ORCLRS1301141 | 1, 9, 14 |
| Markel Corporation | ORCLRS0049168 | 1, 9, 14 |
| Matheson Trucking, Inc. | ORCLRS0203412 | 1, 4, 14 |
| McKee Foods Corporation | ORCLRS0164397 | A |
| McKee Foods Corporation | ORCLRS0164409 | 1, 2 |
| McLennan County, Texas | ORCLRS0063066 | 1, 14, 24 |
| MeadWestvaco Corporation | ORCLRS1167120 | 1, 4, 14, 16 |
| MeadWestvaco Corporation | ORCLRS1167479 | 1, 2 |
| MeadWestvaco Corporation | ORCLRS1167134 | 1, 2 |
| Medtron Software Intelligence Corp | ORCLRS0164465 | 1, 9, 14 |
| Meskwaki Bingo Casino Hotel | ORCLRS0203877 | 1, 9, 14 |
| Metro Vancouver | ORCLRS0055775 | 1, 4, 14, 16 |
| Michigan Education Special Services | ORCLRS0164506 | 1, 9, 14 |
| Millennium Pharmaceuticals, Inc. | ORCLRS1171119 | 1, 4, 10, 16 |
| MillerCoors LLC | ORCLRS0065524 | 1, 4, 14, 17 |
| Moraine Park Technical College | ORCLRS1164071 | 1, 4, 14, 16 |
| Mosaic | ORCLRS0179191 | 1, 4, 13, 16 |
| Municipal Employees Retirement System | ORCLRS0197427 | 1, 4, 14, 16 |
| Municipal Employees Retirement System | ORCLRS0197458 | 1, 2 |
| Municipality of Anchorage, Alaska | ORCLRS0049232 | 1, 4, 14, 16 |
| Mutual of Omaha Insurance Company | ORCLRS0049266 | 1, 4, 14, 16 |
| National Grid USA Service Company, Inc. | ORCLRS0195029 | 1, 14, 16, 22 |
| NBC Universal, Inc. | ORCLRS1319604 | 1, 4, 14, 16 |
| NBC Universal, Inc. | ORCLRS1319549 | 2, 7, 8 |
| NBC Universal, Inc. | ORCLRS1319698 | 1, 2 |
| NEC Corporation of America | ORCLRS1320519 | 1, 4, 14, 18 |
| Norwegian Cruise Line | ORCLRS0164619 | 2 |
| Norwegian Cruise Line | ORCLRS0164629 | 1, 2 |
| Novell, Inc. | ORCLRS0811009 | 1, 4, 14, 16 |
| Oakland County IT | ORCLRS1164847 | 1, 4, 14, 16 |
| Oakland County IT | ORCLRS1164530 | 1, 9, 14 |
| Oakland County IT | ORCLRS1164685 | 1, 2 |
| Oklahoma Publishing Company | ORCLRS0049391 | 1, 4, 14 |
| Okuma Merica | ORCLRS1333151 | 1, 9, 14 |
| Olin Corporation | ORCLRS0197729 | 1, 4, 14 |

