# EXHIBIT 20

SUPPLEMENTAL EXHIBIT B - JDE LICENSES

| Customer | JDE SOFTWARE LICENSE (BEG BATES No.) | PROVISIONS |
|---|---|---|
| Access Intelligence, LLC | ORCLRS0661725 | Art I ¶ 8; Art II (1), (3); Art V 9(A), 9© |
| ACM Technologies, Inc. | ORCLRS0659887 | ¶1, 2, 3, 6 |
| Alps Electric North America | ORCLRS0212607 | Art I, Art II 1-3, Art IV 2 |
| Alps Electric North America | ORCLRS0212552 | Art II 1-3; ¶1, 5, 4 |
| American Golf Corporation | ORCLRS0661817 | Art I (8), (12); ART II ¶ 1, 2, 3; ART V ¶ 9 |
| Aspen Ski Company | ORCLRS0192916 | Art I ¶ 8, ¶ 1, 5, License Grant |
| Awana Clubs International | ORCLRS0662041 | Art II ¶ 1, 2; ART V ¶ 2 |
| BJ Services Company, U.S.A. | ORCLRS0662680 | Art II ¶ 1, 2; ART V ¶ 2 |
| Blockbuster, Inc. | ORCLRS1321907 | E  H  I |
| Canson, Inc. | ORCLRS0192507 | ¶ 2, 3, 6 |
| Cardinal Health | ORCLRS1328127 | Art II ¶ 1, 2; Art V ¶ 2 |
| Casella Waste Systems | ORCLRS0204044 | License Grant, ¶1 ,5 |
| Casella Waste Systems | ORCLRS0204080 | Art I ¶ 8; Art II 1, 2, 3; Art V ¶ 9 |
| Caterpillar | ORCLRS0202589 | Art I ¶ 1, 2, 4(B), 4(C); Art IV ¶ 2, 3; Art V ¶ 3 |
| Cemex Central S.A. de C.V. | ORCLRS0180540 | Art II ¶ 1, 2; Art V ¶ 9; Art I ¶ 1, 4; Art V ¶ 3 |
| Cemex Central S.A. de C.V. | ORCLRS0180585 | .540=EN ESPANOL Art II ¶ 1; Art IV ¶ 2 |
| Cerro Flow Products, Inc. | ORCLRS0204661 | 661=License Grant, Art II ¶ 1, 2; Art V ¶ 2 |
| Cerro Flow Products, Inc. | ORCLRS0204815 | (815) Art I ¶ 2; Art IV ¶ 2, 3 |
| CertainTeed Gypsum N. A. Services, Inc | ORCLRS1321108 | Art I; Art II ¶ 1, 2, 3; Art V ¶ 1, 2 |
| City of Medicine Hat | ORCLRS0004158 | Art II ¶ 1, 2; Art V ¶ 2 |
| City of Overland Park, Kansas | ORCLRS1299139 | ¶ 1, 4 |
| City of Rochester Hills | ORCLRS0192074 | Art I ¶ 8, 12; Art II ¶ 1, 2, 3 |
| City of Waukesha | ORCLRS0661871 | License Grant, ¶ 1, 4, 5 |
| Conestoga Wood Specialities Corp. | ORCLRS0661996 | Art II, License Grant, License Restrictions, Art IV ¶ 4, Art XI ¶ |
| Conwood Company | ORCLRS0163391 | Art I ¶8 12; Art II¶ 1, 2, 3 |
| Corporation Uniland S.A. | ORCLRS1298830 | Art I; Art II; Art IV ¶ 3, 4 |
| David C. Cook | ORCLRS0163420 | Art I ¶ 8, 12; Art II ¶ 1, 2, 3 |
| Douglas County, Wisconsin | ORCLRS0192980 | 980=Art II ¶ 1, 2; Art V ¶ 2; 997=¶ A,H |
| Douglas County, Wisconsin | ORCLRS0192997 | (997) G H |
| Ermenegildo Zegna Co. | ORCLRS0664711 | ¶ 1, 5, 4 |
| Ermenegildo Zegna Co. | ORCLRS0664690 | Art II ¶ 1, 2, 3, 5; Art I ¶ 8 1-3; Art IV ¶ 2 |
| Evergreen Packaging, Inc. | ORCLRS1319795 | Art I; Art II ¶ 1, 2, 3; Art V ¶ 2 |
| F.A.P.S., Inc. | ORCLRS0664392 | License Grant |
| Fintube Technologies, Inc. | ORCLRS0163839 | Art II ¶ 1-2; Art III ¶ 1; Art V ¶2 |
| First Service Networks | ORCLRS1296827 | Art I; Art II ¶ 1, 2, 3; Art V ¶ 2 |
| Gables Residential Trust | ORCLRS0664647 | Art I, ¶ 8; Art II, ¶ 1-3; Art I, ¶ 8; Art II, ¶ 1-3 |
| Giant Cement Holding, Inc. | ORCLRS0164131 | Art II; Art IV |
| Hillsborough County Sheriff's Office | ORCLRS0204585 | Art I ¶ 8; Art II ¶ 1-3; Art III ¶ 1 |
| HL Operating Corporation | ORCLRS0204444 | Art I ¶ 8; Art II ¶ 1-3; Art VII ¶ 1 |
| Hoover Materials Handling Group, Inc. | ORCLRS0204879 | Art I ¶ 8; Art II ¶ 1-3; Art III ¶ (D) |
| Incline Village Gen. Improvement Dist. | ORCLRS1172564 | License Grant, ¶ 1, ¶ 4, ¶ 5 |
| Jackson Energy Authority | ORCLRS1172596 | Art I ¶ 8, 12; Art II ¶ 1-3; Art III ¶ 1 |

