# EXHIBIT 21

**SUPPLEMENTAL EXHIBIT C - SIEBEL LICENSES**

| CUSTOMER | SIEBEL SOFTWARE LICENSE (BEG BATES NO.) | PROVISION (PARAGRAPH NO.) |
|---|---|---|
| Adaptive Marketing, LLC | ORCLRS0663966 | 2.1 |
| American Power Conversion (APC) | ORCLRS1327836 | 2.1 |
| AMICA Mutual Insurance Company | ORCLRS0660190 | 2.1 |
| Brandes Investment Partners, LP | ORCLRS0660190 | 2.1 |
| Brandes Investment Partners, LP | ORCLRS0658514 | 2.1 |
| Caterpiller, Inc. | ORCLRS0660084 | 2.1 |
| Ceridian | ORCLRS1328034 | 1.12, 2.1 |
| Convergys | ORCLRS1322148 | 2.1 |
| Deutsche Post IT Services GmbH | ORCLRS0176872 | 2.1 |
| Electric Insurance Company | ORCLRS1287355 | 2.1 |
| Epcor Utilities | ORCLRS1328183 | 2.1 |
| Erdman Company | ERDMAN-SUB00005 | 2.1 |
| Experian Services Corp. | ORCLRS0660156 | 2.1 |
| FileNet Corporation (IBM) | ORCLRS1323637 | 2.1 |
| First Service Networks | ORCLRS1296809 | 2.1 |
| Galileo International, LLC | ORCLRS0660259 | 2.1 |
| Harland Clarke Corp | ORCLRS1114889 | 2.1 |
| Harland Clarke Corp | ORCLRS1186408 | 2.1 |
| Industrial Scientific Corporation | ORCLRS1307632 | C., K., Q. |
| Keynote Systems, Inc. | ORCLRS204484 | 2.1 |
| Leads Customers Growth | RSI03046751 | Definition of "Users"; Paragraph beginning "YOU MAY" |
| Medical Protective, Inc. | ORCLRS0342117 | 2.1 |
| Novell, Inc | ORCLRS0810822 | 2.1, 1.19 |
| NSB Retail Solutions, Inc. | ORCLRS1315139 | 2.1 |
| Omnicell, Inc. | ORCLRS0658559 | 2.1 |
| Paccar | ORCLRS1334687 | 1.15, 2.1 |
| PepsiCo Shared Financial Services | ORCLRS0204497 | 2.1 |
| Pitney Bowes | ORCLRS0658659 | 2.0, 1q |
| Republic Mortgage Insurance Co. | ORCLRS0660232 | 2.1 |
| Sainsbury | ORCLRS1338025 | 2.1 |
| SHI International Corp. | ORCLRS0203042 | 3 |
| Teleroute | ORCLRS1172369 | 2.1 |
| TransCore Commerical Services, Inc. | ORCLRS0658598 | 2.1 |
| Ubid Holdings, Inc. | ORCLRS1307774 | 2.1 |
| USi - EDF Energy | ORCLRS0064748 | Footnote 1; License Notes |
| Ventyx Inc. | ORCLRS1161750 | 2.1 |
| Virgin Mobile USA Inc | ORCLRS0658543 | 2.1 |
| Wells Real Estate Funds, Inc. | ORCLRS0659865 | 2.1 |
| XO Communications Services, Inc. | ORCLRS0664081 | 2.1 |