1    BOIES, SCHILLER & FLEXNER LLP
     RICHARD J. POCKER (NV Bar No. 3568)
2    300 South Fourth Street, Suite 800
     Las Vegas, NV 89101
3    Telephone: (702) 382-7300
     Facsimile: (702) 382-2755
4    rpocker@bsfllp.com

5    BOIES, SCHILLER & FLEXNER LLP
     STEVEN C. HOLTZMAN (*pro hac vice*)
6    FRED NORTON (*pro hac vice*)
     KIERAN P. RINGGENBERG (*pro hac vice*)
7    1999 Harrison Street, Suite 900
     Oakland, CA 94612
8    Telephone: (510) 874-1000
     Facsimile: (510) 874-1460
9    sholtzman@bsfllp.com
     fnorton@bsfllp.com
10   kringgenberg@bsfllp.com

     BINGHAM McCUTCHEN LLP
     GEOFFREY M. HOWARD (*pro hac vice*)
     THOMAS S. HIXSON (*pro hac vice*)
     KRISTEN A. PALUMBO (*pro hac vice*)
     Three Embarcadero Center
     San Francisco, CA  94111-4067
     Telephone:  415.393.2000
     Facsimile:  415.393.2286
     geoff.howard@bingham.com
     thomas.hixson@bingham.com
     kristen.palumbo@bingham.com

     DORIAN DALEY (*pro hac vice*)
     DEBORAH K. MILLER (*pro hac vice*)
     JAMES C. MAROULIS (*pro hac vice*)
     ORACLE CORPORATION
     500 Oracle Parkway, M/S 5op7
     Redwood City, CA 94070
     Telephone:  650.506.4846
     Facsimile:  650.506.7114
     dorian.daley@oracle.com
     deborah.miller@oracle.com
     jim.maroulis@oracle.com

13   Attorneys for Plaintiffs Oracle USA, Inc.,
     Oracle America, Inc. and Oracle International
14   Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, <br><br> Defendants. | Case No  2:10-cv-0106-LRH-PAL <br><br> **APPENDIX OF EXHIBITS CITED IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> **VOLUME 2 OF 3 (EXS. 29-47)** |

1      **<u>APPENDIX OF EXHIBITS</u>**

2

3          Pursuant to Local Rule 10-3, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and

4      Oracle International Corp. (collectively, "Oracle") submit this Appendix Of Exhibits in support

5      of their motion for partial summary judgment on Oracle's first claim for relief, and on Defendant

6      Rimini Street Inc.'s ("Rimini's") second, third, and sixth affirmative defenses.

7

| Exhibit | Description | Volume |
|---|---|---|
| 1 | TX 4-792-578 (PeopleTools 7.5) | 1 |
| 2 | TX 5-266-221 (PeopleTools 8.10) | 1 |
| 3 | TX 7-092-819 (PeopleTools 8.48) | 1 |
| 4 | TX 4-792-575 (PeopleSoft HRMS 7.5) | 1 |
| 5 | TX 5-469-032 (PeopleSoft 8.3 HRMS) | 1 |
| 6 | TX 5-586-247 (PeopleSoft 8.4 Financials and Supply Chain Management) | 1 |
| 7 | TX 6-541-038 (Initial release of JDE EnterpriseOne 8.10) | 1 |
| 8 | TX 6-941-993 (Siebel 7.7.1 Initial Release and Documentation) | 1 |
| 9 | PeopleSoft/JDE LLC OIC Asset Transfer Agreement | 1 |
| 10 | City of Flint | 1 |
| 11 | Pittsburgh Public Schools | 1 |
| 12 | City of Des Moines | 1 |
| 13 | City of Eugene | 1 |
| 14 | City of Eugene | 1 |
| 15 | Dave & Buster's Inc. | 1 |
| 16 | Giant Cement | 1 |
| 17 | Novell | 1 |
| 18 | Rimini's Supp. Responses to Oracle's Interrogatories 7, 15, 28, 29, and 30 | 1 |
| 19 | Supp. Exhibit A to Rimini's Supp. Response to Interrogatory No. 15 | 1 |
| 20 | Supp. Exhibit B to Rimini's Supp. Response to Interrogatory No. 15 | 1 |
| 21 | Supp. Exhibit C to Rimini's Supp. Response to Interrogatory No. 15 | 1 |
| 22 | Oracle's Fifth Set of Interrogatories, Nos. 20-25 | 1 |
| 23 | Oracle's Fifth Set of Interrogatories, Nos. 20-25, Exhibit A | 1 |
| 24 | Rimini's Third Supp. Responses to Interrogatories 20-22 | 1 |
| 25 | Rimini's Third Supp. Responses to Interrogatories 20-22, First Supplemented Exhibit 1A-3 | 1 |
| 26 | Rimini's Third Supp. Responses to Interrogatories 20-22, Exhibit 1B-2 | 1 |
| 27 | Rimini's Third Supp. Responses to Interrogatories 20-22, Exhibit 1C-3 | 1 |
| 28 | Rimini's Third Supp. Responses to Interrogatories 20-22, Exhibit 5 | 1 |
| 29 | Rimini's Second Supp. Responses to Interrogatories 24-25 | 2 |
| 30 | Oracle's First Set of Requests for Admission | 2 |
| 31 | Rimini's Responses to Oracle's First Set of Requests for Admission | 2 |
| 32 | Oracle's Third Set of Requests for Admission | 2 |
| 33 | Rimini's Second Amended Responses to Oracle's Third Set of Requests for Admission | 2 |

