# EXHIBIT 29

1

2

3

4

5

6

7

8

9

10

11

12

13

14

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. *(pro hac vice)*
Eric Buresh, Esq. *(pro hac vice)*
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers, Esq. *(pro hac vice)*
600 Travis Street, Suite 1600
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com


*Attorneys for Defendants*
*RIMINI STREET, INC. and SETH RAVIN*

15

16

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

17

18

19

20

21

22

23

24

ORACLE USA, INC., a Colorado corporation;
ORACLE AMERICA, INC., a Delaware
corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC. , a Nevada corporation;
SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**DEFENDANT RIMINI STREET INC.'S
SECOND SUPPLEMENTAL
RESPONSES TO PLAINTIFFS'
INTERROGATORIES NOS. 24 AND 25**

25

26

27

28

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Rimini Street, Inc.

("Rimini Street") provides the following responses to Oracle USA, Inc., Oracle America, Inc., and

Oracle International Corp.'s ("Oracle" or "Plaintiff") Fifth Set of Interrogatories.

1

**GENERAL OBJECTIONS**

2         Rimini Street incorporates its prior General and Specific Objections, stated in Rimini

3    Street's Objections and Responses to Plaintiffs' First Set of Interrogatories, which were served on

4    June 1, 2010, and in Rimini Streets Objections and Responses to Plaintiffs' Fifth Set of

5    Interrogatories, which were served on July 11, 2011.

6

7    **RESPONSES AND SPECIFIC OBJECTIONS**

8    **INTERROGATORY NO. 24:**

9         Identify every copy of any Software and Support Material that is or has at any time been

10   stored at each Non-Customer Location, and the Non-Customer location where it was stored. If any

11   Non-Customer Locations have existed for which you cannot identify any particular Software and

12   Support Material stored at that location, Identify each such Non-Customer Location.

13   **ORIGINAL ANSWER (July 11, 2011):**

14        Rimini Street objects to this Interrogatory as overly broad and unduly burdensome to the

15   extent it seeks information for "any" materials that "is or has at any time" stored in the various

16   identified locations.  Rimini Street objects to this interrogatory to the extent it seeks information that

17   is not within the possession, custody, or control of Rimini Street.   Rimini Street objects to the term

18   "Non-Customer Location," and Oracle's definition of this term, as vague, ambiguous, overbroad and

19   unduly burdensome.  Accordingly, and without conceding that Oracle's Specified Locations meet

20   Oracle's definition of Non-Customer Locations, Rimini will provide an answer for the Oracle

21   Specified Locations.  Rimini Street further objects to this interrogatory on the grounds that it would

22   require Rimini Street to create a compilation, abstract, or summary from documents that Rimini

23   Street has produced or will produce to Plaintiffs.

24        Subject to and without waiver of the foregoing general and specific objections, Rimini Street

25   responds as follows:

26

27

28
- 2 -

1    Rimini responds that, pursuant to Federal Rule of Civil Procedure 33(d), Rimini has

2  produced and/or will produce documents from which the answer to this Interrogatory can be

3  ascertained, including but not limited to the following:

4    Exhibit 3, which lists Bates-numbers for documents regarding the Oracle Specified

5  Locations. More specifically, the documents identified by Exhibit 3 indicate the contents of the

6  Oracle Specified Locations, as well as use of such information.

7    **FIRST SUPPLEMENTAL ANSWER (September 8, 2011):**

8    Rimini Street objects to this Interrogatory as overly broad and unduly burdensome to the

9  extent it seeks information for "any" materials that "is or has at any time" stored in the various

10  identified locations. Rimini Street objects to this interrogatory to the extent it seeks information that

11  is not within the possession, custody, or control of Rimini Street. Rimini Street objects to the term

12  "Non-Customer Location," and Oracle's definition of this term, as vague, ambiguous, overbroad and

13  unduly burdensome. Accordingly, and without conceding that Oracle's Specified Locations meet

14  Oracle's definition of Non-Customer Locations, Rimini will provide an answer for the Oracle

15  Specified Locations. Rimini will further provide an answer with respect to network and local

16  computer locations that, at any time, were intended for use, or were regularly used as, repositories of

17  Oracle Software and Support Materials that are not associated with a specific customer. Rimini

18  Street further objects to this interrogatory on the grounds that it would require Rimini Street to create

19  a compilation, abstract, or summary from documents that Rimini Street has produced or will produce

20  to Plaintiffs.

