# EXHIBIT 35

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. *(pro hac vice)*<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. *(pro hac vice)*<br>600 Travis Street, Suite 1600<br>Houston, Texas   77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com | GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRLaw.com<br><br>*Attorneys for Defendants*<br>*RIMINI STREET, INC. and SETH RAVIN* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANT RIMINI STREET INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' SECOND AMENDED REQUESTS FOR ADMISSIONS NOS. 239-240 TO DEFENDANT RIMINI STREET, INC.** |

Pursuant to Federal Rules of Civil Procedure 26 and 36, Rimini Street, Inc. ("Rimini Street"), by and through its undersigned counsel, responds to Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.'s ("Oracle") Second Amended Requests for Admissions Nos. 239-240 ("Requests").

# GENERAL OBJECTIONS

Rimini incorporates by reference its previous General Objections to Plaintiff's Requests for Admissions.

# RESPONSES

## SECOND AMENDED REQUEST NO. 239:

For the Environments identified as items 1-468 in column A of Amended Exhibit B, admit that each Environment listed in column B embodies a substantial portion of the protected expression of each of the registered copyrights listed in column D.

## RESPONSE TO SECOND AMENDED REQUEST NO. 239:

Rimini objects to this Request as overly broad and unduly burdensome as it requires 468 separate admissions under the guise of a single request. Rimini also objects to the extent this Request calls for a legal conclusion, and to the extent it requires expert opinion.

Subject to and without waiver of the foregoing general and specific objections as well as Rimini's defenses of license, estoppel and waiver and Oracle's course of conduct: Rimini admits that the Environments listed as items 1-280, 282-285, 287-322, 324-333, 335-336, 338-468 in the second column of Amended Exhibit B embodies a substantial portion of the protected expression of the corresponding registered copyright(s) listed in the fourth column of Amended Exhibit B. For the remaining listed Environments, Rimini denies this request.

## SECOND AMENED REQUEST NO. 240:

For the Environments identified as items 1-468 in column A of Amended Exhibit B, admit that each Environment listed in column B embodies more than a *de minimis* or trivial amount of protectable expression from each of the registered copyrights listed in column D.

## RESPONSE TO SECOND AMENDED REQUEST NO. 240:

Rimini objects to this Request as overly broad and unduly burdensome as it requires 468 separate admissions under the guise of a single request.  Rimini Street further objects to this request as improper under Fed. R. Civ. P. 36 as seeking a legal conclusion to the extent that Oracle seeks an admission on the legal significance of the term "more than a *de minimis* or trivial

amount of protectable expression."

Subject to and without waiver of the foregoing general and specific objections as well as Rimini's defenses of license, estoppel and waiver and Oracle's course of conduct: Rimini admits that the Environment listed as items 1-280, 282-285, 287-322, 324-333, 335-336, 338-468 in the second column of Amended Exhibit B embodies a substantial portion of the protected expression of the corresponding registered copyright(s) listed in the fourth column of Amended Exhibit B. For the remaining listed Environments, Rimini denies this request.

DATED:      March 5, 2012            SHOOK, HARDY & BACON

                                     By:   /s/ Robert H. Reckers
                                           Robert H. Reckers, Esq.
                                           Attorney for Defendants
                                           Rimini Street, Inc. and Seth Ravin

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendant's Responses and Objections to Plaintiffs' Second Amended RFAs Nos. 239-240 was served on the 5th day of March, 2012, via email, as indicated below.

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>ORACLE CORPORATION<br>JAMES C. MAROULIS (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>jim.maroulis@oracle.com |

By*: /s/ Robert H. Reckers*

- 4 -
4932231 v1    DEFENDANT'S RESPONSES AND OBJECTIONS TO 2ND AMENDED RFAs NOS. 239-240