# EXHIBIT 36

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                                    1

 1                  UNITED STATES DISTRICT COURT

 2                       DISTRICT OF NEVADA

 3      _____

 4      ORACLE USA, INC., a Colorado          )

 5      corporation; ORACLE AMERICA, INC.,    )

 6      a Delaware corporation; and           )

 7      ORACLE INTERNATIONAL CORPORATION,     )

 8      a California corporation,             ) No. 2:10-cv-00106-

 9                 Plaintiffs,                ) LRH-PAL

10      vs.                                   )

11      RIMINI STREET, INC., a Nevada         )

12      corporation; SETH RAVIN, an           )

13      individual,                           )

14                 Defendants.                )

15      _____)

16

17         * * * HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY * * *

18

19         Videotaped Deposition of JEFF ALLEN, taken at

20         the Hilton Seattle Airport, 17620 International

21         Boulevard, Seattle, Washington, commencing at

22         8:58 a.m., Tuesday, October 18, 2011, before

23         Donald W. McKay, RMR, CRR, CCR No. 3237.

24

25      PAGES 1 - 279
```

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 2:

```
 1      APPEARANCES OF COUNSEL:
 2
 3      FOR PLAINTIFFS:
 4
 5         BINGHAM McCUTCHEN LLP
 6         BY:  JOHN POLITO, ESQ.
 7         Three Embarcadero Center
 8         San Francisco, CA  94111
 9         415.393.2314
10         john.polito@bingham.com
11
12      FOR DEFENDANTS:
13
14         SHOOK HARDY & BACON LLP
15         BY:  ROBERT RECKERS, ESQ.
16         JP Morgan/Chase Tower
17         600 Travis Street, Suite 1600
18         Houston, TX  77002
19         713.227.8008
20         rreckers@shb.com
```

Page 3:

```
 1      Seattle, Washington; Tuesday, October 18, 2011
 2              8:58 a.m.
 3                                               08:57:48
 4      THE VIDEOGRAPHER:  Good morning.  We are on    08:57:48
 5  the record at 8:58 a.m , on October 18, 2011.  This is    08:57:49
 6  the videotape deposition of Jeff Allen.  My name is    08:57:55
 7  Patrick Norton, here with our court reporter, Donald    08:57:58
 8  McKay.  We are here from Veritext National Deposition    08:58:00
 9  and Litigation Services at the request of counsel for    08:58:03
10  plaintiffs.                                  08:58:06
11      This deposition is being held at 17620    08:58:06
12  International Boulevard, in the City of Sea-Tac,    08:58:12
13  Washington.  The caption of this case is Oracle USA,    08:58:15
14  et al., versus Rimini Street, Inc., et al., Case    08:58:18
15  No. 2:10-cv-00106-LRH-PAL.                   08:58:21
16      Please note that audio and video recording    08:58:27
17  will take place unless all parties agree to go off the    08:58:32
18  record.  Microphones are sensitive and may pick up    08:58:35
19  whispers, private conversations, and cellular    08:58:38
20  interference.                                08:58:41
21      At this time, will counsel and all present    08:58:42
22  identify themselves for the record.          08:58:43
23      MR. POLITO:  John Polito for the plaintiffs.    08:58:44
24      MR. RECKERS:  Rob Reckers for the defendants.    08:58:47
25      THE VIDEOGRAPHER:  Thank you.  The witness    08:58:49
```

Page 4:

```
 1  will be sworn and we can proceed.            08:58:50
 2
 3      JEFF ALLEN            called as a witness in the
 4                       above-entitled cause, being
 5                       first duly sworn, testified
 6                       as follows:
 7
 8              E X A M I N A T I O N
 9  BY MR. POLITO:
10      Q   Good morning, Mr. Allen.            08:59:02
11      A   Good morning, Mr. Polito.           08:59:03
12      Q   Polito.                             08:59:05
13      A   Polito.                             08:59:06
14      Q   Mr. Allen, have you had your deposition taken    08:59:07
15  before?                                     08:59:11
16      A   No, I have not.                     08:59:11
17      Q   I'm sure you've been ably prepared by    08:59:12
18  Mr. Reckers, but I want to remind you that even though    08:59:14
19  we're here in a conference room in an informal setting,    08:59:17
20  the oath that you just took has the same force and    08:59:21
21  effect as if we were sitting in a courtroom right now.    08:59:24
22  Do you understand that?                     08:59:27
23      A   Yes, I do.                         08:59:27
24      Q   I'm going to go over a few of the rules of the    08:59:31
25  road.  The court reporter can take down audible    08:59:33
```

Page 5:

