# EXHIBIT 41

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado

corporation; ORACLE AMERICA,

INC. a Delaware corporation; and

ORACLE INTERNATIONAL CORPORATION,

a California corporation,

    Plaintiffs,

  vs.                              No. 2:10-cv-0106-LRH-PAL

RIMINI STREET, INC.,

a Nevada corporation;

SETH RAVIN, an individual,

    Defendants.

_____/

    Videotaped deposition of DENNIS CHIU,

    taken at Boies, Schiller & Flexner, LLP, 1999

    Harrison Street, 9th Floor, Oakland, California,

    commencing at 8:54 a.m., Friday, June 24, 2011,

    before Leslie Rockwood, RPR, CSR No. 3462.

PAGES 1 - 314

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 2

1  APPEARANCES OF COUNSEL:
2
3  FOR THE PLAINTIFF ORACLE USA, INC.:
4      BOIES SCHILLER & FLEXNER LLP
5      BY: KIERAN P. RINGGENBERG, ESQ.
6      BY: ALEXIS LOEB, ESQ.
7      1999 Harrison Street, Suite 900
8      Oakland, California 94612
9      (510) 874-1013
10     (510) 874-1108
11     kringgenberg@bsfllp.com
12     aloeb@bsfllp.com
13
14
15 FOR THE DEFENDANT RIMINI STREET, INC.:
16     SHOOK, HARDY & BACON, LLP
17     BY: ROBERT H. RECKERS, ESQ.
18     JP Morgan/Chase Tower
19     600 Travis Street, Suite 1600
20     Houston, Texas 77002-2911
21     (713) 546-5690
22
23
24
25

Page 3

1  APPEARANCES OF COUNSEL (Continued):
2
3      SHOOK, HARDY & BACON, LLP
4      BY: RYAN DYKAL, ESQ.
5      2555 Grand Boulevard
6      Kansas City, Missouri 64108
7      (816) 559-2572
8      rdykal@shb.com
9
10 ALSO PRESENT:
11     Suzanne Jaffe
12     Fred Norton, Esq. (Briefly)
13     Alexei Dias, Videographer
14
15
16              ---oOo---
17
18
19
20
21
22
23
24
25

Page 4

1           FRIDAY, JUNE 24, 2011; SAN FRANCISCO, CALIFORNIA
2               8:54 A.M.
3               ---oOo---
4
5           THE VIDEOGRAPHER: Good morning. We are on        08:52:27
6  the video record at 8:54 a.m. on June 24th, 2011.
7  this is the videotaped deposition of Mr. Dennis Chiu.
8  my name's Alexei Dias, and our court reporter is
9  Leslie Rockwood. We are here from Veritext National
10 Deposition and Litigation Services.
11         This deposition is being held at 1999
12 Harrison Street, 9th Floor, in the City of Oakland,
13 California. The caption of this case is Oracle USA,
14 Inc., et al., versus Rimini Street, Inc., and Seth Ravin,
15 case number 2:10-cv-0106-LRH-PAL.                         08:54:38
16         At this time will counsel and all present
17 identify themselves for the record, please.
18         MR. RINGGENBERG: Kieran Ringgenberg, Boies,
19 Schiller & Flexner for the plaintiffs.
20         MS. LOEB: Alexis Loeb, Boies, Schiller &          08:54:57
21 Flexner for the plaintiffs.
22         MS. JAFFE: Suzanne Jaffe, summer associate
23 with Boies, Schiller & Flexner for the plaintiffs.
24         MR. DYKAL: Ryan Dykal, Shook, Hardy & Bacon
25 for the defendant.                                        08:55:09

Page 5

1          MR. RECKERS: Robert Reckers, Shook, Hardy &
2  Bacon for the defendants as well.
3          THE VIDEOGRAPHER: Thank you.
4          The witness will be sworn in, and we can
5  proceed.                                                 08:55:18
6          THE REPORTER: If you'll raise your right
7  hand, please.
8          You do solemnly state that the evidence you
9  shall give in this matter shall be the truth, the whole
10 truth and nothing but the truth, so help you God.        10:08:31
11         THE WITNESS: Yes.
12         THE REPORTER: Thank you.
13             EXAMINATION
14 BY MR. RINGGENBERG:
15     Q. Good morning, Mr. Chiu. Did you work for          08:55:30
16 Siebel for several years?
17     A. I did.
18     Q. When did you work for Siebel?
19     A. I worked for Siebel from April 1998 until
20 October 2005.                                            08:55:48
21     Q. And did you work for Siebel after it was
22 acquired by Oracle?
23     A. I did not.
24     Q. You left Siebel in connection with Oracle's
25 acquisition or shortly thereafter?                       08:55:56

                                        2 (Pages 2 to 5)

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 6

```
 1        A. Yes.
 2        Q. And you began work at that time for Rimini
 3   Street?
 4        A. Yes.
 5        Q. And what positions have you had at Rimini        08:56:04
 6   Street?
 7        A. I've held the position of vice president of
 8   Siebel support services and vice president of
 9   on-boarding.
10        Q. What's your current position?                    08:56:15
11        A. Vice president of our Siebel support
12   services.
13        Q. Do you continue to have responsibility for
14   on-boarding?
15        A. No. I primarily have responsibility for our     08:56:24
16   Siebel support services. I --
17        Q. I'm sorry, go ahead.
18        A. Again, just for any historical references, I
19   still help the on-boarding process a little.
20        Q. That is people on the on-boarding team might    08:56:40
21   come to you with questions, for example?
22        A. Correct.
23        Q. When did you transition out of the role of
24   vice president of on-boarding?
25        A. January of 2011.                                08:56:49
```

Page 7

```
 1        Q. And did you also handled Siebel support
 2   before January 2011?
 3        A. Yes. I had primary responsibility for Siebel
 4   support practice and continued to have some overlap with
 5   our Siebel team, even just do part of the business. And  08:57:11
 6   then Kien Phung, a member of my team, was promoted to the
 7   manager of support services and had primary
 8   responsibility for the team for a period of, I think,
 9   over year.
10        Q. And what year was that?                          08:57:29
11        A. 2010.
```

Page 8

Page 9

3 (Pages 6 to 9)

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 10

Page 12

Page 11

Page 13

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 294

Page 295

Page 296

Page 297

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

```
 1    STATE OF CALIFORNIA    ) ss:
 2    COUNTY OF MARIN        )
 3
 4         I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5    certify:
 6         That the foregoing deposition testimony was
 7    taken before me at the time and place therein set forth
 8    and at which time the witness was administered the oath;
 9         That testimony of the witness and all
10    objections made by counsel at the time of the examination
11    were recorded stenographically by me, and were thereafter
12    transcribed under my direction and supervision, and that
13    the foregoing pages contain a full, true and accurate
14    record of all proceedings and testimony to the best of my
15    skill and ability.
16         I further certify that I am neither counsel
17    for any party to said action, nor am I related to any
18    party to said action, nor am I in any way interested in
19    the outcome thereof.
20         IN WITNESS WHEREOF, I have subscribed my name
21    this 5th day of July, 2011.
22
23
24                    /s/ Leslie Rockwood
25              LESLIE ROCKWOOD, RPR, CSR NO. 3462
```

Page 310

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**