# EXHIBIT 42

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA INC., a Delaware Corporation; and ORACLE INTERNATIONAL CORPORATION, a California Corporation,

Plaintiffs,

CASE NO. 2:10-cv-00106-LRH-PAL

vs.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

______________________________

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF: Timothy Brian Conley

DATE: September 1, 2011

TIME: 9:03 a.m. to 6:29 p.m.

LOCATION: Westin Hotel
7627 West Courtney Campbell Causeway
Tampa, FL

TAKEN BY: Plaintiffs

REPORTER: Lori L. Bundy, FPR, RPR, CRR, CLR

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

VIDEOGRAPHER: My name is Scott E. Hay of Veritext. The date today is September 1st, 2011. The time is approximately 9:03. This deposition is being held at the Westin Hotel located at 7627 West Courtney Campbell Causeway. 09:05:15 09:05:18 09:05:23 09:05:27 09:05:36

The caption of this case is Oracle USA, Incorporated, et al. versus Rimini Street, Incorporated, et al., in the United States District Court, District of Nevada. The name of the witness is Tim Conley. 09:05:36 09:05:38 09:05:43 09:05:45 09:05:47

At this time, the attorneys will identify themselves and the parties they represent, after which our court reporter, Lori Bundy, of Veritext, will swear in the witness and we can proceed. 09:05:48 09:05:50 09:05:52 09:05:55

MR. HOWARD: Geoff Howard with Bingham McCutchen for Plaintiff Oracle. 09:05:57 09:06:00

MR. RECKERS: Rob Reckers, Shook, Hardy & Bacon for the Defendants, Rimini. 09:06:01 09:06:12

THEREUPON, 09:06:12

TIMOTHY BRIAN CONLEY, 09:06:12

a witness, having been first duly sworn, upon his oath, testified as follows: 09:06:12 09:06:15

DIRECT EXAMINATION 09:06:15

BY MR. HOWARD: 09:06:15

**Q. Good morning, Mr. Conley. My name is Geoff** **09:06:16**

6

**Howard. I represent Oracle.** **09:06:18**

**Would you please state and spell your last name?** **09:06:20**

A. Timothy Brian Conley. T-I-M-O-T-H-Y, B-R-I-A-N, C-O-N-L-E-Y. 09:06:22 09:06:28

**Q. Where are you currently employed?** **09:06:29**

A. Rimini Street, Incorporated. 09:06:31

**Q. For how long have you been employed there?** **09:06:32**

A. About -- let's see. Almost three years. Two years and 10 months, I believe. 09:06:34 09:06:43

**Q. When did you start?** **09:06:45**

A. It was the end of October, 2008. 09:06:46

**Q. Have you ever worked for Oracle?** **09:06:52**

A. No. 09:06:56

**Q. Have you ever worked for PeopleSoft?** **09:06:57**

A. No. 09:06:59

**Q. Have you been worked for TomorrowNow?** **09:07:01**

A. No. 09:07:04

**Q. Prior to joining Rimini, had you worked for any third-party support provider that is now owned by Oracle?** **09:07:04** **09:07:08**

A. No, sir. 09:07:12

**Q. What's your educational background after high school?** **09:07:12** **09:07:14**

A. None. High school diploma. 09:07:14

**Q. Have you had technical classes or training in software?** **09:07:17** **09:07:20**

7

A. PeopleSoft technical classes, yes. 09:07:21

**Q. Could you describe those?** **09:07:24**

A. I've had PeopleTools 1 and 2, Application Engine, PeopleCode, SQR. I think that summarizes pretty much those. 09:07:25 09:07:33 09:07:39

**Q. And from whom did you take those classes?** **09:07:40**

A. They were on-the-job training, jobs I was working on. 09:07:42 09:07:44

**Q. Who was your employer at the time?** **09:07:45**

A. One was Crowley Maritime Corporation. The other was PriceWaterhouseCoopers. I think that's it. 09:07:47 09:07:51

**Q. And when you say on-the-job training, were those formal classes organized and provided by the employer?** **09:07:56** **09:07:58**

