# EXHIBIT 43

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., a )
Colorado corporation; )
ORACLE AMERICA, INC., a )
Delaware corporation; and )
ORACLE INTERNATIONAL )
CORPORATION, a California )
corporation )
)
      Plaintiffs, )
) No. 2:10-cv-0106
vs. )    LRH-PAL
)
RIMINI STREET, INC., a )
Nevada corporation; SETH )
RAVIN, an individual, )
)
      Defendants. )

VIDEOTAPED DEPOSITION OF J.R. CORPUZ

San Francisco, California

Tuesday, March 15, 2011

REPORTED BY: YVONNE FENNELLY, CCRR, CSR NO. 5495

FILE NO.: 10320

Pages 1 - 122

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 6

```
 1    San Francisco, California; Tuesday, March 15, 2011
 2           9:38 a.m. - 5:07 p.m.
 3                    - - -
 4        THE VIDEOGRAPHER:  We are going on the
 5   record.  This is the beginning of Tape 1, Volume I.    09:38
 6   The time is approximately 9:38 a.m.  My name is Che
 7   E. Presant, CLVS, your videographer, and I represent
 8   Affinity Court Reporters, Incorporated here on
 9   behalf of SiteLogic, Incorporated, here on behalf of
10   Boies, Schiller & Flexner, LLP.                        09:39
11        I am a certified legal video specialist and
12   notary public.  I am not financially interested in
13   this action, nor am I a relative or employee of any
14   attorney of any of the parties.  The date is
15   March 15th, 2011.  This deposition is taking place    09:39
16   at 3 Embarcadero Center, 28th floor, San Francisco,
17   California, 94111.
18        This is Case No. 2:10-CV-0106-LRH-PAL
19   entitled, Oracle USA, Incorporated, et al. Versus
20   Rimini Street, Incorporated, et al.                    09:39
21        This deposition is being taken on behalf of
22   the Plaintiffs.  The Deponent is J.R. Corpuz.  The
23   court reporter is Yvonne Fennelly with Affinity
24   Court Reporters, Incorporated, here on behalf of
25   SiteLogic, Incorporated.                               09:40
```

Page 7

```
 1        Counsel and all parties present will now
 2   introduce themselves.
 3        MR. RINGGENBERG:  Kieran Ringgenberg,
 4   Boies, Schiller & Flexner for the Plaintiffs.
 5        MS. LOEB:  Alexis Loeb, Boies, Schiller &       09:40
 6   Flexner for the Plaintiffs.
 7        MR. RUSSELL:  Chad Russell from Bingham
 8   McCutchen for the Plaintiffs.
 9        MR. PICKETT:  Chris Pickett, Rimini Street.
10        MR. DYKAL:  Ryan Dykal, Shook, Hardy &          09:40
11   Bacon.
12        MR. RECKERS:  Rob Reckers, Shook, Hardy &
13   Bacon, for the Defendants.
14        THE VIDEOGRAPHER:  Thank you.
15        Would the court reporter please swear in       09:40
16   the witness.
17             J.R. CORPUZ,
18        having first been first administered an
19        oath in accordance with CCP Section
20        2094, was examined and testified as
21        follows:
22                EXAMINATION
23   BY MR. RINGGENBERG:
24   Q.   Good morning, sir.
25        Could you just say your name for the           09:40
```

Page 8

```
 1   record, please?
 2   A.   J.R. Corpuz.
 3   Q.   Okay.
 4        And where do you live?
 5   A.   I live in Seattle, Washington.                  09:40
 6   Q.   Do you work at Rimini Street?
 7   A.   Yes, I do.
 8   Q.   How long have you worked there?
 9   A.   I worked there about, since 2006.
10   Q.   Before you worked at Rimini Street, what       09:40
11   was your -- what did you do?
12   A.   Before Rimini Street, I was in college.
13   Q.   And have you had your deposition taken
14   before?
15   A.   No, I haven't.                                 09:41
16   Q.   Let me just go over the process with you a
17   little bit.
18        I'm sure your attorneys have already done
19   so.
20        You know, I'll ask you questions, you'll      09:41
21   answer them.  The court reporter is trying to
22   transcribe everything we say, so it's important that
23   we don't talk over each other.
24        I'll do my best to make sure I don't
25   interrupt you.  You need to wait until my questions  09:41
```

Page 9

```
 1   are complete before you answer; is that fair?
 2   A.   Uh-huh.
 3   Q.   If at any point you don't understand a
 4   question, please let me know and I'll try to
 5   rephrase it.  Okay?                                  09:41
 6   A.   Okay.
 7   Q.   Is there any reason why you can't give your
 8   best testimony today?  You haven't been hit on the
 9   head or taken any medications or anything?
10   A.   No.                                             09:41
11   Q.   What was your educational background?
12   A.   I went to San Jose State for my English
13   degree, and a minor in technical writing.
14   Q.   And what roles have you had at Rimini
15   Street?                                              09:42
16   A.   When I first joined the company, I was with
17   marketing, Lee Chen.  And since then, after that, I
18   moved, I went up to the onboarding department.
19        THE VIDEOGRAPHER:  J.R., we need you to
20   speak louder so we can hear you and even move your  09:42
21   mike up a little bit, if you could, so we can
22   capture what you're saying.  Thank you.
23   BY MR. RINGGENBERG:
24   Q.   At what point did you switch from marketing
25   to onboarding?                                       09:42
```

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 10

1  A.  I was -- there was no definite date.  It
2  was just a slow transition.  I'd say I was in
3  marketing for about two or three weeks, and I just
4  started doing work for onboarding as well, so --
5  Q.  How many employees at Rimini Street at that   09:42
6  time?
7  A.  At that time, I believe it was about 30 or
8  so.

Page 11

Page 12

Page 13

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 14

Page 16

Page 15

Page 17

5 (Pages 14 to 17)

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 158

Page 160

Page 159

Page 161

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 162

Page 163

Page 164

Page 165

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

1                    REPORTER'S CERTIFICATE

2

3          I, Yvonne Fennelly, CCRR, CSR 5495, do

4   hereby certify:

5

6          That the foregoing deposition of J.R.

7   CORPUZ was taken before me at the time and place

8   therein set forth; at which time the witness was

9   placed under oath and was by me sworn to tell the

10  truth, the whole truth, and nothing but the truth;

11

12         That the testimony of the witness and all

13  objections made by counsel at the time of the

14  examination were recorded stenographically by me,

15  and were thereafter transcribed under my direction

16  and supervision, and that the foregoing pages

17  contain a full, true and accurate record of all

18  proceedings and testimony to the best of my skill

19  and ability.

20

21         I further certify that I am neither related

22  to counsel for any party to said action, nor am I

23  related to any party to said action, nor am I in any

24  way interested in the outcome thereafter.

25

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

1           IN WITNESS WHEREOF, I have subscribed my
2  name this 18th day of March, 2011.
3
4
5
6
7           _____
            YVONNE FENNELLY, CCRR, CSR No. 5495
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order