# EXHIBIT 47

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

------------------------------

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| vs. | ) Case No. |
| RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, | ) 2:10-cv-00106 ) LRH-PAL ) ) |
| Defendants. | ) |

------------------------------

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped 30(b)(6) Deposition of RAY C. GRIGSBY, JR., taken at 16475 East 40th Circle Aurora, Colorado, commencing at 8:21 a.m., Wednesday, June 8, 2011, before Lisa A. Knight, RPR, Notary Public.

PAGES 1 - 334

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE PLAINTIFFS:
        BINGHAM McCUTCHEN LLP
 4   BY:  GEOFFREY M. HOWARD, ESQ.
 5        ZACHARY HILL, ESQ.
        Three Embarcadero Center
 6      San Francisco, California 94111-4067
        415.393.2033
 7      geoff.howard@bingham.com
 8      zachary.hill@bingham.com
 9
10   FOR THE DEFENDANTS:
        SHOOK, HARDY & BACON LLP
11   BY:  ROBERT RECKERS, ESQ.
12      JP Morgan/Chase Tower
13      600 Travis Street, Suite 1600
        Houston, Texas 77002-2911
14      713.227.8008
15      rreckers@shb.com
16
     FOR THE DEFENDANTS:
17      SHOOK, HARDY & BACON LLP
18   BY:  RYAN DYKAL, ESQ.
19      2555 Grand Boulevard
20      Kansas City, Missouri 64108
21      816.474.6550
22      rdykal@shb.com
23
24   ALSO PRESENT:
25      JERRY DeBOER, Videographer
```

Page 3

```
 1              PROCEEDINGS
 2          (June 8, 2011 at 8:21 a.m.)
 3          THE VIDEOGRAPHER:  Good
 4   morning.  We are on the record at
 5   8:21 a.m. on June 8th, 2011.           08:22:51
 6          This is the videotaped 30(b)(6)
 7   deposition with designated
 8   representative Ray Grigsby.  My name
 9   is Dennis Clayton, here with our court
10   reporter, Lisa Knight.  We are here    08:23:06
11   from Veritext National Deposition and
12   Litigation Services at the request of
13   counsel for the plaintiff.
14          This deposition is being held
15   at 16475 East 40th Circle in the city  08:23:16
16   of Aurora, Colorado.  The caption of
17   this case is Oracle USA, Inc., et al.,
18   versus Rimini Street, Inc., et al.,
19   Case No. 2:10-cv-00106-LRH-PAL.
20          Please note that this           08:23:40
21   deposition is being recorded audio and
22   video, and the mics are very
23   sensitive, so please keep private
24   conversations to off the record.
25          At this time, will counsel and  08:23:49
```

Page 4

```
 1   all present please identify themselves
 2   for the record.
 3          MR. HOWARD:  Geoff Howard from
 4   Bingham McCutchen for plaintiff
 5   Oracle.                                08:23:59
 6          MR. HILL:  Zachary Hill,
 7   Bingham McCutchen, for plaintiff
 8   Oracle.
 9          MR. REKERS:  Rob Rekers, Shook,
10   Hardy & Bacon, for the defendant.      08:24:05
11          MR. DYKAL:  Ryan Dykal, Shook,
12   Hardy & Bacon, for the defendant.
13          THE VIDEOGRAPHER:  Will the
14   reporter please swear the witness.
15           - - -                          08:24:13
16          RAY C. GRIGSBY, JR.,
17   after having been duly sworn, was examined
18   and testified as follows:
19           - - -
20          EXAMINATION
21           - - -
22   BY MR. HOWARD:
23      Q.   Mr. Grigsby, my name is Geoff
24   Howard.  I represent Oracle.  We met just
25   before this deposition.                08:24:34
```

Page 5

```
 1          Would you please state your
 2   full name for the record.
 3      A.   Sure.  Ray C. Grigsby, Jr.
 4      Q.   And what's your home and
 5   business address?                      08:24:41
 6      A.   My home address is 5632 South
 7   Yampa Street in Centennial, Colorado, and my
 8   business address would be the same.  I office
 9   at my home.
10      Q.   Have you had your deposition   08:24:52
11   taken before?
12      A.   I have not.
13      Q.   What did you do to prepare for
14   your deposition today?
15      A.   I had material provided by the 08:25:01
16   lawyers, went over those topics.  I also met
17   with my team that I run, the JDE practice.  I
18   met with Dennis Chiu of on-boarding.  I met
19   with Ed Berde, Ryan of on-boarding.
20          I met with other people with    08:25:16
21   Rimini Street in the headquarters to
22   understand processes that were done prior to
23   me joining the Rimini Street company.
24          I also did some private prep by
25   studying our DevTrack system, our Sales Force 08:25:26
```

Veritext National Deposition & Litigation Services
866 299-5127

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 10

