# EXHIBIT 48

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA

ORACLE USA, INC., a )
Colorado Corporation, )
et al., )
Plaintiff, )
vs ) CIVIL ACTION NO:
RIMINI STREET, INC., ) 2:10 cv 0106 LRH PAL
A Nevada Corporation, )
Defendant. )

Videotaped Deposition of ALECIA HOLMES, taken at 3230 Edwards Lake Road, Boardroom, Trussville, Alabama, commencing at 8:57 a.m., Friday, December 16, 2011, before Dena Wright. CCR No. 34.

PAGES 1 239

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

**anyone can comment on those corrections at trial. Do you understand that?**
A. Yes.
**Q. I guess one last thing to say, which is that the court reporter can take down one voice at a time, so, as you're already doing, please let me finish my question before you respond.**
A. Okay. Thank you.
**Q. Ms. Holmes, is Mr. Dykal representing you today?**
A. Yes, he is.
**Q. What did you do to prepare for your deposition today?**
A. I met with counsel yesterday.
**Q. For about how long?**
A. Several hours.
**Q. Half day, all day?**
A. About half day, I guess.
**Q. Is that the only meeting you had with Mr. Dykal--**
A. Yes.
**Q. -- to prepare for your deposition?**
A. Yes.
**Q. Did you have any phone calls with Mr.**

**Dykal about your deposition?**
A. No.
**Q. Any e-mails?**
A. Just for scheduling purposes.
**Q. Did you discuss the meeting that you had yesterday with Mr. Dykal with anybody else?**
A. I just discussed that it occurred with my mother and my best friend. What was discussed, no.
**Q. But not the content?**
A. No.
**Q. Did you talk about your testimony or possible testimony with anybody other than counsel?**
A. No -- I told some friends that I was being deposed. What was potentially discussed, no.
**Q. In preparation for your deposition, did you look at any documents?**
A. No.
**Q. Did you look at any depositions, say, by video? Did you listen to any depositions on audio?**
A. No.
**Q. Did you look at any of the Complaint**

**or the pleadings in this case in preparation for your deposition?**
A. No.
**Q. Did you take any notes during your prep session with Mr. Dykal?**
A. No.
**Q. Did you take any other notes to help you testify today?**
A. No.
**Q. Did you bring anything with you to help you testify today?**
A. No.
**Q. I'm sorry, Ms. Holmes. Could you spell your name for the record.**
A. Sure. A-l-e-c-i-a, last name H-o-l-m-e-s.
**Q. Thank you. Is your middle initial D?**
A. Yes.
**Q. I ask because you were at ADH Consulting, --**
A. Yes.
**Q. Which I guess is your initials?**
A. Yes.
**Q. Let's back up. Before that, you were at PeopleSoft?**

A. Yes.
**Q. And approximately how long?**
A. Few months short of five years.
**Q. What did you do at PeopleSoft?**
A. I was a PeopleSoft Principal Consultant.
**Q. What does that mean?**
A. Implement the PeopleSoft software and supported after go live, if necessary.
**Q. Were you in Alabama when you were a PeopleSoft consultant?**
A. Yes, and I traveled as necessary.
**Q. Did you have a specialty as far as the PeopleSoft pillars of products?**
A. I worked on the Financials and Supply Chain side of PeopleSoft product.
**Q. Any product specialties within Financial and Supply Chain?**
A. Purchasing and accounts payable, although I had experience with other modules, I would say those were my specialties.
**Q. Would you include installation as part of the implementation that you would do when you were a PeopleSoft consultant?**
A. No, that was handled by an outside

group.
**Q. What about configuration of the environments once they were created?**
A. No. Do you mean the hardware such as that or what --
**Q. No. I mean, for instance, tweaking the installed version of financials once it's installed.**
A. As part of the implementation, you will make certain decisions with the client as to how they want to configure to meet their business needs. That's part of the information process.
**Q. Then, once you had those conversations, you would perform the configuration?**
A. Right, if that was my duties to do so.
**Q. And about, do you recall, how long did it take to configure and get a PeopleSoft system set up?**
A. It varied by the size of the client. There were some clients that was a year plus and with very large teams.
**Q. Was that common?**
A. Yes.

