# EXHIBIT 49

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA
 3                       --oOo--
 4   ORACLE, USA, INC., a Colorado    )
     corporation; ORACLE AMERICA,     )
 5   INC., a Delaware Corporation;    )
     and ORACLE INTERNATIONAL         )
 6   CORPORATION, a California        )
     corporation,                     )
 7                                    )
              Plaintiffs,             )
 8                                    )
              vs.                     )  No. 2:10-cv-00106
 9                                    )
                                      )
10   RIMINI STREET, INC., a Nevada    )
     corporation; SETH RAVIN, an      )
11   individual,                      )
                                      )
12            Defendants.             )
     _____)
13
14
15      VIDEOTAPED DEPOSITION OF NAMBIRAJAN LAKSHMANAN
16   DATE:         November 22, 2011
17   TIME:         9:09 a.m.
18   LOCATION:     Bingham McCutchen LLP
                   Three Embarcadero Center
19                 28th Floor
                   San Francisco, CA
20
21
22   REPORTED BY:  Kenneth T. Brill
                   Certified Shorthand Reporter No. 12797
23
24
25   Pages 1 - 282
```

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

## Page 2

```
 1   A P P E A R A N C E S:
 2
         BINGHAM MCCUTCHEN LLP
 3   BY:  JOHN POLITO, ESQUIRE
         Three Embarcadero Center
 4       San Francisco, CA 94111-4667
         (415) 393-2314
 5       john.polito@bingham.com
         Representing the Plaintiffs
 6
 7
 8
 9       SHOOK HARDY & BACON LLP
         BY:  RYAN DYKAL, ESQUIRE
10            ROBERT RECKERS, ESQUIRE
         2555 Grand Boulevard
11       Kansas City, Missouri 64108-2613
         (816) 559-2572
12       rdykal@shb.com
         rreckers@shb.com
13       Representing the Defendants
14
15
16       --oOo--
17
18   ALSO PRESENT:  Jake Krohn, Videographer
19
20
21
22
23
24
25
```

## Page 3

 1   THE VIDEOGRAPHER: Good morning. We are     09:09:06
 2   on the record at 9:09 a.m. on November 22nd, 2011.    09:09:06
 3   This is the videotaped deposition of Nambirajan --    09:09:15
 4   Nambirajan Lakshmanan.    09:09:19
 5       My name is Jake Krohn, here with our court    09:09:21
 6   reporter, Ken Brill. We are here from Veritext    09:09:24
 7   National Deposition & Litigation Services.    09:09:25
 8       This deposition is being held at three    09:09:32
 9   Embarcadero Center, 28th Floor in the City of San    09:09:34
10   Francisco. The caption of this case is Oracle    09:09:38
11   U.S.A., Inc., et al., versus Rimini Street, Inc, et    09:09:42
12   al., case number 2:10-CV-00106-LRH-PAL.    09:09:48
13       Please note that audio and video recording    09:09:59
14   will take place unless all parties agree to go off    09:10:01
15   the record. Microphones are sensitive and may pick    09:10:03
16   up whispers, private conversations and cellular    09:10:07
17   interference.    09:10:08
18       At this time, counsel will -- all counsel    09:10:11
19   present will identify themselves for the record.    09:10:14
20       MR. POLITO: John Polito for plaintiffs.    09:10:16
21       MR. DYKAL: Ryan Dykal, with Shook Hardy &    09:10:20
22   Bacon for the defendants.    09:10:22
23       MR. RECKERS: Robert Reckers, Shook Hardy    09:10:24
24   & Bacon, for the defendants.    09:10:25
25       THE VIDEOGRAPHER: Thank you. The witness    09:10:28

## Page 4

 1   will be sworn in and we can proceed    09:10:28
 2       NAMBIRAJAN LAKSHMANAN, after having    09:10:38
 3   been first duly sworn, was examined and    09:10:38
 4   testified as follows:    09:10:38
 5           ---    09:10:38
 6       EXAMINATION    09:10:38
 7           ---    09:10:38
 8   BY MR. POLITO:    09:10:40
 9   Q. Good morning, Mr. Lakshmanan.    09:10:41
10   A  Good morning    09:10:42
11   Q. Have you ever had your deposition taken    09:10:45
12   before?    09:10:47
13   A  No    09:10:47
14   Q. So I'm sure you've been amply prepared,    09:10:48
15   but just to remind you that even though we're here    09:10:51
16   in an informal setting, the oath that you just took    09:10:54
17   has the same force and effect as if you were in the    09:10:57
18   court of law.    09:10:59
19       Do you understand that?    09:11:00
20   A  Yes    09:11:02
21   Q. The court reporter is going to take down    09:11:03
22   your audible response so that means please try to    09:11:04
23   respond verbally and don't try to shake your head in    09:11:09
24   responding. Do you understand?    09:11:12
25   A  Yes    09:11:14

## Page 5

 1   Q. If you don't understand a question that I    09:11:14
 2   ask, please let me know and I will address your --    09:11:15
 3   your issue. You're going to have an opportunity to    09:11:18
 4   review your transcript and make changes. However,    09:11:22
 5   if you make changes, anyone here can comment on    09:11:25
 6   those changes at trial.    09:11:27
 7       Do you understand that?    09:11:29
 8   A  Okay    09:11:30
 9   Q. The court reporter can only take down one    09:11:34
10   person speaking at a time, so please, even if you    09:11:37
11   know where I'm going with my question, let me finish    09:11:39
12   my question and then respond.    09:11:42
13   A  Sure    09:11:44
14   Q. Do you have any physical or mental    09:11:44
15   conditions that would interfere with your ability to    09:11:45
16   give your best testimony today?    09:11:47
17   A  I don't think so    09:11:49
18   Q. Mr. Lakshmanan, can you state your full    09:11:53
19   name and address for the record.    09:11:55
20   A  My full name is Nambirajan Lakshmanan and    09:11:56
21   my address is 4000 Hemmingway Common, Fremont,    09:11:59
22   California  Zip code is 94536    09:12:02
23   Q. Thank you. What did you do to prepare for    09:12:07
24   your deposition today?    09:12:09
25   A  Basically, on Friday and Monday I met with    09:12:10

Pages 2 to 5

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

**Page 14**

