# EXHIBIT 50

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


ORACLE USA, INC., a            )
Colorado corporation;          )
ORACLE AMERICA, INC., a        )
Delaware corporation; and      )
ORACLE INTERNATIONAL           )
CORPORATION, a California      )
corporation,                   )
                               )
          Plaintiffs,          )
                               ) No. 2:10-CV-0106
vs.                            )      LRH-PAL
                               )
RIMINI STREET, INC., a         )
Nevada corporation; SETH       )
RAVIN, an individual,          )
                               )
          Defendants.          )


VIDEOTAPED DEPOSITION OF BETH LESTER

San Francisco, California

Thursday, March 17, 2011


REPORTED BY:  YVONNE FENNELLY, CCRR, CSR NO. 5495

FILE NO.:  10321

Pages 1 - 289

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 6

1   San Francisco, California; Thursday, March 17, 2011
2        8:06 a.m. - 4:39 p.m.
3              - - -
4        THE VIDEOGRAPHER:  We are going on the
5   record.  This is the beginning of Tape 1 of Volume   08:06
6   I.  The time is approximately 8:06 a.m.  My name is
7   Che E. Presant, CLVS, your videographer, and I
8   represent Affinity Court Reporters, Incorporated
9   here on behalf of SiteLogic, here on   08:06
10  behalf of Boies, Schiller & Flexner, LLP.
11       I am a certified legal video specialist and
12  notary public.  I am not financially interested in
13  this action, nor am I a relative or employee of any
14  attorney of any of the parties.
15       Today's date is March 17th, 2011.  This   08:06
16  deposition is taking place at 3 Embarcadero Center,
17  28th Floor, San Francisco, California, 94111.
18       This is Case No. 210-CV-0106-LRH-PAL,
19  entitled Oracle USA, Incorporated, et al. Versus
20  Rimini Street, Incorporated, et al.   08:07
21       This deposition is being taken on behalf of
22  the Plaintiffs.  The Deponent is Beth Lester.
23       The court reporter is Yvonne Fennelly with
24  Affinity Court Reporters, Incorporated here on
25  behalf SiteLogic, Incorporated.   08:07

Page 7

1        Counsel and all parties present will now
2   introduce themselves.
3        MR. HOWARD:  Geoff Howard and John Polito
4   from Bingham McCutchen for Plaintiff, Oracle.
5        MR. MAROULIS:  James Maroulis from Oracle   08:07
6   for Plaintiffs.
7        MR. RINGGENBERG:  Kieran Riggenberg, Boies,
8   Schiller & Flexner, for the Plaintiffs.
9        MR. PICKETT:  Christopher Pickett of Rimini
10  Street for Defendant.   08:07
11       MR. DYKAN:  Ryan Dykan, Shook, Hardy &
12  Bacon for the Defendants.
13       MR. RECKERS:  Rob Reckers, Shook, Hardy &
14  Bacon for the Defendants.
15       THE VIDEOGRAPHER:  Thank you.   08:07
16       Would the court reporter please swear in
17  the witness.
18              BETH LESTER,
19       having first been first administered an
20       oath in accordance with CCP Section 2094,   08:07
21       was examined and testified as follows:
22              EXAMINATION
23  BY MR. HOWARD:
24   Q.  Good morning, Ms. Lester.
25   A.  Good morning.   08:07

Page 8

1    Q.  Would you please state your full name for
2   the record?
3    A.  Beth Jedelsky Lester.
4    Q.  Are you employed at Rimini Street?
5    A.  I am.   08:08
6    Q.  What's your current position?
7    A.  I'm currently the group vice president of
8   service strategy and PeopleSoft business analysis
9   and quality assurance.
10   Q.  You were deposed in the Oracle versus SAP   08:08
11  matter in April of 2009; is that correct?
12   A.  Yes.
13   Q.  Have you been deposed since then?
14   A.  I have not.
15   Q.  Have you been interviewed by the FBI or the   08:08
16  Department of Justice in connection with the Oracle
17  versus SAP matter?
18   A.  I have not.
19   Q.  Did you review your prior testimony in
20  preparation for this deposition?   08:08
21   A.  I did not.
22   Q.  You understand that the oath you have just
23  taken is the same oath you would take in a court of
24  law?
25   A.  I do.   08:08

