# EXHIBIT 57

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA
 3     --------------------------------
 4     ORACLE USA, INC., a Colorado   )
 5     Corporation; ORACLE AMERICA,   )
 6     INC., a Delaware corporation,  )
 7     and ORACLE INTERNATIONAL       )
 8     CORPORATION, a California      )
 9     corporation,                   )
10               Plaintiffs,          )
11        vs.                         ) No. 2:10-cv-000106
12                                    ) LRH-PAL
13     RIMINI STREET, INC., a         )
14     Nevada corporation; SETH       )
15     RAVIN, an individual,          )
16                                    )
17               Defendants.          )
18     --------------------------------
19
20
21            VIDEOTAPED DEPOSITION OF SETH RAVIN
22                       Volume I
23              Thursday, November 17, 2011
24
25     PAGES 1 - 323
```

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

**Page 6**

1  Q.  Let me just remind you a couple of the
2  rules of the road.  Do you understand that the oath
3  you took is the same that you would take as if you
4  were in a court of law?
5     A.  Yes, I do.
6     Q.  Do you understand that you'll have an
7  opportunity to comment or make changes to the
8  transcript.  But if you do that, I or somebody else
9  at a later proceeding can comment on those changes?
10    A.  Yes, I do.
11    Q.  And you're prepared to give your best         09:08:58
12  testimony today?
13    A.  Yes, I am.
14    Q.  Do you have any physical or mental
15  conditions that would prevent you from giving your
16  best testimony today?
17    A.  No, I don't.
18    Q.  What is your current role at Rimini
19  Street?
20    A.  I am the chief executive officer and
21  chairman of the board.
22    Q.  Has that title changed since last year,
23  July, approximately, of 2010?
24    A.  Yes, it has.
25    Q.  How has it changed?

**Page 7**

1     A.  I have hired a new president who has taken
2  the title of president away from me.
3     Q.  Who is that?
4     A.  Sebastian Grady.                             09:09:29
5     Q.  Has your job responsibility changed with
6  the hiring of Mr. Grady?
7     A.  Actually, Mr. Grady handles more of the
8  day-to-day operations of the company, so my job
9  responsibilities are higher level today.
10    Q.  As compared to what they were before you
11  hired Mr. Grady?
12    A.  That is correct.
13    Q.  And how would you describe Mr. Grady's job
14  responsibilities?
15    A.  Mr. Grady is focused on all different parts  09:09:58
16  of day-to-day operations, which means in terms of
17  working with senior vice-presidents of each of the
18  organizations.
19    Q.  That includes service delivery?
20    A.  Yes, it would.
21    Q.  And whose decision was it to hire
22  Mr. Grady?
23    A.  It was mine.
24    Q.  How long have you known Mr. Grady?
25    A.  I've known him since 1996.                   09:10:28

**Page 8**

1

**Page 9**

2

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

1

1

Page 10

Page 12

1

1

Page 11

Page 13

Pages 10 to 13

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

```
 1                                              1
```

Page 46                                                  Page 48

```
 1                                              1

11     Q.  Now, you started Rimini Street in 2005,  10:00:58
12  right?
13     A.  Yes, September 2005.
14     Q.  So by 2006, you had announced support for
15  at least some Oracle products, right?           15          MR. WEBB:  Jeff, is this a good time for
16     A.  Yes.                                     16  break?
17     Q.  Had you announced support for all Oracle 17          MR. HOWARD:  Would you like one?
18  products -- well, had you announced support for 18          MR. WEBB:  Yeah, we have been going for an
19  Siebel, PeopleSoft, and JD Edwards by 2006?     19  hour.
20     A.  Only Siebel that I recollect at that point 20         MR. HOWARD:  Yeah, that's no problem.
21  in time.                                        21          THE VIDEOGRAPHER:  The time is 10:04 a.m.
22                                                  22  We are off the rec                    10:04:20
                                                    23          (Recess taken.)
                                                    24          THE VIDEOGRAPHER:  The time is 10:15 a.m.,
                                                    25  and we are on the record.
```

Page 47                                                  Page 49

Pages 46 to 49

Veritext National Deposition & Litigation Services
866 299-5127

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

```
1   STATE OF CALIFORNIA     ) ss:
2   COUNTY OF MARIN         )
3
4        I, ASHLEY SOEVYN, CSR No. 12019, do hereby
5   certify:
6        That the foregoing deposition testimony was
7   taken before me at the time and place therein set
8   forth and at which time the witness was administered
9   the oath;
10       That the testimony of the witness and all
11  objections made by counsel at the time of the
12  examination were recorded stenographically by me,
13  and were thereafter transcribed under my direction
14  and supervision, and that the foregoing pages
15  contain a full, true and accurate record of all
16  proceedings and testimony to the best of my skill
17  and ability.
18       I further certify that I am neither counsel for
19  any party to said action, nor am I related to any
20  party to said action, nor am I in any way interested
21  in the outcome thereof.
22       IN THE WITNESS WHEREOF, I have transcribed my
23  name this 22nd day of November, 2011.
24
                                 ASHLEY SOEVYN, CSR 12019
25
```

Page 316

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order