# EXHIBIT 58

1     UNITED STATES DISTRICT COURT

2      DISTRICT OF NEVADA

3

4 ORACLE USA, INC., a Colorado

 corporation; ORACLE AMERICA,

5 INC. a Delaware corporation; and

 ORACLE INTERNATIONAL CORPORATION,

6 a California corporation,

7    Plaintiffs,

8  vs.       No. 2:10-cv-0106-LRH-PAL

9 RIMINI STREET, INC.,

 a Nevada corporation;

10 SETH RAVIN, an individual,

11    Defendants.

  _____/

12

13

14

15

16   Videotaped deposition of BRIAN SLEPKO, (Personal

17   Capacity) taken at Boies, Schiller & Flexner LLP,

18   1999 Harrison Street, 9th Floor, Oakland,

19   California, commencing at 9:21 a.m., on Thursday,

20   December 15, 2011, before

21   Leslie Rockwood, RPR, CSR No. 3462.

22

23

24

25 PAGES 1 - 234

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

**Page 6**

1  for a short time for Oracle; is that correct?
2   A  That's correct, yes
3   Q  After the acquisition of Agile?
4   A  Correct
5   Q  And how long did you work at Agile?  09:25:04
6   A  Agile was right around three years
7   Q  Can you give me the dates roughly?
8   A  I'll have to back into it  So I started
9  Rimini Street 2008  So Agile was the end of 2000 -- the
10  middle of 2007 -- so it would have been 2004, I believe  09:25:19
11  was the start
12   Q  So '04 to '07?
13   A  '05 to '07
14   Q  '05 to '07?
15   A  Yeah  09:25:27
16   Q  And before that, you worked at TomorrowNow;
17  is that correct?
18   A  Yes, I did, for a short period
19   Q  How long?
20   A  It was only a few months  09:25:32
21   Q  What was the circumstances of your exit from
22  TomorrowNow?
23   A  TomorrowNow was acquired by SAP  I made a
24  decision to leave
25   Q  Is that where you got to know Mr. Ravin or  09:25:41

**Page 7**

1  had you known him previously?
2   A  I'd known Mr. Ravin previously.
3   Q  Where did you work before TomorrowNow?
4   A  I was at a company called Oeular Sciences.
5   Q  And how about before that?  09:25:54
6   A  I was at a company called Saba.
7   Q  S-A-B-A?
8   A  Correct.
9   Q  And prior to that?
10   A  That would be PeopleSoft.  09:26:03
11   Q  That's how you know Mr. Ravin; is that right?
12   A  Correct.
13   Q  Roughly when did you work at PeopleSoft?
14   A  1995 through 2000.
15   Q  What did you do there?  09:26:10
16   A  I had several roles.  My final role there was
17  director of operations for the maintenance renewal group.
18   Q  And to whom did you report?
19   A  Sebastian Grady.
20   Q  Was that true -- did you report to anyone  09:26:23
21  other than Mr. Grady in your time at PeopleSoft?
22   A  For a time I reported to a gentleman named
23  Phil Cullen.
24   Q  Anyone else?
25   A  No, I think that was it.  09:26:35

**Page 8**

1   Q  So director of operations for maintenance
2  renewals, what did that entail?
3   A  It was doing a lot of the reporting, the
4  operations, the systems, ensuring that we had everything
5  that we needed to run the organization.  09:26:48
6   Q  And what other roles did you have at
7  PeopleSoft?
8   A  Several different roles.  I was -- I came on
9  as a manager of special projects working in the customer
10  care area.  I did some work with the support  09:27:00
11  organization.  I ran that for a short period of time.
12  And I also did some other work within the support
13  organization in an operational level.
14   Q  Are you -- what's your technical facility
15  with the PeopleSoft software?  09:27:14
16   A  I don't have deep technical knowledge of the
17  PeopleSoft software.
18   Q  I see.  You must have -- I assume you have
19  some level of understanding.
20   A  Some, yes.  09:27:23

