# EXHIBIT 59

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


ORACLE USA, INC., a            )
Colorado corporation;          )
ORACLE AMERICA, INC., a        )
Delaware Corporation, and      )
ORACLE INTERNATIONAL           )
CORPORATION, a California      )
corporation,                   )
                               )
        Plaintiffs,            )
                               )
vs.                            )   No. 2:10-CV-0106
                               )   LRH-PAL
                               )
RIMINI STREET, INC., a         )
Nevada corporation; SETH       )
RAVIN, an individual,          )
                               )
        Defendants.            )



HIGHLY CONFIDENTIAL

VIDEOTAPED DEPOSITION OF SUSAN TAHTARAS

SAN FRANCISCO, CALIFORNIA

WEDNESDAY, APRIL 27, 2011




REPORTED BY:  KATHERINE E. LAUSTER, RPR, CRR, CLR,

            CSR 1894

FILE NO.:  10431

Pages 1 - 299

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 6

1    SAN FRANCISCO, CALIFORNIA; WEDNESDAY, APRIL 27, 2011
2         9:08 A.M. - 5:31 P.M.
3              ---
4         THE VIDEOGRAPHER:  Good morning.  My name
5    is Adam Del Rio, your videographer.  I represent
6    Affinity Court Reporters, Incorporated in Burbank,
7    California.
8         The date is April 27th, 2011, and the time
9    is 9:08 a.m.
10        This deposition is taking place at Three
11   Embarcadero Center, on the 28th Floor, in the City
12   of San Francisco, California.
13        This case number is: 2-10-CV-0106
14   LRH-PAL, entitled Oracle USA, Incorporated, et al.,
15   versus Rimini Street, Incorporated, et al.
16        The deponent today is Susan Tahtaras.
17        The court reporter is Katherine Lauster
18   with Affinity Court Reporters, Incorporated.
19        At this time will Counsel and all present
20   identify themselves for the record, beginning with
21   the questioning attorney, please.
22        MR. POLITO:  John Polito from Bingham
23   McCutchen for Oracle.
24        MR. MEYER:  Darien Meyer, Boies Schiller &
25   Flexner, for Oracle.

Page 7

1         MR. HOWARD:  Geoff Howard from Bingham
2    McCutchen for Oracle.
3         MR. PICKETT:  Christopher Pickett, Rimini
4    Street.
5         MR. DYKAL:  Ryan Dykal, Shook, Hardy &
6    Bacon, for Rimini Street.
7         MR. RECKERS:  Rob Reckers, Shook, Hardy &
8    Bacon, for the defendants.
9         THE VIDEOGRAPHER:  Thank you.
10        Will the court reporter please administer
11   the oath, and we may proceed.
12        THE REPORTER:  Will you raise your right
13   hand, please.
14        Do you solemnly state, under penalty of
15   perjury, the testimony you are about to give will be
16   the truth, the whole truth, and -- and nothing but
17   the truth?
18        THE WITNESS:  I do.
19             SUSAN TAHTARAS,
20           being first duly sworn,
21   was examined and testified on her oath as follows:
22             EXAMINATION
23   BY MR. POLITO:
24        Q.  Good morning, Ms. Tahtaras.
25        A.  Good morning.

Page 8

1         Q.  My name is John Polito, we met just before
2    your deposition, and I'm here on behalf of Oracle,
3    the plaintiffs in this matter.
4         You just took an oath, and though we're
5    here in an informal setting in a nice conference
6    room, that oath has the same force and effect as if
7    you had taken it in a court of law.  Do you
8    understand that?
9         A.  I do.
10        Q.  I'm sure that you are -- you were well
11   prepared by your counsel, but just to review a few
12   rules, the court reporter is taking down your
13   audible, verbal responses, so please verbalize.  If
14   you nod your head, that's not going to show up on
15   the record.
16        A.  Right.
17        Q.  There's a transcript that's being made of
18   this deposition, and you're going to have an
19   opportunity to review and change that transcript.
20   Do you understand that?
21        A.  Yes.
22        Q.  And -- but if you make changes, anyone,
23   either party has the ability -- ability to comment
24   on those changes at trial.  So do you understand --
25        A.  Okay.

