# EXHIBIT 61

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

---

ORACLE USA, INC., a          )
Colorado corporation;        )
ORACLE AMERICA, INC., a      )
Delaware corporation and     )
ORACLE INTERNATIONAL         ) Case No.
CORPORATION, a California    ) 2:10-cv-00106-
corporation,                 ) LRH-PAL
     Plaintiffs,            )
  vs.                         )
RIMINI STREET, INC., a       )
Nevada corporation and       )
SETH RAVIN, an               )
individual,                  )
     Defendants.            )

---

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Videotaped deposition of JOHN WHITTENBARGER, taken at 161 North Clark Street, Chicago, Illinois, on the 27th day of September, 2011, at the hour of 9:35 a.m., taken before Sandra L. Rocca, CSR, CRR.

PAGES 1 - 117

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
 1      APPEARANCES OF COUNSEL:
 2
 3      FOR THE PLAINTIFF:
 4
 5        BOIES, SCHILLER & FLEXNER LLP
 6        By: MR. KIERAN PAUL RINGGENBERG
 7            MR. DARIEN M. MEYER
 8        1999 Harrison Street, Suite 900
 9        Oakland, CA  94612
10        (510) 874-1000/Fax: (510) 874-1460
11        kringgenberg@bsfllp.com
12
13      FOR THE DEFENDANTS:
14
15        SHOOK, HARDY & BACON, L.L.P.
16        By: MR. ROBERT RECKERS
17        JP Morgan/Chase Tower
18        600 Travis Street, Suite 1600
19        Houston, TX  77002-2911
20        (713) 227-8008/Fax: (713) 546-5690
21        rreckers@shb.com
22
23      ALSO PRESENT:
24        Mr. Eric Campbell, Videographer
25
                                       Page 2
```

```
 1             EXHIBITS (continued)
 2      NUMBER                    PRESENTED
 3      Deposition Exhibit
 4      Exhibit 452   RSI00893845              82
 5      Exhibit 453   RSI00868930              84
 6      Exhibit 454   RSI01041045 to RSI01041046   85
 7      Exhibit 455   RSI00832449 to RSI00832451   87
 8      Exhibit 456   RSI00859321 to RSI00859326   88
 9      Exhibit 457   RSI03435714 to RSI03435729   95
10      Exhibit 458   RSI00879189 to RSI00879197   100
11      Exhibit 459   RSI00844429 to RSI00844430   101
12      Exhibit 460   RSI00848447 to RSI00848449   103
13      Exhibit 461   RSI00835206 to RSI00835208   105
14      Exhibit 462   RSI00832568 to RSI00832570   108
15      Exhibit 463   RSI00859505 to RSI00859508   109
16
17             PREVIOUSLY MARKED EXHIBITS
18      Exhibit 227   RSI00803958 to RSI00803960   18
19      Exhibit 231   RSI00795075 to RSI00795080   14
20      Exhibit 232   RSI00760902 to RSI00760905   31
21      Exhibit 233   RSI00812295 to RSI00812296   37
22      Exhibit 238   RSI00878548 to RSI00878555   68
23      Exhibit 240   RSI00792718              45
24      Exhibit 244   RSI02199664 to RSI02199698   69
25      Exhibit 246   RSI02379022 to RSI02379023   70
                                       Page 4
```

```
 1              I N D E X
 2      WITNESS                      PAGE
 3      JOHN WHITTENBARGER
 4
 5      EXAMINED BY
 6        Mr. Ringgenberg              5
 7
 8              EXHIBITS
 9      NUMBER                    MARKED FOR ID
10      Deposition Exhibit
11      Exhibit 440   RSI00921425 to RSI00921444   23
12      Exhibit 441   RSI03433570 to RSI03433572   27
13      Exhibit 442   RSI02974938              29
14      Exhibit 443   RSI00792376 to RSI00792398   33
15      Exhibit 444   RSI00910567 with 3 attached
16                    pages                40
17      Exhibit 445   RSI00846534 to RSI00846540   46
18      Exhibit 446   RSI02272564 to RSI02272572   48
19      Exhibit 447   RSI00795857 to RSI00795858   65
20      Exhibit 448   RSI00832793 to RSI00832795   74
21      Exhibit 449   RSI00858868 to RSI00858869   77
22      Exhibit 450   RSI00833774 to RSI00833775   79
23      Exhibit 451   RSI00894743 to RSI00894746   81
24
25      (continued)
                                       Page 3
```

