# EXHIBIT 62

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a      )
Colorado Corporation;   )   CASE NO:
ORACLE AMERICA, INC., a  )   2:10 CV 0106 LRH PAL
Delaware Corporation; and )
ORACLE INTERNATIONAL     )
CORPORATION, a California )
Corporation,             )
            Plaintiffs, )
      vs.                )
RIMINI STREET, INC., a   )
Nevada Corporation; Seth )
Ravin, an individual,    )
            Defendants. )

Videotaped Deposition of KRISTA WILLIAMS,
taken at 222 E. 3rd Street, Charlotte, North
Carolina, Wednesday, October 5, 2011 commencing
at 9:49 a.m., before LeShaunda Cass Byrd, CSR,
RPR.

PAGES 1   276

Page 1

1  APPEARANCES OF COUNSEL:
2
3  FOR THE PLAINTIFFS:
4
5      BOIES SCHILLER & FLEXNER
6      BY: KIERAN PAUL RINGGENBERG, ESQ.
7      1999 Harrison Street
8      Suite 900
9      Oakland, California 94612
10     510.874.1000
11     kringgenberg@bsfllp.com
12
13 FOR THE DEFENDANTS:
14
15     SHOOK, HARDY & BACON LLP
16     BY: ROBERT RECKERS, ESQ.
17     600 Travis Street
18     Suite 1600
19     Houston, Texas 77002
20     rreckers@shb.com
21
22
23
24
25

Page 2

1   INDEX TO EXAMINATION
2                     PAGE
3   Examination By MR. RINGGENBERG
4
5           INDEX TO EXHIBITS
5   NO.   DESCRIPTION              PAGE
6   Exhibit 464  Bates label RSI 03624606
7       through 07                   36
8   Exhibit 465  RSI 00907871 through 872      37
9   Exhibit 466  RSI 02743476 through 478      39
10  Exhibit 467  RSI 00493681            48
11  Exhibit 468  RSI 02972010            50
12  Exhibit 469  RSI 04787973            58
13  Exhibit 470  RSI 04807784 through 85       63
14  Exhibit 471  RIS106301059 through 69       64
15  Exhibit 472  RSI 02687555 through 57       69
16  Exhibit 473  RSI 02748448            96
17  Exhibit 474  RSI 06285872 through 80      104
18  Exhibit 475  RSI 02754200 to 202        105
19  Exhibit 476  RSI 01679887 through 93      107
20  Exhibit 477  RSI 02720570 to 572        112
21  Exhibit 478  RSI 06298475 through 80      121
22  Exhibit 479  RSI 06319952 through 53      125
23  Exhibit 480  RSI 02681095 through 97      127
24  Exhibit 481  RSI 00909960 through 61      132
25  Exhibit 482  RSI 03784117 through 120     134

Page 3

1   Exhibit 483  RSI 01715858 through 66      138
2   Exhibit 484  RSI 03626172            139
3   Exhibit 485  RSI 03781272            140
4   Exhibit 486  RSI02745899             141
5   Exhibit 487  RSI 04175953 through 55      144
6   Exhibit 488  Defendant Rimini Street Inc.'s   147
7       Supplemental Response to
8       Plaintiff First Oracle USA,
9       Inc. America, Inc and Oracle
10      International Corporation's
11      Fifth Set of Interrogatories to
12      Defendant Rimini Street
13  Exhibit 489  RSI 03993952 through 53      153
14  Exhibit 490  RSI 04115917 through 20      162
15  Exhibit 491  RSI 06321530 through 533     165
16  Exhibit 492  RSI 03776529            167
17  Exhibit 493  RSI03782365             169
18  Exhibit 494  RSI 00493465 through 66      172
19  Exhibit 495  RSI 06276922            174
20  Exhibit 496  RSI 00741766 through 767     175
21  Exhibit 497  RSI 04092033 through 034     177
22  Exhibit 498  RSI 02746788 through 790     178
23  Exhibit 499  RSI 01466333 through 339     182
24  Exhibit 500  RSI 02200209 through 211     183
25  Exhibit 501  RSI 02083425 through 427     188

Page 4

Pages 1 to 4

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

| | | |
|---|---|---|
| 1 | Exhibit 502  RSI-04167142 | 190 |
| 2 | Exhibit 503  RSI-04807259 through 261 | 194 |
| 3 | Exhibit 504  RSI-06324141 through 142 | 195 |
| 4 | Exhibit 505  RSI-02019117 through 119 | 207 |
| 5 | Exhibit 506  RSI-04167823 through 824 | 210 |
| 6 | Exhibit 507  RSI-04129253 | 212 |
| 7 | Exhibit 508  RSI-04151300 through 302 | 217 |
| 8 | Exhibit 509  RSI-04083749 through 750 | 219 |
| 9 | Exhibit 510  RSI-01508724 | 222 |
| 10 | Exhibit 511  RSI-01674233 through 237 | 223 |
| 11 | Exhibit 512  RSI-0345667 through 676 | 225 |
| 12 | Exhibit 513  06283091 through 094 | 230 |
| 13 | Exhibit 514  RSI-0431231 through 232 | 239 |
| 14 | Exhibit 515  RSI-05413687 through 689 | 241 |
| 15 | Exhibit 516  RSI-02612134 through 240 | 248 |
| 16 | Exhibit 517  RSI-02229020 through 024 | 249 |
| 17 | Exhibit 518  RSI-02380755 through 759 | 259 |
| 18 | Exhibit 519  RSI 00910411 | 262 |
| 19 | Exhibit 520  RSI-0406458 through 459 | 267 |
| 20 | Exhibit 521  RSI-04065912 through 913 | 268 |
| 21 | Exhibit 522  RSI-04089639 | 270 |

