# EXHIBIT 63

```
 1      UNITED STATES DISTRICT COURT
 2      DISTRICT OF NEVADA (Las Vegas)
 3      _____
 4   In the matter of:
 5   ORACLE USA, INC., a Colorado corporation;              **CERTIFIED**
 6   ORACLE AMERICA, INC., a Delaware Corporation;          **TRANSCRIPT**
 7   and ORACLE INTERNATIONAL CORPORATION,
 8   a California corporation,
 9               Plaintiffs,        Case No. 2:10-cv-0106-LRH-PAL
10   v.
11
12   RIMINI STREET, INC., a Nevada corporation; and
13   SETH RAVIN, an individual,
14               Defendants.
15   _____
16
17           Lloyd D. George U.S. Courthouse
18           333 Las Vegas Blvd. South
19           Las Vegas, NV
20           November 8, 2011
21           9:00 AM
22
23   B E F O R E:
24   HON. MAGISTRATE PEGGY A. LEEN
25   DISTRICT COURT JUDGE
```

Page 1

```
 1    it.  And that's why we put it on our rest
 2    interrogatory response.  And that's how
 3    this type of discovery of (indiscernible)
 4    works.  And they're free to rely on it
 5    that this is what happened.  This
 6    represents a use of this software in a
 7    way that -- reflected by the documents
 8    that we --
 9            THE COURT:  Was Ms. Williams in her
10    individual capacity or as the
11    corporation's Rule 30(b)(6) designee?
12            MR. RECKERS:  In her individual
13    capacity.
14            THE COURT:  And do you intend --
15    your response to their request for an
16    order compelling them a fuller -- your
17    other answer says you intend to
18    supplement the interrogatory responses
19    with her testimony.
20            MR. RECKERS:  Yes.
21            THE COURT:  And you say you intend
22    to be bound by what she has testified
23    about.
24            MR. RECKERS:  Yes.
25            THE COURT:  Is there anyone in the
```

```
 1    corporation that has superior knowledge
 2    to Ms. Williams about this issue?
 3         MR. RECKERS:  No.  And so that's one
 4    of the reasons we put it in our brief.
 5    And the deposition transcript just went
 6    final.  So I think that with her
 7    testimony -- she was deposed, obviously,
 8    on this important issue at some length.
 9         THE COURT:  You're telling me that
10    this is the best answer that your
11    corporation can provide because she is
12    the most knowledgeable person and she has
13    what level of detail the corporation has.
14         MR. RECKERS:  Absolutely.
15         THE COURT:  And you're bound by
16    that.
17         MR. RECKERS:  Yes, Your Honor.
18         THE COURT:  And you're not going to
19    claim that she's incorrect?
20         MR. RECKERS:  If we -- we're going
21    to put the citations down and we're going
22    to review the citations and put the ones
23    down that the corporation was bound by.
24    And as I stand here today, my general
25    understanding is that she's correct and
```

Page 18

1   that is the corporation's answers to
2   these questions.
3       THE COURT:  And how soon are you
4   going to be in a position to supplement
5   your response with her testimony that's
6   now the corporation's answer?
7       MR. RECKERS:  It certainly can be
8   served within the next ten days.
9       THE COURT:  Thank you.  Oracle's
10  motion to compel omitted responses to
11  interrogatories number 24 and 25 is
12  granted to the extent that Rimini shall
13  supplement answers to Interrogatory
14  number 24 and 25 with the information
15  provided with Ms. Williams clarifying
16  that it is the corporation's response and
17  within fourteen days of today's date and
18  denied in all other respects.
19      I'll hear from you on your motion to
20  compel "Read-Only" access to Rimini's
21  SharePoint internet.
22      MR. HOWARD:  Thank you, Your Honor.
23  Geoff Howard.  With respect to the
24  SharePoint materials, I don't think
25  there's any dispute that t they are

Page 19

```
 1
 2                    C E R T I F I C A T I O N
 3
 4        I, Lisa Bar-Leib, hereby certify that the
 5   foregoing is a true and correct transcription, to
 6   the best of my ability, of the sound recorded
 7   proceedings submitted for transcription.
 8
 9        I further certify that I am not employed by
10   nor related to any party to this action.
11
12        In witness whereof, I hereby sign this date:
13   November 14, 2011.
14
15
16
17
18   _Lisa Bar-Leib_____
19        LISA BAR-LEIB
20        AAERT Certified Transcriber (CET**D-486)
21
22
23
24
25
```