| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | BINGHAM MCCUTCHEN LLP |
| RICHARD J. POCKER (NV Bar No. 3568) | GEOFFREY M. HOWARD (*pro hac vice*) |
| 300 South Fourth Street, Suite 800 | THOMAS S. HIXSON (*pro hac vice*) |
| Las Vegas, NV 89101 | BREE HANN (*pro hac vice*) |
| Telephone: (702) 382-7300 | KRISTEN A. PALUMBO (*pro hac vice*) |
| Facsimile: (702) 382-2755 | Three Embarcadero Center |
| rpocker@bsfllp.com | San Francisco, CA 94111-4067 |
| | Telephone: 415.393.2000 |
| BOIES, SCHILLER & FLEXNER LLP | Facsimile: 415.393.2286 |
| STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com |
| FRED NORTON (*pro hac vice*) | thomas.hixson@bingham.com |
| KIERAN P. RINGGENBERG (*pro hac vice*) | bree.hann@bingham.com |
| 1999 Harrison Street, Suite 900 | kristen.palumbo@bingham.com |
| Oakland, CA 94612 | |
| Telephone: (510) 874-1000 | DORIAN DALEY (*pro hac vice*) |
| Facsimile: (510) 874-1460 | DEBORAH K. MILLER (*pro hac vice*) |
| sholtzman@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*) |
| fnorton@bsfllp.com | ORACLE CORPORATION |
| kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA 94070 |
| | Telephone: 650.506.4846 |
| | Facsimile: 650.506.7114 |
| | dorian.daley@oracle.com |
| | deborah.miller@oracle.com |
| Attorneys for Plaintiffs Oracle USA, Inc., | jim.maroulis@oracle.com |
| Oracle America, Inc. and Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>  Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

# [PROPOSED] ORDER

Pending before the Court is the motion of Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle") for partial summary judgment. After full consideration of the moving and opposing papers of each party, the arguments of counsel, and all other matters presented to the Court, and finding that there are no genuine issues of material fact with regard to the issues raised by Oracle's motion, and that Oracle is entitled to judgment as a matter of law,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Defendant Rimini Street's ("Rimini's") creation and/or use of copies of the following copyrighted software:

| Software | Copyright Registration |
| --- | --- |
| PeopleTools 7.5 | TX 4-792-578 |
| PeopleTools 8.10 | TX 5-266-221 |
| PeopleTools 8.48 | TX 7-092-819 |
| PeopleSoft HRMS 7.5 | TX 4-792-575 |
| PeopleSoft 8.3 HRMS | TX 5-469-032 |
| PeopleSoft 8.4 Financials and Supply Chain Management | TX 5-586-247 |
| Initial release of JDE EnterpriseOne 8.10 | TX 6-541-038 |
| Siebel 7.7.1 Initial Release and Documentation | TX 6-941-993 |

that were contained in or created from the twelve environments at issue in Oracle's motion – H751COFO, H751COFO, H751COF2, H751DEVO, H751AUD, H831PPSM, H831PPS2, F842PPSM, F842PPSM JGCHE5TSA1, NOVELL-AP01, NOVELL-CLI – were in violation of Oracle's exclusive rights under the Copyright Act. Therefore, Oracle is entitled to relief as to these copies under its first cause of action.

2. Rimini's Second, Third, and Sixth Affirmative Defenses do not excuse this infringement.

//

//

1   IT IS SO ORDERED.

4   DATED:

By: _____
Judge, United States District Court

[PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

A/74868442.1