| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | BINGHAM McCUTCHEN LLP |
| RICHARD J. POCKER (NV Bar No. 3568) | GEOFFREY M. HOWARD (*pro hac vice*) |
| 300 South Fourth Street, Suite 800 | THOMAS S. HIXSON (*pro hac vice*) |
| Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*) |
| Telephone: (702) 382-7300 | Three Embarcadero Center |
| Facsimile: (702) 382-2755 | San Francisco, CA 94111-4067 |
| rpocker@bsfllp.com | Telephone: 415.393.2000 |
| | Facsimile: 415.393.2286 |
| BOIES, SCHILLER & FLEXNER LLP | geoff.howard@bingham.com |
| STEVEN C. HOLTZMAN (*pro hac vice*) | thomas.hixson@bingham.com |
| FRED NORTON (*pro hac vice*) | kristen.palumbo@bingham.com |
| KIERAN P. RINGGENBERG (*pro hac vice*) | |
| 1999 Harrison Street, Suite 900 | DORIAN DALEY (*pro hac vice*) |
| Oakland, CA 94612 | DEBORAH K. MILLER (*pro hac vice*) |
| Telephone: (510) 874-1000 | JAMES C. MAROULIS (*pro hac vice*) |
| Facsimile: (510) 874-1460 | ORACLE CORPORATION |
| sholtzman@bsfllp.com | 500 Oracle Parkway, M/S 5op7 |
| fnorton@bsfllp.com | Redwood City, CA 94070 |
| kringgenberg@bsfllp.com | Telephone: 650.506.4846 |
| | Facsimile: 650.506.7114 |
| | dorian.daley@oracle.com |
| | deborah.miller@oracle.com |
| | jim.maroulis@oracle.com |

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**ORACLE'S MOTION TO SEAL PORTIONS OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AND CERTAIN SUPPORTING DOCUMENTS** |

1   Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") respectfully request that the Court order the Clerk of the Court to file under seal certain portions of Oracle's Motion for Partial Summary Judgment and supporting documents. These portions of Oracle's motion reflect information that Oracle or Rimini Street, Inc. ("Rimini") has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only."

The Protective Order states, "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order *only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).* The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2 (emphasis supplied).

## DOCUMENTS DESIGNATED BY ORACLE AS
## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Oracle has designated Exhibits 10-17 as Highly Confidential – Attorneys' Eyes Only.[1] Oracle requests that the Court order the Clerk of the Court to file those exhibits under seal, as well as certain portions of Oracle's Motion for Partial Summary Judgment, and Oracle's Statement of Undisputed Facts in Support of its Motion for Partial Summary Judgment, that reflect the information contained in those exhibits. Unredacted versions of these documents were individually lodged under seal with the Court on March 30, 2012.

---

[1] All Exhibits referred to in this motion are attached to the Appendix of Exhibits Cited in Support of Oracle's Motion for Partial Summary Judgment.

1    Documents may not be sealed in connection with a dispositive motion absent a
2    "compelling reason."  *Selling Source, LLC v. Red River Ventures, LLC*, 2:09-CV-01491-JCM,
3    2011 WL 1630338 *4 (D. Nev. Apr. 29, 2011) (citing *Pintos v. Pac. Creditors Ass'n*, 565 F.3d
4    1106, 1115 n. 4 (9th Cir.2009)).  Exhibits 10-17 are license agreements between Oracle and its
5    customers.  Oracle designated each of those agreements "Highly Confidential," which reflects, in
6    Oracle's best judgment, that the documents contain "extremely sensitive, highly confidential,
7    non-public information, consisting either of trade secrets or other highly confidential documents
8    related to current or future business plans, protocols or strategies, the disclosure of which . . .
9    would be likely to cause competitive or business injury to [Oracle] (other than injury to
10   [Oracle's] position in this Action)."  Protective Order ¶ 4.  In particular, these license agreements
11   contain confidential terms related to the customers' licensed use of Oracle's enterprise software.
12   Oracle has invested billions to acquire and develop this software, and it relies on licensing to
13   recoup some of those costs.  Disclosure of the confidential terms of the licenses could interfere
14   with Oracle's ongoing licensing efforts.  Thus, there is a compelling interest for those documents
15   to be sealed.  *Selling Source*, 2011 WL 1630338 at *6  ("Where the material includes
16   information about . . . agreements with clients, there are compelling reasons to seal the material
17   because possible infringement of trade secrets outweighs the general public interest in
18   understanding the judicial process.").

