1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV  89101
3  Telephone:  (702) 382-7300
   Facsimile:  (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (*pro hac vice*)
6  FRED NORTON (*pro hac vice*)
   KIERAN P. RINGGENBERG (*pro hac vice*)
7  1999 Harrison Street, Suite 900
   Oakland, CA  94612
8  Telephone:  (510) 874-1000
   Facsimile:  (510) 874-1460
9  sholtzman@bsfllp.com
   fnorton@bsfllp.com
10 kringgenberg@bsfllp.com

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA  94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

13 Attorneys for Plaintiffs Oracle USA, Inc.,
   Oracle America, Inc. and Oracle International
14 Corp.

15                     UNITED STATES DISTRICT COURT

16                           DISTRICT OF NEVADA

17

18 ORACLE USA, INC., a Colorado corporation;      Case No. 2:10-cv-0106-LRH-PAL
   ORACLE AMERICA, INC., a Delaware
19 corporation; and ORACLE INTERNATIONAL         **CERTIFICATE OF SERVICE**
   CORPORATION, a California corporation,
20
                    Plaintiffs,
21            v.

22 RIMINI STREET, INC., a Nevada corporation;
   SETH RAVIN, an individual,
23
                    Defendants.
24

25

26

27

28

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is Three Embarcadero Center, San Francisco, CA 94111. On March 30, 2012, I served the following documents:

**ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]**

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]**

**APPENDIX OF EXHIBITS CITED IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT, VOL. 1 OF 3 [FILED UNDER SEAL] AND UNREDACTED EXHIBITS 10-18, 23-28**

**APPENDIX OF EXHIBITS CITED IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT, VOL. 2 OF 3 [FILED UNDER SEAL] AND UNREDACTED EXHIBITS 36-47**

**APPENDIX OF EXHIBITS CITED IN SUPPORT OF ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT, VOL. 3 OF 3 [FILED UNDER SEAL] AND UNREDACTED EXHIBITS 48-62, 64-67**

I served the documents on the persons below, as follows:

Mark Tratos
Brandon Roos
Leslie A.S. Godfrey
**Greenberg Traurig, LLP**
3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NV 89169
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

W. West Allen
**Lewis and Roca LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
WAllen@LRLaw.com

Robert H. Reckers, Esq.
**Shook, Hardy & Bacon L.L.P.**
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
RRECKERS@shb.com

The documents were served pursuant to FRCP 5(b) by sending it by electronic mail.

Based on a court order or an agreement of the parties to accept service by e-mail or electronic

2

1  transmission, I caused the documents to be sent to the persons at the e-mail addresses listed

2  above.  I did not receive, within a reasonable time after the transmission, any electronic message

3  or other indication that the transmission was unsuccessful.

4       I hereby certify that I am a member of the State Bar of California, admitted *pro hac vice*

5  to practice before the United States District Court for the District of Nevada for this case.  I

6  declare under penalty of perjury under the laws of the United States of America that the

7  foregoing information contained in the Certificate of Service is true and correct.

8

9  Date:  March 30, 2012

10                             /s/ John Polito_____

11                               John Polito

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE