| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq.<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com | GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRLaw.com<br><br>*Attorneys for Defendants*<br>*Rimini Street, Inc., and Seth Ravin* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANT RIMINI STREET INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT (First Request)** |

Defendant Rimini Street, Inc. (Rimini) hereby files this Unopposed Motion for Extension of Time to Respond to Oracle's Motion for Partial Summary Judgment (filed March 30, 2012) and would show the Court as follows:

The current deadline for Rimini to respond to Oracle's Motion for Partial Summary Judgment (Dkt. 237) is April 23, 2012. So as to allow adequate time to fully respond to the issues

1  raised by Oracle's motion, Rimini has requested, and Oracle does not oppose, an extension for
2  Rimini to respond to Oracle's motion until and through April 27, 2012.
3      This Motion is not made for delay and should not impact any other deadlines applicable to
4  this litigation.
5      Accordingly, Rimini respectfully moves the Court for an Order extending the deadline for
6  Rimini to respond to Oracle's Motion for Partial Summary Judgment until and through April 27,
7  2012.

9  DATED:   April 12, 2012     SHOOK, HARDY & BACON

11 By:   /s/*Robert H. Reckers*
B. Trent Webb, MO Bar No. 40778
12 Robert H. Reckers, TX Bar No. 24039520
SHOOK, HARDY & BACON L.L.P.
13 2555 Grand Blvd.
Kansas City, MO 64108-2613
14 816-474-6550 Telephone
816-421-5547 Facsimile
15
16 *Attorney for Defendants*
*Rimni Street, Inc. and Seth Ravin*

- 2 -

5009576 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of April, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

　　　　　　　　　　　　　　　　　　　　 /s/*Robert H. Reckers*
　　　　　　　　　　　　　　　　　　　Robert H. Reckers, Esq.

　　　　　　　　　　　　　　　　　　　*Attorney for Defendants*
　　　　　　　　　　　　　　　　　　　*Rimini Street, Inc., and Seth Ravin*

5009576 v1