UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**ORDER GRANTING DEFENDANT RIMINI STREET, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pending before the Court is Defendant Rimini Street, Inc.'s Unopposed Motion for Extension of Time to Respond to Oracle's Motion for Partial Summary Judgment. Having considered the Motion and that it is unopposed, the Court finds the Motion to be well taken.

It is hereby **ORDERED** that Defendant Rimini Street, Inc. shall have until and through April 27, 2012 to respond to Oracle's Motion for Partial Summary Judgment.

IT IS SO ORDERED.

DATED this 16th day of April, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE