| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com<br>eburesh@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | SHOOK, HARDY & BACON LLP |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | ROBERT H. RECKERS (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Houston, Texas 77002<br>Telephone: (713) 227-8008 |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Facsimile: (713) 227-9508<br>rreckers@shb.com |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | LEWIS AND ROCA LLP |
| 10 | kringgenberg@bsfllp.com | W. WEST ALLEN (NV Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600 |
| 11 | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) | Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200 |
| 12 | BREE HANN (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*) | Facsimile: (702) 949-8398<br>WAllen@LRLaw.com |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center | GREENBERG TRAURIG |
| 14 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 | MARK G. TRATOS (NV Bar No. 1086)<br>BRANDON ROOS (NV Bar No. 7888) |
| 15 | Facsimile: 415.393.2286<br>geoff.howard@bingham.com | LESLIE GODFREY (NV Bar No. 10229)<br>3773 Howard Hughes Parkway |
| 16 | bree.hann@bingham.com<br>thomas.hixson@bingham.com | Suite 400 North<br>Las Vegas, NV 89169 |
| 17 | kristen.palumbo@bingham.com | Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 |
| 18 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) | tratosm@gtlaw.com<br>roosb@gtlaw.com |
| 19 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION | godfreyl@gtlaw.com |
| 20 | 500 Oracle Parkway<br>M/S 5op7 | Attorneys for Defendants Rimini Street, |
| 21 | Redwood City, CA 94070<br>Telephone: 650.506.4846 | Inc., and Seth Ravin |
| 22 | Facsimile: 650.506.7114<br>dorian.daley@oracle.com | |
| 23 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 24 | | |
| 25 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE: DISCOVERY DEADLINES AND NEXT CMC

A/74609100.2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE THE APRIL 19, 2012 CMC AND TO MODIFY THE CASE SCHEDULE**<br><br>Courtroom:  3B<br>Judge:       Magistrate Peggy A. Leen |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants") stipulate as follows and request that the Court enter the [Proposed] Order set forth below.

1. The Parties have met and conferred and agreed on the following proposed adjustments to the case schedule:

| | **Current Schedule** | **Proposed Schedule** |
|---|---|---|
| Plaintiffs to serve any rebuttal report | April 30, 2012 (per Fed. R. Civ. P. 26(a)(2)(D)(ii)) | May 15, 2012 |
| Last date to complete expert discovery | May 18, 2012 | June 15, 2012 |
| Last date to file dispositive motions | July 6, 2012 | July 31, 2012 |
| Last date to file pretrial order | August 6, 2012 | September 26, 2012 |

2. Given the absence of disputes requiring the Court's attention at this time, the parties respectfully request that the Case Management Conference scheduled for April 19, 2012 be vacated.

Accordingly, the parties request that the Court order as follows:

A. Plaintiffs shall serve any rebuttal report by **May 15, 2012.**

B. The parties shall complete expert discovery by **June 15, 2012.**

C. The parties shall file any additional dispositive motions by **July 31, 2012.**

1       D.      The parties shall file pretrial orders by **September 26, 2012.**

2       E.      The Case Management Conference scheduled for **April 19, 2012** is vacated, with a further CMC to be scheduled for **June 5**, **2012** or such other date as is convenient for the Court.

SO STIPULATED AND AGREED.

Dated:  April 17, 2012

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Robert H. Reckers<br>Robert H. Reckers, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile:  (816) 421-5547<br>rreckers@shb.com | By: /s/ Kieran Ringgenberg<br>Kieran Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to stipulation, it is hereby ORDERED that:

1. The Court modifies the case schedule order to adopt the following deadlines:

2. Plaintiffs shall serve any rebuttal reports by **May 15, 2012.**

3. The parties shall complete expert discovery by **June 15, 2012**.

4. The parties shall file any dispositive motions by **July 31, 2012**.

5. The parties shall file pretrial orders by **September 26, 2012.**

6. The case management conference currently scheduled for April 19 is vacated and rescheduled for _____, 2012 at _____ in Courtroom 3B.

_____
Hon. Peggy A. Leen
United States Magistrate Judge

| | |
|---|---|
| 1 | **ATTESTATION OF FILER** |
| 2 | The signatories to this document are Robert Reckers and me, and I have obtained Mr. |
| 3 | Reckers's concurrence to file this document on his behalf. |

Dated: April 17, 2012

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Kieran Ringgenberg
Kieran Ringgenberg, Esq. (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*