

# EXHIBIT 8
**FILED UNDER SEAL**