SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. *(pro hac vice)*
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. *(pro hac vice)*
600 Travis Street, Suite 1600
Houston, Texas  77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

*Attorneys for Defendants*
*RIMINI STREET, INC. and SETH RAVIN*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**APPENDIX OF EXHIBITS CITED IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

**VOLUME 2 OF 2 (EXS. 16-35)**

# APPENDIX OF EXHIBITS

Pursuant to Local Rule 10-3, Defendant Rimini Street, Inc. submits this Appendix Of Exhibits in support of its Opposition to Oracle's Motion for Partial Summary Judgment.

| Exhibit | Description | Volume |
|---|---|---|
| 1. | Safra Catz Deposition Excerpts | 1 |
| 2. | Charles Phillips Deposition Excerpts | 1 |
| 3. | Paul Simmons Deposition Excerpts | 1 |
| 4. | Paul Simmons Deposition, Rimini's Deposition Exhibit 3 Excerpts | 1 |
| 5. | Expert Report of Randall Davis, Feb. 2012 Excerpts | 1 |
| 6. | Ray Grigsby Deposition Excerpts | 1 |
| 7. | Beth Lester Deposition Excerpts | 1 |
| 8. | George Lester Deposition Excerpts | 1 |
| 9. | Thomas O'Brien Deposition, Oracle's Deposition Exhibit 758 | 1 |
| 10. | Brian Slepko Deposition Excerpts | 1 |
| 11. | Brian Slepko (2010) Deposition Excerpts | 1 |
| 12. | Brian Slepko (2011) Deposition Excerpts | 1 |
| 13. | Douglas Zorn Deposition Excerpts | 1 |
| 14. | Oracle's [Corrected] Supp. and Amended Responses to Rimini Street's First Set of Interrogatories (No. 1-12) Excerpts | 1 |
| 15. | Oracle's First Amended Response to Rimini's Interrogatory No. 26 | 1 |
| 16. | ORCLRS0004151-55 | 2 |
| 17. | ORCLRS0018170-340 Excerpts | 2 |
| 18. | ORCLRS0053129-48 | 2 |
| 19. | ORCLRS0055893-964 Excerpts | 2 |
| 20. | ORCLRS0144955-56 | 2 |
| 21. | ORCLRS0260580-83 | 2 |
| 22. | ORCLRS0518901 | 2 |
| 23. | ORCLRS0611787-88 | 2 |
| 24. | ORCLRS0811822-44 Excerpts | 2 |
| 25. | ORCLRS0811845-58 Excerpts | 2 |
| 26. | ORCLRS0811859-65 | 2 |
| 27. | ORCLRS0811866-72 | 2 |
| 28. | ORCLRS0811873-99 Excerpts | 2 |
| 29. | RSI00002747-59 (Support Services Agreement with Giant Cement) | 2 |
| 30. | RSI03016354-66 (Support Services Agreement with Sch. Dist. of Pittsburgh) | 2 |
| 31. | Professional Biography of Brooks L. Hilliard | 2 |
| 32. | Astute Business Solutions, Astute Labs | 2 |
| 33. | CedarCrestone, PeopleSoft Upgrades Brochure | 2 |

APPENDIX OF EXHIBITS CITED IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

360415 v1

| 34. | eVerge Group, Inc. PeopleSoft Upgrades | 2 |
|---|---|---|
| 35. | Summit Technology, Inc. PeopleSoft Upgrades | 2 |

DATED: April 27, 2012              SHOOK HARDY & BACON LLP


                                   */s/ Robert H. Reckers*_____
                                   Robert H. Reckers, Esq.

                                   Attorneys for Defendants
                                   Rimini Street Inc. and Seth Ravin

APPENDIX OF EXHIBITS CITED IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT

360415 v1