# EXHIBIT 24

Achieving a Superior Ownership Experience in
Manageability and Quality for PeopleSoft Enterprise

*An Oracle Whitepaper*
*April 2011*



ORCLRS0811822

## INTRODUCTION

Oracle's PeopleSoft Enterprise provides class-leading capabilities to improve the performance of organizations. To help you maximize the value of this mission critical application, and to achieve a Superior Ownership Experience in application manageability and quality, Oracle provides a set of tools that facilitate business-driven application management and cover the entire application lifecycle.

## BUSINESS-DRIVEN APPLICATION MANAGEMENT

A key requirement for managing PeopleSoft Application is the ability to manage the entire application stack, which includes PeopleSoft-specific components such as PeopleSoft Application Server Domain and Process Scheduler Domain, as well as infrastructure components such as database and operating system. All these components must work optimally together in order to deliver availability and performance required of the PeopleSoft Applications. Therefore, it is important that all these components be managed together.

Traditional system management tools tend to provide a silo approach of management – handling each component individually, and then try to piece together information about the health of the application environment from the bottom up. Oracle Enterprise Manager goes beyond this bottom up approach by providing a business-driven perspective also, which delivers a business-centric view of the application environment and helps you manage your PeopleSoft Applications according to their business requirements.

This business-driven approach starts with Application Management Suite for PeopleSoft, which extends Oracle Enterprise Manager to manage PeopleSoft Applications. Through the service level management (SLM) capabilities of the management suite, your administrators can model the availability and performance requirements that your PeopleSoft Application needs to satisfy, and then monitor according to these requirements automatically. This approach helps you focus your organization's resource on issues that are truly important – those that actually impact your business.

Application Management Suite for PeopleSoft is complemented by other Oracle products such as PeopleSoft Performance Monitor, PeopleSoft Change Impact Analyzer, PeopleSoft Change Assistant, Oracle Application Testing Suite, Oracle Database Management Packs, Oracle Middleware Management Packs, Oracle Provisioning Pack and System Monitoring Plug-in's for third party technologies to provide management coverage for your entire system environment, and support for each phase of the application lifecycle.

ORCLRS0811823



Figure 1 – PeopleSoft Application Management Solution

## COMPLETE APPLICATION LIFECYCLE COVERAGE

The deployment of PeopleSoft Enterprise application goes through several distinct phases – Implement & Test, Deploy, Monitor, Diagnose, and Resolve & Optimize, and each phase presents its own set of challenges. In the very first implementation cycle, your developers may take an out-of-the-box PeopleSoft application and make functional configuration changes. In subsequent cycles, your developers may take an already deployed PeopleSoft application and make further functional changes, deploy a new module, or upgrade to a new release of PeopleSoft Enterprise. Throughout the implementation process, your testers need to constantly test the application to make sure that it performs properly. Your team would also be constantly migrating configuration changes from development to test to staging environments. Ultimately, when you are ready to go live with your PeopleSoft applications, your administrators would deploy your tested configuration from staging to production environment.

As you enter production, the focus shifts to management. Your administrators need to monitor the performance and availability of the application from both end user and system component perspectives. If any problem is detected, your administrators and support analysts need to triage the problem quickly in order to engage the right expert to locate problem root cause. In addition, your administrators need to monitor operational changes that are made to the environment on an on-going basis to ensure that these changes do not introduce problems into your environment.

Lastly, you need to fine tune your environment in order to achieve further optimization. The starting point of this process is a set of service level and capacity utilization reports that provide insight on the performance, availability and resource utilization of your application. Your administrators may use the

ORCLRS0811824

information provided by these reports to decide whether to apply software patches from Oracle, tune the database, or make other functional adjustments to the PeopleSoft application in order to improve application end user experience. You may want to test the optimization of your application in a test environment using actual production data, in which case you need to mask sensitive information so that it is not exposed un-necessarily. As you make these optimization changes, you would also need to track the changes that you make, and maintain an audit trail for compliance purpose.

In the following pages, we'll describe how you may use various Oracle technologies to accomplish tasks in each of the application lifecycle phases.

## IMPLEMENT & TEST

### Challenge 1 – Ensuring Functional Conformance to Business Requirements

Running functional tests to ensure an application's implementation conforms to business functional requirements is critical to the successful adoption of the application. However, relying on redundant manual testing is an inefficient use of quality assurance (QA) resources, especially for regression tests that need to be run over and over whenever changes are made. This is particularly true for PeopleSoft Enterprise given the wide array of functionality these applications provide.



**Figure 2 – Oracle Functional Testing**

Most automated testing solutions on the market carry a steep learning curve and require that your testers become programmers in order to test. Oracle Functional Testing provides an efficient and accurate way to automate functional testing of Oracle's PeopleSoft applications. A powerful, easy-to-use functional testing solution, Oracle Functional Testing accurately reproduces and validates complex

ORCLRS0811825



Achieving a Superior Ownership Experience in Manageability and Quality for PeopleSoft Enterprise
April 2011
Authors: Chung Wu
Contributing Authors: Rajiv Taori, Scott Schafer, Amjad Afanah

Oracle Corporation
World Headquarters
500 Oracle Parkway
Redwood Shores, CA 94065
U.S.A.

Worldwide Inquiries:
Phone: +1.650.506.7000
Fax: +1.650.506.7200
oracle.com

Copyright © 2011, Oracle. All rights reserved.
This document is provided for information purposes only and the
contents hereof are subject to change without notice.
This document is not warranted to be error-free, nor subject to any
other warranties or conditions, whether expressed orally or implied
in law, including implied warranties and conditions of merchantability
or fitness for a particular purpose. We specifically disclaim any
liability with respect to this document and no contractual obligations
are formed either directly or indirectly by this document. This document
may not be reproduced or transmitted in any form or by any means,
electronic or mechanical, for any purpose, without our prior written permission.
Oracle, JD Edwards, PeopleSoft, and PeopleSoft are registered trademarks of Oracle
Corporation and/or its affiliates. Other names may be trademarks
of their respective owners.

ORCLRS0811844