# EXHIBIT 25

Application Management

Delivering Improved Performance and Availability for Oracle Applications

*An Oracle White Paper*
*April 2008*



ORCLRS0811845



Figure 4 - Configuration Comparison

**Interactive Transaction Performance Analysis**

After an application performance problem is identified, you need to investigate the cause of the problem by locating transaction bottlenecks using captured execution data. Oracle Enterprise Manager's Transaction Performance Analysis tool helps you to perform this analysis. You may use the tool to:

- Look for all the transactions that are associated with a user.
- Identify the slowest running transactions.
- Get the aggregate breakdown on where time is spent in processing transactions, and the incremental CPU and memory consumption for the steps.
- Visualize the data graphically.
- Trace a particular transaction to identify bottleneck.

**Event Log Analysis**

Another tool that Oracle Enterprise Manager provides is event log analysis. In distributed applications, event logs are often recorded in multiple files on multiple physical servers. Finding the relevant log entries that provide clues on the cause of a problem can be a tedious exercise of searching through many files on different machines. Oracle Enterprise Manager provides a centralized way to find the logs, and browse them once the proper ones are located. This helps you find the relevant information needed to solve your application problems faster.

ORCLRS0811852

### CONTAINING COSTS

The primary direct costs associated with operating Oracle Applications are labor and systems resources. Besides the productivity enhancing tools that make it easier and quicker to achieve proper system configuration, monitor system health and troubleshoot problems, Oracle Enterprise Manager provides other automation capabilities that optimize resource consumptions and simplify the day-to-day management of your applications.

#### Cloning

For selected Oracle Applications, Oracle Enterprise Manager can help you create a new application environment based on an existing working model. When rolling out an application, you may want to create a staging environment to assemble all the components and run system tests to ensure the proper integration of all the pieces. With cloning, you may create your production environment out of this staged environment. Cloning can also help you scale out the capacity of your application environment on-demand. You may take one of the existing servers, and clone a new one from it when you need to add a server. This method saves you the time of installing a server from scratch, and reduces the chance of making mistakes. Another use of cloning is to create a development or test environment that resembles the actual production environment. In this case, cloning can not only replicate the environment, but also filter out sensitive data that you may not want to include in the test data set.

#### Configuration Snapshot

Administrators often need to create new systems that are equivalent in performance to existing systems. One way to do this is to capture point in time information for an existing system. This information can then be used as a blueprint for creation of new systems. Oracle Enterprise Manager allows users to easily capture, store and view such information.

### ALIGNING IT AND LINE-OF-BUSINESS PRIORITIES

**Align business and IT through Service Level Management.**

In order for IT to be able to work effectively with its line-of-business counterparts and align their priorities, they must achieve common understanding of their service level objectives and make decisions using common data.

Service level may mean different things to different organizations in different contexts. For example, availability, a key component of service level, may be defined as the percentage of uptime excluding or including regularly scheduled maintenance. Furthermore, the very definition of uptime may be open to interpretation because of the distributed nature of modern Oracle Applications. For some applications, merely being able to login and look up information may be

ORCLRS0811853

adequate. For others, there is a certain set of critical transactions that must be supported.

Therefore, the first step in effective collaboration and alignment is to achieve a more precise definition of service level. With the more formal service level objective defined, IT and line-of-business sponsors may then set up the proper monitoring and reporting mechanisms to ensure that the required service levels are achieved.



**Figure 5 - Service Home Page**

**Modeling Application Services**

To enable monitoring of application services, you can define Service Level Objective, Availability Criteria, Key System Components, and Service Tests to model services as executed by end-users. Oracle Enterprise Manager works seamlessly to enable monitoring of services without the need to modify any application code. In addition, Oracle Enterprise Manager provides you with the ability to:

- Define service level and the time period when it is enforced.
- Achieve exact availability definition.
- Map application services to its underlying IT infrastructure.
- Graphically model and view all critical system components and dependent sub-services.
- Enable "beacons" to measure the availability and key performance indicators from representative end-user locations.

ORCLRS0811854