# EXHIBIT 32



Home | Contact us | Careers | About us

Search Astute... 

Services | Competencies | Fast Track | Workforce Solutions | About Us

Home ▸ Fast Track ▸ Astute Labs

**Fast Track**
> Astute Labs
> Impact Analyzer for Upgrade
> Data SPII
> HCM Campus Solutions Split
> SharePoint In a Box

### Astute Labs

Many of today's organizations, large and small, are struggling to keep their PeopleSoft Enterprise Management Systems current with respect to technology and functionality. As technology continuously changes, Oracle continues to provide advancements and enhancements to the architecture and functionality of their PeopleSoft product lines.

Drawing on extensive experience in implementing PeopleSoft applications, Astute has developed an effective approach for upgrades.

Our method can jumpstart your basic upgrade or provide the support you need through management consulting. Deploying the Astute Strategic Upgrade Lab, we can offer:

- A quick and flexible upgrade process
- Scalable upgrade service components at low cost
- Reduced risk through proven experience

Our on-site Technical Upgrade Service team provides assistance with business case development, strategic consulting, organizational change management, and advice on business process realignment.
Our PeopleSoft Center of Excellence hosts and manages an "Upgrade Lab" which replicates the client environment at our offshore locations. The initial and most time consuming activities are carried out in our Upgrade Lab thus benefiting the clients with immense cost savings.

**Getting started**
To learn more about Astute's Upgrade Lab Services, please contact us at (925)924.1400 or visit us at http://www.beastute.com

### Contact Astute
Phone: (925) 924-1400
Email: info@beAstute.com

Download Brochure

© 2011 Astute Business Solutions. All rights reserved.