# EXHIBIT 34




☎ 888-548-1973
✉ info@evergegroup.com

Home page / Services / Enterprise Resource Planning (ERP) / PeopleSoft ERP Upgrades

# PeopleSoft ERP Upgrades

## The eVerge Group Upgrade Solution

The eVerge Group Upgrade Solution begins with an assessment of your existing PeopleSoft system. As your upgrade partner, we will help you identify the ideal PeopleSoft configuration that will provide the greatest ROI for your organization.

Our Senior Consultants will help you to answer questions such as:

- Does our release have a supported upgrade path?
- Should we re-implement or upgrade?
- How long will it take?
- What is the most cost efficient way to upgrade when we have limited resources available?
- Can we implement new features or modules during an upgrade?

**See Oracle's PeopleSoft Retirement Roadmap**

To find out more about how eVerge Group can make your upgrade a success, contact Edward Richa at 972-388-5822 or at richae@evergegroup.com.

[ top page ]

## The eVerge Group Upgrade Services

eVerge Group understands that every organization is different; there is no one-size-fits-all solution. Therefore, flexibility is a key component to an eVerge Group upgrade. Based on the unique requirements of your PeopleSoft implementation and your available resources, eVerge Group will recommend a mixture of services to provide you with a flexible upgrade solution.

An eVerge Group upgrade solution may consist of one or any of the following services:

| Is this you? | eVerge Service | Description |
| --- | --- | --- |
| Interested in learning about new functionality to implement in an upgrade | Functional Assessment | eVerge Group resources will quickly advise the client regarding the impact of new functionality or new module implementation on existing business processes and existing customizations. |
| Interested in learning about what is needed technically for an upgrade | Technical Assessment | eVerge Group resources will perform an upgrade readiness assessment of the current application architecture environment. |
| Limited Resources – Needs assistance in all aspects of the upgrade | Full Service Upgrade | eVerge Group resources will participate in everything from initial planning through go-live and post-production support. |
| Strained Resources – Needs limited assistance completing an upgrade | Supplemental Upgrade Staff | eVerge Group resources will supplement organization staff. |
| Limited Resources – data security concerns, no infrastructure constraints | Remote Services Upgrade | eVerge Group technical staff will remotely access the client environment to perform all phase of the upgrade. |
| Resource and infrastructure constraints limit ability to complete a full onsite upgrade. Simple implementations with limited customizations | Lab Services Upgrade | eVerge Group technical staff will copy the client database to external media for transport to the eVerge Group upgrade lab. eVerge Group will perform the initial pass and first move to production pass in our lab. The infrastructure and final move to production pass will be performed on client hardware. |

### Got a PeopleSoft ERP question?

Ask here

### Upgrading to Version 9.1?

Oracle released HRMS 9.1 in September 2009 and is scheduled to release the remaining 9.1 PeopleSoft Enterprise applications in Q4 2009. Right now, you can be preparing for this upgrade by performing the following activities:

- Technical and functional readiness assessments
- Upgrade planning
- Enhanced functionality reviews
- Upgrade to PeopleTools 8.50 (available now) to take advantage of updated technology and user interfaces

eVerge Group can help guide you through this process by providing insight into the updated applications and the 9.0 vs. 9.1 decision.

*"eVerge Group was flexible in their approach – they supported us the way we wanted to be supported, which allowed us to do the upgrade very cost-effectively."*

Rodney Palesano, Manager-Employee Services, Western Farmers Electric Cooperative

*"Our upgrade was one of the smoothest I have experienced. I attribute much of that to the professionalism, expertise, and dedication of the eVerge personnel. We are fortunate to have eVerge as a partner."*

| | | | |
|---|---|---|---|
| Desire to implement additional functionality or modules during the upgrade | Additional Functionality Implementations | eVerge Group functional staff will work onsite with your resources to implement desired functionality. | |

### Additional Services

| Management | Technical | Functional | Support |
|---|---|---|---|
| Business Process Review<br>Upgrade Planning<br>Project Management<br>Change Management<br>Quality Assurance<br>IT Outsourcing | Software Installation<br>Database & Platform Conversion<br>Data Masking<br>Data Archiving<br>Peopletools Upgrade<br>Go-live Services | Independent Testing<br>Training<br>Documentation<br>Customization Review<br>Workflow Enhancement | Performance Tuning<br>Production Support<br>Database Administration<br>Patch Application |

