# EXHIBIT 35



Search... GO

## Quick Launch

- Site Map
- Blog
- Contact Us



- employee login
- 
- client login

## Consulting Services

- Oracle PeopleSoft
    - Implementations
    - Upgrades
    - Staff Augmentations
- Custom Development

Managed Services
Strategic Partners







Personal Assistant

# PeopleSoft Upgrades

When you choose Summit to administer an upgrade, you can rest assured that you are in good hands. Our many years of experience and proven methodology enable you to streamline your processes at a minimal cost. We are currently administering the latest PeopleSoft version. Based on your company's needs, we will either perform an on-site upgrade or an off-site upgrade. Some of the benefits of each are as follows:

**On-site:** Convenience! Having our senior level consultants at your company's headquarters to personally mentor and educate your staff will provide for a smooth transition from your current PeopleSoft version to your next.

**Off-site:** Minimal impact to your operations is just one benefit of an off-site upgrade. It is also a cost efficient way to operate. By taking advantage of an off-site upgrade, we can manage your project in effective manner, because you can concentrate your efforts on your core business, and let us handle your upgrade in our state-of-the-art upgrade lab.

© 2012 Summit Technology, Inc. All Rights Reserved.

Follow

Careers | Legal Statement | Privacy Policy