| | |
|---|---|
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG |
| B. Trent Webb, Esq. *(pro hac vice)* | Mark G. Tratos, Esq. (Nevada Bar No. 1086) |
| 2555 Grand Boulevard | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| Kansas City, Missouri 64108-2613 | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| Telephone: (816) 474-6550 | 3773 Howard Hughes Parkway |
| Facsimile: (816) 421-5547 | Suite 400 North |
| bwebb@shb.com | Las Vegas, NV 89169 |
| | Telephone: (702) 792-3773 |
| Robert H. Reckers, Esq. *(pro hac vice)* | Facsimile: (702) 792-9002 |
| 600 Travis Street, Suite 1600 | tratosm@gtlaw.com |
| Houston, Texas 77002 | roosb@gtlaw.com |
| Telephone: (713) 227-8008 | godfreyl@gtlaw.com |
| Facsimile: (731) 227-9508 | |
| rreckers@shb.com | LEWIS AND ROCA LLP |
| | W. West Allen (Nevada Bar No. 5566) |
| | 3993 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, Nevada 89169 |
| | Tel: (702) 949-8200 |
| | Fax: (702) 949-8398 |
| | WAllen@LRLaw.com |

*Attorneys for Defendants*
*RIMINI STREET, INC. and SETH RAVIN*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET'S MOTION TO SEAL PORTIONS OF ITS OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND CERTAIN SUPPORTING DOCUMENTS** |

5033350 v1

- 2 -

**[PROPOSED] ORDER**

Pending before this Court is Defendant Rimini Street's Motion to Seal Portions of its Opposition to Oracle's Motion for Partial Summary Judgment and Certain Supporting Documents. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal, compelling reasons having been shown and good cause existing:

IT IS HEREBY ORDERED THAT: Defendant's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the documents specified in Rimini's Motion.

IT IS SO ORDERED.

DATED:

By:_____
    Judge, United States District Court

- 2 -

5033350 v1