1  SHOOK, HARDY & BACON LLP
   B. Trent Webb, Esq. *(pro hac vice)*
2  2555 Grand Boulevard
   Kansas City, Missouri 64108-2613
3  Telephone: (816) 474-6550
   Facsimile: (816) 421-5547
4  bwebb@shb.com
5
   Robert H. Reckers, Esq. *(pro hac vice)*
6  600 Travis Street, Suite 1600
   Houston, Texas   77002
7  Telephone: (713) 227-8008
   Facsimile: (713) 227-9508
8  rreckers@shb.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

*Attorneys for Defendants*
*RIMINI STREET, INC. and SETH RAVIN*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

CERTIFICATE OF SERVICE

360746 v1

1 **CERTIFICATE OF SERVICE**

2      At the time of service I was over 18 years of age and not a party to this action. My business

3 address is 600 Travis St., Suite 1600 Houston, Texas   77002.

4      On April 27, 2012, I served the following documents:

5 **DEFENDANT RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]**

**RIMINI STREET'S STATEMENT OF FACTS IN SUPPORT OF ITS OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND RESPONSE TO ORACLE'S ALLEGED FACTS (L.R. 56-1) [FILED UNDER SEAL]**

**DECLARATION OF BROOKS L. HILLIARD IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]**

**APPENDIX OF EXHIBITS CITED IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT VOLUME 1 OF 2 [FILED UNDER SEAL] AND UNREDACTED EXHIBITS. 1-15**

**APPENDIX OF EXHIBITS CITED IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT VOLUME 2 OF 2 [FILED UNDER SEAL] AND UNREDACTED EXHIBITS. 16-23 AND 29-30**

     I caused the documents served to the persons below, as follows:

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>ORACLE CORPORATION<br>JAMES C. MAROULIS (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>jim.maroulis@oracle.com |

- 2 -
CERTIFICATE OF SERVICE

360746 v1

1

2   The documents were served pursuant to FRCP 5(b) by sending it by electronic transmission.
3   Based on a court order or an agreement of the parties to accept service by e-mail or electronic
4   transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I
5   did not receive, within a reasonable time after the transmission, any electronic message or other
6   indication that the transmission was unsuccessful.

7   I hereby certify that I am a member of the State Bar of Texas, admitted *pro hac vice* to
8   practice before the United States District Court for the District of Nevada for this case.  I declare
9   under penalty of perjury under the laws of the United States of America that the foregoing
10  information contained in the Certificate of Service is true and correct.

11

12

13

14  Dated: April 27, 2012

15  */s/ Robert H. Reckers*
    SHOOK, HARDY & BACON LLP
16  B. Trent Webb, Esq.
17  2555 Grand Boulevard
    Kansas City, Missouri 64108-2613
18  Telephone: (816) 474-6550
    Facsimile: (816) 421-5547
19  bwebb@shb.com
    eburesh@shb.com
20

21  Robert H. Reckers, Esq.
    600 Travis Street, Suite 1600
22  Houston, Texas   77002
    Telephone: (713) 227-8008
23  Facsimile: (731) 227-9508
    rreckers@shb.com
24

25

26

27

28
- 3 -
CERTIFICATE OF SERVICE
360746 v1