1    BOIES, SCHILLER & FLEXNER LLP
     RICHARD J. POCKER (NV Bar No. 3568)
2    300 South Fourth Street, Suite 800
     Las Vegas, NV 89101
3    Telephone: (702) 382-7300
     Facsimile: (702) 382-2755
4    rpocker@bsfllp.com

5    BOIES, SCHILLER & FLEXNER LLP
     STEVEN C. HOLTZMAN (*pro hac vice*)
6    FRED NORTON (*pro hac vice*)
     KIERAN P. RINGGENBERG (*pro hac vice*)
7    1999 Harrison Street, Suite 900
     Oakland, CA 94612
8    Telephone: (510) 874-1000
     Facsimile: (510) 874-1460
9    sholtzman@bsfllp.com
     fnorton@bsfllp.com
10   kringgenberg@bsfllp.com

11

     Attorneys for Plaintiffs Oracle USA, Inc.,
12   Oracle America, Inc., and Oracle International
     Corp.

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

13

14

UNITED STATES DISTRICT COURT

15

DISTRICT OF NEVADA

16

17   ORACLE USA, INC. a Colorado
     corporation; ORACLE AMERICA,
18   INC., a Delaware corporation; and
     ORACLE INTERNATIONAL
19   CORPORATRION, a California
     corporation,

20          Plaintiffs,

21      v.

22   RIMINI STREET, INC., a Nevada
     corporation; SETH RAVIN, an
23   individual

24

25          Defendants.

26

27

28

Case No. 2: 10-cv-0106-LRH-PAL

**[PROPOSED] ORDER GRANTING ORACLE'S
MOTION TO MODIFY PROTECTIVE ORDER**

1       After consideration of the briefs and supporting documents submitted by the parties, the

2   Court orders as follows:

3       1.      The Protective Order in this action is modified as follows:  Notwithstanding the

4   confidentiality restrictions in the Protective Order that are applicable to discovery produced in

5   this action designated as "Confidential Information" or "Highly Confidential Information -

6   Attorneys' Eyes Only," to the extent provided herein, counsel for Plaintiffs and/or for their

7   affiliates, may use discovery produced in this action by third party CedarCrestone, Inc.

8   ("CedarCrestone"), which has been designated by CedarCrestone as "Confidential Information"

9   or "Highly Confidential Information - Attorneys' Eyes Only" for purposes of investigating,

10  preparing for, and pursuing litigation, including for copyright infringement, against

11  CedarCrestone.

12      2.      For purposes of paragraphs 8, 9, 10, 11, 12, and 14 of the May 21, 2010

13  Stipulated Protective Order, with respect to discovery provided by CedarCrestone, the terms 'this

14  Action" and "this litigation" shall include litigation between Oracle (and any of its affiliates) and

15  CedarCrestone relating to the discovery produced by CedarCrestone.

16      3.      All other confidentiality restrictions in the Protective Order remain intact.

17      4.      Any party to this Protective Order may move for further modification of the

18  Protective Order to allow for use of, or greater access to, discovery produced in this action that

19  has been designated "Confidential Information" or "Highly Confidential Information -

20  Attorneys' Eyes Only," to prosecute and/or defend the litigation contemplated in paragraph 1

21  above, and this order is without prejudice to such a motion or opposition to such a motion.

22      IT IS SO ORDERED.

23

24  Dated: _____, 2012                    _____

25

26

27

28

---