| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC. a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATRION, a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual<br><br>        Defendants. | Case No. 2: 10-cv-0106-LRH-PAL<br><br>**DECLARATION OF CHAD RUSSELL IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER** |

I, Chad Russell, declare as follows:

1. I am member of the State Bar of California and an associate at Bingham McCutchen LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (collectively, "Oracle") in this action. I have personal knowledge of the matters stated in this declaration by virtue of my representation of Oracle in this action. If called and sworn as a witness, I could and would competently testify as to such matters.

2. I, as well as other attorneys at Bingham McCutchen, LLP, have met and conferred with counsel for CedarCrestone, Inc. ("CedarCrestone") to attempt to reach agreement about the relief Oracle seeks without involving the Court. To date, CedarCrestone has denied multiple requests to waive or modify the Protective Order as requested by Oracle.

3. Attached as **Exhibit A** is a true and correct copy of a statement signed by Rick Riordan, Executive Vice-President Shared Services of CedarCrestone, dated October 30, 2009, as used as an exhibit at the deposition of CedarCrestone's corporate representative, Paul Simmons, labeled Plaintiffs' Exhibit No. 1301. CedarCrestone has designated this exhibit as "Highly Confidential Information - Attorneys' Eyes Only."

4. Attached as **Exhibit B** is a true and correct copy of Oracle's Subpoena To Produce Documents, Information, Or Objects Or To Permit Inspection Of Premises, addressed to CedarCrestone.

5. Attached as **Exhibit C** is a true and correct copy of a stipulation, dated July 19, 2011, entered into by CedarCrestone, Oracle and defendant Rimini Street, Inc.

6. Between March 24, 2011 and July 22, 2011, CedarCrestone produced approximately 625 pages of documents and a disk of software materials containing approximately 2.16 GB of files. The majority of these documents and materials have been designated as either "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only" by CedarCrestone.

7. On December 1, 2011, Oracle took the deposition of CedarCrestone's corporate representative, Paul Simmons. Attached as **Exhibit D** is a true and correct copy of excerpts of

1. the transcript of that deposition.  CedarCrestone has designated the entirety of this transcript "Highly Confidential Information - Attorneys' Eyes Only."

8. Attached as **Exhibit E** is a true and correct copy of the deposition subpoena served by Oracle on CedarCrestone as used as an exhibit at the deposition CedarCrestone's corporate representative, Paul Simmons, labeled Plaintiffs' Exhibit No. 1300.  CedarCrestone has designated this exhibit as "Highly Confidential Information - Attorneys' Eyes Only."

I declare under penalty of perjury that the foregoing is true and correct.  Executed in San Francisco, California, on May 14, 2012.

_____
Chad Russell