| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>BREE HANN (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center |
| 4 | rpocker@bsfllp.com | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Facsimile:  415.393.2286<br>geoff.howard@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | bree.hann@bingham.com |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 10 | kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 11 | | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 12 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc., | jim.maroulis@oracle.com |
| 14 | Oracle America, Inc., and Oracle International<br>Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>           Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>           Defendants. | Case No  2:10-cv-00106-LRH-PAL<br><br>**PLAINTIFFS' MOTION TO SEAL UNREDACTED COPY OF PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER AND EXHIBITS A, D, AND E TO THE DECLARATION OF CHAD RUSSELL** |

1      Pursuant to the Stipulated Protective Order governing confidentiality of documents
2  entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of
3  the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and
4  Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the
5  Court order the Clerk of the Court to file under seal an unredacted copy of Plaintiffs' Motion to
6  Modify Protective Order (the "Motion to Modify"), as well as Exhibits A, D, and E to the
7  Declaration of Chad Russell in Support of Plaintiffs' Motion to Modify Protective Order
8  ("Russell Declaration").  An unredacted copy of the Motion to Modify, as well as Exhibits A, D,
9  and E were individually lodged under seal with the Court on March 12, 2012.  *See* Dkt. 274-277.
10      Sealing the unredacted Motion to Modify is requested because the redacted portions of
11  the motion contains information that CedarCrestone, Inc. ("CedarCrestone"), the party which
12  produced the information, has designated as "Confidential Information" and "Highly
13  Confidential Information - Attorneys' Eyes Only" under the terms of the Protective Order.
14  Likewise sealing of Exhibits A, D, and E is requested because these documents have been
15  designated as "Confidential Information" and "Highly Confidential Information - Attorneys'
16  Eyes Only" by CedarCrestone.  The Protective Order states, "Counsel for any Designating Party
17  may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential
18  Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such**
19  **counsel in good faith believes that such Discovery Material contains such information and**
20  **is subject to protection under Federal Rule of Civil Procedure 26(c).**  The designation by any
21  Designating Party of any Discovery Material as 'Confidential Information' or 'Highly
22  Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an
23  attorney for the Designating Party reasonably believes there is a valid basis for such
24  designation."  Protective Order ¶ 2 (emphasis supplied).
25      CedarCrestone has identified the information redacted in the Motion to Modify as well as
26  Exhibits A, D, and E as Confidential and Highly Confidential, and therefore CedarCrestone has
27  represented that good cause exists for sealing those portions of the documents.  This is a
28  sufficient showing of good cause to permit a sealing order on a non-dispositive motion.  *See,*

1  *e.g., Pacific Gas and Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002).

2  Oracle has submitted all non-redacted portion so the Motion to Modify as well as all
3  other exhibits to the Russell Declaration for filing in the Court's public files, which would allow
4  public access to all but the redacted portions of the Motion to Modify and Exhibits A, D, and E.
5  Accordingly, the request to seal is narrowly tailored.

6  For the foregoing reasons, Oracle respectfully requests that the Court find that good cause
7  exists to file under seal the unredacted copy of the Motion to Modify and Exhibit A, D, and E to
8  the Russell Declaration.

10  DATED: May 14, 2012                    BINGHAM McCUTCHEN LLP

By: /s/ Geoffrey M. Howard
    Geoffrey M. Howard
    Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle America, Inc.,
    and Oracle International Corp.

3

PLAINTIFFS' MOTION TO SEAL