| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>    Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for email delivery, and they are sent that same day in the ordinary course of business.

Today I served the following documents:

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO MODIFY PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES [DOCKET ITEM # 272]

[PROPOSED] ORDER GRANTING ORACLE'S MOTION TO MODIFY PROTECITVE ORDER [DOCKET ITEM # 272-1]

DECLARATION OF CHAD RUSSELL IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY PROTECIVE ORDER AND EXHIBITS THERETO [DOCKET ITEMS # 273]

[UNREDACTED] PLAINTIFF'S NOTICE OF MOTION AND MOTION TO MODIFY PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES [DOCKET ITEM #274]

EXHIBIT A TO THE DECLARATION OF CHAD RUSSELL [DOCKET ITEM #275]

EXHIBIT D TO THE DECLARATION OF CHAD RUSSELL [DOCKET ITEM #276]

EXHIBIT E TO THE DECLARATION OF CHAD RUSSELL [DOCKET ITEM #277]

PLAINTIFFS' MOTION TO SEAL UNREDACTED COPY OF PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER AND EXHIBITS A, D, AND E TO THE DECLARATION OF CHAD RUSSELL [DOCKET ITEM # 278]

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL UNREDACTED COPY OF PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER AND EXHIBITS A, D, AND E TO THE DECLARATION OF CHAD RUSSELL [DOCKET ITEM # 278-1]

I served the documents on the persons below, as follows:

//

//

//

| | |
|---|---|
| 1 | Counsel for CedarCrestone, Inc. |
| 2 | Robert T. Gill |
|   | Dale Coggins |
| 3 | **Peabody & Arnold LLP** |
|   | Federal Reserve Plaza |
| 4 | 600 Atlantic Avenue |
|   | Boston, MA  02210 |
| 5 | RGill@peabodyarnold.com |
|   | DCoggins@peabodyarnold.com |
| 6 | |
|   | Counsel for Rimini Street, Inc. |
| 7 | |

| | | |
|---|---|---|
| 8 | Mark Tratos | W. West Allen |
|   | Brandon Roos | **Lewis and Roca LLP** |
|   | Leslie A.S. Godfrey | 3993 Howard Hughes Parkway, Suite 600 |
| 9 | **Greenberg Traurig, LLP** | Las Vegas, Nevada 89169 |
|   | 3773 Howard Hughes Pkwy | WAllen@LRLaw.com |
| 10 | Ste 400 North |
|   | Las Vegas, NV  89169 |
| 11 | tratosm@gtlaw.com |
|   | roosb@gtlaw.com |
| 12 | godfreyl@gtlaw.com |

| | |
|---|---|
| 13 | Robert H. Reckers, Esq. |
|   | **Shook, Hardy & Bacon L.L.P.** |
| 14 | 600 Travis Street, Suite 1600 |
|   | Houston, Texas 77002 |
| 15 | Telephone: (713) 227-8008 |
|   | RRECKERS@shb.com |
| 16 | |

16    The documents were served pursuant to FRCP 5(b) by sending them by electronic mail.

17    Based on a court order or an agreement of the parties to accept service by e-mail or electronic

18    transmission, I caused the documents to be sent to the persons at the e-mail addresses listed

19    above. I did not receive, within a reasonable time after the transmission, any electronic message

20    or other indication that the transmission was unsuccessful.

21    I declare under penalty of perjury under the laws of the United States of America that the

22    foregoing information contained in the Certificate of Service is true and correct.

23

24    Date: May 14, 2012

25    _____
      Marjory Gentry

26

27

28