| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>        Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, John A. Polito, declare as follows:

1. I am an associate at Bingham McCutchen LLP, counsel to Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle") in this action. I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. Attached as <u>Exhibit 68</u> is a true and correct copy of relevant excerpts of the transcript of the November 18, 2011 deposition of Defendant Seth Ravin.

3. Attached as <u>Exhibit 69</u> is a true and correct copy of Oracle Deposition Exhibit 950, which was introduced during the November 18, 2011 deposition of Defendant Seth Ravin.

4. Attached as <u>Exhibit 70</u> is a true and correct copy of relevant excerpts of the transcript of the deposition of Clark Strong (Birdville Indep. Sch. Dist.), October 20, 2011.

5. Attached as <u>Exhibit 71</u> is a true and correct copy of relevant excerpts of the transcript of the June 24, 2011 deposition of Dennis Chiu.

6. Attached as <u>Exhibit 72</u> is a true and correct copy of Oracle Deposition Exhibit 276, which was introduced during the June 24, 2011 deposition of Dennis Chiu.

7. Attached as <u>Exhibit 73</u> is a true and correct copy of relevant excerpts of the transcript of the November 15, 2011 deposition of James Ward (Wendy's Int'l, Inc.).

8. Attached as <u>Exhibit 74</u> is a true and correct copy of Oracle Deposition Exhibit 833, which was introduced during the November 15, 2011 deposition of James Ward (Wendy's Int'l, Inc.).

9. Attached as <u>Exhibit 75</u> is a true and correct copy of Oracle's Second Set of Requests for Admission.

10. Attached as <u>Exhibit 76</u> is a true and correct copy of Rimini's Responses to Oracle's Second Set of Requests for Admission.

11. Attached as <u>Exhibit 77</u> is a true and correct copy of relevant excerpts of the Expert Report of Brooks L. Hilliard, dated March 30, 2012.

//

//

12. Attached as Exhibit 78 is a true and correct copy of relevant excerpts of the transcript of the June 8, 2011 deposition of Ray Grigsby.

13. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at San Francisco, California, on May 14, 2012.

                                        */s/ John A. Polito*
                                        John A. Polito