EXHIBIT 68

Page 324

1              UNITED STATES DISTRICT COURT

2                  DISTRICT OF NEVADA

3    ------------------------------

4    ORACLE USA, INC., a Colorado  )

5    Corporation; ORACLE AMERICA,  )

6    INC., a Delaware corporation, )

7    and ORACLE INTERNATIONAL       )

8    CORPORATION, a California      )

9    corporation,                   )

10                  Plaintiffs,    )

11          vs.                     )  No. 2:10-cv-000106

12                                  )  LRH-PAL

13   RIMINI STREET, INC., a         )

14   Nevada corporation; SETH       )

15   RAVIN, an individual,          )

16                                  )

17                  Defendants.    )

18   ------------------------------

19

20

21        CONTINUED VIDEOTAPED DEPOSITION OF SETH RAVIN

22                      Volume II

23             Friday, November 18, 2011

24

25   PAGES 324 - 554

REDACTED

REDACTED

13:55:54

Page 497

Page 499

REDACTED

REDACTED

Page 498

Page 500

Pages 497 to 500

REDACTED

REDACTED

Page 501

Page 503

REDACTED

REDACTED

Page 502

Page 504

Pages 501 to 504

REDACTED

REDACTED

Page 505

**14:38:30**
Page 507

REDACTED

REDACTED

Page 506

Page 508

Pages 505 to 508

1  STATE OF CALIFORNIA      ) ss:

2  COUNTY OF MARIN          )

3

4       I, ASHLEY SOEVYN, CSR No. 12019, do hereby

5  certify:

6       That the foregoing deposition testimony was

7  taken before me at the time and place therein set

8  forth and at which time the witness was administered

9  the oath;

10      That the testimony of the witness and all

11 objections made by counsel at the time of the

12 examination were recorded stenographically by me,

13 and were thereafter transcribed under my direction

14 and supervision, and that the foregoing pages

15 contain a full, true and accurate record of all

16 proceedings and testimony to the best of my skill

17 and ability.

18      I further certify that I am neither counsel for

19 any party to said action, nor am I related to any

20 party to said action, nor am I in any way interested

21 in the outcome thereof.

22      IN THE WITNESS WHEREOF, I have transcribed my

23 name this 23rd day of November, 2011.

24

       ASHLEY SOEVYN, CSR 12019

25

                                        Page 543