# EXHIBIT 70

## Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
--------------------------
ORACLE USA, INC., a         )
Colorado Corporation;       )   CASE NO:
ORACLE AMERICA, INC., a     )   2:10-CV-0106-LRH-PAL
Delaware Corporation; and   )
ORACLE INTERNATIONAL        )
CORPORATION, a California   )
Corporation,                )
                            )
        Plaintiffs,         )
                            )
  Vs.                       )
                            )
RIMINI STREET, INC., a      )
Nevada Corporation; Seth    )
Ravin, an individual,       )
                            )
        Defendants.         )
--------------------------

SUBJECT TO PROTECTIVE ORDER

ORAL AND VIDEOTAPED DEPOSITION OF

CLARK STRONG

October 20th, 2011

## Page 2

```
 1        ORAL AND VIDEOTAPED DEPOSITION OF CLARK
 2   STRONG, produced as a witness at the instance of the
 3   Plaintiffs, and duly sworn, was taken in the
 4   above-styled and numbered cause on the 20th of
 5   October, 2011, from 8:58 a.m. to 10:58 a.m., before
 6   Daniel J. Skur, Notary Public and Certified
 7   Shorthand Reporter in and for the State of Texas,
 8   reported by stenographic means, at the Birdville
 9   Administrative Offices, 3126 Carson Street, Haltom
10   City, Texas, pursuant to the Federal Rules of Civil
11   Procedure.
```

## Page 3

```
 1           A P P E A R A N C E S
 2   FOR PLAINTIFFS:
 3   Mr. Geoffrey M. Howard
     Bingham McCutchen
 4   Three Embarcadero Center
     San Francisco, California 94111-4067
 5   P 415.393.2000 | F 415.393.2286
     geoff.howard@bingham.com
 6
 7
     FOR DEFENDANTS:
 8
     Mr. Ryan J. Schletzbaum
 9   Ms. Megan J. Redmond
     Shook, Hardy & Bacon, LLP
10   2555 Grand Boulevard
     Kansas City, Missouri 64108-2613
11   P 816.474.6550 | F 816.421.5547
     rschletzbaum@shb.com
12   mredmond@shb.com
13
14   FOR THE WITNESS:
15   Ms. Sandi Pearson Tarski
     Walsh, Anderson, Brown, Gallegos and Green, PC
16   909 Hidden Ridge Drive
     Suite 410
17   P.O. Box 168046
     Irving, Texas 75016-8046
18   P 214.574.8800 | F 214.574.8801
     starski@irv.wabsa.com
19
20
     ALSO PRESENT:  Mr. Billy Gonzalez, Videographer
21
22
23
24
25
```

## Page 4

```
 1        P R O C E E D I N G S            08:46:11
 2        (Deposition Exhibit 598 marked.)  08:46:11
 3        (Deposition Exhibit 599 marked.)  08:47:47
 4        VIDEOGRAPHER:  Go on the record   08:58:03
 5   Thursday, October 20th, 2011.  Time is approximately  08:58:24
 6   8:58 a.m.  Will the court reporter please swear in   08:58:27
 7   the witness.                          08:58:32
 8        CLARK STRONG,
 9   having been duly sworn, testified as follows:
10        (8:58 a.m.)
11        EXAMINATION
12   BY MR. HOWARD:
13   Q.   Mr. Strong, could you please state and   08:58:50
14   spell your name for the record?       08:58:52
15   A.   My -- Clark Strong, C-L-A-R-K,       08:58:53
16   S-T-R-O-N-G.                          08:58:58
17   Q.   And by whom are you employed?        08:58:58
18   A.   Birdville ISD.                       08:59:00
19   Q.   And ISD stands for?                  08:59:01
20   A.   Independent School District.         08:59:03
21   Q.   Thank you, sir.  My name is Geoff    08:59:04
22   Howard.  I represent Oracle, and I'll be asking some  08:59:06
23   questions this morning, and you may get questions    08:59:08
24   from some of the other attorneys here.  I think your 08:59:12
25   counsel wanted to say something.      08:59:14
```

