EXHIBIT 71

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado
corporation; ORACLE AMERICA,
INC. a Delaware corporation; and
ORACLE INTERNATIONAL CORPORATION,
a California corporation,

       Plaintiffs,

   vs.                         No. 2:10-cv-0106-LRH-PAL

RIMINI STREET, INC.,
a Nevada corporation;
SETH RAVIN, an individual,

       Defendants.

_____/

    Videotaped deposition of DENNIS CHIU,
    taken at Boies, Schiller & Flexner, LLP, 1999
    Harrison Street, 9th Floor, Oakland, California,
    commencing at 8:54 a.m., Friday, June 24, 2011,
    before Leslie Rockwood, RPR, CSR No. 3462.

PAGES 1 - 314





75 (Pages 294 to 297)

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4           I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5   certify:
 6           That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9           That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16           I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20           IN WITNESS WHEREOF, I have subscribed my name
21   this 5th day of July, 2011.
22
23
24                   _____
25                   LESLIE ROCKWOOD, RPR, CSR NO. 3462
```

Page 310