EXHIBIT 73

Page 1

1                UNITED STATES DISTRICT COURT

2                   DISTRICT OF NEVADA

3     _____

4     ORACLE USA, INC., a Colorado

5     corporation; ORACLE AMERICA,

6     INC., a Delaware corporation;

7     and ORACLE INTERNATIONAL

8     CORPORATION, a California         Case No.

9     corporation,                      2:10-cv-00106-LRH-PAL

10             Plaintiffs,

11         vs.

12    RIMINI STREET, INC., A

13    Nevada corporation; SETH RAVIN,

14    an individual,

15             Defendants.

16    _____

17             Videotaped Deposition of

18                    JAMES WARD

19                NOVEMBER 15, 2011

20                   10:00 a.m.

21                   Taken at:

22        Vorys, Sater, Seymour and Pease, LLP

23               52 East Gay Street

24                 Columbus, Ohio

25      Kimberly A. Kaz, RPR, Notary Public

REDACTED REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 49

Pages 46 to 49

REDACTED REDACTED

Page 53

Pages 50 to 53

REDACTED

REDACTED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Veritext National Deposition & Litigation Services**
**866 299-5127**

Page 85

1                    REPORTER'S CERTIFICATE

2

3        The State of Ohio,      )

4                                      SS:

5        County of Fairfield. )

6

7                    I, Kimberly A. Kaz, RPR, a Notary

8        Public within and for the State of Ohio, duly

9        commissioned and qualified, do hereby certify

10       that the within named witness, JAMES WARD, was

11       by me first duly sworn to testify the truth,

12       the whole truth and nothing but the truth in

13       the cause aforesaid; that the testimony then

14       given by the above-referenced witness was by me

15       reduced to stenotypy in the presence of said

16       witness; afterwards transcribed, and that the

17       foregoing is a true and correct transcription

18       of the testimony so given by the

19       above-referenced witness.

20                   I do further certify that this

21       videotaped deposition was taken at the time and

22       place in the foregoing caption specified and

23       was completed without adjournment.

24

25

Page 86

1          I do further certify that I am not

2     a relative, counsel or attorney for either

3     party, or otherwise interested in the event of

4     this action.

5          IN WITNESS WHEREOF, I have hereunto

6     set my hand and affixed my seal of office at

7     Cleveland, Ohio, on this ___22nd___ day of

8     ___November___, 2011.

9

10

11

12

13          Kimberly O. Kaz_____

14          Kimberly A. Kaz, RPR, Notary Public

15          within and for the State of Ohio

16

17     My commission expires March 31, 2013.

18

19

20

21

22

23

24

25