# EXHIBIT 78

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

------------------------------

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

vs.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-00106 LRH-PAL

------------------------------

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Videotaped 30(b)(6) Deposition of RAY C. GRIGSBY, JR., taken at 16475 East 40th Circle Aurora, Colorado, commencing at 8:21 a.m., Wednesday, June 8, 2011, before Lisa A. Knight, RPR, Notary Public.

PAGES 1 - 334

HIGHLY CONFIDENTIAL - AT

REDACTED

REDACTED

REDACTED

age 162

12:15:09

12:15:21

12:15:55

164

18:52

10

19:38

0

age 163

:16:36

:16:52

2:17:03

12:17:42

165

:20:58

0

REDACTED

REDACTED

ge 166

2:22:47

:23:29

12:23:55

:24:15

:24:37

ge 167

24:51

12:25:01

5:14

:39

25:52

e 168

6:04

2:26:17

26:33

2:26:56

12:27:56

e 169

:25

l

HIGHLY CONFIDENTIAL - ATT

REDACTED

STATE OF COLORADO ) ss:
COUNTY OF ARAPAHOE )

I, LISA A. KNIGHT, RMR, CRR, do hereby certify:

That the foregoing deposition testimony of RAY C. GRIGSBY, JR., was taken before me at the time and place therein set forth, at which time the witness was placed under oath and was sworn by me to tell the truth, the whole truth, and nothing but the truth;

That the testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party in said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN WITNESS WHEREOF, I have subscribed my name this 13th day of June, 2011.

LISA A. KNIGHT
Certified Realtime Reporter

# INSTRUCTIONS FOR READING/CORRECTING YOUR DEPOSITION

To assist you in making corrections to your deposition testimony, please follow the directions below. If additional pages are necessary, please furnish them and attach the pages to the back of the errata sheet.

This is the final version of your deposition transcript.

Please read it carefully. If you find any errors or changes you wish to make, insert the corrections on the errata sheet beside the page and line numbers.

If you are in possession of the original transcript, do NOT make any changes directly on the transcript.

Do NOT change any of the questions.

After completing your review, please sign the last page of the errata sheet, above the designated "Signature" line.

**ERRATA SHEET**

RLG Subject to the above changes, I certify that the transcript is true and correct.

________ No changes have been made. I certify that the transcript is true and correct.

Ray C. Gregory Jr.
Signature

06/15/2011
Date

DECLARATION UNDER PENALTY OF PERJURY

I, RAY C. GRIGSBY, JR., the witness herein, declare under penalty of perjury that I have read the foregoing in its entirety, and that the testimony contained therein, as corrected by me, is a true and accurate transcription of my testimony elicited at said time and place.

Executed on June 15, 2011, at 5632 S. Yampa Street, Centennial, State of Colorado.

Ray C. Grigsby Jr.

RAY C. GRIGSBY, JR.