1   BOIES, SCHILLER & FLEXNER LLP
    RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
    Las Vegas, NV 89101
3   Telephone: (702) 382-7300
    Facsimile: (702) 382-2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
    STEVEN C. HOLTZMAN (*pro hac vice*)
6   FRED NORTON (*pro hac vice*)
    KIERAN P. RINGGENBERG (*pro hac vice*)
7   1999 Harrison Street, Suite 900
    Oakland, CA 94612
8   Telephone: (510) 874-1000
    Facsimile: (510) 874-1460
9   sholtzman@bsfllp.com
    fnorton@bsfllp.com
10  kringgenberg@bsfllp.com

11

12

13  Attorneys for Plaintiffs Oracle USA, Inc.,
    Oracle America, Inc. and Oracle International
14  Corp.

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
BREE HANN (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
bree.hann@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

15

16                      UNITED STATES DISTRICT COURT

17                           DISTRICT OF NEVADA

18  ORACLE USA, INC., a Colorado corporation;          Case No  2:10-cv-0106-LRH-PAL
    ORACLE AMERICA, INC., a Delaware
19  corporation; and ORACLE INTERNATIONAL         **[PROPOSED] ORDER GRANTING**
    CORPORATION, a California corporation,        **ORACLE'S MOTION TO SEAL**
20                                                **PORTIONS OF ITS REPLY IN**
                    Plaintiffs,                   **SUPPORT OF MOTION FOR**
21            v.                                  **PARTIAL SUMMARY JUDGMENT,**
                                                  **EVIDENTIARY OBJECTIONS, AND**
22  RIMINI STREET, INC., a Nevada corporation;    **CERTAIN SUPPORTING**
    SETH RAVIN, an individual,                    **DOCUMENTS**
23
                    Defendants.
24

25

26

27

28

1

**[PROPOSED] ORDER**

2

3      Pending before this Court is Oracle's Motion to Seal Portions of its Reply in Support of

4  Motion for Partial Summary Judgment and Certain Supporting Documents.  Federal Rule of

5  Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court

6  documents for, inter alia, the protection of "a trade secret or other confidential research,

7  development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered Oracle's

8  Motion to Seal, compelling reasons having been shown, and good cause existing:

9          IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The

10  Clerk of the Court shall file under seal the documents specified in Oracle's Motion.

11          IT IS SO ORDERED.

12

13  DATED:

14

15                                    By: _____

16                                          Judge, United States District Court

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ORACLE'S MOTION TO SEAL