| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV  89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone:  (702) 382-7300<br>Facsimile:  (702) 382-2755 | BREE HANN (*pro hac vice*)<br>Three Embarcadero Center |
| 4 | rpocker@bsfllp.com | San Francisco, CA  94111-4067<br>Telephone: 415.393.2000 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Facsimile:  415.393.2286<br>geoff.howard@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA  94612 | bree.hann@bingham.com |
| 8 | Telephone:  (510) 874-1000<br>Facsimile:  (510) 874-1460 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 10 | kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA  94070 |
| 11 | | Telephone: 650.506.4846<br>Facsimile:  650.506.7114 |
| 12 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc. and Oracle International | jim.maroulis@oracle.com |
| 14 | Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 18 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No. 2:10-cv-0106-LRH-PAL |
| 19 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **CERTIFICATE OF SERVICE** |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| 23 | Defendants. | |

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is Three Embarcadero Center, San Francisco, CA 94111. On May 15, 2012, I served the following documents:

**ORACLE'S REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]**

**REPLY STATEMENT OF UNDISPUTED FACTS [FILED UNDER SEAL]**

**OBJECTIONS TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANTS' OPPOSITION [FILED UNDER SEAL]**

**EXHIBITS 68, 69, 70, 71, 72, 73, 74, 77 AND 78 TO DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S REPLY [FILED UNDER SEAL]**

I served the documents on the persons below, as follows:

| | |
|---|---|
| Mark Tratos<br>Brandon Roos<br>Leslie A.S. Godfrey<br>**Greenberg Traurig, LLP**<br>3773 Howard Hughes Pkwy<br>Ste 400 North<br>Las Vegas, NV 89169<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com | W. West Allen<br>**Lewis and Roca LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>WAllen@LRLaw.com |

Robert H. Reckers, Esq.
**Shook, Hardy & Bacon L.L.P.**
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
RRECKERS@shb.com

The documents were served pursuant to FRCP 5(b) by sending it by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am a member of the State Bar of California, admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date:  May 15, 2012

                                                              /s/ John Polito  
                                                                John Polito