DOMINICA C. ANDERSON (SBN 2988)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
Email: dcanderson@duanemorris.com

Attorneys for CedarCrestone, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants.<br><br>AND ALL RELATED COUNTER CLAIMS. | Case No. 2:10-CV-0106-LRH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THIRD PARTY CEDARCRESTONE, INC. TO RESPOND TO PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between Plaintiffs Oracle, USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively as "Oracle"), and third party CedarCrestone, Inc. ("CedarCrestone"), by and through their attorneys of record, to extend the deadline for CedarCrestone to file its Opposition to Oracle's Motion to Modify Protective Order [Dckt. No. 272]. Oracle filed its Motion to Modify Protective Order on May 14, 2012. The current deadline to file an Opposition is June 1, 2012. Oracle and CedarCrestone stipulate and agree to a one week extension through June 8, 2012 for CedarCrestone to file its Opposition to Oracle's

/ / /

/ / /

Motion for Protective Order.  This is the first request for an extension to respond to Oracle's Motion to Modify Protective Order.

DATED:  May 18, 2012                         BINGHAM McCUTCHEN LLP


By:  /s/ *Geoffrey M. Howard*
     Geoffrey M. Howard (*pro hac vice*)
Attorneys for Plaintiffs


DATED:  May 18, 2012                         DUANE MORRIS LLP


By:  /s/ *Dominica C. Anderson*
     Dominica C. Anderson (SBN 2988)

Attorneys for CedarCrestone, Inc.


**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 23, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2012, I served via CM/ECF a true and correct copy of the foregoing **STIPULATION AND ORDER**, to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

/s/ Jana Dailey
Jana Dailey
An employee of DUANE MORRIS LLP