BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle International
Corp.

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION** |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies, Schiller & Flexner LLP, counsel to plaintiffs in this action. This declaration is made in support of Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Motion For Evidentiary Sanctions For Spoliation. Based on my review of the files and records in this action, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. Attached to the Appendix of Exhibits in support of Oracle's Motion For Evidentiary Sanctions For Spoliation ("Appendix") as Exhibit 1 is a true and correct copy of excerpts from the transcript of the March 29, 2011 status conference hearing.

3. Attached to the Appendix as Exhibit 2 is a true and correct copy of excerpts from the transcript of the November 8, 2011 status conference hearing.

4. Attached to the Appendix as Exhibit 3 is a true and correct copy of Oracle's Fifth Set of Interrogatories to Defendant Rimini Street, Inc. ("RSI"), served on May 25, 2011.

5. Attached to the Appendix as Exhibit 4 is a true and correct copy of RSI's Second Supplemental Responses to Interrogatories Nos. 24-25, served on November 22, 2011.

6. Attached to the Appendix as Exhibit 5 is a true and correct copy of RSI's Third Supplemental Responses to Interrogatories Nos. 20-22, served on February 6, 2012. The document was designated Confidential by Defendants RSI and Seth Ravin (collectively "Rimini") pursuant to the Stipulated Protective Order by the Court on May 21, 2010 ("Protective Order").

7. Attached to the Appendix as Exhibit 6 is a true and correct copy of RSI's First Supplemental Ex. 1A-3 to Responses to Interrogatories Nos. 20-22, served on March 9, 2012. The document was designated Confidential by Rimini pursuant to the Protective Order.

8. Attached to the Appendix as Exhibit 7 is a true and correct copy of excerpts from RSI's Second Amended Responses to Requests for Admissions, Set 3, served on January 4, 2012.

9. Attached to the Appendix as Exhibit 8 is a true and correct copy of excerpts from

the transcript of the October 18, 2011 deposition of Jeff Allen.  The excerpted sections were designated Confidential by Rimini pursuant to the Protective Order.

10. Attached to the Appendix as <u>Exhibit 9</u> is a true and correct copy of excerpts from the transcript of the May 10, 2011 deposition of Douglas Baron.  The excerpted sections were designated Confidential by Rimini pursuant to the Protective Order.

11. Attached to the Appendix as <u>Exhibit 10</u> is a true and correct copy of excerpts from the transcript of the June 24, 2011 deposition of Dennis Chiu.  The excerpted sections were designated Confidential by Rimini pursuant to the Protective Order.

12. Attached to the Appendix as <u>Exhibit 11</u> is a true and correct copy of excerpts from the transcript of the March 15, 2011 deposition of J.R. Corpuz.  The excerpted sections were designated Highly Confidential by Rimini pursuant to the Protective Order.

13. Attached to the Appendix as <u>Exhibit 12</u> is a true and correct copy of excerpts from the transcript of the January 6, 2012 deposition of Kevin Maddock.  The excerpted sections were designated Confidential by Rimini pursuant to the Protective Order.

14. Attached to the Appendix as <u>Exhibit 13</u> is a true and correct copy of excerpts from the transcript of the July 21, 2010 deposition of Seth Ravin taken in *Oracle USA, Inc. et al. v. SAP AG et al.*, No 07-cv-01658 (N.D. Cal.).  The excerpted sections were designated Highly Confidential by Rimini pursuant to the Protective Order.

15. Attached to the Appendix as <u>Exhibit 14</u> is a true and correct copy of excerpts from the transcript of the December 16, 2011 deposition of Brian Slepko, taken as a FRCP 30(b)(6) witness.  The excerpted sections were designated Confidential by Rimini pursuant to the Protective Order.

16. Attached to the Appendix as <u>Exhibit 15</u> is a true and correct copy of excerpts from the transcript of the December 15, 2011 deposition of Brian Slepko, taken in his personal capacity.  The excerpted sections were designated Confidential by Rimini pursuant to the Protective Order.

