| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>   Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>   Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL THEIR MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION AND SUPPORTING DOCUMENTS** |

1   Pursuant to the Stipulated Protective Order governing confidentiality of documents
2 entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of
3 the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and
4 Oracle International Corporation (collectively "Oracle" or "Plaintiffs") request that, upon
5 showing of good cause by the designating party, the Court order the Clerk of the Court to file
6 under seal certain portions of Oracle's Motion for Evidentiary Sanctions for Spoliation and
7 Oracle's Proposed Order, and supporting documents.  Unredacted versions of these documents
8 were lodged under seal with the Court on May 30, 2012.
9   Portions of Oracle's motion, proposed order, and supporting documents reflect
10 information that Rimini Street, Inc. ("Rimini") and third party, Adams Street Partners ("Adams
11 Street") have designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only."  The
12 Protective Order states, "Counsel for any Designating Party may designate any Discovery
13 Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes
14 Only' under the terms of this Protective Order *only if such counsel in good faith believes that*
15 *such Discovery Material contains such information and is subject to protection under Federal*
16 *Rule of Civil Procedure 26(c).* The designation by any Designating Party of any Discovery
17 Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes
18 Only' shall constitute a representation that an attorney for the Designating Party reasonably
19 believes there is a valid basis for such designation." Protective Order ¶ 2 (emphasis added).
20   For sealing requests relating to non-dispositive motions, such as Oracle's Motion for
21 Evidentiary Sanctions for Spoliation, the presumption of public access to court filings may be
22 overcome by a showing of good cause under Rule 26(c).  *See Pintos v. Pacific Creditors Ass'n,*
23 605 F.3d 665, 678 (9th Cir. 2010); *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).
24 The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many
25 types of information, including, but not limited to, trade secrets or other confidential research,
26 development, or commercial information." *Phillips v. General Motors Corp.*, 307 F.3d 1206,
27 1211 (9th Cir. 2002) (citations omitted).
28   Oracle has submitted the portions of the motion, the proposed order, and supporting

documents designated by Rimini and Adams Street under seal pursuant to the Protective Order based on their representations that it reasonably believes there is a valid basis under the Protective Order for its confidentiality designations. *See, e.g., Pacific Gas and Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002). However, Oracle is not in the position to argue that the designating parties' confidentiality designations meet the "good cause" standard applicable to this motion.

**TESTIMONY AND DOCUMENTS DESIGNATED BY RIMINI AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Rimini has designated the following documents cited or referred to in Oracle's motion and proposed order as Confidential or Highly Confidential – Attorneys' Eyes Only:

| EX.[1] NO. | DESCRIPTION | CONF. DESIGN. |
|---|---|---|
| 5 | RSI's Third Supplemental Responses. to Interrogatories Nos. 20-22, served on February 6, 2012 | Confidential |
| 6 | RSI's First Supplemental Ex. 1A-3 to Responses to Interrogatories Nos. 20-22, served on March 9, 2012 | Confidential |
| 8 | Excerpts from the deposition of Jeff Allen taken on October 18, 2011 | Confidential |
| 9 | Excerpts from the deposition of Douglas Baron taken on May 10, 2011 | Confidential |
| 10 | Excerpts from the deposition of Dennis Chiu taken on June 24, 2011 | Confidential |
| 11 | Excerpts from the deposition of J.R. Corpuz taken on March 15, 2011 | Highly Confidential |
| 12 | Excerpts from the deposition of Kevin Maddock taken on January 6, 2012 | Confidential |
| 13 | Excerpts from the deposition of Seth Ravin taken on July 21, 2010 in *Oracle USA, Inc. et al. v. SAP AG et al.*, No 07-cv-01658 (N.D. Cal.) | Highly Confidential |

---

[1] All exhibits referenced herein are appended to the Appendix of Exhibits in support of Oracle's Motion for Evidentiary Sanctions for Spoliation, lodged on May 30, 2012.

