| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION [VOLUME I OF III]**<br><br>**REDACTED** |

**APPENDIX OF EXHIBITS**

Pursuant to Local Rule 10-3, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle") submit this Appendix Of Exhibits in support of their motion for evidentiary sanctions on Defendants Rimini Street, Inc. ("RSI") and its CEO, Seth Ravin (together, "Rimini") for spoliation.

| EX. NO. | DESCRIPTION | CONF. DESIGN. | VOL NO. |
|---|---|---|---|
| 1 | Excerpt of transcript of March 29, 2011 Status Conference | No designation | I |
| 2 | Excerpt of transcript of November 8, 2011 Status Conference | No designation | I |
| 3 | Oracle's Fifth Set of Interrogatories to RSI, served on May 25, 2011 | No designation | I |
| 4 | RSI's Second Supplemental Responses to Interrogatories Nos. 24-25, served on November 22, 2011 | No designation | I |
| 5 | RSI's Third Supplemental Responses to Interrogatories Nos. 20-22, served on February 6, 2012 | Confidential | I |
| 6 | RSI's First Supplemental Ex. 1A-3 to Responses to Interrogatories Nos. 20-22, served on March 9, 2012 | Confidential | I |
| 7 | Excerpts from RSI's Second Amended Responses to Requests for Admissions, Set 3, served on January 4, 2012 | No designation | I |
| 8 | Excerpts from the deposition of Jeff Allen taken on October 18, 2011 | Confidential | I |
| 9 | Excerpts from the deposition of Douglas Baron taken on May 10, 2011 | Confidential | I |
| 10 | Excerpts from the deposition of Dennis Chiu taken on June 24, 2011 | Confidential | I |
| 11 | Excerpts from the deposition of J.R. Corpuz taken on March 15, 2011 | Highly Confidential | I |
| 12 | Excerpts from the deposition of Kevin Maddock taken on January 6, 2012 | Confidential | I |
| 13 | Excerpts from the deposition of Seth Ravin taken on July 21, 2010 in *Oracle USA, Inc. et al. v. SAP AG et al.*, No 07-cv-01658 (N.D. Cal.) | Highly Confidential | I |
| 14 | Excerpts from the deposition of Brian Slepko (FRCP 30(b)(6) witness) taken on December 16, 2011 | Confidential | I |

| EX. NO. | DESCRIPTION | CONF. DESIGN. | VOL NO. |
|---|---|---|---|
| 15 | Excerpts from the deposition of Brian Slepko (personal capacity) taken on December 15, 2011 | Confidential | I |
| 16 | Excerpts from the deposition of Krista Williams taken on October 5, 2011 | Confidential | I |
| 17 | Excerpts from the deposition of John Whittenbarger taken on September 27, 2011 | Confidential | I |
| 18 | Excerpts from the deposition of Douglas Zorn taken on September 16, 2011 | Confidential | I |
| 19 | March 6, 2009 e-mail from K. Williams [Oracle Depo. Ex. 39] | Highly Confidential | I |
| 20 | October 25, 2007 e-mail from D. Baron [Oracle Depo. Ex. 161] | Confidential | I |
| 21 | June 29, 2006 e-mail from D. Slarve [Oracle Depo. Ex. 244] | Confidential | II |
| 22 | October 5, 2006 e-mail from D. Chiu [Oracle Depo. Ex. 246] | Confidential | II |
| 23 | September 13, 2006 instant message between D. Chiu and S. Tahtaras [Oracle Depo. Ex. 247] | Confidential | II |
| 24 | February 12, 2007 e-mail from D. Baron [Oracle Depo. Ex. 249] | Confidential | II |
| 25 | January 12, 2010 e-mail from K. Williams [Oracle Depo. Ex. 252] | Confidential | II |
| 26 | March 12, 2007 e-mail from G. Lester [Oracle Depo. Ex. 253] | Confidential | II |
| 27 | July 14, 2009 e-mail from K. Williams [Oracle Depo. Ex. 276] | Confidential | II |
| 28 | RSI Consolidated Financial Statements Years Ended December 31, 2010 and 2009 [Oracle Depo. Ex. 418] | Confidential | II |
| 29 | January 21, 2007 e-mail from D. Baron [Oracle Depo. Ex. 466] | Confidential | II |
| 30 | June 15, 2009 e-mail from K. Williams [Oracle Depo. Ex. 469] | Confidential | II |

