1  SHOOK, HARDY & BACON LLP                    GREENBERG TRAURIG
   B. Trent Webb, Esq. *(pro hac vice)*        Mark G. Tratos, Esq. (Nevada Bar No. 1086)
2  2555 Grand Boulevard                        Brandon Roos, Esq. (Nevada Bar No. 7888)
   Kansas City, Missouri 64108-2613            Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3  Telephone: (816) 474-6550                   3773 Howard Hughes Parkway
   Facsimile: (816) 421-5547                   Suite 400 North
4  bwebb@shb.com                               Las Vegas, NV 89169
                                               Telephone:  (702) 792-3773
5  Robert H. Reckers, Esq. *(pro hac vice)*    Facsimile:  (702) 792-9002
   600 Travis Street, Suite 1600               tratosm@gtlaw.com
6  Houston, Texas   77002                      roosb@gtlaw.com
   Telephone: (713) 227-8008                   godfreyl@gtlaw.com
7  Facsimile: (731) 227-9508
   rreckers@shb.com                            LEWIS AND ROCA LLP
8                                              W. West Allen (Nevada Bar No. 5566)
                                               3993 Howard Hughes Parkway, Suite 600
9                                              Las Vegas, Nevada 89169
                                               Tel: (702) 949-8200
10                                             Fax: (702) 949-8398
                                               WAllen@LRLaw.com
11
                                               *Attorneys for Defendants*
12                                             *RIMINI STREET, INC. and SETH RAVIN*

13
                       UNITED STATES DISTRICT COURT
14                          DISTRICT OF NEVADA

15

16  ORACLE USA, INC., a Colorado corporation;  )  Case No. 2:10-cv-0106-LRH-PAL
    ORACLE AMERICA, INC., a Delaware           )
17  corporation; and ORACLE INTERNATIONAL      )  **RIMINI STREET'S MOTION TO SEAL ITS**
    CORPORATION, a California corporation,     )  **RESPONSE TO ORACLE'S OBJECTIONS**
18                                             )  **PURSUANT TO FED. R. CIV. P. 56(C)(2)**
                                               )
19            Plaintiffs,                      )
                                               )
20        vs.                                  )
                                               )
21  RIMINI STREET, INC., a Nevada corporation; )
    SETH RAVIN, an individual,                 )
22                                             )
              Defendants.                      )
23                                             )
                                               )

24

25

26

27

28

1    Pursuant to the Stipulated Protective Order entered by the Court on May 21, 2010, Dkt. 55

2  ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Defendant

3  Rimini Street, Inc. ("Rimini") respectfully requests that the Court order the Clerk to file under seal

4  Rimini's Response to Oracle's Objections Pursuant to Fed. R. Civ. P. 56(c)(2), Dkt. 318 ("Rimini's

5  Response").

6    Rimini's Response contains information that Plaintiffs and certain third parties have

7  designated as Confidential or Highly Confidential—Attorneys' Eyes Only under the protective

8  order.  The Protective Order states, "Counsel for any Designating Party may designate any

9  Discovery Material as 'Confidential Information' or 'Highly Confidential Information—Attorneys'

10 Eyes Only' under the terms of this Protective Order only if such counsel in good faith believes that

11 such Discovery Material contains such information and is subject to protection under Federal Rule of

12 Civil Procedure 26(c).  The designation by any Designating Party of any Discovery Material as

13 'Confidential Information' or 'Highly Confidential Information—Attorneys' Eyes Only' shall

14 constitute a representation that an attorney for the Designating Party reasonably believes there is a

15 valid basis for such designation."  Protective Order ¶ 2.  Rimini submits its Response under seal

16 pursuant to the Protective Order based on Oracle and third party representations that there is a valid

17 basis under the Protective Order for the confidentiality designations.

18    Rimini has submitted redacted versions of its Response to the Court's public files, which

19 would allow public access to Rimini's Response except for those portions comprising the designated

20 confidential information. Accordingly, Rimini's request to seal is narrowly tailored. For the

21 foregoing reasons, Rimini respectfully requests that the Court find there is a compelling interest in

22 filing Rimini's Response, Dkt. 318, under seal.

23

24

25

26

27

28

1

DATED:          June 5, 2012                    SHOOK, HARDY & BACON LLP

2

3                                              By:     */s/Robert H. Reckers*
                                                       Robert H. Reckers, Esq
4
                                               *Attorneys for Defendants*
5                                              *Rimini Street, Inc. and Seth Ravin*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RIMINI STREET'S MOTION TO SEAL ITS RESPONSE TO ORACLE'S OBJECTIONS PURSUANT TO FED. R. CIV. P. 56(C)(2)

5029319 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of June, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By:   _/s/ Robert H. Reckers_____

4