| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com<br>eburesh@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | SHOOK, HARDY & BACON LLP |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | ROBERT H. RECKERS (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Houston, Texas  77002<br>Telephone: (713) 227-8008 |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Facsimile: (713) 227-9508<br>rreckers@shb.com |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | LEWIS AND ROCA LLP |
| 10 | kringgenberg@bsfllp.com | W. WEST ALLEN (NV Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600 |
| 11 | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) | Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200 |
| 12 | BREE HANN (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*) | Facsimile: (702) 949-8398<br>WAllen@LRLaw.com |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center | GREENBERG TRAURIG |
| 14 | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 | MARK G. TRATOS (NV Bar No. 1086)<br>BRANDON ROOS (NV Bar No. 7888) |
| 15 | Facsimile:  415.393.2286<br>geoff.howard@bingham.com | LESLIE GODFREY (NV Bar No. 10229)<br>3773 Howard Hughes Parkway |
| 16 | bree.hann@bingham.com<br>thomas.hixson@bingham.com | Suite 400 North<br>Las Vegas, NV 89169 |
| 17 | kristen.palumbo@bingham.com | Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 |
| 18 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) | tratosm@gtlaw.com<br>roosb@gtlaw.com |
| 19 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION | godfreyl@gtlaw.com |
| 20 | 500 Oracle Parkway<br>M/S 5op7 | Attorneys for Defendants Rimini Street, |
| 21 | Redwood City, CA 94070<br>Telephone:  650.506.4846 | Inc., and Seth Ravin |
| 22 | Facsimile:  650.506.7114<br>dorian.daley@oracle.com | |
| 23 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 24 | | |
| 25 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE: CMC

A/74609100.2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE THE JUNE 12, 2012 CMC AND TO MODIFY THE CASE SCHEDULE**<br><br>Courtroom:  3B<br>Judge:  Magistrate Peggy A. Leen |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants") stipulate as follows and request that the Court enter the [Proposed] Order set forth below.

A. Rimini Street's expert reports, served on March 30, 2012, and depositions of two of Rimini Street's experts, Scott Hampton (on May 25) and Brooks Hilliard (on June 5) showed that Rimini's experts have relied on opinions supplied by Rimini Street employee Jim Benge.

B. On June 6, the parties agreed that Rimini Street would make Mr. Benge available for a three-hour deposition.

C. The deadline for expert discovery is June 15.  The parties have already completed five expert depositions, and two additional expert depositions are scheduled to take place on or before that date.

D. The parties respectfully request that the Court permit the deposition of Mr. Benge to take place after the expert discovery deadline.  This would not affect any other deadlines in the case.

E. Because the parties have no disputes requiring the Court's attention at this time, the parties request that the Court continue the Case Management Conference, currently

1  scheduled for June 12, until July 24, or such other date as is convenient for the Court.

2

3       SO STIPULATED AND AGREED.

4  Dated:  June 8, 2012

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Robert H. Reckers<br>    Robert H. Reckers, Esq.<br>    2555 Grand Boulevard<br>    Kansas City, Missouri 64108-2613<br>    Telephone: (816) 474-6550<br>    Facsimile:  (816) 421-5547<br>    rreckers@shb.com | By: /s/ Kieran Ringgenberg<br>    Kieran Ringgenberg, Esq. (*pro hac vice*)<br>    1999 Harrison Street, Suite 900<br>    Oakland, CA 94612<br>    Telephone: (510) 874-1000<br>    Facsimile: (510) 874-1460<br>    kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to stipulation, it is hereby ORDERED that:

   1.   Oracle may take the deposition of Rimini Street employee Jim Benge following the close of expert discovery on June 15, 2012.

   2.   The case management conference currently scheduled for June 12, 2012 is vacated and rescheduled for _____, 2012 at _____ in Courtroom 3B.

                                                            _____
                                                            Hon. Peggy A. Leen
                                                            United States Magistrate Judge

| | |
|---|---|
| 1 | **ATTESTATION OF FILER** |

2   The signatories to this document are Robert Reckers and me, and I have obtained Mr.

3   Reckers's concurrence to file this document on his behalf.

4

5   Dated:  June 8, 2012                                     BOIES, SCHILLER & FLEXNER LLP

6                                                       By:    /s/ Kieran Ringgenberg

7                                                              Kieran Ringgenberg, Esq. (*pro hac vice*)
                                                               1999 Harrison Street, Suite 900

8                                                              Oakland, CA 94612
                                                               Telephone: (510) 874-1000

9                                                              Facsimile: (510) 874-1460
                                                               kringgenberg@bsfllp.com

10                                                         *Attorneys for Plaintiffs*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3
STIPULATION AND [PROPOSED] ORDER RE: CMC

A/74609100.2