# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., *et al.,* ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:10-cv-00106-LRH-PAL |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| RIMINI STREET, INC., *et al.*, ) | (Mot. Ext. Time - Dkt. #321) |
| ) | |
| Defendants. ) | |
| ) | |

Before the court is Non-Party Cedarcrestone, Inc.'s Emergency Motion for One Week Extension to Respond to Plaintiffs' Motion to Modify Protective Order (Dkt. #321). Also before the court is the parties' Stipulation and Proposed Order to Vacate the June 12, 2012, CMC and to Modify the Case Schedule (Dkt. #323). The court has reviewed the parties' Stipulation, Non-Party Cedarcrestone, Inc.'s Motion, and Plaintiffs' Response (Dkt. #322) to Non-Party Cedarcrestone, Inc.'s Motion, and find that good cause exists for granting the motion and stipulation. As such,

**IT IS ORDERED** that:

1. The Motion for One -Week Extension to Respond to Plaintiffs' Motion to Modify Protective Order (Dkt. #321) is **GRANTED** and Non-Party Cedarcrestone's response shall be due no later than close of business, **June 15, 2012.**

2. The hearing on Plaintiffs' Motion to Modify Protective Order (Dkt. #272) is scheduled to be heard before the undersigned on **July 3, 2012, at 9:30 a.m.**, in Courtroom 3B.

3. The parties Stipulation to Vacate the June 12, 2012, CMC and to Modify the Case Schedule (Dkt. #323) is **GRANTED**, and

    a. Oracle may take the deposition of Rimini Street employee Jim Benge following the close of expert discovery on June 15, 2012; and

      b.    The Case Management Conference ("CMC") currently scheduled for June 12, 2012, at 9:00 a.m., is **VACATED**.

4.    The next Case Management Conference ("CMC") is scheduled to be heard on **July 3, 2012, at 9:30 a.m.**

Dated this 11th day of June, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

2