| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com<br>eburesh@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | SHOOK, HARDY & BACON LLP |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | ROBERT H. RECKERS (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Houston, Texas  77002<br>Telephone: (713) 227-8008 |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Facsimile: (713) 227-9508<br>rreckers@shb.com |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | LEWIS AND ROCA LLP |
| 10 | kringgenberg@bsfllp.com | W. WEST ALLEN (NV Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600 |
| 11 | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) | Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200 |
| 12 | BREE HANN (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*) | Facsimile: (702) 949-8398<br>WAllen@LRLaw.com |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center | GREENBERG TRAURIG |
| 14 | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 | MARK G. TRATOS (NV Bar No. 1086)<br>BRANDON ROOS (NV Bar No. 7888) |
| 15 | Facsimile:  415.393.2286<br>geoff.howard@bingham.com | LESLIE GODFREY (NV Bar No. 10229)<br>3773 Howard Hughes Parkway |
| 16 | bree.hann@bingham.com<br>thomas.hixson@bingham.com | Suite 400 North<br>Las Vegas, NV 89169 |
| 17 | kristen.palumbo@bingham.com | Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 |
| 18 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) | tratosm@gtlaw.com<br>roosb@gtlaw.com |
| 19 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION | godfreyl@gtlaw.com |
| 20 | 500 Oracle Parkway<br>M/S 5op7 | |
| 21 | Redwood City, CA 94070<br>Telephone:  650.506.4846 | Attorneys for Defendants Rimini Street,<br>Inc., and Seth Ravin |
| 22 | Facsimile:  650.506.7114<br>dorian.daley@oracle.com | |
| 23 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 24 | | |
| 25 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION RE: TESTIMONY

A/74609100.2
363178 v1

Case 2:10-cv-00106-LRH-VCF   Document 327   Filed 06/12/12   Page 2 of 4

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION REGARDING THE TESTIMONY AND DEPOSITIONS OF JIM BENGE, SCOTT HAMPTON, SETH RAVIN, AND DOUG ZORN** |

WHEREAS, expert reports served by Defendants Rimini Street and Seth Ravin ("Rimini Street") on March 30, 2012 and depositions of two of Rimini Street's experts, Scott Hampton (on May 25) and Brooks Hilliard (on June 5) showed that Rimini's experts have relied on analysis supplied by Rimini Street employee Jim Benge concerning how Rimini Street could operate in a in a non-infringing manner;

WHEREAS Mr. Hampton's expert report and deposition also indicated that he relied on analysis supplied by Rimini Street employees Doug Zorn and Seth Ravin;

WHEREAS, Mr. Hampton also testified that he relied on analysis provided by Rimini employees Doug Zorn and Seth Ravin concerning how Rimini Street could operate in a non-infringing manner;

WHEREAS, on June 1, Oracle requested that Rimini Street make Mr. Benge, Mr. Zorn, and Mr. Ravin available for additional depositions concerning the opinions they had supplied to Mr. Hilliard and Mr. Hampton;

WHEREAS, Rimini Street responded by letter on June 5, and agreed to make Mr. Benge available for a three-hour deposition to provide testimony solely relating to the information he provided to Rimini's experts regarding a remote-support-only model;

WHEREAS, in its letter of June 5, Rimini Street also represented that the analysis

1  provided to Mr. Hampton by Mr. Zorn was "limited to information regarding Rimini's actual

2  staffing and salary information for certain positions identified by Mr. Benge," that Mr. Hampton

3  also relied on "factual information" provided by Mr. Ravin and Mr. Zorn concerning whether

4  Rimini had access to an additional $7.7 million dollars needed to avoid any infringing conduct;

5  and that Mr. Hampton did not rely on any "expert opinions" from Mr. Ravin or Mr. Zorn;

6       THEREFORE, the parties stipulate and agree as follows:

7       A.    Rimini Street will make Jim Benge available for a three-hour deposition limited to

8  the information, analysis, and/or opinions he has provided to Rimini Street's experts.

9       B.    Doug Zorn will not testify at trial to the opinions that Mr. Hampton attributed to

10  Mr. Zorn during Mr. Hampton's deposition, including any opinions or analysis concerning how

11  Rimini would operate in a non-infringing manner.  Mr. Zorn may testify to the factual

12  information attributed to him in Rimini Street's June 5 letter.

13      C.    Scott Hampton will not testify at trial that he relied on Doug Zorn for any

14  opinions concerning how Rimini would operate in a non-infringing manner.

15      D.    Oracle will not seek depositions of Mr. Ravin or Mr. Zorn concerning information

16  they conveyed to Mr. Hampton at this time.

17      E.    In the event that the Mr. Benge's deposition reveals that other individuals are in

18  fact the source of analysis concerning Rimini Street's non-infringing business model, Oracle

19  reserves the right to seek additional depositions at that time, including the depositions of Mr.

20  Ravin and Mr. Zorn.

21      SO STIPULATED AND AGREED.

22  Dated:  June 8, 2012

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Robert H. Reckers | By: /s/ Kieran Ringgenberg |
| Robert H. Reckers, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>rreckers@shb.com | Kieran Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

A/74609100.2
363178 v1

**ATTESTATION OF FILER**

The signatories to this document are Robert Reckers and me, and I have obtained Mr. Reckers's concurrence to file this document on his behalf.

Dated: June 8, 2012

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Kieran Ringgenberg
Kieran Ringgenberg, Esq. (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*

IT IS SO ORDERED this 11th day of June, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

3
STIPULATION RE: TESTIMONY

A/74609100.2
363178 v1