# EXHIBIT 3

# EXHIBIT 3

**PEABODY & ARNOLD LLP**
COUNSELLORS AT LAW

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE, BOSTON, MA 02210-2261
(617) 951-2100  FAX (617) 951-2125

BOSTON, MA   PROVIDENCE, RI
ROBERT T. GILL
[617] (617) 951.4706
rgill@peabodyarnold.com

March 7, 2011

**BY ELECTRONIC MAIL**

Chad Russell, Esq.
Bingham McCutchen LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA  94111
chad.russell@bingham.com

Re:   Third-Party Subpoena in *Oracle USA, Inc. v. Rimini Street, Inc.*

Dear Mr. Russell:

The purpose of this letter is to formally notify you that my client, CedarCrestone, Inc., objects to the subpoena which you served upon it on February 14, 2011 in the above-captioned matter currently pending in the United States District Court for the District of Nevada.

I called you at your office to discuss CedarCrestone's objections to Oracle's subpoena but was unable to reach you. Please call me at your convenience and I will provide you with details concerning CedarCrestone's objections to the subpoena.

Very truly yours,

Robert T. Gill

cc:   Dale A. Coggins, Esq. (by email)

740347_1
11040-73251