# EXHIBIT 4

# EXHIBIT 4

| | |
|---|---|
| Attachments: | ORCL00369329.pdf |
| | ORCL00369200.pdf |
| | ORCL00369210.pdf |
| | ORCL00369221.pdf |
| | ORCL00369231.pdf |
| | ORCL00369245.pdf |
| | ORCL00369266.pdf |
| | ORCL00369276.pdf |
| | ORCL00369279.pdf |
| | ORCL00369289.pdf |
| | ORCL00369299.pdf |
| | ORCL00369309.pdf |
| | ORCL00369319.pdf |
| | 2009-03-20 Oracle production ltr [ORCL00359807-369332].pdf |
| | Brian Fees Declaration - Oracle Agreements.PDF |
| | Rick Riordan Statement - TomorrowNow.PDF |
| | Rick Riordan Statement - Maintain Services.PDF |

Robert T. Gill, Esquire
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210
Tel. (617) 951-4706
Fax (617) 951-2125
-----Original Message-----
From: Robert T. Gill
Sent: Thursday, March 24, 2011 2:33 PM
To: 'chad.russell@bingham.com'
Subject: Oracle v. Rimini Street

Chad,

I tried to get you on the telephone this morning but missed you.

As we discussed, CedarCrestone has agreed, in response to Oracle's February 14, 2011 subpoena in Oracle v. Rimini Street, to produce the same documents which CedarCrestone produced to Oracle in the Oracle v. SAP litigation. I have attached PDF files containing those documents.

In addition to the documents attached to this email, CedarCrestone has in its possession a box of documents related to CedarCrestone's possible acquisition of TomorrowNow which it produced to Oracle in response to a subpoena arising out of the Oracle v. SAP litigation in March 2009. While those documents are unrelated to Rimini Street and are irrelevant to Oracle's most recent subpoena to CedarCrestone, CedarCrestone is willing to produce those documents again, except to the extent some of them are covered by a confidentiality agreement between CedarCrestone and TommorowNow.

Please contact me if you would like a copy of CedarCrestone's March 2009 production of TomorrowNow-related documents. In addition, please feel free to contact me with any questions about CedarCrestone's response to Oracle's subpoena.

Also, please let me know your thoughts on what response Oracle would prefer we make to the Rimini subpoena.

Sincerely,

/s/ Bob Gill
Robert T. Gill, Esquire
PEABODY & ARNOLD LLP
600 Atlantic Avenue
Boston, MA 02210
Tel. 617-951-4706