# EXHIBIT 10

**EXHIBIT 10**

**PEABODY & ARNOLD LLP**
COUNSELLORS AT LAW

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE, BOSTON, MA 02210-2261
(617) 951-2100  FAX (617) 951-2125

BOSTON, MA   PROVIDENCE, RI

ALAN K. TANNENWALD
[617] 951.2071
atannenwald@peabodyarnold.com

July 1, 2011

**By Electronic Mail (chad.russell@bingham.com) and Federal Express**

Chad Russell, Esq.
Bingham McCutchen LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA 94111

Re:   *Subpoena to CedarCrestone, Inc. in Oracle/Rimini Street Litigation*

Dear Mr. Russell:

Attached please find a PDF file containing documents (Bates Numbered CedarCrestone-000523-CedarCrestone-000534) which CedarCrestone, Inc. ("CedarCrestone") believes are responsive to Request No. 1 (as modified by your letter to Robert T. Gill dated May 8, 2011) of Oracle's third-party subpoena to CedarCrestone in the *Rimini Street* matter.

CedarCrestone's production of the attached documents in no way constitutes a waiver of any of its objections to or rights to challenge any requests contained in Oracle's subpoena or your May 8, 2011 letter.

Please contact me if you have any questions about the attached documents.

Very truly yours,

Alan K. Tannenwald

cc:   Robert T. Gill, Esq. (by email)

747536_1
11040-95213