# EXHIBIT 11

# EXHIBIT 11

**PEABODY & ARNOLD LLP**
COUNSELLORS AT LAW

FEDERAL RESERVE PLAZA
600 ATLANTIC AVENUE, BOSTON, MA 02210-2261
(617) 951-2100  FAX (617) 951-2125

BOSTON, MA   PROVIDENCE, RI

ALAN K. TANNENWALD
[617] 951.2071
atannenwald@peabodyarnold.com

July 12, 2011

**By Electronic Mail (chad.russell@bingham.com) and Federal Express**

Chad Russell, Esq.
Bingham McCutchen LLP
Three Embarcadero Center, Suite 2800
San Francisco, CA  94111

Re:   *Subpoena to CedarCrestone, Inc. in Oracle/Rimini Street Litigation*

Dear Mr. Russell:

Attached please find a PDF file containing documents (Bates Numbered CedarCrestone-000535-CedarCrestone-000556) which CedarCrestone, Inc. ("CedarCrestone") believes are responsive to Requests No. 2 and 4 (as modified by your letter to Robert T. Gill dated May 8, 2011) of Oracle's third-party subpoena to CedarCrestone in the *Rimini Street* matter. The documents numbered CedarCrestone-000537-000538 are responsive to Request No. 2. The documents numbered CedarCrestone-000539-000544 are responsive to Requests Nos. 2 and 4. The documents numbered CedarCrestone-000535-000536 are responsive to Request No. 4. The documents numbered CedarCrestone-000545-000556 are responsive to Request No. 8.

CedarCrestone also has determined that it has no documents in its possession, custody or control which are responsive to Request No. 5 (as modified by your May 8, 2011 letter to Bob Gill).

CedarCrestone's production of the attached documents and the above response to Request 5 in no way constitutes a waiver of any of its objections to or rights to challenge any requests contained in Oracle's subpoena or your May 8, 2011 letter.

Very truly yours,

*Alan Tannenwald*

Alan K. Tannenwald

cc:   Robert T. Gill, Esq. (by email to rgill@peabodyarnold.com)
      Marjory Gentry, Esq. (by email to marjory.gentry@bingham.com)

747536_1