DOMINICA C. ANDERSON (SBN 2988)
RYAN A. LOOSVELT (SBN 8550)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
Email: dcanderson@duanemorris.com
rloosvelt@duanemorris.com

Attorneys for CedarCrestone, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual, <br><br> Defendants. <br><br> AND ALL RELATED COUNTER CLAIMS. | Case No. 2:10-CV-0106-LRH-PAL <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on June 15, 2012, I served via electronic email true and correct copies of unredacted versions of CedarCrestone's Opposition to Plaintiffs' Motion to Modify Protective Order [Dkt. #332], and Declaration of Brian E. Frees in Support thereof [Dkt. #333] to the following counsel of record for Plaintiffs:

    Geoff Howard - geoff.howard@bingham.com
    Mary T. Huser - mary.huser@bingham.com
    Marjory Gentry - marjory.gentry@bingham.com
    Chad Russell - chad.russell@bingham.com

                                              /s/ *Jana Dailey*
                                              Jana Dailey
                                              An employee of DUANE MORRIS LLP

## Dailey, Jana L.

| | |
|---|---|
| **From:** | Dailey, Jana L. |
| **Sent:** | Friday, June 15, 2012 3:26 PM |
| **To:** | 'geoff.howard@bingham.com'; 'mary.huser@bingham.com'; 'marjory.gentry@bingham.com'; 'chad.russell@bingham.com' |
| **Cc:** | Anderson, Dominica C.; Loosvelt, Ryan |
| **Subject:** | Oracle USA, Inc., et al. v. Rimini Street, Inc., et al. |
| **Attachments:** | 332-[Unredacted] Sealed Opposition to Motion to Modify Protective Order (6_15_12).PDF; 333-[Unredacted} Sealed Declaration of Brian E. Fees (6_15_12).PDF |

Counsel:

Attached please find unredacted copies of CedarCrestone's Opposition to Plaintiffs' Motion to Modify Protective Order, and Declaration of Brian E. Frees in Support thereof, which were e-filed under seal in this matter today. Thank you.



DuaneMorris
www.duanemorris.com

**Jana L. Dailey**
Office Coordinator/Legal Assistant

Duane Morris LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617

P: 702.868.2602
F: 702.977.3963

E-MAIL

1