| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. *(pro hac vice)*<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. *(pro hac vice)*<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com | GREENBERG TAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRLaw.com<br><br>*Attorneys for Defendants*<br>*RIMINI STREET, INC. and SETH RAVIN* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>   Plaintiffs,<br><br>   vs.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>   Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF CHRIS GALZOTE IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR EVIDENTIARY SANCTIONS** |

5033350 v1

## DECLARATION OF CHRIS GALZOTE

I, Chris Galzote, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I have been employed by Rimini Street, Inc. ("Rimini") since 2008, where I am currently Manager of IT Infrastructure. In addition, I am a Microsoft Certified Professional with over 10 years of IT experience. I am familiar with the Windows Server platform, including how and when metadata is created by this platform and what information is stored in such metadata.

2. Since 2008, I have worked with the other members of Rimini's IT department to maintain the IT infrastructure of Rimini Street, including the Windows Server platform that stored the folder named \\rsi-clsvr01\client_software\PeopleSoft. I understand that Oracle has referred to this folder as a "software library," though I will refer to it in this declaration as the "internal software" folder.

3. The "internal software" folder was stored on a server named "rsi-clsvr01." As previously indicated, the operating system running on this server is the Microsoft Windows Server platform. This operating system controls and manages the metadata stored along with the stored files, including the metadata stored with the installation files I understand were present in the internal software folder. I am personally familiar with the rsi-clsvr01 server and its current and historical configurations with respect to file metadata.

4. The metadata store by rsi-clsvr01 for files such as those found in the internal software was limited to the following fields:

    a. Name – The name of the file;

    b. Type – A description of file type;

    c. Folder path – The location of where file is located by access;

    d. Size – The file size;

    e. Date created – The date the file was created on the computer;

    f. Date modified – The date the file was last modified;

    g. Date accessed – The date the file was last accessed;

    h. Attributes – Bits that are used by programs to identify file characteristics;

- 2 -

5033350 v1

1        i.    Owner – The local account that can modify the file; and

2        j.    Computer – The computer name where the file resides.

4      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

8 Executed on June 18, 2012        _____

9                                     Chris Galzote

- 3 -

5033350 v1