SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. *(pro hac vice)*
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. *(pro hac vice)*
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

*Attorneys for Defendants*
*RIMINI STREET, INC. and SETH RAVIN*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] STIPULATION BY DEFENDANTS REGARDING THE INTERNAL SOFTWARE FOLDER** |

1
DEFENDANTS' STIPULATION REGARDING THE INTERNAL SOFTWARE FOLDER

A/74609100.2
5122501 v1

1   Defendants stipulates as follows:

2   A.   Rimini Street maintained copies of certain Oracle copyrighted works on its
3   systems in a network location referred to as the internal software folder.

4   B.   The internal software folder included a complete copy of each of Oracle's
5   registered works corresponding to the names of the folders indicated in RSI06276320, including
6   each of the following:

| Folder Name (Ex. 50 (RSI06276320)) | Corresponding Registered Oracle Work (Complaint ¶ 75) |
|---|---|
| CRM 8.8 | PeopleSoft Customer Relationship Management Version 8.8 |
| CRM 8.9 | PeopleSoft Customer Relationship Management Version 8.9 |
| EPM 8.8 | PeopleSoft Electronic Performance Management Version 8.8 |
| EPM 8.9 | PeopleSoft Electronic Performance Management Version 8.9 |
| FSCM 8.4 SP2 | PeopleSoft Financials and Supply Chain Management Version 8.4 Service Pack 2 |
| FSCM 8.8 SP1 | PeopleSoft Financials and Supply Chain Management Version 8.8 Service Pack 1 |
| FSCM 9 | PeopleSoft Financials and Supply Chain Management Version 9 |
| HRMS 8 SP1 | PeopleSoft Human Resources Management System Version 8 Service Pack 1 |
| HRMS 8.3 SP1 | PeopleSoft Human Resources Management System Version 8.3 Service Pack 1 |
| HRMS 8.8 SP1 | PeopleSoft Human Resources Management System Version 8.8 Service Pack 1 |
| HRMS 8.9 | PeopleSoft Human Resources Management System Version 8.9 |

| Folder Name (Ex. 50 (RSI06276320)) | Corresponding Registered Oracle Work (Complaint ¶ 75) |
|---|---|
| HRMS 9.0 | PeopleSoft Human Resources Management System Version 9.0 |
| PeopleBooks | Each of the separately registered versions of PeopleBooks alleged in this action |
| PT 8.21 | PeopleTools Version 8.21 |
| PT 8.22 | PeopleTools Version 8.22 |
| PT 8.42 | PeopleTools Version 8.42 |
| PT 8.45 | PeopleTools Version 8.45 |
| PT 8.46 | PeopleTools Version 8.46 |
| PT 8.47 | PeopleTools Version 8.47 |
| PT 8.48 | PeopleTools Version 8.48 |
| PT 8.49 | PeopleTools Version 8.49 |

DATED:   June 18, 2012

SHOOK, HARDY & BACON LLP

By:   /s/Robert H. Reckers
       Robert H. Reckers, Esq

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*