| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. *(pro hac vice)*<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. *(pro hac vice)*<br>600 Travis Street, Suite 1600<br>Houston, Texas  77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com | LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRLaw.com<br><br>GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>*Attorneys for Defendants*<br>*RIMINI STREET, INC. and SETH RAVIN* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

5123934 v1

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 600 Travis St., Suite 1600 Houston, Texas   77002.

On June 18, 2012, I served the following documents:

**DEFENDANT RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION [FILED UNDER SEAL; DOC 338]**

**EXHIBITS 1-3 TO DEFENDANT RIMINI STREET'S OPPOSITION [FILED UNDER SEAL; DOC 338]**

I caused the documents served to the persons below, as follows:

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>ORACLE CORPORATION<br>JAMES C. MAROULIS (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>jim.maroulis@oracle.com |

The documents were served pursuant to FRCP 5(b) by sending it by electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am a member of the State Bar of Texas, admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case. I declare

1  under penalty of perjury under the laws of the United States of America that the foregoing
2  information contained in the Certificate of Service is true and correct.
3
4
5
6  Dated: June 19, 2012
7
                                    */s/ Robert H. Reckers*

                                    SHOOK, HARDY & BACON LLP
                                    B. Trent Webb, Esq.
                                    2555 Grand Boulevard
                                    Kansas City, Missouri 64108-2613
                                    Telephone: (816) 474-6550
                                    Facsimile: (816) 421-5547
                                    bwebb@shb.com

                                    Robert H. Reckers, Esq.
                                    600 Travis Street, Suite 1600
                                    Houston, Texas   77002
                                    Telephone: (713) 227-8008
                                    Facsimile: (731) 227-9508
                                    rreckers@shb.com