DOMINICA C. ANDERSON (SBN 2988)
RYAN A. LOOSVELT (SBN 8550)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
Email: dcanderson@duanemorris.com
rloosvelt@duanemorris.com

Attorneys for CedarCrestone, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants.<br><br>AND ALL RELATED COUNTER CLAIMS. | Case No. 2:10-CV-0106-LRH-PAL<br><br>**[PROPOSED] ORDER** |

Pending before this Court is Non-party CedarCrestone, Inc.'s Motion to Seal Portions of its Reply in support of Countermotion for Stay ("Reply") [Redacted Reply-Dckt. No. 349; Unredacted Reply filed under seal-Dckt. No. 351] and Portions of the Declaration of Brian E. Fees in support thereof ("Declaration") [Redacted Declaration-Dckt. No. 350; Unredacted Declaration filed under seal-Dckt. No. 352]. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Non-party CedarCrestone, Inc.'s Motion to Seal, compelling reasons having been shown and good cause existing:

IT IS HEREBY ORDERED THAT: Non-party CedarCrestone, Inc.'s Motion to Seal is

1  GRANTED. The Clerk of the Court shall file under seal the unredacted versions of Non-party
2  CedarCrestone, Inc.'s Reply in support of Countermotion for Stay and Portions of the Declaration of
3  Brian E. Fees in support thereof.
4  **IT IS SO ORDERED.**
5  Dated: July ___, 2012                    By: _____
                                                Hon. Peggy A. Leen
6                                              United States Magistrate Judge