DOMINICA C. ANDERSON (SBN 2988)
RYAN A. LOOSVELT (SBN 8550)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
Email: dcanderson@duanemorris.com
rloosvelt@duanemorris.com

Attorneys for CedarCrestone, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual, <br><br> Defendants. <br><br> AND ALL RELATED COUNTER CLAIMS. | Case No. 2:10-CV-0106-LRH-PAL <br><br> **CERTIFICATE OF SERVICE** |

I hereby certify that on June 28, 2012, I served via electronic email true and correct copies of unredacted versions of CedarCrestone's (1) Motion for Leave to File Surreply and (2) Reply in Support of Countermotion for Stay [Dkt. #351], and Declaration of Brian E. Frees in Support thereof [Dkt. #352] to the following counsel of record for Plaintiffs:

Geoff Howard - geoff.howard@bingham.com
Mary T. Huser - mary.huser@bingham.com
Marjory Gentry - marjory.gentry@bingham.com
Chad Russell - chad.russell@bingham.com

/s/ *Jana Dailey*
Jana Dailey
An employee of DUANE MORRIS LLP

# Dailey, Jana L.

| | |
|---|---|
| **From:** | Dailey, Jana L. |
| **Sent:** | Thursday, June 28, 2012 4:36 PM |
| **To:** | 'geoff.howard@bingham.com'; 'mary.huser@bingham.com'; 'marjory.gentry@bingham.com'; 'chad.russell@bingham.com' |
| **Cc:** | Anderson, Dominica C.; Loosvelt, Ryan |
| **Subject:** | RE: Oracle USA, Inc., et al. v. Rimini Street, Inc., et al. |
| **Attachments:** | Reply ISO Countermotion to Stay.pdf; Fees Declaration.pdf |

Counsel:

Attached please find unredacted copies of CedarCrestone's (1) Motion for Leave to File Surreply and (2) Reply in Support of Countermotion for Stay, as well as the Declaration of Brian E. Fees in Support thereof, which were e-filed under seal in this matter today.  Thank you.



**DuaneMorris**
www.duanemorris.com

**Jana L. Dailey**
Office Coordinator/Legal Assistant

Duane Morris LLP
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617

P: 702.868.2602
F: 702.977.3963

E-MAIL

1