| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | BINGHAM MCCUTCHEN LLP |
| RICHARD J. POCKER (NV Bar No. 3568) | GEOFFREY M. HOWARD (*pro hac vice*) |
| 300 South Fourth Street, Suite 800 | THOMAS S. HIXSON (*pro hac vice*) |
| Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*) |
| Telephone: (702) 382-7300 | Three Embarcadero Center |
| Facsimile: (702) 382-2755 | San Francisco, CA 94111-4067 |
| rpocker@bsfllp.com | Telephone: 415.393.2000 |
| | Facsimile: 415.393.2286 |
| BOIES, SCHILLER & FLEXNER LLP | geoff.howard@bingham.com |
| STEVEN C. HOLTZMAN (*pro hac vice*) | thomas.hixson@bingham.com |
| FRED NORTON (*pro hac vice*) | kristen.palumbo@bingham.com |
| KIERAN P. RINGGENBERG (*pro hac vice*) | |
| 1999 Harrison Street, Suite 900 | DORIAN DALEY (*pro hac vice*) |
| Oakland, CA 94612 | DEBORAH K. MILLER (*pro hac vice*) |
| Telephone: (510) 874-1000 | JAMES C. MAROULIS (*pro hac vice*) |
| Facsimile: (510) 874-1460 | ORACLE CORPORATION |
| sholtzman@bsfllp.com | 500 Oracle Parkway |
| fnorton@bsfllp.com | M/S 5op7 |
| kringgenberg@bsfllp.com | Redwood City, CA 94070 |
| | Telephone: 650.506.4846 |
| Attorneys for Plaintiffs Oracle USA, Inc., | Facsimile: 650.506.7114 |
| Oracle America, Inc., and Oracle International | dorian.daley@oracle.com |
| Corp. | deborah.miller@oracle.com |
| | jim.maroulis@oracle.com |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S REPLY IN SUPPORT OF MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION**<br><br>**REDACTED – PUBLIC VERSION**<br><br>Hearing Date: July 17, 2012<br>Time: 1:45 p.m.<br>Courtroom: 3B<br><br>Judge: Magistrate Judge Peggy A. Leen |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies, Schiller & Flexner LLP, counsel to plaintiffs in this action. This declaration is made in support of Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Reply in Support of Motion For Evidentiary Sanctions For Spoliation. Based on my review of the files and records in this action, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document produced by Defendant Rimini Street, Inc. ("Rimini") to Oracle as part of discovery in this action. The document was marked at the June 24, 2011 deposition of Dennis Chiu as Deposition Exhibit 241. The document was designated Confidential by Rimini pursuant to the Protective Order.

3. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the June 24, 2011 deposition of Dennis Chiu as Deposition Exhibit 274. The document was designated Confidential by Rimini pursuant to the Protective Order.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document bears bates numbers RSI00927059-65. The document was designated Highly Confidential by Rimini pursuant to the Protective Order.

5. Attached hereto as Exhibit 4 is a true and correct copy of a document produced by Rimini to Oracle as part of discovery in this action. The document was marked at the November 11, 2011 deposition of George Lester as Deposition Exhibit 801. The document was designated Confidential by Rimini pursuant to the Protective Order.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the June 24, 2011 deposition of Dennis Chiu. The excerpted sections were designated Confidential by Rimini pursuant to the Protective Order.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the

1  transcript of the November 18, 2011 deposition of Seth Ravin.  The excerpted sections were
2  designated Confidential by Rimini pursuant to the Protective Order.
3  I declare that the foregoing is true under penalty of perjury of the laws of the United
4  States.
5  Executed this 28th day of June, 2012, at Oakland, California.

*/s/ Kieran Ringgenberg*
Kieran Ringgenberg