| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | 500 Oracle Parkway<br>M/S 5op7 |
| 10 | kringgenberg@bsfllp.com | Redwood City, CA 94070<br>Telephone:  650.506.4846 |
| 11 | Attorneys for Oracle USA, Inc., Oracle<br>America, Inc., and Oracle International | Facsimile:  650.506.7114<br>dorian.daley@oracle.com |
| 12 | Corporation | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 16 | ORACLE USA., INC, a Colorado corporation,<br>ORACLE AMERICA, INC., a Delaware<br>corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation,<br><br>          Plaintiffs,<br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation;<br>and SETH RAVIN, an individual,<br><br>          Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 1999 Harrison Street, Suite 900, Oakland, CA 94612.

On June 28th, 2012, I served the following documents:

1. **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S REPLY IN SUPPORT OF MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION - CONFIDENTIAL AND FILED UNDER SEAL;**
2. **REVISED [PROPOSED] ORDER GRANTING PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION - CONFIDENTIAL AND FILED UNDER SEAL; AND**
3. **DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S REPLY IN SUPPORT OF MOTION FOR EVIDENTIARY SANCTIONS FOR SPOLIATION - CONFIDENTIAL AND FILED UNDER SEAL.**

I served the documents on the **persons** below, as follows:

Mark Tratos
Brandon Roos
Leslie A.S. Godfrey
**Greenberg Traurig, LLP**
3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NV 89169
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

Robert H. Reckers, Esq.
**Shook, Hardy & Bacon L.L.P.**
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
RRECKERS@shb.com

The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1     I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED: June 28, 2012            /s/ Catherine T. Duong
                                          Catherine T. Duong