| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | TELEPHONE: (702) 382-7300<br>FACSIMILE: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | Houston, Texas  77002<br>Telephone: (713) 227-8008 |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Facsimile: (713) 227-9508<br>rreckers@shb.com |
| 8 | TELEPHONE: (510) 874-1000<br>FACSIMILE: (510) 874-1460 | LEWIS AND ROCA LLP |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600 |
| 10 | kringgenberg@bsfllp.com | Las Vegas, Nevada 89169<br>Tel: (702) 949-8200 |
| 11 | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) | Fax: (702) 949-8398<br>WAllen@LRLaw.com |
| 12 | THOMAS S. HIXSON (*pro hac vice*)<br>BREE HANN (*pro hac vice*) | GREENBERG TRAURIG |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*)<br>THREE EMBARCADERO CENTER | Mark G. Tratos (Nevada Bar No. 1086)<br>Brandon Roos (Nevada Bar No. 7888) |
| 14 | SAN FRANCISCO, CA  94111-4067<br>Telephone:  415.393.2000 | Leslie Godfrey  (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway |
| 15 | Facsimile:  415.393.2286<br>geoff.howard@bingham.com | Suite 400 North<br>Las Vegas, NV 89169 |
| 16 | thomas.hixson@bingham.com<br>bree.hann@bingham.com | Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 |
| 17 | kristen.palumbo@bingham.com | tratosm@gtlaw.com<br>roosb@gtlaw.com |
| 18 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) | godfreyl@gtlaw.com |
| 19 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION | Attorneys for Defendants Rimini Street,<br>Inc., and Seth Ravin |
| 20 | 500 Oracle Parkway<br>M/S 5op7 | |
| 21 | Redwood City, CA 94070<br>Telephone:  650.506.4846 | |
| 22 | Facsimile:  650.506.7114<br>dorian.daley@oracle.com | |
| 23 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 24 | | |
| 25 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 26 | | |
| 27 | | |
| 28 | | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:     July 3, 2012<br>Time:    9:30 a.m.<br>Place:    Courtroom 3B<br>Judge:   Magistrate Peggy A. Leen |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") jointly submit this Case Management Conference Statement in advance of the July 3, 2012 Case Management Conference ("CMC") to provide the Court with a status report of the pending matters.

There have been no updates to the pleadings since the last CMC statement was filed on January 6, 2012. Fact and expert discovery have closed. Oracle's Motion for Partial Summary Judgment, Motion and Application to Modify Protective Order, and Motion for Evidentiary Sanctions for Spoliation are currently pending before the Court. *See* Dkt. 237, 272, 313.

At present time, any additional dispositive motions must be filed by July 31, 2012, and the Parties' joint pretrial order must be filed by September 26, 2012. *See* Order, Dkt. 258. No trial date has been set.

The Parties have met and conferred, and respectfully request that the Court extend the deadline for filing of dispositive motions. The Parties believe that the Court's guidance in its expected Order on Oracle's Motion for Partial Summary Judgment will assist the Parties in formulating a more surgical, final round of dispositive motions that may narrow the remaining

1  issues for trial.  The Parties respectfully suggest that the deadline for filing additional dispositive
2  motions be continued to August 31, 2012; should Oracle's Motion for Partial Summary
3  Judgment remain pending at the end of July, the Parties may respectfully request a further
4  extension.
5     Consistent with the Court's initial Scheduling Order, the Parties believe that "the joint
6  pretrial order [should] be suspended until 30 days after a decision of [any] dispositive motions."
7  Dkt. 109.  The Parties therefore respectfully suggest that the deadline to file the joint pretrial
8  order be suspended until 30 days after resolution of all dispositive motions.
9     Finally, subject to the Court's ruling, the Parties may request that the Court set a Case
10 Management Conference after the Court issues its Order on Oracle's Motion for Partial
11 Summary Judgment for the purpose of seeking the Court's guidance regarding application of the
12 Court's Order to certain copies of software and related licenses that are not directly addressed by
13 the Order.

DATED:  June 29, 2012

| BINGHAM McCUTCHEN LLP | SHOOK, HARDY & BACON LLP |
|---|---|
| By: /s/ Geoffrey M. Howard | By: /s/ Robert H. Reckers |
| Geoffrey M. Howard (*pro hac vice*) | Robert H. Reckers (*pro hac vice*) |
| Three Embarcadero Center | 600 Travis Street, Suite 1600 |
| San Francisco, CA 94111-4067 | Houston, Texas  77002 |
| Telephone:     415.393.2000 | Telephone: (713) 227-8008 |
| Facsimile:     415.393.2286 | Facsimile: (731) 227-9508 |
| geoff.howard@bingham.com | rreckers@shb.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

**ATTESTATION OF FILER**

The signatories to this document are myself and Robert Reckers and I have obtained Mr. Reckers' concurrence to file this document on his behalf.

DATED:  June 29, 2012

BINGHAM McCUTCHEN LLP

By: /s/ Geoffrey M. Howard
 Geoffrey M. Howard (*pro hac vice*)
 Three Embarcadero Center
 San Francisco, CA 94111-4067
 Telephone:    415.393.2000
 Facsimile:    415.393.2286
 geoff.howard@bingham.com

*Attorneys for Plaintiffs*