DOMINICA C. ANDERSON (SBN 2988)
RYAN A. LOOSVELT (SBN 8550)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
Email: dcanderson@duanemorris.com
       rloosvelt@duanemorris.com

Attorneys for CedarCrestone, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants.<br><br>AND ALL RELATED COUNTER CLAIMS. | Case No. 2:10-CV-0106-LRH-PAL<br><br>**STIPULATION AND ORDER FOR NON-PARTY CEDARCRESTONE INC'S COUNSEL TO ATTEND HEARING ON PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER TELEPHONICALLY** |

IT IS HEREBY STIPULATED by and between Plaintiffs Oracle, USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively as "Oracle"), and non-party CedarCrestone, Inc. ("CedarCrestone"), by and through their attorneys of record, that CedarCrestone counsel, Alan Tannenwald, may appear telephonically at the hearing on Plaintiffs' Motion to Modify

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Protective Order [Dckt. No. 272], scheduled for July 3, 2012, at 9:30 a.m. Mr. Tannewald's direct phone number is 617-951-2261.

DATED: July 2, 2012                    BINGHAM McCUTCHEN LLP


By:  /s/ *Geoffrey M. Howard*
     Geoffrey M. Howard (*pro hac vice*)
Attorneys for Plaintiffs

DATED: July 2, 2012                    DUANE MORRIS LLP


By:  /s/ *Dominica C. Anderson*
     Dominica C. Anderson (SBN 2988)
Attorneys for CedarCrestone, Inc.


**IT IS SO ORDERED:**


_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2012, I served via CM/ECF a true and correct copy of the foregoing **STIPULATION AND ORDER** to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

/s/ Jana Dailey
Jana Dailey
An employee of DUANE MORRIS LLP