DOMINICA C. ANDERSON (SBN 2988)
RYAN A. LOOSVELT (SBN 8550)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106
Telephone: 702.868.2600
Facsimile: 702.385.6862
Email: dcanderson@duanemorris.com
       rloosvelt@duanemorris.com

Attorneys for CedarCrestone, Inc.

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants.<br><br>AND ALL RELATED COUNTER CLAIMS. | Case No. 2:10-CV-0106-LRH-PAL<br><br>**STIPULATION AND ORDER FOR NON-PARTY CEDARCRESTONE INC'S COUNSEL TO ATTEND HEARING ON PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER TELEPHONICALLY** |

IT IS HEREBY STIPULATED by and between Plaintiffs Oracle, USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively as "Oracle"), and non-party CedarCrestone, Inc. ("CedarCrestone"), by and through their attorneys of record, that CedarCrestone counsel, Alan Tannenwald, may appear telephonically at the hearing on Plaintiffs' Motion to Modify

///
///
///
///
///
///

DM1\3408461.1

1
STIPULATION AND ORDER

1  Protective Order [Dckt. No. 272], scheduled for July 3, 2012, at 9:30 a.m. Mr. Tannewald's direct phone number is 617-951-2261.

DATED: July 2, 2012                     BINGHAM McCUTCHEN LLP


                                        By:  /s/ Geoffrey M. Howard
                                             Geoffrey M. Howard (*pro hac vice*)
                                        Attorneys for Plaintiffs

DATED: July 2, 2012                     DUANE MORRIS LLP


                                        By:  /s/ Dominica C. Anderson
                                             Dominica C. Anderson (SBN 2988)

                                        Attorneys for CedarCrestone, Inc.



**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 2, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2012, I served via CM/ECF a true and correct copy of the foregoing **STIPULATION AND ORDER** to all parties and counsel as identified on the CM/ECF-generated Notice of Electronic Filing.

*/s/ Jana Dailey*
Jana Dailey
An employee of DUANE MORRIS LLP