| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc., and Oracle International<br>Corp. | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC. a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATRION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual<br><br>Defendants. | Case No. 2: 10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER SUSTAINING ORACLE'S OBJECTION TO ORDER OF DISCOVERY MAGISTRATE DENYING MOTION TO MODIFY PROTECTIVE ORDER** |

After consideration of the briefs and supporting documents submitted by the parties, the Court orders as follows:

1. Oracle's objection to Magistrate Leen's Order, entered at Docket Number 364, is sustained.

2. The Stipulated Protective Order, Docket Number 55 (the "Protective Order"), is modified as follows: Notwithstanding the confidentiality restrictions in the Protective Order that are applicable to discovery produced in this action designated as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only," to the extent provided herein, counsel for Plaintiffs and/or for their affiliates, may use discovery produced in this action by third party CedarCrestone, Inc. ("CedarCrestone"), which has been designated by CedarCrestone as "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only" for purposes of investigating, preparing for, and pursuing litigation, including for copyright infringement, against CedarCrestone.

2. For purposes of paragraphs 8, 9, 10, 11, 12, and 14 of the Protective Order, with respect to discovery provided by CedarCrestone, the terms 'this Action" and "this litigation" shall include litigation between Oracle (and any of its affiliates) and CedarCrestone relating to the discovery produced by CedarCrestone.

3. All other confidentiality restrictions in the Protective Order remain intact.

4. Any party to this Protective Order may move for further modification of the Protective Order to allow for use of, or greater access to, discovery produced in this action that has been designated "Confidential Information" or "Highly Confidential Information - Attorneys' Eyes Only," to prosecute and/or defend the litigation contemplated in paragraph 1 above, and this order is without prejudice to such a motion or opposition to such a motion.

IT IS SO ORDERED.

Dated: _____, 2012          _____