| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | 500 Oracle Parkway<br>M/S 5op7 |
| 10 | kringgenberg@bsfllp.com | Redwood City, CA 94070<br>Telephone: 650.506.4846 |
| 11 | | Facsimile: 650.506.7114<br>dorian.daley@oracle.com |
| 12 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc., and Oracle International | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 13 | Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC. a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATRION, a California corporation,<br><br>        Plaintiffs,<br><br>       v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual<br><br>        Defendants. | Case No. 2: 10-cv-0106-LRH-PAL<br><br>**DECLARATION OF MARJORY A. GENTRY IN SUPPORT OF ORACLE'S OBJECTION TO ORDER OF DISCOVERY MAGISTRATE DENYING MOTION TO MODIFY PROTECTIVE ORDER**<br><br>[REDACTED] |

I, Marjory A. Gentry, declare as follows:

1. I am member of the State Bar of California and an associate at Bingham McCutchen LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (collectively, "Oracle") in this action. I have personal knowledge of the matters stated in this declaration by virtue of my representation of Oracle in this action. If called and sworn as a witness, I could and would competently testify as to such matters.

2. Attached as **Exhibit A** is a true and correct copy of the transcript of the July 3, 2012 Motion Hearing before the Honorable Peggy A. Leen.

3. Exhibits 1309 and 1330, on which CedarCrestone, Inc.'s ("CedarCrestone") corporate representative, Mr. Paul Simmons, was examined at his December 1, 2011 deposition, ███ produced by CedarCrestone.

4. Exhibit 1316, on which Mr. Simmons was examined at his deposition, is ███ that was produced by CedarCrestone.

5. Exhibit 1334, on which Mr. Simmons was examined at his deposition, is ███ that was produced by CedarCrestone.

I declare under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California, on July 23, 2012.

_____
Marjory A. Gentry

GENTRY DECLARATION IN SUPPORT OF ORACLE'S OBJECTION TO ORDER