BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (pro hac vice)
FRED NORTON (pro hac vice)
KIERAN P. RINGGENBERG (pro hac vice)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (pro hac vice)
THOMAS S. HIXSON (pro hac vice)
KRISTEN A. PALUMBO (pro hac vice)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (pro hac vice)
DEBORAH K. MILLER (pro hac vice)
JAMES C. MAROULIS (pro hac vice)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for email delivery, and they are sent that same day in the ordinary course of business.

Today I served the following documents:

ORACLE'S OBJECTION TO ORDER OF DISCOVERY MAGISTRATE DENYING MOTION TO MODIFY PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES [REDACTED] [DOCKET #369]

[PROPOSED] ORDER SUSTAINING ORACLE'S OBJECTION TO ORDER OF DISCOVERY MAGISTRATE DENYING MOTION TO MODIFY PROTECITVE ORDER [DOCKET # 369-1]

DECLARATION OF MARJORY A. GENTRY IN SUPPORT OF ORACLES' OBJECTION TO ORDER OF DISCOVERY MAGISTRATE DENYING MOTION TO MODIFY PROTECTIVE ORDER; EXHIBITS THERETO [REDACTED] [DOCKET # 370]

EXHIBIT A TO DECLARATION OF MARJORY A. GENTRY [DOCKET # 370-1]

ORACLE'S OBJECTION TO ORDER OF DISCOVERY MAGISTRATE DENYING MOTION TO MODIFY PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES [FILED UNDER SEAL] [DOCKET # 371]

DECLARATION OF MARJORY A. GENTRY IN SUPPORT OF ORACLES' OBJECTION TO ORDER OF DISCOVERY MAGISTRATE DENYING MOTION TO MODIFY PROTECTIVE ORDER; EXHIBITS THERETO [FILED UNDER SEAL] [DOCKET # 372]

PLAINTIFFS' MOTION TO SEAL THE UNREDACTED COPIES OF ORACLE'S OBJECTION TO ORDER OF DISCOVERY MAGISTRATE DENYING MOTION TO MODIFY PROTECTIVE ORDER AND THE DECLARATION OF MARJORY A. GENTRY IN SUPPORT THEREOF [DOCKET # 373]

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL THE UNREDACTED COPY OF ORACLE'S OBJECTION TO ORDER OF DISCOVERY MAGISTRATE DENYING MOTION TOM MODIFY PROTECTIVE ORDER AND THE DECLARATION OF MARJORY A. GENTRY IN SUPPORT THEREOF [DOCKET # 373-1]

| | |
|---|---|
| 1 | I served the documents on the persons below, as follows: |
| 2 | Counsel for CedarCrestone, Inc. |

| | |
|---|---|
| Robert T. Gill | Dominica C. Anderson |
| Dale Coggins | Ryan A. Loosvelt |
| **Peabody & Arnold LLP** | **Duane Morris LLP** |
| Federal Reserve Plaza | 100 N. City Parkway, Suite 1560 |
| 600 Atlantic Avenue | Las Vegas, NV 89106 |
| Boston, MA  02210 | Telephone: (702) 868-2600 |
| Telephone: (617) 951-2100 | dcanderson@duanemorris.com |
| RGill@peabodyarnold.com | rloosvelt@duanemorris.com |
| DCoggins@peabodyarnold.com | |

Counsel for Defendants Rimini Street, Inc. and Seth Ravin

| | |
|---|---|
| Mark Tratos | W. West Allen |
| Brandon Roos | **Lewis and Roca LLP** |
| Leslie A.S. Godfrey | 3993 Howard Hughes Parkway, Suite 600 |
| **Greenberg Traurig, LLP** | Las Vegas, Nevada 89169 |
| 3773 Howard Hughes Pkwy | Telephone: (702) 949-8200 |
| Ste 400 North | WAllen@LRLaw.com |
| Las Vegas, NV  89169 | |
| Telephone: (702) 792-3773 | |
| tratosm@gtlaw.com | |
| roosb@gtlaw.com | |
| godfreyl@gtlaw.com | |

| | |
|---|---|
| Robert H. Reckers, Esq. | B. Trent Webb, Esq. |
| **Shook, Hardy & Bacon L.L.P.** | **Shook, Hardy & Bacon L.L.P.** |
| 600 Travis Street, Suite 1600 | 2555 Grand Boulevard |
| Houston, Texas 77002 | Kansas City, Missouri 64108-2613 |
| Telephone: (713) 227-8008 | Telephone: (816) 474-6550 |
| rreckers@shb.com | bwebb@shb.com |

The documents were served pursuant to FRCP 5(b) by sending them by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: July 23, 2012

_Marjory A. Gentry_