| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com<br>eburesh@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | SHOOK, HARDY & BACON LLP |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | ROBERT H. RECKERS (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Houston, Texas 77002<br>Telephone: (713) 227-8008 |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Facsimile: (713) 227-9508<br>rreckers@shb.com |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | LEWIS AND ROCA LLP |
| 10 | kringgenberg@bsfllp.com | W. WEST ALLEN (NV Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600 |
| 11 | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) | Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200 |
| 12 | BREE HANN (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*) | Facsimile: (702) 949-8398<br>WAllen@LRLaw.com |
| 13 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center | GREENBERG TRAURIG |
| 14 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 | MARK G. TRATOS (NV Bar No. 1086)<br>BRANDON ROOS (NV Bar No. 7888) |
| 15 | Facsimile: 415.393.2286<br>geoff.howard@bingham.com | LESLIE GODFREY (NV Bar No. 10229)<br>3773 Howard Hughes Parkway |
| 16 | bree.hann@bingham.com<br>thomas.hixson@bingham.com | Suite 400 North<br>Las Vegas, NV 89169 |
| 17 | kristen.palumbo@bingham.com | Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 |
| 18 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) | tratosm@gtlaw.com<br>roosb@gtlaw.com |
| 19 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION | godfreyl@gtlaw.com |
| 20 | 500 Oracle Parkway<br>M/S 5op7 | Attorneys for Defendants Rimini Street, |
| 21 | Redwood City, CA 94070<br>Telephone: 650.506.4846 | Inc., and Seth Ravin |
| 22 | Facsimile: 650.506.7114<br>dorian.daley@oracle.com | |
| 23 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 24 | | |
| 25 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER TO MODIFY THE CASE SCHEDULE

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | DISTRICT OF NEVADA | |
| 3 | | |

| | | |
|---|---|---|
| 4 | ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 2:10-cv-0106-LRH-PAL |
| 5 | | **STIPULATION AND ORDER TO MODIFY THE CASE SCHEDULE** |
| 6 | | |
| 7 | Plaintiffs, v. | Courtroom: 3B  Judge:  Magistrate Peggy A. Leen |
| 8 | RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual, | |
| 9 | | |
| 10 | Defendants. | |

11

12  Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

13  (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and

14  Seth Ravin ("Ravin") (together, "Rimini" or "Defendants") stipulate as follows and request that

15  the Court enter the [Proposed] Order set forth below.

16  A.  In their June 29, 2012 Joint Case Management Conference Statement, the parties

17  requested that the deadline for dispositive motions be continued one month from July 31, 2012 to

18  August 31, 2012 and informed the Court that if Oracle's Motion for Partial Summary Judgment

19  remains pending, the Parties may request a further extension.

20  B.  On July 3, 2012, as per the Statement, the Court modified the deadline for filing

21  dispositive motions to August 31, 2012.

22  C.  At this time Oracle's Motion for Partial Summary Judgment remains pending

23  before the Court.

24  D.  The parties respectfully request that the Court extend the deadline for dispositive

25  motions until September 14, 2012.  This would not affect any other deadlines in the case.

26  E.  The parties do not anticipate further requests for extension of the deadline for

27  dispositive motions based on the pendency of Oracle's Motion for Partial Summary Judgment.

28

SO STIPULATED AND AGREED.

Dated: August 23, 2012

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Robert H. Reckers<br>Robert H. Reckers, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>rreckers@shb.com | By: /s/ Kieran Ringgenberg<br>Kieran Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to stipulation, it is hereby ORDERED that:

1. The current deadline for dispositive motion is continued until September 14, 2012.

Dated: August 27, 2012

_____
Hon. Peggy A. Leen
United States Magistrate Judge

| | |
|---|---|
| 1 | **<u>ATTESTATION OF FILER</u>** |

2  The signatories to this document are Robert Reckers and me, and I have obtained Mr.
3  Reckers's concurrence to file this document on his behalf.

4

5  Dated:  August 23, 2012                                  BOIES, SCHILLER & FLEXNER LLP

6                                                                    By:    /s/ Kieran Ringgenberg
7                                                                              Kieran Ringgenberg, Esq. (*pro hac vice*)
                                                                                1999 Harrison Street, Suite 900
                                                                                Oakland, CA 94612
8                                                                              Telephone: (510) 874-1000
                                                                                Facsimile: (510) 874-1460
9                                                                              kringgenberg@bsfllp.com

10                                                                  *Attorneys for Plaintiffs*