| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 3400<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com | GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRLaw.com<br><br>*Attorneys for Defendants*<br>*Rimini Street, Inc., and Seth Ravin* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE that the undersigned counsel for Defendants Rimini Street, Inc. and Seth Ravin, has changed his address.

The new contact information for counsel is as follows:

Robert H. Reckers
JPMorgan Chase Tower
600 Travis St., Suite 3400
Houston, TX 77002-2926
Telephone: 713-227-8008
Facsimile 713-227-9508
rreckers@shb.com

5243240 v1

1 DATED this 5th day of September, 2012.

SHOOK, HARDY & BACON

By: \_\_\_\_/s/ Robert H. Reckers_____
Robert H. Reckers, TX Bar No. 24039520
SHOOK, HARDY & BACON L.L.P.
JP Morgan Chase Tower
600 Travis St., Suite 3400
Houston, TX 77002-2926
Telephone: 713-227-8008
Facsimile: 713-227-9508
rreckers@shb.com

B. Trent Webb, MO Bar No. 40778
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile
bwebb@shb.com

*Attorney for Defendants*
*Rimni Street, Inc. and Seth Ravin*

5243240 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of September, 2012, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: ___/s/s Robert H. Reckers_____
    Robert H. Reckers, Esq.

*Attorney for Defendants*
*Rimini Street, Inc., and Seth Ravin*

5243240 v1