1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (*pro hac vice*)
6  FRED NORTON (*pro hac vice*)
   KIERAN P. RINGGENBERG (*pro hac vice*)
7  1999 Harrison Street, Suite 900
   Oakland, CA 94612
8  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
9  sholtzman@bsfllp.com
   fnorton@bsfllp.com
10 kringgenberg@bsfllp.com

11
   Attorneys for Plaintiffs Oracle USA, Inc.,
12 Oracle America, Inc., and Oracle International
   Corp.
13

14

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
BREE HANN (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com
bree.hann@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

15
                    UNITED STATES DISTRICT COURT
16
                         DISTRICT OF NEVADA
17

18 ORACLE USA, INC. a Colorado
   corporation; ORACLE AMERICA,
19 INC., a Delaware corporation; and
   ORACLE INTERNATIONAL
20 CORPORATRION, a California
   corporation,
21
            Plaintiffs,
22
        v.
23
   RIMINI STREET, INC., a Nevada
24 corporation; SETH RAVIN, an
   individual
25
26          Defendants.

27

28

Case No. 2: 10-cv-0106-LRH-PAL

**DECLARATION OF KEVIN M. PAPAY IN
SUPPORT OF PLAINTIFFS' MOTION TO
MODIFY PROTECTIVE ORDER**

1        I, Kevin M. Papay, declare as follows:

2        1.      I am member of the State Bar of California and an associate at Bingham

3 McCutchen LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and

4 Oracle International Corporation (collectively, "Oracle") in this action.  I have personal

5 knowledge of the matters stated in this declaration by virtue of my representation of Oracle in

6 this action.  If called and sworn as a witness, I could and would competently testify as to such

7 matters.

8        2.      Attached as **Exhibit A** is a true and correct copy of the transcript of the July 3,

9 2012 Motion Hearing before the Honorable Peggy A. Leen.

10        3.      Attached as **Exhibit B** is a true and correct copy of Oracle's complaint against

11 CedarCrestone, Inc., which was filed in the Northern District of California on September 5,

12 2012.

13        4.      Attached as **Exhibit C** is a true and correct copy of Oracle's Subpoena to Produce

14 Documents, Information, or Objects Or To Permit Inspection Of Premises, addressed to

15 CedarCrestone.

16        5.      Attached as **Exhibit D** is a true and correct copy of a stipulation, dated July 19,

17 2011, entered into by Oracle, CedarCrestone, and defendant Rimini Street, Inc.

18        6.      Attached as **Exhibit E** is a true and correct copy of the December 1, 2011

19 deposition of CedarCrestone's corporate representative, Paul Simmons.  We have provided

20 boxing where possible to further assist in identifying the information relevant to Oracle's motion.

21        7.      Attached as **Exhibit F** is a true and correct copy of Oracle Deposition Exhibit

22 1301, which was introduced during the December 1, 2011 deposition of CedarCrestone's

23 corporate representative, Paul Simmons.

24        8.      Attached as **Exhibit G** is a true and correct copy of Oracle Deposition Exhibit

25 1304, which was introduced during the December 1, 2011 deposition of CedarCrestone's

26 corporate representative, Paul Simmons.

27        9.      Attached as **Exhibit H** is a true and correct copy of Oracle Deposition Exhibit

28 1305, which was introduced during the December 1, 2011 deposition of CedarCrestone's

1

PAPAY DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER

1   corporate representative, Paul Simmons.

2         10.    Attached as **Exhibit I** is a true and correct copy of Oracle Deposition Exhibit

3   1307, which was introduced during the December 1, 2011 deposition of CedarCrestone's

4   corporate representative, Paul Simmons.

5         11.    Attached as **Exhibit J** is a true and correct copy of Oracle Deposition Exhibit

6   1303, which was introduced during the December 1, 2011 deposition of CedarCrestone's

7   corporate representative, Paul Simmons.

8         12.    Attached as **Exhibit K** is a true and correct copy of Oracle Deposition Exhibit

9   1308, which was introduced during the December 1, 2011 deposition of CedarCrestone's

10  corporate representative, Paul Simmons.

11        13.    Attached as **Exhibit L** is a true and correct copy of Oracle Deposition Exhibit

12  1323, which was introduced during the December 1, 2011 deposition of CedarCrestone's

13  corporate representative, Paul Simmons.

14        14.    Attached as **Exhibit M** is a true and correct copy of Oracle Deposition Exhibit

15  1324, which was introduced during the December 1, 2011 deposition of CedarCrestone's

16  corporate representative, Paul Simmons.

17        I declare under penalty of perjury that the foregoing is true and correct.  Executed

18  in San Francisco, California, on September 7, 2012.

19

20

21  _____
                       Kevin M. Papay

22

23

24

25

26

27

28

2

PAPAY DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER