BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
BREE HANN (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com
bree.hann@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for email delivery, and they are sent that same day in the ordinary course of business.

Today I served the following documents:

PLAINTIFFS' NOTICE OF MOTION AND MOTION TO MODIFY PROTECTIVE ORDER; MEMORANDUM OF POINTS AND AUTHORITIES [DOCKET # 388] [FILED UNDER SEAL]

EXHIBIT E TO THE DECLARATION OF KEVIN M. PAPAY [DOCKET # 389] [FILED UNDER SEAL]

EXHIBIT F TO THE DECLARATION OF KEVIN M. PAPAY [DOCKET # 390] [FILED UNDER SEAL]

EXHIBIT G TO THE DECLARATION OF KEVIN M. PAPAY [DOCKET # 391] [FILED UNDER SEAL]

EXHIBIT H TO THE DECLARATION OF KEVIN M. PAPAY [DOCKET # 392] [FILED UNDER SEAL]

EXHIBIT I TO THE DECLARATION OF KEVIN M. PAPAY [DOCKET # 393] [FILED UNDER SEAL]

EXHIBIT J TO THE DECLARATION OF KEVIN M. PAPAY [DOCKET # 394] [FILED UNDER SEAL]

EXHIBIT K TO THE DECLARATION OF KEVIN M. PAPAY [DOCKET # 395] [FILED UNDER SEAL]

EXHIBIT L TO THE DECLARATION OF KEVIN M. PAPAY [DOCKET # 396] [FILED UNDER SEAL]

EXHIBIT M TO THE DECLARATION OF KEVIN M. PAPAY [DOCKET # 397] [FILED UNDER SEAL]

I served the documents on the persons below, as follows:

//

//

1    Counsel for CedarCrestone, Inc.

2    Robert T. Gill                             Dominica C. Anderson
     Dale Coggins                            Ryan A. Loosvelt
3    **Peabody & Arnold LLP**               **Duane Morris LLP**
4    Federal Reserve Plaza                  100 N. City Parkway, Suite 1560
     600 Atlantic Avenue                   Las Vegas, NV 89106
5    Boston, MA 02210                     Telephone: (702) 868-2600
     Telephone: (617) 951-2100            dcanderson@duanemorris.com
6    RGill@peabodyarnold.com            rloosvelt@duanemorris.com
     DCoggins@peabodyarnold.com
7

8    Counsel for Defendants Rimini Street, Inc. and Seth Ravin

9    Mark Tratos                              W. West Allen
     Brandon Roos                         **Lewis and Roca LLP**
10   Leslie A.S. Godfrey                  3993 Howard Hughes Parkway, Suite 600
     **Greenberg Traurig, LLP**             Las Vegas, Nevada 89169
11   3773 Howard Hughes Pkwy          Telephone: (702) 949-8200
     Ste 400 North                        WAllen@LRLaw.com
12   Las Vegas, NV 89169
     Telephone: (702) 792-3773
13   tratosm@gtlaw.com
     roosb@gtlaw.com
14   godfreyl@gtlaw.com

15

16   Robert H. Reckers, Esq.               B. Trent Webb, Esq.
     **Shook, Hardy & Bacon L.L.P.**        **Shook, Hardy & Bacon L.L.P.**
17   600 Travis Street, Suite 1600          2555 Grand Boulevard
     Houston, Texas 77002               Kansas City, Missouri 64108-2613
18   Telephone: (713) 227-8008          Telephone: (816) 474-6550
     rreckers@shb.com                    bwebb@shb.com
19

20         The documents were served pursuant to FRCP 5(b) by sending them by electronic mail.
     Based on a court order or an agreement of the parties to accept service by e-mail or electronic
21   transmission, I caused the documents to be sent to the persons at the e-mail addresses listed
     above. I did not receive, within a reasonable time after the transmission, any electronic message
22   or other indication that the transmission was unsuccessful.

23
         I declare under penalty of perjury under the laws of the United States of America that the
24   foregoing information contained in the Certificate of Service is true and correct.

25   Date: September 7, 2012

26                                                  _/s/ Kevin M. Papay_
27                                                    Kevin M. Papay

28