UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**AMENDED STIPULATION RE COPYRIGHT REGISTRATIONS AND COPIES**

**AND ORDER THEREON**

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") jointly STIPULATE, through their respective counsel of record, as follows:

**I. DEFINITIONS**

1. The term "Environment" shall refer to an installed copy of Oracle Enterprise Software.

2. The term "Installation Media" shall refer to any CD, DVD, download, electronic file, or similar item that can be or has been used to install Oracle Enterprise Software or Oracle Database Software.

3. The term "Oracle Database Software" shall refer to Oracle's Oracle-branded relational database management software (RDBMS).

4. The term "Oracle Enterprise Software" shall refer to Oracle's J.D. Edwards-branded, PeopleSoft-branded, and Siebel-branded enterprise software.

5. The term "Complete Installations of Environments" includes at least the Environments identified as items 1-280, 282-285, 287-322, 324-333, 335-336, 338-468 in

Second Amended Exhibit B to Oracle's Second Amended Request for Admissions Nos. 239-240, but does not include individual fixes or updates.

6. The term "Complete Installations of Oracle Database Software" includes at least the installations of Oracle Database Software identified in Rimini's Response to Oracle's Interrogatory No. 17.

## II. ORACLE'S COPYRIGHT REGISTRATIONS

7. For the purposes of this action, Defendants will not dispute that the copyright registrations for each of the 100 registered works listed in **Exhibit A** are valid.

8. For the purposes of this action, Defendants will not dispute that Plaintiff Oracle International Corporation became the owner or exclusive licensee of the 100 registered works listed in **Exhibit A** as follows:

| Work (by item number) | OIC became owner or exclusive licensee |
|---|---|
| 95 | March 1, 2002 |
| 1-7, 13-19, 22-29, 33-34, 36-40, 43-46, 49-60, 62-63, 66-70, 75, 77-78 | March 1, 2005 |
| 87-90 | March 1, 2006 |
| 8-12, 20-21, 30-32, 35, 41-42, 47-48, 61, 64-65, 71-74, 76, 79-86, 91-94, 96-100 | at creation of work |

## III. COPIES

9. Oracle grants licenses to Oracle Enterprise Software and Oracle Database Software.

10. Rimini Street does not own any copies of Oracle Enterprise Software or Oracle Database Software.

## IV. WITHDRAWAL OF AFFIRMATIVE DEFENSES

11. Rimini Street agrees to withdraw its First Affirmative Defense, which is directed to the alleged invalidly of Oracle's copyrights for failure to comply with the statutory requirements for copyrightable subject matter.

12. Ravin agrees to withdraw his First Affirmative Defense, which is directed to the alleged invalidly of Oracle's copyrights for failure to comply with the statutory requirements for copyrightable subject matter.

13. Rimini Street agrees to withdraw its Eleventh Affirmative Defense, which is directed to copying protected by the provisions of 17 U.S.C. § 117.

14. Ravin agrees to withdraw his Eleventh Affirmative Defense, which is directed to copying protected by the provisions of 17 U.S.C. § 117.

15. Oracle will not seek fees or costs in connection with Defendants' First or Eleventh Affirmative Defenses withdrawn by this stipulation.

16. Rimini Street does not assert its Seventh Affirmative Defense, which is directed to the doctrines of merger and scènes-á-faire, to copies of Installation Media, Complete Installations of Environments or Complete Installations of Oracle Database Software.

17. Ravin does not assert his Seventh Affirmative Defense, which is directed to the doctrines of merger and scènes-á-faire, to copies of Installation Media, Complete Installations of Environments or Complete Installations of Oracle Database Software.

18. Rimini Street does not assert its Tenth Affirmative Defense, which is directed to copying protected by the doctrine of fair use under the provisions of 17 U.S.C. § 107, as to copies of Installation Media, Complete Installations of Environments or Complete Installations of Oracle Database Software.

19. Ravin does not assert his Tenth Affirmative Defense, which is directed to copying protected by the doctrine of fair use under the provisions of 17 U.S.C. § 107, as to copies of Installation Media, Complete Installations of Environments or Complete Installations of Oracle Database Software.

20. Oracle will not seek fees or costs in connection with Defendants' Seventh and Tenth Affirmative Defenses as to copies of Installation Media, Complete Installations of Environments or Complete Installations of Oracle Database Software.

Dated: September 10, 2012

BINGHAM McCUTCHEN LLP

By: /s/ Geoffrey M. Howard

Geoffrey M. Howard (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com

*Attorneys for Plaintiffs*

SHOOK, HARDY & BACON LLP

By: /s/ Robert H. Reckers

Robert H. Reckers (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

*Attorneys for Defendants*

ORDER

IT IS SO ORDERED.

DATED this 11th day of September, 2012.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

**ATTESTATION OF FILER**

The signatories to this document are myself and Robert Reckers and I have obtained Mr. Reckers's concurrence to file this document on his behalf.

Dated: September 10, 2012

BINGHAM McCUTCHEN LLP

By: /s/ Geoffrey M. Howard

Geoffrey M. Howard (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com

*Attorneys for Plaintiffs*

# EXHIBIT A

| # | Title of Work | Date of Registration | Registration Number |
|---|---|---|---|
| 1. | PeopleTools 7.5 | November 20, 1998 | TX 4-792-578 |
| 2. | PeopleTools 8.10 | September 5, 2000 | TX 5-266-221 |
| 3. | PeopleTools 8.4 | August 5, 2002 | TX 5-586-248 |
| 4. | PeopleTools 8.42 | March 8, 2010 | TX 7-092-406 |
| 5. | PeopleTools 8.43 | March 8, 2010 | TX 7-092-603 |
| 6. | PeopleTools 8.44 | March 8, 2010 | TX 7-092-583 |
| 7. | PeopleTools 8.45 | March 8, 2010 | TX 7-092-617 |
| 8. | PeopleTools 8.46 | March 8, 2010 | TX 7-092-772 |
| 9. | PeopleTools 8.47 | March 8, 2010 | TX 7-092-797 |
| 10. | PeopleTools 8.48 | March 8, 2010 | TX 7-092-819 |
| 11. | PeopleTools 8.49 | March 8, 2010 | TX 7-092-855 |
| 12. | PeopleTools 8.50 | March 8, 2010 | TX 7-092-757 |
| 13. | PeopleSoft HRMS 7.0 | December 15, 1998 | TX 4-792-577 |
| 14. | PeopleSoft HRMS 7.5 | December 15, 1998 | TX 4-792-575 |
| 15. | PeopleSoft 8 HRMS SP1 | March 26, 2001 | TX 5-501-312 |
| 16. | PeopleSoft 8.3 HRMS | February 1, 2002 | TX 5-469-032 |
| 17. | PeopleSoft 8.8 HRMS | June 11, 2004 | TX 6-093-947 |
| 18. | PeopleSoft HRMS 8.8 SP1 | February 10, 2010 | TX 7-065-376 |
| 19. | PeopleSoft HRMS 8.9 | February 10, 2010 | TX 7-065-381 |
| 20. | PeopleSoft HRMS 9.0 | February 10, 2010 | TX 7-065-386 |
| 21. | PeopleSoft HRMS 9.1 | February 10, 2010 | TX 7-065-398 |
| 22. | PeopleSoft 7.0 financials, distribution & manufacturing 7.0 | December 15, 1998 | TX 4-792-576 |
| 23. | PeopleSoft Financials, Distribution & Manufacturing 7.5 | December 15, 1998 | TX 4-792-574 |
| 24. | PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 | November 20, 2000 | TX 5-291-439 |
| 25. | PeopleSoft 8 FIN/SCM SP1 | March 26, 2001 | TX 5-501-313 |
| 26. | PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 | September 27, 2001 | TX 5-456-780 |
| 27. | PeopleSoft 8.4 Financials and Supply Chain Management | August 5, 2002 | TX 5-586-247 |
| 28. | PeopleSoft Financials and Supply Chain Management 8.8 | February 10, 2010 | TX 7-063-688 |
| 29. | PeopleSoft Financials and Supply Chain Management 8.8 SP1 | February 11, 2010 | TX 7-065-319 |
| 30. | PeopleSoft Financials and Supply Chain Management 8.9 | February 11, 2010 | TX 7-065-332 |
| 31. | PeopleSoft Financials and Supply Chain Management 9.0 | February 11, 2010 | TX 7-065-354 |
| 32. | PeopleSoft Financials and Supply Chain Management 9.1 | February 11, 2010 | TX 7-065-357 |
| 33. | PeopleSoft Student Administration Solutions 8.0 SP1 | February 24, 2010 | TX 7-077-447 |
| 34. | PeopleSoft Campus Solutions 8.9 | February 24, 2010 | TX 7-077-451 |
| 35. | PeopleSoft Campus Solutions 9.0 | February 24, 2010 | TX 7-077-460 |
| 36. | PeopleSoft 8 Customer Relationship Management | September 27, 2001 | TX 5-456-777 |
| 37. | PeopleSoft 8.1 Customer Relationship Management | March 20, 2002 | TX 5-493-450 |
| 38. | PeopleSoft 8.8 Customer Relationship Management | June 11, 2004 | TX 6-015-317 |

| | | | |
|---|---|---|---|
| 39. | PeopleSoft Customer Relationship Management 8.8 SP1 | February 10, 2010 | TX 7-063-664 |
| 40. | PeopleSoft Customer Relationship Management 8.9 | February 10, 2010 | TX 7-063-668 |
| 41. | PeopleSoft Customer Relationship Management 9.0 | February 10, 2010 | TX 7-065-371 |
| 42. | PeopleSoft Customer Relationship Management 9.1 | February 10, 2010 | TX 7-063-653 |
| 43. | PeopleSoft 8 EPM SP3 | March 30, 2001 | TX 5-345-698 |
| 44. | PeopleSoft 8.3 Enterprise Performance Management | March 11, 2002 | TX 5-485-839 |
| 45. | PeopleSoft 8.8 Enterprise Performance Management | June 11, 2004 | TX 5-993-616 |
| 46. | PeopleSoft Enterprise Performance Management 8.8 SP2 | February 10, 2010 | TX 7-063-683 |
| 47. | PeopleSoft Enterprise Performance Management 8.9 | February 10, 2010 | TX 7-063-672 |
| 48. | PeopleSoft Enterprise Performance Management 9.0 | February 10, 2010 | TX 7-063-679 |

Table A-1: Registrations for PeopleSoft Applications

| # | Title of Work | Date of Registration | Registration Number |
|---|---|---|---|
| 49. | PeopleTools 8.4 PeopleBooks | August 5, 2002 | TX 5-586-249 |
| 50. | PeopleSoft 8 HRMS PeopleBooks | November 28, 2000 | TX 5-311-638 |
| 51. | PeopleSoft 8.3 HRMS PeopleBooks | February 1, 2002 | TX 5-469-031 |
| 52. | PeopleSoft 8 Financials and Supply Chain Management PeopleBooks | November 28, 2000 | TX 5-311-637 |
| 53. | PeopleSoft 8 FIN/SCM SPI PeopleBooks | October 19, 2001 | TX 5-595-355 |
| 54. | PeopleSoft 8 Promotions Management, Collaborative Supply Management, eRFQ, Supplier Connection, and Supply Chain Portal Pack PeopleBooks | September 27, 2001 | TX 5-456-781 |
| 55. | PeopleSoft 8.4 Financials and Supply Chain Management PeopleBooks | August 5, 2002 | TX 5-586-246 |
| 56. | PeopleSoft 8 Student Administration Solutions PeopleBooks | November 30, 2001 | TX 5-431-290 |
| 57. | PeopleSoft 8 Customer Relationship Management PeopleBooks | September 27, 2001 | TX 5-456-778 |
| 58. | PeopleSoft 8.1 Customer Relationship Management PeopleBooks | March 20, 2002 | TX 5-733-209 |
| 59. | PeopleSoft 8.4 Customer Relationship Management PeopleBooks | August 7, 2002 | TX 5-586-236 |
| 60. | PeopleSoft 8.3 Enterprise Performance Management PeopleBooks | March 11, 2002 | TX 5-485-842 |
| 61. | Database of Documentary Customer Support Materials for PeopleSoft Software | July 1, 2009 | Txu1-607-454 |

Table A-2: Registrations for PeopleSoft PeopleBooks, Updates and Support Materials

| # | Title of Work | Date of Registration | Registration Number |
|---|---|---|---|
| 62. | Initial release of JDE World A7.3 | April 26, 2007 | TX 6-541-029 |

| | | | |
|---|---|---|---|
| 63. | Initial release of JDE World A8.1 | April 26, 2007 | TX 6-541-047 |
| 64. | Initial release of JDE World A9.1 | April 26, 2007 | TX 6-541-030 |
| 65. | Initial release of JDE World A9.2 | January 15, 2010 | TX 7-041-290 |
| 66. | Initial release of JDE EnterpriseOne XE | April 26, 2007 | TX 6-541-033 |
| 67. | Initial release of JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-050 |
| 68. | Initial release of JDE EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-049 |
| 69. | Initial release of JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-038 |
| 70. | Initial release of JDE EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-028 |
| 71. | Initial release of JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-040 |
| 72. | Initial release of JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-041 |
| 73. | Initial release of JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-256 |

Table A-3: Registrations for JD Edwards Applications

| # | Title of Work | Date of Registration | Registration Number |
|---|---|---|---|
| 74. | Cumulative Update 16 for JDE World A7.3 | April 26, 2007 | TX 6-541-031 |
| 75. | Cumulative Update 6 for JDE World A8.1 | May 1, 2007 | TX 6-545-421 |
| 76. | Code Change for JDE World A8.1 | April 26, 2007 | TX 6-541-044 |
| 77. | Cumulative Update 8 for JDE EnterpriseOne Xe | April 26, 2007 | TX 6-541-048 |
| 78. | Cumulative Update 1 for JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-034 |
| 79. | Cumulative Update 2 for JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-032 |
| 80. | Cumulative Update 1 for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-039 |
| 81. | ESU for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-027 |
| 82. | Cumulative Update 1 for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-042 |
| 83. | Cumulative Update 3 for JDE EnterpriseOne 8.12 | January 15, 2010 | TX 7-041-278 |
| 84. | ESU for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-045 |
| 85. | Cumulative Update 1 for JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-267 |
| 86. | Database of Documentary Customer Support Materials for J.D. Edwards Software | July 1, 2009 | TXu1-607-455 |

Table A-4: Registrations for JD Edwards Cumulative Updates, Updates and Support Materials

| # | Title of Work | Date of Registration | Registration Number |
|---|---|---|---|
| 87. | Siebel 6.3 Initial Release and Documentation | June 29, 2009 | TX 6-941-989 |
| 88. | Siebel 7.0.5 Initial Release and Documentation | June 29, 2009 | TX 6-941-988 |
| 89. | Siebel 7.5.2 Initial Release and Documentation | June 29, 2009 | TX 6-941-990 |
| 90. | Siebel 7.7.1 Initial Release and Documentation | June 29, 2009 | TX 6-941-993 |
| 91. | Siebel 7.8 Initial Release and Documentation | June 29, 2009 | TX 6-941-995 |
| 92. | Siebel 8.0 Initial Release and Documentation | June 29, 2009 | TX 6-942-000 |
| 93. | Siebel 8.1.1 Initial Release and Documentation | June 29, 2009 | TX 6-942-001 |

Table A-5: Registrations for Siebel Applications

| # | Title of Work | Date of Registration | Registration Number |
|---|---|---|---|
| 94. | Database of Documentary Customer Support Materials for Siebel Software | July 1, 2009 | Txu1-607-453 |

Table A-6: Registrations for Siebel Updates and Support Materials

| # | Title of Work | Date of Registration | Registration Number |
|---|---|---|---|
| 95. | Oracle 8i Enterprise Edition, release 2 (8.1.6) | February 2, 2001 | TX 5-222-106 |
| 96. | Oracle 9i Database Enterprise: Edition Release 2 | June 13, 2003 | TX 5-673-282 |
| 97. | Oracle Database 10g: Release 1 | January 16, 2009 | TX 6-938-648 |
| 98. | Oracle Database 10g: Release 2 | June 29, 2009 | TX 6-942-003 |
| 99. | Oracle Database 11g Release 1 | March 24, 2011 | TX 7-324-157 |
| 100. | Oracle Database 11g Release 2 | March 24, 2011 | TX 7-324-158 |

Table A-7: Registrations for Oracle Database