| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | BREE HANN (*pro hac vice*)<br>Three Embarcadero Center |
| 4 | rpocker@bsfllp.com | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Facsimile:  415.393.2286<br>geoff.howard@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | bree.hann@bingham.com |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 10 | kringgenberg@bsfllp.com | 500 Oracle Parkway<br>M/S 5op7 |
| 11 | | Redwood City, CA 94070 |
| 12 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc., and Oracle International<br>Corp. | Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com |
| 13 | | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 18 | ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 2: 10-cv-0106-LRH-PAL |
| 19-20 | | **ORDER GRANTING PLAINTIFFS' MOTION TO SEAL UNREDACTED COPY OF PLAINTIFFS' MOTION TO MODIFY PROTECTIVE ORDER AND EXHIBITS E, F, G, H, I, J, K, L, AND M TO THE DECLARATION OF KEVIN M. PAPAY** |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23-24 | RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual | |
| 25 | Defendants. | |

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (together "Oracle" or "Plaintiffs") Motion to Seal Unredacted Copy of Plaintiffs' Motion to Modify Protective Order [Dkt. 388] and Exhibit E [Dkt.389], Exhibit F [Dkt. 390], Exhibit G [Dkt. 391], Exhibit H [Dkt. 392], Exhibit I [Dkt. 393], Exhibit J [Dkt. 394], Exhibit K [Dkt. 395], Exhibit L [Dkt. 396], and Exhibit M [Dkt. 397] to the Declaration of Kevin M. Papay.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c).  Having considered Plaintiffs' Motion to Seal, compelling reasons having been shown, and good cause existing:

IT IS HEREBY ORDERED THAT Plaintiffs' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the unredacted copy of Plaintiffs' Motion to Modify Protective Order and Exhibits E, F, G, H, I, J, K, L, and M to the Declaration of Kevin M. Papay in Support of Plaintiffs' Motion to Modify Protective Order.

IT IS SO ORDERED.


DATED:   Ugrvgodgt"36."2012



By: _____
Peggy A. Leen
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PLAINTIFFS'
MOTION TO MODIFY PROTECTIVE ORDER AND EXHIBITS TO SUPPORTING DECLARATION