1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (*pro hac vice*)
6  FRED NORTON (*pro hac vice*)
   KIERAN P. RINGGENBERG (*pro hac vice*)
7  1999 Harrison Street, Suite 900
   Oakland, CA 94612
8  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
9  sholtzman@bsfllp.com
   fnorton@bsfllp.com
10 kringgenberg@bsfllp.com

11

12

13 Attorneys for Plaintiffs Oracle USA, Inc.,
   Oracle America, Inc. and Oracle International
14 Corp.

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, <br><br> Defendants. | Case No  2:10-cv-0106-LRH-PAL <br><br> **DECLARATION OF MANU PRADHAN IN SUPPORT OF ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1    I, Manu Pradhan, declare as follows:

2       1.      I am an attorney at Bingham McCutchen, counsel of record in this action for

3   Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively,

4   "Oracle").  I have personal knowledge of the facts set forth in this declaration and would

5   competently testify to them if called upon to do so.

6       2.      The Exhibits referenced below are all attached to the Appendix of Exhibits Cited

7   In Support of Oracle's Second Motion for Partial Summary Judgment (the "Appendix").  These

8   Exhibits are all true and correct copies of pages or excerpts from final deposition transcripts, or

9   from exhibits used in depositions, or from documents produced by the parties or a third party, or

10   from pleadings filed in this action, or from written discovery to or from Defendant Rimini Street,

11   Inc. ("Rimini"), or from letters exchanged between counsel for the parties, or from news articles,

12   Rimini press releases or other materials publicly available and accessed via the internet.  To

13   minimize bulk, for ease of use, and to the extent possible without losing context, only the

14   relevant pages and information are included in these Exhibits.  We have provided highlighting

15   and/or boxing where possible to further assist in identifying the information relevant to Oracle's

16   motion.

17       3.      Attached to the Appendix as Exhibit 1 is a true and correct copy of relevant

18   excerpts of Rimini's Supplemental Objections and Responses to Plaintiff's Interrogatories Nos.

19   7, 15, 28, 29, and 30, dated December 19, 2011.

20       4.      Attached to the Appendix as Exhibit 2 is a true and correct copy of a document

21   Oracle produced to Rimini as part of discovery in this action, endorsed with the Bates-numbers

22   ORCLRS1313250-59.

23       5.      Attached to the Appendix as Exhibit 3 is a true and correct copy of a document

24   Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

25   RSI06698450-53, and introduced as Oracle Deposition Exhibit 807 during the November 11,

26   2011 deposition of George Lester.

27

28

DECLARATION OF MANU PRADHAN IN SUPPORT OF ORACLE'S
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1      6.      Attached to the Appendix as <u>Exhibit 4</u> is a true and correct copy of a document

2  Oracle produced to Rimini as part of discovery in this action, endorsed with the Bates-numbers

3  ORCLRS0353011-12.

4      7.      Attached to the Appendix as <u>Exhibit 5</u> is a true and correct copy of Oracle

5  Deposition Exhibit 808, which was introduced during the November 11, 2011 deposition of

6  George Lester.

7      8.      Attached to the Appendix as <u>Exhibit 6</u> is a true and correct copy of relevant

8  excerpts of the transcript of the November 12, 2009 deposition of Richard Allison taken in the

9  action captioned *Oracle Corp., et al. v. SAP AG, et al.*, Case No. 07-CV-1658 (PJH) (N.D. Cal.).

10     9.      Attached to the Appendix as <u>Exhibit 7</u> is a true and correct copy of relevant

11 excerpts of the transcript of the November 11, 2011 deposition of George Lester.

12     10.     Attached to the Appendix as <u>Exhibit 8</u> are true and correct copies of screenshots

13 taken of the Oracle Technology Network ("OTN") website, as accessed on August 14, 2012.  As

14 reflected in the Exhibit, Page 1 contains links for users to download Oracle Database software,

15 and the statement that "You must accept the **OTN License Agreement** to download this

16 software."  Page 2 of the Exhibit accurately reflects that clicking on the words "OTN License

17 Agreement" directs the user to a window containing the "Oracle Technology Network Developer

18 License."

19     11.     Attached to the Appendix as <u>Exhibit 9</u> is a true and correct copy of relevant

20 excerpts of the transcript of the October 5, 2011 deposition of Krista Williams.

21     12.     Attached to the Appendix as <u>Exhibit 10</u> is a true and correct copy of Oracle

22 Deposition Exhibit 470, which was introduced during the October 5, 2011 deposition of Krista

23 Williams.

24     13.     Attached to the Appendix as <u>Exhibit 11</u> is a true and correct copy of relevant

25 excerpts of the transcript of the May 10, 2011 deposition of Douglas Baron.

26     14.     Attached to the Appendix as <u>Exhibit 12</u> is a true and correct copy of relevant

27 excerpts of the transcript of the March 17, 2011 Rule 30(b)(6) deposition of Beth Lester.

28     15.     Attached to the Appendix as <u>Exhibit 13</u> is a true and correct copy of relevant

1    excerpts of a document Rimini produced to Oracle as part of discovery in this action, which

2    Rimini endorsed with the Bates-number RSI00910435.  For identification purposes, Oracle has

3    endorsed this specific excerpt with the Bates-number ORCLRS-RSI00910435_02348.

4        16.      Attached to the Appendix as <u>Exhibit 14</u> is a true and correct copy of relevant

5    excerpts of Oracle Deposition Exhibit 74, which was introduced during the March 17, 2011

6    deposition of Beth Lester.

7        17.      Attached to the Appendix as <u>Exhibit 15</u> is a true and correct copy of relevant

8    excerpts of the transcript of the September 27, 2011 deposition of John Whittenbarger.

9        18.      Attached to the Appendix as <u>Exhibit 16</u> is a true and correct copy of relevant

10    excerpts of the transcripts of the November 17 and 18, 2011 depositions of Seth Ravin.

11        19.      Attached to the Appendix as <u>Exhibit 17</u> is a true and correct copy of relevant

12    excerpts of Oracle Deposition Exhibit 929, which was introduced during the November 18, 2011

13    deposition of Seth Ravin.

14        20.      Attached to the Appendix as <u>Exhibit 18</u> is a true and correct copy of Rimini's

15    First Supplemental Objections and Responses to Plaintiffs' Interrogatories 17, 18, and 26, dated

16    September 19, 2011.

17        21.      Attached to the Appendix as <u>Exhibit 19</u> is a true and correct copy of Attachment

18    A to Rimini's First Supplemental Objections and Responses to Plaintiffs' Interrogatories 17, 18,

19    and 26.

20        22.      Attached to the Appendix as <u>Exhibit 20</u> is a true and correct copy of Attachment

21    B to Rimini's First Supplemental Objections and Responses to Plaintiffs' Interrogatories 17, 18,

22    and 26.

23        23.      Attached to the Appendix as <u>Exhibit 21</u> is a true and correct copy of First

24    Supplemented Attachment C to Rimini's First Supplemental Objections and Responses to

25    Plaintiffs' Interrogatories 17, 18, and 26, along with a true and correct copy of the March 12,

26    2012 cover letter from Rimini's counsel, Robert H. Reckers.

27        24.      Attached to the Appendix as <u>Exhibit 22</u> is a true and correct copy of Oracle's First

28    Set of Requests for Admissions to Rimini, which Oracle served on Rimini on August 26, 2011.

1        25.      Attached to the Appendix as <u>Exhibit 23</u> is a true and correct copy of Rimini's

2   Responses and Objections to Oracle's First Set of Requests for Admissions to Rimini, dated

3   September 28, 2011.

4        26.      Attached to the Appendix as <u>Exhibit 24</u> is a true and correct copy of relevant

5   excerpts of the transcript of the June 15, 2012 deposition of David Klausner.

6        27.      Attached to the Appendix as <u>Exhibit 25</u> is a true and correct copy of a document

7   Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-number

8   RSI02519754.

9        28.      Attached to the Appendix as <u>Exhibit 26</u> is a true and correct copy of a document

10   Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

11   RSI03920019-20.

12        29.      Attached to the Appendix as <u>Exhibit 27</u> is a true and correct copy of relevant

13   excerpts of the transcript of the June 8, 2011 deposition of Ray Grigsby.

14        30.      Attached to the Appendix as <u>Exhibit 28</u> is a true and correct copy of Oracle

15   Deposition Exhibit 183, which was introduced during the June 8, 2011 deposition of Ray

16   Grigsby.

17        31.      Attached to the Appendix as <u>Exhibit 29</u> is a true and correct copy of a document

18   Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-number

19   RSI06800276.

20        32.      Attached to the Appendix as <u>Exhibit 30</u> is a true and correct copy of Oracle's

21   Fifth Set of Interrogatories to Rimini, without the exhibits thereto, which Oracle served on

22   Rimini on May 25, 2011.

23        33.      Attached to the Appendix as <u>Exhibit 31</u> is a true and correct copy of Rimini's

24   Third Supplemental Response to Oracle's Interrogatories Nos. 20-22, dated February 6, 2012.

25        34.      Attached to the Appendix as <u>Exhibit 32</u> is a true and correct copy of Rimini's

26   First Supplemented Exhibit 1A-3 to Rimini's Third Supplemental Response to Oracle's

27   Interrogatories Nos. 20-22, along with a true and correct copy of the March 9, 2012 cover letter

28   from Rimini's counsel, Robert H. Reckers.

35.     Attached to the Appendix as <u>Exhibit 33</u> is a true and correct copy of relevant excerpts of the transcript of the September 16, 2011 Rule 30(b)(6) deposition of Douglas Zorn.

36.     Attached to the Appendix as <u>Exhibit 34</u> is a true and correct copy of relevant excerpts of Oracle Deposition Exhibit 418, which was introduced during the September 16, 2011 Rule 30(b)(6) deposition of Douglas Zorn.

37.     Attached to the Appendix as <u>Exhibit 35</u> is a true and correct copy of relevant excerpts of the transcript of the July 21, 2011 deposition of Michael Davichick.

38.     Attached to the Appendix as <u>Exhibit 36</u> is a true and correct copy of relevant excerpts of Oracle Deposition Exhibit 281, which was introduced during the July 21, 2011 deposition of Michael Davichick.

39.     Attached to the Appendix as <u>Exhibit 37</u> is a true and correct copy of relevant excerpts of Oracle Deposition Exhibit 293, which was introduced during the July 21, 2011 deposition of Michael Davichick.

40.     Attached to the Appendix as <u>Exhibit 38</u> is a true and correct copy of a document Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-number RSI04026526.

41.     Attached to the Appendix as <u>Exhibit 39</u> is a true and correct copy of a May 16, 2012 Rimini press release titled "Rimini Street Appoints Ed Schaffer Chief Financial Officer," accessed on September 12, 2012 and available at http://www.riministreet.com/news.php?id=1036.

42.     Attached to the Appendix as <u>Exhibit 40</u> is a true and correct copy of relevant excerpts of the transcript of the August 24, 2010 Rule 30(b)(6) deposition of Brian Slepko.

43.     Attached to the Appendix as <u>Exhibit 41</u> is a true and correct copy of relevant excerpts of the transcript of the December 16, 2011 Rule 30(b)(6) deposition of Brian Slepko.

44.     Attached to the Appendix as <u>Exhibit 42</u> is a true and correct copy of a document Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers RSI03611439-41.

DECLARATION OF MANU PRADHAN IN SUPPORT OF ORACLE'S
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1      45.      Attached to the Appendix as <u>Exhibit 43</u> is a true and correct copy of a document

2  Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

3  RSI06698785-87.

4      46.      Attached to the Appendix as <u>Exhibit 44</u> is a true and correct copy of a document

5  Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

6  RSI06800738-53.

7      47.      Attached to the Appendix as <u>Exhibit 45</u> is a true and correct copy of a document

8  Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

9  RSI06800798-816.

10      48.      Attached to the Appendix as <u>Exhibit 46</u> is a true and correct copy of a document

11  third party AmeriGas Propane L.P. produced in response to a subpoena issued by Oracle in this

12  action and endorsed with the Bates-numbers AMERIGAS-SUB00021-36.

13      49.      Attached to the Appendix as <u>Exhibit 47</u> is a true and correct copy of a document

14  Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

15  RSI00004876-89.

16      50.      Attached to the Appendix as <u>Exhibit 48</u> is a true and correct copy of a document

17  Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

18  RSI00002945-59.

19      51.      Attached to the Appendix as <u>Exhibit 49</u> is a true and correct copy of a document

20  Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

21  RSI00002103-19.

22      52.      Attached to the Appendix as <u>Exhibit 50</u> is a true and correct copy of a document

23  Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

24  RSI00004762-77.

25      53.      Attached to the Appendix as <u>Exhibit 51</u> is a true and correct copy of a document

26  Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

27  RSI06801336-51.

28

DECLARATION OF MANU PRADHAN IN SUPPORT OF ORACLE'S
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

54.     Attached to the Appendix as <u>Exhibit 52</u> is a true and correct copy of a document Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers RSI00183503-36.

55.     Attached to the Appendix as <u>Exhibit 53</u> is a true and correct copy of a document Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers RSI00004476-95.

56.     Attached to the Appendix as <u>Exhibit 54</u> is a true and correct copy of a document third party Smurfit Stone Container Corporation produced in response to a subpoena issued by Oracle in this action and endorsed with the Bates-numbers SMURFIT-SUB00003-18.

57.     Attached to the Appendix as <u>Exhibit 55</u> is a true and correct copy of an October 3, 2011 Rimini press release titled "Rimini Street Expands Industry-Leading Support Offering to Cover Oracle Database," accessed on September 13, 2012 and available at http://www.rimini street.com/news.php?id=1001

58.     Attached to the Appendix as <u>Exhibit 56</u> is a true and correct copy of Rimini's Objections and Responses to Oracle's Eighth Set of Interrogatories, dated November 16, 2011.

59.     Attached to the Appendix as <u>Exhibit 57</u> is a true and correct copy of a document Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers RSI03232060-62.

60.     Attached to the Appendix as <u>Exhibit 58</u> is a true and correct copy of a document Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers RSI03232063-73.

61.     Attached to the Appendix as <u>Exhibit 59</u> is a true and correct copy of relevant excerpts of the transcript of the July 21, 2010 deposition of Seth Ravin taken in the action captioned *Oracle Corp., et al. v. SAP AG, et al.*, Case No. 07-CV-1658 (PJH) (N.D. Cal.).

62.     Attached to the Appendix as <u>Exhibit 60</u> is a true and correct copy of a document Oracle produced to Rimini as part of discovery in this action, endorsed with the Bates-numbers ORCLRS1325165-66.

63.     Attached to the Appendix as <u>Exhibit 61</u> is a true and correct copy of Oracle Deposition Exhibit 458, which was introduced during the September 27, 2011 deposition of John Whittenbarger.

64.     Attached to the Appendix as <u>Exhibit 62</u> is a true and correct copy of Oracle Deposition Exhibit 459, which was introduced during the September 27, 2011 deposition of John Whittenbarger.

65.     Attached to the Appendix as <u>Exhibit 63</u> is a true and correct copy of relevant excerpts of the transcript of the December 15, 2011 deposition of Brian Slepko.

66.     Attached to the Appendix as <u>Exhibit 64</u> is a true and correct copy of relevant excerpts of the transcript of the June 24, 2011 deposition of Dennis Chiu.

67.     Attached to the Appendix as <u>Exhibit 65</u> is a true and correct copy of Rimini Deposition Exhibit 41, which was introduced during the May 12, 2011 deposition of John Marandola.

68.     Attached to the Appendix as <u>Exhibit 66</u> is a true and correct copy of Oracle Deposition Exhibit 1558, which was introduced during the December 15, 2011 deposition of Brian Slepko.

69.     Attached to the Appendix as <u>Exhibit 67</u> is a true and correct copy of Oracle Deposition Exhibit 276, which was introduced during the June 24, 2011 deposition of Dennis Chiu.

70.     I am familiar with Rimini's discovery requests in this case, including its document requests and interrogatories to Oracle and any third party discovery that Rimini sought.  I am also familiar with the depositions that Rimini sought and took in this case and with the deposition testimony of the Oracle witnesses and third party witnesses Rimini deposed in this case.

71.     Rimini never sought documents or any other discovery from Pat Phelan or Gartner Research.  Rimini never sought to take nor took the deposition of Pat Phelan (or any witness from Gartner Research), Deborah Hellinger, James McLeod, Kerry Fogarty (or any witness from Liz Claiborne, Inc.).

1      72.     Rimini did not ask any Oracle witness at deposition or serve Oracle with any

2 written discovery about (a) the Alleged Defamatory Statement 1 that is described in Undisputed

3 Fact No. 77 in the accompanying Statement of Undisputed Facts In Support of Oracle's Second

4 Motion for Partial Summary Judgment ("SUF") or (b) any alleged statement that any Oracle

5 employee made to Pat Phelan of Gartner Research about Rimini.  In particular, Rimini did not

6 ask any Oracle witness at deposition or serve Oracle with any written discovery about (a) any

7 specific statement by an Oracle employee to Ms. Phelan about Rimini or (b) the identity or state

8 of mind of the Oracle employee who made the alleged "insinuation" that Rimini describes in its

9 First Supplemental Response to Plaintiffs' Interrogatory No. 16 (Exhibit 68 hereto).

10      73.     None of Rimini's written discovery to Oracle asked about Deborah Hellinger's

11 statements to the press that are referenced in Rimini's First Supplemental Response to Plaintiffs'

12 Interrogatory No. 16 (Exhibit 68 hereto) and described in Undisputed Fact No. 83 in the

13 accompanying SUF.  Rimini's counsel also did not ask any witness at deposition about Ms.

14 Hellinger's statements to the press that are referenced in Rimini's First Supplemental Response

15 to Plaintiffs' Interrogatory No. 16 (Exhibit 68 hereto) and described in Undisputed Fact No. 83

16 in the accompanying SUF.

17      74.     None of Rimini's written discovery to Oracle asked about Oracle employee James

18 McLeod's January 30, 2010 email to Kerry Fogarty of Liz Claiborne, Inc. that is referenced in

19 Rimini's First Supplemental Response to Plaintiffs' Interrogatory No. 16 (Exhibit 68 hereto) and

20 described in Undisputed Fact No. 87 in the accompanying SUF.  Rimini's counsel also did not

21 ask any witness at deposition about Mr. McLeod's January 30, 2010 email to Ms. Fogarty.

22      75.     I am familiar with the names of the Oracle employees Rimini designated as

23 custodians from whom documents should be produced in response to Rimini's document

24 requests in this case.  Rimini did not designate Deborah Hellinger as an Oracle custodian whose

25 documents should be produced.

26      76.     Attached to the Appendix as <u>Exhibit 68</u> is a true and correct copy of Rimini's

27 First Supplemental Response to Plaintiffs' Interrogatory No. 16, dated May 18, 2011.

28

DECLARATION OF MANU PRADHAN IN SUPPORT OF ORACLE'S
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1    77.    Attached to the Appendix as <u>Exhibit 69</u> is a true and correct copy of a letter that

2    my colleague Bree Hann sent to Rimini's counsel, Robert Reckers, on April 19, 2011.

3    78.    Attached to the Appendix as <u>Exhibit 70</u> is a true and correct copy of a letter dated

4    May 2, 2011 from Rimini's counsel, Ryan Dykal, to Ms. Hann.

5    79.    Attached to the Appendix as <u>Exhibit 71</u> is a true and correct copy of a letter my

6    colleague, Kristen Palumbo, sent to Rimini's counsel, Robert Reckers, on February 14, 2012.

7    80.    Attached to the Appendix as <u>Exhibit 72</u> is a true and correct copy of Mr. Reckers'

8    March 12, 2012 response to Ms. Palumbo's February 14, 2012 letter.

9    81.    Attached to the Appendix as <u>Exhibit 73</u> is a true and correct copy of relevant

10   excerpts of the transcript of the January 5, 2012 deposition of Juan Jones.

11   82.    Attached to the Appendix as <u>Exhibit 75</u> is a true and correct copy of a document

12   third party Liz Claiborne, Inc. produced in response to a subpoena issued by Oracle in this action

13   and endorsed with the Bates-numbers LC-SUB00087-88.

14   83.    Attached to the Appendix as <u>Exhibit 76</u> is a true and correct copy of an article

15   authored by John Letzing entitled "Upstart fires back at Oracle in legal battle," dated March 29,

16   2010, that was published on the website Marketwatch.com and is available at

17   http://articles.marketwatch.com/2010-03-29/industries/30753875_1_tomorrownow-rimini-street-

18   oracle.

19   84.    Attached to the Appendix as <u>Exhibit 77</u> is a true and correct copy of an article

20   authored by Chris Kanaracus entitled "Rimini Street files countersuit against Oracle," dated

21   March 29, 2010, that was published on the website Computerworld.com and is available at

22   http://www.computerworld.com/s/article/9174335/Rimini_Street_files_countersuit_against_Orac

23   le.

24   85.    Attached to the Appendix as <u>Exhibit 78</u> is a true and correct copy of an article

25   authored by David Bank entitled "Oracle Will Fact New Competitor For Siebel Users," dated

26   March 5, 2005, that was published on Wall Street Journal's website, WSJ.com, and is available

27   at http://online.wsj.com/article/SB112709752009444580.html.  The highlighting that appears on

28

11

1    the Exhibit has been added to assist in identifying the information in the article relevant to

2    Oracle's motion.

3         86.    Attached to the Appendix as <u>Exhibit 79</u> is a true and correct copy of relevant

4    excerpts of Oracle Deposition Exhibit 913, which was introduced during the November 17, 2011

5    deposition of Seth Ravin.  The highlighting that appears on the Exhibit has been added to assist

6    in identifying the information in the document relevant to Oracle's motion.

7         87.    Attached to the Appendix as <u>Exhibit 80</u> is a true and correct copy of an article

8    authored by Stacy Cowley entitled "Solution Providers: Oracle Suing Over Standard Industry

9    Practice," dated March 23, 2007, that was published on CRN.com and is available at

10   http://www.crn.com/news/applications-os/198500506/solution-providers-oracle-suing-sap-over-

11   standard-industry-practice.htm.  The highlighting that appears on the Exhibit has been added to

12   assist in identifying the information in the article relevant to Oracle's motion.

13        88.    Attached to the Appendix as <u>Exhibit 81</u> is a true and correct copy of an article

14   authored by Frank Scavo entitled "Oracle/SAP lawsuit: view from Rimini Street," dated March

15   27, 2007, that was published on The Enterprise System Spectator, fscavo.blogspot.com and is

16   available at fscavo.blogspot.com/2007/03/oraclesap-lawsuitview-from-rimini.html.  The

17   highlighting that appears on the Exhibit has been added to assist in identifying the information in

18   the document relevant to Oracle's motion.

19        89.    Attached to the Appendix as <u>Exhibit 82</u> is a true and correct copy of an article

20   authored by Renee Boucher Ferguson entitled "Oracles Suit Against SAP Raises Customer

21   Concerns," dated July 12, 2007, published on eWeek.com and available at

22   http://www.eweek.com/c/a/Enterprise-Applications/Oracles-Suit-Against-SAP-Raises-Customer-

23   Concerns/.  The highlighting that appears on the Exhibit has been added to assist in identifying

24   the information in the article relevant to Oracle's motion.

25        90.    Attached to the Appendix as <u>Exhibit 83</u> is a true and correct copy of an article

26   authored by Thomas Wailgum entitled "Oracle v. SAP Legal Fight Gets Messier, Raises Tough

27   Questions About Third-Party Maintenance," dated April 25, 2008, published on CIO.com and

28

DECLARATION OF MANU PRADHAN IN SUPPORT OF ORACLE'S
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1   available at www.cio.com/article/print/341763.  The highlighting that appears on the Exhibit has

2   been added to assist in identifying the information in the article relevant to Oracle's motion.

3          91.      Attached to the Appendix as <u>Exhibit 84</u> is a true and correct copy of a March 29,

4   2010 Rimini press release titled "Rimini Street Sues Oracle," accessed on September 12, 2012

5   and available at www.riministreet.com/news.php?id=883.  The highlighting that appears on the

6   Exhibit has been added to assist in identifying the information in the press release relevant to

7   Oracle's motion.

8          92.      Attached to the Appendix as <u>Exhibit 85</u> is a true and correct copy of a document

9   Oracle produced to Rimini as part of discovery in this action, endorsed with the Bates-numbers

10   ORCLRS1339488-92.  The highlighting that appears on the Exhibit has been added to assist in

11   identifying the information in the document relevant to Oracle's motion.

12          93.      Attached to the Appendix as <u>Exhibit 86</u> is a true and correct copy of a document

13   Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

14   RSI03634978-79.

15          94.      Attached to the Appendix as <u>Exhibit 87</u> is a true and correct copy of a document

16   Rimini produced to Oracle as part of discovery in this action, endorsed with the Bates-numbers

17   RSI00024720-48.

18          95.      Attached to the Appendix as <u>Exhibit 88</u> is a true and correct copy of Oracle

19   Deposition Exhibit 905, which was introduced during the November 17, 2011 deposition of Seth

20   Ravin, along with a true and correct copy of an excerpt from the transcript of Mr. Ravin's

21   November 17, 2011 deposition that relates to Oracle Deposition Exhibit 905.

22          96.      Attached to the Appendix as <u>Exhibit 89</u> is a true and correct copy of an excerpt of

23   Oracle Deposition Exhibit 432, which was introduced during the September 16, 2011 Rule

24   30(b)(6) deposition of Douglas Zorn.

25          97.      Attached to the Appendix as <u>Exhibit 90</u> is a true and correct copy of a Cheuvreux

26   Credit Agricole Group company report on SAP, dated July 15, 2010.  The document was

27   produced by Oracle during the course of expert discovery, endorsed with the Bates-numbers

28   ORCLRSX-DEAN-00175-222.

1    98.    Attached to the Appendix as <u>Exhibit 91</u> is a true and correct copy of a

2    PiperJaffray Investment research report entitled "Third Party Support: Not The End Of Software

3    Maintenance, But A Profound Change," dated July 2011.  The document was produced by

4    Oracle during the course of expert discovery, endorsed with the Bates-numbers ORCLRSX-

5    DEAN-00230-65.

6    99.    Attached to the Appendix as <u>Exhibit 92</u> is a true and correct copy of a January 11,

7    2012 Rimini press release titled "Rimini Street Reports Record Fourth Quarter and Record Full-

8    Year 2011 Results," accessed on September 12, 2012 and available at

9    http://www.riministreet.com/news.php?id=1017.

10    100.    Attached to the Appendix as <u>Exhibit 93</u> is a true and correct copy of the webpage

11    www.riministreet.com/clients_overview.php from Rimini Street's website, accessed on

12    September 12, 2012.

13    101.    Attached to the Appendix as <u>Exhibit 94</u> are true and correct copies of Rimini's

14    Response to Oracle's Interrogatory No. 27 and Exhibit A to Rimini's Response to Oracle's

15    Interrogatory No. 27.

16    102.    Attached to the Appendix as <u>Exhibit 95</u> is a true and correct copy of relevant

17    excerpts of Oracle's Complaint for Damages and Injunctive Relief, filed in this action on January

18    25, 2010 (Dkt. No. 1).

19    103.    Attached to the Appendix as <u>Exhibit 96</u> is a true and correct copy of relevant

20    excerpts of Rimini Street's Answer To Oracle's Second Amended Complaint And First

21    Amended Counterclaim, filed in this action on June 16, 2011 (Dkt. No. 153).

22

23    I declare under penalty of perjury under the laws of the United States that the foregoing is

24    true and correct and that this declaration is executed at San Francisco, California, on September

25    14, 2012.

26

27    _/s/ Manu Pradhan_____
     Manu Pradhan

28

DECLARATION OF MANU PRADHAN IN SUPPORT OF ORACLE'S
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT