BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
BREE HANN (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com
bree.hann@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF DEBORAH HELLINGER IN SUPPORT OF ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT** |

1   I, Deborah Hellinger, declare as follows:

2   1.   I am an employee of Oracle America, Inc., in the position of Senior Director of Corporate Communications. I submit this declaration in support of Oracle's Second Motion for Partial Summary Judgment. I have personal knowledge of the matters stated in this declaration and, if called and sworn as a witness, I could and would competently testify as to such matters.

3   2.   As Senior Director of Corporate Communications, my job responsibilities include acting as a spokesperson for Oracle and responding to press inquiries on behalf of Oracle.

4   3.   On March 29, 2010, I received emails from Chris Kanaracus of IDG News Service and John Letzing of Marketwatch requesting comment from Oracle regarding Rimini Street's answer and counterclaims filed in this action on March 29, 2010.

5   4.   On March 29, 2010, I responded by email to Mr. Kanaracus's request with the following statement: "Oracle is committed to customer choice and vigorous competition, but draws the line with any company, big or small, that steals its intellectual property. The massive theft that Rimini and Mr. Ravin engaged in is not healthy competition. We will prove this in court."

6   5.   At the time I made them, I believed the statements in my email to Mr. Kanaracus to be true and I had no doubt as to their truthfulness.

7   6.   On March 29, 2010, I responded by email to Mr. Letzing's request with the following statement: "Oracle is committed to customer choice and vigorous competition, but draws the line with any company, big or small, that steals its intellectual property. The massive theft that Rimini and Mr. Ravin engaged in is not healthy competition. We will prove this in court."

8   7.   At the time I made them, I believed the statements in my email to Mr. Letzing to be true and I had no doubt as to their truthfulness.

/ / /

/ / /

/ / /

/ / /

2

DECLARATION OF DEBORAH HELLINGER IN SUPPORT OF ORACLE'S
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

A/74774188.3

1  I declare under penalty of perjury under the laws of the United States that the matters
2  contained in this Declaration are true and correct, and that this Declaration was executed in
3  New York, New York on September 13, 2012.

    *Deborah Hellinger* (signature)
    Deborah Hellinger

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

DECLARATION OF DEBORAH HELLINGER IN SUPPORT OF ORACLE'S
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

A/74774188.3