| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | BREE HANN (*pro hac vice*)<br>Three Embarcadero Center |
| 4 | rpocker@bsfllp.com | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Facsimile:  415.393.2286<br>geoff.howard@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | bree.hann@bingham.com |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 10 | kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 11 | | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 12 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc. and Oracle International | jim.maroulis@oracle.com |
| 14 | Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 18 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No  2:10-cv-0106-LRH-PAL |
| 19 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **DECLARATION OF JAMES** |
| 20 | Plaintiffs, | **MCLEOD IN SUPPORT OF**<br>**ORACLE'S SECOND MOTION FOR** |
| 21 | v. | **PARTIAL SUMMARY JUDGMENT** |
| 22 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| 23 | Defendants. | |

DECLARATION OF JAMES MCLEOD IN SUPPORT OF ORACLE'S
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

A/74774084.2

I, James McLeod, declare as follows:

1. I am an employee of Oracle, in the position of Regional Services Sales Manager. I submit this declaration in support of Oracle's Motion for Partial Summary Judgment. I have personal knowledge of the matters stated in this declaration and, if called and sworn as a witness, I could and would competently testify as to such matters.

2. On January 30, 2010, I sent an email to Kerry Fogarty, a Vice President of Liz Claiborne, Inc., with whom I had been communicating in a business capacity as an Oracle Regional Services Sales Manager. Attached as Exhibit 74 to the Appendix of Exhibits Cited In Support of Oracle's Second Motion for Partial Summary Judgment is a true and correct copy of my email.

3. My email contained the text of a January 26, 2010 *Information Week* article by Paul McDougall, entitled "Oracle Sues Rimini Street For 'Massive Theft.'" Besides forwarding the *InformationWeek* article, the only content I included in my email to Ms. Fogarty was the following message: "Hi Kerry, I hope you are well. Forwarding as an FYI here given our recent discussions. Regards. James."

4. The *InformationWeek* article, which I forwarded in my email, includes the following statement: "'This case is about massive theft of Oracle's software and related support materials through an illegal business model,' Oracle said in court papers filed Monday in federal court in Nevada."

5. At the time I sent my email to Ms. Fogarty, I believed that the *Information Week* article I forwarded truthfully reported the contents of Oracle's Complaint in this case and I had no doubts that it did so.

I declare under penalty of perjury under the laws of the United States that the matters contained in this Declaration are true and correct, and that this Declaration was executed in MARLBORO NJ on September 13, 2012.

James McLeod

2

DECLARATION OF JAMES MCLEOD IN SUPPORT OF ORACLE'S
SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT