# EXHIBIT 9
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

---------------------------

ORACLE USA, INC., a )
Colorado Corporation; ) CASE NO:
ORACLE AMERICA, INC., a ) 2:10-CV-0106-LRH-PAL
Delaware Corporation; and )
ORACLE INTERNATIONAL )
CORPORATION, a California )
Corporation, )
Plaintiffs, )
vs. )
RIMINI STREET, INC., a )
Nevada Corporation; Seth )
Ravin, an individual, )
Defendants. )

---------------------------

Videotaped Deposition of KRISTA WILLIAMS, taken at 222 E. 3rd Street, Charlotte, North Carolina, Wednesday, October 5, 2011 commencing at 9:49 a.m., before LeShaunda Cass-Byrd, CSR, RPR.

PAGES 1 - 276

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFFS:

BOIES SCHILLER & FLEXNER
BY: KIERAN PAUL RINGGENBERG, ESQ.
1999 Harrison Street
Suite 900
Oakland, California 94612
510.874.1000
kringgenberg@bsfllp.com

FOR THE DEFENDANTS:

SHOOK, HARDY & BACON LLP
BY: ROBERT RECKERS, ESQ.
600 Travis Street
Suite 1600
Houston, Texas 77002
rreckers@shb.com

INDEX TO EXAMINATION

| | PAGE |
|---|---|
| Examination By MR. RINGGENBERG | |

INDEX TO EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 464 | Bates label RSI-03624606 through 07 | 36 |
| Exhibit 465 | RSI-00907871 through 872 | 37 |
| Exhibit 466 | RSI-02743476 through 478 | 39 |
| Exhibit 467 | RSI-00493681 | 48 |
| Exhibit 468 | RSI-02972010 | 50 |
| Exhibit 469 | RSI-04787973 | 58 |
| Exhibit 470 | RSI-04807784 through 85 | 63 |
| Exhibit 471 | RIS106301059 through 69 | 64 |
| Exhibit 472 | RSI-02687555 through 57 | 69 |
| Exhibit 473 | RSI-02748448 | 96 |
| Exhibit 474 | RSI-06285872 through 80 | 104 |
| Exhibit 475 | RSI-02754200 to 202 | 105 |
| Exhibit 476 | RSI-01679887 through 93 | 107 |
| Exhibit 477 | RSI-02720570 to 572 | 112 |
| Exhibit 478 | RSI-06298475 through 80 | 121 |
| Exhibit 479 | RSI-06319952 through 53 | 125 |
| Exhibit 480 | RSI-02681095 through 97 | 127 |
| Exhibit 481 | RSI-00909960 through 61 | 132 |
| Exhibit 482 | RSI-03784117 through 120 | 134 |

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 483 | RSI-01715858 through 66 | 138 |
| Exhibit 484 | RSI-03626172 | 139 |
| Exhibit 485 | RSI-03781272 | 140 |
| Exhibit 486 | RSI02745899 | 141 |
| Exhibit 487 | RSI-04175953 through 55 | 144 |
| Exhibit 488 | Defendant Rimini Street Inc.'s Supplemental Response to Plaintiff First Oracle USA, Inc. America, Inc and Oracle International Corporation's Fifth Set of Interrogatories to Defendant Rimini Street | 147 |
| Exhibit 489 | RSI-03993952 through 53 | 153 |
| Exhibit 490 | RSI-04115917 through 20 | 162 |
| Exhibit 491 | RSI-06321530 through 533 | 165 |
| Exhibit 492 | RSI-03776529 | 167 |
| Exhibit 493 | RSI03782365 | 169 |
| Exhibit 494 | RSI-00493465 through 66 | 172 |
| Exhibit 495 | RSI-06276922 | 174 |
| Exhibit 496 | RSI-00741766 through 767 | 175 |
| Exhibit 497 | RSI-04092033 through 034 | 177 |
| Exhibit 498 | RSI-02746788 through 790 | 178 |
| Exhibit 499 | RSI-01466333 through 339 | 182 |
| Exhibit 500 | RSI-02200209 through 211 | 183 |
| Exhibit 501 | RSI-02083425 through 427 | 188 |

Exhibit 502 RSI-04167142 190
Exhibit 503 RSI-04807259 through 261 194
Exhibit 504 RSI-06324141 through 142 195
Exhibit 505 RSI-02019117 through 119 207
Exhibit 506 RSI-04167823 through 824 210
Exhibit 507 RSI-04129253 212
Exhibit 508 RSI-04151300 through 302 217
Exhibit 509 RSI-04083749 through 750 219
Exhibit 510 RSI-01508724 222
Exhibit 511 RSI-01674233 through 237 223
Exhibit 512 RSI-0345667 through 676 225
Exhibit 513 RSI 06283091 through 094 230
Exhibit 514 RSI-0431231 through 232 239
Exhibit 515 RSI-05413687 through 689 241
Exhibit 516 RSI-02612134 through 240 248
Exhibit 517 RSI-02229020 through 024 249
Exhibit 518 RSI-02380755 through 759 259
Exhibit 519 RSI 00910411 262
Exhibit 520 RSI-0406458 through 459 267
Exhibit 521 RSI-04065912 through 913 268
Exhibit 522 RSI-04089639 270

Page 5

THE VIDEOGRAPHER: Good morning. We 09:49:22
are on the record at 9:49 a.m. on 09:49:44
October 5th, 2011. This is the videotape 09:49:48
deposition of Krista Williams. My name is 09:49:50
James Downey, here with our court reporter, 09:49:53
LeShaunda Byrd. We are here from Veritext 09:49:55
National Deposition & Litigation Services 09:49:55
at the request of counsel of the 09:50:00
plaintiffs. 09:50:01
This deposition is being held at the 09:50:01
Hilton Center City in the City of 09:50:03
Charlotte, North Carolina. The caption of 09:50:05
the case is Oracle USA, Incorporated, 09:50:07
et al., versus Rimini Street, Incorporated, 09:50:11
et al., Case Number 2:10-CV-0106-LRH-PAL. 09:50:17
Please note the audio and video 09:50:21
recording will take place unless all 09:50:23
parties agree to go off the record. The 09:50:25
microphones are sensitive and they pick up 09:50:25
whispers, private conversations, and 09:50:28
cellular interference. 09:50:28
At this time, will counsel please 09:50:30
identify yourselves for the record, after 09:50:32
which the court reporter will swear the 09:50:32
witness. 09:50:34

Page 6

MR. RINGGENBERG: Kieran Ringgenberg 09:50:34
from Boies Schiller & Flexner for the 09:50:37
plaintiffs. 09:50:38
MR. RECKERS: Rob Reckers from Shook 09:50:38
Hardy & Bacon for the defendants.
KRISTA WILLIAMS,
having been first duly sworn, was examined and
testified as follows:

Redacted

Page 7

Redacted

Page 8

Pages 5 to 8



866 299-5127















Pages 93 to 96

REPORTER'S CERTIFICATE

I, LESHAUNDA CASS, CSR No. B-2291, Certified Shorthand Reporter, certify

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes to taken. I further certify that I am not a relative or employee of any attorney or the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of North Carolina that the foregoing is true and correct.

Dated this day of ,

Leshaunda D. Cass Byrd

LESHAUNDA D. CASS, CCR-B-2291