# EXHIBIT 11
# FILED UNDER SEAL

Page 1

1           UNITED STATES DISTRICT COURT
2                DISTRICT OF NEVADA
3           Case No. 2:10-CV-0106-LRH-PAL
4  _____

5  ORACLE USA, INC., a Colorado                )
6  corporation, ORACLE AMERICA, INC.,           )
7  a Delaware corporation; and ORACLE           )
8  INTERNATIONAL CORPORATION, a                 )
9  California corporation,                      )
10                          Plaintiff,          )
11     v.                                       )
12 RIMINI STREET, INC., a Nevada                )
13 corporation; and SETH RAVIN, an              )
14 individual,                                  )
15                          Defendant.          )
16 _____    )

17
18
19         DEPOSITION OF DOUGLAS W. BARON
20               Washington, D.C.
21                May 10, 2011
22
23
24   Reported by: Mary Ann Payonk, RDR-CRR
25   Job No. 38748

Page 2

```
 5    May 10, 2011
 6    9:34 a.m.
 7
 8    Deposition of DOUGLAS W. BARON, held at
 9    the law offices of Boies, Schiller & Flexner,
10    5301 Washington Ave., N.W., Washington, D.C.,
11    pursuant to Notice before Mary Ann Payonk, a
12    Certified Realtime Reporter and notary public
13    of the District of Columbia.
```

Page 3

```
 1    APPEARANCES:
 2    ON BEHALF OF PLAINTIFF:
 3       KIERAN P. RINGGENBERG, ESQUIRE
 4       ALEXIS LOEB, ESQUIRE
 5       BOIES, SCHILLER & FLEXNER LLP
 6       1999 Harrison Street
 7       Suite 900
 8       Oakland, CA 94612
 9
10    ON BEHALF OF DEFENDANT:
11       ROBERT H. RECKERS, ESQUIRE
12       RYAN DYKAL, ESQUIRE
13       SHOOK, HARDY & BACON L.L.P.
14       600 Travis Street, Suite 1600
15       Houston, TX 77002
16
17    ALSO PRESENT:
18       Conway Barker, Legal Video Specialist
19       Christopher Pickett, Vice President,
20          Legal Affairs, Rimini Street
21       David Ray, Elysium Digital
```

Page 4

```
 1                D. Baron
 2       THE VIDEOGRAPHER: This is the
 3    beginning of tape labeled number 1 in
 4    the video deposition of Douglas W. Baron
 5    in the matter of Oracle U.S.A.,
 6    Incorporated et al versus Rimini Street,
 7    Incorporated, et al, in the
 8    United States District Court for the --
 9    of Nevada, Case Number
10    2:10-CV-00106-LRH-PAL.
11       This deposition is being held at
12    Boies, Schiller, 5301 Wisconsin Avenue,
13    Northwest, Washington, D.C., on May 10,
14    2011, approximately at 9:34.
15       Would counsel please identify
16    yourselves and state whom you represent?
17       MR. RINGGENBERG: Kieran
18    Ringgenberg, Boies Schiller Flexner, for
19    the plaintiffs.
20       MS. LOEB: Alexis Loeb from Boies,
21    Schiller & Flexner, also for the
22    plaintiffs.
23       MR. PICKETT: Chris Pickett, vice
24    president, legal affairs, Rimini Street.
25       MR. DYKAL: Ryan Dykal, Shook,
```

Page 5

```
 1                D. Baron
 2    Hardy & Bacon, for the defendant.
 3       MR. RECKERS: Rob Reckers, Shook,
 4    Hardy & Bacon, for the defendants.
 5       THE VIDEOGRAPHER: On the
 6    telephone, could you please introduce
 7    yourself?
 8       MR. RAY: My name is David Ray.
 9    I'm with Elysium Digital for the
10    plaintiff.
11       THE VIDEOGRAPHER: Thank you.
12    The court reporter is Mary Ann
13    Payonk, the video camera operator is
14    Conway Barker, both on behalf of TSG.
15    Will deposition -- would you please
16    swear in the witness, and we can
17    proceed.
18                   ***
19    DOUGLAS BACON,
20       called as a witness, having been duly
21       sworn, was examined and testified as
22       follows:
23                EXAMINATION
24    BY MR. RINGGENBERG:
25       Q. Good morning, sir. We just met
```

Page 6

D. Baron

1  briefly off the record, but could you just
2  state your name for the record, please?
3     A. Douglas Baron.
4     Q. And you currently work for Rimini
5  Street; is that right?
6     A. I do work for Rimini Street.
7     Q. Could you give me your professional
8  background before you joined Rimini Street?
9     A. Are you interested in prior companies
10 that I worked for?
11    Q. Please.
12    A. Okay. Before joining Rimini Street,
13 I worked for a company called TomorrowNow.
14 Before working for TomorrowNow, I worked for
15 PeopleSoft/Oracle. Before that, I worked for a
16 company called American Management Systems.
17    Q. What'd you do at American Management
18 Systems?
19    A. I was a programmer. I also
20 eventually became a manager of other
21 programmers while I was there.
22    Q. What language is -- what -- what type
23 of development did you oversee there?
24    A. At American Management Systems?

Page 7

D. Baron

1     Q. Correct.
2     A. This was primarily COBOL programming.
3     Q. How long were you at
4  PeopleSoft/Oracle?
5     A. I was at PeopleSoft/Oracle for
6  approximately seven and a half years.
7     Q. And did you work on anything other
8  than PeopleSoft applications?
9     A. I was not a PeopleSoft developer when
10 I was with PeopleSoft/Oracle.
11    Q. What did you do?
12    A. I was a technical consultant,
13 traveling consultant.
14    Q. And did you consult on -- primarily
15 on PeopleSoft issues?
16    A. Primarily on PeopleSoft issues, that
17 is correct.
18    Q. So what types of things did you do?
19 Just kind of give me an example, maybe.
20    A. Troubleshooting. Resolving issues
21 related to performance. In some instances, I
22 might do a minor upgrade or a minor install.
23    Q. How did you come to join TomorrowNow?
24    A. I was in communication with a prior

Page 8

D. Baron

1  coworker, George Lester, and he described
2  TomorrowNow. And I decided at one point in
3  time that I would leave Oracle and join
4  TomorrowNow.
5     Q. And did you work there from '05 to
6  '06? Is that correct?
7     A. At -- at TomorrowNow?
8     Q. Right.
9     A. It was a nine-month period, and it
10 did go from either December or January
11 2005/2006 to October of 2006.
12    Q. And you joined Rimini Street in
13 October of 2006?
14    A. That is correct.
15    Q. And did Mr. -- did Mr. Lester invite
16 you to -- to join Rimini Street?
17    A. He actually told me that he was
18 leaving TomorrowNow. He -- I asked him where
19 he was going. He described where he was going,
20 and it sounded interesting.
21       And then at that point, he put me in
22 touch with Dennis Chiu, if I was interested in
23 interviewing with Rimini Street. And so I
24 interviewed with Dennis Chiu, and then from

Page 9

D. Baron

1  there, I became more interested and accepted an
2  offer.
3     Q. Did he tell you why he was leaving?
4  That is, Mr. Lester.
5     A. I know one thing that was important
6  to him at the time was that he would be getting
7  a more senior role within Rimini Street than
8  what he had at TomorrowNow.
9     Q. Did he relay any other reason to you
10 why he was moving from --
11    A. I believe --
12    Q. -- TomorrowNow?
13    A. -- that was the primary thing that he
14 described to me.
15    Q. I -- I did not -- usually -- in
16 depositions, I usually do but did not do the
17 ground rules, and it probably would be helpful.
18       I'm going to ask questions. You're
19 going to answer them. It's important that we
20 not talk over each other because the court
21 reporter's trying to write everything down.
22       I have trouble, and I will probably
23 interrupt you at some point with a question.
24 I'll do my best not to. It's important that

Page 10

```
 1            D. Baron
 2   you do your best to wait for my questions to be
 3   complete even before answering --
 4       A.  Understood.
 5       Q.  -- even if you know what I'm going to
 6   say, which you probably will.
 7           If you need to take a break at any
 8   time, just let me know.  We need to do that
 9   without a question pending, but if you finish
10   your answer and you want to take a break, let
11   us know and we will try to accommodate you.
12           Is there any reason why you can't
13   give your best testimony today?  Any health
14   reason?  On medication?  Anything like that?
15       A.  No, not to my knowledge.
16       Q.  What has your role been at Rimini
17   Street?
18       A.  My initial role at Rimini Street was
19   to set up the first few PeopleSoft environments
20   for our first few customers.  That was my very
21   first role.
22
23                    Redacted
24
25
```

Page 11

Redacted

Page 12

Redacted

Page 13

Redacted

Page 246

1-25 Redacted

Page 247

1-25 Redacted

Page 248

1-25 Redacted

Page 249

1-25 Redacted

| Page 254 | Page 255 |
|---|---|
| Redacted | Redacted |

| Page 256 | Page 257 |
|---|---|
| Redacted | Redacted |

1           C E R T I F I C A T E

2   DISTRICT OF COLUMBIA:

3

4       I, MARY ANN PAYONK, CRR-RDR, CBC, CCP,

5   CLR, shorthand reporter, do hereby certify:

6       That the witness whose deposition is

7   hereinbefore set forth was duly sworn, and that

8   such deposition is a true record of the

9   testimony given by such witness.

10      I further certify that I am not related

11  to any of the parties to this action by blood

12  or marriage, and that I am in no way interested

13  in the outcome of this matter.

14      IN WITNESS WHEREOF, I have hereunto set

15  my hand this 13th day of May, 2011.

16

17      *Mary Ann Payonk*

18      MARY ANN PAYONK, CRR-RDR, CBC, CCP, CLR

19      Shorthand Reporter