# EXHIBIT 12
# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


ORACLE USA, INC., a                )
Colorado corporation;              )
ORACLE AMERICA, INC., a            )
Delaware corporation; and          )
ORACLE INTERNATIONAL               )
CORPORATION, a California          )
corporation,                       )
                                   )
          Plaintiffs,              )
                                   ) No. 2:10-CV-0106
vs.                                )     LRH-PAL
                                   )
RIMINI STREET, INC., a             )
Nevada corporation; SETH           )
RAVIN, an individual,              )
                                   )
          Defendants.              )




VIDEOTAPED DEPOSITION OF BETH LESTER

San Francisco, California

Thursday, March 17, 2011




REPORTED BY:  YVONNE FENNELLY, CCRR, CSR NO. 5495

FILE NO.:  10321

Pages 1 - 289

Page 6

```
 1   San Francisco, California; Thursday, March 17, 2011
 2          8:06 a.m. - 4:39 p.m.
 3              - - -
 4        THE VIDEOGRAPHER:  We are going on the
 5   record.  This is the beginning of Tape 1 of Volume  08:06
 6   I.  The time is approximately 8:06 a.m.  My name is
 7   Che E. Presant, CLVS, your videographer, and I
 8   represent Affinity Court Reporters, Incorporated
 9   here on behalf of SiteLogic, Incorporated, here on
10   behalf of Boies, Schiller & Flexner, LLP.        08:06
11        I am a certified legal video specialist and
12   notary public.  I am not financially interested in
13   this action, nor am I a relative or employee of any
14   attorney of any of the parties.
15        Today's date is March 17th, 2011.  This      08:06
16   deposition is taking place at 3 Embarcadero Center,
17   28th Floor, San Francisco, California, 94111.
18        This is Case No. 210-CV-0106-LRH-PAL,
19   entitled Oracle USA, Incorporated, et al. Versus
20   Rimini Street, Incorporated, et al.             08:07
21        This deposition is being taken on behalf of
22   the Plaintiffs.  The Deponent is Beth Lester.
23        The court reporter is Yvonne Fennelly with
24   Affinity Court Reporters, Incorporated here on
25   behalf SiteLogic, Incorporated.                 08:07
```

Page 7

```
 1        Counsel and all parties present will now
 2   introduce themselves.
 3        MR. HOWARD:  Geoff Howard and John Polito
 4   from Bingham McCutchen for Plaintiff, Oracle.
 5        MR. MAROULIS:  James Maroulis from Oracle   08:07
 6   for Plaintiffs.
 7        MR. RINGGENBERG:  Kieran Riggenberg, Boies,
 8   Schiller & Flexner, for the Plaintiffs.
 9        MR. PICKETT:  Christopher Pickett of Rimini
10   Street for Defendant.                           08:07
11        MR. DYKAN:  Ryan Dykan, Shook, Hardy &
12   Bacon for the Defendants.
13        MR. RECKERS:  Rob Reckers, Shook, Hardy &
14   Bacon for the Defendants.
15        THE VIDEOGRAPHER:  Thank you.             08:07
16        Would the court reporter please swear in
17   the witness.
18             BETH LESTER,
19        having first been first administered an
20        oath in accordance with CCP Section 2094,   08:07
21        was examined and testified as follows:
22             EXAMINATION
23   BY MR. HOWARD:
24   Q.  Good morning, Ms. Lester.
25   A.  Good morning.                              08:07
```

Page 8

```
 1   Q.  Would you please state your full name for
 2   the record?
 3   A.  Beth Jedelsky Lester.
 4   Q.  Are you employed at Rimini Street?
 5   A.  I am.                                       08:08
 6   Q.  What's your current position?
 7   A.  I'm currently the group vice president of
 8   service strategy and PeopleSoft business analysis
 9   and quality assurance.
10   Q.  You were deposed in the Oracle versus SAP   08:08
11   matter in April of 2009; is that correct?
12   A.  Yes.
13   Q.  Have you been deposed since then?
14   A.  I have not.
15   Q.  Have you been interviewed by the FBI or the  08:08
16   Department of Justice in connection with the Oracle
17   versus SAP matter?
18   A.  I have not.
19   Q.  Did you review your prior testimony in
20   preparation for this deposition?               08:08
21   A.  I did not.
22   Q.  You understand that the oath you have just
23   taken is the same oath you would take in a court of
24   law?
25   A.  I do.                                       08:08
```

Page 9

```
 1   Q.  You understand that even though this is an
 2   informal setting, your testimony is under penalty of
 3   perjury just as if it would be as if you were
 4   testifying at trial?
 5   A.  Yes.                                        08:09
 6   Q.  And do you understand that the court reporter
 7   will take down my questions and your answers,
 8   Counsel's objections, if there are any, and that you
 9   will receive a transcript to review of those
10   questions and answers?                          08:09
11   A.  I do.
12   Q.  And you understand that you'll have a
13   chance to make changes to that transcript?
14   A.  Yes.
15   Q.  And do you understand that if you do make    08:09
16   changes, me or somebody else could comment on those
17   changes at trial or some later proceeding?
18   A.  I do now.
19   Q.  Okay.
20        So my point being that it's important that  08:09
21   we get your best testimony here today.
22        Are you prepared to do that?
23   A.  Certainly.
24   Q.  Do you have any physical or mental
25   condition that would prevent you from giving your  08:09
```

Page 10

1    best testimony today?
2        A.  No.
3        MR. HOWARD:  I'm going to mark as
4    Exhibit 63 the deposition notice for today.
5        MR. RECKERS:  Geoff, let me ask you, what's  08:10
6    the basis of the 63 designation?
7        MR. HOWARD:  We're going to do our best to
8    proceed continuously from this point forward.
9        MR. RECKERS:  I see.
10       MR. HOWARD:  That's our reasonable        08:10
11   estimate.
12       MR. RECKERS:  Okay, sounds good.
13       (Document marked Exhibit 63
14       for identification.)
15   BY MR. HOWARD:                              08:10
16       Q.  Ms. Lester, what you have in front of you
17   is the deposition notice pursuant to your appearing
18   today.
19       Do you recognize this document?
20       A.  I do.                               08:10
21       Q.  And you've had a chance to review it
22   previously?
23       A.  I have.
24       Q.  Do you understand that you're here as a
25   corporate representative of Defendant, Rimini    08:11

Page 11

1    Street, in response to the topics outlined in this
2    deposition notice?
3        A.  I do.
4        Q.  Could you turn to page 2 of the notice,
5    which is page 3 of the document entitled Schedule A? 08:11
6        And do you understand that you're here to
7    testify about what's been defined as specified --
8    certain specified HCM tax and regulatory updates?
9        A.  I do.
10       Q.  And that those are the updates that are    08:11
11   identified by the HCM prefix in No. 1 on that
12   page 2?
13       A.  Yes.
14       Q.  Those tax and regulatory updates that are
15   identified there HCM100, 201, and so forth, those   08:11
16   are identifiers that are recognizable to you as
17   Rimini Street's identifiers for tax and regulatory
18   updates that it sends out to its customers?
19       A.  Yes.
20       Q.  And if I use the term "specified HCM tax    08:11
21   and regulatory updates," you'll understand what I'm
22   talking about as we go through the deposition?
23       A.  Yes.
24       Q.  And HCM, is that the same thing as HRMS?
25       A.  Yes.                                 08:12

Page 12

Redacted

Page 13

Redacted

Page 30

```
 1
 2
 3
 4
 5          Redacted
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 32

```
 1
 2
 3
 4
 5          Redacted
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 31

```
 1
 2
 3
 4
 5          Redacted
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 33

```
 1
 2
 3
 4
 5          Redacted
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 38

```
 1      A.  State, federal, and local regulations, tax
 2  changes, yes.
 3      Q.  So if the customers don't receive their
 4  regularly scheduled tax and regulatory updates in
 5  the form of these bundles, they would not be      08:44
 6  compliant with state, federal, and local tax changes
 7  or tax laws?
 8      A.  That is correct, assuming there had been a
 9  change.
10
11
12                   Redacted
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 39

```
 1
 2
 3
 4
 5                   Redacted
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 40

```
 1
 2
 3
 4
 5
 6                   Redacted
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 41

```
 1
 2
 3
 4                   Redacted
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

11 (Pages 38 to 41)

Page 42

```
1
2
3
4
5                    Redacted
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 44

```
1
2
3
4
5                    Redacted
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 43

```
1
2
3
4                    Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 45

```
1
2
3
4                    Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 106

```
 1
 2
 3
 4
 5
 6            Redacted
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 108

```
 1
 2
 3
 4
 5
 6            Redacted
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 107

```
 1
 2
 3
 4
 5            Redacted
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 109

```
 1
 2
 3
 4
 5            Redacted
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 282

1                    REPORTER'S CERTIFICATE

2

3         I, Yvonne Fennelly, CCRR, CSR 5495, do

4    hereby certify:

5

6         That the foregoing deposition of BETH

7    LESTER was taken before me at the time and place

8    therein set forth; at which time the witness was

9    placed under oath and was by me sworn to tell the

10   truth, the whole truth, and nothing but the truth;

11

12        That the testimony of the witness and all

13   objections made by counsel at the time of the

14   examination were recorded stenographically by me,

15   and were thereafter transcribed under my direction

16   and supervision, and that the foregoing pages

17   contain a full, true and accurate record of all

18   proceedings and testimony to the best of my skill

19   and ability.

20

21        I further certify that I am neither related

22   to counsel for any party to said action, nor am I

23   related to any party to said action, nor am I in any

24   way interested in the outcome thereafter.

25

Page 283

1        IN WITNESS WHEREOF, I have subscribed my

2   name this 2ᵗʰ day of March          , 2011.

3

4

5

6

7   _Yvonne Fennelly_
    YVONNE FENNELLY, CCRR, CSR No. 5495

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25