# EXHIBIT 15
# FILED UNDER SEAL

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 1

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

------------------------------

ORACLE USA, INC., a )
Colorado corporation; )
ORACLE AMERICA, INC., a )
Delaware corporation and )
ORACLE INTERNATIONAL ) Case No.
CORPORATION, a California ) 2:10-cv-00106-
corporation, ) LRH-PAL
        Plaintiffs, )
    vs. )
RIMINI STREET, INC., a )
Nevada corporation and )
SETH RAVIN, an )
individual, )
        Defendants. )

------------------------------

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Videotaped deposition of JOHN WHITTENBARGER, taken at 161 North Clark Street, Chicago, Illinois, on the 27th day of September, 2011, at the hour of 9:35 a.m., taken before Sandra L. Rocca, CSR, CRR.

PAGES 1 - 117

Veritext National Deposition & Litigation Services
866 299-5127

Transcript Redacted

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

### Page 2

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFF:

BOIES, SCHILLER & FLEXNER LLP
By: MR. KIERAN PAUL RINGGENBERG
    MR. DARIEN M. MEYER
1999 Harrison Street, Suite 900
Oakland, CA 94612
(510) 874-1000/Fax: (510) 874-1460
kringgenberg@bsfllp.com

FOR THE DEFENDANTS:

SHOOK, HARDY & BACON, L.L.P.
By: MR. ROBERT RECKERS
JP Morgan/Chase Tower
600 Travis Street, Suite 1600
Houston, TX 77002-2911
(713) 227-8008/Fax: (713) 546-5690
rreckers@shb.com

ALSO PRESENT:
Mr. Eric Campbell, Videographer

### Page 3

INDEX

WITNESS                                PAGE
JOHN WHITTENBARGER

EXAMINED BY
Mr. Ringgenberg                           5

EXHIBITS

| NUMBER | | MARKED FOR ID |
|---|---|---|
| Deposition Exhibit | | |
| Exhibit 440 | RSI00921425 to RSI00921444 | 23 |
| Exhibit 441 | RSI03433570 to RSI03433572 | 27 |
| Exhibit 442 | RSI02974938 | 29 |
| Exhibit 443 | RSI00792376 to RSI00792398 | 33 |
| Exhibit 444 | RSI00910567 with 3 attached pages | 40 |
| Exhibit 445 | RSI00846534 to RSI00846540 | 46 |
| Exhibit 446 | RSI02272564 to RSI02272572 | 48 |
| Exhibit 447 | RSI00795857 to RSI00795858 | 65 |
| Exhibit 448 | RSI00832793 to RSI00832795 | 74 |
| Exhibit 449 | RSI00858868 to RSI00858869 | 77 |
| Exhibit 450 | RSI00833774 to RSI00833775 | 79 |
| Exhibit 451 | RSI00894743 to RSI00894746 | 81 |

(continued)

### Page 4

EXHIBITS (continued)

| NUMBER | | PRESENTED |
|---|---|---|
| Deposition Exhibit | | |
| Exhibit 452 | RSI00893845 | 82 |
| Exhibit 453 | RSI00868930 | 84 |
| Exhibit 454 | RSI01041045 to RSI01041046 | 85 |
| Exhibit 455 | RSI00832449 to RSI00832451 | 87 |
| Exhibit 456 | RSI00859321 to RSI00859326 | 88 |
| Exhibit 457 | RSI03435714 to RSI03435729 | 95 |
| Exhibit 458 | RSI00879189 to RSI00879197 | 100 |
| Exhibit 459 | RSI00844429 to RSI00844430 | 101 |
| Exhibit 460 | RSI00848447 to RSI00848449 | 103 |
| Exhibit 461 | RSI00835206 to RSI00835208 | 105 |
| Exhibit 462 | RSI00832568 to RSI00832570 | 108 |
| Exhibit 463 | RSI00859505 to RSI00859508 | 109 |

PREVIOUSLY MARKED EXHIBITS

| Exhibit 227 | RSI00803958 to RSI00803960 | 18 |
|---|---|---|
| Exhibit 231 | RSI00795075 to RSI00795080 | 14 |
| Exhibit 232 | RSI00760902 to RSI00760905 | 31 |
| Exhibit 233 | RSI00812295 to RSI00812296 | 37 |
| Exhibit 238 | RSI00878548 to RSI00878555 | 68 |
| Exhibit 240 | RSI00792718 | 45 |
| Exhibit 244 | RSI02199664 to RSI02199698 | 69 |
| Exhibit 246 | RSI02379022 to RSI02379023 | 70 |

### Page 5

VIDEOGRAPHER: My name is Eric Campbell representing Veritext Reporting. The date today is September 27th, 2011 and the time is approximately 9:35 a.m. The caption of this case is Oracle America, Incorporated versus Rimini Street Incorporated, et al. The name of the witness is John Whittenbarger.

At this time the attorneys will identify themselves and the parties they represent, after which our court reporter will swear in the witness and we can proceed.

MR. RINGGENBERG: Kieran Ringgenberg and Darien Meyer of Boies Schiller & Flexner for the Plaintiffs.

MR. RECKERS: Robert Reckers of Shook Hardy & Bacon for the Defendants.

JOHN WHITTENBARGER, having been first duly sworn, was examined and testified as follows:

EXAMINATION
BY MR. RINGGENBERG:

Q. Good morning, Mr. Whittenbarger. Did you work for Rimini Street for a time?

A. I did.

Q. Let me make sure we have the right

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

**Page 6**

1  fellow.  09:38:21
2  Have you had your deposition taken 09:38:22
3  before? 09:38:24
4  A. No. 09:38:24
5  Q. So I don't know how much Mr. Reckers had 09:38:25
6  explained the process to you and I'm going to ask 09:38:28
7  you questions. Mr. Reckers may as well, I don't 09:38:31
8  know. You're under oath to answer them. There is 09:38:32
9  a court reporter who is trying to take down all the 09:38:35
10 words that are said so it's important that we not 09:38:38
11 talk over each other. I'll do my best to not cut 09:38:41
12 you off in your answers. It's important you wait 09:38:43
13 till I finish my questions before you begin to 09:38:45
14 answer. Is that fair? 09:38:49
15 A. Uh-huh. 09:38:50
16 Q. If at any time the question's not clear, 09:38:50
17 just let me know and I'll try to do better to ask a 09:38:51
18 better question. And if you need to take a break, 09:38:53
19 just let us know. The one thing you can't do is 09:38:55
20 take a break with a question pending. So if I ask 09:38:58
21 you a question, answer it. Then say, hey, I want 09:39:01
22 to take a break. 09:39:04
23 A. Uh-huh. 09:39:05
24 Q. When did you work for Rimini Street? 09:39:05
25 A. I believe June 2006 for about 2-1/2 09:39:09

**Page 7**

1  years. 09:39:15
2  Q. Until roughly the end of '08? 09:39:15
3  A. Yeah, that's about right. 09:39:18
4  Q. And how did you come to work at Rimini 09:39:21
5  Street? 09:39:24
6  A. I was called or recruited by Dennis Chiu. 09:39:24
7  Q. Did you know him from -- before you 09:39:30
8  worked at Rimini Street? 09:39:34
9  A. No. 09:39:35
10 Q. And can you tell me your work history 09:39:35
11 briefly before you started at Rimini Street? 09:39:39
12 A. Sure. All the way back from college or 09:39:42
13 just kind of in the industry? 09:39:47
14 Q. How about what did you do immediately 09:39:48
15 before Rimini Street? 09:39:51
16 A. I was an independent consultant. 09:39:52
17 Q. Working on Siebel applications, is that 09:39:53
18 correct? 09:39:56
19 A. Yeah, that's correct. 09:39:56
20 Q. And what other positions have you held 09:39:56
21 where you had a role with Siebel? 09:40:03
22 A. Pretty much always a consultant except 09:40:05
23 with Rimini Street was -- was as a kind of -- well, 09:40:11
24 the manager role or support, engineer and manager 09:40:17
25 in a team. 09:40:20

**Page 8**

1  Q. And what other companies have you worked 09:40:21
2  for in regards to Siebel support consulting? 09:40:22
3  A. None others. I was in implementation 09:40:25
4  before that with a small firm called Fourth Tier 09:40:30
5  which was acquired by Keane back in '99, I believe. 09:40:35
6  Q. And did Fourth Tier help customers 09:40:42
7  implement Siebel applications? 09:40:46
8  A. Yeah. 09:40:48
9  Q. You never worked for Siebel directly, is 09:40:48
10 that correct? 09:40:55
11 A. Correct. 09:40:55
12 Q. And you left Rimini Street towards the 09:40:55
13 end of '08. Why did you leave? 09:41:00
14 A. Just kind of wanted more of a challenge. 09:41:03
15 Support is not really very exciting. So I wanted 09:41:08
16 to get back into implementation. 09:41:12
17 Q. And what are you currently doing today? 09:41:14
18 A. Currently I'm -- I finished a project at 09:41:16
19 Abbott Labs. It was a Siebel upgrade project and I 09:41:20
20 just about two weeks ago converted to full time 09:41:26
21 over there. 09:41:29
22 Q. So you were formerly a consultant for 09:41:29
23 Abbott Labs and now you're an employee, is that 09:41:33
24 right? 09:41:35
25 A. Right. 09:41:35

**Page 9**

1  Q. In your time at Rimini Street, what -- 09:41:36
2  what functions did you fill, what were your roles? 09:41:43
3  A. I mean I was hired as a -- as a -- they 09:41:49
4  call it a primary support engineer. So I mean that 09:41:54
5  was -- it was a very small -- I think I was the 09:42:00
6  number six employee at that time. So we kind of 09:42:03
7  helped out wherever we could or wherever was 09:42:07
8  needed. But I primarily stayed within the Siebel 09:42:10
9  space, you know, anywhere from -- you know the 09:42:15
10 onboarding -- I'm sure you've heard that term -- 09:42:21
11 and the support of clients and you know, just 09:42:23
12 helping with business process refinements and that 09:42:30
13 sort of thing around the Siebel support. 09:42:35
14 Q. And to whom did you report when you were 09:42:36
15 at Rimini Street? 09:42:39
16 A. Initially Dennis Chiu and then later 09:42:40
17 Brian Slepko. 09:42:44
18 Q. And who were the other folks that worked 09:42:46
19 primarily on Siebel in the time that you were at 09:42:55
20 Rimini Street? 09:42:58
21 A. Let's see. There was Bola, Bola Ola I 09:42:59
22 think was her name. That's not her full name. But 09:43:07
23 a guy named Ibi Ajaya and Kien Phung. 09:43:11
24 Q. And did they report up through you? 09:43:22
25 A. Initially they reported to Dennis and 09:43:23

Pages 6 to 9



CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER

Page 54 — Redacted
Page 55 — Redacted
Page 56 — Redacted
Page 57 — Redacted

Pages 54 to 57

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



Pages 58 to 61

CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



Pages 62 to 65



CONFIDENTIAL - PURSUANT TO PROTECTIVE ORDER



Confidential - Pursuant to Protective Order

That I am not counsel for nor related to any of the parties herein, nor a relative or employee of such attorney or counsel for any of the parties hereto, nor am I interested directly or indirectly in the outcome hereof.

IN WITNESS WHEREOF, I have hereunto set my hand and seal of office this 4th day of October, 2011.

*Sandra L. Rocca* (signature)

SANDRA L. ROCCA, CSR, RPR, RMR, CRR
CSR License No. 084-003435
Expires May 31, 2013