# EXHIBIT 16
# FILED UNDER SEAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-------------------------------

ORACLE USA, INC., a Colorado )
Corporation; ORACLE AMERICA, )
INC., a Delaware corporation, )
and ORACLE INTERNATIONAL )
CORPORATION, a California )
corporation, )
Plaintiffs, )
vs. ) No. 2:10-cv-000106
) LRH-PAL
RIMINI STREET, INC., a )
Nevada corporation; SETH )
RAVIN, an individual, )
)
Defendants. )

-------------------------------

VIDEOTAPED DEPOSITION OF SETH RAVIN

Volume I

Thursday, November 17, 2011

PAGES 1 - 323

Transcript Redacted

Videotaped Deposition of Seth Ravin, taken at Three Embarcadero Street, 28th floor, San Francisco, California, commencing at 9:06 a.m., Thursday, November 17, 2011, before Ashley Soevyn, CSR 12019.

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFF ORACLE USA:

BINGHAM McCUTCHEN LLP
BY: GEOFFERY M. HOWARD, ESQ.
NITIN JINDAL, ESQ.
ZACHARY HILL, ESQ.
Three Embarcadero Center
28th Floor
San Francisco, California 94111
(415) 393-2485
geoff.howard@bingham.com

FOR THE DEFENDANT RIMINI STREET:

SHOOK HARDY & BACON
BY: TRENT WEBB, ESQ.
ROBERT RECKERS, ESQ.
600 Travis Street, suite 1600
Houston, Texas 77002-2911
(713) 227-8008
rreckers@shb.com

ALSO PRESENT: JASON KOCOL, VIDEOGRAPHER

---OOO---

THE VIDEOGRAPHER: Good morning, we are on the record at 9:06 a.m. on November 17th, 2011. This is the videotaped deposition of Seth Ravin. My name is Jason Kocol, here with our court reporter Ashley Soevyn. We are here from Veritext National Deposition & Litigation Services at the request of counsel for plaintiff. 09:06:07 09:06:30

This deposition is being held at 3 Embarcadero Center in the city of San Francisco, California. The caption of this case is Oracle U.S.A., Incorporated, a Colorado corporation, et al., versus Rimini Street Incorporated, a Nevada corporation, and Seth Ravin, an individual. Case No. 2:10-CV-00106-LRH-PAL. 09:06:57

Please note that audio and video recording will take place unless all parties agree to go off the record. Microphones are sensitive and may pick up whispers, private conversations, and cellular interference.

At this time, will counsel and all present please identify themselves for the record?

MR. HOWARD: Geoff Howard with Bingham McCutchen for Oracle. With me is Nitin Jindal and Zachary Hill. 09:07:28

MR. WEBB: Trent Webb for the defendants. With me is Robert Reckers.

THE VIDEOGRAPHER: Thank you. The witness will be sworn in, and we can proceed.

Seth Ravin,

the witness, having been administered an oath by the Court Reporter, testified as follows:

EXAMINATION

BY MR. HOWARD:

**Q. Good morning, Mr. Ravin, I'm Geoff Howard. We've met before a couple of times. Since we're starting a new session here, would you please state your name and spell it for the record?** 09:07:59

A. Seth Adam Ravin. That's S-e-t-h, A-d-a-m, Ravin, R-a-v-i-n.

**Q. What is your home and work address?**

A. Home address is 8708 Desert Night Street, Las Vegas, Nevada 89143. Work address is 7251 West Lake Mead Boulevard, Suite 300, Las Vegas, Nevada 89128.

**Q. Have you had your deposition taken since we last got together about a year ago?** 09:08:29

A. No, that would have been the last deposition.

**Q. Let me just remind you a couple of the rules of the road. Do you understand that the oath you took is the same that you would take as if you were in a court of law?**
A. Yes, I do.
**Q. Do you understand that you'll have an opportunity to comment or make changes to the transcript. But if you do that, I or somebody else at a later proceeding can comment on those changes?**
A. Yes, I do.
**Q. And you're prepared to give your best testimony today?** 09:08:58
A. Yes, I am.
**Q. Do you have any physical or mental conditions that would prevent you from giving your best testimony today?**
A. No, I don't.
**Q. What is your current role at Rimini Street?**
A. I am the chief executive officer and chairman of the board.
**Q. Has that title changed since last year, July, approximately, of 2010?**
A. Yes, it has.
**Q. How has it changed?**

A. I have hired a new president who has taken the title of president away from me.
**Q. Who is that?**
A. Sebastian Grady. 09:09:29
**Q. Has your job responsibility changed with the hiring of Mr. Grady?**
A. Actually, Mr. Grady handles more of the day-to-day operations of the company, so my job responsibilities are higher level today.
**Q. As compared to what they were before you hired Mr. Grady?**
A. That is correct.
**Q. And how would you describe Mr. Grady's job responsibilities?**
A. Mr. Grady is focused on all different parts of day-to-day operations, which means in terms of working with senior vice-presidents of each of the organizations. 09:09:58
**Q. That includes service delivery?**
A. Yes, it would.
**Q. And whose decision was it to hire Mr. Grady?**
A. It was mine.
**Q. How long have you known Mr. Grady?**
A. I've known him since 1996. 09:10:28

**Q. You worked together at PeopleSoft?**
A. That's correct.
**Q. Did you work in the same group with Mr. Grady at PeopleSoft?**
A. Yes, for most of my career.
**Q. What was your relationship with him at that time?**
A. He actually hired me into PeopleSoft in 1996, so he was my direct supervisor. 09:10:55
**Q. Was he your direc time you were at PeopleS....**
A. No, he wasn't.
**Q. What other direct reports did you have at PeopleSoft, other than Mr. Grady?**
A. To my recollection, Crystal Devlin, D-e-v-l-i-n. And I can't remember any others.
**Q. And were you in Phil Wilmington's group at PeopleSoft at any point in time?** 09:11:27
A. Our organization reported up to Phil Wilmington pretty much most of my career at PeopleSoft.
**Q. So is it you didn't report directly to Mr. Wilmington, but people that you reported to reported up in the chain that ended with Mr. Wilmington; is that correct?**

A. That is correct.

Redacted

Redacted

Page 10

Redacted

Page 12

Redacted

Page 11

Redacted

Page 13

Pages 10 to 13

Redacted

Page 26

Redacted

Page 27

Redacted

Page 28

Redacted

Page 29

Pages 26 to 29



Pages 30 to 33

Pages 242 to 245

STATE OF CALIFORNIA ) ss:
COUNTY OF MARIN )

I, ASHLEY SOEVYN, CSR No. 12019, do hereby certify:

That the foregoing deposition testimony was taken before me at the time and place therein set forth and at which time the witness was administered the oath;

That the testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN THE WITNESS WHEREOF, I have transcribed my name this 22nd day of November, 2011.

ASHLEY SOEVYN, CSR 12019

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

------------------------------

ORACLE USA, INC., a Colorado )
Corporation; ORACLE AMERICA, )
INC., a Delaware corporation, )
and ORACLE INTERNATIONAL )
CORPORATION, a California )
corporation, )
Plaintiffs, )
vs. ) No. 2:10-cv-000106
) LRH-PAL
RIMINI STREET, INC., a )
Nevada corporation; SETH )
RAVIN, an individual, )
)
Defendants. )

------------------------------

CONTINUED VIDEOTAPED DEPOSITION OF SETH RAVIN

Volume II

Friday, November 18, 2011

PAGES 324 - 554

Transcript Redacted


Redacted
Page 365
Redacted
Page 367
Redacted
Page 366
Redacted
Page 368

Pages 365 to 368



Pages 389 to 392

Redacted

Page 393

Redacted

Page 394

Redacted

Page 395

Redacted

Page 396

Pages 393 to 396

Pages 445 to 448



Pages 449 to 452

STATE OF CALIFORNIA ) ss:
COUNTY OF MARIN )

I, ASHLEY SOEVYN, CSR No. 12019, do hereby certify:

That the foregoing deposition testimony was taken before me at the time and place therein set forth and at which time the witness was administered the oath;

That the testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN THE WITNESS WHEREOF, I have transcribed my name this 23rd day of November, 2011.

ASHLEY SOEVYN, CSR 12019