# EXHIBIT 22

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc., and Oracle International<br>Corporation | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>BREE HANN (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>bree.hann@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, Inc., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**ORACLE INTERNATIONAL CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSIONS TO RIMINI STREET** |

| | |
|---|---|
| PROPOUNDING PARTY: | Plaintiff Oracle International Corp. |
| RESPONDING PARTY: | Defendant Rimini Street, Inc. |
| SET NO.: | One |

Pursuant to Federal Rules of Civil Procedure 26 and 36, Plaintiff Oracle International Corp. ("Oracle") hereby requests that Defendant Rimini Street, Inc., answer the following requests for admission.

## I. DEFINITIONS

The term "Code Objects" shall refer to files containing more than a *de minimis* or trivial amount of protectable expression, as discussed in *Newton v. Diamond*, 388 F.3d 1189, 1192-93 (9th Cir. 2003). For J.D. Edwards, Code Objects shall include c. and .h files. For PeopleSoft, Code Objects shall include COBOL, SQR, SQC, and DAT files.

The term "Complete or Partial Copy" shall refer to a copy of all or a portion of Oracle Enterprise Software containing a substantial portion of the protected expression for a corresponding copyright registration alleged by Oracle in its Second Amended Complaint, Dkt. 146.

The term "Environment" shall refer to a Complete or Partial Copy of Oracle Enterprise Software created by installing that software from Installation Media or by copying an existing Environment.

The term "Installation Media" shall refer to any CD, DVD, download, electronic file, or similar item that can be or has been used to install Oracle Enterprise Software or Oracle Database Software.

The term "Oracle Database Software" shall refer to Oracle's Oracle-branded database Software and Support Materials.

The term "Oracle Enterprise Software" shall refer to Oracle's J.D. Edwards-branded, PeopleSoft-branded, and Siebel-branded enterprise Software and Support Materials.

The term "PeopleSoft Enterprise Software" shall refer to Oracle's PeopleSoft-branded Customer Relationship Management, Enterprise Performance Management, Financials & Supply Chain Management, Human Resources Management Software (also called Human Capital Management) and Student Administration (also called Campus Solutions) enterprise Software and Support Materials.

1  The term "RAM Copy" shall refer to a copy "created in RAM" or "loaded into [a
2  computer's] RAM," in the sense those phrases are used in *MAI Systems Corp. v. Peak Computer,*
3  *Inc.*, 991 F.2d 511, 516-18 (9th Cir. 1993).
4  The term "Relevant Customer" shall refer to a customer that has contracted with Rimini
5  Street for support of Oracle Enterprise Software and that has licensed Oracle Enterprise Software
6  from Plaintiffs Oracle USA, Inc., Oracle America, Inc., Oracle International Corp., or their
7  predecessors-in-interests.
8  The term "Software and Support Materials" shall refer to software applications and
9  Environments, Code Objects, program updates, software updates, bug fixes, patches, custom
10 solutions, and/or instructional and knowledge base documents for any families of software products
11 provided by Oracle, including but not limited to Oracle Enterprise Software and Oracle Database
12 Software.

13                    **II.    REQUESTS FOR ADMISSION**

14 **REQUEST NO. 1:**
15    Admit that any successful installation of Oracle Enterprise Software creates at least one
16 Environment.

17 **REQUEST NO. 2:**
18    Admit that creating a complete copy of an existing Environment creates at least one copy of
19 any and all Software and Support Materials present in that Environment.

20 **REQUEST NO. 3:**
21    Admit that copying an Environment located on one computer, network location, virtual
22 machine, storage device or physical media onto a second computer, network location, virtual
23 machine, storage device or physical media creates at least one complete copy of that Environment.

24 **REQUEST NO. 4:**
25    Admit that backing up an Environment creates at least one complete copy of that
26 Environment.

27
28

A/74459404.7

2

ORACLE INTERNATIONAL CORPORATION'S
FIRST SET OF REQUESTS FOR ADMISSIONS TO RIMINI STREET

1  **REQUEST NO. 5:**

2     Admit that restoring a backed-up Environment creates at least one complete copy of that
3  Environment.

4  **REQUEST NO. 6:**

5     Admit that restoring a backed-up Environment located on one computer, network location,
6  virtual machine, storage device or physical media onto a second computer, network location, virtual
7  machine, storage device or physical media creates at least one complete copy of that Environment.

8  **REQUEST NO. 7:**

9     Admit that creating a copy of a virtual machine creates at least one complete copy of any
10 Environment present on that virtual machine.

11 **REQUEST NO. 8:**

12    Admit that copying a virtual machine located on one computer, network location, storage
13 device or physical media onto a second computer, network location, storage device or physical
14 media creates at least one complete copy of any Environment present on that virtual machine.

15 **REQUEST NO. 9:**

16    Admit that backing up a virtual machine creates at least one complete copy of any
17 Environment present on that virtual machine.

18 **REQUEST NO. 10:**

19    Admit that restoring a backed-up virtual machine creates at least one complete copy of any
20 Environment present on that virtual machine.

21 **REQUEST NO. 11:**

22    Admit that restoring a backed-up virtual machine located on one computer, network
23 location, storage device or physical media onto a second computer, network location, storage
24 device or physical media creates at least one complete copy of any Environment present on the
25 restored virtual machine.

26 **REQUEST NO. 12:**

27    Admit that restoring a backed-up virtual machine as a virtual machine with a different name
28 creates at least one complete copy of any Environment present on the restored virtual machine.

**REQUEST NO. 13:**

Admit that creating a complete copy of Installation Media creates at least one copy of any and all Code Objects present on that Installation Media.

**REQUEST NO. 14:**

Admit that copying Installation Media located on one computer, network location, virtual machine, storage device or physical media onto a second computer, network location, virtual machine, storage device or physical media creates at least one complete copy of that Installation Media.

**REQUEST NO. 15:**

Admit that Installation Media constitutes a complete copy of the Oracle Enterprise Software or Oracle Database Software that it can be used to install.

**REQUEST NO. 16:**

Admit that loading an Environment for use creates at least one RAM Copy that is a Complete or Partial Copy of that Environment.

**REQUEST NO. 17:**

Admit that licenses granted by Oracle to Relevant Customers for Oracle Enterprise Software do not permit Relevant Customers to install licensed Software and Support Materials on computers neither owned nor leased by the customer.

**REQUEST NO. 18:**

Admit that licenses granted by Oracle to Relevant Customers for Oracle Enterprise Software do not permit Software and Support Materials licensed by one Relevant Customer to be used or copied for the economic benefit of a second Relevant Customer.

DATED: August 26, 2011                     Bingham McCutchen LLP

By: _____
Thomas S. Hixson
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corporation

**PROOF OF SERVICE**

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for email delivery, and they are sent that same day in the ordinary course of business.

On August 26, 2011, I served the attached:

**ORACLE INTERNATIONAL CORPORATION'S FIRST SET OF REQUESTS FOR ADMISSIONS TO DEFENDANT RIMINI STREET, INC.**

☒ (VIA EMAIL) by transmitting via email the document(s) listed above on this date to the person(s) at the email address(es) set forth below.

Robert H. Reckers, Esq.
Shook, Hardy & Bacon LLP
600 Travis Street, Suite 1600
Houston, TX 77002
Email: rreckers@shb.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 26, 2011, at San Francisco, California.

_____
Sharlyn Kim

A/74459404.7                                           5

ORACLE INTERNATIONAL CORPORATION'S
FIRST SET OF REQUESTS FOR ADMISSIONS TO RIMINI STREET