# EXHIBIT 24
# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

---------------------------------

| | |
|---|---|
| ORACLE USA, INC., a Colorado ) | |
| Corporation; ORACLE AMERICA, ) | |
| INC., a Delaware corporation, ) | |
| and ORACLE INTERNATIONAL ) | |
| CORPORATION, a California ) | |
| corporation, ) | No. 2:10-cv-000106 |
| Plaintiffs, ) | LRH-PAL |
| vs. ) | |
| RIMINI STREET, INC., a ) | |
| Nevada corporation; SETH ) | |
| RAVIN, an individual, ) | |
| Defendants. ) | |

---------------------------------

VIDEOTAPED DEPOSITION OF DAVID KLAUSNER

Friday, June 15, 2012

Volume I

Reported by:

ASHLEY SOEVYN,

CSR No. 12019

Job No. 144478

PAGES 1 - 235

THE WITNESS: I see, a technical matter.
THE VIDEOGRAPHER: Thank you. The court reporter may now swear in the witness.
David Klausner,
the witness, after having been duly sworn,
testified as follows:

EXAMINATION
BY MR. HIXSON:
**Q. Good morning.**
A. Good morning.
**Q. Will you please state your name for the record?**
A. David Klausner.
**Q. And do you understand that you are** 09:16:00 **testifying under oath and that you are under the same obligation to testify truthfully today as you would be in a court of law?**
A. Yes.
**Q. After the deposition, the court reporter will provide you with a copy of the transcript, and you will have an opportunity to review and make any corrections. But I will have an opportunity to comment on any corrections you may make. Do you understand that?**

Redacted

A. Yes.
**Q. Is there any reason why you can't testify accurately today?**
A. No.

Redacted

Redacted





Page 230 — Redacted

Page 232 — Redacted

Page 231 — Redacted

Page 233:

```
 1
 2
 3        Redacted
 4
 5
 6
 7
 8
 9    MR. HIXSON: Let's take a break while I
10  check my notes.
11    THE VIDEOGRAPHER: We are off the record at
12  6:07 p.m.
13        (Recess taken.)
14    THE VIDEOGRAPHER: We are back on the        18:14:30
15  record at 6:14 p.m.
16    MR. HIXSON: I have no further questions.
17  Rob, do you have any?
18    MR. RECKERS: Nope, we're done.
19    THE VIDEOGRAPHER: This is the end of
20  today's deposition of Mr. David Klausner. We are
21  off the record at 6:14 p.m. Thank you.
22
23
24
25
```

Pages 230 to 233

```
1    STATE OF CALIFORNIA      ) ss:
2    COUNTY OF MARIN          )
3
4         I, ASHLEY SOEVYN, CSR No. 12019, do hereby
5    certify:
6         That the foregoing deposition testimony was
7    taken before me at the time and place therein set
8    forth and at which time the witness was administered
9    the oath;
10        That the testimony of the witness and all
11   objections made by counsel at the time of the
12   examination were recorded stenographically by me,
13   and were thereafter transcribed under my direction
14   and supervision, and that the foregoing pages
15   contain a full, true and accurate record of all
16   proceedings and testimony to the best of my skill
17   and ability.
18        I further certify that I am neither counsel for
19   any party to said action, nor am I related to any
20   party to said action, nor am I in any way interested
21   in the outcome thereof.
22        IN THE WITNESS WHEREOF, I have transcribed my
23   name this 22nd day of June, 2012.
24
                              _____
                                    ASHLEY SOEVYN
25                                  CSR NO. 12019
```

Page 235