# EXHIBIT 27
# FILED UNDER SEAL

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

---

ORACLE USA, INC., a )
Colorado corporation; )
ORACLE AMERICA, INC., a )
Delaware corporation; and )
ORACLE INTERNATIONAL )
CORPORATION, a California )
corporation, )
    Plaintiffs, )
vs. ) Case No.
RIMINI STREET, INC., a ) 2:10-cv-00106
Nevada corporation; SETH ) LRH-PAL
RAVIN, an individual, )
    Defendants. )

---

    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

    Videotaped 30(b)(6) Deposition of RAY C. GRIGSBY, JR., taken at 16475 East 40th Circle Aurora, Colorado, commencing at 8:21 a.m., Wednesday, June 8, 2011, before Lisa A. Knight, RPR, Notary Public.

PAGES 1 - 334

Transcript Redacted

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFFS:
BINGHAM McCUTCHEN LLP
BY: GEOFFREY M. HOWARD, ESQ.
ZACHARY HILL, ESQ.
Three Embarcadero Center
San Francisco, California 94111-4067
415.393.2033
geoff.howard@bingham.com
zachary.hill@bingham.com

FOR THE DEFENDANTS:
SHOOK, HARDY & BACON LLP
BY: ROBERT RECKERS, ESQ.
JP Morgan/Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
713.227.8008
rreckers@shb.com

FOR THE DEFENDANTS:
SHOOK, HARDY & BACON LLP
BY: RYAN DYKAL, ESQ.
2555 Grand Boulevard
Kansas City, Missouri 64108
816.474.6550
rdykal@shb.com

ALSO PRESENT:
JERRY DeBOER, Videographer

Page 3

PROCEEDINGS
(June 8, 2011 at 8:21 a.m.)
THE VIDEOGRAPHER: Good morning. We are on the record at 8:21 a.m. on June 8th, 2011.    08:22:51
This is the videotaped 30(b)(6) deposition with designated representative Ray Grigsby. My name is Dennis Clayton, here with our court reporter, Lisa Knight. We are here    08:23:06 from Veritext National Deposition and Litigation Services at the request of counsel for the plaintiff.
This deposition is being held at 16475 East 40th Circle in the city    08:23:16 of Aurora, Colorado. The caption of this case is Oracle USA, Inc., et al., versus Rimini Street, Inc., et al., Case No. 2:10-cv-00106-LRH-PAL.
Please note that this    08:23:40 deposition is being recorded audio and video, and the mics are very sensitive, so please keep private conversations to off the record.
At this time, will counsel and    08:23:49

Page 4

all present please identify themselves for the record.
MR. HOWARD: Geoff Howard from Bingham McCutchen for plaintiff Oracle.    08:23:59
MR. HILL: Zachary Hill, Bingham McCutchen, for plaintiff Oracle.
MR. REKERS: Rob Rekers, Shook, Hardy & Bacon, for the defendant.    08:24:05
MR. DYKAL: Ryan Dykal, Shook, Hardy & Bacon, for the defendant.
THE VIDEOGRAPHER: Will the reporter please swear the witness.
- - -    08:24:13
RAY C. GRIGSBY, JR.,
after having been duly sworn, was examined and testified as follows:
- - -
EXAMINATION
- - -
BY MR. HOWARD:
Q.   Mr. Grigsby, my name is Geoff Howard. I represent Oracle. We met just before this deposition.    08:24:34

Page 5

Would you please state your full name for the record.
A.   Sure. Ray C. Grigsby, Jr.
Q.   And what's your home and business address?    08:24:41
A.   My home address is 5632 South Yampa Street in Centennial, Colorado, and my business address would be the same. I office at my home.
Q.   Have you had your deposition    08:24:52 taken before?
A.   I have not.
Q.   What did you do to prepare for your deposition today?
A.   I had material provided by the    08:25:01 lawyers, went over those topics. I also met with my team that I run, the JDE practice. I met with Dennis Chiu of on-boarding. I met with Ed Berde, Ryan of on-boarding.
I met with other people with    08:25:16 Rimini Street in the headquarters to understand processes that were done prior to me joining the Rimini Street company.
I also did some private prep by studying our DevTrack system, our Sales Force    08:25:26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 34

1 referring to?
2  A. If memory serves me, it was
3 right in between when PeopleSoft and Oracle
4 was coming in, taking over. I think my
5 termination was actually performed by          08:55:01
6 PeopleSoft.
7  Q. So 18 years at JD Edwards. And
8 did you have occasion to come in contact with
9 license agreements between JD Edwards and
10 customers during that 18 years?              08:55:22
11  A. No.
12  Q. Did you ever develop an
13 understanding of any of the license terms
14 between JD Edwards and customers during that
15 18 years?                                    08:55:33
16  A. No.
17  Q. And then where did you -- what
18 was your next employment after JD Edwards?
19  A. After JD Edwards, I worked for
20 -- as an independent consultant for several  08:55:42
21 years up in Canada, finishing a very large
22 migration project in Munton for a client.
23 After that, I went to several
24 business partners, including Fujitsu, INRANGE
25 Consulting, and the last one was CD Group,   08:55:58

Page 35

1 and was basically a project manager, managing
2 groups of programmers and analysts for both
3 upgrades and migration projects for
4 JD Edwards clients.
5  Q. Who was the client in Canada?    08:56:12
6  A. The client in Canada was
7 J.D. Irving.
8  Q. Prior to when you arrived at
9 Rimini Street, had you worked for any other
10 third-party service provider of JD Edwards   08:56:27
11 software?
12  A. Other than the ones I
13 mentioned, no, I didn't.
14  Q. I'm sorry. Which ones that you
15 mentioned previously?                        08:56:35
16  A. Well, I worked for business
17 partners, and they were gold-certified
18 partners of JD Edwards, both INRANGE
19 Consulting, Fujitsu Consulting and CD Group
20 out of Atlanta.                              08:56:47
21  Q. And did you work for any
22 third-party service providers that were not
23 licensed partners of JD Edwards or PeopleSoft
24 or Oracle?
25  A. I did work for a company for a  08:56:58

Page 36

1 little over two years called QAD, which had
2 nothing to do with JD Edwards at all. They
3 were a software vendor of manufacturing
4 software.
5  Q. So is it fair to say that when   08:57:09
6 you started at Rimini Street, you had not
7 previously worked for a third-party service
8 provider for JD Edwards software that wasn't
9 a contracted business partner of JD Edwards
10 or PeopleSoft or Oracle?                     08:57:23
11  A. That is correct.
12  Q. When did you start at Rimini
13 Street?
14  A. I was hired late
15 September 2009.                              08:57:31
16  Q. What was your job title at that
17 time?
18  A. Vice president of the
19 JD Edwards practice.
20  Q. Has that changed since          08:57:40
21 September 2009?
22  A. No, sir.
23  Q. Who did you report to in
24 September 2009?
25  A. I report to Brian Slepko, who's 08:57:47

Page 37

1 senior VP of global operations.
2  Q. And you've reported to him
3 since you started your employment?
4  A. Yes, sir.
5  Q. Has your job description        08:57:55
6 changed at all since you started?
7  A. No.
8  Q. And what is your job
9 description?
10  A. My job description is to manage 08:58:04
11 the JDE practice, working with sales and
12 marketing to grow the JD Edwards practice
13 globally. I'm also in charge of trying to
14 recruit and grow it internally in terms of
15 services we provide, ensuring that we have   08:58:19
16 proper methodologies and procedures in place,
17 and basically running the P&L to achieve
18 margins.
19  Q. Did you have experience with
20 JDE software prior to your employment with   08:58:34
21 JD Edwards?
22  A. Prior to my employment with
23 JD Edwards, no -- oh. Pardon me. Can I
24 correct that?
25  Q. Sure.                           08:58:47

10 (Pages 34 to 37)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 114

Redacted

Page 115

Redacted

23  Q.  So just for the record, 183 is
24  an e-mail chain that ultimately is between
25  you and Mr. Larsen; is that right?    10:54:41

Page 116

1   A.  From Keith Larsen to Ray
2   Grigsby, yes. It actually originated from
3   Lourdes Medina.
4   Q.  Right. And who is Lourdes
5   Medina?                              10:54:55
6   A.  Lourdes Medina was the manager
7   that worked in the JDE practice in 2000 --
8   date of hire, I want to say, 2008/9. She's
9   no longer with the company.

Redacted

Page 117

Redacted

30 (Pages 114 to 117)

Veritext National Deposition & Litigation Services
866 299-5127

```
 1   STATE OF COLORADO      ) ss:
 2   COUNTY OF ARAPAHOE     )
 3              I, LISA A. KNIGHT, RMR, CRR, do
 4   hereby certify:
 5              That the foregoing deposition
 6   testimony of RAY C. GRIGSBY, JR., was taken
 7   before me at the time and place therein set
 8   forth, at which time the witness was placed
 9   under oath and was sworn by me to tell the
10   truth, the whole truth, and nothing but the
11   truth;
12              That the testimony of the
13   witness and all objections made by counsel at
14   the time of the examination were recorded
15   stenographically by me, and were thereafter
16   transcribed under my direction and
17   supervision, and that the foregoing pages
18   contain a full, true and accurate record of
19   all proceedings and testimony to the best of
20   my skill and ability.
21              I further certify that I am
22   neither counsel for any party in said action,
23   nor am I related to any party to said action,
24   nor am I in any way interested in the outcome
25   thereof.
```

Page 327

```
1       IN WITNESS WHEREOF, I have subscribed
2  my name this 13th day of June, 2011.
```

_____
LISA A. KNIGHT
Certified Realtime Reporter

Page 328