# EXHIBIT 35
# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

---

ORACLE, USA, INC., a )
Colorado corporation; )
ORACLE AMERICA, INC., a )
Dealaware corporation; )
and ORACLE INTERNATIONAL )
CORPORATION, a )
California corporation, )
       Plaintiffs, )
  vs. ) No. 2:10-cv-0106
RIMINI STREET, INC., a ) -LRH-PAL
Nevada corporation; SETH )
RAVIN, an individual, )
       Defendants. )
                             )

---

   Videotaped Deposition of MICHAEL JOHN DAVICHICK, taken at Three Embarcadero Center, 28th Floor, San Francisco, California, commencing at 9:03 a.m., Thursday, July 21, 2011, before Kenneth T. Brill, CSR No. 12797.

PAGES 1 - 305

Transcript Redacted

Page 2

1  APPEARANCES OF COUNSEL:
2
3  FOR THE PLAINTIFFS:
4    BINGHAM MCCUTCHEN LLP
5    BY: THOMAS S. HIXSON, ESQ.
6    Three Embarcadero Center, 28th FLoor
7    San Francisco, CA 94111-4067
8    (415) 393-2152
9    thomas.hixson@bingham.com
10
11 FOR THE DEFENDANTS:
12   SHOOK HARDY & BACON LLP
13   BY: ROBERT RECKERS, ESQ.
14       DAVID J. NIEGOWSKI, ESQ.
15   JP MOrganchase Tower
16   600 Travis Street, Suite 1600
17   Houston, TX 77002-2911
18   (713) 227-8008
19   (816) 559-2687
20   rreckers@shb.com
21   dniegowski@shb.com
22
23 ALSO PRESENT:
24   Sean McGrath, Videographer
25

Page 3

1   THE VIDEOGRAPHER: Good morning. We are 09:00:14
2   on the record at 9:03 a.m. on July 21st, 2011.  09:03:02
3   This is the videotaped deposition of Michael  09:03:08
4   Davichick. My name is Sean McGrath, here with our  09:03:20
5   court reporter, Ken Brill. We are here from  09:03:21
6   Veritext National Deposition & Litigation Services  09:03:22
7   at the request of counsel for plaintiff.  09:03:25
8   This deposition is being held at Three  09:03:27
9   Embarcadero Center in the City of San Francisco,  09:03:29
10  California. The caption of this case is Oracle,  09:03:32
11  U.S.A., Incorporated, versus Rimini Street,  09:03:35
12  Incorporated, et al. Case number  09:03:39
13  2:10-CV-0106-LRH-PAL.  09:03:42
14  Please note that audio and video  09:03:56
15  recording will take place, unless all parties agree  09:03:58
16  to go off the record. Microphones are sensitive  09:04:01
17  and may pick up whispers, private conversations and  09:04:03
18  cellular interference. At this time will counsel  09:04:06
19  and all present identify themselves for the record.  09:04:08
20  MR. HIXSON: Tom Hixson, for plaintiffs.  09:04:11
21  MR. RECKERS: Rob Reckers, for defendants.  09:04:13
22  MR. NIEGOWSKI: David Niegowski, for  09:04:16
23  defendants.  09:04:18
24  THE VIDEOGRAPHER: Thank you. The witness  09:04:20
25  will be sworn in and we can proceed.  09:04:20

Page 4

1   MICHAEL JOHN DAVICHICK, after  09:04:29
2   having been first duly sworn, was  09:04:29
3   examined and testified as follows:  09:04:29
4   - - -  09:04:29
5   EXAMINATION  09:04:29
6   - - -  09:04:29
7   BY MR. HIXSON:  09:04:32
8   Q. Good morning, sir. We met already this  09:04:33
9   morning, but I'm Tom Hixson and I represent Oracle  09:04:34
10  in this case.  09:04:37
11  Will you please state your name for the  09:04:38
12  record.  09:04:39
13  A. Sure. My name is Michael John Davichick.  09:04:40
14  Q. Have you had your deposition taken before?  09:04:44
15  A. No.  09:04:46
16  Q. I'd like to go over a few of the ground  09:04:46
17  rules for today. First, do you understand that even  09:04:49
18  though we're in a somewhat informal setting, you are  09:04:51
19  testifying under oath and you have the same  09:04:54
20  obligation to testify truthfully that you would if  09:04:56
21  you were in a court of law?  09:04:58
22  A. I do.  09:04:59
23  Q. Okay. After your deposition is completed,  09:05:00
24  you will have the opportunity to review the  09:05:05
25  transcript and make any corrections, but I will also  09:05:07

Page 5

1   have the opportunity to comment on any corrections  09:05:10
2   that you may make.  09:05:13
3   Do you understand that?  09:05:13
4   A. I do.  09:05:14
5   Q. The court reporter can only transcribe  09:05:15
6   what one of us is saying at a time, so we need to be  09:05:17
7   careful not to speak over each other. So I will try  09:05:21
8   to wait for you to finish your answer before I go on  09:05:24
9   with the question, and I'd like it if you -- to wait  09:05:27
10  for me to finish my question before you begin your  09:05:31
11  answer.  09:05:33
12  Do you understand that?  09:05:34
13  A. I do.  09:05:34
14  Q. From time to time your attorneys may make  09:05:35
15  one or more objections. Unless they instruct you  09:05:37
16  not to answer, however, after they've made their  09:05:39
17  objection, you do need to provide an answer to the  09:05:41
18  question, to the extent that you understand it.  09:05:43
19  A. Okay.  09:05:45
20  Q. Do you understand that?  09:05:46
21  A. I do.  09:05:46
22  Q. If there is any time during this  09:05:50
23  deposition when you would like to take a break,  09:05:52
24  please let me know and we can take a break. The one  09:05:54
25  exception is if there's a question pending that you  09:05:57

2 (Pages 2 to 5)



Page 22

Redacted

Page 23

Redacted

Page 24

Redacted

Page 25

Redacted

7 (Pages 22 to 25)

Page 70

Redacted

Page 71

Redacted

Page 72

Redacted

Page 73

Redacted

Page 174

Redacted

Page 175

Redacted

Page 176

Redacted

Page 177

Redacted

Page 178 — Redacted

Page 179 — Redacted

Page 180 — Redacted

Page 181 — Redacted

46 (Pages 178 to 181)

Page 190

1  Redacted

2  Q. Can you identify the individuals in legal   01:41:09
3  at that time?                                  01:41:12
4  A. I -- I don't know who they were. It         01:41:12
5  was -- I -- I don't even know if Chris Pickett was  01:41:13
6  on board then, I -- I -- I don't know who the  01:41:22
7  attorneys were.                                01:41:23
8  Q. Okay. does Rimini Street have any in-house  01:41:23
9  lawyers today?                                 01:41:26
10 A. Yes.                                        01:41:27
11 Q. Okay. And who is that?                      01:41:27
12 A. Chris Atteberry.                            01:41:28
13 Q. Any there any others?                       01:41:31
14 A. There is one other that's new, and I don't  01:41:31
15 know his name.                                 01:41:33
16 Q. In January of 2008, how many in-house       01:41:34
17 attorneys did Rimini have?                     01:41:37
18 A. I believe one or two.                       01:41:38
19 Q. And you can't recall who they were?         01:41:40
20 A. No.                                         01:41:42

21-25 Redacted

Page 191

Redacted

Page 192

Redacted

Page 193

Redacted

49 (Pages 190 to 193)

Page 218

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Redacted

Page 219

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Redacted

Page 220

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Redacted

Page 221

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Redacted

56 (Pages 218 to 221)

CERTIFICATE OF REPORTER

I, KENNETH T. BRILL, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties hereto.

DATED: July 27, 2011

_____
KENNETH T. BRILL
CSR#12797

Page 302