# EXHIBIT 39



Print | Close Window

**Rimini Street Appoints Ed Schaffer Chief Financial Officer**

25-Year Industry Veteran to Drive Financial Strategy and Prepare for Planned 2013 IPO

**LAS VEGAS - May 16, 2012** - Rimini Street, Inc., the leading third-party maintenance and support provider for enterprise software, including SAP AG (NYSE:SAP) software and Oracle Corporation's (NASDAQ: ORCL) Siebel, PeopleSoft, JD Edwards, E-Business Suite and Oracle Database software, today announced the appointment of Ed Schaffer to Chief Financial Officer. Schaffer brings over 25 years of proven finance and executive management experience to Rimini Street, with demonstrated success across financial operations, strategic planning, fundraising and business growth. Schaffer will oversee Rimini Street's financial strategy, including corporate finance, accounting and investor relations, and will report to Rimini Street CEO Seth Ravin.

Schaffer most recently served as vice president of business operations at Monster Worldwide's Internet Advertising unit where he led operational performance and financial activities. Prior to this, he was vice president of finance and marketplace operations at oDesk Corporation, where he engaged in multiple capacities, including finance, sales and customer account management and product management. Previously, Schaffer was GM, Intuit Developer Network for Intuit, Inc. In this role Schaffer had full P&L responsibility for this business unit focused on third-party solutions for QuickBooks and other business products for Intuit's small business customers. Schaffer received an MBA from Stanford University's Graduate School of Business and a BA in International Relations from the University of Pennsylvania.

"Rimini Street is the market leader for innovative software support solutions that save Oracle and SAP licensees up to 90 percent in operating costs while providing more responsive service," said Schaffer.  "I am excited to join the senior management team at Rimini Street, and to help guide the Company through its next phase of accelerated growth and planned IPO."

"As strong global demand continues to accelerate Rimini Street's growth, Ed's demonstrated track record with successful global companies make him a great addition to the senior management team," said Seth Ravin, Rimini Street CEO. "Rimini Street is on track and continues to execute against our global business plan in 2012 and prepare for a planned IPO in 2013, while remaining committed to delivering the most innovative, responsive and value-driven software support services in the industry."

**About Rimini Street, Inc.**

Rimini Street is the leading third-party provider of enterprise software support services. The company is redefining enterprise support services with an innovative, award-winning program that enables Oracle and SAP licensees to save 50 percent on annual support fees and save up to 90 percent on total support costs over a decade. Clients can remain on their current software release without any required upgrades or migrations for at least 10 years. Hundreds of global, Fortune 500, midmarket, and public sector organizations from virtually all industries have selected Rimini Street as their trusted, independent support provider. To learn more, please visit www.riministreet.com or call within the USA 888-870-9692 or internationally 702-839-9671.

# # #

Rimini Street and the Rimini Street logo are trademarks of Rimini Street, Inc. All other company and product names may be trademarks of their respective owners. Copyright © 2012. All rights reserved.