# EXHIBIT 40
# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado )
corporation; ORACLE AMERICA, )
INC., a Delaware corporation; )
and ORACLE INTERNATIONAL )
CORPORATION, a California )
corporation, )
)
Plaintiffs, )
)
vs. ) No. 2:10-CV-0106
) LRH-PAL
RIMINI STREET, INC., a Nevada )
corporation; SETH RAVIN, an )
individual, )
)
Defendants. )

VIDEOTAPED

DEPOSITION OF BRIAN SLEPKO

San Francisco, California

Tuesday, August 24, 2010

Reported by: LANA L. LOPER, RMR, CRR, CCP,
CME, CLR, CCR, CSR No. 9667
File No.: 9934

Pages 1 - 104

Transcript Redacted

Page 6

1   San Francisco, California; Tuesday, August 24, 2010
2           10:28 a.m. - 1:32 p.m.
3                    - - -
4        THE VIDEOGRAPHER: Good morning. My name
5   is Adam Del Rio, your videographer, and I represent
6   Affinity Court Reporters in Burbank, California here
7   on behalf of SiteLogic. The date is August 24,
8   2010. The time is approximately 10:28 a.m. This
9   deposition is being held at Three Embarcadero Center
10  on the 28th Floor in the City of San Francisco,
11  California. This case is numbered
12  2:10-CV-0106-LRH-PAL, entitled Oracle, U.S.A.,
13  Incorporated, et al. vs Rimini Street, Incorporated,
14  et al.
15       This deposition is being taken on behalf
16  of plaintiff. The deponent today is Mr. Brian
17  Slepko. This is Volume I, Tape 1. The court
18  reporter today is Lana Loper with Affinity Court
19  Reporting (sic). Counsel and all parties present
20  will now introduce themselves for the, record
21  starting with the questioning attorney, please.
22       MR. RINGGENBERG: Kieran Ringgenberg,
23  Boies, Schiller & Flexner for the plaintiffs.
24       MR. RECKERS: Rob Reckers, Shook Hardy &
25  Bacon for Defendant Rimini Street. With me is

Page 7

1   Christopher Pickett, house counsel for Rimini
2   Street.
3        THE VIDEOGRAPHER: Thank you. Would the
4   court reporter please swear in our witness and we
5   may proceed.
6            BRIAN SLEPKO,
7         having been first administered an
8         oath in accordance with CCP Section
9         2094, was examined and testified as
10        follows:
11              EXAMINATION
12  BY MR. RINGGENBERG:
13  Q   Good morning, sir. Could you please state
14  your name for the record?
15  A   Sure. Brian Slepko.
16  Q   What's your business address?
17  A   6601 Koll Center Parkway. That's K-o-l-l,
18  in Pleasanton, California.
19  Q   Thank you. Have you participated in a
20  deposition before?
21  A   I have not.
22  Q   I'm sure your attorneys have briefed you.
23  Let me just give you a few ground rules so that
24  we're on the same page, as we go through the
25  process.

Page 8

1        I'm going to ask you questions. It's
2   important you answer them verbally, rather than a
3   shake of the head or vague words like "uh-huh" or
4   "huh-uh," which look very similar on the page. Is
5   that fair?
6   A   Yes.
7   Q   If at any point you don't understand my
8   question, please let me know and I'll do my best to
9   rephrase it. Is that okay?
10  A   Yes.
11  Q   If you need to take a break, just let me
12  know and we'll try to take one after you have
13  answered the current pending question.
14       Do you work at Rimini Street?
15  A   Yes, I do.
16  Q   What's your title?
17  A   My title is senior vice president global
18  operations.
19  Q   How long have you been there?
20  A   Almost three years now.
21  Q   Has your title been the same the whole
22  time?
23  A   It has.
24  Q   What did you do previous?
25  A   I was with a company called Agile

Page 9

1   software.
2   Q   What did you do there?
3   A   I was the vice president of maintenance
4   revenue.
5   Q   And can you describe, in general terms,
6   what your current responsibilities are?
7   A   My current responsibilities with Rimini
8   Street are to provide the service for our clients,
9   including, support, development and tax and
10  regulatory scoping.
11  Q   And how many people report to you
12  directly?
13  A   I believe that there's eight.
14  Q   You report in turn to Mr. Ravin. Is that
15  right?
16  A   That's correct.
17  Q   You sit on the operating committee, is
18  that right? Or strike that.
19       The group of folks who report to
20  Mr. Ravin, y'all have a name as a group?
21  A   Yes, we do.
22  Q   What is that?
23  A   Operating committee.
24       (Plaintiffs' Exhibit 1 was marked
25       for identification.)

Page 34

1
2
3
4  Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 36

1
2
3
4  Redacted
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 35

1
2
3
4
5  Redacted
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  ////

Page 37

1
2
3
4
5  Redacted
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 54 — Redacted

Page 55 — Redacted

Page 56 — Redacted

Page 57 — Redacted

Page 58

1
2
3
4
5   Redacted
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 59

1
2
3
4
5   Redacted
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 60

1
2
3
4
5   Redacted
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 61

1
2
3
4
5   Redacted
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1   IN WITNESS WHEREOF, I have subscribed my name
2   this 9th day of September, 2010.
3
4   *Lana L. Loper*
5   LANA L. LOPER, RMR, CRR, CCP, CME, CLR CCR CSR 9667