# EXHIBIT 41
# FILED UNDER SEAL

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA
 3
 4    ORACLE USA, INC., a Colorado
      corporation; ORACLE AMERICA,
 5    INC. a Delaware corporation; and
      ORACLE INTERNATIONAL CORPORATION,
 6    a California corporation,
 7            Plaintiffs,
 8        vs.                     No. 2:10-cv-0106-LRH-PAL
 9    RIMINI STREET, INC.,
      a Nevada corporation;
10    SETH RAVIN, an individual,
11            Defendants.
                                          /
12
13
14
15
16        Videotaped Federal Rule 30(b)(6) Deposition of
17        BRIAN SLEPKO, taken at Boies, Schiller & Flexner
18        LLP, 1999 Harrison Street, 9th Floor, Oakland,
19        California, commencing at 8:55 a.m., on Friday,
20        December 16, 2011, before Leslie Rockwood, RPR,
21        CSR No. 3462.
22
23
24
25    PAGES 1 - 80
```

### Page 2

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE PLAINTIFF ORACLE USA, INC.:
 4     BOIES SCHILLER & FLEXNER LLP
 5     BY: KIERAN P. RINGGENBERG, ESQ.
 6     1999 Harrison Street, Suite 900
 7     Oakland, California 94612
 8     (510) 874-1013
 9     kringgenberg@bsfllp.com
10
11
12   FOR THE DEFENDANT RIMINI STREET, INC.:
13     SHOOK, HARDY & BACON LLP
14     BY: ROBERT RECKERS, ESQ.
15     JP Morgan/Chase Tower
16     600 Travis Street, Suite 1600
17     Houston, Texas 77002-2911
18     (713) 546-5690
19     rreckers@shb.com
20
21   ALSO PRESENT:
22     Jake Krohn, Videographer
23            ---oOo---
24
25
```

### Page 3

```
 1   FRIDAY, DECEMBER 16, 2011; OAKLAND, CALIFORNIA
 2                      8:55 A.M.
 3                     ---oOo---
 4       THE VIDEOGRAPHER: We are on the record on
 5   December 16th at 8:55 a.m. This is the videotaped       08:55:28
 6   deposition of Brian Slepko. My name is Jake Krohn, here
 7   with court reporter, Leslie Rockwood. We are here from
 8   Veritext National Deposition and Litigation Services at
 9   the request of counsel for plaintiff.
10       This deposition is being held at 1999             08:55:48
11   Harrison Street, Suite 900, in the city of Oakland,
12   California. The caption of this case is Oracle USA,
13   Inc., et al., vs. Rimini Street, Inc., et al., Case
14   Number 2:10-CV-0106-LRH-PAL.
15       Please note that audio and video recording        08:56:17
16   will take place unless all parties agree to go off the
17   record. Microphones are sensitive and may pick up
18   whispers, private conversations, and cellular
19   interference.
20       At this time will counsel and all present         08:56:28
21   identify themselves for the record.
22       MR. RINGGENBERG: Kieran Ringgenberg, Boies,
23   Schiller & Flexner, for the plaintiffs.
24       MR. RECKERS: Robert Reckers, Shook, Hardy &
25   Bacon, for the defendants.                            08:56:38
```

### Page 4

```
 1       THE VIDEOGRAPHER: Thank you. The witness
 2   will be sworn in, and we can proceed.
 3       THE REPORTER: Would you raise your right
 4   hand, please.
 5       You do solemnly state that the evidence you
 6   shall give in this matter shall be the truth, the whole
 7   truth and nothing but the truth.
 8       THE WITNESS: I do.
 9       THE REPORTER: Thank you.
10              EXAMINATION
11   BY MR. RINGGENBERG:
12    Q. Welcome back, Mr. Slepko.
13    A. Good morning.
14       MR. RINGGENBERG: Good morning. I'm going to
15   offer you the next exhibit in line.                    08:57:00
16       (Exhibit 1571 was marked for identification.)
17    Q. BY MR. RINGGENBERG: Exhibit 1571 I'll tell
18   you is the deposition notice issued by Oracle to Rimini
19   Street, and I would like to direct your attention to the
20   list of topics, which begins on the third page, carrying  08:57:21
21   over to the fourth and fifth pages.
22    A. Okay.
23    Q. And my question to you is whether you
24   understand that you're here today to testify as Rimini
25   Street's corporate representative with respect to        08:57:34
```

### Page 5

```
 1   Topics 2, 3, and 6 listed on those pages.
 2    A. I understand that, yes.
 3    Q. And having -- I assume you've had an
 4   opportunity to review those topics before?
 5    A. I have.                                            08:57:47
 6    Q. And do you feel knowledgeable that you're
 7   prepared to offer the best understanding of the company
 8   on those topics today?
 9    A. I do.
10    Q. What did you do to prepare, if anything, to       08:57:56
11   address those particular topics?
12    A. I had discussions with -- I met with counsel,
13   and I had discussions with multiple people in the
14   organization to confirm my understanding of the details
15   of these topics.                                       08:58:11
16    Q. Sure. Can you tell me who you spoke with
17   other than the lawyers?
18    A. Sure. From the support side, I spoke with
19   Michael Kerr, K-E-R-R. He's JD Edwards' -- the senior JD
20   Edwards primary support engineer. I spoke with Chad    08:58:25
21   Kodet. That's K-O-D-E-T. He's is the most senior
22   PeopleSoft primary support engineer. He's one of the
23   senior PeopleSoft primary support engineers.
24       I spoke with Kim Phung, who is the senior --
25   I'm sorry, Siebel support engineer. P-H-U-N-G.         08:58:56
```





Page 66 — Redacted
Page 67 — Redacted
Page 68 — Redacted
Page 69 — Redacted

Pages 66 to 69

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4            I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5   certify:
 6            That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9            That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16            I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20            IN WITNESS WHEREOF, I have subscribed my name
21   this 20th day of December, 2011.
22
23                    /s/ Leslie Rockwood
24                    _____
25                    LESLIE ROCKWOOD, CSR. NO. 3462
```

Page 78