BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
BREE HANN (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com
bree.hann@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**APPENDIX OF EXHIBITS CITED IN SUPPORT OF ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**VOLUME 3 OF 5 (EXS. 49-72)**<br><br>Judge:     Hon. Larry R. Hicks |

**APPENDIX OF EXHIBITS**

Pursuant to Local Rule 10-3, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle") submit this Appendix Of Exhibits Cited In Support Of Oracle's Second Motion For Partial Summary Judgment.

| Exhibit | Description | Volume |
|---|---|---|
| 1 | Excerpt of Rimini's Supplemental Responses to Oracle's Interrogatories Nos. 7, 15, 28, 29, and 30 | 1 |
| 2 | Oracle License and Services Agreement | 1 |
| 3 | June 29, 2007 e-mail from G. Lester | 1 |
| 4 | Oracle Developer License, dated January 24, 2006 | 1 |
| 5 | Oracle Deposition Ex. 808, introduced during the Nov. 11, 2011 deposition of G. Lester | 1 |
| 6 | Excerpts from the Rule 30(b)(6) deposition of R. Allison, taken on November 12, 2009 | 1 |
| 7 | Excerpts from the deposition of G. Lester, taken on November 11, 2011 | 1 |
| 8 | Screenshots from Oracle Technology Network Website | 1 |
| 9 | Excerpts from the deposition of K. Williams, taken on October 5, 2011 | 1 |
| 10 | Oracle Deposition Ex. 470, introduced during the October 5, 2011 deposition of K. Williams | 1 |
| 11 | Excerpts from the deposition of D. Baron, taken on May 5, 2010 | 1 |
| 12 | Excerpts from the Rule 30(b)(6) deposition of B. Lester, taken on March 17, 2011 | 1 |
| 13 | HCM101131_09TXFRMCN.DAT file from RSI0910435 | 1 |
| 14 | Oracle Deposition Ex. 74, introduced during the March 17, 2011 deposition of B. Lester | 1 |
| 15 | Excerpts from the deposition of J. Whittenbarger, taken on September 27, 2011 | 1 |
| 16 | Excerpts from the deposition of S. Ravin, taken on November 17-18, 2011 | 1 |
| 17 | Oracle Deposition Ex. 929, introduced during the November 18, 2011 deposition of S. Ravin | 1 |
| 18 | Rimini's Responses to Oracle's Interrogatories Nos. 17-18 | 1 |
| 19 | Attachment A to Rimini's First Supplemental Response to Oracle's Interrogatory No. 17 | 1 |
| 20 | Attachment B to Rimini's First Supplemental Response to Oracle's Interrogatory No. 18 | 1 |
| 21 | First Supplemental Exhibit C to Rimini's First Supplemental Response to Oracle's Interrogatory No. 17 | 1 |
| 22 | Oracle's First Set of Requests for Admissions | 1 |
| 23 | Rimini's Responses to Oracle's Requests for Admissions Nos. 13-14 | 1 |
| 24 | Excerpts from the deposition of D. Klausner, taken on June 15, 2012 | 1 |
| 25 | January 20, 2010 e-mail from D. Chiu | 1 |
| 26 | February 23, 2010 e-mail from G. Lester | 1 |

| # | Description | Vol |
|---|---|---|
| 27 | Excerpts from the deposition of R. Grigsby, taken on June 15, 2012 | 1 |
| 28 | November 13, 2009 e-mail from K. Larsen | 1 |
| 29 | April 29, 2010 e-mail from RSI-Intranet | 1 |
| 30 | Oracle's Fifth Set of Interrogatories Nos. 20-25 | 1 |
| 31 | Rimini's Third Supplemental Responses to Oracle's Interrogatories Nos. 20-22 | 2 |
| 32 | First Supplemental Exhibit 1A-3 to Rimini's Third Supplemental Responses to Oracle's Interrogatories Nos. 20-22 | 2 |
| 33 | Excerpts from the Rule 30(b)(6) deposition of D. Zorn, taken on September 16, 2011 | 2 |
| 34 | Oracle Deposition Ex. 418, introduced during the September 16, 2011 deposition of D. Zorn | 2 |
| 35 | Excerpts from the deposition of M. Davichick, taken on July 21, 2011 | 2 |
| 36 | Oracle Deposition Ex. 281, introduced during the July 21, 2011 deposition of M. Davichick | 2 |
| 37 | Oracle Deposition Ex. 293, introduced during the July 21, 2011 deposition of M. Davichick | 2 |
| 38 | March 9, 2010 e-mail from C. Limburg | 2 |
| 39 | May 16, 2012 Rimini Press Release | 2 |
| 40 | Excerpts from the Rule 30(b)(6) deposition of B. Slepko, taken on August 24, 2010 | 2 |
| 41 | Excerpts from the Rule 30(b)(6) deposition of B. Slepko, taken on December 16, 2011 | 2 |
| 42 | April 21, 2010 e-mail from J. Benge | 2 |
| 43 | April 14, 2010 e-mail from E. Fisher | 2 |
| 44 | Rimini Support Agreement with AGCO North America | 2 |
| 45 | Rimini Support Agreement with American Standard | 2 |
| 46 | Rimini Support Agreement with AmeriGas | 2 |
| 47 | Rimini Support Agreement with Anadarko Petroleum | 2 |
| 48 | Rimini Support Agreement with FM Global | 2 |
| 49 | Rimini Support Agreement with Genesis Health Care Corp. | 3 |
| 50 | Rimini Support Agreement with JBS Swift | 3 |
| 51 | Rimini Support Agreement with Kichler Lighting | 3 |
| 52 | Rimini Support Agreement with Koch Business Solutions LP | 3 |
| 53 | Rimini Support Agreement with National Grid | 3 |
| 54 | Rimini Support Agreement with Smurfit Stone Container Corp. | 3 |
| 55 | October 3, 2011 Rimini Press Release | 3 |
| 56 | Rimini's Response to Oracle's Eighth Set of Interrogatories | 3 |
| 57 | September 26, 2005 Letter from S. Gattey to S. Ravin | 3 |
| 58 | October 6, 2005 Letter from P. Byrne to S. Gattey | 3 |
| 59 | Excerpts from the deposition of S. Ravin, taken on July 21, 2010 | 3 |
| 60 | Software Shipping Request to Oracle | 3 |
| 61 | Oracle Deposition Ex. 458, introduced during the September 27, 2011 deposition of J. Whittenbarger | 3 |
| 62 | Oracle Deposition Ex. 459, introduced during the September 27, 2011 deposition of J. Whittenbarger | 3 |
| 63 | Excerpts from the deposition of B. Slepko, taken on December 15, 2011 | 3 |
| 64 | Excerpts from the deposition of D. Chiu, taken on June 24, 2011 | 3 |

APPENDIX OF EXHIBITS CITED IN SUPPORT OF
ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

A/75171543.1

| | | | |
|---|---|---|---|
| 65 | Oracle Deposition Ex. 41, introduced during the May 12, 2011 deposition of J. Marandola. | 3 |
| 66 | Oracle Deposition Ex. 1558, introduced during the December 15, 2011 deposition of B. Slepko | 3 |
| 67 | Oracle Deposition Ex. 276, introduced during the June 24, 2011 deposition of D. Chiu | 3 |
| 68 | Rimini's First Supplemental Response to Oracle's Interrogatory No. 16 | 3 |
| 69 | April 19, 2011 Letter from B. Hann to R. Reckers | 3 |
| 70 | May 2, 2011 Letter from R. Dykal to B. Hann | 3 |
| 71 | February 14, 2012 Letter from K. Palumbo to R. Reckers | 3 |
| 72 | March 12, 2012 Letter from R. Reckers to K. Palumbo | 3 |
| 73 | Excerpts from the deposition of J. Jones, taken on January 5, 2012 | 4 |
| 74 | Jan. 30, 2010 e-mail from J. McLeod | 4 |
| 75 | Jan. 30, 2010 e-mail from J. McLeod | 4 |
| 76 | John Letzing, "Upstart fires back at Oracle in legal battle," Marketwatch, March 29, 2010 | 4 |
| 77 | Chris Kanaracus, "Rimini Street files countersuit against Oracle," Computerworld, March 29, 2010 | 4 |
| 78 | David Bank, "Oracle Will Fact New Competitor For Siebel Users," Wall Street Journal, March 5, 2005 | 4 |
| 79 | Oracle Deposition Ex. 913, introduced during the November 17, 2011 deposition of S. Ravin | 4 |
| 80 | Stacy Cowley, "Solution Providers: Oracle Suing Over Standard Industry Practice," CRN.com, March 23, 2007 | 4 |
| 81 | Frank Scavo, "Oracle/SAP lawsuit: view from Rimini Street," The Enterprise System Spectator, March 27, 2007 | 4 |
| 82 | Renee Boucher Ferguson, "Oracles Suit Against SAP Raises Customer Concerns," eWeek, July 12, 2007 | 4 |
| 83 | Thomas Wailgum, "Oracle v. SAP Legal Fight Gets Messier, Raises Tough Questions About Third-Party Maintenance," CIO, April 25, 2008 | 4 |
| 84 | March 29, 2010 Rimini Press Release | 4 |
| 85 | January 11, 2011 Bloomberg Interview with Seth Ravin | 4 |
| 86 | April 24, 2006 Rimini Press Release | 4 |
| 87 | January 2007 Rimini Presentation | 4 |
| 88 | Oracle Deposition Ex. 905, introduced during the November 17, 2011 deposition of S. Ravin, and associated testimony | 4 |
| 89 | Oracle Deposition Ex. 432, introduced during the September 16, 2011 deposition of D. Zorn | 4 |
| 90 | CA Cheuvreux, Credit Agricole Group, "SAP Company Report," July 15, 2010 | 4 |
| 91 | PiperJaffray Investment Research, "Third Party Support: Not the End of Software Maintenance, But a Profound Change," July 2011 | 4 |
| 92 | January 11, 2012 Rimini Press Release | 4 |
| 93 | Rimini Website Client Overview Page | 4 |
| 94 | Rimini's Response to Oracle's Interrogatory No. 27 | 4 |
| 95 | Oracle Complaint (Dkt. 1) | 5 |
| 96 | Rimini's Amended Answer and CounterClaim (Dkt. 153) | 5 |

APPENDIX OF EXHIBITS CITED IN SUPPORT OF
ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

A/75171543.1

| | | |
|---|---|---|
| 1 | DATED: September 14, 2012 | BINGHAM MCCUTCHEN LLP |

By: /s/ Geoffrey M. Howard
Geoffrey M. Howard
Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

4

APPENDIX OF EXHIBITS CITED IN SUPPORT OF
ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

A/75171543.1