# EXHIBIT 55



**Rimini Street Expands Industry-Leading Support Offering to Cover Oracle Database**

Oracle Database Licensees Now Have a Choice of Annual Support Vendors

**SAN FRANCISCO - Oracle OpenWorld 2011, October 3, 2011** - Rimini Street, Inc., the leading third-party maintenance and support provider for enterprise software, including Oracle Corporation's (NASDAQ: ORCL) Siebel, PeopleSoft, JD Edwards, and E-Business Suite software, and SAP AG (NYSE:SAP) software, today announced the expansion of its maintenance and support services to cover Oracle Database products. Rimini Street Support for Oracle Database includes many of the same innovative, high-value services that have already made Rimini Street an award-winning support program for Siebel, PeopleSoft, JD Edwards, Oracle E-Business Suite and SAP products. Rimini Street Support for Oracle Database is available immediately and is already being provided to signed clients.

**Rimini Street Support Services for Oracle Database Products**

Oracle Database licensees switching their annual support to Rimini Street will achieve the same 50 percent savings in annual support fees that is enjoyed by Rimini Street enterprise application software support clients. Rimini Street Support for Oracle Database products includes innovative program features that have made Rimini Street the support provider of choice for hundreds of organizations around the world, including:

- Support for a minimum of 10 years for existing releases without required upgrades
- Named, local Primary Support Engineer (PSE) assigned to each client
- 24/7 support coverage with 30-minute-or-less guaranteed response by a senior engineer
- Diagnostic, configuration and performance support
- Integration support with Oracle and SAP applications
- Interoperability support

In addition to significant cost savings and innovative support program features, licensees who use Rimini Street for a combined support of their Oracle Database and Oracle or SAP enterprise applications will also benefit from an integrated service offering with deeper interoperability and configuration support between the database and application, with a single-source provider.

**Rimini Street Is Most Experienced Third-Party Support Provider**

Rimini Street is the recognized industry leader in third-party enterprise software support. Today, approximately 450 global, Fortune 500, midmarket and public sector organizations, including 39 of the Fortune 500 and 12 of the Global 100 firms, with supported operations in more than 60 countries, rely on Rimini Street for the mission-critical support and updates needed to successfully process billions of dollars in transactions a month.

"In response to strong market demand for cost-effective, alternative support program choices for Oracle Database products, Rimini Street is pleased to continue expanding its award-winning enterprise support offerings with its new support service for Oracle Database licensees," said Seth Ravin, CEO, Rimini Street. "Rimini Street is already providing its new Oracle Database support service to signed clients and is looking forwarding to helping many Oracle Database licensees achieve a 50 percent annual support cost savings and free-up even more of their IT budgets to fund new, innovative projects."

**About Rimini Street, Inc.**

Rimini Street is the leading third-party provider of enterprise software support services. The company is redefining enterprise support services with an innovative, award-winning program that enables Oracle and SAP licensees to save at least 50 percent in annual support fees and save up to 90 percent in total support costs over a decade. Clients can remain on their current software release without any required upgrades or migrations for at least ten years. Hundreds of global, Fortune 500, midmarket, and public sector organizations from virtually all industries have selected Rimini Street as their trusted, independent support provider. To learn more, please visit http://www.riministreet.com/ or call within the USA (888) 870-9692 or internationally +1 (702) 839-9671.

# # #

Rimini Street and the Rimini Street logo are trademarks of Rimini Street, Inc. All other company and product names may be trademarks of their respective owners. Copyright © 2011. All rights reserved.