# EXHIBIT 59
# FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

ORACLE CORPORATION, a               )
Delaware corporation, ORACLE        )
USA, INC., a Colorado               )
corporation, and ORACLE             )
INTERNATIONAL CORPORATION, a        )
California corporation,             )
                                    )
            Plaintiffs,             )
                                    )
        vs.                         )   07-CV-1658 (PJH)
                                    )
SAP AG, a German corporation,       )
SAP AMERICA, INC., a Delaware       )
corporation, TOMORROWNOW,           )
INC., a Texas corporation, and      )
DOES 1-50, inclusive,               )
                                    )
            Defendants.             )
_____)


VIDEOTAPED DEPOSITION OF SETH RAVIN

_____

JULY 21, 2010

VOLUME II

(Pages 276 - 382)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


REPORTED BY:  SARAH LUCIA BRANN, CSR 3887   (#429524)

Transcript Redacted

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

## Page 281

| | | |
|---|---|---|
| | 1 | SAN FRANCISCO, CALIFORNIA, WEDNESDAY, JULY 21, 2010 |
| | 2 | 10:16 A.M. |
| | 3 | --oOo-- |
| 09:34:58 | 4 | P R O C E E D I N G S |
| 10:15:56 | 5 | THE VIDEOGRAPHER: Very good. Tape is |
| 10:15:58 | 6 | rolling, so let's begin. |
| 10:15:59 | 7 | Here begins Volume Number II, Videotape |
| 10:16:01 | 8 | Number 1, in the deposition of Seth Ravin in the |
| 10:16:04 | 9 | matter of Oracle versus SAP AG in the United States |
| 10:16:08 | 10 | District Court, Northern District of California. |
| 10:16:11 | 11 | Today's date is July 21st, 2010. The time |
| 10:16:15 | 12 | on the video monitor, 10:16. The video operator |
| 10:16:21 | 13 | today is Ted Hoppe, a notary public contracted by |
| 10:16:24 | 14 | Merrill Legal Solutions, San Francisco, California. |
| 10:16:26 | 15 | This videotaped deposition is taking place at 333 |
| 10:16:29 | 16 | Bush Street in San Francisco. |
| 10:16:31 | 17 | Counsel, could you please voice identify |
| 10:16:33 | 18 | yourselves and state whom you represent? |
| 10:16:36 | 19 | MR. HOWARD: Geoff Howard from Bingham |
| 10:16:37 | 20 | McCutchen, representing Oracle. With me is Chad |
| 10:16:40 | 21 | Russell. Also here with us is Taneen Jafarkhani, |
| 10:16:44 | 22 | one of our summer associates, and Katrina Garibaldi |
| 10:16:49 | 23 | from Oracle. |
| 10:16:51 | 24 | MR. RINGGENBERG: Kieran Ringgenberg, |
| 10:16:51 | 25 | Boies, Schiller & Flexner, also for Oracle. |

## Page 282

| | | |
|---|---|---|
| 10:16:53 | 1 | MR. COWAN: Scott Cowan with Jones Day for |
| 10:16:56 | 2 | defendants. And with me today are my assistants, |
| 10:16:58 | 3 | Laurie Page Burns and Jessica Cowan. |
| 10:17:03 | 4 | MR. WEBB: Trent Webb, Shook, Hardy & |
| 10:17:03 | 5 | Bacon, representing Mr. Ravin in this deposition, |
| 10:17:04 | 6 | and with me Rob Reckers of Shook, Hardy & Bacon, as |
| 10:17:07 | 7 | well, and Chris Pickett. |
| 10:17:10 | 8 | THE VIDEOGRAPHER: The court reporter |
| 10:17:11 | 9 | today is Sarah Brann of Merrill Legal Solutions. |
| 10:17:14 | 10 | Sarah, could you re-swear the witness in? |
| 10:17:16 | 11 | SETH RAVIN |
| 10:17:16 | 12 | |
| 10:17:25 | 13 | called as a witness, who, having been first duly |
| 10:17:25 | 14 | sworn, was examined and testified as follows: |
| 10:17:29 | 15 | THE VIDEOGRAPHER: Please proceed. |
| 10:17:29 | 16 | EXAMINATION BY MR. HOWARD |
| 10:17:29 | 17 | MR. HOWARD: Q. Good morning, Mr. Ravin. |
| 10:17:31 | 18 | A. Good morning. |
| 10:17:31 | 19 | Q. Do you understand that we are here today |
| 10:17:34 | 20 | as a continuation of your deposition on May 21st, |
| 10:17:37 | 21 | 2009 when I deposed you at the offices of your |
| 10:17:40 | 22 | former counsel, Wilson Sonsini? |
| 10:17:44 | 23 | A. Yes. |
| 10:17:44 | 24 | Q. And do you understand why you are here |
| 10:17:45 | 25 | today? |

## Page 283

| | | |
|---|---|---|
| 10:17:46 | 1 | A. Yes. |
| 10:17:46 | 2 | Q. What is that understanding? |
| 10:17:48 | 3 | A. We are continuing the deposition that we |
| 10:17:49 | 4 | had on May 21st of 2009. |
| 10:17:51 | 5 | Q. Do you understand that's pursuant to a |
| 10:17:53 | 6 | court order that requires you to answer questions |
| 10:17:56 | 7 | related to some questions that you were instructed |
| 10:17:58 | 8 | not to answer at that last deposition? |
| 10:18:00 | 9 | A. I understand that this requires me to |
| 10:18:02 | 10 | answer questions that were posed and approved by the |
| 10:18:06 | 11 | judge. |
| 10:18:07 | 12 | Q. And you are prepared to do that today? |
| 10:18:10 | 13 | A. Yes. |
| 10:18:11 | 14 | Q. What did you do to prepare for your |
| 10:18:13 | 15 | deposition today? |
| 10:18:14 | 16 | MR. WEBB: Let me just caution the witness |
| 10:18:16 | 17 | not to reveal any privileged communications, but you |
| 10:18:20 | 18 | may answer. |
| 10:18:21 | 19 | THE WITNESS: Spent a few hours with |
| 10:18:22 | 20 | counsel. |
| 10:18:23 | 21 | MR. HOWARD: Q. Is that your counsel |
| 10:18:25 | 22 | that's representing you here today? |
| 10:18:27 | 23 | A. Yes. |
| 10:18:27 | 24 | Q. Anybody else? |
| 10:18:29 | 25 | A. No. |

## Page 284

| | | |
|---|---|---|
| 10:18:30 | 1 | Q. Did you do anything other than meet with |
| 10:18:32 | 2 | counsel to prepare for your deposition? |
| 10:18:39 | 3 | A. No. |
| 10:18:39 | 4 | Q. Did you review any documents? |
| 10:18:40 | 5 | A. No. |
| 10:18:43 | | |
| 10:18:48 | | |
| 10:18:51 | | |
| 10:18:57 | | |
| 10:18:58 | | |
| 10:18:58 | | Redacted |
| 10:19:00 | | |
| 10:19:03 | | |
| 10:19:06 | | |
| 10:19:09 | | |
| 10:19:09 | | |
| 10:19:12 | | |
| 10:19:14 | | |
| 10:19:18 | | |
| 10:19:20 | | |
| 10:19:22 | | |
| 10:19:23 | | |
| 10:19:28 | | |
| 10:19:30 | | |
| 10:19:31 | | |

3 (Pages 281 to 284)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 321

| | |
|---|---|
| 10:58:06 | |
| 10:58:07 | |
| 10:58:11 | |
| 10:58:13 | Redacted |
| 10:58:14 | |
| 10:58:15 | |
| 10:58:19 | |
| 10:58:21 | |
| 10:58:25 | |
| 10:58:26 | |
| 10:58:27 | |
| 10:58:28 | |
| 10:58:32 | |
| 10:58:35 | |
| 10:58:37 | |
| 10:58:38 | |
| 10:58:42 | |
| 10:58:43 | |
| 10:58:45 | |
| 10:58:47 | |
| 10:58:49 | |
| 10:58:52 | |
| 10:58:55 | |
| 10:58:59 | |
| 10:59:01 | |

Page 323

| | |
|---|---|
| 11:00:14 | |
| 11:00:18 | |
| 11:00:22 | |
| 11:00:24 | Redacted |
| 11:00:26 | |
| 11:00:27 | |
| 11:00:28 | |
| 11:00:29 | |
| 11:00:30 | |
| 11:00:33 | |
| 11:00:38 | |
| 11:00:41 | |
| 11:00:43 | |
| 11:00:44 | |
| 11:00:46 | |
| 11:00:48 | |
| 11:00:52 | |
| 11:00:54 | |
| 11:00:55 | |
| 11:01:00 | |
| 11:01:02 | |
| 11:01:05 | |
| 11:01:07 | |
| 11:01:08 | |
| 11:01:10 | |

Page 322

| | |
|---|---|
| 10:59:05 | |
| 10:59:08 | |
| 10:59:09 | |
| 10:59:18 | Redacted |
| 10:59:20 | |
| 10:59:22 | |
| 10:59:23 | |
| 10:59:28 | |
| 10:59:28 | |
| 10:59:30 | |
| 10:59:32 | |
| 10:59:34 | |
| 10:59:36 | |
| 10:59:37 | |
| 10:59:38 | |
| 10:59:40 | |
| 10:59:43 | |
| 10:59:44 | |
| 10:59:48 | |
| 10:59:52 | |
| 10:59:58 | |
| 11:00:00 | |
| 11:00:03 | |
| 11:00:06 | |
| 11:00:09 | |

Page 324

| | |
|---|---|
| 11:01:13 | |
| 11:01:16 | |
| 11:01:17 | |
| 11:01:19 | Redacted |
| 11:01:22 | |
| 11:01:24 | |
| 11:01:27 | |
| 11:01:28 | |
| 11:01:30 | |
| 11:01:33 | |
| 11:01:35 | |
| 11:01:39 | |
| 11:01:42 | |
| 11:01:43 | |
| 11:01:44 | |
| 11:01:46 | |
| 11:01:49 | |
| 11:01:52 | |
| 11:01:53 | |
| 11:01:58 | |
| 11:02:01 | |
| 11:02:04 | |
| 11:02:09 | |
| 11:02:13 | |
| 11:02:15 | |

13 (Pages 321 to 324)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 325

```
11:02:17
11:02:23
11:02:28
11:02:29
11:02:33
11:02:36
11:02:38
11:02:45
11:02:48
11:02:53
11:02:56
11:02:57
11:02:58
11:03:00
11:03:02
11:03:06
11:03:08
11:03:12
11:03:15
11:03:27
11:03:29
11:03:33
11:03:36
11:03:40
11:03:44
```

Redacted

Page 327

```
11:04:48
11:04:51
11:04:54
11:04:57
11:04:59
11:05:02
11:05:07
11:05:10
11:05:12
11:05:12
11:05:14
11:05:17
11:05:19
11:05:20
11:05:22
11:05:25
11:05:27
11:05:29
11:05:31
11:05:32
11:05:34
11:05:36
11:05:38
11:05:41
11:05:44
```

Redacted

Page 326

```
11:03:46
11:03:48
11:03:50
11:03:51
11:03:53
11:03:56
11:04:02
11:04:06
11:04:10
11:04:12
11:04:12
11:04:14
11:04:16
11:04:17
11:04:18
11:04:20
11:04:25
11:04:33
11:04:34
11:04:35
11:04:36
11:04:38
11:04:40
11:04:42
11:04:46
```

Redacted

Page 328

```
11:05:49
11:05:52
11:05:55
11:05:56
11:05:58
11:06:01
11:06:04
11:06:07
11:06:10
11:06:14
11:06:19
11:06:23
11:06:26
11:06:30
11:06:34
11:06:37
11:06:40
11:06:42
11:06:45
11:06:47
11:06:49
11:06:49
11:06:51
11:06:53
11:06:55
```

Redacted

14 (Pages 325 to 328)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
SETH RAVIN - 7/21/2010

Page 329

| | |
|---|---|
| 11:06:59 | |
| 11:07:03 | |
| 11:07:04 | |
| 11:07:08 | |
| 11:07:09 | |
| 11:07:11 | Redacted |
| 11:07:13 | |
| 11:07:15 | |
| 11:07:17 | |
| 11:07:20 | |
| 11:07:24 | |
| 11:07:28 | |
| 11:07:30 | |
| 11:07:33 | |
| 11:07:36 | |
| 11:07:39 | |
| 11:07:40 | |
| 11:07:42 | |
| 11:07:44 | |
| 11:07:47 | |
| 11:07:48 | |
| 11:07:49 | |
| 11:07:51 | |
| 11:07:54 | |
| 11:07:56 | |

Page 330

| | | |
|---|---|---|
| 11:07:59 | | |
| 11:08:04 | | |
| 11:08:06 | | |
| 11:08:10 | | |
| 11:08:12 | | Redacted |
| 11:08:14 | | |
| 11:08:18 | | |
| 11:08:21 | | |
| 11:08:24 | | |
| 11:08:27 | | |
| 11:08:30 | | |
| 11:08:33 | | |
| 11:08:35 | | |
| 11:08:38 | | |
| 11:08:40 | | |
| 11:08:44 | | |
| 11:08:46 | | |
| 11:08:50 | | |
| 11:08:54 | | |
| 11:09:18 | 20 | MR. HOWARD: I am going to reserve the |
| 11:09:20 | 21 | rest of my time for after Mr. Cowan's questioning. |
| 11:09:26 | 22 | I believe that that's about eight or nine minutes. |
| 11:09:28 | 23 | MR. COWAN: Okay. Do you want to take a |
| 11:09:30 | 24 | break, or do you want to just go straight through? |
| 11:09:35 | 25 | THE WITNESS: I am fine to go straight |

Page 331

| | | |
|---|---|---|
| 11:09:37 | 1 | through. |
| 11:09:38 | 2 | THE VIDEOGRAPHER: Let's switch |
| 11:09:38 | 3 | microphones. |
| 11:09:38 | 4 | MR. COWAN: Yeah, so we'll need to go off |
| 11:09:38 | 5 | the record, then. |
| 11:09:38 | 6 | THE VIDEOGRAPHER: Going off the record. |
| 11:09:41 | 7 | The time now is 11:09. |
| 11:13:25 | 8 | (Recess taken from 11:09 to 11:15.) |
| 11:15:20 | 9 | THE VIDEOGRAPHER: Very good. Tape is |
| 11:15:21 | 10 | rolling. The time now is 11:15. We are back on the |
| 11:15:25 | 11 | videotape record. |
| 11:15:26 | 12 | EXAMINATION BY MR. COWAN |
| 11:15:27 | 13 | MR. COWAN: Q. Good morning, Mr. Ravin. |
| 11:15:28 | 14 | How are you? |
| 11:15:29 | 15 | A. Fine, thank you. |
| 11:15:29 | 16 | Q. As you will recall, my name is Scott |
| 11:15:29 | 17 | Cowan, and I represent the defendants in this case. |
| 11:15:34 | 18 | A. Yes. |
| 11:15:36 | 19 | Q. What products, product line -- first, |
| 11:15:40 | 20 | product families you were talking about. You have |
| 11:15:45 | 21 | already discussed JDEdwards, Siebel, PeopleSoft. |
| 11:15:49 | 22 | What other product families does Rimini currently |
| 11:15:53 | 23 | support? |
| 11:15:54 | 24 | A. Are you talking about within the Oracle |
| 11:15:56 | 25 | product lines? |

Page 332

| | | |
|---|---|---|
| 11:15:57 | 1 | Q. No, just overall. Any software. |
| 11:15:59 | 2 | A. We also support SAP software. |
| 11:16:03 | 3 | Q. Anything else besides PeopleSoft, Siebel, |
| 11:16:06 | 4 | JDEdwards, and SAP at a higher -- at the highest |
| 11:16:09 | 5 | level? |
| 11:16:09 | 6 | A. Those are the product lines today we |
| 11:16:11 | 7 | support. |
| 11:16:11 | 8 | Q. I noticed by looking on your web site |
| 11:16:15 | 9 | there are a portion you call product and releases |
| 11:16:19 | 10 | that lists not only -- the product lines and |
| 11:16:21 | 11 | releases. To the best of your knowledge, is that |
| 11:16:24 | 12 | information that's currently on your web site |
| 11:16:25 | 13 | current? |
| 11:16:30 | 14 | A. I believe so. |
| 11:16:30 | 15 | Q. And over time has Rimini Street attempted |
| 11:16:34 | 16 | to make sure that that information is current as you |
| 11:16:36 | 17 | added new product lines? |
| 11:16:38 | 18 | A. I believe so. |
| 11:16:39 | 19 | Q. When did you first start supporting |
| 11:16:41 | 20 | Siebel? |
| 11:16:43 | 21 | A. We launched the product availability in -- |
| 11:16:47 | 22 | with the company's launch in September of 2005, and |
| 11:16:52 | 23 | began supporting our first customer, I believe, in |
| 11:16:55 | 24 | early 2006. |
| 11:16:58 | 25 | Q. And in early 2006, would that be like |

15 (Pages 329 to 332)

```
 1                 CERTIFICATE OF REPORTER

 2         I, SARAH LUCIA BRANN, a Certified

 3   Shorthand Reporter, hereby certify that the witness

 4   in the foregoing deposition was by me duly sworn to

 5   tell the truth, the whole truth, and nothing but the

 6   truth in the within-entitled cause;

 7         That said deposition was taken in

 8   shorthand by me, a disinterested person, at the time

 9   and place therein stated, and that the testimony of

10   the said witness was thereafter reduced to

11   typewriting, by computer, under my direction and

12   supervision;

13         That before completion of the deposition,

14   review of the transcript [X] was [ ] was not

15   requested.  If requested, any changes made by the

16   deponent (and provided to the reporter) during the

17   period allowed are appended hereto.

18         I further certify that I am not of counsel

19   or attorney for either or any of the parties to the

20   said deposition, nor in any way interested in the

21   event of this cause, and that I am not related to

22   any of the parties thereto.

23         DATED:  July 26, 2010

24         Sarah Lucia Brann

25         SARAH LUCIA BRANN, CSR No. 3887
```