# EXHIBIT 63
# FILED UNDER SEAL

Page 1

1                 UNITED STATES DISTRICT COURT

2                     DISTRICT OF NEVADA

3

4    ORACLE USA, INC., a Colorado

     corporation; ORACLE AMERICA,

5    INC. a Delaware corporation; and

     ORACLE INTERNATIONAL CORPORATION,

6    a California corporation,

7            Plaintiffs,

8        vs.                         No. 2:10-cv-0106-LRH-PAL

9    RIMINI STREET, INC.,

     a Nevada corporation;

10   SETH RAVIN, an individual,

11           Defendants.

     _____/

12

13

14

15

16       Videotaped deposition of BRIAN SLEPKO, (Personal

17       Capacity) taken at Boies, Schiller & Flexner LLP,

18       1999 Harrison Street, 9th Floor, Oakland,

19       California, commencing at 9:21 a.m., on Thursday,

20       December 15, 2011, before

21       Leslie Rockwood, RPR, CSR No. 3462.

22

23

24

25   PAGES 1 - 234

Transcript Redacted

| | |
|---|---|
| 1  APPEARANCES OF COUNSEL: | 1  Bacon, for the defendants. |
| 2 | 2        THE VIDEOGRAPHER:  Thank you.  The witness |
| 3  FOR THE PLAINTIFF ORACLE USA, INC.: | 3  will be sworn in, and we can proceed. |
| 4      BOIES SCHILLER & FLEXNER LLP | 4        THE REPORTER:  Would you raise your right |
| 5      BY:  KIERAN P. RINGGENBERG, ESQ.    09:31:53 | 5  hand, please. |
| 6      1999 Harrison Street, Suite 900 | 6        You do solemnly state that the evidence you |
| 7      Oakland, California 94612 | 7  shall give in this matter shall be the truth, the whole |
| 8      (510) 874-1013 | 8  truth and nothing but the truth, so help you God. |
| 9      kringgenberg@bsfllp.com | 9        THE WITNESS:  I do. |
| 10 | 10        THE REPORTER:  Thank you. |
| 11 | 11            EXAMINATION |
| 12  FOR THE DEFENDANT RIMINI STREET, INC.: | 12  BY MR. RINGGENBERG: |
| 13      SHOOK, HARDY & BACON LLP | 13    Q.  Good morning, Mr. Slepko. |
| 14      BY:  ROBERT RECKERS, ESQ. | 14    A.  Good morning. |
| 15      JP Morgan/Chase Tower | 15    Q.  You sat through a deposition as a corporate    09:23:14 |
| 16      600 Travis Street, Suite 1600 | 16  representative in 2010 in this case; is that correct? |
| 17      Houston, Texas 77002-2911 | 17    A.  That's correct. |
| 18      (713) 546-5690 | 18    Q.  I don't suppose you've been deposed since |
| 19      rreckers@shb.com | 19  that time? |
| 20 | 20    A.  I have not.                09:23:24 |
| 21  ALSO PRESENT: | 21    Q.  Have you had an opportunity to look back at |
| 22      Jake Krohn, Videographer | 22  your transcript from that deposition? |
| 23          ---oOo--- | 23    A.  I have. |
| 24 | 24    Q.  Recently or at the time? |
| 25 | 25    A.  I reviewed it recently, yes.        09:23:31 |
| Page 2 | Page 4 |

| | |
|---|---|
| 1    THURSDAY, DECEMBER 15, 2011; OAKLAND, CALIFORNIA | 1    Q.  And did you see anything in your transcript |
| 2            9:21 A.M. | 2  that you believe was inaccurate? |
| 3            ---oOo--- | 3    A.  I don't believe I saw anything in there, no. |
| 4        THE VIDEOGRAPHER:  Good morning.  We are on | 4    Q.  Could you — we covered this briefly at your |
| 5  the video record at 9:21 on December 15th, 2011.  This is   09:21:42 | 5  last deposition so I don't want to belabor the point, but   09:23:50 |
| 6  the videotaped deposition of Brian Slepko.  My name is | 6  could you give me a brief rundown of your |
| 7  Jake Krohn, here with our court reporter, Leslie | 7  responsibilities at Rimini Street? |
| 8  Rockwood.  We are here from Veritext National Deposition | 8    A.  Certainly.  My responsibilities are for all |
| 9  and Litigation Services at the request of counsel for | 9  service deliveries at Rimini Street. |
| 10  plaintiff.              09:22:05 | 10    Q.  And what does that entail?        09:24:03 |
| 11        This deposition is being held at 1999 | 11    A.  That entails the support that we provide |
| 12  Harrison Street, Suite 900, in the city of Oakland, | 12  across all of our product lines, PeopleSoft, JD Edwards, |
| 13  California.  The caption of this case is Oracle USA, | 13  Siebel, SAP, and EBS, Oracle EBS. |
| 14  Inc., et al., vs. Rimini Street, et al., Case Number | 14    Q.  To whom do you report currently? |
| 15  2:10-CV-0106-LRH-PAL.          09:22:25 | 15    A.  Seth Ravin.              09:24:23 |
| 16        Please note that audio and video recording | 16    Q.  And when Mr. Grady joined the company, where |
| 17  will take place unless all parties agree to go off the | 17  did he go in the corporate hierarchy? |
| 18  record.  Microphones are sensitive and may pick up | 18    A.  His role, his title is president, COO.  He |
| 19  whispers, private conversations, and cellular | 19  reports directly to Seth as well. |
| 20  interference. | 20    Q.  So you are peers in that sense?      09:24:37 |
| 21        At this time will counsel and all present | 21    A.  Correct. |
| 22  identify themselves for the record. | 22    Q.  And have your responsibilities changed in any |
| 23        MR. RINGGENBERG: Kieran Ringgenberg, Boies, | 23  material way since the last time we spoke? |
| 24  Schiller & Flexner, for the plaintiffs. | 24    A.  They have not. |
| 25        MR. RECKERS: Robert Reckers, Shook, Hardy &   09:22:51 | 25    Q.  Before coming to Rimini Street, you worked   09:24:54 |
| Page 3 | Page 5 |

Pages 2 to 5



Page 14

Page 16

Page 15

Page 17

Pages 14 to 17

Veritext National Deposition & Litigation Services
866 299-5127

```
 1   STATE OF CALIFORNIA      ) ss:

 2   COUNTY OF MARIN          )

 3

 4            I, LESLIE ROCKWOOD, CSR No. 3462, do hereby

 5   certify:

 6            That the foregoing deposition testimony was

 7   taken before me at the time and place therein set forth

 8   and at which time the witness was administered the oath;

 9            That testimony of the witness and all

10   objections made by counsel at the time of the examination

11   were recorded stenographically by me, and were thereafter

12   transcribed under my direction and supervision, and that

13   the foregoing pages contain a full, true and accurate

14   record of all proceedings and testimony to the best of my

15   skill and ability.

16            I further certify that I am neither counsel

17   for

18   any party to said action, nor am I related to any party

19   to said action, nor am I in any way interested in the

20   outcome thereof.

21            IN WITNESS WHEREOF, I have subscribed my name

22   this 19th day of December , 2011.

23

24

25            LESLIE ROCKWOOD, RPR, CSR NO. 3462
```

Page 230