# EXHIBIT 64
# FILED UNDER SEAL

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


ORACLE USA, INC., a Colorado

corporation; ORACLE AMERICA,

INC. a Delaware corporation; and

ORACLE INTERNATIONAL CORPORATION,

a California corporation,

    Plaintiffs,

vs.                        No. 2:10-cv-0106-LRH-PAL

RIMINI STREET, INC.,

a Nevada corporation;

SETH RAVIN, an individual,

    Defendants.

_____/


Videotaped deposition of DENNIS CHIU,

taken at Boies, Schiller & Flexner, LLP, 1999

Harrison Street, 9th Floor, Oakland, California,

commencing at 8:54 a.m., Friday, June 24, 2011,

before Leslie Rockwood, RPR, CSR No. 3462.


PAGES 1 - 314

Transcript Redacted

Page 2

APPEARANCES OF COUNSEL:

FOR THE PLAINTIFF ORACLE USA, INC.:
BOIES SCHILLER & FLEXNER LLP
BY: KIERAN P. RINGGENBERG, ESQ.
BY: ALEXIS LOEB, ESQ.
1999 Harrison Street, Suite 900
Oakland, California 94612
(510) 874-1013
(510) 874-1108
kringgenberg@bsfllp.com
aloeb@bsfllp.com


FOR THE DEFENDANT RIMINI STREET, INC.:
SHOOK, HARDY & BACON, LLP
BY: ROBERT H. RECKERS, ESQ.
JP Morgan/Chase Tower
600 Travis Street, Suite 1600
Houston, Texas 77002-2911
(713) 546-5690

Page 3

APPEARANCES OF COUNSEL (Continued):

SHOOK, HARDY & BACON, LLP
BY: RYAN DYKAL, ESQ.
2555 Grand Boulevard
Kansas City, Missouri 64108
(816) 559-2572
rdykal@shb.com

ALSO PRESENT:
Suzanne Jaffe
Fred Norton, Esq. (Briefly)
Alexei Dias, Videographer


---oOo---

Page 4

1   FRIDAY, JUNE 24, 2011; SAN FRANCISCO, CALIFORNIA
2                    8:54 A.M.
3                    ---oOo---
4
5        THE VIDEOGRAPHER: Good morning. We are on       08:52:27
6   the video record at 8:54 a.m. on June 24th, 2011,
7   this is the videotaped deposition of Mr. Dennis Chiu,
8   my name's Alexei Dias, and our court reporter is
9   Leslie Rockwood. We are here from Veritext National
10  Deposition and Litigation Services.
11       This deposition is being held at 1999
12  Harrison Street, 9th Floor, in the City of Oakland,
13  California. The caption of this case is Oracle USA,
14  Inc., et al., versus Rimini Street, Inc., and Seth Ravin,
15  case number 2:10-cv-0106-LRH-PAL.                    08:54:38
16       At this time will counsel and all present
17  identify themselves for the record, please.
18       MR. RINGGENBERG: Kieran Ringgenberg, Boies,
19  Schiller & Flexner for the plaintiffs.
20       MS. LOEB: Alexis Loeb, Boies, Schiller &       08:54:57
21  Flexner for the plaintiffs.
22       MS. JAFFE: Suzanne Jaffe, summer associate
23  with Boies, Schiller & Flexner for the plaintiffs.
24       MR. DYKAL: Ryan Dykal, Shook, Hardy & Bacon
25  for the defendant.                                  08:55:09

Page 5

1        MR. RECKERS: Robert Reckers, Shook, Hardy &
2   Bacon for the defendants as well.
3        THE VIDEOGRAPHER: Thank you.
4        The witness will be sworn in, and we can
5   proceed.                                            08:55:18
6        THE REPORTER: If you'll raise your right
7   hand, please.
8        You do solemnly state that the evidence you
9   shall give in this matter shall be the truth, the whole
10  truth and nothing but the truth, so help you God.   10:08:31
11       THE WITNESS: Yes.
12       THE REPORTER: Thank you.
13                    EXAMINATION
14  BY MR. RINGGENBERG:
15    Q. Good morning, Mr. Chiu. Did you work for       08:55:30
16  Siebel for several years?
17    A. I did.
18    Q. When did you work for Siebel?
19    A. I worked for Siebel from April 1998 until
20  October 2005.                                       08:55:48
21    Q. And did you work for Siebel after it was
22  acquired by Oracle?
23    A. I did not.
24    Q. You left Siebel in connection with Oracle's
25  acquisition or shortly thereafter?                  08:55:56

2 (Pages 2 to 5)

Page 6

1   A. Yes.
2   Q. And you began work at that time for Rimini
3   Street?
4   A. Yes.
5   Q. And what positions have you had at Rimini          08:56:04
6   Street?
7   A. I've held the position of vice president of
8   Siebel support services and vice president of
9   on-boarding.
10  Q. What's your current position?                      08:56:15
11  A. Vice president of our Siebel support
12  services.
13  Q. Do you continue to have responsibility for
14  on-boarding?
15  A. No. I primarily have responsibility for our       08:56:24
16  Siebel support services. I --
17  Q. I'm sorry, go ahead.
18  A. Again, just for any historical references, I
19  still help the on-boarding process a little.
20  Q. That is people on the on-boarding team might      08:56:40
21  come to you with questions, for example?
22  A. Correct.
23  Q. When did you transition out of the role of
24  vice president of on-boarding?
25  A. January of 2011.                                   08:56:49

Page 7

1   Q. And did you also handled Siebel support
2   before January 2011?
3   A. Yes. I had primary responsibility for Siebel
4   support practice and continued to have some overlap with
5   our Siebel team, even just do part of the business. And  08:57:11
6   then Kien Phung, a member of my team, was promoted to the
7   manager of support services and had primary
8   responsibility for the team for a period of, I think,
9   over year.
10  Q. And what year was that?                            08:57:29
11  A. 2010.

Redacted

Page 8

Redacted

Page 9

Redacted

3 (Pages 6 to 9)

Page 22

Redacted

Page 23

Redacted

Page 24

Redacted

Page 25

Redacted

7 (Pages 22 to 25)

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4              I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5   certify:
 6              That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9              That testimony of the witness and all
10   objections made by counsel at the time of the examination
11   were recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16              I further certify that I am neither counsel
17   for any party to said action, nor am I related to any
18   party to said action, nor am I in any way interested in
19   the outcome thereof.
20              IN WITNESS WHEREOF, I have subscribed my name
21   this 5th day of July, 2011.
22
23
24              [signature: Leslie Rockwood]
25              LESLIE ROCKWOOD, RPR, CSR NO. 3462
```

Page 310