**EXHIBIT 71**

**BINGHAM**

Kristen A. Palumbo
Direct Phone:  415.393.2892
Direct Fax:      415.393.2286
kristen.palumbo@bingham.com

February 14, 2012

**Via Email**

Robert H. Reckers, Esq
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
Email:  rreckers@shb.com

Re: *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin,*
Case No. 2:10-cv-00106 (D. Nev.)

Dear Rob:

We are writing regarding Rimini's counterclaim for defamation, business disparagement and trade libel.  Rimini's supplemental initial disclosures identify no potential trial witness on the claim.  Moreover, in the course of discovery (now closed), Rimini did not prosecute the claim.  Rimini did not propound any interrogatories, requests for production or requests for admission directed at discovering facts to support its claim.  Rimini has not taken the deposition of any Oracle witness whom it contends made the statements upon which its defamation claim is purportedly based.  At the Oracle depositions Rimini did take, Rimini did not pursue any lines of questioning regarding those alleged defamatory statements.  Rimini also did not issue any third party subpoenas seeking documents or testimony relating to its counterclaim, or ask questions related to the counterclaims at any third party depositions.  Rimini's selection of production custodians is similarly inconsistent with any real intent to pursue its counterclaim.  Given the record in this case, there is simply no way Rimini could come forward with admissible evidence to support its remaining counterclaims.

We intend to move for summary judgment with respect to Rimini's counterclaim.  In light of the record and Rimini's failure to pursue the claim in discovery, however, we invite Rimini to voluntarily dismiss it before we spend the time and money necessary to do so, or alternatively, point to the record evidence which Rimini contends can carry Rimini's burden of proof at trial on each element of these claims.

Please let us know how Rimini intends to proceed.

Sincerely,

Kristen A. Palumbo

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T +1.415.393.2000
F +1.415.393.2286
bingham.com

A/74430941.1

Robert H. Reckers, Esq.
February 14, 2012
Page 2


cc:    Eric Buresh, Esq. (via email)
       Megan J. Redmond, Esq. (via email)
       Jeff O. Glidewell, Esq. (via email)

       Thomas Hixson, Esq. (via email)
       Fred Norton, Esq. (via email)
       Kieran Ringgenberg, Esq. (via email)
       Stacey Phan (via email)