# EXHIBIT 73
# FILED UNDER SEAL

1        UNITED STATES DISTRICT COURT

2           DISTRICT OF NEVADA

3

4    ORACLE USA, INC., a Colorado  )

5    corporation; ORACLE AMERICA,  )

6    INC., a Delaware corporation; )

7    and ORACLE INTERNATIONAL       )

8    CORPORATION, a California      )

9    corporation,                   )

10          Plaintiffs,             )

11     vs.                          ) No. 2:10-cv-0106-LRH-PAL

12   RIMINI STREET, INC.; a Nevada )

13   corporation; SETH RAVIN, an    )

14   individual,                    )

15                                  )

16          Defendants.             )

17   _____)

18

19

20        VIDEOTAPED DEPOSITION OF JUAN JONES

21          THURSDAY, JANUARY 5, 2012

22

23

24

25   PAGES 1 - 114



```
 1      And if you'll let me finish my question,    8:58:42AM
 2   I'll try to let you finish your answer, because the
 3   court reporter is trying to make a complete record.
 4      Is that agreeable?
 5   A   That's great.                    8:58:50AM
 6   Q   And let me know if you need to take a
 7   break.  We can stop at any time.
 8   A   Okay.  Thank you.
 9   Q   Will you please state your name and
10   address for the record?               8:58:56AM
11   A   Yes, Juan Carlos Jones, 415 Cranleigh
12   Court, San Ramon, California 94583.
13   Q   Okay.
14      And who are you presently employed by?
15   A   Oracle.                          8:59:10AM
16   Q   And what is your current title?
17   A   Senior Vice President.
18   Q   How long have you worked for Oracle?
19   A   Almost 16 years now.
20
21
22                  Redacted
23
24
25
                                          Page 6
```

Redacted

Page 8

Redacted

Page 7

Redacted

Page 9

Pages 6 to 9



Page 62

Page 64

Page 63

Page 65

Pages 62 to 65



Pages 70 to 73



Pages 74 to 77



Pages 82 to 85



Pages 106 to 109

```
1   STATE OF CALIFORNIA        )
                               ) :ss
2   COUNTY OF SAN FRANCISCO )

3

4       I, KELLI COMBS, CSR NO. 7705, a Certified Shorthand

5   Reporter of the State of California, do hereby certify:

6       That the foregoing proceedings were taken before me

7   at the time and place herein set forth; that any

8   witnesses in the foregoing proceedings, prior to

9   testifying, were placed under oath; that the verbatim

10  record of the proceedings was made by me using machine

11  shorthand which was thereafter transcribed under my

12  direction; further, that the foregoing is an accurate

13  transcription thereof.

14      I further certify that I am neither financially

15  interested in the action nor a relative or employee of

16  any attorney of any of the parties.

17      IN WITNESS WHEREOF, I have this date subscribed my

18  name.

19

20      Dated: 1/10/2012

21

22

23

24      KELLI COMBS, CSR NO. 7705

25
```

Page 325