# EXHIBIT 81

**Share** 4   More   Next Blog»                              Create Blog   Sign In



# The Enterprise System Spectator

Tuesday, March 27, 2007

## Oracle/SAP lawsuit: view from Rimini Street

Yesterday, I spoke with Seth Ravin, CEO of Rimini Street, about Oracle's civil suit against SAP and its TomorrowNow (TN) unit for theft of intellectual property. Rimini Street, like TN, is a third-party maintenance and support service provider for Oracle's JD Edwards, PeopleSoft, and Siebel products.

Ravin is in a unique position to offer a perspective on Oracle's suit against SAP/TN. Not only does his firm provide nearly identical services as TN but Ravin himself was co-founder of TN's third-party maintenance services for PeopleSoft and JD Edwards. He was also TN's president until retiring to pursue other ventures shortly after SAP acquired TN in 2005.

Some of Ravin's observations match those I've already written in my first post and second post concerning this lawsuit. For example, Ravin emphasized that Oracle's lawsuit is not about TN offering third party support. Nowhere does Oracle object to SAP's offering third-party support for Oracle's products. Larry Ellison in fact has spoken of the third-party support model as "capitalism," and Oracle itself offers support for SAP's products through its partnership with Systime, as I noted previously.

He also observed that Oracle's security on its customer support website, by Oracle's own admission, allows anyone with a user ID to download any and all materials on the site, even those that Oracle is claiming in the lawsuit were outside of a particular customer's license rights. Oracle also does not appear to immediately disable user IDs and access to Oracle's customer portal upon expiration of a customer's support contract. Such poor information

(c) 2002-2011, Frank Scavo.

Independent analysis of issues and trends in enterprise applications software and the strengths, weaknesses, advantages, and disadvantages of the vendors that provide them.

**About the Enterprise System Spectator.**



Send tips, rumors, gossip, and feedback to Frank Scavo at

spectator@strativa.com.

I'm interested in hearing about best practices, lessons learned, horror stories, and case studies of success or failure.

**Selecting a new enterprise system** can be a difficult decision. My consulting firm, Strativa, offers assistance that is independent and unbiased. For information on how we can help your organization make and carry out these decisions, write to me.

To purchase reprint or distribution rights for content published on the Spectator, please contact me.

security practices and lack of access controls might be a defense for SAP in this lawsuit.

But Ravin also had some new insights into the lawsuit.

### A question of intent

First, he believes that it is unlikely that SAP as an organization has any conspiracy to steal Oracle's intellectual property. Stealing Oracle's IP would have no business value to SAP and opening the door to such a lawsuit is certainly not in SAP's best interests. Furthermore, if SAP *did* want to steal Oracle's trade secrets, it certainly would not be likely do so from their own offices, traceable through IP addresses on its own network. If this were truly a case of corporate espionage, SAP would have done a better job of covering their tracks. I find this to be a convincing argument.

That leaves the most likely explanation -- if there really is an issue -- as that of errors by one or more employees getting confused and mixing up client logins when processing multiple download requests from Oracle's customer portal for new clients. Ravin notes that Oracle customers have the right to download support materials up to the expiration date of their Oracle maintenance agreement. When a customer plans to terminate maintenance, Ravin thinks that TN -- as the customer's contractor -- likely offers to download all the support material for which they have the rights to. At this point, Ravin believes the TN consultant should write those materials to a CD-ROM or other appropriate storage device and hand them over to a customer.

Picking up on Ravin's theory, I can picture at least two scenarios. First, imagine a TN consultant who has several Oracle customers that have signed up for TN's services and plan to terminate Oracle maintenance agreements. Perhaps the consultant simply forgets to log out with one ID and accidentally uses one client's authorized ID to process another client's authorized download. Perhaps logins get mixed up or are not managed well to ensure that they are never used again after a client's Oracle maintenance contract expires. Since Oracle's site looks the same regardless of the login ID and since Oracle does not seem to immediately turn off access rights after maintenance contracts expire, there is plenty of opportunity for innocent human error.

Or, perhaps the consultant downloads all the material

Go to **latest postings**

**Search This Blog**

[ Search ]

 Custom Search

## Join over 1,500 subscribers on the Spectator email list!

[ Subscribe ]

Max. 1-2 times/month. Easy one-click to unsubscribe anytime.



## Computer Economics

ERP Support Staffing Ratios
Outsourcing Statistics
IT Spending and Staffing Benchmarks
IT Staffing Ratios
IT Management Best Practices
Technology Trends, ROI, and TCO
IT Salary Report
IT Help Desk/Service Desk Management
Malicious Insider Threats
Employee and Insider Misuse of Computer and Internet Resources

### Research Bytes

IT Outsourcing Spending Resumes Its Rise *(Sep 06)*
QA Staffing Withstands Test of Time *(Aug 28)*
Security Threats May Be Rising, But Security Staffing

he needs for all his current clients using one login ID and then splits up the material for each customer according to what materials the customer has rights to. From the consultant's perspective, he's just trying to save time logging in and out of Oracle's support site, but from Oracle's perspective, monitoring these activities, it looks suspicious.

Without having seen Oracle's evidence in this case, there are several scenarios such as those I've outlined above that might explain the situation. There would be no intent on SAP's part, or even the consultant's part, to steal Oracle's trade secrets, but merely human error in carrying out legitimate activities on behalf of customers.

**All about SAP**

Ravin points out that while Oracle has every right to protect its intellectual property, if this involved any party other than SAP, Oracle would have followed the traditional process of notifying the party of the inappropriate downloading and seeking to resolve the issue. If the inappropriate activities were then to continue, a cease-and-desist letter might be called for. And certainly, Oracle would have cut off the offending user IDs from further access.

But in this case, it appears that Oracle gave no warnings and took no actions to stop the offending behavior. Rather it quietly monitored the activity for several months, building a case, and then springing a lawsuit. Why? Because creating a "giant media fireball" (Ravin's phrase) works in favor of Oracle's PR campaign against SAP.

Ravin says he would be surprised if any of the Oracle materials went through the "firewall" at SAP and reached SAP's development organization. He expects that a much clearer picture will emerge when this case goes to trial, if it gets that far. In the meantime, Oracle makes SAP look bad and it gets to play the part of the victim.

I asked Ravin how the lawsuit was affecting business at Rimini Street. He was reluctant to paint the lawsuit as good for business, but in fact, he says that sales activities have included a windfall of TN prospects and customers, as Oracle customers looking for third-party support do not want to get in the middle of an Oracle versus SAP battle.

It's going to be interesting to see how this case develops.

---

Is Not (Aug 23)
Are Data Center Workers Endangered? (Aug 16)
CRM Adoption Rate Jumps (Jun 04)
Applications Drive IT Spending in Utility Sector (May 23)
Remote Database Administration Stands Test of Time (May 17)
Is it Time to Switch to SAP HANA? (May 04)

Content provided by Computer Economics.

Get these headlines on your site, free!

## My Twitter Updates

- Think IBM in 1980 8 minutes ago
- @itgEvangelist Possible, but far from a sure thing. 8 minutes ago
- MyPOV: No company has ever dominated forever. Why should Apple be any different? 18 minutes ago
- Why exactly, and over what time period? RT @itgEvangelist Apple will continue to dominate. Period. 20 minutes ago
- @dahowlett awesome show, BTW 26 minutes ago

follow me on Twitter







## Blog Roll and Favorite Sites

Strativa: ERP software vendor evaluation, selection, and implementation consultants, California
35MM Design: Web design, Los Angeles, CA
Constellation Research Group
Ray Wang's Software Insider Point of View

Update, 5:00 p.m.: Andrew Nelson, CEO of SAP's TomorrowNow, is quoted in the Wall Street Journal. "We believe we've done absolutely nothing wrong, and we're going to defend our position vigorously," Mr. Nelson said. "We believe our model is an appropriate and legal way to do business."

### Related posts
SAP subject to criminal charges?
Oracle sues SAP and its TomorrowNow unit

by Frank Scavo, 3/27/2007 02:24:00 PM | permalink | e-mail this!



### Reader Comments:
**Post a Comment**

### Links to this post:



Dennis Howlett's AccMan Blog
Vinnie Mirchandani: The Deal Architect
Oliver Marks' Enterprise 2.0 Blog
Si Chen's Open Source Strategies
CISO Handbook

## Spectator Archives
May 2002
June 2002
July 2002
August 2002
September 2002
October 2002
November 2002
December 2002
January 2003
February 2003
March 2003
April 2003
May 2003
June 2003
July 2003
August 2003
September 2003
October 2003
November 2003
December 2003
January 2004
February 2004
March 2004
April 2004
May 2004
June 2004
July 2004
August 2004
September 2004
October 2004
November 2004
December 2004
January 2005
February 2005
March 2005
April 2005
May 2005
June 2005
July 2005
August 2005
September 2005
October 2005
November 2005
December 2005
January 2006
February 2006
March 2006

April 2006
May 2006
June 2006
July 2006
August 2006
September 2006
October 2006
November 2006
December 2006
January 2007
February 2007
March 2007
April 2007
May 2007
June 2007
July 2007
August 2007
September 2007
October 2007
November 2007
December 2007
January 2008
February 2008
March 2008
April 2008
May 2008
June 2008
July 2008
August 2008
September 2008
October 2008
November 2008
December 2008
January 2009
February 2009
March 2009
April 2009
May 2009
June 2009
July 2009
August 2009
September 2009
October 2009
November 2009
December 2009
January 2010
February 2010
March 2010
April 2010
June 2010
July 2010
August 2010
September 2010
October 2010
November 2010
December 2010
January 2011

February 2011
March 2011
April 2011
May 2011
July 2011
August 2011
September 2011
October 2011
November 2011
December 2011
January 2012
February 2012
March 2012
April 2012
May 2012
June 2012
July 2012
Latest postings