# EXHIBIT 82

Enterprise
Applications – eWeek

SEARCH

# eWEEK.COM  ● RSS Feeds | Newsletters

HOME   NEWS   REVIEWS   STORAGE   SECURITY   DESKTOPS/NOTEBOOKS   MOBILITY   CLOUD   BLOGS   WHITE PAPERS   WEBCASTS   NEW ERA NETWORKS

IT Infrastructure ▸ · Virtualization ▸ · Midmarket ▸ · Enterprise Apps ▸ · Videos ▸ · All eWeek Topics ▸ · Slideshows ▸ · Smarter Technology

ADVERTISEMENT

Your News. Anytime. Anywhere.
Learn More ▸

Home ▸ Enterprise Applications News & Reviews ▸ Oracles Suit Against SAP Raises Customer Concerns

## Enterprise Applications News

### Oracles Suit Against SAP Raises Customer Concerns

LinkedIn   0      Twitter   0      Facebook   0      0     ■ Share

By: Renee Boucher Ferguson
2007-07-12

**There are 0 user comments on this Enterprise Applications story.**

**Users question whether they are paying too much for support and if Oracle and SAP will support an open third-party support model.**

The hoopla around Oracles ongoing lawsuit against rival SAP has left a gaping hole for customers questioning the value of major application vendor support.

Oracle is accusing SAP of corporate theft on a grand scale, the result of SAP subsidiary TomorrowNow downloading too much documentation in the process of providing third-party support for Oracle customers.

Its no secret that by the fourth or fifth year of a maintenance contract, vendors are seeing between 40 and 80 percent margins on customer support fees. The question is, are customers the ones losing out in the formula? With third-party support options beginning to pop up in the market, customers want to know if SAP and Oracle are committed to an open third-party maintenance market, according to Forrester Research analyst Ray Wang.

In talking with SAP and Oracle customers over the past several weeks— Oracles suit against SAP was lodged March 22, and SAP admitted July 3 to some unauthorized downloading of Oracle support documentation—Wang said he found customers questioning their long-term maintenance plans.

"A lot of customers feel they are looking for more value in maintenance," Wang said. "By the time they are using the software by year five, they are getting really only security updates, patches and fixes. But theyre paying anywhere from 17 to 23 percent. Theyre trying to figure out if that is a good value or not."

There are two major third-party support vendors in the market today: TomorrowNow and Las Vegas-based Rimini Street—whose founder, Seth Ravin, held a 50 percent stake in TomorrowNow, which he sold to SAP. Both companies provide third-party support for applications acquired by Oracle over the past several years—including PeopleSoft, JD Edwards and Siebel Systems —at about 50 cents on the dollar.

↻ To read more about SAP admitting to claims in the Oracle case, click here.

In May 2006, Oracle, of Redwood Shores, Calif., announced a partnership with Systime to provide third-party support for SAP R/3 applications at about a 55 percent discount, but general consensus is that Systime, in San Francisco, is really used at this point for customers transitioning from SAP to Oracle applications.

But there are more third-party support vendors emerging.

==David Rowe, vice president of global marketing and alliances at Rimini Street,==

Your News.
Anytime. Anywhere.

eWEEK
MOBILE

Get the latest
Enterprise news
on any device
with our new
mobile apps


**eWEEK Enterprise Networking for a New Era**
Visit this new special section for:
● Must-read whitepapers
● Recent news, reviews
● Videos with major vendors
GO

eWEEK Videos | Newsbreak Videos | All Videos

**Today's Featured Video**

**The Role of Standards in Cloud Security**
02:38
Watch Now▸

**Newest Videos**


03:16   03:39   07:05   07:05
07:30   06:34   03:21   03:08

**Suggested Related Content:**

Articles | Labs/How-To | Multimedia

● Visit TechDirect for info on tech vendors, product comparisons, pricing and marketing literature.(Sponsor)

1: Rimini Street Countersuit Claims Oracle Waging Anti-competitive Campaign (2010-

2: SAP Offers Enterprise Performance Management Apps as On-Demand

3: IBM Connections Merges Social Business With Big Data Analytics (2012-09-12)

4: Oracle Social Relationship Management Suite Builds on Recent Acquisitions (2012-

5: Apple Issues Java Security Update (2012-09-10)

6: Amazon and SAP Team to Deliver Enterprise Apps in the Cloud (2011-05-18)

7: SAP's Sybase Acquisition Brings ERP to Smartphones (2010-05-12)

TechDirect

confirmed with eWEEK July 12 that the company will explore its options to support SAP applications once the companys restrictions are lifted in early 2008.

"Seth [Ravin] has some restrictions on what we can do and they have expired through time," said Rowe. "He cannot market SAP solutions and there is a point in time in the future, legally, that he cannot talk about [SAP]. In early 2008, we will look at that option. Weve made it no secret that [SAP] is the most attractive [target], with more than 30,000 customers."

Josh Greenbaum in his Enterprise Antimatter blog speculated that the minute a company offers true third-party support for SAP applications, Oracle will acquire it, much as SAP did with TomorrowNow, of Bryan, Texas, once Oracle acquired SAP competitor PeopleSoft. But given the fact that Rimini Street also provides cut-rate support for Oracle applications, an acquisition would present an interesting paradigm: Oracle offering both expensive and inexpensive options for support.

Which would customers chose?

While the cheaper option would seem to be the no-brainer decision, its really more about an adoption curve with these being early days, according to Wang.

"What were starting to understand are the rules of engagement and what a third-party vendor would have to do to respect the rules of engagement and making sure there are policies and procedures in place," he said. "Its murky. What is considered IP [intellectual property] and public domain will have to be defined over time."

Wang said the same questions were raised 30 years ago, when other vendors besides IBM began offering support for IBM hardware. "Its like hardware in the 1970s. All you could count on was IBM—they had a lock—[until third-party support vendors entered the market], and thats whats happening in software."

The question now, according to Wang, is how open to access from third-party providers will software vendors be? If Oracle CEO Larry Ellisons warning to SAP in 2005 to watch its IP back when SAP acquired TomorrowNow is any indication, the future doesnt look promising.

The second question is how savvy customers will be when they sign third-party support contracts.

Rimini Streets Rowe said the biggest change his company has seen since Oracles suit was filed in March is that more customers are asking about Rimini Streets policies and procedures.

"As part of the selling process, companies are much more interested in downloads and fixes—they want to know that we have the proper procedures to cover that," said Rowe. "We have continued to evolve our processes a little as Oracle has made more guidance available, for example, in its amended complaint."

The bottom line, according to Forresters Wang, is that maintenance costs are hurting IT departments. Eventually companies will seek out cheaper alternatives if they prove to be viable, a move that could put pressure on SAP, of Waldorff, Germany, and Oracle to revisit their own support pricing structures.

"Its kind of like buying an extra service protection plan from Circuit City or BestBuy because youre not sure everything works," Wang said. "Not until youre through the second product cycle you realize, I didnt really need that. CIOs are buying insurance until each of the third-party vendors are providing something cheaper" that theyre sure works.

"Its really an adoption curve," he said.

Check out eWEEK.coms for the latest news, reviews and analysis about productivity and business solutions.

| LinkedIn | 0 | Twitter | 0 | Facebook | 0 | 0 | Share |


Learn More

AdChoices ▷

**Top 20 ERP Software**
2012 Top 20 ERP Software Rankings See Best Vendors in Free Report.
Business-Software.com/B...

**ERP Introduction Guide**
Like an Intro to ERP? Start With Our ERP Pricing & Timeline Guides!
Epicor.com/ERP-Intro-Gui...

**Upgrade 11i to R12**
Functional and Technical Upgrade of any 11i to R12 EBS modules
www.ibizsoftinc.com

**Solar Panels (Pay No $)**
Go Solar for $0 Down + Save $1,000! Free No Obligation Quote, Call Now.
VerengoSolar.com/Free-...

**ERP System Integration**
Bring the full potential of your ERP system out by integrating it
www.liaison.com/ERP-inte...

**Subscribe to eWEEK**

Newsletters    Feeds    Facebook    Twitter    Widget


Your News. Anytime. Anywhere.
Get the latest Enterprise news on your desktop or our new mobile apps
Learn More

Marketplace (Sponsored Links)

**Homeowners - Banks Lower Refi Rates**
Rates hit 2.00%. $200k for $764mo. Act now before they go back up, 2.20% APR
www.LendingTree.com

**Network Performance Monitoring Software**
Monitor availability & performance of Routers, Switches, Servers, Apps, AD, e...
www.OpManager.com

**HelpDesk or Customer Support**
Web based IT HelpDesk with Asset Mgmt or Customer support Software with Accou...
DOWNLOAD YOUR FREE TRIAL TODAY! w.w.w.

**Dashboard Best Practices** LogiXML.com/Dashboard-WP
IT Manager's Guide to Dashboards Download Your Free White Paper Now!

**OneLogin Single Sign-on** SingleSignOn.OneLogin.com
One Password - Over 2000 Cloud Apps Free Version for 100+ employees

**Need Some IT Leadership?** www.rhinosource.com
Bring in an experienced RhinoCIO. Unstoppable results!

**ERP Implementation*** www.KeyedIn.com
Need Better Implementation Results? Free Whitepaper Shows You How

AdChoices ▷



Post a new comment

Login

Post

**0 Comments**

RSS | Subscribe

>>> **More Enterprise Applications Articles Boucher Ferguson**

>>> **More By Renee**

Email Article To Friend   ♦ Print Version Of Article   ♦ PDF Version Of Article

---

FEATURED SPONSOR VIDEOS

Benefits of Workload Optimization

What Smart Companies MUST Learn from Gaming

Advances in Authentication

Vertical Markets Benefit from Workload Optimization

**View More Videos**

Brought to you by

smarter technology

enterprise

FEATURED SPONSOR MESSAGE

**Microsoft Sponsored Resource Center**

Increase Your Microsoft Office 365 Knowledge! Dig inside this suite of cloud-based collaboration tools.

**Watch the video >>**

Brought to you by

Microsoft Office 365

---

ADVERTISEMENT

Sponsors

Try Windows Azure free for 90 days

Introducing the world's first family of systems with integrated expertise

Managed Hosting Buyer's Guide

FREE Securing Smartphones & Tablets for Dummies Book from Sophos

Security Concerns Still Abound for the Public Cloud

Build an IT Infrastructure That Delivers the Future

---

Contact Us | About | Advertise | Site Map

 QUICK LINKS

**Security:**
Enterprise Networking
Network Security
Infrastructure Security
How To: Data
Security Watch Blog

**Storage:**
Data Storage
Cloud Storage
Storage Virtualization
Network Access Storage
How To: Storage
Storage Station Blog

**Computing:**
Apple OSX
Linux Systems
Windows 7
Managed Print Services
Computer Reviews
Microsoft Watch Blog
Google Watch Blog

**Communications:**
VoIP Solutions
Wireless Technology
Messaging Software
Web Services

**Apps & Development:**
Application Development
Enterprise Apps
Search Engines
Database Software
Web 2.0
CIOs



**Vertical Markets:**
Federal Government IT
Health Care IT
Finance IT
Mid-Market
Channel and VARs
Careers Blog

**More eWeek Links:**
Green Computing Center
Tech Knowledge Center
Tech Newsletters
Tech RSS Feeds
White Papers
Tech Videos
Magazine Subscriptions

**Enterprise Websites:**
ZDE Home
eWeek
Baseline Magazine
Channel Insider
CIO Insight
eSeminars and Events
Web Buyers Guide

**Developer Websites:**
DevSource C# and .Net
Dev Shed
DeveloperShed
ASP Free
SEO Chat
Codewalkers
Tutorialized
Scripts.com
Dev Mechanic

**Technology Websites:**
Device Forge
Desktop Linux
Linux Devices
Windows for Devices
PDF Zone
Linux Watch
TechDirect
Windows Migration
Smarter Technology

Dev Mechanic                    Smarter Technology
Dev Articles
Web Hosters
Dev Hardware

Use of this site is governed by our Terms of Use and Privacy Policy
Copyright ©1996-2012 Ziff Davis Enterprise Holdings Inc. All Rights Reserved. eWEEK and Spencer F. Katt are trademarks of Ziff Davis Enterprise Holdings, Inc.
Reproduction in whole or in part in any form or medium without express written permission of Ziff Davis Enterprise Inc. is prohibited.
ZDE Cluster 11