# EXHIBIT 85

*Seth Ravin, CEO And President, Rimini Street Analyst Wire January 11, 2011 Tuesday*

Copyright 2011 ProQuest Information and Learning
All Rights Reserved
Copyright 2011 Roll Call, Inc.
**Analyst** Wire

**January 11, 2011 Tuesday**

SECTION: ISSN: 1528-9958

ACC-NO: 66529

LENGTH: 1859 words

HEADLINE: **Seth Ravin,** CEO And President, **Rimini Street**

BODY:

(This is not a legal transcript. Bloomberg LP cannot guarantee its accuracy.)

**SETH RAVIN**, CEO AND PRESIDENT OF **RIMINI STREET**, TALKS ABOUT HIS COMPANY ON BLOOMBERG NEWS

JANUARY 11, 2011

SPEAKERS: **SETH RAVIN**, CEO AND PRESIDENT, **RIMINI STREET**

MARGARET BRENNAN, HOST, BLOOMBERG NEWS

11:41

MARGARET BRENNAN, HOST, BLOOMBERG NEWS: Welcome back. He can best be described as a thorn in the side of Oracle. **Seth Ravin** co-founded TomorrowNow, the company at the center of the patent dispute between Oracle and SAP. SAP settled with Oracle for $1.3 billion back in November, but Oracle is still going after them. **Seth, Ravin** is the CEO and President of **Rimini Street** now, a company - newer company - that he founded. And I understand you reported earnings today. Talk to me about servicing enterprise software. How is business of late?

**SETH RAVIN, CEO AND PRESIDENT, RIMINI STREET:** Sure, Margaret. The business is doing great. And in fact, we're a 5-year-old business now just reporting 44 percent **growth** this year in earnings, as well as a huge increase in number of customers. So today this is a battle over a $16 billion industry, primarily dominated by Oracle and SAP, which are about $8 billion of that $16 billion. So you're seeing a very, very turbulent fight for opening up a market to competition.

BRENNAN: And those maintenance fees are very helpful I would imagine to **revenue** here. The advantage you have is that you offer your services at a much lower price than Oracle and SAP, but you're a much smaller company than those giants. You've got, what, 300 customers? Why is it that you think Oracle views you as a threat?

RAVIN: Well, today actually we have hundreds of customers. And over 25 Fortune 500 have already made the switch to our services, as well as 11 of the Global 100. What you're seeing here is although we come in at 50 percent of the price, you have to understand that for Oracle and SAP these are 90 percent gross **margin** businesses. No one in the world has 90 percent

ORCLRS1339488

gross **margin** business. When you look at that kind of profitability that comes off the maintenance stream and accounts for over 50 percent of their **revenue,** you'll understand why this is a very turbulent battle. But when it opens it up to competition and we come in at half the price and you see the kind of customers that are moving over to us around the world, you can understand why this is a battle over very substantial business.

BRENNAN: Who is your typical customer?

RAVIN: Well, today we have, again in the Fortune 500, we could have the AT&Ts of the world. We have Honeywell, the Pepsis. These are very substantial customers.

BRENNAN: You already have them.

RAVIN: Yes, those are already customers of ours. So you're seeing substantial companies make these moves.

BRENNAN: So, Oracle calls your business model illegal and corrupt. They're suing you. Truth to that?

RAVIN: Absolutely not. And in fact, we filed a counter-suit against Oracle for the defamation and for the damages related to those claims. Again, when you look at the amount of money that's at stake you'll understand why this is going to be turbulent. Every single industry in technology that has ever opened up, whether it was AT&T trying to hold on to the monopoly of the phone system or when Amdahl (ph) challenged IBM, you saw this all over the place. This is a standard part of every (inaudible) change in technology.

BRENNAN: So you see it just as a matter of trying to squeeze out the competition. I want to go through a little bit of history here, and I think we have a full screen we can bring up here. Because you've got a history of battling the big guys. We laid out some of that in your introduction. But to remind our viewers, you founded TomorrowNow - co-founded it - which was a company, independent at the time, now a subsidiary of SAP. It was at the heart of that big showdown in the courts. And they did admit to illegally downloading and copying Oracle's software. They were fined about $1.3 billion for copyright infringement. Isn't your current company operating on a very similar business model?

RAVIN: Actually it's a very different model.

BRENNAN: How so?

RAVIN: From the basis up of the way that the service is provided.

BRENNAN: But you're still servicing enterprise software.

RAVIN: Absolutely.

BRENNAN: Still servicing SAP and Oracle.

RAVIN: Absolutely. And while we're still offering similar 50 percent off, it's a completely different model. But you have to remember something about the lawsuit between Oracle and SAP. I wasn't part of the defense team on that, but I can tell you that one of the challenges was that both companies have similar practices. They are both giant software companies. And what you saw there was played out in a very different dynamic. So one shouldn't assume just because there was no content on the allegations that in fact those items took place.

BRENNAN: We unfortunately have to take a quick break here, but I want to pick up on - on just where we're leaving off right now, and that's that big courtroom battle. Big money associated with it as well. So stay with us. We're going to take this quick break and return in a moment

11/22/2011

ORCLRS1339489

with Seth Ravin. One moment.

11:45

(BREAK)

11:48

BRENNAN: Welcome to "In Business." We're continuing our conversation with Seth Ravin. He's the CEO of Rimini Street, former co-founder of TomorrowNow. And we've been talking about the business of servicing enterprise software. In some ways you're David versus a Goliath here. You've been locked in lawsuits with Oracle. They're suing you. You're counter-suing. But they're alleging that your business model basically involves stealing, illegally downloading some of their software here. In the case of TomorrowNow and SAP, SAP was fined over a billion dollars for this. TomorrowNow said, "Yes, we did illegally download software." Doesn't that hurt your defense in your case now?

RAVIN: Absolutely not. They're completely separate cases. And the choice of SAP, while we don't agree with their decision to concede a case, you have to remember that they were both software companies. They're both the two leading enterprise software vendors. And while one cannot really challenge the other one's policies because they follow similar policies. It creates a real legal defense problem for them. Our case is moving along on a completely different track. We are going to aggressively defend this position.

In fact, if you look at our customer base, with over 400 customers around the world and with a huge sequential **growth** between 87 percent in bookings **growth** between Q3 and Q4 alone, our customers are clearly voting with their wallets that in fact, not only do we have 400 of the largest and best-known companies in the world that have followed Rimini Street down this path, but these are the largest legal departments in the world that have determined very carefully that in fact they have these rights. And they are absolutely moving to take advantage of their right to choice.

BRENNAN: Yet there's a $1.3 billion mea culpa in here. TomorrowNow did say, "We illegally downloaded software." So that would lead - lend some strength, some could say, Oracle would certainly say, to - that their case against your business practices now. They say they're very similar to TomorrowNow.

RAVIN: Well, in fact if you read the briefings from the court and you read the information that's provided in over half a million pages of documents that Rimini Street has provided to Oracle and the courts, they are very clearly different businesses. Our customers know that. In fact, if you look at the industry **analysts'** and the financial **analysts'** reports, everybody recognizes that Rimini Street is a completely business, and that while SAP may have made choices in their case that they felt were best for their position, these have nothing to do with the legally of third-party support. And remember, Oracle and SAP both are saying that third-party support is legal. Nobody is actually challenging that. They're challenging the way in which the service was provided.

BRENNAN: Litigation's not a cheap thing to have ongoing. You want to IPO within the next two years on (inaudible). How long can you afford to fight this battle?

RAVIN: We've actually set aside money because we're continuing to grow. Even with the litigation we did a 44 percent **growth** this year. This is the demand of the customer base. There is huge amount of demand for our services. Our pipelines are growing at rapid rates. This is a very expensive battle, millions and millions of dollar a year. But you have to remember, we are building a multi-billion-dollar business here. And that's a small price to pay to cross the chasm into being a multi-billion-dollar business.

11/22/2011

ORCLRS1339490

BRENNAN: We're going to continue to watch the battle. Quickly before I let you go, I want to ask you. You're a very interesting man. You've got a interesting resume. I saw that you - before you got into software you helped to connect post-war - post-Cold War Russian states with defense contractors. What did you learn from that to bring to the tech business?

RAVIN: Well, it was an - it was an amazing experience being in Russia right after the Cold War working with Russian defense contractors and American defense contractors. And essentially it often involved death threats. And when your life is on the line in negotiations you learn a very different style of negotiation. Everything after that is just money. And I would say that it absolutely preps you for the biggest battles, and certainly the battles that we decided to take on early on with the largest software companies in the world.

BRENNAN: So this by comparison, battling Oracle, not a -

RAVIN: No.

BRENNAN: It doesn't make you flinch.

RAVIN: No. Not compared to putting your life on the line.

BRENNAN: All right, Seth. Interesting story. We're going to track your progress. Appreciate your time.

11:53

\*\*\*END OF TRANSCRIPT\*\*\*

THIS TRANSCRIPT MAY NOT BE 100% ACCURATE AND MAY CONTAIN MISSPELLINGS AND OTHER INACCURACIES. THIS TRANSCRIPT IS PROVIDED "AS IS," WITHOUT EXPRESS OR IMPLIED WARRANTIES OF ANY KIND. BLOOMBERG RETAINS ALL RIGHTS TO THIS TRANSCRIPT AND PROVIDES IT SOLELY FOR YOUR PERSONAL, NON-COMMERCIAL USE. BLOOMBERG, ITS SUPPLIERS AND THIRD-PARTY AGENTS SHALL HAVE NO LIABILITY FOR ERRORS IN THIS TRANSCRIPT OR FOR LOST PROFITS, LOSSES OR DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, SPECIAL OR PUNITIVE DAMAGES IN CONNECTION WITH THE FURNISHING, PERFORMANCE, OR USE OF SUCH TRANSCRIPT. NEITHER THE INFORMATION NOR ANY OPINION EXPRESSED IN THIS TRANSCRIPT CONSTITUTES A SOLICITATION OF THE PURCHASE OR **SALE** OF SECURITIES OR COMMODITIES. ANY OPINION EXPRESSED IN THE TRANSCRIPT DOES NOT NECESSARILY REFLECT THE VIEWS OF BLOOMBERG LP.

[Copy: Content and programming copyright 2011 BLOOMBERG, LP. ALL RIGHTS RESERVED. Copyright 2011 CQ-Roll Call, Inc. All materials herein are protected by United States copyright law and may not be reproduced, distributed, transmitted, displayed, published or broadcast without the prior written permission of CQ-Roll Call. You may not alter or remove any trademark, copyright or other notice from copies of the content.]

For more Bloomberg Multimedia see {AV [GO]}

**LOAD-DATE:** January 13, 2011

ORCLRS1339491

In

About LexisNexis | Privacy Policy | Terms & Conditions | Contact Us
Copyright © 2011 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

ORCLRS1339492