# EXHIBIT 92



Print | Close Window

**Rimini Street Reports Record Fourth Quarter and Record Full-Year 2011 Results**

Company Ends Year with Record Revenue and $394M in Sales Bookings Backlog

**LAS VEGAS, January 11, 2012 -** Rimini Street, Inc., the leading third-party maintenance and support provider for enterprise software, including Oracle Corporation's (NASDAQ: ORCL) Siebel, PeopleSoft, JD Edwards, E-Business Suite and Oracle Database, and SAP AG (NYSE: SAP) software, today announced results for its fiscal fourth quarter and full fiscal year ended December 31, 2011. Highlights of the Company's fourth quarter results include the highest quarterly sales bookings in the Company's history and a 42-percent increase in sequential quarterly bookings compared to the third quarter of 2011. Rimini Street's full fiscal year 2011 results include record highs in revenue, deferred revenue, sales bookings, sales bookings backlog and average sales price, which are a direct result of the value delivered to its clients and its position as the market leader in the third-party support industry.

**Fourth Quarter and Full-Year Results Demonstrate Accelerating Sales Momentum and Strong Execution**

Rimini Street continued its fast-paced growth in the Fourth Quarter and Fiscal 2011, achieving many new all-time company records.

The Company over-achieved its new client contract sales target in the fourth quarter, completing 28 transactions totaling $110 million in sales bookings, a 126-percent increase on a year-over-year basis. For the fiscal year, sales bookings backlog increased from $220 million to $394 million, a 79-percent increase on a year-over-year basis.

The Company exceeded $33 million in annual revenues for fiscal 2011, a 32-percent increase on a year-over-year basis. Fourth quarter revenue was more than $9 million, a 29-percent increase on a year-over-year basis and a new company quarterly revenue record. Deferred revenue also increased more than 36-percent as of December 31, 2011 when compared on a year-over-year basis.

**Strong Business Performance Provides Foundation for Long-Term Growth and Stability**

Rimini Street's average contract term increased to 15 years in fiscal 2011 and average sales price increased 86 percent on a year-over-year basis. Rimini Street's sales bookings backlog, now nearly $400 million, represents the future potential value of signed client contracts, and will deliver a stable revenue stream over many years that will enable the Company to continue its growth and investment in new and innovative service offerings for clients.

**Company Highlights and Achievements in 2011**

Rimini Street has signed more than 450 total clients, including 52 of the Fortune 500 and 13 of the Global 100. The Company currently supports client operations in more than 60 countries, with the capability of supporting clients in nearly 200 countries. The Company has more than 200 employees in the Americas, Europe and Asia-Pacific regions.

Rimini Street also accomplished the following notable achievements in 2011:

New deals included the largest transactions in Company history each of the past three quarters

Seven-figure deals in PeopleSoft, JD Edwards, Oracle E-Business Suite and SAP Product lines

Announced the more than doubling of SAP support clients in May at SAP Sapphire Now

Quadrupled sales bookings to international clients

Announced general availability of Rimini Street Tax Engine for SAP

Signed and began providing support to Rimini Street clients running Oracle E-Business Suite

Launched and began providing support to Rimini Street clients for Oracle Database

Became first and only ISO-certified provider of global third-party enterprise software support services

Named a 2011 "Cool Infrastructure Vendor" by Gartner, Inc. and a JMP Securities "Hot 100" Company for second consecutive year

Ranked by *Inc.* magazine, the *San Francisco Business Times* and Lead 411 as one of the fastest-growing private companies in the country with three-year revenue growth of 1,531 percent

Won the prestigious ISE® West People's Choice Award for best exemplifying information security leadership

Featured at several key investor events, including the UBS Global Technology and Services Conference, Piper Jaffray Technology, Media & Telecommunications Conference, Needham Growth Conference, JMP Securities Research Conference, and ThinkEquity's ThinkTomorrow - Today Summit

Completed new $7.5 million credit facility with Bridge Bank to support accelerated global expansion

"Rimini Street continues to deliver the best support value in the industry to its global client base and has closed the largest deals in Company history in each of the last three quarters," said Seth Ravin, Rimini Street CEO. "With these record annual and quarterly results, Rimini Street is solidly positioned for significant growth and expansion in the years ahead. We will continue to execute against our global business plan in 2012, prepare for a planned IPO in 2013 and continue to deliver excellent mission-critical support for a constantly expanding Oracle and SAP client base around the world."

**Abour Rimini Street, Inc.**

Rimini Street is the leading third-party provider of enterprise software support services. The company is redefining enterprise support services with an innovative, award-winning program that enables Oracle and SAP licensees to save 50 percent in annual support fees and save up to 90 percent in total support costs over a decade. Clients can remain on their current software release without any required upgrades or migrations for at least ten years. Hundreds of global, Fortune 500, midmarket, and public sector organizations from virtually all industries have selected Rimini Street as their trusted, independent support provider. To learn more, please visit http://www.riministreet.com/ or call within the USA (888) 870-9692 or internationally +1 (702) 839-9671.

# # #

Rimini Street and the Rimini Street logo are trademarks of Rimini Street, Inc. All other company and product names may be trademarks of their respective owners. Copyright © 2012. All rights reserved.