# EXHIBIT 93

# Exceptional Value from Rimini Street Software Support

Hundreds of Global, Fortune 500, midmarket and public sector organizations have selected Rimini Street as their trusted provider of third-party software support. Here is a partial list of our clients.

Click the blue plus signs (+) to read the associated client success stories.

## Testimonials

"Software maintenance is an insurance policy we can't afford to live without and Rimini Street is an insurance policy we can easily afford."

–Tom O'Brien
IT Manager
City of Flint – Michigan

## Quick Client Facts

Hundreds of Global, Fortune 500, midmarket and public sector organizations from virtually all industries have selected Rimini Street as their trusted, independent support provider.

Clients: **500 and growing**

Global 100 Clients: **14**

Fortune 500 Clients: **58**

Client Satisfaction Rate: **99%**

Read client success stories

## Further Resources

**On-Demand Webcast for SAP Licencees —** How One Customer Cut the Total Cost of Maintenance for Its SAP System

AmeriGas
America's Propane Company
RELIABLE. SAFE. RESPONSIVE
KERR DRUG
Steak n Shake
CONVERGYS
Outthinking Outdoing
El Camino Hospital
THE HOSPITAL OF SILICON VALLEY
K&W Cafeterias
EBMUD
RYLAND HOMES
piggly wiggly
Inter-American Development Bank
Genesis HealthCare
DETROIT PUBLIC SCHOOLS
PGS
ACL
WELLMAN, INC.
ABILENE
Independent School District
eircom
LINAMAR
KUB
J.Jill
MICROPUMP
SCA
Surgical Care Affiliates
Reflexite
ONTARIO
eHARLEQUIN.com
EUGENE
ALPS
DRC DYNAMICS RESEARCH CORPORATION
MEDTRON
SOFTWARE INTELLIGENCE
National Credit Union Administration
QuadraMed
PLATO
LEARNING
ace parking
Des Moines Water Works
global closure systems
MOSAIC
Opening Doors to Extraordinary Lives
RSI
Mission Linen Supply
MISSION LINEN & UNIFORM SERVICE
COLOR SPOT
NURSERIES
ALON USA
HARKINS BUILDERS
hartmann
MESKWAKI
canson
First Service Networks
LUCAS COUNTY
DECOPAC
Belvedere
International Inc.
harden
Matheson
TRUCKING, INC.
Carroll Enterprises Inc.
ACCESS INTELLIGENCE
CITY OF MESA
Great People, Quality Service!
GABLES
RESIDENTIAL
NorthJersey.com
HOOVER MATERIALS HANDLING GROUP, Inc.
Argent|Management
McNess
CITY UTILITIES
Bringing Power Home.
AGCO
Your Agriculture Company
SPOKANE COUNTY
WASHINGTON
ACM
TECHNOLOGIES, INC.
KICHLER
LIGHTING

www.riministreet.com/clients_overview.php 2/3



**Request a Quote** | **Request More Information** | **Contact:** USA 888-870-9692 | 702-839-9671

Copyright © 2012 Rimini Street, Inc. | Privacy Policy | Terms of Use | Site Map

Find us on