| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>BREE HANN (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br>bree.hann@bingham.com |
| BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>     Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>     Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Judge:     Hon. Larry R. Hicks |

**[PROPOSED] ORDER**

Pending before the Court is the second motion of Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. (collectively, "Oracle") for partial summary judgment (the "Motion"). After full consideration of the moving and opposing papers of each party, the arguments of counsel, and all other matters presented to the Court, and finding that there are no genuine issues of material fact with regard to the issues raised by the Motion, and that Oracle is entitled to judgment as a matter of law,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The Motion is GRANTED.

2. Defendant Rimini Street's ("Rimini's") creation and/or use of copies of the following Oracle Database software:

| Software | Registration |
|---|---|
| Oracle 8i Enterprise Edition, Release 2 (8.1.6) | TX 5-222-106 |
| Oracle 9i Database Enterprise Edition, Release 2 (9.2) | TX 5-673-282 |
| Oracle Database 10g Release 1 | TX 6-938-648 |
| Oracle Database 10g Release 2 | TX 6-942-003 |
| Oracle Database 11g: Release 1 | TX 7-324-157 |
| Oracle Database 11g: Release 2 | TX 7-324-158 |

as embodied in the 25 copies of Oracle Database installation media and the 216 installed copies of Oracle Database identified in Exhibits 19-21 to the Motion were in violation of Oracle's exclusive rights under the Copyright Act. Therefore, Oracle is entitled to relief under its First Claim for Relief (Copyright Infringement) as to these registrations.

3. Rimini's Second Affirmative Defense (express license) does not excuse the infringement described in paragraph 2.

4. Rimini's Eighth Affirmative Defense (statute of limitations) does not apply to any of the copyright claims asserted by Oracle in this action.

5. Rimini's Ninth Affirmative Defense (laches, waiver and estoppel) does not apply to any of the copyright claims asserted by Oracle in this action.

6. Oracle is entitled to judgment in its favor, and Rimini shall take nothing, on Count One of Rimini's Counterclaims (Defamation, Business Disparagement and Trade Libel).

1       7.      Oracle is entitled to judgment in its favor, and Rimini shall take nothing, on Count Three of Rimini's Counterclaims (Unfair Competition - Cal. Bus. & Prof. Code § 17200).

IT IS SO ORDERED.

DATED:

By: _____
Judge, United States District Court