| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | BINGHAM MCCUTCHEN LLP |
| RICHARD J. POCKER (NV Bar No. 3568) | GEOFFREY M. HOWARD (*pro hac vice*) |
| 300 South Fourth Street, Suite 800 | THOMAS S. HIXSON (*pro hac vice*) |
| Las Vegas, NV 89101 | BREE HANN (*pro hac vice*) |
| Telephone: (702) 382-7300 | KRISTEN A. PALUMBO (*pro hac vice*) |
| Facsimile: (702) 382-2755 | Three Embarcadero Center |
| rpocker@bsfllp.com | San Francisco, CA 94111-4067 |
| | Telephone: 415.393.2000 |
| BOIES, SCHILLER & FLEXNER LLP | Facsimile: 415.393.2286 |
| STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com |
| FRED NORTON (*pro hac vice*) | thomas.hixson@bingham.com |
| KIERAN P. RINGGENBERG (*pro hac vice*) | bree.hann@bingham.com |
| 1999 Harrison Street, Suite 900 | kristen.palumbo@bingham.com |
| Oakland, CA 94612 | |
| Telephone: (510) 874-1000 | DORIAN DALEY (*pro hac vice*) |
| Facsimile: (510) 874-1460 | DEBORAH K. MILLER (*pro hac vice*) |
| sholtzman@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*) |
| fnorton@bsfllp.com | ORACLE CORPORATION |
| kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA 94070 |
| | Telephone: 650.506.4846 |
| | Facsimile: 650.506.7114 |
| | dorian.daley@oracle.com |
| | deborah.miller@oracle.com |
| Attorneys for Plaintiffs Oracle USA, Inc., | jim.maroulis@oracle.com |
| Oracle America, Inc. and Oracle International | |
| Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S MOTION TO SEAL PORTIONS OF ITS SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT AND CERTAIN SUPPORTING DOCUMENTS** |

**[PROPOSED] ORDER**

Pending before this Court is Oracle's Motion to Seal Portions of its Second Motion for Partial Summary Judgment and Certain Supporting Documents [Docket No. 423]. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion to Seal, compelling reasons having been shown, and good cause existing:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the documents specified in Oracle's Motion.

IT IS SO ORDERED.

DATED:

By: _____
Judge, United States District Court