| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV  89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone:  (702) 382-7300<br>Facsimile:  (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA  94612 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Telephone:  (510) 874-1000<br>Facsimile:  (510) 874-1460 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA  94070 |
| 10 | kringgenberg@bsfllp.com | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 11 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | | jim.maroulis@oracle.com |
| 13 | Attorneys for Plaintiffs Oracle USA, Inc., | |
| 14 | Oracle America, Inc. and Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |
| Plaintiffs, | | |
| v. | | |
| RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, | | |
| Defendants. | | |

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is Three Embarcadero Center, San Francisco, CA 94111. On September 14, 2012, I served the following documents:

**ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]**

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]**

**APPENDIX OF EXHIBITS CITED IN SUPPORT OF ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT, VOL. 1 OF 5 [FILED UNDER SEAL] AND UNREDACTED EXHIBITS 1-3, 6-7, 9-17, 19-21, AND 24-29**

**APPENDIX OF EXHIBITS CITED IN SUPPORT OF ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT, VOL. 2 OF 5 [FILED UNDER SEAL] AND UNREDACTED EXHIBITS 31-38 AND 40-48**

**APPENDIX OF EXHIBITS CITED IN SUPPORT OF ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT, VOL. 3 OF 5 [FILED UNDER SEAL] AND UNREDACTED EXHIBITS 49-54, 57-68, 70, AND 72**

**APPENDIX OF EXHIBITS CITED IN SUPPORT OF ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT, VOL. 4 OF 5 [FILED UNDER SEAL] AND UNREDACTED EXHIBITS 73, 79 AND 86-89, 94**

I served the documents on the persons below, as follows:

Mark Tratos
Brandon Roos
Leslie A.S. Godfrey
**Greenberg Traurig, LLP**
3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NV 89169
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

W. West Allen
**Lewis and Roca LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
WAllen@LRLaw.com

Robert H. Reckers, Esq.
**Shook, Hardy & Bacon L.L.P.**
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
RRECKERS@shb.com

By agreement of the parties, the documents were made available to the persons at the e-mail addresses listed above for electronic transmission via secure file transfer. I did not receive,

1  within a reasonable time after the files were made available for transmission, any electronic

2  message or other indication that the transmission was unsuccessful.

3        I declare under penalty of perjury under the laws of the United States of America that the

4  foregoing information contained in the Certificate of Service is true and correct.

5

6  Date:  September 14, 2012

7                                                    /s/ Zachary Hill\_

8                                                    Zachary Hill

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

A/75172325.1