1  DOMINICA C. ANDERSON (SBN 2988)
   RYAN A. LOOSVELT (SBN 8550)
2  **DUANE MORRIS LLP**
   100 N. City Parkway, Suite 1560
3  Las Vegas, NV  89106
   Telephone: 702.868.2600
4  Facsimile:  702.385.6862
   Email:  dcanderson@duanemorris.com
5          rloosvelt@duanemorris.com

6  Attorneys for CedarCrestone, Inc.

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10 ORACLE USA, INC., a Colorado corporation,    Case No.  2:10-CV-0106-LRH-PAL
   ORACLE AMERICA, INC., a Delaware
11 corporation; and ORACLE INTERNATIONAL        **[PROPOSED] ORDER**
   CORPORATION, a California corporation,
12
                  Plaintiffs,
13
14        v.

   RIMINI STREET, INC., a Nevada corporation;
15 and SETH RAVIN, an individual,

16                Defendants.

17 AND ALL RELATED COUNTER CLAIMS.

18

19        Pending before this Court is Non-party CedarCrestone, Inc.'s ("CedarCrestone's") Motion to

20 Seal Portions of its Opposition [Redacted Opposition-Dckt. No. 425; Unredacted Opposition filed

21 under seal-Dckt. No. 426] to Plaintiffs' renewed Motion to Modify Protective Order [Renewed

22 Motion-Dckt. No. 385].   This same information was previously ordered sealed by this Court in

23 connection with Cedar Crestone's Opposition to Plaintiffs' first Motion to Modify Protective Order

24 [Prior Court Order Sealing Same Information-Dckt. No. 365].   Federal Rule of Civil Procedure

25 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia,*

26 the protection of "trade secret or other confidential research, development, or commercial

27 information." Fed. R. Civ. P. 26(c).  Having considered Non-party CedarCrestone, Inc.'s Motion to

28 Seal, compelling reasons having been shown and good cause existing:

DMI\3525216.1                          1
                                     ORDER

1    IT IS HEREBY ORDERED THAT:  Non-party CedarCrestone, Inc.'s Motion to Seal is

2  GRANTED.  The Clerk of the Court shall file under seal the unredacted versions of Non-party

3  CedarCrestone, Inc.'s Opposition to Plaintiffs' renewed Motion to Modify Protective Order.

4    **IT IS SO ORDERED.**

5  Dated: _____ 2012          By: _____

                                               Hon. Peggy A. Leen
6                                              United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DM1\3525216.1                              2
                                         ORDER