BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
BREE HANN (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com
bree.hann@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual<br><br>Defendants. | Case No. 2: 10-cv-0106-LRH-PAL<br><br>**DECLARATION OF GEOFFREY M. HOWARD IN SUPPORT OF PLAINTIFFS' REPLY RE MOTION TO MODIFY PROTECTIVE ORDER**<br><br>**[REDACTED]** |

I, Geoffrey M. Howard, declare:

1. I am a partner in the law firm of Bingham McCutchen LLP and counsel of record for Plaintiff Oracle International Corporation ("Oracle" or "Plaintiff") in this action. I am a member in good standing of the State Bar of California and admitted to practice before this Court. I have personal knowledge of the facts stated below and could testify competently to them if called to do so.

2. Attached as **Exhibit 1** are true and correct copies of screenshots of portions of the contents of the DVD produced by CedarCrestone on or about July 22, 2011. The first screenshot shows ▮▮▮. The second screenshot, printed across two pages, shows ▮▮▮. The third screenshot shows ▮▮▮. Attached as **Exhibit 2** is a true and correct copy of a printout of ▮▮▮. Portions of Exhibits 1 and 2 are highlighted to illustrate to the Court how the screenshots and file printout relate to each other. A portion of Exhibit 2 is highlighted to show ▮▮▮.

3. Attached as **Exhibit 3** is a true and correct copy of a letter from Robert Gill, counsel for CedarCrestone, to Chad Russell, counsel for Oracle and an associate at Bingham McCutchen, dated July 8, 2011. Portions of Exhibit 3 are highlighted to assist the Court in identifying the information relevant to Oracle's motion.

4. ▮▮▮

1

1 ████████████████████████████████████████
2 ████████████████████████████████████████
3 ████████████████████████████████████████
4 ████████████████████████████████████████
5 ████████████████████████████████████████
6

7      5.     Attached as **Exhibit 4** is a true and correct copy of a letter from Mr. Gill to Mr. Russell, dated April 14, 2011.

         I declare under penalty of perjury that the foregoing is true and correct. Executed on October 4, 2012.

                                      /s/ Geoffrey M. Howard
                                        Geoffrey M. Howard