| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. *(pro hac vice)*<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. *(pro hac vice)*<br>600 Travis Street, Suite 3400<br>Houston, Texas  77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com | LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRLaw.com<br><br>GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>*Attorneys for Defendants*<br>*RIMINI STREET, INC. and SETH RAVIN* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF DEFENDANT RIMINI STREET INC.'S OPPOSITION TO ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:<br>Time:<br>Place:<br>Judge:       Hon. Larry R. Hicks |

DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

369176 v1

## DECLARATION OF ROBERT H. RECKERS

I, Robert H. Reckers, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter, and an attorney at Shook, Hardy, and Bacon LLP, attorneys for Defendant Rimini Street, Inc., ("Defendant"). I make this declaration in support of Defendant Rimini Street, Inc.'s Memorandum and Points of Authority in Opposition to Oracle's Second Motion for Partial Summary Judgment, filed on October 9, 2012. The Exhibits referenced below are all attached to the Appendix of Exhibits Cited In Support of Rimini's Opposition to Oracle's Second Motion for Partial Summary Judgment. These Exhibits are all true and correct copies of pages and excerpts from final deposition transcripts, or from exhibits used in depositions, or from documents produced by the parties or a third party, or from written discovery exchanged between the parties. To minimize bulk, for ease of use, and to the extent possible without losing context, only the relevant pages and information are included in these Exhibits.

2. Attached to the Appendix as **Exhibit 1** is a true and accurate copy of a document produced by Oracle in this matter, Bates number ORCLRS1313013-46.

3. Attached to the Appendix as **Exhibit 2** is a true and accurate copy of a document produced by Oracle in this matter, Bates number ORCLRS1313047-75.

4. Attached to the Appendix as **Exhibit 3** is a true and accurate copy of a document produced by Oracle in this matter, Bates number ORCLRS1312961-87.

5. Attached to the Appendix as **Exhibit 4** is a true and accurate copy of a document produced by Oracle in this matter, Bates number ORCLRS1312992-1313000.

6. Attached to the Appendix as **Exhibit 5** is a true and accurate copy of relevant excerpts of the transcript of the December 15, 2011 deposition of Brian Slepko.

7. Attached to the Appendix as **Exhibit 6** is a true and accurate copy of relevant excerpts of the transcript of the December 16, 2011 Rule 30(b)(6) deposition of Brian Slepko.

8.  Attached to the Appendix as **Exhibit 7** is a true and accurate copy of relevant excerpts of Defendant Rimini Street Inc.'s Second Set of Requests for Production of Documents to Plaintiffs (No. 1-88), served on May 13, 2010.  The excerpt includes Rimini's Request Nos. 2 and 63.

9.  Attached to the Appendix as **Exhibit 8** is a true and accurate copy of relevant excerpts of the transcript of the August 12, 2010 Rule 30(b)(6) deposition of Joseph Dones.

10. Attached to the Appendix as **Exhibit 9** is a true and accurate copy of relevant excerpts of the transcript of the November 17, 2011 deposition of Seth Ravin.

11. Attached to the Appendix as **Exhibit 10** is a true and accurate copy of a document produced by Oracle in this matter, Bates number ORCLRS0291237-38.

12. Attached to the Appendix as **Exhibit 11** is a true and accurate copy of relevant excerpts of the Expert Report of Randall Davis, amended on May 28, 2012.

13. Attached to the Appendix as **Exhibit 12** is a true and accurate copy of relevant excerpts of the transcript of the March 17, 2011 Rule 30(b)(6) deposition of Beth Lester.

14. Attached to the Appendix as **Exhibit 13** is a true and accurate copy of relevant excerpts of the transcript of the April 27, 2011 deposition of Susan Tahtaras.

15. Attached to the Appendix as **Exhibit 14** is a true and accurate copy of a document produced by Rimini in this matter, Bates number RSI00086357-58.

16. Attached to the Appendix as **Exhibit 15** is a true and accurate copy of relevant excerpts of Plaintiff Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation's [Corrected] Supplemental and Amended Responses to Defendant Rimini Street Inc.'s First Set of Interrogatories (No. 1-12).  Oracle served its responses to Rimini on December 19, 2011.  The excerpt includes Oracle's Third Amended Response to Rimini's Interrogatory No. 11.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | |
|---|---|
| Executed on October 9, 2012. | /s/ *Robert H. Reckers*_____ |
| | Robert H. Reckers, Esq. |