# EXHIBIT 7

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hace vice*)
Eric Buresh, Esq. (*pro hace vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers, Esq. (*pro hace vice*)
600 Travis Street, Suite 1600
Houston, TX  77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (NV Bar No. 1086)
Brandon Roos, Esq. (NV Bar No. 7888)
Leslie Godfrey, Esq. (NV Bar No. 10229)
3773 Howard Hughes Parkway400 N
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

WILSON SONSINI GOODRICH & ROSATI
Jonathan M. Jacobson, Esq.
1301 Avenue of the Americas, 40th Floor
New York, New York, 110019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
jjacobson@wsgr.com
*(pro hac vice applications to be submitted)*

Michael B. Levin, Esq.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493- 9300
Facsimile: (650) 493 - 6811
mlevin@wsgr.com
*(pro hac vice application to be submitted)*


*Attorneys for Defendants*
*RIMINI STREET, INC. and SETH RAVIN*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANT RIMINI STREET INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS** |

313231v4

| | |
|---|---|
| PROPOUNDING PARTY: | Defendant Rimini Street, Inc. |
| RESPONDING PARTY: | Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation |
| SET NO.: | Two |

## DEFENDANT RIMINI STREET INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS

Pursuant to Federal Rule of Civil Procedure 34, Defendant Rimini Street Inc. ("Rimini Street") requests that Plaintiffs Oracle USA, Inc. ("Oracle USA"), Oracle America, Inc. ("Oracle America"), and Oracle International Corporation ("OIC") (together "Oracle" or "Plaintiffs") produce for inspection and copying all of the following documents and other tangible things that are in its possession, custody, or control. Production shall take place within 30 days of service of this request, at the offices of Shook, Hardy & Bacon, LLP, 2555 Grand Boulevard, Kansas City, Missouri 64108 or at such other location and time as the parties may agree. Oracle is subject to a duty to supplement all responses to these requests for production in accordance with Federal Rule of Civil Procedure 26(e). The following definitions and instructions apply.

## DEFINITIONS

The following definitions shall apply throughout these requests, regardless of whether upper or lower case letters are used:

A. The term "First Amended Complaint" refers to the "First Amended Complaint for Damages and Injunctive Relief" filed by Oracle on the April 19, 2010 in this action.

B. The term "document" is used herein in its broadest sense under Fed. R. Civ. P. 34 and applicable case law, including without limitation, hard copies, electronic documents, electronic or computerized data compilations, software, software images, or downloads.

E.      If any document requested has existed, but has been lost, destroyed, or is no longer within your possession, custody or control, identify those documents and describe the document, its author(s), the recipients(s) or addressee(s), the subject matter and content. Further, if the document has been destroyed, state with particularity the date and circumstances surrounding the reasons for its destruction, and identify the last known custodian of the document and each person who has knowledge of the loss or destruction of any such document.

F.      With respect to any documents otherwise responsive to these requests that you withhold or refuse to divulge on a claim of privilege or work product: (a) state the nature of the claim of privilege and the holder of the privilege; and (b) furnish a description of all documents withheld pursuant to the claim of privilege. If the claim of privilege applies to only a portion of the document, produce all portions of the document to which the claim does not apply.

G.      If subsequent to the date you produce documents responsive to these requests you discover or receive documents that are responsive to any request herein, promptly produce all such additional documents to the full extent required by the Federal Rules of Civil Procedure and the Local Rules of the District Court.

H.      Each document is to be produced along with all located drafts, without abbreviation or redaction.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

**REQUEST NO. 1:**   All documents relating to any communication between Oracle and the Defendants.

**REQUEST NO. 2:**   All documents relating to any statement, communication, or correspondence made, generated, or authorized by Oracle that refers or relates to the Defendants,

6
RIMINI STREET'S SECOND SET OF RFPS TO PLAINTIFFS
313231v4

the Defendants' products or services, or this lawsuit, including, without limitation, any speeches, interviews, press releases, or publications made by Oracle to members of the media, analysts, an Oracle customer, a potential Oracle customer, or a Rimini Street client.

**REQUEST NO. 3:** All documents relating to Seth Ravin or Rimini Street, including, without limitation, records, internal management reports, employment histories, personnel files, investor reports, consultant reports, studies, prospectuses, correspondence, presentation outlines, reviews, valuations, appraisals, audits, corporate minutes, Board of Director minutes and materials, and market reports, including reports from distributors, agents, vendors, sales and marketing personnel.

**REQUEST NO. 4:** All documents relating to any analysis of the market for third party software maintenance and support services for Oracle's PeopleSoft, J.D. Edwards, and Siebel families of software products, including, without limitation, any Oracle analysis of the market for maintenance and support services, the potential market for maintenance and support services, the demand for such services, and any competitive analysis of past or existing third party support vendors from January 1, 2004 to the present.

**REQUEST NO. 5:** All documents relating to any opinion, analysis, comparison, study, review, determination, assertion, notification, or conclusion (whether initial, final, preliminary, or qualified) of Oracle's allegation that Defendants have infringed copyrights in Oracle software applications and Software and Support Materials.

**REQUEST NO. 60:** All documents relating to Oracle's contention that its "relationships have been actually disrupted, causing certain current and prospective support customers to contract with Defendants instead of with Oracle America and OIC for those customers' software support and maintenance and, in some cases, for their enterprise software" as set forth in paragraphs 127 and 137 of your First Amended Complaint.

**REQUEST NO. 61:** All documents relating to any current or former employee of Rimini Street that has "prior employment experience with PeopleSoft, Siebel, or Oracle" as set forth in paragraph 58 of your First Amended Complaint, including, without limitation, employment histories and personnel files for each employee.

**REQUEST NO. 62:** All documents relating to Oracle's knowledge of any statement, communication, or correspondence made, generated, or authorized by Oracle that refers or relates to the Defendants, the Defendants' products or services, or this lawsuit

**REQUEST NO. 63:** All documents relating to communications to or from any former, current or prospective customer of either Oracle or Defendants that refers or relates to Rimini Street's products or services.

**REQUEST NO. 64:** All documents relating to "Oracle's substantial investment in the development of its software" as referenced in paragraph 27 of your First Amended Complaint.

**REQUEST NO. 87:** All documents supporting any of Oracle's claims or defenses in this action.

**REQUEST NO. 88:** All documents relating to your retention, destruction, and preservation policies and practices, including electronic document retention, destruction, and preservation policies and practices for all categories of documents responsive to any of these requests.

DATED: May 13, 2010                SHOOK, HARDY & BACON

                                   By:   _/s/ Robert H. Reckers_____
                                         Robert H. Reckers, Esq.
                                         Attorney for Defendants
                                         Rimni Street, Inc. and Seth Ravin

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing First Set of Requests for Production to Plaintiff was served on the 13th day of May 2010, via email, as indicated below.

BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice application to be submitted*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION (*pro hac vice*)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

By:   */s/ Robert H. Reckers*
Robert H. Reckers, Esq.
Attorney for Defendants
Rimini Street, Inc. and Seth Ravin