# EXHIBIT 14

11/18/2005 19:07 FAX 650 614 7401          ORRICK                                          ☒001/002



ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CALIFORNIA 94025

tel  650-614-7400
fax 650-614-7401

WWW.ORRICK.COM

**FAX TRANSMISSION**

DATE  November 16, 2005                                    NO. OF PAGES
                                                           (INCLUDING COVER SHEET)   2

FROM
name                          tel
     Robert E. Freitas              (650) 614-7364

TO
name                  company/firm              tel                fax
     Jeffrey F. Barr       Snell & Wilmer L.L.P.    (702) 784-5200    (702) 784-5252

RE    Siebel Systems, Inc.

MESSAGE

Please see attached.

C-M-A   1-300951(95)                                              Originals WILL follow

IF YOU DO NOT RECEIVE ALL PAGES, PLEASE (650) 614-7303 AS SOON AS POSSIBLE.

*notice to recipient*

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMISSION IS INTENDED TO BE SENT ONLY TO THE STATED ADDRESSEE OF THE TRANSMISSION. IT MAY BE PROTECTED FROM UNAUTHORIZED USE OR DISSEMINATION BY THE ATTORNEY-CLIENT PRIVILEGE, THE ATTORNEY WORK-PRODUCT DOCTRINE, OR ANY OTHER APPLICABLE PRIVILEGE. IF YOU ARE NOT THE STATED ADDRESSEE, YOUR RECEIPT OF THIS TRANSMISSION WAS UNINTENDED AND INADVERTENT, AND YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE ALSO ASKED TO NOTIFY US IMMEDIATELY BY TELEPHONE AND TO RETURN THE ORIGINAL DOCUMENT TO US IMMEDIATELY BY MAIL AT THE ADDRESS ABOVE. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
DOCSSV1:431862.1



**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

November 16, 2005

Robert E. Freitas
(650) 614-7364
rfreitas@orrick.com

Jeffrey F. Barr
Snell & Wilmer L.L.P.
3800 Howard Hughes Parkway, Tenth Floor
Las Vegas, NV 89109

Re:   *Siebel Systems, Inc.*

Dear Mr. Barr:

I am in receipt of your letter of November 11, 2005. Contrary to your suggestion, Siebel has not been "silent" on substantive issues. Siebel's concerns have been explained in previous correspondence, and Siebel is under no obligation to advise your client in even more detail what it must do to avoid engaging in unlawful conduct.

Your comments concerning my client's communications with its former employee regarding that employee's continuing contractual obligations to Siebel are similarly off base. Like other employers, Siebel is entitled to remind departing employees of these continuing obligations. Many employees fail to keep these responsibilities in mind, or are influenced by new employers who seek to cut corners. If you believe Mr. Gattey's reminder letter to Mr. Chiu was inaccurate in any manner, please let me know as soon as possible.

I agree that there is no need for a letter writing campaign. Siebel has done nothing to impede lawful competition by Rimini Street, and Siebel will continue to enforce its rights in good faith. If you have any questions, please feel free to call or write me at your convenience.

Very truly yours,

Robert E. Freitas

REF/hb1

DOCSSV1:415848.1

Highly Confidential Information – Attorneys' Eyes Only                               RSI00086358