1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (pro hac vice)
6  FRED NORTON (pro hac vice)
   KIERAN P. RINGGENBERG (pro hac vice)
7  1999 Harrison Street, Suite 900
   Oakland, CA 94612
8  Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
9  sholtzman@bsfllp.com
   fnorton@bsfllp.com
10 kringgenberg@bsfllp.com

11

12

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (pro hac vice)
THOMAS S. HIXSON (pro hac vice)
KRISTEN A. PALUMBO (pro hac vice)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (pro hac vice)
DEBORAH K. MILLER (pro hac vice)
JAMES C. MAROULIS (pro hac vice)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

13 Attorneys for Plaintiffs Oracle USA, Inc.,
   Oracle America, Inc. and Oracle International
14 Corp.

15

16                    UNITED STATES DISTRICT COURT

17                        DISTRICT OF NEVADA

18 ORACLE USA, INC., a Colorado corporation;      Case No  2:10-cv-0106-LRH-PAL
   ORACLE AMERICA, INC., a Delaware
19 corporation; and ORACLE INTERNATIONAL         **DECLARATION OF KEVIN PAPAY**
   CORPORATION, a California corporation,        **IN SUPPORT OF ORACLE'S**
20                                               **SECOND MOTION FOR PARTIAL**
                Plaintiffs,                      **SUMMARY JUDGMENT**
21       v.

22 RIMINI STREET, INC., a Nevada corporation;
   SETH RAVIN, an individual,
23
                Defendants.
24

25

26

27

28

I, Kevin Papay, declare as follows:

1.      I am an attorney at Bingham McCutchen, counsel of record in this action for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle").  I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2.      Attached as Exhibit A is a true and correct copy of an article authored by Renee Ferguson entitled "Oracle v. SAP: Rimini Street Weighs In," dated March 23, 2007, from Eweek.com.[1]  Oracle printed the article from a link on Rimini Street's public website on May 13, 2009, but it appears the article has since been removed.[2]  The highlighting that appears on the Exhibit has been added to assist in identifying the information in the article relevant to Oracle's motion.

3.      Attached as Exhibit B is a true and correct copy of an article authored by China Martens entitled "Oracle's SAP suit raises users' ethics concerns," dated March 26, 2007, that was published on ComputerWorld's website, computerworld.com, and is available at http://www.computerworld.com.au/index.php/id;1627801114;fp;;fpid;;pf;1.  The highlighting that appears on the Exhibit has been added to assist in identifying the information in the article relevant to Oracle's motion.

4.      Attached as Exhibit C is a true and correct copy of an article authored by Angela Eager entitled "SAP admits some Oracle downloads in hacking lawsuit," dated June 2007, that was published by Computer Business Review and is available at http://cbr.co.za/article.aspx?pklarticleid=4562.  The highlighting that appears on the Exhibit has been added to assist in identifying the information in the article relevant to Oracle's motion.

5.      Attached as Exhibit D is a true and correct copy of an article authored by Renee

---

[1] See http://blogs.eweek.com/enterprise_apps/content001/oracle_vs_sap_rimini_street_weighs_in.html (no longer available).
[2] See http://www.riministreet.com/news_articles.php, summary of March 23, 2007 article with broken link.

DECLARATION OF KEVIN PAPAY IN SUPPORT OF
ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1   Boucher Ferguson entitled "TomorrowNows Fate Wont Ruin Third-Party App Support," dated

2   November 20, 2007, that was published on eWeek's website, eweek.com, and is available at

3   http://www.eweek.com/c/a/Enterprise-Applications/TomorrowNows-Fate-Wont-Ruin-

4   ThirdParty-App-Support/. The highlighting that appears on the Exhibit has been added to assist

5   in identifying the information in the article relevant to Oracle's motion.

6        6.    Attached as Exhibit E is a true and correct copy of an article authored by J.

7   Bonasia entitled "Oracle-SAP Legal Fight Blackens 3rd Party's Eye; But Attention May Help;

8   Suit vs. TomorrowNow hurts reputation of the third-party-support field," dated December 12,

9   2007, originally published by Investor's Business Daily, which Oracle downloaded from the

10   LexisNexis electronic portal on October 20, 2012. The highlighting that appears on the Exhibit

11   has been added to assist in identifying the information in the article relevant to Oracle's motion.

12        7.    Attached as Exhibit F is a true and correct copy of an article authored by Jon

13   Franke entitled "Rimini Street CEO addresses SAP TomorrowNow rumors," dated December

14   13, 2007, that was published on SearchSAP's website, searchsap.techtarget.com, and is available

15   at http://searchsap.techtarget.com/news/1286065/Rimini-Street-CEO-addresses-SAP-

16   TomorrowNow-rumors. The highlighting that appears on the Exhibit has been added to assist in

17   identifying the information in the article relevant to Oracle's motion.

18        8.    Attached as Exhibit G is a true and correct copy of an article authored by

19   Courtney Bjorlin entitled "With no tomorrow for TomorrowNow, third-party support still in

20   demand," dated August 19, 2008, that was published on SearchSAP's website,

21   searchsap.techtarget.com, and is available at http://searchsap.techtarget.com/news/1326024/

22   With-no-tomorrow-for-TomorrowNow-third-party-support-still-in-demand. The highlighting

23   that appears on the Exhibit has been added to assist in identifying the information in the article

24   relevant to Oracle's motion.

25        9.    Attached as Exhibit H is a true and correct copy of an article authored by Mary

26   Hayes Weier entitled "Oracle Sees A Threat In Rimini Street," dated September 1, 2009, that

27   was published on InformationWeek's website, informationweek.com, and is available at

28   http://www.informationweek.com/global-cio/interviews/oracle-sees-a-threat-in-rimini-

1   street/229204798. The highlighting that appears on the Exhibit has been added to assist in

2   identifying the information in the article relevant to Oracle's motion.

3           10.     Attached as Exhibit I is a true and correct copy of an article authored by Mark

4   Veverka entitled "An Emerging Threat to Oracle and SAP," dated September 28, 2009,

5   originally published by Dow Jones & Co., Inc., which Oracle downloaded from the LexisNexis

6   electronic portal on October 20, 2012. The highlighting that appears on the Exhibit has been

7   added to assist in identifying the information in the article relevant to Oracle's motion.

8           11.     Attached as Exhibit J is a true and correct copy of Oracle Deposition Exhibit

9   1578A, which was introduced during the December 16, 2011 Rule 30(b)(6) deposition of Brian

10  Slepko.

11          12.     Attached as Exhibit K is a true and correct copy of Oracle Deposition Exhibit

12  462, which was introduced during the September 27, 2011 deposition of John Whittenbarger.

13          13.     Attached as Exhibit L is a true and correct copy of Oracle Deposition Exhibit 956,

14  which was introduced during the November 18, 2011 deposition of Seth Ravin.

15          14.     Attached as Exhibit M is a true and correct copy of relevant excerpts of the

16  transcript of the November 18, 2011 deposition of Seth Ravin.

17          15.     Attached as Exhibit N is a true and correct copy of relevant excerpts of the

18  transcripts of the December 14, 2011 deposition of Tracy Black.

19          16.     Attached as Exhibit O is a true and correct copy of relevant excerpts of the

20  transcripts of the October 12, 2011 deposition of Graham Carter.

21          17.     Attached as Exhibit P is a true and correct copy of relevant excerpts of the

22  transcripts of the September 1, 2011 deposition of Timothy Conley.

23          18.     Attached as Exhibit Q is a true and correct copy of relevant excerpts of the

24  transcripts of the December 16, 2011 deposition of Alecia Holmes.

25          19.     Attached as Exhibit R is a true and correct copy of relevant excerpts of the

26  transcript of the December 1, 2011 deposition of Paul Simmons.

27  //

28  //

DECLARATION OF KEVIN PAPAY IN SUPPORT OF
ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct and that this declaration was executed at San Francisco, California on October

3    26, 2012.

4

5    _____
     Kevin M. Papay

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF KEVIN PAPAY IN SUPPORT OF
ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT