# EXHIBIT A

Case 2:10-cv-00106-LRH-VCF   Document 452-1   Filed 10/26/12   Page 2 of 6
Case 2:09-cv-00391-KJD-GWF   Document 33-3   Filed 09/24/09   Page 2 of 6




**All Blogs • eWEEK • BASELINE • CIO INSIGHT • GOOGLE WATCH • LINUX WATCH • WEB BUYER'S GUIDE**

Home | Got a Tip? | Archive | All Blogs

Home >> >> Oracle vs. SAP: Rimini Street Weighs In

Friday, March 23, 2007 2:25 PM/EST

### Oracle vs. SAP: Rimini Street Weighs In

Seth Ravin, the CEO of **Rimini Street**, wants to clarify a few points: **Oracle** is not suing **SAP** for providing third-party support for its apps.—which Rimini Street does, as does TomorrowNow, and **Oracle for Red Hat implementations** —rather Oracle is questioning business practices that occurred over the past several months.

Secondly, according to Ravin, third-party support providers are just like any other consultancy in the world: They are provided access to customer support documentation at a vendor's site through the customer, to support the customer. And the support documentation a customer legally has access to is based on their maintenance contract with a given vendor, and the end date of that contract.

So, for example, if a customer has a support contract with Oracle for PeopleSoft 8 through 2006, and in that time frame versions 8.1, 8.2 and 8.3 are released, the customer has legal rights to all of the support documentation and upgrades for 8.0—and the point releases—through the life of the contract.

"So if they're running the 8.0 product, they are still entitled to use the newer versions, along with the upgrade scripts," said Ravin. "A customer may leave Oracle and have [the support documentation] on the shelf. They can take it off the shelf and use it. It's all within their maintenance rights. They are entitled to use any point release up until they time their end-of-maintenance with Oracle."

**BREAKING NEWS**

Philadelphia Revives Citywide Wi-Fi
Microsoft to Open European Search
EU Stumbles on Buying Microsoft Al
Amsterdam Gets Europe's First Mob
Network
Toshiba Offers 128GB SSD with Nev

Enterprise Apps - - Oracle vs. SAP: Rimini Street Weighs In                    Page 2 of 5

Case 2:10-cv-00106-LRH-VCF   Document 452-1   Filed 10/26/12   Page 3 of 6
Case 2:05-cv-01391-KJD-GWF   Document 33-3   Filed 05/21/09   Page 3 of 6

Usually what happens, according to Ravin, is that toward the end of their maintenance contract, a customer will evaluate options. If they decide to go with a third-party support provider like Rimini Street, they'll provide Rimini Street with log in access to all the support documentation.

"We stand in the customer's shoes as an authorized partner of the customer," said Ravin, from his Las Vegas headquarters. "We are no different than any other consultant. It is very common for [a customer] to provide a password and ID for us to get [into a vendor's customer support center] to download upgrades and support. It's standard industry practice across every consulting firm. The key is you have to be authorized. They tell us what they've been licensed for, when support ends, and prior to that end we go in and take down items they are entitled to. We build that and hand it to the customer as an archive. We are doing nothing more than a customer is entitled to themselves."

Oracle is alleging that SAP, through its subsidiary **TomorrowNow**, used customer log-ins to access support portals after a customer's support had been terminated—a definite no-no, according to Ravin. Secondly, Oracle said that when TomorrowNow did get into the system, they did an over-sweep of customer's documentation, bringing in far more documentation than was appropriate.

Oracle said in its complaint that TomorrowNow accessed thousand of documents over a short time span. Ravin said that while it provides great theater for Oracle to reference thousands of downloads, that number of document downloads is not out of bounds.

"With a lot of products you could easily have thousands of documents [a customer] is entitled to," said Ravin. "No one is saying increased download volume is anything [unusual]. There's nothing that says you can't do that. You need to be very careful about parsing documents—whether you take 20 or hundreds. Either you're authorized or you're not."

Even as a fierce competitor to TomorrowNow, Ravin said that he doesn't believe either SAP or Oracle would likely infringe on either's intellectual property. Rather, it needs to be determined if there was a break down in a process somewhere and then fix it.

"How does a customer know what appropriate is? What are the boundaries when accessing things in an online forum? Maybe Oracle will change their security schema to make things available to customers based on what they have access to," said Ravin. "So maybe it's a learning point for Oracle."

**BUSINESS PROCESS MANAGEMENT**

   **Is Oracle Buying IDS Scheer?**

**ENTERPRISE 2.0**

   **SAP's Social Media Survey Takes on Own**

   **Open-Source Data Mapping: The Kid Going On**

**ENTERPRISE APPLICATIONS**

   **Sources: Salesforce to Announce Go Integration**

   **SAP's BI Road Map: Rationalizing a Beyond CFO**

   **CRM Implementations: Still in the D**

**MICROSOFT**

   **Microsoft+Yahoo: Margin Improven**

Case 2:10-cv-00106-LRH-VCF   Document 452-1   Filed 10/26/12   Page 4 of 6
Case 2:09-cv-01391-KJD-GWF   Document 33-3   Filed 09/24/09   Page 4 of 6

**For more IT related content on the blogosphere, check out www.ithub.com**

Posted by Renee Ferguson on March 23, 2007 2:25 PM

Permalink | Comment (0) | del.icio.us | digg.com | Trackback | Post a Comment
View all of



**TrackBack**
http://blogs.eweek.com/cgi-bin/mte/mt-tb.cgi/10646

**Top 40 CRM Vendors Rated**
2009 Top 40 CRM Soware Rankings. Download Free
CRM Research Report.
Business-Software.com/BestCRM

**Free CRM Comparison Guide**
Which CRM makes sense for your business? Request
our free guide.
VendorGuru.com/CRM

**ERP White Papers**
Download Free IT White Papers about ERP & Other
Enterprise Applications
www.FindWhitePapers.com/ERP

  Ads by Google

## Post a Comment

Name: [                    ]

Email Address: [                    ]

**RFID**
- RFID and the University of Washing
  Tracking Pilot
- DoD Expands RFID Investment for
  Connectedness of Things
- The Chips are Coming, the Chips are
  (but you can stop some)

**SOFTWARE AS A SERVICE**
- SAAS: Where's the Money Trail?
- Rumor Mill: Salesforce Looking for
  Deal?
- Cloud Computing and Ning's Monke

ADVERTISEMENT

**SYNDICATION**
Subscribe:

Enterprise Apps - - Oracle vs. SAP: Rimini Street Weighs In

Page 4 of 5

Case 2:10-cv-00106-LRH-VCF   Document 452-1   Filed 10/26/12   Page 5 of 6
Case 2:09-cv-00391-KJD-GWF   Document 33-6   Filed 09/24/09   Page 5 of 6

URL:

☐ Check to remember personal info

Comments:
(you may use
HTML tags
for style)

PREVIEW   POST

**RSS 2.0**

Related Blogs:

**eWeek**

**CIO Insight**

**Google Watch**

**Microsoft Watch**

Enterprise Apps - - Oracle vs. SAP: Rimini Street Weighs In

Page 5 of 5

Case 2:10-cv-00106-LRH-VCF   Document 452-1   Filed 10/26/12   Page 6 of 6
Case 2:09-cv-00397-KJD-GWF   Document 33-6   Filed 09/24/09   Page 6 of 6

**FREE ZIFF DAVIS ENTERPRISE ESEMINARS AT ESEMINARSLIVE.COM**

- **Sep 8, 12 p.m. ET**
  **Leveraging Information to Address the Challenges of Today's Unique Economic Environment** with Joel Shore. *Sponsored by IBM*

- **Sep 9, 1 p.m. ET**
  **Create an Effective SOA Quality Management Strategy with Web 2.0** with Joel Shore. *Sponsored by HP*

- **Sep 9, 2 p.m. ET**
  **The New Age of Video Surveillance** with Salvatore Salamone. *Sponsored by Overland Storage*

- **Sep 10, 12 p.m. ET**
  **Virtualization, Automation and Databases** with Joel Shore. *Sponsored by Parallels*

- **Sep 10, 1 p.m. ET**
  **Disk-Based Data Protection: iSCSI SAN and Intelligent Data** with Aaron Goldberg. *Sponsored by Dell EqualLogic & Symantec*

- **Sep 10, 2 p.m. ET**
  **Top Ten Challenges with On-Premise Email Management** with Michael Krieger. *Sponsored by Dell MessageOne*

- **Sep 11, 2 p.m. ET**
  **Tracking IT Assets with RFID: Time, Money and Accuracy Savings** with Aaron Goldberg. *Sponsored by CDW*

- **Sep 11, 4 p.m. ET**
  **Reliable: What the True Meaning of Data Protection Should Be** with Michael Krieger. *Sponsored by InMage*

**More Upcoming Events!**

**Enterprise Apps**     Contact Us | Advertise | Site Map



**Ziff Davis Enterprise Home** | **Contact Us** | **Advertise** | **Link to Us** | **Reprints** | **Magazine Subscriptions** | **Newsletters**
**RSS Feeds** | **White Papers** | **ROI Calculators** | **Tech Jobs** | **Tech Podcasts** | **Tech Video** |

**Baseline** | **Careers** | **Channel Insider** | **CIO Insight** | **DesktopLinux** | **DeviceForge** | **DevSource** | **eSeminars** |
**eWEEK** | **LinuxDevices** | **Linux Watch** | **Microsoft Watch** | **Mid-market** | **Networking** | **PDF Zone** |
**Publish** | **eWeek Security** | **Strategic Partner** | **Web Buyer's Guide** | **Windows for Devices**
**Developer Shed** | **Dev Shed** | **ASP Free** | **Dev Articles** | **Dev Hardware** | **SEO Chat** | **Tutorialized** | **Scripts** |
**Code Walkers** | **Web Hosters** | **Dev Mechanic** | **Dev Archives** | **IT Marketplace** | **igrep**

Use of this site is governed by our **Terms of Use** and **Privacy Policy**
Copyright ©1996-2007 **Ziff Davis Enterprise, Inc.** All Rights Reserved. Enterprise Apps is a trademark of Ziff Davis Enterprise, Inc. Reproduction in wh
in any form or medium without express written permission of Ziff Davis Enterprise, Inc. is prohibited.

