# EXHIBIT P

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                                              1

 1              UNITED STATES DISTRICT COURT
                      DISTRICT OF NEVADA
 2
       ORACLE USA, INC., a
 3     Colorado corporation;
       ORACLE AMERICA INC., a
 4     Delaware Corporation; and
       ORACLE INTERNATIONAL
 5     CORPORATION, a California
       Corporation,
 6
           Plaintiffs,                   CASE NO.
 7                                       2:10-cv-00106-LRH-PAL
         vs.
 8
       RIMINI STREET, INC., a
 9     Nevada corporation; SETH
       RAVIN, an individual,
10
           Defendants.
11     _____

12
13        HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY
14
15     VIDEOTAPED
       DEPOSITION OF:            Timothy Brian Conley
16
       DATE:                     September 1, 2011
17
       TIME:                     9:03 a.m. to 6:29 p.m.
18
       LOCATION:                 Westin Hotel
19                               7627 West Courtney
                                 Campbell Causeway
20                               Tampa, FL
21     TAKEN BY:                 Plaintiffs
22     REPORTER:                 Lori L. Bundy,
                                 FPR, RPR, CRR, CLR
23
24                        Redacted
25
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Page 6**

1  VIDEOGRAPHER: My name is Scott E. Hay of 09:05:15
2  Veritext. The date today is September 1st, 2011. The 09:05:18
3  time is approximately 9:03. This deposition is being 09:05:23
4  held at the Westin Hotel located at 7627 West Courtney 09:05:27
5  Campbell Causeway. 09:05:36
6  The caption of this case is Oracle USA, 09:05:36
7  Incorporated, et al. versus Rimini Street, 09:05:38
8  Incorporated, et al., in the United States District 09:05:43
9  Court, District of Nevada. The name of the witness is 09:05:45
10 Tim Conley. 09:05:47
11 At this time, the attorneys will identify 09:05:48
12 themselves and the parties they represent, after which 09:05:50
13 our court reporter, Lori Bundy, of Veritext, will 09:05:52
14 swear in the witness and we can proceed. 09:05:55
15 MR. HOWARD: Geoff Howard with Bingham McCutchen 09:05:57
16 for Plaintiff Oracle. 09:06:00
17 MR. RECKERS: Rob Reckers, Shook, Hardy & Bacon 09:06:01
18 for the Defendants, Rimini. 09:06:12
19 THEREUPON, 09:06:12
20 TIMOTHY BRIAN CONLEY, 09:06:12
21 a witness, having been first duly sworn, upon his oath, 09:06:12
22 testified as follows: 09:06:15
23 DIRECT EXAMINATION 09:06:15
24 BY MR. HOWARD: 09:06:15
25 Q. Good morning, Mr. Conley. My name is Geoff 09:06:16

**Page 7**

1  Howard. I represent Oracle. 09:06:18
2  Would you please state and spell your last name? 09:06:20
3  A. Timothy Brian Conley. T-I-M-O-T-H-Y, B-R-I-A-N, 09:06:22
4  C-O-N-L-E-Y. 09:06:28
5  Q. Where are you currently employed? 09:06:29
6  A. Rimini Street, Incorporated. 09:06:31
7  Q. For how long have you been employed there? 09:06:32
8  A. About -- let's see. Almost three years. 09:06:34
9  Two years and 10 months, I believe. 09:06:43
10 Q. When did you start? 09:06:45
11 A. It was the end of October, 2008. 09:06:46
12 Q. Have you ever worked for Oracle? 09:06:52
13 A. No. 09:06:56
14 Q. Have you ever worked for PeopleSoft? 09:06:57
15 A. No. 09:06:59
16 Q. Have you been worked for TomorrowNow? 09:07:01
17 A. No. 09:07:04
18 Q. Prior to joining Rimini, had you worked for any 09:07:04
19 third-party support provider that is now owned by Oracle? 09:07:08
20 A. No, sir. 09:07:12
21 Q. What's your educational background after high 09:07:12
22 school? 09:07:14
23 A. None. High school diploma. 09:07:14
24 Q. Have you had technical classes or training in 09:07:17
25 software? 09:07:20

**Page 8**

1  A. PeopleSoft technical classes, yes. 09:07:21
2  Q. Could you describe those? 09:07:24
3  A. I've had PeopleTools 1 and 2, Application Engine, 09:07:25
4  PeopleCode, SQR. I think that summarizes pretty much 09:07:33
5  those. 09:07:39
6  Q. And from whom did you take those classes? 09:07:40
7  A. They were on-the-job training, jobs I was working 09:07:42
8  on. 09:07:44
9  Q. Who was your employer at the time? 09:07:45
10 A. One was Crowley Maritime Corporation. The other 09:07:47
11 was PriceWaterhouseCoopers. I think that's it. 09:07:51
12 Q. And when you say on-the-job training, were those 09:07:56
13 formal classes organized and provided by the employer? 09:07:58
14 A. For PriceWaterhouseCoopers, yes. Crowley 09:08:01
15 Maritime was at a PeopleSoft location in Atlanta, training 09:08:08
16 class. 09:08:11
17 Q. What's your work background dating back to, let's 09:08:11
18 say, your first job involving any kind of PeopleSoft 09:08:26
19 software or Oracle software? 09:08:30
20 A. My first job was for CSX, the transportation, 09:08:32
21 railroad, as a payroll analyst; just using it as a user. 09:08:36
22 Q. And when was that? 09:08:42
23 A. It was 1998. 09:08:43
24 Q. And what was your next job after that? 09:08:45
25 A. I worked for Crowley Maritime Corporation as a 09:08:47

**Page 9**

1  business analyst and as a user. 09:08:50
2  Q. And that was from 1998 until when? 09:08:56
3  A. That would have been '99 to 2000. 09:08:58
4  Q. What was your next job after that involving 09:09:01
5  PeopleSoft software? 09:09:04
6  A. Right. PriceWaterhouseCoopers from 2000 until 09:09:05
7  2003 -- no, 2004. 09:09:11
8  Q. And what were your responsibilities there? 09:09:13
9  A. Software developer. 09:09:15
10 Q. What kind of software were you developing? 09:09:20
11 A. PeopleSoft. 09:09:22
12 Q. What were the nature of the projects you were 09:09:22
13 working on for PWC? 09:09:25
14 A. Customizations to SQRs, app engines, pages, 09:09:27
15 interfaces between payroll and third-party payroll 09:09:37
16 vendors. 09:09:42
17 Q. Was this acting as a consultant for existing 09:09:42
18 clients of PWC? 09:09:45
19 A. No, it was for their internal firm services. 09:09:47
20 Q. So PWC's own instance of the PeopleSoft software? 09:09:50
21 A. Correct. 09:09:55
22 Q. And what applications were you working on? 09:09:55
23 A. HRMS payroll benefits and HR. 09:09:58
24 Q. All right. After PWC, where did you go? 09:10:04
25 A. I went into consulting, independent. 09:10:08

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 10:

1  Q. Just set up your own shop?  09:10:12
2  A. Yeah.  09:10:13
3  Q. And how did you get work?  09:10:14
4  A. Monster.com mostly. Put my resumé out. People  09:10:16
5  called me.  09:10:21
6  Q. What kind of jobs did you get? What were some  09:10:22
7  examples?  09:10:24
8  A. I worked for Boeing, Florida State University,  09:10:25
9  Siemens, Royal Bank of Scotland, Extensure (phonetic),  09:10:30
10 Unilever.  09:10:34
11 Q. And in each of those instances, were you also  09:10:35
12 doing development work with PeopleSoft software?  09:10:39
13 A. Yes.  09:10:41
14 Q. Let's take Boeing, for example. When you signed  09:10:42
15 up as a contractor with Boeing through your consultancy,  09:10:51
16 what was the nature of the project?  09:10:56
17 A. It was actually in financials and it was  09:10:57
18 consolidation of their general book of ledger, so --  09:11:03
19 Q. Would you be working remotely or would you be  09:11:08
20 working onsite at each of these clients when you were  09:11:11
21 consulting?  09:11:14
22 A. It was a mixture.  09:11:15
23 Q. Did you ever have a local version of PeopleSoft  09:11:16
24 software on your home machine as part of your work as a  09:11:23
25 consultant with any of these companies?  09:11:26

Page 11:

1  A. No, sir.  09:11:28
2  Q. So if you were working remotely, how would you  09:11:29
3  do -- how would you perform your work for Boeing or for  09:11:31
4  one of the other --  09:11:34
5  A. Remote desktop connection.  09:11:35
6  Q. You would dial into their machine?  09:11:37
7  A. Correct.  09:11:39
8  Q. And so you would be doing development work in  09:11:39
9  some of those projects?  09:11:44
10 A. Yes, sir.  09:11:45
11 Q. And so you would do your work by dialing in  09:11:46
12 remotely --  09:11:49
13 A. Yes.  09:11:50
14 Q. -- through a VPM connection?  09:11:50
15 A. Yes.  09:11:52
16 Q. Did you ever download or have objects that you  09:11:53
17 were working on on your local machine as a consultant  09:11:56
18 working for any of these clients?  09:12:00
19 A. Not to my recollection.  09:12:01
20 Q. When did you stop working as an independent  09:12:03
21 consultant?  09:12:14
22 A. When I started working for Rimini Street. 2008.  09:12:15
23 Around October 2008.  09:12:19
24 Q. Have you done any consulting on the side while  09:12:20
25 you've been working for Rimini Street?  09:12:24

Page 12:

1  A. No, sir.  09:12:27
2  Q. Have you ever had your deposition taken before?  09:12:28
3  A. No, I haven't.  09:12:29
4  Q. I'm going to go over a couple of the rules. You  09:12:30
5  may have gone over with them with your attorney, but let  09:12:33
6  me go over just a couple of the ones that I hope we'll  09:12:35
7  follow today.  09:12:37
8  You understand that the oath you took is an oath  09:12:37
9  to tell the truth, the same as if you were in a court of  09:12:41
10 law?  09:12:43
11 A. Yes.  09:12:43
12 Q. You understand that the court reporter is going  09:12:43
13 to take down what we say -- my questions and your  09:12:45
14 answers -- and prepare a written transcript?  09:12:47
15 A. Yes.  09:12:49
16 Q. You understand that you'll have an opportunity to  09:12:50
17 change your testimony when you get that written  09:12:52
18 transcript, but that if you do, me or somebody else at a  09:12:57
19 later proceeding will be able to comment on that?  09:12:59
20 A. Yes.  09:13:02
21 Q. So you understand it's important to give your  09:13:03
22 best testimony to the best of your ability here today?  09:13:05
23 A. Yes.  09:13:07
24 Q. Is there any reason why you can't give your best  09:13:07
25 testimony? Medication or some other reason?  09:13:12

Page 13:

1  A. No, sir.  09:13:14
2  (A discussion was held off the record.)  09:13:29
3  BY MR. HOWARD:  09:13:31
4  Q. If you don't understand a question, will you tell  09:13:34
5  me and I'll do my best to rephrase it?  09:13:36
6  A. Yes, sir.  09:13:38
7  Q. And it's important that we speak one at a time.  09:13:38
8  Already a couple of times you've started to answer a  09:13:42
9  question when I wasn't done. And I'll do my best not to  09:13:45
10 step over you. But that way the court reporter can take  09:13:48
11 down a complete question and a complete answer.  09:13:50
12 Is that fair?  09:13:53
13 A. Yes, sir.  09:13:53
14
15
16 Redacted
17
18
19
20
21
22
23
24
25

Veritext National Deposition & Litigation Services
866 299-5127

Highly Confidential - Attorneys' Eyes Only

Page 255

CERTIFICATE OF OATH

STATE OF FLORIDA)
COUNTY OF COLLIER)

    I, the undersigned authority, certify that TIMOTHY BRIAN CONLEY personally appeared before me and was duly sworn.

    WITNESS my hand and official seal this _____ day of _____, 2011.

*Lori L Bundy*

Lori L. Bundy
Notary Public - State of Florida
My Commission No.: DD 713641
Expires: September 11, 2011

Highly Confidential - Attorneys' Eyes Only

Page 256

1    REPORTER'S DEPOSITION CERTIFICATE

3    STATE OF FLORIDA)
4    COUNTY OF COLLIER)

6        I, Lori L. Bundy, Certified Court Reporter and Notary Public in and for the State of Florida at Large, certify that I was authorized to and did stenographically report the deposition of TIMOTHY BRIAN CONLEY; that a review of the transcript was not requested and that the transcript is a true and complete record of my stenographic notes.

13       I further certify that I am not a relative, employee, attorney, or counsel of any of the parties; nor am I a relative or employee of any of the parties' attorney or counsel connected with the action; nor am I financially interested in the action.

19       DATED this _____ day of _____, 2011.

*Lori L Bundy* (signature)

Lori L. Bundy, FPR, RPR, CRR, CLR