# EXHIBIT Q

Page 1

1  IN THE UNITED STATES DISTRICT COURT FOR THE
2          NORTHERN DISTRICT OF ALABAMA
3
4  ---------------------------
5  ORACLE USA, INC., a        )
6  Colorado Corporation,      )
7  et al.,                    )
8       Plaintiff,            )
9  vs                         ) CIVIL ACTION NO:
10 RIMINI STREET, INC.,       ) 2:10-cv-0106-LRH-PAL
11 A Nevada Corporation,      )
12      Defendant.            )
13 ---------------------------
14
15
16      Videotaped Deposition of ALECIA HOLMES,
17      taken at 3230 Edwards Lake Road,
18      Boardroom, Trussville, Alabama,
19      commencing at 8:57 a.m., Friday,
20      December 16, 2011, before Dena Wright.
21      CCR No. 34.
22
23
                        Redacted
24
25 PAGES 1 - 239

```
 1  group.
 2   Q.  What about configuration of the
 3  environments once they were created?
 4   A.  No. Do you mean the hardware such as
 5  that or what --
 6   Q.  No. I mean, for instance, tweaking
 7  the installed version of financials once it's
 8  installed.
 9   A.  As part of the implementation, you
10  will make certain decisions with the client as
11  to how they want to configure to meet their
12  business needs. That's part of the information
13  process.
14   Q.  Then, once you had those
15  conversations, you would perform the
16  configuration?
17   A.  Right, if that was my duties to do so.
18   Q.  And about, do you recall, how long did
19  it take to configure and get a PeopleSoft
20  system set up?
21   A.  It varied by the size of the client.
22  There were some clients that was a year plus
23  and with very large teams.
24   Q.  Was that common?
25   A.  Yes.
                                            Page 14
```

```
 1   Q.  And how many PeopleSoft consultants
 2  would work on those cases where there were,
 3  say, a yearlong implementation process?
 4   A.  Once again, it could vary.
 5   Q.  Give me a range.
 6   A.  Ten plus. I mean, one project I was
 7  on, I think there were 40 plus, you could say,
 8  consultants that came through there.
 9   Q.  Do you recall which client that was?
10   A.  That was Alfa Insurance.
11   Q.  And you mentioned support after go
12  live. Does that mean that you would assist the
13  clients after the installation and
14  configuration had been completed in using the
15  client's systems?
16   A.  Correct. Traditionally, after an
17  implementation, they go live in production.
18  It's normally the practice that consultants, a
19  number of consultants, will remain on site to
20  help them through their first month or two
21  months of close just to make sure that no
22  unforeseen problems come up. Really almost
23  functioned as a business analyst during that
24  time period.
25   Q.  In the sense that working with the
                                            Page 15
```

```
 1  PeopleSoft software, --
 2   A.  Right.
 3   Q.  -- you were analyzing how to meet
 4  their needs using that software?
 5   A.  Yes.
 6   Q.  Please let me finish my question
 7  before you answer.
 8   A.  I'm sorry.
 9   Q.  That's okay. And was that what you
10  did your entire time at PeopleSoft?
11   A.  Yes, I either implemented or provided
12  postproduction support.
13   Q.  How did you gain your experience with
14  the PeopleSoft software?
15   A.  By training with PeopleSoft.
16   Q.  While you were an employee?
17   A.  Yes.
18   Q.  Had you had a computer science
19  background prior to that?
20   A.  I worked with an ERP maintenance
21  manufacturing company prior to coming to work
22  for PeopleSoft. So I had experience
23  implementing software prior to PeopleSoft.
24   Q.  Which ERP was that?
25   A.  It was called Revere, R-e-v-e-r-e.
                                            Page 16
```

```
 1   Q.  And did you do purchasing and accounts
 2  payable with that software as well?
 3   A.  Yes.
 4   Q.  That's how you were familiar with the
 5  systems?
 6   A.  Yes. In addition, I started out my
 7  career in accounts payable at a college, so I
 8  have a functional background.
 9   Q.  Got it. Thank you. You left
10  PeopleSoft around March 2005?
11   A.  Sounds about right.
12   Q.  Why?
13   A.  I was ready to do something different.
14  I decided I wanted to try -- I had an
15  opportunity to go out on my own and a little
16  tired of getting sent on projects everywhere.
17   Q.  A lot of travel?
18   A.  Have a little bit -- yes.
19   Q.  It was Oracle at that time, actually,
20  right?
21   A.  It was shortly -- I think the sale was
22  completed maybe within two months or so.
23   Q.  And was it a voluntary departure?
24   A.  Yes.
25   Q.  And what did you do next?
                                            Page 17
```

```
 1    A.  I became an independent consultant.
 2    Q.  Is that ADH Consulting?
 3    A.  Yes.
 4    Q.  Based here in Alabama?
 5    A.  Yes.
 6    Q.  In Birmingham?
 7    A.  Yes.
 8    Q.  What did you do as ADH Consulting?
 9    A.  I assisted -- the reason I went
10   independent, I went to work as an independent
11   consultant with Regions Bank out of Memphis.
12   And it was formerly -- I can't remember --
13   Planters Bank. I can't remember the whole name
14   of it. And they had been merged recently with
15   Regions, and they were in need of someone to
16   come in and help them merge the data for
17   Regions.
18    Q.  How do you spell Regions?
19    A.  R-e-g-i-o-n-s.
20    Q.  What PeopleSoft products were you
21   supporting Regions Bank on?
22    A.  Financials and Supply Chain.
23    Q.  Do you remember what version?
24    A.  It was Release 8, I believe.
25    Q.  Service pack or don't remember?
                                         Page 18
```

```
 1    A.  I can't remember.
 2    Q.  And how long did you support Regions
 3   Bank?
 4    A.  I believe I was at Regions for almost
 5   a year.
 6    Q.  Were you on site for Regions?
 7    A.  Yes, majority -- say, 95 percent of
 8   the time, I was on site in Memphis.
 9    Q.  Was that the only customer that you
10   supported at ADH Consulting?
11    A.  No. I left there, like I said,
12   probably February or March of 2006. I
13   completed my time at Regions, and then I did a
14   short consulting assignment with Carrolls
15   Corporation out of Syracuse. I think Carrolls
16   is C-a-r-r-o-l-l-s. And that was through
17   another firm that I contracted through. I
18   can't remember who. I would have to look at my
19   tax records to tell you who that was I was
20   actually paid for.
21    Q.  But you were an independent consultant
22   through an consulting firm, or you were an
23   employee?
24    A.  No. Independent consulting, yes.
25   Actually, I guess I was -- I got a W-2 from
                                         Page 19
```

```
 1   them. So --
 2    Q.  So tax status to be determined?
 3    A.  Yes. I would have to look at my tax
 4   records to see back five years ago what that
 5   was.
 6    Q.  Was it a big company, do you remember,
 7   not Carrolls, the consulting?
 8    A.  Carrolls owns a lot of Burger Kings.
 9   I can't remember. I don't know. It's just a
10   firm that kept calling me, and I finally said,
11   okay, I'll go do this one thing for them.
12    Q.  And after your work on behalf of
13   Carrolls Corporation?
14    A.  I did a short consulting assignment, I
15   want to say two months or less, at ENSCO
16   International, ENSCO is E-N-S-C-O, out of
17   Dallas.
18    Q.  And you went to Dallas?
19    A.  Yes.
20    Q.  What did you do for -- I'm sorry. I
21   didn't ask for Carrolls Corporation. Was that
22   PeopleSoft Financial and Supply Chain
23   Management?
24    A.  It was actually working with the UPK
25   product.
                                         Page 20
```

```
 1    Q.  What's UPK?
 2    A.  User Productivity Kit. It's basically
 3   a web-based training.
 4    Q.  And do you remember what version it
 5   was?
 6    A.  No, I don't. It's not part of the
 7   PeopleSoft suite. It's like hook it.
 8    Q.  Understood. Do you have PeopleSoft
 9   installed to use it, or is it --
10    A.  No, it works with multiple products.
11    Q.  So, moving on to ENSCO, you supported
12   them on Dallas, and on what products did you
13   support them?
14    A.  Primarily, accounts payable.
15    Q.  Which is part of Financials and Supply
16   Chain Management?
17    A.  Yes.
18    Q.  Was that an implementation or a
19   support contract?
20    A.  They were in the process of upgrading.
21   I believe that was upgraded to release 8.9.
22    Q.  How did you support ENSCO
23   International in its upgrade to accounts
24   payable?
25    A.  The main reason they had me come in
                                         Page 21
```

Pages 18 to 21



Pages 118 to 121

Page 1

1        C E R T I F I C A T E

3   STATE OF ALABAMA)
4   JEFFERSON COUNTY)
5            I hereby certify that the
6   above and foregoing deposition was
7   taken down by me on Computerized
8   Stenotype, and the proceedings herein
9   were transcribed by me, and that the
10  foregoing represents a true and
11  correct transcript of the deposition
12  given by said witness upon said
13  hearing.
14           I further certify that I am
15  neither of counsel, nor of kin to the
16  parties in the action, nor am I in
17  anywise interested in the result of
18  said cause.

20  *[Signature: Dena Wright]*

22       DENA D. WRIGHT, CCR
23       LICENSE NUMBER:  34