| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | BINGHAM McCUTCHEN LLP |
| 2 | RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800 | GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*) |
| 3 | Las Vegas, NV  89101<br>Telephone:  (702) 382-7300 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center |
| 4 | Facsimile:  (702) 382-2755<br>rpocker@bsfllp.com | San Francisco, CA  94111-4067<br>Telephone: 415.393.2000 |
| 5 | BOIES, SCHILLER & FLEXNER LLP | Facsimile: 415.393.2286<br>geoff.howard@bingham.com |
| 6 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*) | thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com |
| 7 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | DORIAN DALEY (*pro hac vice*) |
| 8 | Oakland, CA  94612<br>Telephone:  (510) 874-1000 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 9 | Facsimile:  (510) 874-1460<br>sholtzman@bsfllp.com | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 10 | fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | Redwood City, CA  94070<br>Telephone: 650.506.4846 |
| 11 | | Facsimile: 650.506.7114<br>dorian.daley@oracle.com |
| 12 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc. and Oracle International | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 13 | Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>          Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

A/75236655.1

## CERTIFICATE OF SERVICE

I am over eighteen years of age, not a party in this action, and employed in San Francisco County, California at Three Embarcadero Center, San Francisco, California 94111-4067. I am readily familiar with the practice of this office for collection and processing of correspondence for email delivery, and they are sent that same day in the ordinary course of business. Today I served the following documents:

**REPLY IN SUPPORT OF ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]**

**REPLY STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT (L.R. 56-1) [FILED UNDER SEAL]**

**DECLARATION OF KEVIN PAPAY IN SUPPORT OF ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT (L.R. 56-1) [FILED UNDER SEAL] AND UNREDACTED EXHIBITS J-R**

**OBJECTIONS PURSUANT TO FED. R. CIV. P. 56(c)(2) TO EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANTS' OPPOSITION TO ORACLE'S SECOND MOTION FOR PARTIAL SUMMARY JUDGMENT [FILED UNDER SEAL]**

I served the documents on the persons below, as follows:

Robert H. Reckers, Esq.
Shook, Hardy & Bacon L.L.P.
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
rreckers@shb.com
*Attorneys For Defendants*

The documents were served pursuant to FRCP 5(b) by sending them by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: October 26, 2012

*/s/ Manu Pradhan*
Manu Pradhan