BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle International
Corp.

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>          Plaintiffs,<br><br>      v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual<br><br>          Defendants. | Case No. 2: 10-cv-0106-LRH-PAL<br><br>**ORACLE'S WITHDRAWAL OF OBJECTION TO ORDER OF DISCOVERY MAGISTRATE DENYING MOTION TO MODIFY PROTECTIVE ORDER**<br><br>Judge: Larry R. Hicks |

On July 23, 2012, Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively, "Oracle") filed a motion before this Court objecting to Magistrate Judge Peggy A. Leen's July 4, 2012 order denying Oracle's Motion and Application to Modify Protective Order.  [Dkt. No. 369.]

After initiating collateral litigation against CedarCrestone, Inc., Oracle filed a second motion before Magistrate Judge Peggy A. Leen seeking, once again, an order modifying the Protective Order.  [Dkt. No. 385.]  On December 7, 2012, Oracle's motion was granted.  [Dkt. No. 462.]  As a result of this order, Oracle's pending objection has been rendered moot.  Oracle therefore respectfully withdraws its objection.

DATED:  December 10, 2012                BINGHAM McCUTCHEN LLP


By:      /s/    Geoffrey M. Howard
Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc.,
and Oracle International Corp.

ORACLE'S WITHDRAWAL OF OBJECTION TO ORDER OF MAGISTRATE DENYING MOTION TO MODIFY PROTECTIVE ORDER

1

### CERTIFICATE OF SERVICE

2

3          I hereby certify that on December 10, 2012, I served via CM/ECF a true and correct copy

4   of the foregoing document to all parties and counsel as identified on the CM/ECF-generated

Notice of Electronic Filing.

5

6   DATED:  December 10, 2012              BINGHAM McCUTCHEN LLP

7

8

9                                    By:      /s/    Geoffrey M. Howard
                                         Geoffrey M. Howard
10                                        Attorneys for Plaintiffs
                                     Oracle USA, Inc., Oracle America, Inc.,
11                                        and Oracle International Corp.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORACLE'S WITHDRAWAL OF OBJECTION TO ORDER OF MAGISTRATE DENYINT MOTION
TO MODIFY PROTECTIVE ORDER