| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | kristen.palumbo@bingham.com |
| 7 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | DORIAN DALEY (*pro hac vice* DEBORAH<br>K. MILLER (*pro hac vice*) |
| 8 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | 500 Oracle Parkway<br>M/S 5op7 |
| 10 | | Redwood City, CA 94070<br>Telephone: 650.506.4846 |
| 11 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc., and Oracle International<br>Corp. | Facsimile: 650.506.7114<br>dorian.daley@oracle.com |
| 12 | | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 13 | | |
| 14 | UNITED STATES DISTRICT COURT | |
| 15 | DISTRICT OF NEVADA | |
| 16 | | |
| 17 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | CASE NO. 2:10-cv-0106-LRH-PAL |
| 18 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **PLAINTIFFS ORACLE USA, INC.,<br>ORACLE AMERICA, INC., AND** |
| 19 | Plaintiffs, | **ORACLE INTERNATIONAL<br>CORPORATION'S NOTICE OF** |
| 20 | v. | **WITHDRAWAL OF COUNSEL** |
| 21 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| 22 | Defendants. | |
| 23 | | |

ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Notice is hereby given that Fred Norton has withdrawn as counsel for plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation ("Oracle").

Mr. Norton is no longer affiliated with the law firm of Boies, Schiller & Flexner LLP, whose attorneys continue to represent Oracle in this action.

DATED:  January 9, 2013                    BOIES SCHILLER & FLEXNER LLP

By: /s/
Kieran P. Ringgenberg
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc.,
and Oracle International Corp

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of January, 2013, I electronically transmitted the foregoing **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

　　　　　　　　　　　　　　　　　　　　/s/ Catherine T. Duong
　　　　　　　　　　　　　　　　　　　　An employee of Boies, Schiller & Flexner LLP