W. WEST ALLEN (Nevada Bar No. 5566)
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

*Attorneys for Defendants*
*RIMINI STREET, INC., a Nevada corporation;*
*SETH RAVIN, an individual*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br>Plaintiffs, <br><br>v. <br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual <br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL <br><br>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESS** |

TO:   ALL PARTIES; and

TO:   THEIR RESPECTIVE COUNSEL.

Counsel for Defendants RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual gives notice that effective September 1, 2013 Lewis and Roca LLP will change its name to Lewis Roca Rothgerber LLP.

///

///

///

In addition, the email addresses for the attorney who has appeared in this case for Lewis and Roca LLP will change as follows:

Wallen@lrlaw.com to Wallen@lrrlaw.com

All other contact information for the firm and its lawyers will remain the same.

Dated:   August 30, 2013.

          LEWIS AND ROCA LLP

          By:   /s/ W. West Allen
          W. WEST ALLEN (Nevada Bar No. 5566)
          LEWIS AND ROCA LLP
          3993 Howard Hughes Parkway, Suite 600
          Las Vegas, Nevada  89169
          Tel: (702) 949-8200
          Fax: (702) 949-8398

*Attorneys for Defendants*
*RIMINI STREET, INC., a Nevada corporation*
*SETH RAVIN, an individual*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing on the CM/ECF registrants.

             /s/ *Judy Estrada*
An Employee of Lewis and Roca

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89109