**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**ORDER GRANTING RIMINI'S MOTION FOR CLARIFICATION OF AUGUST 13, 2014 ORDER (DKT. 476)** |

Having considered the Motion by Defendant Rimini Street, Inc. for Clarification of the August 13, 2014 Order (Dkt. 476) Regarding Rimini's First Counterclaim (Defamation), and for good cause appearing, it is hereby **ordered granting** Rimini's Motion. The Court clarifies its August 13, 2014 Order (Dkt. 476) by making clear that:

(1) The Court did not hold or find that Rimini committed any act of intentional theft; and

(2) The Court did not hold or find that Rimini engaged in any act of willful infringement.

Any determination of intent will be left for the jury at trial.

IT IS SO ORDERED.

DATED this __ day of _____, 2014.

_____
Larry R. Hicks
United States District Judge

6488145 v1