SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@lrrlaw.com

*Attorneys for Defendants
Rimini Street, Inc., and Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF B.TRENT WEBB IN SUPPORT OF MOTION BY DEFENDANT RIMINI STREET, INC. FOR CLARIFICATION OF AUGUST 13, 2014 ORDER (DKT. 476) REGARDING RIMINI'S FIRST COUNTERCLAIM (DEFAMATION)** |

DECLARATION OF B. TRENT WEBB IN SUPPORT OF RIMINI STREET INC.'S MOTION FOR CLARIFICATION
OF THE AUGUST 13, 2014 ORDER (DKT. 476) REGARDING RIMINI'S FIRST COUNTERCLAIM

6488330 v1

**Declaration of B. Trent Webb**

I, B. Trent Webb, have personal knowledge of the facts stated below and hereby declare as follows:

1. I am attorney at Shook, Hardy & Bacon L.L.P. in its Kansas City, Missouri office and am admitted to practice *pro hac vice* before this Court in the above-captioned matter. Shook, Hardy & Bacon are counsel of record for defendants Rimini Street, Inc. ("Rimini") and Seth Ravin. I make this declaration in support of Rimini's Motion for Clarification of the August 13, 2014 Order (Dkt. 476) Regarding Rimini's First Counterclaim.

2. On August 22, 2014, I viewed a press release issued by Oracle and entitled *Court Finds Rimini Street Engaged in 'Massive Theft' of Oracle's Intellectual Property, and Once Again Rules That Rimini Street Infringed Oracle's Copyrights*. A true and correct copy of this press release is attached as Exhibit 1.

3. On August 22, 2014, I viewed an article entitled *Oracle claims knockout blow in IP lawsuit: Judge says Rimini Street pinched Larry's goodies*. A true and correct copy of this article is attached as Exhibit 2.

4. On August 22, 2014, I viewed an article entitled *Rimini Street did steal Oracle's intellectual property, judge says*. A true and correct copy of this article is attached as Exhibit 3.

5. On August 22, 2014, I viewed an article entitled *Rimini Infringed Oracle's Database Copyrights, Says Court: US District Court dismisses Rimini Street's counterclaims of defamation and unfair trade practices, agrees that it engaged in 'massive theft' of Oracle's intellectual property as trial moves closer*. A true and correct copy of this article is attached as Exhibit 4.

6. On August 22, 2014, I viewed an article entitled *Oracle lands blow in fight against cut-price support firm*. A true and correct copy of this article is attached as Exhibit 5.

7. On August 22, 2014, I viewed an article entitled *Oracle bests Rimini Street in latest lawsuit ruling*. A true and correct copy of this article is attached as Exhibit 6.

8. On August 22, 2014, I viewed an article entitled *Oracle wins key legal ruling in long-running Rimini Street IP legal battle*. A true and correct copy of this article is attached as Exhibit 7.

9. On August 22, 2014, I viewed an article entitled *Stuck between a rock and a hard place: How to renegotiate software contracts*. A true and correct copy of this article is attached as Exhibit 8.

10. On August 22, 2014, I viewed an article entitled *Oracle scores another win against Rimini in copyright fight*. A true and correct copy of this article is attached as Exhibit 9.

11. On August 21, 2014, my client received from Annie Cormier a letter that Ms. Cormier received from Zachary Hill. A true and correct copy of the forwarded letter is attached as Exhibit 10.

12. On August 21, 2014, my client received from Steve Cochrane an email that Mr. Cochrane received from Zachary Hill. A true and correct copy of the forwarded email is attached as Exhibit 11.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2014.

                    */s/ B. Trent Webb*
                    B. Trent Webb, Esq.

- 3 -
DECLARATION OF B. TRENT WEBB IN SUPPORT OF RIMINI STREET INC.'S MOTION FOR CLARIFICATION OF THE AUGUST 13, 2014 ORDER (DKT. 476) REGARDING RIMINI'S FIRST COUNTERCLAIM
6488330 v1