# EXHIBIT 1

Sign In/Register   Help   Country   Communities   I am a...   I want to...   Search

Products   Solutions   Downloads   Store   Support   Training   Partners   About   OTN

### Oracle Press Release

### Court Finds Rimini Street Engaged in "Massive Theft" of Oracle's Intellectual Property, and Once Again Rules That Rimini Street Infringed Oracle's Copyrights

REDWOOD SHORES, Calif. – August 14, 2014

**News Facts**

On August 14, 2014, the U.S. District Court in Las Vegas entered an order granting Oracle's motion for partial summary judgment in its case against Rimini Street, Inc. and its CEO, Seth Ravin.

Oracle moved for summary judgment on Rimini's counterclaims for defamation and unfair competition. In those counterclaims, Rimini challenged Oracle's public statements that Rimini had engaged in massive theft of Oracle's intellectual property. The Court dismissed those counterclaims finding that Oracle's statements "that Rimini had engaged in 'massive theft' of Oracle's intellectual property are true." (Opinion at 29, emphasis added) The Court explained that "It is undisputed that Rimini engaged in theft of Oracle's intellectual property. . . ." (Opinion at 29, emphasis added.)

The Court also found that Rimini Street infringed Oracle's copyrights. In February, the Court found that Rimini Street infringed Oracle's PeopleSoft copyrights and that Oracle had proved prima facie copyright infringement as to its JD Edwards and Siebel copyrights. Today, the Court ruled that Rimini Street also infringed Oracle Database copyrights. The Court found that Rimini Street had downloaded 25 copies of Oracle's Database software and possessed over 200 copies of this software even though Rimini's downloading, possession, and use of this software all was unlicensed.

The Court ordered the parties to submit a pre-trial order within sixty days.

"The Court's ruling today, like the Court's ruling in February, is an important vindication of Oracle's intellectual property rights," said Oracle attorney Geoff Howard. "After today's ruling, Rimini can no longer deny that it engaged in 'massive theft' of Oracle's intellectual property. We look forward to holding Rimini Street and Seth Ravin accountable at trial for the damages caused by their misconduct."

**About Oracle**

Oracle engineers hardware and software to work together in the cloud and in your data center. For more information about Oracle (NYSE: ORCL), visit www.oracle.com.

**Trademarks**

Oracle and Java are registered trademarks of Oracle and/or its affiliates. Other names may be trademarks of their respective owners.

**Contact Info**

Deborah Hellinger
Oracle Corporate Communications
+1.212.508.7935
deborah.hellinger@oracle.com