# EXHIBIT 7



All the latest UK technology news, reviews and analysis

## Oracle wins key ruling in long-running Rimini Street IP legal battle

by Dan Worth          15 Aug 2014          Follow V3





Oracle has scored a key victory in a long-running court battle with third-party software support firm Rimini Street.

The case dates back to 2010 when Oracle accused Rimini Street of using copyrighted Oracle software and support material, echoing the similarly long-running TomorrowNow saga.

Soon after the 2010 filing Remini Street issued its own legal proceedings against Oracle over alleged anti-competitive practices and trade libel.

Oracle won a round of the case in February 2014, and has now done so again at a follow-up hearing at the US District Court in Las Vegas on Thursday.

Oracle said that the court had concluded that "Oracle's statements 'that Rimini had engaged in massive theft of Oracle's intellectual property are true'."

Oracle also noted that the court said: "It is undisputed that Rimini engaged in theft of Oracle's intellectual property."

The Court also found that Rimini Street infringed Oracle Database copyrights by downloading 25 copies of Oracle's Database software and possessed over 200 copies of this software.

Oracle attorney Geoff Howard said the ruling was an "important vindication of Oracle's intellectual property rights".

"After today's ruling, Rimini can no longer deny that it engaged in 'massive theft' of Oracle's intellectual property," he said. "We look forward to holding Rimini Street and [CEO] Seth Ravin accountable at trial for the damages caused by their misconduct."

Rimini Street disagreed with the ruling, though, and said it would appeal. It also moved to reassure customers that they would not be affected by the ruling.

"While we respectfully disagree with the Court's rulings today and reserve the right to appeal, the rulings relate to Oracle software no longer in use at Rimini Street and therefore do not cause interruptions to service for any client or any product line," the company said in a statement.

"Rimini Street looks forward to our long-awaited and anticipated day in front of a jury, and we will continue to vigorously defend the lawsuit and attempt to reach a fair resolution."

Both sides have 60 days to submit responses to the ruling.

www.v3.co.uk/2360561

 Follow @danworthV3



Monkeys, ghosts and gods denied copyright ownership by US patent board



HP signs China deal for Helion community cloud deployments



ICO raids Welsh call centre after spam text bombardment

© Incisive Media Investments Limited 2014 , Published by Incisive Financial Publishing Limited, Haymarket House, 28-29 Haymarket, London SW1Y 4RX, are companies registered in England and Wales with company registration numbers 04252091 & 04252093

AdChoices ▷