# EXHIBIT 9

IT World Canada | Information Technology news on products, services and issues for CIOs, IT managers and network admins

Skip to secondary content

News ▾   Content Library ▾   Research   Future State CIO ▾   Careers ▾   Events   About Us ▾            Share   Follow      Main menu

Hot-Topics:                                                                                                                    REGISTER        LOG IN

- Cloud Computing
- Mobile
- Devices
- IT Security
- Analytics
- Privacy
- Green IT
- Tech News






Image from Shutterstock.com

**TECH NEWS**

# Oracle scores another win against Rimini in copyright fight



**Howard Solomon**
@itworldca
Published: August 15th, 2014

*Court rules case made that Rimini violated Oracle database copyright*

Four years ago Oracle Corp. began legal action against a third party maintenance support firm called Rimini Street, alleging copyright infringement for software copied from customers onto Rimini servers. (We wrote about the dispute it here.)

Over time, the fight has stretched into other areas, most recently with Rimini alleging it had been defamed by Oracle in public statements. But the issues are being narrowed.

Now Oracle says it won a big victory Thursday with a Las Vegas judge agreeing in a partial summary judgment that the company has established at first look (prima facie) that Rimini did infringe on its Oracle Database software copyright. Not only that, the judge dismissed Rimini's defamation claim, meaning Oracle can continue to say Rimini engaged in theft of its intellectual property.

Read the judge's decision here.

Court order in Oracle Inc. v. Rimini Street Inc. – U.S. District of Nevada

Both sides issued press releases, although many issues still have to be decided by a trial.

Oracle's release said Thursday's decision followed a February ruling that Rimini Street infringed on Oracle's PeopleSoft copyright and proved prima facie copyright infringement on its JD Edwards and Siebel copyrights.

"The court's ruling today, like the court's ruling in February, is an important vindication of Oracle's intellectual property rights," Oracle attorney Geoff Howard said in the release. "After today's ruling, Rimini can no longer deny that it engaged in 'massive theft' of Oracle's intellectual property. We look forward to holding Rimini Street and Seth Ravin accountable at trial for the damages caused by their misconduct."

For its part, Rimini's release said it respectfully disagrees with Thursday's ruling and reserves the right to appeal. It also said the decision related to Oracle Database software no longer in use at Rimini, so it won't cause any disruption to customers.

"Both rulings relate primarily to a group of clients who provided copies of their Oracle licensed PeopleSoft, JD Edwards and Siebel software to Rimini Street for installation on Rimini Street servers for use as test/development environments, and to underlying Oracle Database software licenses that were used to operate these client test/development environments," Rimini said in a background document sent to reporters.

"As Rimini Street no longer uses these Rimini Street-hosted environments (they have all been migrated to client servers with client's own copy of Oracle Database), the Court's rulings will not cause any interruptions to service for any client or any product line.

"Rimini Street looks forward to our long-awaited and anticipated day in front of a jury, and we will continue to vigorously defend the lawsuit and attempt to reach a fair resolution," the statement added.

**Related Download**



Sponsor: **IBM Canada Ltd**

**Fast track to the future**
Download Fast Track to the Future, IBM's third annual Tech Trends report, and find out where business stands in the adoption of social, mobile, cloud and analytics technologies; the hurdles to their implementation; how the speed of change is creating skills gaps at some companies; why security is an issue that pervades the business, not just the IT department; how growth markets differ in their adoption of and preparation for new technologies; and much more.

**Register Now**





Tech News

lawsuits, Oracle

About Howard Solomon

Editor of ITWorldCanada.com and Computing Canada, covering all aspects of enterprise computing, telecommunications, network infrastructure and government IT issues. An IT journalist since 1997, I've also written for several of ITWC's sister publications.

Browse Articles

Related

Cloud is fastest-growing segment of Oracle

Police need warrant for basic carrier subscriber

Oracle 12c looks to speed up the enterprise

Integrated infrastructure, platforms market

Oracle enhances identity suite

BlackBerry exec loses resignation case

Oracle pulls in US$2.6 billion Q3 profit

Another MDM player: Oracle

ABOUT US

For almost three decades we have been building solid relationships with Canada's IT professionals by delivering timely, incisive information that helps them succeed in their jobs. Today, more than 75,000 IT executives and professionals – representing 70 per cent of the buying power in Canada – turn to us for the information they trust.

**Learn More**

© 2014 IT World Canada

Phone: 416-290-0240
editorial@itwc.ca

**Events**

Phone:416-290-0240
events@itwc.ca

**Sales**

Phone: 416-290-0240
sales@itwc.ca

**Subscription Inquiries**

Phone: 1-800-565-4007
audienceservices@itwc.ca

An ongoing C-suite video Web series

**CIO Video Debates**

Two CIO's, Two Opinions, One Topic

**Services**

IT World Canada sales and services

**Subscribe**

Subscribe to email notifications

About Us
Contact Us
Privacy Policy
Brands
Events
Social Media

**Subscribe**

**OUR BRANDS**