# EXHIBIT 10

To: "sravin@riministreet.com" <sravin@riministreet.com>, "jfash@riministreet.com" <jfash@riministreet.com>,
"nlyskawa@riministreet.com" <nlyskawa@riministreet.com>, "tshay@riministreet.com" <tshay@riministreet.com>
From: Steve Cochrane <CochraneS@sgstool.com>
Date: 08/21/2014 05:53AM
Subject: FW: Response to letter: Oracle and Rimini Street legal proceedings

*(See attached file: DKT 476.pdf)*

Rimini Team,

Response from Oracle representation below to email sent by me in response to original email.

Regards,


*Steve J Cochrane*

SGS Tool Company

Director of Information Technology

54 S. Main Street, Munroe Falls, OH 44262

(330) 686-4194

1

**From:** Hill, Zachary [mailto:zachary.hill@bingham.com]
**Sent:** Wednesday, August 20, 2014 7:56 PM
**To:** Steve Cochrane
**Cc:** Tom Haag
**Subject:** RE: Response to letter: Oracle and Rimini Street legal proceedings

Steve,

Thank you for your response to my July 28, 2014 letter regarding Oracle's concerns about the support services Rimini Street is providing to SGS Tool Company. In your response, you noted that you "understand from Rimini Street" that Rimini Street does not maintain local copies of Oracle software or copy or share Oracle software between its clients. Further, given that your response follows verbatim the response we have received from another Rimini customer, I assume you consulted Rimini Street and it provided you with a response to my letter, which you chose to send.

Unfortunately, Rimini Street's representations regarding its use of Oracle software are not credible to Oracle, given Rimini Street's history. In its June 16, 2011 answer to Oracle's complaint filed with the Court, Rimini Street claimed that "each client is assigned a separate data 'silo' where Oracle Software and Support Materials for only that client are maintained." (Dkt. 153 at ¶ 4). Yet, in its February 13, 2014 ruling holding that Rimini Street had infringed Oracle's copyrights, the Court held that one customer's "development environments were used to develop and test software updates for the City of Flint and other Rimini customers with similar software licenses." (2014 WL 576097 at *6). And, in a prior ruling in March of 2013, the Court found that Rimini admitted to maintaining a co-mingled software library. The Court also found that Rimini intentionally deleted this software library well after Rimini was on notice of potential litigation and aware that the co-mingled software library was potentially relevant evidence. The Court sanctioned Rimini for destroying this evidence. Further, in the Court's new ruling issued last week (attached), it held that "Rimini intentionally concealed its identity" in software requests from Oracle in order "to allow Rimini to create development environments to service Rimini's customers without Oracle's knowledge." The Court also held that "Rimini engaged in 'massive theft' of Oracle's intellectual property . . . by repeatedly making multiple copies of Oracle's copyrighted Enterprise Software programs to support its software support service clients."

In the context of Rimini Street's past practices, you can understand why Oracle does not take Rimini Street at its word. And, since it is SGS Tool Company's obligation to ensure that it is not infringing Oracle's copyrights, Oracle encourages SGS Tool Company to approach Rimini Street's claims with skepticism. Therefore, Oracle requests that SGS Tool Company perform an independent investigation of Rimini Street's support services and provide Oracle with documentation that shows in detail exactly how Rimini is providing support services to SGS Tool Company, including how it is creating, testing, and applying any software updates or patches and how it is developing the know-how to create those materials. Please provide this documentation by September 5, 2014.

Meanwhile, Oracle reserves all its rights, including, without limitation, the right to commence an audit to ensure compliance with the terms of its license.

2

Regards,

Zack

**Zack Hill** | Associate
**Bingham McCutchen LLP**
Three Embarcadero Center
San Francisco CA 94111
**T** 415.393.2033 | **F** 415.262.9260
zachary.hill@bingham.com

---

**From:** Steve Cochrane [mailto:CochraneS@sgstool.com]
**Sent:** Tuesday, August 12, 2014 6:48 AM
**To:** Hill, Zachary
**Cc:** Tom Haag
**Subject:** Response to letter: Oracle and Rimini Street legal proceedings

Zachary S. Hill,

We have received your letter dated July 28, 2014.

In your letter, you claim you are writing to "provide an update of the legal proceedings between Oracle and Rimini Street." You then "request" several actions be taken by SGS Tool Company. We write in response to your requests.

It is our intent that we and our third-party support service vendors comply at all times with all applicable agreements and terms and conditions. Having reviewed the decision in the case referenced by your letter, we note that this opinion is principally concerned with whether it is permissible for Rimini Street, on behalf of its clients, to store PeopleSoft, J.D. Edwards or Siebel software on its own servers.

We understand from Rimini Street that (a) Rimini Street, in providing support for SGS Tool Company, does not use any Oracle software or support materials stored on any Rimini Street servers or at any Rimini Street facility and (b) Rimini Street does not copy or share Oracle software between clients in the development of software code updates delivered to SGS Tool Company.

More generally, we are not aware of any breach of any Oracle license or services term(s) at this time. If Oracle is aware or becomes aware of any such breach, you should provide legal notice to SGS Tool Company per the terms of our Oracle agreements.

Regards,

*Steve J Cochrane*

SGS Tool Company

Director of Information Technology

54 S. Main Street, Munroe Falls, OH 44262

(330) 686-4194

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.

*This message and any attached documents may contain information that is confidential and may constitute inside information. If you are not an intended recipient, you are directed not to read, disclose, distribute or otherwise use this transmission. Delivery of this message is not intended to waive confidentiality. If you have received this email in error, please notify the sender immediately and delete this message from your system. Reply to unsubscribe@riministreet.com to remove your address from our email system. Rimini Street, Inc., Worldwide Headquarters: 3993 Howard Hughes Parkway, Las Vegas NV 89169. +1.702.839.9671 www.riministreet.com*