1   BOIES, SCHILLER & FLEXNER LLP
    RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
    Las Vegas, NV 89101
3   Telephone: (702) 382-7300
    Facsimile: (702) 382-2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
    STEVEN C. HOLTZMAN (*pro hac vice*)
6   KIERAN P. RINGGENBERG (*pro hac vice*)
    1999 Harrison Street, Suite 900
7   Oakland, CA 94612
    Telephone: (510) 874-1000
8   Facsimile: (510) 874-1460
    sholtzman@bsfllp.com
9   fnorton@bsfllp.com
    kringgenberg@bsfllp.com

BINGHAM McCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.

15                  UNITED STATES DISTRICT COURT

16                      DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>          Plaintiffs,<br>      v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>          Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF OPPOSITION TO MOTION FOR CLARIFICATION** |

17
18
19
20
21
22
23
24
25
26
27
28

**PLAINTIFFS' MOTION TO SEAL**

1

2    Pursuant to the Stipulated Protective Order governing confidentiality of documents

3    entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), Local Rule 10-5(b) and

4    Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle

5    America, Inc. and Oracle International Corporation (together "Oracle" or "Plaintiffs")

6    respectfully request that the Court grant leave to file under seal portions of Oracle's Opposition

7    to Rimini Street's Motion for Clarification ("Oracle's Opposition").  A public, redacted version

8    of Oracle's Opposition was filed on September 5, 2014, *see* Dkt. 479, and an unredacted version

9    of Oracle's Opposition was filed under seal with the Court on September 5, 2014.  *See* Dkt. 481.

10   Sealing portions of Oracle's Opposition is requested because the document contain

11   information that Defendant Rimini Street ("Rimini") has designated as "Confidential

12   Information" and as "Highly Confidential Information – Attorneys' Eyes Only" under the terms

13   of the Protective Order.  The Protective Order provides that:  "Counsel for any Designating Party

14   may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential

15   Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such**

16   **counsel in good faith believes that such Discovery Material contains such information and**

17   **is subject to protection under Federal Rule of Civil Procedure 26(c).**  The designation by any

18   Designating Party of any Discovery Material as 'Confidential Information' or 'Highly

19   Confidential Information –Attorneys' Eyes Only' shall constitute a representation that an

20   attorney for the Designating Party reasonably believes there is a valid basis for such

21   designation."  Protective Order ¶ 2 (emphasis supplied).

22   Thus, in identifying portions of Oracle's Opposition as containing Confidential and

23   Highly Confidential material, Rimini, as the designating party, contends that that good cause

24   exists for sealing those portions.

25   Oracle has submitted all other portions of its Opposition for filing in the Court's public

26   files, which would allow public access to the filing except for the portions Rimini has designated

27   as Confidential and Highly Confidential.  Accordingly, the request to seal is narrowly tailored.

28

1

1    For the foregoing reasons, Oracle respectfully requests that the Court grant leave to file

2    under seal portions of Oracle's opposition.

3

4    DATED: September 5, 2014                    BINGHAM McCUTCHEN LLP

5

6
                                                 By: /s/ Geoffrey M. Howard
7                                                    Geoffrey M. Howard
                                                     Attorneys for Plaintiffs
8                                                    Oracle USA, Inc., Oracle America, Inc.,
                                                     and Oracle International Corp.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' MOTION TO SEAL