| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | BINGHAM McCUTCHEN LLP |
| RICHARD J. POCKER (NV Bar No. 3568) | GEOFFREY M. HOWARD (*pro hac vice*) |
| 300 South Fourth Street, Suite 800 | THOMAS S. HIXSON (*pro hac vice*) |
| Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*) |
| Telephone: (702) 382-7300 | Three Embarcadero Center |
| Facsimile: (702) 382-2755 | San Francisco, CA  94111-4067 |
| rpocker@bsfllp.com | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| BOIES, SCHILLER & FLEXNER LLP | geoff.howard@bingham.com |
| STEVEN C. HOLTZMAN (*pro hac vice*) | thomas.hixson@bingham.com |
| KIERAN P. RINGGENBERG (*pro hac vice*) | kristen.palumbo@bingham.com |
| 1999 Harrison Street, Suite 900 | |
| Oakland, CA 94612 | DORIAN DALEY (*pro hac vice*) |
| Telephone: (510) 874-1000 | DEBORAH K. MILLER (*pro hac vice*) |
| Facsimile: (510) 874-1460 | JAMES C. MAROULIS (*pro hac vice*) |
| sholtzman@bsfllp.com | ORACLE CORPORATION |
| kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7 |
| | Redwood City, CA 94070 |
| Attorneys for Plaintiffs Oracle USA, Inc., | Telephone:  650.506.4846 |
| Oracle America, Inc. and Oracle International | Facsimile:  650.506.7114 |
| Corp. | dorian.daley@oracle.com |
| | deborah.miller@oracle.com |
| | jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF NITIN JINDAL IN SUPPORT OF ORACLE'S AND RIMINI STREET'S JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE** |

I, Nitin Jindal, declare as follows:

1. I am an attorney at Bingham McCutchen, counsel of record in this action for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle"). I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of a document Rimini produced to Oracle as part of an informal discovery process in this action, endorsed with the Bates-number RSI06806788.

3. Attached as Exhibit B is a true and correct copy of Oracle Deposition Exhibit 274, which was introduced during the June 24, 2011 deposition of Dennis Chiu.

4. Attached as Exhibit C is a true and correct copy of excerpts from the March 30, 2012 expert report of Scott Hampton, Rimini's damages expert in this case.

5. Attached as Exhibit D is a true and correct copy of excerpts from the May 25, 2012 deposition of Scott Hampton.

6. Attached as Exhibit E is a true and correct copy of Oracle Deposition Exhibit 517, which was introduced during the October 5, 2011 deposition of Krista Williams.

7. Attached as Exhibit F is a true and correct copy of Oracle Deposition Exhibit 544, which was introduced during the October 18, 2011 deposition of Jeff Allen.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed at San Francisco, California on September 17, 2014.

By: _____
Nitin Jindal

DECLARATION OF NITIN JINDAL IN SUPPORT OF
JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE