SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Ryan D. Dykal Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
rdykal@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., A Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF RYAN D. DYKAL IN SUPPORT OF ORACLE'S AND RIMINI STREET'S JOINT REQUEST CASE MANAGEMENT CONFERENCE** |

I, Ryan D. Dykal declare as follows:

1. I am an attorney at law duly licensed to practice in the State of Missouri, the Western District of Missouri, and the Federal Circuit. I am also an associate with the law firm of Shook, Hardy & Bacon L.L.P. and represent the Defendants in the above captioned case (and admitted *Pro Hac Vice*).

6531526

2. Unless otherwise stated, I have personal knowledge of the facts set forth in this declaration.

3. Attached as **Exhibit A** is a true and correct copy of excerpts from Oracle's Supplemental Discovery Responses (Interrogatory No. 35) served on February 10, 2012.

4. Attached as **Exhibit B** is a true and correct copy of excerpts from deposition testimony of Jim Benge held on June 21, 2012.

5. Attached as **Exhibit C** is a true and correct copy of Page 29 of Elizabeth Dean's Expert Report dated January 17, 2012. (Filed Under Seal.)

6. Attached as **Exhibit D** is a true and correct copy of Pages 149-150 of Elizabeth Dean's Expert Report dated January 17, 2012. (Filed Under Seal.)

7. Attached as **Exhibit E** is a true and correct copy of Page 43 of Scott Hampton's Expert Report dated March 30, 2012. (Filed Under Seal.)

8. Attached as **Exhibit F** is a true and correct copy of Page 44 of Scott Hampton's Expert Report dated March 30, 2012. (Filed Under Seal.)

9. Attached as **Exhibit G** is a true and correct copy Page 88 of Scott Hampton's Expert Report dated March 30, 2012. (Filed Under Seal.)

10. Attached as **Exhibit H** is a true and correct copy of Page 89 of Scott Hampton's Expert Report dated March 30, 2012. (Filed Under Seal.)

11. Attached as **Exhibit I** is a true and correct copy of a March 14, 2014 letter from Mr. Howard to Mr. Reckers.

12. Attached as **Exhibit J** is a true and correct copy of the declaration of Brian E. Fees on behalf of CedarCrestone, Inc., dated August 13, 2013, produced with Bates Numbers ORCLRS1354648-1354659. (Filed Under Seal.)

13. Attached as **Exhibit K** is a true and correct copy of July 24, 2014 letter from Mr. Hixson to Mr. Reckers.

14. Attached as **Exhibit L** is a true and correct copy of excerpts from Rimini's Second Set of Requests for Production of Documents (Request No. 21) served on May 13, 2010.

1
2  I declare under penalty of perjury under the laws of the United States that the foregoing is true and
3  correct.
4
5  Executed this 18th day of September, 2014 in Kansas City, Missouri.
6
7  /s/ Ryan D. Dykal_____
   Ryan D. Dykal
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

6531526