# EXHIBIT B

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

---

ORACLE USA, INC., a Colorado  )
Corporation; ORACLE AMERICA,  )
INC., a Delaware corporation, )
and ORACLE INTERNATIONAL      )
CORPORATION, a California     )
corporation,                  )
            Plaintiffs,       )
      vs.                     ) No. 2:10-cv-000106
                              ) LRH-PAL
RIMINI STREET, INC., a        )
Nevada corporation; SETH      )
RAVIN, an individual,         )
                              )
            Defendants.       )

---

VIDEOTAPED DEPOSITION OF JIM BENGE

Thursday, June 21, 2012

Volume I

Reported by:
ASHLEY SOEVYN,
CSR No. 12019

Job No. 148642

PAGES 1 - 140

Page 10

1  Q. And do you have any experience with Siebel
2  or JD Edwards?
3  A. No, I do not.
4  Q. Mr. Benge, do you understand that you're
5  here to testify today about your opinion about how
6  Rimini Street could have operated in a
7  non-infringing manner?                    09:34:58
8  A. Yes.
9  Q. And what was your opinion?
10 A. We had several conversations with Mr.
11 Hampton, Mr. Hilliard, and I spoke with them about a
12 proposal where we would have all work done in remote
13 client environments where we would have -- so no   09:35:28
14 in-house environments on Rimini Street services.
15 Everything would be on client systems.
16 Q. Is there anything else that Rimini Street
17 would do differently under this proposal aside from
18 having no in-house environments?          09:35:53
19     MR. DYKAL: Object to the form.
20 BY MS. LOEB:
21 Q. You can answer.
22 A. Yeah, I think that there are numerous
23 things that would have to change. There would
24 definitely be process and procedure changes involved
25 in a completely remote model. We would have changes

Page 11

1  in our inner processes for sure.
2  Q. And when you say that it would be a
3  completely remote model, does that mean that Rimini
4  Street would have any copies of Oracle software on   09:36:28
5  its computers?
6  A. That's right. We would not have any copies
7  of Oracle software on our systems.
8  Q. So what would Rimini Street still have on
9  its computers?
10 A. Aside from all of the information about
11 collecting tax and regulatory changes, so there's
12 things of that nature. Like the scoping work that's
13 done, our change memos. We would still have our
14 development tracking system and so forth. We would
15 do the documentation in-house, I'm assuming.    09:37:00
16 There's multiple ways it could be done.
17     But there still would definitely be some
18 work done on RSI systems, but all of the Oracle
19 software would be in the remote client
20 environment.
21 Q. And when you say you would have
22 documentation on Rimini Street's systems, what does
23 that mean?
24 A. Well, the documentation that accompanies
25 the tax and regulatory update. So, for example,

Page 12

1  when a client receives the update, the payroll   09:37:27
2  manager might be interested in what is changing.
3  You know, maybe the Social Security rate is changing
4  from 4.2 percent to 6.2 percent, things of that
5  nature.
6  Q. Uh-huh.
7  A. Textural descriptions of the changes that
8  we would be providing.
9  Q. And would that include instructions to
10 Rimini Street developers as to how to implement a
11 particular change?
12 A. Not the documentation. I was speaking to
13 the clarification of the documentation.       09:37:57
14 Q. So the documentation would just describe
15 the functional change?
16 A. And the instructions for applying the
17 update.
18 Q. Okay. You said that, "We had several
19 conversations with Mr. Hampton and Mr. Hilliard."
20 Who is "we"?
21 A. Rob Reckers was present.
22 Q. Okay. Was anyone else present?
23 A. Not that I recall. And we had an initial   09:38:28
24 meeting with Mr. Hilliard well over a year ago. I
25 think it was back in September of 2011. Initially,

Page 13

1  it was going to be in July. It ended up being
2  postponed a little bit because he had a family
3  emergency.
4  Q. And let me go back to the question of what
5  Rimini Street would have on its computers. Would
6  Rimini Street have any fixes on its computers?    09:38:58
7  A. No.
8  Q. What about PeopleTools?
9  A. No.
10 Q. And so you first met with Mr. Hilliard in
11 September 2011. Do you recall how long that meeting
12 lasted?
13 A. I believe he was there for most of that
14 day. He met with various individuals. I think I
15 spoke with him for probably an hour.
16 Q. And can you describe your conversation?   09:39:31
17     MR. DYKAL: I'm going to object to the
18 extent it's beyond the scope. But to the extent you
19 feel it is within the scope of the deposition --
20     THE WITNESS: Most --- most of what we were
21 speaking about that day is about our current
22 processes.
23 BY MS. LOEB:
24 Q. And you mentioned that your opinion
25 concerned a proposal about how Rimini could do all