# EXHIBIT L

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hace vice*)
Eric Buresh, Esq. (*pro hace vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

Robert H. Reckers, Esq. (*pro hace vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (NV Bar No. 1086)
Brandon Roos, Esq. (NV Bar No. 7888)
Leslie Godfrey, Esq. (NV Bar No. 10229)
3773 Howard Hughes Parkway400 N
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

WILSON SONSINI GOODRICH & ROSATI
Jonathan M. Jacobson, Esq.
1301 Avenue of the Americas, 40th Floor
New York, New York, 110019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
jjacobson@wsgr.com
*(pro hac vice applications to be submitted)*

Michael B. Levin, Esq.
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493- 9300
Facsimile: (650) 493 - 6811
mlevin@wsgr.com
*(pro hac vice application to be submitted)*

*Attorneys for Defendants*
*RIMINI STREET, INC. and SETH RAVIN*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**DEFENDANT RIMINI STREET INC.'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS**

PROPOUNDING PARTY: Defendant Rimini Street, Inc.

RESPONDING PARTY: Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

SET NO.: Two

**DEFENDANT RIMINI STREET INC.'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS**

Pursuant to Federal Rule of Civil Procedure 34, Defendant Rimini Street Inc. ("Rimini Street") requests that Plaintiffs Oracle USA, Inc. ("Oracle USA"), Oracle America, Inc. ("Oracle America"), and Oracle International Corporation ("OIC") (together "Oracle" or "Plaintiffs") produce for inspection and copying all of the following documents and other tangible things that are in its possession, custody, or control. Production shall take place within 30 days of service of this request, at the offices of Shook, Hardy & Bacon, LLP, 2555 Grand Boulevard, Kansas City, Missouri 64108 or at such other location and time as the parties may agree. Oracle is subject to a duty to supplement all responses to these requests for production in accordance with Federal Rule of Civil Procedure 26(e). The following definitions and instructions apply.

**DEFINITIONS**

The following definitions shall apply throughout these requests, regardless of whether upper or lower case letters are used:

A. The term "First Amended Complaint" refers to the "First Amended Complaint for Damages and Injunctive Relief" filed by Oracle on the April 19, 2010 in this action.

B. The term "document" is used herein in its broadest sense under Fed. R. Civ. P. 34 and applicable case law, including without limitation, hard copies, electronic documents, electronic or computerized data compilations, software, software images, or downloads.

**REQUEST NO. 21:** All documents relating to the purchase or transfer of any rights to the copyrighted work at issue in this litigation, including without limitation any transfer agreements, contracts, payments, receipts, or licensing agreements.

**REQUEST NO. 22:** A copy of each of the copyrighted work allegedly infringed by Defendants.

**REQUEST NO. 23:** All documents relating to any legal or administrative proceedings concerning any of the copyrighted works at issue in this litigation, including without limitation, documents, pleadings, deposition transcripts, hearing transcripts, orders, settlement documents, written discovery, expert reports, declarations, any supporting papers and documents offered or admitted in such proceedings.

**REQUEST NO. 24:** All documents relating to any interest that any person has in any of the copyrighted works or the present litigation and any communications between Oracle and any person having such an interest.

**REQUEST NO. 25:** All logs or electronic records reflecting downloads by the Defendants of Software and Support Materials from any Oracle Website.

**REQUEST NO. 26:** All documents relating to Oracle's contention that "[s]ometimes Rimini Street will download hundreds or even thousands of Software and Support Materials at a time, relating to entire families of software (e.g., PeopleSoft, JDE, or Siebel) that the customer does

**REQUEST NO. 87:** All documents supporting any of Oracle's claims or defenses in this action.

**REQUEST NO. 88:** All documents relating to your retention, destruction, and preservation policies and practices, including electronic document retention, destruction, and preservation policies and practices for all categories of documents responsive to any of these requests.

DATED: May 13, 2010

SHOOK, HARDY & BACON

By: *\/s/ Robert H. Reckers*
Robert H. Reckers, Esq.
Attorney for Defendants
Rimni Street, Inc. and Seth Ravin

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing First Set of Requests for Production to Plaintiff was served on the 13th day of May 2010, via email, as indicated below.

BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
FRED NORTON (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD (*pro hac vice*)
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice application to be submitted*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION (*pro hac vice*)
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

By: */s/ Robert H. Reckers*
Robert H. Reckers, Esq.
Attorney for Defendants
Rimini Street, Inc. and Seth Ravin