| | |
|---|---|
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG |
| B. Trent Webb, Esq. (*pro hac vice*) | Mark G. Tratos, Esq. (Nevada Bar No. 1086) |
| Peter Strand Esq. (*pro hac vice*) | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| Ryan D. Dykal (*pro hac vice*) | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| 2555 Grand Boulevard | 3773 Howard Hughes Parkway |
| Kansas City, Missouri 64108-2613 | Suite 400 North |
| Telephone: (816) 474-6550 | Las Vegas, NV 89169 |
| Facsimile: (816) 421-5547 | Telephone: (702) 792-3773 |
| bwebb@shb.com | Facsimile: (702) 792-9002 |
| pstrand@shb.com | tratosm@gtlaw.com |
| rdykal@shb.com | roosb@gtlaw.com |
| | godfreyl@gtlaw.com |
| Robert H. Reckers, Esq. (*pro hac vice*) | |
| 600 Travis Street, Suite 1600 | LEWIS AND ROCA LLP |
| Houston, Texas 77002 | W. West Allen (Nevada Bar No. 5566) |
| Telephone: (713) 227-8008 | 3993 Howard Hughes Parkway, Suite 600 |
| Facsimile: (731) 227-9508 | Las Vegas, Nevada 89169 |
| rreckers@shb.com | Tel: (702) 949-8200 |
| | Fax: (702) 949-8398 |
| | WAllen@LRLaw.com |

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANT RIMINI STREET INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHBITS C-H AND J TO THE DECLARATION OF RYAN D. DYKAL (DKT 499)** |

### RIMINI STREET'S MOTION TO SEAL

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010 (*See* Dkt. 55, "Protective Order"), Local Rule 10-5(b) and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Defendant Rimini Street, Inc. ("Rimini") respectfully requests that the Court grant leave to file under seal Exhibits C-H and J to

1  the Declaration of Ryan D. Dykal. A public, redacted version of Mr. Dykal's Declaration with all
2  Exhibits was filed on September 18, 2014. (*See* Dkt. 499). Additionally, also on September 18, 2014,
3  the unredacted version of Declaration Exhibits C-H and J were filed under seal. (*See* Dkt. 500).

4  The Protective Order provides that: "Counsel for any Designating Party may
5  designate any Discovery Material as "Confidential Information" and as "Highly Confidential
6  Information- Attorneys' Eyes Only" under the terms of the Protective Order only if such counsel in
7  good faith believes that such Discovery Material contains such information and is subject to
8  protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of
9  any Discovery Material as "Confidential Information" or "Highly Confidential Information-
10 Attorneys' Eyes Only" shall constitute a representation that an attorney for the Designating Party
11 reasonably believes there is a valid basis for such designation". Protective Order at Paragraph 2.

12 A description of all Exhibits referenced in this Motion is included below:

13/14/15  1. Exhibits C and D:  These exhibits consist of excerpts from the Expert Report of Elizabeth Dean, which has been designated "Highly Confidential Information- Attorneys' Eyes Only" by Oracle.

16/17/18  2. Exhibits E-H:  These exhibits consist of excerpts from the Expert Report of Scott Hampton, which has been designated "Highly Confidential Information- Attorneys' Eyes Only" by Rimini.

19/20  3. Exhibit J: This exhibit is a CedarCrestone Declaration that was produced in the present case and designated "Confidential Information" by Oracle.

21 Thus, in identifying the Declaration Exhibits which contain Confidential or Highly
22 Confidential material, Rimini, contends that good cause exists for sealing those particular Exhibits.

23 For the foregoing reasons, Rimini respectfully requests that the Court grant leave to
24 file Exhibits C-H and J under seal.

- 2 -

6532099 v2

| | | |
|---|---|---|
| 1 | DATED: September 18, 2014 | SHOOK, HARDY & BACON |
| 2 | | |
| 3 | | By: /s/ Robert H. Reckers |
|   | | Robert H. Reckers |
| 4 | | rreckers@shb.com |
|   | | B. Trent Webb |
| 5 | | bwebb@shb.com |
|   | | Peter Strand |
| 6 | | pstrand@shb.com |
|   | | Ryan Dykal |
| 7 | | rdykal@shb.com |
| 8 | | SHOOK, HARDY & BACON L.L.P. |
|   | | 2555 Grand Blvd. |
| 9 | | Kansas City, MO 64108-2613 |
|   | | 816-474-6550 Telephone |
| 10 | | 816-421-5547 Facsimile |
| 11 | | |
|   | | *Attorneys for Defendants* |
| 12 | | *Rimni Street, Inc. and Seth Ravin* |

- 3 -

6532099 v2

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>ORACLE CORPORATION<br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>jim.maroulis@oracle.com |

By: __/s/ Robert H. Reckers_____
    Robert H. Reckers, Esq.

*Attorney for Defendants*
*Rimini Street, Inc., and Seth Ravin*

- 4 -

6532099 v2