SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand Esq. (*pro hac vice*)
Ryan D. Dykal (*pro hac vice pending*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
(*pro hac vice applications to be submitted*)

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com
(*pro hac vice application to be submitted*)

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

*Attorneys for Defendants
Rimini Street, Inc., and Seth Ravin*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RIMINI STREET INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS C-H AND J TO THE DECLARATION OF RYAN D. DYKAL (DKT 499)** |

### [PROPOSED] ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s Motion for Leave to File Under Seal Exhibits to the Declaration of Ryan D. Dykal. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents containing

6532131 v1

1  Confidential material. Having considered Rimini's Motion for Leave to File Exhibits Under Seal and
2  for good cause existing:
3         IT IS HEREBY ORDERED THAT: Rimini's Motion to File Under Seal the
4  Exhibits C-H and J to the Declaration of Ryan D. Dykal is GRANTED. The Clerk of the Court shall
5  file these exhibits under seal.
6         IT IS SO ORDERED.
7  DATED:                                    By: _____
                                             Hon. Larry R. Hicks
8                                            United States District Judge

- 2 -

6532131 v1