| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM McCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV  89101 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Telephone:  (702) 382-7300<br>Facsimile:  (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | kristen.palumbo@bingham.com |
| 7 | Oakland, CA  94612<br>Telephone:  (510) 874-1000 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Facsimile:  (510) 874-1460<br>sholtzman@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | kringgenberg@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA  94070 |
| 10 | | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 11 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc. and Oracle International | jim.maroulis@oracle.com |
| 13 | Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 17 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No. 2:10-cv-00106-LRH-PAL |
| 18 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **CERTIFICATE OF SERVICE** |
| 19 | Plaintiffs, | |
| 20 | v. | |
| 21 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| 22 | Defendants. | |

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is Three Embarcadero Center, San Francisco, CA 94111. On September 25, 2014, I served the following documents:

**AMENDED EXHIBIT A TO THE DECLARATION OF NITIN JINDAL IN SUPPORT OF THE PARTIES' JOINT REQUEST FOR CASE MANAGEMENT CONFERENCE**

I served the documents on the persons below, as follows:

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br>LEWIS ROCA ROTHGERBER LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@lrrlaw.com | GREENBERG TRAURIG<br>Mark G. Tratos (Nevada Bar No. 1086)<br>Brandon Roos (Nevada Bar No. 7888)<br>Leslie Godfrey (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com |

1    The documents were served pursuant to FRCP 5(b) by sending them by electronic mail.
2    Based on a court order or an agreement of the parties to accept service by e-mail or electronic
3    transmission, I caused the documents to be sent to the persons at the e-mail addresses listed
4    above. I did not receive, within a reasonable time after the transmission, any electronic message
5    or other indication that the transmission was unsuccessful.

7    I declare under penalty of perjury under the laws of the United States of America that the
8    foregoing information contained in the Certificate of Service is true and correct.

10   Date: September 25, 2014

                                          _____
                                                  Nitin Jindal

CERTIFICATE OF SERVICE