| | |
|---|---|
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG |
| B. Trent Webb, Esq. (*pro hac vice*) | Mark G. Tratos, Esq. (Nevada Bar No. 1086) |
| Peter Strand Esq. (*pro hac vice*) | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| Ryan D. Dykal (*pro hac vice pending*) | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| 2555 Grand Boulevard | 3773 Howard Hughes Parkway |
| Kansas City, Missouri 64108-2613 | Suite 400 North |
| Telephone: (816) 474-6550 | Las Vegas, NV 89169 |
| Facsimile: (816) 421-5547 | Telephone:  (702) 792-3773 |
| bwebb@shb.com | Facsimile:  (702) 792-9002 |
| (*pro hac vice applications to be submitted*) | tratosm@gtlaw.com |
| | roosb@gtlaw.com |
| Robert H. Reckers, Esq. (*pro hac vice*) | godfreyl@gtlaw.com |
| 600 Travis Street, Suite 1600 | |
| Houston, Texas   77002 | LEWIS AND ROCA LLP |
| Telephone: (713) 227-8008 | W. West Allen (Nevada Bar No. 5566) |
| Facsimile: (731) 227-9508 | 3993 Howard Hughes Parkway, Suite 600 |
| rreckers@shb.com | Las Vegas, Nevada 89169 |
| (*pro hac vice application to be submitted*) | Tel: (702) 949-8200 |
| | Fax: (702) 949-8398 |
| | WAllen@LRLaw.com |
| | |
| | *Attorneys for Defendants* |
| | *Rimini Street, Inc., and Seth Ravin* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT RIMINI STREET INC.'S AMENDED MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS A, C-H AND J TO THE DECLARATION OF RYAN D. DYKAL (DKT 499)** |

### [PROPOSED] ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s Amended Motion for Leave to File Under Seal Exhibits to the Declaration of Ryan D. Dykal. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents

6597635 v1

- 2 -

1  containing Confidential material. Having considered Rimini's Amended Motion for Leave to File
2  Exhibits Under Seal and for good cause existing:
3      IT IS HEREBY ORDERED THAT: Rimini's Amended Motion to File Under
4  Seal the Exhibits A, C-H and J to the Declaration of Ryan D. Dykal is GRANTED. The Clerk of the
5  Court shall file these exhibits under seal.
6      IT IS SO ORDERED.
7  DATED:

By: _____
Hon. Larry R. Hicks
United States District Judge

- 2 -

6597635 v1