| | |
|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP |
| | RICHARD J. POCKER (NV Bar No. 3568) |
| 2 | 300 South Fourth Street, Suite 800 |
| | Las Vegas, NV 89101 |
| 3 | Telephone: (702) 382-7300 |
| | Facsimile: (702) 382-2755 |
| 4 | rpocker@bsfllp.com |

1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (*pro hac vice*)
6  KIERAN P. RINGGENBERG (*pro hac vice*)
   1999 Harrison Street, Suite 900
7  Oakland, CA 94612
   Telephone: (510) 874-1000
8  Facsimile: (510) 874-1460
   sholtzman@bsfllp.com
9  fnorton@bsfllp.com
   kringgenberg@bsfllp.com
10

   BINGHAM MCCUTCHEN LLP
11 GEOFFREY M. HOWARD (*pro hac vice*)
   THOMAS S. HIXSON (*pro hac vice*)
12 KRISTEN A. PALUMBO (*pro hac vice*)
   Three Embarcadero Center
13 San Francisco, CA  94111-4067
   Telephone:  415.393.2000
14 Facsimile:  415.393.2286
   geoff.howard@bingham.com
15 bree.hann@bingham.com
   thomas.hixson@bingham.com
16 kristen.palumbo@bingham.com

17 DORIAN DALEY (*pro hac vice*)
   DEBORAH K. MILLER (*pro hac vice*)
18 JAMES C. MAROULIS (*pro hac vice*)
   ORACLE CORPORATION
19 500 Oracle Parkway, M/S 5op7
   Redwood City, CA 94070
20 Telephone:  650.506.4846
   Facsimile:  650.506.7114
21 dorian.daley@oracle.com
   deborah.miller@oracle.com
22 jim.maroulis@oracle.com

23 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle America, Inc., and
24 Oracle International Corp.

SHOOK, HARDY & BACON LLP
B. TRENT WEBB (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
eburesh@shb.com

SHOOK, HARDY & BACON LLP
ROBERT H. RECKERS (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas  77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

LEWIS AND ROCA LLP
W. WEST ALLEN (NV Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
WAllen@LRLaw.com

GREENBERG TRAURIG
MARK G. TRATOS (NV Bar No. 1086)
BRANDON ROOS (NV Bar No. 7888)
LESLIE GODFREY (NV Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

Attorneys for Defendants Rimini Street,
Inc., and Seth Ravin

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>              Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>              Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER TO NOVEMBER 11, 2014** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") stipulate as follows and request that the Court enter the [Proposed] Order set forth below.

       A.     The Court initially ordered the Parties to submit a joint pretrial order in accordance with Local Rules 16-3 and 16-4 within sixty days of entry of the August 13, 2014 summary judgment order (Dkt. # 476).

       B.     The Parties appeared before the Court on October 9, 2014, and the Court extended the time to file the joint pretrial order until October 28, 2014 (Dkt. # 506).

       C.     The Parties have been conferring regarding the joint pretrial order, and the Parties believe that an additional two weeks to confer and finalize the joint pretrial order will help narrow and focus the disputed issues for trial.

       D.     The Parties respectfully request that the Court extend the deadline for filing the joint pretrial order an additional two weeks to November 11, 2014.

       SO STIPULATED AND AGREED.

Dated:  October 23, 2014

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ *Robert H. Reckers* | By: /s/ *Kieran Ringgenberg* |
| Robert H. Reckers, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>rreckers@shb.com<br>*Attorneys for Defendants* | Kieran Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com<br>*Attorneys for Plaintiffs* |

Pursuant to the stipulation, it is hereby ORDERED that:

The deadline for the Parties to file the joint pretrial statement is extended to November 11, 2014.

_____
Hon. Peggy A. Leen
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER RE: JOINT PRETRIAL ORDER DEADLINE

1

## ATTESTATION OF FILER

2

The signatories to this document are Robert Reckers and me, and I have obtained Mr.

3

Reckers's concurrence to file this document on his behalf.

4

5

Dated:  October 23, 2014                                BOIES, SCHILLER & FLEXNER LLP

6

                                   By:     /s/ *Kieran Ringgenberg*

7

                                         Kieran Ringgenberg, Esq. (*pro hac vice*)

8

                                         1999 Harrison Street, Suite 900
                                         Oakland, CA 94612

9

                                         Telephone: (510) 874-1000
                                         Facsimile: (510) 874-1460

10

                                         kringgenberg@bsfllp.com

11

                                         *Attorneys for Plaintiffs*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3