| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>        Plaintiffs,<br>   v.<br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br>        Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

**[PROPOSED] ORDER**

Before this Court is the parties' joint request for a case management conference (Dkt. #488), filed September 17, 2014. The parties were required to file their joint pretrial order by October 14, 2014[1] and sought the court's guidance regarding the scope of trial and certain discovery disputes. The Court has considered the parties' papers and the arguments of counsel at a hearing conducted on October 9, 2014.

Oracle filed its initial complaint in January 2010 alleging, among other things, that Rimini's support services infringed Oracle's PeopleSoft, J.D. Edwards, and Siebel copyrighted software (Dkt. #1). Discovery began in April of that year. Oracle filed its second amended complaint in April 2011 alleging that Rimini also infringed Oracle's copyrighted Database software (Dkt. #146). Fact discovery closed in December 2011 and expert discovery closed June 15, 2012.

In 2012, Oracle filed two summary judgment motions based on its copyright infringement claims. In February and August 2014, the Court granted in part those motions, (1) finding that Rimini had infringed Oracle's PeopleSoft and Database product lines, and that Oracle had proved its prima facie infringement case as to the Siebel and JD Edwards product lines, (2) finding against Rimini on several of its affirmative defenses, and (3) dismissing Rimini's remaining counterclaims.

Rimini claims that in response to the Court's February 13, 2014 Order, Rimini adopted a new non-infringing support model. Rimini seeks to admit evidence of its new process at trial. Oracle argues that it would need extensive discovery to test Rimini's assertion that Rimini's new support model is non-infringing. Oracle further contends that the time necessary for this discovery would unduly delay trial. Oracle thus argues that the parties' joint pretrial order and the trial should be limited to the support processes Rimini used up to February 13, 2014, and

---

[1] At the October 9, 2014 hearing regarding the parties' request for a case management conference, the Court extended the parties' deadline to file their joint pretrial order to October 28, 2014.

should exclude Rimini's claimed new support process.

This case has been pending for nearly five years and, under the Court's supervision, fact and expert discovery has been completed. The parties require leave of Court to engage in any further discovery other than the supplementation required by Rule 26(e). Moreover, Oracle has offered to stipulate not to seek damages in this case for the period on or after the District Court's February 13, 2014 order, and the Court will hold Oracle to that offer. Accordingly, the February 13, 2014 order is not a basis to reopen discovery, and the Court declines to do so. While the District Court will decide the admissibility of Rimini's expert's opinion on the proposed method of calculating damages, the full discovery on that theory has been conducted. Discovery will remain closed, and the case will remain as it was put in at the close of discovery, not thereafter.

DATED: October 17, 2014

BOIES, SCHILLER & FLEXNER LLP

By: /S/ *Kieran P. Ringgenberg*
Kieran P. Ringgenberg (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*

APPROVED AS TO FORM:

DATED: October 17, 2014

SHOOK, HARDY & BACON LLP

By: /S/ *Robert H. Reckers*
Robert H. Reckers (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

*Attorneys for Defendants*

**IT IS SO ORDERED** this 23rd day of October, 2014

Peggy A. Leen
United States Magistrate Judge

| | | |
|---|---|---|
| 1 | **ATTESTATION OF FILER** | |
| 2 | The signatories to this document are myself and Robert Reckers and I have | |
| 3 | obtained Mr. Reckers's concurrence to file this document on his behalf. | |
| 4 | DATED: October 17, 2014 | BOIES, SCHILLER & FLEXNER LLP |
| 5 | | By: /S/ *Kieran P. Ringgenberg* |
| 6 | | Kieran P. Ringgenberg (*pro hac vice*) |
| 7 | | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 |
| 8 | | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 |
| 9 | | kringgenberg@bsfllp.com |
| 10 | | *Attorneys for Plaintiffs* |