| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com<br>eburesh@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | SHOOK, HARDY & BACON LLP |
| 6 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | ROBERT H. RECKERS (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 7 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | Houston, Texas  77002<br>Telephone: (713) 227-8008 |
| 8 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | Facsimile: (713) 227-9508<br>rreckers@shb.com |
| 9 | fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | LEWIS AND ROCA LLP |
| 10 | | W. WEST ALLEN (NV Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600 |
| 11 | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*) | Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200 |
| 12 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) | Facsimile: (702) 949-8398<br>WAllen@LRLaw.com |
| 13 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 | |
| 14 | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 | GREENBERG TRAURIG<br>MARK G. TRATOS (NV Bar No. 1086) |
| 15 | geoff.howard@bingham.com<br>bree.hann@bingham.com | BRANDON ROOS (NV Bar No. 7888)<br>LESLIE GODFREY (NV Bar No. 10229) |
| 16 | thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com | 3773 Howard Hughes Parkway<br>Suite 400 North |
| 17 | DORIAN DALEY (*pro hac vice*) | Las Vegas, NV 89169<br>Telephone: (702) 792-3773 |
| 18 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) | Facsimile: (702) 792-9002<br>tratosm@gtlaw.com |
| 19 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 | roosb@gtlaw.com<br>godfreyl@gtlaw.com |
| 20 | Redwood City, CA 94070<br>Telephone:  650.506.4846 | |
| 21 | Facsimile:  650.506.7114<br>dorian.daley@oracle.com | Attorneys for Defendants Rimini Street,<br>Inc., and Seth Ravin |
| 22 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 23 | Attorneys for Plaintiffs | |
| 24 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER RE: JOINT PRETRIAL ORDER DEADLINE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER TO NOVEMBER 11, 2014** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") stipulate as follows and request that the Court enter the [Proposed] Order set forth below.

    A.    The Court initially ordered the Parties to submit a joint pretrial order in accordance with Local Rules 16-3 and 16-4 within sixty days of entry of the August 13, 2014 summary judgment order (Dkt. # 476).

    B.    The Parties appeared before the Court on October 9, 2014, and the Court extended the time to file the joint pretrial order until October 28, 2014 (Dkt. # 506).

    C.    The Parties have been conferring regarding the joint pretrial order, and the Parties believe that an additional two weeks to confer and finalize the joint pretrial order will help narrow and focus the disputed issues for trial.

    D.    The Parties respectfully request that the Court extend the deadline for filing the joint pretrial order an additional two weeks to November 11, 2014.

    SO STIPULATED AND AGREED.

Dated:  October 23, 2014

STIPULATION AND [PROPOSED] ORDER RE: JOINT PRETRIAL ORDER DEADLINE

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ *Robert H. Reckers*<br>    Robert H. Reckers, Esq.<br>    2555 Grand Boulevard<br>    Kansas City, Missouri 64108-2613<br>    Telephone: (816) 474-6550<br>    Facsimile: (816) 421-5547<br>    rreckers@shb.com<br>*Attorneys for Defendants* | By: /s/ *Kieran Ringgenberg*<br>    Kieran Ringgenberg, Esq. (*pro hac vice*)<br>    1999 Harrison Street, Suite 900<br>    Oakland, CA 94612<br>    Telephone: (510) 874-1000<br>    Facsimile: (510) 874-1460<br>    kringgenberg@bsfllp.com<br>*Attorneys for Plaintiffs* |

Pursuant to the stipulation, it is hereby ORDERED that:

The deadline for the Parties to file the joint pretrial statement is extended to November 11, 2014.

DATED this 24th day of October, 2014.

_____
Hon. Peggy A. Leen
United States Magistrate Judge

## ATTESTATION OF FILER

The signatories to this document are Robert Reckers and me, and I have obtained Mr. Reckers's concurrence to file this document on his behalf.

Dated:  October 23, 2014

BOIES, SCHILLER & FLEXNER LLP

By: /s/ *Kieran Ringgenberg*
Kieran Ringgenberg, Esq. (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*