| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com |
| BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | SHOOK, HARDY & BACON LLP<br>ROBERT H. RECKERS (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br>LEWIS AND ROCA LLP<br>W. WEST ALLEN (NV Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398<br>WAllen@LRLaw.com |
| BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>bree.hann@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com | GREENBERG TRAURIG<br>MARK G. TRATOS (NV Bar No. 1086)<br>BRANDON ROOS (NV Bar No. 7888)<br>LESLIE GODFREY (NV Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com |
| DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | Attorneys for Defendants Rimini Street, Inc., and Seth Ravin |
| Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR JOINT PRETRIAL ORDER TO NOVEMBER 21, 2014**

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") stipulate as follows and request that the Court enter the [Proposed] Order set forth below.

A. The Court initially ordered the Parties to submit a joint pretrial order in accordance with Local Rules 16-3 and 16-4 within sixty days of entry of the August 13, 2014 summary judgment order (Dkt. # 476).

B. The Parties appeared before the Court on October 9, 2014, and the Court extended the time to file the joint pretrial order until October 28, 2014 (Dkt. # 506).

C. The Parties conferred regarding the joint pretrial order, and the Parties believed that an additional two weeks to confer and finalize the joint pretrial order will help narrow and focus the disputed issues for trial.

D. On October 23, 2014, the Parties filed a Joint Stipulation and [Proposed] Order to Extend the Deadline for Joint Pretrial Order to November 11, 2014. (Dkt. # 514).

1

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR JOINT PRETRIAL ORDER

E. On October 24, 2014, the Court entered the Order to Extend the Deadline for Joint Pretrial Order to November 11, 2014. *(*Dkt. # 516).

F. The Parties have continued to confer regarding the joint pretrial order, and the Parties believe that an additional ten days to confer and finalize the joint pretrial order will help narrow and focus the disputed issues for trial.

The Parties respectfully request that the Court extend the deadline for filing the joint pretrial order an additional 10 days to November 21, 2014.

SO STIPULATED AND AGREED.

Dated: November 10, 2014

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: */s/ Robert H. Reckers*_____ <br> Robert H. Reckers, Esq. (pro hac vice) <br><br> 600 Travis Street, Suite 1600 <br> Houston, Texas 77002 <br> Telephone: (713) 227-8008 <br> Facsimile: (713) 227-9508 <br> rreckers@shb.com <br> *Attorneys for Defendants* | By: */s/ Kieran Ringgenberg*_____ <br> Kieran Ringgenberg, Esq. (pro hac vice) <br><br> 1999 Harrison Street, Suite 900 <br> Oakland, CA 94612 <br> Telephone: (510) 874-1000 <br> Facsimile: (510) 874-1460 <br> kringgenberg@bsfllp.com <br> *Attorneys for Plaintiffs* |

Pursuant to the stipulation, it is hereby ORDERED that:

The deadline for the Parties to file the joint pretrial statement is extended to November 21, 2014.

                                 _____
                                 Hon. Peggy A. Leen
                                 United States Magistrate Judge

**ATTESTATION OF FILER**

The signatories to this document are Kieran Ringgenberg and me, and I have obtained Mr. Ringgenberg's concurrence to file this document on his behalf.

Dated:   November 10, 2014

By:   ____*/s/ Robert H. Reckers*_____
Robert H. Reckers, Esq. (pro hac vice)
Shook, Hardy & Bacon, LLP
Attorney for Defendant

3