1
2
3
4
5

6          UNITED STATES DISTRICT COURT
                 DISTRICT OF NEVADA
7

8   ORACLE USA, INC., a Colorado        )   Case #2:10-cv-0106-LRH-PAL
9   corporation; et al.                  )
                                         )   **VERIFIED PETITION FOR**
10            Plaintiff(s),              )   **PERMISSION TO PRACTICE**
                                         )   **IN THIS CASE ONLY BY**
11       vs.                             )   **ATTORNEY NOT ADMITTED**
                                         )   **TO THE BAR OF THIS COURT**
12  RIMINI STREET, INC., a Nevada        )   **AND DESIGNATION OF**
    corporation; SETH RAVIN, an individual )  **LOCAL COUNSEL**
13                                        )
              Defendant(s).                )
14  _____  )   FILING FEE IS $200.00

15

16      _____Daniel B. Winslow_____, Petitioner, respectfully represents to the Court:
             (name of petitioner)
17
        1.    That Petitioner is an attorney at law and a member of the law firm of
18
              Senior Vice President/General Counsel, Rimini Street, Inc.
19    _____
                                    (firm name)
20   with offices at _____6601 Koll Center Parkway, Suite 600_____,
                                   (street address)
21
        ____Pleasanton____, ____California____, ____94566____,
22         (city)                (state)              (zip code)

23      ____925-264-7736____, ____DWinslow@riministreet.com____.
        (area code + telephone number)        (Email address)
24
        2.    That Petitioner has been retained personally or as a member of the law firm by
25
              ___Rimini Street, Inc. and Seth Ravin___ to provide legal representation in connection with
26                        [client(s)]

27  the above-entitled case now pending before this Court.

28
                                                                        Rev. 8/14

3. That since __12-22-1983__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Massachusetts__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| USDC - District of Massachusetts | 1-30-1984 | |
| U.S Court of Appeals - 1st Circuit | 8-4-2005 | |
| Commonwealth of Massachusetts | 12-22-1983 | 541972 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 8/14

1  6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give
2  particulars if ever denied admission):

3  | No. |
4  |     |
5  |     |

6  7. That Petitioner is a member of good standing in the following Bar Associations.

7  | The Association of Corporate Counsel |
8  |                                      |
9  |                                      |

10  8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2
11  during the past three (3) years in the following matters: (State "none" if no applications.)

12  | Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
13  |---|---|---|---|
14  | NONE | | | |
15  | | | | |
16  | | | | |
17  | | | | |
18  | | | | |

19  (If necessary, please attach a statement of additional applications)

20  9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the
21  State of Nevada with respect to the law of this state governing the conduct of attorneys to the same
22  extent as a member of the State Bar of Nevada.

23  10. Petitioner agrees to comply with the standards of professional conduct required of
24  the members of the bar of this court.

25  11. Petitioner has disclosed in writing to the client that the applicant is not admitted to
26  practice in this jurisdiction and that the client has consented to such representation.

27
28                                      3                                     Rev. 8/14

|   |   |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF    California    )
                         )
COUNTY OF    Alameda     )

____Daniel B. Winslow____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

14th day of November, 2014.

____Athena Wong_____
Notary Public or Clerk of Court

ATHENA WONG
COMM. #1969889
Notary Public - California
Alameda County
My Comm. Expires Feb. 18, 2016

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____W. West Allen____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Lewis Roca Rothgerber, 3993 Howard Hughes Parkway, Suite 600____,
(street address)

____Las Vegas____, ____Nevada____, ____89169____,
(city)           (state)         (zip code)

____702-949-2800____, ____wallen@lrrlaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 8/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____W. West Allen_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Seth Ravin, Rimini Street, Inc., Chief Executive Officer
(type or print party name, title)

_____
(party's signature)

Seth Ravin, individually
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5566                          wallen@lrrlaw.com
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 8/14

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twenty-second** day of **December** A.D. **1983**, said Court being the highest Court of Record in said Commonwealth:

## Daniel B. Winslow

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **tenth** day of **October** in the year of our Lord **two thousand and fourteen.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116