# EXHIBIT B

# DOCUMENT FILED CONDITIONALLY UNDER SEAL