# EXHIBIT C

# DOCUMENT FILED CONDITIONALLY UNDER SEAL