# EXHIBIT D

# DOCUMENT FILED CONDITIONALLY UNDER SEAL