# EXHIBIT E

# DOCUMENT FILED CONDITIONALLY UNDER SEAL