# EXHIBIT F

# DOCUMENT FILED CONDITIONALLY UNDER SEAL