# EXHIBIT G

# DOCUMENT FILED CONDITIONALLY UNDER SEAL