Oracle v. Rimini Street, Case No. 2:10-cv-0106-LRH-PAL

Appendix C-2:  Oracle's Counter Deposition Designations

| Deponent | Date | Page Start | Line Start | Page End | Line End | Rimini Objections to Counter Designations |
|---|---|---|---|---|---|---|
| Baggett, Brian of Bausch & Lomb | 11/10/2011 | 34 | 7 | 34 | 10 | |
| Cabada, Kim of CKE Restaurants | 11/3/2011 | 53 | 6 | 54 | 5 | |
| Catz, Safra | 12/14/2011 | 11 | 15 | 11 | 21 | |
| Catz, Safra | 12/14/2011 | 12 | 7 | 12 | 10 | |
| Cummins, Richard | 7/13/2011 | 98 | 1 | 98 | 14 | |
| Cummins, Richard | 7/13/2011 | 103 | 17 | 103 | 22 | |
| Cummins, Richard | 7/13/2011 | 104 | 20 | 104 | 21 | |
| Cummins, Richard | 7/13/2011 | 108 | 8 | 108 | 10 | |
| Cummins, Richard | 7/13/2011 | 108 | 15 | 108 | 16 | |
| Cummins, Richard | 7/13/2011 | 109 | 21 | 109 | 21 | |
| Cummins, Richard | 7/13/2011 | 110 | 7 | 110 | 10 | |
| Cummins, Richard | 7/13/2011 | 110 | 21 | 111 | 10 | |
| Cummins, Richard | 7/13/2011 | 112 | 4 | 112 | 4 | |
| Cummins, Richard | 7/13/2011 | 112 | 10 | 112 | 10 | |
| Cummins, Richard | 7/13/2011 | 112 | 25 | 113 | 9 | |
| Cummins, Richard | 7/13/2011 | 118 | 10 | 118 | 23 | |
| Cummins, Richard | 7/13/2011 | 120 | 4 | 120 | 4 | |
| Cummins, Richard | 7/13/2011 | 120 | 9 | 120 | 12 | |
| Cummins, Richard | 7/13/2011 | 122 | 5 | 123 | 21 | |
| Cummins, Richard | 7/13/2011 | 129 | 7 | 129 | 7 | |
| Cummins, Richard | 7/13/2011 | 153 | 11 | 153 | 24 | FRE 602 |
| Cummins, Richard | 7/13/2011 | 156 | 20 | 157 | 5 | |
| Cummins, Richard | 7/13/2011 | 161 | 7 | 161 | 18 | |
| Cummins, Richard | 7/13/2011 | 182 | 25 | 183 | 1 | |
| Cummins, Richard | 7/13/2011 | 183 | 13 | 183 | 13 | |
| Cummins, Richard | 7/13/2011 | 183 | 23 | 184 | 3 | |
| Cummins, Richard | 7/13/2011 | 196 | 10 | 196 | 11 | |
| Cummins, Richard | 7/13/2011 | 196 | 13 | 196 | 13 | |
| Cummins, Richard | 7/13/2011 | 197 | 9 | 197 | 21 | |
| Cummins, Richard | 7/13/2011 | 207 | 17 | 207 | 25 | |
| Cummins, Richard | 7/13/2011 | 212 | 16 | 213 | 7 | |
| Dorvee, James of Sunrise Medical | 12/1/2011 | 18 | 22 | 18 | 24 | |
| Dorvee, James of Sunrise Medical | 12/1/2011 | 70 | 13 | 70 | 18 | |
| Henslee, Robbin | 8/24/2011 | 110 | 22 | 110 | 24 | |
| Hintz, John of Hastings Entertainment | 11/30/2011 | 82 | 4 | 82 | 9 | |
| Jones, Juan | 1/5/2012 | 13 | 17 | 14 | 6 | |
| Jones, Juan | 1/5/2012 | 14 | 21 | 15 | 11 | |
| Jones, Juan | 1/5/2012 | 34 | 6 | 34 | 18 | |
| Jones, Juan | 1/5/2012 | 58 | 15 | 59 | 5 | |
| Jones, Juan | 1/5/2012 | 61 | 1 | 61 | 12 | |

Oracle v. Rimini Street, Case No. 2:10-cv-0106-LRH-PAL

Appendix C-2:  Oracle's Counter Deposition Designations

| Deponent | Date | Page Start | Line Start | Page End | Line End | Rimini Objections to Counter Designations |
|---|---|---|---|---|---|---|
| Jones, Juan | 1/5/2012 | 61 | 18 | 62 | 1 | |
| Jones, Juan | 1/5/2012 | 62 | 5 | 62 | 9 | |
| Jones, Juan | 1/5/2012 | 64 | 6 | 65 | 6 | |
| Jones, Juan | 1/5/2012 | 75 | 16 | 75 | 21 | |
| Jones, Juan | 1/5/2012 | 104 | 19 | 105 | 3 | |
| Jones, Juan | 1/5/2012 | 106 | 24 | 107 | 17 | |
| Jones, Juan | 1/5/2012 | 107 | 18 | 108 | 25 | |
| Minks, Rhonda of Brazoria | 12/19/2011 | 65 | 22 | 66 | 4 | FRE 602 |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 52 | 4 | 53 | 2 | |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 53 | 7 | 53 | 12 | |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 53 | 25 | 54 | 3 | |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 67 | 4 | 67 | 7 | |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 74 | 15 | 74 | 24 | |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 75 | 17 | 76 | 8 | FRE 602 |
| Paull, Craig of County of Kent | 11/1/2011 | 63 | 4 | 63 | 8 | |
| Phillips, Charles | 12/9/2011 | 60 | 16 | 61 | 9 | |
| Phillips, Charles | 12/9/2011 | 62 | 14 | 62 | 21 | |
| Phillips, Charles | 12/9/2011 | 81 | 13 | 83 | 10 | |
| Phillips, Charles | 12/9/2011 | 83 | 21 | 84 | 10 | |
| Phillips, Charles | 12/9/2011 | 96 | 22 | 97 | 1 | |
| Phillips, Charles | 12/9/2011 | 153 | 20 | 153 | 21 | |
| Ransom, Buffy | 4/21/2011 | 13 | 12 | 13 | 22 | |
| Ransom, Buffy | 4/21/2011 | 123 | 16 | 123 | 25 | |
| Shepard, Barbara of BCBCKC | 11/1/2011 | 55 | 21 | 56 | 3 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 21 | 23 | 22 | 6 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 32 | 9 | 33 | 1 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 52 | 4 | 52 | 9 | FRE 602, 701 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 54 | 19 | 54 | 21 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 55 | 15 | 56 | 24 | FRE 106, 602, 701 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 60 | 12 | 61 | 19 | FRE 106, 602, 701 |

Oracle v. Rimini Street, Case No. 2:10-cv-0106-LRH-PAL

Appendix C-2:  Oracle's Counter Deposition Designations

| Deponent | Date | Page Start | Line Start | Page End | Line End | Rimini Objections to Counter Designations |
|---|---|---|---|---|---|---|
| Simmons, Paul of CedarCrestone | 12/1/2011 | 62 | 1 | 63 | 13 | FRE 106, 602, 701 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 95 | 23 | 96 | 2 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 98 | 2 | 99 | 5 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 121 | 1 | 121 | 8 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 121 | 23 | 122 | 5 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 179 | 19 | 180 | 4 | FRE 602 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 180 | 24 | 181 | 11 | FRE 602 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 182 | 10 | 182 | 17 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 203 | 20 | 204 | 2 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 227 | 9 | 227 | 25 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 231 | 4 | 231 | 23 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 238 | 3 | 238 | 12 | FRE 402, 403, 602, 701 |
| Strong, Clark of Birdville | 10/20/2011 | 9 | 8 | 9 | 18 | |
| Strong, Clark of Birdville | 10/20/2011 | 10 | 3 | 10 | 7 | |
| Strong, Clark of Birdville | 10/20/2011 | 10 | 3 | 11 | 1 | |
| Strong, Clark of Birdville | 10/20/2011 | 15 | 10 | 15 | 20 | |
| Strong, Clark of Birdville | 10/20/2011 | 16 | 1 | 16 | 5 | |
| Strong, Clark of Birdville | 10/20/2011 | 35 | 15 | 35 | 22 | |
| Strong, Clark of Birdville | 10/20/2011 | 76 | 2 | 77 | 9 | FRE 602; 611 |
| Swanson, Cort of AGCO | 11/28/2011 | 32 | 11 | 32 | 15 | |
| Swanson, Cort of AGCO | 11/28/2011 | 34 | 3 | 35 | 16 | FRE 602; 802 |
| Swanson, Cort of AGCO | 11/28/2011 | 35 | 17 | 35 | 24 | FRE 602; 802 |
| Swanson, Cort of AGCO | 11/28/2011 | 36 | 23 | 37 | 10 | |
| Swanson, Cort of AGCO | 11/28/2011 | 38 | 3 | 38 | 12 | |
| Swanson, Cort of AGCO | 11/28/2011 | 38 | 16 | 38 | 23 | |
| Swanson, Cort of AGCO | 11/28/2011 | 46 | 14 | 46 | 17 | |
| Swanson, Cort of AGCO | 11/28/2011 | 58 | 21 | 59 | 14 | |
| Taylor, Jason | 7/20/2011 | 8 | 6 | 8 | 9 | |
| Taylor, Jason | 7/20/2011 | 98 | 17 | 99 | 1 | |
| Taylor, Jason | 7/20/2011 | 131 | 23 | 131 | 25 | |
| Tewell, Charles of YUM Brands | 12/9/2011 | 14 | 3 | 14 | 11 | |

**Oracle v. Rimini Street, Case No. 2:10-cv-0106-LRH-PAL**

**Appendix C-2: Oracle's Counter Deposition Designations**

| Deponent | Date | Page Start | Line Start | Page End | Line End | Rimini Objections to Counter Designations |
|---|---|---|---|---|---|---|
| Tewell, Charles of YUM Brands | 12/9/2011 | 65 | 2 | 65 | 7 | |
| Tewell, Charles of YUM Brands | 12/9/2011 | 92 | 24 | 93 | 12 | |
| Tewell, Charles of YUM Brands | 12/9/2011 | 93 | 15 | 94 | 5 | |
| Ward, James of Wendy's | 11/15/2011 | 10 | 20 | 10 | 22 | |
| Ward, James of Wendy's | 11/15/2011 | 79 | 10 | 79 | 13 | |
| Woodward, Stephen of Pitney Bowes | 11/17/2011 | 15 | 12 | 16 | 7 | |
| Woodward, Stephen of Pitney Bowes | 11/17/2011 | 46 | 18 | 46 | 24 | |