Oracle v. Rimini Street, Case No. 2:10-cv-0106-LRH-PAL

Appendix C-3:  Oracle's Counter-Counter Deposition Designations

| Deponent | Depo Date | Page Start | Line Start | Page End | Line End | Rimini Objections to Oracle's Counter-Counter Designations |
|---|---|---|---|---|---|---|
| Allen, Jeff | 10/18/2011 | 39 | 8 | 39 | 10 | |
| Allen, Jeff | 10/18/2011 | 48 | 18 | 48 | 20 | |
| Allen, Jeff | 10/18/2011 | 49 | 8 | 49 | 13 | FRE 602 |
| Allen, Jeff | 10/18/2011 | 52 | 21 | 53 | 12 | |
| Allen, Jeff | 10/18/2011 | 62 | 25 | 63 | 2 | |
| Allen, Jeff | 10/18/2011 | 65 | 11 | 65 | 13 | |
| Allen, Jeff | 10/18/2011 | 66 | 12 | 67 | 1 | |
| Allen, Jeff | 10/18/2011 | 95 | 20 | 96 | 3 | FRE 602 |
| Allen, Jeff | 10/18/2011 | 97 | 16 | 97 | 21 | |
| Allen, Jeff | 10/18/2011 | 107 | 12 | 107 | 17 | |
| Allen, Jeff | 10/18/2011 | 107 | 22 | 108 | 2 | FRE 602 |
| Allen, Jeff | 10/18/2011 | 213 | 2 | 213 | 23 | FRE 602 |
| Allen, Jeff | 10/18/2011 | 214 | 4 | 214 | 7 | |
| Allen, Jeff | 10/18/2011 | 270 | 17 | 270 | 25 | FRE 602 |
| Baggett, Brian of Bausch & Lomb | 11/10/2011 | 17 | 24 | 18 | 6 | |
| Baggett, Brian of Bausch & Lomb | 11/10/2011 | 55 | 23 | 56 | 4 | |
| Baggett, Brian of Bausch & Lomb | 11/10/2011 | 58 | 3 | 58 | 6 | |
| Baggett, Brian of Bausch & Lomb | 11/10/2011 | 74 | 2 | 74 | 4 | |
| Baron, Doug | 5/10/2011 | 340 | 10 | 341 | 6 | |
| Baron, Doug | 5/10/2011 | 184 | 7 | 184 | 11 | FRE 602 |
| Baron, Doug | 5/11/2011 | 263 | 10 | 263 | 19 | |
| Baron, Doug | 5/12/2011 | 304 | 7 | 304 | 11 | |
| Benge, Jim | 6/21/2012 | 113 | 21 | 114 | 1 | |
| Chiu, Dennis | 6/24/2011 | 146 | 4 | 146 | 12 | |
| Chiu, Dennis | 6/24/2011 | 146 | 23 | 147 | 9 | FRE 602; 802 |
| Conley, Timothy Brian | 9/1/2011 | 40 | 8 | 40 | 20 | |
| Conley, Timothy Brian | 9/1/2011 | 61 | 10 | 61 | 22 | |
| Conley, Timothy Brian | 9/1/2011 | 104 | 14 | 105 | 5 | |
| Conley, Timothy Brian | 9/1/2011 | 152 | 16 | 152 | 24 | |
| Corpuz, JR | 3/15/2011 | 14 | 8 | 14 | 11 | |
| Corpuz, JR | 3/15/2011 | 16 | 22 | 17 | 6 | |
| Corpuz, JR | 3/15/2011 | 114 | 24 | 115 | 3 | |
| Corpuz, JR | 3/15/2011 | 184 | 11 | 184 | 17 | |
| Davichick, Michael | 7/21/2011 | 52 | 7 | 52 | 15 | |
| Davichick, Michael | 7/21/2011 | 54 | 12 | 54 | 15 | |
| Davichick, Michael | 7/21/2011 | 56 | 13 | 56 | 25 | FRE 602 |
| Davichick, Michael | 7/21/2011 | 58 | 5 | 58 | 6 | |
| Davichick, Michael | 7/21/2011 | 61 | 5 | 61 | 18 | |
| Davichick, Michael | 7/21/2011 | 63 | 25 | 64 | 6 | |
| Davichick, Michael | 7/21/2011 | 64 | 16 | 64 | 24 | |

Oracle v. Rimini Street, Case No. 2:10-cv-0106-LRH-PAL

Appendix C-3:  Oracle's Counter-Counter Deposition Designations

| | | | | | | |
|---|---|---|---|---|---|---|
| Davichick, Michael | 7/21/2011 | 68 | 6 | 69 | 4 | FRE 602 |
| Davichick, Michael | 7/21/2011 | 69 | 12 | 69 | 18 | |
| Davichick, Michael | 7/21/2011 | 78 | 18 | 79 | 6 | |
| Davichick, Michael | 7/21/2011 | 182 | 21 | 183 | 15 | FRE 602; 802 |
| Davichick, Michael | 7/21/2011 | 256 | 6 | 256 | 16 | FRE 602 |
| Davichick, Michael | 7/21/2011 | 298 | 23 | 299 | 2 | |
| Dorvee, James of Sunrise Medical | 12/1/2011 | 69 | 15 | 69 | 15 | |
| Grigsby, Ray | 6/8/2011 | 31 | 2 | 31 | 3 | |
| Grigsby, Ray | 6/8/2011 | 52 | 15 | 52 | 24 | |
| Grigsby, Ray | 6/8/2011 | 321 | 1 | 321 | 11 | FRE 602 |
| Hintz, John of Hastings Entertainment | 11/30/2011 | 25 | 6 | 25 | 8 | |
| Holmes, Alecia | 12/15/2011 | 146 | 13 | 147 | 9 | |
| Holmes, Alecia | 12/15/2011 | 197 | 9 | 198 | 7 | |
| Leake, William of Leads Customer Growth (LCG) | 11/29/2011 | 84 | 5 | 84 | 8 | |
| Leake, William of Leads Customer Growth (LCG) | 11/29/2011 | 96 | 19 | 96 | 23 | |
| Lester, Beth 30b6 | 3/17/2011 | 48 | 13 | 48 | 16 | |
| Lester, George | 11/11/2011 | 85 | 25 | 86 | 3 | |
| Lester, George | 11/11/2011 | 86 | 11 | 87 | 5 | |
| Lester, George | 11/11/2011 | 108 | 5 | 108 | 16 | |
| Lester, George | 11/11/2011 | 111 | 25 | 112 | 3 | |
| Lester, George | 11/11/2011 | 119 | 9 | 119 | 11 | |
| Maddock, Kevin (Indiv) | 1/5/2012 | 154 | 8 | 154 | 25 | |
| Maddock, Kevin (Indiv) | 1/5/2012 | 155 | 4 | 155 | 10 | |
| Maddock, Kevin (Indiv) | 1/5/2012 | 191 | 8 | 191 | 12 | |
| Minks, Rhonda of Brazoria | 12/19/2011 | 26 | 17 | 28 | 4 | |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 17 | 22 | 17 | 24 | FRE 402; 403 |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 24 | 16 | 24 | 17 | |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 67 | 4 | 67 | 7 | |
| Paull, Craig of County of Kent | 11/1/2011 | 30 | 18 | 30 | 20 | |
| Radtke, David | 9/7/2011 | 30 | 24 | 31 | 3 | FRE 402; 403 |
| Radtke, David | 9/7/2011 | 100 | 3 | 100 | 11 | |
| Radtke, David | 9/7/2011 | 141 | 20 | 142 | 2 | |
| Radtke, David | 9/7/2011 | 245 | 14 | 245 | 21 | |
| Ravin, Seth Vol 1 | 11/17/2011 | 44 | 1 | 44 | 11 | FRE 402; 403 |
| Ravin, Seth Vol 1 | 11/17/2011 | 192 | 8 | 192 | 24 | FRE 602 |
| Ravin, Seth Vol 1 | 11/17/2011 | 217 | 6 | 217 | 14 | |
| Ravin, Seth Vol 1 | 11/17/2011 | 243 | 10 | 243 | 12 | |
| Ravin, Seth Vol 1 | 11/17/2011 | 291 | 9 | 291 | 20 | |

Oracle v. Rimini Street, Case No. 2:10-cv-0106-LRH-PAL

Appendix C-3:  Oracle's Counter-Counter Deposition Designations

| | | | | | | |
|---|---|---|---|---|---|---|
| Shepard, Barbara  of BCBCKC | 11/1/2011 | 56 | 14 | 56 | 18 | FRE 602 |
| Slepko, Brian 30b6 | 12/16/2011 | 16 | 6 | 16 | 9 | |
| Slepko, Brian 30b6 | 12/16/2011 | 47 | 10 | 47 | 15 | |
| Slepko, Brian Indiv | 12/15/2011 | 116 | 1 | 116 | 5 | |
| Strong, Clark of Birdville | 10/20/2011 | 9 | 8 | 9 | 18 | |
| Strong, Clark of Birdville | 10/20/2011 | 10 | 3 | 11 | 1 | |
| Tahtaras, Susan | 4/27/2011 | 28 | 9 | 28 | 15 | |
| Tahtaras, Susan | 4/27/2011 | 132 | 6 | 132 | 9 | |
| Tewell, Charles of YUM Brands | 12/9/2011 | 100 | 5 | 101 | 3 | |
| Williams, Krista | 10/5/2011 | 57 | 19 | 58 | 3 | |
| Williams, Krista | 10/5/2011 | 124 | 4 | 124 | 9 | |
| Williams, Krista | 10/5/2011 | 164 | 11 | 164 | 16 | |
| Woodward, Stephen of Pitney Bowes | 11/17/2011 | 15 | 12 | 16 | 7 | |
| Zorn, Doublas 30b6 | 9/16/2011 | 181 | 16 | 182 | 23 | FRE 402 |