# Appendix D1

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEPOSITION DESIGNATIONS** |

Rimini Street, Inc. ("Rimini") respectfully submits, attached as Exhibit A, the following designations of deposition testimony that may be offered by Rimini, other than to impeach a testifying witness.  Rimini reserves the right to supplement these designations to counter-designate any deposition testimony offered by Plaintiff Oracle or to provide testimony necessary to lay the foundation for admission of any exhibits designated by any party.

# Exhibit A

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**ALLISON, Richard 12/20/2011:  5:3 - 5:9**

**Designation:**          **Rimini Designations**

---

**ALLISON, Richard 12/20/2011:  31:21 - 31:24**

**Designation:**          **Rimini Designations**

---

**ALLISON, Richard 12/20/2011:  159:3 - 159:7**

**Designation:**          **Rimini Designations**

---

**ALLISON, Richard 12/20/2011:  208:4 - 208:13**

**Designation:**          **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**BAGGETT Brian 11/10/2011:  4:17 - 4:21**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  8:24 - 9:4**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  9:12 - 9:21**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  10:3 - 10:7**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  10:25 - 11:3**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  13:18 - 14:9**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  27:2 - 27:25**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  34:4 - 34:6**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  34:24 - 35:5**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  70:15 - 72:5**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  72:20 - 73:5**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  73:17 - 73:21**

Designation:          **Rimini Designations**

---

**BAGGETT Brian 11/10/2011:  74:17 - 74:24**

Designation:          **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**BLACK, Tracy 12/14/2011:  6:4 - 6:6**

| Designation: | Rimini Designations |
|---|---|

---

**BLACK, Tracy 12/14/2011:  9:7 - 9:15**

| Designation: | Rimini Designations |
|---|---|

---

**BLACK, Tracy 12/14/2011:  11:15 - 12:11**

| Designation: | Rimini Designations |
|---|---|

---

**BLACK, Tracy 12/14/2011:  14:2 - 14:4**

| Designation: | Rimini Designations |
|---|---|

---

**BLACK, Tracy 12/14/2011:  65:20 - 66:6**

| Designation: | Rimini Designations |
|---|---|

---

**BLACK, Tracy 12/14/2011:  66:13 - 66:18**

| Designation: | Rimini Designations |
|---|---|

---

**BLACK, Tracy 12/14/2011:  67:3 - 67:12**

| Designation: | Rimini Designations |
|---|---|

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**CABADA, Kim 11/03/2011:  5:15 - 5:19**

**Designation:**          **Rimini Designations**

---

**CABADA, Kim 11/03/2011:  8:11 - 8:19**

**Designation:**          **Rimini Designations**

---

**CABADA, Kim 11/03/2011:  47:5 - 48:10**

**Designation:**          **Rimini Designations**

---

**CABADA, Kim 11/03/2011:  52:21 - 53:2**

**Designation:**          **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**CARTER, Graham  10/12/2011:  6:9 - 6:12**

Designation:              **Rimini Designations**

---

**CARTER, Graham  10/12/2011:  8:23 - 9:4**

Designation:              **Rimini Designations**

---

**CARTER, Graham  10/12/2011:  9:21 - 9:24**

Designation:              **Rimini Designations**

---

**CARTER, Graham  10/12/2011:  12:3 - 12:5**

Designation:              **Rimini Designations**

---

**CARTER, Graham  10/12/2011:  19:7 - 19:10**

Designation:              **Rimini Designations**

---

**CARTER, Graham  10/12/2011:  20:1 - 20:3**

Designation:              **Rimini Designations**

---

**CARTER, Graham  10/12/2011:  21:25 - 22:3**

Designation:              **Rimini Designations**

---

**CARTER, Graham  10/12/2011:  46:12 - 46:22**

Designation:              **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**CATZ, Safra 12/14/11(see errata):  6:4 - 6:12**

| Designation: | Rimini Designations |
|---|---|

---

**CATZ, Safra 12/14/11(see errata):  9:2 - 9:5**

| Designation: | Rimini Designations |
|---|---|

---

**CATZ, Safra 12/14/11(see errata):  11:22 - 12:6**

| Designation: | Rimini Designations |
|---|---|

---

**CATZ, Safra 12/14/11(see errata):  85:3 - 85:16**

| Designation: | Rimini Designations |
|---|---|

---

**CATZ, Safra 12/14/11(see errata):  87:4 - 87:9**

| Designation: | Rimini Designations |
|---|---|

---

**Oracle v. Rimini RMNS.154874**
**Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011: 5:23 - 6:1**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 6:5 - 6:6**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 35:19 - 35:20**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 35:22 - 35:25**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 93:8 - 94:6**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 96:10 - 96:13**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 97:8 - 97:11**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 97:20 - 97:25**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 103:9 - 103:16**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 103:25 - 104:3**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 104:16 - 104:19**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 106:19 - 107:2**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 108:4 - 108:7**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 108:11 - 108:14**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 108:17 - 108:21**

| Designation: | Rimini Designations |
|---|---|

---

**CUMMINS, JR., Richard L. 07/13/2011: 109:4 - 109:11**

| Designation: | Rimini Designations |
|---|---|

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  109:14 - 109:20**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  109:22 - 110:6**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  110:11 - 110:15**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  110:17 - 110:20**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  111:11 - 112:3**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  112:5 - 112:9**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  112:11 - 112:17**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  112:19 - 112:23**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  113:15 - 113:17**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  113:23 - 114:7**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  118:7 - 118:9**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  118:13 - 118:14**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  118:24 - 119:3**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  119:21 - 120:3**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  120:5 - 120:8**

**Designation:**          **Rimini Designations**

---

**CUMMINS, JR., Richard L. 07/13/2011:  128:23 - 129:6**

**Oracle v. Rimini  RMNS.154874**
**Designations**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 129:8 - 129:22**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 150:21 - 151:9**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 151:23 - 152:1**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 152:10 - 152:25**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 156:7 - 156:19**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 158:15 - 159:13**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 182:7 - 182:16**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 183:7 - 183:12**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 183:14 - 183:16**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 193:19 - 194:5**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 196:1 - 196:9**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 196:14 - 196:15**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 196:17 - 196:21**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 197:24 - 198:5**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 198:18 - 198:23**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011: 199:4 - 199:10**

**Oracle v. Rimini  RMNS.154874**
**Designations**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011:  199:12 - 199:19**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011:  200:4 - 200:10**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011:  200:24 - 201:10**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011:  201:13 - 201:14**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011:  206:13 - 206:16**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011:  206:18 - 207:4**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011:  207:6 - 207:16**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011:  212:8 - 212:10**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011:  212:12 - 212:15**

| Designation: | Rimini Designations |
|---|---|

**CUMMINS, JR., Richard L. 07/13/2011:  214:20 - 215:6**

| Designation: | Rimini Designations |
|---|---|

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**DORVEE, James 12/012011:  5:11 - 5:13**

**Designation:**          **Rimini Designations**

---

**DORVEE, James 12/012011:  10:14 - 10:19**

**Designation:**          **Rimini Designations**

---

**DORVEE, James 12/012011:  12:16 - 12:22**

**Designation:**          **Rimini Designations**

---

**DORVEE, James 12/012011:  15:1 - 15:4**

**Designation:**          **Rimini Designations**

---

**DORVEE, James 12/012011:  15:19 - 15:24**

**Designation:**          **Rimini Designations**

---

**DORVEE, James 12/012011:  17:21 - 18:4**

**Designation:**          **Rimini Designations**

---

**DORVEE, James 12/012011:  18:5 - 18:21**

**Designation:**          **Rimini Designations**

---

**DORVEE, James 12/012011:  19:4 - 19:7**

**Designation:**          **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**HENSLEE, Robbin  08/24/2011:  6:13 - 6:16**

**Designation:**          **Rimini Designations**

---

**HENSLEE, Robbin  08/24/2011:  13:12 - 14:4**

**Designation:**          **Rimini Designations**

---

**HENSLEE, Robbin  08/24/2011:  108:12 - 108:16**

**Designation:**          **Rimini Designations**

---

**HENSLEE, Robbin  08/24/2011:  110:14 - 110:21**

**Designation:**          **Rimini Designations**

---

**HENSLEE, Robbin  08/24/2011:  110:25 - 111:4**

**Designation:**          **Rimini Designations**

---

**HENSLEE, Robbin  08/24/2011:  111:10 - 112:4**

**Designation:**          **Rimini Designations**

---

**HENSLEE, Robbin  08/24/2011:  112:16 - 112:23**

**Designation:**          **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**HINTZ, John 1130/2011:  4:18 - 4:23**

Designation:          **Rimini Designations**

---

**HINTZ, John 1130/2011:  9:4 - 9:10**

Designation:          **Rimini Designations**

---

**HINTZ, John 1130/2011:  10:1 - 10:9**

Designation:          **Rimini Designations**

---

**HINTZ, John 1130/2011:  11:2 - 11:10**

Designation:          **Rimini Designations**

---

**HINTZ, John 1130/2011:  75:8 - 76:1**

Designation:          **Rimini Designations**

---

**HINTZ, John 1130/2011:  81:14 - 81:24**

Designation:          **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**JONES, Juan 01/05/2012:  6:9 - 6:17**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  12:24 - 13:16**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  14:7 - 14:11**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  14:18 - 14:20**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  16:7 - 16:13**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  16:17 - 16:22**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  21:11 - 21:18**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  32:20 - 33:19**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  33:25 - 34:5**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  52:16 - 53:3**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  57:23 - 57:25**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  58:2 - 58:14**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  59:21 - 60:18**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  61:14 - 61:17**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  64:2 - 64:5**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  75:12 - 75:15**

| Designation: | Rimini Designations |
|---|---|

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**JONES, Juan 01/05/2012:  83:12 - 84:11**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  103:12 - 103:23**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  104:1 - 104:5**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  104:15 - 104:18**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  105:4 - 105:13**

| Designation: | Rimini Designations |
|---|---|

---

**JONES, Juan 01/05/2012:  106:6 - 106:19**

| Designation: | Rimini Designations |
|---|---|

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**MINKS, Rhonda 12/19/2011:  7:13 - 7:16**

**Designation:**          **Rimini Designations**

---

**MINKS, Rhonda 12/19/2011:  11:18 - 11:24**

**Designation:**          **Rimini Designations**

---

**MINKS, Rhonda 12/19/2011:  12:14 - 12:18**

**Designation:**          **Rimini Designations**

---

**MINKS, Rhonda 12/19/2011:  13:23 - 14:10**

**Designation:**          **Rimini Designations**

---

**MINKS, Rhonda 12/19/2011:  36:2 - 36:14**

**Designation:**          **Rimini Designations**

---

**MINKS, Rhonda 12/19/2011:  65:18 - 65:21**

**Designation:**          **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**OBRIEN, Thomas 11/07/2011:  5:8 - 5:10**

**Designation:**          **Rimini Designations**

---

**OBRIEN, Thomas 11/07/2011:  7:10 - 7:16**

**Designation:**          **Rimini Designations**

---

**OBRIEN, Thomas 11/07/2011:  7:22 - 7:23**

**Designation:**          **Rimini Designations**

---

**OBRIEN, Thomas 11/07/2011:  9:9 - 9:14**

**Designation:**          **Rimini Designations**

---

**OBRIEN, Thomas 11/07/2011:  24:7 - 24:15**

**Designation:**          **Rimini Designations**

---

**OBRIEN, Thomas 11/07/2011:  50:16 - 50:24**

**Designation:**          **Rimini Designations**

---

**OBRIEN, Thomas 11/07/2011:  66:17 - 67:3**

**Designation:**          **Rimini Designations**

---

**OBRIEN, Thomas 11/07/2011:  67:16 - 68:9**

**Designation:**          **Rimini Designations**

---

**OBRIEN, Thomas 11/07/2011:  69:10 - 69:23**

**Designation:**          **Rimini Designations**

---

**OBRIEN, Thomas 11/07/2011:  72:13 - 73:22**

**Designation:**          **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**PAULL, Craig 11/01/2011 see errata:  5:15 - 5:17**

| Designation: | Rimini Designations |
|---|---|

---

**PAULL, Craig 11/01/2011 see errata:  10:3 - 10:5**

| Designation: | Rimini Designations |
|---|---|

---

**PAULL, Craig 11/01/2011 see errata:  11:12 - 11:24**

| Designation: | Rimini Designations |
|---|---|

---

**PAULL, Craig 11/01/2011 see errata:  18:18 - 19:6**

| Designation: | Rimini Designations |
|---|---|

---

**PAULL, Craig 11/01/2011 see errata:  19:13 - 19:18**

| Designation: | Rimini Designations |
|---|---|

---

**PAULL, Craig 11/01/2011 see errata:  20:10 - 20:13**

| Designation: | Rimini Designations |
|---|---|

---

**PAULL, Craig 11/01/2011 see errata:  20:21 - 20:23**

| Designation: | Rimini Designations |
|---|---|

---

**PAULL, Craig 11/01/2011 see errata:  61:23 - 63:3**

| Designation: | Rimini Designations |
|---|---|

---

**PAULL, Craig 11/01/2011 see errata:  63:10 - 64:2**

| Designation: | Rimini Designations |
|---|---|

---

**PAULL, Craig 11/01/2011 see errata:  64:8 - 64:13**

| Designation: | Rimini Designations |
|---|---|

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**PHILLIPS, Charles 12/09/2011:  7:13 - 7:22**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  17:18 - 17:21**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  63:23 - 64:7**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  65:2 - 65:18**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  77:23 - 78:7**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  79:3 - 80:21**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  81:3 - 81:12**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  84:11 - 84:18**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  92:25 - 93:25**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  96:4 - 96:21**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  97:2 - 97:25**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  131:15 - 132:25**

| Designation: | Rimini Designations |
|---|---|

---

**PHILLIPS, Charles 12/09/2011:  153:5 - 153:19**

| Designation: | Rimini Designations |
|---|---|

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**RANSOM, 04/21/2011: 5:10 - 5:12**

**Designation:**          **Rimini Designations**

---

**RANSOM, 04/21/2011: 11:4 - 11:5**

**Designation:**          **Rimini Designations**

---

**RANSOM, 04/21/2011: 12:25 - 13:11**

**Designation:**          **Rimini Designations**

---

**RANSOM, 04/21/2011: 13:23 - 13:25**

**Designation:**          **Rimini Designations**

---

**RANSOM, 04/21/2011: 112:19 - 113:5**

**Designation:**          **Rimini Designations**

---

**RANSOM, 04/21/2011: 121:6 - 121:25**

**Designation:**          **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**RENSHAW, David  05/26/2011:  5:7 - 5:8**

**Designation:**          **Rimini Designations**

---

**RENSHAW, David  05/26/2011:  18:18 - 19:3**

**Designation:**          **Rimini Designations**

---

**RENSHAW, David  05/26/2011:  84:6 - 86:2**

**Designation:**          **Rimini Designations**

---

**RENSHAW, David  05/26/2011:  270:14 - 271:14**

**Designation:**          **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**SHEPARD, Barbara 11/01/2011:  7:3 - 7:4**

Designation:          **Rimini Designations**

---

**SHEPARD, Barbara 11/01/2011:  7:3 - 7:4**

Designation:          **Rimini Good**
                      **Rimini Designations**

---

**SHEPARD, Barbara 11/01/2011:  8:14 - 8:19**

Designation:          **Rimini Designations**

---

**SHEPARD, Barbara 11/01/2011:  9:13 - 10:23**

Designation:          **Rimini Designations**

---

**SHEPARD, Barbara 11/01/2011:  14:21 - 15:8**

Designation:          **Rimini Designations**

---

**SHEPARD, Barbara 11/01/2011:  54:14 - 55:20**

Designation:          **Rimini Designations**

---

**SHEPARD, Barbara 11/01/2011:  56:4 - 56:7**

Designation:          **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**SIMMONS, Paul 12/01/2011:  8:19 - 9:1**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  10:7 - 10:9**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  13:13 - 13:16**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  14:9 - 14:12**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  20:21 - 21:22**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  24:16 - 25:6**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  33:9 - 34:8**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  53:17 - 54:18**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  68:16 - 68:19**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  70:13 - 70:16**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  71:18 - 71:25**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  82:19 - 83:4**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  95:19 - 95:22**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  119:19 - 120:25**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  121:11 - 122:2**

| Designation: | Rimini Designations |
|---|---|

---

**SIMMONS, Paul 12/01/2011:  165:20 - 166:16**

| Designation: | Rimini Designations |
|---|---|

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**SIMMONS, Paul 12/01/2011: 167:3 - 167:8**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 172:15 - 173:4**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 173:20 - 174:3**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 177:17 - 178:1**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 178:13 - 178:16**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 178:25 - 179:13**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 182:6 - 182:9**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 183:5 - 183:11**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 187:20 - 187:23**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 188:7 - 189:25**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 190:5 - 190:17**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 191:16 - 191:23**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 193:6 - 193:19**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 194:19 - 194:21**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 195:13 - 196:8**

**Designation:**          **Rimini Designations**

---

**SIMMONS, Paul 12/01/2011: 196:16 - 196:18**

**Oracle v. Rimini  RMNS.154874**
**Designations**

| Designation: | Rimini Designations |
|---|---|

**SIMMONS, Paul 12/01/2011:  198:22 - 200:2**

| Designation: | Rimini Designations |
|---|---|

**SIMMONS, Paul 12/01/2011:  204:3 - 205:15**

| Designation: | Rimini Designations |
|---|---|

**SIMMONS, Paul 12/01/2011:  207:5 - 207:7**

| Designation: | Rimini Designations |
|---|---|

**SIMMONS, Paul 12/01/2011:  207:20 - 208:24**

| Designation: | Rimini Designations |
|---|---|

**SIMMONS, Paul 12/01/2011:  221:14 - 221:17**

| Designation: | Rimini Designations |
|---|---|

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**STRONG, Clark 10/20/2011: 4:13 - 4:20**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 7:19 - 8:11**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 8:22 - 9:7**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 9:19 - 10:2**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 12:2 - 13:1**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 14:22 - 15:9**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 15:21 - 15:25**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 24:17 - 24:25**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 30:24 - 31:2**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 35:6 - 35:14**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 63:9 - 63:15**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 71:2 - 71:25**

Designation:          Rimini Designations

---

**STRONG, Clark 10/20/2011: 72:6 - 73:8**

Designation:          Rimini Designations

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 5:13 - 5:17**

Designation:          Rimini Designations

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 10:16 - 10:23**

Designation:          Rimini Designations

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 11:12 - 11:18**

Designation:          Rimini Designations

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 11:24 - 11:25**

Designation:          Rimini Designations

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 15:9 - 15:17**

Designation:          Rimini Designations

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 32:4 - 32:8**

Designation:          Rimini Designations

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 33:9 - 33:21**

Designation:          Rimini Designations

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 37:11 - 38:2**

Designation:          Rimini Designations

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 46:1 - 46:7**

Designation:          Rimini Designations

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 57:4 - 57:10**

Designation:          Rimini Designations

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 63:13 - 64:8**

Designation:          Rimini Designations

---

**SWANSON, Cort 30(b)(6) 11/28/2011 errata: 65:20 - 66:22**

Designation:          Rimini Designations

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**TAYLOR, Jason  07/20/2011:  5:23 - 6:1**

Designation:              **Rimini Designations**

---

**TAYLOR, Jason  07/20/2011:  7:4 - 7:15**

Designation:              **Rimini Designations**

---

**TAYLOR, Jason  07/20/2011:  36:5 - 36:22**

Designation:              **Rimini Designations**

---

**TAYLOR, Jason  07/20/2011:  97:14 - 98:16**

Designation:              **Rimini Designations**

---

**TAYLOR, Jason  07/20/2011:  99:9 - 99:21**

Designation:              **Rimini Designations**

---

**TAYLOR, Jason  07/20/2011:  129:3 - 131:22**

Designation:              **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**TEWELL, Charlie 30(b)(6) 12/09/2011errat:  7:4 - 7:6**

| Designation: | Rimini Designations |
|---|---|

---

**TEWELL, Charlie 30(b)(6) 12/09/2011errat:  9:24 - 10:9**

| Designation: | Rimini Designations |
|---|---|

---

**TEWELL, Charlie 30(b)(6) 12/09/2011errat:  12:22 - 13:12**

| Designation: | Rimini Designations |
|---|---|

---

**TEWELL, Charlie 30(b)(6) 12/09/2011errat:  13:16 - 14:2**

| Designation: | Rimini Designations |
|---|---|

---

**TEWELL, Charlie 30(b)(6) 12/09/2011errat:  14:12 - 14:21**

| Designation: | Rimini Designations |
|---|---|

---

**TEWELL, Charlie 30(b)(6) 12/09/2011errat:  15:16 - 15:21**

| Designation: | Rimini Designations |
|---|---|

---

**TEWELL, Charlie 30(b)(6) 12/09/2011errat:  22:3 - 22:16**

| Designation: | Rimini Designations |
|---|---|

---

**TEWELL, Charlie 30(b)(6) 12/09/2011errat:  92:3 - 92:23**

| Designation: | Rimini Designations |
|---|---|

---

**TEWELL, Charlie 30(b)(6) 12/09/2011errat:  94:21 - 97:18**

| Designation: | Rimini Designations |
|---|---|

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**WARD, James 11/15/2011: 7:9 - 7:12**

**Designation:**         **Rimini Designations**

---

**WARD, James 11/15/2011: 10:8 - 10:19**

**Designation:**         **Rimini Designations**

---

**WARD, James 11/15/2011: 13:13 - 13:21**

**Designation:**         **Rimini Designations**

---

**WARD, James 11/15/2011: 15:13 - 15:18**

**Designation:**         **Rimini Designations**

---

**WARD, James 11/15/2011: 79:14 - 79:24**

**Designation:**         **Rimini Designations**

---

**Oracle v. Rimini  RMNS.154874**
**Designations**

---

**WOODWARD, Stephen 11/17/2011:  8:14 - 8:18**

Designation:          **Rimini Designations**

---

**WOODWARD, Stephen 11/17/2011:  10:10 - 10:19**

Designation:          **Rimini Designations**

---

**WOODWARD, Stephen 11/17/2011:  12:21 - 13:23**

Designation:          **Rimini Designations**

---

**WOODWARD, Stephen 11/17/2011:  14:17 - 15:11**

Designation:          **Rimini Designations**

---

**WOODWARD, Stephen 11/17/2011:  35:23 - 37:10**

Designation:          **Rimini Designations**

---

**WOODWARD, Stephen 11/17/2011:  46:5 - 46:16**

Designation:          **Rimini Designations**

---