# Appendix D2

| Transcript | RSI Initial Designation Start | RSI Initial Designation End | Oracle Objections to RSI Initial Designations |
|---|---|---|---|
| Allison, Richard | 159:3 | 159:7 | FRE 602 |
| Allison, Richard | 208:4 | 208:13 | FRE 602 |
| Baggett, Brian of Bausch & Lomb | 74:17 | 74:24 | FRE 402 |
| Cummins, Richard | 93:8 | 94:6 | FRE 402, 403 |
| Cummins, Richard | 96:10 | 96:13 | FRE 802 |
| Cummins, Richard | 97:8 | 97:11 | FRE 602; FRE 802 |
| Cummins, Richard | 97:20 | 97:25 | FRE 403; FRE 602; FRE 701; |
| Cummins, Richard | 103:9 | 103:16 | FRE 403, 1002 |
| Cummins, Richard | 103:25 | 104:3 | FRE 403; FRE 602; FRE 701; |
| Cummins, Richard | 104:16 | 104:19 | FRE 802 |
| Cummins, Richard | 106:19 | 107:2 | FRE 403; FRE 602; FRE 802; |
| Cummins, Richard | 108:4 | 108:7 | FRE 403 |
| Cummins, Richard | 108:11 | 108:14 | FRE 403; FRE 602; FRE 802; |
| Cummins, Richard | 108:17 | 108:21 | FRE 403; FRE 602; FRE 802; |
| Cummins, Richard | 109:4 | 109:11 | FRE 403; FRE 802 |
| Cummins, Richard | 109:14 | 109:20 | FRE 802 |
| Cummins, Richard | 110:11 | 110:15 | FRE 403; FRE 802 |
| Cummins, Richard | 111:11 | 112:3 | FRE 403; FRE 602; FRE 802 |
| Cummins, Richard | 112:11 | 112:17 | FRE 802 |
| Cummins, Richard | 118:24 | 119:3 | FRE 802; FRE 1002 |
| Cummins, Richard | 119:21 | 120:3 | FRE 802; FRE 1002 |
| Cummins, Richard | 120:5 | 120:8 | FRE 802 |
| Cummins, Richard | 128:23 | 129:6 | FRE 701; FRE 802; FRE 1002 |
| Cummins, Richard | 129:8 | 129:22 | FRE 403; FRE 802; FRE 1002 |
| Cummins, Richard | 152:10 | 152:25 | FRE 802 |
| Cummins, Richard | 156:7 | 156:19 | FRE 602 |
| Cummins, Richard | 158:15 | 159:13 | FRE 802; FRE 1002 |
| Cummins, Richard | 183:14 | 183:16 | FRE 602 |
| Hintz, John of Hastings Entertainment | 81:14 | 81:24 | FRE 602; FRE 802 |
| Jones, Juan | 52:16 | 53:3 | FRE 602 |
| Jones, Juan | 57:23 | 57:25 | FRE 602; FRE 403 |
| Jones, Juan | 64:2 | 64:5 | FRE 402; FRE 403 |

Oracle Objections to Rimini Designations

| Transcript | RSI Initial Designation Start | RSI Initial Designation End | Oracle Objections to RSI Initial Designations |
|---|---|---|---|
| Jones, Juan | 83:12 | 84:11 | FRE 402; FRE 403 |
| Jones, Juan | 103:12 | 103:23 | FRE 402; FRE 403 |
| Jones, Juan | 104:1 | 104:5 | FRE 402; FRE 403 |
| Jones, Juan | 104:15 | 104:18 | FRE 402; FRE 403 |
| Jones, Juan | 105:4 | 105:13 | FRE 402; FRE 403 |
| Jones, Juan | 106:6 | 106:19 | FRE 402; FRE 403 |
| Minks, Rhonda of Brazoria | 36:2 | 36:14 | FRE 602 |
| O'Brien, Thomas of City of Flint | 72:13 | 73:22 | FRE 803; FRE 805 |
| Paull, Craig of County of Kent | 20:21 | 20:23 | FRE 602 |
| Phillips, Charles | 63:23 | 64:7 | FRE 401; FRE 403 |
| Phillips, Charles | 65:2 | 65:18 | FRE 401; FRE 403; FRE 602 |
| Phillips, Charles | 77:23 | 78:7 | FRE 401; FRE 403; FRE 802; FRE 602; Calls for legal conclusion; PER |
| Phillips, Charles | 79:3 | 80:21 | FRE 401; FRE 403; FRE 802; FRE 602; Calls for legal conclusion; PER. |
| Phillips, Charles | 81:3 | 81:12 | FRE 401; FRE 403; FRE 802; FRE 602; Calls for legal conclusion; PER. |
| Phillips, Charles | 84:11 | 84:18 | FRE 401; FRE 403; PER |
| Phillips, Charles | 92:25 | 93:25 | FRE 802; FRE 602. |
| Phillips, Charles | 97:2 | 97:25 | FRE 802; FRE 602. |
| Phillips, Charles | 131:15 | 132:25 | FRE 401; FRE 403; FRE 802; FRE 1002 |
| Phillips, Charles | 153:5 | 153:19 | FRE 401; FRE 403; FRE 802; FRE 602; Calls for legal conclusion; PER. |
| Ransom, Buffy | 121:6 | 121:25 | FRE 402; FRE 403; FRE 602; FR |
| Shepard, Barbara of BCBCKC | 54:14 | 55:20 | FRE 602 |
| Shepard, Barbara of BCBCKC | 56:4 | 56:7 | FRE 602 |

| Transcript | RSI Initial Designation Start | RSI Initial Designation End | Oracle Objections to RSI Initial Designations |
|---|---|---|---|
| Simmons, Paul of CedarCrestone | 24:16 | 25:6 | FRE 402; FRE 403; FRE 602; FRE 702; PER |
| Simmons, Paul of CedarCrestone | 33:9 | 34:8 | FRE 402; FRE 403; PER |
| Simmons, Paul of CedarCrestone | 53:17 | 54:18 | FRE 402; FRE 403; FRE 602; FRE702; PER |
| Simmons, Paul of CedarCrestone | 68:16 | 68:19 | FRE 402; FRE 403; FRE 602; PER |
| Simmons, Paul of CedarCrestone | 70:13 | 70:16 | FRE 402; FRE 403; PER |
| Simmons, Paul of CedarCrestone | 71:18 | 71:25 | FRE 402; FRE 403; PER |
| Simmons, Paul of CedarCrestone | 82:19 | 83:4 | FRE 402; FRE 403; PER |
| Simmons, Paul of CedarCrestone | 95:19 | 95:22 | FRE 402; FRE 403; PER |
| Simmons, Paul of CedarCrestone | 119:19 | 120:25 | FRE 402; FRE 403; FRE 602; FRE 702; PER |
| Simmons, Paul of CedarCrestone | 121:11 | 122:2 | FRE 402; FRE 403; FRE 602; FRE 702; PER |
| Simmons, Paul of CedarCrestone | 165:20 | 166:16 | FRE 402; FRE 403; PER |
| Simmons, Paul of CedarCrestone | 167:3 | 167:8 | FRE 402; FRE 403; PER |
| Simmons, Paul of CedarCrestone | 172:15 | 173:4 | FRE 402; FRE 403; PER |
| Simmons, Paul of CedarCrestone | 173:20 | 174:3 | FRE 402; FRE 403; PER |
| Simmons, Paul of CedarCrestone | 177:17 | 178:1 | FRE 402; FRE 403 |
| Simmons, Paul of CedarCrestone | 178:13 | 178:16 | FRE 402; FRE 403 |
| Simmons, Paul of CedarCrestone | 178:25 | 179:13 | FRE 402; FRE 403; FRE 802 |
| Simmons, Paul of CedarCrestone | 187:20 | 187:23 | FRE 402; FRE 403 |
| Simmons, Paul of CedarCrestone | 188:7 | 189:25 | FRE 402; FRE 403; FRE 803; FRE 602; FRE 702; PER |
| Simmons, Paul of CedarCrestone | 190:5 | 190:17 | FRE 402; FRE 403; FRE 803; FRE 602; FRE 702; PER |
| Simmons, Paul of CedarCrestone | 191:16 | 191:23 | FRE 402; FRE 403; FRE 803; FRE 602; FRE 702; PER |
| Simmons, Paul of CedarCrestone | 193:6 | 193:19 | FRE 402; FRE 403; FRE 803; FRE 602; FRE 702; PER |
| Simmons, Paul of CedarCrestone | 194:19 | 194:21 | FRE 402; FRE 403 |

| Transcript | RSI Initial Designation Start | RSI Initial Designation End | Oracle Objections to RSI Initial Designations |
|---|---|---|---|
| Simmons, Paul of CedarCrestone | 195:13 | 196:8 | FRE 402; FRE 403 |
| Simmons, Paul of CedarCrestone | 196:16 | 196:18 | FRE 402; FRE 403 |
| Simmons, Paul of CedarCrestone | 198:22 | 200:2 | FRE 402; FRE 403; FRE 803; FRE 602; FRE 702; PER |
| Simmons, Paul of CedarCrestone | 204:3 | 205:15 | FRE 402; FRE 403; FRE 803; FRE 602; FRE 702; PER |
| Simmons, Paul of CedarCrestone | 207:5 | 207:7 | FRE 402; FRE 403; PER |
| Simmons, Paul of CedarCrestone | 207:20 | 208:24 | FRE 402; FRE 403; PER |
| Simmons, Paul of CedarCrestone | 221:14 | 221:17 | FRE 402; FRE 403; PER |
| Strong, Clark of Birdville | 8:22 | 9:7 | FRE 602 |
| Strong, Clark of Birdville | 9:19 | 10:2 | FRE 802; FRE 805; FRE 1002 |
| Strong, Clark of Birdville | 30:24 | 31:2 | FRE 602 |
| Strong, Clark of Birdville | 35:6 | 35:14 | FRE 802; FRE 1002 |
| Strong, Clark of Birdville | 71:2 | 71:25 | FRE 802 |
| Strong, Clark of Birdville | 72:6 | 73:8 | FRE 802 |
| Swanson, Cort of AGCO | 32:4 | 32:8 | FRE 602; non responsive |
| Taylor, Jason | 129:3 | 131:22 | FRE 403; FRE 701; FRE 802; FRE 1002 |
| Tewell, Charles of YUM Brands | 94:21 | 97:18 | FRE 802 |
| Ward, James of Wendy's | 79:14 | 79:24 | FRE 602 |
| Woodward, Stephen of Pitney Bowes | 35:23 | 37:10 | FRE 602 |

Oracle Counter Designations

| Name | Date | Page Start | Line Start | Page End | Line End |
|---|---|---|---|---|---|
| Baggett, Brian of Bausch & Lomb | 11/10/2011 | 34 | 7 | 34 | 10 |
| Cabada, Kim of CKE Restaurants | 11/3/2011 | 53 | 6 | 54 | 5 |
| Catz, Safra | 12/14/2011 | 11 | 15 | 11 | 21 |
| Catz, Safra | 12/14/2011 | 12 | 7 | 12 | 10 |
| Cummins, Richard | 7/13/2011 | 98 | 1 | 98 | 14 |
| Cummins, Richard | 7/13/2011 | 103 | 17 | 103 | 22 |
| Cummins, Richard | 7/13/2011 | 104 | 20 | 104 | 21 |
| Cummins, Richard | 7/13/2011 | 108 | 8 | 108 | 10 |
| Cummins, Richard | 7/13/2011 | 108 | 15 | 108 | 16 |
| Cummins, Richard | 7/13/2011 | 109 | 21 | 109 | 21 |
| Cummins, Richard | 7/13/2011 | 110 | 7 | 110 | 10 |
| Cummins, Richard | 7/13/2011 | 110 | 21 | 111 | 10 |
| Cummins, Richard | 7/13/2011 | 112 | 4 | 112 | 4 |
| Cummins, Richard | 7/13/2011 | 112 | 10 | 112 | 10 |
| Cummins, Richard | 7/13/2011 | 112 | 25 | 113 | 9 |
| Cummins, Richard | 7/13/2011 | 118 | 10 | 118 | 23 |
| Cummins, Richard | 7/13/2011 | 120 | 4 | 120 | 4 |
| Cummins, Richard | 7/13/2011 | 120 | 9 | 120 | 12 |
| Cummins, Richard | 7/13/2011 | 122 | 5 | 123 | 21 |
| Cummins, Richard | 7/13/2011 | 129 | 7 | 129 | 7 |
| Cummins, Richard | 7/13/2011 | 153 | 11 | 153 | 24 |
| Cummins, Richard | 7/13/2011 | 156 | 20 | 157 | 5 |
| Cummins, Richard | 7/13/2011 | 161 | 7 | 161 | 18 |
| Cummins, Richard | 7/13/2011 | 182 | 25 | 183 | 1 |
| Cummins, Richard | 7/13/2011 | 183 | 13 | 183 | 13 |
| Cummins, Richard | 7/13/2011 | 183 | 23 | 184 | 3 |
| Cummins, Richard | 7/13/2011 | 196 | 10 | 196 | 11 |
| Cummins, Richard | 7/13/2011 | 196 | 13 | 196 | 13 |
| Cummins, Richard | 7/13/2011 | 197 | 9 | 197 | 21 |
| Cummins, Richard | 7/13/2011 | 207 | 17 | 207 | 25 |
| Cummins, Richard | 7/13/2011 | 212 | 16 | 213 | 7 |
| Dorvee, James of Sunrise Medical | 12/1/2011 | 18 | 22 | 18 | 24 |
| Dorvee, James of Sunrise Medical | 12/1/2011 | 70 | 13 | 70 | 18 |

Oracle Counter Designations

| Name | Date | Page Start | Line Start | Page End | Line End |
|---|---|---|---|---|---|
| Henslee, Robbin | 8/24/2011 | 110 | 22 | 110 | 24 |
| Hintz, John of Hastings Entertainment | 11/30/2011 | 82 | 4 | 82 | 9 |
| Jones, Juan | 1/5/2012 | 13 | 17 | 14 | 6 |
| Jones, Juan | 1/5/2012 | 14 | 21 | 15 | 11 |
| Jones, Juan | 1/5/2012 | 34 | 6 | 34 | 18 |
| Jones, Juan | 1/5/2012 | 58 | 15 | 59 | 5 |
| Jones, Juan | 1/5/2012 | 61 | 1 | 61 | 12 |
| Jones, Juan | 1/5/2012 | 61 | 18 | 62 | 1 |
| Jones, Juan | 1/5/2012 | 62 | 5 | 62 | 9 |
| Jones, Juan | 1/5/2012 | 64 | 6 | 65 | 6 |
| Jones, Juan | 1/5/2012 | 75 | 16 | 75 | 21 |
| Jones, Juan | 1/5/2012 | 104 | 19 | 105 | 3 |
| Jones, Juan | 1/5/2012 | 106 | 24 | 107 | 17 |
| Jones, Juan | 1/5/2012 | 107 | 18 | 108 | 25 |
| Minks, Rhonda of Brazoria | 12/19/2011 | 65 | 22 | 66 | 4 |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 52 | 4 | 53 | 2 |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 53 | 7 | 53 | 12 |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 53 | 25 | 54 | 3 |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 67 | 4 | 67 | 7 |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 74 | 15 | 74 | 24 |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 75 | 17 | 76 | 8 |
| Paull, Craig of County of Kent | 11/1/2011 | 63 | 4 | 63 | 8 |
| Phillips, Charles | 12/9/2011 | 60 | 16 | 61 | 9 |
| Phillips, Charles | 12/9/2011 | 62 | 14 | 62 | 21 |
| Phillips, Charles | 12/9/2011 | 81 | 13 | 83 | 10 |
| Phillips, Charles | 12/9/2011 | 83 | 21 | 84 | 10 |
| Phillips, Charles | 12/9/2011 | 96 | 22 | 97 | 1 |
| Phillips, Charles | 12/9/2011 | 153 | 20 | 153 | 21 |
| Ransom, Buffy | 4/21/2011 | 13 | 12 | 13 | 22 |
| Ransom, Buffy | 4/21/2011 | 123 | 16 | 123 | 25 |
| Shepard, Barbara  of BCBCKC | 11/1/2011 | 55 | 21 | 56 | 3 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 21 | 23 | 22 | 6 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 32 | 9 | 33 | 1 |

Oracle Counter Designations

| Name | Date | Page Start | Line Start | Page End | Line End |
|---|---|---|---|---|---|
| Simmons, Paul of CedarCrestone | 12/1/2011 | 52 | 4 | 52 | 9 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 54 | 19 | 54 | 21 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 55 | 15 | 56 | 24 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 60 | 12 | 61 | 19 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 62 | 1 | 63 | 13 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 95 | 23 | 96 | 2 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 98 | 2 | 99 | 5 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 121 | 1 | 121 | 8 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 121 | 23 | 122 | 5 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 179 | 19 | 180 | 4 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 180 | 24 | 181 | 11 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 182 | 10 | 182 | 17 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 203 | 20 | 204 | 2 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 227 | 9 | 227 | 25 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 231 | 4 | 231 | 23 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 238 | 3 | 238 | 12 |
| Strong, Clark of Birdville | 10/20/2011 | 9 | 8 | 9 | 18 |
| Strong, Clark of Birdville | 10/20/2011 | 10 | 3 | 10 | 7 |
| Strong, Clark of Birdville | 10/20/2011 | 10 | 3 | 11 | 1 |
| Strong, Clark of Birdville | 10/20/2011 | 15 | 10 | 15 | 20 |
| Strong, Clark of Birdville | 10/20/2011 | 16 | 1 | 16 | 5 |
| Strong, Clark of Birdville | 10/20/2011 | 35 | 15 | 35 | 22 |
| Strong, Clark of Birdville | 10/20/2011 | 76 | 2 | 77 | 9 |
| Swanson, Cort of AGCO | 11/28/2011 | 32 | 11 | 32 | 15 |
| Swanson, Cort of AGCO | 11/28/2011 | 34 | 3 | 35 | 16 |
| Swanson, Cort of AGCO | 11/28/2011 | 35 | 17 | 35 | 24 |
| Swanson, Cort of AGCO | 11/28/2011 | 36 | 23 | 37 | 10 |
| Swanson, Cort of AGCO | 11/28/2011 | 38 | 3 | 38 | 12 |
| Swanson, Cort of AGCO | 11/28/2011 | 38 | 16 | 38 | 23 |
| Swanson, Cort of AGCO | 11/28/2011 | 46 | 14 | 46 | 17 |
| Swanson, Cort of AGCO | 11/28/2011 | 58 | 21 | 59 | 14 |
| Taylor, Jason | 7/20/2011 | 8 | 6 | 8 | 9 |
| Taylor, Jason | 7/20/2011 | 98 | 17 | 99 | 1 |

Oracle Counter Designations

| Name | Date | Page Start | Line Start | Page End | Line End |
|---|---|---|---|---|---|
| Taylor, Jason | 7/20/2011 | 131 | 23 | 131 | 25 |
| Tewell, Charles of YUM Brands | 12/9/2011 | 14 | 3 | 14 | 11 |
| Tewell, Charles of YUM Brands | 12/9/2011 | 65 | 2 | 65 | 7 |
| Tewell, Charles of YUM Brands | 12/9/2011 | 92 | 24 | 93 | 12 |
| Tewell, Charles of YUM Brands | 12/9/2011 | 93 | 15 | 94 | 5 |
| Ward, James of Wendy's | 11/15/2011 | 10 | 20 | 10 | 22 |
| Ward, James of Wendy's | 11/15/2011 | 79 | 10 | 79 | 13 |
| Woodward, Stephen of Pitney Bowes | 11/17/2011 | 15 | 12 | 16 | 7 |
| Woodward, Stephen of Pitney Bowes | 11/17/2011 | 46 | 18 | 46 | 24 |