# Appendix D4

Oracle Objections to Rimini Counter-Counter-Designations

| Name | Date | Page Start | Line Start | Page End | Line End | Objections | Rimini Counter-Counter Designations | Oracle Objections to Rimini Counter-Counter Designations |
|---|---|---|---|---|---|---|---|---|
| Cabada, Kim of CKE Restaurants | 11/3/2011 | 53 | 6 | 54 | 5 | | 54:6-12 | |
| Cummins, Richard | 7/13/2011 | 122 | 5 | 123 | 21 | | 123:22 - 124:5 | |
| Cummins, Richard | 7/13/2011 | 156 | 20 | 157 | 5 | | 157:6 - 23 | FRE 403; FRE 602; FRE 802 |
| Cummins, Richard | 7/13/2011 | 212 | 16 | 213 | 7 | | 213:14 - 23 | FRE 403; FRE 602 |
| Dorvee, James of Sunrise Medical | 12/1/2011 | 70 | 13 | 70 | 18 | | 70:19 - 22 | FRE 402; FRE 403; FRE 106 |
| Jones, Juan | 1/5/2012 | 14 | 21 | 15 | 11 | | 15:12 - 16:5 | |
| O'Brien, Thomas of City of Flint | 11/7/2011 | 53 | 7 | 53 | 12 | | 53:17 - 24 | |
| Ransom, Buffy | 4/21/2011 | 123 | 16 | 123 | 25 | | 124:1-4 | |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 55 | 15 | 56 | 24 | FRE 106, 602, 701 | 57:23 - 58:18 | FRE 402; FRE 403; FRE 602 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 60 | 12 | 61 | 19 | FRE 106, 602, 701 | 57:23 - 58:18 | FRE 402; FRE 403; FRE 602 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 62 | 1 | 63 | 13 | FRE 106, 602, 701 | 57:23 - 58:18 | FRE 402; FRE 403; FRE 602 |
| Simmons, Paul of CedarCrestone | 12/1/2011 | 179 | 19 | 180 | 4 | FRE 602 | 180:6-14 | FRE 402; FRE 403; FRE 106 |
| Swanson, Cort of AGCO | 11/28/2011 | 32 | 11 | 32 | 15 | | 32:19-24 | |
| Swanson, Cort of AGCO | 11/28/2011 | 35 | 17 | 35 | 24 | FRE 602; 802 | 35:25 - 36:5; 36:13-19 | FRE 602 |
| Swanson, Cort of AGCO | 11/28/2011 | 38 | 3 | 38 | 12 | | 38:13-15 | FRE 402; FRE 403 |
| Swanson, Cort of AGCO | 11/28/2011 | 38 | 16 | 38 | 23 | | 38:24 - 39:16 | FRE 602 |