**Oracle v. Rimini Street, Case No. 2:10-cv-0106-LRH-PAL**
**Appendix E:  Oracle's Witness List**

| Witness | Affiliation | Address |
|---|---|---|
| Norm Ackerman | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Rich Allison | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Paco Aubrejuan | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Safra Catz | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Rick Cummins | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Randy Davis | Oracle-Expert | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Elizabeth Dean | Oracle-Expert | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Richard Foster | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Robbin Henslee | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Christian Hicks | Oracle-Expert | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Kate Johnson | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Dan Levy | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| John Marandola | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Gary Miller | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Buffy Ransom | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Dave Renshaw | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Edward Screven | Oracle | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Ed Yourdon | Oracle-Expert | c/o Bingham McCutchen, Three Embarcadero Center, San Francisco, CA  94111 |
| Jeff Allen | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Doug Baron | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Jim Benge | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Dennis Chiu | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| J.R. Corpuz | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Tim Conley | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Michael Davichick | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Joseph Dones | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |

**Oracle v. Rimini Street, Case No. 2:10-cv-0106-LRH-PAL**
**Appendix E:  Oracle's Witness List**

| Witness | Affiliation | Address |
|---|---|---|
| Ray Grigsby | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Alecia Holmes | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Manjula Hosalli | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Beth Lester | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| George Lester | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Kevin Maddock | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| David Radtke | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Seth Ravin | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Brian Slepko | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Susan Tahtaras | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| John Whittenbarger | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Krista Williams | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Doug Zorn | Rimini | c/o Shook, Hardy & Bacon LLP, 2555 Grand Blvd., Kansas City, MO  64108 |
| Brian Baggett of Bausch & Lomb | Third-Party | Bausch & Lomb, Inc. One Bausch & Lomb Place, Rochester, NY 14604 |
| Tracy Black of JB Hunt | Third-Party | JB Hunt Transport, Inc., 615 JB Hunt Corporate Drive, P.O. Box 598, Lowell, AR 72745 |
| Kim Cabada of CKE Restaurants | Third-Party | CKE Restaurants, Inc., 6307 Carpinteria Avenue, Suite A, Carpinteria, CA 93013 |
| Graham Carter, SonicWALL | Third-Party | SonicWall, 2001 Logic Drive, San Jose, CA 95123 |
| James Dorvee of Sunrise Medical | Third-Party | Sunrise Medical, Inc., 6899 Winchester Circle, Suite 200, Boulder, CO 80503 |
| Ronald Higa of JALPAK | Third-Party | JALPAK International, 1201 West 190th St., Gardena, CA 90248 |
| John Hintz of Hastings Entertainment | Third-Party | Hastings Entertainment, Inc., 3601 Plains Blvd., Unit 1, Amarillo, TX 79102-1019 |
| William Leake, Leads Customer Growth (LCG) | Third-Party | Leads Customer Growth, 9430 Research Blvd. Echelon IV, Suite 200, Austin, TX 78759 |
| Rhonda Minks of Brazoria County | Third-Party | Brazoria County, 111 E. Locust, Suite 408A, Angelton, Texas 77515 |
| JP Moore of Koch Business Solutions | Third-Party | Koch Business SOlutions, 4111 East 37th Street North, Witchita, KS  67220 |
| Robin Murray of Adams Street Partners | Third-Party | Adams Street Partners, Inc., 2500 Sand Hill Road, Suite 100, Menlo Park, CA 94025 |
| Thomas O'Brien of City of Flint | Third-Party | City of Flint, City Hall, 1101 S. Saginaw St., Flint, MI 48502 |
| Craig Paull of County of Kent | Third-Party | County of Kent, 300 Monroe Ave NW, Grand Rapids, MI 49503 |

**Oracle v. Rimini Street, Case No. 2:10-cv-0106-LRH-PAL**
**Appendix E:  Oracle's Witness List**

| Witness | Affiliation | Address |
|---|---|---|
| Barbara Shepard of BCBS KC | Third-Party | Blue Cross and Blue Shield of Kansas City, One Pershing Square, 2301 Main St., Kansas City, MO 64108 |
| Clark Strong, Birdville | Third-Party | Birdville Independent School District, 6125 East Belknap, Haltom City, TX 76117 |
| Cort Swanson of AGCO | Third-Party | AGCO Corporation, 4205 River Green Parkway, Duluth, GA 30096-2563 |
| Charles Tewell of Yum Restaurants | Third-Party | Yum Restaurant Services Group, c/o CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40213 |
| James Ward of Wendy's | Third-Party | Wendy's International, Inc., One Dave Thomas Boulevard, P.O. Box 256, Dublin, OH, 43017 |
| Stephen Woodward of Pitney Bowes | Third-Party | Pitney Bowes, One Elmcroft Road, Stamford, CT 06902 |