# Appendix F

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 3400<br>Houston, Texas  77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br><br><br><br>*Attorneys for Defendants*<br>*Rimini Street, Inc., and Seth Ravin* | GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>LEWIS ROCA ROTHGERBER LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRRLaw.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANTS RIMINI STREET INC. AND SETH RAVIN'S PRELIMINARY TRIAL WITNESS LIST** |

1  Defendants Rimini Street, Inc. and Seth Ravin ("Defendants'") hereby submit their
2  preliminary trial witness list that contains those witnesses that may be offered either live or by
3  deposition in Defendants' case. This list is limited to the issues currently identified in this case based
4  on the parties' stipulations and the Court's orders. Defendants reserve the right to add or remove
5  witnesses in light of ongoing efforts to streamline trial and the Court's further rulings. Several
6  witnesses are listed solely for foundational purposes. Should the Court rule on, or Oracle Stipulate
7  to, the admissibility of certain evidence prior to trial, Defendants' witness list may be further
8  narrowed.

| Name | Address |
|---|---|
| Allison, Richard | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| Baggett, Brian | Bausch & Lomb, Inc., One Bausch & Lomb Place, Rochester, NY 14604 |
| Benge, Jim | Rimini Street, Inc., 6601 Koll Center Pkwy., Suite 300 Pleasanton, CA 94566 |
| Black, Tracy | JB Hunt Transport, Inc., 615 J.B. Hunt Corporate Drive, P.O. Box 598, Lowell, AR 72745 |
| Cabada, Kim | CKE Restaurants, Inc., 6307 Carpinteria Avenue, Suite A, Carpinteria, CA 93013. |
| Carter, Graham | Sonicwall, 2001 Logic Drive, San Jose, CA 95124 |
| Catz, Safra | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| Cummins, Richard | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| David Renshaw | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| Dorvee, James H. | Sunrise Medical, Inc., 6899 Winchester Circle, Suite 200, Boulder, CO 80503 |
| Fitzpatrick, Sean | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| Foster, Richard | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| Hampton, Scott | Hampton IP & Economic Consultants, LLC, 500 North Market Place Drive, Suite 200, Centerville, UT 84014 |
| Henslee, Robbin | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| Higa, Ronald | JALPAK International America, Inc., 1201 West 190th |

| | |
|---|---|
| | St., Gardena, CA 90248 |
| Hilliard, Brooks | Business Automation Associates Inc., 11811 North Tatum Boulevard, Suite 3031-113, Phoenix, AZ 85028-1632 |
| Hintz, John Raymond | Hastings Entertainment, Inc., 3601 Plains Blvd., Unit 1, Amarillo, TX 79102-1019 |
| Jones, Juan | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| Klausner, David | 218 Sylvan Way, redwood City, CA 94062 |
| Lester, Beth | Rimini Street, Inc., 6601 Koll Center Pkwy., Suite 300 Pleasanton, CA 94566 |
| Lester, George | Rimini Street, Inc., 6601 Koll Center Pkwy., Suite 300 Pleasanton, CA 94566 |
| Maddock, Kevin | Rimini Street, Inc., 6601 Koll Center Pkwy., Suite 300 Pleasanton, CA 94566 |
| Marandola, John | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| Minks, Rhonda | Brazoria County, 111 E. Locust, Suite 408A, Angelton, Texas 77515 |
| Moore, J.P. | Koch Business Solutions, LP, 4111 East 37th Street North, Wichita, KS 67220 |
| Murray, Robin | Adams Street Partners, 2500 Sand Hill Rd # 100, Menlo Park, CA 94025 |
| O'Brien, Thomas | City of Flint, City Hall, 1101 S. Saginaw St., Flint, MI 48502 |
| Paull, Craig | County of Kent, 300 Monroe Ave NW, Grand Rapids, MI 49503 |
| Phillips, Charles | Infor, 641 Avenue of the Americas New York, NY 10011 |
| Radtke, David | Rimini Street, Inc., 6601 Koll Center Pkwy., Suite 300 Pleasanton, CA 94566 |
| Ransom, Buffy | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| Ravin, Seth | Rimini Street, Inc., 6601 Koll Center Pkwy., Suite 300 Pleasanton, CA 94566 |
| Reynolds, Rachael | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| Salaets, Steven | Rimini Street, Inc., 6601 Koll Center Pkwy., Suite 300 Pleasanton, CA 94566 |
| Shepard, Barbara | Blue Cross and Blue Shield of Kansas City, One Pershing Square, 2301 Main St., Kansas City, MO 64108 |
| Simmons, Paul | CedarCrestone Inc., 1255 Alderman Drive Alpharetta, Georgia |
| Slepko, Brian | Rimini Street, Inc., 6601 Koll Center Pkwy., Suite 300 Pleasanton, CA 94566 |

DEFENDANTS RIMINI STREET INC. AND SETH RAVIN'S PRELIMINARY TRIAL EXHIBIT LIST
248318 v1

| | |
|---|---|
| Strong, Clark | Birdville Independent School District, 6125 East Belknap, Haltom City, TX 76117 |
| Swanson, Cort | AGCO Corporation, 4205 River Green Parkway, Duluth, GA 30096-2563 |
| Tahtaras, Susan | Rimini Street, Inc., 6601 Koll Center Pkwy., Suite 300 Pleasanton, CA 94566 |
| Taylor, Jason | Oracle Corporation 500 Oracle Parkway Redwood Shores, CA 94065 |
| Tewell, Charles | Yum Restaurant Services Group, Inc., c/o CT Corporation System, 306 W. Main Street, Suite 512, Frankfort, KY 40213 |
| Ward, James | Wendy's International, Inc., One Dave Thomas Boulevard, P.O. Box 256, Dublin, OH, 43017 |
| Williams, Krista | Rimini Street, Inc., 6601 Koll Center Pkwy., Suite 300 Pleasanton, CA 94566 |
| Woodward, Stephen | Pitney Bowes, One Elmcroft Road, Stamford, CT 06902 |
| Zorn, Douglas | Rimini Street, Inc., 6601 Koll Center Pkwy., Suite 300 Pleasanton, CA 94566 |

Defendants reserve the right to call in their case-in-chief, any witness listed by Plaintiffs.