| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>GEOFFREY M. HOWARD *(pro hac vice)* |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | THOMAS S. HIXSON *(pro hac vice)*<br>KRISTEN A. PALUMBO *(pro hac vice)* |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Three Embarcadero Center<br>San Francisco, CA  94111-4067 |
| 4 | rpocker@bsfllp.com | Telephone:  415.393.2000<br>Facsimile:  415.393.2286 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN *(pro hac vice)* | geoff.howard@morganlewis.com<br>thomas.hixson@morganlewis.com |
| 6 | KIERAN P. RINGGENBERG *(pro hac vice)*<br>1999 Harrison Street, Suite 900 | kristen.palumbo@morganlewis.com |
| 7 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | DORIAN DALEY *(pro hac vice)* |
| 8 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | DEBORAH K. MILLER *(pro hac vice)*<br>JAMES C. MAROULIS *(pro hac vice)* |
| 9 | kringgenberg@bsfllp.com | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 10 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc. and Oracle International | Redwood City, CA 94070<br>Telephone:  650.506.4846 |
| 11 | Corp. | Facsimile:  650.506.7114<br>dorian.daley@oracle.com |
| 12 | | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 17 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No  2:10-cv-00106-LRH-PAL |
| 18 | corporation; and ORACLE<br>INTERNATIONAL CORPORATION, a | **NOTICE OF CHANGE OF FIRM NAME** |
| 19 | California corporation, | |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | RIMINI STREET, INC., a Nevada<br>corporation; SETH RAVIN, an individual, | |
| 23 | Defendants. | |

NOTICE OF CHANGE OF FIRM NAME

1  **NOTICE OF CHANGE OF FIRM NAME**

2  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

3  NOTICE IS HEREBY GIVEN that Bingham McCutchen LLP and Morgan, Lewis &

4  Bockius LLP combined effective November 24, 2014.  The name of the firm is Morgan, Lewis

5  & Bockius LLP. Please make the appropriate changes to your service list to reflect the following

6  new information:

Geoffrey M. Howard
Thomas S. Hixson
Kristen A. Palumbo
MORGAN, LEWIS & BOCKIUS LLP
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
Email: geoff.howard@morganlewis.com
Email: thomas.hixson@morganlewis.com
Email: kristen.palumbo@morganlewis.com

All pleadings, papers, notices and other documents filed or served in this matter should be sent to the recipients at the above address.

DATED:  November 24, 2014                    MORGAN, LEWIS & BOCKIUS LLP


By:      /s/ Thomas S. Hixson
            Thomas S. Hixson
Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

1
NOTICE OF CHANGE OF FIRM NAME