UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| ORACLE USA, INC.; *et al.*, | ) | 2:10-CV-00106-LRH-PAL |
| Plaintiffs, | ) | |
| v. | ) | MINUTE ORDER |
| RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, | ) | January 8, 2015 |
| Defendants. | ) | |

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

Before the court is Defendant Rimini Street Inc.'s Motion for Leave to File Under Seal Portions of the Joint Pretrial Order and Exhibits B-G to the same (#522)[1]. Pursuant to the filed Protective Order (doc. #55) and Good Cause Appearing,

IT IS HEREBY ORDERED that Defendant Rimini Street Inc.'s Motion for Leave to File Under Seal Portions of the Joint Pretrial Order and Exhibits B-G to the same (#522) is GRANTED.

IT IS FURTHER ORDERED that the parties proposed joint pretrial order is accepted by the court as filed by the parties and that Deputy Clerk Dionna Negrete shall file same –without including exhibits– in two versions, one sealed and one redacted. Upon filing these documents, the Deputy Clerk shall request that the Clerk of the Court manually serve the sealed document only on counsel Geoffrey M. Howard for the plaintiffs and Peter E. Strand for the defendants.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:          /s/
             Deputy Clerk

---

[1] Refers to court's docket number.