UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC. a Colorado corporation; and ORACLE AMERICA, INC., a Delaware corporation; and ORACEL INTERNATIONAL, a California corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>    Defendants. | CASE NO. 2:10-cv-106-LRH-PAL |

This case is currently scheduled for Jury Trial on the calendar of September 14, 2015.

IT IS ORDERED that this case is referred to The Honorable Peggy A. Leen for the purpose of conducting a settlement conference.

DATED this  8th  day of January, 2015.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE