| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN *(pro hac vice)*<br>KIERAN P. RINGGENBERG *(pro hac vice)*<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON *(pro hac vice)*<br>KRISTEN A. PALUMBO *(pro hac vice)*<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000<br>Facsimile:  415.393.2286<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY *(pro hac vice)*<br>DEBORAH K. MILLER *(pro hac vice)*<br>JAMES C. MAROULIS *(pro hac vice)*<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　　Defendant. | Case No  2:10-cv-00106-LRH-PAL<br><br>**NOTICE OF CHANGE OF COUNSEL** |

NOTICE OF CHANGE OF COUNSEL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that effective immediately Geoffrey M. Howard should be removed from the email notification list as he is no longer counsel of record in this matter.

Mr. Howard is no longer affiliated with the law firm of Morgan & Lewis & Bockius, LLP, whose attorneys continue to represent plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation ("Oracle") in this action.

DATED: January 19, 2015                MORGAN, LEWIS & BOCKIUS LLP


By:      /s/ Thomas S. Hixson
         Thomas S. Hixson
         Attorneys for Plaintiffs
         Oracle America, Inc. and
         Oracle International Corporation

IT IS SO ORDERED this 21st day of January, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

NOTICE OF CHANGE OF COUNSEL