| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN *(pro hac vice)*<br>KIERAN P. RINGGENBERG *(pro hac vice)*<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON *(pro hac vice)*<br>KRISTEN A. PALUMBO *(pro hac vice)*<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY *(pro hac vice)*<br>DEBORAH K. MILLER *(pro hac vice)*<br>JAMES C. MAROULIS *(pro hac vice)*<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>    Defendant. | Case No  2:10-cv-00106-LRH-PAL<br><br>**NOTICE OF CHANGE OF COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that effective immediately Gabrielle Hann should be removed from the email notification list as she is no longer counsel of record in this matter. Ms. Hann is not affiliated with the law firm of Morgan, Lewis & Bockius LLP, whose attorneys continue to represent plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation ("Oracle") in this action.

DATED: February 26, 2015                    MORGAN, LEWIS & BOCKIUS LLP


                                            By:          /s/ Thomas S. Hixson
                                                     Thomas S. Hixson
                                                     Attorneys for Plaintiffs
                                                     Oracle USA, Inc.,
                                                     Oracle America, Inc. and
                                                     Oracle International Corporation

NOTICE OF CHANGE OF COUNSEL