# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation, et al.,

   Plaintiff(s),

vs.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

   Defendant(s).

Case # 2:10-CV-00106-LRH-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Nitin Jindal_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

  Morgan, Lewis & Bockius LLP
  (firm name)

with offices at _____Three Embarcadero Center_____,
      (street address)

__San Francisco__, __California__, __94111__,
(city)    (state)    (zip code)

__(415) 393-2000__, __nitin.jindal@morganlewis.com__.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Oracle USA, Inc. and Oracle International Corp.__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since **December 1, 2008** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **California** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| The Supreme Court of the State of California | December 1, 2008 | 257850 |
| U.S. Court of Appeals for the Ninth Circuit | December 18, 2008 | 257850 |
| U.S. District Court, Northern District of California | December 1, 2008 | 257850 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

Rev. 1/15

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)
Bar Association of California (257850)
Bar Association of San Francisco (190329)
South Asian Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 2/17/2015 | Rimini Street v. Oracle No. 2:14-CV-01699 | District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __California__ )
COUNTY OF __San Francisco__ )

__Nitin Jindal__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__25th__ day of __February__, __2015__

_____
Notary Public or Clerk of Court

DONNA M. GILLILAND
COMM. #2017502
NOTARY PUBLIC-CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires May 1, 2017

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Richard J. Pocker__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Boies, Schiller & Flexner, LLP, 300 South Fourth Street, Suite 800__,
(street address)

__Las Vegas__, __Nevada__, __89101__,
(city)         (state)         (zip code)

__(702) 382-7300__, __rpocker@bsfllp.com__.
(area code + telephone number)   (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Richard J. Pocker_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

James C. Maroulis, Managing Counsel, Oracle
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

3568                    rpocker@bsfllp.com
Bar number              Email address

APPROVED:
DATED this 27th of February, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Rev. 1/15

5



# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *NITIN JINDAL*

I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that NITIN JINDAL, #257850, was on the 1st day of December, 2008, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 30th day of January, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: J. Hunter, Senior Deputy Clerk