BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN *(pro hac vice)*
KIERAN P. RINGGENBERG *(pro hac vice)*
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON *(pro hac vice)*
KRISTEN A. PALUMBO *(pro hac vice)*
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY *(pro hac vice)*
DEBORAH K. MILLER *(pro hac vice)*
JAMES C. MAROULIS *(pro hac vice)*
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　Defendant. | Case No  2:10-cv-00106-LRH-PAL<br><br>**NOTICE OF CHANGE OF COUNSEL** |

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2    PLEASE TAKE NOTICE that effective immediately Gabrielle Hann should be removed from the email notification list as she is no longer counsel of record in this matter.  Ms. Hann is not affiliated with the law firm of Morgan, Lewis & Bockius LLP, whose attorneys continue to represent plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation ("Oracle") in this action.

DATED: February 26, 2015           MORGAN, LEWIS & BOCKIUS LLP


                                  By:    /s/ Thomas S. Hixson
                                         Thomas S. Hixson
                                         Attorneys for Plaintiffs
                                         Oracle USA, Inc.,
                                         Oracle America, Inc. and
                                         Oracle International Corporation


    IT IS ORDERED that the clerk of court shall remove Gabrielle Hann's name from the CMECF email notification list.

    DATED this 2nd day of March, 2015.

                                         _____
                                         Peggy A. Leen
                                         United States Magistrate Judge

NOTICE OF CHANGE OF COUNSEL