| | |
|---|---|
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG |
| B. Trent Webb, Esq. (*pro hac vice*) | Mark G. Tratos, Esq. (Nevada Bar No. 1086) |
| Peter Strand, Esq. (*pro hac vice*) | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| 2555 Grand Boulevard | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| Kansas City, Missouri 64108-2613 | 3773 Howard Hughes Parkway |
| Telephone: (816) 474-6550 | Suite 400 North |
| Facsimile: (816) 421-5547 | Las Vegas, NV 89169 |
| bwebb@shb.com | Telephone:  (702) 792-3773 |
| pstrand@shb.com | Facsimile:  (702) 792-9002 |
| | tratosm@gtlaw.com |
| Robert H. Reckers, Esq. (*pro hac vice*) | roosb@gtlaw.com |
| 600 Travis Street, Suite 3400 | godfreyl@gtlaw.com |
| Houston, Texas   77002 | |
| Telephone: (713) 227-8008 | LEWIS ROCA ROTHGERBER LLP |
| Facsimile: (713) 227-9508 | W. West Allen, Esq. (Nevada Bar No. 5566) |
| rreckers@shb.com | 3993 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, Nevada 89169 |
| DANIEL B. WINSLOW, Esq. (*pro hac vice*) | Tel: (702) 949-8200 |
| RIMINI STREET, INC. | Fax: (702) 949-8398 |
| 6601 Koll Center Parkway Suite 300 | WAllen@LRRLaw.com |
| Pleasanton, CA 94566 | |
| Telephone: (925) 264-7736 | |
| dwinslow@riministreet.com | |

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED TRIAL WITNESS LIST** |

In accordance with Federal Rule of Civil Procedure 16 and the D. Nev. L.R. 16–3(d), Defendants Rimini Street, Inc. and Seth Ravin ("Rimini") respectfully submits this motion for leave to file an amended trial witness to add two witnesses left off of Rimini's preliminary list due to an oversight.  Having conferred, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. ("Oracle") does not oppose this motion.

Under Rule 16, the Court has authority to modify the Pretrial Order at the Court's discretion. Fed. R. Civ. P. 16(e). For the Court to exercise its discretion, the following factors may be considered: (1) the degree of prejudice or surprise to the [non-moving party] if the order is modified; (2) the ability of the [non-moving party] to cure any prejudice; (3) the impact of the modification on the orderly and efficient conduct of the case: and (4) any degree of willfulness or bad faith on the part of [the party seeking the modification]. *Fuoroli v. Westgate Planet Hollywood Las Vegas, LLC*, No. 137 Case No. 2:10-cv-02191-JCM-GWF (D. Nev. Feb. 7, 2014) (citing *United States v. First Nat. Bank of Circle*, 652 F.2d 882, 887 (9th Cir. 1981).

With regard to the first two factors, Oracle will not be prejudiced or surprised by modifying the Pretrial Order to amend Rimini's preliminary witness list.  Oracle took the depositions of both proposed witnesses during discovery in this matter, and one of these witnesses, Mr. Davichick, is listed on Oracle's witness and deposition designation lists. As a result, no further discovery will be necessary if the Pretrial Order is modified to include these witnesses.  Further, the trial is scheduled to begin September 14, 2015.  Finally, in meet and confer between the parties, Oracle agreed it would not oppose the present motion.

With regard to the third factor, the Court's pretrial and trial schedule, and the orderly and efficient conduct of the case, will not be impacted by modification of the pretrial order because the addition of these witnesses will not result in additional discovery or delay to the Court's pretrial and trial schedule, nor will the Court have to consider an opposition to this motion or conduct a hearing.

With regard to the fourth factor, Rimini does not seek to modify the Pretrial Order in bad faith, nor were the omissions of witnesses willful. Rimini's current trial witness list is composed of

- 1 -
DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED WITNESS LIST
306435 v1

- 2 -

those witnesses Rimini believes it may call at trial. Rimini's filing of this motion nearly six months before trial supports its good faith efforts.

**Conclusion**

For the reasons set forth herein and good cause shown, Rimini respectfully requests that the Court grant this unopposed motion for leave to allow Rimini to file an amended witness list. A proposed order accompanies this motion.

DATED: March 13, 2015       SHOOK, HARDY & BACON

                                                By:   /s/ Robert H. Reckers_____
                                                      Robert H. Reckers, Esq.
                                                      Attorney for Defendants
                                                      Rimini Street, Inc. and Seth Ravin

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED TRIAL WITNESS LIST was filed, on March 13, 2015, with the Court's CM/ECF system which will send notice, via email, to registered attorneys as indicated below.

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>NITIN JINDAL (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94110<br>Telephone: 415-393-2046<br>Nitin.jindal@morganlewis.com<br>John.polito@morganlewis.com | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>ORACLE CORPORATION<br>JAMES C. MAROULIS (*pro hac vice*)<br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH MILLER (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>jim.maroulis@oracle.com<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com |

By*: /s/ Robert H. Reckers*

- 3 -
DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED WITNESS LIST
306435 v1