| | |
|---|---|
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG |
| B. Trent Webb, Esq. (*pro hac vice*) | Mark G. Tratos, Esq. (Nevada Bar No. 1086) |
| Peter Strand, Esq. (*pro hac vice*) | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| 2555 Grand Boulevard | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| Kansas City, Missouri 64108-2613 | 3773 Howard Hughes Parkway |
| Telephone: (816) 474-6550 | Suite 400 North |
| Facsimile: (816) 421-5547 | Las Vegas, NV 89169 |
| bwebb@shb.com | Telephone: (702) 792-3773 |
| pstrand@shb.com | Facsimile: (702) 792-9002 |
| | tratosm@gtlaw.com |
| Robert H. Reckers, Esq. (*pro hac vice*) | roosb@gtlaw.com |
| 600 Travis Street, Suite 3400 | godfreyl@gtlaw.com |
| Houston, Texas 77002 | |
| Telephone: (713) 227-8008 | LEWIS ROCA ROTHGERBER LLP |
| Facsimile: (713) 227-9508 | W. West Allen, Esq. (Nevada Bar No. 5566) |
| rreckers@shb.com | 3993 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, Nevada 89169 |
| DANIEL B. WINSLOW, Esq. (*pro hac vice*) | Tel: (702) 949-8200 |
| RIMINI STREET, INC. | Fax: (702) 949-8398 |
| 6601 Koll Center Parkway Suite 300 | WAllen@LRLaw.com |
| Pleasanton, CA 94566 | |
| Telephone: (925) 264-7736 | |
| dwinslow@riministreet.com | |

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED TRIAL WITNESS LIST** |

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AMENDED WITNESS LIST
306697 v1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### **ORDER**

Upon consideration of Defendants' Unopposed Motion for Leave to File an Amended Trial Witness List, it is hereby **ORDERED** that Defendants' Unopposed Motion for Leave to File an Amended Trial Witness List is **GRANTED**.

DATED: _____, 2015.

_____
U.S. DISTRICT COURT JUDGE