**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AN AMENDED TRIAL WITNESS LIST** |

## **ORDER**

Upon consideration of Defendants' Unopposed Motion for Leave to File an Amended Trial Witness List, it is hereby **ORDERED** that Defendants' Unopposed Motion for Leave to File an Amended Trial Witness List is **GRANTED**.

DATED this 22nd day of March, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE