| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN *(pro hac vice)*<br>KIERAN P. RINGGENBERG *(pro hac vice)*<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON *(pro hac vice)*<br>KRISTEN A. PALUMBO *(pro hac vice)*<br>One Market Street, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY *(pro hac vice)*<br>DEBORAH K. MILLER *(pro hac vice)*<br>JAMES C. MAROULIS *(pro hac vice)*<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>      Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>      Defendant. | Case No  2:10-cv-00106-LRH-PAL<br><br>**NOTICE OF CHANGE OF ADDRESS** |

1  **TO ALL PARTIES AND THE CLERK OF THE COURT**:

2  The undersigned attorney for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle

3  International Corporation file this Notice of Change of Address and request that the Court's

4  docket in the above-captioned case be updated accordingly.

5       PLEASE TAKE NOTICE effective March 23, 2015, the address of Plaintiffs' counsel at

6  Morgan Lewis & Bockius LLP is changed to:

          Morgan Lewis & Bockius LLP
          One Market Street, Spear Street Tower
          San Francisco, California 94105-1596
          Telephone: (415) 442-1000
          Facsimile: (415) 442-1001

12  DATED:  March 23, 2015        MORGAN, LEWIS & BOCKIUS LLP

          By:      /s/ Thomas S. Hixson
          Thomas S. Hixson
          Attorneys for Plaintiffs
          Oracle USA, Inc., Oracle America, Inc. and
          Oracle International Corporation