1   BOIES, SCHILLER & FLEXNER LLP
    RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
    Las Vegas, NV 89101
3   Telephone: (702) 382-7300
    Facsimile: (702) 382-2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
    STEVEN C. HOLTZMAN (*pro hac vice*)
6   KIERAN P. RINGGENBERG (*pro hac vice*)
    1999 Harrison Street, Suite 900
7   Oakland, CA 94612
    Telephone: (510) 874-1000
8   Facsimile: (510) 874-1460
    sholtzman@bsfllp.com
9   kringgenberg@bsfllp.com

10

    Attorneys for Plaintiffs
11  Oracle USA, Inc., Oracle America, Inc., and
    Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

12

13                        UNITED STATES DISTRICT COURT

14                            DISTRICT OF NEVADA

15

16   ORACLE USA, INC., a Colorado corporation;      Case No. 2:10-cv-0106-LRH-PAL
     ORACLE AMERICA, INC., a Delaware
17   corporation; and ORACLE INTERNATIONAL          **DECLARATION OF ZACHARY
     CORPORATION, a California corporation,         HILL IN SUPPORT OF ORACLE'S
18                                                  OPPOSITION TO DEFENDANTS'
                  Plaintiffs,                       MOTION TO MODIFY THE
19        v.                                        PROTECTIVE ORDER**

20   RIMINI STREET, INC., a Nevada corporation;
     AND SETH RAVIN, an individual,
21
                  Defendants.
22

23

24

25

26

27

28

1       I, Zachary Hill, declare as follows:

2       1.     I am an attorney at Morgan Lewis & Bockius LLP, counsel of record in this

3 action for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

4 (collectively, "Oracle"). I submit this declaration in support of Oracle's Opposition to

5 Defendants' Motion to Modify the Protective Order. I have personal knowledge of the facts set

6 forth in this declaration and would competently testify to them if called upon to do so.

7 **Oracle's Exhibit List**

8       2.     I reviewed the exhibit list Oracle submitted with the parties' November 21, 2014

9 proposed Joint Pretrial Order. Dkt. 523, Appendix A. Oracle's exhibit list included

10 approximately 2,000 documents that Oracle designated "Highly Confidential – Attorneys' Eyes

11 Only" under the protective order in this action.

12       3.     Approximately 1,850 of these documents are license agreements and other

13 contracts between Oracle and its customers, and associated documents. Many of these

14 documents have non-disclosure clauses. They also include lists of Oracle's customers, customer

15 relationship analyses, Oracle pricing information, and license and contract terms that Oracle has

16 negotiated with its customers.

17       4.     The next largest group of "Highly Confidential – Attorneys' Eyes Only"

18 documents on Oracle's exhibit list a non-public, internal Oracle financial data regarding Oracle's

19 business practices.

20       5.     The remaining documents include Oracle's intellectual property, competitive risk

21 analyses related to business strategies, and documents revealing business protocols related to

22 Oracle's investigation into Rimini's illegal downloads of millions of files of Oracle software and

23 support materials.

24       6.     Oracle's exhibit list also includes documents produced by third parties that they

25 designated as "Highly Confidential – Attorneys' Eyes Only" under the protective order. These

26 documents include analyses of whether to contract with Rimini for various strategic reasons and

27 business protocols regarding contract approval and consideration of client references.

28

HILL DECLARATION ISO ORACLE'S OPPOSITION TO DEFENDANTS' MOTION
TO MODIFY THE PROTECTIVE ORDER

**Documents Cited in Oracle's Opposition**

7.    Attached as <u>Exhibit A</u> is a true and correct copy of excerpts of the November 17 and 18, 2011 depositions of Seth Ravin.

8.    Attached as <u>Exhibit B</u> is a true and correct copy of Oracle Deposition Exhibit 950, which was introduced during the November 18, 2011 deposition of Seth Ravin.

9.    Attached as <u>Exhibit C</u> is a true and correct copy of Judge Trumbull's Order Following an Evidentiary Hearing in *Schlafly v. Public Key Partners, et al.*, No. 5:94-cv-20512-SW (PVT) (N.D. Cal. July 18, 1995).

10.    Attached as <u>Exhibit D</u> is true and correct copy of an article entitled "To beat Oracle, find jurors who care about Leisure Suit Larry not Larry Ellison," which I accessed from theregister.co.uk, and which is available at <u>http://www.theregister.co.uk/2015/02/27/to_beat_oracle_in_court_or_commerce_start_outside_california/</u>.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed at San Francisco, California on March 30, 2015.


By: _____
                    Zachary Hill

HILL DECLARATION ISO ORACLE'S OPPOSITION TO DEFENDANTS' MOTION
TO MODIFY THE PROTECTIVE ORDER