# EXHIBIT A

# DOCUMENT FILED CONDITIONALLY UNDER SEAL