| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | San Francisco, CA  94105<br>Telephone: 415.442.1000 |
| 4 | rpocker@bsfllp.com | Facsimile:  415.442.1001<br>thomas.hixson@morganlewis.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | kristen.palumbo@morganlewis.com |
| 6 | FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 7 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 8 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 9 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 10 | kringgenberg@bsfllp.com | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 11 | | jim.maroulis@oracle.com |

13  Attorneys for Plaintiffs Oracle USA, Inc.,
    Oracle America, Inc. and Oracle International
14  Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 18 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No  2:10-cv-0106-LRH-PAL |
| 19 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **ORACLE'S MOTION TO SEAL PORTIONS OF OPPOSITION TO DEFENDANTS' MOTION TO MODIFY THE PROTECTIVE ORDER AND EXHIBITS TO ZACHARY HILL'S DECLARATION** |
| 20 | Plaintiffs, | |
| 21 | v. | |
| 22 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| 23 | Defendants. | |

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), Local Rules 10-5(b) and 16.1-4, and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") respectfully request that the Court grant leave to file under seal certain portions of Oracle's Opposition to Defendants' Motion to Modify the Protective Order and Exhibits A and B of the Declaration of Zachary Hill in support of the same.  These portions of Oracle's motion and supporting documents reflect information that Rimini Street, Inc. ("Rimini") has designated "Confidential" under the Protective Order.  A public, redacted version of Oracle's Opposition to Defendants' Motion to Modify the Protective Order and supporting declaration was filed on March 30, 2015, *see* Dkt. 544-545, and an unredacted version of each was subsequently filed under seal with the Court, *see* Dkt. 546-547.

The Protective Order states, "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order *only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).*  The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2 (emphasis supplied).

**DOCUMENTS DESIGNATED BY RIMINI AS CONFIDENTIAL**

Rimini has designated the following documents cited or referred to in Oracle's opposition to defendant's motion to modify the protective order as Confidential ("C"):

| Ex. | Description | Designation |
|---|---|---|
| A | Excerpts from deposition of S. Ravin, taken on November 17-18, 2011 | C by Rimini |
| B | Oracle Deposition 950, introduced during November 18, 2011 deposition of S. Ravin. | C by Rimini |

2
ORACLE'S MOTION TO SEAL PORTIONS OF OPPOSITION TO DEFENDANTS' MOTION TO MODIFY
THE PROTECTIVE ORDER AND EXHIBITS TO ZACHARY HILL'S DECLARATION

A/76759755.1

1  Oracle submits these documents under seal pursuant to the Protective Order based on
2  Rimini's representation that it reasonably believes there is a valid basis under the Protective
3  Order for its confidentiality designations.  However, because the foregoing documents are
4  Rimini's, Oracle is not in the position to provide further justification for why filing them publicly
5  would cause Rimini harm sufficient to show good cause.

6
7  Oracle has submitted all other portions of Oracle's Opposition and supporting papers to
the Court's public files, which would allow public access to all materials except for the items
8  discussed above.  Accordingly, the request to seal is narrowly tailored.  For the foregoing
9  reasons, Oracle respectfully requests that the Court grants leave to file the documents discussed
10 above under seal.
11

12
13 DATED: March 30, 2015            MORGAN, LEWIS & BOCKIUS LLP

14
15                                    By: _____/s/ Thomas S. Hixson_____
                                           Thomas S. Hixson
16                                         Attorneys for Plaintiffs
                                           Oracle USA, Inc.,
17                                         Oracle America, Inc.,
                                           and Oracle International Corp.
18

19

20

21

22

23

24

25

26

27

28

ORACLE'S MOTION TO SEAL PORTIONS OF OPPOSITION TO DEFENDANTS' MOTION TO MODIFY
THE PROTECTIVE ORDER AND EXHIBITS TO ZACHARY HILL'S DECLARATION

A/76759755.1