| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS LLP |
| RICHARD J. POCKER (NV Bar No. 3568) | THOMAS S. HIXSON (*pro hac vice*) |
| 300 South Fourth Street, Suite 800 | KRISTEN A. PALUMBO (*pro hac vice*) |
| Las Vegas, NV 89101 | One Market, Spear Street Tower |
| Telephone: (702) 382-7300 | San Francisco, CA 94105-1596 |
| Facsimile: (702) 382-2755 | Telephone: 415.442.1000 |
| rpocker@bsfllp.com | Facsimile: 415.442.1001 |
| | thomas.hixson@bingham.com |
| BOIES, SCHILLER & FLEXNER LLP | kristen.palumbo@bingham.com |
| STEVEN C. HOLTZMAN (*pro hac vice*) | |
| KIERAN P. RINGGENBERG (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 1999 Harrison Street, Suite 900 | DEBORAH K. MILLER (*pro hac vice*) |
| Oakland, CA 94612 | JAMES C. MAROULIS (*pro hac vice*) |
| Telephone: (510) 874-1000 | ORACLE CORPORATION |
| Facsimile: (510) 874-1460 | 500 Oracle Parkway, M/S 5op7 |
| sholtzman@bsfllp.com | Redwood City, CA 94070 |
| fnorton@bsfllp.com | Telephone: 650.506.4846 |
| kringgenberg@bsfllp.com | Facsimile: 650.506.7114 |
| | dorian.daley@oracle.com |
| | deborah.miller@oracle.com |
| | jim.maroulis@oracle.com |

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, <br><br> Defendants. | Case No 2:10-cv-0106-LRH-PAL <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL PORTIONS OF OPPOSITION TO DEFENDANTS' MOTION TO MODIFY THE PROTECTIVE ORDER AND EXHIBITS TO ZACHARY HILL'S DECLARATION** |

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (together "Oracle" or "Plaintiffs") Motion to File Under Seal Portions of Oracle's Opposition to Defendants' Motion to Modify the Protective Order and Exhibits A-B of Zachary Hill's Declaration [Docket # 548]. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Plaintiffs' Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Plaintiffs' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal portions of the Oracle's Opposition to Defendants' Motion to Modify the Protective Order and Exhibits A-B of Zachary Hill's declaration.

IT IS SO ORDERED.

DATED:

By: _____
Hon. Peggy A. Leen
United States District Judge

[PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR LEAVE TO FILE UNDER SEAL