# EXHIBIT A

# BINGHAM

Geoff M. Howard
Direct Phone: +1.415.393.2485
Direct Fax:   +1.415.393.2286
geoff.howard@bingham.com

February 25, 2014

**Via E-Mail**

Robert H. Reckers, Esq.
Shook, Hardy & Bacon LLP
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX 77002-2926

Re: *Oracle USA, Inc., et al. v. Rimini Street, Inc. and Seth Ravin*,
No. 2:10-cv-0106 LRH PAL (D.Nev.)

Dear Rob:

Oracle writes to demand that Rimini Street cease the business practices that the Court's February 13, 2014 Order determined constitute copyright infringement, and that Rimini provide critical information regarding its current practices. Both issues are important to the way this case will go forward to trial.

As you know, the Court held that Rimini committed copyright infringement, and had no license defense, concerning nine PeopleSoft software environments associated with customers City of Flint and Pittsburgh Public Schools. An important part of the Court's analysis was that the licenses for both customers stated that the software could only be used at the customer's "facilities," which rendered the copies on Rimini's systems infringing. The Court also addressed and rejected Rimini's other arguments concerning those PeopleSoft licenses. The Court then directed the clerk to enter judgment in favor of Oracle and against Rimini on Oracle's cause of action for copyright infringement concerning these nine software environments. In a February 17, 2014 open letter to its customers, Rimini claimed it "will conform its practices in light of the Court's ruling," while acknowledging that Rimini has other customers that "have the exact same license language reviewed by the Court in the representative licenses" considered in the February 13 Order.

As of March 9, 2012, Rimini had 338 environments of PeopleSoft software installed on its systems, according to its first supplemental response to Oracle's interrogatories 20-22. Your client advertises that its business has grown rapidly

Beijing
Boston
Frankfurt
Hartford
Hong Kong
Lexington (GSC)
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T +1.415.393.2000
F +1.415.393.2286
bingham.com

Robert H. Reckers, Esq.
February 25, 2014
Page 2

since that time, so we assume the number of PeopleSoft environments on Rimini's systems today is much larger.

PeopleSoft's licenses were generally uniform. The "facilities" restriction is in almost all of them. You can confirm this by reviewing the licenses cited in Oracle's February 10, 2012 supplemental Exhibit A to its response to Rimini's interrogatory 11, or for that matter, Rimini's January 12, 2012 supplemental Exhibit A to its response to Oracle's interrogatory 15.

Based on the Court's February 13 Order and the relevant license agreements, every single PeopleSoft environment on Rimini's systems for at least 139 customers is unlawful copyright infringement. We list these customers in the attached Exhibit A. Our list of 139 customers is limited to those where the four corners of the Court's February 13 Order, without more, resolves liability in favor of Oracle and against Rimini on Oracle's claim for copyright infringement.[1] Rimini has undoubtedly added many other PeopleSoft environments to its systems over the course of the last two years that also fall within the four corners of the Court's February 13 Order which it has not disclosed to Oracle. In addition, we believe Rimini has installed, or caused its customers to install, updates that were generated, at least in part, using some of the foregoing infringing environments, rending the environments that received those updates infringing as well.

Oracle demands that Rimini immediately cease the business practices that the Court's February 13 Order determined are infringing, quarantine these infringing environments, and provide sufficient information to allow Oracle to determine whether Rimini has ceased committing the infringement identified in the Court's Order. Among other things, this includes:

    1.    Immediate quarantine, in a way that preserves all evidence but which ensures no further access or use by any customer service employee, of all infringing PeopleSoft software on or accessible through Rimini's systems.

    2.    Rimini's identification of the PeopleSoft environments it is removing or has removed from its systems.

---

[1] We do not include in this list the many other environments on Rimini's systems that Oracle contends are infringing but whose illegality is not necessarily established by the February 13 Order (for example, where the relevant license agreement has different terms from the Flint or Pittsburgh licenses, or environments for other product lines).

Robert H. Reckers, Esq.
February 25, 2014
Page 3

    3.    Rimini's identification of all updates generated from any of these infringing environments.

    4.    Rimini's identification of all environments to which Rimini has applied, any update generated from any of the infringing environments; this includes environment where Rimini facilitated a customer's application of any update generated from any of the infringing environments.

    5.    Rimini's identification of any PeopleSoft environments it is *not* quarantining from its systems and the provisions of the license agreements Rimini contends authorize those environments to remain on its systems available for use.

    6.    Rimini's ceasing to cross-use *any* environments on its systems as development environments to create or test updates, including tax and regulatory updates, for multiple customers on PeopleSoft software. Rimini's documents produced in this case show that multiple individuals within Rimini believed it was impossible for Rimini to develop PeopleSoft updates without having and cross-using infringing local environments. If Rimini plans to continue delivering PeopleSoft updates to customers, Oracle demands a detailed explanation of how that is possible without committing copyright infringement. Indeed, even the handful of PeopleSoft licenses that arguably lack a facilities restriction still clearly prohibit such cross-use. We request a list of all updates delivered to all customers that were developed with any local environment, by date of delivery, since the close of discovery.

    7.    Rimini's February 17, 2014 letter to its customers stated that in 2013, Rimini "began" a project to migrate existing PeopleSoft, J.D. Edwards and Siebel environments to a client-hosted option. Oracle demands a full explanation of how that migration was implemented, what was migrated (including with reference to the issues identified above), the status of that migration (including what environments remain on Rimini's system), and how Rimini creates software updates that it provides to supposedly client-hosted environments.

Please promptly confirm that Rimini will cease the business practices that the Court's February 13 Order identified as infringing, and provide confirmatory evidence that it has done so, in the manner described above. In addition, after Rimini responds, we suggest that the parties confer regarding any necessary

Robert H. Reckers, Esq.
February 25, 2014
Page 4

discovery to update the trial record and the parameters of trial in light of the Court's Order.

Sincerely yours,

Geoff M. Howard

Robert H. Reckers, Esq.
February 25, 2014
Page 5

|    | Exhibit A |
|----|-----------|
| 1  | A. O. Smith Corporation |
| 2  | Abilene ISD |
| 3  | Alcon Laboratories, Inc. |
| 4  | Altera Corporation |
| 5  | American Council on Education |
| 6  | AS America, Inc. |
| 7  | AT&T(JJill) |
| 8  | Bausch and Lomb Inc. |
| 9  | Baxter Healthcare Corporation |
| 10 | Bear Sterns & Co., Inc. |
| 11 | Belvedere International Inc. |
| 12 | Birdville Independent School District |
| 13 | Blue Cross Blue Shield Kansas City |
| 14 | Blue Diamond Growers |
| 15 | Board of Water Works Trustees of the City of Des Moines, IA |
| 16 | Brazoria County, TX |
| 17 | Canon Development America |
| 18 | CC Industries |
| 19 | City of Boise, Idaho |
| 20 | City of Des Moines, IA |
| 21 | City of Eugene, OR |
| 22 | City of Flint MI |
| 23 | City of Huntsville, AL |
| 24 | City of Mesa, Arizona |
| 25 | City of Norfolk, Virginia |
| 26 | City of Ontario |
| 27 | City of Overland Park |
| 28 | City Utilities of Springfield, Misssouri |
| 29 | CKE Restaurants, Inc |
| 30 | Clear Channel Management Services LP |
| 31 | ConAgra Foods, Inc. |
| 32 | Cornell University |
| 33 | Correctional Medical Services |
| 34 | Cowlitz County Washington |
| 35 | Dave & Buster's, Inc. |

Robert H. Reckers, Esq.
February 25, 2014
Page 6

| 36 | DecoPac |
|---|---|
| 37 | Delta Dental Plan of Michigan, Inc. |
| 38 | Detroit Public Schools |
| 39 | Dick's Sporting Goods, Inc. |
| 40 | Dobbs Temporary Service d/b/a/ Pro Staff |
| 41 | Dofasco (CAD) |
| 42 | Dynamics Research Corporation |
| 43 | East Bay Municipal Utility District |
| 44 | Easter Seals New Hampshire |
| 45 | El Camino Hospital |
| 46 | Empire State Development Corp/NY State Urban Development Corp |
| 47 | Ensco International Inc. |
| 48 | Express LLC |
| 49 | Factory Mutual/FM Global |
| 50 | Fairchild Semiconductor Corp. |
| 51 | Frederick County |
| 52 | Future Farmers of America Incorporated (FFA) |
| 53 | Gemological Institute of America |
| 54 | Genesis HealthCare Systems |
| 55 | HRB Tax Group, Inc. |
| 56 | Harkins Builders |
| 57 | Harry & David Operations, Inc. |
| 58 | Harte-Hanks Response Management |
| 59 | Hastings Entertainment |
| 60 | Heald College |
| 61 | Health Shared Services BC |
| 62 | Heritage Valley Health System |
| 63 | HH Gregg Appliances Inc |
| 64 | Hickory Tech Corporation |
| 65 | ING North America Insurance Corporation |
| 66 | JBS USA, LLC |
| 67 | Jones Lang LaSalle Americas, Inc. |
| 68 | Kansas City Board of Public Utilities |
| 69 | Kaweah Delta Health Care District |
| 70 | Kichler Lighting |
| 71 | Knoxville Utility Board |

Robert H. Reckers, Esq.
February 25, 2014
Page 7

| | |
|---|---|
| 72 | Koch Business Solutions |
| 73 | Limited |
| 74 | Liz Claiborne, Inc. |
| 75 | Louisville Jefferson County Metro Government |
| 76 | Lower Colorado River Authority |
| 77 | Lucas County OH |
| 78 | Maricopa County Arizona |
| 79 | Matheson Trucking, Inc. |
| 80 | McLennan County |
| 81 | Medtron Software Intelligence |
| 82 | Medtronic, Inc. |
| 83 | Meskwaki Bingo Casino Hotel |
| 84 | Michigan Education/ MESSA |
| 85 | Mosaic |
| 86 | Municipality of Anchorage, Alaska |
| 87 | Mutual of Omaha Insurance Company |
| 88 | National Grid USA Service Company, Inc. |
| 89 | NBC Universal |
| 90 | Norwegian Cruise Line |
| 91 | Oakland County Michigan |
| 92 | Oklahoma Publishing Company |
| 93 | On Assignment, Inc. |
| 94 | Ontario Lottery and Gaming Company |
| 95 | Overwaitea Food Group LP |
| 96 | Pepsi Americas |
| 97 | PETCO Animal Supplies Stores Inc. |
| 98 | Petroleum Geo Services |
| 99 | Philadelphia Corporation for Aging |
| 100 | Phillips Plastics Corp. |
| 101 | Piggly Wiggly Carolina Company, Inc. |
| 102 | Pillsbury Winthrop Shaw Pittman LLP |
| 103 | Pinnacle Health Systems |
| 104 | QuadGraphics, Inc. |
| 105 | QuadraMed Affinity Corporation |
| 106 | Rain Bird Corporation |
| 107 | Remy International, Inc. |

Robert H. Reckers, Esq.
February 25, 2014
Page 8

| | |
|---|---|
| 108 | Richardson Electronics, Ltd. |
| 109 | Rochester City School District |
| 110 | Ross Dress for Less, Inc. |
| 111 | Saint Barnabas Health Care |
| 112 | Santa Fe Natural Tobacco Company |
| 113 | Schoenecker, Inc. |
| 114 | School District of Pittsburg, PA |
| 115 | SFN Group - Spherion |
| 116 | ShopKo Stores Operating Company |
| 117 | Smurfit Stone Container Corporation |
| 118 | Spokane County Washington |
| 119 | St. Luke's Cornwall Hospital |
| 120 | St. Luke's Hospital |
| 121 | StaffMark |
| 122 | Star Tribune |
| 123 | Summit Technology, Inc (Children's Health System) |
| 124 | Summit Technology, Inc (Linc Facility Services) |
| 125 | Terra Industries |
| 126 | The Steak n Shake Company |
| 127 | Toshiba America Information Systems, Inc. |
| 128 | Union Pacific Railroad |
| 129 | USi |
| 130 | USi (Bayshore Community Hospital) |
| 131 | USi (GMAC) |
| 132 | USI (Intergen) |
| 133 | Valassis Communications, Inc. |
| 134 | Vanderbilt University |
| 135 | VITAS Hospice Services, L.L.C. |
| 136 | Winn-Dixie Stories, Inc. |
| 137 | Yavapai College |
| 138 | YRC Worldwide Technologies |
| 139 | Yum Restaurant Services Group |