# EXHIBIT C



April 3, 2014

**Robert H. Reckers**

JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston
Texas 77002-2992
713.227.8008
713.227.9508 Fax
rreckers@shb.com

**VIA E-MAIL**

Geoffrey M. Howard
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
geoff.howard@bingham.com

Re:  *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin*
     Case No. 2:10-cv-0106-LRH-PAL (D. Nev. filed Jan. 25th, 2010)

Geoff:

As agreed, Rimini now provides the following supplemental information. Formalized supplemental interrogatory responses will follow.

1. Exhibit 1: An updated client list, which includes the clients Rimini entered into support contracts with since the close of fact discovery through March 31, 2014, product line(s) supported, support start date, and support end date where applicable.

2. Exhibit 2: A list of Rimini-hosted environments created after the close of fact discovery through March 31, 2014, which includes the client name, DNS name, and ERP release name contained in the environment for PeopleSoft environments created at Rimini from January 1, 2012 to present.

3. Exhibit 3: A list of clients that received updates generated on Rimini-hosted environments after the close of fact discovery through March 31, 2014, which includes the client name, support start date (if after January 1, 2012), and support end date where applicable. This exhibit reflects the PeopleSoft updates created and delivered by Rimini to the clients listed in the exhibit and the relevant time period of the deliveries.

Rimini is continuing to investigate and gather information responsive to the topics of your February 25, 2014 letter and will supplement its responses, as soon as practical, to include details of the development process Rimini is using and intends to use with respect to client-hosted PeopleSoft environments.

Finally, Rimini requests that Oracle also supplement discovery in light of the intervening time period since the close of fact discovery. Specifically, Rimini requests that Oracle:

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

282213 v1

1. Produce all license and other agreements Oracle may have entered into for new Rimini clients identified in Rimini's Exhibit 1.

2. Produce any and all other agreements Rimini clients disclosed prior to the close of fact discovery may have been entered into with Oracle following the close of fact discovery.

3. Produce documents relating to any claims (or potential claims) made by Oracle relating to copyright violations or breach of contract. For clarity, this would include settlement agreements (and related documents) relating to Oracle's litigation with CedarCrestone, as well as audits, investigations, and fee assessments for Oracle customers that Oracle contended exceeded the scope of their licenses in any way. Such information is responsive at least to Rimini's Request for Production Set One No. 7, Set Two Nos. 23 and RFP 55.

          Sincerely,

          */s/Robert H. Reckers*

Attachments

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

282213 v1