# EXHIBIT E



June 6, 2014

**Ryan Dykal**

**<u>VIA FEDEX</u>**

Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City
MO 64108
816.559.2572
rdykal@shb.com

Thomas S. Hixson
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
thomas.hixson@bingham.com

Re:   *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin*
      Case No. 2:10-cv-0106-LRH-PAL (D. Nev. filed Jan. 25th, 2010)

Tom:

This letter accompanies a production spanning three disks having the following contents:

- Supplemental production of client contracts;
- Supplemental production of source code for Rimini technical processes; and
- Supplemental production relating to Rimini's financial information, delivered updates, environments, and technical processes.

The password for these productions is "x74357" (absent quotes).

We received your June 4 letter and will respond soon.

Sincerely,

*[signature]*

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

283667 v1



