# EXHIBIT G

# BINGHAM

Zachary Hill
Direct Phone: 415.393.2033
Direct Fax:    415.262.9260
zachary.hili@bingham.com

July 8, 2014

**Via Email (w/o encl.) and FedEx**

Ryan Dykal
Shook, Hardy & Bacon L.L.P
2555 Grand Boulevard
Kansas City, MO 64108
Email: rdykal@shb.com

Re:   *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin,*
      *Case No. 2:10-cv-00106 (D. Nev.)*

Dear Mr. Dykal:

Enclosed are disks containing documents Bates-numbered ORCLRS1354681 to ORCLRS1358417. This production includes (1) customer contract documents and (2) customer-specific financial reports (ODS reports).

Please note these documents have been designated "Highly Confidential Information – Attorneys' Eyes Only" pursuant to the terms of the Protective Order entered in this action.

These disks have been encrypted using Truecrypt. The password has been sent to you by separate email. If you have any questions or concerns, please let us know.

Sincerely,

Zachary Hill

Enclosure

cc:   Robert H. Reckers (via email) (w/o encl.)
      Thomas Hixson (via email) (w/o encl.)
      Kieran Ringgenberg (via email) (w/o encl.)

Beijing
Boston
Frankfurt
Hartford
Hong Kong
Lexington (GSC)
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T +1.415.393.2000
F +1.415.393.2286
bingham.com

76231608