# EXHIBIT H

**BINGHAM**

RECEIVED BY SHB
AUG 1 1 2014

Nitin Jindal
Direct Phone:  415.393.2046
Direct Fax:      415.262.9260
nitin.jindal@bingham.com

August 8, 2014

**Via Email (w/o encl.) and FedEx**

Ryan Dykal
Shook, Hardy & Bacon L.L.P
2555 Grand Boulevard
Kansas City, MO 64108
Email: rdykal@shb.com

Re:   *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin,*
       *Case No. 2:10-cv-00106 (D. Nev.)*

Dear Mr. Dykal:

Enclosed are two disks Bates-numbered ORCLRS1358418 and ORCLRS1358419. This production includes (1) additional financial reports that were inadvertently omitted from our prior production (2) customer-specific financial reports (ODS reports).

Please note these documents have been designated "Highly Confidential Information – Attorneys' Eyes Only" pursuant to the terms of the Protective Order entered in this action.

These disks have been encrypted using Truecrypt. The password has been sent to you by separate email. If you have any questions or concerns, please let us know.

Sincerely,

*Nitin Jindal /s/*

Nitin Jindal

Enclosure

cc:   Robert H. Reckers (via email) (w/o encl.)
      Thomas Hixson (via email) (w/o encl.)
      Kieran Ringgenberg (via email) (w/o encl.)

Beijing
Boston
Frankfurt
Hartford
Hong Kong
Lexington (GSC)
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T +1.415.393.2000
F +1.415.393.2286
bingham.com

A/76271421.1

