# EXHIBIT I

**From:** Reckers, Rob (SHB)
**Sent:** Wednesday, August 20, 2014 11:52 AM
**To:** Hixson, Thomas S.; Glidewell, Jeff (SHB); Dykal, Ryan D. (SHB)
**Cc:** ringgenberg (kringgenberg@bsfllp.com); Jindal, Nitin
**Subject:** RE: Oracle v. Rimini Street

Tom, Kieran,

In light of the Court's August 14 Order, we would like to confer this week regarding setting a schedule for completing the supplemental discovery we have discussed and regarding setting a schedule for pre-trial submission that will allow for an orderly progression to trial.

In particular, we would like to set deadlines for completing the additional discovery discussed at our last meet-and-confer, for serving any supplementations required by Rule 26(e), and for serving any supplemental expert reports. We also believe the parties should attempt to agree upon a schedule for filing the joint pre-trial motion in accordance with Local Rules 16-3 and 16-4 and submit a joint motion to the Court.

Finally, Rimini intends to seek leave to re-open discovery for the limited purpose of obtaining discovery on the CedarCrestone settlement and the related CedarCrestone declaration (dated August 13, 2013). Please advise whether Oracle opposes re-opening discovery for this limited purpose.

I am available any time this Friday to discuss. Is there a time that works for you?

Thanks, Rob

---

**From:** Hixson, Thomas S. [mailto:thomas.hixson@bingham.com]
**Sent:** Thursday, July 24, 2014 6:40 PM
**To:** Glidewell, Jeff (SHB); IPLitigation; Reckers, Rob (SHB); Dykal, Ryan D. (SHB)
**Cc:** ringgenberg (kringgenberg@bsfllp.com); Jindal, Nitin
**Subject:** Oracle v. Rimini Street

Rob,

Please see the attached correspondence.

**Tom Hixson**
**T** 415.393.2152
**F** 415.393.2286
thomas.hixson@bingham.com

**B I N G H A M**
**Bingham McCutchen LLP**
**Three Embarcadero Center**
**San Francisco, CA 94111-4067**

---

Confidentiality Notice: The information in this e-mail (including attachments, if any) is considered confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this e-mail is prohibited except by or on behalf of the intended recipient. If you have received this email in error, please notify me immediately by reply email, delete this email, and do not disclose its contents to anyone.