# EXHIBIT J



August 20, 2014

**Robert H. Reckers**

JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston
Texas 77002-2992
713.227.8008
713.227.9508 Fax
rreckers@shb.com

**VIA E-MAIL AND FEDEX**

Thomas S. Hixson
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
thomas.hixson@bingham.com

Re:  *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin*
      Case No. 2:10-cv-0106-LRH-PAL (D. Nev. filed Jan. 25th, 2010)

Dear Tom:

I write in response to your letter of July 24, 2014, requesting supplemental discovery responses from Rimini. Consistent with our continuing efforts to produce documents responsive to Oracle's requests, enclosed with this letter are discs containing documentation relating to Rimini's revised development processes. The password for the discs can be found in the email accompanying this letter.

Please note the documents are marked highly confidential pursuant to the terms of the protective order.

Sincerely,

*/s/Robert H. Reckers*

Enclosures

Geneva
Houston
Kansas City
London
Miami
Orange County
San Francisco
Tampa
Washington, D.C.

293459 v1

