# EXHIBIT L

Case 2:10-cv-00106-LRH-VCF  Document 555-12  Filed 05/18/15  Page 2 of 8
Case 2:10-cv-00106-LRH-PAL  Document 508  Filed 10/15/14  Page 2 of 26

1

```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
           BEFORE THE HONORABLE PEGGY A. LEEN, MAGISTRATE JUDGE


ORACLE USA, INC., a Colorado        :
corporation; ORACLE AMERICA,        :
INC., a Delaware corporation;       :
and ORACLE INTERNATIONAL            :No. 2:10-cv-0106-LRH-PAL
CORPORATION, a California           :
corporation,                        :
                                    :
        Plaintiffs,                 :
                                    :
    vs.                             :
                                    :
RIMINI STREET, INC., a Nevada       :
corporation; and SETH RAVIN, an     :
individual,                         :
                                    :
        Defendants.                 :
_____:


                    TRANSCRIPT OF MOTION HEARING


                         October 9, 2014


                         Las Vegas, Nevada



 FTR No. 3B/201401009 @ 9:31 a.m.



 Transcribed by:         Donna Davidson, CCR, RDR, CRR
                         (775) 329-0132
                         dodavidson@att.net



 (Proceedings recorded by electronic sound recording,
 transcript produced by mechanical stenography and computer.)
```

Case 2:10-cv-00106-LRH-MCF   Document 555-12   Filed 05/18/15   Page 3 of 8
Case 2:10-cv-00106-LRH-PAL   Document 508   Filed 10/15/14   Page 6 of 26

6

1    mean that you've met the standard under Rule 26(c).
2              So just submit a supplemental paper for me.  And
3    they'll remain under seal until further order of the Court.
4              But so that we're in compliance with the
5    relevant Ninth Circuit standard -- and I know you've cited
6    a Central District of California case, but I don't think
7    that's apposite to the situation.  So we'll take care of
8    that brief housekeeping matter first.
9              And then I have read all of your materials.  I
10   understand that you want the Court's guidance because
11   you've been ordered to prepare a joint pretrial order and
12   file it with the Court by October the 14th.
13             And after Judge Hicks' ruling on the motion for
14   summary judgment on February 13th, 2014, Rimini indicated
15   that it has engaged in a new and improved development model
16   that it believes is noninfringing and consistent with Judge
17   Hicks' opinions.
18             And the question is what impact does that have
19   on the trial that is going to be set as soon as you've
20   lodged your joint pretrial order and whether any additional
21   discovery should be permitted by virtue of the way the
22   district judge has now tailored the case from his two
23   orders granting partial summary judgment in part.
24             So let me hear from, first, counsel for Oracle
25   about what it is specifically that you are asking me to do.

Case 2:10-cv-00106-LRH-VCF Document 555-12 Filed 05/18/15 Page 4 of 8
Case 2:10-cv-00106-LRH-VPAL Document 508-1 Filed 10/15/14 Page 7 of 26

7

1    What would the order look like if I grant the request for
2    relief that you are requesting?  Because I understand you
3    want to limit the scope of the trial to the issues of the
4    development processes that were in effect at the time that
5    Judge Hicks entered his February 2014 motion for summary
6    judgment.
7             On the other hand, it is apparent that after
8    that order Oracle itself asked for supplemental discovery
9    from Rimini and asked for a Rule 30(b)(6) deposition.
10             So it seems that you did contemplate some
11   supplemental discovery, at least when you asked for it.
12             And you may adjust the lectern, if it's more
13   comfortable for you, up or down on your -- the little
14   button on the --
15             MR. RINGGENBERG:  Oh, I see.  Oh, there we go.
16             Thank you.  The order we request would hold that
17   the trial should be limited to the conduct covered by the
18   fact discovery period that we had.
19             THE COURT:  Does that mean your damages are
20   going to be cut off as of December 2011?
21             MR. RINGGENBERG:  We -- our proposal is -- what
22   we have said is we would limit our -- we would not seek
23   damages after Rimini claims it switched to the new model,
24   which is -- the date they say, is February 13th of 2014.
25             THE COURT:  I understand that.  Therein lies the

Case 2:10-cv-00106-LRH-VCF   Document 555-12   Filed 05/18/15   Page 5 of 8
Case 2:10-cv-00106-LRH-PAL   Document 506   Filed 10/15/14   Page 8 of 26

8

1    rub, okay, because fact discovery closed December 2011.
2    The new model that Rimini claims it has enacted that is not
3    infringing went into effect shortly after the district
4    judge entered his summary judgment motion February 2014.
5    But presumably you do have damages between the close of
6    fact discovery and that date.
7              MR. RINGGENBERG:  That's correct, Your Honor.  I
8    think the resolution of that question is -- let me make two
9    points.
10             The first is if we're -- what would be required
11   to fairly try this new support model would be a very
12   significant undertaking.  It would dramatically expand the
13   case.  This wasn't easy to get through discovery the first
14   time.  And if we're going to do it again, it's going to
15   take a lot of work and a lot of time.  And so Oracle's
16   point of view is that we should take those issues and put
17   them in another case.
18             If we're going to have -- and let me make three
19   points.  The first is that new -- the new process isn't
20   relevant.  Second is Rimini shouldn't be allowed to make
21   claims about it that are untested by discovery.  And the
22   third is if discovery is allowed, it's going to take a long
23   time and a lot of work from everyone.  So the best
24   solution, in our view, is to exclude it altogether.
25             Now, I think the focus on the area between 2012

Case 2:10-cv-00106-LRH-VCF   Document 555-12   Filed 05/18/15   Page 6 of 8
Case 2:10-cv-00106-LRH-PAL   Document 508-12   Filed 10/15/14   Page 9 of 26

9

1     and 2014, I think there's two things.
2          First, it's not clear that what they're doing
3     after 2014 is really all that relevant to what they're
4     doing in the transition period between the judge's court
5     ruling and when they say they completed and moved into the
6     new model.  Our -- maybe it's more relevant than it would
7     have been to what happened in 2005.  But marginal at best.
8          And the second is that it would be -- there's --
9     if that is the reason, if those two years, which is really
10     the tail on the dog of what would be a seven-year damages
11     period, you know, and then we would have two more, I guess,
12     if you would go -- from 2006 to 2012 would be six years,
13     and we have this two-year period at the end, if that's
14     what's really driving this, like if Oracle were to ask, You
15     can either go to trial now or we can have another extensive
16     period of discovery and delay your trial, I think it might
17     choose just to push 2012 off into the next case too.
18          Our interest is in trying to get this thing
19     through.  You know, the Court supervised a very extensive
20     discovery process.  It was extensive on everyone.  So the
21     idea of going through that again and pushing the trial off
22     is a serious -- is a serious concern to us.  We're trying
23     to get done with this.  And I believe Rimini probably is
24     too.  They want to get through with this also.
25          And if after that process, you know, if we have

Case 2:10-cv-00106-LRH-VCF   Document 555-12   Filed 05/18/15   Page 7 of 8
Case 2:10-cv-00106-LRH-PAL   Document 508   Filed 10/15/14   Page 25 of 28

25

1   keep focused on real issues.  That wouldn't be a mini
2   trial.  That is another gigantic case.  And it's not
3   necessary to be fair because we had extensive discovery on
4   what they actually did far closer to the relevant period.
5              We -- and that's led to the document that the
6   Court cited.  So the -- there is no other theory of
7   relevance that's been explained.  The idea they want to
8   stand in front of the jury and say we've been reformed has
9   no bearing if we're not seeking damages for the date of the
10  trial.
11             So we think that solves the issue.
12             THE COURT:  I am not going to reopen discovery
13  in this case.  And the parties require leave of Court to
14  engage in any discovery other than supplementation that's
15  required by Rule 26(e).
16             The district judge's order was not a basis to
17  reopen the entire case and start all over with what Rimini
18  is doing now.
19             And I will hold Oracle to its offer to stipulate
20  that it will not be seeking damages for any period on or
21  after the date of the district judge's February 13th, 2014,
22  order.
23             Of course, if you open the door, that's another
24  issue altogether.  But at this point the case is going to
25  be the case that was -- that was discovered and closed

Case 2:10-cv-00106-LRH-VCF   Document 555-12   Filed 05/12/15   Page 8 of 8
Case 2:10-cv-00106-LRH-PAL   Document 503-1   Filed 10/15/14   Page 26 of 28

26

1   after the expert disclosure deadlines and the pretrial
2   order.
3           And, of course, Rimini may preserve its
4   objection to my adverse ruling by stating, Given the
5   opportunity you would have inserted these additional
6   issues.  But I am not going to reopen discovery in this
7   case that's nearly five years old.
8           You're not going to get a trial date until you
9   lodge the joint pretrial order with the Court.  It's --
10  it's due on October 14th.
11          I take it both sides would probably want some
12  relief from that request.  So given the Court's ruling --
13  and, as I said, I, of course, reserve to the district judge
14  the decision about the admissibility of the value -- the
15  value-added model or whether it's admissible or not or
16  whether it is a legitimate model for damages that will or
17  will not be admitted is, of course, reserved for the
18  district judge.  I make no comment on that.  But you
19  connected the full discovery on that theory.  And you have
20  your respective positions on that.
21          But discovery in this case will remain closed.
22  And this case is a case that it was put in at the close of
23  discovery, not thereafter.
24          So I'll ask Oracle to submit a proposed order
25  and -- to me because I'm without a law clerk for the next