# EXHIBIT M

DOCUMENT FILED UNDER SEAL - MOTION PENDING