| | |
|---|---|
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG |
| B. Trent Webb, Esq. (*pro hac vice*) | Mark G. Tratos, Esq. (Nevada Bar No. 1086) |
| Peter Strand Esq. (*pro hac vice*) | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| Ryan D. Dykal Esq. (*pro hac vice*) | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| 2555 Grand Boulevard | 3773 Howard Hughes Parkway |
| Kansas City, Missouri 64108-2613 | Suite 400 North |
| Telephone: (816) 474-6550 | Las Vegas, NV 89169 |
| Facsimile: (816) 421-5547 | Telephone: (702) 792-3773 |
| bwebb@shb.com | Facsimile: (702) 792-9002 |
| | tratosm@gtlaw.com |
| Robert H. Reckers, Esq. (*pro hac vice*) | roosb@gtlaw.com |
| 600 Travis Street, Suite 1600 | godfreyl@gtlaw.com |
| Houston, Texas  77002 | |
| Telephone: (713) 227-8008 | LEWIS AND ROCA LLP |
| Facsimile: (731) 227-9508 | W. West Allen (Nevada Bar No. 5566) |
| rreckers@shb.com | 3993 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, Nevada 89169 |
| | Tel: (702) 949-8200 |
| | Fax: (702) 949-8398 |
| | WAllen@LRRLaw.com |

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE, OR, IN THE ALTERNATIVE, TO CONSOLIDATE, AND EXHIBIT M TO THE SAME** |

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010 (*See* Dkt. 55, "Protective Order"), Local Rule 10-5(b) and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Defendants Rimini Street, Inc. and Seth Ravin ("Rimini") respectfully requests that the Court grant leave to file under seal portions of the Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 26(e)

311477 v2

1  and 37(c) and Exhibit M to the same. A public, redacted version of Motion to Preclude Certain
2  Damages Evidence was filed on May 18, 2015. Additionally, on May 18, 1015, the unredacted
3  version of Exhibit M was filed under seal.

4  The Protective Order provides that: "Counsel for any Designating Party may
5  designate any Discovery Material as "Confidential Information" and as "Highly Confidential
6  Information- Attorneys' Eyes Only" under the terms of the Protective Order only if such counsel in
7  good faith believes that such Discovery Material contains such information and is subject to
8  protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of
9  any Discovery Material as "Confidential Information" or "Highly Confidential Information-
10 Attorneys' Eyes Only" shall constitute a representation that an attorney for the Designating Party
11 reasonably believes there is a valid basis for such designation". Protective Order at Paragraph 2.

12 The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials
13 for many types of information, including, but not limited to, trade secrets or other confidential
14 research, development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206,
15 1211 (9th Cir. 2002) (citations omitted).

16 Sealing portions of the Motion to Preclude Certain Damages Evidence is requested
17 because the document contains information that Rimini has designated as "Highly Confidential
18 Information – Attorneys' Eyes Only" under the terms of the Protective Order. This information
19 includes Rimini customer lists and information regarding Rimini's technical operations that if
20 disclosed would competitively harm Rimini. Further, the motion contains portions of Oracle's
21 damages expert report that Oracle has designated "Highly Confidential Information – Attorneys'
22 Eyes Only" under the terms of the Protective Order. This information includes financial information
23 regarding Oracle's revenue generated from its maintenance support offerings that if disclosed would
24 competitively harm Oracle. The Protective Order provides that: "Counsel for any Designating Party
25 may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential
26 Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such counsel**
27 **in good faith believes that such Discovery Material contains such information and is subject to**
28 **protection under Federal Rule of Civil Procedure 26(c).** The designation by any Designating

311477 v2

1  Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information –
2  Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party
3  reasonably believes there is a valid basis for such designation." Protective Order ¶ 2 (emphasis
4  supplied).

5        A description of the Exhibit to be filed under seal referenced in this Motion to
6  Preclude Certain Damages Evidence is included below:

7        1. Exhibits M consists of Elizabeth A. Dean's expert damages report that has been
8        designated "Highly Confidential Information – Attorneys' Eyes Only" by Oracle.

9        Thus, in identifying the Motion to Preclude Certain Damages Evidence Exhibit which
10  contain Confidential or Highly Confidential material, Rimini, as the designating party, contends that
11  good cause exists for sealing Exhibit M.

12        Rimini has submitted all other portions of the Motion to Preclude Certain Damages
13  Evidence as well as all other exhibits to the Motion to Preclude Certain Damages Evidence, for
14  filing in the Court's public files, which would allow public access to the filings except for the
15  documents Rimini has designated as Highly Confidential. Accordingly, the request to seal is
16  narrowly tailored.

17        For the foregoing reasons, Rimini respectfully requests that the Court grant leave to
18  file portions of the Motion to Preclude Certain Damages Evidence and Exhibit M to the same under
19  seal.

20
21
22
23
24
25
26
27
28

311477 v2

| | | |
|---|---|---|
| 1 | DATED:  May 18, 2015 | SHOOK, HARDY & BACON |
| 2 | | |
| 3 | | By: __/s/ *Robert H. Reckers*_____<br>Robert H. Reckers |
| 4 | | rreckers@shb.com<br>B. Trent Webb |
| 5 | | bwebb@shb.com<br>Peter Strand |
| 6 | | pstrand@shb.com<br>Ryan Dykal |
| 7 | | rdykal@shb.com |
| 8 | | SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Blvd. |
| 9 | | Kansas City, MO 64108-2613<br>816-474-6550 Telephone |
| 10 | | 816-421-5547 Facsimile |
| 11 | | |
| 12 | | *Attorneys for Defendants*<br>*Rimni Street, Inc. and Seth Ravin* |

- 4 -

311477 v2

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>ORACLE CORPORATION<br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>jim.maroulis@oracle.com |

By: __/s/ *Robert H. Reckers*
Robert H. Reckers.

*Attorney for Defendants*
*Rimini Street, Inc., and Seth Ravin*

- 5 -

311477 v2