UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTINGRIMINI STREET INC.'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE, OR, IN THE ALTERNATIVE, TO CONSOLIDATE, AND EXHIBIT M TO THE SAME** |

## [PROPOSED] ORDER

Pending before this Court is Defendants Rimini Street, Inc. and Seth Ravin's ("Rimini") Motion for Leave to File Under Seal Portions of the Motion To Preclude Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 26(e) and 37(c) and Exhibit M to the same. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Defendant's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Defendants' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal portions of Rimini's Motion To Preclude Certain Damages Evidence.

IT IS SO ORDERED.

DATED:

By:_____
Hon. Larry R. Hicks
United States District Judge

311477 v2