| | |
|---|---|
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG |
| B. Trent Webb, Esq. (*pro hac vice*) | Mark G. Tratos, Esq. (Nevada Bar No. 1086) |
| Peter Strand, Esq. (*pro hac vice*) | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| 2555 Grand Boulevard | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| Kansas City, Missouri 64108-2613 | 3773 Howard Hughes Parkway |
| Telephone: (816) 474-6550 | Suite 400 North |
| Facsimile: (816) 421-5547 | Las Vegas, NV 89169 |
| bwebb@shb.com | Telephone:  (702) 792-3773 |
| pstrand@shb.com | Facsimile:  (702) 792-9002 |
| | tratosm@gtlaw.com |
| Robert H. Reckers, Esq. (*pro hac vice*) | roosb@gtlaw.com |
| 600 Travis Street, Suite 3400 | godfreyl@gtlaw.com |
| Houston, Texas   77002 | |
| Telephone: (713) 227-8008 | LEWIS AND ROCA LLP |
| Facsimile: (713) 227-9508 | W. West Allen (Nevada Bar No. 5566) |
| rreckers@shb.com | 3993 Howard Hughes Parkway, Suite 600 |
| | Las Vegas, Nevada 89169 |
| DANIEL B. WINSLOW (*pro hac vice*) | Tel: (702) 949-8200 |
| RIMINI STREET, INC. | Fax: (702) 949-8398 |
| 6601 Koll Center Parkway Suite 300 | WAllen@LRLaw.com |
| Pleasanton, CA 94566 | |
| Telephone: (925) 264-7736 | |
| dwinslow@riministreet.com | |

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 2555 Grand Blvd., Kansas City, Missouri 64108.

On May 18, 2015, I served the following documents:

1. Unredacted version of Rimini Street/Ravin's Motion to Preclude Damages (Dkt. No. 554) w/Proposed Order

2. Unredacted version of Exhibit M to Reckers' Declaration (Dkt. No. 555)

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>geoff.howard@bingham.com<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>ORACLE CORPORATION<br>JAMES C. MAROULIS (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>jim.maroulis@oracle.com |

The documents were served pursuant to FRCP 5(b) by sending it by electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the united States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated: May 18, 2015

                                                /s/ Jeff Glidewell
                                                Jeff Glidewell
                                                Paralegal
                                                Shook Hardy & Bacon LLP

Case 2:10-cv-00106-LRH-VCF   Document 557   Filed 05/18/15   Page 4 of 4