| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>Peter Strand Esq. (*pro hac vice*)<br>Ryan D. Dykal Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, Texas  77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com | GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRRLaw.com<br><br>*Attorneys for Defendants*<br>*Rimini Street, Inc., and Seth Ravin* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE CERTAIN INQUIRY, EVIDENCE OR ARGUMENT REGARDING TOMORROWNOW, INC.**<br><br><br>Date:<br>Time:<br>Place:<br>Judge:      Hon. Larry R. Hicks |

DECLARATION OF ROBERT H. RECKERS

## DECLARATION OF ROBERT H. RECKERS

I, Robert H. Reckers, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter, and an attorney at Shook, Hardy, and Bacon LLP, attorneys for Defendants Rimini Street, Inc. and Seth Ravin, ("Defendant").  I make this declaration in support of Defendants' Motion to Exclude Certain Inquiry, Evidence or Argument Regarding TomorrowNow, Inc. on May, 20, 2015.  The Exhibits referenced below are all attached to this Declaration.

2. Attached to this Declaration as **Exhibit A** is a true and accurate copy of selected excerpts of the Deposition of Seth Ravin, Volume 1, taken in the above captioned case on November 17, 2011.

3. Attached to this Declaration as **Exhibit B** is a true and accurate copy of selected excerpts of the Deposition of Seth Ravin, Volume 2, taken in the above captioned case on November 18, 2011.

4. Attached to this Declaration as **Exhibit C** is a true and accurate copy of selected excerpts of the Deposition of Seth Ravin, Volume 1, taken in *Oracle v. SAP*, Case No. 07-CV-1658 (N.D. Cal.) on May 21, 2009.

5. Attached to this Declaration as **Exhibit D** is a true and accurate copy of selected excerpts of the Deposition of Seth Ravin, Volume 2, taken in *Oracle v. SAP*, Case No. 07-CV-1658 (N.D. Cal.) on July 21, 2010.

6. Attached to this Declaration as **Exhibit E** is a true and accurate copy of the Amended Complaint in *Oracle v. SAP & TomorrowNow, Inc. et al.*, N.D. Cal. Case No. 4:07-cv-01658-PJH, Dkt. 31.

7. Attached to this Declaration as **Exhibit F** is a true and accurate copy of the Plaintiffs' Redacted Motions in Limine, *Oracle v. SAP & TomorrowNow, Inc. et al.*, N.D. Cal. Case No. 4:07-cv-01658-PJH, Dkt. 737.

8. Attached to this Declaration as **Exhibit G** is a true and accurate copy of the Final Pretrial Order, *Oracle v. SAP & TomorrowNow, Inc. et al.*, N.D. Cal. Case No. 4:11-cr-00642-PJH, Dkt. 914.

9. Attached to this Declaration as **Exhibit H** is a true and accurate copy of the Amended Trial Stipulation and Order No. 1 regarding Liability, Dismissal of Claims, Preservation of Defenses and Objections to Evidence, *Oracle v. SAP & TomorrowNow, Inc. et al.*, N.D. Cal. Case. No. 4:07-cv-01658-PJH, Dkt. 965.

10. Attached to this Declaration as **Exhibit I** is a true and accurate copy of the Information filed by the Government, *United States v. TomorrowNow, Inc.*, N.D. Cal. Case No. 4:11-cr-00642-PJH, Dkt. 1.

11. Attached to this Declaration as **Exhibit J** is a true and accurate copy of the Judgment, *United States v. TomorrowNow, Inc.*, N.D. Cal. Case No. 4:11-cr-00642-PJH, Dkt. 14.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 20, 2015

/s/ *Robert H. Reckers*
Robert H. Reckers, Esq.

- 3 -
DECLARATION OF ROBERT H. RECKERS