# EXHIBIT A

DOCUMENT FILED SEPARATELY UNDER SEAL