# EXHIBIT B

DOCUMENT FILED SEPARATELY UNDER SEAL