# EXHIBIT C

DOCUMENT FILED SEPARATELY UNDER SEAL