# EXHIBIT D

DOCUMENT FILED SEPARATELY UNDER SEAL