SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand Esq. (*pro hac vice*)
Ryan D. Dykal Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRRLaw.com

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL
**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' MOTION TO EXCLUDE CERTAIN INQUIRY, EVIDENCE OR ARGUMENT REGARDING TOMORROWNOW, INC. AND ACCOMPANYING EXHIBITS A, B and D**

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010 (*See* Dkt. 55, "Protective Order"), Local Rule 10-5(b) and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Defendants Rimini Street, Inc. and Seth Ravin ("Rimini") respectfully requests that the Court grant leave to file under seal portions of the Motion to Exclude Certain Inquiry, Evidence or Argument Regarding TomorrowNow, Inc. ("Motion

to Exclude") and accompanying Exhibits A, B and D. A public, redacted version of Motion to Exclude was filed on May 20, 2015. Additionally, on May 20, 1015, the unredacted version of Exhibits A, B and D were filed under seal.

The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as "Confidential Information" and as "Highly Confidential Information- Attorneys' Eyes Only" under the terms of the Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of any Discovery Material as "Confidential Information" or "Highly Confidential Information- Attorneys' Eyes Only" shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation". Protective Order at Paragraph 2.

The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (citations omitted).

Sealing portions of the Motion to Exclude is requested because the document contains information that Rimini has designated as "Highly Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order. This information includes references to the deposition transcript of Seth Ravin that Rimini has designated "Confidential" and "Highly Confidential Information – Attorneys' Eyes Only."   The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).** The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information –Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2 (emphasis supplied).

A description of the Exhibits to be filed under seal referenced in this Motion to Exclude is included below:

1. **Exhibit A** consists of selected excerpts from the deposition testimony of Seth Ravin taken in the above captioned case on November 17, 2011.  The excerpted passages have been designated "Confidential" or "Highly Confidential Information – Attorneys' Eyes Only" by Rimini Street.

2. **Exhibit B** consists of selected excerpts from the deposition testimony of Seth Ravin taken in the above captioned case on November 18, 2011.  The excerpted passages have been designated "Confidential" or "Highly Confidential Information – Attorneys' Eyes Only" by Rimini Street.

3. **Exhibit D** consists of selected excerpts from the deposition testimony of Seth Ravin taken in *Oracle v. SAP & TomorrowNow* et al., Case No. 07-CV-1658 (N.D. Cal.) on July 21, 2010.   Mr. Ravin's deposition testimony has been designated "Confidential" or "Highly Confidential Information – Attorneys' Eyes Only" by Rimini Street.

Thus, in identifying the Motion to Exclude Exhibits which contain Confidential or Highly Confidential material, Rimini, as the designating party, contends that good cause exists for sealing Exhibits A, B and D.

Rimini has submitted all other portions of the Motion to Exclude as well as all other exhibits to the Motion to Exclude, for filing in the Court's public files, which would allow public access to the filings except for the documents Rimini has designated as Confidential or Highly Confidential. Accordingly, the request to seal is narrowly tailored.

For the foregoing reasons, Rimini respectfully requests that the Court grant leave to file portions of the Motion to Exclude Certain Inquiry, Evidence or Argument Regarding TomorrowNow, Inc. and accompanying Exhibits A, B and D under seal.

6977139 v1

1

DATED:        May 20, 2015                    SHOOK, HARDY & BACON

2

3                                            By:    /s/ *Robert H. Reckers*
                                             Robert H. Reckers, Esq.
4

5                                            *Attorneys for Defendants*
                                             *Rimni Street, Inc. and Seth Ravin*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6977139 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of May, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>NITIN JINDAL (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br>Nitin.jindal@morganlewis.com<br>John.polito@morganlewis.com<br><br><br>ORACLE CORPORATION<br>JAMES C. MAROULIS (*pro hac vice*)<br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH MILLER (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>jim.maroulis@oracle.com<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com |

By:  __/s/ *Robert H. Reckers*
Robert H. Reckers.

*Attorney for Defendants*
*Rimini Street, Inc., and Seth Ravin*

- 5 -

6977139 v1