| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>Peter Strand Esq. (*pro hac vice*)<br>Ryan D. Dykal Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, Texas   77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com | GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRRLaw.com<br><br>*Attorneys for Defendants*<br>*Rimini Street, Inc., and Seth Ravin* |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF ELIZABETH A. DEAN**<br><br><br>Date:<br>Time:<br>Place:<br>Judge:      Hon. Larry R. Hicks |

---

DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY OF
ELIZABETH A. DEAN

6977190 v1

**DECLARATION OF ROBERT H. RECKERS**

I, Robert H. Reckers, have personal knowledge of the facts stated below and, under penalty of perjury, hereby declare:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter, and an attorney at Shook, Hardy, and Bacon LLP, attorneys for Defendants Rimini Street, Inc. and Seth Ravin, ("Defendant"). I make this declaration in support of Defendants' Motion to Exclude Expert Testimony of Elizabeth A. Dean, on May, 20, 2015. The Exhibits referenced below are all attached to this Declaration.

2. Attached to this Declaration as **Exhibit A** is a true and accurate copy of selected excerpts of the Expert Report of Elizabeth A. Dean, served in the above captioned case on January 17, 2012.

3. Attached to this Declaration as **Exhibit B** is a true and accurate copy of selected excerpts of the Deposition of Elizabeth A. Dean, taken in the above captioned case on May 23, 2012.

4. Attached to this Declaration as **Exhibit C** is a true and accurate copy of selected excerpts of the Expert Report of Scott D. Hampton, served in the above captioned case on March 30, 2012.

5. Attached to this Declaration as **Exhibit D** is a true and accurate copy of selected excerpts of Plaintiff Oracle's Responses to Rimini's First Interrogatories, Nos. 1–12, served in the above captioned cased on December 19, 2012.

6. Attached to this Declaration as **Exhibit E** is a true and accurate copy of selected excerpts from the 30(b)(6) deposition of Stephen Woodward, taken in the above captioned case on November 17, 2011.

7. Attached to this Declaration as **Exhibit F** is a true and accurate copy of selected excerpts of the deposition of Brian Baggett, taken in the above captioned case on November 10, 2011.

8. Attached to this Declaration as **Exhibit G** is a true and accurate copy of selected excerpts of the deposition of Richard Cummins, taken in the above captioned case on July 13, 2011 and Exhibit 2 thereto.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 20, 2015

/s/ Robert H. Reckers
Robert H. Reckers, Esq.