**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ORACLE USA, INC., a Colorado
corporation; ORACLE AMERICA, INC. a
Delaware corporation; et al.

     Plaintiff(s),

  vs.

RIMINI STREET, INC., a Nevada
corporation; SETH RAVIN, an individual

     Defendant(s).

Case #2:10-cv-0106-LRH-PAL

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

   <u>Joseph A. Gorman</u>, Petitioner, respectfully represents to the Court:
     (name of petitioner)

  1. That Petitioner is an attorney at law and a member of the law firm of

<u>Gibson, Dunn & Crutcher LLP</u>
     (firm name)

with offices at <u>555 Mission Street</u>,
     (street address)

<u>San Francisco</u>, <u>California</u>, <u>94105-0921</u>
  (city)     (state)   (zip code)

<u>415.393.8211</u>, <u>JGorman@gibsondunn.com</u>.
(area code + telephone number)  (Email address)

  2. That Petitioner has been retained personally or as a member of the law firm by

<u>Rimini Street, Inc. and Seth Ravin</u> to provide legal representation in connection with
    [client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

1    3.    That since ___December 11, 2009___, Petitioner has been and presently is a

2    member in good standing of the bar of the highest Court of the State of ___California___

3    where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4    from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5    possession of the United States in which the applicant has been admitted to practice law certifying

6    the applicant's membership therein is in good standing.

7    4.    That Petitioner was admitted to practice before the following United States District

8    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9    of other States on the dates indicated for each, and that Petitioner is presently a member in good

10   standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC, Central District | December 8, 2010 | 267553 |
| USDC, Northern District | August 15, 2014 | 267553 |
| Court of Appeal, Ninth Circuit | August 15, 2011 | 267553 |

19   5.    That there are or have been no disciplinary proceedings instituted against petitioner,

20   nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

21   or administrative body, or any resignation or termination in order to avoid disciplinary or

22   disbarment proceedings, except as described in detail below:

23   None.

2

Rev. 1/15

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

None.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

1     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    Petitioner's signature

STATE OF _____California_____ )

5                                                )

COUNTY OF _____San Francisco_____ )

6

7     _____Joseph A. Gorman_____, Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

9

                                                    Petitioner's signature

10 Subscribed and sworn to before me this

11 ___11___ day of ___May___ , ___2015___

12

13

14              Notary Public or Clerk of Court

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
          **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18     Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _____W. West Allen_____,

19                                                          (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

above-entitled Court as associate resident counsel in this action.  The address and email address of

21

said designated Nevada counsel is:

22

23     _____Lewis Roca Rothgerber, 3993 Howard Hughes Parkway, Suite 600_____,
                                  (street address)

24

_____Las Vegas_____,     _____Nevada_____,     _____89169_____,

25          (city)                    (state)                (zip code)

26     _____702.949.8200_____,     _____WAllen@LRRLaw.com_____.
       (area code + telephone number)        (Email address)

27

28                                       4                              Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ W. West Allen _____ as
his/her/their Designated Resident Nevada Counsel in this case. (name of local counsel)

_____
(party's signature)
Seth Ravin, Rimini Street,
Chief Executive Officer
(type or print party name, title)

_____
(party's signature)

Seth Ravin, individually
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5566    WAllen@lrrlaw.com
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.


_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

**THE STATE BAR**
**OF CALIFORNIA**

**MEMBER RECORDS & COMPLIANCE**

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617                    TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 8, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOSEPH ABRAHAM GORMAN, #267553 was admitted to the practice of law in this state by the Supreme Court of California on December 11, 2009; that from the date of admission to January 13, 2012, he was an ACTIVE member of the State Bar of California; that on January 13, 2012, he transferred at his request to the INACTIVE status; that from that date to September 17, 2012, he was an INACTIVE member of the State Bar of California; that on September 17, 2012, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records