| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 |
| 4 | rpocker@bsfllp.com | Facsimile: 415.393.2286<br>thomas.hixson@morganlewis.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | kristen.palumbo@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 7 | Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 15 | *Attorneys for Plaintiffs* | |
| 16 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO DETERMINE DISPUTED JURY INSTRUCTIONS** |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies, Schiller & Flexner LLP, counsel to plaintiffs in this action. This declaration is made in support of Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Motion To Determine Disputed Jury Instructions. Based on my review of the files and records in this action, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. Attached hereto as **Exhibit A** is a true and accurate copy of a March 27, 2015 letter from myself to Robert Reckers of Shook, Hardy & Bacon, LLP, counsel for Rimini.

3. Attached hereto as **Exhibit B** is a true and accurate copy of an April 13, 2015 email from Robert Reckers of Shook, Hardy & Bacon, LLP, counsel for Rimini to myself.

4. Attached hereto as **Exhibit C** is a true and accurate copy of a May 8, 2015 letter from myself to Robert Reckers of Shook, Hardy & Bacon, LLP, counsel for Rimini.

5. Attached hereto as **Exhibit D** is a true and accurate copy of a May 22, 2015 letter from Robert Reckers of Shook, Hardy & Bacon, LLP, counsel for Rimini to myself.

6. Attached hereto as **Exhibit E** is a true and accurate copy of a January 29, 2015 email chain between Ryan Dykal of Shook, Hardy & Bacon, LLP, counsel for Rimini and Nitin Jindal of Morgan, Lewis & Bockius LLP, counsel for Oracle.

I declare that the foregoing is true under penalty of perjury of the laws of the United States.

Executed this 28th day of May, 2015, at Oakland, California.


*/s/ Kieran Ringgenberg*
Kieran Ringgenberg

---

DECLARATION OF K. RINGGENBERG IN SUPPORT OF PLAINTIFFS' MOTION TO DETERMINE
DISPUTED JURY INSTRUCTIONS