# EXHIBIT B

| | |
|---|---|
| **From:** | Reckers, Rob (SHB) < RRECKERS@shb.com> |
| **Sent:** | Monday, April 13, 2015 11:12 AM |
| **To:** | Imelda Rivera; Kieran Ringgenberg |
| **Cc:** | Strand, Peter (SHB); Dykal, Ryan D. (SHB); Glidewell, Jeff (SHB) |
| **Subject:** | RE: Oracle USA, Inc., et al. v. Rimini Street, Inc., et al., No. 2:10-cv-00106 (D. Nev., filed Jan. 25, 2010) |

Kieran,

Thank you for your letter of March 27.  Your proposal as set forth is not acceptable to Rimini.  First, as explained in my letter of March 13, Rimini maintains that evidence of additional acts of alleged infringement is cumulative and will only waste time at trial and increase the burden on the court and the jury.  Second, Rimini remains concerned that Oracle is seemingly seeking another round of summary judgment briefing by asking for legal interpretation of allegedly unambiguous license provisions.

If you think that providing us with your proposed instructions will clarify your proposal, please feel free to do so.  We will consider those instructions in light of the reservations we have set forth above.

Best, Rob

---

**From:** Imelda Rivera [mailto:irivera@BSFLLP.com]
**Sent:** Friday, March 27, 2015 3:40 PM
**To:** Reckers, Rob (SHB)
**Subject:** Oracle USA, Inc., et al. v. Rimini Street, Inc., et al., No. 2:10-cv-00106 (D. Nev., filed Jan. 25, 2010)

Dear Mr. Reckers:

On behalf of Mr. Ringgenberg, attached please find his letter, dated March 27, 2015, regarding the above-referenced matter.

Very truly yours,


*Imelda D. Rivera*
Legal Assistant to Kieran Ringgenberg
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
Direct:  (510) 874-1112
Fax:     (510) 874-1460
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Mail Gate made the following annotations on Mon Apr 13 2015 13:11:55

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.