| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | SHOOK, HARDY & BACON LLP |
| | RICHARD J. POCKER (NV Bar No. 3568) | B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | 2555 Grand Boulevard |
| | Las Vegas, NV 89101 | Kansas City, Missouri 64108-2613 |
| 3 | Telephone: (702) 382-7300 | Telephone: (816) 474-6550 |
| | Facsimile: (702) 382-2755 | Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com |
| | | eburesh@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP | |
| | WILLIAM ISAACSON (*pro hac vice pending*) | SHOOK, HARDY & BACON LLP |
| 6 | KAREN DUNN (*pro hac vice pending*) | ROBERT H. RECKERS (*pro hac vice*) |
| | 5301 Wisconsin Ave, NW | 600 Travis Street, Suite 1600 |
| 7 | Washington, DC 20015 | Houston, Texas 77002 |
| | Telephone: (202) 237-2727 | Telephone: (713) 227-8008 |
| 8 | Facsimile: (202) 237-6131 | Facsimile: (713) 227-9508 |
| | wisaacson@bsfllp.com | rreckers@shb.com |
| 9 | kdunn@bsfllp.com | |
| | | LEWIS AND ROCA LLP |
| 10 | BOIES, SCHILLER & FLEXNER LLP | W. WEST ALLEN (NV Bar No. 5566) |
| | STEVEN C. HOLTZMAN (*pro hac vice*) | 3993 Howard Hughes Parkway, Suite 600 |
| 11 | KIERAN P. RINGGENBERG (*pro hac vice*) | Las Vegas, Nevada 89169 |
| | 1999 Harrison Street, Suite 900 | Telephone: (702) 949-8200 |
| 12 | Oakland, CA 94612 | Facsimile: (702) 949-8398 |
| | Telephone: (510) 874-1000 | WAllen@LRLaw.com |
| 13 | Facsimile: (510) 874-1460 | |
| | sholtzman@bsfllp.com | GREENBERG TRAURIG |
| 14 | kringgenberg@bsfllp.com | MARK G. TRATOS (NV Bar No. 1086) |
| | | BRANDON ROOS (NV Bar No. 7888) |
| 15 | MORGAN, LEWIS & BOCKIUS LLP | LESLIE GODFREY (NV Bar No. 10229) |
| | THOMAS S. HIXSON (*pro hac vice*) | 3773 Howard Hughes Parkway |
| 16 | KRISTEN A. PALUMBO (*pro hac vice*) | Suite 400 North |
| | Three Embarcadero Center | Las Vegas, NV 89169 |
| 17 | San Francisco, CA 94111-4067 | Telephone: (702) 792-3773 |
| | Telephone: 415.393.2000 | Facsimile: (702) 792-9002 |
| 18 | Facsimile: 415.393.2286 | tratosm@gtlaw.com |
| | thomas.hixson@morganlewis.com | roosb@gtlaw.com |
| 19 | kristen.palumbo@morganlewis.com | godfreyl@gtlaw.com |
| 20 | DORIAN DALEY (*pro hac vice*) | |
| | DEBORAH K. MILLER (*pro hac vice*) | *Attorneys for Defendants* |
| 21 | JAMES C. MAROULIS (*pro hac vice*) | Rimini Street, Inc. and Seth Ravin |
| | ORACLE CORPORATION | |
| 22 | 500 Oracle Parkway, M/S 5op7 | |
| | Redwood City, CA 94070 | |
| 23 | Telephone: 650.506.4846 | |
| | Facsimile: 650.506.7114 | |
| 24 | dorian.daley@oracle.com | |
| | deborah.miller@oracle.com | |
| 25 | jim.maroulis@oracle.com | |
| 26 | *Attorneys for Plaintiffs* | |
| | Oracle USA, Inc., Oracle America, Inc., and | |
| 27 | Oracle International Corp. | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(E) AND 37(C)** |

WHEREAS, Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on May 18, 2015 a Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 26(e) and 37(c) or, in the Alternative, to Consolidate ("Motion") in Case No. 2:10-cv-0106-LRH-PAL as Docket No. 554 and, on the same day, filed a substantially identical motion entitled Counterdefendants' Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules Of Civil Procedure 26(E) and 27(C), or, in the Alternative, to Consolidate in Case No. 2:14-cv-01699-LRH-PAL as Docket No. 54 (collectively, the "Motions");

WHEREAS, any Opposition to the Motions is currently due June 4, 2015;

WHEREAS, Rimini agreed to provide Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle") an additional two weeks to respond to the Motions; and

WHEREAS, the parties agree that filing substantially identical opposition briefs or reply briefs in connection with the Motions in both cases would be unnecessary and inefficient;

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle

1  may file a single opposition to the Motions in Case No. 2:10-cv-0106-LRH-PAL on or before

2  June 16, 2015.

3      SO STIPULATED AND AGREED.

4

5  Dated:  May 29, 2015

6  SHOOK, HARDY & BACON LLP                BOIES, SCHILLER & FLEXNER LLP

7  By: /s/  Robert H. Reckers              By:  /s/ Kieran Ringgenberg
       Robert H. Reckers, Esq.                   Kieran Ringgenberg, Esq. (*pro hac vice*)
8      2555 Grand Boulevard                      1999 Harrison Street, Suite 900
       Kansas City, Missouri 64108-2613          Oakland, CA 94612
9      Telephone: (816) 474-6550                 Telephone: (510) 874-1000
       Facsimile:  (816) 421-5547                Facsimile: (510) 874-1460
10     rreckers@shb.com                          kringgenberg@bsfllp.com

11  *Attorneys for Defendants*                   *Attorneys for Plaintiffs*

12

13  Pursuant to the stipulation, it is hereby ORDERED that:

14      The time for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International

15  Corp. to file their Opposition to Defendants' Motion to Preclude Certain Damages Evidence

16  Pursuant to Federal Rules of Civil Procedure 26(e) and 37(c) or, in the Alternative, to

17  Consolidate (Dkt No. 554 in Case No. 2:10-cv-0106-LRH-PAL) is extended to June 16, 2015.

18  Such opposition shall also serve as the opposition to Counterdefendants' Motion to Preclude

19  Certain Damages Evidence Pursuant to Federal Rules Of Civil Procedure 26(e) and 27(c), or, in

20  the Alternative, to Consolidate in Case (Dkt. No. 54 in Case No. 2:14-cv-01699-LRH-PAL).  No

21  separate opposition or reply brief need be filed in Case No. 2:14-cv-01699-LRH-PAL.

22

23

24  Dated: _____                    _____
                                             Hon. Peggy A. Leen
25                                           United States Magistrate Judge

26

27

28

| | |
|---|---|
| 1 | **<u>ATTESTATION OF FILER</u>** |

2  The signatories to this document are Robert Reckers and me, and I have obtained Mr.
3  Reckers's concurrence to file this document on his behalf.

4

5  Dated: May 29, 2015                                    BOIES, SCHILLER & FLEXNER LLP

6                                                        By:   /s/ *Kieran Ringgenberg*
7                                                              Kieran Ringgenberg, Esq. (*pro hac vice*)
                                                               1999 Harrison Street, Suite 900
                                                               Oakland, CA 94612
8                                                              Telephone: (510) 874-1000
                                                               Facsimile: (510) 874-1460
9                                                              kringgenberg@bsfllp.com

10                                                       *Attorneys for Plaintiffs*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28