| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com<br>eburesh@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice pending*) | SHOOK, HARDY & BACON LLP |
| 6 | KAREN DUNN (*pro hac vice pending*)<br>5301 Wisconsin Ave, NW | ROBERT H. RECKERS (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 7 | Washington, DC 20015 | Houston, Texas  77002 |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | rreckers@shb.com |
| 10 | BOIES, SCHILLER & FLEXNER LLP | LEWIS AND ROCA LLP<br>W. WEST ALLEN (NV Bar No. 5566) |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | 3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398 |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | WAllen@LRLaw.com |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | GREENBERG TRAURIG<br>MARK G. TRATOS (NV Bar No. 1086) |
| 15 | MORGAN, LEWIS & BOCKIUS LLP | BRANDON ROOS (NV Bar No. 7888)<br>LESLIE GODFREY (NV Bar No. 10229) |
| 16 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) | 3773 Howard Hughes Parkway<br>Suite 400 North |
| 17 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 | Las Vegas, NV 89169<br>Telephone: (702) 792-3773 |
| 18 | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 | Facsimile: (702) 792-9002<br>tratosm@gtlaw.com |
| 19 | thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com | roosb@gtlaw.com<br>godfreyl@gtlaw.com |
| 20 | DORIAN DALEY (*pro hac vice*) | |
| 21 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) | *Attorneys for Defendants*<br>Rimini Street, Inc. and Seth Ravin |
| 22 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 | |
| 23 | Redwood City, CA 94070<br>Telephone:  650.506.4846 | |
| 24 | Facsimile:  650.506.7114<br>dorian.daley@oracle.com | |
| 25 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 26 | *Attorneys for Plaintiffs* | |
| 27 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>*Defendants.* | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PARTIES TO RESPOND TO CERTAIN MOTIONS** |

WHEREAS the parties have discussed and are currently working to propose a mutually-agreeable, comprehensive process and schedule to meet and confer on, and brief, motions in limine in the above-captioned case;

WHEREAS the parties have agreed to extend the deadlines to respond to certain pending motions while discussions regarding said process are ongoing;

WHEREAS Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on May 20, 2015 a Motion to Exclude Certain Inquiry, Evidence or Argument Regarding TomorrowNow, Inc. in this case as Docket No. 559 ("Motion in Limine 1");

WHEREAS Rimini, by and through their attorneys of record, filed on May 20, 2015 a Motion to Exclude Expert Testimony of Elizabeth A. Dean in this case as Docket No. 563 ("Motion in Limine 2") (together with Motion in Limine 1, "Rimini's Motions in Limine");

WHEREAS Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle) by and through their attorneys of record, filed on May 28, 2015 a Motion to Determine Disputed Jury Instructions in this case as Docket No. 575 ("Oracle's Motion");

WHEREAS any responses to Rimini's Motions in Limine are currently due June 8, 2015;

WHEREAS any responses to Oracle's Motion is currently due June 14, 2015;

WHEREAS Rimini agreed to provide Oracle an additional two weeks to respond to

Rimini's Motions in Limine;

WHEREAS Oracle agreed to provide Rimini an additional two weeks to respond to Oracle's Motion;

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle may file responses to Rimini's Motions in Limine on or before June 22, 2015.

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Rimini may file a response to Oracle's Motion on or before June 29, 2015.

SO STIPULATED AND AGREED.

Dated:  June 2, 2015

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Robert H. Reckers<br>Robert H. Reckers, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile:  (816) 421-5547<br>rreckers@shb.com | By:  /s/ Kieran Ringgenberg<br>Kieran Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to the stipulation, it is hereby ORDERED that:

The time for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. to file their Opposition to Defendants' Motion to Exclude Certain Inquiry, Evidence or Argument Regarding TomorrowNow, Inc. (Dkt No. 559) and Defendants' Motion to Exclude Expert Testimony of Elizabeth A. Dean (Dkt. No. 563) is extended to June 22, 2015.  The time for Defendants Rimini Street, Inc. and Seth Ravin to file their Opposition to Plaintiffs' Motion to Determine Disputed Jury Instructions (Dkt No. 575) is extended to June 29, 2015.

Dated: _____            _____
                 Hon. Peggy A. Leen
                 United States Magistrate Judge

| | |
|---|---|
| 1 | **ATTESTATION OF FILER** |

2  The signatories to this document are Robert Reckers and me, and I have obtained Mr.
3  Reckers's concurrence to file this document on his behalf.

4
5  Dated: June 2, 2015                    BOIES, SCHILLER & FLEXNER LLP

6                                         By:   /s/ *Kieran Ringgenberg*
                                                Kieran Ringgenberg, Esq. (*pro hac vice*)
7                                               1999 Harrison Street, Suite 900
                                                Oakland, CA 94612
8                                               Telephone: (510) 874-1000
                                                Facsimile: (510) 874-1460
                                                kringgenberg@bsfllp.com
9
                                         *Attorneys for Plaintiffs*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER