UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(E) AND 37(C)** |

WHEREAS, Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on May 18, 2015 a Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 26(e) and 37(c) or, in the Alternative, to Consolidate ("Motion") in Case No. 2:10-cv-0106-LRH-PAL as Docket No. 554 and, on the same day, filed a substantially identical motion entitled Counterdefendants' Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules Of Civil Procedure 26(E) and 27(C), or, in the Alternative, to Consolidate in Case No. 2:14-cv-01699-LRH-PAL as Docket No. 54 (collectively, the "Motions");

WHEREAS, any Opposition to the Motions is currently due June 4, 2015;

WHEREAS, Rimini agreed to provide Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle") an additional two weeks to respond to the Motions; and

WHEREAS, the parties agree that filing substantially identical opposition briefs or reply briefs in connection with the Motions in both cases would be unnecessary and inefficient;

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle

may file a single opposition to the Motions in Case No. 2:10-cv-0106-LRH-PAL on or before June 16, 2015.

SO STIPULATED AND AGREED.

Dated: May 29, 2015

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Robert H. Reckers<br>　　Robert H. Reckers, Esq.<br>　　2555 Grand Boulevard<br>　　Kansas City, Missouri 64108-2613<br>　　Telephone: (816) 474-6550<br>　　Facsimile: (816) 421-5547<br>　　rreckers@shb.com | By: /s/ Kieran Ringgenberg<br>　　Kieran Ringgenberg, Esq. (*pro hac vice*)<br>　　1999 Harrison Street, Suite 900<br>　　Oakland, CA 94612<br>　　Telephone: (510) 874-1000<br>　　Facsimile: (510) 874-1460<br>　　kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to the stipulation, it is hereby ORDERED that:

The time for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. to file their Opposition to Defendants' Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 26(e) and 37(c) or, in the Alternative, to Consolidate (Dkt No. 554 in Case No. 2:10-cv-0106-LRH-PAL) is extended to June 16, 2015. Such opposition shall also serve as the opposition to Counterdefendants' Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules Of Civil Procedure 26(e) and 27(c), or, in the Alternative, to Consolidate in Case (Dkt. No. 54 in Case No. 2:14-cv-01699-LRH-PAL). No separate opposition or reply brief need be filed in Case No. 2:14-cv-01699-LRH-PAL.

DATED this 2nd day of June, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE