UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>*Defendants.* | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PARTIES TO RESPOND TO CERTAIN MOTIONS** |

WHEREAS the parties have discussed and are currently working to propose a mutually-agreeable, comprehensive process and schedule to meet and confer on, and brief, motions in limine in the above-captioned case;

WHEREAS the parties have agreed to extend the deadlines to respond to certain pending motions while discussions regarding said process are ongoing;

WHEREAS Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on May 20, 2015 a Motion to Exclude Certain Inquiry, Evidence or Argument Regarding TomorrowNow, Inc. in this case as Docket No. 559 ("Motion in Limine 1");

WHEREAS Rimini, by and through their attorneys of record, filed on May 20, 2015 a Motion to Exclude Expert Testimony of Elizabeth A. Dean in this case as Docket No. 563 ("Motion in Limine 2") (together with Motion in Limine 1, "Rimini's Motions in Limine");

WHEREAS Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle) by and through their attorneys of record, filed on May 28, 2015 a Motion to Determine Disputed Jury Instructions in this case as Docket No. 575 ("Oracle's Motion");

WHEREAS any responses to Rimini's Motions in Limine are currently due June 8, 2015;

WHEREAS any responses to Oracle's Motion is currently due June 14, 2015;

WHEREAS Rimini agreed to provide Oracle an additional two weeks to respond to

1    Rimini's Motions in Limine;

2           WHEREAS Oracle agreed to provide Rimini an additional two weeks to respond to

3    Oracle's Motion;

4           THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle

5    may file responses to Rimini's Motions in Limine on or before June 22, 2015.

6           THEREFORE IT IS HEREBY STIPULATED by and between the parties that Rimini

7    may file a response to Oracle's Motion on or before June 29, 2015.

8           SO STIPULATED AND AGREED.

9    Dated:  June 2, 2015

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Robert H. Reckers | By: /s/ Kieran Ringgenberg |
| Robert H. Reckers, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile:  (816) 421-5547<br>rreckers@shb.com | Kieran Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to the stipulation, it is hereby ORDERED that:

The time for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. to file their Opposition to Defendants' Motion to Exclude Certain Inquiry, Evidence or Argument Regarding TomorrowNow, Inc. (Dkt No. 559) and Defendants' Motion to Exclude Expert Testimony of Elizabeth A. Dean (Dkt. No. 563) is extended to June 22, 2015.  The time for Defendants Rimini Street, Inc. and Seth Ravin to file their Opposition to Plaintiffs' Motion to Determine Disputed Jury Instructions (Dkt No. 575) is extended to June 29, 2015.

DATED this 3rd day of June, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE