UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RIMINI STREET, INC., et al.<br><br>　　　　　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br>Case No. 2:14-cv-01699-LRH-PAL<br><br>**MINUTES OF PROCEEDINGS**<br><br>Dated:  June 3, 2015 |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin　　　**RECORDER/TAPE #**:  None

**COUNSEL FOR ORACLE:**  James Maroulis, Kieran Ringgenberg, Thomas Hixson, Richard Pocker

**COUNSEL FOR RIMINI STREET:** Trent Webb, West Allen, John Reilly, Philip Cohen, Scott Martin

**COUNSEL FOR SETH RAVIN:** Daniel Winslow

**PROCEEDING:**  Settlement Conference

　　　A settlement conference was conducted commencing at 9:32 a.m.  Defendant Seth Ravin was present.  The court heard presentations from counsel and from each of the parties present and thereafter met individually with counsel and each individual party.

　　　Offers and counteroffers were exchanged. The parties agreed to discuss a potential global resolution of this case and the second filed action, *Rimini v Oracle* 2:14-cv-1699 LRH PAL. To assess the viability of a global settlement of both cases, Oracle agreed to provide Rimini with a proposed form of preliminary injunction.  Rimini agreed to provide Oracle with detailed information concerning the post summary judgement process changes Rimini implemented which Rimini believes address Judge Hicks' findings and do not infringe Oracle's copyrights.

　　　The settlement conference concluded at 1:02 p.m.

/ / /

/ / /

1

1  **IT IS ORDERED:**

2      1. The parties shall have until June 10, 2015 to make the agreed upon exchanges;

3      2. A telephonic status check to discuss a second session is set for **June 17, 2015, at 9:00 a.m.** Counsel shall be connected to the conference call by dialing **(702) 464-5625,** no later than 8:55 a.m. **Only 11 callers may call in.** This line holds a maximum of twelve callers including the judge.

```
                                    _____
                                    PEGGY A. LEEN
                                    UNITED STATES MAGISTRATE JUDGE
```

2