DOMINICA C. ANDERSON (SBN 2988)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV  89106
Telephone: 702.868.2600
Facsimile:  702.385.6862
Email:  dcanderson@duanemorris.com

Attorneys for CedarCrestone, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No.  2:10-CV-0106-LRH-PAL<br><br>***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE; and ORDER** |

Dominica C. Anderson, of Duane Morris LLP, brings this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuance of Notice.  Dominica C. Anderson and Duane Morris LLP previously represented Interested Party CEDARCRESTONE, INC., in this matter.  It is no longer necessary for Ms. Anderson, or any counsel associated with Duane Morris LLP, to receive further CM/ECF notice.  Therefore, it is requested that Dominica C. Anderson and Duane Morris LLP be removed from the CM/ECF service list.

DATED:  May 21, 2015              DUANE MORRIS LLP

                                  By:   /s/ *Dominica C. Anderson*
                                        Dominica C. Anderson (SBN 2988)
                                        Attorneys for CedarCrestone, Inc.

        IT IS SO ORDERED this 9th of June, 2015.

                                        _____
                                        U.S. Magistrate Judge