| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com |
| BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE'S OPPOSITION TO DEFENDANTS RIMINI STREET INC.'S AND SETH RAVIN'S MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(E) AND 37(C), OR, IN THE ALTERNATIVE, TO CONSOLIDATE** |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies, Schiller & Flexner LLP, counsel to plaintiffs in this action. This declaration is made in support of Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Opposition to Defendants Rimini Street Inc.'s and Seth Ravin's Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 26(e) and 37(c), or, in the Alternative, to Consolidate. Based on my involvement in the discovery process and my review of the files and records in this action, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. On September 28, 2011, Defendant Rimini Street Inc. ("Rimini") served its Objections and Response to Plaintiff Oracle USA, Inc., America, Inc., and Oracle International Corporation's Seventh Set of Interrogatories, which included as Exhibit A a list identifying what the Response described as "each former and current Rimini customer along with that customer's supported product line, start date, end date (if applicable), active-inactive status, and alternative names used (if applicable)."

3. Between February 2014 and October 2014, Rimini made five productions to Oracle. Since the close of fact discovery and a handful of supplements in the few weeks thereafter, Rimini has made no other document productions, offered no 30(b)(6) depositions or other deposition dates, and provided no verified interrogatory responses.

4. Rimini's 2014 productions did not include a complete customer list; no customer list produced by Rimini in 2014 (or at any time) identified customers with start dates between September 2011 and December 2011. Rimini's 2014 productions also did not include updated versions of information of the sort on which Oracle's damages expert, Elizabeth Dean, relied in preparing her expert report, including: (1) a full set of Rimini Street's audited financial statements; (2) communications with investors and/or potential investors; (3) third-party valuations; (4) planning documents and projections of customer revenues and profits; and (5) documents from relevant document custodians, including communications with customers.

1  Rimini's 2014 productions also did not include copies of derivative works that Rimini created
2  from Oracle's software since the close of fact discovery.
3         5.      On September 16, 2014, Nitin Jindal of Morgan, Lewis & Bockius LLP, counsel
4  for Oracle, wrote to Robert Reckers of Shook, Hardy & Bacon, LLP, counsel for Rimini,
5  requesting that Rimini provide a complete and updated customer list, among other things.  A true
6  and correct copy of that September 16, 2014 letter is attached as **Exhibit A**.
7         I declare that the foregoing is true under penalty of perjury of the laws of the United
8  States.
9         Executed this 16th day of June, 2015, at Oakland, California.

                    */s/ Kieran Ringgenberg*
                    Kieran Ringgenberg

2
DECLARATION OF K. RINGGENBERG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO PRECLUDE DAMAGES EVIDENCE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2015, I electronically transmitted the foregoing **DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE'S OPPOSITION TO DEFENDANTS RIMINI STREET INC.'S AND SETH RAVIN'S MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(E) AND 37(C), OR, IN THE ALTERNATIVE, TO CONSOLIDATE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

      /s/ Catherine Duong
An employee of Boies, Schiller & Flexner LLP