# EXHIBIT A

# BINGHAM

Nitin Jindal
Direct Phone:  +1.415.393.2046
Direct Fax:    +1.415.393.2286
nitin.jindal@bingham.com

September 16, 2014

**Via E-Mail**

Robert H. Reckers, Esq.
Shook, Hardy & Bacon LLP
JPMorgan Chase Tower
600 Travis Street, Suite 3400
Houston, TX  77002-2926

**Re:  *Oracle USA, Inc., et al. v. Rimini Street, Inc. and Seth Ravin*,
No. 2:10-cv-0106 LRH PAL (D. Nev.)**

Dear Rob:

This letter addresses continuing deficiencies in Rimini's supplemental discovery responses.

**Customer Contracts**

Thank you for producing contracts for the customers that we identified to you as having been omitted from RSI06806783. However, we could not locate contracts for                                           Please identify these contracts in the production or produce them shortly.

In addition, we have not been able to locate an updated customer list in Rimini's most recent production. Please identify the list in the production or provide us with one.

Please also confirm that you have now fixed all of your prior omissions and that the updated customer list you will produce will include <u>all PeopleSoft, J.D. Edwards, and Siebel customers that Rimini has signed contracts with or provided support to since the last customer identified on Rimini's September 28, 2011 updated Exhibit A to Oracle's Rog. No. 7</u>                                           It is disappointing that it will have been at least seven months since we first started discussing updating discovery for Rimini to confirm that it has identified all of its new customers.

Beijing
Boston
Frankfurt
Hartford
Hong Kong
Lexington (GSC)
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T +1.415.393.2000
F +1.415.393.2286
bingham.com

Robert H. Reckers, Esq.
September 16, 2014
Page 2

Finally, please confirm that you have now produced all amendments to all PeopleSoft, J.D. Edwards, and Siebel customer contracts for customers Rimini previously identified during discovery.

**Financial Information**

There continue to be deficiencies in Rimini's updated financial production (RSI06808792).

- Rimini still has not produced a full set of financial statements for the relevant time period. Please produce Rimini's 2013 audited financial statements and Rimini's 2014 Q1 and Q2 financial statements ▇▇▇▇▇▇▇▇

- The narrow snippets of cost and financial information you have produced are not sufficient to understand Rimini's costs. ▇▇▇▇▇▇▇▇

Bingham McCutchen LLP
bingham.com

Robert H. Reckers, Esq.
September 16, 2014
Page 3

- The salary information in tabs #1.1, #1.2, and #1.3 is insufficient and does not include the detail included in the 

- The headcount data in tabs #1.1, #1.2, and #1.3 is similarly insufficient.

- Finally, while you state that you produced the data regarding Rimini's IPO-related financial projections, you have not produced any of the documents that include such financial analyses, including any discussion or analysis that accompanies the data.

### Customer Communications

When we last discussed updated discovery efforts, you stated Rimini would produce communications with customers, and that you would consider our proposal of making custodian-based productions from sales managers. Please let us know when there is a good time to discuss these issues.

Robert H. Reckers, Esq.
September 16, 2014
Page 4

If you would like to discuss any of these issues further, please let me know.

Sincerely yours,

Nitin Jindal