| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | 

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br>   v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>        Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL THEIR OPPOSITION TO DEFENDANTS RIMINI STREET INC.'S AND SETH RAVIN'S MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(E) AND 37(C), OR, IN THE ALTERNATIVE, TO CONSOLIDATE AND EXHIBIT A TO THE DECLARATION OF KIERAN RINGGENBERG** |

Case No. 2:10-cv-00106-LRH-PAL

1  Pursuant to the Stipulated Protective Order governing confidentiality of documents
2  entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of
3  the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and
4  Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the
5  Court order the Clerk of the Court to file under seal an unredacted copy of Oracle's Opposition
6  to Defendants Rimini Street Inc.'s and Seth Ravin's Motion To Preclude Certain Damages
7  Evidence Pursuant To Federal Rules Of Civil Procedure 26(e) And 37(c), Or, In The Alternative,
8  To Consolidate ("Opposition") (the "Opposition") as well as Exhibit A to the Declaration of
9  Kieran P. Ringgenberg in Support of Oracle's Opposition (the "Ringgenberg Declaration").
10 Unredacted copies of the Opposition and Exhibit A were individually lodged under seal with the
11 Court on June 16, 2015.
12     Sealing of the unredacted Opposition is requested because the redacted portions of the
13 motion contain information that Rimini Street, Inc. and Seth Ravin (collectively the
14 "Defendants"), have designated as "Confidential Information" and "Highly Confidential
15 Information – Attorneys' Eyes Only" under the terms of the Protective Order.  Likewise, sealing
16 of the unredacted Exhibit A is requested because it contains information designated as
17 "Confidential Information" and "Highly Confidential Information – Attorneys' Eyes Only" by
18 the Defendants.
19     The Protective Order states, "Counsel for any Designating Party may designate any
20 Discovery Material as 'Confidential Information' and 'Highly Confidential Information –
21 Attorneys' Eyes Only' under the terms of this Protective Order only if such counsel in good faith
22 believes that such Discovery Material contains such information and is subject to protection
23 under Federal Rule of Civil Procedure 26(c).  The designation by any Designating Party of any
24 Discovery Material as 'Confidential Information' or 'Highly Confidential Information –
25 Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party
26 reasonably believes there is a valid basis for such designation."  Dkt. 55 ¶ 2.
27     Defendants have identified the information redacted in the Opposition as well as Exhibit
28 A as Confidential and Highly Confidential, and therefore Defendants have represented that good

1  cause exists for sealing those portions of the documents. This is a sufficient showing of good
2  cause to permit a sealing order on a nondispositive motion. *See, e.g.*, *Pac. Gas & Elec. Co. v.*
3  *Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002).
4        Oracle has submitted all non-redacted portions of the Opposition as well as Exhibit A to
5  the Ringgenberg Declaration for filing in in Court's public files, which allows the public access
6  to all but the redacted portions of the Opposition and Exhibit A.  Accordingly, the request to seal
7  is narrowly tailored.
8        For the foregoing reasons, Oracle respectfully requests that the Court find that good cause
9  exists to file under seal the unredacted copies of the Opposition and Exhibit A to the
10 Ringgenberg Declaration.
11
12 DATED: June 16, 2015                              BOIES SCHILLER & FLEXNER LLP
13
14
15                                                   By: /s/ Kieran P. Ringgenberg
                                                         Kieran P. Ringgenberg
16                                                       Attorneys for Plaintiffs
                                                         Oracle USA, Inc., Oracle America, Inc.,
17                                                       and Oracle International Corp.
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2015, I electronically transmitted the foregoing **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL THEIR OPPOSITION TO DEFENDANTS RIMINI STREET INC.'S AND SETH RAVIN'S MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(E) AND 37(C), OR, IN THE ALTERNATIVE, TO CONSOLIDATE AND EXHIBIT A TO THE DECLARATION OF KIERAN RINGGENBERG** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ Catherine Duong
An employee of Boies, Schiller & Flexner LLP