| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| 2 | RICHARD J. POCKER (NV Bar No. 3568) | THOMAS S. HIXSON (*pro hac vice*) |
|   | 300 South Fourth Street, Suite 800 | KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Las Vegas, NV 89101 | Three Embarcadero Center |
|   | Telephone: (702) 382-7300 | San Francisco, CA  94111-4067 |
| 4 | Facsimile: (702) 382-2755 | Telephone:  415.393.2000 |
|   | rpocker@bsfllp.com | Facsimile:  415.393.2286 |
| 5 |  | thomas.hixson@bingham.com |
|   | BOIES, SCHILLER & FLEXNER LLP | kristen.palumbo@bingham.com |
| 6 | WILLIAM ISAACSON (*pro hac vice*) |  |
|   | KAREN DUNN (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 7 | 5301 Wisconsin Ave, NW | DEBORAH K. MILLER (*pro hac vice*) |
|   | Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727 | ORACLE CORPORATION |
|   | Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7 |
| 9 | wisaacson@bsfllp.com | Redwood City, CA 94070 |
|   | kdunn@bsfllp.com | Telephone:  650.506.4846 |
| 10 |  | Facsimile:  650.506.7114 |
|   | BOIES, SCHILLER & FLEXNER LLP | dorian.daley@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*) | deborah.miller@oracle.com |
|   | KIERAN P. RINGGENBERG (*pro hac vice*) | jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900 |  |
|   | Oakland, CA 94612 |  |
| 13 | Telephone: (510) 874-1000 |  |
|   | Facsimile: (510) 874-1460 |  |
| 14 | sholtzman@bsfllp.com |  |
|   | kringgenberg@bsfllp.com |  |
| 15 |  |  |
| 16 | Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation |  |
| 17 |  |  |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 21 | ORACLE USA., INC, a Colorado corporation, ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No  2:10-cv-0106-LRH-PAL |
| 22 |  | **CERTIFICATE OF SERVICE** |
| 23 | Plaintiffs, |  |
|    | v. |  |
| 24 |  |  |
| 25 | RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual, |  |
| 26 | Defendants. |  |

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 1999 Harrison Street, Suite 900, Oakland, CA 94612.

On June 16th, 2015, I served the following documents:

1. ORACLE'S OPPOSITION TO DEFENDANTS RIMINI STREET INC.'S AND SETH RAVIN'S MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(E) AND 37(C), OR, IN THE ALTERNATIVE, TO CONSOLIDATE - CONFIDENTIAL AND FILED UNDER SEAL; AND
2. EXHIBIT A TO DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE'S OPPOSITION TO DEFENDANTS RIMINI STREET INC.'S AND SETH RAVIN'S MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(E) AND 37(C), OR, IN THE ALTERNATIVE, TO CONSOLIDATE - CONFIDENTIAL AND FILED UNDER SEAL.

I served the documents on the **persons** below, as follows:

Mark Tratos
Brandon Roos
Leslie A.S. Godfrey
**Greenberg Traurig, LLP**
3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NV 89169
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

Eric Buresh
**Shook, Hardy & Bacon L.L.P.**
2555 Grand Blvd.
Kansas City, Missouri 64108
EBURESH@shb.com

Robert H. Reckers, Esq.
**Shook, Hardy & Bacon L.L.P.**
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
RRECKERS@shb.com

The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

4  DATED:  June 16, 2015           /s/ Catherine T. Duong
                                    Catherine T. Duong

2

CERTIFICATE OF SERVICE