# EXHIBIT K

**From:** Juergen Rottler
**Sent:** Friday, October 23, 2009 6:25 PM
**To:** Gary N Miller
**Cc:** Gary N Miller
**Subject:** Re: Approval Requested: Adjustment to Siebel Support Renewal Inflationary Adjustment

Approved

Juergen

On Oct 23, 2009, at 5:33 PM, "Gary Miller" <gary.miller@oracle.com> wrote:

> Juergen,
>
> Given the increasing competitive pressure we recommend to stop the
> special inflationary pricing for Siebel and standardize on the same
> IAR as the rest of Oracle.
>
> You have seen the cancellation reports for Siebel and the exceptional
> deals we have had to do for customers like NAB to keep them with
> Oracle support.
>
> Please let us know if you would like to discuss further.
>
> Thanks,
>
> Gary
>
> From: Robbin Henslee [mailto:robbin.henslee@oracle.com]
> Sent: Friday, October 23, 2009 3:44 PM
> To: gary.miller@oracle.com
> Subject: Approval Requested: Adjustment to Siebel Support Renewal
> Inflationary Adjustment
>
> Hi Gary,
>
> As you recall, at the time that Oracle acquired Siebel, we analyzed
> the average support fees that were being paid by the Siebel customer
> base. The average effective rate for the support fee for the Siebel
> Standard Support customers was 15.8% and 17.5% for the Siebel Gold
> Support customers. In order to move the Siebel customer base closer
> to the lowest band of Oracle Support fees, we put into place a policy
> specific to the Inflationary Adjustment Rate (IAR) for the Siebel
> customers. Instead of utilizing the Oracle IAR of 3%, we would
> utilize an IAR of 4% for the Siebel Gold customers and 5% for the
> Siebel Standard Support customers.
>
> According to the field, due to competitive pressures in the industry,
> specifically from the third party support provider, Rimini Street,
> when renewing the Siebel customers we have to had to effectively lower
> the IAR to 3%. We would like your and Juergen's approval to eliminate
> the special IAR rate for the Siebel customers and to utlilize the
> standard Oracle IAR of 3% for Siebel renewals moving forward.
>
> Please let me know if you need any further information from me.
> Please provide me with your approval.
>
> Regards,
>

> Robbin
>
>
> <oracle_sig_logo.gif>
> Robbin Henslee | Senior Director, Support Strategy & Policies
> Phone: 706-660-9494 | Fax: 706-660-9494 | Mobile: 706-464-1273 Oracle
> Support Strategy & Innovation ORACLE United States | 2913 Cross
> Country Hill | Columbus, GA 31906 <env-resp.gif> "Please consider your
> environmental responsibility before printing this e-mail"
>