# EXHIBIT O

```
                                                              Page 1
 1            UNITED STATES DISTRICT COURT
 2               DISTRICT OF NEVADA
 3    -------------------------------
 4    ORACLE USA, INC., a Colorado   )
 5    Corporation; ORACLE AMERICA,   )
 6    INC., a Delaware corporation,  )
 7    and ORACLE INTERNATIONAL       )
 8    CORPORATION, a California      )
 9    corporation,                   )
10              Plaintiffs,          )
11         vs.                       ) No. 2:10-cv-000106
12                                   ) LRH-PAL
13    RIMINI STREET, INC., a         )
14    Nevada corporation; SETH       )
15    RAVIN, an individual,          )
16                                   )
17              Defendants.          )
18    -------------------------------
19
20
21         VIDEOTAPED DEPOSITION OF SAFRA CATZ
22              Wednesday, December 14, 2011
23
24
25    PAGES 1 - 179
```

**Page 42**

 1  customer. So they wouldn't be in the 15,000. I
 2  have no idea how much software PeopleSoft has sold
 3  since the beginning of time. So how many other
 4  customers don't get support anymore, don't use the
 5  software, I just have no idea.
 6     So we would have to look -- somebody in
 7  support can give you the actual number of folks who
 8  pay support, and that would be -- that's who we
 9  would calling as a customer.                    09:48:00
10     Q. As a customer. You don't refer to
11  licensees that took licenses in the past as current
12  customers unless they are on support?
13     A. Well, they bought -- they took a license a
14  while ago. That was a while ago. They can use it.
15  It's a perpetual license. They can use it forever.
16  But they are -- you know, they're not paying -- they
17  are not covered under a current contract. They
18  acquired their license -- I mean, it's like asking
19  Walgreens, you know, your customer from three years    09:48:29
20  ago, is that your customer right now? No.
21     Q. So once Oracle signs a license agreement
22  with a company, then that deal is done and they are
23  only a customer going forward if they are paying
24  maintenance every year?
25     A. They have bought the software. That's what

**Page 43**

 1  they have. We do not have a standing -- I guess it
 2  depends what you want to call as a customer. That's
 3  why I asked you, a customer ever, since the
 4  beginning of time?                               09:48:59
 5     Q. Okay. Let's talk about reasons why -- so
 6  you will agree that not all licensees are Oracle
 7  maintenance customers presently?
 8     A. Not all folks who have licensed perpetual
 9  license have acquired a support contract.
10     Q. Let's talk about the reasons why -- first   09:49:30
11  of all, when we're talking about acquire a support
12  contract, is it true that for year 1, so the first
13  year that the customer takes a license to the
14  software, that support is included in -- I guess, in
15  that deal. It's included in their first year?
16     A. No.
17     Q. No?
18     A. I don't understand what you're asking.
19  They license the software. They are free for their
20  license to not buy any support with it.          09:49:59
21     Q. Okay. In year 1 as well?
22     A. Yes.
23     Q. Do you know of instances where customers
24  have not had maintenance in year 1?
25     A. It depends for what software. But, I mean,

**Page 44**

 1  you know, through our product line? There are
 2  customers who do not buy it at the same time.
 3     Q. How about for PeopleSoft, do you recall
 4  ever a customer not having maintenance for year 1?
 5     A. As a general matter, they do want updates.
 6  Even when they buy it right now, they want updates,  09:50:29
 7  and they want to buy it in the first year.
 8     Q. But do you recall ever a customer, to your
 9  knowledge, in year 1 of their PeopleSoft license not
10  having Oracle maintenance or support?
11     A. No.
12     Q. How about for JD Edwards?
13     A. I don't know about JD Edwards. I don't
14  know.
15     Q. Why is your answer different?
16     A. JD Edwards is a very -- is a -- is a -- I
17  just don't know. So, no, I don't know of one       09:50:56
18  myself.
19     Q. Okay. How about for Siebel, do you know of
20  one yourself?
21     A. No.
22     Q. Are you aware of reasons generally why
23  customers go off of Oracle or do not renew the
24  Oracle maintenance contract?
25     A. Yes.

**Page 45**

 1     Q. What are the reasons that you're aware
 2  of?
 3     A. They go out of business and stop using the
 4  software, including bankruptcy or closed. They are   09:51:29
 5  acquired and stop using the software. They switch
 6  to a competitive product like an SAP, so they are
 7  not using software. Those are the general
 8  reasons.
 9     Q. Okay. Are you aware of any customers going
10  off of Oracle support because of poor customer       09:51:56
11  service?
12     A. Off the top of my head, you know, I can't
13  think of one.
14     Q. How about cost? Would that be part of
15  switching to a competitor in your mind?
16     A. Because of the cost of the maintenance
17  contract?
18     Q. Right.
19     A. Without an alternative, they just stop
20  using support because they can't -- they don't want  09:52:30
21  to pay for it.
22     Q. Either way. So we can take it under two
23  scenarios. Are you aware of any customers who go
24  off maintenance, and, you know, either self-support
25  or don't do any support because of the cost of

```
STATE OF CALIFORNIA    ) ss:
COUNTY OF MARIN        )
```

I, ASHLEY SOEVYN, CSR No. 12019, do hereby certify:

That the foregoing deposition testimony was taken before me at the time and place therein set forth and at which time the witness was administered the oath;

That the testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN THE WITNESS WHEREOF, I have transcribed my name this 19th day of December, 2011.

*[signature]*
ASHLEY SOEVYN, CSR 12019

Page 176