# EXHIBIT Q

```
                                                              Page 1
 1
               UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA
 3   _____

     ORACLE, USA, INC., a Colorado
 4   corporation; ORACLE AMERICA,
     INC., a Delaware corporation;
 5   and ORACLE INTERNATIONAL
     CORPORATION, a California
 6   corporation,
 7                      Plaintiffs,
 8           vs.                         No. 2:10-cv-00106
                                              -LRH-PAL
 9   RIMINI STREET, INC., a
     Nevada corporation; SETH
10   RAVIN, an individual,
11                      Defendants.
     _____
12
13
          VIDEOTAPED DEPOSITION OF BARBARA SHEPARD
14             Taken on behalf of the Plaintiffs
15                    November 1, 2011
16
17                 Saundra Tippins, CCR
18
19         (The deposition began at 9:27 a.m.)
20
21
22
23
24
25   Pages 1 - 61
```

```
 1                                              1
 2                                              2
 3                                              3
 4                                              4
 5                                              5
 6                                              6
 7                                              7
 8                                              8
 9                                              9
10
11                                             11     And is it correct that BlueCross BlueShield of Kansas City
12                                             12     has designated you to testify to these topics?
13                                             13          A   Yes.
14                                             14          Q   Okay. And just to be clear, you are
15                                             15     testifying on behalf of BlueCross BlueShield, so I might
16                                             16     phrase my questions to ask what BlueCross or BlueShield's
17                                             17     understanding was, and that's just because you're
18                                             18     designated to testify on its behalf. Is that clear?
19                                             19          A   Yes.
20
21
22
23
                                   Page 6                                                      Page 8
 1                                              1
 2                                              2
 3                                              3
 4                                              4
 5                                              5
 6                                              6
 7                                              7
 8                                              8
 9                                              9
10                                             10
11                                             11
12                                             12
13                                             13
14                                             14
15                                             15
16                                             16
17                                             17
18                                             18
19                                             19
20                                             20
21                                             21
22                                             22
23                                             23
                                   Page 7                                                      Page 9
```

Veritext National Deposition & Litigation Services
866 299-5127

**10  Q  Did you ever look at any other third parties**
**11  for support, aside from Rimini?**
**12     A   None that really come to mind.**

Page 18

Page 19

Page 20

Page 21

Pages 18 to 21

Page 207

1                CERTIFICATE OF REPORTER

2

3           I, Saundra Tippins, Certified Court Reporter,

4  Notary Public within and for the State of Missouri, do

5  hereby certify that the witness whose testimony appears in

6  the foregoing deposition was duly sworn by me; the

7  testimony of said witness was taken by me to the best of my

8  ability and thereafter reduced to typewriting under my

9  direction; that I am neither counsel for, related to, nor

10 employed by any of the parties to the action in which this

11 deposition was taken, and further that I am not a relative

12 or employee of any attorney or counsel employed by the

13 parties thereto, nor financially or otherwise interested in

14 the outcome of the action.

15

16

17

18

19                              _____
20
21                              Notary Public within and for

22                              the State of Missouri

23                              My commission expires June 30, 2013.

24                  SAUNDRA A. TIPPINS
                    Notary Public, Notary Seal
                    State of Missouri
                    Jackson County
                    Commission # 09440242
25                  My Commission Expires June 30, 2013