# EXHIBIT R

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1         UNITED STATES DISTRICT COURT
2              DISTRICT OF NEVADA
3
4   ---------------------------------
5   ORACLE, USA, INC., a Colorado    )
6   corporation; ORACLE AMERICA,     )
7   INC., a Delaware corporation;    )
8   and ORACLE INTERNATIONAL         )
9   CORPORATION, a California        )
10  corporation,                     )
11          Plaintiffs,              )
12          vs.                      ) No. 2:10-cv-00106
13  RIMINI STREET, INC., a           )     -LRH-PAL
14  Nevada corporation; SETH         )
15  RAVIN, an individual,            )
16          Defendants.              )
17  ---------------------------------
18      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19
20      Videotaped Deposition of KIM CABADA, taken
21      at CKE Restaurants, 6307 Carpinteria Avenue,
22      Carpinteria, California, commencing at
23      10:00 A.M., Thursday, November 3, 2011,
24      before Wendy S. Schreiber, CSR No. 3558, RPR.
25  PAGES 1 - 62

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                                          11:10:09
11        Earlier this morning you testified that one
12   of the reasons CKE Restaurants chose to leave Oracle
13   support and go to Rimini support was the cost of the
14   support.  Is that correct?
15      A.  Correct.                       11:10:19
16      Q.  Were there other considerations that CKE
17   evaluated in choosing -- in deciding to go to a
18   third-party support provider?
19      A.  Yes.
20      Q.  And what were those considerations?   11:10:27
21      A.  Tax updates.
22      Q.  And when you say "tax updates," you mean the
23   ability to provide tax updates?
24      A.  Yes.
25      Q.  Any other considerations?      11:10:37
                                          Page 46

 1      A.  Not particularly.
                                             :11:41
                                          Page 47
```

Pages 46 to 49

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF LOS ANGELES  )
 3
 4           I, WENDY S. SCHREIBER, CSR No. 3558, do
 5   hereby certify:
 6           That prior to being examined, the witness
 7   named in the foregoing deposition, KIM CABADA, was
 8   by me duly sworn to testify to the truth, the whole
 9   truth, and nothing but the truth;
10           That said deposition was recorded
11   stenographically by me, and was thereafter reduced
12   to print by means of computer-aided transcription,
13   and that the foregoing pages contain a full, true
14   and accurate record of all proceedings and
15   testimony;
16           I further certify that I am neither
17   counsel for any party in said action, nor am I
18   related to any party to said action, nor am I in any
19   way interested in the outcome thereof.
20           IN WITNESS WHEREOF, I have subscribed my
21   name this 8th day of November, 2011.
22
23
24   _____
25   WENDY S. SCHREIBER, CSR No. 3558, RPR
```

Page 59