# EXHIBIT S

Page 1

1          UNITED STATES DISTRICT COURT
                DISTRICT OF NEVADA
2
   ---------------------------------
3  ORACLE USA, INC., a Colorado     )
   corporation; ORACLE AMERICA,     )
4  INC., a Delaware corporation,    )
   and ORACLE INTERNATIONAL         )
5  CORPORATION, a California        )
   corporation,                     )
6                                   )
          Plaintiffs,                )
7  vs.                              ) No. 2:10-cv-000106
                                    ) LRH-PAL
8  RIMINI STREET, INC., a           )
   Nevada corporation; SETH         )
9  RAVIN, an individual,            )
                                    )
10         Defendants.              )
   ---------------------------------
11
12
13
14     VIDEOTAPED DEPOSITION OF JOHN RAYMOND HINTZ
15            Wednesday, November 30, 2011
16
17
18
19
20 Videotaped Deposition of JOHN RAYMOND HINTZ, taken on
21 behalf of the Plaintiff, at the Courtyard Marriott,
22 724 S. Polk Street, Amarillo, Texas, commencing at 9:06
23 a.m., Wednesday, November 30, 2011, before Kary A.
24 Wingo, CSR 3098.
25

```
 1                                           1
 2                                           2
 3                                           3
 4                                           4
 5                                           5
 6                                           6
 7                                           7
 8                                           8
 9                                           9
10                                          10
11                                          11
12                                          12
13                                          13
14                                          14
15                                          15
16                                          16
17                                          17
18                                          18
19                                          19
20                                          20
21                                          21
22                                          22
23                                          23
24                                          24
                              Page 6                                       Page 8
```

```
 1                                           1
 2                                           2
 3
 4                                           4    Q.  Do you understand that these are the topics
 5                                           5    for which you've been designated by Hastings to
 6                                           6    testify?
 7                                           7        A.  Yes.
 8                                           8        Q.  Do you understand that you bind Hastings with
 9                                           9    respect to these topics?
10                                          10        A.  Yes.
11                                          11
12                                          12
13                                          13
14                                          14
15                                          15
16                                          16
17                                          17
18                                          18
19                                          19
20                                          20
21                                          21
22                                          22
23                                          23
24                                          24
                              Page 7                                       Page 9
```

Pages 6 to 9

|  |  |
|---|---|
| 1 | 1 |
| 2 |   |
| 3 | 3 |
| 4 | 4 |
| 5 |   |
| 6 | 6 |
| 7 | 7 |
| 8 |   |
| 9 | 9 |
| 10 | 10 |
| 11 |   |
| 12 | 12 |
| 13 | 13 |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 | 17 |
| 18 | 18 |
| 19 |   |
| 20 | 20 |
| 21 | 21 |
| 22 |   |
| 23 | 23 |
| 24 | 24 |
| Page 78 | Page 80 |

|  |  |
|---|---|
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |
| 5 | 5 |
| 6 | 6 |
| 7 | 7 |
| 8 | 8 |
| 9 | 9 |
| 10 | 10 |
| 11 | 11 |
| 12 | 12 |
|   | 13 |
|   | 14 |
| 15  **Q. Did Hastings ever consider self-supporting** | 15 |
| 16  **their PeopleSoft?** | 16 |
| 17     A. No. | 17 |
| 18  **Q. And why is that?** | 18 |
| 19     A. That would be beyond our expertise, | 19 |
| 20  particularly on the tax updates, the regulatory | 20 |
| 21  updates. | 21 |
|   | 22 |
|   | 23 |
|   | 24 |
| Page 79 | Page 81 |

Veritext National Deposition & Litigation Services
866 299-5127

Page 91

1  STATE OF TEXAS         )

2

3       I, KARY A. WINGO, CSR, RPR in and for the State
4  of Texas, certify that the caption to this
5  transcription correctly states the facts set forth
6  herein, that the examination of the witness named in
7  said caption was correctly reported in Stenograph by me
8  at the time and place and under the Agreement set forth
9  in said caption, and has been transcribed from
10 Stenograph into writing by computer transcription under
11 my direction and supervision in the foregoing
12 transcript; and that said transcript contains a correct
13 record of the proceedings had at said time and place.
14      I further certify that I am neither attorney or
15 counsel for, nor related to or employed by, any of the
16 parties or attorneys in the action in which this
17 deposition was taken, and further, that I am not
18 financially or otherwise interested in the outcome of
19 the action.
20      I further certify that the amount of time used by
21 each party at the deposition is as follows:
22      Mr. Sean Phillips Rodriguez -1 hour, 54 minutes
23      Mr. Jared M. Tong - 8 minutes
24      GIVEN UNDER MY HAND AND OFFICIAL SEAL of office
25 on this the 2nd day of December, 2011.

*Kary A. Wingo* (signature)

KARY A. WINGO, CSR, RPR
Certificate No. 3098
Expiration Date: 12-31-2012
Firm Registration No. 186
4103 W. 49th St.
Amarillo, Texas 79109
(806) 355-8181