# EXHIBIT 4

Highly Confidential Information - Attorneys' Eyes Only
ORACLE INTERNAL

## 2005 Third Party Support SWAT Team

### Meeting Minutes

| Meeting Date: | 5/12/05 | Overall Status Project Status (Red / Yellow / Green) **Yellow** | |
|---|---|---|---|
| **Team Members:** | | **Role:** | **In Attendance** |
| Motasim Najeeb | | VP HRMS Product Development | No |
| Kirsten Shaw | | VP Business Development Customer and Partner Programs | No |
| Timothy Murray | | Director of Product Management | Yes |
| Jim Patrice | | VP Product Support | Yes |
| Doug Morse | | VP Product Support | No |
| Catherine Jensen | | VP Product Support | Yes |
| Buffy Ransom/Neal Alsup | | Senior Director Product Support | Yes |
| Brad Nolan | | Senior Manager Product Support | Yes |
| Daryl Zacharko | | VP Program Management | Yes |
| Lisa Jones/Julia Clary | | Director Product Support | No |
| Andy Allbritten | | Managing Director & Group VP | No |
| Jim Petraglia | | Senior Director Support Services WW Sales | No |
| Rick Cummins | | Director Support Services Sales | Yes |
| Robbin Henslee | | Director of Strategy | No |
| Padma Hariharan | | Senior Manager, Services Delivery Management | No |
| Elizabeth Shippy | | Senior Manager Support Operations | Yes |
| Nancy Lyskawa | | Senior Director of Support Services Marketing | No |
| Meeia Crossman | | Senior Marketing Program Manager | Yes |
| Lynn Rollins | | Product Marketing Director | No |
| Jamie Blackford | | Regional Support Sales Manager | Yes |
| Rob Lachs | | Regional Support Sales Manager | Yes |

DTX_0141 Page 1 of 5

ORCLRS0140601

NOT A FINAL EXHIBIT

Highly Confidential Information - Attorneys' Eyes Only
ORACLE INTERNAL
DTX_0141 Page 2 of 5
NOT A FINAL EXHIBIT
ORCLRS0140602

## 2005 Third Party Support SWAT Team

| Key Accomplishments and/or Decisions Made: |
| --- |
| Shared status update on progress of 3rd party SWAT team<br>Explained Better Together program and how it differentiates from Support Sales SWAT Team<br>Gained commitment from Rob Lachs and Brad Nolan to provide product direction to Lexmark |

| Open Action Items: | Assigned to: | Status: |
| --- | --- | --- |
| ✓ Set up follow internal call for State of Texas support renewal | Rick Cummins | complete |
| ✓ Communications for future product direction by pillar | Najeeb Motasim | unknown |
| ✓ Details on customers at risk to include: maintenance dollars, product version and release, account executive info to provide magnitude of current situation. (VP engagement) | Rick Cummins | On-going |
| ✓ Sales Overlay team follow up | Rick Cummins | On-going |
| ✓ Minutes | Elizabeth Shippy | On-going |

**Meeting Minutes:**

Background Information:
Where are we going with this program: we've identified 50 customers at risk of moving their support business to a 3rd party vendor (most likely TomorrowNow) totaling $16M.

- "Better Together" campaign and how SWAT team initiative fits into strategy:

Led by license sales team, target customers with JDE/PSFT and SAP or large SAP/Oracle shop
Goal of program is to beat SAP in marketplace
Strategy sheet defining action plan to beat SAP – execs review plans to ensure appropriate resources are deployed

- SWAT Program:

Directed at customers who want lower support: not seeing the value of support, internal ROI not being realized, 3rd party vendors offering substantial discounts
Some x-over from Better Together

third party support swat team minutes 051205.DOC

Page 2 of 5

Highly Confidential Information - Attorneys' Eyes Only
ORACLE INTERNAL
DTX_0141 Page 3 of 5
NOT A FINAL EXHIBIT
ORCLRS0140603

## 2005 Third Party Support SWAT Team

- SWAT Program: Continued:

Need to have a support driven program to address these customers
Support Sales management meets weekly to discuss current activity with at risk accounts
We track customers at any maint level  (not just $1M)

- Current Support Sales Strategy:

Support Sales Managers (SSMs) point out shortcomings of vendor and focus on the value we offer
SSMs determine if the threat is legitimate:
   o Customers may just be using the threat as a negotiation tool, or
   o Customers may have issues (product, support, consulting, etc) that need to be addressed

- Messaging GAP
   o Customer's still do not feel that they have clear roadmap of Fusion and what that means for their product and specific release.
      - Road show a few weeks ago – helped E/E1 customers
      - Catherine Jensen stated that there are mixed messages about road to Fusion – specific to E
         - 8.8 to Fusion or 8.9 or 9.0 – still being evaluated
         - AE or SSAs log complaint (support policy) in C1 – extension of updates, upgrade path or platform certification
         - Execs to review these complaints
         - 360 view – complaint logged
      - Neal Alsup stated that E1 customers are very quiet about
      - Quest User Group scheduled in June
         - Support execs to collect feedback from customers
         - Present findings to Joel, John, others
      - Tim Murray asked about metrics: detail about customers on what releases?
         - Robbin Henslee provided report generated from C1 call volume
         - Concern that data is 'suspect' but it's the best we can do with the information we have
      - Customer communication regarding Fusion has still been limited.
         - Meeia Crossman - No updates on Fusion – no messaging
            o Create internal sales guide - 3-5 differentiators between our support and SAP support
            o Roll out at June Sales meeting

Highly Confidential Information - Attorneys' Eyes Only
ORACLE INTERNAL
DTX_0141 Page 4 of 5
NOT A FINAL EXHIBIT
ORCLRS01140604

**2005 Third Party Support SWAT Team**

- 
  - o World to Fusion messaging is still very unclear.
    - ▪ Brad: World to Fusion – execs told customers they must migrate to E1 to get to Fusion – that's not going to work – we will provide data migration but don't know method
    - ▪ World update: John Schiff recording a video on website - not so much on Fusion
      - • Announcing new release in June

- Prepaid program for World Customers
  - o Develop a program: Discount on 3 yr agreement – locks them in (bridge to Fusion)
  - o Initally rejected so changed presentation and resubmitted
  - o Execs are now interested
  - o World customers only
  - o Track all options for E, E1, W
  - o Extend to E1/E if appropriate
  - o Looking for an answer within 2 weeks

- Update on "At Risk" accounts currently identified.
  - o Details of customers "At Risk"
  - o 50 accounts
  - o $16M
  - o Another 8 accounts in the last week
  - o Not significant loss – 3M (won about the same)
  - o Most in negotiation
  - o Versystec targeting low end accounts, partner accounts
  - o Profile customer
  - o Still determining magnitude of situation

- Update on State of Texas
  - o E account: PSFT/ORCL - $5M
  - o They want us to lower fees from $2.3M to $1M (TomorrowNow quoted less than $1M)
  - o Rich Rogers spoke to vision, product
  - o Questions about Repurchase – db changes
  - o Success of SWAT team involvement - garnering the appropriate resources
  - o Our VP Andy Allbritten meeting with customer today

Highly Confidential Information - Attorneys' Eyes Only
ORACLE INTERNAL
DTX_0141 Page 5 of 5
ORCLRS0140605
NOT A FINAL EXHIBIT

**2005 Third Party Support SWAT Team**

- Top Customer's At Risk:
    - Dole – World -  $1.4M – pursuing prepay option
        - Waiting for our exec approval on prepay

    - Conagra – Enterprise - $912K
        - TomorrowNow meeting with them
            - Offered discount – 50%; 5% caps
        - We're now sitting in favorable position: 0% cap for 5 years
        - We can reduce cost of maint by reducing base employee count

    - Lexmark – World - $1.2m
        - TomorrowNow threat
        - Relationship related: ill history with ORCL
        - They say our fees are a 'scam'
        - Must reduce cost
        - Aug 1 renewal
        - SWAT – better together team involved, AE involved/deployed
        - May 28 – on schedule for credit hold
        - Will get Brad Nolan's team involved to bring product discussions into the mix to rebuild relationship

    - NCR – E - $532k
        - Want to reduce costs for years
        - Still determining threat
        - May be able to resize and reduce pricing
        - Heavy ORCL user

    - Memec – E1 - $821K
        - A lot of implementation issues: primary issue: ERP shelfware
        - Bought too much – only using Fin/AR
        - SAP/ORCL in heated sales cycle
        - Decision to move away from E1 - Drop support on most, if not all, products
        - Bought out by Abnet – large SAP shop