# EXHIBIT 5



Home / News / **Press Releases**

## Press Releases

**Rimini Street Appoints Two Enterprise Software Support Veterans to Executive Team**
10/4/2006

Appointments Round Out Recent Hiring of Top Software Engineers and Specialists; Clients Benefit from Highly Experienced Support Team

LAS VEGAS, NV - October 4, 2006 - Rimini Street, Inc., the leading independent maintenance and support provider for Siebel, PeopleSoft, and JD Edwards (NASDAQ: ORCL) software, today announced two new executive appointments. Beth Lester has been appointed vice president, PeopleSoft Support Services and George Lester has been appointed vice president, Information Technology. Both join Rimini Street directly from TomorrowNow, a subsidiary of SAP (NYSE: SAP), where they each were one of the first employees.

"We welcome George and Beth to the Rimini Street executive team, and, considering all our recent highly-experienced support specialist and engineer hires, we believe Rimini Street is now fielding the best US-Based support program in the industry," said Seth Ravin, president & CEO of Rimini Street. "Our goal is to be the number one third-party maintenance support provider worldwide, helping clients to maximize the return on their enterprise software investments. We are on our way to this goal. Rimini Street is already number one in third-party support services for Siebel, and we will continue our aggressive push to extend our lead in Siebel and be number one in support for PeopleSoft, JD Edwards, and other product lines we may offer. With our continued success in attracting top talent and our relentless dedication to client satisfaction, Rimini Street will achieve its goal."

"In addition to other recent executive appointments that included David Rowe, vice president, Global Marketing & Alliances, we are continuing to attract top technical talent and hiring very experienced engineers, consultants and product support specialists," said Dennis Chiu, vice president, Support Services for Rimini Street. "We continue to see growing interest in Rimini Street from the very best experts in the market due to Rimini Street's clear business plan, growing success, people-centric culture, attractive benefit and stock option plans, and great work environment."

Beth Lester is a veteran of the third-party software support industry with more than 8 years of enterprise software support and development experience working with numerous Fortune 500, mid-market, and public sector organizations. She will oversee support services for Rimini Street clients using PeopleSoft products. Prior to Rimini Street, Ms. Lester was responsible for the delivery of nearly 500 tax and regulatory updates during her tenure at TomorrowNow, and also developed strategies for the development and delivery of critical updates to clients. At PeopleSoft, Inc., Ms. Lester led

numerous consulting projects for implementations, upgrades, and support across a wide variety of products, releases, and industries.

"My passion is assuring PeopleSoft licensees the pinnacle level of service available," said Ms. Lester. "Rimini Street is committed to client success, with high quality deliverables and a client-centric support program."

George Lester is an 8 year enterprise software industry veteran and leader in the third-party software support industry. Mr. Lester will be responsible for the global IT organization at Rimini Street and will manage all technology specialists across Rimini Street's Siebel, PeopleSoft, and JD Edwards product lines. Immediately prior to Rimini Street, Mr. Lester oversaw PeopleSoft technology support at TomorrowNow, with responsibility for building and managing the PeopleSoft technology support team, including the hiring, training, and management of all PeopleSoft Technical Support Engineers. Mr. Lester also led the client on-boarding process, including the establishment and management of more than a hundred support environments. Earlier in his career, Mr. Lester held several senior technical roles at PeopleSoft, Inc., including Infrastructure Manager, Software Architect, and Senior Database Administrator.

"I have been watching Rimini Street since its very-public launch in 2005," said Mr. Lester, "and have been watching Rimini Street's fast-paced product line introductions, client growth, and successful execution. I am glad to join the Rimini Street team, and am very impressed with the breadth and depth of technical talent and experience across our product lines. Rimini Street has an innovative vision for the industry, a culture that drives creativity, and an unparalleled passion for client service. I look forward to extending that vision into an industry-leading technology infrastructure, tools, and technical support team."

**About Rimini Street, Inc.**
Rimini Street, the leading independent provider of enterprise software support services, is redefining enterprise software support with an innovative, next-generation support program that enables Siebel, PeopleSoft, and JD Edwards licensees to remain on their current software release without any required upgrades or migrations for ten years or more. Rimini Street support provides a significant annual savings of more than 50 percent in fees compared to Oracle annual support and a higher service level commitment.

Rimini Street is headquartered in Las Vegas, with additional operations in California, North Carolina, Alabama, Illinois, Massachusetts, Colorado, Texas, and other areas of the United States. To learn more about Rimini Street Support Services, visit www.riministreet.com or contact Rimini Street at (702) 839-9671.

Rimini Street and the Rimini Street logo are trademarks of Rimini Street, Inc. All other company and product names may be trademarks of their respective owners. Copyright © 2006. All rights reserved.

Copyright © 2005-2014 Rimini Street, Inc.

Request a Quote | Request More Information | Subscribe

**888-870-9692** | +1 702-839-9671

Privacy Policy | Terms of Use | Site Map