# EXHIBIT 16

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-------------------------------

ORACLE USA, INC., a Colorado )
Corporation; ORACLE AMERICA, )
INC., a Delaware corporation, )
and ORACLE INTERNATIONAL )
CORPORATION, a California )
corporation, )
Plaintiffs, )
vs. ) No. 2:10-cv-000106
) LRH-PAL
RIMINI STREET, INC., a )
Nevada corporation; SETH )
RAVIN, an individual, )
)
Defendants. )

------------------------------

VIDEOTAPED DEPOSITION OF MANJULA HOSALLI

Friday, January 6, 2012

PAGES 1 - 67

**Q. How long have you worked for Rimini Street?**

A. It's close to four years.



**Q. And what is your job title?**

A. I am PeopleSoft enviroment engineer.

**Q. And what did you do before you worked at Rimini Street?** **15:19:29**

A. I worked with the -- TomorrowNow for two years and then before that I worked at Sun Microsystems for six years.

**Q. What did you do at TomorrowNow?**

A. TomorrowNow is basically an environment maintenance thing, like troubleshooting and backup and restoring.

**15:20:30**

STATE OF CALIFORNIA ) ss:
COUNTY OF MARIN )

I, ASHLEY SOEVYN, CSR No. 12019, do hereby certify:

That the foregoing deposition testimony was taken before me at the time and place therein set forth and at which time the witness was administered the oath;

That the testimony of the witness and all objections made by counsel at the time of the examination were recorded stenographically by me, and were thereafter transcribed under my direction and supervision, and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither counsel for any party to said action, nor am I related to any party to said action, nor am I in any way interested in the outcome thereof.

IN THE WITNESS WHEREOF, I have transcribed my name this 13th day of January, 2012.

ASHLEY SOEVYN
CSR NO. 12019