# EXHIBIT 20

```
                                                          Page 1
 1            UNITED STATES DISTRICT COURT
 2                 DISTRICT OF NEVADA
 3    -------------------------------
 4    ORACLE USA, INC., a Colorado   )
 5    Corporation; ORACLE AMERICA,   )
      INC., a Delaware corporation,  )
 6    and ORACLE INTERNATIONAL       )
      CORPORATION, a California      )
 7    corporation,                   )
                    Plaintiffs,      )
 8         vs.                       ) No. 2:10-cv-000106
                                     ) LRH-PAL
 9    RIMINI STREET, INC., a         )
      Nevada corporation; SETH       )
10    RAVIN, an individual,          )
                                     )
11               Defendants.         )
12    -------------------------------
13
14        VIDEOTAPED DEPOSITION OF SCOTT HAMPTON
15             San Francisco, California
16               Friday, May 25, 2012
17
18
19
20
21    Reported by:
22    Ashley Soevyn
23    CSR No. 12019
24    JOB No. 144477
25    PAGES 1 - 247
```

```
 1                                             1
 2                                             2
 3                                             3
 4                                             4
 5                                             5
 6                                             6
 7                                             7
 8                                             8
 9                                             9
10                                            10
11                                            11
12                                            12
13                                            13
14                                            14
15                                            15
16                                            16
17                                            17
18                                            18
19                                            19
20                                            20
21                                            21
22                                            22
23
                              Page 206                                      Page 208
```

```
 1                                             1
 2                                             2
 3                                             3
 4                                             4
 5                                             5
 6                                             6
 7                                             7
 8                                             8
 9                                             9
10                                            10
11                                            11
12                                            
13                                            
14                                            14    Q.  And TomorrowNow is one of the options in
15                                            15  the market that you point to that say TomorrowNow
16                                            16  breaks the chain of causation for Oracle's loss
17                                            17  profits; is that right?
18                                            18    A.  During the time that they were receiving    16:26:59
19                                            19  the customers.
20                                            20    Q.  So during that time, that's correct?
21                                            21    A.  They were a substitute alternative, and
22                                            22  that would defeat the causation established or
23                                            23  sought by Oracle and Oracle's expert.
24
                              Page 207                                      Page 209
```

Veritext National Deposition & Litigation Services
866 299-5127

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4       I, ASHLEY SOEVYN, CSR No. 12019, do hereby
 5   certify:
 6       That the foregoing deposition testimony was
 7   taken before me at the time and place therein set
 8   forth and at which time the witness was administered
 9   the oath;
10       That the testimony of the witness and all
11   objections made by counsel at the time of the
12   examination were recorded stenographically by me,
13   and were thereafter transcribed under my direction
14   and supervision, and that the foregoing pages
15   contain a full, true and accurate record of all
16   proceedings and testimony to the best of my skill
17   and ability.
18       I further certify that I am neither counsel for
19   any party to said action, nor am I related to any
20   party to said action, nor am I in any way interested
21   in the outcome thereof.
22       IN THE WITNESS WHEREOF, I have transcribed my
23   name this 4th day of June, 2012.
24
25                              ASHLEY SOEVYN, CSR 12019
```

Page 247