# EXHIBIT 21

```
                                                              Page 1
 1              UNITED STATE DISTRICT COURT
 2                  DISTRICT OF NEVADA
 3
     ORACLE USA, INC., a Colorado    )
 4   Corporation; ORACLE AMERICA,    )
 5   INC., a Delaware corporation,   )
 6   and ORACLE INTERNATIONAL        )
 7   CORPORATION, a California       )
 8   corporation,                    )
 9             Plaintiffs,           )
10       vs.                         ) No. 2:10-CV-000106
11   RIMINI STREET, INC., a Nevada   )
12   corporation; SETH RAVIN, an     )
13   individual,                     )
14             Defendants.           )
15   _____ )
16
17       VIDEOTAPED DEPOSITION OF BROOKS HILLIARD
18   commenced at 8:50 a.m. on June 5, 2012 at the law offices
19   of OSBORN MALEDON located at 2929 North Central Avenue,
20   Suite 2100, Phoenix, Arizona, before SHANNON STEVENSON,
21   Certified Court Reporter, Certificate No. 50461, for the
22   State of Arizona.
23
24   Job No. 146674
25   PAGES 1 - 205
```

| | |
|---|---|
| 13  Q  Are you familiar with a company called  12:04:10<br>14  TomorrowNow?<br>15  A  I know a bit of it, but I haven't -- I haven't  12:04:15<br>16  done an extensive review of TomorrowNow or what its -- or<br>17  anything about it. Obviously it's been in the news a lot<br>18  and I've paid attention to that.<br>19  Q  You are aware that TomorrowNow formerly was a  12:04:39<br>20  competitor to Rimini Street in the sense that it offered<br>21  support services that were at least in some respect<br>22  similar to Rimini Street services?<br>23  A  I'm aware of that and aware that some Rimini  12:05:01<br>24  Street customers were formerly TomorrowNow customers. I<br>25  don't know that I'm aware of any that went the other<br>Page 90 | Page 92 |
| 1  direction. I am aware that there is at least some<br>2  commonality among the services offered -- consulting<br>3  services offered by Rimini Street and the consulting<br>4  service offered by TomorrowNow.<br>5  Q  And are you aware --  12:05:29<br>6  A  That were offered by TomorrowNow.  12:05:31<br>Page 91 | Page 93 |

Page 114

Page 115

Page 116

2 Q BY MR. RINGGENBERG: In opining about the
3 commonality of consultants who use Oracle software
4 copying that software to the consultant's computer as
5 opposed to the client's computer, why didn't you consider
6 TomorrowNow and its experience?
7 A I didn't consider TomorrowNow because it wasn't     13:52:07
8 an issue raised in Dr. Davis' report. I didn't consider
9 TomorrowNow because of the timing differences and the
10 different contracts that may have existed. I didn't
11 consider TomorrowNow because of the different support
12 procedures of which copying is only one aspect of the
13 procedure. So, the -- while both companies offered
14 replacement maintenance services on Oracle, and by that
15 I'm referring specifically to the PeopleSoft software,
16 the differences in the company's procedures more than
17 just the copying of software. You know, a combination of
18 that and, as I say, the fact that it wasn't an issue that
19 Dr. Davis raised, it wasn't something that I addressed.

Page 117

Pages 114 to 117

```
1    STATE OF ARIZONA    )
                         ) ss
2    COUNTY OF MARICOPA  )

3

4         BE IT KNOWN that the foregoing deposition was taken

5    before me, SHANNON STEVENSON, a Certified Reporter in and

6    for the County of Maricopa, State of Arizona; that the

7    witness before testifying was duly sworn to testify to

8    the whole truth; that the questions propounded to the

9    witness and the answers of the witness thereto were taken

10   down by me in shorthand and thereafter reduced to

11   computer-aided transcription under my direction; that the

12   foregoing 204 pages are a true and correct transcript of

13   all proceedings had upon the taking of said deposition,

14   all done to the best of my skill and ability.

15        I FURTHER CERTIFY that I am in no way related to any

16   of the parties hereto, nor am I in any way interested in

17   the outcome hereof.

18   (XXX)  Signature was requested.

19   (   )  Signature was not requested.

20        DATED at Phoenix, Arizona, this 7th day of June,

21   2012.

22

23                       _____
                         SHANNON STEVENSON, CR, RPR
24                       Certified Reporter
                         Certificate No. 50461
25
```