# EXHIBIT 32

1   BINGHAM McCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
2   GEOFFREY M. HOWARD (SBN 157468)
    HOLLY A. HOUSE (SBN 136045)
3   ZACHARY J. ALINDER (SBN 209009)
    BREE HANN (SBN 215695)
4   Three Embarcadero Center
    San Francisco, CA 94111-4067
5   Telephone: (415) 393-2000
    Facsimile: (415) 393-2286
6   donn.pickett@bingham.com
    geoff.howard@bingham.com
7   holly.house@bingham.com
    zachary.alinder@bingham.com
8   bree.hann@bingham.com

9   BOIES, SCHILLER & FLEXNER LLP
    DAVID BOIES (Admitted *Pro Hac Vice*)
10  333 Main Street
    Armonk, NY 10504
11  Telephone: (914) 749-8200
    Facsimile: (914) 749-8300
12  dboies@bsfllp.com
    STEVEN C. HOLTZMAN (SBN 144177)
13  FRED NORTON (SBN 224725)
    1999 Harrison St., Suite 900
14  Oakland, CA 94612
    Telephone: (510) 874-1000
15  Facsimile: (510) 874-1460
    sholtzman@bsfllp.com
16  fnorton@bsfllp.com

17  DORIAN DALEY (SBN 129049)
    JENNIFER GLOSS (SBN 154227)
    500 Oracle Parkway, M/S 5op7
18  Redwood City, CA 94070
    Telephone: (650) 506-4846
19  Facsimile: (650) 506-7114
    dorian.daley@oracle.com
20  jennifer.gloss@oracle.com

21  Attorneys for Plaintiffs
    Oracle USA, Inc., *et al.*

    Robert A. Mittelstaedt (SBN 060359)
    Jason McDonell (SBN 115084)
    Elaine Wallace (SBN 197882)
    JONES DAY
    555 California Street, 26th Floor
    San Francisco, CA 94104
    Telephone: (415) 626–3939
    Facsimile: (415) 875–5700
    ramittelstaedt@jonesday.com
    jmcdonell@jonesday.com
    ewallace@jonesday.com

    Tharan Gregory Lanier (SBN 138784)
    Jane L. Froyd (SBN 220776)
    JONES DAY
    1755 Embarcadero Road
    Palo Alto, CA 94303
    Telephone: (650) 739–3939
    Facsimile: (650) 739–3900
    tglanier@jonesday.com
    jfroyd@jonesday.com

    Scott W. Cowan (Admitted *Pro Hac Vice)*
    Joshua L. Fuchs (Admitted *Pro Hac Vice*)
    JONES DAY
    717 Texas, Suite 3300
    Houston, TX 77002
    Telephone: (832) 239–3939
    Facsimile: (832) 239–3600
    swcowan@jonesday.com
    jlfuchs@jonesday.com

    Attorneys for Defendants
    SAP AG, SAP AMERICA, INC., and
    TOMORROWNOW, INC.

22                UNITED STATES DISTRICT COURT

23              NORTHERN DISTRICT OF CALIFORNIA

                      OAKLAND DIVISION

24  ORACLE USA, INC., *et al.*,              CASE NO. 07-CV-01658 PJH (EDL)

25          Plaintiffs,                      **JOINT ~~PROPOSED~~ FORM OF
                                             JUDGMENT**
26      v.

27  SAP AG, *et al.*,

28          Defendants.

                                             Case No. 07-CV-01658 PJH (EDL)

                    JOINT PROPOSED FORM OF JUDGMENT

1    **JOINT** ~~PROPOSED~~ **FORM OF JUDGMENT**

2    Pursuant to the November 23, 2010 jury verdict (Dkt. No. 1004) and the Court's

3    December 28, 2010 Order (Dkt. No. 1030), Plaintiffs Oracle USA, Inc., Oracle International

4    Corporation and Siebel Systems, Inc. and Defendants SAP AG, SAP America, Inc., and

5    TomorrowNow, Inc. hereby submit the joint proposed form of judgment, attached as Exhibit A.

6

7    Respectfully submitted,

8

9    Dated: February 2, 2011                      BINGHAM McCUTCHEN LLP

10                                                 By: _____/s/ Geoffrey M. Howard_____

11                                                      Geoffrey M. Howard
                                                        Attorneys for Plaintiffs
12                                                      Oracle USA, Inc., Oracle International
                                                        Corporation, and Siebel Systems, Inc.

13

14   In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in

15   the filing of this document has been obtained from the signatory below.

16

17   Dated: February 2, 2011                      JONES DAY

18                                                 By: _____/s/ Tharan Gregory Lanier_____

19                                                      Tharan Gregory Lanier
                                                        Attorneys for Defendants
20                                                      SAP AG, SAP America, Inc. and
                                                        TomorrowNow, Inc.

21

22

23

24

25

26

27

28

                                           1                    Case No. 07-CV-01658 PJH (EDL)

                          JOINT PROPOSED FORM OF JUDGMENT

**EXHIBIT A**

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

           OAKLAND DIVISION

10   ORACLE USA, INC., *et al.*,                    Case No. 07-CV-01658 PJH (EDL)

11              Plaintiffs,                          ~~[PROPOSED]~~ **JUDGMENT**
           v.
12                                                   Judge:     Hon. Phyllis J. Hamilton

13   SAP AG, *et al.*,

14              Defendants.

15        Trial commenced in this matter on November 1, 2010.  Pursuant to the jury's verdict on

16   November 23, 2010 (Dkt. No. 1004), Amended Trial Stipulation and Order No. 1 Regarding

17   Liability, Dismissal of Claims, Preservation of Defenses, and Objections to Evidence at Trial

18   (Dkt. No. 965), Additional Trial Stipulation and Order Regarding Claims for Damages and

19   Attorneys Fees (Dkt. Nos. 961 and 969), Order Re Motions For Partial Summary Judgment (Dkt.

20   No. 762), and Order Granting Motion to Dismiss in Part and Denying It in Part (Dkt. No. 224),

21   IT IS HEREBY ADJUDGED AND ORDERED that:

22        (1)     JUDGMENT is entered against Defendant TomorrowNow, Inc. on Plaintiff

23                Oracle International Corporation's claim for direct copyright infringement

24                and against Defendants SAP AG and SAP America, Inc. on Plaintiff Oracle

25                International Corporation's claim for indirect copyright infringement, for

26                which Plaintiff Oracle International Corporation shall recover from

27                Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc.

28                ("Defendants"), jointly and severally, (a) the amount of $1.3 billion

1                    ($1,300,000,000); and, (b) prejudgment interest through February 2, 2011 in

2                    the amount of $14,751,797, which is the entirety of the relief entered for these

3                    claims (not including the stipulation negotiated between the Parties regarding

4                    destruction of infringing materials).

5     (2)       JUDGMENT is entered against Defendants on Plaintiffs Oracle USA, Inc.,

6                    Oracle International Corporation, and Siebel Systems, Inc.'s (collectively,

7                    "Oracle" or "Plaintiffs") claims for past and future reasonable attorneys fees

8                    and costs (including investigative costs) associated with Oracle's

9                    investigation and prosecution of its claims in this case, for which the Parties

10                   agreed that Oracle should recover, and has already been paid by Defendants,

11                   the amount of $120 million ($120,000,000).

12    (3)       JUDGMENT is entered against Defendant TomorrowNow, Inc. on all liability

13                   for all claims, including for violations of 18 U.S.C. §§ 1030(a)(2)(C), (a)(4),

14                   (a)(5)(i), (a)(5)(ii), and (a)(5)(iii) (the Federal Computer Fraud and Abuse

15                   Act) and California Penal Code §§ 502(c)(2), (c)(3), (c)(6) and (c)(7)

16                   (California's Computer Data Access and Fraud Act), breach of contract,

17                   intentional interference with prospective economic advantage, negligent

18                   interference with prospective economic advantage, unfair competition,

19                   trespass to chattels, unjust enrichment/restitution, and for an accounting,

20                   without separate monetary damages or monetary relief, including punitive

21                   damages, or additional injunctive relief by way of these claims.

22    (4)       JUDGMENT of dismissal with prejudice is entered as previously stipulated

23                   by the Parties, on Oracle's remaining claims for violations of 18 U.S.C.

24                   §§ 1030(a)(2)(C), (a)(4), (a)(5)(i), (a)(5)(ii), and (a)(5)(iii) (the Federal

25                   Computer Fraud and Abuse Act) and California Penal Code §§ 502(c)(2),

26                   (c)(3), (c)(6) and (c)(7) (California's Computer Data Access and Fraud Act),

27                   breach of contract, intentional interference with prospective economic

28                   advantage, negligent interference with prospective economic advantage,

1   unfair competition, trespass to chattels, unjust enrichment/restitution, and for

2   an accounting.

3   (5)   JUDGMENT of dismissal is entered, as previously ordered by the Court, on

4   all claims brought by Oracle Systems Corporation, J.D. Edwards Europe and

5   Oracle EMEA Limited.

6

7   DATED:  February _3_, 2011

8   By:_____

9   United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28