| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | San Francisco, CA 94105-1596<br>Telephone: 415.442.1000 |
| 4 | rpocker@bsfllp.com | Facsimile: 415.442.1001<br>thomas.hixson@bingham.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | kristen.palumbo@bingham.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 7 | Washington, DC 20015<br>Telephone: (202) 237-2727 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 8 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 9 | kdunn@bsfllp.com | Telephone: 650.506.4846<br>Facsimile: 650.506.7114 |
| 10 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 11 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | jim.maroulis@oracle.com |
| 12 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 13 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 14 | kringgenberg@bsfllp.com | |
| 15 | | |
| 16 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc. and Oracle International<br>Corp. | |
| 17 | | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | | |
| 21 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No 2:10-cv-0106-LRH-PAL |
| 22 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **[PROPOSED] ORDER GRANTING** |
| 23 | Plaintiffs,<br>v. | **ORACLE'S MOTION TO SEAL**<br>**PORTIONS OF OPPOSITION TO**<br>**DEFENDANTS' MOTION TO** |
| 24 | RIMINI STREET, INC., a Nevada corporation; | **EXCLUDE CERTAIN INQUIRY,**<br>**EVIDENCE OR ARGUMENT** |
| 25 | SETH RAVIN, an individual, | **REGARDING TOMORROWNOW,**<br>**INC. AND EXHIBITS TO THE** |
| 26 | Defendants. | **DECLARATION OF ZACHARY HILL** |

[PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR LEAVE TO FILE UNDER SEAL

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (together "Oracle" or "Plaintiffs") Motion to File Under Seal Portions of Oracle's Opposition to Defendants' Motion To Exclude Certain Inquiry, Evidence Or Argument Regarding TomorrowNow, Inc. and Exhibits 3, 7, 8, 9, 11, 12, 13, 14, 15, 17, 18, 19, 22, 23, 24, 25, 26, and 27 of the Declaration of Zachary Hill [Dkt. 609]. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Plaintiffs' Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Plaintiffs' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal portions of the Oracle's Opposition to Defendants' Motion To Exclude Certain Inquiry, Evidence Or Argument Regarding TomorrowNow, Inc. and Exhibits 3, 7, 8, 9, 11, 12, 13, 14, 15, 17, 18, 19, 22, 23, 24, 25, 26, and 27 of the Declaration of Zachary Hill.

IT IS SO ORDERED.

DATED:

By: _____
Hon. Larry R. Hicks
United States District Judge

[PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR LEAVE TO FILE UNDER SEAL