1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   WILLIAM ISAACSON (pro hac vice)
6  KAREN DUNN (pro hac vice)
   5301 Wisconsin Ave, NW
7  Washington, DC 20015
8  Telephone: (202) 237-2727
   Facsimile: (202) 237-6131
9  wisaacson@bsfllp.com
   kdunn@bsfllp.com

10 BOIES, SCHILLER & FLEXNER LLP
11 STEVEN C. HOLTZMAN (pro hac vice)
   KIERAN P. RINGGENBERG (pro hac vice)
12 1999 Harrison Street, Suite 900
   Oakland, CA 94612
13 Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
14 sholtzman@bsfllp.com
   kringgenberg@bsfllp.com

15
   Attorneys for Plaintiffs Oracle USA, Inc.,
16 Oracle America, Inc. and Oracle International
   Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (pro hac vice)
KRISTEN A. PALUMBO (pro hac vice)
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (pro hac vice)
DEBORAH K. MILLER (pro hac vice)
JAMES C. MAROULIS (pro hac vice)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

17

18                    UNITED STATES DISTRICT COURT

19                        DISTRICT OF NEVADA

20 | ORACLE USA, INC., a Colorado corporation; | Case No  2:10-cv-0106-LRH-PAL
   | ORACLE AMERICA, INC., a Delaware |
21 | corporation; and ORACLE INTERNATIONAL | **ERRATA TO EXHIBITS TO THE**
   | CORPORATION, a California corporation, | **DECLARATION OF ZACHARY HILL**
22 | | **IN SUPPORT OF ORACLE'S**
   | | **OPPOSITION TO DEFENDANTS'**
   |           Plaintiffs, | **MOTION TO EXCLUDE CERTAIN**
23 |       v. | **INQUIRY, EVIDENCE OR**
   | | **ARGUMENT REGARDING**
24 | RIMINI STREET, INC., a Nevada corporation; | **TOMORROWNOW INC.**
   | SETH RAVIN, an individual, |
25 | |
   |           Defendants. | **CORRECTLY NUMBERED**
26 | | **EXHIBITS 29 TO 32 ATTACHED**

27

28