# EXHIBIT 31

| | | |
|---|---|---|
| 1 | BINGHAM McCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) | Robert A. Mittelstaedt (SBN 060359)<br>Jason McDonell (SBN 115084) |
| 2 | GEOFFREY M. HOWARD (SBN 157468)<br>HOLLY A. HOUSE (SBN 136045) | Elaine Wallace (SBN 197882)<br>JONES DAY |
| 3 | ZACHARY J. ALINDER (SBN 209009)<br>BREE HANN (SBN 215695) | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 4 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 | Telephone: (415) 626–3939<br>Facsimile: (415) 875–5700 |
| 5 | Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286 | ramittelstaedt@jonesday.com<br>jmcdonell@jonesday.com |
| 6 | donn.pickett@bingham.com<br>geoff.howard@bingham.com | ewallace@jonesday.com |
| 7 | holly.house@bingham.com<br>zachary.alinder@bingham.com | Tharan Gregory Lanier (SBN 138784)<br>Jane L. Froyd (SBN 220776) |
| 8 | bree.hann@bingham.com | JONES DAY<br>1755 Embarcadero Road |
| 9 | BOIES, SCHILLER & FLEXNER LLP<br>DAVID BOIES (Admitted *Pro Hac Vice*) | Palo Alto, CA 94303 |
| 10 | 333 Main Street<br>Armonk, NY 10504 | Telephone: (650) 739–3939<br>Facsimile: (650) 739–3900 |
| 11 | Telephone: (914) 749-8200<br>Facsimile: (914) 749-8300 | tglanier@jonesday.com<br>jfroyd@jonesday.com |
| 12 | dboies@bsfllp.com<br>STEVEN C. HOLTZMAN (SBN 144177) | Scott W. Cowan (Admitted *Pro Hac Vice*)<br>Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | FRED NORTON (SBN 224725)<br>1999 Harrison St., Suite 900 | JONES DAY<br>717 Texas, Suite 3300 |
| 14 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | Houston, TX 77002<br>Telephone: (832) 239–3939 |
| 15 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | Facsimile: (832) 239–3600<br>swcowan@jonesday.com |
| 16 | fnorton@bsfllp.com | jlfuchs@jonesday.com |
| 17 | DORIAN DALEY (SBN 129049)<br>JENNIFER GLOSS (SBN 154227) | Attorneys for Defendants |
| 18 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 | SAP AG, SAP AMERICA, INC., and<br>TOMORROWNOW, INC. |
| 19 | Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114 | |
| 20 | dorian.daley@oracle.com<br>jennifer.gloss@oracle.com | |
| 21 | Attorneys for Plaintiffs<br>Oracle USA, Inc., *et al.* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| 24 | ORACLE USA, INC., *et al.*, | CASE NO. 07-CV-01658 PJH (EDL) |
| 25 | Plaintiffs, | **JOINT ~~PROPOSED~~ FORM OF JUDGMENT** |
| 26 | v. | |
| 27 | SAP AG, *et al.*, | |
| 28 | Defendants. | |

Case No. 07-CV-01658 PJH (EDL)

JOINT PROPOSED FORM OF JUDGMENT

**JOINT <s>PROPOSED</s> FORM OF JUDGMENT**

Pursuant to the November 23, 2010 jury verdict (Dkt. No. 1004) and the Court's December 28, 2010 Order (Dkt. No. 1030), Plaintiffs Oracle USA, Inc., Oracle International Corporation and Siebel Systems, Inc. and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. hereby submit the joint proposed form of judgment, attached as Exhibit A.

Respectfully submitted,

Dated: February 2, 2011　　　　　　　　　BINGHAM McCUTCHEN LLP

By: 　/s/ Geoffrey M. Howard
Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Siebel Systems, Inc.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

Dated: February 2, 2011　　　　　　　　　JONES DAY

By: 　/s/ Tharan Gregory Lanier
Tharan Gregory Lanier
Attorneys for Defendants
SAP AG, SAP America, Inc. and
TomorrowNow, Inc.

1　　　　　　　　　　　　　　　　　　　Case No. 07-CV-01658 PJH (EDL)

JOINT PROPOSED FORM OF JUDGMENT

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., *et al.*,<br><br>　　　　Plaintiffs,<br>　v.<br>SAP AG, *et al.*,<br><br>　　　　Defendants. | Case No. 07-CV-01658 PJH (EDL)<br><br>**[PROPOSED] JUDGMENT**<br><br>Judge:　　Hon. Phyllis J. Hamilton |

Trial commenced in this matter on November 1, 2010. Pursuant to the jury's verdict on November 23, 2010 (Dkt. No. 1004), Amended Trial Stipulation and Order No. 1 Regarding Liability, Dismissal of Claims, Preservation of Defenses, and Objections to Evidence at Trial (Dkt. No. 965), Additional Trial Stipulation and Order Regarding Claims for Damages and Attorneys Fees (Dkt. Nos. 961 and 969), Order Re Motions For Partial Summary Judgment (Dkt. No. 762), and Order Granting Motion to Dismiss in Part and Denying It in Part (Dkt. No. 224), IT IS HEREBY ADJUDGED AND ORDERED that:

(1)　　JUDGMENT is entered against Defendant TomorrowNow, Inc. on Plaintiff Oracle International Corporation's claim for direct copyright infringement and against Defendants SAP AG and SAP America, Inc. on Plaintiff Oracle International Corporation's claim for indirect copyright infringement, for which Plaintiff Oracle International Corporation shall recover from Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc. ("Defendants"), jointly and severally, (a) the amount of $1.3 billion

|  |  |  |
|---|---|---|
| 1 |  | ($1,300,000,000); and, (b) prejudgment interest through February 2, 2011 in |
| 2 |  | the amount of $14,751,797, which is the entirety of the relief entered for these |
| 3 |  | claims (not including the stipulation negotiated between the Parties regarding |
| 4 |  | destruction of infringing materials). |
| 5 | (2) | JUDGMENT is entered against Defendants on Plaintiffs Oracle USA, Inc., |
| 6 |  | Oracle International Corporation, and Siebel Systems, Inc.'s (collectively, |
| 7 |  | "Oracle" or "Plaintiffs") claims for past and future reasonable attorneys fees |
| 8 |  | and costs (including investigative costs) associated with Oracle's |
| 9 |  | investigation and prosecution of its claims in this case, for which the Parties |
| 10 |  | agreed that Oracle should recover, and has already been paid by Defendants, |
| 11 |  | the amount of $120 million ($120,000,000). |
| 12 | (3) | JUDGMENT is entered against Defendant TomorrowNow, Inc. on all liability |
| 13 |  | for all claims, including for violations of 18 U.S.C. §§ 1030(a)(2)(C), (a)(4), |
| 14 |  | (a)(5)(i), (a)(5)(ii), and (a)(5)(iii) (the Federal Computer Fraud and Abuse |
| 15 |  | Act) and California Penal Code §§ 502(c)(2), (c)(3), (c)(6) and (c)(7) |
| 16 |  | (California's Computer Data Access and Fraud Act), breach of contract, |
| 17 |  | intentional interference with prospective economic advantage, negligent |
| 18 |  | interference with prospective economic advantage, unfair competition, |
| 19 |  | trespass to chattels, unjust enrichment/restitution, and for an accounting, |
| 20 |  | without separate monetary damages or monetary relief, including punitive |
| 21 |  | damages, or additional injunctive relief by way of these claims. |
| 22 | (4) | JUDGMENT of dismissal with prejudice is entered as previously stipulated |
| 23 |  | by the Parties, on Oracle's remaining claims for violations of 18 U.S.C. |
| 24 |  | §§ 1030(a)(2)(C), (a)(4), (a)(5)(i), (a)(5)(ii), and (a)(5)(iii) (the Federal |
| 25 |  | Computer Fraud and Abuse Act) and California Penal Code §§ 502(c)(2), |
| 26 |  | (c)(3), (c)(6) and (c)(7) (California's Computer Data Access and Fraud Act), |
| 27 |  | breach of contract, intentional interference with prospective economic |
| 28 |  | advantage, negligent interference with prospective economic advantage, |

| | | |
|---|---|---|
| 1 | | unfair competition, trespass to chattels, unjust enrichment/restitution, and for |
| 2 | | an accounting. |
| 3 | (5) | JUDGMENT of dismissal is entered, as previously ordered by the Court, on |
| 4 | | all claims brought by Oracle Systems Corporation, J.D. Edwards Europe and |
| 5 | | Oracle EMEA Limited. |

DATED: February _3_, 2011

By:_____

[IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California]

Phyllis J. Hamilton
United States District Court Judge

---

3

Case No. 07-CV-01658 PJH (EDL)

JUDGMENT