UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>RIMINI STREET, INC., et al.<br><br>　　　　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br>Case No. 2:14-cv-01699-LRH-PAL<br><br>**MINUTES OF PROCEEDINGS**<br><br>Dated: June 17, 2015 |

**PRESENT:**  THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin　　　**RECORDER/TAPE #**: None

**COUNSEL FOR ORACLE:**  James Maroulis, Kieran Ringgenberg, Thomas Hixson, Richard Pocker

**COUNSEL FOR RIMINI STREET:** West Allen, John Reilly, Philip Cohen, Scott Martin

**COUNSEL FOR SETH RAVIN:** Rob Ruckers

**PROCEEDING:**  Settlement Conference – Telephonic Status Check

　　　　A telephonic status check was conducted commencing at 9:07 a.m.

　　　　Counsel reported that Rimini had provided information Oracle requested and was in the process of gathering additional information requested. Oracle provided Rimini with a draft proposed form of injunction, and Rimini is in the process of reviewing it and responding. Oracle expected to be able to respond to Rimini's proposed changes to the injunction and discuss the additional information requested the early part of the week of June 29, 2015. Counsel for Rimini asked that the court consider holding a second session of the settlement conference after the parties make their exchanges. Counsel for Oracle suggested that a second session may or may not be helpful depending on the parties' exchanges.

　　　　The settlement conference concluded at 9:18 a.m.

　　　**IT IS ORDERED:**

　　　　　　**1.** Rimini shall have until noon June 22, 2015 to provide Oracle with the additional information requested.

1

**2.** Oracle shall have until June 30, 2015 to respond to Rimini's proposals.

**3.** A telephonic status conference is set for **July 1, 2015 at 9:00 am**. Counsel shall be connected to the conference call by dialing **(702) 464-5625,** no later than 8:55 a.m. **Only 11 callers may call in.** This line holds a maximum of twelve callers including the judge.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE