| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>Peter Strand Esq. (*pro hac vice*)<br>Ryan D. Dykal Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, Texas   77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com<br><br>GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRRLaw.com | GIBSON DUNN & CRUTCHER LLP<br>Lauren Blas<br>Blaine H. Evanson<br>333 S. Grand Ave., 47th Floor<br>Los Angeles, California 90071<br>Telephone: 213-229-7000<br>Facsimile: 213-229-7228<br>bevanson@gibsondunn.com<br><br>GIBSON DUNN & CRUTCHER LLP<br>Joseph A. Gorman<br>555 Mission Street<br>San Francisco, California  94105<br>Telephone: 415-393-8296<br>jgorman@gibsondunn.com<br><br>GIBSON DUNN & CRUCTHER LLP<br>Mark A. Perry<br>1050 Connecticut Avenue N.W.<br>Washington, D.C. 20036-5306<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, California  94566<br>Telephone: 925-264-7736<br>DWinslow@riministreet.com<br><br>*Attorneys for Defendants*<br>*Rimini Street, Inc., and Seth Ravin* |

7035789 v1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(E) AND 37(C), OR IN THE ALTERNATIVE, TO <u>CONSOLIDATE</u>** |

WHEREAS, Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on May 18, 2015 a Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 26(e) and 37(c) or, in the Alternative, to Consolidate ("Motion") as Docket No. 554;

WHEREAS, Oracle USA, INC. and Oracle International Corporation's (collectively "Oracle") Opposition, as Docket No. 593, was filed on June 16, 2015;

WHEREAS, pursuant to District of Nevada Local Rule 7-2(c) Rimini's Reply is due on June 26, 2015;

WHEREAS, Oracle agreed to provide Rimini an additional ten (10) days to file its Reply;

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Rimini may file its Reply on or before July 6, 2015.

SO STIPULATED AND AGREED.

Dated: June 25, 2015

2

7035789 v1

| | |
|---|---|
| SHOOK, HARDY & BACON LLP | BOEIS, SCHILLER & FLEXNER LLP |
| By:  /s/ *Robert H. Reckers* | By: */s/ Kieran Ringgenberg* |
| Robert H. Reckers, Esq.<br>JPMorgan Chase Tower<br>600 Travis Street, Suite 3400<br>Houston, TX 77002-2926<br>Telephone: 713-227-8008<br>Facsimile: 713-227-9508<br>rreckers@shb.com | Kieran Ringgenberg, Esq.<br>1999 Harrison Street, Suite 900<br>Oakland, California 94612<br>Telephone: 510-847-1000<br>Facsimile: 510-874-1460<br>kringgenberg@fsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to the stipulation, it is hereby ORDERED that:

The time for Defendants Rimini Street, Inc. and Seth Ravin to file their Reply in support of Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 26(e) and 37(c) or, in the Alternative, to Consolidate (Docket No. 554) is extended to July 6, 2015.

DATED this __ day of June, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

7035789 v1