UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE THEIR REPLY IN SUPPORT OF MOTION TO PRECLUDE CERTAIN DAMAGES EVIDENCE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 26(E) AND 37(C), OR IN THE ALTERNATIVE, TO <u>CONSOLIDATE</u>** |

WHEREAS, Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on May 18, 2015 a Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 26(e) and 37(c) or, in the Alternative, to Consolidate ("Motion") as Docket No. 554;

WHEREAS, Oracle USA, INC. and Oracle International Corporation's (collectively "Oracle") Opposition, as Docket No. 593, was filed on June 16, 2015;

WHEREAS, pursuant to District of Nevada Local Rule 7-2(c) Rimini's Reply is due on June 26, 2015;

WHEREAS, Oracle agreed to provide Rimini an additional ten (10) days to file its Reply;

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Rimini may file its Reply on or before July 6, 2015.

SO STIPULATED AND AGREED.

Dated: June 25, 2015

SHOOK, HARDY & BACON LLP

By: /*s/ Robert H. Reckers*
   Robert H. Reckers, Esq.
   JPMorgan Chase Tower
   600 Travis Street, Suite 3400
   Houston, TX 77002-2926
   Telephone: 713-227-8008
   Facsimile: 713-227-9508
   rreckers@shb.com

*Attorneys for Defendants*

BOEIS, SCHILLER & FLEXNER LLP

By: /*s/ Kieran Ringgenberg*
   Kieran Ringgenberg, Esq.
   1999 Harrison Street, Suite 900
   Oakland, California 94612
   Telephone: 510-847-1000
   Facsimile: 510-874-1460
   kringgenberg@fsfllp.com

*Attorneys for Plaintiffs*

Pursuant to the stipulation, it is hereby ORDERED that:

    The time for Defendants Rimini Street, Inc. and Seth Ravin to file their Reply in support of Motion to Preclude Certain Damages Evidence Pursuant to Federal Rules of Civil Procedure 26(e) and 37(c) or, in the Alternative, to Consolidate (Docket No. 554) is extended to July 6, 2015.

DATED this 26th day of June, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE