SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Joseph A. Gorman (*pro hac vice*)
555 Mission Street
San Francisco, CA 94105
415-393-8296
jgorman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Lauren Blas (*pro hac vice*)
Blaine H. Evanson (*pro hac vice*)
333 S. Grand Ave.
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
lblass@gibsondunn.com
bevanson@gibsondunn.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
wallen@LRRLaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S OPPOSITION TO ORACLE'S MOTION TO DETERMINE DISPUTED JURY INSTRUCTIONS**<br><br>Trial Date: **September 14, 2015** |

7039075 v1

# DECLARATION OF ROBERT H. RECKERS

I, Robert H. Reckers, have personal knowledge of the facts stated below and, under penalty of perjury hereby declare:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above-captioned matter, and I am an attorney at Shook, Hardy, and Bacon LLP, attorneys for Defendants Rimini Street, Inc. and Seth Ravin ("Defendants"). I make this declaration in support of Defendants' Opposition To Oracle's Motion To Determine Disputed Jury Instructions. The exhibits referenced below are all attached to this declaration. These exhibits are all true and correct copies of correspondence exchanged between the parties or of documents exchanged during discovery between the parties.

2. Attached as **Exhibit A** is a true and correct copy of a letter dated March 27, 2015 from Kieran Ringgenberg to Robert H. Reckers.

3. Attached as **Exhibit B** is a true and correct copy of the license agreement between J.D. Edwards & Co. and Dana Corporation. [Exhibit filed under seal]

4. Attached as **Exhibit C** is a true and correct copy of the license agreement between J.D. Edwards & Co. and Baxter Sales Corp. [Exhibit filed under seal]

5. Attached as **Exhibit D** is a true and correct copy of the license agreement between Siebel Systems, Inc. and Keynote Systems. [Exhibit filed under seal]

6. Attached as **Exhibit E** is a true and correct copy of the license agreement between Siebel Systems, Inc. and Novell, Inc. [Exhibit filed under seal]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 29, 2015.

/s/ *Robert H. Reckers*
Robert H. Reckers, Esq.