# EXHIBIT C

FILED UNDER SEAL-MOTION PENDING