# EXHIBIT E

FILED UNDER SEAL-MOTION PENDING