| | |
|---|---|
| SHOOK, HARDY & BACON LLP | GREENBERG TRAURIG |
| B. Trent Webb, Esq. (*pro hac vice*) | Mark G. Tratos, Esq. (Nevada Bar No. 1086) |
| Peter Strand Esq. (*pro hac vice*) | Brandon Roos, Esq. (Nevada Bar No. 7888) |
| 2555 Grand Boulevard | Leslie Godfrey, Esq. (Nevada Bar No. 10229) |
| Kansas City, Missouri 64108-2613 | 3773 Howard Hughes Parkway |
| Telephone: (816) 474-6550 | Suite 400 North |
| Facsimile: (816) 421-5547 | Las Vegas, NV 89169 |
| bwebb@shb.com | Telephone:  (702) 792-3773 |
| pstrand@shb.com | Facsimile:  (702) 792-9002 |
| rdykal@shb.com | tratosm@gtlaw.com |
| | roosb@gtlaw.com |
| Robert H. Reckers, Esq. (*pro hac vice*) | godfreyl@gtlaw.com |
| 600 Travis Street, Suite 1600 | |
| Houston, Texas   77002 | LEWIS AND ROCA LLP |
| Telephone: (713) 227-8008 | W. West Allen (Nevada Bar No. 5566) |
| Facsimile: (731) 227-9508 | 3993 Howard Hughes Parkway, Suite 600 |
| rreckers@shb.com | Las Vegas, Nevada 89169 |
| | Tel: (702) 949-8200 |
| DANIEL B. WINSLOW (*pro hac vice*) | Fax: (702) 949-8398 |
| RIMINI STREET, INC. | WAllen@LRLaw.com |
| 6601 Koll Center Parkway Suite 300 | |
| Pleasanton, CA 94566 | *Attorneys for Defendants* |
| Telephone: (925) 264-7736 | *Rimini Street, Inc., and Seth Ravin* |
| dwinslow@riministreet.com | |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action.  My business address is 2555 Grand Boulevard, Kansas City, Missouri 64108.  On June 29, 2015, I served the following documents:

7040199 v1

1. Unredacted version of Rimini Street/Ravin's Opposition to Oracle's Motion to Determine Disputed Jury Instructions ("Opposition"). (Under Seal version: Dkt. No. 620; Public version: 617.)
2. Unredacted version of Reckers Declaration and accompanying Exhibits B-E in support of Rimini/Ravin's Opposition. (Under Seal version: Dkt. No. 621; Public version: Dkt. No. 618).

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>NITIN JINDAL (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br>Nitin.jindal@morganlewis.com<br>John.polito@morganlewis.com<br><br>ORACLE CORPORATION<br>JAMES C. MAROULIS (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Jim.maroulis@oragle.com |

The documents were served pursuant to FRCP 5(b) by sending it by electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

7040199 v1

Date: June 29, 2015          By: ___/s/ Jeff Glidewell_____
                                 Jeff Glidewell
                                 Paralegal
                                 Shook, Hardy & Bacon LLP

7040199 v1