**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., et al. <br><br> Defendants. | Case No. 2:10-cv-00106-LRH-PAL <br> Case No. 2:14-cv-01699-LRH-PAL <br><br> **MINUTES OF PROCEEDINGS** <br><br> Dated: July 1, 2015 |

**PRESENT:** <u>THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge</u>

**JUDICIAL ASSISTANT:** <u>Teresa Hoskin</u>     **RECORDER/TAPE #**: <u>None</u>

**COUNSEL FOR ORACLE:** <u>James Maroulis, Kieran Ringgenberg, Thomas Hixson, Richard Pocker</u>

**COUNSEL FOR RIMINI STREET:** <u>West Allen, John Reilly, Philip Cohen, Scott Martin</u>

**COUNSEL FOR SETH RAVIN:** <u>Rob Ruckers</u>

**PROCEEDING:** Settlement Conference – Telephonic Status Check

A telephonic status check was conducted commencing at 9:01 a.m.

Counsel have continued to discuss settlement and exchange information and settlement discussions have been professional. However, it is unlikely at this time that the parties will be able to reach a global resolution of both cases. The parties have a fundamental disagreement about what Rimini may do prospectively after Judge Hicks' summary judgment order without infringing Oracle's copyrights. Both sides agreed to continue discussion about possible resolution of the first filed case  Counsel were encouraged to contact chambers if they believed any further involvement of court assistance in resolving the case now set for trial would be helpful.

The settlement conference concluded at 9:18 a.m.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1