| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com<br>eburesh@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | SHOOK, HARDY & BACON LLP |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | ROBERT H. RECKERS (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 7 | Washington, DC 20015 | Houston, Texas  77002 |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | rreckers@shb.com |
| 10 | BOIES, SCHILLER & FLEXNER LLP | LEWIS AND ROCA LLP<br>W. WEST ALLEN (NV Bar No. 5566) |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | 3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398 |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | WAllen@LRLaw.com |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | GREENBERG TRAURIG<br>MARK G. TRATOS (NV Bar No. 1086) |
| 15 | MORGAN, LEWIS & BOCKIUS LLP | BRANDON ROOS (NV Bar No. 7888)<br>LESLIE GODFREY (NV Bar No. 10229) |
| 16 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) | 3773 Howard Hughes Parkway<br>Suite 400 North |
| 17 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 | Las Vegas, NV 89169<br>Telephone: (702) 792-3773 |
| 18 | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 | Facsimile: (702) 792-9002<br>tratosm@gtlaw.com |
| 19 | thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com | roosb@gtlaw.com<br>godfreyl@gtlaw.com |
| 20 | DORIAN DALEY (*pro hac vice*) | |
| 21 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) | *Attorneys for Defendants*<br>Rimini Street, Inc. and Seth Ravin |
| 22 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 | |
| 23 | Redwood City, CA 94070<br>Telephone:  650.506.4846 | |
| 24 | Facsimile:  650.506.7114<br>dorian.daley@oracle.com | |
| 25 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 26 | *Attorneys for Plaintiffs* | |
| 27 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>*Defendants.* | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORP. TO FILE THEIR REPLY IN SUPPORT OF MOTION TO DETERMINE DISPUTED JURY INSTRUCTIONS** |

WHEREAS Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle) by and through their attorneys of record, filed on May 28, 2015 a Motion to Determine Disputed Jury Instructions in this case as Docket No. 575 ("Oracle's Motion");

WHEREAS Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on June 29, 2015 their Opposition to Oracle's Motion in this case as Docket No. 617 ("Rimini's Opposition");

WHEREAS, pursuant to District of Nevada Local Rule 7-2(c) Oracle's Reply is due on July 9, 2015;

WHEREAS, Rimini agreed to provide Oracle an additional fifteen (15) days to file its Reply;

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle may file its Reply on or before July 24, 2015.

SO STIPULATED AND AGREED.

1  Dated:  June 2, 2015

2  SHOOK, HARDY & BACON LLP                    BOIES, SCHILLER & FLEXNER LLP

3  By: /s/ Robert H. Reckers                          By: /s/ Kieran Ringgenberg
    Robert H. Reckers, Esq.                          Kieran Ringgenberg, Esq. (*pro hac vice*)
    2555 Grand Boulevard                             1999 Harrison Street, Suite 900
    Kansas City, Missouri 64108-2613                 Oakland, CA 94612
    Telephone: (816) 474-6550                        Telephone: (510) 874-1000
    Facsimile:  (816) 421-5547                       Facsimile: (510) 874-1460
    rreckers@shb.com                                 kringgenberg@bsfllp.com

*Attorneys for Defendants*                           *Attorneys for Plaintiffs*

Pursuant to the stipulation, it is hereby ORDERED that:

    The time for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. to file their Reply in support of Motion to Determine Disputed Jury Instructions (Dkt No. 575) is extended to July 24, 2015.

Dated: _____                                _____
                                                             Hon. Peggy A. Leen
                                                             United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER

**ATTESTATION OF FILER**

The signatories to this document are Robert Reckers and me, and I have obtained Mr. Reckers's concurrence to file this document on his behalf.

Dated:  July 2, 2015

BOIES, SCHILLER & FLEXNER LLP

By:  /s/ *Kieran Ringgenberg*
Kieran Ringgenberg, Esq. (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*