# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT TESTIMONY OF ELIZABETH A. DEAN**

## ORDER

Upon consideration of Defendants' Motion for Leave to File Reply in Support of Their Motion to Exclude Expert Testimony of Elizabeth A. Dean it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

DATED: _____, 2015.

_____
U.S. DISTRICT COURT JUDGE

ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE EXPERT TESTIMONY OF ELIZABETH A. DEAN
.

7055945 v1