SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand Esq. (*pro hac vice*)
Ryan D. Dykal Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRRLaw.com

GIBSON DUNN & CRUTCHER LLP
Lauren Blas
Blaine H. Evanson
333 S. Grand Ave., 47th Floor
Los Angeles, California 90071
Telephone: 213-229-7000
Facsimile: 213-229-7228
bevanson@gibsondunn.com

GIBSON DUNN & CRUTCHER LLP
Joseph A. Gorman
555 Mission Street
San Francisco, California  94105
Telephone: 415-393-8296
jgorman@gibsondunn.com

GIBSON DUNN & CRUCTHER LLP
Mark A. Perry
1050 Connecticut Avenue N.W.
Washington, D.C. 20036-5306

RIMINI STREET, INC.
Daniel B. Winslow
6601 Koll Center Parkway, Suite 300
Pleasanton, California  94566
Telephone: 925-264-7736
DWinslow@riministreet.com

*Attorneys for Defendants
Rimini Street, Inc., and Seth Ravin*

MTN FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION TO EXCLUDE TOMORROWNOW EVIDENCE

315089 v2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN INQUIRY, EVIDENCE, OR ARGUMENT REGARDING TOMORROWNOW, INC.**<br><br>Trial Date:  September 14, 2015 |

Pursuant to Local Rule 16-3(b), Rimini Street Inc. and Seth Ravin (collectively "Rimini Street") respectfully request leave to file the attached 5-page reply brief in support of their Motion *in Limine* to Exclude Certain Inquiry, Evidence, or Argument Regarding TomorrowNow, Inc.  In support of this motion, Rimini Street states the following:

The attached Reply is necessary to respond to the arguments raised in Oracle's Opposition (D.I. 605) and to clarify factual misstatements made by Oracle.  Specifically, Oracle's Opposition suggests that Rimini Street will seek to introduce evidence of TomorrowNow as a "non-infringing alternative," and that any prejudice to Rimini Street regarding the introduction of TomorrowNow evidence can be ameliorated by means of a jury instruction.

Rimini Street, however, has not had the opportunity to contest these arguments.  But, contrary to Oracle's suggestions and as detailed in the attached Reply, Rimini Street has no intention of introducing TomorrowNow evidence as a non-infringing alternative; and, because of the highly prejudicial nature of the TomorrowNow evidence, a jury instruction cannot remove the prejudice to Rimini Street.  By providing Rimini's position on the arguments raised in Oracle's Opposition, Rimini Street's Reply will assist the Court in considering this motion *in limine.*

Finally, the granting of this motion for leave will not prejudice Oracle.  Reply briefs are typically permitted in federal practice, and Rimini Street filed this particular motion *in limine* well

before the deadline provided by the local rules given the highly prejudicial TomorrowNow evidence that Rimini seeks to exclude. Rimini Street respectfully submits that the Court will benefit from a full set of briefs on this motion given the importance of these issues to the scope and nature of the trial. Rimini Street requests that the Court grant this motion for leave to file the attached Reply in support of Rimini's motion to exclude evidence of TomorrowNow's civil lawsuit, its stipulation of infringement, and/or the TomorrowNow criminal case.

Pursuant to Local Rule 16.1-3, counsel for Rimini Street has conferred with counsel for Oracle, and Oracle opposes this motion.

DATED: July 9, 2015          SHOOK, HARDY & BACON

By: */s/ Robert H. Reckers*_____
Robert H. Reckers, Esq.
Attorney for Defendants
Rimini Street, Inc. and Seth Ravin

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO EXCLUDE CERTAIN INQUIRY, EVIDENCE, OR ARGUMENT REGARDING TOMORROWNOW, INC. was filed, on July 9, 2015, with the Court's CM/ECF system which will send notice, via email, to all attorneys registered with the CM/ECF system.

*/s/ Robert H. Reckers*_____
Robert H. Reckers, Esq.