**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF THEIR MOTIONTO EXCLUDE CERTAIN INQUIRY, EVIDENCE, OR ARGUMENT REGARDING TOMORROWNOW, INC.** |

**ORDER**

Upon consideration of Defendants' Motion for Leave to File Reply in Support of Their Motion to Exclude Certain Inquiry, Evidence, or Argument Regarding TomorrowNow, Inc. it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

DATED: _____, 2015.

_____
U.S. DISTRICT COURT JUDGE