| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com<br>eburesh@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | SHOOK, HARDY & BACON LLP |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | ROBERT H. RECKERS (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 7 | Washington, DC 20015 | Houston, Texas  77002 |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | rreckers@shb.com |
| 10 | BOIES, SCHILLER & FLEXNER LLP | LEWIS AND ROCA LLP<br>W. WEST ALLEN (NV Bar No. 5566) |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | 3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398 |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | WAllen@LRLaw.com |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | GREENBERG TRAURIG<br>MARK G. TRATOS (NV Bar No. 1086) |
| 15 | MORGAN, LEWIS & BOCKIUS LLP | BRANDON ROOS (NV Bar No. 7888)<br>LESLIE GODFREY (NV Bar No. 10229) |
| 16 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) | 3773 Howard Hughes Parkway<br>Suite 400 North |
| 17 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 | Las Vegas, NV 89169<br>Telephone: (702) 792-3773 |
| 18 | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 | Facsimile: (702) 792-9002<br>tratosm@gtlaw.com |
| 19 | thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com | roosb@gtlaw.com<br>godfreyl@gtlaw.com |
| 20 | DORIAN DALEY (*pro hac vice*) | |
| 21 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) | *Attorneys for Defendants*<br>Rimini Street, Inc. and Seth Ravin |
| 22 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 | |
| 23 | Redwood City, CA 94070<br>Telephone:  650.506.4846 | |
| 24 | Facsimile:  650.506.7114<br>dorian.daley@oracle.com | |
| 25 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |
| 26 | *Attorneys for Plaintiffs* | |
| 27 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>*Defendants.* | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORP. TO FILE OPPOSITION DEFENDANTS' MOTION TO BIFURCATE WILLFULNESS EVIDENCE AND EVIDENCE RELATED SOLELY TO PUNITIVE DAMAGES** |

WHEREAS Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on June 26, 2015 their Motion to Bifurcate Willfulness Evidence and Evidence Related Solely to Punitive Damages in this case as Docket No. 616 ("Rimini's Motion");

WHEREAS, pursuant to District of Nevada Local Rule 7-2(b) Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.'s (together, "Oracle) Opposition is due on July 13, 2015;

WHEREAS, Rimini agreed to provide Oracle an additional three (3) days to file its Opposition;

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle may file its Opposition on or before July 16, 2015.

SO STIPULATED AND AGREED.

2

1  Dated: July 9, 2015

2  SHOOK, HARDY & BACON LLP             BOIES, SCHILLER & FLEXNER LLP

3  By: /s/ Robert H. Reckers              By: /s/ Kieran Ringgenberg
   Robert H. Reckers, Esq.                Kieran Ringgenberg, Esq. (*pro hac vice*)
4  2555 Grand Boulevard                   1999 Harrison Street, Suite 900
   Kansas City, Missouri 64108-2613       Oakland, CA 94612
5  Telephone: (816) 474-6550              Telephone: (510) 874-1000
   Facsimile: (816) 421-5547              Facsimile: (510) 874-1460
6  rreckers@shb.com                       kringgenberg@bsfllp.com

7  *Attorneys for Defendants*             *Attorneys for Plaintiffs*

8

9  Pursuant to the stipulation, it is hereby ORDERED that:

10    The time for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International

11 Corp. to file their Opposition to Defendants' Motion to Bifurcate Willfulness Evidence and

12 Evidence Related Solely to Punitive Damages (Dkt No. 616) is extended to July 16, 2015.

13

14

15                                        _____
   Dated: _____              Hon. Larry R. Hicks
16                                        United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | **ATTESTATION OF FILER** |
| 2 | The signatories to this document are Robert Reckers and me, and I have obtained Mr. |
| 3 | Reckers's concurrence to file this document on his behalf. |

Dated: July 9, 2015　　　　　　　　　　　　BOIES, SCHILLER & FLEXNER LLP

　　　　　　　　　　　　　　　　　By:　/s/ *Kieran Ringgenberg*
　　　　　　　　　　　　　　　　　　　Kieran Ringgenberg, Esq. (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　1999 Harrison Street, Suite 900
　　　　　　　　　　　　　　　　　　　Oakland, CA 94612
　　　　　　　　　　　　　　　　　　　Telephone: (510) 874-1000
　　　　　　　　　　　　　　　　　　　Facsimile: (510) 874-1460
　　　　　　　　　　　　　　　　　　　kringgenberg@bsfllp.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*