| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>Peter Strand Esq. (*pro hac vice*)<br>Ryan D. Dykal Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, Texas   77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com<br><br>GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRRLaw.com | GIBSON DUNN & CRUTCHER LLP<br>Lauren Blas<br>Blaine H. Evanson<br>333 S. Grand Ave., 47th Floor<br>Los Angeles, California 90071<br>Telephone: 213-229-7000<br>Facsimile: 213-229-7228<br>bevanson@gibsondunn.com<br><br>GIBSON DUNN & CRUTCHER LLP<br>Joseph A. Gorman<br>555 Mission Street<br>San Francisco, California  94105<br>Telephone: 415-393-8296<br>jgorman@gibsondunn.com<br><br>GIBSON DUNN & CRUCTHER LLP<br>Mark A. Perry<br>1050 Connecticut Avenue N.W.<br>Washington, D.C. 20036-5306<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, California  94566<br>Telephone: 925-264-7736<br>DWinslow@riministreet.com<br><br>*Attorneys for Defendants*<br>*Rimini Street, Inc., and Seth Ravin* |

7056985 v1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 2555 Grand Boulevard, Kansas City, Missouri 64108. On July 9, 2015, I served the following documents:

1. Unredacted version of Rimini Street/Ravin's Motion for Leave to File Reply in Support of Their Motion to Exclude Expert Testimony of Elizabeth A. Dean and accompanying (proposed) Reply brief. (Under Seal version: Dkt. No. 629 and Public version: 627.)

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER<br>KIERAN P. RINGGENBERG<br>KAREN L. DUNN<br>STEVEN HOLTZMAN<br>WILLIAM A. ISAACSON<br>rpocker@bsfllp.com<br>kringgenberg@bsfllp.com<br>kdunn@bsfllp.com<br>sholtzman@bsfllp.com<br>wisaacson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON<br>KRISTEN A. PALUMBO<br>NITIN JINDAL<br>JOHN A. POLITO<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br>Nitin.jindal@morganlewis.com<br>John.polito@morganlewis.com |

ORACLE CORPORATION
JAMES C. MAROULIS
DORIAN E. DALEY
DEBORAH K. MILLER
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Jim.maroulis@oragle.com
Dorian.daley@oracle.com
Deborah.miller@oracle.com

The documents were served pursuant to FRCP 5(b) by sending it by electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: July 10, 2015              By: ___/s/ Jeff Glidewell_____
                                     Jeff Glidewell
                                     Paralegal
                                     Shook, Hardy & Bacon LLP

7056985 v1