UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>*Defendants.* | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORP. TO FILE THEIR REPLY IN SUPPORT OF MOTION TO DETERMINE DISPUTED JURY INSTRUCTIONS** |

WHEREAS Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle) by and through their attorneys of record, filed on May 28, 2015 a Motion to Determine Disputed Jury Instructions in this case as Docket No. 575 ("Oracle's Motion");

WHEREAS Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on June 29, 2015 their Opposition to Oracle's Motion in this case as Docket No. 617 ("Rimini's Opposition");

WHEREAS, pursuant to District of Nevada Local Rule 7-2(c) Oracle's Reply is due on July 9, 2015;

WHEREAS, Rimini agreed to provide Oracle an additional fifteen (15) days to file its Reply;

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle may file its Reply on or before July 24, 2015.

SO STIPULATED AND AGREED.

Dated:  June 2, 2015

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: /s/ Robert H. Reckers | By: /s/ Kieran Ringgenberg |
| Robert H. Reckers, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile:  (816) 421-5547<br>rreckers@shb.com | Kieran Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to the stipulation, it is hereby ORDERED that:

The time for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. to file their Reply in support of Motion to Determine Disputed Jury Instructions (Dkt No. 575) is extended to July 24, 2015.

DATED this 9th day of July, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE