UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>*Defendants.* | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORP. TO FILE OPPOSITION DEFENDANTS' MOTION TO BIFURCATE WILLFULNESS EVIDENCE AND EVIDENCE RELATED SOLELY TO PUNITIVE DAMAGES** |

WHEREAS Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on June 26, 2015 their Motion to Bifurcate Willfulness Evidence and Evidence Related Solely to Punitive Damages in this case as Docket No. 616 ("Rimini's Motion");

WHEREAS, pursuant to District of Nevada Local Rule 7-2(b) Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.'s (together, "Oracle) Opposition is due on July 13, 2015;

WHEREAS, Rimini agreed to provide Oracle an additional three (3) days to file its Opposition;

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle may file its Opposition on or before July 16, 2015.

SO STIPULATED AND AGREED.

Dated: July 9, 2015

| | |
|---|---|
| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
| By: /s/ Robert H. Reckers | By: /s/ Kieran Ringgenberg |
| Robert H. Reckers, Esq.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>rreckers@shb.com | Kieran Ringgenberg, Esq. (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to the stipulation, it is hereby ORDERED that:

The time for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. to file their Opposition to Defendants' Motion to Bifurcate Willfulness Evidence and Evidence Related Solely to Punitive Damages (Dkt No. 616) is extended to July 16, 2015.

DATED this 10th day of July, 2015.

_____
Hon. Larry R. Hicks
United States District Judge