| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　　Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE'S OPPOSITION TO DEFENDANTS RIMINI STREET INC.'S AND SETH RAVIN'S MOTION TO BIFURCATE**<br><br>Judge:  Hon. Larry R. Hicks |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies, Schiller & Flexner LLP, counsel to plaintiffs in this action. This declaration is made in support of Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Opposition to Defendants Rimini Street Inc.'s and Seth Ravin's Motion Bifurcate. Based on my involvement in the discovery process and my review of the files and records in this action, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. Attached to the Appendix of Exhibits in Support of Oracle International Corporation's Opposition to Rimini Street Inc.'s and Seth Ravin's Motion to Bifurcate ("Appendix") as Exhibit 1 is a true and correct copy of an email from Dan Slarve to Seth Ravin, dated March 30, 2006, which has been marked as PTX 2.

3. Attached to the Appendix as Exhibit 2 is a true and correct copy of email from Doug Baron to Dennis Chiu, copying George Lester, which has been marked as PTX 13.

4. Attached to the Appendix as Exhibit 3 is a true and correct copy of an email from Shelley Blackmarr to Beth Lester, copying Susan Tahtaras, dated March 6, 2007, which has been marked as PTX 1585.

5. Attached to the Appendix as Exhibit 4 is a true and correct copy of an email from Susan Tahtaras to Beth Lester, dated March 22, 2007, which has been marked as PTX 14.

6. Attached to the Appendix as Exhibit 5 is a true and correct copy of an email from Dennis Chiu to George Lester, copying Beth Lester, dated April 10, 2007, which has been marked as PTX 17.

7. Attached to the Appendix as Exhibit 6 is a true and correct copy of an email from Dennis Chiu to George Lester, copying Seth Ravin, Michael Davichick, dated May 31, 2007, which has been marked as PTX 20.

8. Attached to the Appendix as Exhibit 7 is a true and correct copy of an email from Seth Ravin to George Lester, dated June 20, 2007, which has been marked as PTX 21.

9. Attached to the Appendix as Exhibit 8 is a true and correct copy of an email from

1  Dennis Chiu to Seth Ravin, copying George Lester and Thomas Shay, dated June 21, 2007,
2  which has been marked as PTX 22.
3         10.     Attached to the Appendix as Exhibit 9 is a true and correct copy of an email from
4  Rich Hughes to Trey Picard, dated June 25, 2007, which has been marked as PTX 24.
5         11.     Attached to the Appendix as Exhibit 10 is a true and correct copy of an email
6  from Dennis Chiu to Seth Ravin, copying George Lester and Thomas Shay, dated July 5, 2007,
7  which has been marked as PTX 27.
8         12.     Attached to the Appendix as Exhibit 11 is a true and correct copy of an email
9  from Rusty Gaston to Michael Davichick, dated August 17, 2007, which has been marked as
10 PTX 4937.
11        13.     Attached to the Appendix as Exhibit 12 is a true and correct copy of a Rimini
12 Street's Response to Request for Proposal prepared for Abilene Independent School District,
13 dated October 25, 2007, which has been marked as PTX 2140.
14        14.     Attached to the Appendix as Exhibit 13 is a true and correct copy of an email
15 from Dennis Chiu to Seth Ravin and Brian Slepko, copying Michael Davichick and Beth Lester,
16 dated February 13, 2008, which has been marked as PTX 601.
17        15.     Attached to the Appendix Exhibit 14 is a true and correct copy of an email from
18 J.R. Corpuz to Doug, dated June 27, 2008, which has been marked as PTX 34.
19        16.     Attached to the Appendix as Exhibit 15 is a true and correct copy of an email
20 from Seth Ravin to Michael, dated August 25, 2008, which has been marked as PTX 35.
21        17.     Attached to the Appendix as Exhibit 16 is a true and correct copy of an email
22 from Michael Davichick to Jim Ward, dated August 25, 2008, which has been marked as PTX
23 36.
24        18.     Attached to the Appendix as Exhibit 17 is a true and correct copy of an email
25 from Susan Tahtaras to Tim Conley, dated November 14, 2008, which has been marked as
26 PTX 40.
27        19.     Attached to the Appendix as Exhibit 18 is a true and correct copy of an email
28 from John Whittenbarger to Dennis Chiu, copying Brian Slepko, dated November 21, 2008,

DECLARATION OF K. RINGGENBERG IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS'
MOTION TO BIFURCATE

1  which has been marked as PTX 42.

2      20.    Attached to the Appendix as <u>Exhibit 19</u> is a true and correct copy of an email
3  from Brian Slepko to Seth Ravin, dated November 25, 2008, which has been marked as
4  PTX 229.

5      21.    Attached to the Appendix as <u>Exhibit 20</u> is a true and correct copy of an email
6  from Susan Tahtaras to David Radtke, dated December 15, 2008, which has been marked as
7  PTX 41.

8      22.    Attached to the Appendix as <u>Exhibit 21</u> is a true and correct copy of an email
9  from Chris Limburg to Krista Williams, dated February 11, 2009, which has been marked as
10 PTX 53.

11     23.    Attached to the Appendix as <u>Exhibit 22</u> is a true and correct copy of an email
12 from Michael Davichick to Chip Seigel and Kim Cabada, dated May 8, 2009, which has been
13 marked as PTX 56.

14     24.    Attached to the Appendix as <u>Exhibit 23</u> is a true and correct copy of an email
15 from Krista Williams to Dennis Chiu, dated July 14, 2009, which has been marked as PTX 57.

16     25.    Attached to the Appendix as <u>Exhibit 24</u> is a true and correct copy of and email
17 from Brian Slepko to Dennis Chiu, dated July 17, 2009, which has been marked as PTX 58.

18     26.    Attached to the Appendix as <u>Exhibit 25</u> is a true and correct copy of an email
19 from Ray Grigsby to Conrad Bredleau, et. al., dated October 17, 2009, which has been marked as
20 PTX 61.

21     27.    Attached to the Appendix as <u>Exhibit 26</u> is a true and correct copy of an email
22 from Krista Williams to Dennis Chiu, dated January 12, 2010, which has been marked as
23 PTX 63.

24     28.    Attached to the Appendix as <u>Exhibit 27</u> is a true and correct copy of an email
25 from Ed Freeman to Krista Williams, dated January 13, 2010, which has been marked as
26 PTX 64.

27     29.    Attached to the Appendix as <u>Exhibit 28</u> is a true and correct copy of excerpts
28 from the deposition of Krista Williams, taken on October 5, 2011.

30. Attached to the Appendix as <u>Exhibit 29</u> is a true and correct copy of excerpts from the deposition of CKE Restaurants, Inc.'s corporate representative, Kim Cabada, taken on November 3, 2011.

31. Attached to the Appendix as <u>Exhibit 30</u> is a true and correct copy of excerpts from the deposition of City of Flint, Michigan's designated representative, Thomas O'Brien, taken on November 7, 2011.

32. Attached to the Appendix as <u>Exhibit 31</u> is a true and correct copy of excerpts from the deposition of Wendy's International, Inc.'s corporate representative, James Ward, taken on November 15, 2011.

33. Attached to the Appendix as <u>Exhibit 32</u> is a true and correct copy of excerpts from the deposition of Japan Pacific Travel Service, Inc.'s corporate representative, Ronald Higa, taken on November 21, 2011.

34. Attached to the Appendix as <u>Exhibit 33</u> is a true and correct copy of excerpts from the deposition of YUM! Restaurant Services, Inc.'s corporate representative, Charlie Tewell, taken on December 9, 2011.

I declare that the foregoing is true under penalty of perjury of the laws of the United States.

Executed this 16th day of July, 2015, at Oakland, California.

*/s/ Kieran Ringgenberg*
Kieran Ringgenberg

**ATTESTATION OF FILER**

The signatory to this document is Kieran Ringgenberg, and I have obtained Mr. Ringgenberg's concurrence to file this document on his behalf.

Dated: July 16, 2015

BOIES, SCHILLER & FLEXNER LLP

By: /s/ *Steven C. Holtzman*
Steven C. Holtzman, Esq. (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of July, 2015, I electronically transmitted the foregoing **DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE'S OPPOSITION TO DEFENDANTS RIMINI STREET INC.'S AND SETH RAVIN'S MOTION BIFURCATE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ Catherine Duong
An employee of Boies, Schiller & Flexner LLP