| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| | RICHARD J. POCKER (NV Bar No. 3568) | THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Las Vegas, NV 89101 | Three Embarcadero Center |
| | Telephone: (702) 382-7300 | San Francisco, CA 94111-4067 |
| 4 | Facsimile: (702) 382-2755 | Telephone: 415.393.2000 |
| | rpocker@bsfllp.com | Facsimile: 415.393.2286 |
| 5 | | thomas.hixson@bingham.com |
| | BOIES, SCHILLER & FLEXNER LLP | kristen.palumbo@bingham.com |
| 6 | WILLIAM ISAACSON (*pro hac vice*) | |
| | KAREN DUNN (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 7 | 5301 Wisconsin Ave, NW | DEBORAH K. MILLER (*pro hac vice*) |
| | Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727 | ORACLE CORPORATION |
| | Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7 |
| 9 | wisaacson@bsfllp.com | Redwood City, CA 94070 |
| | kdunn@bsfllp.com | Telephone: 650.506.4846 |
| 10 | | Facsimile: 650.506.7114 |
| | BOIES, SCHILLER & FLEXNER LLP | dorian.daley@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*) | deborah.miller@oracle.com |
| | KIERAN P. RINGGENBERG (*pro hac vice*) | jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900 | |
| | Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000 | |
| | Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com | |
| | kringgenberg@bsfllp.com | |
| 15 | | |
| 16 | Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, <br><br> Defendants. | Case No. 2:10-cv-00106-LRH-PAL <br><br> **APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS ORACLE'S OPPOSITION TO RIMINI STREET INC.'S AND SETH RAVIN'S MOTION BIFURCATE** <br><br> **[REDACTED]** <br><br> Judge:  Hon. Larry R. Hicks |

# APPENDIX OF EXHIBITS

Pursuant to Local Rule 10-3, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle") submit this Appendix of Exhibits in Support of Oracle's Opposition to Rimini Street Inc.'s and Seth Ravin's Motion Bifurcate.

| Exhibit | Description | Date |
|---|---|---|
| 1 | Email from Dan Slarve to Seth Ravin, which has been marked as PTX 2. | 3/30/2006 |
| 2 | Email from Doug Baron to Dennis Chiu, copying George Lester, which has been marked as PTX 13. | 2/12/2007 |
| 3 | Email chain from Shelley Blackmarr to Beth Lester, copying Susan Tahtaras, which has been marked as PTX 1585. | 3/6/2007 |
| 4 | Email from Susan Tahtaras to Beth Lester, which has been marked as PTX 14. | 3/22/2007 |
| 5 | Email from Dennis Chiu to George Lester copying Beth Lester, which has been marked as PTX 17. | 4/10/2007 |
| 6 | Email from Dennis Chiu to George Lester copying Seth Ravin, Michael Davichick, which has been marked as PTX 20. | 5/31/2007 |
| 7 | Email from Seth Ravin to George Lester, which has been marked as PTX 21. | 6/20/2007 |
| 8 | Email chain from Dennis Chiu to Seth Ravin copying George Lester, Thomas Shay, which has been marked as PTX 22. | 6/21/2007 |
| 9 | Email chain from Rich Hughes to Trey Picard, which has been marked as PTX 24. | 6/25/2007 |
| 10 | Email chain from Dennis Chiu to Seth Ravin copying George Lester, Thomas Shay, which has been marked as PTX 27. | 7/5/2007 |
| 11 | Email from Rusty Gaston to Michael Davichick, which has been marked as PTX 4937. | 8/17/2007 |
| 12 | Response to Request for Proposal prepared for Abilene Independent School District by Rimini Street, which has been marked as PTX 2140. | 10/25/2007 |
| 13 | Email from Dennis Chiu to Seth Ravin and Brian Slepko copying Michael Davichick and Beth Lester, which has been marked as PTX 601. | 2/13/2008 |
| 14 | Email from J.R. Corpuz to Doug Baron, which has been marked as PTX 34. | 6/27/2008 |
| 15 | Email from Seth Ravin to Michael Davichick, which has been marked as PTX 35. | 8/25/2008 |
| 16 | Email from Michael Davichick to Jim Ward, which has been marked as PTX 36. | 8/25/2008 |
| 17 | Email from Susan Tahtaras to Tim Conley, which has been marked as PTX 40. | 11/14/2008 |
| 18 | Email from John Whittenbarger to Dennis Chiu, copying Brian Slepko, which has been marked as PTX 42. | 11/21/2008 |
| 19 | Email from Brian Slepko to Seth Ravin, which has been marked | 11/25/2008 |

| | | | |
|---|---|---|---|
| | | as PTX 229. | |
| | 20 | Email from Susan Tahtaras to David Radtke, which has been marked as PTX 41. | 12/15/2008 |
| | 21 | Email from Chris Limburg to Krista Williams, which has been marked as PTX 53. | 2/11/2009 |
| | 22 | Email from Michael Davichick to Chip Seigel and Kim Cabada, which has been marked as PTX 56. | 5/8/2009 |
| | 23 | Email from Krista Williams to Dennis Chiu, which has been marked as PTX 57. | 7/14/2009 |
| | 24 | Email from Brian Slepko to Dennis Chiu, which has been marked as PTX 58. | 7/17/2009 |
| | 25 | Email from Ray Grigsby to Conrad Bredleau, et. al., which has been marked as PTX 61. | 10/17/2009 |
| | 26 | Email from Krista Williams to Dennis Chiu, which has been marked as PTX 63. | 1/12/2010 |
| | 27 | Email from Ed Freeman to Krista Williams, which has been marked as PTX 64. | 1/13/2010 |
| | 28 | Excerpts from the deposition of Krista Williams, taken on October 5, 2011. | 10/5/2011 |
| | 29 | Excerpts from the deposition of CKE Restaurants, Inc.'s corporate representative, Kim Cabada, taken on November 3, 2011. | 11/3/2011 |
| | 30 | Excerpts from the deposition of City of Flint, Michigan's designated representative, Thomas O'Brien, taken on November 7, 2011. | 11/7/2011 |
| | 31 | Excerpts from the deposition of Wendy's International, Inc.'s corporate representative, James Ward, taken on November 15, 2011. | 11/15/2011 |
| | 32 | Excerpts from the deposition of Japan Pacific Travel Service, Inc.'s corporate representative, Ronald Higa, taken on November 21, 2011. | 11/21/2011 |
| | 33 | Excerpts from the deposition of YUM! Restaurant Services, Inc.'s corporate representative, Charlie Tewell, taken on December 9, 2011. | 12/9/2011 |

DATED: July 16, 2015                    BOIES SCHILLER & FLEXNER LLP


                                        By: /s/ *Kieran P. Ringgenberg*
                                            Kieran P. Ringgenberg
                                            Attorneys for Plaintiffs
                                            Oracle USA, Inc., Oracle America, Inc.,
                                            and Oracle International Corp.

APPENDIX OF EXHIBITS CITED IN ORACLE'S OPP. TO RIMINI'S MOTION TO BIFURCATE

**ATTESTATION OF FILER**

The signatory to this document is Kieran Ringgenberg, and I have obtained Mr. Ringgenberg's concurrence to file this document on his behalf.

Dated:  July 16, 2015

BOIES, SCHILLER & FLEXNER LLP

By: /s/ *Steven C. Holtzman*
Steven C. Holtzman, Esq. (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of July, 2015, I electronically transmitted the foregoing **APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS ORACLE'S OPPOSITION TO RIMINI STREET INC.'S AND SETH RAVIN'S MOTION BIFURCATE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

      /s/ Catherine Duong
An employee of Boies, Schiller & Flexner LLP

Case No. 2:10-cv-00106-LRH-PAL