# EXHIBIT 29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2              DISTRICT OF NEVADA
 3
 4   --------------------------------
 5   ORACLE, USA, INC., a Colorado   )
 6   corporation; ORACLE AMERICA,    )
 7   INC., a Delaware corporation;   )
 8   and ORACLE INTERNATIONAL        )
 9   CORPORATION, a California       )
10   corporation,                    )
11           Plaintiffs,             )
12           vs.                     ) No. 2:10-cv-00106
13   RIMINI STREET, INC., a          )      -LRH-PAL
14   Nevada corporation; SETH        )
15   RAVIN, an individual,           )
16           Defendants.             )
17   --------------------------------
18       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
19
20       Videotaped Deposition of KIM CABADA, taken
21       at CKE Restaurants, 6307 Carpinteria Avenue,
22       Carpinteria, California, commencing at
23       10:00 A.M., Thursday, November 3, 2011,
24       before Wendy S. Schreiber, CSR No. 3558, RPR.
25   PAGES 1 - 62
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 18

```
1    So if CKE had not been reassured that
2    Rimini's services were going to comply with
3    Oracle -- with CKE's licenses with Oracle, would CKE
4    have proceeded to sign a contract with Rimini
5    Street?                                    10:22:50
6        MR. SCHLETZBAUM:  Objection: assumes facts
7    not in evidence, calls for speculation.
8        THE WITNESS:  No.
```

Page 20

```
10    Q.   If -- do you have an understanding of CKE's  10:21:38
11   policies about the use of intellectual property,
12   third-party intellectual property?
13    A.   I'm not as familiar.
14    Q.   Do you know based on -- do you know if CKE
15   would permit -- would work with -- do you know if   10:21:55
16   CKE would work with a vendor who was violating --
17   whose services would violate license agreements that
18   it had with Oracle?
19        MR. SCHLETZBAUM:  Objection: assumes facts
20   not in evidence, lacks foundation.             10:22:13
21        THE WITNESS:  No.
22   BY MS. GENTRY:
23    Q.   So if CKE had believed -- had not been
24   reassured that the license -- let me start that
25   again.                                         10:22:28
```

Page 19

Page 21

```
 1         I declare under penalty of perjury
 2   under the laws that the foregoing is
 3   true and correct.
 4
 5         Executed on  November 15   , 20 11 ,
 6   at OE Restaurants  ,  Anaheim , California      .
 7
 8
 9
10   _____[signature]_____
11            SIGNATURE OF WITNESS
12
```

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF LOS ANGELES  )
 3
 4          I, WENDY S. SCHREIBER, C.S.R. No. 3558, do
 5   hereby certify:
 6          That prior to being examined, the witness
 7   named in the foregoing deposition, MARK S. MONIZ, was by
 8   me duly sworn to testify to the truth, the whole truth
 9   and nothing but the truth;
10          That said deposition was recorded
11   stenographically by me, and was thereafter reduced to
12   print by means of computer-aided transcription, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony;
15          I further certify that I am neither counsel
16   for any party in said action, nor am I related to any
17   party to said action, nor am I in any way interested in
18   the outcome thereof.
19
20
21
22
23   _____
24        WENDY S. SCHREIBER, CSR No. 3558, RPR
25
```