# EXHIBIT 30

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

```
                                                                    1
 1                  UNITED STATES DISTRICT COURT

 2                       DISTRICT OF NEVADA

 3    ----------------------------------

 4    ORACLE USA, INC., a Colorado      )

 5    corporation; ORACLE AMERICA, INC.,)

 6    a Delaware corporation, and ORACLE)

 7    INTERNATIONAL CORPORATION, a      )

 8    California corporation,           )

 9                   Plaintiffs,        )

10       vs.                            )   Case No. 2:10-cv-00106-LRH-PAL

11    RIMINI STREET, INC., a Nevada     )

12    corporation; SETH RAVIN, an       )

13    individual,                       )

14                   Defendants.        )

15    ----------------------------------

16

17         HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18

19       The Videotaped Deposition of THOMAS O'BRIEN,

20       taken at 1101 South Saginaw, Flint, Michigan,

21       commencing at 10:15 a.m., Monday, November 7,

22       2011, before Marie M. Puchel, RMR, CRR, CSR-0212.

23

24

25    PAGES 1 - 81
```

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



```
                                                          15  Q.  Is it correct that you can't recall whether any of the  11:45:35
                                                          16      other bidders satisfied the requirements of the bid?   11:45:38
                                                          17  A.  True.                                                  11:45:42
                                                          18  Q.  And can you recall that Rimini was the lowest bidder   11:45:49
                                                          19      that did satisfy the requirements of the bid?         11:45:52
                                                          20  A.  Yes.                                                   11:45:55
                                                                                                                    62                                                                                                          64

10  Q.  Was it correct that the initial RFP was assembled in  11:43:57
11      the manner that he's referring to there?              11:44:04
12  A.  That would have been for the very first RFP that we   11:44:06
13      sent out, and that would have been yes.  And I want to 11:44:09
14      say, though, that since he -- I can't say that they   11:44:16
15      would have been the only ones that met the            11:44:19
16      requirement, not having dealt with any of the other   11:44:20
17      companies.  They very well could have; but again, for 11:44:23
18      the price that we were quoted, that's how we made the 11:44:26
19      process of the decision.                              11:44:30
20  Q.  Were any of -- did any of the other bidders satisfy   11:44:32
21      the requirements that were set forth in the RFP?      11:44:36
22  A.  Without seeing the RFP in front of me, I don't know   11:44:42
23      that I could tell you the answer to that.             11:44:45
                                                          15  Q.  And so understanding that you do not know one way or  11:46:53
                                                          16      the other, I want to ask you a hypothetical question.  11:46:56
                                                          17  A.  Okay.                                                  11:46:58
                                                          18  Q.  If the City of Flint had been aware that Rimini's      11:47:00
                                                          19      business model involved the improper use of Oracle's  11:47:04
                                                          20      intellectual property, would the city have contracted 11:47:07
                                                          21      with support for Rimini?                              11:47:10
                                                          22      MR. SCHLETZBAUM:  Objection; assumes facts            11:47:13
                                                          23      not in evidence, lacks foundation, calls for          11:47:14
                                                          24      speculation.                                          11:47:16
                                                          25      THE WITNESS:  If they were not in compliance          11:47:17
                                                                                                                    63                                                                                                          65
```

Pages 62 to 65

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

```
 1      with our licensing agreements with those companies, I   11:47:18
 2      would say that we probably could not have.              11:47:22
 3   BY MR. HIXSON:                                             11:47:24
 4   Q. And the thing you could not have done would be to       11:47:26
 5      contract with support with Rimini?                      11:47:28
 6   A. Correct.                                                11:47:30
 7   Q. Thank you.  That's all I have.                          11:47:56
 8                    EXAMINATION                               11:47:57
 9   BY MR. SCHLETZBAUM:                                        11:47:58
10   Q. Hello, sir.  My name is Ryan Schletzbaum.  I'm an       11:48:03
11      attorney for Rimini Street and Seth Ravin in this       11:48:03
12      matter.  I just have a few quick questions for you in   11:48:07
13      follow up.  Earlier today, you discussed the reasons    11:48:11
14      for choosing a third-party support provider instead of  11:48:13
15      PeopleSoft, whether it be TomorrowNow or Main Street.   11:48:17
16   A. Yes.                                                    11:48:20
```

                                                    66



```
10   Q. When the City of Flint was evaluating whether or not    11:52:30
11      to choose Rimini Street as a support provider, was the  11:52:34
12      city concerned about having to switch or upgrade to a   11:52:37
13      newer version of PeopleSoft?                            11:52:41
14   A. At the time, yes.                                       11:52:45
15   Q. And what was this concern?                              11:52:48
16   A. That it was going to be a lot of work.  We had very     11:52:50
17      limited resources.  We would have had to go and send a  11:52:53
18      lot of people out for training on the new software.     11:52:58
19      It was just not economically feasible.                  11:53:03
20   Q. And the version of PeopleSoft that the City of Flint    11:53:06
21      was running was adequate to meet the needs of the       11:53:08
22      city?                                                   11:53:11
23   A. Yes.                                                    11:53:11
```

                                                    69

```
1   STATE OF CALIFORNIA    ) ss:
2   COUNTY OF LOS ANGELES  )
3
4       I, JANICE SCHUTZMAN, C.S.R. No. 9509, do hereby
5   certify:
6       That the foregoing deposition testimony was taken
7   before me at the time and place therein set forth and at
8   which time the witness was administered the oath;
9       That the testimony of the witness and all objections
10  made by counsel at the time of the examination were
11  recorded stenographically by me, and were thereafter
12  transcribed under my direction and supervision, and that
13  the foregoing pages contain a full, true and accurate
14  record of all proceedings and testimony to the best of
15  my skill and ability.
16      I further certify that I am neither counsel for any
17  party to said action, nor am I related to any party to
18  said action, nor am I in any way interested in the
19  outcome thereof.
20
21
22
23          [signature]
24          JANICE SCHUTZMAN, CSR No. 9509
25
```