# EXHIBIT 32

Page 1

```
 1         UNITED STATES DISTRICT COURT
 2             DISTRICT OF NEVADA
 3     -------------------------------)
 4    ORACLE USA, INC., a Colorado   )
 5    corporation; ORACLE AMERICA,   )
 6    INC., a Delaware corporation;  )
 7    and ORACLE INTERNATIONAL       )
 8    CORPORATION, a California      )
 9    corporation,                   )
10         Plaintiffs,               )
11    vs.                            ) No. 2:10-cv-0106
12    RIMINI STREET, INC., a         ) VOLUME I
13    Nevada corporation; and SETH   )
14    RAVIN, an individual,          )
15         Defendants.               )
16    -------------------------------
17
18      Videotaped Deposition of RONALD HIGA,
19      as 30(b)(6) representative of JALPAK
20      INTERNATIONAL AMERICA, taken at 225 Santa
21      Monica Boulevard, 11th Floor, Santa Monica,
22      California, commencing at 8:54 a.m.,
23      Monday, November 21, 2011, before Janice
24      Schutzman, CSR No. 9509.
25    PAGES 1 - 84
```

Veritext National Deposition & Litigation Services
866 299-5127



**Page 50**

```
 1    illegal behavior or unethical behavior.
 2        Q.  And would you have let Rimini quote you in
 3    press releases if you had known that Rimini's
 4    business infringed Oracle's copyrights?
 5        MR. TONG:  Objection, calls for              10:00AM
 6    speculation.
 7        THE WITNESS:  No.
 8        MR. TONG:  Assumes facts not in evidence.
 9    BY MS. LOEB:
10        Q.  And if you or if JPAK Travel had known that   10:00AM
11    Rimini Street's business model involved infringing
12    Oracle's copyrights, would you have contracted with
13    Rimini Street in the first place?
14        A.  No.
15        MR. TONG:  Same objections.                  10:00AM
16    BY MS. LOEB:
17        Q.  And why is that?
18        A.  We would have the same problem as Tomorrow
19    Now.
20        MR. TONG:  Same objections.                  10:00AM
21        MS. LOEB:  Thank you.
22        I think I'm almost finished.  Could we just
23    take a short break.
24        THE WITNESS:  Yes, we could.
25        THE VIDEOGRAPHER:  Off the record.  The      10:01AM
```

**Page 51**

```
 1    time is 10:01 a.m.
 2        (Recess taken.)
 3        THE VIDEOGRAPHER:  We're back on the
 4    record.  The time is 10:10 a.m.
 5    BY MS. LOEB:                                     10:10AM
```

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF LOS ANGELES  )
 3
 4       I, JANICE SCHUTZMAN, C.S.R. No. 9509, do hereby
 5   certify:
 6       That the foregoing deposition testimony was taken
 7   before me at the time and place therein set forth and at
 8   which time the witness was administered the oath;
 9       That the testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of
15   my skill and ability.
16       I further certify that I am neither counsel for any
17   party to said action, nor am I related to any party to
18   said action, nor am I in any way interested in the
19   outcome thereof.
20
21
22
23
24              JANICE SCHUTZMAN, CSR No. 9509
25
```