# EXHIBIT 33

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT
 2                  DISTRICT OF NEVADA
 3
 4   _____
 5   ORACLE USA, INC., a Colorado corporation;  )
 6   ORACLE AMERICA, INC., a Delaware           )
 7   corporation; and ORACLE INTERNATIONAL      )
 8   CORPORATION, a California corporation,     )
 9                      PLAINTIFF(s),           )
10        vs.                                   ) No. 2:10-cv-0106
11   RIMINI STREET, INC., a Nevada              )
12   corporation; and SETH RAVIN, an            )
13   individual,                                )
14                      DEFENDANT(s).           )
15   _____)
16
17
18      Videotaped Deposition of Rule 30(b)(6)
19      Witness CHARLIE TEWELL, taken at 400 West
20      Market, 1800 Aegon Center, Louisville,
21      Kentucky, commencing at 9:05 a.m., Friday,
22      December 9, 2011, before Rose Mary Kithcart,
23      RPR, Notary Public.
24
25   PAGES 1 - 104
```



```
 8    [WHEREUPON, document referred to is marked
 9    Exhibit 1346 for identification.]
10    BY MR. PRADHAN:
```

Page 34

Page 35

Page 36

Page 37

```
                                              1   That is our responsibility to continue to ensure
                                              2   that once we've received an update from them,
                                              3   regulatory or tax update, that our custom code still
                                              4   continues to work for us.
                                              5      Q.  I see.  And so what was YUM's concern in
                                              6   terms of the legality of business -- Rimini's
                                              7   business model and YUM's custom code?
                                              8      A.  No real concerns on legality I would say.
                                              9      Q.  What was the concern, then, if not
                                             10   legality?
                                             11      A.  Well, I would say there was no real
                                             12   concern.  It was just the -- I -- I believe you may
                                             13   even have some documents that speak to some
                                             14   clarifying things on what they do, what they don't
                                             15   do.
                                             16      Q.  I see.  So --
                                             17      A.  Yeah.
                                             18      Q.  -- YUM! wanted to clarify what Rimini did
                                             19   with YUM's customizations; is that correct?  Am I
                                             20   getting it right?
                                             21      A.  Well, I'd say that's -- that's true.  That is
                                             22   true, whether that be explicit in e-mails or from
                                             23   our conversation.  To understand their offering, we
                                             24   certainly wanted to make sure that -- what it was
                                             25   that they would do for us.  Yeah, so that is true.
                                                                                        Page 48

10      A.  Well, I mean, I'm speaking in
11   generalities, but the -- obviously, they would be
12   providing us with tax and regulatory updates, and
13   they would not be serving as a -- doing anything
14   with our custom code and those type things.  So
15   that was the nature of -- as they clarified what
16   they did and did not do.
17      Q.  Can you clarify what you mean by doing
18   things with your "custom code"?
19      A.  Yes.  So we have -- there's the vanilla
20   PeopleSoft instance, and there is code that has
21   been added to that instance that allows us to
22   perform specific operations that YUM! and only
23   YUM! needs.  That is custom code.
24      And that is what -- Rimini Street's offering
25   really doesn't address those, that custom code.
                                        Page 47
```

```
 1                CERTIFICATE OF REPORTER
 2    STATE OF KENTUCKY AT LARGE:
 3       I, ROSE MARY KITHCART, RPR, Notary
 4    Public for the State of Kentucky at Large, do
 5    hereby certify that the foregoing was reported by
 6    stenographic and mechanical means, which matter
 7    was held on the date, and at the time and place
 8    set out in the caption hereof and that the
 9    foregoing constitutes a true and accurate
10    transcript of same.
11       I further certify that I am not related to any of
12    the parties, nor am I an employee of or related to
13    any of the attorneys representing the parties, and
14    I have no financial interest in the outcome of this
15    matter.
16       GIVEN under my hand and Notarial seal this
17    20th day of December, 2011.
18
19                    [signature: Rose Mary Kithcart]
20
21    My Commission Expires:
22
23    AUGUST 27, 2013
24
25    Notary ID: 402347
```

Page 104