| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center |
| 3 | Telephone: (702) 382-7300 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 |
| 4 | Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | Facsimile: 415.393.2286<br>thomas.hixson@bingham.com |
| 5 | | kristen.palumbo@bingham.com |
| 6 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*) | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 7 | 5301 Wisconsin Ave, NW<br>Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Telephone: 650.506.4846<br>Facsimile: 650.506.7114 |
| 10 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 11 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | jim.maroulis@oracle.com |
| 12 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | |
| 13 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 14 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 15 | kringgenberg@bsfllp.com | |
| 16 | Attorneys for Oracle USA, Inc., Oracle<br>America, Inc., and Oracle International<br>Corporation | |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| 21 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC. a Delaware<br>corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | Case No. 2:10-cv-00106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING<br>MOTION TO SEAL PLAINTIFFS'<br>OPPOSITION TO DEFENDANTS<br>RIMINI STREET INC.'S AND SETH<br>RAVIN'S MOTION TO BIFURCATE<br>AND SUPPORTING DOCUMENTS**<br><br>Judge:    Hon. Larry R. Hicks |
| | Plaintiffs, | |
| | v. | |
| | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| | Defendants. | |

Case No. 2:10-cv-00106-LRH-PAL

[PROPOSED] ORDER RE: MOTION TO SEAL PLAINTIFFS' OPP. TO BIFURCATION MOTION

## [PROPOSED] ORDER

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Opposition to Defendants Rimini Street Inc.'s and Seth Ravin's Motion Bifurcate ("Opposition") and supporting Exhibits[1]. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion to Seal, good cause having been shown:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the documents specified in Oracle's Motion.

IT IS SO ORDERED.

DATED:_____     By:_____
United States District Court Judge

---

[1] All Exhibits referred to in this motion are attached to the Appendex of Exhibits Cited in Support of Oracle's Opposition to Rimini Street Inc.'s and Seth Ravin's Motion Bifurcate.