| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | PETER E. STRAND (*pro hac vice*)<br>RYAN D. DYKAL (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 4 | rpocker@bsfllp.com | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | bwebb@shb.com<br>pstrand@shb.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | rdykal@shb.com |
| 7 | Washington, DC 20015 | SHOOK, HARDY & BACON LLP<br>ROBERT H. RECKERS (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | 600 Travis Street, Suite 3400<br>Houston, Texas  77002 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | rreckers@shb.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | LEWIS AND ROCA LLP<br>W. WEST ALLEN (NV Bar No. 5566) |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | 3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398 |
| 14 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | WAllen@LRLaw.com |
| 15 | kringgenberg@bsfllp.com | GREENBERG TRAURIG<br>MARK G. TRATOS (NV Bar No. 1086) |
| 16 | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) | BRANDON ROOS (NV Bar No. 7888)<br>LESLIE GODFREY (NV Bar No. 10229) |
| 17 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower | 3773 Howard Hughes Parkway<br>Suite 400 North |
| 18 | San Francisco, CA  94105<br>Telephone:  415.442.1000 | Las Vegas, NV 89169<br>Telephone: (702) 792-3773 |
| 19 | Facsimile:  415.442.1001<br>thomas.hixson@morganlewis.com | Facsimile: (702) 792-9002<br>tratosm@gtlaw.com |
| 20 | kristen.palumbo@morganlewis.com | roosb@gtlaw.com<br>godfreyl@gtlaw.com |
| 21 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) | DANIEL B. WINSLOW |
| 22 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION | RIMINI STREET, INC.<br>6601 Koll Center Parkway Suite 300 |
| 23 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 | Pleasanton, CA 94566<br>Telephone: (925) 264-7736 |
| 24 | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 | dwinslow@riministreet.com |
| 25 | dorian.daley@oracle.com<br>deborah.miller@oracle.com | Attorneys for Defendants Rimini Street,<br>Inc., and Seth Ravin |
| 26 | jim.maroulis@oracle.com | |
| 27 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and | |
| 28 | Oracle International Corp. | |

STIPULATION AND [PROPOSED] ORDER RE: EVIDENCE AT TRIAL

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EVIDENCE AT TRIAL** |

WHEREAS trial in this action is scheduled to commence on September 14, 2015.

WHEREAS Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") have reached certain agreements regarding the admissibility of certain evidence at trial in this action.

THEREFORE IT IS HEREBY STIPULATED by and between the Parties that the Parties will not admit any evidence or argument regarding the health of Mr. Ravin.

**SO STIPULATED AND AGREED.**

Dated: July 22, 2015

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br><br>By:   /s/ Robert H. Reckers<br>Robert H. Reckers<br>Attorneys for Defendants<br>Rimini Street, Inc. and<br>Seth Ravin | MORGAN, LEWIS & BOCKIUS LLP<br><br>By:   /s/ Thomas S. Hixson<br>Thomas S. Hixson<br>Attorneys for Plaintiffs<br>Oracle USA, Inc.,<br>Oracle America, Inc. and<br>Oracle International Corporation |

**ATTESTATION OF FILER**

The signatories to this document are Robert Reckers and me, and I have obtained Mr. Reckers's concurrence to file this document on his behalf.

Dated:  July 22, 2015

                                   MORGAN, LEWIS & BOCKIUS LLP

                                   By:       /s/ Thomas S. Hixson
                                              Thomas S. Hixson
                                           Attorneys for Plaintiffs
                                              Oracle USA, Inc.,
                                           Oracle America, Inc. and
                                      Oracle International Corporation

**IT IS SO ORDERED.**

Dated:            , 2015

                                          _____
                                          Larry R. Hicks
                                          United States District Judge