# EXHIBIT 1

Highly Confidential - Attorneys' Eyes Only

Page 1

1              UNITED STATES DISTRICT COURT
2                   DISTRICT OF NEVADA
3
4    ORACLE USA, INC., a
     Colorado corporation;
5    ORACLE AMERICA, INC.,
     a Delaware corporation;
6    and ORACLE INTERNATIONAL
     CORPORATION, a California
7    corporation,
8              Plaintiff,
9    vs.                           CASE NO.
10   RIMINI STREET, INC., a        2:10-cv-0106-LRH-PAL
     Nevada corporation;
11   SETH RAVIN, an individual,
12             Defendant,
     _____/
13
14
15
16           ** HIGHLY CONFIDENTIAL **
17              ATTORNEYS' EYES ONLY
18
19       VIDEOTAPED DEPOSITION OF BUFFY RANSOM
20             SAN FRANCISCO, CALIFORNIA
21              THURSDAY, APRIL 21, 2011
22
23   BY:  ANDREA M. IGNACIO HOWARD, CSR, RPR, CCRR, CLR
24   CSR LICENSE NO. 9830
25   JOB NO. 38046

Highly Confidential - Attorneys' Eyes Only

Page 2

1  THURSDAY, APRIL 21, 2011
2        9:04 a.m.
3
4
5
6  VIDEOTAPED DEPOSITION OF BUFFY RANSOM,
7  taken at SHOOK HARDY, One Montgomery - Suite
8  2700, San Francisco, California, pursuant
9  to Notice, before me, ANDREA M. IGNACIO
10 HOWARD, CLR, CCRR, RPR, CSR License No. 9830.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  A P P E A R A N C E S:
2
3  FOR THE PLAINTIFFS:
4     BINGHAM MCCUTCHEN
5     By:  GEOFFREY M. HOWARD, Esq.
6     Three Embarcadero Center
7     San Francisco, California 94111
8
9
10
11 FOR THE DEFENDANTS:
12    SHOOK, HARDY & BACON
13    By: JENNIFER RIGGS, Esq.
14    2555 Grand Boulevard
15    Kansas City, Missouri 64108
16
17
18
19 ALSO PRESENT:  James Maroulis, Oracle
20               Adam Del Rio, Videographer
21
22             ---oOo---
23
24
25

Page 4

1        SAN FRANCISCO, CALIFORNIA
2        THURSDAY, APRIL 21, 2011
3              9:04 a.m.
4
5
6     THE VIDEOGRAPHER:  Good morning.
7  We're on the record at 9:04 a.m., on
8  Thursday, April 21st, 2011.
9     This is the videotaped deposition of Buffy
10 Ransom, in the case captioned Oracle versus Rimini,
11 being held in the United States District Court,
12 District of Nevada.  Case No. 2:10-cv-0106-LRH-PAL.
13    Counsel, would you please identify yourselves
14 for the record, beginning with the questioning
15 attorney, please.
16    MS. RIGGS:  Jennifer Riggs, with Shook,
17 Hardy & Bacon, on behalf of Rimini Street.
18    MR. HOWARD:  Geoff Howard, with Bingham
19 McCutchen, for Oracle.
20    MR. MAROULIS:  James Maroulis of Oracle for
21 Plaintiffs.
22    THE VIDEOGRAPHER:  Thank you.
23    Will the court reporter please administer the
24 oath, and we may proceed.
25    ///

Page 5

1             BUFFY RANSOM,
2        having been sworn as a witness,
3       by the Certified Shorthand Reporter,
4             testified as follows:
5
6
7
8
9        EXAMINATION BY MS. RIGGS
10   MS. RIGGS:  Q.  Can you state your name for
11 the record.
12   A   Buffy Ransom.

Highly Confidential - Attorneys' Eyes Only

Page 10

Page 11

8    Q   And is that your current role, or have you --
9    A   Just recently, I am now the vice president of
10   the eBusiness suite applications for Oracle, and that
11   was as of November last year, 2010.

Page 12

Page 13

Highly Confidential - Attorneys' Eyes Only

Page 66

Page 67

Page 68

Page 69

```
 6      Q  -- it says that "we've identified
 7   50 customers at risk of moving their support to
 8   third-party vendors."
 9         How were those customers identified?
10      A   That is out of the support sales
11   organization, so they would probably be best to answer
12   that.  But, typically, during the renewal process,
13   customers will communicate and negotiate and either
14   claim, truthfully or not, that they are working with a
15   third-party vendor.
```

Highly Confidential - Attorneys' Eyes Only

Page 70

Page 71

4    Q  Is that the only way that you would find that
5    information is if the customer provided it?
6       A  Yes.
7       Q  There would be no other way to determine who
8    was "at risk"?
9       A  No.
10      Q  Did you only consider customers at risk if
11   they were considering moving to a third-party support
12   provider, or were there other reasons that a customer
13   would be considered at risk?
14      A  Any customer that was potentially leaving
15   Oracle is at risk.
16      Q  For any reason?
17      A  Correct.

Page 72

Page 73

Highly Confidential - Attorneys' Eyes Only

Page 160

1    CERTIFICATE OF REPORTER

2

3        I, ANDREA M. IGNACIO HOWARD, hereby certify

4    that the witness in the foregoing deposition was by me

5    duly sworn to tell the truth, the whole truth, and

6    nothing but the truth in the within-entitled cause;

7

8        That said deposition was taken in shorthand

9    by me, a Certified Shorthand Reporter of the State of

10   California, and was thereafter transcribed into

11   typewriting, and that the foregoing transcript

12   constitutes a full, true and correct report of said

13   deposition and of the proceedings which took place;

14

15       That I am a disinterested person to the said

16   action.

17

18       IN WITNESS WHEREOF, I have hereunto set my

19   hand this 26th day of April 2011.

20

21   _____

22   ANDREA M. IGNACIO HOWARD, RPR, CCRR, CLR, CSR No. 9830

23

24

25