# EXHIBIT 5

RICHARD CUMMINS         September 16, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--O0o--

ORACLE CORPORATION, a Delaware
Corporation; ORACLE, USA, INC.,
a Colorado Corporation, and
ORACLE INTERNATIONAL CORPORATION,
a California Corporation,

        Plaintiffs,

    Vs.                    No. 07-CV-01658-PJH (EDL)

SAP AG, a German Corporation,
SAP AMERICA, INC., a Delaware
CORPORATION, TOMORROWNOW, INC.,
a Texas Corporation, and DOES
1-50, Inclusive,

        Defendants.
_____/

VIDEOTAPED RULE 30(b)(6) DEPOSITION OF

ORACLE CORPORATION

Designee:  RICHARD CUMMINS

_____

Tuesday, September 16, 2008

Volume I, Pages 1 - 255

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Reported By:  WENDY E. ARLEN, CSR #4355, CRR, RMR
Job 412495

RICHARD CUMMINS        September 16, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 86

Page 88

Page 87

Page 89

```
            1    Q.     Was there a particular organization within
            2    Oracle that was responsible for that at risk report?
            3    A.     Yeah, it was our organization.
11:20       4    Q.     Were you particularly -- in particular
            5    responsible for that report?
            6    A.     Yes.
            7    Q.     When did that report first commence?
            8    A.     It was in 2005.
11:20       9    Q.     Do you recall the month?
           10    A.     It was May of 2005.  May -- May or June of
           11    2005.
```

Merrill Legal Solutions
(800) 869-9132

RICHARD CUMMINS        September 16, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 90

1    Q.    MR. McDONELL:  So the at risk reporting began
2    in May of '05, a few months after Oracle acquired
3    PeopleSoft, right?
11:21    4    A.    Yes.
5    Q.    What was the genesis of it?  How did it get
6    started?
7    A.    We had significant concern because we were
8    seeing a lot of losses or we were seeing losses to
11:22    9    TomorrowNow, and so we wanted to make sure that we
10    tracked those losses very specifically.

Page 92

Page 91

Page 93

Merrill Legal Solutions
(800) 869-9132

RICHARD CUMMINS          September 16, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 190

17    Q.    MR. McDONELL:  Are there any companies other
18    than the companies listed on your at risk report that
15:30  19    provide support for JD Edwards and PeopleSoft
20    products?
21    A.    The -- the way they get on that at risk
22    report is that they are reported by a sales rep.  And
23    so, you know, by no means do we go out and try and
15:30  24    list everybody we could possibly find.  It's those
25    are the ones that have been identified by our at risk

Page 191

1    customers.

Page 192

Page 193

Merrill Legal Solutions
(800) 869-9132

RICHARD CUMMINS         September 16, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 202

Page 204

Page 203

Page 205

8    Q.     And give me the time line.  When did you
15:48    9    start -- first start compiling that information?
10    A.     It was roughly May or June of 2005.

52 (Pages 202 to 205)

RICHARD CUMMINS          September 16, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 206

Page 208

Page 207

Page 209

```
        12   Q.    MR. McDONELL:  The last report I've seen is
        13   from January this year, 2008.
15:51   14   A.    Okay.
        15   Q.    Is there any subsequent report that you're
        16   aware of?
        17   A.    I don't believe there is.
```

53 (Pages 206 to 209)

RICHARD CUMMINS       September 16, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 210

Page 212

Page 211

    2    Q.     So what was the purpose of the at risk
    3    report?
15:55    4    A.     The purpose of the at risk report was that --
    5    for us to have a mechanism to report our -- what we
    6    thought was our cumulative exposure to -- primarily
    7    to TomorrowNow.
    8    Q.     Was it also exposure to other support
15:56    9    providers or other software providers like, for
   10    example, SAP?
   11    A.     It wasn't -- it wasn't intended for customers
   12    that were going to another software provider.  It was
   13    intended for third party support.

Page 213

Merrill Legal Solutions
(800) 869-9132

RICHARD CUMMINS        September 16, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 214

Page 216

16    Q.    And how was the data coming into you
17    worldwide?
18    A.    It was coming in through support sales reps.
16:04   19    And so globally a support sales rep, if they came
20    across a customer that was deemed to be at risk, they
21    would submit that information into Beth Shippy.
22    Q.    And how would they do that?
23    A.    Via e-mail.

Page 215

Page 217

55 (Pages 214 to 217)

```
 1              CERTIFICATE OF REPORTER

 2         I, WENDY E. ARLEN, a Certified Shorthand

 3    Reporter, hereby certify that the witness in the

 4    foregoing deposition was by me duly sworn to tell the

 5    truth, the whole truth and nothing but the truth in the

 6    within-entitled cause;

 7         That said deposition was taken down in

 8    shorthand by me, a disinterested person, at the time

 9    and place therein stated, and that the testimony of the

10    said witness was thereafter reduced to typewriting, by

11    computer, under my direction and supervision.

12         That before completion of the deposition,

13    review of the transcript [X] was [  ] was not

14    requested.  If requested, any changes made by the

15    deponent (and provided to the reporter) during the

16    period allowed are appended hereto.

17         I further certify that I am not of counsel or

18    attorney for either or any of the parties to the said

19    deposition nor in any way interested in the event of

20    this cause and that I am not related to any of the

21    parties thereto.
                                        nd
22         DATED: October 2_____, 2008

23

24         _____

25         WENDY E. ARLEN CSR, No. 4355
```

RICHARD CUMMINS          September 23, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 256

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--O0o--

ORACLE CORPORATION, a Delaware
Corporation; ORACLE, USA, INC.,
a Colorado Corporation, and
ORACLE INTERNATIONAL CORPORATION,
a California Corporation,

            Plaintiffs,

     Vs.                     No. 07-CV-01658-PJH (EDL)

SAP AG, a German Corporation,
SAP AMERICA, INC., a Delaware
CORPORATION, TOMORROWNOW, INC.,
a Texas Corporation, and DOES
1-50, Inclusive,

            Defendants.
_____/


VIDEOTAPED RULE 30(b)(6) DEPOSITION OF

ORACLE CORPORATION

Designee:  RICHARD CUMMINS

_____

Tuesday, September 23, 2008

Volume II, Pages 256 - 436

HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Reported By:  WENDY E. ARLEN, CSR #4355, CRR, RMR
Job 412497

RICHARD CUMMINS          September 23, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 269

Page 271

11    Q.    So would you agree with me the best record of
12    what the sales rep was saying was the e-mail itself
13    because something could be lost in translation?
10:04 14          MS. HOUSE:  Objection, calls for speculation,
15    overbroad.
16          THE WITNESS:  The information came in, Beth
17    told me that she cut and pasted it directly from the
18    e-mail into the database.
10:04 19    Q.    MR. McDONELL:  Okay.  What else did you talk
20    to Beth Shippy about?
21    A.    We talked about the limitation of what she
22    was given, the information came from customers as
23    best we could get it.  Customers were not, you know,
10:04 24    customers give you what they want -- want you to
25    have.  So there's certainly limitations with that.

Page 270

Page 272

1          Sales reps reported this as part of their
2    overall job.  It wasn't that there was a task force
3    or anything that -- that solely did that.  So as a
10:04 4    sales rep I would have, you know, typically a sales
5    rep has several hundred renewals over the course of
6    the year.  So this is part of what they did in the
7    course of their normal job.  So information was only
8    as good as what they gave her.
10:05 9    Q.    Are you trying to tell us that they didn't
10    necessarily always give the information?
11    A.    No, I'm not saying that.  I said they gave
12    the information, but, you know, this isn't -- they
13    didn't spend every day going back to this subset of
10:05 14    customers or anything as part of their -- part of
15    their daily job.

Merrill Legal Solutions
(800) 869-9132

RICHARD CUMMINS      September 23, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 281

Page 283

Page 282

Page 284

20    Q.    Okay.  But I'm talking about on the at risk
21    reporting part of it.  So the at risk reporting is
22    now part of the OKS database, right?
23    A.    Right.
10:23  24    Q.    And the source of some of that information
25    comes from the support sales reps, right?

Merrill Legal Solutions
(800) 869-9132

RICHARD CUMMINS       September 23, 2008
HIGHLY CONFIDENTIAL INFORMATION - ATTORNEYS' EYES ONLY

Page 285

1    A.    Yes.

Page 287

Page 286

10:25  19    Q.    There it indicates that there was a plan to
       20    roll out OKS in June of '07, but that's not accurate.
       21    It was actually in early '08; is that right?
       22    A.    That's correct.

Page 288

9 (Pages 285 to 288)

# CERTIFICATE OF REPORTER

I, WENDY E. ARLEN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision.

That before completion of the deposition, review of the transcript [X] was [  ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition nor in any way interested in the event of this cause and that I am not related to any of the parties thereto.

DATED: _October 2nd_, 2008

_Wendy E. Arlen_

WENDY E. ARLEN CSR, No. 4355