# EXHIBIT 6

Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13  Oracle v. Rimini Street
14  U.S. District Court
15  District of Nevada — Las Vegas
16  May 17, 2011
17
18
19
20
21
22
23
24
25

1  release. So, I— I don't know exactly when they
2  plan to release it. But still, even if they did
3  release it towards the end of Discovery here,
4  that would, again, extend the litigation, which
5  is— or, not Rimini's, uh, objective, and we're
6  hoping that we could get a Discovery in— in the
7  case to [UNINTEL] proceeding, and not to be
8  expanded.
9              JUDGE LEEN: On, uh, this one, um, I
10 side with Counsel for Defendants on this. The,
11 uh, the objective of the Court is to get, uh, a
12 manageable case to trial in a manageable period
13 of time, and, um, no doubt, uh, the parties may
14 have future disputes, but there's got to be some
15 time in which the pleadings in this case close so
16 that this case can be presented to the trier of
17 fact and a reasonable resolution reached. So, um,
18 I'm going to, uh, grant your request for an
19 extension time with the exception of the, uh, the
20 deadline to extend the time for amending the
21 pleadings or adding parties.
22             ROBERT RECKERS: Okay.
23             JUDGE LEEN: And, next in order. Yes,
24 Mr. Kieran?
25             KIERAN RINGGENBERG: Thank you. Kieran

```
1   Gotham Transcription states that the preceding
2   transcript was created by one of its employees
3   using standard electronic transcription equipment
4   and is a true and accurate record of the audio on
5   the provided media to the best of that employee's
6   ability. The media from which we worked was
7   provided to us. We can make no statement as to
8   its authenticity.
9
10                   Attested to by:
11
12
13                   Sonya Ledanski Hyde
```