# EXHIBIT 7

| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | BINGHAM MCCUTCHEN LLP<br>GEOFFREY M. HOWARD (*pro hac vice*)<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Las Vegas, NV 89101<br>Telephone: (702) 382-7300 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 |
| 4 | Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | Telephone: 415.393.2000<br>Facsimile: 415.393.2286 |
| 5 | | geoff.howard@bingham.com<br>thomas.hixson@bingham.com |
| 6 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | kristen.palumbo@bingham.com |
| | FRED NORTON (*pro hac vice*) | |
| 7 | KIERAN P. RINGGENBERG (*pro hac vice*) | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | 1999 Harrison Street, Suite 900 | JAMES C. MAROULIS (*pro hac vice*) |
| | Oakland, CA 94612 | ORACLE CORPORATION |
| 9 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | 500 Oracle Parkway<br>M/S 5op7 |
| 10 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | Redwood City, CA 94070<br>Telephone: 650.506.4846 |
| 11 | kringgenberg@bsfllp.com | Facsimile: 650.506.7114<br>dorian.daley@oracle.com |
| 12 | Attorneys for Oracle USA, Inc., Oracle<br>America, Inc., and Oracle International | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 13 | Corporation | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| 17 | | |
| 18 | ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | CASE NO. 2:10-cv-0106-LRH-PAL |
| 19 | | **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S SECOND SET OF INTERROGATORIES TO DEFENDANT RIMINI STREET, INC.** |
| 20 | | |
| 21 | Plaintiffs,<br>v. | |
| 22 | RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual;, | |
| 23 | | |
| 24 | Defendants. | |
| 25 | PROPOUNDING PARTY: | Plaintiff Oracle International Corporation |
| 26 | RESPONDING PARTY: | Defendant Rimini Street, Inc. |
| 27 | SET NO.: | Two |
| 28 | | |

1

    a) the use of a verb in any tense shall be construed as the use of that verb in all other tenses,

    b) the use of a word in its singular form shall be deemed to include within its use the plural form as well and vice versa,

    c) the connectives "and" and "or" shall be construed either disjunctively or conjunctively,

    d) the terms "all," "any," and "each" shall be construed as "all, any, every and each"; and

    e) the term "including" means "including but not limited to".

7. If YOU object to any interrogatory on the grounds of overbreadth, specifically state the manner in which it is overly broad and respond to the interrogatory as narrowed to conform to such objection.

8. In no event is any answer to be left blank. If the answer to the interrogatory is "none," "unknown," or "not applicable," such statement should be written in the answer.

9. Unless otherwise stated, the time period covered by these Interrogatories is the time period beginning January 1, 2005.

10. These Interrogatories are to be considered continuing in nature, and YOU must promptly furnish supplemental responses if any additional responsive information is discovered or created after YOUR responses are tendered, or if any of YOUR responses are subsequently determined to be incorrect, incomplete, or misleading in any respect

## INTERROGATORIES

15. IDENTIFY each specific license agreement and terms of each license agreement "held by Rimini Street and/or Rimini Street's licensed customers for whom Rimini Street acts as an agent" that you allege "authorized" YOUR use of ORACLE's copyrighted SOFTWARE AND SUPPORT MATERIALS for each and every of YOUR customers, as alleged in YOUR Second Affirmative Defense.

16. For each false, defamatory, or disparaging statement YOU allege in Count One of YOUR Counterclaim, IDENTIFY the statement and the individual who made the statement.

DATED: January 27, 2011    BOIES SCHILLER & FLEXNER LLP

By: /s/ Kieran P. Ringgenberg
Kieran P. Ringgenberg
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corporation