# EXHIBIT 11

**From:** Rick Cummins [rick.cummins@oracle.com]
**Sent:** Monday, April 24, 2006 2:32 PM
**To:** robert.lachs@oracle.com
**Cc:** chris.madsen@oracle.com
**Subject:** RE: ConAgra - FYI - TomorrowNow

Rob,

Thanks for the update. Let's discuss.  Please also ensure that Patricia's "at risk" is updated appropriately to reflect this one this week.

Chris,

This is bound to be a name brand loss that Tomorrow Now will use to their advantage.  How do you want to give a heads up to Juergen and Juan?

Thanks,
Rick


>      -----Original Message-----
>      **From:** Robert Lachs [mailto:robert.lachs@oracle.com]
>      **Sent:** Friday, April 21, 2006 1:49 PM
>      **To:** rick.cummins@oracle.com
>      **Cc:** chris.madsen@oracle.com
>      **Subject:** ConAgra - FYI - TomorrowNow
>
>      ConAgra blindsided us with a cancellation of their PeopleSoft support - approx $800K.  They were at risk, but saved a year ago after we rightsized their agreement.
>
>      This year, as they continue their move to SAP solutions (that is the company's chosen direction), they have elected to cancel support.  While we anticipated this day would come, we thought based on all their correspondence with Rachel, that we had at least another year left.  They had told her the PO was in process.
>
>      It turns out, ConAgra was purposefully dishonest (or "vague" as they elect to phrase it) keeping us at bay while a)  not telling us the renewal was at risk; b) not affording us an opportunity to work with them; and c) signing up for support with a competitor - Tomorrow Now.
>
>      I explained to them this morning that we, as a company were extremely dissappointed, and while we retain other maintenance relationships with them (Tech, for example), this will certainly be noted.
>
>      Thanks,
>      Rob

Confidential Information                                                                                                                              ORCLRS0260575