| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | San Francisco, CA 94111-4067<br>Telephone: 415.393.2000 |
| 4 | rpocker@bsfllp.com | Facsimile: 415.393.2286<br>thomas.hixson@morganlewis.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | kristen.palumbo@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 7 | Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 15 | Attorneys for Plaintiffs | |
| 16 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS SCOTT HAMPTON, BROOKS HILLIARD, DAVID KLAUSNER, AND JAMES BENGE**<br><br>Judge:  Hon. Larry R. Hicks |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court inthis action *pro hac vice*. I am a partner with Boies, Schiller & Flexner LLP, counsel to Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. This declaration is made in support of Plaintiffs' Motion to Exclude Testimony of Defendants' Experts Scott Hampton, Brooks Hilliard, David Klausner, And James Benge. Based on my involvement in the discovery process and my review of the files and records in this action, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. Attached to the Appendices of Exhibits in Support of Oracle International Corporation's Opposition to Rimini Street Inc.'s and Seth Ravin's Motion to Bifurcate ("Appendices") as Exhibit 1 is a true and correct copy of a document produced by defendant Rimini Street, Inc. in this action and appearing to be an email from Beth Lester to Dennis Chiu, dated April 6, 2007, which has been marked as PTX 2152.

3. Attached to the Appendices as Exhibit 2 is a true and correct copy of a document produced by defendant Rimini Street, Inc. in this action and appearing to be an email from Beth Lester, to Seth Ravin, dated April 11, 2007, which has been marked as PTX 18.

4. Attached to the Appendices as Exhibit 3 is a true and correct copy of a document produced by defendant Rimini Street, Inc. in this action and appearing to be an email from Dennis Chiu to George Lester copying Seth Ravin and Michael Davichick, May 31, 2007, which has been marked as PTX 20.

5. Attached to the Appendices as Exhibit 4 is a true and correct copy of a document produced by defendant Rimini Street, Inc. in this action and appearing to be an email from Susan Tahtaras to Tim Conley, dated November 14, 2008, which has been marked as PTX 40.

6. Attached to the Appendices as Exhibit 5 is a true and correct copy of a document produced by defendant Rimini Street, Inc. in this action and appearing to be an email from Krista Williams to Jeff Allen, dated February 10, 2009, which has been marked as PTX 50.

7. Attached to the Appendices as Exhibit 6 is a true and correct copy of a document

DECLARATION OF K. RINGGENBERG IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE
TESTIMONY OF DEFENDANTS' EXPERTS

1  produced by defendant Rimini Street, Inc. in this action and appearing to be a Weekly Status

2  Report for Jeff Allen for the period of 2/8/2009 to 2/14/2009, dated February 14, 2009, which

3  has been marked as PTX 51.

4       8.      Attached to the Appendices as <u>Exhibit 7</u> is a true and correct copy of a document

5  produced by defendant Rimini Street, Inc. in this action and appearing to be an email from Brian

6  Slepko to Jeff Allen, Susan Tahtaras and Dennis Chiu, dated February 14, 2009, which has been

7  marked as PTX 52.

8       9.      Attached to the Appendices as <u>Exhibit 8</u> is a true and correct copy of a document

9  produced by defendant Rimini Street, Inc. in this action and appearing to be an email from Ed

10 Freeman to Jim Benge, copying Brenda Davenport, Dennis Chiu, Kevin Maddock, Krista

11 Williams, Sara Lu, and Tim Conley, dated October 1, 2009, which has been marked as PTX 60.

12      10.     Attached to the Appendices as <u>Exhibit 9</u> is a true and correct copy of the Expert

13 Report of Elizabeth A. Dean, dated January 17, 2012.

14      11.     Attached to the Appendices as <u>Exhibit 10</u> is a true and correct copy of the Expert

15 Report of Christian B. Hicks, dated February 6, 2012.

16      12.     Attached to the Appendices as <u>Exhibit 11</u> is a true and correct copy of the Expert

17 Report of Brooks L. Hilliard, dated March 30, 2012.  Attached to the Appendices as <u>Exhibit 11-

18 A</u> is a true and correct copy of the Expert Report of Brooks L. Hilliard, dated March 30, 2012,

19 and marked to indicate the portions of the report subject to Oracle's Motion to Exclude.

20      13.     Attached to the Appendices as <u>Exhibit 12</u> is a true and correct copy of the Expert

21 Report of David Klausner, dated March 30, 2012.  Attached to the Appendices as <u>Exhibit 12-A</u> is

22 a true and correct copy of the Expert Report of of David Klausner, dated March 30, 2012, and

23 marked to indicate the portions of the report subject to Oracle's Motion to Exclude.

24      14.     Attached to the Appendices as <u>Exhibit 13</u> is a true and correct copy of the Expert

25 Report of Scott D. Hampton, dated March 30, 2012.   Attached to the Appendices as <u>Exhibit 13-

26 A</u> is a true and correct copy of the Expert Report of Scott D. Hampton, dated March 30, 2012,

27 and marked to indicate the portions of the report subject to Oracle's Motion to Exclude.

28      15.     Attached to the Appendices <u>Exhibit 14</u> is a true and correct copy of the Rebuttal

1  Report to the Expert Report of David Klausner by Christian B. Hicks, dated May 16, 2012.

2      16.    Attached to the Appendices as <u>Exhibit 15</u> is a true and correct copy of excerpts
3  from the deposition of Scott D. Hampton, taken on May 25, 2012.

4      17.    Attached to the Appendices as <u>Exhibit 16</u> is a true and correct copy of excerpts
5  from the deposition of Brooks L. Hilliard, taken on June 5, 2012.

6      18.    Attached to the Appendices as <u>Exhibit 17</u> is a true and correct copy of excerpts
7  from the deposition of Jim Benge, taken on June 21, 2012.

8      19.    Attached to the Appendices as <u>Exhibit 18</u> is a true and correct copy of excerpts
9  from the deposition of David Klausner, taken on June 15, 2012.

10      20.    Attached to the Appendices as <u>Exhibit 19</u> is a true and correct copy of Business
11  Automation Associates Inc.'s website at http://www.bizauto.com, downloaded at my direction
12  on July 21, 2015

13      21.    Attached to the Appendices as <u>Exhibit 20</u> is a true and correct copy of a document
14  produced by Oracle in this action that appears to be Oracle's Customer Connection Terms of
15  Use, which has been marked as PTX 19.

16      22.    Attached to the Appendices as <u>Exhibit 21</u> is a true and correct copy of a document
17  produced by defendant Rimini Street, Inc. in this action and appearing to be an Instant message
18  between c_limburg and kpedn, which has been marked as PTX 48.

19

20      I declare that the foregoing is true under penalty of perjury of the laws of the United
21  States.

22      Executed this 22nd day of July, 2015, at Oakland, California.

23

24      */s/ Kieran Ringgenberg*
    Kieran Ringgenberg
25

26

27

28

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2015, I electronically transmitted the foregoing **DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS SCOTT HAMPTON, BROOKS HILLIARD, DAVID KLAUSNER, AND JAMES BENGE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

       /s/ Catherine Duong
An employee of Boies, Schiller & Flexner LLP