| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS SCOTT HAMPTON, BROOKS HILLIARD, DAVID KLAUSNER, AND JAMES BENGE**<br><br>**[REDACTED]**<br><br>**VOLUME II OF V (EXS. 9-10A)**<br><br>Judge:   Hon. Larry R. Hicks |

Case No. 2:10-cv-00106-LRH-PAL

APPENDIX OF EXHIBITS IN SUPPORT OF ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS S. HAMPTON, B. HILLIARD, D. KLAUSNER, AND J. BENGE

# APPENDIX OF EXHIBITS

Pursuant to Local Rule 10-3, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle") submit this Appendix of Exhibits in Support of Oracle's Motion to Exclude Testimony of Defendants' Experts Scott Hampton, Brooks Hilliard, David Klausner, and James Benge.

| Exhibit | Description | Date | Volume |
|---|---|---|---|
| 1 | Email from Beth Lester to Dennis Chiu, which has been marked as PTX 2152. | 4/6/2007 | I |
| 2 | Email from Beth Lester, to Seth Ravin, which has been marked as PTX 18. | 4/11/2007 | I |
| 3 | Email from Dennis Chiu to George Lester copying Seth Ravin and Michael Davichick, which has been marked as PTX 20. | 5/31/2007 | I |
| 4 | Email from Krista Williams to Jeff Allen, which has been marked as PTX 50. | | I |
| 5 | Weekly Status Report for Jeff Allen from 2/8/2009 to 2/14/2009, which has been marked as PTX 51. | 2/10/2009 | I |
| 6 | Email from Brian Slepko to Jeff Allen, Susan Tahtaras and Dennis Chiu, which has been marked as PTX 52. | 2/14/2009 | I |
| 7 | Email from Ed Freeman to Jim Benge, copying Brenda Davenport, Dennis Chiu, Kevin Maddock, Krista Williams, Sara Lu, and Tim Conley, which has been marked as PTX 60. | 2/14/2009 | I |
| 8 | Expert Report of Elizabeth A. Dean. | 10/1/2009 | I |
| 9 | Expert Report of Christian B. Hicks. | 1/17/2012 | II |
| 10 | Expert Report of Brooks L. Hilliard. | 2/6/2012 | II |
| 10A | Expert Report of Brooks L. Hilliard with portions subject to Motion to Exclude highlighted in grey. | 2/6/2012 | II |
| 11 | Expert Report of David Klausner. | 3/30/2012 | III |
| 11A | Expert Report of David Klausner with portions subject to Motion to Exclude highlighted in grey. | 3/30/2012 | III |
| 12 | Expert Report of Scott D. Hampton. | 3/30/2012 | IV |
| 12A | Expert Report of Scott D. Hampton with portions subject to Motion to Exclude highlighted in grey. | 3/30/2012 | V |
| 13 | Rebuttal Report to the Expert Report of David Klausner by Christian B. Hicks. | 3/30/2012 | V |
| 14 | Excerpts from the deposition of Scott D. Hampton, taken on May 25, 2012. | 5/16/2012 | V |
| 15 | Excerpts from the deposition of Brooks L. Hilliard, taken on June 5, 2012. | 5/25/2012 | V |
| 16 | Excerpts from the deposition of David Klausner, taken on June 15, 2012. | 6/5/2012 | V |
| 17 | Excerpts from the deposition of Jim Benge, taken on June 21, 2012. | 6/15/2015 | V |

APPENDIX OF EXHIBITS IN SUPPORT OF ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS S. HAMPTON, B. HILLIARD, D. KLAUSNER, AND J. BENGE

| Exhibit | Description | Date | Volume |
|---|---|---|---|
| 18 | Business Automation Associates Inc. website at http://www.bizauto.com, downloaded on July 21, 2015 | 6/21/2015 | V |
| 19 | Oracle Customer Connection Terms of Use, which has been marked as PTX 19. | 7/21/2015 | V |
| 20 | Instant message between c_limburg and kpedn, which has been marked as PTX 48. | | V |

DATED: July 22, 2015                    BOIES SCHILLER & FLEXNER LLP


                                         By: /s/ *Kieran P. Ringgenberg*
                                             Kieran P. Ringgenberg
                                             Attorneys for Plaintiffs
                                             Oracle USA, Inc., Oracle America, Inc.,
                                             and Oracle International Corp.

APPENDIX OF EXHIBITS IN SUPPORT OF ORACLE'S MOTION TO EXCLUDE TESTIMONY
OF DEFENDANTS' EXPERTS S. HAMPTON, B. HILLIARD, D. KLAUSNER, AND J. BENGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2015, I electronically transmitted the foregoing **APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS SCOTT HAMPTON, BROOKS HILLIARD, DAVID KLAUSNER, AND JAMES BENGE, VOLUME II OF V (EXS. 9-10A)** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

    /s/ Catherine Duong
An employee of Boies, Schiller & Flexner LLP

Case No. 2:10-cv-00106-LRH-PAL