# EXHIBIT 10A
# FILED UNDER SEAL