# EXHIBIT 11A
# FILED UNDER SEAL