# EXHIBIT 12A
# FILED UNDER SEAL