# EXHIBIT 18



**Business Automation Associates in an independent management and information systems consulting based in Phoenix, Arizona. Business Automation provides consulting services and does not sell computer products or have affiliations with computer products companies.**

Computer / Information Systems consulting

Internet strategy consulting

Expert witness / Litigation services

Speaking engagements

Who is Business Automation?

## Ask Brooks a question:

Nature of your question or comment:

General comments

Enter your question or comment here:

Name*

Firm*

Street

City

State

Zip

E-mail*

Phone

*required entry fields

Please call me     E-mail information please

Brooks Hilliard will respond promptly by e-mail or telephone.

**No wait . . . I'll call you at 602.264.9263**



Search WWW    Search bizauto.com

Computer / Information Systems ~ Internet Strategy ~
Expert Witness / Litigation ~ Speaking Engagements
CEO's Web Review ~ Management Consultants' Web Revew
Business Automation Bulletin ~ Link Maps ~ Corporate background

## Contact Information

Telephone: 602.264.9263
Address:
**Business Automation Associates Inc.**
11811 North Tatum Boulevard
Suite 3031-113
Phoenix, Arizona 85028-1632
Electronic mail: brooks@bizauto.com

Copyright ©2002 Business Automation Associates, Inc.
Bizauto and Bizauto.com are trademarks of Business Automation Associates, Inc.

http://www.bizauto.com/[7/21/2015 6:06:53 PM]