| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| 2 | RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Las Vegas, NV 89101<br>Telephone: (702) 382-7300 | Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 |
| 4 | Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | Facsimile:  415.393.2286<br>thomas.hixson@bingham.com |
| 5 | | kristen.palumbo@bingham.com |
| 6 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 7 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 8 | Washington, DC 20015<br>Telephone: (202) 237-2727 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 9 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com | Redwood City, CA 94070<br>Telephone:  650.506.4846 |
| 10 | kdunn@bsfllp.com | Facsimile:  650.506.7114<br>dorian.daley@oracle.com |
| 11 | BOIES, SCHILLER & FLEXNER LLP | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 12 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | |
| 13 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 14 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 15 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 16 | Attorneys for Oracle USA, Inc., Oracle | |
| 17 | America, Inc., and Oracle International Corporation | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA., INC, a Colorado corporation, ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>          Plaintiffs,<br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>          Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 1999 Harrison Street, Suite 900, Oakland, CA 94612.

On July 22nd, 2015, I served the following documents:

1. **ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS SCOTT HAMPTON, BROOKS HILLIARD, DAVID KLAUSNER, AND JAMES BENGE [FILED UNDER SEAL];**
2. **APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS SCOTT HAMPTON, BROOKS HILLIARD, DAVID KLAUSNER, AND JAMES BENGE, VOLUME I OF V (EXS. 1-8) [FILED UNDER SEAL];**
3. **APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS SCOTT HAMPTON, BROOKS HILLIARD, DAVID KLAUSNER, AND JAMES BENGE, VOLUME II OF V (EXS. 9-10A) [FILED UNDER SEAL];**
4. **APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS SCOTT HAMPTON, BROOKS HILLIARD, DAVID KLAUSNER, AND JAMES BENGE, VOLUME III OF V (EXS. 11-11A) [FILED UNDER SEAL];**
5. **APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS SCOTT HAMPTON, BROOKS HILLIARD, DAVID KLAUSNER, AND JAMES BENGE, VOLUME IV OF V (EX. 12) [FILED UNDER SEAL]; and**
6. **APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFFS ORACLE'S MOTION TO EXCLUDE TESTIMONY OF DEFENDANTS' EXPERTS SCOTT HAMPTON, BROOKS HILLIARD, DAVID KLAUSNER, AND JAMES BENGE, VOLUME V OF V (EXS. 12A-20) [FILED UNDER SEAL]**

I served the documents on the **persons** below, as follows:

| | |
|---|---|
| Mark Tratos, Esq.<br>Leslie A.S. Godfrey, Esq.<br>**Greenberg Traurig, LLP**<br>3773 Howard Hughes Pkwy<br>Ste 400 North<br>Las Vegas, NV 89169<br>tratosm@gtlaw.com<br>godfreyl@gtlaw.com | B. Trent Webb, Esq.<br>Peter Strand Esq.<br>Ryan D. Dykal Esq.<br>**Shook, Hardy & Bacon L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>bwebb@shb.com |
| Robert H. Reckers, Esq.<br>**Shook, Hardy & Bacon L.L.P.**<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>rreckers@shb.com | W. West Allen, Esq.<br>**Lewis Roca Rothgerber LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398 |

| | |
|---|---|
| | WAllen@LRRLaw.com |
| Daniel B. Winslow, Esq. | Mark A. Perry, Esq. |
| **Rimini Street, Inc.** | **Gibson, Dunn & Crutcher LLP** |
| 6601 Koll Center Parkway Suite 300 | 1050 Connecticut Avenue, N.W. |
| Pleasanton, CA 94566 | Washington, DC 20036-5306 |
| Telephone: (925) 264-7736 | Telephone: (202) 955-8500 |
| dwinslow@riministreet.com | mperry@gibsondunn.com |

Blaine H. Evanson
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

    The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED:  July 22, 2015                                    /s/ Catherine T. Duong
                                                                      Catherine T. Duong