UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND ORDER REGARDING EVIDENCE AT TRIAL** |

WHEREAS trial in this action is scheduled to commence on September 14, 2015.

WHEREAS Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") have reached certain agreements regarding the admissibility of certain evidence at trial in this action.

THEREFORE IT IS HEREBY STIPULATED by and between the Parties that the Parties will not admit any evidence or argument regarding the health of Mr. Ravin.

**SO STIPULATED AND AGREED.**

Dated: July 22, 2015

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br><br>By:     /s/ Robert H. Reckers<br>Robert H. Reckers<br>Attorneys for Defendants<br>Rimini Street, Inc. and<br>Seth Ravin | MORGAN, LEWIS & BOCKIUS LLP<br><br>By:     /s/ Thomas S. Hixson<br>Thomas S. Hixson<br>Attorneys for Plaintiffs<br>Oracle USA, Inc.,<br>Oracle America, Inc. and<br>Oracle International Corporation |

**ATTESTATION OF FILER**

The signatories to this document are Robert Reckers and me, and I have obtained Mr. Reckers's concurrence to file this document on his behalf.

Dated: July 22, 2015

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Thomas S. Hixson
Thomas S. Hixson
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation

**IT IS SO ORDERED.**

DATED this 23rd day of July, 2015.

_____
Larry R. Hicks
United States District Judge