1   BOIES, SCHILLER & FLEXNER LLP
    RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
    Las Vegas, NV 89101
3   Telephone: (702) 382-7300
    Facsimile: (702) 382-2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
    WILLIAM ISAACSON (*pro hac vice*)
6   KAREN DUNN (*pro hac vice*)
    5301 Wisconsin Ave, NW
7   Washington, DC 20015
    Telephone: (202) 237-2727
8   Facsimile: (202) 237-6131
    wisaacson@bsfllp.com
9   kdunn@bsfllp.com

10  BOIES, SCHILLER & FLEXNER LLP
    STEVEN C. HOLTZMAN (*pro hac vice*)
11  KIERAN P. RINGGENBERG (*pro hac vice*)
    1999 Harrison Street, Suite 900
12  Oakland, CA 94612
    Telephone: (510) 874-1000
13  Facsimile: (510) 874-1460
    sholtzman@bsfllp.com
14  kringgenberg@bsfllp.com

15  *Attorneys for Plaintiffs*
16  Oracle USA, Inc., Oracle America, Inc., and
    Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

17

18                   UNITED STATES DISTRICT COURT

19                        DISTRICT OF NEVADA

20  ORACLE USA, INC., a Colorado corporation;      CASE NO. 2:10-cv-0106-LRH-PAL
    ORACLE AMERICA, INC., a Delaware
21  corporation; and ORACLE INTERNATIONAL          **DECLARATION OF KIERAN P.**
    CORPORATION, a California corporation,         **RINGGENBERG IN SUPPORT OF**
22                                                 **PLAINTIFFS ORACLE'S REPLY IN**
                    Plaintiffs,                     **SUPPORT OF ORACLE'S MOTION TO**
23         v.                                       **DETERMINE DISPUTED JURY**
                                                    **INSTRUCTIONS**
24  RIMINI STREET, INC., a Nevada corporation;
    SETH RAVIN, an individual,                      **[REDACTED]**
25
                    Defendants.                      Judge:  Hon. Larry R. Hicks
26

27

28

1     I, Kieran P. Ringgenberg, declare as follows:

2     1.     I am an attorney admitted to practice law in the State of California and before the

3     Court in this action *pro hac vice*.  I am a partner with Boies, Schiller & Flexner LLP, counsel to

4     Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

5     (collectively "Oracle") in this action.  This declaration is made in support of Plaintiffs' Reply in

6     Support of Oracle's Motion to Determine Disputed Jury Instructions.  Based on my involvement

7     in the discovery process and my review of the files and records in this action, I have firsthand

8     knowledge of the contents of this declaration and could testify thereto.

9     2.     Attached as <u>Exhibit F</u> is a true and correct copy of excerpts from the transcript of

10     the May 17, 2011 status conference hearing.

11     3.     Attached as <u>Exhibit G</u> is a true and correct copy of excerpts from the transcript of

12     the March 29, 2011 status conference hearing.

13     1.     Attached as <u>Exhibit H</u> is a true and correct copy of a July 7, 2015 press release

14     issued by Rimini Street Inc. titled "Rimini Street Comment on Oracle Litigation."  The copy of

15     the press release was downloaded from riministreet.com at my direction.

16     4.     Attached as <u>Exhibit I</u> is a true and correct copy of excerpts of Rimini's Form S-

17     1/A filed with the Securities and Exchange Commission on May 12, 2014.  The copy of the SEC

18     filing was downloaded from the Security and Exchange Commission's EDGAR site at my

19     direction.

20     5.     Attached as <u>Exhibit J</u> is a true and correct copy of excerpts from the transcript of

21     the July 21, 2010 deposition of Seth Ravin taken in *Oracle USA, Inc. et al. v. SAP AG et al.*, No

22     07-cv-01658 (N.D. Cal.).

23     6.     Attached as <u>Exhibit K</u> is a true and correct copy of Defendant Rimini Street Inc.'s

24     Supplemental Objections and Responses to Plaintiffs' Interrogatories, Nos. 7, 15, 28, 29, and 30,

25     served on December 19, 2011, which has been marked as PTX 3502.

26     //

27     //

28     //

1      7.      Attached as <u>Exhibit L</u> is a true and correct copy of a document produced by

2  Oracle in this litigation and appearing to be Attachment O to the License Agreement between

3  J.D. Edwards & Co. and Dana Corporation.  The document bears Bates label ORCLRS0004250.

4

5      I declare that the foregoing is true under penalty of perjury of the laws of the United

6  States.

7      Executed this 24th day of July, 2015, at Oakland, California.

8

9                      */s/ Kieran Ringgenberg*
                       Kieran Ringgenberg
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF K. RINGGENBERG IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF ORACLE'S
MOTION TO DETERMINE DISPUTED JURY INSTRUCTIONS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 24th day of July, 2015, I electronically transmitted the foregoing **DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE'S REPLY IN SUPPORT OF ORACLE'S MOTION TO DETERMINE DISPUTED JURY INSTRUCTIONS [REDACTED]** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.


/s/ Catherine Duong
An employee of Boies, Schiller & Flexner LLP