# EXHIBIT F

1
2
3
4
5
6
7
8
9
10
11
12
13  Oracle v. Rimini Street
14  U.S. District Court
15  District of Nevada — Las Vegas
16  May 17, 2011
17
18
19
20
21
22
23
24
25

Page 6

```
 1  discussions that we've had and start working on
 2  the details of the language. Um, because without
 3  that, it's hard to refine things down to their—
 4  the precision that's needed to know if we have
 5  agreement or not.
 6          Two issues, I think, um, that are going
 7  to be particularly, uh, um, challenging for the
 8  parties to get through. The first is how to
 9  reduce the set of licenses and test those license
10  terms. Test the defendants' license defense, um,
11  in defense to the alleged infringement. And I
12  think there, maybe, the parties are just coming
13  at it from opposite directions.
14          From Oracle's perspective, we think
15  that, uh, a set of infringement, or a set of
16  conduct, has to be selected, and then the
17  licenses that relate specifically to that conduct
18  can be tested. And then that way, you get an
19  entire universe conduct, alleged conduct, and
20  defense.
21          The way we understand the Defendants'
22  proposal so far, they would like to select a set
23  of license terms that are representative, and
24  apply that to whatever conduct is selective. And
25  we think that that disconnect isn't going to
         TSG Reporting - Worldwide    877-702-9580
```

Page 7

```
 1  work.
 2          Um, we're still working on that. Um,
 3  but the good news is, we've narrowed down the
 4  issues. Um, we think we have general agreement on
 5  the concept of how we're going to go about it,
 6  and I am hopeful that we'll be able to work
 7  through, um, these obstacles.
 8          JUDGE LEEN: My impression when I was
 9  reading, uh, your discussion in the joint status
10  report is that each side is vying to require the
11  other side to show first.
12          GEOFFREY HOWARD: Well, that— that may
13  be— that's— That may be a fair way of looking at
14  it. Um, and I think the question really, from our
15  perspective, is, do you get to associate a
16  license with conduct that doesn't necessarily
17  relate to that license? And, you know, there may
18  be some other creative things we can do to— to
19  get through that.
20          The other— The other issue—
21          JUDGE LEEN: Are there a variety of
22  different kinds of licenses? Or, is the license,
23  um— is there a license or a specimen license?
24          GEOFFREY HOWARD: I— I think that's in
25  question. Or, do you manufacture a specimen
         TSG Reporting - Worldwide    877-702-9580
```

Page 8

```
 1  license? In other words, do you— Do you try and
 2  generate a license that, in— in its aggregate,
 3  doesn't exist, but is, nevertheless, in its
 4  terms, representative of the incidence of those
 5  terms in the overall population.
 6          JUDGE LEEN: Kind of a claim
 7  construction for license agreement?
 8          GEOFFREY HOWARD: Right. Yeah. Yeah.
 9          JUDGE LEEN: Okay. All right.
10          GEOFFREY HOWARD: Yeah. That's— That's—
11  That's a fair way of looking at it. Um, so,
12  there's more work to do there. Um, the other
13  issue that I think is— has been challenging the
14  parties is, how to select and then extrapolate
15  the conduct that, um, that is going to be tested
16  through this process. And— And— And there, part
17  of it is a logistical issue and a statistical
18  issue, that we just need to get down to the
19  nitty-gritty of.
20          Part of it, though, is understanding
21  what that conduct is that's going to be tested.
22  And, from our perspective, we've had a couple of
23  depositions now that have been— important
24  depositions that have been postponed because of—
25  of late and— and large document productions, uh,
         TSG Reporting - Worldwide    877-702-9580
```

Page 9

```
 1  shortly in advance of the original scheduled
 2  date. A lot of documents that had been produced,
 3  um, as the Defendants are trying to meet their
 4  deadlines.
 5          Uh, and so, we're hard at work going
 6  through there, to make sure that we understand
 7  what set of conduct we would include in these
 8  issues that would be subset issues to test. Right
 9  now, we are not confident that we understand all
10  of them, and— and things tend to change, as
11  things do, as you go through Discovery. Um, and
12  so that is just going to take a little time to
13  work through.
14          I don't think it should hold up the
15  drafting of the Stipulation, but it— it is going
16  to be down to the wire, I think, at least, to get
17  through them— that material, get through some—
18  the next two or three depositions, so that we can
19  be comfortable that we've got the right set of
20  conduct that would be — even though it's a subset
21  — that would then be tested and extrapolated out
22  to the business activity as a whole, um, at— at
23  Rimini Street.
24          I think that's my— that's my summary of
25  where we are. Um, we think that— that, uh,
         TSG Reporting - Worldwide    877-702-9580
```

Page 38

1  discovery with respect to that, uh, should be
2  permitted. So, your request to compel that
3  further discovery is denied. Okay?
4          I will give you, uh, the follow-up— uh,
5  the status conference that you requested on June
6  28th. Mr. Miller, could you check what the, uh,
7  schedule is and give them a time?
8          [PAUSE]
9          MR. MILLER: Your Honor, the [UNINTEL —
10 PAPERS SHUFFLING] of this matter for Tuesday,
11 June 28, 2011 at 9:30 a.m. in this Courtroom.
12         JUDGE LEEN: Anything further, Counsel
13 for Plaintiffs?
14         GEOFFREY HOWARD: No, thank you, Your
15 Honor.
16         JUDGE LEEN: Counsel for Defendants?
17         ROBERT RECKERS: Nothing for us.
18         JUDGE LEEN: All right. Thank you for
19 appearing here today. Good day, now.
20         BAILIFF: All rise.
21         JAMES MAROULIS: Thank you, Your Honor.
22
23
24
25
     TSG Reporting - Worldwide    877-702-9580

Page 39

1  Gotham Transcription states that the preceding
2  transcript was created by one of its employees
3  using standard electronic transcription equipment
4  and is a true and accurate record of the audio on
5  the provided media to the best of that employee's
6  ability. The media from which we worked was
7  provided to us. We can make no statement as to
8  its authenticity.
9
10         Attested to by:
11
12
13         Sonya Ledanski Hyde
14
15
16
17
18
19
20
21
22
23
24
25
     TSG Reporting - Worldwide    877-702-9580