# EXHIBIT H



Home / News / **Press Releases**

## Press Releases

**Rimini Street Comment on Oracle Litigation**
7/7/2015

**LAS VEGAS, July 7, 2015** - Rimini Street, Inc., the leading independent provider of enterprise software support for SAP AG's (NYSE:SAP) Business Suite and BusinessObjects software and Oracle Corporation's (NYSE:ORCL) Siebel, PeopleSoft, JD Edwards, E-Business Suite, Oracle Database, Hyperion and Oracle Retail software, today issued a statement on the Oracle litigation.

**Statement:**
Oracle's media statement today regarding the nearly decade long competition and years of litigation between Oracle and Rimini Street appears to be driven by frustration. Despite Oracle's extensive tactics in the marketplace, more and more Oracle licensees are switching to Rimini Street's award-winning independent software support for unparalleled premium service and more than 50 percent savings in annual support fees.

Rimini Street will be able to comment further after its Preliminary Second Quarter 2015 Results are released publicly tomorrow, July 8, 2015.

**About Rimini Street, Inc.**
Rimini Street is the global leader in providing independent enterprise software support services. The company has redefined enterprise support services since 2005 with an innovative, award-winning program that enables Oracle and SAP licensees to save up to 90 percent on total support costs. Clients can remain on their current software release without any required upgrades for at least 15 years. Over 1000 global, Fortune 500, midmarket, and public sector organizations from a broad range of industries have selected Rimini Street as their trusted, independent support provider. To learn more, please visit www.riministreet.com.

**Forward-Looking Statements**
This press release may contain forward-looking statements. The words "believe," "may," "will," "estimate," "continue," "anticipate," "intend," "expect," and similar expressions are intended to identify forward-looking statements. These forward-looking statements are subject to risks and uncertainties, and are based on various assumptions. If the risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. Rimini Street assumes no obligation to update any forward-looking statements or information, which speak only as of the date of this press release.

###

Rimini Street and the Rimini Street logo are trademarks of Rimini Street, Inc. All other company and product names may be trademarks of their respective owners. Copyright © 2015. All rights reserved.

Copyright © 2005-2015 Rimini Street, Inc.   |   Request a Quote   |   Request More Information   |   Subscribe   |   **888-870-9692**   |   +1 702-839-9671   |   Privacy Policy   |   Terms of Use   |   Site Map