# EXHIBIT J

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

ORACLE CORPORATION, a Delaware corporation, ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

vs. ) 07-CV-1658 (PJH)

SAP AG, a German corporation, SAP AMERICA, INC., a Delaware corporation, TOMORROWNOW, INC., a Texas corporation, and DOES 1-50, inclusive,

Defendants.

VIDEOTAPED DEPOSITION OF SETH RAVIN

JULY 21, 2010

VOLUME II

(Pages 276 - 382)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

REPORTED BY: SARAH LUCIA BRANN, CSR 3887 (#429524)

Page 333

January, February of 2006?
A. I don't remember specifically, but I believe it was early 2006.
Q. And Siebel was the first product line you supported?
A. Yes.
Q. What was the next product line you supported?
A. We added in PeopleSoft.
Q. When did you begin supporting that?
A. I believe it was sometime in mid-2006.
Q. What about JDEdwards?
A. I believe sometime shortly thereafter.
Q. When you say mid-2006, are you saying May, June, July 2006?
A. I believe in that range.
Q. When did you --
A. I am sorry. You know, it may have actually been 2007. I don't remember exactly.
Q. For JDEdwards?
A. For JDEdwards and PeopleSoft, because we had to wait until a particular non-compete expired with SAP.
Q. And that's related to your non-compete agreement with SAP and TomorrowNow?

Page 334

A. That is correct.
Q. What was your understanding about the length of that non-compete?
A. I don't remember exactly what the timeline was, but it related to some -- I think it was at least one year after my departure from SAP, which was March of 2005.
Q. So, assuming it was a one-year non-compete, could you begin through Rimini Street supporting PeopleSoft and JDEdwards, at least promoting the services, at the beginning of March of '06?
A. It would have been shortly after the non-compete expired.
Q. When did you -- when did Rimini begin supporting SAP product?
A. We began supporting -- we launched SAP initiative in May of 2008, officially launched the service in May of 2009.
Q. What is your understanding of when Oracle acquired Siebel?
A. My understanding of when Oracle acquired Siebel was around September of 2005.
Q. And so you did not -- Rimini Street did not actually begin supporting Siebel until after

Page 335

Oracle had already acquired it.
A. I believe technically the acquisition wasn't completed at the time that we had launched Rimini Street in September of 2005.
Q. Did you consider yourself in -- did you consider Rimini Street in competition with Oracle when it began servicing Siebel customers in early 2006?
A. I believe we were competitors in the support services products, yes.
Q. Did you consider Rimini Street to be competing with TomorrowNow at that time?
A. I don't believe TomorrowNow had a Siebel product at the time that we launched our Siebel product at Rimini Street.
Q. Did you consider -- once Rimini Street began supporting PeopleSoft, did you consider Rimini Street to be competing with Oracle?
A. Yes, they were a competitor of ours for support services.
[redacted]

Page 336

[redacted]

CERTIFICATE OF REPORTER

I, SARAH LUCIA BRANN, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

That before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

DATED: July 26, 2010

Sarah Lucia Brann

SARAH LUCIA BRANN, CSR No. 3887