| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center |
| 3 | Telephone: (702) 382-7300 | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 |
| 4 | Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | Facsimile:  415.393.2286<br>thomas.hixson@bingham.com |
| 5 | | kristen.palumbo@bingham.com |
| 6 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 7 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 8 | Washington, DC 20015<br>Telephone: (202) 237-2727 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 9 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com | Redwood City, CA 94070<br>Telephone:  650.506.4846 |
| 10 | kdunn@bsfllp.com | Facsimile:  650.506.7114<br>dorian.daley@oracle.com |
| 11 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 12 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | |
| 13 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 14 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 15 | kringgenberg@bsfllp.com | |
| 16 | Attorneys for Oracle USA, Inc., Oracle<br>America, Inc., and Oracle International | |
| 17 | Corporation | |

18    **UNITED STATES DISTRICT COURT**

19    **DISTRICT OF NEVADA**

20

| | | |
|---|---|---|
| 21 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC. a Delaware | Case No. 2:10-cv-00106-LRH-PAL |
| 22 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **[PROPOSED] ORDER GRANTING<br>MOTION TO SEAL ORACLE'S** |
| 23 | Plaintiffs, | **REPLY IN SUPPORT OF THEIR<br>MOTION TO DETERMINE** |
| 24 | v. | **DISPUTED JURY INSTRUCTIONS** |
| 25 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | Judge:     Hon. Larry R. Hicks |
| 26 | Defendants. | |
| 27 | | |

28

**[PROPOSED] ORDER**

    Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Reply in Support of Oracle's Motion to Determine Disputed Jury Instructions ("Reply") and Exhibits K and L to the Declaration of Kieran P. Ringgenberg in Support of Plaintiffs Oracle's Reply in Support of Oracle's Motion to Determine Disputed Jury Instructions (the "Ringgenberg Reply Declaration").  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered Oracle's Motion to Seal, good cause having been shown:

    IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal the documents specified in Oracle's Motion.

    IT IS SO ORDERED.

DATED:_____      By:_____
                                                      United States District Court Judge