| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br>thomas.hixson@bingham.com<br>kristen.palumbo@bingham.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA., INC, a Colorado corporation, ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>       Plaintiffs,<br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>       Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 1999 Harrison Street, Suite 900, Oakland, CA 94612.

On July 24th, 2015, I served the following documents:

1. **REPLY IN SUPPORT OF ORACLE'S MOTION TO DETERMINE DISPUTED JURY INSTRUCTIONS [FILED UNDER SEAL]; and**
2. **DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE'S REPLY IN SUPPORT OF ORACLE'S MOTION TO DETERMINE DISPUTED JURY INSTRUCTIONS [FILED UNDER SEAL]**

I served the documents on the **persons** below, as follows:

| | |
|---|---|
| Mark Tratos, Esq.<br>Leslie A.S. Godfrey, Esq.<br>**Greenberg Traurig, LLP**<br>3773 Howard Hughes Pkwy<br>Ste 400 North<br>Las Vegas, NV 89169<br>tratosm@gtlaw.com<br>godfreyl@gtlaw.com | B. Trent Webb, Esq.<br>Peter Strand Esq.<br>Ryan D. Dykal Esq.<br>**Shook, Hardy & Bacon L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>bwebb@shb.com |
| Robert H. Reckers, Esq.<br>**Shook, Hardy & Bacon L.L.P.**<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>rreckers@shb.com | W. West Allen, Esq.<br>**Lewis Roca Rothgerber LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRRLaw.com |
| Daniel B. Winslow, Esq.<br>**Rimini Street, Inc.**<br>6601 Koll Center Parkway Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com | Mark A. Perry, Esq.<br>**Gibson, Dunn & Crutcher LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com |
| Blaine H. Evanson<br>**Gibson, Dunn & Crutcher LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com | |

1  The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED: July 24, 2015     /s/ Catherine T. Duong
                         Catherine T. Duong