BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

SHOOK, HARDY & BACON LLP
B. TRENT WEBB (*pro hac vice*)
PETER E. STRAND (*pro hac vice*)
RYAN D. DYKAL (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
pstrand@shb.com
rdykal@shb.com

SHOOK, HARDY & BACON LLP
ROBERT H. RECKERS (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

LEWIS AND ROCA LLP
W. WEST ALLEN (NV Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
WAllen@LRRLaw.com

GREENBERG TRAURIG
MARK G. TRATOS (NV Bar No. 1086)
BRANDON ROOS (NV Bar No. 7888)
LESLIE GODFREY (NV Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

Attorneys for Defendants Rimini Street, Inc., and Seth Ravin

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINES FOR PARTIES TO FILE RESPONSES TO OPPOSING PARTY'S MOTIONS** *IN LIMINE*<br><br>Trial Date: September 14, 2015 |

WHEREAS Rimini Street, Inc. and Seth Ravin (together "Rimini"), by and through their attorneys of record, filed on July 22, 2015 their Motions *in Limine* Nos. 1-12 as Docket No. 652 ("Rimini's Motion");

WHEREAS, pursuant to District of Nevada Local Rule 7-2(b) and Federal Rule of Civil Procedure 6, Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (together "Oracle") Opposition is due on August 10, 2015;

WHEREAS, Rimini agreed to provide Oracle an additional four (4) days to file their Opposition;

WHEREAS, Oracle, by and through their attorneys of record, filed on July 22, 2015 their Motions *in Limine* to Exclude Evidence at Trial as Docket No. 646 [public version] and Motion *in Limine* to Exclude Testimony of Rimini's Experts Hampton, Hilliard, Klausner and Benge as Docket No. 653 [public version] ("Oracle's Motions");

WHEREAS, pursuant to District of Nevada Local Rule 7-2(b) and Federal Rule of Civil Procedure 6, Rimini's Oppositions are due on August 10, 2015;

WHEREAS, Oracle agreed to provide Rimini an additional four (4) days to file their Oppositions;

2
STIPULATION FOR EXTENSION OF TIME (AND PROPOSED ORDER)

7082900 v1

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle may file its Opposition on or before August 14, 2015 and, likewise, that Rimini may file its Oppositions on or before August 14, 2015.

**SO STIPULATED AND AGREED.**

Dated:  July 28, 2015

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By:         */s/  Robert H. Reckers*<br>Robert H. Reckers<br>Attorneys for Defendants<br>Rimini Street, Inc. and<br>Seth Ravin | By*:         /s/ Kieran Ringgenberg*<br>Kieran Ringgenberg<br>Attorneys for Plaintiffs<br>Oracle USA, Inc.,<br>Oracle America, Inc. and<br>Oracle International Corporation |

### **ATTESTATION OF FILER**

The signatories to this document are Kieran Ringgenberg and me, and I have obtained Mr. Ringgenberg's concurrence to file this document on his behalf.

Dated:  July 28, 2015

SHOOK, HARDY & BACON LLP

By*:         /s/  Robert H. Reckers*
Robert H. Reckers
Attorneys for Defendants
Rimini Street, Inc. and
Seth Ravin

Pursuant to the Stipulation, it is hereby ORDERED that:

1) The time for Plaintiff Oracle to file their Opposition to Defendant Rimini's Motion *in Limine* Nos. 1-12 (Docket No. 652) is extended to August 14, 2015; and

2) The time for Defendant Rimini to file their Oppositions to Plaintiff Oracle's Motions *in Limine* to Exclude Evidence at Trial (Docket No. 646) and Plaintiff Oracle's Motion *in Limine* to Exclude Testimony of Rimini's Experts Hampton, Hilliard, Klausner and Benge is extended to August 14, 2015 as well.

Dated: _____

                    Hon. Larry R. Hicks
                    United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND THE DEADLINES FOR PARTIES TO FILE RESPONSES TO OPPOSING PARTY'S MOTIONS *IN LIMINE* was filed, on July 28, 2015, with the Court's CM/ECF system which will send notice, via email, to all attorneys registered with the CM/ECF system.

                    */s/ Robert H. Reckers*_____
                    Robert H. Reckers, Esq.