# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual, <br><br> Defendants. | Case No. 2:10-cv-0106-LRH-PAL <br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINES FOR PARTIES TO FILE RESPONSES TO OPPOSING PARTY'S MOTIONS *IN LIMINE*** <br><br> Trial Date:  September 14, 2015 |

WHEREAS Rimini Street, Inc. and Seth Ravin (together "Rimini"), by and through their attorneys of record, filed on July 22, 2015 their Motions *in Limine* Nos. 1-12 as Docket No. 652 ("Rimini's Motion");

WHEREAS, pursuant to District of Nevada Local Rule 7-2(b)  and Federal Rule of Civil Procedure 6, Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (together "Oracle") Opposition is due on August 10, 2015;

WHEREAS, Rimini agreed to provide Oracle an additional four (4) days to file their Opposition;

WHEREAS, Oracle, by and through their attorneys of record, filed on July 22, 2015 their Motions *in Limine* to Exclude Evidence at Trial as Docket No. 646 [public version] and Motion *in Limine* to Exclude Testimony of Rimini's Experts Hampton, Hilliard, Klausner and Benge as Docket No. 653 [public version] ("Oracle's Motions");

WHEREAS, pursuant to District of Nevada Local Rule 7-2(b) and Federal Rule of Civil Procedure 6,  Rimini's Oppositions are due on August 10, 2015;

WHEREAS, Oracle agreed to provide Rimini an additional four (4) days to file their Oppositions;

THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle may file its Opposition on or before August 14, 2015 and, likewise, that Rimini may file its Oppositions on or before August 14, 2015.

**SO STIPULATED AND AGREED.**

Dated:  July 28, 2015

| | |
|---|---|
| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
| By:        */s/  Robert H. Reckers* | By*:*        */s/ Kieran Ringgenberg* |
| Robert H. Reckers<br>Attorneys for Defendants<br>Rimini Street, Inc. and<br>Seth Ravin | Kieran Ringgenberg<br>Attorneys for Plaintiffs<br>Oracle USA, Inc.,<br>Oracle America, Inc. and<br>Oracle International Corporation |

## ATTESTATION OF FILER

The signatories to this document are Kieran Ringgenberg and me, and I have obtained Mr. Ringgenberg's concurrence to file this document on his behalf.

Dated:  July 28, 2015

SHOOK, HARDY & BACON LLP

By*:*        */s/  Robert H. Reckers*

Robert H. Reckers
Attorneys for Defendants
Rimini Street, Inc. and
Seth Ravin

Pursuant to the Stipulation, it is hereby ORDERED that:

1)      The time for Plaintiff Oracle to file their Opposition to Defendant Rimini's Motion *in Limine* Nos. 1-12 (Docket No. 652) is extended to August 14, 2015; and

2)      The time for Defendant Rimini to file their Oppositions to Plaintiff Oracle's Motions *in Limine* to Exclude Evidence at Trial (Docket No. 646) and Plaintiff Oracle's Motion *in Limine* to Exclude Testimony of Rimini's Experts Hampton, Hilliard, Klausner and Benge is extended to August 14, 2015 as well.

DATED this 30th day of July, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE