# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado
corporation, et al.

        Plaintiff(s),

        vs.

RIMINI STREET, INC., a Nevada
corporation; SETH RAVIN, an individual

        Defendant(s).

Case #2:10-cv-00106-LRH-PAL

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

          Gregory J. Dubinsky       , Petitioner, respectfully represents to the Court:
          (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

          Boies, Schiller & Flexner LLP
                (firm name)

with offices at     5301 Wisconsin Avenue, N.W., Suite 800     ,
                   (street address)

   Washington   ,     DC    ,   20015  
    (city)            (state)      (zip code)

   (202) 237-2727   ,   GDubinsky@bsfllp.com  .
(area code + telephone number)      (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

Oracle USA, Inc., Oracle America, Inc. et al.  to provide legal representation in connection with
       [client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3.   That since _____ 2012 _____, Petitioner has been and presently is a
                      (date)

member in good standing of the bar of the highest Court of the State of _____ New York _____
                                                                                    (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the D.C. Circuit | 2012 | |
| U.S. Court of Appeals for the 2nd Circuit | 2015 | |
| U.S. Court of Appeals for the 11th Circuit | 2015 | |
| D.C. Court of Appeals | Pending | |
| | | |
| | | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

N/A

2

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

N/A

7.    That Petitioner is a member of good standing in the following Bar Associations.

New York
District of Columbia - Pending

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

~~STATE OF~~ DISTRICT OF COLUMBIA

~~COUNTY OF~~ _____

_____ Greg Dubinsky _____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_28th_ day of _July_, _2015_.

_____
Notary Public or Clerk of Court

Lorna Laing
Notary Public, District of Columbia
My Commission Expires 10/31/2015

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____ Richard J. Pocker _____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action.  The address and email address of said designated Nevada counsel is:

_____ 300 South Fourth Street, Suite 800 _____
(street address)

_____ Las Vegas _____,   _____ Nevada _____,   _ 89101 _
(city)                              (state)                        (zip code)

_ (702) 382-7300 _,   _ rpocker@bsfllp.com _
(area code + telephone number)       (Email address)

4

Rev. 1/15

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ Richard J. Pocker _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.

(name of local counsel)

9

10  _____

(party's signature)

11  America

Deborah K. Miller, In-house counsel for Oracle USA, Inc.

12  (type or print party name, title)

13  _____

(party's signature)

14  Deborah K. Miller

15  Vice President, Assoc. Gen. Counsel,

(type or print party name, title)

16  Oracle America, Inc.

17  **CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____

Designated Resident Nevada Counsel's signature

21  3568                    rpocker@bsfllp.com

Bar number          Email address

22  APPROVED:

23  DATED this 12th day of August, 2015.

24

25

26  _____

27  LARRY R. HICKS

28  UNITED STATES DISTRICT JUDGE

5

## Appellate Division of the Supreme Court
## of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# GREGORY JACOB DUBINSKY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **October 15, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

April 7, 2015

6746

_____
Clerk of the Court