| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>Peter Strand Esq. (*pro hac vice*)<br>Ryan D. Dykal Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 3400<br>Houston, Texas   77002<br>Telephone: (713) 227-8008<br>Facsimile: (731) 227-9508<br>rreckers@shb.com<br><br>GREENBERG TRAURIG<br>Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888)<br>Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone:  (702) 792-3773<br>Facsimile:  (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRRLaw.com | GIBSON DUNN & CRUTCHER LLP<br>Lauren Blas<br>Blaine H. Evanson<br>333 S. Grand Ave., 47th Floor<br>Los Angeles, California 90071<br>Telephone: 213-229-7000<br>Facsimile: 213-229-7228<br>bevanson@gibsondunn.com<br><br>GIBSON DUNN & CRUTCHER LLP<br>Joseph A. Gorman<br>555 Mission Street<br>San Francisco, California  94105<br>Telephone: 415-393-8296<br>jgorman@gibsondunn.com<br><br>GIBSON DUNN & CRUCTHER LLP<br>Mark A. Perry<br>1050 Connecticut Avenue N.W.<br>Washington, D.C. 20036-5306<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, California  94566<br>Telephone: 925-264-7736<br>DWinslow@riministreet.com<br><br>*Attorneys for Defendants<br>Rimini Street, Inc., and Seth Ravin* |

7126266 v1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**RIMINI STREET AND RAVIN'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION TO ORACLE'S MOTIONS *IN LIMINE* NOS. 1-10 AND ACCOMPANYING EXHIBITS A-B** |

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010 (*See* Dkt. 55, "Protective Order"), Local Rule 10-5(b) and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Defendants Rimini Street, Inc. and Seth Ravin ("Rimini") respectfully request that the Court grant leave to file under seal portions of their Opposition to Oracle's Motions *in Limine* Nos. 1-10 ("MIL Opposition") and accompanying Exhibits A and B. A public, redacted version of the MIL Opposition was filed on August 14, 2015. Additionally, also on August 14, 2015, the unredacted version of the MIL Opposition was filed under seal.

The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as "Confidential Information" and as "Highly Confidential Information- Attorneys' Eyes Only" under the terms of the Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of any Discovery Material as "Confidential Information" or "Highly Confidential Information- Attorneys' Eyes Only" shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation". Protective Order at Paragraph 2.

The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research,

7126266 v1

development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (citations omitted).

Sealing portions of the MIL Opposition is requested because it cites Exhibits which have already been filed Under Seal in this action. These Exhibits, and the information referenced in Rimini's MIL Opposition, include portions of the deposition testimony of Richard Cummins, which include information marked Highly-Confidential Information—Attorneys' Eyes Only by Oracle. If disclosed, this information, which includes Oracle customer revenue data and financial data, could competitively harm Oracle.  The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).** The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2 (emphasis supplied).

A description of the Exhibits to be filed under seal referenced in this Opposition is included below:

1. Exhibit A consists of excerpts of the deposition testimony (in the present case) of Richard Cummins.
2. Exhibit B consists of excerpts of the deposition testimony (in the Oracle v. SAP case) of Richard Cummins.

Rimini has submitted all other portions of the MIL Opposition for filing in the Court's public files, which would allow public access to the filings except for the documents designated as Confidential or Highly Confidential due to the descriptions of Exhibits previously filed Under Seal. Accordingly, the request to seal is narrowly tailored.

For the foregoing reasons, Rimini respectfully requests that the Court grant leave to file portions of its MIL Opposition and accompanying Exhibits A and B under seal.

- 3 -

7126266 v1

| | |
|---|---|
| DATED: August 14, 2015 | SHOOK, HARDY & BACON<br><br>By: __/s/ *Robert H. Reckers*_____<br>Robert H. Reckers, Esq.<br><br>*Attorneys for Defendants*<br>*Rimni Street, Inc. and Seth Ravin* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Robert H. Reckers*
Robert H. Reckers

- 4 -

7126266 v1