UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET AND RAVIN'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION TO ORACLE'S MOTIONS *IN LIMINE* NOS. 1-10 AND ACCOMPANYING EXHIBITS A-B** |

**[PROPOSED] ORDER**

Pending before this Court is Defendants Rimini Street, Inc. and Seth Ravin's ("Rimini") Motion for Leave to File Under Seal Portions of its Opposition to Oracle's Motions *in Limine* Nos. 1-10 and accompanying Exhibits A and B. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Defendants' Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Defendants' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal portions of Rimini's Opposition to Oracle's Motions in Limine Nos. 1-10 and accompanying Exhibits A and B.

IT IS SO ORDERED.

DATED:

By:_____
Hon. Larry R. Hicks
United States District Judge

- 5 -

7126266 v1