1   SHOOK, HARDY & BACON LLP
    B. Trent Webb, Esq. (*pro hac vice*)
2   Peter Strand Esq. (*pro hac vice*)
    Ryan D. Dykal Esq. (*pro hac vice*)
3   2555 Grand Boulevard
    Kansas City, Missouri 64108-2613
4   Telephone: (816) 474-6550
    Facsimile: (816) 421-5547
5   bwebb@shb.com

6   Robert H. Reckers, Esq. (*pro hac vice*)
    600 Travis Street, Suite 3400
7   Houston, Texas  77002
    Telephone: (713) 227-8008
8   Facsimile: (731) 227-9508
    rreckers@shb.com
9
    GREENBERG TRAURIG
10  Mark G. Tratos, Esq. (Nevada Bar No. 1086)
    Brandon Roos, Esq. (Nevada Bar No. 7888)
11  Leslie Godfrey, Esq. (Nevada Bar No. 10229)
    3773 Howard Hughes Parkway
12  Suite 400 North
    Las Vegas, NV 89169
13  Telephone:  (702) 792-3773
    Facsimile:  (702) 792-9002
14  tratosm@gtlaw.com
    roosb@gtlaw.com
15  godfreyl@gtlaw.com

16  LEWIS AND ROCA LLP
    W. West Allen (Nevada Bar No. 5566)
17  3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89169
18  Tel: (702) 949-8200
    Fax: (702) 949-8398
19  WAllen@LRRLaw.com

GIBSON DUNN & CRUTCHER LLP
Lauren Blas
Blaine H. Evanson
333 S. Grand Ave., 47th Floor
Los Angeles, California 90071
Telephone: 213-229-7000
Facsimile: 213-229-7228
bevanson@gibsondunn.com

GIBSON DUNN & CRUTCHER LLP
Joseph A. Gorman
555 Mission Street
San Francisco, California  94105
Telephone: 415-393-8296
jgorman@gibsondunn.com

GIBSON DUNN & CRUCTHER LLP
Mark A. Perry
1050 Connecticut Avenue N.W.
Washington, D.C. 20036-5306

RIMINI STREET, INC.
Daniel B. Winslow
6601 Koll Center Parkway, Suite 300
Pleasanton, California  94566
Telephone: 925-264-7736
DWinslow@riministreet.com

*Attorneys for Defendants
Rimini Street, Inc., and Seth Ravin*

20

21                    **UNITED STATES DISTRICT COURT**

22                         **DISTRICT OF NEVADA**

23  ORACLE USA, INC., a Colorado corporation;          Case No. 2:10-cv-0106-LRH-PAL
    ORACLE AMERICA, INC., a Delaware
24  corporation; and ORACLE INTERNATIONAL            **DECLARATION OF ROBERT H.**
    CORPORATION, a California corporation,           **RECKERS IN SUPPORT OF**
25                                                    **DEFENDANTS RIMINI STREET, INC.**
                                                      **AND SETH RAVIN'S OPPOSITIONS**
26          Plaintiffs,                               **TO ORACLE'S MOTIONS *IN LIMINE***
                                                      **NOS. 1-10**
27  v.

28  RIMINI STREET, INC., a Nevada corporation;        Trial Date:  September 14, 2015

────────────────────────────────────────────────────────────────────

RECKERS DECLARATION I/S/O RIMINI STREET'S OPPOSITIONS TO ORACLE'S MOTIONS *IN LIMINE*

1    SETH RAVIN, an individual,

2         Defendants.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DECLARATION OF ROBERT H. RECKERS**

I, Robert H. Reckers, have personal knowledge of the facts stated below and, under penalty of perjury hereby declare:

1.     I am an attorney admitted to practice *pro hac vice* before this Court in the above-captioned matter, and I am an attorney at Shook, Hardy, and Bacon LLP, attorneys for Defendants Rimini Street, Inc. and Seth Ravin ("Defendants").  I make this declaration in support of Defendants' Oppositions to Oracle's Motions *in Limine*.  The exhibits referenced below are attached to this declaration.

**2.**     Attached as **Exhibit A** is a true and correct copy of excerpts from the deposition of Richard L. Cummins, Jr., taken in this matter on July 13, 2011. **(Filed under seal)**

**3.**     Attached as **Exhibit B** is a true and correct copy of excerpts from the deposition of Richard L. Cummins, Jr., taken in the case *Oracle Corp. v. SAP AG*, Case No. 07-cv-01658-PJH (N.D. Cal.) on September 16, 2008. **(Filed under seal)**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 14, 2015.

*/s/ Robert H. Reckers*
Robert H. Reckers, Esq.