| | | |
|---|---|---|
| 1 | SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*) | GIBSON DUNN & CRUTCHER LLP<br>Lauren Blas |
| 2 | Peter Strand Esq. (*pro hac vice*)<br>Ryan D. Dykal Esq. (*pro hac vice*) | Blaine H. Evanson<br>333 S. Grand Ave., 47th Floor |
| 3 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 | Los Angeles, California 90071<br>Telephone: 213-229-7000 |
| 4 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 | Facsimile: 213-229-7228<br>bevanson@gibsondunn.com |
| 5 | bwebb@shb.com | |
| | | GIBSON DUNN & CRUTCHER LLP |
| 6 | Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 3400 | Joseph A. Gorman<br>555 Mission Street |
| 7 | Houston, Texas 77002<br>Telephone: (713) 227-8008 | San Francisco, California 94105<br>Telephone: 415-393-8296 |
| 8 | Facsimile: (731) 227-9508<br>rreckers@shb.com | jgorman@gibsondunn.com |
| 9 | | GIBSON DUNN & CRUCTHER LLP |
| | GREENBERG TRAURIG | Mark A. Perry |
| 10 | Mark G. Tratos, Esq. (Nevada Bar No. 1086)<br>Brandon Roos, Esq. (Nevada Bar No. 7888) | 1050 Connecticut Avenue N.W.<br>Washington, D.C. 20036-5306 |
| 11 | Leslie Godfrey, Esq. (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway | RIMINI STREET, INC. |
| 12 | Suite 400 North<br>Las Vegas, NV 89169 | Daniel B. Winslow<br>6601 Koll Center Parkway, Suite 300 |
| 13 | Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002 | Pleasanton, California 94566<br>Telephone: 925-264-7736 |
| 14 | tratosm@gtlaw.com<br>roosb@gtlaw.com | DWinslow@riministreet.com |
| 15 | godfreyl@gtlaw.com | *Attorneys for Defendants*<br>*Rimini Street, Inc., and Seth Ravin* |
| 16 | LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566) | |
| 17 | 3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 | |
| 18 | Tel: (702) 949-8200<br>Fax: (702) 949-8398 | |
| 19 | WAllen@LRRLaw.com | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 22 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No. 2:10-cv-0106-LRH-PAL |
| 23 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **DECLARATION OF ROBERT H.** |
| 24 | | **RECKERS IN SUPPORT OF**<br>**DEFENDANTS RIMINI STREET, INC.** |
| 25 | Plaintiffs, | **AND SETH RAVIN'S OPPOSITION TO**<br>**ORACLE'S MOTION TO EXCLUDE** |
| 26 | v. | **TESTIMONY OF DEFENDANTS'**<br>**EXPERTS** |
| 27 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | Trial Date: September 14, 2015 |
| 28 | Defendants. | |

RECKERS DECLARATION I/S/O RIMINI STREET'S OPPOSITION TO MOTION TO EXCLUDE TESTIMONY

## **DECLARATION OF ROBERT H. RECKERS**

I, Robert H. Reckers, have personal knowledge of the facts stated below and, under penalty of perjury hereby declare:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above-captioned matter, and I am an attorney at Shook, Hardy, and Bacon LLP, attorneys for Defendants Rimini Street, Inc. and Seth Ravin ("Defendants").  I make this declaration in support of Defendants' Opposition to Oracle's Motion to Exclude Testimony of Defendants' Experts.  The exhibits referenced below are attached to this declaration.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the deposition of Scott Hampton taken in this matter on May 25, 2012. **(Filed under seal)**

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the deposition of Brooks Hilliard, taken in this matter on June 5, 2012. **(Filed under seal)**

4. Attached as **Exhibit C** is a true and correct copy of excerpts from the deposition of Krista Williams, taken in this matter on October 5, 2011. **(Filed under seal)**

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the deposition of James Benge, taken in this matter on June 21, 2012. **(Filed under seal)**

6. Attached as **Exhibit E** is a true and correct copy of a Memorandum Opinion and Order issued by Judge M. Christina Armijo, United States District Judge, on September 30, 2010 in the case *Summit Electric Supply Co. vs. International Business Machines Corp.*, Case No. CIV 07-431 MCA/DJS, in the United States District Court for the District of New Mexico.  I obtained the Order from PACER, where it appears as docket entry 233.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from the deposition of David Klausner, taken in this matter on June 15, 2012. **(Filed under seal)**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 14, 2015.

*/s/ Robert H. Reckers*
Robert H. Reckers, Esq.