# EXHIBIT 3

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-413-797**

Effective date of registration:

September 12, 2011

---

**Title** ─────────────────────────────
  Title of Work: IBM V5R4 and JD Edwards World software

**Completion/Publication** ─────────────
  Year of Completion: 2006
  Date of 1st Publication: April 4, 2006      Nation of 1st Publication: United States

**Author** ────────────────────────────
  ■     Author: Oracle USA, Inc.
      Author Created: text

      Work made for hire: Yes
      Domiciled in: United States

**Copyright claimant** ─────────────────
  Copyright Claimant: Oracle International Corporation
           500 Oracle Parkway, Redwood Shores, CA, 94065, United States
  Transfer Statement: By written agreement

**Limitation of copyright claim** ─────────
  Material excluded from this claim: text, Prior version of the work.
  New material included in claim: text, Revisions and additions to text.

**Rights and Permissions** ─────────────
  Organization Name: Oracle Corporation
         Name: Todd Adler
        Email: todd.adler@oracle.com                 Telephone: 650-506-4160
       Address: 500 Oracle Parkway
           Redwood Shores, CA 94065 United States

**Certification** ───────────────────────

ORCLRS1339122

**Name:** Todd Adler
**Date:** September 12, 2011

---



ORCLRS1339123

**Registration #:** TX0007413797
**Service Request #:** 1-659547911



Bingham McCutchen LLP
David O. Johanson
One Federal Street
Boston, MA 02110 United States

ORCLRS1339124

ORCLRS1339125