# EXHIBIT 4

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-437-716

**Effective date of registration:**

November 2, 2011

---

## Title

**Title of Work:** JD Edwards EnterpriseOne Rapid Start Solutions

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** March 23, 2006          **Nation of 1st Publication:** United States

## Author

- **Author:** Oracle USA, Inc.

  **Author Created:** text, artwork

  **Work made for hire:** Yes

  **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Oracle International Corporation

500 Oracle Parkway, Redwood Shores, CA, 94065, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** photographs, artwork, Photographs and clip art authored by other parties.

**New material included in claim:** text, artwork

## Rights and Permissions

**Organization Name:** Oracle Corporation

**Name:** Todd Adler

**Email:** todd.adler@oracle.com          **Telephone:** 650-506-4160

**Address:** 500 Oracle Parkway

Redwood Shores, CA 94065  United States

## Certification

ORCLRS1339126

**Name:**   Dhruv Kaushal

**Date:**   November 2, 2011

ORCLRS1339127

**Registration #:**   TX0007437716
**Service Request #:**   1-681108487

Bingham McCutchen LLP
David O. Johanson
One Federal St.
Boston, MA 02110  United States

ORCLRS1339128