# EXHIBIT 10

From: CN=Ray Grigsby/O=rsi
To: CN=Brian Slepko/O=rsi@RSI
Sent: 10/20/2009 06:00:53 PM
Bcc: CN=Ray Grigsby/O=rsi
Subject: Sales presentations 10_20
Attachments: SALES PRESENTATION 10_20.zip

Brian;

This is a lot of material however, I figured the more the better and I can trim back as they communicate their questions.

The zip within the zip is 'stuff' they should have on their laptop always for many of the same questions I hear from every call.

Ray

Regards,

Ray Grigsby
Vice President, JD Edwards Support Services
Rimini Street, Inc.
303 690-7487 (office)
303 408-1980 (cell)
rgrigsby@riministreet.com
WWW.riministreet.com



SALES PRESENTATION 10_20.zip  SALES PRESENTATION 10_20.zip

CONFIDENTIALITY NOTICE
The information in this message, including any attachments, is confidential and is intended only for the addressees. If you are not the intended
recipient of this message please promptly delete this message from your system and notify the sender.

Highly Confidential Information – Attorneys' Eyes Only                    RSI03112035





Highly Confidential Information – Attorneys' Eyes Only

RSI03112194

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112195

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



**PTX_0199 Page 4 of 98**

Page 3

Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112198

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112199

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112201

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112202

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112205

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                RSI03112206

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112208

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112210

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only            RSI03112214

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112215

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112218

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112219

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                     RSI03112222

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                RSI03112224

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112225

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Page 34

Highly Confidential Information – Attorneys' Eyes Only

RSI03112227

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112228

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112230

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112232

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112233

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise Oné
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112235

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only          RSI03112238

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112239

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only          RSI03112241

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112243

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112246

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112247

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112249

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112250

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112253

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112254

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112255

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



**PTX_0199 Page 64 of 98**

Page 63

Highly Confidential Information – Attorneys' Eyes Only

RSI03112256

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



**PTX_0199 Page 66 of 98**

Page 65

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112259

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only          RSI03112260

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112261

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112262

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112263

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112267

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112268



Highly Confidential Information – Attorneys' Eyes Only

RSI03112269

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112270

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112271

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112272

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112273

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112275

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                      RSI03112276

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112277

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only RSI03112278

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112280

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112283

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only RSI03112284

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only                    RSI03112285

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



**PTX_0199 Page 94 of 98**

Page 93

Highly Confidential Information – Attorneys' Eyes Only

RSI03112286

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112287

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Highly Confidential Information – Attorneys' Eyes Only

RSI03112289



Highly Confidential Information – Attorneys' Eyes Only

RSI03112290