# EXHIBIT 11

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Financials ◆ Distribution ◆ Manufacturing ◆ General Business ◆ Sales Force ◆ Service ◆ CRM

## JD Edwards Enterprise One
## Process Models

ORACLE

[AutoDate]



DEPOSITION
EXHIBIT
214
Grigsby

ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information          **PTX_0200 Page 1 of 95**          RSI03118309

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 2 of 95**

RSI03118310

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information          **PTX_0200 Page 3 of 95**          RSI03118311

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information

**PTX_0200 Page 4 of 95**

RSI03118312

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 5 of 95**

RSI03118313

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 6 of 95**

RSI03118314

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information

**PTX_0200 Page 7 of 95**

RSI03118315

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information

**PTX_0200 Page 8 of 95**

RSI03118316

JD Edwards Enterprise One – Financial Management
Accounts Receivable
Process and Role Scenarios
Accounts Receivable Staff
Process Customer Invoices
Process Manual Receipts
Analyze Accounts Receivable
Process Accounts Receivable Period End
Credit and Collections Manager
Process Statements and Manage Collections
Analyze Accounts Receivable
Accounts Receivable
User Role
Enterprise One Module
ORACLE
[AutoDate]

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information   **PTX_0200 Page 10 of 95**   RSI03118318

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 12 of 95**

RSI03118320

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 13 of 95**

RSI03118321

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 14 of 95**

RSI03118322

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

**PTX_0200 Page 15 of 95**

JD Edwards Enterprise One – Financial Management
Asset Lifecycle Management
END-TO-END PROCESS
Enterprise Asset VP
Asset Manager
Asset Custodian
Property Manager
Maintenance Manager
Analyze Asset Lifecycle Management
Acquire Assets
Prepare and Deploy Assets
Retire Assets
Utilize Assets
Manage Property and Real Estate
Maintain Assets
Process Supported by Enterprise One Fixed Asset Accounting
ORACLE
[AutoDate]



Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 17 of 95**

RSI03118325

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 18 of 95**

RSI03118326

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information          **PTX_0200 Page 19 of 95**          RSI03118327

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 20 of 95**

RSI03118328

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 21 of 95**

RSI03118329

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Page 22

Confidential Information

RSI03118330

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information       **PTX_0200 Page 23 of 95**       RSI03118331

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 24 of 95**

RSI03118332

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 27 of 95**

RSI03118335

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information      **PTX_0200 Page 28 of 95**      RSI03118336

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



JD Edwards Enterprise One – Financial Management
G/L: Close Ledger
CLOSE LEDGER
Financial Accountant
Verify Integrity Between Batch Headers and Transactions R007031
Verify Integrity Between Transactions and Batch Headers R097021
Print Unposted Batches R007011
Verify Batches Balance R007032
Verify Company Is in Balance R097001
Print Company and Business Unit Discrepancies R097041
Print Account Balance and Account Master Discrepancies R097031
Print Account Ledger and Account Master Discrepancies R097021
Print Imbalances on a Period by Period Basis R09705
Close Period P0010
Close the Fiscal Year R098201
Change Beginning Date of Fiscal Year for Accounts Payable, Accounts Receivable, General Accounting and Financial Reporting P0010
General Ledger
ORACLE
[AutoDate]

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information   **PTX_0200 Page 31 of 95**   RSI03118339

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information           **PTX_0200 Page 32 of 95**           RSI03118340

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 33 of 95**

RSI03118341

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 34 of 95**

RSI03118342

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information **PTX_0200 Page 35 of 95** RSI03118343

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information

**PTX_0200 Page 36 of 95**

RSI03118344

JD Edwards Enterprise One – General Business
HCM: Enroll Employee in Benefit Plans
ENROLL EMPLOYEE IN BENEFIT PLANS
HR Specialist
Print Benefit Enrollment Form by Employee R083430
Print Benefit Enrollment Form by Group R083430
Print Benefit Enrollment Form by Group and Employee R083430
Enroll Employee in Benefit Plan P08334
Enter Enrollment Overrides P08330
Perform Batch Enrollment for Multiple Employees R083800
Human Resources Management
ORACLE
[AutoDate]

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Page 38

**PTX_0200 Page 38 of 95**

RSI03118346

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information **PTX_0200 Page 39 of 95** RSI03118347

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

PTX_0200 Page 40 of 95                    RSI03118348

JD Edwards Enterprise One – General Business
HCM: Terminate Employee Manually
TERMINATE EMPLOYEE MANUALLY
HR Specialist
Update Employee Information for Termination P0801
End Benefits for Terminated Employee Per Enrollment Parameters P08334
End Benefits for Terminated Employee where Exception to Enrollment Parameters P08330
Human Resources Management
ORACLE
[AutoDate]

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information

**PTX_0200 Page 42 of 95**

RSI03118350

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information   **PTX_0200 Page 43 of 95**   RSI03118351

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information

**PTX_0200 Page 44 of 95**

RSI03118352

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information          **PTX_0200 Page 45 of 95**          RSI03118353

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information                **PTX_0200 Page 46 of 95**                RSI03118354

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



**PTX_0200 Page 47 of 95** RSI03118355

ORACLE
JD EDWARDS ENTERPRISEONE

Page 47

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

PTX_0200 Page 48 of 95

RSI03118356



**PTX_0200 Page 49 of 95**

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

PTX_0200 Page 50 of 95                    RSI03118358

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



**PTX_0200 Page 52 of 95** RSI03118360

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information          **PTX_0200 Page 53 of 95**          RSI03118361

JD Edwards Enterprise One – Supply Chain Management
SOM: Process Customer Credit without Return
PROCESS CUSTOMER CREDIT WITHOUT RETURN
Customer Service Manager
Customer Service Rep
Warehouse Operator
Customer Service Manager
Accounts Receivable Manager
Enter Credit Order from History P4210
Print Credit Memo R42565
Generate Invoices for Credit Orders R42800
Post Invoices R09801
Sales Order Management
ORACLE
[AutoDate]

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 55 of 95**

RSI03118363

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information

RSI03118364

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information          **PTX_0200 Page 57 of 95**          RSI03118365

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



JD Edwards Enterprise One – Supply Chain Management

## Product Management

Process Supported by Enterprise One Manufacturing - Product Data Management

ORACLE

[AutoDate]



Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 62 of 95**

RSI03118370

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information

**PTX_0200 Page 63 of 95**

RSI03118371

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information                    **PTX_0200 Page 64 of 95**                    RSI03118372

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 66 of 95**

RSI03118374

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 67 of 95**

RSI03118375

JD Edwards Enterprise One – Supply Chain Management
Requirements Planning
END-TO-END PROCESS
Supply Chain Planning VP
Demand Planner
Inventory Planner
Supply Planner
Sales and Operations Planner
Production & Distribution Planner
Production Master Scheduler
Analyze Supply Chain Planning
Promise Orders
Collect Data and Generate Demand Forecast
Plan Inventory Levels
Generate Strategic Network Plan
Create Sales and Operations Plan
Run and Analyze Production/ Distribution Plan
Revise and Implement Plan Recommendations
Schedule Shop Floor
Process Supported by Enterprise One Requirements Planning
ORACLE
[AutoDate]



Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information    **PTX_0200 Page 69 of 95**    RSI03118377

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 70 of 95**

RSI03118378

JD Edwards Enterprise One – Supply Chain Management
Procurement and Materials Management
END-TO-END PROCESS
Procurement VP
Analyze Procurement and Materials Management
Procurement Manager
Source and Enable Suppliers
Buyer
Procure Goods and Services
Inventory Manager
Receive Goods and Services
Manage Materials
Accounts Payable Manager
Manage Invoices
Manage Payments
Manage A/P Balances
Process Supported by Enterprise One Procurement and Subcontract Management
ORACLE
[AutoDate]

JD Edwards Enterprise One – Supply Chain Management
Procurement and Materials Management
END-TO-END PROCESS
Procurement VP
Procurement Manager
Buyer
Inventory Manager
Accounts Payable Manager
Analyze Procurement and Materials Management
Source and Enable Suppliers
Procure Goods and Services
Receive Goods and Services
Manage Materials
Manage Invoices
Manage Payments
Manage A/P Balances
Process Supported by Enterprise One Accounts Payable
ORACLE
[AutoDate]

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 74 of 95**

RSI03118382

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 75 of 95**

RSI03118383

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information                    **PTX_0200 Page 76 of 95**                    RSI03118384

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**

JD Edwards Enterprise One – Supply Chain Management

## P&SM: Purchase Non-Inventory Item – 3 Way Match

Procurement and Subcontract Management

ORACLE

[AutoDate]

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information                **PTX_0200 Page 78 of 95**                RSI03118386

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information     **PTX_0200 Page 79 of 95**     RSI03118387

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information          **PTX_0200 Page 81 of 95**          RSI03118389

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Confidential Information

RSI03118390

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Page 83

**PTX_0200 Page 83 of 95**

RSI03118391

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

Page 84

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information     **PTX_0200 Page 85 of 95**     RSI03118393

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information       **PTX_0200 Page 86 of 95**       RSI03118394

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 87 of 95**

RSI03118395

JD Edwards Enterprise One – CRM
SFA: Qualify and Manage Opportunities to Orders
QUALIFY AND MANAGE OPPORTUNITIES, CREATE SALES QUOTES, CREATE ORDERS
Sales Representative
Qualify Opportunity by Answering Qualification Questions P90CB020
Enter Cost for Opportunity P90CB020
Perform Credit Check P90CB020
Generate Sales Quote for Opportunity P90CB020
Generate Proposal from Sales Quote P42101
Generate Sales Order from Sales Quote P00CB020
Sales Force Automation
ORACLE
[AutoDate]



Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 89 of 95**

RSI03118397

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

PTX_0200 Page 90 of 95

RSI03118398

JD Edwards Enterprise One – CRM
Service Management
END-TO-END PROCESS
Customer Service VP
Analyze Customer Service
Call Center Manager
Call Center Management
Customer Service Manager
Customer Care Delivery
Cross-Sell or Upsell
Field Service Manager
Service Order Management
Service Delivery
Field Stock Management
Service Contract Manager
Service Agreement Management
Process Supported by Enterprise One Service Management
ORACLE
[AutoDate]

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 92 of 95**

RSI03118400

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



ORACLE
JD EDWARDS ENTERPRISEONE

**PTX_0200 Page 93 of 95**

RSI03118401

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

PTX_0200 Page 94 of 95

RSI03118402

Oracle JD Edwards Enterprise One
**Rapid Start Fundamentals**



Confidential Information

**PTX_0200 Page 95 of 95**

RSI03118403