# EXHIBIT 24



Home / News / Press Releases

## Press Releases

**Rimini Street Named to Inc. Magazine's List of Fastest-Growing Private Companies**
8/31/2011

Ranked No. 204 on the 2011 Inc. 500 with Three-Year Revenue Growth of 1,531 Percent

**LAS VEGAS, August 31, 2011** - Rimini Street, Inc., the leading third-party maintenance and support provider for enterprise software, including Oracle Corporation's (NASDAQ: ORCL) Siebel, PeopleSoft, JD Edwards and E-Business Suite software, and SAP AG (NYSE:SAP) software, today announced that it has been ranked number 204 on the 2011 Inc. 500, and 16th overall in the category of IT Services. The list, an exclusive ranking of the nation's fastest-growing private companies, was unveiled in the September, 2011 issue of Inc.

Companies are ranked according to percentage revenue growth when comparing 2007 to 2010. Rimini Street reported 2010 annual revenue of $25.3 million, a 1,531 percent growth from 2007, making it one of the fastest-growing IT services companies in the industry, and the only third-party support provider to make the list.

**Rimini Street Focus on Ultra-Responsive Service and Client Value Drives Growth**
As enterprise software licensees seek more responsive service and better value for their annual maintenance fees, Rimini Street has seen significant growth and has now signed more than 400 clients, including 39 of the Fortune 500 and 12 of the Global 100. The Company already supports client operations in more than 60 countries, with the capability of supporting clients in nearly 200 countries.

Rimini Street recently reported record results for the quarter ended June 30, 2011, including record quarterly revenues of $8 million, record sales bookings growth of 120 percent on a year-over-year basis, record sales bookings backlog of $264 million, and a record second quarter quarterly invoicing increase of 94 percent. The Company has nearly 200 employees in the Americas, Europe and Asia-Pacific regions.

"Since inception, Rimini Street's focus has been to help software licensees drive maximum value out of their enterprise software investments with an innovative service offering, up to 90 percent in total cost of maintenance savings, and the most responsive 24x7 service level commitment in the industry," said Seth Ravin, CEO, Rimini Street. "The Company's strong growth over the past several years is a direct result of an increasing number of Oracle and SAP licensees seeking a better annual support value and choosing to partner with Rimini Street to achieve their financial and service objectives."

**Methodology**

The 2011 Inc. 500 is ranked according to percentage revenue growth when comparing 2007 to 2010. To qualify, companies must have been founded and generating revenue by March 31, 2007. Additionally, they had to be U.S.-based, privately held, for profit, and independent-not subsidiaries or divisions of other companies-as of December 31, 2010. (Since then, a number of companies on the list have gone public or been acquired.) The minimum revenue required for 2007 is $100,000; the minimum for 2010 is $2 million. As always, Inc. reserves the right to decline applicants for subjective reasons. Companies on the Inc. 500 are featured in Inc.'s September issue. They can be found at http://www.inc.com/inc5000/list/2011/.

**About Inc. Magazine**

Founded in 1979 and acquired in 2005 by Mansueto Ventures LLC, Inc. (www.inc.com) is the only major business magazine dedicated exclusively to owners and managers of growing private companies that delivers real solutions for today's innovative company builders. With a total paid circulation of 710,106, Inc. provides hands-on tools and market-tested strategies for managing people, finances, sales, marketing, and technology. Visit us online at http://www.inc.com/.

**About Rimini Street, Inc.**

Rimini Street is the leading third-party provider of enterprise software support services. The company is redefining enterprise support services with an innovative, award-winning program that enables Oracle and SAP licensees to save at least 50 percent in annual support fees and save up to 90 percent in total support costs over a decade. Clients can remain on their current software release without any required upgrades or migrations for at least ten years. Hundreds of global, Fortune 500, midmarket, and public sector organizations from virtually all industries have selected Rimini Street as their trusted, independent support provider. To learn more, please visit http://www.riministreet.com/ or call within the USA (888) 870-9692 or internationally +1 (702) 839-9671.

# # #

Rimini Street and the Rimini Street logo are trademarks of Rimini Street, Inc. All other company and product names may be trademarks of their respective owners. Copyright © 2011. All rights reserved.

Copyright © 2005-2014 Rimini Street, Inc.
Request a Quote | Request More Information | Subscribe

888-870-9692 | +1 702-839-9671

Privacy Policy | Terms of Use | Site Map