# EXHIBIT 29

1

BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN *(pro hac vice)*
FRED NORTON *(pro hac vice)*
KIERAN P. RINGGENBERG *(pro hac vice)*
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle International
Corp.

BINGHAM MCCUTCHEN LLP
GEOFFREY M. HOWARD *(pro hac vice)*
THOMAS S. HIXSON *(pro hac vice)*
KRISTEN A. PALUMBO *(pro hac vice)*
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
geoff.howard@bingham.com
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

ORACLE CORPORATION
DORIAN DALEY *(pro hac vice)*
DEBORAH K. MILLER *(pro hac vice)*
JAMES C. MAROULIS *(pro hac vice)*
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation;
ORACLE AMERICA, INC. a Delaware
corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation;
SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**ORACLE'S RESPONSE TO
DEFENDANT RIMINI STREET
INC.'S FIFTH SET OF
INTERROGATORIES TO
PLAINTIFFS (NO. 17-40)**

**CONTAINS CONFIDENTIAL AND
HIGHLY CONFIDENTIAL
ATTORNEYS' EYES ONLY
INFORMATION DESIGNATED
PURSUANT TO PROTECTIVE
ORDER**

1  behalf.

2       13.    Oracle objects to Definition I (defining the term "identify" for a natural person) as

3  unduly burdensome and inappropriate, as the employees listed below may only be contacted

4  through counsel.  For a natural person, Oracle will identify him or her by stating his or her name.

5  All such persons identified in these interrogatory responses are Oracle personnel.

6       14.    Oracle objects to Definitions J through M defining the term "identify" in other

7  contexts) as unduly burdensome and overbroad and further objects that these definitions purport

8  to impose obligations on Oracle that exceed those imposed by the Federal Rules of Civil

9  Procedure or the Local Rules for the United States District Court for the District of Nevada.

10       15.    Oracle objects to Definition N defining the term "describe" as unduly burdensome

11  and overbroad.

12       16.    Oracle objects to Definition O (defining the phrases "state the basis" and "state

13  the bases") as unduly burdensome and overbroad and further objects that the definition purports

14  to impose obligations on Oracle that exceed those imposed by the Federal Rules of Civil

15  Procedure or the Local Rules for the United States District Court for the District of Nevada.

16       17.    Oracle's responses are not intended to and shall not constitute an admission that

17  any of the predicate facts stated in any of the Interrogatories are true or accurate.

18       18.    These General Objections are incorporated into each of the following responses

19  and shall be deemed continuing as to each response. These General Objections are not waived, or

20  in any way limited, by the following responses.

21                       **RESPONSES TO INTERROGATORIES**

22  **INTERROGATORY NO. 17:**

23       State the full factual basis for Your First Claim for Relief-Copyright Infringement,

24  specifying each copyright that Oracle contends that it owns, each instance of actual copying by

25  Rimini Street, and each improper appropriation of the work by Rimini Street on which Oracle

26  intends to rely at trial to support this claim.

27  **RESPONSE TO INTERROGATORY NO. 17:**

28       In addition to its General Objections, which Oracle incorporates here by reference, Oracle

1   objects that its investigation into the circumstances of Rimini Street's copyright infringement is

2   ongoing. Oracle reserves the right to amend and supplement this Response after further

3   investigation. Oracle objects to the extent that this Interrogatory calls for information that is

4   properly the subject of expert testimony, which shall be provided at the appropriate time. Oracle

5   objects that Rimini Street's production of relevant materials, including but not limited to network

6   shares, environments, backups and forensic images containing copies of Oracle's copyrighted

7   software and support materials has not been completed, thereby limiting Oracle's ability to

8   respond. Oracle objects that supplemental responses by Rimini Street to Oracle's Interrogatories

9   20-25 are necessary for Oracle to respond in full to this interrogatory. Oracle objects that Rimini

10   Street has deleted numerous copies of Oracle's copyrighted software and support materials,

11   constraining Oracle's ability to respond. Oracle objects that this Interrogatory seeks to require

12   Oracle to create a compilation, abstract, or summary from documents that Oracle has produced

13   or will produce to Defendants, or from documents that Defendants have produced or will

14   produce. Oracle also objects to this Interrogatory as compound and unduly burdensome in that it

15   demands a response to at least two separate inquiries for each of the 100 copyright registrations

16   asserted in Oracle's Second Amended Complaint and for any other copyrights infringed by

17   Defendants as to which Oracle holds an exclusive right. Oracle objects to this Interrogatory on

18   the grounds that it calls for information that is already in Rimini Street's possession, or is

19   easily or more easily accessible to Rimini Street than to Oracle. Oracle objects to the extent that

20   this interrogatory seeks information protected by the attorney-client, work product privileges, or

21   any other applicable privilege, protection or immunity.

22        Oracle further objects to the use of the undefined terms "owns," "instance of actual

23   copying," and "improper appropriation." Accordingly, Oracle interprets "that Oracle contends

24   that it owns" for purposes of this Interrogatory to be the phrase "as to which Oracle contends that

25   it is the legal or beneficial owner of an exclusive right" within the meaning of 17 U.S.C.

26   § 502(b); and, Oracle interprets "instance of actual copying" and "improper appropriation" for

27   purposes of this Interrogatory as direct infringement of any exclusive right defined in 17 U.S.C.

28   § 106.

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

1    Subject to and without waiver of the General Objections and specific objections above,

2    Oracle responses as follows:

3    **Reproduction**

4    Oracle contends that Rimini Street has reproduced the following registered copyrights

5    asserted in the Second Amended Complaint as to which Oracle contends that it is the legal or

6    beneficial owner of an exclusive right, in their entirety and in substantial part:

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleSoft Financials, Distribution & Manufacturing 7.5 | December 15, 1998 | TX 4-792-574 |
| PeopleSoft HRMS 7.5 | December 15, 1998 | TX 4-792-575 |
| PeopleSoft 7.0 financials, distribution & manufacturing 7.0 | December 15, 1998 | TX 4-792-576 |
| PeopleSoft HRMS 7.0 | December 15, 1998 | TX 4-792-577 |
| PeopleTools 7.5 | November 20, 1998 | TX 4-792-578 |
| Oracle 8i Enterprise Edition, release 2 (8.1.6) | February 2, 2001 | TX 5-222-106 |
| PeopleTools 8.10 | September 5, 2000 | TX 5-266-221 |
| PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 | November 20, 2000 | TX 5-291-439 |
| PeopleSoft 8 Financials and Supply Chain Management PeopleBooks | November 28, 2000 | TX 5-311-637 |
| PeopleSoft 8 HRMS PeopleBooks | November 28, 2000 | TX 5-311-638 |
| PeopleSoft 8 EPM SP3 | March 30, 2001 | TX 5-345-698 |
| PeopleSoft 8 Student Administration Solutions PeopleBooks | November 30, 2001 | TX 5-431-290 |
| PeopleSoft 8 Customer Relationship Management | September 27, 2001 | TX 5-456-777 |
| PeopleSoft 8 Customer Relationship Management PeopleBooks | September 27, 2001 | TX 5-456-778 |
| PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 | September 27, 2001 | TX 5-456-780 |
| PeopleSoft 8 Promotions Management, Collaborative Supply Management, eRFQ, Supplier Connection, and Supply Chain Portal Pack PeopleBooks | September 27, 2001 | TX 5-456-781 |
| PeopleSoft 8.3 HRMS PeopleBooks | February 1, 2002 | TX 5-469-031 |
| PeopleSoft 8.3 HRMS | February 1, 2002 | TX 5-469-032 |
| PeopleSoft 8.3 Enterprise Performance Management | March 11, 2002 | TX 5-485-839 |
| PeopleSoft 8.3 Enterprise Performance Management PeopleBooks | March 11, 2002 | TX 5-485-842 |
| PeopleSoft 8.1 Customer Relationship Management | March 20, 2002 | TX 5-493-450 |
| PeopleSoft 8 HRMS SP1 | March 26, 2001 | TX 5-501-312 |
| PeopleSoft 8 FIN/SCM SP1 | March 26, 2001 | TX 5-501-313 |
| PeopleSoft 8.4 Customer Relationship | August 7, 2002 | TX 5-586-236 |

5

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Management PeopleBooks | | |
| PeopleSoft 8.4 Financials and Supply Chain Management PeopleBooks | August 5, 2002 | TX 5-586-246 |
| PeopleSoft 8.4 Financials and Supply Chain Management | August 5, 2002 | TX 5-586-247 |
| PeopleTools 8.4 | August 5, 2002 | TX 5-586-248 |
| PeopleTools 8.4 PeopleBooks | August 5, 2002 | TX 5-586-249 |
| PeopleSoft 8 FIN/SCM SPI PeopleBooks | October 19, 2001 | TX 5-595-355 |
| Oracle 9i Database Enterprise:  Edition Release 2 | June 13, 2003 | TX 5-673-282 |
| PeopleSoft 8.1 Customer Relationship Management PeopleBooks | March 20, 2002 | TX 5-733-209 |
| PeopleSoft 8.8 Enterprise Performance Management | June 11, 2004 | TX 5-993-616 |
| PeopleSoft 8.8 Customer Relationship Management | June 11, 2004 | TX 6-015-317 |
| PeopleSoft 8.8 HRMS | June 11, 2004 | TX 6-093-947 |
| ESU for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-027 |
| Initial release of JDE EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-028 |
| Initial release of JDE World A7.3 | April 26, 2007 | TX 6-541-029 |
| Initial release of JDE World A9.1 | April 26, 2007 | TX 6-541-030 |
| Cumulative Update 16 for JDE World A7.3 | April 26, 2007 | TX 6-541-031 |
| Cumulative Update 2 for JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-032 |
| Initial release of JDE EnterpriseOne XE | April 26, 2007 | TX 6-541-033 |
| Cumulative Update 1 for JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-034 |
| Initial release of JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-038 |
| Cumulative Update 1 for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-039 |
| Initial release of JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-040 |
| Initial release of JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-041 |
| Cumulative Update 1 for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-042 |
| Code Change for JDE World A8.1 | April 26, 2007 | TX 6-541-044 |
| ESU for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-045 |
| Initial release of JDE World A8.1 | April 26, 2007 | TX 6-541-047 |
| Cumulative Update 8 for JDE EnterpriseOne Xe | April 26, 2007 | TX 6-541-048 |
| Initial release of JDE EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-049 |
| Initial release of JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-050 |
| Cumulative Update 6 for JDE World A8.1 | May 1, 2007 | TX 6-545-421 |
| Oracle Database 10g:  Release 1 | January 16, 2009 | TX 6-938-648 |
| Siebel 7.0.5 Initial Release and Documentation | June 29, 2009 | TX 6-941-988 |
| Siebel 6.3 Initial Release and Documentation | June 29, 2009 | TX 6-941-989 |
| Siebel 7.5.2 Initial Release and | June 29, 2009 | TX 6-941-990 |

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Documentation | | |
| Siebel 7.7.1 Initial Release and Documentation | June 29, 2009 | TX 6-941-993 |
| Siebel 7.8 Initial Release and Documentation | June 29, 2009 | TX 6-941-995 |
| Siebel 8.0 Initial Release and Documentation | June 29, 2009 | TX 6-942-000 |
| Siebel 8.1.1 Initial Release and Documentation | June 29, 2009 | TX 6-942-001 |
| Oracle Database 10g:  Release 2 | June 29, 2009 | TX 6-942-003 |
| Initial release of JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-256 |
| Cumulative Update 1 for JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-267 |
| Cumulative Update 3 for JDE EnterpriseOne 8.12 | January 15, 2010 | TX 7-041-278 |
| Initial release of JDE World A9.2 | January 15, 2010 | TX 7-041-290 |
| PeopleSoft Customer Relationship Management 9.1 | February 10, 2010 | TX 7-063-653 |
| PeopleSoft Customer Relationship Management 8.8 SP1 | February 10, 2010 | TX 7-063-664 |
| PeopleSoft Customer Relationship Management 8.9 | February 10, 2010 | TX 7-063-668 |
| PeopleSoft Enterprise Performance Management 8.9 | February 10, 2010 | TX 7-063-672 |
| PeopleSoft Enterprise Performance Management 9.0 | February 10, 2010 | TX 7-063-679 |
| PeopleSoft Enterprise Performance Management 8.8 SP2 | February 10, 2010 | TX 7-063-683 |
| PeopleSoft Financials and Supply Chain Management 8.8 | February 10, 2010 | TX 7-063-688 |
| PeopleSoft Financials and Supply Chain Management 8.8 SP1 | February 11, 2010 | TX 7-065-319 |
| PeopleSoft Financials and Supply Chain Management 8.9 | February 11, 2010 | TX 7-065-332 |
| PeopleSoft Financials and Supply Chain Management 9.0 | February 11, 2010 | TX 7-065-354 |
| PeopleSoft Financials and Supply Chain Management 9.1 | February 11, 2010 | TX 7-065-357 |
| PeopleSoft Customer Relationship Management 9.0 | February 10, 2010 | TX 7-065-371 |
| PeopleSoft HRMS 8.8 SP1 | February 10, 2010 | TX 7-065-376 |
| PeopleSoft HRMS 8.9 | February 10, 2010 | TX 7-065-381 |
| PeopleSoft HRMS 9.0 | February 10, 2010 | TX 7-065-386 |
| PeopleSoft HRMS 9.1 | February 10, 2010 | TX 7-065-398 |
| PeopleSoft Student Administration Solutions 8.0 SP1 | February 24, 2010 | TX 7-077-447 |
| PeopleSoft Campus Solutions 8.9 | February 24, 2010 | TX 7-077-451 |
| PeopleSoft Campus Solutions 9.0 | February 24, 2010 | TX 7-077-460 |
| PeopleTools 8.42 | March 8, 2010 | TX 7-092-406 |
| PeopleTools 8.44 | March 8, 2010 | TX 7-092-583 |

A/74544539.4/2021039-0000337130

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleTools 8.43 | March 8, 2010 | TX 7-092-603 |
| PeopleTools 8.45 | March 8, 2010 | TX 7-092-617 |
| PeopleTools 8.50 | March 8, 2010 | TX 7-092-757 |
| PeopleTools 8.46 | March 8, 2010 | TX 7-092-772 |
| PeopleTools 8.47 | March 8, 2010 | TX 7-092-797 |
| PeopleTools 8.48 | March 8, 2010 | TX 7-092-819 |
| PeopleTools 8.49 | March 8, 2010 | TX 7-092-855 |
| Oracle Database 11g Release 1 | March 24, 2011 | TX 7-324-157 |
| Oracle Database 11g Release 2 | March 24, 2011 | TX 7-324-158 |
| Database of Documentary Customer Support Materials for Siebel Software | July 1, 2009 | Txu1-607-453 |
| Database of Documentary Customer Support Materials for PeopleSoft Software | July 1, 2009 | Txu1-607-454 |
| Database of Documentary Customer Support Materials for J.D. Edwards Software | July 1, 2009 | TXu1-607-455 |

Oracle's investigation as to Rimini Street's reproduction of other registered copyrights is ongoing. Oracle further contends that Rimini Street has reproduced additional copyrights as to which Oracle contends that it is the legal or beneficial owner of an exclusive right and that were not registered on the day that the Second Amended Complaint was filed.

Rimini Street has infringed Oracle's exclusive right to reproduction in these copyrighted works through actions including but not limited to downloading, duplicating electronic files located in one location on Rimini Street's computer systems onto another location on Rimini Street's computer systems, duplicating physical media (such as tape, CD or DVD), copying from physical media (such as tape, CD or DVD) to a location on Rimini Street's computer systems, creating backups, restoring backups, copying into RAM, copying into temporary file storage, installing, exporting from a database, importing into a database, transmitting via e-mail, and transmitting via instant message.

As well, Oracle expressly incorporates Oracle's Second Amended Response to Interrogatory No. 2 as if set forth in full here.

**Creation of derivative works**

Oracle contends that Rimini Street has created derivative works that incorporate in their

8

entirety and in substantial part the following registered copyrights asserted in the Second

Amended Complaint, as to which Oracle contends that it is the legal or beneficial owner of an

exclusive right:

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleSoft Financials, Distribution & Manufacturing 7.5 | December 15, 1998 | TX 4-792-574 |
| PeopleSoft HRMS 7.5 | December 15, 1998 | TX 4-792-575 |
| PeopleSoft 7.0 financials, distribution & manufacturing 7.0 | December 15, 1998 | TX 4-792-576 |
| PeopleSoft HRMS 7.0 | December 15, 1998 | TX 4-792-577 |
| PeopleTools 7.5 | November 20, 1998 | TX 4-792-578 |
| Oracle 8i Enterprise Edition, release 2 (8.1.6) | February 2, 2001 | TX 5-222-106 |
| PeopleTools 8.10 | September 5, 2000 | TX 5-266-221 |
| PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 | November 20, 2000 | TX 5-291-439 |
| PeopleSoft 8 Financials and Supply Chain Management PeopleBooks | November 28, 2000 | TX 5-311-637 |
| PeopleSoft 8 HRMS PeopleBooks | November 28, 2000 | TX 5-311-638 |
| PeopleSoft 8 EPM SP3 | March 30, 2001 | TX 5-345-698 |
| PeopleSoft 8 Student Administration Solutions PeopleBooks | November 30, 2001 | TX 5-431-290 |
| PeopleSoft 8 Customer Relationship Management | September 27, 2001 | TX 5-456-777 |
| PeopleSoft 8 Customer Relationship Management PeopleBooks | September 27, 2001 | TX 5-456-778 |
| PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 | September 27, 2001 | TX 5-456-780 |
| PeopleSoft 8 Promotions Management, Collaborative Supply Management, eRFQ, Supplier Connection, and Supply Chain Portal Pack PeopleBooks | September 27, 2001 | TX 5-456-781 |
| PeopleSoft 8.3 HRMS PeopleBooks | February 1, 2002 | TX 5-469-031 |
| PeopleSoft 8.3 HRMS | February 1, 2002 | TX 5-469-032 |
| PeopleSoft 8.3 Enterprise Performance Management | March 11, 2002 | TX 5-485-839 |
| PeopleSoft 8.3 Enterprise Performance Management PeopleBooks | March 11, 2002 | TX 5-485-842 |
| PeopleSoft 8.1 Customer Relationship Management | March 20, 2002 | TX 5-493-450 |
| PeopleSoft 8 HRMS SP1 | March 26, 2001 | TX 5-501-312 |
| PeopleSoft 8 FIN/SCM SP1 | March 26, 2001 | TX 5-501-313 |
| PeopleSoft 8.4 Customer Relationship Management PeopleBooks | August 7, 2002 | TX 5-586-236 |
| PeopleSoft 8.4 Financials and Supply Chain Management PeopleBooks | August 5, 2002 | TX 5-586-246 |
| PeopleSoft 8.4 Financials and Supply Chain Management | August 5, 2002 | TX 5-586-247 |
| PeopleTools 8.4 | August 5, 2002 | TX 5-586-248 |

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleTools 8.4 PeopleBooks | August 5, 2002 | TX 5-586-249 |
| PeopleSoft 8 FIN/SCM SPI PeopleBooks | October 19, 2001 | TX 5-595-355 |
| Oracle 9i Database Enterprise:  Edition Release 2 | June 13, 2003 | TX 5-673-282 |
| PeopleSoft 8.1 Customer Relationship Management PeopleBooks | March 20, 2002 | TX 5-733-209 |
| PeopleSoft 8.8 Enterprise Performance Management | June 11, 2004 | TX 5-993-616 |
| PeopleSoft 8.8 Customer Relationship Management | June 11, 2004 | TX 6-015-317 |
| PeopleSoft 8.8 HRMS | June 11, 2004 | TX 6-093-947 |
| ESU for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-027 |
| Initial release of JDE EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-028 |
| Initial release of JDE World A7.3 | April 26, 2007 | TX 6-541-029 |
| Initial release of JDE World A9.1 | April 26, 2007 | TX 6-541-030 |
| Cumulative Update 16 for JDE World A7.3 | April 26, 2007 | TX 6-541-031 |
| Cumulative Update 2 for JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-032 |
| Initial release of JDE EnterpriseOne XE | April 26, 2007 | TX 6-541-033 |
| Cumulative Update 1 for JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-034 |
| Initial release of JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-038 |
| Cumulative Update 1 for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-039 |
| Initial release of JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-040 |
| Initial release of JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-041 |
| Cumulative Update 1 for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-042 |
| Code Change for JDE World A8.1 | April 26, 2007 | TX 6-541-044 |
| ESU for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-045 |
| Initial release of JDE World A8.1 | April 26, 2007 | TX 6-541-047 |
| Cumulative Update 8 for JDE EnterpriseOne Xe | April 26, 2007 | TX 6-541-048 |
| Initial release of JDE EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-049 |
| Initial release of JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-050 |
| Cumulative Update 6 for JDE World A8.1 | May 1, 2007 | TX 6-545-421 |
| Oracle Database 10g:  Release 1 | January 16, 2009 | TX 6-938-648 |
| Siebel 7.0.5 Initial Release and Documentation | June 29, 2009 | TX 6-941-988 |
| Siebel 6.3 Initial Release and Documentation | June 29, 2009 | TX 6-941-989 |
| Siebel 7.5.2 Initial Release and Documentation | June 29, 2009 | TX 6-941-990 |
| Siebel 7.7.1 Initial Release and Documentation | June 29, 2009 | TX 6-941-993 |
| Siebel 7.8 Initial Release and Documentation | June 29, 2009 | TX 6-941-995 |
| Siebel 8.0 Initial Release and | June 29, 2009 | TX 6-942-000 |

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Documentation | | |
| Siebel 8.1.1 Initial Release and Documentation | June 29, 2009 | TX 6-942-001 |
| Oracle Database 10g:  Release 2 | June 29, 2009 | TX 6-942-003 |
| Initial release of JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-256 |
| Cumulative Update 1 for JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-267 |
| Cumulative Update 3 for JDE EnterpriseOne 8.12 | January 15, 2010 | TX 7-041-278 |
| Initial release of JDE World A9.2 | January 15, 2010 | TX 7-041-290 |
| PeopleSoft Customer Relationship Management 9.1 | February 10, 2010 | TX 7-063-653 |
| PeopleSoft Customer Relationship Management 8.8 SP1 | February 10, 2010 | TX 7-063-664 |
| PeopleSoft Customer Relationship Management 8.9 | February 10, 2010 | TX 7-063-668 |
| PeopleSoft Enterprise Performance Management 8.9 | February 10, 2010 | TX 7-063-672 |
| PeopleSoft Enterprise Performance Management 9.0 | February 10, 2010 | TX 7-063-679 |
| PeopleSoft Enterprise Performance Management 8.8 SP2 | February 10, 2010 | TX 7-063-683 |
| PeopleSoft Financials and Supply Chain Management 8.8 | February 10, 2010 | TX 7-063-688 |
| PeopleSoft Financials and Supply Chain Management 8.8 SP1 | February 11, 2010 | TX 7-065-319 |
| PeopleSoft Financials and Supply Chain Management 8.9 | February 11, 2010 | TX 7-065-332 |
| PeopleSoft Financials and Supply Chain Management 9.0 | February 11, 2010 | TX 7-065-354 |
| PeopleSoft Financials and Supply Chain Management 9.1 | February 11, 2010 | TX 7-065-357 |
| PeopleSoft Customer Relationship Management 9.0 | February 10, 2010 | TX 7-065-371 |
| PeopleSoft HRMS 8.8 SP1 | February 10, 2010 | TX 7-065-376 |
| PeopleSoft HRMS 8.9 | February 10, 2010 | TX 7-065-381 |
| PeopleSoft HRMS 9.0 | February 10, 2010 | TX 7-065-386 |
| PeopleSoft HRMS 9.1 | February 10, 2010 | TX 7-065-398 |
| PeopleSoft Student Administration Solutions 8.0 SP1 | February 24, 2010 | TX 7-077-447 |
| PeopleSoft Campus Solutions 8.9 | February 24, 2010 | TX 7-077-451 |
| PeopleSoft Campus Solutions 9.0 | February 24, 2010 | TX 7-077-460 |
| PeopleTools 8.42 | March 8, 2010 | TX 7-092-406 |
| PeopleTools 8.44 | March 8, 2010 | TX 7-092-583 |
| PeopleTools 8.43 | March 8, 2010 | TX 7-092-603 |
| PeopleTools 8.45 | March 8, 2010 | TX 7-092-617 |
| PeopleTools 8.50 | March 8, 2010 | TX 7-092-757 |
| PeopleTools 8.46 | March 8, 2010 | TX 7-092-772 |
| PeopleTools 8.47 | March 8, 2010 | TX 7-092-797 |

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

A/74544539.4/2021039-0000337130

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleTools 8.48 | March 8, 2010 | TX 7-092-819 |
| PeopleTools 8.49 | March 8, 2010 | TX 7-092-855 |
| Oracle Database 11g Release 1 | March 24, 2011 | TX 7-324-157 |
| Oracle Database 11g Release 2 | March 24, 2011 | TX 7-324-158 |
| Database of Documentary Customer Support Materials for Siebel Software | July 1, 2009 | Txu1-607-453 |
| Database of Documentary Customer Support Materials for PeopleSoft Software | July 1, 2009 | Txu1-607-454 |
| Database of Documentary Customer Support Materials for J.D. Edwards Software | July 1, 2009 | TXu1-607-455 |

Oracle's investigation as to Rimini Street's creation of derivative works that incorporate other registered copyrights is ongoing. Oracle further contends that Rimini Street has created derivative works that incorporate additional copyrights as to which Oracle contends that it is the legal or beneficial owner of an exclusive right and that were not registered on the day that the Second Amended Complaint was filed.

Rimini Street has infringed Oracle's exclusive right to create derivative works in these copyrighted works through actions including but not limited to modifying existing, copyrighted source code; embedding of existing, copyrighted source code into new works; re-factoring of existing, copyrighted source code; re-architecting of existing, copyrighted source code; creating new source or object code that can extend or modify the features or functionality of existing, copyrighted software; modifying existing, database-resident, copyrighted content; creating new database content that can extend or modify the features or functionality of existing, copyrighted software; altering or extending existing, copyrighted database schemas; modifying existing, copyrighted user interfaces; creating new user interfaces that can extend or modify the features and functionality of existing, copyrighted software; applying infringing or unlicensed updates to existing, copyrighted software; modifying existing, copyrighted documentation, white papers, user guides or release notes; embedding existing, copyrighted documentation, white papers, user guides or release notes into new works; and, translating existing, copyrighted materials.

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

A/74544539.4/2021039-0000337130

**Distribution**

Oracle contends that Rimini Street has distributed the following registered copyrights asserted in the Second Amended Complaint as to which Oracle contends that it is the legal or beneficial owner of an exclusive right, in their entirety and in substantial part:

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleSoft Financials, Distribution & Manufacturing 7.5 | December 15, 1998 | TX 4-792-574 |
| PeopleSoft HRMS 7.5 | December 15, 1998 | TX 4-792-575 |
| PeopleSoft 7.0 financials, distribution & manufacturing 7.0 | December 15, 1998 | TX 4-792-576 |
| PeopleSoft HRMS 7.0 | December 15, 1998 | TX 4-792-577 |
| PeopleTools 7.5 | November 20, 1998 | TX 4-792-578 |
| Oracle 8i Enterprise Edition, release 2 (8.1.6) | February 2, 2001 | TX 5-222-106 |
| PeopleTools 8.10 | September 5, 2000 | TX 5-266-221 |
| PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 | November 20, 2000 | TX 5-291-439 |
| PeopleSoft 8 Financials and Supply Chain Management PeopleBooks | November 28, 2000 | TX 5-311-637 |
| PeopleSoft 8 HRMS PeopleBooks | November 28, 2000 | TX 5-311-638 |
| PeopleSoft 8 EPM SP3 | March 30, 2001 | TX 5-345-698 |
| PeopleSoft 8 Student Administration Solutions PeopleBooks | November 30, 2001 | TX 5-431-290 |
| PeopleSoft 8 Customer Relationship Management | September 27, 2001 | TX 5-456-777 |
| PeopleSoft 8 Customer Relationship Management PeopleBooks | September 27, 2001 | TX 5-456-778 |
| PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 | September 27, 2001 | TX 5-456-780 |
| PeopleSoft 8 Promotions Management, Collaborative Supply Management, eRFQ, Supplier Connection, and Supply Chain Portal Pack PeopleBooks | September 27, 2001 | TX 5-456-781 |
| PeopleSoft 8.3 HRMS PeopleBooks | February 1, 2002 | TX 5-469-031 |
| PeopleSoft 8.3 HRMS | February 1, 2002 | TX 5-469-032 |
| PeopleSoft 8.3 Enterprise Performance Management | March 11, 2002 | TX 5-485-839 |
| PeopleSoft 8.3 Enterprise Performance Management PeopleBooks | March 11, 2002 | TX 5-485-842 |
| PeopleSoft 8.1 Customer Relationship Management | March 20, 2002 | TX 5-493-450 |
| PeopleSoft 8 HRMS SP1 | March 26, 2001 | TX 5-501-312 |
| PeopleSoft 8 FIN/SCM SP1 | March 26, 2001 | TX 5-501-313 |
| PeopleSoft 8.4 Customer Relationship Management PeopleBooks | August 7, 2002 | TX 5-586-236 |
| PeopleSoft 8.4 Financials and Supply Chain | August 5, 2002 | TX 5-586-246 |

A/74544539.4/2021039-0000337130

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Management PeopleBooks | | |
| PeopleSoft 8.4 Financials and Supply Chain Management | August 5, 2002 | TX 5-586-247 |
| PeopleTools 8.4 | August 5, 2002 | TX 5-586-248 |
| PeopleTools 8.4 PeopleBooks | August 5, 2002 | TX 5-586-249 |
| PeopleSoft 8 FIN/SCM SPI PeopleBooks | October 19, 2001 | TX 5-595-355 |
| Oracle 9i Database Enterprise:  Edition Release 2 | June 13, 2003 | TX 5-673-282 |
| PeopleSoft 8.1 Customer Relationship Management PeopleBooks | March 20, 2002 | TX 5-733-209 |
| PeopleSoft 8.8 Enterprise Performance Management | June 11, 2004 | TX 5-993-616 |
| PeopleSoft 8.8 Customer Relationship Management | June 11, 2004 | TX 6-015-317 |
| PeopleSoft 8.8 HRMS | June 11, 2004 | TX 6-093-947 |
| ESU for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-027 |
| Initial release of JDE EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-028 |
| Initial release of JDE World A7.3 | April 26, 2007 | TX 6-541-029 |
| Initial release of JDE World A9.1 | April 26, 2007 | TX 6-541-030 |
| Cumulative Update 16 for JDE World A7.3 | April 26, 2007 | TX 6-541-031 |
| Cumulative Update 2 for JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-032 |
| Initial release of JDE EnterpriseOne XE | April 26, 2007 | TX 6-541-033 |
| Cumulative Update 1 for JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-034 |
| Initial release of JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-038 |
| Cumulative Update 1 for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-039 |
| Initial release of JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-040 |
| Initial release of JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-041 |
| Cumulative Update 1 for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-042 |
| Code Change for JDE World A8.1 | April 26, 2007 | TX 6-541-044 |
| ESU for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-045 |
| Initial release of JDE World A8.1 | April 26, 2007 | TX 6-541-047 |
| Cumulative Update 8 for JDE EnterpriseOne Xe | April 26, 2007 | TX 6-541-048 |
| Initial release of JDE EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-049 |
| Initial release of JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-050 |
| Cumulative Update 6 for JDE World A8.1 | May 1, 2007 | TX 6-545-421 |
| Oracle Database 10g:  Release 1 | January 16, 2009 | TX 6-938-648 |
| Siebel 7.0.5 Initial Release and Documentation | June 29, 2009 | TX 6-941-988 |
| Siebel 6.3 Initial Release and Documentation | June 29, 2009 | TX 6-941-989 |

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Siebel 7.5.2 Initial Release and Documentation | June 29, 2009 | TX 6-941-990 |
| Siebel 7.7.1 Initial Release and Documentation | June 29, 2009 | TX 6-941-993 |
| Siebel 7.8 Initial Release and Documentation | June 29, 2009 | TX 6-941-995 |
| Siebel 8.0 Initial Release and Documentation | June 29, 2009 | TX 6-942-000 |
| Siebel 8.1.1 Initial Release and Documentation | June 29, 2009 | TX 6-942-001 |
| Oracle Database 10g:  Release 2 | June 29, 2009 | TX 6-942-003 |
| Initial release of JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-256 |
| Cumulative Update 1 for JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-267 |
| Cumulative Update 3 for JDE EnterpriseOne 8.12 | January 15, 2010 | TX 7-041-278 |
| Initial release of JDE World A9.2 | January 15, 2010 | TX 7-041-290 |
| PeopleSoft Customer Relationship Management 9.1 | February 10, 2010 | TX 7-063-653 |
| PeopleSoft Customer Relationship Management 8.8 SP1 | February 10, 2010 | TX 7-063-664 |
| PeopleSoft Customer Relationship Management 8.9 | February 10, 2010 | TX 7-063-668 |
| PeopleSoft Enterprise Performance Management 8.9 | February 10, 2010 | TX 7-063-672 |
| PeopleSoft Enterprise Performance Management 9.0 | February 10, 2010 | TX 7-063-679 |
| PeopleSoft Enterprise Performance Management 8.8 SP2 | February 10, 2010 | TX 7-063-683 |
| PeopleSoft Financials and Supply Chain Management 8.8 | February 10, 2010 | TX 7-063-688 |
| PeopleSoft Financials and Supply Chain Management 8.8 SP1 | February 11, 2010 | TX 7-065-319 |
| PeopleSoft Financials and Supply Chain Management 8.9 | February 11, 2010 | TX 7-065-332 |
| PeopleSoft Financials and Supply Chain Management 9.0 | February 11, 2010 | TX 7-065-354 |
| PeopleSoft Financials and Supply Chain Management 9.1 | February 11, 2010 | TX 7-065-357 |
| PeopleSoft Customer Relationship Management 9.0 | February 10, 2010 | TX 7-065-371 |
| PeopleSoft HRMS 8.8 SP1 | February 10, 2010 | TX 7-065-376 |
| PeopleSoft HRMS 8.9 | February 10, 2010 | TX 7-065-381 |
| PeopleSoft HRMS 9.0 | February 10, 2010 | TX 7-065-386 |
| PeopleSoft HRMS 9.1 | February 10, 2010 | TX 7-065-398 |
| PeopleSoft Student Administration Solutions 8.0 SP1 | February 24, 2010 | TX 7-077-447 |
| PeopleSoft Campus Solutions 8.9 | February 24, 2010 | TX 7-077-451 |

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleSoft Campus Solutions 9.0 | February 24, 2010 | TX 7-077-460 |
| PeopleTools 8.42 | March 8, 2010 | TX 7-092-406 |
| PeopleTools 8.44 | March 8, 2010 | TX 7-092-583 |
| PeopleTools 8.43 | March 8, 2010 | TX 7-092-603 |
| PeopleTools 8.45 | March 8, 2010 | TX 7-092-617 |
| PeopleTools 8.50 | March 8, 2010 | TX 7-092-757 |
| PeopleTools 8.46 | March 8, 2010 | TX 7-092-772 |
| PeopleTools 8.47 | March 8, 2010 | TX 7-092-797 |
| PeopleTools 8.48 | March 8, 2010 | TX 7-092-819 |
| PeopleTools 8.49 | March 8, 2010 | TX 7-092-855 |
| Oracle Database 11g Release 1 | March 24, 2011 | TX 7-324-157 |
| Oracle Database 11g Release 2 | March 24, 2011 | TX 7-324-158 |
| Database of Documentary Customer Support Materials for Siebel Software | July 1, 2009 | Txu1-607-453 |
| Database of Documentary Customer Support Materials for PeopleSoft Software | July 1, 2009 | Txu1-607-454 |
| Database of Documentary Customer Support Materials for J.D. Edwards Software | July 1, 2009 | TXu1-607-455 |

Oracle's investigation as to Rimini Street's distribution of other registered copyrights is ongoing. Oracle further contends that Rimini Street has distributed additional copyrights as to which Oracle contends that it is the legal or beneficial owner of an exclusive right and that were not registered on the day that the Second Amended Complaint was filed.

Rimini Street has infringed Oracle's exclusive right to distribution in these copyrighted works through actions including but not limited to transmitting via physical media (such as tape, CD or DVD); transmitting via e-mail; transmitting via instant message; transmitting via Web conference; transmitting via FTP; transmitting via VPN; making available for download; and, exporting infringing or unlicensed copies from the United States.

**Public display**

Oracle contends that Rimini Street has publicly displayed the following registered copyrights asserted in the Second Amended Complaint as to which Oracle contends that it is the legal or beneficial owner of an exclusive right, in their entirety and in substantial part:

| Title of Work | Date of Registration | Registration Number |
|---|---|---|

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

A/74544539.4/2021039-0000337130

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleSoft Financials, Distribution & Manufacturing 7.5 | December 15, 1998 | TX 4-792-574 |
| PeopleSoft HRMS 7.5 | December 15, 1998 | TX 4-792-575 |
| PeopleSoft 7.0 financials, distribution & manufacturing 7.0 | December 15, 1998 | TX 4-792-576 |
| PeopleSoft HRMS 7.0 | December 15, 1998 | TX 4-792-577 |
| PeopleTools 7.5 | November 20, 1998 | TX 4-792-578 |
| Oracle 8i Enterprise Edition, release 2 (8.1.6) | February 2, 2001 | TX 5-222-106 |
| PeopleTools 8.10 | September 5, 2000 | TX 5-266-221 |
| PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 | November 20, 2000 | TX 5-291-439 |
| PeopleSoft 8 Financials and Supply Chain Management PeopleBooks | November 28, 2000 | TX 5-311-637 |
| PeopleSoft 8 HRMS PeopleBooks | November 28, 2000 | TX 5-311-638 |
| PeopleSoft 8 EPM SP3 | March 30, 2001 | TX 5-345-698 |
| PeopleSoft 8 Student Administration Solutions PeopleBooks | November 30, 2001 | TX 5-431-290 |
| PeopleSoft 8 Customer Relationship Management | September 27, 2001 | TX 5-456-777 |
| PeopleSoft 8 Customer Relationship Management PeopleBooks | September 27, 2001 | TX 5-456-778 |
| PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 | September 27, 2001 | TX 5-456-780 |
| PeopleSoft 8 Promotions Management, Collaborative Supply Management, eRFQ, Supplier Connection, and Supply Chain Portal Pack PeopleBooks | September 27, 2001 | TX 5-456-781 |
| PeopleSoft 8.3 HRMS PeopleBooks | February 1, 2002 | TX 5-469-031 |
| PeopleSoft 8.3 HRMS | February 1, 2002 | TX 5-469-032 |
| PeopleSoft 8.3 Enterprise Performance Management | March 11, 2002 | TX 5-485-839 |
| PeopleSoft 8.3 Enterprise Performance Management PeopleBooks | March 11, 2002 | TX 5-485-842 |
| PeopleSoft 8.1 Customer Relationship Management | March 20, 2002 | TX 5-493-450 |
| PeopleSoft 8 HRMS SP1 | March 26, 2001 | TX 5-501-312 |
| PeopleSoft 8 FIN/SCM SP1 | March 26, 2001 | TX 5-501-313 |
| PeopleSoft 8.4 Customer Relationship Management PeopleBooks | August 7, 2002 | TX 5-586-236 |
| PeopleSoft 8.4 Financials and Supply Chain Management PeopleBooks | August 5, 2002 | TX 5-586-246 |
| PeopleSoft 8.4 Financials and Supply Chain Management | August 5, 2002 | TX 5-586-247 |
| PeopleTools 8.4 | August 5, 2002 | TX 5-586-248 |
| PeopleTools 8.4 PeopleBooks | August 5, 2002 | TX 5-586-249 |
| PeopleSoft 8 FIN/SCM SPI PeopleBooks | October 19, 2001 | TX 5-595-355 |

A/74544539.4/2021039-0000337130

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Oracle 9i Database Enterprise: Edition Release 2 | June 13, 2003 | TX 5-673-282 |
| PeopleSoft 8.1 Customer Relationship Management PeopleBooks | March 20, 2002 | TX 5-733-209 |
| PeopleSoft 8.8 Enterprise Performance Management | June 11, 2004 | TX 5-993-616 |
| PeopleSoft 8.8 Customer Relationship Management | June 11, 2004 | TX 6-015-317 |
| PeopleSoft 8.8 HRMS | June 11, 2004 | TX 6-093-947 |
| ESU for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-027 |
| Initial release of JDE EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-028 |
| Initial release of JDE World A7.3 | April 26, 2007 | TX 6-541-029 |
| Initial release of JDE World A9.1 | April 26, 2007 | TX 6-541-030 |
| Cumulative Update 16 for JDE World A7.3 | April 26, 2007 | TX 6-541-031 |
| Cumulative Update 2 for JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-032 |
| Initial release of JDE EnterpriseOne XE | April 26, 2007 | TX 6-541-033 |
| Cumulative Update 1 for JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-034 |
| Initial release of JDE EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-038 |
| Cumulative Update 1 for JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-039 |
| Initial release of JDE EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-040 |
| Initial release of JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-041 |
| Cumulative Update 1 for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-042 |
| Code Change for JDE World A8.1 | April 26, 2007 | TX 6-541-044 |
| ESU for JDE EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-045 |
| Initial release of JDE World A8.1 | April 26, 2007 | TX 6-541-047 |
| Cumulative Update 8 for JDE EnterpriseOne Xe | April 26, 2007 | TX 6-541-048 |
| Initial release of JDE EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-049 |
| Initial release of JDE EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-050 |
| Cumulative Update 6 for JDE World A8.1 | May 1, 2007 | TX 6-545-421 |
| Oracle Database 10g: Release 1 | January 16, 2009 | TX 6-938-648 |
| Siebel 7.0.5 Initial Release and Documentation | June 29, 2009 | TX 6-941-988 |
| Siebel 6.3 Initial Release and Documentation | June 29, 2009 | TX 6-941-989 |
| Siebel 7.5.2 Initial Release and Documentation | June 29, 2009 | TX 6-941-990 |
| Siebel 7.7.1 Initial Release and Documentation | June 29, 2009 | TX 6-941-993 |
| Siebel 7.8 Initial Release and Documentation | June 29, 2009 | TX 6-941-995 |

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

A/74544539.4/2021039-0000337130

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Siebel 8.0 Initial Release and Documentation | June 29, 2009 | TX 6-942-000 |
| Siebel 8.1.1 Initial Release and Documentation | June 29, 2009 | TX 6-942-001 |
| Oracle Database 10g:  Release 2 | June 29, 2009 | TX 6-942-003 |
| Initial release of JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-256 |
| Cumulative Update 1 for JDE EnterpriseOne 9.0 | January 15, 2010 | TX 7-041-267 |
| Cumulative Update 3 for JDE EnterpriseOne 8.12 | January 15, 2010 | TX 7-041-278 |
| Initial release of JDE World A9.2 | January 15, 2010 | TX 7-041-290 |
| PeopleSoft Customer Relationship Management 9.1 | February 10, 2010 | TX 7-063-653 |
| PeopleSoft Customer Relationship Management 8.8 SP1 | February 10, 2010 | TX 7-063-664 |
| PeopleSoft Customer Relationship Management 8.9 | February 10, 2010 | TX 7-063-668 |
| PeopleSoft Enterprise Performance Management 8.9 | February 10, 2010 | TX 7-063-672 |
| PeopleSoft Enterprise Performance Management 9.0 | February 10, 2010 | TX 7-063-679 |
| PeopleSoft Enterprise Performance Management 8.8 SP2 | February 10, 2010 | TX 7-063-683 |
| PeopleSoft Financials and Supply Chain Management 8.8 | February 10, 2010 | TX 7-063-688 |
| PeopleSoft Financials and Supply Chain Management 8.8 SP1 | February 11, 2010 | TX 7-065-319 |
| PeopleSoft Financials and Supply Chain Management 8.9 | February 11, 2010 | TX 7-065-332 |
| PeopleSoft Financials and Supply Chain Management 9.0 | February 11, 2010 | TX 7-065-354 |
| PeopleSoft Financials and Supply Chain Management 9.1 | February 11, 2010 | TX 7-065-357 |
| PeopleSoft Customer Relationship Management 9.0 | February 10, 2010 | TX 7-065-371 |
| PeopleSoft HRMS 8.8 SP1 | February 10, 2010 | TX 7-065-376 |
| PeopleSoft HRMS 8.9 | February 10, 2010 | TX 7-065-381 |
| PeopleSoft HRMS 9.0 | February 10, 2010 | TX 7-065-386 |
| PeopleSoft HRMS 9.1 | February 10, 2010 | TX 7-065-398 |
| PeopleSoft Student Administration Solutions 8.0 SP1 | February 24, 2010 | TX 7-077-447 |
| PeopleSoft Campus Solutions 8.9 | February 24, 2010 | TX 7-077-451 |
| PeopleSoft Campus Solutions 9.0 | February 24, 2010 | TX 7-077-460 |
| PeopleTools 8.42 | March 8, 2010 | TX 7-092-406 |
| PeopleTools 8.44 | March 8, 2010 | TX 7-092-583 |
| PeopleTools 8.43 | March 8, 2010 | TX 7-092-603 |
| PeopleTools 8.45 | March 8, 2010 | TX 7-092-617 |

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

A/74544539.4/2021039-0000337130

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleTools 8.50 | March 8, 2010 | TX 7-092-757 |
| PeopleTools 8.46 | March 8, 2010 | TX 7-092-772 |
| PeopleTools 8.47 | March 8, 2010 | TX 7-092-797 |
| PeopleTools 8.48 | March 8, 2010 | TX 7-092-819 |
| PeopleTools 8.49 | March 8, 2010 | TX 7-092-855 |
| Oracle Database 11g Release 1 | March 24, 2011 | TX 7-324-157 |
| Oracle Database 11g Release 2 | March 24, 2011 | TX 7-324-158 |
| Database of Documentary Customer Support Materials for Siebel Software | July 1, 2009 | Txu1-607-453 |
| Database of Documentary Customer Support Materials for PeopleSoft Software | July 1, 2009 | Txu1-607-454 |
| Database of Documentary Customer Support Materials for J.D. Edwards Software | July 1, 2009 | TXu1-607-455 |

Oracle's investigation as to Rimini Street's public display of other registered copyrights is ongoing.  Oracle further contends that Rimini Street has publicly displayed additional copyrights as to which Oracle contends that it is the legal or beneficial owner of an exclusive right and that were not registered on the day that the Second Amended Complaint was filed.

Rimini Street has infringed Oracle's exclusive right to public display in these copyrighted works through actions including but not limited to making copyrighted materials available on Rimini Street's computer systems; and, demonstrating Oracle's copyrighted software.

**INTERROGATORY NO. 18:**

For each of the copyrighted works at issue, identify any instance in which Oracle contends that Rimini Street provided the copyrighted work to a customer whose license did not authorize that customer to access or use the protected expression, when the instance occurred, how Rimini provided the protected expression to the customer, and whether Oracle took any action in connection with the alleged instance.

**RESPONSE TO INTERROGATORY NO. 18:**

In addition to its General Objections, which Oracle incorporates here by reference, Oracle objects to Rimini Street's attempt to shift Rimini Street's burden as to its affirmative license defenses to Oracle.  Rimini Street, not Oracle, has the ultimate burden of proof on whether any

1  objects that the terms "functionality," "search functionality," "user interface," "interface

2  features," "content," are vague and ambiguous.

3       Subject to and without waiving those objections, pursuant to Fed. R. Civ. P. 33(d), Oracle

4  refers to documents produced or to be produced with Bates numbers ORCLRS1325343 to

5  ORCLRS1325434.  These documents generally show the functionality and user interface of

6  Metalink 3 in the relevant period, including the search functionality and the changes in

7  functionality from the Customer Connection system.

8

9  DATED:  November 21, 2011

10

11                 By:_____/s/_____

12                       Thomas S. Hixson
             Attorneys for Plaintiffs  Oracle USA, Inc., Oracle
               America, Inc., and Oracle International Corp.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORACLE'S RESPONSES TO RIMINI STREET'S FIFTH SET OF INTERROGATORIES (NO. 17-40)

A/74544539.4/2021039-0000337130