BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>        Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTIONS *IN LIMINE* NOS. 1-12 AND EXHIBITS TO THE DECLARATION OF THOMAS HIXSON** |

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), Local Rules 10-5(b) and 16.1-4, and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") respectfully request that the Court grant leave to file under seal certain portions of Oracle's Opposition to Defendants' Motions *In Limine* Nos. 1-12 and Exhibits 5-9, 12-18, 21-23, and 25-28 to the Declaration of Thomas Hixson in support of the same (the "Hixson Declaration"). These portions of Oracle's motion and supporting documents reflect information that Rimini Street, Inc. ("Rimini") has designated "Confidential" or "Highly Confidential - Attorneys' Eyes Only" under the Protective Order. Public, redacted versions of Oracle's Opposition to Defendants' Motions *In Limine* Nos. 1-12 and the Hixson Declaration were filed on August 14, 2015, *see* Dkt. 695-696, and an unredacted version of each was subsequently filed under seal with the Court, *see* Dkt. 697-698.

The Protective Order states, "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order *only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).* The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2 (emphasis supplied).

Rimini has designated the entirety or portions of the following documents cited or referred to in Oracle's Opposition to Defendants' Motions *In Limine* as Confidential ("C") or Highly Confidential - Attorneys' Eyes Only ("HC"):

1

ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTIONS *IN LIMINE* NOS. 1-12 AND EXHIBITS TO THE DECLARATION OF THOMAS HIXSON

| Hixson Decl. Ex. | Description | Designation |
|---|---|---|
| 5 | PTX 0015 | C |
| 6 | PTX 0035 | C |
| 7 | PTX 0036 | HC |
| 8 | PTX 0053 | C |
| 9 | PTX 0065 | C |
| 12 | PTX 0202 | C |
| 13 | PTX 0203 | C |
| 14 | PTX 0241 | C |
| 15 | PTX 0348 | C |
| 16 | PTX 0425 | HC |
| 17 | PTX 0580 | C |
| 18 | PTX 0601 | C |
| 21 | PTX 1328 | HC |
| 22 | PTX 1475 | C |
| 23 | PTX 1669 | HC |
| 25 | Seth Ravin 11/17/11 Dep. at 21:7–16, 144:19–145:6, 243:3-12 | C |
| 26 | Grigsby 6/8/11 Dep. at 309:22–310:15 | C |
| 27 | Report of Oracle's Expert Dr. Randall Davis at 62 | C |
| 28 | Report of Oracle's Expert Elizabeth Dean, ¶¶ 46, 388 | HC |

The Court has also granted Oracle's motion to seal Exhibits 10, 13, 25, and 37 to the Appendix of Exhibits in Support of Plaintiffs Motion for Evidentiary Sanctions for Spoliation (*see* Dkts. 309, 316, 317), all of which are referred to Oracle's Opposition.

Oracle submits these documents under seal pursuant to the Protective Order based on (a) Rimini's representation that it reasonably believes there is a valid basis under the Protective Order for its confidentiality designations, or (b) the Court's prior order sealing relevant information. For the former category, because the documents were designated by Rimini, Oracle is not in a position to provide further justification for why filing them publicly would cause Rimini harm sufficient to show good cause.

Oracle has submitted all other portions of Oracle's Opposition to Defendants' Motions *In Limine* and supporting papers to the Court's public files, which allow public access to all materials except for the items discussed above. Accordingly, the request to seal is narrowly tailored. For the foregoing reasons, Oracle respectfully requests that the Court grant leave to file under seal the documents discussed above.

| | | |
|---|---|---|
| 1 | DATED: August 14, 2015 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | By: _____/s/ Thomas S. Hixson_____ |
| 3 | | Thomas S. Hixson |
| | | Attorneys for Plaintiffs |
| 4 | | Oracle USA, Inc., |
| | | Oracle America, Inc., |
| 5 | | and Oracle International Corp. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTIONS *IN LIMINE* NOS. 1-12 AND EXHIBITS TO THE DECLARATION OF THOMAS HIXSON