| | | |
|---|---|---|
| 1 | SHOOK, HARDY & BACON LLP | GIBSON DUNN & CRUTCHER LLP |
| | B. Trent Webb, Esq. (*pro hac vice*) | Lauren Blas |
| 2 | Peter Strand Esq. (*pro hac vice*) | Blaine H. Evanson |
| 3 | Ryan D. Dykal Esq. (*pro hac vice*) | 333 S. Grand Ave., 47th Floor |
| | 2555 Grand Boulevard | Los Angeles, California 90071 |
| 4 | Kansas City, Missouri 64108-2613 | Telephone: 213-229-7000 |
| | Telephone: (816) 474-6550 | Facsimile: 213-229-7228 |
| 5 | Facsimile: (816) 421-5547 | bevanson@gibsondunn.com |
| | bwebb@shb.com | |
| 6 | | GIBSON DUNN & CRUTCHER LLP |
| 7 | Robert H. Reckers, Esq. (*pro hac vice*) | Joseph A. Gorman |
| | 600 Travis Street, Suite 1600 | 555 Mission Street |
| 8 | Houston, Texas   77002 | San Francisco, California  94105 |
| | Telephone: (713) 227-8008 | Telephone: 415-393-8296 |
| 9 | Facsimile: (731) 227-9508 | jgorman@gibsondunn.com |
| 10 | rreckers@shb.com | |
| | | GIBSON DUNN & CRUCTHER LLP |
| 11 | GREENBERG TRAURIG | Mark A. Perry |
| | Mark G. Tratos, Esq. (Nevada Bar No. 1086) | 1050 Connecticut Avenue N.W. |
| 12 | Brandon Roos, Esq. (Nevada Bar No. 7888) | Washington, D.C. 20036-5306 |
| 13 | Leslie Godfrey, Esq. (Nevada Bar No. 10229) | |
| | 3773 Howard Hughes Parkway | RIMINI STREET, INC. |
| 14 | Suite 400 North | Daniel B. Winslow |
| | Las Vegas, NV 89169 | 6601 Koll Center Parkway, Suite 300 |
| 15 | Telephone:  (702) 792-3773 | Pleasanton, California  94566 |
| | Facsimile:  (702) 792-9002 | Telephone: 925-264-7736 |
| 16 | tratosm@gtlaw.com | DWinslow@riministreet.com |
| | roosb@gtlaw.com | |
| 17 | godfreyl@gtlaw.com | *Attorneys for Defendants* |
| 18 | | *Rimini Street, Inc., and Seth Ravin* |
| | LEWIS AND ROCA LLP | |
| 19 | W. West Allen (Nevada Bar No. 5566) | |
| | 3993 Howard Hughes Parkway, Suite 600 | |
| 20 | Las Vegas, Nevada 89169 | |
| | Tel: (702) 949-8200 | |
| 21 | Fax: (702) 949-8398 | |
| 22 | WAllen@LRRLaw.com | |

7127891 v1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**CERTIFICATE OF SERVICE**

### **CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is 2555 Grand Boulevard, Kansas City, Missouri 64108. On August 14, 2015, I served the following documents:

1. Unredacted version of Defendants' Opposition to Oracle's Motion to Exclude Testimony of Defendants' Experts and accompanying Exhibits A-F. (Under Seal version: Dkt. No. 693 and Public version: 694.)

2. Unredacted version of Defendants' Opposition to Oracle's Motions In Limine Nos. 1-10 and accompanying Exhibits A-B (Under Seal version: Dkt. No. 690 and Public version: 691.)

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER<br>KIERAN P. RINGGENBERG<br>KAREN L. DUNN<br>STEVEN HOLTZMAN<br>WILLIAM A. ISAACSON<br>rpocker@bsfllp.com<br>kringgenberg@bsfllp.com<br>kdunn@bsfllp.com<br>sholtzman@bsfllp.com<br>wisaacson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON<br>KRISTEN A. PALUMBO<br>NITIN JINDAL<br>JOHN A. POLITO<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br>Nitin.jindal@morganlewis.com<br>John.polito@morganlewis.com<br><br>ORACLE CORPORATION<br>JAMES C. MAROULIS<br>DORIAN E. DALEY<br>DEBORAH K. MILLER<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Jim.maroulis@oragle.com<br>Dorian.daley@oracle.com<br>Deborah.miller@oracle.com |

The documents were served pursuant to FRCP 5(b) by sending it by electronic transmission. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: August 17, 2015                    By: ___/s/ Jeff Glidewell_____
                                          Jeff Glidewell
                                          Paralegal
                                          Shook, Hardy & Bacon LLP

- 3 -

7127891 v1