| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>   Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S MOTION TO RE-DESIGNATE RIMINI'S 2006-2011 CUSTOMER LIST AS "CONFIDENTIAL INFORMATION" UNDER THE PROTECTIVE ORDER AND EXHIBITS TO THE DECLARATION OF NITIN JINDAL** |

ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S MOTION TO RE-DESIGNATE
RIMINI'S 2006-2011 CUSTOMER LIST AND EXHIBITS TO JINDAL DECL.

DB3/ 200396646.1

1  Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), Local Rules 10-5(b) and 16.1-4, and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") respectfully request that the Court grant leave to file under seal certain portions of Oracle's Motion to Re-Designate Rimini's 2006-2011 Customer List As "Confidential Information" Under The Protective Order and Exhibits 4 and 5 to the Declaration of Nitin Jindal in support of the same (the "Jindal Declaration").  These portions of Oracle's motion and supporting documents reflect information that Rimini Street, Inc. ("Rimini") has designated "Highly Confidential - Attorneys' Eyes Only" under the Protective Order.  Public, redacted versions of Oracle's Motion to Re-Designate Rimini's 2006-2011 Customer List As "Confidential Information" Under The Protective Order and the Jindal Declaration were filed on August 19, 2015, *see* Dkt. 703 and 705, and an unredacted version of each was subsequently filed under seal with the Court, *see* Dkt. 706-707.

The Protective Order states, "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order *only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).*  The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation."  Protective Order ¶ 2 (emphasis supplied).

Rimini has designated the following documents cited or referred to in Oracle's Motion to Re-Designate Rimini's 2006-2011 Customer List As "Confidential Information" Under The Protective Order as Highly Confidential - Attorneys' Eyes Only ("HC"):

| Jindal Decl. Ex. | Description | Designation |
|---|---|---|
| 4 | PTX 2502 | HC |
| 5 | PTX 2547 | HC |

Oracle submits these documents under seal pursuant to the Protective Order based on Rimini's representation that it reasonably believes there is a valid basis under the Protective Order for its confidentiality designations.  Because the documents were designated by Rimini, Oracle is not in a position to provide further justification for why filing them publicly would cause Rimini harm sufficient to show good cause.

Oracle has submitted all other portions of Oracle's Motion to Re-Designate Rimini's 2006-2011 Customer List As Confidential Information Under The Protective Order and supporting papers to the Court's public files, which allow public access to all materials except for the items discussed above.  Accordingly, the request to seal is narrowly tailored.  For the foregoing reasons, Oracle respectfully requests that the Court grant leave to file under seal the documents discussed above.

DATED: August 19, 2015         MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/ Thomas S. Hixson_____
Thomas S. Hixson
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc.,
and Oracle International Corp.

2

ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S MOTION TO RE-DESIGNATE
RIMINI'S 2006-2011 CUSTOMER LIST AND EXHIBITS TO JINDAL DECL.