# **EXHIBIT C**

