| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>Peter Strand, Esq. (*pro hac vice*)<br>Ryan D. Dykal Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 3400<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>bevanson@gibsondunn.com | LEWIS AND ROCA LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>wallen@LRRLaw.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 780<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF ROBERT LACHS IN SUPPORT OF DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S OPPOSITION TO ORACLE'S MOTION TO RE-DESIGNATE RIMINI'S 2006-2011 CUSTOMER LIST**<br><br>Trial Date: **September 14, 2015** |

319000 v1

# DECLARATION OF ROBERT LACHS

I, Robert Lachs, am over the age of eighteen, am competent to testify, have personal knowledge of the facts stated below, and, under penalty of perjury hereby declare:

1. I am employed by Rimini Street, Inc. as Vice President of Sales. I have been in this role at Rimini since 2010. In this role, my responsibilities include the negotiation of Rimini's Support Services Agreements, which requires me to interact with new and potential Rimini clients on a daily basis.

2. Rimini's Support Services Agreements ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ While clients can cancel their Rimini maintenance service prior to the expiration of the contract's full term, the majority of Rimini's clients ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

3. Because of my responsibilities in negotiating Rimini's Support Services Agreements, I am aware that these agreements contain standard language. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ An example of the standard language is provided below:

[redacted]

1  █████████████████████████████████
2  ███████████████████████████████
3  ███████████████████████████████
4  ███████████████████████████████
5  ███████████████████████████████
6  ███████████████████████████████
7  ████████████████████████
8  █████████████████████████████████
9  ███████████████████████████████
10 ███████████████████████████████
11 ███████████████████████████████
12 ███████████████████████████████
13 ███████████████████████████████
14 ███████████████████████████████
15 ███████████████████████████████
16 ███████████████████████████████
17 ███████████████████████████████
18 ███████████████████████████████
19 ███████████████████████████████
20 ███████████████████████████████
21 ███████████████████████████████
22 ██████████████████████████
23 █████████████████████████████████
24 ███████████████████████████████
25 ███████████████████████████████
26 ███████████████████████████████
27 ███████████████████████████████
28 ███████████████████████████████

319000 v1

1
2
3
4
5
6
7   4.  Rimini also requests the right to disclose the client's relationship with Rimini publically, as
8   illustrated by the below standard language from the client's agreement:
9
10
11
12
13
14
15
16
17
18  5. ████████
19
20
21  6. ████████
22
23
24
25  7.  Based on my personal experience over the last 5 years working directly with Rimini's clients
26  and prospective clients, the disclosure of Rimini's entire client list to Oracle's executives would
27  cause competitive harm and/or business injury to Rimini ████
28

3

319000 v1

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 24, 2015.

                 */s/Robert Lachs*   
                 Robert Lachs

4

319000 v1