SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand Esq. (*pro hac vice*)
Ryan D. Dykal Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (731) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRRLaw.com

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' OPPOSITION TO ORACLE'S MOTION TO RE-DESIGNATE RIMINI'S 2006-2011 CUSTOMER LIST** |

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010 (*See* Dkt. 55, "Protective Order"), Local Rule 10-5(b) and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Defendants Rimini Street, Inc. and Seth Ravin ("Rimini") respectfully requests that the Court grant leave to file under seal portions of the Opposition to Oracle's Motion To Re-Designate Rimini's 2006-2011 Customer List and exhibits

319255 v1

thereto, and the Declaration of Robert Lachs in support of Defendants' Opposition to Oracle's Motion To Re-Designate Rimini's 2006-2011 Customer List. A public redacted version of the Opposition to Oracle's Motion to Re-Designate Rimini's 2006-2011 Customer List, and the Declaration of Robert Lachs in support of Defendants' Opposition to Oracle's Motion to Re-Designate Rimini's 2006-2011 Customer List were filed on August 24, 2015. Additionally, on August 24, 1015, the unredacted versions of the Opposition to Oracle's Motion To Re-Designate Rimini's 2006-2011 Customer List, and the Declarations of Robert Lachs in support of Defendants' Opposition to Oracle's Motion to Re-Designate Rimini's 2006-2011 Customer List was filed on August 24, 2015 were filed under seal.

The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (citations omitted). Sealing portions of Defendants' Opposition to Oracle's Motion To Re-Designate Rimini's 2006-2011 Customer List, and the Declaration Robert Lachs in support of Defendants' Opposition to Oracle's Motion To Re-Designate Rimini's 2006-2011 Customer List is requested because these documents contains includes information regarding Oracle's contact with Rimini's customers, portions of Rimini's Support Services Agreement that detail confidential language, and information gained during negotiations with new and potential Rimini customers. Disclosure of this information would competitively harm Rimini, and its abilities to negotiate with potential customers.

Rimini has submitted all other portions of Defendants' Opposition to Oracle's Motion To Re-Designate Rimini's 2006-2011 Customer List, and the Declaration of Robert Lachs in support of Defendants' Opposition to Oracle's Motion to Re-Designate Rimini's 2006-2011 Customer List, for filing in the Court's public files, which would allow public access to the filings except for the documents Rimini has designated as Highly Confidential. Accordingly, the request to seal is narrowly tailored.

For the foregoing reasons, Rimini respectfully requests that the Court grant leave to file portions of Defendants' Opposition to Oracle's Motion To Re-Designate Rimini's 2006-2011

Customer List (and exhibits), and the Declaration of Robert Lachs in support of Defendants' Opposition to Oracle's Motion to Re-Designate Rimini's 2006-2011 Customer List under seal.

DATED: August 24, 2015

LEWIS ROCA ROTHGERBER LLP

By: __/s/ *W. West Allen* _____
W. West Allen

*Attorneys for Defendants*
*Rimni Street, Inc. and Seth Ravin*

319255 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of August, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>FRED NORTON (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com<br>kringgenberg@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>NITIN JINDAL (*pro hac vice*)<br>JOHN A. POLITO(*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br>Nitin.jindal@morganlewis.com<br>John.polito@morganlewis.com<br><br>ORACLE CORPORATION<br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>500 Oracle Parkway<br>M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>jim.maroulis@oracle.com |

LEWIS ROCA ROTHGERBER LLP

By: */s/ Judy Estrada*

- 4 -

319255 v1