UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF DEFENDANTS' OPPOSITION TO ORACLE'S MOTION TO RE-DESIGNATE RIMINI'S 2006-2011 CUSTOMER LIST**

**[PROPOSED] ORDER**

Pending before this Court is Defendants Rimini Street, Inc. and Seth Ravin's ("Rimini") Motion for Leave to File Under Seal Portions Defendants' Opposition to Oracle's Motion To Re-Designate Rimini's 2006-2011 Customer List (and exhibits), and the Declarations of Robert Lachs in support of Defendants' Opposition to Oracle's Motion to Re-Designate Rimini's 2006-2011 Customer List under seal. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Defendant's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Defendants' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal portions of Defendants' Opposition to Oracle's Motion To Re-Designate Rimini's 2006-2011 Customer List, and the Declaration of Robert Lachs in support of Defendants' Opposition to Oracle's Motion to Re-Designate Rimini's 2006-2011 Customer List under seal.

IT IS SO ORDERED.
DATED:

By:_____
Hon. Larry R. Hicks
United States District Judge

- 5 -

319255 v1