SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
pstrand@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen, Esq. (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRLaw.com

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that Defendant's Rimini Street, Inc.'s and Seth Ravin's Opposition to Oracle's Motion to Re-Designate Rimini Street's Customer List was served on the 24th day of August, 2015, via email, as indicated on the attached.

/s/*Judy Estrada*
An Employee of Lewis Roca Rothgerber LLP

**Estrada, Judy**

| | |
|---|---|
| **From:** | Estrada, Judy |
| **Sent:** | Monday, August 24, 2015 10:37 PM |
| **To:** | 'Glidewell, Jeff (SHB)'; 'Blaine Evanson'; Broz, Rebecca J. (SHB); Chuang, Annie (SHB); Dammrich, Thomas J. (SHB); 'Daniel Winslow'; 'Deborah Miller'; 'Dorian Daley'; Faulk, Deborah (SHB); Gray, Michael W. (SHB); Hinkle, Daniel M. (SHB); 'Jennifer Gray'; 'Jim Maroulis'; 'John Polito'; 'Joseph Gorman'; 'Karen Dunn'; 'Kieran Ringgenberg'; 'Kristen Palumbo'; L Burrell; 'Lauren Blas'; 'Leslie AS Godfrey'; 'Lisa Lee'; 'LV Litdock'; 'Mark Perry'; 'Mark Tratos'; Niegowski, David (SHB); 'NitinJindal'; Reckers, Rob (SHB); 'Richard Pocker'; 'Rose Hilla'; Ross, Wendy (SHB); 'Steven Holtzman'; Strand, Peter (SHB); 'Thomas Hixson'; Allen, West; Wadding, Scott M. (SHB); Webb, Trent (SHB); 'William Isaacson' |
| **Subject:** | RE: Rimini Case No. 1 -- Civil Action No. 10cv106 |
| **Attachments:** | [714] SEALED RESPONSE TO MOTION.PDF |

Attached please find the Sealed Response filed this date