1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　　Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**ORDER GRANTING ORACLE'S MOTION TO RE-DESIGNATE DEFENDANTS' 2006-2011 CUSTOMER LIST AS "CONFIDENTIAL INFORMATION" UNDER THE PROTECTIVE ORDER** |

**O R D E R**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation's (together "Oracle" or "Plaintiffs") Motion to Re-Designate Rimini's 2006-2011 Customer List As Confidential Information Under The Protective Order. Dkt. 703. Having considered the parties' briefing papers and supporting documents, for good cause shown,

IT IS HEREBY ORDERED THAT: Plaintiffs' Motion is GRANTED, and undisputed fact paragraph 18 of the parties' Joint Pretrial Order (Dkt. 523) is hereby re-designated "Confidential" pursuant to the protective order in this matter (Dkt. 55).

**IT IS SO ORDERED.**

DATED this 26th day of August, 2015.

By: _____
Hon. Larry R. Hicks
United States District Judge