BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Oracle USA, Inc., Oracle
America, Inc., and Oracle International
Corporation

MORGAN, LEWIS & BOCKIUS, LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market Street
Spear Street Tower
San Francisco, CA  94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  (650) 506-4846
Facsimile:  (650) 506-7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, <br><br> Defendants. | Case No. 2:10-cv-00106-LRH-PAL <br><br> **PLAINTIFFS ORACLE'S MOTION TO SEAL THEIR MOTION TO COMPEL KEVIN MADDOCK TO APPEAR AT TRIAL** <br><br> Judge:      Hon. Larry R. Hicks |

1    Pursuant to the Stipulated Protective Order governing confidentiality of documents

2    entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of

3    the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and

4    Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the

5    Court order the Clerk of the Court to file under seal an unredacted copy of Oracle's Motion to

6    Compel Kevin Maddock to Appear at Trial ("Motion") and Exhibits C-E to the Declaration of

7    Kieran P. Ringgenberg in Support of Plaintiffs Oracle's Motion to Compel Kevin Maddock to

8    Appear at Trial ("Ringgenberg Declaration").  Unredacted copies of the Motion and Exhibits C-

9    E were individually lodged under seal with the Court on September 4, 2015.

10    Sealing of the unredacted Motion and Exhibits C-E is requested because the redacted

11    portions contain information that Rimini Street, Inc. and Seth Ravin (collectively the

12    "Defendants") have designated as "Confidential Information" and "Highly Confidential

13    Information – Attorneys' Eyes Only" under the terms of the Protective Order.  The Protective

14    Order states, "Counsel for any Designating Party may designate any Discovery Material as

15    'Confidential Information' and 'Highly Confidential Information – Attorneys' Eyes Only' under

16    the terms of this Protective Order only if such counsel in good faith believes that such Discovery

17    Material contains such information and is subject to protection under Federal Rule of Civil

18    Procedure 26(c).  The designation by any Designating Party of any Discovery Material as

19    'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall

20    constitute a representation that an attorney for the Designating Party reasonably believes there is

21    a valid basis for such designation."  Protective Order ¶ 2.

22    For sealing requests relating to non-dispositive motions, such as this, the presumption of

23    public access to court filings may be overcome by a showing of good cause under Rule 26(c).

24    *See Pintos v. Pacific Creditors Ass'n,* 605 F.3d 665, 678 (9th Cir. 2010); *Kamakana v. Honolulu,*

25    447 F.3d 1172, 1179 (9th Cir. 2006).  Defendants have identified the information redacted in the

26    Motion as well as Exhibits C-E as Confidential and Highly Confidential, and therefore have

27    represented that good cause exists for sealing those portions of the documents.  This is a

28    sufficient showing of good cause to permit a sealing order on a non-dispositive motion.  *See,*

ORACLE'S MOTION TO SEAL THEIR MOTION TO COMPEL KEVIN MADDOCK TO APPEAR
AT TRIAL

*e.g.*, *Pac. Gas & Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002).

**TESTIMONY AND DOCUMENTS DESIGNATED BY RIMINI AS CONFIDENTIAL**
**OR HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Rimini has designated the following documents cited or referred to in Oracle's motion and proposed order as Confidential or Highly Confidential – Attorneys' Eyes Only:

| EX. NO. | DESCRIPTION | CONF. DESIGN. |
|---|---|---|
| C | Oracle's Sixth Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6), dated November 7, 2011. [Oracle Depo. Ex. 1635] | Confidential |
| D | Excerpts from the deposition of Kevin Maddock taken on January 6, 2012. | Confidential |
| E | Excerpts from the deposition of Kevin Maddock taken on January 5, 2012. | Highly Confidential |

For the foregoing reasons, Oracle respectfully requests that the Court find that good cause exists to file under seal the unredacted copies of the Motion and Exhibits C-E, and to issue an order sealing the same.

DATED: September 4, 2015                    BOIES SCHILLER & FLEXNER LLP


                                            By: */s/ Kieran P. Ringgenberg*
                                                Kieran P. Ringgenberg
                                                Attorneys for Plaintiffs
                                                Oracle USA, Inc., Oracle America, Inc.,
                                                and Oracle International Corp.

Case No. 2:10-cv-00106-LRH-PAL
ORACLE'S MOTION TO SEAL THEIR MOTION TO COMPEL KEVIN MADDOCK TO APPEAR AT TRIAL

1

**CERTIFICATE OF SERVICE**

2     I hereby certify that on the 4th day of September, 2015, I electronically transmitted the

3 foregoing **PLAINTIFFS ORACLE'S MOTION TO SEAL THEIR MOTION TO COMPEL**

4 **KEVIN MADDOCK TO APPEAR AT TRIAL** to the Clerk's Office using the CM/ECF

5 System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all

6 counsel being registered to receive Electronic Filing.

7

8                                    /s/ Catherine Duong

9                                    An employee of Boies, Schiller & Flexner LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28