**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Oracle USA, Inc., a Colorado corporation;
and Oracle International Corporation, a
California corporation,

     Plaintiff(s),

   vs.

Rimini Street Inc., a Nevada Corporation,
Seth Ravin, an individual,

     Defendant(s).

Case # 2:10-cv-0106-LRH-PAL

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

  Annie Y. S. Chuang , Petitioner, respectfully represents to the Court:
  (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Shook, Hardy & Bacon LLP
(firm name)

with offices at      One Montgomery, Suite 2700
         (street address)

San Francisco ,   California    94104 ,
(city)      (state)    (zip code)

415-544-1900 ,   achuang@shb.com
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Rimini Street, Inc.      to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3.   That since ___7-28-1998___, Petitioner has been and presently is a
                            (date)
member in good standing of the bar of the highest Court of the State of ___California___
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|-------|---------------|------------|
| CALIFORNIA | 7-28-98 | 196307 |
| FLORIDA | 10-03-08 | 55538 |
| USDC SD California | January 11, 1999 | 196307 |
| USDC, ND California | January 19, 1999 | 196307 |
| USDC CD California | January 14, 1999 | 196307 |
| USDC ED California | January 12, 1999 | 196307 |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

2

Rev. 1/15

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
>
> None

7.      That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
>
> None

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:  (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF *California* )
                       )
COUNTY OF *San Francisco*)

*Annie YS. Chuong*, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

*24th* day of *August*, *2015*

_____
Notary Public or Clerk of Court

```
ANDREA JANELLE NAYERI
Commission # 2012062
Notary Public - California
San Francisco County
My Comm. Expires Mar 17, 2017
```

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____W. West Allen_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____3993 Howard Hughes Parkway, Suite 600_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89169_____,
(city)              (state)              (zip code)

_____702-949-8290_____      _____wallen@lrrlaw.com_____.
(area code + telephone number)      (Email address)

4

Rev. 1/15

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) _____ W. West Allen _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.
       (name of local counsel)

9

10

_____
(party's signature)
 Seth Ravin, Rimini Street,
Chief Executive Officer
(type or print party name, title)

_____
(party's signature)

Seth Ravin, individually
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5566    WAllen@lrrlaw.com
_____
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15



# The Florida Bar

**651 EAST JEFFERSON STREET**
**TALLAHASSEE, FLORIDA 32399-2300**

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
www.FLORIDABAR.ORG

State of Florida         )

County of Leon           )

In Re:      55538
            Annie Yu-Suan Chuang
            Shook Hardy & Bacon
            1 Montgomery St., Ste. 2700
            San Francisco, CA

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on September 26, 2008.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this  9th  day of September, 2015.

Pam Gerard
Membership Records Manager
The Florida Bar

PG/MW/ssT2:R10