| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | PETER E. STRAND (*pro hac vice*)<br>RYAN D. DYKAL (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 4 | rpocker@bsfllp.com | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | bwebb@shb.com<br>pstrand@shb.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | rdykal@shb.com |
| 7 | Washington, DC 20015 | SHOOK, HARDY & BACON LLP<br>ROBERT H. RECKERS (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | 600 Travis Street, Suite 3400<br>Houston, Texas 77002 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | rreckers@shb.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | LEWIS AND ROCA LLP<br>W. WEST ALLEN (NV Bar No. 5566) |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | 3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398 |
| 14 | sholtzman@bsfllp.com<br>fnorton@bsfllp.com | WAllen@LRLaw.com |
| 15 | kringgenberg@bsfllp.com | DANIEL B. WINSLOW<br>RIMINI STREET, INC. |
| 16 | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) | 6601 Koll Center Parkway Suite 300<br>Pleasanton, CA 94566 |
| 17 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower | Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| 18 | San Francisco, CA 94105<br>Telephone: 415.442.1000 | Attorneys for Defendants Rimini Street, |
| 19 | Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com | Inc., and Seth Ravin |
| 20 | kristen.palumbo@morganlewis.com | |
| 21 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) | |
| 22 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION | |
| 23 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 | |
| 24 | Telephone: 650.506.4846<br>Facsimile: 650.506.7114 | |
| 25 | dorian.daley@oracle.com<br>deborah.miller@oracle.com | |
| 26 | jim.maroulis@oracle.com | |
| 27 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and | |
| 28 | Oracle International Corp. | |

JOINT SUBMISSION OF PROPOSED JUROR QUESTIONNAIRE

7171635 v1

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**JOINT SUBMISSION OF PROPOSED JUROR QUESTIONNAIRE**<br><br>Trial Date: September 14, 2015 |

     For the Court's consideration, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants") jointly submit this proposed Juror Questionnaire. (*See* attached Exhibit A.)

Dated: September 9, 2015

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br><br>By:    */s/ Robert H. Reckers*<br>Robert H. Reckers<br>Attorneys for Defendants<br>Rimini Street, Inc. and<br>Seth Ravin | BOIES, SCHILLER & FLEXNER LLP<br><br>By*:*    */s/ Kieran Ringgenberg*<br>Kieran Ringgenberg<br>Attorneys for Plaintiffs<br>Oracle USA, Inc.,<br>Oracle America, Inc. and<br>Oracle International Corporation |

## ATTESTATION OF FILER

The signatories to this document are Kieran Ringgenberg and me, and I have obtained Mr. Ringgenberg's concurrence to file this document on his behalf.

Dated:  September 9, 2015

SHOOK, HARDY & BACON LLP

By*:*        */s/ Robert H. Reckers*
Robert H. Reckers
Attorneys for Defendants
Rimini Street, Inc. and
Seth Ravin

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing JOINT SUBMISSION OF PROPOSED JUROR QUESTIONNAIRE was filed, on September 9, 2015, with the Court's CM/ECF system which will send notice, via email, to all attorneys registered with the CM/ECF system.

*/s/ Robert H. Reckers*
Robert H. Reckers, Esq.