# EXHIBIT A

JUROR QUESTIONNAIRE
Please **print** your answers

Name:_____   Age:_____   Birthplace:_____

Residence:_____ Years:_____ Prior residence:_____ Years:_____
(City/Town)

Education:   Highest grade completed:_____   Degrees:_____

College and/or vocational schools attended:_____

Areas of study:_____

Occupation:   Job/Position:_____ Employer, length of service:_____

Prior Job/Position:_____ Employer, length of service:_____

Have you ever been responsible for maintaining, upgrading, or installing computer software at your place of employment?  Yes:___  No:____  If yes, describe:_____

Do you consider yourself to have little to no understanding of computer technology? Yes:____  No:____

If yes, describe:_____

How comfortable are you in general with installing computer software at home or at work?

Very comfortable:___ Somewhat comfortable:____  Not very comfortable:____

Please describe your job duties / responsibilities (if not employed describe last job): _____
_____

Have you or anyone close to you ever owned your own a business or had a significant ownership interest in a business? Yes:____ No:_____  If yes, describe:_____

Have you ever been involved in a lawsuit? Yes:____ No:____ If yes, describe:_____
_____

Page **1** of **3**

Have you heard of:  Oracle?  Yes:___  No:___     Rimini Street?  Yes:___  No:____

    If yes to either of the above, describe:_____

_____

Have you had a positive or negative experience with either Oracle or Rimini Street?  Yes:___  No:___

What is your marital status:  Single, never married:___  Married:___  Divorced/Separated:___

    Living with partner:____  Widow/widower:____  Other (describe): _____

Occupation, employer, and job duties of adults living in same household (if not employed indicate last job):

_____

Children:  Age(s):_____  Occupation (if employed):_____

_____

Military service of law enforcement training:  Yes:___  No:____  If yes, describe:_____

Do you, or anyone close to you, have any education, training, or job-related experience with the following?

        Law or legal system: ___  Intellectual Property: ___  Product licenses: ___

        Enterprise software: ___  Other high-tech field (e.g., computers, software, hardware): ___

        Describe: _____

        _____

Prior jury duty:  Yes:___  No:____  Number of times:____  Circle:  State Court    Federal Court

        Dates of service:_____  Circle:  Civil case, Criminal case

        Were you ever a foreperson? Yes:___  No: ___

        Did (all of) the jury(ies) reach a verdict?  Yes:___  No:_____

        What type(s) of case(s)? _____

Please circle the names of any of the following potential witnesses that you know or have heard of:

| Oracle employees (current and former): | Rimini Street employees (current and former): | Oracle experts: |
|---|---|---|
| Norm Ackerman | Jim Benge | Randall Davis (MIT) |
| Richard Allison | Shelley Blackmarr | Elizabeth Dean (TM Financial) |
| Paco Aubrejuan | Michael Davichick | Christian Hicks (Elysium Digital) |
| Safra Catz | Michael Kerr | Daniel Levy (AACG) |
| Richard Cummins | Beth Lester | Edward Yourdon (Nodruoy) |
| Richard Foster | Kevin Maddock | |
| David Renshaw | Seth Ravin | **Rimini Street experts:** |
| Robbin Henslee | David Rowe | Scott Hampton (Hampton IP) |
| Juan Jones | Brian Slepko | Brooks Hilliard |
| John Marandola | Susan Tahtaras | David Klausner |
| Gary Miller | Douglas Zorn | |
| Buffy Ransom | Douglas Baron | **Third parties:** |
| Edward Screven | David Radtke | Clark Strong (Birdville Ind. Sch. Dist.) |
| Charles Phillips | George Lester | Brian Baggett (Bausch & Lomb) |
| Jason Taylor | J.R. Corpuz | Barbara Shepard (Blue Cross & Blue Shield) |
| | Jeff Allen | Charles Tewell (Yum Restaurants) |
| | Krista Williams | Craig Paull (County of Kent) |
| | Manjula Hosalli | Graham Carter (SonicWALL) |
| | Ray Grigsby | James Dorvee (Sunrise Medical |
| | Susan Tahtaras | James Ward (Wendy's) |
| | Tim Conley | John Hintz (Hastings Entertainment) |
| | Alecia Holmes | J.P. Moore (Koch Business Solutions) |
| | Dennis Chiu | Kim Cabada (CKE Restaurants) |
| | John Whittenbarger | Rhonda Minks (Brazoria County) |
| | | Robin Murray (Adams Street Partners) |
| | | Ronald Higa (JALPAK) |
| | | Stephen Woodward Pitney Bowes |
| | | Thomas O'Brien (City of Flint) |
| | | Tracy Black (J.B. Hunt) |
| | | William Leake (Leads Customer Growth) |
| | | Paul Simmons (CedarCrestone) |
| | | Cort Swanson (AGCO Corporation) |

I declare under penalty of perjury that foregoing information is true and correct.

Signature:_____    Date:_____