BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

SHOOK, HARDY & BACON LLP
B. TRENT WEBB (*pro hac vice*)
PETER E. STRAND (*pro hac vice*)
RYAN D. DYKAL (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
pstrand@shb.com
rdykal@shb.com

SHOOK, HARDY & BACON LLP
ROBERT H. RECKERS (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas  77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

LEWIS ROCA ROTHGERBER LLP
W. WEST ALLEN (NV Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
WAllen@LRLaw.com

DANIEL B. WINSLOW
RIMINI STREET, INC.
6601 Koll Center Parkway Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

Attorneys for Defendants Rimini Street,
Inc., and Seth Ravin

1

STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN TRIAL EXHIBITS AND AMENDMENTS TO
THE PARTIES' WITNESS LISTS

319961 v2

1
2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

3
4
5
6
7
8
9
10

ORACLE USA, INC., a Colorado corporation;
ORACLE AMERICA, INC., a Delaware
corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation
and SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**STIPULATION AND [PROPOSED]
ORDER REGARDING CERTAIN
TRIAL EXHIBITS AND
AMENDMENTS TO THE PARTIES'
WITNESS LISTS**

Trial Date:  September 14, 2015

11
12
13
14
15
16

WHEREAS trial in this action is scheduled to commence on September 14, 2015.

WHEREAS Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") have reached agreements regarding certain trial exhibits, as well as the Parties' witness lists.

17

**STIPULATION REGARDING CERTAIN TRIAL EXHIBITS**:

18
19

WHEREAS the Parties acknowledge that the Parties' trial exhibit lists contain a significant number of duplicative trial exhibits.

20
21
22
23

THEREFORE IT IS HEREBY STIPULATED by and between the Parties that Oracle will withdraw from Oracle's trial exhibit list the agreements between Rimini Street and its customers identified on Exhibit A and, likewise, that Rimini will withdraw from Rimini's trial exhibit list the agreements between Oracle and its customers identified on Exhibit B.

24
25

It is further STIPULATED that the Parties may use at trial, the exhibits listed on the opposing Party's trial exhibit list, in the same manner as if listed on the Party's own trial exhibit list.

26
27
28

2

1

**STIPULATION REGARDING WITNESS LISTS**:

2       WHEREAS the Parties have conferred and agreed that Mr. Juan Jones and Shelley Blackmarr

3   may be added to the Parties' respective witnesses lists; and

4       WHEREAS the parties have agreed to a deposition on September 9, 2015 of Ms. Shelley

5   Blackmarr, who had not previously been deposed.

6       THEREFORE IT IS HEREBY STIPULATED by and between the Parties that Oracle may

7   add Mr. Juan Jones to its witness list and that Rimini Street may add Ms. Shelley Blackmarr to its

8   witness list.

9

10      **SO STIPULATED AND AGREED.**

11  Dated:  September 9, 2015

12

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By:      */s/  Robert H. Reckers* | By*:      /s/ Kieran Ringgenberg* |
| Robert H. Reckers<br>Attorneys for Defendants<br>Rimini Street, Inc. and<br>Seth Ravin | Kieran Ringgenberg<br>Attorneys for Plaintiffs<br>Oracle USA, Inc.,<br>Oracle America, Inc. and<br>Oracle International Corporation |

18

19      **IT IS SO ORDER**

20

21      Dated: _____       _____

22                                  Hon. Larry R. Hicks
                                    United States District Judge
23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN TRIAL EXHIBITS AND AMENDMENTS TO
THE PARTIES' WITNESS LISTS
319961 v2

1
2
3

**ATTESTATION OF FILER**

4
5
6

The signatories to this document are Kieran Ringgenberg and me, and I have obtained Mr.

Ringgenberg's concurrence to file this document on his behalf.

7
8

Dated:  September 9, 2015

SHOOK, HARDY & BACON LLP

9
10
11
12

By*:*        */s/  Robert H. Reckers*
_____
Robert H. Reckers
Attorneys for Defendants
Rimini Street, Inc. and
Seth Ravin

13
14
15

**CERTIFICATE OF SERVICE**

16
17
18
19
20
21

I  hereby  certify  that  the  foregoing  STIPULATION  AND  [PROPOSED]  ORDER  TO

AMEND  THE  PARTIES'  TRIAL  EXHIBIT  LISTS  AND  PRE-ADMIT  THE  ORACLE  AND

RIMINI  STREET  LICENSE  AGREEMENTS  was  filed,  on  September  9, 2015,  with  the  Court's

CM/ECF  system  which  will  send  notice, via  email,  to  all  attorneys  registered  with  the  CM/ECF

system.

22
23

*/s/ Robert H. Reckers*_____
Robert H. Reckers, Esq.

24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER REGARDING CERTAIN TRIAL EXHIBITS AND AMENDMENTS TO
THE PARTIES' WITNESS LISTS

319961 v2