SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
pstrand@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas   77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
bevanson@gibsondunn.com

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

LEWIS ROCA ROTHGERBER LLP
W. West Allen, Esq. (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@LRRLaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation;
ORACLE AMERICA, INC., a Delaware
corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC. , a Nevada corporation;
SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**DEFENDANTS' MOTION TO FILE
TRIAL BRIEF UNDER SEAL**

1    Pursuant to the Stipulated Protective Order governing confidentiality of documents,

2    (Protective Order, ECF No. 55), Local Rule 10-5(b), and Rules 5.2 and 26(c) of the Federal Rules of

3    Civil Procedure, Defendants Rimini Street, Inc. and Seth Ravin ("Rimini") move for leave to file

4    portions of their trial brief under seal.

5    On September 9, 2015, and in conjunction with this motion, Rimini filed a public, redacted

6    version of the trial brief. (ECF No. ___).  Rimini also filed a separate, unredacted sealed version

7    with the Court.

8    The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many

9    of information, including, but not limited to, trade secrets or other confidential research,

10   development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th

11   Cir. 2002) (citations omitted). Rimini requests that the Court seal the redacted portions of the trial

12   brief, because these redactions conceal information regarding Oracle's contact with Rimini's

13   customers and portions of Oracle's expert reports.  Oracle has designated this material as Highly

14   Confidential under the protective order.

15   This request is narrowly tailored. Rimini seeks leave to seal only the redacted portions of the

16   trial brief. Thus, the public retains access to all portions of the brief, except the documents and

17   information that the parties have designated Highly Confidential under the stipulated protective

18   order. (*See* ECF No. 55). Therefore, Rimini respectfully requests this Court's leave to file the trial

19   brief under seal.

20

21   DATED:        September 9, 2015              LEWIS & ROCA LLP

22

23                                               By:   /s/ *W. West Allen*
                                                       W. West Allen
24

25                                               *Attorneys for Defendants*
                                                 *Rimini Street, Inc. and Seth Ravin*
26

27

28

1

CERTIFICATE OF SERVICE

2        I hereby certify that on September 9, 2015, I electronically transmitted the attached document

3   to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic

4   Filing on the CM/ECF registrants.

5

/s/      *Judy Estrada*

6                                                    An employee of Lewis Roca Rothgerber LLP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28