1   BOIES, SCHILLER & FLEXNER LLP
    RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
    Las Vegas, NV 89101
3   Telephone: (702) 382-7300
    Facsimile: (702) 382-2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
    WILLIAM A. ISAACSON (*pro hac vice*)
6   KAREN L. DUNN (*pro hac vice*)
    5301 Wisconsin Ave, NW
7   Washington, DC 20015
    Telephone: (202) 237-2727
8   Facsimile: (202) 237-6131
    wisaacson@bsfllp.com
9   kdunn@bsfllp.com

10  BOIES, SCHILLER & FLEXNER LLP
11  STEVEN C. HOLTZMAN (*pro hac vice*)
    KIERAN P. RINGGENBERG (*pro hac vice*)
12  1999 Harrison Street, Suite 900
    Oakland, CA 94612
13  Telephone: (510) 874-1000
    Facsimile: (510) 874-1460
14  sholtzman@bsfllp.com
    kringgenberg@bsfllp.com
15
    Attorneys for Plaintiffs
16  Oracle USA, Inc., Oracle America, Inc., and
    Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  (650) 506-4846
Facsimile:  (650) 506-7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

17                  **UNITED STATES DISTRICT COURT**

18                        **DISTRICT OF NEVADA**

19
    ORACLE USA, INC., a Colorado corporation;          Case No. 2:10-cv-0106-LRH-PAL
20  ORACLE AMERICA, INC., a Delaware
    corporation; and ORACLE INTERNATIONAL              **PROPOSED VOIR DIRE**
21  CORPORATION, a California corporation,             **QUESTIONS**

22              Plaintiffs,

23          v.

24  RIMINI STREET, INC., a Nevada corporation;
    AND SETH RAVIN, an individual,
25
                Defendants.
26

27

28

1    Pursuant to the Court's August 14, 2015 Order Regarding Trial (Dkt. 688), Plaintiffs

2  Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively,

3  "Oracle") submit the following Proposed Voir Dire Questions[1]:

4       1.    Are you a Las Vegas resident?

5       2.    Have you ever lived in Las Vegas for more than 5 years?

6       3.    Are you married?

7       4.    Do you have any children?

8       5.    Are you currently employed?

9       6.    Have you (or any family members) ever worked for a technology or software

10  company?

11      7.    Have you ever heard of Oracle, the company?

12      8.    Have you ever heard of Rimini Street, the company?

13      9.    Do you have any friends or family members who have ever been employed by

14  Oracle or Rimini Street?

15      10.   Have you ever heard of Seth Ravin?

16      11.   Have you ever heard of PeopleSoft, JD Edwards, or Siebel?

17      12.   Have you ever used business software at any job?

18      13.   Do you have a computer science degree?

19      14.   Have you (or any of your family members) ever worked in the information

20  technology (IT) department at a company?

21      15.   Do you use a computer at home?

22      16.   Have you ever installed software on any computer?

23      17.   Have you or a close friend or family member ever sued anyone?

24      18.   Have you or a close friend or family member ever been sued?

25      19.   Do any of your family members work in the legal profession?

26      20.   Have you had any experience dealing with matters relating to copyrights?

27  ───────────────
[1] Separately, the Parties are submitting a proposed juror questionnaire.  If the Court uses that
28  questionnaire, then questions 1, 3-8, 10, 16, 19, 20, 24 and 25 listed above can be removed as
duplicative.

PROPOSED VOIR DIRE QUESTIONS

1    21.    Have you, or has anyone in your immediate family, been a party (either as a

2    plaintiff or as a defendant) to any lawsuit, civil or criminal?

3        a.    If so, who (you or a family member) was the party to the case?

4        b.    Was the person a plaintiff or a defendant?

5        c.    What was the nature of the case?

6        d.    Was it tried by jury?  What was the outcome?

7        e.    Is there anything about that experience that would cause you to question your

8            ability to decide this case fairly and impartially, only on the basis of the evidence

9            I admit during this trial and the law as I instruct you in it?

10   22.    Have you ever applied for a patent or copyright registration?

11   23.    Have you ever worked in sales?

12   24.    Do you own a small business?

13   25.    Have you ever owned a small business?

14   26.    Do you work for a small business?

15   27.    Have you ever worked for a small business?

16   28.    Do you work at a startup?

17   29.    Have you ever worked at a startup?

18   30.    Do you frequently download software, movies, or music?

19   31.    Do any of you have any specific feelings or opinions about lawsuits, lawyers or

20   the parties who bring lawsuits, either positive or negative?

21   32.    Do any of you have any personal objection to lawsuits that seek monetary

22   compensation for injuries and damages suffered?

23   33.    A plaintiff in this case seeks punitive damages.  Punitive damages are designed to

24   punish a party and deter future similar conduct.  Do any of you have an opinion on whether it is

25   appropriate for a jury to punish parties for wrongdoing by awarding punitive damages?

26   34.    Would any of you have any difficulty in following the Court's instructions with

27   respect to awarding punitive damages if the evidence were to justify such an award?

28

2

PROPOSED VOIR DIRE QUESTIONS

1   DATED:  September 9, 2015          Morgan, Lewis & Bockius LLP

2

3                            By:         /s/ Thomas Hixson     

Attorneys for Plaintiffs

4                           Oracle USA, Inc., Oracle America, Inc.

and Oracle International Corp.

5

6

7

8

9                          **ATTESTATION OF FILER**

10         The signatory to this document is Thomas S. Hixson and I have obtained his concurrence

11   to file this document on his behalf.

12

13   DATED:  September 9, 2015          BOIES, SCHILLER & FLEXNER LLP

14                           By: /s/ Kieran P. Ringgenberg    

15                           Kieran P. Ringgenberg (*pro hac vice*)

1999 Harrison Street, Suite 900

16                           Oakland, CA 94612

Telephone: (510) 874-1000

17                           Facsimile: (510) 874-1460

kringgenberg@bsfllp.com

18

19                           *Attorneys for Plaintiffs Oracle USA, Inc.,*

*Oracle America, Inc. and Oracle International*

*Corp.*

20

21

22

23

24

25

26

27

28

3

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that the foregoing PROPOSED VOIR DIRE QUESTIONS was filed, on

3

September 9, 2015, with the Court's CM/ECF system which will send notice, via email, to all

4

attorneys registered with the CM/ECF system.

5

6

Dated:  September 9, 2015                            BOIES, SCHILLER & FLEXNER LLP

7

By:        /s/ Kieran P. Ringgenberg

8
                                                                    Kieran P. Ringgenberg
                                                                    Attorneys for Plaintiffs
9
                                                                    Oracle USA, Inc.,
                                                                    Oracle America, Inc. and
10
                                                                    Oracle International Corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4