| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | SHOOK, HARDY & BACON LLP |
| | RICHARD J. POCKER (NV Bar No. 3568) | B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | Peter E. Strand (*pro hac vice*) |
| | Las Vegas, NV 89101 | Ryan D. Dykal (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300 | 2555 Grand Boulevard |
| | Facsimile: (702) 382-2755 | Kansas City, Missouri 64108-2613 |
| 4 | rpocker@bsfllp.com | Telephone: (816) 474-6550 |
| | | Facsimile: (816) 421-5547 |
| 5 | WILLIAM A. ISAACSON (*pro hac vice*) | bwebb@shb.com |
| | KAREN L. DUNN (*pro hac vice*) | pstrand@shb.com |
| 6 | 5301 Wisconsin Ave, NW | rdykal@shb.com |
| | Washington, DC 20015 | |
| 7 | Telephone: (202) 237-2727 | Robert H. Reckers (*pro hac vice*) |
| | Facsimile: (202) 237-6131 | 600 Travis Street, Suite 3400 |
| 8 | wisaacson@bsfllp.com | Houston, Texas  77002 |
| | kdunn@bsfllp.com | Telephone: (713) 227-8008 |
| 9 | | Facsimile: (713) 227-9508 |
| | STEVEN C. HOLTZMAN (*pro hac vice*) | rreckers@shb.com |
| 10 | KIERAN P. RINGGENBERG (*pro hac vice*) | |
| | 1999 Harrison Street, Suite 900 | LEWIS ROCA ROTHGERBER LLP |
| 11 | Oakland, CA 94612 | W. West Allen (Nevada Bar No. 5566) |
| | Telephone: (510) 874-1000 | 3993 Howard Hughes Parkway, Suite 600 |
| 12 | Facsimile: (510) 874-1460 | Las Vegas, Nevada 89169 |
| | sholtzman@bsfllp.com | Tel: (702) 949-8200 |
| 13 | kringgenberg@bsfllp.com | Fax: (702) 949-8398 |
| | | WAllen@lrrlaw.com |
| 14 | | |
| | MORGAN, LEWIS & BOCKIUS LLP | GREENBERG TRAURIG |
| 15 | THOMAS S. HIXSON (*pro hac vice*) | Mark G. Tratos (Nevada Bar No. 1086) |
| | KRISTEN A. PALUMBO (*pro hac vice*) | Brandon Roos (Nevada Bar No. 7888) |
| 16 | One Market, Spear Street Tower | Leslie Godfrey  (Nevada Bar No. 10229) |
| | San Francisco, CA  94105 | 3773 Howard Hughes Parkway |
| 17 | Telephone:  (415) 442-1000 | Suite 400 North |
| | Facsimile:  (415) 442-1001 | Las Vegas, NV 89169 |
| 18 | thomas.hixson@morganlewis.com | Telephone: (702) 792-3773 |
| | kristen.palumbo@morganlewis.com | Facsimile: (702) 792-9002 |
| 19 | | tratosm@gtlaw.com |
| | DORIAN DALEY (*pro hac vice*) | roosb@gtlaw.com |
| 20 | DEBORAH K. MILLER (*pro hac vice*) | godfreyl@gtlaw.com |
| | JAMES C. MAROULIS (*pro hac vice*) | |
| 21 | ORACLE CORPORATION | Attorneys for Defendants Rimini Street, |
| | 500 Oracle Parkway, M/S 5op7 | Inc., and Seth Ravin |
| 22 | Redwood City, CA 94070 | |
| | Telephone:  650.506.4846 | |
| 23 | Facsimile:  650.506.7114 | |
| | dorian.daley@oracle.com | |
| 24 | deborah.miller@oracle.com | |
| | jim.maroulis@oracle.com | |
| 25 | | |
| | Attorneys for Plaintiffs | |
| 26 | Oracle USA, Inc., Oracle America, Inc., and | |
| | Oracle International Corp. | |
| 27 | | |
| 28 | | |

JOINT STATEMENT OF THE CASE

| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | |
| **DISTRICT OF NEVADA** | |

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 2:10-cv-0106-LRH-PAL |
| Plaintiffs, | **JOINT STATEMENT OF THE CASE** |
| v. | |
| RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual, | |
| Defendants. | |

1          Pursuant to the Court's August 14, 2015 Order Regarding Trial, Plaintiffs Oracle USA,
Inc., Oracle America, Inc., and Oracle International Corporation (together, "Oracle" or
"Plaintiffs") and Defendants Rimini Street and Seth Ravin (together, "Rimini") jointly submit
the below Statement of the Case:

This is a case brought by Oracle against Defendants Rimini Street and Seth Ravin, Rimini Street's founder and CEO. Oracle was founded in 1977, and Oracle develops and licenses computer software, and offers maintenance and support services at an additional annual fee for its software. Rimini Street was founded by Mr. Ravin in 2005, does not develop and license computer software, and only sells maintenance and support services for Oracle software and other companies' software.

Four of Oracle's software product lines are at issue: PeopleSoft, JD Edwards, Siebel, and Oracle Database. Businesses, non-profits, and government entities use this software to run their organizations and handle complex tasks, such as payroll, accounting, or sales. Oracle owns copyrights on software and support materials for all four of these product lines. Oracle has asserted claims against Rimini for copyright infringement of Oracle software and related materials, unlawful access to Oracle's computer systems, and unlawful interference with Oracle's customer relationships, and other claims. Oracle contends that Rimini obtained customers from Oracle through these unlawful actions. Rimini, by contrast, contends that Oracle's clients left Oracle Support Services and switched to Rimini Support Services for a variety of reasons having nothing to do with Rimini's alleged unlawful actions in this case. Based on the evidence presented during this trial, you will decide-whether it is more likely than not that Rimini Street is liable for each claim, and if so, you will be asked to decide on a corresponding amount of damages that should be awarded to Oracle.

JOINT STATEMENT OF THE CASE

1  DATED:  September 9, 2015

2

3  MORGAN, LEWIS & BOCKIUS LLP                SHOOK, HARDY & BACON LLP

4  By: /s/ Thomas S. Hixson                   By: /s/ Robert H. Reckers
       Thomas S. Hixson (*pro hac vice*)             Robert H. Reckers (*pro hac vice*)

5  *Attorneys for Plaintiffs Oracle USA, Inc.,*   *Attorneys for Defendants Rimini Street Inc.*
   *Oracle America, Inc. and Oracle International*           *and Seth Ravin*
6                    *Corp.*

7

8

9

10

11                              **<u>ATTESTATION OF FILER</u>**

12       The signatories to this document are Thomas S. Hixson and Robert R. Reckers and I have

13  obtained both Mr. Hixson and Mr. Reckers' concurrence to file this document on their behalf.

14

15  DATED:  September 9, 2015                   BOIES, SCHILLER & FLEXNER LLP

16                                              By: /s/ Kieran P. Ringgenberg

17                                                  Kieran P. Ringgenberg (*pro hac vice*)
                                                    1999 Harrison Street, Suite 900
18                                                  Oakland, CA 94612
                                                    Telephone: (510) 874-1000
19                                                  Facsimile: (510) 874-1460
                                                    kringgenberg@bsfllp.com
20
                                                *Attorneys for Plaintiffs Oracle USA, Inc.,*
21                                              *Oracle America, Inc. and Oracle International*
                                                                *Corp.*
22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing JOINT STATEMENT OF THE CASE was filed, on September 9, 2015, with the Court's CM/ECF system which will send notice, via email, to all attorneys registered with the CM/ECF system.

Dated: September 9, 2015

BOIES, SCHILLER & FLEXNER LLP

By:       */s/ Kieran P. Ringgenberg*
Kieran P. Ringgenberg
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation