BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS, LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-00106-LRH-PAL

**PLAINTIFFS ORACLE'S MOTION TO SEAL THEIR TRIAL BRIEF**

Judge: Hon. Larry R. Hicks

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the Court order the Clerk of the Court to file under seal an unredacted copy of Oracle's Oracle's Trial Brief. An unredacted copy of the Trial Brief was lodged under seal with the Court on September 9, 2015.

Sealing of the Trial Brief is requested because the redacted portions of it contain information that Rimini Street, Inc. and Seth Ravin (collectively the "Defendants") have designated as "Confidential Information" and "Highly Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order. The Protective Order states, "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' and 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2.

For sealing requests relating to non-dispositive motions, such as this, the presumption of public access to court filings may be overcome by a showing of good cause under Rule 26(c). *See Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010); *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Defendants have identified the information redacted in the Trial Brief as Confidential and Highly Confidential, and therefore Defendants have represented that good cause exists for sealing those portions of the documents. This is a sufficient showing of good cause to permit a sealing order on a non-dispositive motion. *See, e.g.*, *Pac. Gas & Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002).

**DOCUMENTS DESIGNATED AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Defendants have designated the following materials cited or referred to in Oracle's Trial Brief as Confidential or Highly Confidential – Attorneys' Eyes Only:

| TRIAL EX. NO. | DESCRIPTION | CONF. DESIGN. |
|---|---|---|
| | Expert Report of Scott D. Hampton. | Highly Confidential (by Rimini) |
| PTX_0001 | Email from Ravin to Chiu, Subject: Re: Orbitz 6.0.1 + 6.0.1.310 patch software available for download from Siebel FTP, bates labeled RSI02618681-RSI02618684 | Highly Confidential (by Rimini) |
| PTX_0003 | Rimini Street, Inc. First-Round Investment Funding Opportunity Summary, bates labeled RSI00013001-RSI00013002 | Highly Confidential (by Rimini) |
| PTX_0004 | Email chain from Dennis Chiu to Seth Ravin Subject: Re: Susan's Work Plan, bates labeled RSI02518800-RSI02518804 | Highly Confidential (by Rimini) |
| PTX_0005 | Email chain from Dennis Chiu to Seth Ravin Subject: Re: Susan's Work Plan, bates labeled RSI02518800-RSI02518804 | Highly Confidential (by Rimini) |
| PTX_0007 | Email from Whittenbarger to Slarve, Subject: Re: Support Web Extract Admin Guide - Final, bates labeled RSI00812295-RSI00812296 | Highly Confidential (by Rimini) |
| PTX_0010 | Email from Baron to Chiu re Updates and Fixes Download - - Larger Test Successful, bates labeled RSI02626309-RSI02626311 | Highly Confidential (by Rimini) |
| PTX_0011 | Email from Lester to Chiu, Subject: Re: Welcome to Rimini Streetl, bates labeled RSI02123318-RSI02123320 | Highly Confidential (by Rimini) |
| PTX_0013 | Email from Baron to Chiu (ccing G Lester), Subject: Re: PeopleTools 8.22 PeopleBooks CD, bates labeled RSI02626680-RSI02626683 | Highly Confidential (by Rimini) |
| PTX_0015 | Email from Chiu to Hughes ect: Re: Moraine Park Technical College, bates labeled RSI02046869-RSI02046874 | Highly Confidential (by Rimini) |
| PTX_0016 | Email from Chiu to G Lester, Subject: Moraine Park Technical College, bates labeled RSI02131586-RSI02131586 | Highly Confidential (by Rimini) |
| PTX_0017 | Email from Dennis Chiu to George Lester copied to Beth Lester Subject: Notes from Kick off Call with Correctional Medical Svc, bates labeled RSI02548329-RSI02548330 | Highly Confidential (by Rimini) |

| | | |
|---|---|---|
| PTX_0020 | Email from Chiu to Lester copied to Ravin, Davivhick re Updated Terms of Uses verbiage in CC, bates labeled RSI06666462-RSI06666465 | Confidential (by Rimini) |
| PTX_0022 | Email chain from Dennis Chiu to Seth Ravin copied to George Lester, Thomas Shay Subject: Re: Fw: Authorization to download [City of Eugene], bates labeled RSI00771937-RSI00771941 | Highly Confidential (by Rimini) |
| PTX_0023 | Email from Rich Hughes to Seth Ravin re PeopleSoft Consulting Services, bates labeled RSI03232687-RSI03232701 | Highly Confidential (by Rimini) |
| PTX_0027 | Email chain from Dennis Chiu to Seth Ravin copied to George Lester, Thomas Shay Subject: Re: GMAC Archives, bates labeled RSI02404023-RSI02404024 | Highly Confidential (by Rimini) |
| PTX_0029 | Email from Ravin to Metcalf, Subject: Re: Abilene ISD Proposal Question, bates labeled RSI03209167-RSI03209167 | Highly Confidential (by Rimini) |
| PTX_0030 | Email from Ravin to Charnock, Subject: Re: Checking In, bates labeled RSI03234802-RSI03234804 | Highly Confidential (by Rimini) |
| PTX_0031 | Email from Davichick to Carter Subject: RE: FW: Urgent Oracle Renewal!!!!!!!!!!!!!, bates labeled RSI03272123-RSI03272159 | Highly Confidential (by Rimini) |
| PTX_0033 | Email from Chiu to Davichick cc Slepko, Subject: Fw: Rimini Street Onboarding: Medtronic, Inc., Attachments: Medtronic, Inc. - JDE Product Listing.xls, bates labeled RSI03312378-RSI03312385 | Highly Confidential (by Rimini) |
| PTX_0034 | Email from Corpuz to Baron, Subject: Re: Quick JDE Question, bates labeled RSI00463011-RSI00463011 | Highly Confidential (by Rimini) |
| PTX_0035 | Email from Ravin to Davichick, Subject: Re: Fw: RiminiStreet Contract- first redline version, Attachments: Rimini Street.DOC, bates labeled RSI03001396-RSI03001413 | Highly Confidential (by Rimini) |
| PTX_0036 | Email from Michael Davichick to Jim Ward Subject: Re: RiminiStreet Contract- First redline version, bates labeled WENDYS-SUB00129-WENDYS-SUB00131 | Confidential (by Rimini) |
| PTX_0037 | Email from Whittenbarger to Chiu, Subject: Re: Fw: Harlequin Metalink3 Archive & Customer Connection to retire Nov 08, bates labeled RSI00843912-RSI00843920 | Highly Confidential (by Rimini) |
| PTX_0038 | Email from Chiu to Baron cc: Corpuz, Subject: Re: Harlequin, bates labeled RSI00343896-RSI00343900 | Highly Confidential (by Rimini) |
| PTX_0040 | Re: HCM100268 status update, bates labeled RSI03374594-RSI03374599 | Highly Confidential (by Rimini) |
| PTX_0041 | Email from Tahtaras to Radtke, Subject: Re Dev Environment Confusion (As Listed on the Intranet), bates labeled RSI03376355-RSI03376358 | Highly Confidential (by Rimini) |

| | | |
|---|---|---|
| PTX_0042 | Email from Whittenbarger to Chiu et al., Re: P3 - General Inquiry case #00003908 for XO Communications has been assigned to Dennis Chiu, bates labeled RSI01041045-RSI01041046 | Highly Confidential (by Rimini) |
| PTX_0043 | Email from Whittenbarger to suresh.k.karnala@xo.com Re: FW: Customer Communication SECOND NOTICE - XO Communications , bates labeled RSI00832449-RSI00832451 | Highly Confidential (by Rimini) |
| PTX_0053 | Email from Limburg to Williams Subject: Fw: VM Installation , bates labeled RSI04083749-RSI04083750 | Confidential (by Rimini) |
| PTX_0056 | Email from Davichick to Seigel and Cabada Re Changes requested to CKE Agreement, bates labeled RSI03258880-RSI03258882 | Highly Confidential (by Rimini) |
| PTX_0057 | Email from Williams to Chiu, Subject: Re: Build Priority List, bates labeled RSI01043833-RSI01043842 | Highly Confidential (by Rimini) |
| PTX_0059 | Email from Chiu to Cabada, Subject: RE: Voice Message, bates labeled RSI02125339-RSI02125346 | Highly Confidential (by Rimini) |
| PTX_0060 | Email from Freeman to Benge et al, Re: Fw: Big Lots - environment issue, bates labeled RSI02229020-RSI02229024 | Highly Confidential (by Rimini) |
| PTX_0063 | Email from Williams to Chiu, Subject: Re: old software folder, bates labeled RSI01990917-RSI01990918 | Highly Confidential (by Rimini) |
| PTX_0064 | Email from Freeman to Williams Subject: Re: Tools and base app CD's no longer available on //rsi-clsv01\shares\client_software\PeopleSoft, bates labeled RSI03784117-RSI03784120 | Highly Confidential (by Rimini) |
| PTX_0065 | Email from Chris Limburg to Jon Royse copied to Ed Freeman Subject: B&L, bates labeled RSI04026526-RSI04026526 | Confidential (by Rimini) |
| PTX_0310 | Email from Whittenbarger to Karnala Re: XO issue and trouble shot, bates labeled RSI00833774-RSI00833775 | Highly Confidential (by Rimini) |
| PTX_2152 | Email from Beth Lester to Dennis Chiu Re: Moraine Park Technical College, bates labeled RSI02237456-RSI02237458 | Highly Confidential (by Rimini) |
| PTX_4896 | Email from Seth Ravin to Kasey Young copied to Brian O'Malley, Michael Brown Subject: RE: Rimini Street - Series A, bates labeled RSI00015016-RSI00015077 | Highly Confidential (by Rimini) |
| PTX_4937 | Email from R. Gaston to M. Davichick RE: Follow Up - Resources, bates labeled RSI03343827-RSI03343828 | Highly Confidential (by Rimini) |

For the foregoing reasons, Oracle respectfully requests that the Court find that good cause exists to file under seal the unredacted copy of the Trial Brief, and to issue an order sealing the same.

DATED: September 9, 2015

BOIES SCHILLER & FLEXNER LLP

By: /s/ *Kieran P. Ringgenberg*
Kieran P. Ringgenberg
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2015, I electronically transmitted the foregoing **PLAINTIFFS ORACLE'S MOTION TO SEAL THEIR TRIAL BRIEF** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ *Kieran P. Ringgenberg*
An employee of Boies, Schiller & Flexner LLP