| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower |
| 3 | Las Vegas, NV 89101<br>Telephone: (702) 382-7300 | San Francisco, CA 94105<br>Telephone: (415) 442-1000 |
| 4 | Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | Facsimile: (415) 442-1001<br>thomas.hixson@morganlewis.com |
| 5 | | kristen.palumbo@morganlewis.com |
| 6 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*) | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 7 | 5301 Wisconsin Ave, NW<br>Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Telephone: 650.506.4846<br>Facsimile: 650.506.7114 |
| 10 | | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 11 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | jim.maroulis@oracle.com |
| 12 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | |
| 13 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 14 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 15 | kringgenberg@bsfllp.com | |
| 16 | Attorneys for Oracle USA, Inc., Oracle<br>America, Inc., and Oracle International | |
| 17 | Corporation | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 21 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC. a Delaware | Case No. 2:10-cv-00106-LRH-PAL |
| 22 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **[PROPOSED] ORDER GRANTING<br>MOTION TO SEAL ORACLE'S** |
| 23 | Plaintiffs, | **TRIAL BRIEF** |
| 24 | v. | Judge:   Hon. Larry R. Hicks |
| 25 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| 26 | Defendants. | |

Case No. 2:10-cv-00106-LRH-PAL

[PROPOSED] ORDER GRANTING MOTION TO SEAL ORACLE'S TRIAL BRIEF

**[PROPOSED] ORDER**

1  
2    Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and  
3  Oracle International Corporation's (collectively "Oracle") Trial Brief.  Federal Rule of Civil  
4  Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents  
5  for, *inter alia*, the protection of "a trade secret or other confidential research, development, or  
6  commercial information."  Fed. R. Civ. P. 26(c).  Having considered Oracle's Motion to Seal,  
7  good cause having been shown:  
8    IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The Clerk of  
9  the Court shall file under seal the documents specified in Oracle's Motion.  
10    IT IS SO ORDERED.  
11  
12  DATED:_____        By:_____  
                                                           United States District Court Judge  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

1                        Case No. 2:10-cv-00106-LRH-PAL