**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**STIPULATION AND ORDER REGARDING CERTAIN TRIAL EXHIBITS AND AMENDMENTS TO THE PARTIES' WITNESS LISTS**

Trial Date: September 14, 2015

---

WHEREAS trial in this action is scheduled to commence on September 14, 2015.

WHEREAS Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants"; together with Oracle, the "Parties") have reached agreements regarding certain trial exhibits, as well as the Parties' witness lists.

**STIPULATION REGARDING CERTAIN TRIAL EXHIBITS**:

WHEREAS the Parties acknowledge that the Parties' trial exhibit lists contain a significant number of duplicative trial exhibits.

THEREFORE IT IS HEREBY STIPULATED by and between the Parties that Oracle will withdraw from Oracle's trial exhibit list the agreements between Rimini Street and its customers identified on Exhibit A and, likewise, that Rimini will withdraw from Rimini's trial exhibit list the agreements between Oracle and its customers identified on Exhibit B.

It is further STIPULATED that the Parties may use at trial, the exhibits listed on the opposing Party's trial exhibit list, in the same manner as if listed on the Party's own trial exhibit list.

**STIPULATION REGARDING WITNESS LISTS**:

WHEREAS the Parties have conferred and agreed that Mr. Juan Jones and Shelley Blackmarr may be added to the Parties' respective witnesses lists; and

WHEREAS the parties have agreed to a deposition on September 9, 2015 of Ms. Shelley Blackmarr, who had not previously been deposed.

THEREFORE IT IS HEREBY STIPULATED by and between the Parties that Oracle may add Mr. Juan Jones to its witness list and that Rimini Street may add Ms. Shelley Blackmarr to its witness list.

**SO STIPULATED AND AGREED.**

Dated: September 9, 2015

| SHOOK, HARDY & BACON LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By:   */s/ Robert H. Reckers*<br>Robert H. Reckers<br>Attorneys for Defendants<br>Rimini Street, Inc. and<br>Seth Ravin | By:   */s/ Kieran Ringgenberg*<br>Kieran Ringgenberg<br>Attorneys for Plaintiffs<br>Oracle USA, Inc.,<br>Oracle America, Inc. and<br>Oracle International Corporation |

**IT IS SO ORDERED.**

DATED this 9th day of September, 2015

_____
Hon. Larry R. Hicks
United States District Judge

2