**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANTS' MOTION TO FILE TRIAL BRIEF UNDER SEAL**<br><br>**AND ORDER THEREON** |

1  Pursuant to the Stipulated Protective Order governing confidentiality of documents, (Protective Order, ECF No. 55), Local Rule 10-5(b), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Defendants Rimini Street, Inc. and Seth Ravin ("Rimini") move for leave to file portions of their trial brief under seal.

On September 9, 2015, and in conjunction with this motion, Rimini filed a public, redacted version of the trial brief. (ECF No. 739). Rimini also filed a separate, unredacted sealed version with the Court.

The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (citations omitted). Rimini requests that the Court seal the redacted portions of the trial brief, because these redactions conceal information regarding Oracle's contact with Rimini's customers and portions of Oracle's expert reports. Oracle has designated this material as Highly Confidential under the protective order.

This request is narrowly tailored. Rimini seeks leave to seal only the redacted portions of the trial brief. Thus, the public retains access to all portions of the brief, except the documents and information that the parties have designated Highly Confidential under the stipulated protective order. (*See* ECF No. 55). Therefore, Rimini respectfully requests this Court's leave to file the trial brief under seal.

DATED:   September 9, 2015

LEWIS & ROCA LLP


By: /s/ *W. West Allen*
    W. West Allen

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of September, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE