SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
wallen@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone:  (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 780
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF KEVIN R. MADDOCK IN SUPPORT OF DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S OPPOSITION TO ORACLE'S MOTION TO COMPEL KEVIN MADDOCK TO APPEAR AT TRIAL**<br><br>Trial Date:  **September 14, 2015** |

320231 v2

## DECLARATION OF KEVIN R. MADDOCK

I, Kevin R. Maddock, am over the age of eighteen, am competent to testify, have personal knowledge of the facts stated below, and, under penalty of perjury hereby declare:

1. I am the Senior Vice President of Global Sales at Rimini Street, Inc. ("Rimini").

2. My business address is 6601 Koll Center Parkway, Suite 300, Pleasanton, California 94566. Attached as Exhibit A is a true and correct copy of my business card, reflecting my business address in California. I regularly work in an office at this location with 3 employees who report to me directly and 10 employees in my organization who work at this location. It is my understanding that Rimini employs approximately 150 individuals at its office in Pleasanton, California.

3. I am a citizen and resident of San Francisco, California, and have lived there for 20 years. I do not have a residence or office in Nevada.

4. I have traveled to Las Vegas only once in 2015. The purpose of this trip was to attend a June 2015 meeting attended by Rimini employees from various Rimini offices, including Rimini's offices in New York, California, Nevada, and international offices. It is my understanding that the meeting was attended by Rimini employees who do not regularly (if ever) travel to Las Vegas for work-related purposes. On average, since joining Rimini in December 2008, I have traveled to Las Vegas for work-related purposes only approximately two or three times per year.

5. Attached as Exhibit B is a true and correct copy of the "Contact Us" page from Rimini's website.

6. I understand that Mr. Michael Davichick (Vice President of Sales), who has worked at Rimini since 2006, before I joined the Company, also is knowledgeable about the subject matter on which Oracle intends to question me at trial based on my understanding from Oracle's motion to compel.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on September 10, 2015.

Kevin R. Maddock