# Exhibit A

**Rimini Street**
Redefining Enterprise Software Support ™

**Kevin R. Maddock**
Senior Vice President
Global Sales

**Rimini Street, Inc.**
6601 Koll Center Parkway
Suite 350
Pleasanton, CA 94566
Direct +1 925.484.9015
Cell +1 925.998.2829
Fax +1 925.369.7172
kmaddock@riministreet.com
www.riministreet.com