# Exhibit B

# Rimini Street

Home / Company / Contact Us

## Contact Us

### Client Support

If you are a Rimini Street client in need of immediate support, please visit our Client Portal for a list of Support Hotlines or to log a case.

### Rimini Street Corporate Contact Information

**Information and Sales**
Tel +1 888-870-9692
Tel +1 702-839-9671
Fax +1 702-973-7491
info@riministreet.com

**Media & Analyst Contact**
Alma Park
Tel +1 323-229-7282
apark@riministreet.com

### U.S. Office Locations

**Nevada**
Worldwide Headquarters

Rimini Street, Inc.
3993 Howard Hughes Parkway
Suite 500
Las Vegas, NV 89169 USA
Tel +1 702-839-9671
Fax +1 702-973-7491

**California**
Silicon Valley Operations Center

Rimini Street, Inc.
6601 Koll Center Parkway
Suite 300
Pleasanton, CA 94566 USA
Tel +1 925-484-9211

**New York**

Rimini Street, Inc.
5 Penn Plaza, 19th Floor
New York, NY 10001 USA

### International Office Locations

**Australia**

Rimini Street Australia Pty. Limited
Level 34 AMP Tower
50 Bridge Street
Sydney NSW 2000
Australia
Tel +61 2 8216 0960
Fax +61 2 8216 0701

**Australia**

Rimini Street Australia Pty. Limited
Level 31-120 Collins Street
Melbourne VIC 3000
Australia

**Brazil**

Rimini Street Brazil Serviços de Tecnologia Ltda.
Edifício Top Center
Av. Paulista, 854 - Conj 101 - 10° andar - Bela Vista
São Paulo - SP - 01310-100
Brazil
Tel +55 11 2186 0305
Fax +55 11 3443 6201

**China**

Rimini Street Software Technical Services (Beijing) Co., Ltd.
Rm.537, 5/F, Tower C, Lei Shing Hong Plaza
No.8 Wangjing Street, Chaoyang District
Beijing 100102, PR
China
Tel: +86 10 5682 5853
Fax: +86 10 5682 5877

**Germany**

Rimini Street GmbH
Westhafenplatz 1
60327 Frankfurt
Germany

**India**

Rimini Street India Operations Pvt. Ltd.
7th Floor, Tower B
Ananth Info Park
Hi-Tech City, Madhapur

### Contact Us

Please fill in your information and a representative will be in touch with you shortly.

Company

First Name

Last Name

Job Title

Business Email

Phone

Country:

Software

☐ Siebel
☐ PeopleSoft
☐ JD Edwards
☐ Oracle E-Business Suite
☐ Oracle Database
☐ Oracle Fusion Middleware
☐ Hyperion
☐ Oracle Retail
☐ SAP
☐ BusinessObjects

Maintenance Renewal Timing
Select One

Nature of Inquiry

☐ Quote
☐ Contact me
☐ More Information
☐ Partnership Inquiry

Other (please specify)

☐ I consent to receiving information on innovation and cost-saving strategies and services from Rimini Street.

How did you find us?
Select One

Submit Request

Tel: +49 69 710456 230
Fax: + 49 69 710456 450

Hyderabad-500 081, Telangana India
Tel +91 40 30819999

### India

Rimini Street India Operations Pvt. Ltd.
Suite # 4W, Neil Tower, Neil Rao Towers
Plot #117, Road # 3, EPIP Phase - 1, Whitefield
Bengaluru - 560066, Karnataka India
Tel +91 80 33018000

### Israel

Rimini Street Israel Ltd.
9 Hamenofim St. Building A. 8 FL.
P.O.Box 2148
Hertzelia Pituach 4672560
Israel
Tel +972-9-9716028

### Japan

Nihon Rimini Street KK
Shinjuku Park Tower N30th
3-7-1 Nishi Shinjuku
Shinjuku-ku Tokyo 163-1030
Tel +81 (0) 3 5326 3461
Fax +81 (0) 3 5326 3001

### Singapore

Centennial Tower
3 Temasek Avenue
Singapore 039190
Tel +65 65497225

### United Kingdom

Rimini Street Ltd.
Level 34
25 Canada Square
London
E14 5LQ
United Kingdom
Tel +44 (0)20 3763 7463

Copyright © 2005-2015 Rimini Street, Inc.  |  Request a Quote  |  Request More Information  |  Subscribe  |  **888-870-9692**  |  +1 702-839-9671  |  Privacy Policy  |  Terms of Use  |  Site Map