| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN L. DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | SHOOK, HARDY & BACON LLP<br>B. Trent Webb (*pro hac vice*)<br>Peter E. Strand (*pro hac vice*)<br>Ryan D. Dykal (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br>pstrand@shb.com<br>rdykal@shb.com<br><br>Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 3400<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br>LEWIS ROCA ROTHGERBER LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@lrrlaw.com<br><br>GREENBERG TRAURIG<br>Mark G. Tratos (Nevada Bar No. 1086)<br>Brandon Roos (Nevada Bar No. 7888)<br>Leslie Godfrey (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>Attorneys for Defendants Rimini Street, Inc., and Seth Ravin |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**JOINT REQUEST RE JURY LIST** |

1  Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation
2  and Defendants Rimini Street and Seth Ravin jointly submit this request regarding the jury list.
3  The parties understand that the Court will provide the parties with a jury list shortly before jury
4  selection at 1:00 p.m. on Monday, September 14, 2015.  The parties jointly request that, in
5  addition to the names of the potential jurors, to the extent available, the jury list include
6  additional information that the potential jurors may provide to the jury commissioner, including
7  their ages and occupation.
8
9
10 Dated: September 11, 2015
11
12
13 BOIES, SCHILLER & FLEXNER LLP                SHOOK, HARDY & BACON LLP

14 By: /s/ Kieran P. Ringgenberg                By: /s/ B. Trent Webb
       Kieran P. Ringgenberg (*pro hac vice*)          B. Trent Webb (*pro hac vice*)
15     1999 Harrison Street, Suite 900
       Oakland, CA 94612                        *Attorneys for Defendants Rimini Street Inc.*
16     Telephone: (510) 874-1000                          *and Seth Ravin*
       Facsimile: (510) 874-1460
17     kringgenberg@bsfllp.com

18   *Attorneys for Plaintiffs Oracle USA, Inc.,*
     *Oracle America, Inc. and Oracle International*
19                    *Corp.*

20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 1 | **ATTESTATION OF FILER** |

The signatories to this document are me and B. Trent Webb, and I have obtained Mr. Webb's concurrence to file this document on their behalf.

DATED: September 11, 2015          BOIES, SCHILLER & FLEXNER LLP

By: /s/ Kieran P. Ringgenberg

Kieran P. Ringgenberg (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing JOINT REQUEST RE JURY LIST was filed, on September 11, 2015, with the Court's CM/ECF system which will send notice, via email, to all attorneys registered with the CM/ECF system.

Dated: September 11, 2015          BOIES, SCHILLER & FLEXNER LLP

By:     */s/ Kieran P. Ringgenberg*
Kieran P. Ringgenberg
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation