BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>　　　　　Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF THOMAS HIXSON IN SUPPORT OF JOINT REQUEST RE CUSTOMER DEPOSITION TESTIMONY** |

I, Thomas Hixson, declare as follows:

1. I am a member of the State Bar of California, and a partner at Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively, "Oracle" or "Plaintiffs") in this action. I submit this declaration in support of Oracle's Motions *In Limine*. I have personal knowledge of the matters stated herein and could and would testify competently about them if called upon to do so.

2. The Exhibits referenced below are all true and correct copies of excerpts from final deposition transcripts, or documents produced in discovery or during the pretrial meet and confer process. To minimize bulk, for ease of use, and to the extent possible without losing context, only the relevant pages and information are included in these Exhibits. We have provided yellow highlighting (in documents) and blue boxing (in transcripts) where possible to further assist in identifying the information relevant to Oracle's motion and cited in the accompanying brief and to provide relevant context. We have also marked Exhibits that are listed on the parties' exhibit lists with the designated trial exhibit number.

3. Attached as **Exhibit 1** is a true and correct copy of the relevant excerpts of the transcript of the November 1, 2011 deposition of Barbara Shepard, the corporate representative for Blue Cross and Blue Shield of Kansas City.

4. Attached as **Exhibit 2** is a true and correct copy of the relevant excerpts of the transcript of the November 15, 2011 deposition of James Ward, the corporate representative for Wendy's.

5. Attached as **Exhibit 3** is a true and correct copy of an August 18, 2015 email from counsel for Rimini to counsel for Oracle attaching Rimini's objections to Oracle's proposed pre-admitted deposition designations

6. Attached as **Exhibit 4** is a true and correct copy of the relevant excerpts of the transcript of the January 6, 2012 deposition of Kevin Maddock, Rimini's 30(b)(6) representative.

7. Attached as **Exhibit 5** is a true and correct copy of PTX 405, a May 1, 2010 email chain from Lynn McMillan to Barb Shepard, both employees of Blue Cross and Blue Shield of Kansas City.

1. 8. Attached as **Exhibit 6** is a true and correct copy of PTX 463, an August 4, 2008 email chain from James Ward of Wendy's to Michael Davichick of Rimini Street.

2. 9. Attached as **Exhibit 7** is a true and correct copy of the relevant excerpts of the report of Oracle's designated expert in this matter, Dr. Randall Davis.

3. 10. Attached as **Exhibit 8** is a true and correct copy of the relevant excerpts of Exhibit CustomerByFix to the report of Oracle's designated expert in this matter, Dr. Randall Davis.

4. 11. Attached as **Exhibit 9** is a true and correct copy of PTX 396, an August 19, 2008 email chain from Walter Hakenewert to Seth Ravin.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on September 11, 2015 in Las Vegas, Nevada.

/s/ Thomas Hixson
Thomas Hixson