# EXHIBIT 1
# REDACTED VERSION
# OF DOCUMENT FILED
# UNDER SEAL

Page 1

1

                    UNITED STATES DISTRICT COURT

2                        DISTRICT OF NEVADA

3     _____

      ORACLE, USA, INC., a Colorado

4     corporation; ORACLE AMERICA,

      INC., a Delaware corporation;

5     and ORACLE INTERNATIONAL

      CORPORATION, a California

6     corporation,

7                             Plaintiffs,

8            vs.                        No. 2:10-cv-00106

                                           -LRH-PAL

9     RIMINI STREET, INC., a

      Nevada corporation; SETH

10    RAVIN, an individual,

11                            Defendants.

      _____

12

13

               VIDEOTAPED DEPOSITION OF BARBARA SHEPARD

14                Taken on behalf of the Plaintiffs

15                       November 1, 2011

16

17                     Saundra Tippins, CCR

18

19           (The deposition began at 9:27 a.m.)

20

21

22

23

24

25    Pages 1 - 61



Page 10

```
1    Oracle software?
2       A   Yes.
3       Q   And what software does BlueCross BlueShield
4    license?
5       A   We license the financials, the HR, the portal
6    and what's the last one?  There's one more.
7       Q   Is it time and labor?
8       A   We have time and labor also, yes.
9       Q   And these are -- are these all within the
10   PeopleSoft family of products?
11      A   Correct.
12      Q   And is BlueCross BlueShield also a customer of
13   Rimini Street?
14      A   Yes.
15      Q   And what does Rimini Street provide for
16   BlueCross BlueShield?
17      A   Basic support services.
18      Q   And did BlueCross BlueShield previously
19   receive support from Oracle?
20      A   Yes.
21      Q   And when did BlueCross BlueShield switch from
22   Oracle support to Rimini Street support?
23      A   Back in July of 2010.
24      Q   I would like to mark for identification
25   Exhibit 722.
```

Page 11

```
1         (The reporter marked Exhibit No. 722.)
2       Q   (By Ms. Loeb) And Ms. Shepard, do you
3    recognize this document?
4       A   Yes.
5       Q   And what is it?
6       A   It was our notice to terminate the support
7    contract for the Oracle products listed.
8       Q   Okay.  And what was the effective date?
9       A   Midnight June 24th, 2010.
10      Q   Okay.  So it was on June 24th, 2010, that
11   Oracle support terminated and that you switched to Rimini
12   Street?
13      A   Yeah.
14      Q   Were you involved in the process by which
15   BlueCross BlueShield switched from Oracle to Rimini Street
16   for support?
17      A   Yes.
18      Q   And what was your role in that process?
19      A   I was the director over the IT team that
20   supported People soft products.
21      Q   And who -- who was it who made the decision to
22   switch?  Was it the IT team?
23      A   It was a combination.  Our final approval came
24   from what we call a PeopleSoft Executive Steering Committee
25   that's comprised of both IT and business.
```

Page 12

```
1       Q   Okay.  And are you on the steering committee?
2       A   Uh-huh, yes.
3       Q   And did the IT team make a recommendation to
4    the steering committee?
5       A   Yes.
6       Q   Okay.  And what was that recommendation?
7       A   The recommendation was to move from Oracle
8    support to Rimini Street.
```

Veritext National Deposition & Litigation Services
866 299-5127



Page 22

Page 24

Page 23

Page 25

Pages 22 to 25



Page 34

Page 36

Page 35

Page 37

**Veritext National Deposition & Litigation Services**
**866 299-5127**



Page 50

Page 52

Page 51

Page 53

Pages 50 to 53

**Veritext National Deposition & Litigation Services**
**866 299-5127**

Page 207

1                    CERTIFICATE OF REPORTER

2

3              I, Saundra Tippins, Certified Court Reporter,

4    Notary Public within and for the State of Missouri, do

5    hereby certify that the witness whose testimony appears in

6    the foregoing deposition was duly sworn by me; the

7    testimony of said witness was taken by me to the best of my

8    ability and thereafter reduced to typewriting under my

9    direction; that I am neither counsel for, related to, nor

10   employed by any of the parties to the action in which this

11   deposition was taken, and further that I am not a relative

12   or employee of any attorney or counsel employed by the

13   parties thereto, nor financially or otherwise interested in

14   the outcome of the action.

15

16

17

18

19

20

21                    Notary Public within and for

22                    the State of Missouri

23                    My commission expires June 30, 2013.

24                    ┌─────────────────────────────────────┐
                       │         SAUNDRA A. TIPPINS          │
                       │   Notary Public, Notary Seal        │
                       │        State of Missouri            │
                       │         Jackson County              │
                       │     Commission # 09440242           │
25                     │  My Commission Expires June 30, 2013 │
                       └─────────────────────────────────────┘