# EXHIBIT 3

# Jindal, Nitin

| | |
|---|---|
| **From:** | Reckers, Rob (SHB) <RRECKERS@shb.com> |
| **Sent:** | Tuesday, August 18, 2015 4:46 PM |
| **To:** | 'Kieran Ringgenberg'; Jindal, Nitin |
| **Cc:** | Strand, Peter (SHB); Glidewell, Jeff (SHB); Hixson, Thomas S.; Polito, John A.; William Isaacson; Karen Dunn; Niegowski, David (SHB); Dykal, Ryan D. (SHB); Gray, Michael W. (SHB) |
| **Subject:** | RE: Rimini I:  Stip re MILs and Pretrial Issues |
| **Attachments:** | Depo Designations and Counters - RSI.DOCX |

Kieran,

The attached Word document provides Rimini Street's objections, counters, and affirmative designation for the customer depositions identified by Oracle on August 3.  In addition to the attached, Rimini Street maintains each of the affirmative designations it previously disclosed for the following witnesses:  Mr. Phillips, Mr. Baggett, Ms. Black, Mr. Swanson, Mr. Tewell, and Mr. Woodward.

Thanks, Rob

**From:** Kieran Ringgenberg [mailto:kringgenberg@BSFLLP.com]
**Sent:** Monday, August 03, 2015 9:44 PM
**To:** Reckers, Rob (SHB); Jindal, Nitin
**Cc:** Strand, Peter (SHB); Glidewell, Jeff (SHB); Hixson, Thomas S.; Polito, John A.; William Isaacson; Karen Dunn; Niegowski, David (SHB); Dykal, Ryan D. (SHB); Gray, Michael W. (SHB)
**Subject:** RE: Rimini I: Stip re MILs and Pretrial Issues

Rob:

Attached is a spreadsheet with Oracle's proposed deposition designations for preadmission.

Best,

Kieran

**From:** Reckers, Rob (SHB) [mailto:RRECKERS@shb.com]
**Sent:** Friday, July 24, 2015 5:09 PM
**To:** Jindal, Nitin
**Cc:** Strand, Peter (SHB); Glidewell, Jeff (SHB); Hixson, Thomas S.; Polito, John A.; Kieran Ringgenberg; William Isaacson; Karen Dunn; Niegowski, David (SHB); Dykal, Ryan D. (SHB); Gray, Michael W. (SHB)
**Subject:** RE: Rimini I: Stip re MILs and Pretrial Issues

Nitin-

Attached is a spreadsheet identifying the 100 exhibits Rimini would like the discuss during the meet and confer process, as mentioned below.

Best, Rob

**From:** Reckers, Rob (SHB)
**Sent:** Thursday, July 16, 2015 4:23 PM
**To:** 'Jindal, Nitin'
**Cc:** Strand, Peter (SHB); Glidewell, Jeff (SHB); Hixson, Thomas S.; Polito, John A.; Kieran Ringgenberg (kringgenberg@BSFLLP.com); William Isaacson (Wisaacson@BSFLLP.com); Karen Dunn (KDunn@BSFLLP.com); Niegowski, David (SHB); Dykal, Ryan D. (SHB)
**Subject:** RE: Rimini I: Stip re MILs and Pretrial Issues

Nitin,

Attached is a clean version and redline of our edits to the proposed stipulation.   Also, Rimini's responses to your schedule of exchanges are below.  As you will see, we generally agree to Oracle's proposal though I have slightly modified the dates, as indicated in red.

Please let me know if you would like to discuss.

Thanks, Rob

---

**From:** Jindal, Nitin [mailto:nitin.jindal@morganlewis.com]
**Sent:** Tuesday, July 14, 2015 4:43 PM
**To:** Reckers, Rob (SHB)
**Cc:** Strand, Peter (SHB); Glidewell, Jeff (SHB); Hixson, Thomas S.; Polito, John A.; Kieran Ringgenberg (kringgenberg@BSFLLP.com); William Isaacson (Wisaacson@BSFLLP.com); Karen Dunn (KDunn@BSFLLP.com)
**Subject:** RE: Rimini I: Stip re MILs and Pretrial Issues

Rob -- I write to follow up on the below.  Please provide us with your response on our proposals by Thursday, July 16th.

Thanks,

Nitin

**Nitin Jindal**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1337 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
nitin.jindal@morganlewis.com | www.morganlewis.com

---

**From:** Jindal, Nitin
**Sent:** Thursday, July 09, 2015 5:42 AM
**To:** 'Reckers, Rob (SHB)'
**Cc:** 'Strand, Peter (SHB)'; Glidewell, Jeff O. (SHB) (JGLIDEWELL@shb.com); Hixson, Thomas S.; Polito, John A.; Kieran Ringgenberg (kringgenberg@BSFLLP.com); William Isaacson (Wisaacson@BSFLLP.com); Karen Dunn (KDunn@BSFLLP.com)
**Subject:** Rimini I: Stip re MILs and Pretrial Issues

Rob,

To follow up on our meet and confer regarding the parties' motions in limine, attached is a draft stipulation regarding the exclusion of certain categories of evidence to which you indicated a willingness to stipulate.

Oracle also makes the following proposals regarding a meet and confer process for additional pretrial issues we discussed:

1. **Exhibit Objections**

- On July 24, the parties will disclose a list of 100 exhibits they wish to "pre-admit" prior to trial. If either party also wishes to meet and confer regarding the use of any other exhibit or the parties' disclosed objections to that exhibit, they should disclose the issue at this time as well.
- On July 28, the parties will begin to telephonically meet and confer regarding objections that have been disclosed for the 100 exhibits.

2. **Deposition Designations**
- On August 3, the parties will disclose any deposition testimony they wish to "pre-admit" prior to trial. If either party also wishes to meet and confer regarding the use of any other deposition testimony or the parties' disclosed objections to that testimony, they should disclose the issue at this time as well.
- On August 5, the parties will begin to telephonically meet and confer regarding objections that have been disclosed to the testimony.

3. **Updated Witness List & Deposition Designations**
- On August 17, the parties will exchange an updated and narrower witness list. For each witness, the parties will include a "will call" or "may call" designation.
- On August 24, the parties will exchange updated and narrower deposition designations.

4. **Exhibit Exchange**
- On August 14, the parties will exchange exhibits from their exhibit list that have been endorsed with trial exhibit numbers.

5. **Jury Instructions and Verdict Form**
- On August 14, the parties will exchange proposed jury instructions and verdict form. The parties can then work together to finalize the proposed instructions and verdict form.
- On September 4, per Order #527, the parties will submit the proposed instructions to the court.

6. **Authenticity**
- Oracle proposes that documents produced by the parties from their own files are deemed to be authentic. If you agree, we will send you a draft stipulation. [Rimini is generally in agreement. Please send us your proposed draft stipulation]

Please let us know if you'd like to discuss any of these issues.

Best regards,

Nitin


**Nitin Jindal**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1337 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
nitin.jindal@morganlewis.com | www.morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,

copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.

Mail Gate made the following annotations on Fri Jul 24 2015 19:09:25

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

Mail Gate made the following annotations on Tue Aug 18 2015 18:45:37

CONFIDENTIALITY NOTICE: This e-mail message including attachments, if any, is intended for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Cabada

| Page:Line | RSI Objection / RSI Addition |
|---|---|
| 5:15-5:17 | |
| 8:11-9:4 | FRE 602, 611, 701 |
| 13:19-13:21 | |
| 20:1-20:5; 20:8 | FRE 602, 611, 701<br>Assumes facts, calls for speculation |
| 47:5-48:10 | Added by RSI / Counter |
| 48:11-18 | |
| 52:21-53:2 | Added by RSI / Counter |

Carter

| Page:Line | RSI Objection / RSI Addition |
|---|---|
| 6:9-6:12 | |
| 8:23-9:4 | Added by RSI / Counter |
| 9:21-10:14 | |
| 10:18-11:9 | |
| 12:3-5 | Added by RSI / Counter |
| 19:7-10 | Added by RSI / Counter |
| 20:1-3 | Added by RSI / Counter |
| 20:17-21:15 | FRE 106 |
| 21:25-22:3 | Added by RSI / Counter |
| 42:21-43:1 | FRE 602, 611, 701<br>Calls for speculation, improper hypothetical, assumes facts not in evidence |
| 43:5-43:10 | FRE 602, 611, 701<br>Calls for speculation, improper hypothetical, assumes facts not in evidence |
| 43:12 | FRE 602, 611, 701<br>Calls for speculation, improper hypothetical, assumes facts not in evidence |
| 46:12-46:22 | Added by RSI / Counter |

Higa

| Page:Line | RSI Objection / RSI Addition |
|---|---|
| 5:12-5:14 | |
| 7:23-8:3 | |
| 8:9-8:18 | |
| 21:4-21:23 | |
| 49:15-49:18 | FRE 602, 611, 701<br>Calls for speculation, assumes facts not in evidence |
| 49:21-50:1 | FRE 602, 611, 701 |
| 50:9-50:14 | FRE 602, 611, 701<br>Assumes facts not in evidence |

1

Hintz

| Page:Line | RSI Objection / RSI Addition |
|---|---|
| 4:3-4:4 | |
| 4:18-4:23 | |
| 9:4-9:10 | Added by RSI / Counter |
| 10:1-10:11 | |
| 11:2-11:10 | |
| 44:20-45:1 | FRE 602, 611, 701<br>Calls for speculation, calls for a legal conclusion, assumes facts not in evidence |
| 68:24-69:2 | FRE 602, 611, 701<br>Lacks foundation, assumes facts not in evidence, calls for speculation |
| 69:6-69:8 | FRE 602, 611, 701<br>Lacks foundation, assumes facts not in evidence, calls for speculation |
| 69:9-69:11 | FRE 602, 611, 701<br>Lacks foundation, assumes facts not in evidence, calls for speculation |
| 69:15-69:17 | FRE 602, 611, 701<br>Lacks foundation, assumes facts not in evidence, calls for speculation |
| 75:8-76:1 | Added by RSI / Counter |
| 79:15-79:21 | |
| 81:14-81:16 | Added by RSI / Counter |
| 81:19-81:24 | Added by RSI / Counter |

Minks

| Page:Line | RSI Objection / RSI Addition |
|---|---|
| 7:13-7:16 | |
| 11:18-11:24 | |
| 12:9-12:18 | |
| 13:23-14:10 | Added by RSI / Counter |
| 36:2-36:14 | Added by RSI / Counter |
| 60:22-61:1 | FRE 602, 701<br>Lacks foundation, calls for speculation. |
| 61:3-61:8 | FRE 602, 701<br>Lacks foundation, calls for speculation. |
| 61:10-61:14 | FRE 602, 701<br>Lacks foundation, calls for speculation |
| 65:18-21 | Added by RSI / Counter |
| 67:15-67:17 | FRE 602, 701<br>Lacks foundation, calls for speculation |
| 67:20-67:21 | FRE 602, 701<br>Lacks foundation, calls for speculation |

Moore

| Page:Line | RSI Objection / RSI Addition |
|---|---|
| 7:22-7:25 | |
| 8:5-8:6 | |
| 12:25-13:9 | |
| 14:20-14:25 | |
| 15:13-16:19 | FRE 106 |
| 24:12-24:25 | |
| 63:9-63:13 | FRE 602, 611, 701<br>Calls for speculation; assumes facts not in evidence. |
| 63:19-64:1 | FRE 602, 611, 701<br>Calls for speculation; assumes facts not in evidence |
| 64:5-64:11 | FRE 602, 611, 701<br>Calls for speculation; assumes facts not in evidence |
| 64:15 | FRE 602, 611, 701<br>Calls for speculation; assumes facts not in evidence |
| 67:22-68:7 | Added by RSI / Counter |
| 68:9-69:3 | Added by RSI / Counter |
| 69:17-70:19 | Added by RSI / Counter |

O'Brien

| Page:Line | RSI Objection / RSI Addition |
|---|---|
| 5:8-5:10 | |
| 7:10-7:16 | Added by RSI / Counter |
| 7:22-8:10 | |
| 8:19-9:19 | |
| 9:9-9:14 | Added by RSI / Counter |
| 24:7-24:15 | Added by RSI / Counter |
| 38:14-38:24 | FRE 402, 403 |
| 44:10-44:13 | FRE 602, 403 |
| 50:16-24 | Added by RSI / Counter |
| 65:18-65:21 | FRE 602, 611, 701<br>Assumes facts not in evidence, lacks foundation, calls for speculation. |
| 65:25-66:6 | FRE 602, 611, 701<br>Assumes facts not in evidence, lacks foundation, calls for speculation. |
| 66:17-67:3 | Added by RSI / Counter |
| 67:16-68:9 | Added by RSI / Counter |
| 69:10-69:23 | Added by RSI / Counter |
| 72:13-73:22 | Added by RSI / Counter |

Paull

| Page:Line | RSI Objection / RSI Addition |
|---|---|
| 5:15-5:17 | |
| 10:3-10:5 | Added by RSI / Counter |
| 11:12-11:21 | |
| 11:22-11:24 | Added by RSI / Counter |
| 12:12-12:21 | |
| 18:18-19:6 | Added by RSI / Counter |
| 19:13-19:18 | Added by RSI / Counter |
| 20:10-20:13 | Added by RSI / Counter |
| 20:21-20:23 | Added by RSI / Counter |
| 31:1-31:10 | |
| 43:10-43:14 | FRE 602, 611, 701<br>Assumes facts not in evidence; calls for speculation. |
| 43:17 | FRE 602, 611, 701 |
| 43:19-44:4 | MIL – TomorrowNow<br>FRE 402, 403, 602, 611, 701<br>Assumes facts not in evidence. |
| 44:7 | MIL – TomorrowNow<br>FRE 402, 403, 602, 611, 701<br>Assumes facts not in evidence. |
| 58:7-58:8 | FRE 402, 403, 601, 701<br>Assumes facts not in evidence; lack of foundation |
| 58:10 | FRE 402, 403, 601, 701 |
| 61:23-63:3 | Added by RSI / Counter |
| 63:10-63:12 | Added by RSI / Counter |
| 63:14-64:2 | Added by RSI / Counter |
| 64:8-64:13 | Added by RSI / Counter |

Shepard

| Page:Line | RSI Objection / RSI Addition |
|---|---|
| 6:15-6:17 | |
| 7:3-7:4 | |
| 8:14-8:19 | |
| 9:13-10:11 | FRE 602, 802 |
| 10:12-10:23 | Added by RSI / Counter |
| 12:13-13:1 | FRE 602, 802 |
| 14:21-15:8 | Added by RSI / Counter |
| 15:14-16:21 | FRE 602, 701, 802 |
| 35:22-35:24 | FRE 602, 611, 701<br>Objection to form. |
| 36:1-36:10 | FRE 602, 611, 701<br>Objection to form. |
| 51:18-51:22 | FRE 602, 701<br>Objection to form, assumes facts not in evidence, |

4

|  | improper hypothetical. |
| --- | --- |
| 54:14-54:18 | Added by RSI / Counter |
| 54:20-55:20 | Added by RSI / Counter |
| 56:4-56:7 | Added by RSI / Counter |

Strong

| Page:Line | RSI Objection / RSI Addition |
| --- | --- |
| 4:13-4:20 |  |
| 7:19-7:25 |  |
| 8:1-8:11 | Added by RSI / Counter |
| 8:22-9:7 | Added by RSI / Counter |
| 9:19-10:2 | Added by RSI / Counter |
| 12:2-13:1 | Added by RSI / Counter |
| 14:22-14:25 | Added by RSI / Counter |
| 15:2-15:9 | Added by RSI / Counter |
| 15:21-15:25 | Added by RSI / Counter |
| 17:22-18:5 |  |
| 18:15-19:4 |  |
| 19:10-19:21 | FRE 602, 611, 701<br>Objection to form. |
| 19:23 | FRE 602, 611, 701<br>Objection to form. |
| 19:25-20:5 | FRE 602, 611, 701<br>Objection to form. |
| 20:7-20:10 | FRE 602, 611, 701 |
| 21:15-21:18 |  |
| 24:17-24:25 | Added by RSI / Counter |
| 30:24-31:2 | Added by RSI / Counter |
| 35:6-35:14 | Added by RSI / Counter |
| 55:15-55:20 | FRE 602, 701<br>Objection to form. |
| 57:19-57:23 | FRE 602, 611, 701<br>Assumes facts not in evidence. |
| 58:1 | FRE 602, 611, 701<br>Assumes facts not in evidence. |
| 58:3-58:7 | FRE 602, 611, 701<br>Assumes facts not in evidence. |
| 58:9 | FRE 602, 611, 701<br>Assumes facts not in evidence. |
| 58:11-58:15 | FRE 602, 611, 701<br>Assumes facts not in evidence. |
| 58:17 | FRE 602, 611, 701<br>Assumes facts not in evidence. |
| 58:19-58:23 | FRE 602, 611, 701 |

|  | Assumes facts not in evidence. |
|---|---|
| 58:25 | FRE 602, 611, 701 |
|  | Assumes facts not in evidence. |
| 63:9-63:15 | Added by RSI / Counter |
| 71:2-71:10 | Added by RSI / Counter |
| 71:12-71:25 | Added by RSI / Counter |
| 72:6-73:8 | Added by RSI / Counter |

Ward

| Page:Line | RSI Objection / RSI Addition |
|---|---|
| 7:9-7:12 |  |
| 10:8-10:19 | Added by RSI / Counter |
| 13:13-14:24 |  |
| 15:13-15:18 |  |
| 17:22-18:7 |  |
| 30:7-16 | Added by RSI / Counter |
| 32:4-8 | Added by RSI / Counter |
| 46:1-46:4 | FRE 602, 701 |
|  | Object to form. |
| 46:6-46:11 | FRE 602, 701 |
|  | Object to form. |
| 46:13 | FRE 602, 701 |
|  | Object to form. |
| 75:1-75:5 | FRE 602, 701 |
|  | Calls for speculation. |
| 75:8-75:13 | FRE 602, 701 |
|  | Calls for speculation. |
| 75:15 | FRE 602, 701 |
| 79:14-79:21 | Added by RSI / Counter |
| 79:24 | Added by RSI / Counter |