BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (pro hac vice)
KAREN DUNN (pro hac vice)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (pro hac vice)
KIERAN P. RINGGENBERG (pro hac vice)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (pro hac vice)
KRISTEN A. PALUMBO (pro hac vice)
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (pro hac vice)
DEBORAH K. MILLER (pro hac vice)
JAMES C. MAROULIS (pro hac vice)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

       At the time of service I was over 18 years of age and not a party to this action.  My

business address is One Market, Spear Street Tower, San Francisco, CA 94105.  On September

11, 2015, I served the following documents:

       **JOINT REQUEST FOR THE COURT TO RULE ON OBJECTIONS TO
CUSTOMER DEPOSITION TESTIMONY (FILED UNDER SEAL DKT.
#762)**

       **EXHIBITS 1, 2, 4, 5, 6, 7, 8 AND 9 TO THE DECLARATION OF THOMAS
HIXSON IN SUPPORT OF JOINT REQUEST FOR THE COURT TO
RULE ON OBJECTIONS TO CUSTOMER DEPOSITION TESTIMONY
(FILED UNDER SEAL DKT. #763)**

I served the documents on the persons below, as follows:

SHOOK, HARDY & BACON LLP
B. Trent Webb (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas  77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos (Nevada Bar No. 1086)
Brandon Roos (Nevada Bar No. 7888)
Leslie Godfrey  (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@lrrlaw.com

GIBSON DUNN & CRUTCHER LLP
Mark A. Perry
1050 Connecticut Avenue N.W.
Washington, DC 20036-530
Tel: (202) 955-8500
mperry@gibsondunn.com

2

CERTIFICATE OF SERVICE

1      The documents were served pursuant to FRCP 5(b) by sending them by electronic mail.

2   Based on a court order or an agreement of the parties to accept service by e-mail or electronic

3   transmission, I caused the documents to be sent to the persons at the e-mail addresses listed

4   above.  I did not receive, within a reasonable time after the transmission, any electronic message

5   or other indication that the transmission was unsuccessful.

6

7      I declare under penalty of perjury under the laws of the United States of America that the

8   foregoing information contained in the Certificate of Service is true and correct.

9

10   Date:  September 11, 2015

11

12                                                         Spencer Wan

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28