1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
3  Las Vegas, NV 89101
   Telephone: (702) 382-7300
4  Facsimile: (702) 382-2755
   rpocker@bsfllp.com
5
   BOIES, SCHILLER & FLEXNER LLP
6  WILLIAM ISAACSON (*pro hac vice*)
   KAREN DUNN (*pro hac vice*)
7  5301 Wisconsin Ave, NW
   Washington, DC 20015
8  Telephone: (202) 237-2727
   Facsimile: (202) 237-6131
9  wisaacson@bsfllp.com
   kdunn@bsfllp.com
10
   BOIES, SCHILLER & FLEXNER LLP
11 STEVEN C. HOLTZMAN (*pro hac vice*)
   KIERAN P. RINGGENBERG (*pro hac vice*)
12 1999 Harrison Street, Suite 900
   Oakland, CA 94612
13 Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
14 sholtzman@bsfllp.com
   kringgenberg@bsfllp.com
15

MORGAN, LEWIS & BOCKIUS, LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

16 Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation
17

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**PLAINTIFFS ORACLE'S MOTION TO SEAL THEIR OBJECTIONS TO DEFENDANTS RIMINI STREET INC.'S AND SETH RAVIN'S [PROPOSED] JURY INSTRUCTIONS**<br><br>Judge:  Hon. Larry R. Hicks |

1       Pursuant to the Stipulated Protective Order governing confidentiality of documents
2 entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of
3 the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and
4 Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the
5 Court order the Clerk of the Court to file under seal an unredacted copy of Oracle's Objections to
6 Defendants Rimini Street Inc.'s and Seth Ravin's [Proposed] Jury Instructions ("Objections").
7 An unredacted copy of the Objections was lodged under seal with the Court on September 11,
8 2015.

9       Sealing of the Objections is requested because the redacted portions of it contain
10 information that Rimini Street, Inc. and Seth Ravin (collectively the "Defendants") have
11 designated as "Confidential Information" and "Highly Confidential Information – Attorneys'
12 Eyes Only" under the terms of the Protective Order.  The Protective Order states, "Counsel for
13 any Designating Party may designate any Discovery Material as 'Confidential Information' and
14 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective
15 Order only if such counsel in good faith believes that such Discovery Material contains such
16 information and is subject to protection under Federal Rule of Civil Procedure 26(c).  The
17 designation by any Designating Party of any Discovery Material as 'Confidential Information' or
18 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that
19 an attorney for the Designating Party reasonably believes there is a valid basis for such
20 designation."  Protective Order ¶ 2.

21       For sealing requests relating to non-dispositive motions, such as this, the presumption of
22 public access to court filings may be overcome by a showing of good cause under Rule 26(c).
23 *See Pintos v. Pacific Creditors Ass'n,* 605 F.3d 665, 678 (9th Cir. 2010); *Kamakana v. Honolulu*,
24 447 F.3d 1172, 1179 (9th Cir. 2006).  Defendants have identified the information redacted in the
25 Trial Brief as Confidential and Highly Confidential, and therefore Defendants have represented
26 that good cause exists for sealing those portions of the documents.  This is a sufficient showing
27 of good cause to permit a sealing order on a non-dispositive motion.  *See, e.g.*, *Pac. Gas & Elec.*
28 *Co. v. Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002).

**TESTIMONY AND DOCUMENTS DESIGNATED AS CONFIDENTIAL
OR HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

Defendants have designated the following materials cited or referred to in Oracle's Objections as Confidential or Highly Confidential – Attorneys' Eyes Only:

| TRIAL EX. NO. | DESCRIPTION | CONF. DESIGN. |
|---|---|---|
| PTX_0011 | Email from Lester to Chiu, Subject: Re: Welcome to Rimini Streetl, bates labeled RSI02123318-RSI02123320 | Highly Confidential (by Rimini) |
| PTX_0029 | Email from Ravin to Metcalf, Subject: Re: Abilene ISD Proposal Question, bates labeled RSI03209167-RSI03209167 | Highly Confidential (by Rimini) |
| PTX_0060 | Email from Freeman to Benge et al, Re: Fw: Big Lots - environment issue, bates labeled RSI02229020-RSI02229024 | Highly Confidential (by Rimini) |
| PTX_2152 | Email from Beth Lester to Dennis Chiu Re: Moraine Park Technical College, bates labeled RSI02237456-RSI02237458 | Highly Confidential (by Rimini) |
| PTX_4937 | Email from R. Gaston to M. Davichick RE: Follow Up - Resources, bates labeled RSI03343827-RSI03343828 | Highly Confidential (by Rimini) |

For the foregoing reasons, Oracle respectfully requests that the Court find that good cause exists to file under seal the unredacted copy of the Trial Brief, and to issue an order sealing the same.

DATED: September 11, 2015          BOIES SCHILLER & FLEXNER LLP

By: /s/ *Kieran P. Ringgenberg*
Kieran P. Ringgenberg
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc.,
and Oracle International Corp.

2                    Case No. 2:10-cv-00106-LRH-PAL
PLAINTIFFS ORACLE'S MOTION TO SEAL THEIR OBJECTIONS TO RIMINI'S [PROPOSED] JURY INSTRUCTIONS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2015, I electronically transmitted the foregoing **PLAINTIFFS ORACLE'S MOTION TO SEAL THEIR OBJECTIONS TO DEFENDANTS RIMINI STREET INC.'S AND SETH RAVIN'S [PROPOSED] JURY INSTRUCTIONS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

      /s/ Catherine Duong
An employee of Boies, Schiller & Flexner LLP