| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower |
| 3 | Telephone: (702) 382-7300 | San Francisco, CA 94105<br>Telephone: (415) 442-1000 |
| 4 | Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | Facsimile: (415) 442-1001<br>thomas.hixson@morganlewis.com |
| 5 | | kristen.palumbo@morganlewis.com |
| 6 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 7 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 8 | Washington, DC 20015<br>Telephone: (202) 237-2727 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 9 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com | Redwood City, CA 94070<br>Telephone: 650.506.4846 |
| 10 | kdunn@bsfllp.com | Facsimile: 650.506.7114<br>dorian.daley@oracle.com |
| 11 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 12 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | |
| 13 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 14 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 15 | kringgenberg@bsfllp.com | |
| 16 | Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 21 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC. a Delaware<br>corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | Case No. 2:10-cv-00106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING<br>MOTION TO SEAL ORACLE'S<br>OBJECTIONS TO DEFENDANTS<br>RIMINI STREET INC.'S AND SETH<br>RAVIN'S [PROPOSED] JURY<br>INSTRUCTIONS**<br><br>Judge:    Hon. Larry R. Hicks |
| | Plaintiffs,<br>v.<br>RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual,<br>Defendants. | |

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Objections to Defendants Rimini Street Inc.'s and Seth Ravin's [Proposed] Jury Instructions.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered Oracle's Motion to Seal, good cause having been shown:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal the documents specified in Oracle's Motion.

IT IS SO ORDERED.

DATED:_____          By:_____
                                    United States District Court Judge