| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| 2 | RICHARD J. POCKER (NV Bar No. 3568) | THOMAS S. HIXSON (*pro hac vice*) |
|   | 300 South Fourth Street, Suite 800 | KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Las Vegas, NV 89101 | One Market Street |
|   | Telephone: (702) 382-7300 | Spear Street Tower |
| 4 | Facsimile: (702) 382-2755 | San Francisco, CA 94105-1596 |
|   | rpocker@bsfllp.com | Telephone: (415) 442-1000 |
| 5 |   | Facsimile: (415) 442-1001 |
|   | BOIES, SCHILLER & FLEXNER LLP | thomas.hixson@morganlewis.com |
| 6 | WILLIAM ISAACSON (*pro hac vice*) | kristen.palumbo@morganlewis.com |
|   | KAREN DUNN (*pro hac vice*) |   |
| 7 | 5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*) |
|   | Washington, DC 20015 | DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727 | JAMES C. MAROULIS (*pro hac vice*) |
|   | Facsimile: (202) 237-6131 | ORACLE CORPORATION |
| 9 | wisaacson@bsfllp.com | 500 Oracle Parkway, M/S 5op7 |
|   | kdunn@bsfllp.com | Redwood City, CA 94070 |
| 10 |   | Telephone: 650.506.4846 |
|   | BOIES, SCHILLER & FLEXNER LLP | Facsimile: 650.506.7114 |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*) | dorian.daley@oracle.com |
|   | KIERAN P. RINGGENBERG (*pro hac vice*) | deborah.miller@oracle.com |
| 12 | 1999 Harrison Street, Suite 900 | jim.maroulis@oracle.com |
|   | Oakland, CA 94612 |   |
| 13 | Telephone: (510) 874-1000 |   |
|   | Facsimile: (510) 874-1460 |   |
| 14 | sholtzman@bsfllp.com |   |
|   | kringgenberg@bsfllp.com |   |
| 15 |   |   |
| 16 | Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation |   |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA., INC, a Colorado corporation, ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No  2:10-cv-0106-LRH-PAL |
|   | **CERTIFICATE OF SERVICE** |
| Plaintiffs, |   |
| v. |   |
| RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual, |   |
| Defendants. |   |

CERTIFICATE OF SERVICE

## **CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 1999 Harrison Street, Suite 900, Oakland, CA 94612.

On September 11, 2015, I served the following documents:

1. **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S OBJECTIONS TO DEFENDANTS RIMINI STREET INC.'S AND SETH RAVIN'S [PROPOSED] JURY INSTRUCTIONS [FILED UNDER SEAL]**

I served the documents on the **persons** below, as follows:

| | |
|---|---|
| Mark Tratos, Esq.<br>Brandon Roos, Esq.<br>Leslie A.S. Godfrey, Esq.<br>**Greenberg Traurig, LLP**<br>3773 Howard Hughes Pkwy<br>Ste 400 North<br>Las Vegas, NV 89169<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com | B. Trent Webb, Esq.<br>Peter Strand Esq.<br>Ryan D. Dykal Esq.<br>**Shook, Hardy & Bacon L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>bwebb@shb.com |
| Robert H. Reckers, Esq.<br>**Shook, Hardy & Bacon L.L.P.**<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>rreckers@shb.com | W. West Allen, Esq.<br>**Lewis Roca Rothgerber LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRRLaw.com |
| Daniel B. Winslow, Esq.<br>**Rimini Street, Inc.**<br>6601 Koll Center Parkway Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com | Mark A. Perry, Esq.<br>**Gibson, Dunn & Crutcher LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com |
| Blaine H. Evanson<br>**Gibson, Dunn & Crutcher LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com | |

| | |
|---|---|
| 1 | The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED:  September 11, 2015            /s/ Catherine T. Duong
                                      Catherine T. Duong

2