BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

WILLIAM A. ISAACSON (*pro hac vice*)
KAREN L. DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

SHOOK, HARDY & BACON LLP
B. Trent Webb (*pro hac vice*)
Peter E. Strand (*pro hac vice*)
Ryan D. Dykal (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
pstrand@shb.com
rdykal@shb.com

Robert H. Reckers (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas  77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@lrrlaw.com

GREENBERG TRAURIG
Mark G. Tratos (Nevada Bar No. 1086)
Brandon Roos (Nevada Bar No. 7888)
Leslie Godfrey  (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

Attorneys for Defendants Rimini Street,
Inc., and Seth Ravin

1

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

3

4

5

6

7

8

9

10

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 2:10-cv-0106-LRH-PAL |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER RE AGREEMENT TO PREADMIT TRIAL EXHIBITS** |
| v. | |
| RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual, | |
| Defendants. | |

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, on September 26, 2014, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation and Defendants Rimini Street and Seth Ravin exchanged their preliminary exhibit list;

WHEREAS, since the date of the initial exchange, the parties have amended and refiled their respective exhibit lists, and have met and conferred regarding the admissibility of the exhibits identified on each other's lists.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Oracle USA, Inc., Oracle America, Inc., Oracle International Corporation and Defendants Rimini Street, Inc. and Seth Ravin, through their respective counsel of record, that:

The parties have agreed to preadmit the following trial exhibits:

| PTX | DESCRIPTION |
| --- | --- |
| 1 | Email from Ravin to Chiu, Subject: Re: Orbitz 6.0.1 + 6.0.1.310 patch software available for download from Siebel FTP |
| 2 | Email from Slarve to Ravin Subject: Re: Orbitz 6.0.1 + 6.0.1.310 patch software available for download from Siebel FTP |
| 4 | Email chain from Dennis Chiu to Seth Ravin Subject: Re: Susan's Work Plan |
| 5 | Email from Chiu to Ravin, Subject: Re: Rimini Street WINS! FIIeNET Corporation |
| 6 | Email from Slarve to Tahtaras, Subject: Siebel Media List and siebelMediaList.xls attached |
| 7 | Email from Whittenbarger to Slarve, Subject: Re: Support Web Extract Admin Guide - Final |
| 8 | Instant Message between Tahtaras to Chiu re problem connecting with intranet/internet |
| 9 | Email from Whittenbarger to Chiu (coping Lakshmanan, Tahtaras and Slarve), Subject: Fw: PSFT Customer Connection Extract and PSFT_Cust_ConnExtract_Details_vi .0.xls |
| 10 | Email from Baron to Chiu re Updates and Fixes Download -- Larger Test Successful |
| 11 | Email from Lester to Chiu, Subject: Re: Welcome to Rimini Streetl |
| 12 | Email chain from Thomas Shay to Seth Ravin Subject: Re: Fw: Follow Up |
| 13 | Email from Baron to Chiu (ccing G Lester), Subject: Re: PeopleTools 8.22 PeopleBooks CD |
| 14 | Email from Susan Tahtaras to Lester, Subject: Re: Use of DEV environment |
| 15 | Email from Chiu to Hughes ect: Re: Moraine Park Technical College |
| 16 | Email from Chiu to G Lester, Subject: Moraine Park Technical College |
| 17 | Email from Dennis Chiu to George Lester copied to Beth Lester Subject: Notes |

1

—

| PTX | DESCRIPTION |
|---|---|
| | from Kick off Call with Correctional Medical Svc |
| 18 | Email from B Lester, to Ravin, Subject: Re: Remote Development for Moraine |
| 19 | Oracle Customer Connection Terms of Use |
| 20 | Email from Chiu to Lester copied to Ravin, Davivhick re Updated Terms of Uses verbiage in CC |
| 21 | Email from Ravin to G. Lester, Subject: Re: High level plan for GMAC Downloads |
| 22 | Email chain from Dennis Chiu to Seth Ravin copied to George Lester, Thomas Shay Subject: Re: Fw: Authorization to download [City of Eugene] |
| 24 | Email chain from Rich Hughes to Trey Picard Subject: Fw: Review and Opinion Regarding Brazoria County PeopleSoft Agreement |
| 25 | Email from Rich Hughes to Seth Ravin re PeopleSoft Consulting Services |
| 26 | Letter from Seth Ravin to Trey D. Picard re counter-signed agreement with our original signature for your files. |
| 27 | Email chain from Dennis Chiu to Seth Ravin copied to George Lester, Thomas Shay Subject: Re: GMAC Archives |
| 28 | Email from Ravin to RSI Executive Team, Subject: Rimini Street PPM - Confidential Private Placement Memorandum |
| 29 | Email from Ravin to Metcalf, Subject: Re: Abilene ISD Proposal Question |
| 31 | Email from Davichick to Carter Subject: RE: FW: Urgent Oracle Renewal!!!!!!!!!!!!!! |
| 33 | Email from Chiu to Davichick cc Slepko, Subject: Fw: Rimini Street Onboarding: Medtronic, Inc., Attachments: Medtronic, Inc. - JDE Product Listing.xls |
| 34 | Email from Corpuz to Baron, Subject: Re: Quick JDE Question |
| 35 | Email from Ravin to Davichick, Subject: Re: Fw: RiminiStreet Contract- first redline version, Attachments: Rimini Street.DOC |
| 36 | Email from Michael Davichick to Jim Ward Subject: Re: RiminiStreet Contract-First redline version |
| 37 | Email from Whittenbarger to Chiu, Subject: Re: Fw: Harlequin Metalink3 Archive & Customer Connection to retire Nov 08 |
| 38 | Email from Chiu to Baron cc: Corpuz, Subject: Re: Harlequin |
| 39 | Rimini Street Private Placement Memorandum November 2008 |
| 40 | Re: HCM100268 status update |
| 41 | Email from Tahtaras to Radtke, Subject: Re Dev Environment Confusion (As Listed on the Intranet) |
| 42 | Email from Whittenbarger to Chiu et al., Re: P3 - General Inquiry case #00003908 for XO Communications has been assigned to Dennis Chiu |
| 44 | Email fom Slepko to Ravin re Attached: Letter Response from Oracle |
| 45 | Email from Slepko to Chiu, Subject: Re: Fw: Meeting today and attaching "Oracle Archives.ppt" |
| 46 | Email from Baron to Chiu cc: Lester, Subject: Re: Complete XO Extract History Part II (as requested), Attachments: XO Communications - Archive Audit History.doc |
| 49 | Email from Chiu to Williams, Subject: PS Environment Conversion Candidates - Qi 2009 |
| 50 | Email from Williams to Allen Subject: Re: Kent County MI |

STIP RE PREADMITTED EXHIBITS

| PTX | DESCRIPTION |
|---|---|
| 51 | Weekly Status Report for Jeff Allen from 2/8/2009 to 2/14/2009 |
| 52 | Email from Brian Slepko to Jeff Allen, Susan Tahtaras and Dennis Chiu Re Remote Environments |
| 53 | Email from Limburg to Williams Subject: Fw: VM Installation |
| 55 | Email from Chiu to Freeman Subject: Re: Fw: Cobols need to be compiled on for hrrimini |
| 56 | Email from Davichick to Seigel and Cabada Re Changes requested to CKE Agreement |
| 57 | Email from Williams to Chiu, Subject: Re: Build Priority List |
| 58 | Email from Slepko to Chiu Subject: Fw: Environment Builds |
| 59 | Email from Chiu to Cabada, Subject: RE: Voice Message |
| 60 | Email from Freeman to Benge et al, Re: Fw: Big Lots - environment issue |
| 63 | Email from Williams to Chiu, Subject: Re: old software folder |
| 64 | Email from Freeman to Williams Subject: Re: Tools and base app CD's no longer available on //rsi-clsv01\shares\client_software\PeopleSoft |
| 65 | Email from Chris Limburg to Jon Royse copied to Ed Freeman Subject: B&L |
| 105 | Email from Renschen to Corpuz, Subject: Re: Fw: Case 00004881 - Financials Upgrade Documentation [Genesis Healthcare Corp] |
| 109 | Email from Corpuz to Lester, Subject: Re: DownloadThemAll Bug Fixed |
| 136 | Rimini Street Tax & Regulatory Bundle Checklist Package Phase 2 |
| 148 | HRMS Functional/RS07P04/PAY071194_FUNC.doc |
| 150 | Email from Susan Tahtaras to liz265@yahoo.com, Subject: question (re installing PTools 8.47) |
| 158 | Email from Susan Tahtaras to Rick Frank, Subject: Re: Update Automation |
| 159 | Email from Susan Tahtaras to David Radtke, Subject: Re: RS09P04 packaging operation, Attachments: CreateDMS.doc, RS09P04 Updates by Tax Update Group.xls |
| 162 | Directory Tree -- HRMS Development/RS10P03/HCM101113 |
| 167 | Email from Baron to Lester, Subject:  Re: Rimini Street Wins!  IBM (PeopleSoft) |
| 169 | Email from Baron to Williams, Subject: Re: h831usio patches |
| 170 | PeopleSoft Environment Build Request (for customer YUM Brands) |
| 173 | Email from Baron to Williams, Subject: Re: Fin mps |
| 181 | Rimini Street Manual entitled Architecture for Medtronic's OneWorld Xe Support Instance |
| 185 | Client list spreadsheet |
| 187 | Email from L. Medina to C. Bredleau et. al. re JDE Client List and Rimini Street attachment entitled JDE Client Information: SharePoint Client Lists |
| 195 | Email from R. Grigsby to J. Egger re 2009 1099 TDD for World and OW/E1 (attached) |
| 196 | Email from C. Bredleau to M. Jacob re 2009 1099 YE Tax Update (attached) |
| 199 | Email from R. Grigsby to B. Slepko re Sales Presentations and attachment entitled Rimini Street - JDE Business Process Models |
| 200 | Rimini Street presentation entitled Rapid Start Fundamentals; JD Edwards Enterprise One Process Models |
| 201 | DRAFT Manual: JD Edwards EnterpriseOne Tools |

3

| PTX | DESCRIPTION |
|---|---|
| 203 | Email from M. Kerr to R. Grigsby re World-Upgrade V5Rx to V5R4 Issues.doc (attached) |
| 206 | Email from Chiu to Ravin, Subject: Knowledgebase requirements and background |
| 208 | Email from Chiu to Mahieu ccing Davichick, Subject: Presentation from today and attaching "RSI - SupportWeb Extract Demo.May2006.ppt" |
| 209 | Email from Chiu to Bola and Slarve, Subject: Fw: Rimini Street WINSI Aibridge Solutions |
| 210 | Email from Whittenbarger to Chiu, Subject: Re: Fw: Support Web extract for FileNet |
| 213 | Email from Chiu to Ravin Subject: Re: Rimini Street WINS! FiIeNET Corporation |
| 215 | Email from Chiu to Whittenbarger, Subject: Re: Extract Installation Guide |
| 217 | Email from Chiu to Slarve (and ccing Ravin and Shay) Subject: Fw: FROM SIEBEL SUPPORT: Read-Only Access Account for Leads Customers Growth, OSN# 12-15XJG8K, SR# 38-2954685155 |
| 218 | Email from Chiu to Ravin (and ccing Slarve), Subject: Status Update: LC Growth |
| 219 | Email from Chiu to Rowe (ccing Davichick), Subject: Re: customer list |
| 222 | Email from Ola to Chiu, Subject: Re: Oracle B-Delivery |
| 223 | Email from Whittenbarger to Chiu, Subject Re: Oracle eDelivery |
| 224 | Email from Baron to Chiu, et al, Subject: Re: Minutes from Medtronic Onboarding Status Mtg |
| 225 | Email from Kramarski to Chiu, Subject: Re JDE Rimini Street Onboarding: Medtronic, Inc. |
| 228 | Email from Davichick to Ravin and RSI - Executive Team, Subject: Re: Proposal - Enhanced Oracle Web Site Downloading & Archiving Protocols |
| 230 | Letter from Gloss to Frieder and Geller at XO re detection of improper activity |
| 232 | Email from Chiu to Davichick, Subject: Re: Compucom |
| 233 | Email from Ravin to Chiu Subject: Re: Moraine |
| 236 | Email from Chiu to Whittenbarger, Subject: Re: Siebel Alert policy |
| 245 | Email from Ravin to Neville cc Davichick, Subject: Re: Contract request for Helzberg Diamonds |
| 256 | Spreadsheet (19 pages) |
| 264 | Email from Conley to Carlson, Re: Quick Question |
| 266 | Email from Conley to Tahtaras et al, Re: CAF - update 101084 - Same issue with ROS |
| 273 | Instant Message between Tim Conley and unknown, re caution vs Oracle |
| 293 | Email form Radtke to Tahtaras et al. Re: Test W4 update HCM101332 for FRD |
| 310 | Email from Whittenbarger to Karnala Re: XO issue and trouble shot |
| 311 | Email from Whittenbarger to Baron et al., Re: Harlequin |
| 317 | Email from Whittenbarger to Slarve et al., Re: internal software: Siebel installs missing |
| 319 | Email from Whittenbarger to Phung Re: New case comment notification. Case Number 00002492 |
| 322 | Email from Baron to Lester et al., Subject: Status Report for Week Ending 1/21/2007 |

4

| PTX | DESCRIPTION |
|---|---|
| 325 | Email from Williams to Limburg et al., Subject: Internal software |
| 326 | Email from Williams to Freeman Subject: Re: message for Monday |
| 327 | Email from Barn to Lester Subject: Aliasing a Database -- Additional Steps |
| 330 | Email from Williams to Renschen et al., Subject: Re: ESDM Full Scale Testing......FINALLY! |
| 331 | Email from Corpuz to Williams Subject: Re: Intergen |
| 339 | Email from Freeman to Williams Subject: Re: Vm clone |
| 342 | Instant message between kpedn and c_limburg |
| 343 | Email from Williams to Galzote Subject: Re: Fw: IT Service Requests - Delete directories on rsi-clsvr0... |
| 344 | Email from Williams to Ramana et al., Subject: city of Norfolk h890nord |
| 348 | Email from Limburg to Williams Subject: Re: search mission |
| 349 | Email from Tahtaras to Williams Subject: Re: list of dev environments |
| 350 | Email from Williams to Tahtaras Subject: Re: Disaster Recovery Question: critical environments |
| 351 | Email from Benge to Freeman Subject: Re: Questions regarding the City of Flint environment |
| 370 | Procedure Report for Issue HCM100817 |
| 371 | Procedure Report for Issue HCM100939 |
| 372 | Procedure Report Re Convert from "Last Suffix, First" to "Last First Mid In" - Remove Title and Suffix from Name |
| 374 | Weekly Status Report for Jeff Allen from 2/22/2009 to 2/28/2009 |
| 428 | Email form Francesca de Bellis to Nancy Lyskawa Subject: Top Reference Clients |
| 439 | Various Environment Build Requests |
| 447 | Email chain from Ed Freeman Krista Williams copied to George Lester Subject: Re: Fw: security for \\rsi-clsvr01\internal_software |
| 448 | Email chain from Dan Slarve to Krista Williams copied to Dough Baron, George Lester Subject: Re: space on rsi-data01 |
| 454 | Email chain from Seth Ravin to George Lester Subject: Re: Manual Download Time |
| 455 | Email chain from George Lester to Brian Slepko Subject: Re: Fw: update Center Terms of Use |
| 456 | Email from George Lester to Brian Slepko copied to Dennis Chiu Subject: Re: IP's |
| 458 | Email from Dennis Chiu to Alecia Holmes, Barbara Kramarski, Doug Baron, George Lester, Jim Benge, Krista Williams, Lourdes Medina, Travis Ormond Subject: Rescheduled: Discussion re: Change Assistant for Archives: Feasibility discussion (Jan 16 12:30 PM PS |
| 478 | Email chain from Jim Benge to Dennis Chiu Subject: Fw: QA |
| 489 | Email chain from Dan Slarve to Seth Ravin Subject: Re: Leads Customers Growth (1CECVZZ) |
| 495 | Email chain from Beth Lester to Michael Davichick Subject: Re: Remote Development for Moraine |
| 506 | K. Williams email with M. Hosalli, K. Raju, E. Freeman, C. Limburg, G. Subbiah |

5

| PTX | DESCRIPTION |
|---|---|
| | and V. Ramana re Koch clone |
| 507 | B. Davenport email with J. Benge re Canadian Data transfer from H831KCH2 to H881OFGO |
| 537 | Emaill from Thomas Shay to Castaillac Laurent copied to Dennis Chiu Subject: Invitation: Thursday, 4 pm PST (Jan 19 04:00 PM PST) |
| 538 | Email chain from Seth Ravin to Bill Leake Subject: Re: I'd have an easier time of all this |
| 539 | Email from Seth Ravin Bill Leake Subject: Re: if you aren't disclosing your customer name |
| 540 | Email chain from Seth Ravin to William Leake Subject: Re: Just wanted to confirm ... |
| 591 | Email from Alecia Holmes to Krista Williams Subject: Re: Fin 75 devm |
| 593 | Email chain from Krista Williams to Dennis Chiu copied to George Lester Subject: Fwd: Which demo page - Exhibit A vs Exhibit B is correct? |
| 595 | Directory Tree -- FSCM Development / Individual Updates / APY071001 |
| 605 | Email from Benge to Slepko Subject: ConAgra remota access |
| 622 | Email from Hakenewert to Ravin Subject: Re: Copy Of Tax And Reg Updates For Shaw Industries |
| 625 | Enlargement of Exhibit 1578 |
| 641 | Spreadsheet |
| 643 | Instant Message clirnburg and mhosalli re remote environments |
| 692 | Constant Coleman Accomplishments Weeks Ending: 02/26/2010 |
| 731 | OKI3 Report |
| 739 | Rimini Street Tax & Regulatory Bundle Automation Process Summary |
| 744 | Email from Chiu to Ravin Subject: Re: Quick Status Updates for Beekley & Galileo Onboarding |
| 745 | Letter Chiu from to O'Brien at City of Flint Re: Rimini Street Tax and Regulatory Update RS06P01 for you PeopleSoft 7.51 HRMS application |
| 746 | PeopleSoft Environment Build Request: Countrywide |
| 747 | PeopleSoft Environment Build Request: BI |
| 748 | PeopleSoft Environment Build Request: Pillsbury Winthrop Shaw Pittman |
| 749 | PeopleSoft Environment Build Request: Harte Hanks |
| 750 | TAX960ST BEFORE VS AFTER OUTPUT FILE COMPARE |
| 751 | Constant Coleman notes for the week ending 02/26/2010 re client YUM |
| 752 | Screenshots re: Launch the VM client on your laptop |
| 754 | Email from B. Lester to Holmes Subject: Re: Fw: Product Listing Abbreviations |
| 756 | Email from Benge to Berde Subject: Re: request for additional development environments |
| 757 | Email from Berde at PeopleSoft to Patty at EBMUD Subject: Case 00005070 [Salary Plan/Salary Grade SQR] |
| 1432 | Email from Dennis Chiu to David Rowe, Subject: Re: Case Reports [Re Customers] |
| 1460 | Email from G Lester to Ravin, Subject: Re: PS Tech Engineer Scaling Model |
| 1461 | Email from Chiu to Davichick, Subject: Cat update (Access to Siebel environment via VPN) |

6

| PTX | DESCRIPTION |
|---|---|
| 1465 | Email from Baron to Ravin, Subject: Re: How things going? |
| 1470 | Email from Ravin to Davichick, Subject: Koch |
| 1475 | Email from Ravin to Huges, Subject: Re: Fw: Rimini Street |
| 1491A | Various Environment Build Requests |
| 1520 | Email from George Lester to Seth Ravin |
| 1523 | Email from Doug Baron to George Lester |
| 1524 | Email from George Lester to Dennis Chiu |
| 1527 | Email from Krista Williams to George Lester et al, Subject:  Re:  Change Assistant |
| 1528 | Email from Krista Williams to Raju Krishnakanth; Subject:  Re:  Em hubs |
| 1529 | Email from John Whittenbarger to Dan Slarve; Subject:  Re:  Oracle patches |
| 1541 | Email from Doug Baron to Dennis Chiu and cc to George Lester re Customer Connect Fix Downloader (another breakthrough) |
| 1584 | Email from Dan Slarve to SS - SEBL, cc Dennis Chiu, George Lester, J.R. Corpuz re Virgin Mobile Update |
| 1585 | Email chain from Shelley Blackmarr to Beth Lester, cc Susan Tahtaras Re OSHA regulatory updates |
| 1590 | Email from Slepko to George Lester with organizational charts attached |
| 1599 | Email from Ravin to Slekpko Re: PS Tech PSE Challenge |
| 1608 | Email from Ravin to B Lester Re: Offshore Resources |
| 1641 | Email from J Royse to P Kolanu Re: On Assignment Upgrade |
| 2148 | Weekly Status Report for Jeff Allen |
| 2159 | Email from Dennis Chiu to Alecia Holmes, et al. Re: Invitation: Internal Discussion: Feasibility of supporting client code via copy of Production |
| 2173 | Email from Brian Slepko to Jim Benge Re: Remote vs. Internal Environments |

| DTX # | BatesNo. | Description of Exhibits and Witnesses |
|---|---|---|
| 16 | RSI_TMPTX00000073-RSI_TMPTX00000482 | Enterprise PeopleTools 8.50 PeopleBook: Data Management, <http://docs.oracle.com/cd/E15743_01/psft/acrobat/pt850tadm-b0909.pdf> |
| 22 | RSI_TMPTX00000556-RSI_TMPTX00000621 | Exhibit 3 to the Deposition of Paul Simmons (12-01-2011); The Oklahoma City Municipal Facilities Authority Request for Proposals, Option A, March 16, 2010 |
| 41 | RSI_TMPTX00000676-RSI_TMPTX00000719 | Oracle White Paper, "Oracle Database Cloning Solution Using Oracle Recovery Manager and Sun ZFS Storage Appliance" (April 2011) |

STIP RE PREADMITTED EXHIBITS

| DTX # | BatesNo. | Description of Exhibits and Witnesses |
|---|---|---|
| 42 | RSI_TMPTX00000720-RSI_TMPTX00000721 | Oracle, "ACCELERATING DATABASE TEST AND DEVELOPMENT WITH ORACLE'S SUN ZFS STORAGE APPLIANCE", <http://www.oracle.com/us/products/servers-storage/storage/nas/acceltestdev-zfssa-ds-352129.pdf> |
| 43 | RSI_TMPTX00000722-RSI_TMPTX00000747 | Oracle, "Best Practices for Upgrading JD Edwards" (Feb 2007) (emphasis added), <http://www.syntax.comhde/best-practices-jd-edwa rds-enterpriseone.pdf > |
| 44 | RSI_TMPTX00000748-RSI_TMPTX00000759 | Oracle, "Data Encryption Using DBMS_OBFUSCATION_TOOLKIT", <http://docs.oracle.com/cd/B10501 01/appdev.920/a96590/adgsec04.htm>. |
| 58 | RISI_TMPTX00000810-RISI_TMPTX00000820 | Exhibit 3 to the Deposition of Richard Allison; Oracle PeopleSoft Component Global Price List December 15, 2011, Software Investment Guide. |
| 101 | CEDARCRESTONE-SUB00535 | Exhibit 1302 to the Deposition of Paul Simmons (12-01-2011); Statement of Rick Riordan, December 1, 2009 |
| 102 | CEDARCRESTONE-SUB00716-CEDARCRESTONE-SUB00753 | Exhibit 1304 to the Deposition of Paul Simmons (12-01-2011); Maintain Services, Extended Tax Setup and Methodology, 2008 |
| 103 | CEDARCRESTONE-SUB665999-CEDARCRESTONE-SUB666000 | Exhibit 1307 to the Deposition of Paul Simmons (12-01-2011); CedarCrestone Policies |
| 116 | ORCLRS0017518-ORCLRS0017594 | Oracle PeopleSoft Enterprise - PeopleSoft Enterprise PeopleTools 8.4 to 8.48 Cumulative Feature Overview January 2007 |
| 117 | ORCLRS0017960-ORCLRS0018064 | PeopleSoft PeopleTools 8.42 Release Notes November 20, 2002 |
| 118 | ORCLRS0018170-ORCLRS0018340 | PeopleSoft PeopleTools 8.43 Release Notes June 13, 2003 |
| 119 | ORCLRS0018512-ORCLRS0018562 | Oracle PeopleSoft Enterprise - PeopleSoft Enterprise PeopleTools 8.4 to 8.48 Cumulative Feature Overview January 2007 |
| 120 | ORCLRS0019143-ORCLRS0019222 | Oracle PeopleSoft Enterprise - PeopleSoft Enterprise PeopleTools 8.4 to 8.49 Cumulative Feature Overview January 2007 |

STIP RE PREADMITTED EXHIBITS

| DTX # | BatesNo. | Description of Exhibits and Witnesses |
|---|---|---|
| 121 | ORCLRS0019223-ORCLRS0019267 | Oracle PeopleSoft Enterprise - PeopleSoft Enterprise PeopleTools 8.44 to 8.49 Cumulative Feature Overview, January 2007 |
| 122 | ORCLRS0022982-ORCLRS0023031 | JD Edwards World A9.1 Release Notes April 5, 2007 |
| 123 | ORCLRS0034284-ORCLRS0034769 | Siebel Applications Administrations Guide Version 8.0, Rev. B May 2009 |
| 124 | ORCLRS0037290-ORCLRS0037414 | The Architecture, Engineering, and Construction Rolling Letter December 1994 |
| 125 | ORCLRS0043302-ORCLRS0043321 | Siebel 7.7 Deployment and Operations Statement of Directions January 2004 |
| 126 | ORCLRS0043470-ORCLRS0043522 | Siebel CRM Enterprise 7.7 Statement of Direction January 2004 |
| 127 | ORCLRS0044086-ORCLRS0044149 | Siebel Business Applications 8.0 Statement of Direction October 2005 |
| 128 | ORCL1150044160-ORCLI150044237 | Siebel Business Applications 8.0 Planned Features May 2006 |
| 131 | ORCLRS0053129-ORCLRS0053148 | Software License and Services Agreement, dated March 16, 1998 |
| 132 | ORCLRS0055893-ORCLRS0055964 | Oracle PeopleSoft Enterprise Update Installation Guide - Applying the PeopleSoft Application Update April 2007 |
| 133 | ORCLRS0056023-ORCLRS0056034 | PeopleSoft Maintenance Program Maintaining Your PeopleSoft Enterprise 8.X Applications |
| 136 | ORCLRS0069108 | Oracle Customer Specific OKI3 Reports |
| 139 | ORCLRS0083613-ORCLRS0083685 | Oracle Corporation - Estimation of the Fair Value of Certain Assets and Liabilities of Siebel Systems, Inc. as of January 31, 2006 |
| 141 | ORCLRS0140601-ORCLRS0140605 | Exhibit 6 to the Deposition of Buffy Ransom; 2005 Third Party Support SWAT Team |
| 142 | ORCLRS0140606-ORCLRS0140610 | Exhibit 7 to the Deposition of Buffy Ransom; Third Party Support SWAT Team |
| 145 | ORCLRS0145532-ORCLRS0145560 | Exhibit 8 to the Deposition of Buffy Ransom; Oracle 3rd Party SWAT Team - Behind Enemy Lines October 2007 |
| 147 | ORCLRS0146283-ORCLRS0146309 | Exhibit 13 to the Deposition of Buffy Ransom; Third-Party Support Providers Analysis |
| 148 | ORCLRS0152545-ORCLRS0152581 | Exhibit 18 to the Deposition of Jason Taylor (7-20-2011); E-mail string dated between March 14, 2008 and April 18, 2008 |
| 150 | ORCLRS0162814-ORCLRS0162822 | Exhibit 6 to the Deposition of Richard Allison; PeopleSoft Software License and Services Agreement. |

STIP RE PREADMITTED EXHIBITS

| DTX # | BatesNo. | Description of Exhibits and Witnesses |
|---|---|---|
| 151 | ORCLRS0173509-ORCLRS0173510 | April 2006 - Email from Rachel Romano to Patricia Murguia re: Updated 4-20-06 ConAgra to Closed-Lost |
| 161 | ORCLRS0207953-964 | Exhibit 10 to the Deposition of Richard Cummins; E-mail from Juan Jones to Buffy Ransom, dated September 18, 2009, and attachment. |
| 165 | ORCLRS0208052-ORCLRS0208085 | Exhibit 3 to the Deposition of Buffy Ransom; 8/2/07 E-mail String, Subject: FY01 Customer Trending Project |
| 166 | ORCLRS0208146-ORCLRS0208151 | Exhibit 5 to the Deposition of Buffy Ransom; 12/11/08 E-mail String, Subject: FW: PeopleSoft Customer Sat Post Orion |
| 170 | ORCLRS0209004-ORCLRS0209005, ORCLRS0209007-ORCLRS0209008 | Exhibit 84 to the Deposition of Sean Fitzpatrick; E-mail chain from Sean Fitzpatrick to Brian Keith Bombard, dated December 14, 2009. |
| 182 | ORCLRS0214981-ORCLRS0214997 | Exhibit 2 to the Deposition of Buffy Ransom; Support Services Customer Retention Program 12/11/05 v9.0 |
| 183 | ORCLRS0215015-ORCLRS0215017 | Exhibit 17 to the Deposition of Buffy Ransom; Global Application Support -Top Issues/Challenges (PPT Title) |
| 215 | ORCLRS0218016-ORCLRS0218017 | Exhibit 80 to the Deposition of David Renshaw (5-26-2011); E-mail string dated between December 12, 2008 and December 15, 2008 |
| 247 | ORCLRS0234177-ORCLRS0234179 | Email from Alison Taylor to Jason Taylor re: Oracle Support Renewal, dated November 20, 2008 |
| 251 | ORCLRS0235699 | Exhibit 14 to the Deposition of Jason Taylor (7-20-2011); Spreadsheet showing Alison Taylor's Projections (with attachment) |
| 252 | ORCLRS0236698-ORCLRS0236699 | Exhibit 2 to the Deposition of Jason Taylor (7-20-2011); E-mail string dated January 6, 2010 |
| 253 | ORCLRS0237875-ORCLRS0237895 | Exhibit 4 to the Deposition of Robbin Henslee; Document entitled "Technical Support Policies - Statement of Changes, Effective Date: 27-October - 2008." |
| 255 | ORCLRS0239225-ORCLRS0239227 | Exhibit 10 to the Deposition of Jason Taylor (7-20-2011); E-mail string dated between June 1, 2009 and June 4, 2009 |
| 256 | ORCLRS0239333-ORCLRS0239340 | Exhibit 11 to the Deposition of Jason Taylor (7-20-2011); E-mail string dated between December 1, 2008 and January 22, 2009 |
| 257 | ORCLRS0239441-ORCLRS0239442 | Exhibit 7 to the Deposition of Jason Taylor (7-20-2011); E-mail string dated January 20, 2009 |
| 259 | ORCLRS0239846 | Exhibit 5 to the Deposition of Jason Taylor (7-20-2011); E-mail dated August 6, 2008 |

STIP RE PREADMITTED EXHIBITS

| DTX # | BatesNo. | Description of Exhibits and Witnesses |
|---|---|---|
| 265 | ORCLRS0248406-12 | Exhibit 9 to the Deposition of Richard Cummins; Presentation entitled "Oracle: PeopleSoft Enterprise Q3 Support Renewal Review." |
| 268 | ORCLRS0252392-94 | Exhibit 7 to the Deposition of Richard Cummins; Oracle Executive Briefing Document, revised May 10, 2007. |
| 270 | ORCLRS0254344-ORCLRS0254361 | Exhibit 5 to the Deposition of Richard Cummins; Presentation entitled "Value of Support Cheat Sheet Survey" dated November 17, 2008. |
| 273 | ORCLRS0260580-ORCLRS0260583 | 04/24/2006 Email from Rick Cummins to Juan Jones regarding ORCL: Rimini Street Announces Strong First Quarter Results for Siebel Support Service, Infrastructure & Staff Expansion and Service Expansion to Cover PeopleSoft Products |
| 276 | ORCLRS0265751-752,et seq. | Exhibit 16 to the Deposition of Juan Jones; E-mail from Juan Jones to Ian Plummer, et al., dated September 18, 2005, and attachment. |
| 277 | ORCLRS0268715-ORCLRS0268733 | Exhibit 18 to the Deposition of Richard Cummins; Document entitled "Oracle: 2007 SWAT Team; Behind Enemy Lines." |
| 278 | ORCLRS0268785-ORCLRS0268799 | Exhibit 12 to the Deposition of Richard Cummins; Document entitled "Oracle: Applications Support Initiatives CY07." |
| 280 | ORCLRS0269789-ORCLRS0269794 | Exhibit 13 to the Deposition of Richard Cummins; Document entitled "Oracle PeopleSoft" |
| 282 | ORCLRS0270880 | Exhibit 14 to the Deposition of Richard Cummins; Document entitled "Third-Party Competitive Matrix." |
| 284 | ORCLRS0270892-ORCLRS0270894, ORCLRS0271517 | Exhibit 15 to the Deposition of Richard Cummins; Document entitled "Third-Party Support Vendor Questions." |
| 285 | ORCLRS0271468 | Excel Spreadsheet dated July 13, 2011 |
| 286 | ORCLRS0271471 | Excel Spreadsheet dated July 13, 2011 |
| 287 | ORCLRS0271513 | Excel Spreadsheet dated July 13, 2011 |
| 288 | ORCLRS0271516-ORCLRS0271518 | Exhibit 16 to the Deposition of Richard Cummins; Document entitled "Oracle: Third Party Support Competitive Update." |
| 289 | ORCLRS0272356-ORCLRS0272377 | Exhibit 11 to the Deposition of Richard Cummins; E-mail from Robert Lachs to Rick Cummins, et al., dated October 13, 2006, and attachment. |
| 291 | ORCLRS0274824-ORCLRS0274834 | Exhibit 17 to the Deposition of Richard Cummins; E-mail chain from Juan Jones to Rick Cummins, dated December 23, 2009. |

11

STIP RE PREADMITTED EXHIBITS

| DTX # | BatesNo. | Description of Exhibits and Witnesses |
|---|---|---|
| 296 | ORCLRS0286340-ORCLRS0286341 | Exhibit 8 to the Deposition of Jason Taylor (7-20-2011); E-mail string dated between July 31, 2009 and September 18, 2009 |
| 300 | ORCLRS0301635-661 | Exhibit 13 to the Deposition of Robbin Henslee; Document dated April 16, 2009, entitled, "Oracle: Third-Party Support Providers Analysis." |
| 303 | ORCLRS0351481 | Exhibit 10 to the Deposition of Charles Phillips; E-mail Chain |
| 304 | ORCLRS0397691-ORCLRS0397692 | Email from Diane Howell to David Malich |
| 305 | ORCLRS0401541-ORCLRS0401542 | Email from Chris Madsen to Jason Taylor |
| 306 | ORCLRS0409213-ORCLRS0409222 | Exhibit 1 to the Deposition of Robbin Henslee; Document entitled "North American Payroll Tax Updates- Business Model Proposal." |
| 307 | ORCLRS0409412-ORCLRS0409426 | Exhibit 16 to the Deposition of Robbin Henslee; Document entitled, "Oracle's PeopleSoft Support Policy for PeopleSoft and JD Edwards Global Applications and PeopleTools Releases." |
| 309 | ORCLRS0410264-ORCLRS0410266 | Exhibit 15 to the Deposition of Robbin Henslee; E-mail chain from Steven Reeter to Robbin Henslee, dated February 9, 2009. |
| 310 | ORCLRS0410285-ORCLRS0410286 | Exhibit 2 to the Deposition of Robbin Henslee; Document entitled "Maintenance Policies." |
| 311 | OCRLRS0410318-OCRLRS0410321 | Exhibit 18 to the Deposition of Robbin Henslee; E-mail chain from Robbin Henslee to Keith Chapman, dated October 12, 2007. |
| 312 | ORCLRS0410524-ORCLRS0410529 | Exhibit 17 to the Deposition of Robbin Henslee; E-mail chain from Nancy Lyskawa to Robbin Henslee dated March 2, 2006. |
| 313 | ORCLRS0410622-ORCLRS0410623 | Exhibit 5 to the Deposition of Robbin Henslee; E-mail chain from Stephanie Raley to Robbin Henslee, dated May 24, 2007. |
| 315 | ORCLRS0412242-ORCLRS0412244 | Exhibit 4 to the Deposition of Juan Jones; E-mail from Juan Jones to Paul Duggan, dated January 31, 2007. |
| 316 | ORCLRS0412887-895 | Exhibit 5 to the Deposition of Juan Jones; E-mail from Juan Jones to ossinfo_us_appr@oracle.com, et al., dated November 2, 2009. |
| 317 | ORCLRS0418538-ORCLRS0418544 | Exhibit 3 to the Deposition of Robbin Henslee; Document entitled, "Technical Support Policies, Effective Date: 26-May-2005." |

STIP RE PREADMITTED EXHIBITS

| DTX # | BatesNo. | Description of Exhibits and Witnesses |
|---|---|---|
| 318 | ORCLRS0422401 | Exhibit 9 to the Deposition of Robbin Henslee; E-mail chain from Robbin Henslee to Jen Descheneau, et al., dated October 16, 2008. |
| 319 | ORCLRS0422403-ORCLRS0422404 | Exhibit 10 to the Deposition of Robbin Henslee; Document, dated October 15, 2008, entitled, "Summary of Problems and Issues." |
| 321 | ORCLRS0428231-ORCLRS0428233 | Exhibit 7 to the Deposition of Robbin Henslee; Document entitled, "Avoiding the Technical Risks of Third-Party Support." |
| 325 | ORCLRS0518684-ORCLRS0518685 | Customer Quick Reference Guide for PeopleSoft Enterprise Customers |
| 326 | ORCLRS0518901 | 06/28/2007 Email from Jay Crowe to Derek Bishop regarding Birdville ISO Contract P03-04177-000-24 |
| 327 | ORCLRS0520279-ORCLRS0520280 | Exhibit 5 to the Deposition of Charles Phillips; E-mail Chain |
| 335 | ORCLRS0611787-ORCLRS0611788 | 03/29/2007 Email from Charles Homs to Bruce Dotson regarding Rimini Street tax updates |
| 338 | ORCLRS0654164-ORCLRS0654168 | Exhibit 19 to the Deposition of Robbin Henslee; E-mail chain from Robbin Henslee to Jim Maroulis, dated May 17, 2010. |
| 341 | ORCLRS0704157-ORCLRS0704163 | Exhibit 7 to the Deposition of Juan Jones; E-mail from Juan Jones to Rick Cummins, dated October 11, 2005. |
| 342 | ORCLRS0704685-ORCLRS0704687 | Exhibit 8 to the Deposition of Juan Jones; E-mail from Juan Jones to Nancy Lyskawa, dated May 30, 2007. |
| 343 | ORCLRS0705577-ORCLRS0705580 | Exhibit 4 to the Deposition of Charles Phillips; E-mail Chain |
| 344 | ORCLRS0706116-ORCLRS0706134 | Exhibit 9 to the Deposition of Juan Jones; E-mail from Juan Jones to Jason Taylor, dated June 22, 2008. |
| 350 | ORCLRS0811822-ORCLRS0811844 | Achieving a Superior Ownership Experience in Manageability and Quality for PeopleSoft Enterprise, An Oracle White Paper April 2011 |
| 351 | ORCLRS0811845-ORCLRS0811858 | Application Management Delivering Improved Performance and Availability for Oracle Applications, An Oracle White Paper April 2008 |
| 352 | ORCLRS0811859-ORCLRS0811865 | Oracle Database 11G: Defense In-Depth Security for Oracle Siebel Applications: An Oracle White Paper March 2011 |
| 353 | ORCLRS0811866-ORCLRS0811872 | Oracle Database 11G: Defense In-Depth Security for Oracle PeopleSoft Applications: An Oracle White Paper March 2011 |
| 354 | ORCLRS0811873-ORCLRS0811899 | Oracle PeopleSoft Enterprise - Best Practices for Upgrading PeopleSoft Enterprise: An Oracle White |

13

| DTX # | BatesNo. | Description of Exhibits and Witnesses |
|---|---|---|
| | | Paper July 2011 |
| 354 | ORCLRS0811873-ORCLRS0811899 | Oracle PeopleSoft Enterprise - Best Practices for Upgrading PeopleSoft Enterprise: An Oracle White Paper July 2011 |
| 356 | ORCLRS1312912-ORCLRS1312935 | Oracle License and Services Agreement |
| 357 | ORCLRS1312961-ORCLRS1312987 | Oracle License and Services Agreement |
| 358 | ORCLRS1312992-ORCLRS1313000 | Oracle License and Services Agreement |
| 359 | ORCLRS1313013-ORCLRS1313046 | Oracle License and Services Agreement |
| 360 | ORCLRS1313047-ORCLRS1313075 | Oracle License and Services Agreement |
| 361 | ORCLRS1313508-ORCLRS1313569 | Oracle License and Services Agreement |
| 362 | ORCLRS1314210-ORCLRS1314224 | Oracle License and Services Agreement |
| 363 | ORCLRS1314368-ORCLRS1314372 | Oracle License and Services Agreement |
| 364 | ORCLRS1327689 | Exhibit 12 to the Deposition of Juan Jones; Spreadsheets |
| 365 | ORCLRS1327690 | Exhibit 13 to the Deposition of Juan Jones; Spreadsheets |
| 373 | PITNEYBOWES-SUB00047-PITNEYBOWES-SUB00050 | Exhibit 839 to the Deposition of Stephen Woodward (11-17-2011); Siebel Maintenance Alternative - Rimini Street, SMC Meeting, December 8, 2010 |
| 375 | RSI00002747-R5I00002759 | December 15, 2008 - Support Services Agreement for JD Edwards Products |
| 380 | RSI00085842-RSI00085844 | 09/26/2005 Letter from Scott D. Gattey to Seth Ravin regarding False and/or Misleading Statements Made by Rimini Street Cease and Desist Notice |
| 381 | RSI00086357-RSI00086358 | 11/16/2005 Letter from Robert E. Freitas to Jeffery F. Barr regarding Siebel Systems, Inc. |
| 386 | RSI00087795-RSI00087796 | 01/21/2009 Letter from Scott D. Gattey to Jeffery Barr regarding Siebel Systems, Inc/Rimini Street |
| 390 | RSI00350099-RSI00350106 | Email from Dennis Chiu to J.R. Corpuz re: Authorization to download dated June 23, 2007 |
| 391 | RSI00940879-RSI00940881 | E-mail dated January 9, 2009 (with attachment entitled "PS Env Conversion List.xls") |

14

| DTX # | BatesNo. | Description of Exhibits and Witnesses |
|---|---|---|
| 392 | RSI10183660-RSI10183674 | Support Services Agreement for Siebel Systems Products |
| 393 | RSI03016354-RS103016366 | Support Services Agreement for PeopleSoft Products |
| 395 | RSI03092004-RSI03092024 | PowerPoint presentation Understanding the EnterpriseOne and World Change Assistant |
| 396 | RSI03133849-RSI03133862 | Oracle JD Edwards EnterpriseOne Change Management Practices and Principles for JD Edwards EnterpriseOne |
| 400 | RSI04807259-RSI04807261 | E-mail dated January 13, 2010 from Krista Williams to Chris Galzote |
| 401 | RSI05042477-RSI05042479 | Exhibit 1187 to the Deposition of Cart Swanson (11-28-2011); Rimini Street Meeting Summary and Actions, January 26, 2011 |
| 407 | RSI06276320 | JPEG image |
| 441 A | RSIH000051-RSIH000056 | Archiving Auditing |
| 441B | RSIH000058-RSIH000064 | Flow Charts |
| 441C | RSIH000102-RSIH000105 | Archive Availability |
| 441 D | RSIH000169-RSIH000229 | Flow Charts |
| 443 | YUM00188-YUM00190 | Defendant's Exhibit 1 to the Deposition of Charlie Tewell (12-09-2011); E-mail Dated Dec. 17, 2008 |

SO STIPULATED AND AGREED.

Dated: September 15, 2015

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Kieran P. Ringgenberg
Kieran P. Ringgenberg (pro hac vice)

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.*

SHOOK, HARDY & BACON LLP

By: /s/ Robert H. Reckers
Robert H. Reckers (pro hac vice)

*Attorneys for Defendants Rimini Street Inc. and Seth Ravin*

STIP RE PREADMITTED EXHIBITS

1    IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation, the trial exhibits

2    listed above are admitted as part of the trial record.

3    IT IS SO ORDERED.

4

5    DATED:_____          By:_____

6                                              United States District Court Judge
                                                      Hon. Larry R. Hicks
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP RE PREADMITTED EXHIBITS

**ATTESTATION OF FILER**

The signatories to this document are me and Robert H. Reckers, and I have obtained his concurrence to file this document on their behalf.

DATED:  September 15, 2015                    BOIES, SCHILLER & FLEXNER LLP

                                              By:  */s/ Kieran P. Ringgenberg*
                                                   Kieran P. Ringgenberg (*pro hac vice*)
                                                   1999 Harrison Street, Suite 900
                                                   Oakland, CA 94612
                                                   Telephone: (510) 874-1000
                                                   Facsimile: (510) 874-1460
                                                   kringgenberg@bsfllp.com

                                                   *Attorneys for Plaintiffs Oracle USA, Inc.,*
                                                   *Oracle America, Inc. and Oracle International*
                                                   *Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **STIPULATION AND [PROPOSED] ORDER RE AGREEMENT TO PREADMIT TRIAL EXHIBITS** was filed, on September 14, 2015, with the Court's CM/ECF system which will send notice, via email, to all attorneys registered with the CM/ECF system.

Dated:  September 15, 2015                     BOIES, SCHILLER & FLEXNER LLP

                                               By*:       /s/ Kieran P. Ringgenberg*
                                                   Kieran P. Ringgenberg
                                                   Attorneys for Plaintiffs
                                                   Oracle USA, Inc.,
                                                   Oracle America, Inc. and
                                                   Oracle International Corporation

17

STIP RE PREADMITTED EXHIBITS