# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,
    Plaintiff(s),

vs.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,
    Defendant(s).

Case # 2:10-cv-0106-LRH-PAL

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $200.00

_____Michael Gray_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Shook, Hardy & Bacon LLP
(firm name)

with offices at  JPMorgan Chase Tower 600 Travis Street, Suite 3400 ,
(street address)

Houston , Texas , 77002 ,
(city)     (state)    (zip code)

713-227-8008 , mgray@shb.com .
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Rimini Street, Inc. and Seth Ravin  to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 8/14

3. That since <u>April 2, 2015</u> (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of <u>Texas</u> (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California | 12-1-2005 | 238669 |
| USDC California Northern District | 6-9-2008 | 238669 |
| USDC California Southern District | 5-16-2011 | 238669 |
| USDC California Central District | 12-1-2005 | 238669 |
| Texas | 4-2-2015 | 24094385 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
>
> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
>
> None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 8/14

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __Nevada__ )
COUNTY OF __Clark__ )

__Michael W. Gray__ Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this __14__ day of __September__, __2015__.

_____
Notary Public or Clerk of Court

REBEKAH GRIFFIN
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 10-4-2016
Certificate No: 12-9103-1

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __W. West Allen__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Lewis Roca Rothgerber LLP   3993 Howard Hughes Parkway, Suite 600__,
(street address)

__Las Vegas__, __Nevada__, __89169__,
(city)           (state)          (zip code)

__702-949-8290__, __wallen@lrrlaw.com__.
(area code + telephone number)   (Email address)

4

Rev. 8/14

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____W. West Allen_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)
Seth Ravin, Rimini Street,
Chief Executive Officer
_____
(type or print party name, title)

_____
(party's signature)

Seth Ravin, individually
_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5566         WAllen@lrrlaw.com
Bar number         Email address

APPROVED:
DATED this 15th day of September, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15

**THE STATE BAR
OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

May 5, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL WILLIAM GRAY, #238669 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 2005; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kathan Lambert
Custodian of Membership Records

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 18, 2015

Re:   Michael Williams Gray, State Bar Number 24094385

To Whom It May Concern:

This is to certify that Mr. Michael Williams Gray was licensed to practice law in Texas on April 2, 2015, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Gray's law license.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Linda A. Acevedo
Chief Disciplinary Counsel

LA/aa

