UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| ORACLE USA, INC., et al., | ) | CASE NO. 2:10-cv-106-LRH-PAL |
|  | ) |  |
| Plaintiff(s), | ) | MINUTES OF COURT |
|  | ) |  |
| vs. | ) | DATE: Tuesday, September 15, 2015 |
|  | ) |  |
| RIMINI STREET, INC., et al., | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |
|  | ) |  |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete                   Reporter: Donna Davidson
Counsel for Plaintiff:   William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jadal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant:   B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq.

MINUTES OF JURY TRIAL DAY 2

8:05 a.m. Court convenes. The jury, counsel, and parties are present. Preliminary jury instructions are read in open court.

Opening statements is presented by Mr. Isaacson on behalf of the plaintiffs.

9:20 a.m. Court stands at recess.

9:36 a.m. Court reconvenes. The jury, counsel, and parties are present. Opening statements by Mr. Webb are presented on behalf of the defendants.

10:29 a.m. The jury is admonished and excused. Court stands at recess.

10:51 a.m. Court reconvenes outside the presence of the jury. Counsel and the parties are present. Ms. Dunn addresses the Court regarding using a demonstrative exhibit. There being no objections by defendants, the Court will allow the plaintiffs to use the demonstrative exhibit with caution. Ms. Dunn presents argument regarding the proposed admission of Plaintiff's Exhibit PTX1482D. Mr. Strand objects to the admission and presents argument in support thereof.

IT IS ORDERED the Court's ruling is reserved regarding the admission of PTX1482D.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 2
September 15, 2015
Page 2 of 3
_____/

11:06 a.m. The jury enters the courtroom.

Professor Randall Davis is called on behalf of the plaintiffs, is sworn and testifies on direct examination by Ms. Dunn.

Plaintiff's exhibit 1482D is offered; pending objection; ruling remains reserved by the Court.

Plaintiff's exhibits PTX3510, PTX236, PTX1491A, PTX14, PTX136, PTX3507, and PTX5429 are offered; no objection; Plaintiff's exhibits PTX3510, PTX236, PTX1491A, PTX14, PTX136, PTX3507, and PTX5429 are admitted.

Plaintiff's exhibits PTX6000 and PTX6001 are marked; no objection; Plaintiff's exhibits PTX6000 and PTX6001 are admitted.

12:45 p.m. Court stands at recess.

12:59 p.m. Court reconvenes. The jury, counsel, and parties are present. Professor Randall Davis resumes the witness stand and testifies on cross examination by Mr. Reckers.

Defendant's exhibit DTX351 is offered; no objection; Defendant's exhibit DTX351 is admitted.

Re-direct examination by Ms. Dunn. Witness is excused.

1:21 – 1:22 p.m. Sidebar.

Seth Ravin is called on behalf of the plaintiff, is sworn and testifies on direct examination by Mr. Isaacson.

Plaintiff's exhibit PTX1475 is pre-admitted by stipulation and published to the jury.
Plaintiff's exhibit PTX4 is pre-admitted by stipulation and published to the jury.
Plaintiff's exhibit PTX5 is pre-admitted by stipulation and published to the jury.
Plaintiff's exhibit PTX167 is pre-admitted by stipulation and published to the jury.

///

///

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 2
September 15, 2015
Page 3 of 3
_____/

IT IS ORDERED that trial is continued to Wednesday, September 15, 2015, at 8:00 a.m. in Reno Courtroom 4B.

1:53 p.m. The jury is admonished and excused. Court adjourns.

                                  LANCE S. WILSON, CLERK

                                  By:    /s/ D. Negrete
                                              Deputy Clerk