**SUPPLEMENTAL EXHIBIT A - PEOPLESOFT LICENSES**

| | | |
|---|---|---|
| Olin Corporation | ORCLRS0054480 | 1, 2 |
| On Assignment, Inc | ORCLRS0054497 | 1, 9, 14 |
| Ontario Lottery and Gaming Corp. | ORCLRS0164953 | 1, 4, 14 |
| Overwaitea Food Group, LP | ORCLRS0059040 | 1, 4, 14 |
| PDI, Inc. | ORCLRS0197010 | 1, 4, 10, 15 |
| Pepsi Americas, Inc. | ORCLRS0066999 | 1, 4, 14 |
| PETCO Animal Supplies Stores | ORCLRS0054528 | 1, 4, 14, 16 |
| Petroleum Geo Services ASA | ORCLRS0245241 | 1, 4, 14 |
| PetSmart, Inc. | ORCLRS0197595 | 1, 9, 17 |
| Philadelphia Corp for Aging | ORCLRS0007390 | 1, 4, 14 |
| Phillips Plastics Corporation | ORCLRS1163451 | 1, 4, 14, 16 |
| Piggly Wiggly Carolina Company, Inc. | ORCLRS0198428 | 1, 4, 14, 17 |
| Pillsbury Winthrop Shaw Pittman LLP | ORCLRS0054657 | 1, 9, 14 |
| Pinnacle Health | ORCLRS1333345 | 1, 9, 14 |
| PLATO Learning, Inc. | ORCLRS0422047 | 1, 9, 14 |
| QuadGraphics | ORCLRS0007508 | 1, 9, 14 |
| QuadraMed Affinity Corporation | ORCLRS0203287 | 1, 4, 12, 14 |
| Rain Bird Corp., Corporate Division | ORCLRS0198289 | 1, 4, 14, 15, 17 |
| Remy International Inc | ORCLRS0007534 | 1, 9, 14 |
| Remy International Inc | ORCLRS0054696 | 1, 2 |
| Remy International Inc | ORCLRS0054687 | 1, 4, 14 |
| Richardson Electronics Ltd | ORCLRS0067774 | 1, 12, 14 |
| Richardson Electronics Ltd | ORCLRS0067998 | 1, 4, 14 |
| Robert Half International, Inc. | ORCLRS0054766 | 1, 4, 14 |
| Robert Half International, Inc. | ORCLRS0054770 | 1, 4, 14 |
| Rochester City School District | ORCLRS1332702 | 1, 14, 16 |
| Roman Catholic Diocese of Providence | ORCLRS1287158 | 1, 4, 14, 16 |
| Ross Dress for Less, Inc. | ORCLRS0054885 | 1, 9, 16 |
| Ross Dress for Less, Inc. | ORCLRS0054923 | 1, 9 |
| Ross Dress for Less, Inc. | ORCLRS0054900 | 1, 4, 14 |
| Sager Electronics | ORCLRS1334803 | 1, 4, 14, 16 |
| Saint Barnabas Health Care System | ORCLRS0007945 | 1, 4, 14 |
| Santa Fe Natural Tobacco Company | ORCLRS0165038 | 1, 9, 14 |
| Schoenecker, Inc. | ORCLRS0199438 | 1, 4, 14 |
| Scholastic Inc. | ORCLRS1170640 | 1, 4, 14, 16 |
| School District of Pittsburgh | ORCLRS0164981 | 1, 4, 10, 15 |
| Security Benefit Corporation | ORCLRS1162950 | 1, 4, 14 |
| Security Benefit Corporation | ORCLRS1163349 | 1, 2 |
| Select Family | ORCLRS1329415 | C., K., Q. |
| SFN Group (Spherion) | ORCLRS1163812 | 1, 4, 14, 16 |
| SFN Group (Spherion) | ORCLRS1163886 | 2, 9 |
| Shawnee Missing School District | ORCLRS0197799 | 1, 4, 14, 16 |
| Shawnee Missing School District | ORCLRS0197794 | 1, 2 |
| ShopKo Stores Operating Company | ORCLRS0165123 | 1, 4, 14 |
| ShopKo Stores Operating Company | ORCLRS0165148 | 1, 3 |
| Siemens Medical Solutions USA, Inc. | ORCLRS0165261 | K, V.(N) |
| Simon Property Group LP | ORCLRS0055059 | 1, 4, 14 |

**SUPPLEMENTAL EXHIBIT A - PEOPLESOFT LICENSES**

| | | |
|---|---|---|
| Smurfit Stone Container Corporation | ORCLRS0203896 | 1, 4, 14 |
| Spokane County, Washington | ORCLRS0055085 | 1, 4, 14 |
| St. Luke's Cornwall Hospital | ORCLRS0203134 | 1, 4, 14 |
| St. Luke's Hospital | ORCLRS0203135 | 1, 4, 14, 17 |
| Staffmark | ORCLRS0810865 | 1, 4, 14, 16 |
| Star Tribune | ORCLRS1293579 | 1, 4, 14, 16 |
| Star Tribune | ORCLRS1163557 | 1, 4, 14, 16 |
| Steak n Shake Company | ORCLRS1175896 | 1, 4, 13, 16 |
| Summit - Children's Health System | ORCLRS0004103 | 1, 9, 14 |
| Summit - LINC Facilities | ORCLRS0058881 | 1, 9, 14 |
| Summit - Shands Healthcare | ORCLRS0055037 | 1, 9, 14 |
| Suncor Energy Services Inc. | ORCLRS1289723 | 1, 4, 13, 16 |
| Surgical Care Affiliates, LLC | ORCLRS0190334 | 1, 4, 13, 16 |
| Sybase, Inc. | ORCLRS0065820 | A |
| Sybase, Inc. | ORCLRS0065835 | 1, 2 |
| Terra Industries, Inc. | ORCLRS0165834 | 1, 4, 14, 16 |
| Toshiba America Information Systems | ORCLRS0055232 | 1, 4, 14, 16 |
| Toys R Us | ORCLRS1334571 | A1 |
| Tribune Company | ORCLRS0202755 | 1, 4, 14, 16 |
| Tribune Company | ORCLRS0202706 | 1, 2 |
| U.S. Steel Canada Inc. | ORCLRS1294467 | 3, 6, 23 |
| UMUC | ORCLRS1333538 | 1, 14, 16 |
| Union Pacific Railroad Company | ORCLRS1166045 | 1, 4, 14, 17 |
| USi | ORCLRS1329619 | 1, 12, 14 |
| USI - Bayshore Community Hospital | ORCLRS0166618 | 1, 9, 14 |
| USi - Chipotle Mexican Grill Inc | ORCLRS0233239 | C, K |
| USi - Express LLC | ORCLRS0203425 | 1, 2, 5 |
| USi - GMAC Insurance | ORCLRS1171920 | 1, 4, 14, 16 |
| USi - InterGen | ORCLRS1338052 | 1, 9, 14 |
| USi - Limited | ORCLRS0203425 | 1, 2, 5 |
| Valassis Communications, Inc. | ORCLRS0191561 | 1, 4, 14, 16 |
| Vanderbilt University | ORCLRS0055283 | 1, 4, 14 |
| Vanderbilt University | ORCLRS0051820 | 1, 2 |
| Virginia Farm Bureau Federation | ORCLRS0166120 | A |
| Virginia Farm Bureau Federation | ORCLRS0202969 | 2, 11 |
| Visteon Corporation | ORCLRS0051921 | 1, 9, 14 |
| VITAS Hospice Services, LLC | ORCLRS0166202 | A |
| Wendy's International, Inc. | WENDYS-SUB00139 | 1, 4, 14, 16 |
| Weyerhaeuser Company NR | ORCLRS0181330 | 1, 4, 14 |
| Weyerhaeuser Company NR | ORCLRS0181363 | 1, 2 |
| Winn-Dixie Stores, Inc. | ORCLRS0052441 | 1, 4, 14, 16 |
| Yavapai College | ORCLRS0166351 | 1, 4, 14 |
| Young America Corporation | ORCLRS0196255 | 1, 4, 13, 16 |
| YRC Worldwide Technologies Inc. | ORCLRS1299529 | 1, 4, 14, 16 |
| YUM Restaurant Services Group, Inc. | ORCLRS0191098 | 1, 9, 16 |
| YUM Restaurant Services Group, Inc. | ORCLRS0200310 | 1, 4, 10, 16 |
| YUM Restaurant Services Group, Inc. | ORCLRS0177297 | 1, 4, 14, 16 |

**SUPPLEMENTAL EXHIBIT A - PEOPLESOFT LICENSE**S

| YUM Restaurant Services Group, Inc. | ORCLRS0065328 | 1, 4, 14 |