**SUPPLEMENTAL EXHIBIT B - JDE LICENSES**

| | | |
|---|---|---|
| JALPAK International America, Inc | ORCLRS0006564 | License Grant, ¶ 1, 4, 5 |
| JALPAK International America, Inc | ORCLRS0006611 | ¶ 1, 2, 11 |
| John Brooks Company Limited | ORCLRS1162544 | Art I ¶ 8; Art II ¶ 1-3 |
| Johnson Outdoors Inc. | ORCLRS0164358 | Art II, IV |
| K&W Cafeterias Inc | ORCLRS0191290 | ¶ 1, 4, 5 |
| Laticrete International, Inc. | ORCLRS1162843; ORCLRS1162861 | ¶ 1, 4, 5; Art I ¶ 8; Art II ¶ 1-2; Art III |
| Liz Claiborne | ORCLRS1162742; ORCLRS1168294; ORCLRS1162714 | A, C, I; Art I ¶ 8; Art II ¶ 1-3; Art III |
| Massey Ferguson Group | ORCLRS0202601 | ¶ 1, 2, 6 |
| Master Halco, Inc. | ORCLRS0204219; ORCLRS0204298 | ¶ 1, 2, 4 (C); Art II; Art V ¶ 3 |
| MeadWestvaco Corporation | ORCLRS1167169 | ¶ A, B, I |
| MZ Berger & Company, Inc. | ORCLRS0204096 | Art I ¶ 1-2; Art III; Art V ¶ 2 |
| National Envelope Corporation | ORCLRS1162657 | Art II ¶ 1-2; Art V ¶ 2 |
| NMTC, Inc. dba Matco Tools | ORCLRS0662088 | Art. I, Art. II ¶ 1, 2 Art. IV ¶ 2, 3 |
| Pitney Bowes | ORCLRS0191018 | Art II ¶ 1, 2; Art III ¶ 1 (E); Art V ¶ 2 |
| Pitney Bowes | ORCLRS0191091 | A, B, I |
| PSS World Medical, Inc. | ORCLRS1168866 | Art II ¶ 1-2; Art III; Art IV ¶ 2; Art V |
| Reflexite Corporation | ORCLRS0339749 | Art II ¶ 1-2; Art III; Art IV ¶ 2; Art V |
| Scholastic | ORCLRS1171579; ORCLRS1171627; ORCLRS1171696; ORCLRS1171699; ORCLRS1171646 | Art II; Art IV ¶ 5; Art I ¶ 1, ¶ 4(C); Art II "custom modifications"; ¶ 4; Art IV ¶ 2; Art V ¶3; ¶ A, C, J (3), K; ¶ 1, 2, 5 (A), 6 |
| Seahawk Drilling, Inc. | ORCLRS1316311 | Art II ¶ 1-2; Art III; Art IV ¶ 3 |
| Skyjack, Inc. | ORCLRS1168947 | Art II ¶ 1-2; Art III; Art V ¶ 2 |
| Speedling, Inc. | ORCLRS0190319; ORCLRS0190325 | Art I ¶8; Art II ¶ 1-3; Art III ¶ 1;  ¶ A, B, I |
| Sunrise Medical, Inc. | ORCLRS0165507 | Art I, ¶ 8; Art III ¶ 1-3 |
| TBC Corporation | ORCLRS0046944 | Art II; Art IV |
| The Foreign Candy Company, Inc. | ORCLRS0053833 | Art I, ¶ 8; Art II ¶ 1-2; Art III ¶ 1-3 |
| The Ryland Group, Inc. | ORCLRS0204336 | License Grant, ¶ 1, 4, 5 |
| The Western Company of North America | ORCLRS0662885 | ¶ License Grant, 1, 4, 5 |
| ThyssenKrupp Elevator Company | ORCLRS0191674 | Art I ¶ 8; Art III ¶ 1-3 |
| Ubid | ORCLRS1165695 | ¶ 2, 3, 6 |
| Vornado Realty Trust | ORCLRS0661909 | Art I ¶ 8; Art II ¶ 1-2; Art III ¶ 1-3 |
| Warner/Chappell Music, Inc. | ORCLRS1168572 | Art I ¶ 1, 2, 4; Art. IV |
| Weather Shield Manufacturing, Inc. | ORCLRS0190151 | Art I ¶ 8; Art III ¶ 1-3 |
| Wiley Metal Fabricating, Inc | ORCLRS0166240 | ¶ 2, 3, 6 |
| Vornado Realty Trust | ORCLRS0661909 | Art I ¶ 8; Art III ¶ 1-3 |
| Warner/Chappell Music, Inc. | ORCLRS1168572 | Art I ¶ 8; Art III ¶ 1-3 |
| Weather Shield Manufacturing, Inc. | ORCLRS0190151 | Art I ¶ 8; Art III ¶ 1-3 |
| Wiley Metal Fabricating, Inc | ORCLRS0166240 | ¶ 2, 3, 6 |