APPENDIX OF EXHIBITS CITED IN SUPPORT OF
ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

A/74854835.1

| | | |
|---|---|---|
| 34 | Oracle's Second Amended Requests for Admission, Nos. 239-240 | 2 |
| 35 | Rimini's Responses to Oracle's Second Amended Requests for Admission No. 239-240 | 2 |
| 36 | Jeff Allen Deposition Excerpts | 2 |
| 37 | Oracle Depo. Ex. 568 | 2 |
| 38 | Oracle Depo. Ex. 570 | 2 |
| 39 | Oracle Depo Ex. 312 | 2 |
| 40 | Doug Baron Deposition Excerpts | 2 |
| 41 | Dennis Chiu Deposition Excerpts | 2 |
| 42 | Timothy Conley Deposition Excerpts | 2 |
| 43 | J.R. Corpuz Deposition Excerpts | 2 |
| 44 | RSI00479793 | 2 |
| 45 | Oracle Depo. Ex. 33 | 2 |
| 46 | Oracle Depo. Ex. 34 | 2 |
| 47 | Ray Grigsby Deposition Excerpts | 2 |
| 48 | Alecia Holmes Deposition Excerpts | 3 |
| 49 | Nambirajan Lakshmanan Deposition Excerpts | 3 |
| 50 | Beth Lester Deposition Excerpts | 3 |
| 51 | ORCLRS-RSI00910586_00598 for the file HCM101906_U.DAT | 3 |
| 52 | ORCLRS-RSI00910434_00001 for the file RS08P06_U.DAT | 3 |
| 53 | ORCLRS-RSI00910434_00155 for the file RS09P06_M.DAT | 3 |
| 54 | George Lester Deposition Excerpts | 3 |
| 55 | Oracle Depo. Ex. 809 | 3 |
| 56 | David Radtke Deposition Excerpts | 3 |
| 57 | Seth Ravin Deposition Excerpts | 3 |
| 58 | Brian Slepko Deposition Excerpts | 3 |
| 59 | Susan Tahtaras Deposition Excerpts | 3 |
| 60 | Oracle Depo. Ex. 112 | 3 |
| 61 | John Whittenbarger Deposition Excerpts | 3 |
| 62 | Krista Williams Deposition Excerpts | 3 |
| 63 | Transcript of Nov. 8, 2011 Joint Status Conference | 3 |
| 64 | Oracle Depo Ex. 38 | 3 |
| 65 | Oracle Depo Ex. 483 | 3 |
| 66 | Oracle Depo Ex. 480 | 3 |
| 67 | Second Amended Exhibit B to Oracle's Second Amended Requests for Admission, Nos. 239-240 | 3 |

DATED: March 30, 2012                    BINGHAM MCCUTCHEN LLP


By:        /s/ Geoffrey M. Howard
Geoffrey M. Howard
Attorneys for Plaintiffs Oracle USA, Inc., Oracle
America, Inc. and Oracle International Corp.

3

APPENDIX OF EXHIBITS CITED IN SUPPORT OF
ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

A/74854835.1