21    Subject to and without waiver of the foregoing general and specific objections, Rimini Street

22  further responds as follows:

23    Rimini identifies the following as locations that currently or at one time included Oracle

24  Software and Support Materials:

25    \\rsi-clsvr01\client_software\PeopleSoft;

26    \\rsi-clsvr01\internal_software;

27    \\rsi-data01\share\client_archives\_ftp.peoplesoft.com;

28

- 3 -

1      \\rsi-data01\share\software\oracle;

2      \\rsi-data01\share\software\PeopleSoft;

3      \\rsi-clsvr01\fileshare\software\Peoplesoft;

4      \\rsi-clsvr01\client_software\For Development Use Only; and

5      \\rsi-clsvr03\d01\install.

6      The location \\rsi-clsvr01\client_software\PeopleSoft has included materials relating to
7 PeopleSoft software. In the past, certain materials at this location may have been used in building
8 environments for a particular client after Rimini verified that the particular client was entitled to
9 these certain materials.

10      The location \\rsi-clsvr01\internal_software was a parent directory with subdirectories that
11 have included installation materials relating to PeopleSoft software and Oracle Database software. In
12 the past, certain materials at this location may have been used in building environments for a
13 particular client after Rimini verified that the particular client was entitled to these certain materials.

14      The location \\rsi-clsvr03\d01\install has included Software and Support Materials. In the
15 past, certain materials at this location may have been used in building environments for a particular
16 client after Rimini verified that the particular client was entitled to these certain materials.

17      The location \\rsi-data01\share\client_archives\_ftp.peoplesoft.com has included materials
18 obtained from PeopleSoft's FTP website. This location was, at one time, intended to be used as a
19 repository for materials for clients that had the right to access such materials through PeopleSoft's
20 FTP site.

21      The location \\rsi-data01\share\software\oracle has included materials relating to Oracle
22 Database software.

23      The location \\rsi-data01\share\software\PeopleSoft has included materials relating to
24 PeopleSoft software.

25      The location \\rsi-clsvr01\client_software\For Development Use Only has included materials
26 relating to Oracle Software and Support Materials. Oracle has had access to this location via VPN
27 for some time.

28

- 4 -

1    The address \\rsi-clsvr01\fileshare\software\Peoplesoft provides a link to \\rsi-

2    clsvr01\client_software\PeopleSoft, which may include Software and Support materials and

3    described above. Additionally, the address 10.12.1.5 is the IP Address for \\rsi-clsvr01, which may

4    include Software and Support materials as described above. Rimini further responds that, pursuant to

5    Federal Rule of Civil Procedure 33(d), Rimini has produced and/or will produce documents from

6    which the answer to this Interrogatory can be ascertained, including but not limited to the following:

7    Exhibit 3-1, which lists Bates-numbers for documents regarding the Oracle Specified

8    Locations. More specifically, the documents identified by Exhibit 3-1 indicate the contents of the

9    Oracle Specified Locations, as well as use of such information.

10    The documents spanning Bates-range RSI02971994-2158, which are Build Requests that

11    may indicate the sources for environment builds.

12    **SECOND SUPPLEMENTAL ANSWER (November 22, 2011):**

13    Rimini Street objects to this Interrogatory as overly broad and unduly burdensome to the

14    extent it seeks information for "any" materials that "is or has at any time" stored in the various

15    identified locations.  Rimini Street objects to this interrogatory to the extent it seeks information that

16    is not within the possession, custody, or control of Rimini Street.   Rimini Street objects to the term

17    "Non-Customer Location," and Oracle's definition of this term, as vague, ambiguous, overbroad and

18    unduly burdensome.  Accordingly, and without conceding that Oracle's Specified Locations meet

19    Oracle's definition of Non-Customer Locations, Rimini will provide an answer for the Oracle

20    Specified Locations.  Rimini will further provide an answer with respect to network and local

21    computer locations that, at any time, were intended for use, or were regularly used as, repositories of

22    Oracle Software and Support Materials that are not associated with a specific customer.  Rimini

23    Street further objects to this interrogatory on the grounds that it would require Rimini Street to create

24    a compilation, abstract, or summary from documents that Rimini Street has produced or will produce

25    to Plaintiffs.

26    Subject to and without waiver of the foregoing general and specific objections, Rimini Street

27    further responds as follows:

28

RIMINI'S SECOND SUPPLEMENTAL RESPONSES TO ORACLE'S INTERROGATORIES NOS. 24 AND 25
342490 v1

1        Rimini identifies the following as locations that currently or at one time included Oracle

2   Software and Support Materials:

3        \\rsi-clsvr01\client_software\PeopleSoft;

4        \\rsi-clsvr01\internal_software;

5        \\rsi-data01\share\client_archives\_ftp.peoplesoft.com;

6        \\rsi-data01\share\software\oracle;

7        \\rsi-data01\share\software\PeopleSoft;

8        \\rsi-clsvr01\fileshare\software\Peoplesoft;

9        \\rsi-clsvr01\client_software\For Development Use Only; and

10       \\rsi-clsvr03\d01\install.

11       The location \\rsi-clsvr01\client_software\PeopleSoft has included materials relating to

12   PeopleSoft software. In the past, certain materials at this location may have been used in building

13   environments for a particular client after Rimini verified that the particular client was entitled to

14   these certain materials.

15       The location \\rsi-clsvr01\internal_software was a parent directory with subdirectories that

16   have included installation materials relating to PeopleSoft software and Oracle Database software. In

17   the past, certain materials at this location may have been used in building environments for a

18   particular client after Rimini verified that the particular client was entitled to these certain materials.

19       The location \\rsi-clsvr03\d01\install has included Software and Support Materials. In the

20   past, certain materials at this location may have been used in building environments for a particular

21   client after Rimini verified that the particular client was entitled to these certain materials.

22       The location \\rsi-data01\share\client_archives\_ftp.peoplesoft.com has included materials

23   obtained from PeopleSoft's FTP website. This location was, at one time, intended to be used as a

24   repository for materials for clients that had the right to access such materials through PeopleSoft's

25   FTP site.

26       The location \\rsi-data01\share\software\oracle has included materials relating to Oracle

27   Database software.

28

- 6 -

1    The location \\rsi-data01\share\software\PeopleSoft has included materials relating to

2    PeopleSoft software.

3    The location \\rsi-clsvr01\client_software\For Development Use Only has included materials

4    relating to Oracle Software and Support Materials. Oracle has had access to this location via VPN

5    for some time.

6    The address \\rsi-clsvr01\fileshare\software\Peoplesoft provides a link to \\rsi-

7    clsvr01\client_software\PeopleSoft, which may include Software and Support materials and

8    described above. Additionally, the address 10.12.1.5 is the IP Address for \\rsi-clsvr01, which may

9    include Software and Support materials as described above.

10    The testimony from the October 5, 2011 deposition of Krista Williams at 24:24-26:14, 27:7-

11    28:2, 28:14-30:6, 32:1-33:19, 36:5-39:21, 45:19-46:5, 54:3-54:25, 56:18-57:18, 58:13-59:18, 60:9-

12    62:5, 63:4-63:17, and 190:1-190:21.

13    Rimini further responds that, pursuant to Federal Rule of Civil Procedure 33(d), Rimini has

14    produced and/or will produce documents from which the answer to this Interrogatory can be

15    ascertained, including but not limited to the following:

16    Exhibit 3-1, which lists Bates-numbers for documents regarding the Oracle Specified

17    Locations. More specifically, the documents identified by Exhibit 3-1 indicate the contents of the

18    Oracle Specified Locations, as well as use of such information.

19    The documents spanning Bates-range RSI02971994-2158, which are Build Requests that

20    may indicate the sources for environment builds.

21    **INTERROGATORY NO. 25:**

22    For every copy of Software and Support Materials identified in your Response to

23    Interrogatory No. 24, describe each instance in which the copy of Software and Support Materials

24    was copied or used for a customer other than the specific customer, if any, from which or on whose

25    behalf You claim to have obtained the Software and Support Materials that was copied or used. If

26    you do not claim to have obtained a copy of Software and Support Materials indentified in your

27

28

- 7 -

1   Response to Interrogatory No. 24 from or on behalf of a specific customer, describe each instance in

2   which that copy of Software and Support Materials was copied or used.

3   **ORIGINAL ANSWER (July 11, 2011):**

4   Rimini Street objects to this Interrogatory as overly broad and unduly burdensome. Rimini

5   Street objects to this interrogatory to the extent it seeks information that is not within the possession,

6   custody, or control of Rimini Street.  Rimini Street objects to the phrases "Non-Customer Location,"

7   and "used for a customer other than the specific customer" on the grounds and to the extent they are

8   vague and ambiguous.  Rimini Street further objects to this interrogatory on the grounds that it

9   would require Rimini Street to create a compilation, abstract, or summary from documents that

10  Rimini Street has produced or will produce to Plaintiffs.

11  Subject to and without waiver of the foregoing general and specific objections, Rimini Street

12  responds as follows:

13  Rimini further responds that, pursuant to Federal Rule of Civil Procedure 33(d), Rimini has

14  produced and/or will produce documents from which the answer to this Interrogatory can be

15  ascertained, including but not limited to the following:

16  Exhibit 3, which lists Bates-numbers for documents regarding the Oracle Specified

17  Locations. More specifically, the documents identified by Exhibit 3 indicate the contents of the

18  Oracle Specified Locations, as well as use of such information.

19  **FIRST SUPPLEMENTAL ANSWER (September 8, 2011):**

20  Rimini Street objects to this Interrogatory as overly broad and unduly burdensome. Rimini

21  Street objects to this interrogatory to the extent it seeks information that is not within the possession,

22  custody, or control of Rimini Street.  Rimini Street objects to the phrases "Non-Customer Location,"

23  and "used for a customer other than the specific customer" on the grounds and to the extent they are

24  vague and ambiguous.  Rimini will further provide an answer with respect to network and local

25  computer locations that, at any time, were intended for use, or were regularly used as, repositories of

26  Oracle Software and Support Materials that are not associated with a specific customer.  Rimini

27  Street further objects to this interrogatory on the grounds that it would require Rimini Street to create

28

RIMINI'S SECOND SUPPLEMENTAL RESPONSES TO ORACLE'S INTERROGATORIES NOS. 24 AND 25
342490 v1

1    a compilation, abstract, or summary from documents that Rimini Street has produced or will produce

2    to Plaintiffs.

3          Subject to and without waiver of the foregoing general and specific objections, Rimini Street

4    further responds as follows:

5          Rimini identifies the following as locations that currently or at one time included Oracle

6    Software and Support Materials:

7          \\rsi-clsvr01\client_software\PeopleSoft;

8          \\rsi-clsvr01\internal_software;

9          \\rsi-data01\share\client_archives\_ftp.peoplesoft.com;

10          \\rsi-data01\share\software\oracle;

11          \\rsi-data01\share\software\PeopleSoft;

12          \\rsi-clsvr01\fileshare\software\Peoplesoft;

13          \\rsi-clsvr01\client_software\For Development Use Only; and

14          \\rsi-clsvr03\d01\install.

15          The location \\rsi-clsvr01\client_software\PeopleSoft has included materials relating to

16    PeopleSoft software. In the past, certain materials at this location may have been used in building

17    environments for a particular client after Rimini verified that the particular client was entitled to

18    these certain materials.

19          The location \\rsi-clsvr01\internal_software was a parent directory with subdirectories that

20    have included installation materials relating to PeopleSoft software and Oracle Database software. In

21    the past, certain materials at this location may have been used in building environments for a

22    particular client after Rimini verified that the particular client was entitled to these certain materials.

23          The location \\rsi-clsvr03\d01\install has included Software and Support Materials. In the

24    past, certain materials at this location may have been used in building environments for a particular

25    client after Rimini verified that the particular client was entitled to these certain materials.

26          The location \\rsi-data01\share\client_archives\_ftp.peoplesoft.com has included materials

27    obtained from PeopleSoft's FTP website. This location was, at one time, intended to be used as a

28

1   repository for materials for clients that had the right to access such materials through PeopleSoft's

2   FTP site.

3          The location \\rsi-data01\share\software\oracle has included materials relating to Oracle

4   Database software.

5          The location \\rsi-data01\share\software\PeopleSoft has included materials relating to

6   PeopleSoft software.

7          The location \\rsi-clsvr01\client_software\For Development Use Only has included materials

8   relating to Oracle Software and Support Materials. Oracle has had access to this location via VPN

9   for some time.

10         The address \\rsi-clsvr01\fileshare\software\Peoplesoft provides a link to \\rsi-

11  clsvr01\client_software\PeopleSoft, which may include Software and Support materials and

12  described above. Additionally, the address 10.12.1.5 is the IP Address for \\rsi-clsvr01, which may

13  include Software and Support materials as described above.

14         Rimini further responds that, pursuant to Federal Rule of Civil Procedure 33(d), Rimini has

15  produced and/or will produce documents from which the answer to this Interrogatory can be

16  ascertained, including but not limited to the following:

17         Exhibit 3-1, which lists Bates-numbers for documents regarding the Oracle Specified

18  Locations. More specifically, the documents identified by Exhibit 3-1 indicate the contents of the

19  Oracle Specified Locations, as well as use of such information.

20         The documents spanning Bates-range RSI02971994-2158, which are Build Requests that

21  may indicate the sources for environment builds.

22         **SECOND SUPPLEMENTAL ANSWER (November 22, 2011):**

23         Rimini Street objects to this Interrogatory as overly broad and unduly burdensome. Rimini

24  Street objects to this interrogatory to the extent it seeks information that is not within the possession,

25  custody, or control of Rimini Street.  Rimini Street objects to the phrases "Non-Customer Location,"

26  and "used for a customer other than the specific customer" on the grounds and to the extent they are

27  vague and ambiguous.  Rimini will further provide an answer with respect to network and local

28

- 10 -

1  computer locations that, at any time, were intended for use, or were regularly used as, repositories of

2  Oracle Software and Support Materials that are not associated with a specific customer.  Rimini

3  Street further objects to this interrogatory on the grounds that it would require Rimini Street to create

4  a compilation, abstract, or summary from documents that Rimini Street has produced or will produce

5  to Plaintiffs.

6        Subject to and without waiver of the foregoing general and specific objections, Rimini Street

7  further responds as follows:

8        Rimini identifies the following as locations that currently or at one time included Oracle

9  Software and Support Materials:

10        \\rsi-clsvr01\client_software\PeopleSoft;

11        \\rsi-clsvr01\internal_software;

12        \\rsi-data01\share\client_archives\_ftp.peoplesoft.com;

13        \\rsi-data01\share\software\oracle;

14        \\rsi-data01\share\software\PeopleSoft;

15        \\rsi-clsvr01\fileshare\software\Peoplesoft;

16        \\rsi-clsvr01\client_software\For Development Use Only; and

17        \\rsi-clsvr03\d01\install.

18        The location \\rsi-clsvr01\client_software\PeopleSoft has included materials relating to

19  PeopleSoft software. In the past, certain materials at this location may have been used in building

20  environments for a particular client after Rimini verified that the particular client was entitled to

21  these certain materials.

22        The location \\rsi-clsvr01\internal_software was a parent directory with subdirectories that

23  have included installation materials relating to PeopleSoft software and Oracle Database software. In

24  the past, certain materials at this location may have been used in building environments for a

25  particular client after Rimini verified that the particular client was entitled to these certain materials.

26

27

28

RIMINI'S SECOND SUPPLEMENTAL RESPONSES TO ORACLE'S INTERROGATORIES NOS. 24 AND 25
342490 v1

1    The location \\rsi-clsvr03\d01\install has included Software and Support Materials. In the

2    past, certain materials at this location may have been used in building environments for a particular

3    client after Rimini verified that the particular client was entitled to these certain materials.

4    The location \\rsi-data01\share\client_archives\_ftp.peoplesoft.com has included materials

5    obtained from PeopleSoft's FTP website. This location was, at one time, intended to be used as a

6    repository for materials for clients that had the right to access such materials through PeopleSoft's

7    FTP site.

8    The location \\rsi-data01\share\software\oracle has included materials relating to Oracle

9    Database software.

10    The location \\rsi-data01\share\software\PeopleSoft has included materials relating to

11    PeopleSoft software.

12    The location \\rsi-clsvr01\client_software\For Development Use Only has included materials

13    relating to Oracle Software and Support Materials. Oracle has had access to this location via VPN

14    for some time.

15    The address \\rsi-clsvr01\fileshare\software\Peoplesoft provides a link to \\rsi-

16    clsvr01\client_software\PeopleSoft, which may include Software and Support materials and

17    described above. Additionally, the address 10.12.1.5 is the IP Address for \\rsi-clsvr01, which may

18    include Software and Support materials as described above.

19    The testimony from the October 5, 2011 deposition of Krista Williams at 24:24-26:14, 27:7-

20    28:2, 28:14-30:6, 32:1-33:19, 36:5-39:21, 45:19-46:5, 54:3-54:25, 56:18-57:18, 58:13-59:18, 60:9-

21    62:5, 63:4-63:17, and 190:1-190:21.

22    Rimini further responds that, pursuant to Federal Rule of Civil Procedure 33(d), Rimini has

23    produced and/or will produce documents from which the answer to this Interrogatory can be

24    ascertained, including but not limited to the following:

25    Exhibit 3-1, which lists Bates-numbers for documents regarding the Oracle Specified

26    Locations. More specifically, the documents identified by Exhibit 3-1 indicate the contents of the

27    Oracle Specified Locations, as well as use of such information.

28

- 12 -

1      The documents spanning Bates-range RSI02971994-2158, which are Build Requests that

2  may indicate the sources for environment builds.

3

4

5  Dated: November 22, 2011

6
                     */s/ Robert H. Reckers*

7                     SHOOK, HARDY & BACON LLP

                     B. Trent Webb, Esq.

8                     Eric Buresh, Esq.

                     2555 Grand Boulevard

9                     Kansas City, Missouri 64108-2613

                     Telephone: (816) 474-6550

10                     Facsimile: (816) 421-5547

                     bwebb@shb.com

11                     eburesh@shb.com

12
                     Robert H. Reckers, Esq.

13                     600 Travis Street, Suite 1600

                     Houston, Texas   77002

14                     Telephone: (713) 227-8008

                     Facsimile: (731) 227-9508

15                     rreckers@shb.com

16

17

18

19

20

21

22

23

24

25

26

27

28

RIMINI'S SECOND SUPPLEMENTAL RESPONSES TO ORACLE'S INTERROGATORIES NOS. 24 AND 25

342490 v1

1
2
3

## CERTIFICATE OF SERVICE

4

5
        I hereby certify that the foregoing was served on the November 22, 2011 via email, as

6
indicated below.

7
BOIES, SCHILLER & FLEXNER LLP                 BINGHAM MCCUTCHEN LLP

8
RICHARD J. POCKER (NV Bar No. 3568)           GEOFFREY M. HOWARD (*pro hac vice*)
300 South Fourth Street, Suite 800            THOMAS S. HIXSON (*pro hac vice*)

9
Las Vegas, NV 89101                           KRISTEN A. PALUMBO (*pro hac vice*)
Telephone: (702) 382-7300                     Three Embarcadero Center

10
Facsimile: (702) 382-2755                     San Francisco, CA 94111-4067
rpocker@bsfllp.com                            Telephone: 415.393.2000

11
                                              Facsimile: 415.393.2286
BOIES, SCHILLER & FLEXNER LLP                 geoff.howard@bingham.com

12
STEVEN C. HOLTZMAN (*pro hac vice*)           thomas.hixson@bingham.com

13
FRED NORTON (*pro hac vice*)                  kristen.palumbo@bingham.com
KIERAN P. RINGGENBERG (*pro hac vice*)

14
1999 Harrison Street, Suite 900               ORACLE CORPORATION
Oakland, CA 94612                             JAMES C. MAROULIS (*pro hac vice*)

15
Telephone: (510) 874-1000                     500 Oracle Parkway
Facsimile: (510) 874-1460                     M/S 5op7

16
sholtzman@bsfllp.com                          Redwood City, CA 94070

17
fnorton@bsfllp.com                            Telephone: 650.506.4846
kringgenberg@bsfllp.com                       Facsimile: 650.506.7114

18
                                              jim.maroulis@oracle.com

19

20
                                    By:    _/s/ Robert H. Reckers _____

21
                                           Robert H. Reckers.

22

23

24

25

26

27

28

- 14 -