```
 1  responses, so please respond audibly rather than by    08:59:35
 2  shaking your head.                           08:59:39
 3      A   Yes.                                08:59:39
 4      Q   The court reporter can only take down one    08:59:41
 5  person talking at a time, so please, even if you know    08:59:43
 6  what I'm going to say in my question or at least think    08:59:45
 7  you do, let me finish my question before you respond.    08:59:48
 8      A   We covered that yesterday.          08:59:51
 9      Q   The court reporter is making a transcript.    08:59:54
10  You'll have the opportunity to comment on and make    08:59:56
11  changes on your transcript.  But any changes that you    08:59:58
12  make, either party can talk about those at trial.  Do    09:00:00
13  you understand that?                        09:00:03
14      A   Understood.                         09:00:04
15      Q   If you don't understand a question that I ask    09:00:06
16  you, please speak up and let me know.       09:00:08
17      A   I will.                             09:00:11
18      Q   Do you have any physical or mental conditions    09:00:13
19  that would interfere with your ability to give your best    09:00:15
20  testimony today?                            09:00:18
21      A   No.                                 09:00:18
22      Q   What did do you to prepare for today's    09:00:23
23  deposition?                                 09:00:25
24      A   I had a meeting with Rob here.      09:00:26
25      Q   When was that?                      09:00:29
```

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 10**

```
 1         MR. RECKERS:  Again, let me instruct the        09:04:26
 2   witness -- caution the witness not to reveal the      09:04:28
 3   contents of any attorney-client communications.  If you  09:04:30
 4   can answer the question without revealing the contents  09:04:32
 5   of the communication, please go ahead.  If not, then   09:04:35
 6   please do not answer.                                  09:04:39
 7         THE WITNESS:  It was -- it was personal notes   09:04:42
 8   specific to guide and set my mental state.            09:04:51
 9   BY MR. POLITO:                                        09:04:59
10     Q  Your mental state for today's deposition?       09:04:59
11     A  Correct.                                        09:05:01
12     Q  Were those notes meant to help you be in the   09:05:08
13   proper state for today's deposition?                  09:05:13
14         MR. RECKERS:  Again, I'm going to caution the  09:05:17
15   witness not to reveal the contents of any             09:05:19
16   attorney-client communications.  We're getting close  09:05:20
17   here to questions that by design are going to reveal  09:05:23
18   some mental impression.  I'll allow him to answer yes or  09:05:28
19   no, if he can, but you're sort of getting to the end of  09:05:31
20   what I think is discoverable.                         09:05:36
21         THE WITNESS:  Would you repeat the question,   09:05:37
22   please.                                               09:05:37
23   BY MR. POLITO:                                        09:05:37
24     Q  Sure.  And I'm going to say on the record that  09:05:39
25   it sounds to me like you were given instructions by   09:05:40
```

**Page 11**

```
 1   counsel that you wrote down in preparation for your   09:05:42
 2   deposition.  So, on that basis, I'll just ask, what was  09:05:43
 3   the list?                                             09:05:45
 4         MR. RECKERS:  I'm going to instruct the         09:05:46
 5   witness not to answer on the basis on privilege.      09:05:48
 6   BY MR. POLITO:                                        09:05:50
 7     Q  Are you going to take your counsel's advice?    09:05:51
 8     A  Of course I'm going to take my counsel's        09:05:53
 9   advice.                                               09:05:55
10     Q  Other than the e-mails, the IMs and the notes  09:06:00
11   that you created, did you review any other types of   09:06:07
12   documents during your preparation for this deposition?  09:06:09
13     A  No.                                            09:06:11
14     Q  Did you bring anything besides documents that  09:06:13
15   would help you answer questions today?                09:06:16
16     A  Nothing.                                       09:06:17
17     Q  Is it fair to say that you have the            09:06:21
18   instructions memorialized in the list from Mr. Reckers  09:06:23
19   in your head right now?                               09:06:27
20     A  No.                                            09:06:28
21     Q  Mr. Allen, you're a software engineer?         09:06:33
22     A  That is correct.                               09:06:36
23     Q  Approximately how long have you been a         09:06:37
24   professional software engineer?                       09:06:39
25     A  Since 1982.                                    09:06:40
```

**Page 12**

```
 1     Q  You graduated from Mass Amherst in 1981?       09:06:43
 2     A  I graduated from -- I received a degree from    09:06:47
 3   UMass Amherst in 1980.                                09:06:51
 4     Q  You were at PeopleSoft from approximately 1998  09:06:54
 5   to 2004?                                              09:06:58
 6     A  That is correct.                               09:06:59
 7     Q  What was your -- what was the last position   09:07:00
 8   that you held at PeopleSoft?                          09:07:03
 9     A  I was a technical writer.                     09:07:04
10     Q  Were you a technical writer for the duration  09:07:07
11   of your employment by PeopleSoft?                    09:07:10
12     A  No.                                           09:07:11
13     Q  Prior to being a technical writer, what was   09:07:12
14   your role at PeopleSoft?                              09:07:15
15     A  My immediately preceding role was consultant.  09:07:17
16     Q  A consultant employed by PeopleSoft?          09:07:21
17     A  Correct.                                      09:07:23
18     Q  To work for PeopleSoft's clients?             09:07:23
19     A  Correct.                                      09:07:27
20     Q  When you were a technical writer, were you   09:07:27
21   writing about any particular PeopleSoft software?     09:07:30
22     A  I was writing curricula for education         09:07:32
23   services.                                             09:07:38
24     Q  Services provided to educate PeopleSoft's     09:07:40
25   clients about the product?                            09:07:43
```

**Page 13**

```
 1     A  Education services teaches -- taught          09:07:44
 2   PeopleSoft classes.  I wrote the curriculum for a number  09:07:47
 3   of those classes.                                     09:07:51
 4     Q  Did you write any curricula relating to the   09:07:52
 5   HRMS product?                                         09:07:55
 6     A  No.                                           09:07:57
 7     Q  Did you write any of the curricula related to  09:07:57
 8   the financials product?                               09:07:59
 9     A  No.                                           09:08:00
10     Q  For which products did you write curricula?   09:08:01
11     A  I wrote curricula for underlying tools.  So I  09:08:04
12   wrote a guide for server administration.  I edited and  09:08:10
13   updated a guide for SQR, for application engine, and   09:08:16
14   some similar tools.                                   09:08:20
15     Q  So, going in reverse order, application engine  09:08:24
16   is part of PeopleTools?                               09:08:26
17     A  Correct.                                      09:08:29
18     Q  What versions of PeopleTools were you writing  09:08:29
19   about, as you can recall?                             09:08:32
20     A  8.1.  And the last version I wrote for was 8.42.  09:08:33
21     Q  While still employed at PeopleSoft?           09:08:40
22     A  Correct.                                      09:08:42
23     Q  SQR -- you wrote a guide for the SQR          09:08:48
24   programming language?                                 09:08:51
25     A  Correct.                                      09:08:52
```

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 14**

```
 1    Q    At that time, had PeopleSoft purchased the SQR        09:08:53
 2    programming language, to the best of your knowledge?       09:08:56
 3    A    I don't recall.                                       09:08:58
 4    Q    And you wrote a guide for server administration.      09:09:02
 5    Was that specifically related to the administration of     09:09:04
 6    servers running PeopleSoft software?                       09:09:06
 7    A    Correct.                                              09:09:08
 8    Q    Can you be any more specific about the subject        09:09:10
 9    matter?                                                    09:09:12
10    A    It had to do with the installation,                   09:09:15
11    configuration, and operation of application servers, web   09:09:20
12    servers and process scheduler servers.                     09:09:26
13    Q    By "process scheduler servers," do you mean           09:09:33
14    the process scheduling that is part of the PeopleSoft      09:09:36
15    product?                                                   09:09:38
16    A    Correct.                                              09:09:38
17    Q    Which is also part of PeopleTools?                    09:09:39
18    A    Correct.                                              09:09:41
19    Q    Generally speaking, is it fair to say that all        09:09:44
20    of the subject matter that you've described relates to     09:09:46
21    PeopleTools --                                             09:09:49
22    A    Correct.                                              09:09:49
23    Q    -- rather than relating to any of the specific        09:09:50
24    PeopleSoft products?                                       09:09:52
25    A    It's a reasonable -- that's a reasonable              09:09:53
```

**Page 15**

```
 1    conclusion.                                                09:09:55
 2    Q    Is there a better conclusion?                         09:09:57
 3    A    None that immediately comes to mind.                  09:09:59
 4    Q    When you were a consultant, can you describe          09:10:09
 5    the PeopleSoft software with which you worked.             09:10:12
 6    A    I worked in the PeopleSoft -- for the                 09:10:16
 7    PeopleSoft HR E&G group, engineering and government --     09:10:19
 8    excuse me -- education and government group.  And I        09:10:24
 9    worked on several assignments, implementations,            09:10:27
10    primarily in California.                                   09:10:31
11         So, in particular, I was part of an                   09:10:33
12    implementation at California State University              09:10:39
13    Northridge, and I assisted in an implementation at         09:10:43
14    California State University Los Angeles.                   09:10:52
15    Q    As you sit here today, do you know whether any        09:10:53
16    of the customers for whom you assisted during your time    09:10:56
17    as a PeopleSoft consultant are now Rimini Street           09:10:58
18    customers?                                                 09:11:02
19    A    I believe not.                                        09:11:02
20    Q    Education and government was formerly called          09:11:13
21    Public Sector for the 7.0 release.  Is that right?         09:11:16
22    A    It may have been.  I don't recall.                    09:11:19
23    Q    Starting with the 8.0 release, is it correct          09:11:27
24    that there was no longer a separate education and          09:11:29
25    government release?                                        09:11:32
```

**Page 16**

```
 1    A    I don't recall.                                       09:11:33
 2    Q    Prior to being a PeopleSoft consultant, what          09:11:33
 3    were you doing at PeopleSoft?                              09:11:36
 4    A    I was a trainer.                                      09:11:37
 5    Q    What was the subject matter about which you           09:11:40
 6    provided training, generally speaking?                     09:11:42
 7    A    Exactly the same subject matter I wrote               09:11:44
 8    curricula for later on.                                    09:11:47
 9    Q    PeopleTools.                                          09:11:49
10    A    Correct.                                              09:11:50
11    Q    And prior to being a trainer at PeopleSoft?           09:11:51
12    A    I worked as a systems programmer for the              09:11:54
13    Washington Education Association.                          09:11:57
14    Q    Where did you go after you left PeopleSoft?           09:12:07
15    A    I spent a year attempting to start my own             09:12:10
16    business, which was not successful.  And after that, I     09:12:17
17    acquired a position working with Blue Heron Consulting.    09:12:20
18    Q    What was the nature of your work at Blue Heron        09:12:26
19    Consulting?                                                09:12:29
20    A    I assisted in writing interface programs for a        09:12:29
21    Blue Heron client in Tri-Cities, Washington.  Richland,    09:12:35
22    Washington.                                                09:12:43
23    Q    As you sit here today, did that project -- did        09:12:48
24    that work involve any Oracle software?                     09:12:53
25    A    It was using the customer care and maintenance        09:12:55
```

**Page 17**

```
 1    program which PeopleSoft had purchased from -- I can't     09:13:01
 2    remember the name of the company.  It was a Philippine     09:13:06
 3    company that produced it originally.  But I worked on      09:13:08
 4    that product, and specifically I was working on updating   09:13:11
 5    SQRs that they used for various types of banking and       09:13:18
 6    data exchange interfaces.                                  09:13:25
 7    Q    Is that the product that's now known as               09:13:26
 8    PeopleSoft CRM?                                            09:13:29
 9    A    I don't think so.  I think it's different.            09:13:31
10    Q    Do you know if that product is still active           09:13:35
11    today?                                                     09:13:37
12    A    I am -- I haven't corresponded with that              09:13:39
13    client in over two years.                                  09:13:43
14    Q    Let me ask it slightly differently.  Do you           09:13:45
15    know whether Oracle still sells the product that you're    09:13:48
16    talking about?                                             09:13:50
17    A    No, I don't.                                          09:13:50
18    Q    Did you join Rimini Street from Blue Heron?           09:13:55
19    A    Yes, but not from that particular engagement.         09:13:58
20    Q    It was a general consulting engagement?               09:14:02
21    A    No.  Actually, after Blue Heron, I spent              09:14:06
22    almost two years working for SunGuard Higher Education.    09:14:08
23    Q    Doing what?                                           09:14:12
24    A    Supporting various of their clients who were          09:14:15
25    using PeopleSoft software.                                 09:14:21
```

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      Q   Which software specifically?            09:14:24
 2      A   PeopleSoft Student Administration.      09:14:28
 3      Q   Do you recall what versions of PeopleSoft   09:14:34
 4   Student Administration?                        09:14:36
 5      A   I believe, at the time, they were running 8.2,   09:14:41
 6   8.3. It was focused mostly on the tools side.  09:14:46
 7      Q   So the tools would have been PeopleTools 8.2.   09:14:52
 8      A   I believe so.                           09:14:56
 9      Q   Because as far as I'm aware -- do you know   09:14:57
10   whether -- would you agree with me there is no such   09:14:59
11   thing as Student Administration 8.2?           09:15:02
12      A   I worked on the product for those clients and   09:15:05
13   it was quite some time ago.                    09:15:08
14      Q   Approximately three years ago?          09:15:12
15      A   It would have been, actually, about four.   09:15:16
16      Q   After your work with Student Administration,   09:15:21
17   you joined Rimini Street?                      09:15:23
18      A   No.  I rejoined Blue Heron Consulting for   09:15:24
19   another engagement.                            09:15:27
20      Q   I'm sorry.  You said that.              09:15:28
21          What was your last engagement?          09:15:29
22      A   They had a client, Cascade Natural Gas, in   09:15:30
23   Seattle; and I spent about three months there, doing   09:15:33
24   what was really the lead-up to an eventual     09:15:38
25   implementation of the -- I can't remember the name of   09:15:44
                                                    18
```

```
 1   the product now.  It was odd, because it was not -- it   09:15:49
 2   was not PeopleTools based; it was entirely COBOL based.   09:15:53
 3   But it was a utility management program that was sold by   09:16:00
 4   Oracle.                                        09:16:03
 5      Q   But you don't recall the name?          09:16:04
 6      A   I don't recall the name.                09:16:06
 7          I recall looking at a lot of COBOL code that   09:16:08
 8   was associated with trying to track the needs of the   09:16:14
 9   utility.                                       09:16:17
10      Q   And after that engagement?              09:16:18
11      A   I joined Rimini Street.                 09:16:19
12      Q   Why did you leave PeopleSoft in 2004?   09:16:24
13      A   I left PeopleSoft in 2004 because they felt   09:16:30
14   that my performance was not sufficient.        09:16:34
15      Q   Who was your manager when you left PeopleSoft?   09:16:39
16      A   The name escapes me.  It was a woman who was   09:16:46
17   hired immediately before my termination.       09:16:50
18      Q   Do you recall the name of your manager prior   09:16:53
19   to that person?                                09:16:55
20      A   It would have been -- I believe it was Joe   09:16:56
21   Young.                                         09:17:03
22      Q   For how many years have you been working with   09:17:21
23   PeopleSoft software specifically?              09:17:24
24      A   For most of -- for most of the last 12 years.   09:17:31
25      Q   Is it fair to say that prior to joining Rimini   09:17:39
                                                    19
```

```
 1   Street, you were quite familiar with PeopleSoft   09:17:43
 2   software?                                      09:17:48
 3      A   Yes.                                    09:17:49
 4      Q   With respect to PeopleTools, would you, at the   09:17:52
 5   time that you joined Rimini Street, rate your knowledge   09:17:56
 6   of PeopleTools as being superior, average, or something   09:17:58
 7   you wanted to improve?                         09:18:02
 8      A   I'd rate my understanding of PeopleTools to be   09:18:07
 9   average.                                       09:18:10
10      Q   And now?                                09:18:12
11      A   About the same.                         09:18:15
                                                    20
```

```
                                                    21
```

Veritext National Deposition & Litigation Services
866 299-5127

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

22

24

23

25

Pages 22 to 25

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

```
 9    Q   And PeopleSoft HRMS is sometimes called    09:49:03
10        PeopleSoft HCM.                            09:49:07
11    A   Yeah.                                      09:49:08
```

34                                                                          36

35                                                                          37

Pages 34 to 37

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Pages 38 to 41

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

238

240

239

241

Pages 238 to 241

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

```
                    C E R T I F I C A T E


STATE OF WASHINGTON    )
                       ) ss
COUNTY OF KING         )


        I, the undersigned Washington Certified Court
Reporter, hereby certify:
        That the foregoing deposition upon oral examination
of the witness named herein was taken stenographically
before me and transcribed under my direction;
        That the witness was duly sworn by me pursuant to
RCW 5.28.010 to testify truthfully;
        That the transcript of the deposition is a full,
true and correct transcript to the best of my ability;
        That I am neither an attorney for, nor a relative
or employee of any of the parties to the action or any
attorney or counsel employed by the parties hereto, nor
financially interested in its outcome.


                    _____
                    Donald W. McKay, RMR, CRR
                    Washington Certified Court Reporter No. 3237
                    License effective until: 07/02/2012
```

Page 273

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**