A. For PriceWaterhouseCoopers, yes. Crowley Maritime was at a PeopleSoft location in Atlanta, training class. 09:08:01 09:08:08 09:08:11

**Q. What's your work background dating back to, let's say, your first job involving any kind of PeopleSoft software or Oracle software?** **09:08:11** **09:08:26** **09:08:30**

A. My first job was for CSX, the transportation, railroad, as a payroll analyst; just using it as a user. 09:08:32 09:08:36

**Q. And when was that?** **09:08:42**

A. It was 1998. 09:08:43

**Q. And what was your next job after that?** **09:08:45**

A. I worked for Crowley Maritime Corporation as a business analyst and as a user. 09:08:47 09:08:50

8

**Q. And that was from 1998 until when?** **09:08:56**

A. That would have been '99 to 2000. 09:08:58

**Q. What was your next job after that involving PeopleSoft software?** **09:09:01** **09:09:04**

A. Right. PriceWaterhouseCoopers from 2000 until 2003 -- no, 2004. 09:09:05 09:09:11

**Q. And what were your responsibilities there?** **09:09:13**

A. Software developer. 09:09:15

**Q. What kind of software were you developing?** **09:09:20**

A. PeopleSoft. 09:09:22

**Q. What were the nature of the projects you were working on for PWC?** **09:09:22** **09:09:25**

A. Customizations to SQRs, app engines, pages, interfaces between payroll and third-party payroll vendors. 09:09:27 09:09:37 09:09:42

**Q. Was this acting as a consultant for existing clients of PWC?** **09:09:42** **09:09:45**

A. No, it was for their internal firm services. 09:09:47

**Q. So PWC's own instance of the PeopleSoft software?** **09:09:50**

A. Correct. 09:09:55

**Q. And what applications were you working on?** **09:09:55**

A. HRMS payroll benefits and HR. 09:09:58

**Q. All right. After PWC, where did you go?** **09:10:04**

A. I went into consulting, independent. 09:10:08

9

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14

15

16

17

Pages 14 to 17

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

38
39
40
41

Pages 38 to 41

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Pages 66 to 69

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

A. When would be a good time to ask for a bathroom break? 10:50:53 10:50:55

MR. HOWARD: I was hoping to finish this fix, but let's go ahead and take a break. We've been going for a while. Then we'll finish up when we get back. 10:50:55 10:50:57 10:51:00

VIDEOGRAPHER: We're going off the record at 10:49. 10:51:03 10:51:10

(A break was taken.) 10:51:12

74

VIDEOGRAPHER: The time is 11:14. We are back on the record. 11:15:12 11:15:27

(Plaintiffs' Exhibit No. 313, E-mail, was marked for identification.) 11:15:27 11:15:44

75

76

77

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

198

199

200

201

Pages 198 to 201

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Highly Confidential - Attorneys' Eyes Only

Page 255

CERTIFICATE OF OATH

STATE OF FLORIDA)
COUNTY OF COLLIER)

I, the undersigned authority, certify that TIMOTHY BRIAN CONLEY personally appeared before me and was duly sworn.

WITNESS my hand and official seal this _______ day of ___________________, 2011.

Lori L. Bundy

Lori L. Bundy
Notary Public - State of Florida
My Commission No.: DD 713641
Expires: September 11, 2011

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

REPORTER'S DEPOSITION CERTIFICATE

STATE OF FLORIDA)
COUNTY OF COLLIER)

I, Lori L. Bundy, Certified Court Reporter and Notary Public in and for the State of Florida at Large, certify that I was authorized to and did stenographically report the deposition of TIMOTHY BRIAN CONLEY; that a review of the transcript was not requested and that the transcript is a true and complete record of my stenographic notes.

I further certify that I am not a relative, employee, attorney, or counsel of any of the parties; nor am I a relative or employee of any of the parties' attorney or counsel connected with the action; nor am I financially interested in the action.

DATED this _______ day of ___________________, 2011.

Lori L. Bundy

Lori L. Bundy, FPR, RPR, CRR, CLR