```
 1      Q.    Anything else?
 2      A.    No.
 3      Q.    Let me back up for a second --
 4      A.    Okay.
 5      Q.    -- and go over some ground          08:29:32
 6   rules, and then we may come back to some of
 7   your preparation work.
 8      A.    Okay.
 9      Q.    You understand that the oath
10   that you've taken is the same oath that you   08:29:38
11   would take in a court of law?
12      A.    Yes, sir.
13      Q.    And do you understand that the
14   court reporter will take down my questions
15   and your answers and that there will be a     08:29:46
16   written transcript prepared of what I say and
17   what you say?
18      A.    Yes.
19      Q.    And do you understand that
20   you'll have a chance to make corrections to   08:29:54
21   that transcript when it's provided to you?
22      A.    Yes, sir.
23      Q.    All right. And do you
24   understand that if you do that, me or
25   somebody else at trial or later in this       08:30:03
```

Page 11

```
 1   proceeding can comment on those changes?
 2      A.    Yes, sir.
 3      Q.    All right. And so do you
 4   understand it's important for you to give
 5   your best testimony as best you can today?    08:30:12
 6      A.    I understand.
 7      Q.    Is there any -- are you on any
 8   medication? Is there any other reason why
 9   you can't give your best testimony today?
10      A.    No, not at all.              08:30:20
11      Q.    All right.
12            If I don't -- if you don't
13   understand my question, I'm going to ask you
14   to please let me know that so I can do my
15   best to clarify it for you. Is that          08:30:34
16   acceptable?
17      A.    Yes, sir.
18      Q.    All right. And if you need to
19   take a break at some point, let me know.
20   Unless there's a question pending, I'll do my 08:30:41
21   best to accommodate you.
22      A.    Okay. Thank you.
```

Page 12

Page 13

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 30

Page 31

Page 32

Page 33

|  | BY MR. HOWARD: | 08:53:58 |
|---|---|---|
| 6 | Q.   Now, you were employed at | |
| 7 | JD Edwards at one point, is that correct, | |
| 8 | Mr. Grigsby? | |
| 9 | A.   I worked for JD Edwards for | |
| 10 | over 18 years. | 08:54:07 |
| 11 | Q.   What were the approximate dates | |
| 12 | of that employment? | |
| 13 | A.   I was hired by JD Edwards to | |
| 14 | open the Houston office by Dan Gregory in | |
| 15 | 1985. I worked out of the Houston office as | 08:54:17 |
| 16 | a programmer, consultant, and project manager | |
| 17 | for approximately eight years. I transferred | |
| 18 | to Denver headquarters and finished out my | |
| 19 | tenure with JD Edwards, leaving in | |
| 20 | approximately 2003. | 08:54:35 |
| 21 | Q.   What was the reason for your | |
| 22 | departure from JD Edwards? | |
| 23 | A.   It was a layoff package from -- | |
| 24 | after the merger. | |
| 25 | Q.   And which merger are you | 08:54:48 |

9 (Pages 30 to 33)

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Case 2:10-cv-00106-LRH-VCF   Document 243-19   Filed 03/30/12   Page 6 of 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 34

```
 1  referring to?
 2      A.  If memory serves me, it was
 3  right in between when PeopleSoft and Oracle
 4  was coming in, taking over.  I think my
 5  termination was actually performed by            08:55:01
 6  PeopleSoft.
 7      Q.  So 18 years at JD Edwards.  And
 8  did you have occasion to come in contact with
 9  license agreements between JD Edwards and
10  customers during that 18 years?                  08:55:22
11      A.  No.
12      Q.  Did you ever develop an
13  understanding of any of the license terms
14  between JD Edwards and customers during that
15  18 years?                                        08:55:33
16      A.  No.
17      Q.  And then where did you -- what
18  was your next employment after JD Edwards?
19      A.  After JD Edwards, I worked for
20  -- as an independent consultant for several      08:55:42
21  years up in Canada, finishing a very large
22  migration project in Munton for a client.
23          After that, I went to several
24  business partners, including Fujitsu, INRANGE
25  Consulting, and the last one was CD Group,       08:55:58
```

Page 35

```
 1  and was basically a project manager, managing
 2  groups of programmers and analysts for both
 3  upgrades and migration projects for
 4  JD Edwards clients.
 5      Q.  Who was the client in Canada?            08:56:12
 6      A.  The client in Canada was
 7  J.D. Irving.
 8      Q.  Prior to when you arrived at
 9  Rimini Street, had you worked for any other
10  third-party service provider of JD Edwards       08:56:27
11  software?
12      A.  Other than the ones I
13  mentioned, no, I didn't.
14      Q.  I'm sorry.  Which ones that you
15  mentioned previously?                            08:56:35
16      A.  Well, I worked for business
17  partners, and they were gold-certified
18  partners of JD Edwards, both INRANGE
19  Consulting, Fujitsu Consulting and CD Group
20  out of Atlanta.                                  08:56:47
21      Q.  And did you work for any
22  third-party service providers that were not
23  licensed partners of JD Edwards or PeopleSoft
24  or Oracle?
25      A.  I did work for a company for a           08:56:58
```

Page 36

```
 1  little over two years called QAD, which had
 2  nothing to do with JD Edwards at all.  They
 3  were a software vendor of manufacturing
 4  software.
 5      Q.  So is it fair to say that when           08:57:09
 6  you started at Rimini Street, you had not
 7  previously worked for a third-party service
 8  provider for JD Edwards software that wasn't
 9  a contracted business partner of JD Edwards
10  or PeopleSoft or Oracle?                         08:57:23
11      A.  That is correct.
12      Q.  When did you start at Rimini
13  Street?
14      A.  I was hired late
15  September 2009.                                  08:57:31
16      Q.  What was your job title at that
17  time?
18      A.  Vice president of the
19  JD Edwards practice.
20      Q.  Has that changed since                   08:57:40
21  September 2009?
22      A.  No, sir.
23      Q.  Who did you report to in
24  September 2009?
25      A.  I report to Brian Slepko, who's          08:57:47
```

Page 37

```
 1  senior VP of global operations.
 2      Q.  And you've reported to him
 3  since you started your employment?
 4      A.  Yes, sir.
 5      Q.  Has your job description                 08:57:55
 6  changed at all since you started?
 7      A.  No.
 8      Q.  And what is your job
 9  description?
10      A.  My job description is to manage          08:58:04
11  the JDE practice, working with sales and
12  marketing to grow the JD Edwards practice
13  globally.  I'm also in charge of trying to
14  recruit and grow it internally in terms of
15  services we provide, ensuring that we have       08:58:19
16  proper methodologies and procedures in place,
17  and basically running the P&L to achieve
18  margins.
19      Q.  Did you have experience with
20  JDE software prior to your employment with       08:58:34
21  JD Edwards?
22      A.  Prior to my employment with
23  JD Edwards, no -- oh.  Pardon me.  Can I
24  correct that?
25      Q.  Sure.                                    08:58:47
```

10 (Pages 34 to 37)

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

1        IN WITNESS WHEREOF, I have subscribed
2   my name this 10th day of June, 2011.
3
4
5
6
7   _____
8   LISA A. KNIGHT
    RPR No. 33866
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

## INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

This is the final version of your deposition transcript.

Please read it carefully. If you find any errors or changes you wish to make, insert the corrections on the errata sheet beside the page and line numbers.

If you are in possession of the original transcript, do NOT make any changes directly on the transcript.

Do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line.

### ERRATA SHEET

| Page | Line | | |
|------|------|---|---|
| 299 | 16 | Change: | NO, the backup hard Drive was Purchased |
| | | Reason: | in 2007. all material came from CD Group & Fujit. |
| 300 | 3-10 | Change: | CANNOT Reference employment agreement and |
| | | Reason: | No I cannot Confirm the wording of |
| 300 | 11 | Change: | and content of the employment agreement |
| | | Reason: | when I Joined JD Edwards in 1985(?) Date is AN estimate |
| 300 | 18 | | NO cannot confirm |

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

| Page | Line | | |
|---|---|---|---|
| 38 | 4, 10, 11 | Change: | mis spelled NAme |
| | | Reason: | ShouLD Be Shell OiL Company |
| | | Change: | "upgrade" |

_RCG_ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made. I certify that the transcript is true and correct.

_Ray C. Gregory Jr_  06/15/2011
Signature                                                                Date

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

```
 1      DECLARATION UNDER PENALTY OF PERJURY
 2
 3           I, RAY C. GRIGSBY, JR., the
 4   witness herein, declare under penalty of
 5   perjury that I have read the foregoing in its
 6   entirety, and that the testimony contained
 7   therein, as corrected by me, is a true and
 8   accurate transcription of my testimony
 9   elicited at said time and place.
10           Executed on  June 15        , 20 11 ,
11   at 5632 S. Yampa Street, Centennial, State of
12   Colorado                            .
13
14
15
16           _____Ray C. Grigsby Jr._____
17                RAY C. GRIGSBY, JR.
18
19
20
21
22
23
24
25
```

Page 326

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**