**Q. And how many PeopleSoft consultants would work on those cases where there were, say, a yearlong implementation process?**
A. Once again, it could vary.
**Q. Give me a range.**
A. Ten plus. I mean, one project I was on, I think there were 40 plus, you could say, consultants that came through there.
**Q. Do you recall which client that was?**
A. That was Alfa Insurance.
**Q. And you mentioned support after go live. Does that mean that you would assist the clients after the installation and configuration had been completed in using the client's systems?**
A. Correct. Traditionally, after an implementation, they go live in production. It's normally the practice that consultants, a number of consultants, will remain on site to help them through their first month or two months of close just to make sure that no unforeseen problems come up. Really almost functioned as a business analyst during that time period.
**Q. In the sense that working with the**

**PeopleSoft software, --**
A. Right.
**Q. -- you were analyzing how to meet their needs using that software?**
A. Yes.
**Q. Please let me finish my question before you answer.**
A. I'm sorry.
**Q. That's okay. And was that what you did your entire time at PeopleSoft?**
A. Yes, I either implemented or provided postproduction support.
**Q. How did you gain your experience with the PeopleSoft software?**
A. By training with PeopleSoft.
**Q. While you were an employee?**
A. Yes.
**Q. Had you had a computer science background prior to that?**
A. I worked with an ERP maintenance manufacturing company prior to coming to work for PeopleSoft. So I had experience implementing software prior to PeopleSoft.
**Q. Which ERP was that?**
A. It was called Revere, R-e-v-e-r-e.

**Q. And did you do purchasing and accounts payable with that software as well?**
A. Yes.
**Q. That's how you were familiar with the systems?**
A. Yes. In addition, I started out my career in accounts payable at a college, so I have a functional background.
**Q. Got it. Thank you. You left PeopleSoft around March 2005?**
A. Sounds about right.
**Q. Why?**
A. I was ready to do something different. I decided I wanted to try -- I had an opportunity to go out on my own and a little tired of getting sent on projects everywhere.
**Q. A lot of travel?**
A. Have a little bit -- yes.
**Q. It was Oracle at that time, actually, right?**
A. It was shortly -- I think the sale was completed maybe within two months or so.
**Q. And was it a voluntary departure?**
A. Yes.
**Q. And what did you do next?**

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

**project for ENSCO International, correct?**
A. Yes.
**Q. After that project, you joined Rimini Street, correct?**
A. Yes.
**Q. When did you apply for the Rimini Street position?**
A. It would have been in the summer of 2006.
**Q. And when did you find out that you would be offered a position at Rimini Street?**
A. The summer of 2006 probably -- it was a lengthy interview process, and it would have been while I was working for ENSCO.
**Q. Do you remember with whom you interviewed?**
A. I interviewed via telephone with Dennis Chiu, and I believe also Susan Tahtaras. Then, I met in person with Seth Ravin.
**Q. Anybody else?**
A. I believe that's it.
**Q. That was all in the summer of 2006?**
A. Yes.
**Q. Were you the first hire for Rimini Street for Financials and Supply Chain**

**Management?**
A. I believe I was, yes.
**Q. And what's your current address, Ms. Holmes? I'm sorry.**
A. 462 North Lake Road, Birmingham, Alabama 35242.
**Q. Have you been based in Birmingham for your entire time or had you been based in Birmingham for your entire time at Rimini Street?**
A. Yes.
**Q. Did you have to travel at all?**
A. I traveled occasionally to Pleasanton. Other than that, no.
**Q. And where did you interview with Mr Ravin?**
A. Mr Ravin was actually in Dallas on business, and while I was at ENSCO, I met him one morning.
**Q. Did you know Mr Ravin from PeopleSoft?**
A. No, I did not.
**Q. Did you know anyone else who is at Rimini Street from shared days at PeopleSoft?**
A. I do not believe so.
**Q. Just Mr. Ormond?**

A. Yes.
**Q. Why did you decide to join Rimini Street?**
A. I had spent ten plus years consulting prior to coming to PeopleSoft, then with my time at PeopleSoft and as an independent, and I had travelled extensively. I was tired of being gone all the time and wanted to be at home. Rimini Street provided me the opportunity to work from home full time.
**Q. Perhaps more than full time?**
A. Yes.
**Q. Did you look at any other opportunities at that time other than Rimini Street?**
A. I had actually contacted TomorrowNow and just -- I had spoken with a recruiter and did not hear back from them. They did contact me the first week I was working for Rimini Street, but I had already employment otherwise.
**Q. They contacted you to see if you wanted to pursue a position at TomorrowNow?**
A. Yes.
**Q. But you had just started at Rimini Street?**

A. Yes.
**Q. Other than TomorrowNow and Rimini Street, did you look at any other positions that you can recall when you decided to take the Rimini Street job?**
A. Not to the best of my knowledge.
**Q. Is it correct that after you became a Rimini Street employee ENSCO International contracted so that you could provide them continuing services?**
A. ENSCO International contacted Rimini Street, and I believe, to the best of my knowledge, entered into a retainer agreement with Rimini Street so that myself and Mr. Ormond could continue to provide them with services until they had completed their upgrade.
**Q. So it sounds like they let you work?**
A. To the best of my knowledge.
**Q. As far as you know, was continued opportunity to work with you and Mr. Ormond the reason for the initial engagement between ENSCO and Rimini Street?**
MR. DYKAL: Objection, calls for speculation.

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

A. I can't say.
**Q. (By Mr. Polito) As far as you know, was that the scope of the initial agreement between ENSCO and Rimini Street?**
MR. DYKAL: Objection, calls for speculation.
A. I do not remember seeing -- I don't believe I've ever seen the agreement, so I can't say what the scope of services were.
**Q. (By Mr. Polito) Do you know if anyone other than you and Mr. Ormond at Rimini Street was working for ENSCO at the time you started at Rimini Street?**
MR. DYKAL: Objection, foundation.
A. I could not tell you for sure whether anyone did or not.
**Q. (By Mr. Polito) You were still supporting them -- supporting ENSCO International in their upgrade of financials; is that correct?**
A. Yes.
**Q. At Rimini Street?**
A. Yes.
**Q. And do you remember how long it ook?**
A. Five years later, I could not tell you

Page 30

the timeframe.
**Q. Was this one of those one-year implementations, or was this a shorter one?**
A. I believe it was a shorter upgrade, but ENSCO International is a multinational corporation that has many business requirements that would come up from time to time, things that they would maybe want to customize, and they would ask my assistance or my advice.
**Q. For products other than accounts payable, as well?**
A. Could be for purchasing. For thing -- other things in the Financials and Supply Chain suite.
**Q. Which has a large number of products?**
A. Correct.

Page 31

**Q. Where are you currently employed?**
A. I am employed with Collaborative Solutions, Collaborative, C-o-l-l-a-b-o-r-a-t-i-v-e Solutions.
**Q. Like it sounds?**
A. Yes.
**Q. And in what capacity?**
A. I'm a Workday Principal Consultant.
**Q. What does that mean?**
A. Workday is a software. That is a Cloud based software.
**Q. And do you have a specialty regarding the Workday software?**
A. I've been -- I'm certified on the HR side, Human Resources side, right now. I will be attending classes in January for the Financials side.
**Q. And this was a voluntary departure from Rimini Street?**
A. Yes.
**Q. Were you granted any stock options as a Rimini Street employee?**
A. I was granted stock options, yes.

Page 32

**Q. Did those vest before you left?**
A. Yes, they did.
**Q. Did you exercise any options?**
A. No, I did not.
**Q. Do you still hold those options?**
A. It's my understanding that I had 30 days to exercise them. The 30 days has passed, and I have not exercised the option.
**Q. So it's your understanding you no longer hold the options?**
A. That's my understanding, yes.
**Q. Do you remember how many stock options you had vested when you left?**
A. Honestly, I had a spreadsheet that I kept up with them. I couldn't tell you.
**Q. Did you receive them, from time to time?**
A. I remember receiving stock options as part of my initial hire, and then I received stock options, I want to say, after the first year of service. And then as part of the bonus plan, stock options were granted in lieu of cash.
**Q. Were the bonuses part stock and part cash or all stock?**

Page 33

A. Part stock and part cash.
**Q. Was your annual salary part stock and part cash, as well?**
A. No. I had an annual based salary plus bonus.
**Q. When you were at independent consulting prior to being at Rimini Street, what e-mail did you use?**
A. I believe I used my personal e-mail. Actually, I think I may have had an ADH Consulting e-mail address. I honestly can't remember. And clients would normally provide you with an e-mail address.
**Q. In the client domain?**
A. Yes.
**Q. And what was the personal e-mail that you would have used, as best you can recall?**
A. It would have been, like I said, ADHconsulting@BellSouth net.
**Q. Do you still have that e-mail address active?**
A. I don't believe I do.
**Q. Did you use any personal e-mail addresses while you were a Rimini Street employee?**

A. To the best of my knowledge, no.
**Q. Did you use Yahoo Instant Messaging?**
A. Yes.
**Q. Do you use Yahoo E-Mail as part of being a Rimini Street employee?**
A. No.
**Q. Just Instant Messaging?**
A. Correct.
**Q. Any other instant message programs that you can recall?**
A. Not that I can recall, no.
**Q. Did you log your instant messages?**
A. It was not my practice to save my instant messages. Later, it became Rimini Street practices to save the instant messages, and at that time, I turned on the option to do so.
**Q. Do you recall approximately when that became a Rimini Street practice?**
A. No, I do not.
**Q. They told everybody to --**
A. Yes.
**Q. Let me finish.**
A. I'm sorry.
**Q. To turn on the instant message log?**

A. Yes.
**Q. Thank you.**
MR. POLITO: Can we go off the record one second.
THE VIDEOGRAPHER: Off the record, 9:30 a m.
(Whereupon, an off record discussion occurred.)
THE VIDEOGRAPHER: Back on the record at 9:30 a.m.
**Q. (By Mr. Polito) Ms. Holmes, you understand you're still under oath?**
A. Yes, I do.
**Q. Thank you. How did you find out about the Collaborative Solutions job, Ms. Holmes?**
A. I have a former co-worker from PeopleSoft that currently works for Collaborative, and he told me about the opportunity.
**Q. Who is that?**
A. His name is Stan Downs, D-o-w-n-s.
**Q. Thank you. Let's go back to your employment at Rimini Street. When you first started at Rimini Street, what was your title, if you can recall?**

A. Primary Support Engineer.
**Q. Is that PSE?**
A. Yes.
**Q. What were your duties as a Primary Support Engineer?**
A. To support the Financials and Supply Chain clients for the PeopleSoft product.

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

**Q. Do you recall when the second PeopleSoft Financials Primary Support Engineer was hired?**
A. I want to say it was September of 2007.

**Q. And who was that?**
A. That was Cindy Deitz, D-e-i-t-z.
**Q. When you became the manager, who were you managing?**
A. I was managing Cindy Deitz, Tamara Renschen, R-e-n-s-c-h-e-n, Jennie Ong, O-n-g, Julie Auer, A-u-e-r, Linda Roberts, R-o-b-e-r-t-s, and for a time, Wael Farhat, that's W-a-e-l F-a-r-h-a-t. And at one point, Don Moy, D-o-n, M-o-y, and Prasad -- yeah, Prasad, P-r-a-s-a-d, P-i-n-n-a-a-m-a-r-a-j-u. I believe that's all of them.
**Q. Thank you. That's great. Were all of the people that you mentioned Primary Support Engineers for Financials?**
A. Yes, they were.
**Q. Are you familiar with --**
MR. POLITO: Do you need to go off the record?
**Q. (By Mr. Polito) Are you familiar with how the Human Resources side of Rimini Street was structured functionally?**
A. For the Primary Support Engineers, their jobs were similar to the financial supply chain side.

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

**Q. When you became a manager, you testified that you had to do annual reviews and approve vacation for other Financials Primary Support Engineers; is that correct?**

A. Correct.

**Q. Who had done that previously?**

A. Prior to my becoming the manager Travis Ormond was the manager, and he had those responsibilities.

**Q. And was he the Financials Manager?**

A. He was the manager over the Financials and also over the Human Resources Support.

**Q. Do you know what position Mr. Ormond took after you became Financials Manager? How did his position change, if you know?**

A. I believe he was next promoted to Director of PeopleSoft Support.

**Q. And can you describe in your own words what you understood that to mean?**

A. I never saw a job description, so I can't say what his duties were.

**Q. Did you continue to report to Mr. Ormond?**

A. Yes, I did.

**Q. Do you know who his other direct reports were?**

A. Melissa Berde, B-e-r-d-e, became the Manager from the Human Resources Support. At what point in time, I couldn't tell you that that was made.

**Q. You can't say when that transition**

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

**occurred?**

A. Right. I can't say -- I believe at the time that I was made manager that Mr. Ormond was also serving as the manager for the Human Resources side at that time. Some point after that, Melissa Berde was put into the Manager for Human Resources side, was not at the same time I was.

**Q. When Mr. Ormond was the Human Resources Manager and you were the Financials Manager, were you still reporting to him?**

A. Yes.

**Q. Did you report to Mr. Ormond your entire time at Rimini Street?**

A. No.

**Q. When you started, did you report to Mr. Ormond?**

A. No.

**Q. To whom did you report when you began at Rimini Street?**

A. There were quite a few.

**Q. Sure.**

A. I believe I started out reporting to Dennis Chiu, C-h-i-u. Then, I reported to Beth Lester, L-e-s-t-e-r. Then, I reported, I

Page 46

believe, to Brian Slepko, S-l-e-p-k-o. Then, I reported to Travis Ormond, O-r-m-o-n-d, and then shortly before I left, I reported to Beth Lester again.

**Q. And is it correct that you were still a Primary Support Engineer but not yet a Manager when you reported to Mr. Chiu, to Ms. Lester, the first time, and to Mr. Slepko?**

A. I believe I was a manager when I reported to Mr. Slepko, and at that time, Mr. Ormond was the manager of the HR Product Support. We were co-managers. And he was later promoted to Manager, and then I reported to him.

**Q. And is Mr. Ormond still at Rimini Street, as far as you know?**

A. No, he is not.

**Q. Do you know where he's working?**

A. He works for Workday.

**Q. The same company -- the company that makes the software that you support?**

A. Correct.

**Q. Thank you. Do you know approximately when he left?**

A. June or July of 2011.

Page 47

**Q. And did you resume reporting to Ms. Lester after Mr. Ormond left?**

A. Correct.

**Q. Are you still in contact with Mr. Ormond?**

A. Yes.

**Q. Friends or just professional colleagues?**

A. We have been friends since 2001.

**Q. Is there anyone else from Rimini Street with whom you still keep in contact?**

A. I've spoken to Ms. Lester occasionally, and a couple of people have contacted me with questions since I've left, but very few.

**Q. Have your communications with Ms. Lester after you left been professional or personal in nature?**

A. Personal.

**Q. And with the people who had questions for you after you left?**

A. Those were professional.

Page 48

Page 49

Page 166
Page 168
Page 167
Page 169

Pages 166 to 169

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

C E R T I F I C A T E

STATE OF ALABAMA)
JEFFERSON COUNTY)

I hereby certify that the above and foregoing deposition was taken down by me on Computerized Stenotype, and the proceedings herein were transcribed by me, and that the foregoing represents a true and correct transcript of the deposition given by said witness upon said hearing.

I further certify that I am neither of counsel, nor of kin to the parties in the action, nor am I in anywise interested in the result of said cause.

Dena Wright

DENA D. WRIGHT, CCR
LICENSE NUMBER: 34