```
 1   someone at Rimini Street had deviated from the         09:20:37
 2   policies and procedures that you're discussing?        09:20:40
 3       A.  I don't think so that what's happened, but     09:20:48
 4   I don't remember.                                      09:20:50
 5       Q.  What policies and procedures in place in       09:21:02
 6   January 2010 did you discuss at that meeting, if you   09:21:05
 7   can recall?                                            09:21:09
 8       A.  See, again, on January 2010, whatever the      09:21:13
 9   Oracle lawsuit has happened, after that, nothing has   09:21:16
10   changed.  I worked for development team.  We have      09:21:20
11   some of the development procedures, you know, just,    09:21:25
12   you know, we -- it's kind of -- we not -- we -- we     09:21:28
13   haven't gone through detail enough to discuss what     09:21:34
14   it is, because we know that it's already the policy    09:21:36
15   and procedures are there.                              09:21:39
16           All in that team meeting, it's like a          09:21:40
17   two -- two -- kind of like, it's a short notice,       09:21:42
18   everybody saying, you know, yeah, you know, the        09:21:45
19   Oracle did the lawsuit on Rimini Street, so we have    09:21:48
20   to follow the procedures.  That's what it is.  Just    09:21:51
21   reiterate the procedures, what it is.                  09:21:53
22       Q.  Mr. Lakshmanan, I want to make sure that I     09:21:56
23   understand.                                            09:21:58
24           Are you telling me that at the meeting         09:21:59
25   after the lawsuit was filed, when you were             09:22:01
```

**Page 15**

```
 1   discussing the lawsuit, no one referred to any         09:22:04
 2   specific procedures and instead, it was just said      09:22:07
 3   that everybody should follow the procedures that are   09:22:10
 4   in place?                                              09:22:13
 5           MR. DYKAL:  Objection, mischaracterizes        09:22:13
 6   testimony.  You can answer.                            09:22:16
 7           THE WITNESS:  I -- yes.                        09:22:20
 8   BY MR. POLITO:                                         09:22:22
 9       Q.  Mr. Lakshmanan, are you currently employed     09:22:32
10   by Rimini Street?                                      09:22:34
11       A.  Yes.                                           09:22:35
12       Q.  And in what capacity?                          09:22:35
13       A.  I'm a senior software developer in            09:22:38
14   PeopleSoft, just on August 15th I moved to the new     09:22:42
15   team.  I'm sorry, it's October 15th.                   09:22:47
16   October 15th.                                          09:22:57
17       Q.  October 15th of 2011?                          09:22:58
18       A.  Of 2011.                                       09:23:00
19       Q.  So on October 15th, 2011, you moved to a       09:23:01
20   new team within Rimini Street?                         09:23:05
21       A.  Within Rimini Street.                          09:23:08
```

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 18

20  Q. How many years were you a PeopleSoft        09:28:18
21  employee?                                      09:28:19
22  A. I believe it's four and a half years, I     09:28:20
23  guess.                                         09:28:24
24  Q. When did you leave?                         09:28:26
25  A. It's 2005, I guess, 2005, April something   09:28:27

Page 19

1   like that, yes.                                09:28:31
2   Q. So after the merger had been completed      09:28:32
3   between Oracle and PeopleSoft?                 09:28:35
4   A. Yes.                                        09:28:36
5   Q. Who was your manager when you left?         09:28:37
6   A. Steve Andreas, I guess, yeah, Steve         09:28:39
7   Andreas, yes. I'm not sure. I think Steve Andreas.  09:28:42
8   Q. And what were you doing, what was your      09:28:47
9   capacity at PeopleSoft before you left?        09:28:49
10  A. Actually, in the time frame of PeopleSoft,  09:28:52
11  I've been working as a -- a tax and reg -- preparing  09:28:54
12  tax and reg updates and product fixes for basically  09:29:00
13  it's called People Payroll, PR team or something, I  09:29:03
14  worked down there.                             09:29:07
15  And then after that I moved to benefits,       09:29:08
16  or benefit administration, E-Benefits or something  09:29:10
17  like that, so I moved to that team. Yeah,      09:29:13
18  basically.                                     09:29:15
19  Q. You worked on a number of modules on the    09:29:18
20  PeopleSoft HRMS product?                       09:29:21
21  A. Yes.                                        09:29:23
22  Q. Including payroll?                          09:29:24
23  A. Payroll.                                    09:29:25
24  Q. Benefits?                                   09:29:26
25  A. Benefit.                                    09:29:26

Page 20

1   Q. Global payroll?                             09:29:27
2   A. Yeah, a little bit, yeah.                   09:29:28
3   Q. Any major product areas that I missed?     09:29:32
4   A. You can say benefit administration and     09:29:37
5   E-Benefits, those things. E- --               09:29:39
6   Q. And you were developing tax and regulatory 09:29:47
7   updates for those modules over the course of your  09:29:50
8   employment at PeopleSoft and Oracle?          09:29:52
9   A. Yes, on the payroll side, I've been        09:29:54
10  working on the production fixes and some of the tax  09:29:56
11  and regulatory fixes, you know, that -- that's what  09:29:58
12  our team do over there.                       09:30:01
13  Q. Where were you employed when you left      09:30:14
14  Peo- -- when you left Oracle?                 09:30:15
15  A. For -- shortly, for six months, I -- six   09:30:17
16  months or eight months I'm doing a consulting in  09:30:20
17  RHI, Robert Half Consulting.                  09:30:23
18  Then after that, I think through              09:30:28
19  "hardjobs" or some -- some job search site, I saw  09:30:30
20  Rimini Street's, you know, the requisition, job  09:30:34
21  requisition. It kind of it fits me like same kind  09:30:39
22  of like, you know, what the job previously I do  09:30:45
23  and -- and I kind of -- I applied through it and,  09:30:46
24  you know, got the job.                        09:30:49
25  Q. And had you worked with Susan Tahtaras at  09:30:50

Page 21

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

**Page 22**

```
 1   PeopleSoft or Oracle?                           09:30:54
 2       A   Susan Tahtaras worked on PeopleSoft, but  09:30:56
 3   we both are in different teams  I never met her  09:31:00
 4   when she was at PeopleSoft                      09:31:03
 5       Q.  Did you -- when you joined Rimini Street,  09:31:04
 6   had you met anyone who was at Rimini Street when you  09:31:07
 7   were back at PeopleSoft or Oracle?              09:31:09
 8       A   You know, the -- the one or two times   09:31:12
 9   we -- we'd gone for lunch, you -- like -- like, you  09:31:14
10   know, because it's the old colleagues, you know, we  09:31:17
11   got the group or something, so we go and, you know,  09:31:19
12   like one or two times we met at lunch           09:31:22
13       Q.  You were one of the first Rimini Street  09:31:31
14   employees for PeopleSoft software, is that correct?  09:31:32
15       A   Yeah                                    09:31:35
16       Q.  You and Ms. Tahtaras?                   09:31:36
17       A   Tahtaras -- first Tahtaras joined and then  09:31:38
18   after that I joined                             09:31:42
19       Q.  And then Travis Ormond?                 09:31:43
20       A   Yeah, Travis Ormond and --              09:31:46
21       Q.  And do you remember approximately what  09:31:51
22   date you started at Rimini Street?              09:31:53
23       A   It was August 2006  I don't remember the  09:31:55
24   date                                            09:31:58
25       Q.  Thank you.  Do you have a Rimini Street  09:31:59
```

**Page 23**

```
 1   issued computer that you use for work purposes?  09:32:05
 2       A.  Yes, we have a company laptop to work for  09:32:09
 3   the work purposes.                              09:32:11
 4       Q.  You have a company laptop that you use?  09:32:13
 5       A.  Yes.                                    09:32:15
 6       Q.  And do you work from home on that laptop?  09:32:16
 7       A.  Yes.                                    09:32:19
 8       Q.  And do you also work out of the Pleasanton  09:32:19
 9   office?                                         09:32:22
10       A.  Yes.                                    09:32:23
11       Q.  And is that the same computer, you bring  09:32:23
12   it back and forth?                              09:32:25
13       A.  Yes.                                    09:32:26
14       Q.  Do you have any other computers that you  09:32:27
15   used for work purposes?                         09:32:29
16       A.  No, no.                                 09:32:31
17       Q.  Have you had the same laptop your entire  09:32:32
18   time at Rimini Street?                          09:32:35
19       A.  Yes.  Yes, you know, I think like -- yeah,  09:32:36
20   same laptop, but I think this time we got some  09:32:40
21   problems with the like -- like that, 2000 -- I'm not  09:32:45
22   sure, 2008 or 2009, I think my hard disk got    09:32:45
23   crashed.  So, you know, we got a replacement of the  09:32:50
24   hard disk, so...                                09:32:52
25       Q.  And do you know whether your materials  09:32:53
```

**Page 24**

```
 1   from your previous hard disk were copied onto your  09:32:54
 2   new machine?                                    09:32:57
 3       A.  Yeah, because when you do that reimage, or  09:32:58
 4   something, they -- they got the procedure -- because  09:33:00
 5   I'm not sure, basically, I'm not IT guy or      09:33:01
 6   something.  You know, I just say that my hardware  09:33:05
 7   got crashed, you know, they'll fix it and they'll  09:33:08
 8   give it to me, basically.                       09:33:10
 9       Q.  Do you recall whether it looked like all  09:33:12
10   your files had been moved over, just generally  09:33:14
11   speaking?                                       09:33:17
12       A.  Generally speaking, yes.                09:33:17
```

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**



Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**



**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

```
 1              CERTIFICATE OF REPORTER
 2
 3        I, KENNETH T. BRILL, a Certified Shorthand
 4   Reporter, hereby certify that the witness in the
 5   foregoing deposition was by me duly sworn to tell
 6   the truth, the whole truth, and nothing but the
 7   truth in the within-entitled cause;
 8        That said deposition was taken down in
 9   shorthand by me, a disinterested person, at the time
10   and place therein stated, and that the testimony of
11   the said witness was thereafter reduced to
12   typewriting, by computer, under my direction and
13   supervision;
14        I further certify that I am not of counsel
15   or attorney for either or any of the parties to the
16   said deposition, nor in any way interested in the
17   event of this cause, and that I am not related to
18   any of the parties hereto.
19
20
21
22             DATED:  December 28, 2011
23
24             _____
25             KENNETH T. BRILL
               CSR 12797
```

Page 72

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**