Page 9

1    Q.  You understand that even though this is an
2   informal setting, your testimony is under penalty of
3   perjury just as if it would be as if you were
4   testifying at trial?
5    A.  Yes.   08:09
6    Q.  And do you understand the court reporter
7   will take down my questions and your answers,
8   Counsel's objections, if there are any, and that you
9   will receive a transcript to review of those
10  questions and answers?   08:09
11   A.  I do.
12   Q.  And you understand that you'll have a
13  chance to make changes to that transcript?
14   A.  Yes.
15   Q.  And do you understand that if you do make   08:09
16  changes, me or somebody else could comment on those
17  changes at trial or some later proceeding?
18   A.  I do now.
19   Q.  Okay.
20       So my point being that it's important that   08:09
21  we get your best testimony here today.
22       Are you prepared to do that?
23   A.  Certainly.
24   Q.  Do you have any physical or mental
25  condition that would prevent you from giving your   08:09

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 10

1   best testimony today?
2       A.  No.
3           MR. HOWARD:  I'm going to mark as
4   Exhibit 63 the deposition notice for today.
5           MR. RECKERS:  Geoff, let me ask you, what's  08:10
6   the basis of the 63 designation?
7           MR. HOWARD:  We're going to do our best to
8   proceed continuously from this point forward.
9           MR. RECKERS:  I see.
10          MR. HOWARD:  That's our reasonable        08:10
11  estimate.
12          MR. RECKERS:  Okay, sounds good.
13          (Document marked Exhibit 63
14          for identification.)
15  BY MR. HOWARD:                         08:10
16      Q.  Ms. Lester, what you have in front of you
17  is the deposition notice pursuant to your appearing
18  today.
19          Do you recognize this document?
20      A.  I do.                          08:10
21      Q.  And you've had a chance to review it
22  previously?
23      A.  I have.
24      Q.  Do you understand that you're here as a
25  corporate representative of Defendant, Rimini      08:11

Page 11

1   Street, in response to the topics outlined in this
2   deposition notice?
3       A.  I do.
4       Q.  Could you turn to page 2 of the notice,
5   which is page 3 of the document entitled Schedule A?  08:1
6           And do you understand that you're here to
7   testify about what's been defined as specified --
8   certain specified HCM tax and regulatory updates?
9       A.  I do.
10      Q.  And that those are the updates that are    08:11
11  identified by the HCM prefix in No. 1 on that
12  page 2?
13      A.  Yes.
14      Q.  Those tax and regulatory updates that are
15  identified there HCM100, 201, and so forth, those    08:11
16  are identifiers that are recognizable to you as
17  Rimini Street's identifiers for tax and regulatory
18  updates that it sends out to its customers?
19      A.  Yes.
20      Q.  And if I use the term "specified HCM tax    08:11
21  and regulatory updates," you'll understand what I'm
22  talking about as we go through the deposition?
23      A.  Yes.
24      Q.  And HCM, is that the same thing as HRMS?
25      A.  Yes.                          08:12

Page 12

Page 13

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 14

Page 16

Page 15

Page 17

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 42

Page 44

Page 43

Page 45

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 98

Page 100

Page 99

Page 101

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 150

Page 152

Page 151

Page 153

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 178

Page 180

Page 179

Page 181

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 182

Page 184

Page 183

Page 185

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 186

Page 188

Page 187

Page 189

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 198

Page 200

Page 199

Page 201

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 282

1                       REPORTER'S CERTIFICATE

2

3              I, Yvonne Fennelly, CCRR, CSR 5495, do

4       hereby certify:

5

6              That the foregoing deposition of BETH

7       LESTER was taken before me at the time and place

8       therein set forth; at which time the witness was

9       placed under oath and was by me sworn to tell the

10      truth, the whole truth, and nothing but the truth;

11

12             That the testimony of the witness and all

13      objections made by counsel at the time of the

14      examination were recorded stenographically by me,

15      and were thereafter transcribed under my direction

16      and supervision, and that the foregoing pages

17      contain a full, true and accurate record of all

18      proceedings and testimony to the best of my skill

19      and ability.

20

21             I further certify that I am neither related

22      to counsel for any party to said action, nor am I

23      related to any party to said action, nor am I in any

24      way interested in the outcome thereafter.

25

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 283

1          IN WITNESS WHEREOF, I have subscribed my

2    name this 2ᵗʰ day of March , 2011.

3

4

5

6

7

_____

YVONNE FENNELLY, CCRR, CSR No. 5495

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

ERRATA SHEET

WITNESS NAME:  Beth Lester,        MARCH 17, 2011

| PAGE | LINE | CORRECTION AND REASON |
|------|------|------------------------|
| 11 | 15 | HCM110,201 should be HCM100201 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I, Beth Lester, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

Date: 4/24/2011

Beth Lester

4455529 v1

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**