**Page 9**

**Veritext National Deposition & Litigation Services**
**866 299-5127**

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

```
 1    STATE OF CALIFORNIA     ) ss:

 2    COUNTY OF MARIN         )

 3

 4              I, LESLIE ROCKWOOD, CSR No. 3462, do hereby

 5    certify:

 6              That the foregoing deposition testimony was

 7    taken before me at the time and place therein set forth

 8    and at which time the witness was administered the oath;

 9              That testimony of the witness and all

10    objections made by counsel at the time of the examination

11    were recorded stenographically by me, and were thereafter

12    transcribed under my direction and supervision, and that

13    the foregoing pages contain a full, true and accurate

14    record of all proceedings and testimony to the best of my

15    skill and ability.

16              I further certify that I am neither counsel

17    for

18    any party to said action, nor am I related to any party

19    to said action, nor am I in any way interested in the

20    outcome thereof.

21              IN WITNESS WHEREOF, I have subscribed my name

22    this 19th day of December , 2011.

23

24              [signature: Leslie Rockwood]

25              LESLIE ROCKWOOD, RPR, CSR NO. 3462

                                              Page 230
```

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

1                UNITED STATES DISTRICT COURT

2                     DISTRICT OF NEVADA

3

4    ORACLE USA, INC., a Colorado

     corporation; ORACLE AMERICA,

5    INC. a Delaware corporation; and

     ORACLE INTERNATIONAL CORPORATION,

6    a California corporation,

7            Plaintiffs,

8        vs.                      No. 2:10-cv-0106-LRH-PAL

9    RIMINI STREET, INC.,

     a Nevada corporation;

10   SETH RAVIN, an individual,

11           Defendants.

                                      /

12

13

14

15

16        Videotaped Federal Rule 30(b)(6) Deposition of

17        BRIAN SLEPKO, taken at Boies, Schiller & Flexner

18        LLP, 1999 Harrison Street, 9th Floor, Oakland,

19        California, commencing at 8:55 a.m., on Friday,

20        December 16, 2011, before Leslie Rockwood, RPR,

21        CSR No. 3462.

22

23

24

25   PAGES 1 - 80

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 2

```
 1    APPEARANCES OF COUNSEL:
 2
 3    FOR THE PLAINTIFF ORACLE USA, INC.:
 4        BOIES SCHILLER & FLEXNER LLP
 5        BY:  KIERAN P. RINGGENBERG, ESQ.
 6        1999 Harrison Street, Suite 900
 7        Oakland, California 94612
 8        (510) 874-1013
 9        kringgenberg@bsfllp.com
10
11
12    FOR THE DEFENDANT RIMINI STREET, INC.:
13        SHOOK, HARDY & BACON LLP
14        BY:  ROBERT RECKERS, ESQ.
15        JP Morgan/Chase Tower
16        600 Travis Street, Suite 1600
17        Houston, Texas 77002-2911
18        (713) 546-5690
19        rreckers@shb.com
20
21    ALSO PRESENT:
22        Jake Krohn, Videographer
23            ---oOo---
24
25
```

Page 3

```
 1    FRIDAY, DECEMBER 16, 2011; OAKLAND, CALIFORNIA
 2        8:55 A.M.
 3            ---oOo---
 4        THE VIDEOGRAPHER:  We are on the record on
 5    December 16th at 8:55 a.m.  This is the videotaped        08:55:28
 6    deposition of Brian Slepko.  My name is Jake Krohn, here
 7    with court reporter, Leslie Rockwood.  We are here from
 8    Veritext National Deposition and Litigation Services at
 9    the request of counsel for plaintiff.
10        This deposition is being held at 1999            08:55:48
11    Harrison Street, Suite 900, in the city of Oakland,
12    California.  The caption of this case is Oracle USA,
13    Inc., et al., vs. Rimini Street, Inc , et al., Case
14    Number 2:10-CV-0106-LRH-PAL.
15        Please note that audio and video recording        08:56:17
16    will take place unless all parties agree to go off the
17    record.  Microphones are sensitive and may pick up
18    whispers, private conversations, and cellular
19    interference.
20        At this time will counsel and all present        08:56:28
21    identify themselves for the record.
22        MR. RINGGENBERG:  Kieran Ringgenberg, Boies,
23    Schiller & Flexner, for the plaintiffs.
24        MR. RECKERS:  Robert Reckers, Shook, Hardy &
25    Bacon, for the defendants.                    08:56:38
```

Page 4

```
 1        THE VIDEOGRAPHER:  Thank you  The witness
 2    will be sworn in, and we can proceed
 3        THE REPORTER:  Would you raise your right
 4    hand, please
 5        You do solemnly state that the evidence you
 6    shall give in this matter shall be the truth, the whole
 7    truth and nothing but the truth
 8        THE WITNESS:  I do
 9        THE REPORTER:  Thank you
10            EXAMINATION
11    BY MR  RINGGENBERG:
12        Q.  Welcome back, Mr. Slepko.
13        A  Good morning
14        MR  RINGGENBERG:  Good morning  I'm going to
15    offer you the next exhibit in line            08:57:00
16        (Exhibit 1571 was marked for identification )
17        Q.  BY MR. RINGGENBERG:  Exhibit 1571 I'll tell
18    you is the deposition notice issued by Oracle to Rimini
19    Street, and I would like to direct your attention to the
20    list of topics, which begins on the third page, carrying    08:57:21
21    over to the fourth and fifth pages.
22        A  Okay
23        Q.  And my question to you is whether you
24    understand that you're here today to testify as Rimini
25    Street's corporate representative with respect to        08:57:34
```

Page 5

```
 1    Topics 2, 3, and 6 listed on those pages.
 2        A  I understand that, yes
 3        Q.  And having -- I assume you've had an
 4    opportunity to review those topics before?
 5        A  I have                        08:57:47
 6        Q.  And do you feel knowledgeable that you're
 7    prepared to offer the best understanding of the company
 8    on those topics today?
 9        A  I do
10        Q.  What did you do to prepare, if anything, to    08:57:56
11    address those particular topics?
12        A  I had discussions with -- I met with counsel,
13    and I had discussions with multiple people in the
14    organization to confirm my understanding of the details
15    of these topics                        08:58:11
16        Q.  Sure.  Can you tell me who you spoke with
17    other than the lawyers?
18        A  Sure  From the support side, I spoke with
19    Michael Kerr, K-E-R-R  He's JD Edwards' -- the senior JD
20    Edwards primary support engineer  I spoke with Chad        08:58:25
21    Kodet  That's K-O-D-E-T  He's is the most senior
22    PeopleSoft primary support engineer  He's one of the
23    senior PeopleSoft primary support engineers
24        I spoke with Kim Phung, who is the senior --
25    I'm sorry, Siebel support engineer  P-H-U-N-G        08:58:56
```

Pages 2 to 5

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

1          I also spoke with George Lester, who runs our
2     IT organization, and I spoke with Krista Williams, who is
3     in the environments area.
4          **Q.  Anyone else?**
5          A.  I think that covers it.                    08:59:11

Page 6

Page 8

Page 7

Page 9

Pages 6 to 9

**Veritext National Deposition & Litigation Services**
**866 299-5127**

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**



Page 62

Page 64

Page 63

Page 65

Pages 62 to 65

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

```
 1    STATE OF CALIFORNIA      ) ss:

 2    COUNTY OF MARIN          )

 3

 4         I, LESLIE ROCKWOOD, CSR No. 3462, do hereby

 5    certify:

 6         That the foregoing deposition testimony was

 7    taken before me at the time and place therein set forth

 8    and at which time the witness was administered the oath;

 9         That testimony of the witness and all

10    objections made by counsel at the time of the examination

11    were recorded stenographically by me, and were thereafter

12    transcribed under my direction and supervision, and that

13    the foregoing pages contain a full, true and accurate

14    record of all proceedings and testimony to the best of my

15    skill and ability.

16         I further certify that I am neither counsel

17    for any party to said action, nor am I related to any

18    party to said action, nor am I in any way interested in

19    the outcome thereof.

20         IN WITNESS WHEREOF, I have subscribed my name

21    this 20th day of December, 2011.

22

23

24         _____

25         LESLIE ROCKWOOD, CSR. NO. 3462

                                            Page 78
```

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

ERRATA SHEET

WITNESS NAME:  Brian Slepko          Date: December 15, 2011

| PAGE | LINE | CORRECTION AND REASON |
|------|------|------------------------|
| 35 | 6 | Marine should be Mmrine |
| 35 | 12 | Essry should be SA |
| 35 | 15 | Marine should be Marine |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I, Brian Slepko, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

Date: 1/9/12

Name

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

ERRATA SHEET

WITNESS NAME:  Brian Slepko, 30(b)(6)      Date: December 16, 2011

| PAGE | LINE | CORRECTION AND REASON |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

I, Brian Slepko, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

Date:  1/8/12

Name

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order