Page 9

1         Q.  -- that?
2         A.  Yes.
3         Q.  Great.
4         I ask, if you don't understand a question,
5    please speak up and let me know.  And I apologize in
6    advance.  I'm having allergy problems this morning.
7         A.  Okay.
8         Q.  So I will do my best to be audible.
9         We have to speak one at a time, because
10   there is a transcript being taken, so please don't
11   answer on top of a question.
12        Do you have any condition, whether
13   physical or mental, that would interfere with your
14   ability to give your best testimony today?
15        A.  No.
16        Q.  What did you do to prepare for your
17   deposition today?
18        A.  Just met with the attorneys, had
19   discussions.
20        Q.  For approximately how long?
21        A.  Yesterday and various phone conversations.
22        Q.  All day yesterday?
23        A.  Yes.
24        Q.  And how many phone conversations?
25        A.  Two that I can recall.  Yeah.  Two.

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 14

```
 1      A.  I think I have an idea.
 2      Q.  Do you -- if I asked if you've seen any
 3 discovery responses, do you know what a discovery
 4 response is?
 5      A.  No.
 6      Q.  Do you -- how about legal documents
 7 generally, that look like they were maybe filed by
 8 the court or look very official?
 9      A.  I've seen legal documents before.
10      Q.  Okay.  Have you seen any for this case
11 specifically?
12      A.  No.
13      Q.  Did you bring any documents with you today
14 to your deposition?
15      A.  No.
16      Q.  Did you bring anything else that might
17 help you to answer my questions today?
18      A.  No.
19      Q.  Great.  Thank you.
20      A.  Uh-huh.
21
```

Page 16

Page 15

Page 17

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 18

Page 20

1

Page 19

1

Page 21

1

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 22

1

Page 23

Page 24

Page 25

1

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 26

1

Page 27

Page 28

Page 29

1

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

Page 114

Page 116

Page 115

1

Page 117

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 162

1

Page 164

Page 163

1

Page 165

1

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

Page 290

1                    REPORTER'S CERTIFICATE

2

3        I, Katherine E. Lauster, CRR, CSR 1894, do

4   hereby certify:

5

6        That the foregoing deposition of SUSAN TAHTARAS

7   was taken before me at the time and place therein

8   set forth; at which time the witness was placed

9   under oath and was by me sworn to tell the truth,

10  the whole truth, and nothing but the truth;

11

12       That the testimony of the witness and all

13  objections made by counsel at the time of the

14  examination were recorded stenographically by me,

15  and were thereafter transcribed under my direction

16  and supervision, and that the foregoing pages

17  contain a full, true and accurate record of all

18  proceedings and testimony to the best of my skill

19  and ability.

20

21       I further certify that I am neither related to

22  counsel for any party to said action, nor am I

23  related to any party to said action, nor am I in any

24  way interested in the outcome thereof.

25

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

1       IN WITNESS WHEREOF, I have subscribed my name this

2   2nd day of May                         . 2011.

3

4

5

6   KATHERINE E. LAUSTER, CRR, CSR No. 1894

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

# ERRATA SHEET

WITNESS NAME:  Susan Tahtaras        APRIL 27, 2011

| PAGE | LINE | CORRECTION AND REASON |
|------|------|------------------------|
| 17 | 4, 8, 11 | |
| 98 | 18 | |
| 102 | 17 | ] |
| 103 | 2 | |
| 138 | 10, 11 | |
| 180 | 24 | |
| 219 | 13 | |
| 261 | 10 | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

v1

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

I, Susan Tahtaras, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

Date: _5/16/2011_                    _Susan Tahtaras_

                                     Susan Tahtaras

4455543 v1

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**