```
 1           VIDEOGRAPHER: My name is Eric Campbell   09:36:57
 2      representing Veritext Reporting. The date today is   09:37:29
 3      September 27th, 2011 and the time is approximately   09:37:31
 4      9:35 a.m. The caption of this case is Oracle   09:37:34
 5      America, Incorporated versus Rimini Street   09:37:39
 6      Incorporated, et al. The name of the witness is   09:37:41
 7      John Whittenbarger.                        09:37:44
 8           At this time the attorneys will identify   09:37:45
 9      themselves and the parties they represent, after   09:37:47
10      which our court reporter will swear in the witness   09:37:50
11      and we can proceed.                        09:37:53
12           MR. RINGGENBERG: Kieran Ringgenberg and   09:37:54
13      Darien Meyer of Boies Schiller & Flexner for the   09:37:56
14      Plaintiffs.                                09:37:59
15           MR. RECKERS: Robert Reckers of Shook   09:38:00
16      Hardy & Bacon for the Defendants.          09:38:02
17           JOHN WHITTENBARGER,                    09:38:10
18      having been first duly sworn, was examined and   09:38:10
19      testified as follows:                      09:38:10
20           EXAMINATION                           09:38:11
21      BY MR. RINGGENBERG:                         09:38:11
22      Q.   Good morning, Mr. Whittenbarger. Did you   09:38:12
23      work for Rimini Street for a time?         09:38:15
24      A.   I did.                              09:38:17
25      Q.   Let me make sure we have the right   09:38:17
                                       Page 5
```

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

## Page 6

```
 1   fellow.                                    09:38:21
 2         Have you had your deposition taken   09:38:22
 3   before?                                    09:38:24
 4      A. No.                                  09:38:24
 5      Q. So I don't know how much Mr. Reckers had  09:38:25
 6   explained the process to you and I'm going to ask  09:38:28
 7   you questions. Mr. Reckers may as well, I don't  09:38:31
 8   know. You're under oath to answer them. There is  09:38:32
 9   a court reporter who is trying to take down all the  09:38:35
10   words that are said so it's important that we not  09:38:38
11   talk over each other. I'll do my best to not cut  09:38:41
12   you off in your answers. It's important you wait  09:38:43
13   till I finish my questions before you begin to  09:38:45
14   answer. Is that fair?                       09:38:49
15      A. Uh-huh.                              09:38:50
16      Q. If at any time the question's not clear,  09:38:50
17   just let me know and I'll try to do better to ask a  09:38:51
18   better question. And if you need to take a break,  09:38:53
19   just let us know. The one thing you can't do is  09:38:55
20   take a break with a question pending. So if I ask  09:38:58
21   you a question, answer it. Then say, hey, I want  09:39:01
22   to take a break.                            09:39:04
23      A. Uh-huh.                              09:39:05
24      Q. When did you work for Rimini Street?  09:39:05
25      A. I believe June 2006 for about 2-1/2  09:39:09
```

## Page 7

```
 1   years.                                     09:39:15
 2      Q. Until roughly the end of '08?        09:39:15
 3      A. Yeah, that's about right.            09:39:18
 4      Q. And how did you come to work at Rimini  09:39:21
 5   Street?                                    09:39:24
 6      A. I was called or recruited by Dennis Chiu.  09:39:24
 7      Q. Did you know him from -- before you  09:39:30
 8   worked at Rimini Street?                   09:39:34
 9      A. No.                                  09:39:35
10      Q. And can you tell me your work history  09:39:35
11   briefly before you started at Rimini Street?  09:39:39
12      A. Sure. All the way back from college or  09:39:42
13   just kind of in the industry?              09:39:47
14      Q. How about what did you do immediately  09:39:48
15   before Rimini Street?                      09:39:51
16      A. I was an independent consultant.     09:39:52
17      Q. Working on Siebel applications, is that  09:39:53
18   correct?                                   09:39:56
19      A. Yeah, that's correct.                09:39:56
20      Q. And what other positions have you held  09:39:56
21   where you had a role with Siebel?          09:40:03
22      A. Pretty much always a consultant except  09:40:05
23   with Rimini Street was -- was as a kind of -- well,  09:40:11
24   the manager role or support, engineer and manager  09:40:17
25   in a team.                                 09:40:20
```

## Page 8

```
 1      Q. And what other companies have you worked  09:40:21
 2   for in regards to Siebel support consulting?  09:40:22
 3      A. None others. I was in implementation  09:40:25
 4   before that with a small firm called Fourth Tier  09:40:30
 5   which was acquired by Keane back in '99, I believe.  09:40:35
 6      Q. And did Fourth Tier help customers    09:40:42
 7   implement Siebel applications?             09:40:46
 8      A. Yeah.                                09:40:48
 9      Q. You never worked for Siebel directly, is  09:40:48
10   that correct?                              09:40:55
11      A. Correct.                             09:40:55
12      Q. And you left Rimini Street towards the  09:40:55
13   end of '08. Why did you leave?             09:41:00
14      A. Just kind of wanted more of a challenge.  09:41:03
15   Support is not really very exciting. So I wanted  09:41:08
16   to get back into implementation.           09:41:12
17      Q. And what are you currently doing today?  09:41:14
18      A. Currently I'm -- I finished a project at  09:41:16
19   Abbott Labs. It was a Siebel upgrade project and I  09:41:20
20   just about two weeks ago converted to full time  09:41:26
21   over there.                                09:41:29
22      Q. So you were formerly a consultant for  09:41:29
23   Abbott Labs and now you're an employee, is that  09:41:33
24   right?                                     09:41:35
25      A. Right.                               09:41:35
```

## Page 9

```
 1      Q. In your time at Rimini Street, what --  09:41:36
 2   what functions did you fill, what were your roles?  09:41:43
 3      A. I mean I was hired as a -- as a -- they  09:41:49
 4   call it a primary support engineer. So I mean that  09:41:54
 5   was -- it was a very small -- I think I was the  09:42:00
 6   number six employee at that time. So we kind of  09:42:03
 7   helped out wherever we could or wherever was  09:42:07
 8   needed. But I primarily stayed within the Siebel  09:42:10
 9   space, you know, anywhere from -- you know the  09:42:15
10   onboarding -- I'm sure you've heard that term --  09:42:21
11   and the support of clients and you know, just  09:42:23
12   helping with business process refinements and that  09:42:30
13   sort of thing around the Siebel support.   09:42:35
14      Q. And to whom did you report when you were  09:42:36
15   at Rimini Street?                          09:42:39
16      A. Initially Dennis Chiu and then later  09:42:40
17   Brian Slepko.                              09:42:44
18      Q. And who were the other folks that worked  09:42:46
19   primarily on Siebel in the time that you were at  09:42:55
20   Rimini Street?                             09:42:58
21      A. Let's see. There was Bola, Bola Ola I  09:42:59
22   think was her name. That's not her full name. But  09:43:07
23   a guy named Ibi Ajaya and Kien Phung.      09:43:11
24      Q. And did they report up through you?   09:43:22
25      A. Initially they reported to Dennis and  09:43:23
```

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
 1    then before after I became the manager, they did    09:43:27
 2    report to me.                                       09:43:30
 3        Q.  And when was that transition from when      09:43:31
 4    you started -- from when you reported to Mr. Chiu   09:43:33
 5    to when you switched to reporting to Mr. Slepko?    09:43:36
 6        A.  I'm not -- not sure about the date.         09:43:40
 7    Maybe a year after I started.                       09:43:46
 8        Q.  Probably sometime in 2007, is that right?   09:43:49
 9        A.  Probably.                                   09:43:51
10        Q.  You mentioned onboarding.  What does that   09:43:52
11    mean?                                               09:43:56
12        A.  That's transitioning a client, a new        09:43:56
13    client from vendor support to Rimini Street         09:44:02
14    support.                                            09:44:05
15        Q.  And typically that was a transition from    09:44:06
16    support provided by Oracle to support provided by   09:44:09
17    Rimini Street, is that right?                       09:44:12
18        A.  Typically, yeah.                            09:44:13
19
                                                    Page 10
```

```
13        Q.  So Oracle or Siebel had provided a          09:46:38
14    website known as Siebel SupportWeb, is that right?  09:46:42
15        A.  Yeah.                                       09:46:45
16        Q.  And it had -- what kind of information      09:46:45
17    was in it?                                          09:46:47
18        A.  Troubleshooting, text, you know,            09:46:48
19    bulletins, alerts, service requests, that sort of   09:46:53
20    thing.                                              09:46:58
21
                                                    Page 12
```

Page 11

Page 13

Pages 10 to 13

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

```
      1                                    1




                              Page 54                               Page 56
      1                                    1




                              Page 55                               Page 57
```

Pages 54 to 57

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



Pages 58 to 61

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

```
 1        That I am not counsel for nor related to
 2   any of the parties herein, nor a relative or
 3   employee of such attorney or counsel for any of the
 4   parties hereto, nor am I interested directly or
 5   indirectly in the outcome hereof.
 6        IN WITNESS WHEREOF, I have hereunto set
 7   my hand and seal of office this 4th day of October,
 8   2011.
 9
10
11        SANDRA L. ROCCA, CSR, RPR, RMR, CRR
12        CSR License No. 084-003435
13        Expires May 31, 2013
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 117
```

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**