Page 5

    1       MR RINGGENBERG:  Kieran Ringgenberg      09:50:34
    2   from Boies Schiller & Flexner for the        09:50:37
    3   plaintiffs                                   09:50:38
    4       MR RECKERS:  Rob Reckers from Shook       09:50:38
    5   Hardy & Bacon for the defendants
    6          KRISTA WILLIAMS,
    7   having been first duly sworn, was examined and
    8   testified as follows:

Page 7

    1       THE VIDEOGRAPHER:  Good morning.  We        09:49:22
    2   are on the record at 9:49 a.m. on               09:49:44
    3   October 5th, 2011.  This is the videotape       09:49:48
    4   deposition of Krista Williams.  My name is      09:49:50
    5   James Downey, here with our court reporter,     09:49:53
    6   LeShaunda Byrd.  We are here from Veritext      09:49:55
    7   National Deposition & Litigation Services       09:49:55
    8   at the request of counsel of the                09:50:00
    9   plaintiffs.                                     09:50:01
   10      This deposition is being held at the         09:50:01
   11   Hilton Center City in the City of               09:50:03
   12   Charlotte, North Carolina.  The caption of      09:50:05
   13   the case is Oracle USA, Incorporated,           09:50:07
   14   et al., versus Rimini Street, Incorporated,     09:50:11
   15   et al., Case Number 2:10-CV-0106-LRH-PAL.       09:50:17
   16      Please note the audio and video             09:50:21
   17   recording will take place unless all            09:50:23
   18   parties agree to go off the record.  The        09:50:25
   19   microphones are sensitive and they pick up      09:50:25
   20   whispers, private conversations, and            09:50:28
   21   cellular interference.                          09:50:28
   22      At this time, will counsel please           09:50:30
   23   identify yourselves for the record, after       09:50:32
   24   which the court reporter will swear the         09:50:32
   25   witness.                                        09:50:34

Page 6

Page 8

Veritext National Deposition & Litigation Services
866 299-5127

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

1

1

Page 9

Page 11

1

1

Page 10

Page 12

Pages 9 to 12

Veritext National Deposition & Litigation Services
866 299-5127

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**



Page 17

Page 19

Page 18

20

Pages 17 to 20

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order



Page 21

Page 23

Page 22

Page 24

Pages 21 to 24

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order



Page 73

Page 75

Page 74

Page 76

Pages 73 to 76

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order



Page 93

Page 95

Page 94

Page 96

Pages 93 to 96

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order



Page 157

Page 159

Page 158

Page 160

Pages 157 to 160

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

```
 1                                            1
```

```
24        MR. RINGGENBERG:  We need to change      14:44:26
25    the tape.                                    14:44:27
```

Page 161
Page 163

```
 1        THE VIDEOGRAPHER:  This is the end of    14:44:28
 2    Tape Number 2 in the deposition of Krista    14:44:29
 3    Williams.  The time is 2:44 p.m.  We're now  14:44:32
 4    off the record.                              14:44:35
 5        (A recess was taken.)                    14:44:36
 6        THE VIDEOGRAPHER:  This is the           14:55:51
 7    beginning of Tape Number 3 in the            14:55:58
 8    deposition of Krista Williams.  The time is  14:56:00
 9    2:55 p.m.  We're back on the record.         14:56:04
10        (Plaintiffs' Exhibit 490 was marked      14:56:04
11    for identification.)                         14:56:08
12
```

```
 1
```

Page 162
164

Pages 161 to 164

**Confidential and Highly Confidential Material Redacted Pursuant to Protective Order**

1

1

Page 267

```
24        MR. RINGGENBERG:  I will take five or      17:48:44
25    ten to wrap up my stuff.  I probably have a      17:48:46
```

Page 265

```
 1    few more questions, but I think we will      17:48:49
 2    probably done.                    17:48:51
 3        THE VIDEOGRAPHER:  Time is 5:48 p.m.      17:48:52
 4    We are now out of record.            17:48:54
 5        (A recess was taken.)            17:48:56
 6        THE VIDEOGRAPHER:  The time is      17:56:40
 7    5:56 p.m.  We are back on the record.      17:56:48
 8
```

1

Page 266

Page 268

Pages 265 to 268

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

1                    REPORTER'S CERTIFICATE

2

3         I, LESHAUNDA CASS, CSR No. B-2291, Certified

4    Shorthand Reporter, certify

5         That the foregoing proceedings were taken before

6    me at the time and place therein set forth, at which

7    time the witness was put under oath by me;

8         That the testimony of the witness, the questions

9    propounded, and all objections and statements made at

10   the time of the examination were recorded

11   stenographically by me and were thereafter

12   transcribed;

13        That the foregoing is a true and correct

14   transcript of my shorthand notes to taken.

15   I further certify that I am not a relative or employee

16   of any attorney or the parties, nor financially

17   interested in the action.

18        I declare under penalty of perjury under the laws

19   of North Carolina that the foregoing is true and

20   correct.

21        Dated this     day of     ,

22

23        _Leshaunda D. Cassbyrd_

          LESHAUNDA D. CASS, CCR-B-2291

24

25

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order

## ERRATA SHEET

WITNESS NAME: Krista Williams     Date: October 5, 2011

| PAGE | LINE | CORRECTION AND REASON |
|------|------|------------------------|
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |
|      |      |                        |

I, name, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

Date: 1/3/2011

Name

Confidential and Highly Confidential Material Redacted Pursuant to Protective Order