19          **DOCUMENTS DESIGNATED BY RIMINI AS CONFIDENTIAL**
20          **OR HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

21          Rimini has designated the following documents cited or referred to in Oracle's motion for
22   summary judgment as Confidential or Highly Confidential – Attorneys' Eyes Only:

| Ex. | Description | Designation |
|---|---|---|
| 18 | Rimini's Supp. Responses to Oracle's Interrogatories 7, 15, 28, 29, and 30 | Highly Confidential |
| 23 | Oracle's Fifth Set of Interrogatories, Nos. 20-25, Exhibit A | Highly Confidential |
| 24 | Rimini's Third Supp. Responses to Interrogatories 20-22 | Highly Confidential |
| 25 | Rimini's Third Supp. Responses to Interrogatories 20-22, First Supplemented Exhibit 1A-3 | Confidential |
| 26 | Rimini's Third Supp. Responses to Interrogatories 20-22, Exhibit 1B-2 | Confidential |
| 27 | Rimini's Third Supp. Responses to Interrogatories 20-22, Exhibit 1C-3 | Confidential |

ORACLE'S MOTION TO SEAL PORTIONS OF ITS MOTION FOR PARTIAL
SUMMARY JUDGMENT AND CERTAIN SUPPORTING DOCUMENTS

A/74856585.4

| # | Document | Designation |
|---|---|---|
| 28 | Rimini's Third Supp. Responses to Interrogatories 20-22, Exhibit 5 | Confidential |
| 36 | Jeff Allen Deposition Excerpts | Highly Confidential, Confidential |
| 37 | Oracle Depo. Ex. 568 | Confidential |
| 38 | Oracle Depo. Ex. 570 | Confidential |
| 39 | Oracle Depo Ex. 312 | Highly Confidential |
| 40 | Doug Baron Deposition Excerpts | Confidential, Highly Confidential |
| 41 | Dennis Chiu Deposition Excerpts | Confidential, Highly Confidential |
| 42 | Timothy Conley Deposition Excerpts | Confidential, Highly Confidential |
| 43 | J.R. Corpuz Deposition Excerpts | Confidential, Highly Confidential |
| 44 | RSI00479793 | Highly Confidential |
| 45 | Oracle Depo. Ex. 33 | Highly Confidential |
| 46 | Oracle Depo. Ex. 34 | Highly Confidential |
| 47 | Ray Grigsby Deposition Excerpts | Confidential, Highly Confidential |
| 48 | Alecia Holmes Deposition Excerpts | Confidential, Highly Confidential |
| 49 | Nambirajan Lakshmanan Deposition Excerpts | Confidential, Highly Confidential |
| 50 | Beth Lester Deposition Excerpts | Confidential, Highly Confidential |
| 51 | ORCLRS-RSI00910586_00598 for the file HCM101906_U.DAT | Highly Confidential |
| 52 | ORCLRS-RSI00910434_00001 for the file RS08P06_U.DAT | Highly Confidential |
| 53 | ORCLRS-RSI00910434_00155 for the file RS09P06_M.DAT | Highly Confidential |
| 54 | George Lester Deposition Excerpts | Confidential, Highly Confidential |
| 55 | Oracle Depo. Ex. 809 | Confidential |
| 56 | David Radtke Deposition Excerpts | Confidential, Highly Confidential |
| 57 | Seth Ravin Deposition Excerpts | Confidential, Highly Confidential |
| 58 | Brian Slepko Deposition Excerpts | Confidential, Highly Confidential |
| 59 | Susan Tahtaras Deposition Excerpts | Confidential, Highly Confidential |
| 60 | Oracle Depo. Ex. 112 | Confidential |
| 61 | John Whittenbarger Deposition Excerpts | Confidential, Highly Confidential |
| 62 | Krista Williams Deposition Excerpts | Confidential, Highly Confidential |
| 64 | Oracle Depo Ex. 38 | Highly Confidential |
| 65 | Oracle Depo Ex. 483 | Highly Confidential |
| 66 | Oracle Depo Ex. 480 | Highly Confidential |
| 67 | Second Amended Exhibit B to Oracle's Second Amended Requests for Admission, Nos. 239-240 | Highly Confidential |

1   Oracle submits these documents under seal pursuant to the Protective Order based on
2   Rimini's representation that it reasonably believes there is a valid basis under the Protective
3   Order for its confidentiality designations.  However, Oracle is not in the position to argue that
4   Rimini's confidentiality designations meet the "compelling interest" standard applicable to a
5   dispositive motion.
6   Oracle has submitted all other exhibits to the Appendix to the Court's public files, which
7   would allow public access to all exhibits except for the items listed above.  Accordingly, the
8   request to seal is narrowly tailored.  For the foregoing reasons, Oracle respectfully requests that
9   the Court find there is a compelling interest in filing the documents discussed above under seal.

12   DATED: March 30, 2012                    BINGHAM McCUTCHEN LLP

                                              By: /s/ Geoffrey M. Howard
                                                  Geoffrey M. Howard
                                                  Attorneys for Plaintiffs
                                                  Oracle USA, Inc., Oracle America, Inc.,
                                                  and Oracle International Corp.

ORACLE'S MOTION TO SEAL PORTIONS OF ITS MOTION FOR PARTIAL
SUMMARY JUDGMENT AND CERTAIN SUPPORTING DOCUMENTS

A/74856585.4