**Dave Pounds, Director of Information Technology, NTTA**

*"eVerge Group understood our needs and provided the best people possible to make sure they were met. They exceeded our expectations."*

**John Farmer, IT Project Manager, American Heart Association**

*"With eVerge's fast-track approach and expertise with PeopleSoft, we were able to implement the software in a very short timeframe."*

**Laura Johnson, Finance Director, City of Oklahoma City**

[ top page ]

### eVerge Group *PrecisionFit®* Upgrade

eVerge Group has structured PeopleSoft Upgrades into a series of steps using our *PrecisionFit®* Process. This enables your organization to utilize any or all of our Upgrade Solution to ensure a successful upgrade.



[ top page ]

### eVerge Group Accelerators

eVerge Group has developed a number of tools that leverage past experience to expedite the upgrade process.

| Accelerator | Upgrade Benefit |
|---|---|
| FileAnalyzer | FileAnalyzer will identify, merge and synchronize differences between file based objects among PeopleSoft environments, decreasing the time required to upgrade these objects in your environment. |
| AppModAnalyzer | AppModAnalyzer will identify all customized or modified PeopleSoft Application or PeopleTools objects in your environment. This will aid in the scope and gap determination during the upgrade process. |
| CompReportAnalyzer | Automate the review of your compare reports and upload the action column to your upgrade project automatically with eVerge Group's CompReportAnalyzer tool. End the manual update errors today! |
| DataSecure | Is your organization concerned about Data Security issues during upgrades and testing? Have audits identified gaps in your security in non-production databases? Are you looking for a way to satisfy HIPAA regulations and safeguard SSN's, employee data, bank accounts, and sensitive financial information in your databases? eVerge Group recognizes your data must be secure at capture, during transit and at rest. DataSecure is the eVerge Group solution that will obfuscate sensitive data in non-production databases to protect this at rest data. This can be especially useful during an |

upgrade, as many times you will have non-employees with access to employee data. The functional and technical expertise of eVerge Group resources can help you identify what to protect and how to protect it.

[ top page ]

## eVerge Group Experience

eVerge Group has been implementing and upgrading PeopleSoft applications since 1993, when it was one of the original PeopleFriend partners. The chart below details our most recent PeopleSoft projects.

| Client | Financials | HCM |
| --- | --- | --- |
| American Heart Association | | 9.0 Re-implementation<br>Ongoing Support |
| City of Fort Worth | | 9.0 Implementation |
| City of Fresno | | 8.9 Upgrade |
| City of Oklahoma City | 8.4 Implementation<br>8.9 Upgrade<br>Ongoing Support | 8.3 Implementation<br>8.9 Upgrade<br>Ongoing Support |
| City of Plano | | 7.5 Implementation<br>8.3 Upgrade<br>8.9 Upgrade<br>Ongoing Support |
| DFW Airport | | 8.3 Implementation<br>8.9 Upgrade<br>Ongoing Support |
| Elgin Public Schools | Ongoing Support | Ongoing Support |
| Harden Healthcare | 9.0 Implementation | |
| La Madeleine | | 8.9 Upgrade |
| North Texas Tollway Authority | 8.0 Implementation<br>8.4 Upgrade<br>9.0 Upgrade<br>Ongoing Support | 8.0 Implementation<br>8.3 Upgrade<br>9.0 Upgrade<br>Ongoing Support |
| Oakland County, MI | 8.8 Implementation | 8.8 Upgrade |
| Orleans Parish Criminal Sheriff's Office | | 7.5 Implementation<br>8.3 Upgrade<br>8.9 Upgrade<br>Ongoing Support |
| San Diego Unified School District | 8.9 Upgrade | |
| South Carolina State Ports Authority | 9.0 Re-implementation | 9.0 Implementation |
| Southern Methodist University | | 9.0 Implementation |
| Susan G. Komen for the Cure | 9.0 Implementation | |
| University of North Texas | | 8.9 Upgrade |
| Western Farmer's Electric Coop | 8.9 Upgrade | 8.9 Upgrade |
| Wichita Public Schools | | 9.0 Upgrade |

[ top page ]

PeopleSoft: **PeopleSoft ERP Upgrades** | Ongoing Support Services

© eVerge Group 2003 - 2012. All rights reserved. | Web design by P.R. Inc.