Page 13

1  A.  Yes.                                           09:09:20
2         THE WITNESS: That is a lawn mower.          09:09:26
3         MS. TARSKI: What did you say?               09:09:29
4         THE WITNESS: That's a lawn mower,           09:09:30
5  that noise.                                        09:09:32
6         MR. HOWARD: He read my mind.                09:09:34
7         MS. TARSKI: It's not a large area           09:10:00
8  they're mowing out there, right? I mean --         09:10:02
9         THE WITNESS: Where they're mowing           09:10:04
10 right now is not a large area, but they will work  09:10:05
11 their way along the building, that building --     09:10:08
12        (Simultaneous conversation.)                09:10:08
13        MS. TARSKI: I'm just thinking in            09:10:08
14 terms of this room, they'll be moving on.          09:10:08
15        THE WITNESS: Excuse me.                     09:10:14
16        MR. HOWARD: He'll tell us if the            09:10:14
17 video -- if the audio quality is being impacted. I 09:10:16
18 think we're okay.                                  09:10:17
19        Let's mark as Exhibit 600 the               09:10:19
20 support services agreement for PeopleSoft between  09:10:22
21 Birdville and Rimini Street.                       09:10:25
22        (Deposition Exhibit 600 marked.)            09:10:26
23 BY MR. HOWARD:                                     09:11:00
24  Q.  Mr. Strong, do you recognize this             09:11:01
25 document?                                          09:11:03

Page 14

REDACTED

                                                      09:11:55
18  A.  Could you repeat the question again,          09:11:59
19 please?                                            09:12:00
20 BY MR. HOWARD:                                     09:12:01
21  Q.  Sure. Let me see if I can rephrase it.        09:12:01
22 If Rimini Street couldn't or said it couldn't      09:12:05
23 provide tax and regulatory updates at the same     09:12:09
24 quality as Oracle, would Birdville still have      09:12:14
25 contracted with Rimini Street for support?         09:12:16

Page 15

1         MR. SCHLETZBAUM: Same objection.            09:12:19
2   A.  I'm not sure. I think I would have            09:12:24
3  recommended to my supervisor that we -- that we go 09:12:26
4  forward with it.                                   09:12:34
5  BY MR. HOWARD:                                     09:12:36
6   Q.  What would have been your solution to         09:12:36
7  getting tax and regulatory updates in that event?  09:12:38
8   A.  Would have done it ourselves. We did it       09:12:40
9  in the past.                                       09:12:43
10  Q.  When was that? When did you do your own       09:12:44
11 tax and regulatory updates?                        09:12:48
12  A.  It would have been in the late '80s.          09:12:49
13  Q.  Was that on PeopleSoft software?              09:12:59
14  A.  Oh, no.                                       09:13:01
15  Q.  What software was that?                       09:13:03
16  A.  I don't recall the name of it.                09:13:06
17  Q.  Did you evaluate the feasibility of           09:13:08
18 doing self support on PeopleSoft software at the   09:13:11

REDACTED

                                                     09:13:34

Page 16

1   Q.  What other options were those?                09:13:34
2   A.  We looked at other companies.                 09:13:37
3   Q.  Do you remember which ones?                   09:13:40
4   A.  eVerge and TomorrowNow are the two I          09:13:41
5  remember.                                          09:13:49
6   Q.  Okay. And what was the nature of your         09:13:49
7  discussion with TomorrowNow?                       09:13:54
8   A.  I don't remember, you know. The only          09:14:03
9  thing I can remember about discussing with         09:14:14
10 TomorrowNow was that they were similar to Rimini   09:14:16
11 Street, but there was one difference.              09:14:20
12  Q.  What was that difference?                     09:14:23
13  A.  The Rimini -- TomorrowNow didn't support      09:14:25
14 customizations to the PeopleSoft software.         09:14:31
15  Q.  Was that the deciding factor as between       09:14:33
16 TomorrowNow and Rimini Street?                     09:14:36
17  A.  Yes.                                          09:14:37
18  Q.  Was the price basically the same?             09:14:37
19  A.  I don't recall the price.                     09:14:41
20  Q.  Was the manner of support as they             09:14:43
21 described it to you essentially the same, to your  09:14:46
22 understanding?                                     09:14:48
23  A.  I don't recall.                               09:14:50

REDACTED

                                                     09:15:10

Subect to Protective Order

|  |  |
|---|---|
| Page 17<br>REDACTED<br><br>REDACTED      09:15:19<br><br><br><br><br><br><br><br><br><br>            09:16:25 | Page 19<br>REDACTED<br><br><br><br><br><br><br><br><br><br><br><br>            09:18:51 |
| Page 18<br>REDACTED<br><br><br><br><br><br><br><br><br><br><br><br><br>            09:17:31 | Page 20<br>REDACTED<br><br><br><br><br><br><br><br><br><br><br><br><br>            09:20:24 |

Veritext National Deposition & Litigation Services
866-299-5127

Page 21

REDACTED

```
                                                09:21:16
19       MR. HOWARD: Let's mark as Exhibit       09:21:46
20  601 an email between M. Davichick at Rimini Street  09:21:47
21  and Clark Strong on December 14th, 2006.     09:21:54
22       (Deposition Exhibit 601 marked.)        09:21:58
23       THE WITNESS: Can I ask you a           09:22:17
24  question? No?                               09:22:18
25       MS. TARSKI: You need to talk to me?    09:22:20
```

Page 22

```
 1       THE WITNESS: Yes.                      09:22:21
 2       MS. TARSKI: Can we --                  09:22:22
 3       MR. HOWARD: If you need to go off      09:22:24
 4  the record, that's okay with me.            09:22:25
 5       MS. TARSKI: Do you need to take a      09:22:26
 6  quick break?                                09:22:27
 7       THE WITNESS: I just want to ask a      09:22:28
 8  question.                                   09:22:30
 9       MS. TARSKI: Is it a question about     09:22:32
10  the document?                               09:22:32
11       THE WITNESS: It's a question about    09:22:34
12  something that the document reminded me of that I  09:22:35
13  said earlier.                               09:22:38
14       MR. HOWARD: Oh, okay.                  09:22:41
15  BY MR. HOWARD:                              09:22:42
16   Q.  Well, you know, maybe I can just do it  09:22:43
17  by asking you. Is there something about your prior  09:22:45
18  testimony that you would like to clarify based on  09:22:47
19  seeing this document, Exhibit 601?          09:22:52
20   A.  Yes.                                   09:22:54
21   Q.  Okay. Please do so.                    09:22:55
22   A.  The gentleman I said his name was David?  09:22:56
23   Q.  Yes.                                   09:22:56
24   A.  His name was Michael Davichick.        09:22:59
25   Q.  So Michael Davichick was the person with  09:23:01
```

Page 23

```
 1  whom you are primarily speaking in the course of  09:23:04
 2  making the decision to recommend Rimini Street to  09:23:06
 3  the school district?                        09:23:08
 4   A.  Yes.                                   09:23:09
 5   Q.  Okay.                                  09:23:10
 6       MS. TARSKI: If during your             09:23:12
 7  deposition there's something that you've said that  09:23:14
 8  you do want to clarify, you can let him know and  09:23:16
 9  clarify.                                    09:23:19
10       THE WITNESS: Okay.                     09:23:20
11       MR. HOWARD: I want your best           09:23:20
12  testimony, so -- and if -- you go through documents  09:23:22
13  and things come back to you, it's a very normal  09:23:23
14  thing.                                      09:23:26
15       THE WITNESS: Okay.                     09:23:26
```
REDACTED

```
                                                09:23:57
```

Page 24

REDACTED

```
                                                09:24:35
15   Q.  Okay. Now, did you understand that --  09:24:35
16  let me back up.                             09:24:54
17       What's -- in a very general sense,     09:24:55
18  what's the nature of your job responsibilities with  09:24:58
19  the school district, or what was it back in this  09:25:00
20  time frame in the end of 2006?              09:25:03
21   A.  Technical support for PeopleSoft.      09:25:05
22   Q.  And are you generally familiar with the  09:25:10
23  PeopleSoft software as part of that job?    09:25:12
24   A.  I'm one of the most familiar at the    09:25:17
25  school district, yes.                       09:25:20
```

```
 1         I, Daniel J. Skur, Certified Shorthand
 2
 3    Reporter and Notary Public in and for the State of
 4    Texas, do hereby certify that the facts as stated by
      me in the caption hereto are true; that there came
 5    before me the aforementioned named person, who was
      by me duly sworn to testify the truth concerning the
 6    matters in controversy in this cause; and that the
      examination was reduced to writing by computer
 7    transcription under my supervision; that the
      deposition is a true record of the testimony given
 8    by the witness.
 9                I further certify that I am neither
      attorney or counsel for, nor related to or employed
10    by, any of the parties to the action in which this
      deposition is taken, and further that I am not a
11    relative or employee of any attorney or counsel
      employed by the parties hereto, or financially
12    interested in the action.
13                Given under my hand and seal of
      office on this, the _____ day of October, A.D.,
14    2011.
15
16
17

19                    [signature]
                  Notary Public, State of Texas
20                My Commission Expires 7/10/2014
```