17. Attached to the Appendix as <u>Exhibit 16</u> is a true and correct copy of excerpts from the transcript of the October 5, 2011 deposition of Krista Williams.  The excerpted

DECLARATION OF K. RINGGENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION

1 | sections were designated Confidential by Rimini pursuant to the Protective Order.

2 |     18.    Attached to the Appendix as <u>Exhibit 17</u> is a true and correct copy of excerpts
3 | from the transcript of the September 27, 2011 deposition of John Whittenbarger.  The excerpted
4 | sections were designated Confidential by Rimini pursuant to the Protective Order.

5 |     19.    Attached to the Appendix as <u>Exhibit 18</u> is a true and correct copy of excerpts
6 | from the transcript of the September 16, 2011 deposition of Douglas Zorn.  The excerpted
7 | sections were designated Confidential by Rimini pursuant to the Protective Order.

8 |     20.    Attached to the Appendix as <u>Exhibit 19</u> is a true and correct copy of a document
9 | produced by Rimini to Oracle as part of discovery in this action.  The document was marked at
10 | the March 15, 2011 deposition of J.R. Corpuz, an employee of RSI, as Deposition Exhibit 39.
11 | The document was designated Highly Confidential by Rimini pursuant to the Protective Order.

12 |     21.    Attached to the Appendix as <u>Exhibit 20</u> is a true and correct copy of a document
13 | produced by Rimini to Oracle as part of discovery in this action.  The document was marked at
14 | the May 10, 2011 deposition of Douglas Baron, an employee of RSI, as Deposition Exhibit 161.
15 | The document was designated Confidential by Rimini and Oracle pursuant to the Protective
16 | Order.

17 |     22.    Attached to the Appendix as <u>Exhibit 21</u> is a true and correct copy of a document
18 | produced by Rimini to Oracle as part of discovery in this action.  The document was marked at
19 | the June 24, 2011 deposition of Dennis Chiu, an employee of RSI, as Deposition Exhibit 244.
20 | The document was designated Confidential by Rimini pursuant to the Protective Order.

21 |     23.    Attached to the Appendix as <u>Exhibit 22</u> is a true and correct copy of a document
22 | produced by Rimini to Oracle as part of discovery in this action.  The document was marked at
23 | the June 24, 2011 deposition of Dennis Chiu, an employee of RSI, as Deposition Exhibit 246.
24 | The document was designated Confidential by Rimini pursuant to the Protective Order.

25 |     24.    Attached to the Appendix as <u>Exhibit 23</u> is a true and correct copy of a document
26 | produced by Rimini to Oracle as part of discovery in this action.  The document was marked at
27 | the June 24, 2011 deposition of Dennis Chiu, an employee of RSI, as Deposition Exhibit 247.
28 | The document was designated Confidential by Rimini pursuant to the Protective Order.

DECLARATION OF K. RINGGENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION


1      25.     Attached to the Appendix as Exhibit 24 is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the June 24, 2011 deposition of Dennis Chiu, an employee of RSI, as Deposition Exhibit 249. The document was designated Confidential by Rimini pursuant to the Protective Order.

       26.     Attached to the Appendix as Exhibit 25 is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the June 24, 2011 deposition of Dennis Chiu, an employee of RSI, as Deposition Exhibit 252. The document was designated Confidential by Rimini pursuant to the Protective Order.

       27.     Attached to the Appendix as Exhibit 26 is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the June 24, 2011 deposition of Dennis Chiu, an employee of RSI, as Deposition Exhibit 253. The document was designated Confidential by Rimini pursuant to the Protective Order.

       28.     Attached to the Appendix as Exhibit 27 is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the June 24, 2011 deposition of Dennis Chiu, an employee of RSI, as Deposition Exhibit 276. The document was designated Confidential by Rimini pursuant to the Protective Order.

       29.     Attached to the Appendix as Exhibit 28 is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the September 16, 2011 deposition of Douglas Zorn, an employee of RSI, as Deposition Exhibit 418. The document was designated Confidential by Rimini pursuant to the Protective Order.

       30.     Attached to the Appendix as Exhibit 29 is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the October 5, 2011 deposition of Krista Williams, an employee of RSI, as Deposition Exhibit 466. The document was designated Confidential by Rimini pursuant to the Protective Order.

       31.     Attached to the Appendix as Exhibit 30 is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the October 5, 2011 deposition of Krista Williams, an employee of RSI, as Deposition Exhibit 469. The document was designated Confidential by Rimini pursuant to the Protective Order.

DECLARATION OF K. RINGGENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION

32. Attached to the Appendix as <u>Exhibit 31</u> is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the October 5, 2011 deposition of Krista Williams, an employee of RSI, as Deposition Exhibit 470. The document was designated Confidential by Rimini pursuant to the Protective Order.

33. Attached to the Appendix as <u>Exhibit 32</u> is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the October 5, 2011 deposition of Krista Williams, an employee of RSI, as Deposition Exhibit 480. The document was designated Confidential by Rimini pursuant to the Protective Order.

34. Attached to the Appendix as <u>Exhibit 33</u> is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the October 5, 2011 deposition of Krista Williams, an employee of RSI, as Deposition Exhibit 482. The document was designated Confidential by Rimini pursuant to the Protective Order.

35. Attached to the Appendix as <u>Exhibit 34</u> is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the October 5, 2011 deposition of Krista Williams, an employee of RSI, as Deposition Exhibit 503. The document was designated Confidential by Rimini pursuant to the Protective Order.

36. Attached to the Appendix as <u>Exhibit 35</u> is a true and correct copy of the TomorrowNow Criminal Plea Agreement filed September 14, 2011 in *United States v. TomorrowNow, Inc.*, No. 11-cr-00642 (N.D. Cal.), Docket No. 13. The document was marked at the October 20, 2011 deposition of Clark Strong, an employee of Birdville Independent School District, as Deposition Exhibit 606.

37. Attached to the Appendix as <u>Exhibit 36</u> is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the November 17, 2011 deposition of Seth Ravin, an employee of RSI, as Deposition Exhibit 912. The document was designated Confidential by Rimini pursuant to the Protective Order.

38. Attached to the Appendix as <u>Exhibit 37</u> is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the November 18, 2011 deposition of Seth Ravin, an employee of RSI, as Deposition Exhibit

1  926. The document was designated Confidential by Rimini pursuant to the Protective Order.

2  39.    Attached to the Appendix as <u>Exhibit 38</u> is a true and correct copy of a document produced by Adams Street Partners, Inc. ("Adams Street") to Oracle as part of discovery in this action. The document was marked at the December 1, 2011 deposition of Robin Paul Murray, an employee of Adams Street, as Deposition Exhibit 1385. The document was designated Highly Confidential by Adams Street and Rimini pursuant to the Protective Order.

3  40.    Attached to the Appendix as <u>Exhibit 39</u> is a true and correct copy of excerpts from a document produced by Adams Street to Oracle as part of discovery in this action. The document was marked at the December 1, 2011 deposition of Robin Paul Murray, an employee of Adams Street, as Deposition Exhibit 1389. The document was designated Highly Confidential by Adams Street and Rimini pursuant to the Protective Order.

4  41.    Attached to the Appendix as <u>Exhibit 40</u> is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the January 5, 2012 deposition of Kevin Maddock, an employee of RSI, as Deposition Exhibit 1633.

5  42.    Attached to the Appendix as <u>Exhibit 41</u> is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the January 6, 2012 deposition of Kevin Maddock, an employee of RSI, as Deposition Exhibit 1644. The document was designated Confidential by Rimini pursuant to the Protective Order.

6  43.    Attached to the Appendix as <u>Exhibit 42</u> is a true and correct copy of a document produced by Adams Street to Oracle as part of discovery in this action. The document bears bates numbers ASP004074-81. The document was designated Highly Confidential by Adams Street pursuant to the Protective Order.

7  44.    Attached to the Appendix as <u>Exhibit 43</u> is a true and correct copy of a document produced by Adams Street to Oracle as part of discovery in this action. The document bears bates numbers ASP004082-7. The document was designated Highly Confidential by Adams Street pursuant to the Protective Order.

8  45.    Attached to the Appendix as <u>Exhibit 44</u> is a true and correct copy of a document

1  produced by Rimini to Oracle as part of discovery in this action. The document bears bates
2  numbers RSI00023131-2. The document was designated Highly Confidential by Rimini
3  pursuant to the Protective Order.

4  46.  Attached to the Appendix as <u>Exhibit 45</u> is a true and correct copy of a document
5  produced by Rimini to Oracle as part of discovery in this action. The document bears bates
6  numbers RSI00024428-30. The document was designated Highly Confidential by Rimini
7  pursuant to the Protective Order.

8  47.  Attached to the Appendix as <u>Exhibit 46</u> is a true and correct copy of a document
9  produced by Rimini to Oracle as part of discovery in this action. The document bears bates
10 numbers RSI03202162-3.

11 48.  Attached to the Appendix as <u>Exhibit 47</u> is a true and correct copy of a document
12 produced by Rimini to Oracle as part of discovery in this action. The document bears bates
13 numbers RSI03206203-10.

14 49.  Attached to the Appendix as <u>Exhibit 48</u> is a true and correct copy of a document
15 produced by Rimini to Oracle as part of discovery in this action. The document bears bates
16 numbers RSI03206928-9.

17 50.  Attached to the Appendix as <u>Exhibit 49</u> is a true and correct copy of a document
18 produced by Rimini to Oracle as part of discovery in this action. The document bears bates
19 number RSI04084930. The document was designated Confidential by Rimini pursuant to the
20 Protective Order.

21 51.  Attached to the Appendix as <u>Exhibit 50</u> is a true and correct copy of a document
22 produced by Rimini to Oracle as part of discovery in this action, and accompanying e-mail
23 correspondence regarding its production. The document bears bates number RSI06276320.
24 The document was designated Confidential by Rimini pursuant to the Protective Order.

25 52.  Attached to the Appendix as <u>Exhibit 51</u> is a true and correct copy of excerpts
26 from the Expert Report of Scott D. Hampton dated March 30, 2012. The document was
27 designated Highly Confidential by Rimini pursuant to the Protective Order.

28 53.  Attached to the Appendix as <u>Exhibit 52</u> is a true and correct copy of excerpts

1  from the Expert Report of Brooks L. Hilliard dated March 30, 2012.  The document was

2  designated Highly Confidential by Oracle pursuant to the Protective Order.

3       54.    Attached to the Appendix as <u>Exhibit 53</u> is a true and correct copy of the Trial

4  Stipulation and Order No. 1 Regarding Liability, Dismissal Of Claims, Preservation of

5  Defenses, and Objections to Evidence at Trial in *Oracle USA, Inc. et al. v. SAP AG et al.*, No

6  07-cv-01658 (N.D. Cal.), Docket No. 866, filed September 13, 2010.

7       55.    Attached to the Appendix as <u>Exhibit 54</u> is a true and correct copy of Non-Party

8  Seth Ravin's and Non-Party Rimini Street's Opposition to Oracle's Motion to Compel Seth

9  Ravin to Answer Deposition Questions and to Compel Rimini Street to Produce Documents in

10  *Oracle USA, Inc. et al. v. SAP AG et al.*, No 09-cv-01591 (D. Nev.), Docket No. 26, filed

11  September 14, 2009.

12

13      I declare that the foregoing is true under penalty of perjury of the laws of the United

14  States.

15

16      Executed this 30th day of May, 2012, at Oakland, California.

17

18                           <u>*/s/ Kieran Ringgenberg*</u>
                            Kieran Ringgenberg

19

20

21

22

23

24

25

26

27

28

DECLARATION OF K. RINGGENBERG IN SUPPORT OF PLAINTIFFS' MOTION FOR EVIDENTIARY
SANCTIONS FOR SPOLIATION