| EX. NO. | DESCRIPTION | CONF. DESIGN. |
|---|---|---|
| 14 | Excerpts from the deposition of Brian Slepko (FRCP 30(b)(6) witness) taken on December 16, 2011 | Confidential |
| 15 | Excerpts from the deposition of Brian Slepko (personal capacity) taken on December 15, 2011 | Confidential |
| 16 | Excerpts from the deposition of Krista Williams taken on October 5, 2011 | Confidential |
| 17 | Excerpts from the deposition of John Whittenbarger taken on September 27, 2011 | Confidential |
| 18 | Excerpts from the deposition of Douglas Zorn taken on September 16, 2011 | Confidential |
| 19 | March 6, 2009 e-mail from K. Williams [Oracle Depo. Ex. 39] | Highly Confidential |
| 20 | Oct. 25, 2007 e-mail from D. Baron [Oracle Depo. Ex. 161] | Confidential |
| 21 | Jun. 29, 2006 e-mail from D. Slarve [Oracle Depo. Ex. 244] | Confidential |
| 22 | Oct. 5, 2006 e-mail from D. Chiu [Oracle Depo. Ex. 246] | Confidential |
| 23 | Sep. 13, 2006 instant message between D. Chiu and S. Tahtaras [Oracle Depo. Ex. 247] | Confidential |
| 24 | Feb. 12, 2007 e-mail from D. Baron [Oracle Depo. Ex. 249] | Confidential |
| 25 | Jan. 12, 2010 e-mail from K. Williams [Oracle Depo. Ex. 252] | Confidential |
| 26 | Mar. 12, 2007 e-mail from G. Lester [Oracle Depo. Ex. 253] | Confidential |
| 27 | Jul. 14, 2009 e-mail from K. Williams [Oracle Depo. Ex. 276] | Confidential |
| 28 | RSI Consolidated Financial Statements Years Ended December 31, 2010 and 2009 [Oracle Depo. Ex. 418] | Confidential |
| 29 | Jan. 21, 2007 e-mail from D. Baron [Oracle Depo. Ex. 466] | Confidential |

MOTION TO SEAL PLAINTIFFS' MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION AND SUPPORTING DOCUMENTS

| EX. NO. | DESCRIPTION | CONF. DESIGN. |
|---|---|---|
| 30 | Jun. 15, 2009 e-mail from K. Williams [Oracle Depo. Ex. 469] | Confidential |
| 31 | Jun. 29, 2009 e-mail from K. Williams [Oracle Depo. Ex. 470] | Confidential |
| 32 | Jul 17, 2009 e-mail from B. Slepko [Oracle Depo. Ex. 480] | Confidential |
| 33 | Jan. 13, 2010 e-mail from E. Freeman [Oracle Depo. Ex. 482] | Confidential |
| 34 | Jan. 13, 2010 e-mail from K. Williams [Oracle Depo. Ex. 503] | Confidential |
| 36 | Feb. 5, 2009 e-mail from S. Ravin [Oracle Depo. Ex. 912] | Confidential |
| 37 | Jun. 26, 2006 e-mail from D. Chiu [Oracle Depo. Ex. 926] | Confidential |
| 38 | Dec. 15, 2009 e-mail from S. Ravin [Oracle Depo. Ex. 1385] | Highly Confidential |
| 39 | Excerpts from Jun. 19, 2009 Memo. of Closing, Series B Preferred Stock Financing [Oracle Depo. Ex. 1389] | Highly Confidential |
| 41 | Oct. 5, 2009 e-mail from P. Bohn [Oracle Depo. Ex. 1644] | Confidential |
| 44 | Jun 5, 2009 e-mail from P. Colaninno [RSI00023131-32] | Highly Confidential |
| 45 | Jun. 11, 2009 e-mail from R. Murray [RSI00024428-430] | Highly Confidential |
| 49 | Instant message between E. Freeman and C. Limburg [RSI04084930] | Confidential |
| 50 | Screenshot of \\rsi-cisvr01\client_software\PeopleSoft [RSI06276320] | Confidential |
| 51 | Excerpts from the Expert Report of Scott D. Hampton dated March 30, 2012 | Highly Confidential |
| 52 | Excerpts from the Expert Report of Brooks L. Hilliard dated March 30, 2012 | Highly Confidential |

**DOCUMENTS DESIGNATED BY THIRD PARTY ADAMS STREET AS HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Third party, Adams Street has designated the following documents cited or referred to in Oracle's motion and proposed order as Highly Confidential – Attorneys' Eyes Only:

| EX. NO. | DESCRIPTION | CONF. DESIGN. |
|---|---|---|
| 38 | Dec. 15, 2009 e-mail from S. Ravin [Oracle Depo. Ex. 1385] | Highly Confidential |
| 39 | Excerpts from Jun. 19, 2009 Memo. of Closing, Series B Preferred Stock Financing [Oracle Depo. Ex. 1389] | Highly Confidential |
| 42 | Jun. 18, 2009 e-mail from M. Fleming [ASP004074-81] | Highly Confidential |
| 43 | Jun. 15, 2009 e-mail from J. Feldman [ASP004082-87] | Highly Confidential |

Oracle has submitted all other exhibits in the Appendices to the Court's public files, which would allow public access to all exhibits except for the items listed above. Accordingly, the request to seal is narrowly tailored. For the foregoing reasons, Oracle requests that, should the Court find there is good cause for filing the documents discussed above under seal, issue an order sealing the documents.

DATED: May 30, 2012          BOIES SCHILLER & FLEXNER LLP


By: /s/ Kieran P. Ringgenberg
    Kieran P. Ringgenberg
    Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle America, Inc.,
    and Oracle International Corp.