| EX. NO. | DESCRIPTION | CONF. DESIGN. | VOL NO. |
|---|---|---|---|
| 31 | June 29, 2009 e-mail from K. Williams [Oracle Depo. Ex. 470] | Confidential | II |
| 32 | July 17, 2009 e-mail from B. Slepko [Oracle Depo. Ex. 480] | Confidential | II |
| 33 | January 13, 2010 e-mail from E. Freeman [Oracle Depo. Ex. 482] | Confidential | II |
| 34 | January 13, 2010 e-mail from K. Williams [Oracle Depo. Ex. 503] | Confidential | II |
| 35 | *United States v. TomorrowNow, Inc.*, No. 11-cr-00642 (N.D. Cal.), Docket No. 13, TomorrowNow Criminal Plea Agreement filed September 14, 2011 [Oracle Depo. Ex. 606] | No designation | II |
| 36 | February 5, 2009 e-mail from S. Ravin [Oracle Depo. Ex. 912] | Confidential | II |
| 37 | June 26, 2006 e-mail from D. Chiu [Oracle Depo. Ex. 926] | Confidential | II |
| 38 | December 15, 2009 e-mail from S. Ravin [Oracle Depo. Ex. 1385] | Highly Confidential | II |
| 39 | Excerpts from June 19, 2009 Memo. of Closing, Series B Preferred Stock Financing [Oracle Depo. Ex. 1389] | Highly Confidential | II |
| 40 | December 23, 2008 letter from D. Wall [Oracle Depo. Ex. 1633] | No designation | II |
| 41 | October 5, 2009 e-mail from P. Bohn [Oracle Depo. Ex. 1644] | Confidential | II |
| 42 | June 18, 2009 e-mail from M. Fleming [ASP004074-81] | Highly Confidential | II |
| 43 | June 15, 2009 e-mail from J. Feldman [ASP004082-7] | Highly Confidential | II |
| 44 | June 5, 2009 e-mail from P. Colaninno [RSI00023131-2] | Highly Confidential | II |
| 45 | June 11, 2009 e-mail from R. Murray [RSI00024428-30] | Highly Confidential | III |
| 46 | January 16, 2009 letter from D. Wall [RSI03202162-3] | No designation | III |

APPENDIX OF EXHIBITS ISO PLAINTIFFS' MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION

| EX. NO. | DESCRIPTION | CONF. DESIGN. | VOL NO. |
|---|---|---|---|
| 47 | December 3, 2008 letter from D. Goldfine [RSI03206203-10] | No designation | III |
| 48 | December 19, 2008 letter from D. Goldfine [RSI03206928-9] | No designation | III |
| 49 | Instant message between E. Freeman and C. Limburg [RSI04084930] | Confidential | III |
| 50 | Screenshot of \\rsi-cisvr01\client_software\PeopleSoft [RSI06276320] | Confidential | III |
| 51 | Excerpts from the Expert Report of Scott D. Hampton dated March 30, 2012 | Highly Confidential | III |
| 52 | Excerpts from the Expert Report of Brooks L. Hilliard dated March 30, 2012 | Highly Confidential | III |
| 53 | Trial Stipulation and Order No. 1 Regarding Liability, Dismissal Of Claims, Preservation of Defenses, and Objections to Evidence at Trial in *Oracle USA, Inc. et al. v. SAP AG et al.*, No 07-cv-01658 (N.D. Cal.), Docket No. 866, filed September 13, 2010 | No designation | III |
| 54 | Non-Party Seth Ravin's and Non-Party Rimini Street's Opposition to Oracle's Motion to Compel Seth Ravin to Answer Deposition Questions and to Compel Rimini Street to Produce Documents in *Oracle USA, Inc. et al. v. SAP AG et al.*, No 09-cv-01591 (D. Nev.), Docket No. 26, filed September 14, 2009 | No designation | III |

APPENDIX OF EXHIBITS ISO PLAINTIFFS' MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION