1              UNITED STATES DISTRICT COURT
                     DISTRICT OF NEVADA
2         BEFORE THE HONORABLE LARRY R. HICKS, DISTRICT JUDGE

3

4  ORACLE USA, INC., a Colorado      :
   corporation; ORACLE AMERICA,      :
5  INC., a Delaware corporation;     :
   and ORACLE INTERNATIONAL          :No. 2:10-cv-0106-LRH-PAL
6  CORPORATION, a California         :
   corporation,                      :
7                                    :
           Plaintiffs,               :
8                                    :
       vs.                           :
9                                    :
   RIMINI STREET, INC., a Nevada     :
10 corporation; and SETH RAVIN,      :
   an individual,                    :
11                                   :
           Defendants.               :
12 _____  :

13

14

                 TRANSCRIPT OF JURY TRIAL - DAY 2
15                   (Pages 41 through 263)

16

17                    September 15, 2015

18

                      Las Vegas, Nevada
19

20

21

22

   Court Reporter:        Donna Davidson, RDR, CRR, CCR 318
23                        Certified Realtime Reporter
                          400 South Virginia Street
24                        Reno, Nevada  89501
                          (775) 329-0132
25

42

1                       A P P E A R A N C E S

2     FOR THE PLAINTIFFS:

3     BOIES, SCHILLER & FLEXNER LLP
      KIERAN P. RINGGENBERG
4     1999 Harrison Street, Suite 900
      Oakland, California 94612
5     (510) 874-1000
      Fax: (510) 874-1460
6     kringgenberg@bsfllp.com

7     BOIES, SCHILLER & FLEXNER LLP
      RICHARD J. POCKER
8     300 South Fourth Street, Suite 800
      Las Vegas, Nevada 89101
9     (702) 382-7300
      Fax: (702) 382-2755
10    rpocker@bsfllp.com

11    BOIES, SCHILLER & FLEXNER LLP
      WILLIAM A. ISAACSON
12    KAREN L. DUNN
      5301 Wisconsin Avenue, NW
13    Washington, DC  20015
      (202) 237-2727
14    Fax:  (202) 237-6131
      wisaacson@bsfllp.com
15    kdunn@bsfllp.com

16    MORGAN LEWIS & BOCKIUS LLP
      THOMAS S. HIXSON
17    NITIN JINDAL
      JOHN A. POLITO
18    One Market, Spear Street Tower
      San Francisco, California 94105
19    (415) 442-1000
      Fax:  (415) 442-1001
20    thomas.hixson@morganlewis.com
      nitin.jindal@morganlewis.com
21    john.polito@morganlewis.com

22    JAMES C. MAROULIS
      DORIAN E. DALEY
23    Oracle Corporation
      500 Oracle Parkway
24    Redwood City, California 94070
      (650) 506-4846
25    jim.maroulis@oracle.com
      dorian.daley@oracle.com

43

1                 A P P E A R A N C E S (Continued)

2      FOR THE DEFENDANTS:

3      SHOOK, HARDY & BACON LLP
       PETER E. STRAND
4      B. TRENT WEBB
       2555 Grand Boulevard
5      Kansas City, Missouri 64108
       (816) 474-6550
6      Fax: (816) 421-5547
       pstrand@shb.com
7      bwebb@shb.com

8      SHOOK, HARDY & BACON LLP
       ROBERT H. RECKERS
9      600 Travis Street, Suite 3400
       Houston, Texas 77002
10     (713) 227-8008
       Fax: (713) 227-9508
11     rreckers@shb.com

12     LEWIS ROCA ROTHGERBER LLP
       W. WEST ALLEN
13     3993 Howard Hughes Parkway, Suite 600
       Las Vegas, Nevada 89169
14     (702) 949-8230
       Fax: (702) 949-8364
15     wallen@lrrlaw.com

16

17

18

19

20

21

22

23

24

25

44

LAS VEGAS, NEVADA, SEPTEMBER 15, 2015, 8:04 A.M.

 2                         --oOo--

 3                   P R O C E E D I N G S

 4

 5         (Jurors enter courtroom at 8:04 a.m.)

 6              THE COURT:  Good morning.  Have a seat, please.

 7              I appreciate everyone's timeliness this morning.

 8    And we're running a few minutes late but everyone's here,

 9    and I appreciate that.

10              We'll start out with some preliminary

11    instructions which will just give you some guidelines on

12    how you should consider and approach evidence in the case

13    and a little bit of information concerning procedure that

14    we follow.

15              So I'm just going to read these to you, ladies

16    and gentlemen.  And if there ever was a point in time when

17    you might want to have them read again to you, you can just

18    send a note out through the court clerk, Dionna, and I

19    would read one or all of them to you again if you felt that

20    was needed.

21              I say that -- I usually don't do that in most

22    trials because most trials are much shorter than this one,

23    so it could be that -- with the amount of time we'll be

24    taking, that you might have some concern and want a

25    reminder of what was said when we started.

1          So, in any event, ladies and gentlemen, you are

2     now the jury in this case.  It is my duty to instruct you

3     on the law.

4          These instructions are preliminary instructions

5     to help you understand the principles that apply to civil

6     trials and to help you understand the evidence as you

7     listen to it.  At the end of the trial, I will give you a

8     final set of instructions.  It is the final set of

9     instructions which will govern your deliberations.

10          You must not infer from these instructions or

11     from anything I may say or do as indicating that I have an

12     opinion regarding the evidence or what your verdict should

13     be.

14          It is your duty to find the facts from all the

15     evidence in the case.  To those facts you will apply the

16     law as I give it to you.

17          You must follow the law as I give it to you,

18     whether you agree with it or not, and you must not be

19     influenced by any personal likes or dislikes, opinions,

20     prejudices, or sympathy.  That means that you must decide

21     the case solely on the evidence before you.  You will

22     recall that you took an oath to do so yesterday afternoon.

23          In following my instructions, you must follow

24     all of them and not single out some and ignore others.

25     They are all important.

1              This is a civil case.  The plaintiff has the

2      burden of proving its case by what is called the

3      preponderance of the evidence.  That means the plaintiff

4      has to produce evidence which, considered in the light of

5      all the facts, leads you to believe that what the plaintiff

6      claims is more likely true than not.

7              To put it differently, if you were to put the

8      plaintiffs' and the defendants' evidence on opposite sides

9      of the scales, the plaintiff would have to make the scales

10     tip somewhat on its side.  If the plaintiff fails to meet

11     this burden, the verdict must be for the defendant.

12             Those of you who have sat on criminal cases will

13     have heard proof beyond a reasonable doubt.  That

14     requirement does not apply to a civil case, therefore you

15     should put it out of your mind.

16             The evidence you are to consider in deciding

17     what the facts are consists of the sworn testimony of any

18     witness, the exhibits which are received into evidence, and

19     any facts to which the lawyers have agreed.

20             Evidence may be direct or circumstantial.

21     Direct evidence is direct proof of a fact such as testimony

22     by a witness about what that witness personally saw or

23     heard or did.  Circumstantial evidence is proof of one or

24     more facts from which you could find another fact.  You

25     should consider both kinds of evidence.

1          The law makes no distinction between the weight
2    to be given to either direct or circumstantial evidence.
3    It is for you to decide how much weight to give to any
4    evidence.
5          In deciding the facts of this case, you may have
6    to decide which testimony to believe and which testimony
7    not to believe.  You may believe everything a witness says,
8    or part of it, or none of it.
9          In considering the testimony of any witness, you
10   may take into account:
11         One, the opportunity and ability of the witness
12   to see or hear or know the things testified to;
13         Two, the witness's memory;
14         Three, the witness's manner while testifying;
15         Four, the witness's interest in the outcome of
16   the case and any bias or prejudice;
17         Five, whether other evidence contradicted the
18   witness's testimony;
19         Six, the reasonableness of the witness's
20   testimony in light of all the evidence; and
21         Seven, any other factors that bear on
22   believability.
23         The weight of the evidence as to a fact does not
24   necessarily depend on the number of witnesses who testify.
25         During the course of trial, testimony may also

1    be read to you from depositions or perhaps played for you

2    from videotapes of depositions.  A deposition is testimony

3    taken under oath before trial and preserved in writing or,

4    in some cases, on videotape.  Unless I instruct you

5    otherwise, you may consider deposition testimony as if it

6    had been given here in open court by the witness.

7              Deposition testimony is typically given when a

8    witness is unavailable by subpoena to the courtroom.

9              Some witnesses, because of education or

10   experience, are permitted to state opinions and the reasons

11   for those opinions.

12             Opinion testimony should be judged just like any

13   other testimony.  You may accept it or reject it, and give

14   it as much weight as you think it deserves considering the

15   witness's education and experience, the reasons given for

16   the opinion, and all the other evidence in the case.

17             Some evidence may be admitted for a limited

18   purpose only.  When I instruct you that an item of evidence

19   has been admitted for a limited purpose, you must consider

20   it only for that limited purpose and for no others.

21             In reaching your verdict at the end of this

22   case, you may consider only the testimony and exhibits

23   received into evidence.  Certain things are not evidence

24   and you may not consider them in deciding what the facts

25   are.  I will list them for you.

1            One, arguments and statements by the attorneys

2   are not evidence.  The lawyers are not witnesses.  What

3   they have said in their opening statements, will say in

4   their closing arguments and at other times, is intended to

5   help you interpret the evidence, but it is not evidence.

6   If the facts as you remember them differ from the way the

7   lawyers have stated them, your memory of the facts

8   controls.

9            Two, questions and objections by lawyers are not

10  evidence.  Attorneys have a duty to their clients to object

11  when they believe a question is improper under the rules of

12  evidence, but you should not be influenced by the objection

13  or by the Court's ruling on it.

14           Three, testimony that has been excluded or

15  stricken or that you have been instructed to disregard is

16  not evidence and must not be considered.  In addition,

17  sometimes testimony and exhibits are received only for a

18  limited purpose.  When I have given a limiting instruction,

19  you must follow it.

20           Four, anything you have seen or heard when the

21  Court is not in session is not evidence.  You are to decide

22  the case solely on the evidence received at the trial.

23           Five, any notes taken by you or other jurors are

24  not evidence.

25           There are rules of evidence that control what

1    can be received into evidence.  When a lawyer asks a
2    question or offers an exhibit into evidence and a lawyer on
3    the other side thinks that it is not permitted by the rules
4    of evidence, that lawyer may object.  If I overrule the
5    objection, the question may be answered or the exhibit
6    received.  If I sustain the objection, the question cannot
7    be answered and the exhibit is not received.

8         Whenever I sustain an objection to a question,
9    you must ignore the question and must not guess what the
10   answer might have been.

11        Sometimes I may order that evidence be stricken
12   from the record and that you disregard or ignore it.  That
13   means that when you are deciding the case, you must not
14   consider the evidence that was stricken.

15        You should pay close attention to the testimony
16   and all evidence as it is presented because it will be
17   necessary to rely upon your collective memories concerning
18   what the testimony was when you retire to deliberate on a
19   verdict.

20        Although, as you can see, a court reporter is
21   recording everything that is said during the trial,
22   typewritten transcripts cannot be prepared for your use
23   during deliberations and you should not expect to receive
24   them.

25        On the other hand, all exhibits admitted into

1    evidence during the trial will be available to you for your

2    study during your deliberations.  So, if an exhibit is

3    received in evidence but is not fully read or shown to you

4    at the time, do not be concerned because you will be able

5    to see the exhibit later during your jury deliberations.

6              If you wish, you may take notes to help you

7    remember what witnesses said.  If you do take notes, please

8    keep them to yourself until you and your fellow jurors go

9    to the jury room to decide the case.

10             Do not let note taking distract you so that you

11   do not hear other answers by witnesses.

12             When you leave, your notes should be left in the

13   jury room.  They will be protected there and will be

14   available when you return to the jury room.

15             Whether or not you take notes, you should rely

16   on your own memory of what was said.  Notes are only to

17   assist your memory.  You should not be overly influenced by

18   your notes.  Your notes and any other juror's notes are not

19   evidence.

20             The parties have agreed to certain facts in this

21   case.  This agreement is known as a stipulation.  You

22   should treat all these facts as already proved.  Your jury

23   notebook identifies these facts.

24             I will now say a few words about your conduct as

25   jurors.

1              First, keep an open mind throughout the trial

2       and do not decide what the verdict should be until you and

3       your fellow jurors have completed your deliberations at the

4       end of the case.

5              Second, because you must decide the case based

6       only on the evidence received in the case and on my

7       instructions as to the law that applies, you must not be

8       exposed to any other information about the case or to the

9       issues it involves during the course of your jury duty.

10             Thus, until the end of the case, or unless I

11      tell you otherwise, do not communicate with anyone in any

12      way and do not let anyone else communicate with you in any

13      way about the merits of the case or anything to do with it.

14             This includes discussing the case in person, in

15      writing, by phone or electronic means, via e-mail, text

16      messaging, or any Internet chatroom, blog, website or other

17      feature.

18             This applies to communicating with your fellow

19      jurors until I give you the case for deliberation, and it

20      applies to communicating with everyone else, including your

21      family members, your employer, the media, or press, and the

22      people involved in the trial, although you may notify your

23      family and your employer that you have been seated as a

24      juror in the case.

25             But, if you are asked or approached in any way

1    about your jury service or anything about the case, you

2    must respond that you have been ordered not to discuss the

3    matter, and you should report the contact to the Court.

4    And you can always speak directly to my court clerk, Dionna

5    Negrete.

6              Because you will receive all the evidence and

7    legal instruction you properly may consider to return a

8    verdict, do not read, watch, or listen to any news or media

9    accounts or commentary about the case or anything to do

10   with it.

11             Do not do any research such as consulting

12   dictionaries, searching the Internet, or using other

13   reference materials, and do not make any investigation or

14   in any way try to learn about the case on your own.

15             A simple example I had in a previous trial was a

16   criminal case where one of the jurors wanted to go out to

17   the scene of where the crime occurred, and that was

18   completely prohibited because that resulted in that one

19   juror receiving evidence that the other jurors were not a

20   party to and that the other side could cross-examine or

21   challenge in any way, and, of course, if there were any

22   changes of the conditions of the scene, that would be

23   totally unknown.

24             So I cite that as an example.  You need to

25   decide this case purely on the basis of the evidence which

1    you all have heard.

2              The law requires these restrictions to ensure

3    the parties have a fair trial based on the same evidence

4    that each party has had an opportunity to address.  A juror

5    who violates these restrictions jeopardizes the fairness of

6    these proceedings and a mistrial could result that would

7    require the entire processes to start over.

8              If any juror is exposed to any outside

9    information, please notify the Court immediately.

10             Trials proceed in the following way.  First,

11   each side may make an opening statement.  An opening

12   statement is not evidence.  It is simply an outline to help

13   you understand what that party expects the evidence will

14   show.

15             Plaintiffs Oracle will then present evidence,

16   and counsel defendants for Rimini Street and Seth Ravin may

17   cross-examine.  Then defendants Rimini Street and Seth

18   Ravin may present evidence, and counsel for Oracle

19   plaintiffs may cross-examine.

20             After the evidence has been presented, I will

21   instruct you on the law that applies to the case, and the

22   attorneys will make closing arguments.  After that, you

23   will go to the jury room to discuss the case, to deliberate

24   upon it, and to reach your verdict.

25             Given in open court, this particular date by me,

1    Larry R. Hicks, District Judge.

2              Ladies and gentlemen, those are just preliminary

3    instructions, and you will have very extensive instructions

4    on the law at the conclusion of the case.

5              But we'll now begin the case with the opening

6    statement to be presented on behalf of plaintiff Oracle,

7    and I will invite counsel to go forward.  Mr. Isaacson.

8              MR. ISAACSON:  Thank you, Your Honor.

9              Can everybody hear me?

10             I'm going to be speaking to you for about an

11   hour so I'm going to hit the stopwatch.

12             My name is Bill Isaacson, I'll be speaking to

13   you periodically through this trial, representing Oracle

14   Corporation, two Oracle plaintiffs.

15             You'll also be hearing from Karen Dunn, my

16   co-counsel, also from Tom Hixson, and you won't be hearing

17   from her, but Dorian Daley is here for Oracle Corporation

18   so you'll be seeing her every day.

19             We don't work alone.  There are other people

20   helping Karen, Tom, and Dorian, and I, so you'll

21   periodically see those faces throughout the trial.

22             Now, I've got the privilege of giving the

23   opening statement which means I'm going to talk to you, as

24   the judge said, about what we expect to show during this

25   trial.  And we represent Oracle, two Oracle companies.

1              Oracle itself was founded in 1977.  It was one

2       of the first technology companies.  That was 20 years

3       before Google, before Facebook, it was even before the

4       Internet.  It was a small company started by four

5       engineers.  They wanted to create software to solve

6       problems.

7              The defendant in this case, as the judge has

8       already told you, is a company called Rimini Street and its

9       CEO, Seth Ravin.

10             And you've already heard before the opening

11      statement that the judge has told you that the defendants

12      have already been found by the Court to have infringed

13      certain software of Oracle and that they have been found to

14      have deleted a directory of Oracle software that was in

15      their possession before the lawsuit began.

16             In our case, we're going to flesh out the full

17      details of what Rimini Street did at the direction of Seth

18      Ravin, and when we do that, when we talk about Rimini

19      Street's conduct, we're going to talk about three basic

20      things that we're going to keep coming back to:

21             Massive unauthorized copying of Oracle software

22      and documents.

23             We're going to talk about lies and deception by

24      Rimini Street.

25             And then we're going to talk about interference

1    with Oracle's relationships with its customers.

2             What our case is going to be about is that

3    Rimini Street, acting at the direction of Seth Ravin,

4    engaged in massive unauthorized copying of Oracle software

5    and documents so it could build a business from the ground

6    up.  Rimini Street copied Oracle software without a license

7    so it wouldn't have to pay Oracle, and then the evidence

8    will show it lied and concealed its conduct.

9             So let's talk a little bit about Oracle.

10   Matt -- Matt's maybe the most important person here.  He

11   puts the stuff on the screen and makes sure it works.  If I

12   had to do it, it wouldn't work as well.

13            Something that works very well is the Oracle

14   stack.  This is basically what Oracle is about, and we'll

15   be showing you things periodically on these screens to help

16   you understand what I'm talking about and what the lawyers

17   are talking about.

18            And at the top of the stack, applications.

19   That's software.  And Oracle provides all the types of

20   technology in the stack.

21            Middleware is another type of software that

22   connects to database.  That's where information is.  And

23   then you're going to hear about how it connects to the

24   operating system and virtual machines.

25            We'll have experts explain to you about how all

1     computers aren't like this, sometimes they're virtual

2     machines.

3            And then there is hardware, servers and storage.

4            The database in the middle organizes and manages

5     the information and connects to the software, some of the

6     most complex information in the world.

7            Now, next we're going to talk about Oracle

8     software, its enterprise software is the term that's used,

9     and we're going to be talking about four of the most

10    important types of Oracle software.

11           Oracle Database, down in the lower right, that

12    is Oracle's first product.  It was released in 1979 and was

13    a big success.

14           Oracle took steps early on to protect it, and

15    they got a copyright for it.  They registered its first

16    database copy registration in 1981, and over 30 years later

17    it remains the most prominent database software in the

18    world.

19           At various times Oracle has also bought other

20    innovative companies and gained other innovative software.

21    And we're going to be talking about PeopleSoft, Sieble, and

22    J.D. Edwards.

23           So PeopleSoft software is about people who work.

24    It's human resources software.  It helps you manage

25    payroll, hiring, employee information, and then, for the

1       people it works, it helps them manage what they do such as

2       inventory and where the products are going.

3               Now, Oracle witnesses will take you on a brief

4       tour of the software so you can see what it's like on a

5       day-to-day basis.  We're not going to do that right at the

6       beginning of the trial, we'll do that a little later,

7       because this trial is mostly about what Rimini did.

8               So we're going to start the trial about what

9       Rimini did, but we'll come back to show you the software so

10      that by the end of the trial, you'll have some idea of what

11      people are looking at when they use it.

12              Siebel software is about customers, customer

13      relationship management.  It's software that helps business

14      interact with customers.  So it will help salespeople with

15      leads.  It will help salespeople get customers.  It will

16      help companies handle their customers once they have them.

17              J.D. Edwards.  Well, once you've got people who

18      work, once you've got customers, then you have finance and

19      accounting, and then what happens to your products.  J.D.

20      Edwards software will help you with your finance, your

21      accounting, and your supply management.

22              All together Oracle software solves problems.

23      Oracle's a technology company that works for businesses,

24      governments, nonprofit organizations.  It provides them

25      tools to do complicated jobs.

1           Oracle, for example, software will help you

2    calculate paychecks even though all the different areas

3    have different rules for paychecks.  Oracle software deals

4    with all that.

5           Oracle software will help manage everything that

6    comes out of the factory even when things are going all

7    around the country or all around the world.

8           Oracle enterprise software is software that

9    helps businesses take orders, order supplies, pay vendors,

10   schedule and manage production.

11          It manages books.  It manages customers

12   information.  It profiles.  It manages the sales team.  It

13   tracks sales opportunities.  It runs call centers.  It

14   routes phone calls and manages payroll, and that's just a

15   few of the things that it does.

16          It runs businesses.  It's the backbone behind

17   websites.  It ensures that when you place an order online,

18   when you order something and you buy something, that the

19   order is placed that the -- that your credit card

20   information results in payments being made, that that

21   company is paid, and that the shipments are made.  It

22   operates as the backbone behind all that.

23          In its simplest form, the software is something

24   you notice when it doesn't work because it's behind the

25   scenes making things work.  And that's what Oracle software

1    ultimately does, it makes it work.

2              Now, our evidence is going to show that Oracle

3    helps businesses and people, businesses and people who

4    spend their -- who have to manage money, who have to manage

5    data and lets them focus on being productive, and Oracle

6    software takes care of these other things.

7              Oracle software helps the local pizza shop

8    manage its employees and its payroll, maybe even helps it

9    get a second pizza shop.

10              Oracle software works with large companies.  And

11    for them it solves some of the most complicated problems in

12    the world.

13              Oracle and those four engineers answered the

14    question what if computers and software could work together

15    and we could put that in the hands of businesses, schools,

16    hospitals, charities.

17              The world would be a better place because the

18    software would take care of all these other things, and

19    people could focus on teaching, serving people, creating

20    jobs.  That's what Oracle software does.

21              Well, if you're going to have this complex

22    software, you have to invest, and that's what Oracle does,

23    it invests in innovation.

24              Oracle is a very financially successful company.

25    There's going to be no need to apologize for that.

1      Financial success means that Oracle can innovate, it can

2      create jobs, it can pay people.

3              And one of the main reasons Oracle is successful

4      is it makes enormous investments in research and

5      development.  And what's scrolling across your screen here

6      are all the different types of software, not all of them,

7      some of them, that Oracle has created through research and

8      development.  Oracle makes new products, updates products,

9      improves security, and even buys other innovative

10     companies.

11             Now, Oracle is not alone in doing this.  Oracle

12     has competition.  It's not alone in enterprise software.

13     So it competes against other major enterprise software

14     vendors like -- names you will hear during the trial, SAP,

15     Sales Force, companies that are part of Microsoft.  So

16     these businesses have choices about Oracle versus other

17     companies.

18             Now, during this case we're going to talk about

19     both that software that I've been talking about and support

20     for the software.

21             Now, Oracle does software, and then once you get

22     it, because it's complicated software, they provide

23     support, ongoing support, which customers pay for.  So

24     there's two parts to the Oracle package, the software and

25     maintenance and support.

1              You will hear how support is hard work, it's

2    complicated, and it's technical.  One piece of support work

3    might take weeks.

4              It involves -- at the customers -- the customers

5    dealing with Oracle support are IT people and business

6    specialists.  This is complicated stuff.

7              So Oracle support has a lot of different facets.

8    This is just some of it.

9              There's an online library, and, boy, is it

10   large, and you're going to hear about that, and that's

11   where IT professionals access in order to solve problems.

12   There's online support, there's 24/7 phone support.

13             Now, maybe we're used to picking up the phone

14   and calling for phone support.  One of the things that

15   you'll hear about, and I learned from this case, is that IT

16   specialists are quite happy not picking up the phone and

17   that most of the customer services is actually online and

18   through the online library.

19             Oracle also provides new software releases.  So

20   when you're on Oracle support, they are fixing things,

21   they're maintaining it.  But also when there's a new

22   version, you get that.

23             So if you had a home computer with software on

24   it, and there's a new version of that software, you might

25   have to pay for it and start over from scratch.  When

64

1    you're on Oracle support, you get the new software as well

2    as updates, things that fix bugs and security.  And I'll

3    talk about security in a minute.

4               But -- actually, go back, Matt.

5               One thing I wanted to let you know is that all

6    these different things, they're mainly software.  That's

7    what's in the library, that's what's in the updates, that's

8    what's in the bug fixes.  We're talking about software.

9               Now, Matt, yes, security.

10              Security, I'll just touch on this a minute,

11   because businesses have sensitive information.  We've

12   already talked about payroll, employee's Social Security

13   numbers, financial information, hospital patient records,

14   salary information.

15              We know security is a moving target, and you

16   have to keep updating security in order to avoid hackers.

17   So security is an important part of Oracle support.

18              Now, what customers pay Oracle for this is a

19   license fee and then annual charges for the support.  So

20   when you're a customer, you negotiate the license fee at

21   the beginning, "How much am I going to pay for the

22   software?"

23              And then after that you pay 22 percent of that

24   license fee every year that you want that annual support.

25   So if you have a license fee of a hundred dollars or a

1    thousand dollars or a million dollars, each year you pay 22

2    percent.  And customers negotiate that initial license fee

3    in order to control their costs.  And if they don't like

4    it, then they go to the other companies I talked about.

5              So what are customer reactions to this?

6              Now, the judge mentioned that there are certain

7    things the lawyers have agreed upon, stipulated facts, and

8    this is one of them.

9              The lawyers have agreed that on average over 95

10   percent of Oracle support customers renew support with

11   Oracle every year.  That's a pretty high mark.

12             Why does that happen?  Because customer

13   relationships are critical in the software industry and for

14   Oracle.  Support is an important part of that relationship.

15   Oracle support is valuable to customers.

16             Now, the evidence is going to show that, sure,

17   some customers leave Oracle.  That's what happens.  They

18   leave for a variety of reasons.  Some change software, some

19   go out of business, some decide to go into a new business.

20   Different things happen.

21             And there are definitely customers who sometimes

22   complain.  We've got thousands of customers.  But the

23   evidence is going to show, and we'll come back to this,

24   that very few of those customers leave because they're

25   dissatisfied with Oracle.

1           So, as the judge said, you're going to be

2     hearing from some live witnesses as well as some videotape

3     of witnesses.

4           And for Oracle you'll be hearing live on the

5     stand Safra Catz, who is one of the two CEOs of Oracle.

6     She's here today.

7           You'll hear from Edward Screven who is the chief

8     corporate architect for Oracle.  And he's going to talk to

9     you about security issues.

10          Safra Catz is going to talk to you about what

11    Oracle is about.  She will talk to you about support.  She

12    will talk to you about the things that I've started off

13    talking to you about in more detail.

14          And then Buffy Ransom, who is in customer

15    support for Oracle, will talk to you how support works at

16    Oracle.

17          Now, they will not be our first witnesses

18    because this case is about what Rimini did, and what Rimini

19    did was mostly kept secret from Oracle.

20          In addition, because the way the trial --

21    because the way discovery happened, and so one of the

22    reasons we have information in this case is because the

23    case was filed several years ago, and after there's

24    documents exchanged and there's testimony taken.

25          So we've acquired information, and not all that

1       information could be shared with Oracle executives.  So one

2       of the things is, with this public trial, they will be

3       learning alongside of you what Rimini did.

4              In order to tell you what Rimini did, that's

5       where we want to start off.

6              So the judge told you about expert witnesses.

7       These are people because of their credentials can come talk

8       to you about their opinions about what happened, and our

9       first witness will be professional Randy Davis of MIT, a

10      professor of computer science there, and he is going to

11      talk to you about the massive copying that Rimini Street

12      did of Oracle software.

13             He is going to tell you that if you -- explain

14      to you that if you printed out all of these copies of

15      Oracle software and documents, that they would stretch from

16      Las Vegas to the northern California operating facility of

17      Rimini Street.

18             And we will wait to see if any Rimini witness or

19      any Rimini expert says that Professor Davis is wrong and

20      that copying did not take place.

21             Another expert witness you will hear from is

22      Christian Hicks.  He is going to talk about what Rimini

23      Street did with -- principally with automated downloading.

24             Rimini Street was not satisfied with what they

25      could get with the click of a button and doing it manually,

1    they wanted to suck up thousands, tens of thousands of

2    documents more.  So they had to have automated tools to do

3    that, and he will talk about the massive downloading that

4    happened.

5            We will talk -- then we will have our expert

6    witnesses, at the conclusion of the case, close to there,

7    about damages, Edward Yourdon and Elizabeth Dean.

8            Edward Yourdon has worked in the computer

9    science field with customers for 28 years.  Elizabeth Dean

10   is a CPA who has testified as a damages expert on many

11   occasions including in intellectual property cases such as

12   this.  And they will talk about how to estimate damages in

13   this case.

14           And then there's the defendant, Rimini Street

15   and Seth Ravin it's CEO.

16           Rimini Street, the evidence will show, did not

17   make software of its own.  What they did was provide

18   maintenance and support for Oracle software.  And Mr. Ravin

19   is its founder and CEO.

20           And because we want to know what Rimini did, as

21   part of our case we will call Mr. Ravin to the stand and

22   ask him questions about what happened, and we will talk

23   about Rimini's business.

24           Rimini's business, as Mr. Ravin has written --

25   this is one of the documents produced in discovery in this

1    case.  This was a confidential memo given to investors.

2              And what this says is their business model

3    focuses exclusively on the most profitable component of the

4    software business, support, without any of the capital

5    investment required to develop software.  They wanted to

6    get into the profits without any capital investment like

7    Oracle has to do.

8              So -- and this case is about Rimini's copying

9    and lies.  And you're going to hear about that.  But Rimini

10   may also try to justify that conduct by saying, look, we

11   give better prices.  We give as much as 50 percent off.

12             Now, the evidence is going to show that when

13   they do this -- let's go to the next slide, Matt -- they

14   tell customers don't innovate, don't change, keep your old

15   software.  Just keep that old Atari system.  Don't get the

16   new computer game systems.

17             And they will tell customers no new software,

18   don't update, keep it the same for as long as 10 years, or

19   even the year 2020.  And that's going to be the same for

20   security.  Their message to customers is don't worry about

21   updating security.  Don't worry about data breaches.

22             The evidence will show that for years Rimini

23   took Oracle customers, told them they were in good hands,

24   and provided no security updates.  None.

25             The evidence will show that 50 percent off is

1    not a justification under the law for copyright violations.

2    The evidence will also show that 50 percent off is not a

3    discount for what was being provided.  It was an

4    overcharge.

5              The reason 50 percent off is not a justification

6    for what happened, one of the reasons is copyright law.

7    This case is going to be about copyright law.  And the

8    judge has mentioned that.

9              And the judge has also explained to you he's

10   going to explain to you what you should know about

11   copyright law at the end of the case in the final

12   instructions.  So during this period of time we're going to

13   give you evidence so that when you hear that law you'll

14   know how to fit the facts into the evidence.

15             Copyrights don't protect everything, but they

16   don't -- they don't protect automobiles or toasters.  They

17   do protect software.

18             Software is expensive to develop but easy to

19   copy.  Without copyright protection, you can invest in

20   software and anyone can copy it, whether it be Las Vegas,

21   northern California, or any country in the world.

22             Thanks to copyrights, Oracle can invest in

23   software, hire people.  It's important to software and the

24   economy.

25             The judge mentioned you, the jury, are part of

1    the United States Constitution.  So are copyrights.  It's

2    written into Article I of the United States Constitution.

3            Oracle followed these copyright laws.  It

4    creates software.  It sells new products.  And it needs

5    copyright protection so that folks like Rimini just can't

6    copy it, or that anyone in the world can't copy it.

7    Copyrights protect innovation.

8            So undisputed facts, again, stipulated facts was

9    the word the judge used.  Maybe this is an unusual case

10   because the lawyers actually have agreed on a fair number

11   of things, but that's because we had discovery.

12           And so both sides could look at the evidence.

13   And even the lawyers for Rimini had to agree with us on

14   certain things, and one of them is that Oracle software and

15   support materials are copyright protected.

16           You will learn that both sides agree that Oracle

17   holds copyrights on the software and support materials at

18   issue in this case, and the copyrights are valid.  So

19   you're not going to have to learn a lot of copyright names

20   or numbers.  The sides have agreed the copyrights are valid

21   and in effect.

22           We're -- I'm going to tell you that there are

23   going to be other issues that will be undisputed by the end

24   of the trial, we believe, based on the evidence that will

25   be presented.

1              The key issues that will be undisputed is that

2    Rimini never paid Oracle for any license.

3              It will be undisputed based on the evidence you

4    hear that Rimini copied Oracle software.

5              It will be undisputed that there was copyright

6    infringement of PeopleSoft software.

7              It will be undisputed that there was copyright

8    infringement of Oracle Database.

9              It will be undisputed that Oracle should get

10   damages.

11             Apart from the undisputed issues, as I said at

12   the outset, there's three issues we are going to prove:

13   that there was massive, unauthorized copying; that there

14   was interference with our customer relationships; and there

15   was lies and concealment.

16             The judge has already told you how the evidence

17   should be considered based on the burden of proof of more

18   likely than not.  This is not a criminal case, so you

19   simply weigh what's more likely.

20             Now, Oracle's first claim is about copyright.

21   Copyright means that no one's allowed to copy your work

22   without your permission, and when someone copyrights

23   copyrighted material without permission, that's called

24   copyright infringement.

25             So we will explain that copying software, plus

1   no license, if it's unauthorized, one plus one equals two.

2   Copyright infringement.  It will be that simple.

3            Now, in this case, Rimini, copying software,

4   copied massive amounts of Oracle copyrighted software and

5   support materials, and, two, it did that without

6   authorization.

7            Rimini will say it did some of that with

8   authorization, and we will talk about that during the

9   trial.

10           What about Rimini's authorization?  Rimini did

11  not have a license from Oracle.  The evidence will show

12  that Rimini had no Oracle license.

13           So Rimini doesn't have a license with Oracle.

14  So what is it going to rely on?  It's going to rely on its

15  customer licenses.

16           There was massive unauthorized copying that you

17  will find even once the judge instructs you on the law.

18  And he's going to instruct you on the license defense, how

19  that works.  And we will ask you to follow that law.

20  That's going to be important.

21           And so that you can have facts that you can

22  apply against that law, we are going to talk about some

23  rules that were in the customer licenses so that you can

24  understand the evidence as it's coming in.

25           And the judge, at the end of the case, will tell

1  you how to interpret the rules and how to interpret the

2  license defense.  We'll be making references to those

3  rules.

4          And so let's go to the next slide.

5          We'll be talking about three rules based on the

6  customer licenses.

7          The first rule is that software copies will only

8  be at that customer's facilities.  So if you're a customer

9  of Oracle, and you get Oracle software, you keep it at your

10  customer facility to work on.  You don't send it to other

11  facilities.

12          Second rule.  Software copy is only for that

13  customer.  You buy the Oracle software, you use it for

14  yourself.  You don't give it to someone else to use.

15          Third, no automated downloading.  A lot of the

16  software is available on websites.  No use of automated

17  downloading which puts large number of requests in at one

18  time.

19          So -- and these rules make some sense.  Imagine

20  you created some software in your garage, and you're

21  excited.  You need some help.  Maybe you get a local group

22  called Geeks on Wheels.

23          They come in, and you might say to them three

24  things:  You're going to work on my software here, you're

25  not going to take it somewhere else.  You're going to work

75

1      on it for me, you're not going to use it for other people.

2      And while you're here, you're not going to install some

3      programs on my computer that do things I don't understand

4      and possibly hurt my computer.

5             Now, one term that's going to come up in this

6      case, so I'm going to take a minute to define this term, is

7      cross-use.  It's a shorthand for rule number 2, that you

8      only use it for that customer.

9             So if -- when you have someone looking at

10     customer A's software and then using that to support

11     customer B, a different customer, you are using the

12     software for someone else, and that's why we call that

13     cross-use.

14            So, for an example, doing work on a security

15     update or another update for one customer and sending it to

16     another, or testing a customer's software using the

17     software of another customer.

18            By the end of the trial, the evidence will show

19     this is what Rimini did, and it did it without telling its

20     customers what it was doing.

21            We'll also be talking about a second claim -- we

22     have a couple claims in this case, but another principal

23     claim is interference with customer relationships.

24            The law on wrongful interference protects us

25     from dishonest people who would harm our relationships with

1      customers.  This claim will be based on lies to customers.

2              The judge will instruct you on that law.  The

3      facts will show that Rimini mislead Oracle customers.

4              So when we talk about the evidence supporting

5      these claims, let's talk a little bit more about copyright.

6              The evidence will show that Rimini copied

7      without authorization, and it did that over and over again.

8      Again, why do we have this evidence?

9              Because this is a lawsuit, we were able to take

10     discovery.  So both sides produced a lot of documents to

11     one another.  People have testified.  And so during this

12     trial, we're going to tell you what we learned.

13             And we learned that this copying took a number

14     of different forms, a library, environments, website

15     extracts, cross-uses and automatic downloads, and the

16     evidence is going to show that Rimini did all of this.

17             So let's start with this Oracle website

18     extracts.  So at the very beginning of its business, Rimini

19     built it by going to an Oracle website.  You'll hear the

20     name Siebel SupportWeb, which had software and support

21     documents.

22             It used a customer ID to get that information,

23     and then it took information off and gave it to other

24     customers.  It needed to do that because it was just

25     starting the business, and it wanted to show that it had a

1    lot of resources.

2              So it would use one customer ID and then share

3    that with other customers.  That -- it handed out Oracle

4    software to its own customers without authorization, and

5    they did that to build a business.

6              Now, where did they get those IDs?  One of those

7    IDs came from their first customer.  This is Rimini's first

8    customer, Leads Customers Growth.

9              The chief executive of Leads Customers Growth

10   was someone, Bill Leake, who knew Seth Ravin since the

11   third grade.  Guess where Mr. Leake is now?  He works for

12   Rimini Street.

13             The evidence is going to show that in 2006, LCG

14   was a company that provided marketing services.  It wanted

15   to market Rimini, and it wanted to be paid for those

16   services.  So Seth Ravin came up with a plan.

17             LCG was going to pretend -- LCG did not have any

18   Oracle software, so Mr. Ravin wanted them to go get some,

19   some Siebel software.  So LCG was going to pretend it

20   wanted to install their software so that Rimini could get

21   copies of it.

22             Rimini would pay LCG for its marketing services

23   in order to compensate them for getting that software, and

24   the result, Rimini's first customer was not a real

25   customer.

1              The evidence will show that Mr. Leake then gave

2       the Siebel ID he got by getting it from Siebel, and then

3       Rimini used it to create those disks without any authority

4       and give it to other customers.

5              Let's go back to our little guide here, Matt.

6              The library.  Another part of Rimini building

7       its business was a library, a library of files at Rimini

8       Street that included Oracle software, all of it,

9       PeopleSoft, J.D. Edwards, Siebel, Oracle Database, all in

10      violation of licenses that they -- because they took these

11      off of websites, and they violated the licenses of those

12      websites.

13             Now, at the outset of this case something

14      interesting happened.  Back in 2011, Rimini told the Court

15      something.  Oracle accused Rimini Street of having this

16      library, and Rimini Street told the Court such a library

17      has never existed at Rimini Street.  It said Rimini Street

18      respects the intellectual property rights of Oracle.

19             The evidence will show that Rimini lied to the

20      Court.  It also lied to customers.  And at the end of the

21      trial you will be able to, as the judge instructed you,

22      evaluate who's telling the truth from the witnesses from

23      what you hear on -- from this point forward.

24             The evidence is going to show that that library

25      existed.

 1                    Now, some internal documents have been produced
 2       by Rimini Street.  This is one of them from a
 3       vice-president of Rimini Street.
 4                    And we're going to show you a lot of documents.
 5       And I'm going to appreciate your patience as we go through
 6       these, because in order to show you the facts, okay, we're
 7       going to have to show you these documents, to show you what
 8       happened.
 9                    And Mr. Chiu says, "I'm looking to have a
10       complete library of the content that's available from
11       Customer Connection."
12                    Customer Connection is an Oracle website.
13       You'll hear about that website as well as another one
14       called E delivery.
15                    He says, "I think we should download all the
16       available content available."
17                    And another gentleman working at Rimini Street
18       says, "I'd like to plan on pulling down as much of the
19       content as possible."
20                    The evidence will show that in 2006, when this
21       company was just starting, that Seth Ravin, the CEO of
22       Rimini, approved this downloading from Oracle websites, and
23       that Rimini used this software to build a library of Oracle
24       software so that they could take things out when they
25       needed it so they could get customers.  And the evidence

1    will show Rimini called it a library.

2               So, Matt, let's go back to our little guidepost

3    here.

4               Let's talk about the environments.

5               Now, Rimini environments are working copies of

6    Oracle software.  So when people have -- are operating the

7    software, it happens in the environment.

8               Now, working environments are not just used

9    for -- when you use it at the office.  Sometimes you have

10   other copies in other environments so that you can test

11   things, so that you can develop updates, so you can

12   troubleshoot problems that are happening over in the other

13   system.

14              So Rimini had these environments for testing,

15   development, troubleshooting, supporting clients, and

16   training their own people.

17              So a part of the Rimini system looked like --

18   we're going to talk about that.  Outside of the system,

19   there's Oracle software, Oracle software and Oracle

20   websites, installation media, which are DVDs, and -- which

21   could come from the Oracle -- or from Oracle to the

22   customer.

23              Then they go -- went into the Rimini system.

24   They went into that software library that I described, and

25   then they went into these Rimini local environments.

1           And these Rimini local environments, there were

2     many of them, and they were copied -- many of them were

3     copied over and over through a cloning process.  And each

4     of these Rimini environments have unauthorized copies of

5     Oracle software.

6           Then the software moves to part of the

7     environment for customer support, Rimini employee training,

8     and testing and development, all with Oracle software, all

9     within the Rimini system.

10          Professor Davis will be the first witness --

11    Karen Dunn will introduce him to you -- will talk about

12    this and explain this to you further.

13          So -- and what Professor Davis will explain, and

14    what I'll explain now, next slide, is that Rimini built its

15    business with these environments.

16          And it's first customers almost all had these

17    environments with the Oracle copies on them.  In 2006, the

18    first year where Rimini had customers, 14 of their 18

19    customers.  Almost all were customers by the end of 2007,

20    three-quarters of their customers by September 2008.

21          And one of the reasons we know this is because,

22    again, the uncontested facts.  Due to the evidence produced

23    in discovery, even Rimini Street had to admit that these

24    environments existed with Oracle copies.

25          And the evidence is also going to show that all

1    of the Oracle software was on these environments, the

2    PeopleSoft, J.D. Edwards, Siebel, and Oracle Database.

3              In fact, Rimini has admitted to lots of copying

4    of these environments, all of these environments, 366 for

5    PeopleSoft, to 10 for J.D. Edwards, 87 for Siebel, and 216

6    for Oracle Database, all with copies of the software.

7              One of the environments, it's like a file

8    drawer, and Professor Davis will explain to you that

9    that -- those file drawers had hundreds of copies of Oracle

10   software and documents, even thousands.  These are not

11   customer environments, these are environments located at

12   Rimini.

13             Customers can have these environments, but

14   Rimini was not satisfied with that.  They couldn't work

15   with that.  They had to build the environments on their own

16   systems without authorization.

17             So when you take all these environments and all

18   these files, you've got over 400 environments, all with

19   hundreds or even thousands of copies of Oracle software and

20   documents.

21             So what happened is customers said we're leaving

22   Oracle for Rimini Street, and that's what they thought.

23   But, in actuality, the Rimini Street system was full of

24   Oracle.  Rimini Street was saying come to us, but they were

25   using, without authority, the Oracle software.

1            And so -- next slide, Matt.

2            They would say we give better support than

3   Oracle does, and we offer 50 percent off.  But they're

4   carrying the Oracle toolbox, all of the Oracle software.

5            They're offering 50 percent off because they

6   never had to pay for a license, because they don't have

7   R&D, they don't have capital investment, and they're using

8   Oracle software without paying for a license.

9            The evidence is going to show also that Oracle

10  support is a lot more than answering the phone.  Rimini

11  Street likes to talk about how promptly they answered the

12  phone.

13           Support is about what happens after someone

14  answers the phone.  And the evidence will show that Rimini

15  Street was surrounded by Oracle materials when they

16  answered the phone.

17           So let's go back to our little guidepost here,

18  Matt, and let's talk about those cross-uses of fixes and

19  updates.

20           So part of support is updating the software,

21  maintaining it, fixing bugs that come up, providing

22  security.  So Rimini would create updates and fixes for one

23  customer and then distribute them to the other customers.

24           Matt, give us a little illustration.

25           So you do this for client A and send it out to

1     the other clients in violation of the rules to use it only

2     for that customer.

3               Now, we are going to spend time talking to you

4     and showing you evidence about how Rimini built its

5     business.  This is Rimini's first customers.

6               We mentioned LCG.  You can sort of see their

7     logo.  That's that customer that wasn't real.  There's a

8     company called Beekley, that was a 24-hour customer

9     initially, and then there's the other customers.

10              And what the evidence will show is the customers

11    had Rimini environment with copied Oracle software.  The

12    customers have those DVDs with extracts from Siebel support

13    web, and that all these customers were being acquired while

14    that library was being built and in existence.

15              The evidence will show that Rimini grew to

16    copyright infringement and deception.  They launch in 2005,

17    they got their first customer at the beginning of 2006,

18    that's that customer that wasn't real, then they started to

19    create the library, then they started to create these

20    environments, and as they created the environments and

21    engaged in the copying, then they had to do the automated

22    downloading, and their customer base grew as the copying

23    grew.

24              Now, Rimini Street will talk about its excuses

25    for this.  For copying of PeopleSoft and Oracle Database

1    there are no excuses.

2              Rimini has to show you some license somewhere

3    that permitted the copying, otherwise it's not authorized

4    and it's a violation of copyright laws.

5              This trial is going to show that Rimini had no

6    excuse, no authorization, no license, and there are

7    copyright violations of PeopleSoft and Oracle Database

8    software.

9              Now, you will hear evidence that Rimini Street

10   believed they were authorized.  They believed they had a

11   license, And now that there is discovery they have learned

12   that they did not.

13             They want you to hear this evidence about what

14   they believed, even though they know they didn't have a

15   license now, in order that you don't award punitive

16   damages.  But the evidence about what they believe does not

17   have anything to do with Oracle's entitlement to actual

18   damages.

19             Now, for the other two types of software, J.D.

20   Edwards and Siebel, Rimini Street will offer an excuse,

21   language about how you can have copies for emergency

22   backup, disaster recovery, and archive.  There's a little

23   picture of a hurricane.

24             When you have valuable software and there's a

25   possibility of disaster, you send a copy somewhere to keep

1       it safe.  And the way Rimini Street does this is they

2       actually put it on a USB or a thumb drive, and they send it

3       to a client.  And the client can keep it on the drive or

4       put it on some other form, and they put it on a shelf

5       somewhere, pure and unchanged, so if there's ever a problem

6       they've got a clean copy to replace their current copies.

7                   The evidence will show that this excuse will

8       fail to excuse the copying of J.D. Edwards software and

9       Siebel software, that this excuse is concocted.

10                  The evidence will show that Rimini Street knows

11      better.  The copying, the environments, the library, the

12      cross-uses, the fixes, everything I've been talking about,

13      are not that backup copy that you put on tapes or a disk or

14      a thumb drive on a shelf someplace safe.  All of those

15      things I've been talking about are not emergency backup,

16      disaster recovery or archive.

17                  So let's go back to our little guidepost here,

18      Matt.  And the last piece is the automated downloads.

19                  The automated downloads are part of our

20      interference claim.  They're also part of other laws the

21      judge will tell you about to protect our computer systems.

22                  Oracle computer expert Christian Hicks reviewed

23      Rimini's automated downloading.  That's a lot of work

24      because you have to go into their systems and do a lot of

25      analysis.  There was a lot of work to review this because

1      there was a lot of downloading by Rimini.

2              This was not manual downloading.  This was --

3      manual downloading was taking too long.  Rimini wanted

4      massive amounts of information.  They had to use automated

5      tools, and they would let them run for hours and hours and

6      hours.  You didn't have to have anybody in the chair.  You

7      just hit the button and it just runs all day and all night

8      sucking up Oracle software and documents.

9              And Christian Hicks -- stay with that slide,

10     Matt -- will walk you through what they took, what they

11     copied, how much, millions of pages, tens of thousands of

12     pages, and how many times they ran these programs.

13             We will wait to see if any Rimini expert says

14     this did not happen.

15             The evidence will show that Rimini needed

16     automated downloads.  One of the reasons we know this is

17     because they wrote it down internally.

18             This is a Rimini Street document we got in

19     discovery.  It says "use automated tools."  It's the only

20     feasible way to get all information clients have purchased.

21             They were trying to be in the client service

22     business.  They had to have this information, and this was

23     the only way they could do it.

24             The problem was -- next slide -- in 2007, Oracle

25     changed its terms of use for its website.  That's the

1      agreement that governs you when you get on a website, what

2      you can do, and this was not one of those rules on the

3      Internet that you don't notice, because Rimini Street saw

4      this one.

5              This terms of use expressly prohibited automated

6      tools.  Oracle didn't want to have a website where somebody

7      was coming on and making all these thousands of requests

8      automatically where other people were trying to get

9      support.

10             This isn't -- this was a rule that Rimini knew

11     about it, and they wrote about it again in one of those

12     internal documents.

13             Here's that vice-president of Rimini again,

14     Mr. Chiu.  "Oracle has updated their terms of use for CC,"

15     Customer Connection, that's one of those websites I

16     mentioned.

17             And he's talking about the rules they're seeing.

18     "For example, you may not use any software routines,"

19     that's what these automated tools are, software routines,

20     "commonly known as robots, spiders, scrapers, or any other

21     automated means."

22             The evidence will show they used automated

23     means, and this was a rule that Rimini knew about, they

24     were paying attention, and after they saw the rule, they

25     kept doing it.

1         One of the results that Christian Hicks will

2    tell you about is how much traffic resulted on the Rimini

3    site; right?

4         He'll explain this in more detail.  This is what

5    happened on one of the Oracle websites.  The red line is

6    the non-Rimini search requests.  Those are customers making

7    requests looking for help.

8         The blue is what Rimini was doing using those

9    automated machines, sometimes over 30,000 requests, more

10   than all the other customers that Oracle were doing

11   combined.

12        And the evidence will show that Rimini knew they

13   shouldn't be doing this.

14        When they got caught, when Oracle noticed this

15   traffic on the website, one of their managers wrote, "It

16   seems they're on to us from massive download volumes."

17   Documents like this will show you that Rimini knew it was

18   guilty.

19        Rimini's massive automated downloading slowed

20   down Oracle's website.  Christian Hicks will testify to

21   that.  It's because when you put too many requests on at

22   the time, the website slows down.  The more automated

23   searches you run, the slower it will be, and this is for

24   customers who are calling for help, even for customers in

25   distress.

1          Christian Hicks will testify that the delays
2   would be as long as 20 seconds or 40 seconds.  You will
3   decide what it's like to be a customer who needs help
4   waiting 20 seconds.
5          When you're a customer who needs help, that's a
6   lot more difficult or irritating than sitting through three
7   seconds of an ad to watch a YouTube video.  This is serious
8   business.
9          The evidence for our interference claim will
10  show that Rimini lied to customers.  Evidence will show
11  that Rimini had one story it told to customers and Rimini
12  did the exact opposite.  These stories were standard
13  messaging to customers by salespeople.
14         For example, this one, a standard message, a
15  sales FAQ, frequently asked question.  Here's the
16  frequently given response.
17         "Rimini Street maintains each individual
18  client's materials in discrete silos."
19         The evidence will show that was false.  They had
20  libraries.  They had environments they used from one
21  customer to another.  They had environments that crossed
22  multiple customers.
23         One example of a lie is the next slide.  This
24  was made to a company called Carl Karcher.  They own
25  Hardee's.

1          And Rimini Street, a PeopleSoft engineer there

2    named Krista Williams, told them, "in order to respect

3    Oracle's intellectual property and licensing," they know

4    about our copyrights, "we do not share software.  To build

5    Carl Karcher's support environments, we use Carl Karcher

6    software."

7          The evidence will show Rimini did the opposite.

8          Mr. Ravin told another customer, the Abilene

9    School District, "we help you order two copies of the

10   current release of your products, one for your archives,

11   one you can ship to your support vendor to build a test and

12   development environment just for the Abilene Independent

13   School District."

14         And the evidence will show that's not what

15   happened.  The environment for that school district was

16   used for multiple customers.

17         So that's how Rimini got customers.  And you're

18   going to hear from customers at this trial.  They will say

19   that they switched to Rimini.  Some will say they liked

20   Rimini.  They liked lower prices.  Rimini will show you

21   customers they can find who complained from the thousands

22   of Oracle customers.

23         But the customers, if you listen carefully,

24   after a customer complains or after a customer says they

25   like Rimini Street, if you listen carefully, you will hear

1      those customers say that if they had known about the

2      illegal conduct, they would have not gone to Rimini, and

3      they certainly wouldn't have given them a reference.

4                   And this is an example of one of those customers

5      saying that if -- this is JPAC Travel.  If they had known

6      that Rimini Street business model involved infringing

7      Oracle copyrights, would you have contracted with Rimini

8      Street in the first place?  No.  That's only common sense.

9                   We're going to talk about references because

10     Rimini Street depended on references.

11                  Next slide, Matt.

12                  So we're going to show you their top references.

13     These are their top Siebel references.  And we're going to

14     show you how these references had the environments, that

15     they had -- that the Oracle -- that the library existed

16     while they had those customers, that these referring

17     customers had those DVDs from the Oracle website.

18                  So we are going to tell you -- next slide,

19     Matt -- the evidence is going to show how many customers

20     were told the truth by Rimini.  Zero.  That's what the

21     evidence will show.  Maybe one, Mr. Leake and Leads

22     Customers Growth, that customer that wasn't real, but other

23     than that, zero.

24                  And without -- if the truth had happened, Rimini

25     Street's business could not have existed or survived or

1    grown, and one of the reasons we know that is because

2    Mr. Ravin has said that, again, in those internal

3    documents.

4         Mr. Ravin wrote, "It wouldn't matter if we had

5    the best JDE resources in the world if we don't resolve the

6    foundation issues.  It doesn't matter how good a job you're

7    doing if you don't have the rights to do it.  A client,

8    first and foremost, must believe they have the right to be

9    with us and use their software, or the rest is just noise."

10        I think you're going to hear a lot of noise as

11   this trial goes on.

12        We are going to ask you to focus on, simple

13   point, that when there is this illegal activity that is the

14   foundation of a business, and when the foundation is

15   illegal, if the truth had been told, that business would

16   not exist, the customers would not have been taken, and the

17   lost customers that Oracle had would not have gone to

18   Rimini Street.

19        The evidence will show that no one would have

20   gone to Rimini if they were told the truth.

21        We will ask you at the end of trial that common

22   sense proposition.  If all this massive -- if everything

23   that was said in this public trial had been told to these

24   customers from the beginning, not now, from the beginning

25   when they were building that business, how many of those

1    customers would have left Oracle?  No one would have gone

2    to Rimini.  Some would have left Oracle because companies

3    go out of business, companies change to SAP.  But no one

4    would have gone to Rimini.

5              So we'll get to the issue of damages.  As I've

6    said, as the Court has said, the defendants have already

7    been found by the Court to have infringed some Oracle

8    copyrights.  So we'll be talking about damages as well as

9    for the additional copyright violations that you're going

10   to hear evidence about.

11             You're going to hear about 364 Oracle customers

12   that were lost to Rimini Street.  Elizabeth Dean will

13   testify about that.  She won't say that Oracle lost all of

14   the -- we're entitled to damages for all of those

15   customers.  She will explain to you that we're entitled to

16   damages for only some of them.

17             But all the money that Rimini earned from

18   charging 50 percent off and taking our software, they built

19   this business on unauthorized copying and lies.

20             Elizabeth Dean will talk about copyright

21   damages, and she'll go through those numbers in detail.

22   You'll see from here most of it is about PeopleSoft, Oracle

23   Database, and Siebel are quite large, and J.D. Edwards is

24   significant but not as significant compared to the others.

25             And the evidence is going to show that Rimini

1    knew from the beginning that it was doing what it did

2    without a license to make money.

3              Here's one of those documents that Rimini never

4    expected to see the light of day.  This is a Rimini

5    software engineer who wrote internally, "something to be

6    aware of is that we are using development Oracle software

7    that I don't think is licensed.  Just don't want that to

8    fall back on us if we get audited.  Because you can

9    download Oracle software from their site but not to make

10   money, and we're making a crap-load of money from their

11   free stuff."

12             Rimini knew internally what was happening.

13             So, in summarizing the damages, Elizabeth Dean

14   will explain all this to you and do these numbers with you.

15   She will talk to you about how we lost customers from the

16   copyright infringement, from the lies and interference with

17   customer relationships.

18             You will hear about the two plaintiffs, Oracle

19   International and Oracle America.  Oracle International

20   owns the copyrights so they're entitled to the copyright

21   damages.

22             Oracle America provides support, and they

23   entered the licenses, so they're entitled to additional

24   damages for lost customers due to the lies and

25   interference.  And she will explain to you, do the numbers,

1    won't be duplicating any damages or having any overlapping

2    damages, the interference damages add up to $194 million,

3    and the total copyright and interference damages add up to

4    $245.9 million.

5            It's a serious business.  We lost customers.

6    Oracle software was copyrighted without authority, and it

7    was done at a massive level, so significant damages are

8    being requested.

9            Now, we anticipate that Rimini will say that

10   perhaps we are entitled to some money.  Maybe they're even

11   going to say we're entitled to something like $10 million.

12   But we'll have to wait and see what they say, but that's

13   not the damages that were caused.

14           And as the judge said, you're going to be able

15   to evaluate credibility at the end of this trial.  So when

16   Rimini says we are owed some money but this much lesser

17   amount of money, like when they told the Court from the

18   beginning that there was no library, you'll be able to

19   evaluate the truth of what they're saying.

20           I hope this introduction was helpful.  You'll be

21   hearing from me and my colleagues throughout this trial.

22           We'll ask you to remember, even when all this

23   information is coming in, those basic things, that there

24   was massive unauthorized copying, that there was lies and

25   concealment, and there was interference with our customer

1    relationships.

2              We will ask you to follow the law that Judge

3    Hicks will give to you, to apply those three things that

4    the facts will show to that law when you reach your

5    verdict.

6              So I thank you for your time and attention, and

7    we're going to be asking for a lot of your time and

8    attention as this goes along, showing you more documents

9    and showing you more testimony, but we're grateful for your

10   service today.

11             THE COURT:  Thank you, Mr. Isaacson.

12             Mr. Webb, I assume that you anticipate taking

13   approximately an hour on your opening statement; is that

14   correct?

15             MR. WEBB:  Yes, sir.

16             THE COURT:  In light of that, ladies and

17   gentlemen, it would probably be a good time to take a short

18   break, allow you to stretch, and we'll reconvene in

19   approximately 10 to 15 minutes, whenever you're ready, and

20   we'll then proceed with the defense opening statement.  So

21   you may go ahead and step down.

22             COURTROOM ADMINISTRATOR:  Please rise.

23        (Recess from 9:20 a.m. until 9:37 a.m.)

24             THE COURT:  Have a seat, please.

25             The record will show we're reconvened after our

1    first morning break.

2         And, Mr. Webb, are you prepared to go forward

3    with the defense opening statement?

4         MR. WEBB:  I certainly am, Your Honor.

5         THE COURT:  All right.  You're welcome to do so.

6         MR. WEBB:  If this case were as cut and dry as

7    Oracle's lawyer just made it seem, we wouldn't even be here

8    today.  The fact is this case is about a whole lot more

9    than what you just heard.

10        But at its core, at its essence this case can be

11   boiled down to just one thing; choice.

12        You see, Oracle chose to put into every single

13   one of its contracts with every single one of its customers

14   the right for that customer to choose whoever they want to

15   provide maintenance.

16        Then Oracle made another choice.  They chose to

17   provide poor, nonresponsive customer service, and then to

18   jack up the prices for their services to achieve a profit

19   margin of 94 percent; 94 percent.

20        Simply put, the evidence will show in this case

21   that Oracle chose profits over customer service, and that

22   choice created a vacuum in the marketplace, a void that

23   sooner or later someone was going to fill.

24        Seth Ravin stepped up to the plate to give

25   customers a better option.  And this lawsuit is Oracle's

1    response to his decision.

2            My name is Trent Webb, and along with my team,

3    we are honored to represent Seth Ravin and the 600 hard

4    working folks at Rimini Street.  And we are here to stand

5    for choice.

6            In this case, we will establish three essential

7    truths, truths that you can count on to resolve every

8    question at the end of this trial.

9            First, customers have a right to choose Rimini.

10   It's in the contract.  Oracle cannot go back on that word,

11   and Rimini has a right to be in this business.

12           Second, the process used by Rimini, the thing

13   they actually do, has not caused Oracle any financial harm.

14           Let me repeat that.  The thing that we are

15   accused of doing wrong has not hurt Oracle in any way, and

16   we will prove that to you.

17           The vast majority of what Rimini Street does is

18   not even at issue in this case.  The things that are at

19   issue were done by Rimini to increase efficiency, not to

20   hurt Oracle.

21           And, third, there will be no evidence that any

22   customer of Rimini would have stayed and paid Oracle.

23   Oracle is asking for a quarter of a billion dollars, not

24   just from Rimini Street, but from Mr. Ravin individually.

25   To do that, they're going to claim 229 of their customers

1    went to us, and they would not have gone to us but for our

2    infringement.

3              But that's not all they have to prove.  They

4    also will have to prove to you with actual evidence that

5    but for Rimini Street, if they weren't even on the scene,

6    that these folks would have stayed and continued to pay

7    Oracle.

8              In this case, they took the deposition of a lot

9    of our customers.  They sent subpoenas to a whole bunch

10   more.  They tried their best to get that evidence to tell

11   you, yeah, this -- this customer would have said and paid,

12   but they'll have no proof in this trial.

13             These essential truths will shed a very bright

14   light in the flaws in their theory.  What you'll see as

15   this case that goes along is the story you just heard will

16   not marry up to the facts.  What you'll see is their case

17   is built on half truths and diversions, but more than that,

18   accusations, calling my client liars.

19             Yeah, you'll see this case is about a whole lot

20   more than what you just heard.  To really get a feel for

21   what this case is truly about, I have to first set the

22   stage for you.  And to do that, I have to introduce you

23   properly to Mr. Seth Ravin.

24             Mr. Ravin will take the stand early in the case.

25   And I will tell you, for one, I am delighted because of it,

1    because you'll get to hear from him firsthand exactly what

2    Rimini Street does, why they do it, and why they've been

3    successful.

4         Mr. Ravin has been in this field for nearly 30

5    years.  He's widely viewed as the leader in software

6    maintenance.  And he blazed a trail in this industry not by

7    taking stuff that wasn't his, but by being a visionary in

8    customer service.

9         And in 1996, he went to work at PeopleSoft.

10   PeopleSoft at that time was a standalone company.  Later it

11   was acquired by Oracle.  For purposes of this trial, you

12   can sort of view them as one in the same.  And in 1996 he

13   went to work at PeopleSoft.

14        There he was in charge of a team that installed

15   the software.  They would take DVDs to load up and install

16   software for all its customers.  And I've got three here,

17   but these software programs are massive.  There may be a

18   box of these DVDs that have to be installed.  He led a team

19   in doing that.

20        And in that process something very important

21   happened.  He was in the trenches, and he got to meet the

22   customers and talk to the customers, hear their concerns

23   and understand why they weren't satisfied.  And Mr. Ravin

24   was successful.

25        Soon he was promoted to global head of all

1    installation, going around the world and working with all

2    these clients in installing the PeopleSoft software.

3              And, again, he got to speak with these

4    customers, got to know them, got to understand their

5    business and hear their concerns.

6              Soon Mr. Ravin was promoted to vice-president of

7    enterprise licensing.  And in that capacity he was in

8    charge of the maintenance business.  And let's talk about

9    what maintenance really is.  Before we go any farther,

10   let's really talk about that.

11             For me software maintenance is a little

12   difficult to comprehended, so I compare it to something

13   that I know a little bit about; cars.

14             Just like your car, sometimes your software

15   breaks down, you need it fixed.  And just like your car,

16   sometimes you need service, your software needs to be

17   updated.  Software maintenance does essentially that for a

18   client and their software.

19             Now, let's talk about how this all fits into the

20   picture of the business model for PeopleSoft.

21             As you heard from Mr. Isaacson, customers buy a

22   license to use this software.  They don't actually own the

23   copyright and the software.

24             Now, when they do that, they pay money to

25   PeopleSoft, and they get the right to use that software

1      forever.  It's called a perpetual license.

2               It's not exclusive, because that version of

3      software could be identical to the same version that a

4      whole bunch of other folks are using.  So it's a

5      nonexclusive license to use that software forever.

6               And here's the thing.  Just like when you buy a

7      new car, you get a warranty for the car, when you license

8      software from PeopleSoft, you got a one-year warranty.

9      It's called support.

10              Now, when you're on that one year of support, if

11     something goes wrong with your software, PeopleSoft will

12     fix it free of charge.  Just like your car breaks down when

13     it's under warranty you take it back to the dealer and they

14     fix it.

15              But after that one year, you have to make

16     choices, and this is all governed by a contract, a contract

17     between PeopleSoft, or later Oracle, and the customer.

18              And these contracts are going to be really

19     important, because these contracts lay out exactly what you

20     can do with the software.  It's a license.

21              A license is a copyright owner's permission to

22     do certain things.  It's like a fence defined by that

23     contract.  And as long as you operate inside the fence,

24     you're okay.  If you do something you're not authorized

25     for, you've crossed the fence.  Technically you're

1    infringing the copyright.  And that's all governed by these

2    contracts.

3                   And here's something else that's important.

4    When Mr. Ravin was vice-president at PeopleSoft, he worked

5    with these contracts all the time.  He knew them very well.

6    He negotiated them and renegotiated them.  And he

7    understood these contracts had a lot of different

8    provisions but a few that were the same, one to the next.

9                   And this was one of them.  This may be one of

10   the most important pieces of evidence in this entire case.

11   Because of this, companies like Rimini Street can exist.

12   It says that you have the right to have someone other than

13   us work on your software.  You have the right to have a

14   third party work on your software.

15                  For example, just like your car.  Let's say your

16   warranty expires.  You can go back to the dealer and extend

17   your warranty, or you could take it to your trusted

18   mechanic just down the street, the guy you know is going to

19   do a good job and treat you right.  Or, if you're really

20   handy, you can just fix your car yourself.  And, finally,

21   if you really are tired of your car, just trade it in on a

22   new one.

23                  The same options apply to software users.  You

24   can go back to the dealer, in this case it's going to be

25   PeopleSoft or Oracle.

1          You could go to a third party, one of the

2     folks -- one of the companies out there that provide

3     service on software.  Those are third parties.  Rimini

4     Street is one of those.

5          You could do it yourself.  It's called

6     self-support.  Or just get new software.

7          At expiration of that one-year period, every

8     customer has those options.

9          All right.  Back to PeopleSoft and Mr. Ravin.

10    Things were good.  They were making good money on licensing

11    that software; but, ladies and gentlemen, they were making

12    a killing on that maintenance business.  And here's why.

13          You heard from Mr. Isaacson after that one year

14    is up, if you want to go back to Oracle or PeopleSoft, you

15    got to buck up 22 percent of your purchase price.

16          Let's say you buy a car for 10 grand.  We all

17    know that's not possible, but let's say you could.  If you

18    wanted to extend your warranty for oil changes and tire

19    rotations, that would be $2,200.

20          Mr. Ravin worked with these clients.  He

21    understood their situation.  And they weren't very happy

22    about this.  They were getting charged more and more money.

23    They were perceiving they were getting less and less.  They

24    weren't getting the value.

25          And then there was this.  Every now and then

1   companies come up with upgrades, a new version.  Your

2   contract with Oracle provides you that fence for your

3   version.  If you want the new version, the upgrade, you got

4   to pay more money.  And then you got to pay the maintenance

5   fees on top of that going forward.

6           Now, it could be that you're perfectly happy

7   with your software, it works fine.  You know how to use it.

8   It works just right for your business.  You don't want an

9   upgrade.

10          So here's what PeopleSoft did.  They said, fine,

11  you can keep your software, use it as long as you want, but

12  you should know we're no longer going to service your old

13  version.  If it breaks, too bad.  If you need new parts,

14  tough noogies.  It's called a forced upgrade.

15          And while customers were generally dissatisfied

16  with the pricing, they were really upset with this, and

17  Mr. Ravin saw that.

18          And while times were good and people at

19  PeopleSoft were walking in high cotton, Mr. Ravin looked on

20  the horizon and he said there's a storm cloud, he said,

21  because customers are unhappy, and he knew that they all

22  had a choice.

23          If they didn't up their game, if they didn't

24  treat these folks right, if we didn't give them value,

25  they're going to vote with their feet.

1          So he did two things.  First of all, he

2     initiated an extended support platform, a new program that

3     allowed customers to extend their version.  They could pay

4     a little extra money and get a longer life of their version

5     before they had to upgrade.  Customers really like that.

6          But then he did something else.  He went to his

7     bosses, he went to his executives, and he told them his

8     concerns.  He said, "Listen, this golden goose will no

9     longer lay golden eggs if people march out the door, we've

10    got to do better, we've got to create more value for our

11    clients."

12         And this may be the most important moment in the

13    history of this dispute right there.  You see, because his

14    executive team, we're at a cross-roads.  They could have

15    said, "You know what, Seth, you're right, we should do

16    better for our clients, we should do away with these forced

17    upgrades, we should give our clients better value because

18    in the long term that will be much more successful."

19         Is that what they did?  No.

20         They said, "Seth, if it ain't broke, we're not

21    going to fix it."  They just kept marching down the same

22    path, the same path that increased revenue and forced

23    upgrades.

24         And that's not all they did.  You know that

25    extended platform that Mr. Ravin developed?  They pulled

1    the plug.  They found out that it was reducing the forced

2    upgrade money, and they ceased the program.

3            Mr. Ravin was very unhappy, so unhappy that he

4    quit.  He quit PeopleSoft and went to work for another

5    software company.

6            In this case, you'll hear that he went to other

7    software companies, and maybe you'll hear more about those.

8    But he left PeopleSoft because they refused to take care of

9    the problem that he solved, a market opportunity that they

10   created with their own business practices.

11           All right.  I want to now fast forward a couple

12   years.  There's a seismic event happening in the enterprise

13   software business, and that seismic event is centered in

14   Redwood Shores, California, at the headquarters of Oracle.

15           You've heard about Oracle in this case.  They

16   are a company that started in 1977 and grew rapidly through

17   acquisitions of companies and identifying opportunities in

18   markets.

19           And in the middle of 2000, they identified their

20   next opportunity, enterprise software.  It saw a few

21   companies out there that are engaged in this business, and

22   they had lots of really good customers that Oracle wanted,

23   and then they saw this.  They saw the gravy train that is

24   maintenance revenue.

25           And so they decided to go on a buying spree.

1     First, they bought PeopleSoft, and, in so doing, they also

2     acquired J.D. Edwards, a company that PeopleSoft had

3     earlier acquired.

4              Then they bought Siebel, another software

5     company, giving them the three companies, the three

6     products at issue in this case.

7              Now, you heard about the need for research and

8     development.  A couple things.  They paid $16 billion for

9     those companies.  The evidence in this case will show you

10    that they've been profiting, profiting over 10 billion,

11    billion, a year on just the maintenance revenue.  They've

12    recouped that investment many times over.

13             Here's something else.  They didn't write that

14    software, they bought it by buying another company.

15             Back to Mr. Ravin.  He recently had left a

16    company that he had worked with, and he noticed that that

17    opportunity was still there.  The opportunity that he saw

18    at PeopleSoft and brought to his executives' attention was

19    still there.  And he decided if not me, who?  And if not

20    now, when?

21             He decided he would take the dive and create his

22    own company from the ground up, not an existing company to

23    try to retrofit, but something that would achieve his

24    vision, because he knew that there was a market opportunity

25    for competitors, third parties in this space.

1          So when a customer had that choice to make, they

2     had that choice available to them.

3          And he also knew this.  If he could provide the

4     same service as the dealer, as Oracle, and do it for a

5     lower price and give customers world class service, that

6     was a formula that could not fail.

7          So he decided to start his own business, a

8     business that would be called Rimini Street.

9          Mr. Ravin took his life savings and invested it

10    in this new company, his vision.  Then he went to his

11    family and shared with them his vision for this company.

12    They were enthusiastic, and they too contributed to this

13    new business.

14          Now, you've heard already that Mr. Ravin built

15    this company on infringement to violate Oracle's rights

16    willfully.  But you'll hear from Mr. Ravin on the stand,

17    he'll tell you that's the last thing he wanted to do.

18          When you start a new business, the last thing

19    you want to do is step on the toes of another company, let

20    alone Oracle.

21          He was careful.  He was confident that what he

22    could do was legitimate.  Why?  He knew those contracts.

23    He worked with those contracts.  He understood those

24    contracts.

25          And, you know, while I talked earlier about a

1    license for an agreement being a square simple box.  Well,

2    these are complicated licenses, and the fence isn't

3    necessarily square, it's a complicated commercial

4    agreement.

5             But Mr. Ravin was confident that third-party

6    business was permitted.  It was inside the fence, and so

7    long as you stayed inside the fence, you would be fine.

8             Here's what else he knew.  He had been in this

9    business a long time.  Other companies, other third parties

10   were operating in this business, and he understood so long

11   as he kind of stayed with what they were doing, he would be

12   fine.

13            And finally he knew this.  Back when he was at

14   PeopleSoft, they never once objected to a third party

15   providing maintenance.

16            So armed with that information, launched his

17   business.  He launched his business September 2005.

18            Now, you may be asking yourself how is it that

19   Rimini Street can do this without having a license directly

20   with Oracle.  The answer to that lies with those contracts

21   I talked earlier.

22            Rimini Street stands in the shoes of its client.

23   If the clients have the right to do something on their

24   software, the client can do something in here, Rimini

25   Street can too.  If the client is authorized, then Rimini

1      Street is authorized.

2              A couple of important facts.  Rimini Street

3      doesn't sell software.  It does not sell Oracle software.

4      It never has.  It just fixes it.

5              It's not for the making of the car.  Rimini

6      Street is the mechanic down the street fixing it when it

7      breaks.

8              Another thing, Rimini Street is only given

9      access to its clients to diversions they've licensed.  We

10     talked earlier about those upgrades?  If one of its clients

11     is not licensed to the upgrade, they don't get it.

12             Every client has already paid Oracle in full for

13     these licenses.  They've already paid Oracle good money to

14     have the right to use those licenses.

15             And, finally, no Rimini client gets something

16     that they're not entitled to receive under their agreement

17     with Oracle.

18             So what does Rimini Street actually do?

19             First of all, product support.  If you have a

20     problem with your product, you call Rimini Street, they'll

21     walk you through the problem.

22             Fixes.  If your software breaks, you call them

23     up, and either they'll walk you through the fix or they'll

24     access your software over the Internet and fix it for you.

25             And maybe this is the biggest one.  Tax and

1    regulatory updates.  Let's say you're operating business in
2    many states, and in one state the tax withholding changes.
3    Rimini has a team of engineers who constantly research
4    looking for changes in the law.  When they find one, then
5    another team will figure out which of these clients will
6    this impact and how can we fix the software.

7           It's a huge operation.  Rimini Street invests
8    tons of money in that aspect of their business.  They'll
9    help you install your software, make sure it works with
10   other software in your business.  They will tune your
11   software, and it will provide assistance for you if you
12   ever want to update.

13          So Rimini Street launched in September 19, 2005.
14   Two weeks later, it gets a letter from Siebel.  Remember,
15   Siebel was in the process of being processed by Oracle at
16   this time, and they sent Rimini Street a letter saying we
17   hereby demand that you cease your wrongful activities.

18          Ladies and gentlemen, at that time Rimini Street
19   had precisely zero clients.  It had not done anything, yet
20   they get this letter.  Mr. Ravin was surprised.

21          He hired his own lawyers to respond to this
22   letter addressing point by point why these guys were wrong,
23   and they ended every letter with this "Why don't we just
24   sit down and talk about this?  Why don't we sit down across
25   the table, you tell us what you think is wrong, and we'll

1    see if we can fix it."

2            Oracle rejected that.  They said, "We're under

3    no obligation to advise your client in even more detail

4    what it must do to avoid engaging in unlawful conduct."

5            Over the next five years, letters were being

6    exchanged, accusations from Oracle, responses from Rimini

7    Street, and every response ended with "Let's sit down and

8    talk about this, this is silly."  Never was that accepted.

9            Despite these letters, Rimini Street had to

10   build the business.  And early on times were tough.

11           Mr. Ravin did not take a salary for two years at

12   this company.  Every dime that was made went back into the

13   company.  And times were very difficult because you had to

14   convince someone -- you had to convince someone that they

15   could be the guinea pig for your new business.  No one ever

16   wants to be the first one.

17           And they had to cut some sweetheart deals to get

18   clients in the door because they knew this, the sample

19   would sell the loaf.  They knew if they could demonstrate

20   they were good, other customers will follow.

21           Now, this was a startup business.  Like many

22   startup businesses, folks are wearing a lot of hats.  And

23   early on the processes were not very refined, and early on

24   things could have been done a lot better.  We're not going

25   to deny that.

1           Over time things got better and more refined.

2    But it wasn't intentional.  It certainly wasn't aimed at

3    hurting anyone.

4           And they got some success.  Early on they got a

5    few clients, and they demonstrated to those clients that in

6    fact they could -- they could do quality work.

7           Oracle will tell you that the reason Rimini

8    Street succeeded was because of our 50 percent cut-rate

9    pricing and because we infringed; but, once again, the

10   facts will not marry up to what they told you.

11          The reason Rimini Street was successful was

12   because of their secret sauce; their secret sauce.

13          What was that?  Service.  It was that thing that

14   Mr. Ravin identified was missing and lacking with the

15   PeopleSoft models.  He knew what we all know, people want

16   to be treated well.  They want to feel appreciated, and he

17   knew that could be the focal point of everything they do.

18          You'll get to hear from Mr. Ravin and other

19   employees at Rimini Street, and they will all tell you the

20   same thing, that is the focal point of everything they do

21   because that makes a difference.

22          Nowhere is that more clear than with the primary

23   support engineers at Rimini Street, the PSEs.  We'll have

24   one of them take the stand.  And that engineer will tell

25   you exactly what she does in her job.  You'll see how

1    important it is to her, how passionate she is about her

2    job.

3            When you sign on with Rimini Street, in that

4    contract you're guaranteed a named PSE.  You have their

5    name, their phone number, their e-mail address.

6            You call that person any time, night or day, any

7    day of the year, and you're guaranteed in that contract

8    that they don't answer that phone, you get a call back in

9    30 minutes.  In practice, you get a call back in three and

10   a half minutes.

11           Let me tell you this.  When your software

12   crashes, and you've got to make payroll that day, and if

13   payroll doesn't come out, people don't pay their rent,

14   that's a big, big deal, and Mr. Ravin knew it.

15           Here's something else.  Every person at Rimini

16   Street, from the person right off the street hired on to

17   sort mail, to Mr. Ravin, and including Mr. Ravin himself,

18   their compensation is based upon customer satisfaction.

19           Every customer, after an exposure to one of our

20   employees, get a survey.  They respond to that survey, "How

21   was Bob?  Did he meet your expectations?  Are you happy

22   with your service?"

23           On a scale of 1 to 5, Rimini Street averages 4.8

24   with its customers.

25           Rimini Street, in fact, succeeded because of its

1    special sauce, and that's what the evidence will be in this

2    case.

3              Now, this was not a pleasant event for Oracle.

4    They didn't really care for the fact that Rimini Street was

5    succeeding.

6              This is an e-mail from Juan Jones, an executive

7    at Oracle.  He says, "F Seth and his Rickety Street which

8    has yet to be paved.  Let's ensure we don't overreact to

9    these gnats, insects, bugs."

10             Well, hardly a Rickety Street.  Rimini Street

11   has been certified under not one but two ISO standards for

12   global quality and for information security.

13             The ISO certification process is very difficult.

14   Only a few companies ever pass their requirements, because

15   you get audited.  You get audited to make sure you're still

16   complying.  And Rimini Street has been audited multiple

17   times, and they have a perfect score on every audit.

18             The evidence will be that Rimini Street was, in

19   fact, well received by clients.  These are sophisticated

20   clients that signed on with Rimini Street.  And that's

21   important to understand something.

22             It's a big deal to take your software

23   maintenance from the vendor to someone else, because if

24   something goes wrong, there are consequences.  You might

25   lose your job.

1                    These companies are risk averse.  They're not

2      going to take this business and send it to someone unless

3      they're sure they can do a good job.  And these are just a

4      few of the companies who have made that decision.

5                    Now, Oracle did not ignore those gnats, they

6      sued them, which brings us to this lawsuit.

7                    You're here today to answer some important

8      questions about the allegations in this lawsuit.  Oracle

9      has made a bunch of allegations and a bunch of claims, but

10     most of them center on really one thing:  Did we make

11     unauthorized copies.

12                   We'll show you in this trial, while we believed

13     what we were doing was perfectly legitimate, perfectly

14     within the scope of those licenses, there are others issues

15     that you have to decide for yourself the judge hasn't

16     already decided, and we're going to put witnesses on the

17     stand to help you along the way.

18                   But we're going to start with our central

19     truths.  And you'll hear this again throughout this case

20     and in closing.

21                   First of all, customers have the right to choose

22     Rimini Street.  The contracts provide that they can go to

23     someone other than Oracle if they want their software

24     maintained, and Rimini Street has signed contracts with its

25     customers where they authorize them to do just that.

1              Second truth.  The Rimini process did not

2     actually cause Oracle any harm.

3              Now, we're going to explain to you what that

4     means, because you may be thinking that doesn't sound right

5     because we just heard that you have tens of thousands of

6     copies.  We'll explain all of that to you.

7              Now, the Court before this case made some

8     decisions about the scope of the license, and he found that

9     some of the things that Rimini Street did were not, in

10    fact, inside the scope of the license.  And we talked about

11    those earlier.

12             Mr. Ravin thought the fence extended way out

13    there.  The Court said, "No, it doesn't.  The stuff that

14    you did in this space is outside the scope of the license,

15    it's outside the fence."

16             Another spot, same thing.  "You're operating

17    here, Rimini," and even though Mr. Ravin, in his best

18    faith, thought this is where he could be, he said, "No, the

19    line is actually there."

20             And here's another space, another disputed space

21    where Oracle says that we knowingly violated their rights.

22             Now, before I go farther, I have to address one

23    thing.  You can only have your clients called liars just so

24    many times.  Mr. Ravin honestly believed the line was

25    there.  He put his own money, his family and friends' money

1       on the line because he believed that to be true.

2                   Years later, the Court found that he was wrong.

3       But being wrong does not make you a liar.

4                   So what did the Court actually find?  First,

5       remote versus local.  What does that mean?  It has to do

6       with the location of the software.

7                   Now, here's where the car analogy breaks down.

8       If your car breaks down, you take it to the mechanic, you

9       drive it down the street, and they fix it.  You can't do

10      that with software.  It's running your business, everything

11      about your business.

12                  So the standard practice in the industry is to

13      make environments, testing and development environments,

14      exact replicas of what you're running in your business.

15      That way you can develop fixes and updates on one of them,

16      test it in the next one, and then move it over to the one

17      running your business.  Those are called testing and

18      development environments.

19                  For some of Rimini's clients they actually

20      hosted the testing and development environments on Rimini's

21      computers, on their servers.  On others, Rimini Street did

22      it while the testing and development environments were on

23      the customer's servers.

24                  In this case, the Court said, "When you're on

25      your servers, that's outside the scope because the scope of

1    the license doesn't extend to your computers.  You have to

2    keep that on the client's computers to be inside the

3    fence."  It has to do with the location of the software.

4            Oracle wasn't hurt one iota by having that

5    software on Rimini's computers versus the client's.

6    Everything was done the same way, for the same price.

7            And here's something else you should know.

8    Rimini gave the clients the option to choose which it was.

9    Most of the clients chose local, to have Rimini Street host

10   the software.  But some, from day one, had remote.  It was

11   a little easier to do local, but the client said we also

12   will take remote.

13           What about the next one?  Reuse versus rebuild.

14   Reuse versus rebuild.  And what does that mean?

15           Well, when you're doing these tax and regulatory

16   updates, here's how it works.  Let's say that the tax law

17   changes, it goes from 7 to 8 percent.  The Rimini engineers

18   researching this, they discover it, and they make a fix for

19   your software to bring your software up to date so when you

20   issue paychecks, they're in the right amount, and they'll

21   send that to your software.

22           I want to introduce a new concept.  It's called

23   vanilla software.

24           Some clients get their software and load it up,

25   and they go, you know what, right out of the box it works

1     perfectly fine for our needs, no need to change it, and

2     some of these clients have the exact same software.

3            Now, for those clients, we'll have them ship to

4     us all their DVDs.  We'll look through them and compare

5     them to another one we already have.  And if those DVDs

6     match, and if the licenses of those two clients are

7     identical, they would basically -- instead of loading these

8     all over again, they would take the one they already have

9     and clone it for a new one.

10           That's what happened with the updated piece -- I

11    mean, I'm sorry, with the installation piece.

12           Now, with the tax updates, it's the same kind of

13    concept.  Let's say you have two clients with the exact

14    same software, exact same version, same license, same

15    things.  Instead of rebuilding that update for each client,

16    if they had the exact same software, Rimini Street would

17    just reuse their own work for the next client.

18           Now, the judge in this case found that that was

19    improper because you're not using the software for just

20    that client.  When you reuse your work, you're outside the

21    fence, but if you were to rebuild each one, it's a

22    different story.

23           The evidence in this case will be that Rimini

24    Street never did that for clients that had different

25    versions.  If you had a different version, it would not

1     take the software and put it into the next client's

2     version.

3               Now, customized software.  Where vanilla means

4     everyone has the same thing, customized means something

5     else.

6               A lot of our clients, as a matter of fact, most

7     of Rimini's clients, have customized software.  It changes

8     over time.  You make enough changes, and before too long,

9     it's an entirely different looking piece of software.  You

10    cannot use updates from one version to another version.  It

11    doesn't work, and it's outside the scope of the license.

12              For those clients, each one, there would be

13    individual updates.  They would rebuild each of those

14    updates.  They wouldn't reuse them.

15              Rebuild.  From day one you'll hear that Rimini

16    Street remote hosted and rebuilt for the same price.  These

17    other processes were done for efficiency purposes.

18              Now, we're going to shift gears and talk about

19    another thing.  Automated downloading.  Let me set the

20    stage for you on this one.

21              When Rimini Street started this business, it was

22    perfectly okay to use automated tools for downloading.  As

23    a matter of fact, Oracle recommended it.

24              But once Rimini Street started going and getting

25    successful, Oracle changed their rules.  They changed the

1    terms of use for their website and said no, no, you can't

2    use that stuff anymore.

3              Initially Rimini said to heck with that, our

4    clients have a right to do this, you can't change the

5    rules.  So for a period of time Rimini Street continued to

6    use these automated tools.  Eventually, back in 2009, they

7    stopped, they said it's not worth the trouble.

8              They went to having people individually click

9    mouses -- mice -- mouses to download software one at a

10   time.

11             Oracle will tell you that by continuing to do

12   the automated means versus manual, that Rimini Street

13   willfully violated their rights.

14             But even they would contend that manually

15   downloading is okay, and here's why that matters.

16             When you sign up with Rimini Street, they will

17   first build your environments, but then they'll do

18   something else.  They will download from Oracle's website

19   all the fixes and files and updates that you're entitled to

20   as their client, and you're provided that right in the

21   agreement, all enhancements.

22             Let me tell you what that means.  For your

23   version, there may be thousands and tens of thousands of

24   files available for you to download.  It's your right.  You

25   can do it.

125

1              Rimini Street will do that for you, and, as a

2      consequence, sometimes there's a bunch of stuff being

3      downloaded, a whole lot, one copy at a time, not hundreds

4      and thousands of copies.

5              But these clients have the right to that

6      content, and Rimini Street will do it for them.  But they

7      only do it for them before the expiration of their rights

8      under Oracle's contract, that one-year warranty.  That's

9      the only time they'll do it.

10             So here's what you know.  Whether it's remote or

11     local, same pricing.  Whether they rebuild or reuse, same

12     pricing.  Whether it's automated download or manual

13     download, same pricing.

14             And the purpose of that is this.  Oracle wasn't

15     hurt by this.  Rimini could offer all these services within

16     the fence for the same price.

17             Why in the world then did they use local and

18     reuse and automated downloading?  Simple.  Because it's

19     more efficient.  It takes fewer people to do the job.

20             We'll have an expert who will take the stand and

21     he'll calculate for you what exactly did they save by doing

22     this, the number of man hours that they avoided spending to

23     do it this way, and he'll tell you that the total cost

24     saved was $9.3 million.

25             I will submit to you that's the maximum that

1    Rimini Street should be made to pay in this case, because

2    that's what they benefitted from, that's how they

3    benefitted from using these efficient means.  The value of

4    use is $9.3 million.

5              Now, Oracle will tell you that the reason Rimini

6    Street can charge 50 percent is because they infringed,

7    they cheated, they got a head start.

8              But what you'll hear in this case is that Rimini

9    Street has just chosen to take a reduced profit.

10   Forty-four percent is their margin they identified.  They

11   think that's probably good enough, 44 percent margin.

12             And notice something else.  The red bar.  The

13   costs that Rimini Street spends on its customers is per

14   customer larger than Oracle.  They spend more money serving

15   those clients than Oracle does.

16             Which brings us to the third essential truth.

17   There will be no evidence that these customers would have

18   stayed and paid with Oracle.

19             How do we know this?  We know this because, of

20   all the customers who were deposed in this case, of all the

21   documents we've seen, not one has said, yeah, you know

22   what, if it wasn't for Rimini Street, I would have gladly

23   stayed with you guys and continued to pay 22 percent per

24   year.

25             They don't have that proof.  This will be a

127

 1    failure of proof, ladies and gentlemen.  They don't have

 2    the goods.

 3              Here's what these customers said.  Brian Baggett

 4    with Bausch & Lomb was asked:

 5              "But you ultimately didn't keep support with

 6        Oracle; is that correct?

 7              "That's correct.

 8              "And what led to that decision?

 9              "We felt Oracle capital was unreasonable.

10              "Unreasonable?  Can you describe?

11              "In every aspect of the negotiation.

12              "Mr. Baggett, and in terms of other products

13        in the future, are you considering Oracle as a

14        viable option?"

15              His answer, "My personal opinion, and

16        speaking on behalf of the recommendations that I

17        make within Bausch & Lomb, they're our last

18        choice."

19              Clark Strong, another Rimini client, was asked

20    by Oracle's lawyer.

21              "And to what extent was that lower price a

22        deciding factor in the decision for Birdville to

23        contract with Rimini Street rather than to renew

24        with Oracle?

25              "None.

1              Oracle's lawyer, "The price was no -- no --

2      no effect whatsoever?"

3              His answer, "No."

4              "Question:  So if it had been the same

5      price, you still would have contracted with

6      Rimini?"

7              His answer:  "That's what I would have

8      recommended."

9              "As you sit here today, does Birdville have

10      any plans to go back to Oracle support?

11              "I wouldn't recommend it.

12              "And why not?

13              "Because of the support we get from Rimini."

14              Customer churn.  This may be the most

15      inconvenient fact for Oracle in this case.  Five percent of

16      their customers leave every year.  It's called churn.

17      Every year five percent of these customers leave for one of

18      these options.

19              Only about 12 percent end up going with Rimini.

20      You'll have to ask the question to yourselves in this case,

21      where are the others going?  How can Oracle prove that

22      Rimini Street would have gone back to Oracle rather than to

23      deal with what these 88 percent of these other folks did?

24              The evidence will be this, our customers were on

25      their way out of the door.  We just gave them a place to

1    land.

2              Here's a chart for you.  The customer attrition

3    for Oracle was lower before -- or was higher before Rimini

4    Street came on the market than it is now.

5              Let me rephrase that.  Fewer customers are

6    leaving now than before Rimini Street even hit the market.

7              And for PeopleSoft, the number one product line

8    that Rimini Street services, that rate's been cut in half.

9    Half of the people now are leaving than before Rimini

10   Street even came on the market.

11             Oracle has not been harmed, and the evidence

12   will be this.  The maintenance revenue for Oracle has gone

13   up since Rimini Street hit the market.  The number of

14   customers they maintain has gone up since Rimini Street hit

15   the market, and, ladies and gentlemen, the profits they

16   make on maintenance have gone up.

17             The judge read some instructions just a few

18   minutes ago.  One of the instructions said that you're not

19   to decide the verdict until you and the fellow jurors have

20   completed your deliberations at the end of the case.

21             You shouldn't make up your mind based upon what

22   you hear from one side because, hear me now, they're going

23   to come after us with both barrels.

24             They're going to start off, and they're going to

25   call Mr. Ravin right at the beginning of their case, and

1    they are coming after us.  I'm asking you to withhold your

2    judgment until you hear our side of the story as the judge

3    has instructed you.

4           But as you hear this evidence, as it starts

5    coming in, you could take it all and put it into one of two

6    buckets.

7           The first bucket, real proof.  This is the

8    evidence that you'll need at the end of this trial to

9    answer some really important questions.  This is the

10   information that will inform you and educate you and guide

11   you as you make the very important decisions in this case.

12          What's in this bucket?  That bucket will have

13   stuff that's not designed to have you answer questions at

14   the end of the case.  That bucket contains diversions,

15   assumptions, and accusations.

16          As the evidence comes in you should be thinking

17   which bucket does it go in?  And more than that, why is

18   that lawyer telling me this?

19          Unfortunately, I do need to clear up a few

20   things.  Now, we're not going to counterpunch everything

21   they say about us or we'll be here all day, but I do want

22   to say a few things.

23          First of all, the copies that will stretch

24   between here and Pleasanton, California.  Every day Rimini

25   Street creates backup copies for its clients, every day.

1    There are thousands of backup copies.  And look here.

2                That's okay.  We don't use those for our own

3    purposes, we use those for the clients.  What is the

4    purpose of talking about massive copies?  Which bucket does

5    that go in?

6                Here's something else.  You saw the graph of the

7    spikes, of all the downloading we were doing?  Remember

8    that?  We were downloading files for XO, a client we had

9    just signed, and we had to get all the downloading done in

10   a very short time.

11               And they blocked us.  They blocked our IP

12   address.  We changed it and tried something else.  They

13   blocked it again.

14               So what did we do?  We wrote them.  This is a

15   letter from one of our engineers to Oracle saying, "John,

16   we are helping XO obtain all the software and content that

17   they're entitled under their current support maintenance

18   agreement.  We understand you've blocked us, therefore we

19   would appreciate your help to find a solution for XO and

20   our other clients."

21               You heard how we're deceitful, we're concealing,

22   we're operating in the shadows.  Which bucket does that go

23   in?

24               Another thing, you'll hear in this case about

25   how the lines, the lines around this fence were so clear --

 1    were so clear that Mr. Ravin could not have possibly

 2    misunderstood where they were.

 3              I'll tape this up and get it back to you.

 4              But that's not exactly what the facts will show.

 5    This is a letter from one of our own clients saying maybe I

 6    am mistaken -- again, this is the client, this is a client

 7    writing to us saying, "Maybe I'm mistaken, however,

 8    wouldn't Rimini Street create a tax update that could be

 9    shared with other customers who have vanilla instances?"

10              Our client's saying to us why don't you reuse?

11              Here's another client.  The client raised

12    concerns because they were unclear as to why we couldn't

13    simply develop using other environments we had for other

14    clients.  "Why don't you just cross-use?"

15              Which bucket does that go in?

16              And, finally, the deleted library.  You heard

17    about it from the judge, you heard a lot about it from

18    them, you'll hear a lot about it in this case.  Let me take

19    a few minutes and tell you what that is all about.

20              When I told you earlier that if we had two

21    clients with the exact same software, sometimes we'd take

22    the same version and clone it for them because they had the

23    same DVDs and same license.  We had a repository for some

24    of those versions for installation media.

25              After that's done, we download from their

1    website all the files and manuals that that client has, and

2    we've siloed that, and those downloads are not used with

3    anyone else.

4           Prior to this lawsuit letters were going back

5    and forth, and at some point the folks at Rimini Street

6    said, hey, listen, these guys might actually sue us, so

7    they did something.  They issued what's called a hold

8    notice.  They sent out a notice to all the employees saying

9    don't destroy anything that could be relevant to a case

10   because Oracle may not -- may need it if they sue us.  They

11   preserved evidence for Oracle's benefit even before the

12   lawsuit was filed.

13          About two weeks before the lawsuit was filed,

14   without any notice this lawsuit was coming, one of the

15   engineers went to their boss and said that installation

16   repository I just told you about that actually clones the

17   materials, "we haven't used that for a very long time, why

18   don't we just delete it?  It's taking up too much server

19   space."

20          The boss responds in an e-mail, "Okay, but make

21   sure you take a snapshot of what's in the file because we

22   want to make sure what was deleted."

23          All right.  How did Oracle know we did that?

24   Because we gave them that information.  We gave them the

25   e-mails, and we gave them the snapshot of exactly what was

1    deleted.  We gave it to them.

2              Which bucket does that go in?

3              Now, ladies and gentlemen, despite Mr. Ravin's

4    good faith belief, and despite this understanding of the

5    industry, I mean, he got it wrong.  The judge found in a

6    few instances where we were operating, the fence wasn't

7    where we thought it was.

8              We are not here to back away from that.  We're

9    not here to disown that.  We're here to be held accountable

10   for our actions.  Despite our good faith, we did not meet

11   the Court's definition.

12             But when you're evaluating what damages should

13   be assessed against Rimini Street and my client

14   individually, you have to look at what's in this bucket,

15   not this one.

16             But just as Rimini Street is here to be held

17   accountable, you too have to hold Oracle accountable to its

18   burden of proof.  You can't ask for a quarter of a billion

19   dollars unless you have the goods to back it up.  Hold them

20   to their proof.

21             But at the end of the trial, we're coming back

22   to choice.  Oracle made the choice to give their customers

23   the right to choose someone else, and at the end of this

24   case you'll have a choice on your own.  You get to choose

25   the outcome of this case, and if you focus on the real

1    proof, we have no doubt that you'll get it right.

2              I want to thank you very much for your time.

3    It's going to be a long three weeks, but we appreciate your

4    service and your attention.  Thank you.

5              THE COURT:  Thank you, Mr. Webb.

6              Ladies and gentlemen, as I explained to you

7    yesterday, our court sessions will go until approximately

8    2:00 without a lunch break.  However, we will take a major

9    snack break each day, and I've been told the snacks today

10   consist of fruit and crackers and cheese.

11             I think it's probably best to take that break at

12   this time.  We'll have it delivered to you.  You'll have up

13   to 20 minutes, and if you need a little longer, that's okay

14   too.  And we'll deliver those at this time.

15             Then we'll start with the plaintiffs' evidence

16   with their first witness when you return, and we'll go

17   until approximately 2:00 today, give or take, kind of

18   depending where we are.  So at this time we'll take our

19   break.

20             I want to admonish you, very important, not to

21   converse among yourselves or allow anyone to discuss this

22   case in your presence, and to keep, obviously, an open

23   mind.

24             You've heard opening statements.  They are not

25   evidence in the case.  They are designed to give you a

1     sense of where this case is likely to go through the eyes

2     of the counsel representing each side.

3              So absolutely keep an open mind.  It's very

4     important that you keep an open mind until you've heard all

5     the evidence.  It can only be presented one witness at a

6     time, one exhibit at a time, and until you have the whole

7     package, you wouldn't be able to properly do your job.

8              So at this time we'll take our break, and we'll

9     reconvene, like I said, I'm going to shoot for 20 minutes,

10    it can be a little shorter, a little longer, depending on

11    when you're ready.

12             So at this time we'll take that recess.

13             COURTROOM ADMINISTRATOR:  Please rise.

14             THE COURT:  You may go ahead and step down.

15             (Recess from 10:29 a.m. until 10:51 a.m.)

16             (Outside the presence of the jury.)

17             THE COURT:  Have a seat, please.  The record

18    will show that we're in open court, the parties and counsel

19    are present.  The jury is not present.

20             My court clerk was just advising me there was an

21    issue concerning the use of a proposed physical exhibit

22    with one of the witnesses.

23             Do you want to outline that for me,

24    Mr. Isaacson?  Or, I'm sorry, Ms. Dunn?

25             MS. DUNN:  No problem, Your Honor.

1               So Dr. Davis, who will be our first witness, was

2      going to, with one of our demonstratives, use the easel and

3      the demo in hard copy.

4               He's a professor, and so Mr. Isaacson can show

5      you what that looks like, just to make it easier to explain

6      some of these concepts which are very complicated to the

7      jury.

8               I will tell you that most important to us is not

9      inconveniencing the Court in any way.  So if this is at all

10     problematic, we're happy to have him not do it and only do

11     it on the screen.  But it might be of some assistance for

12     him to be able to get up and gesture to the boxes and

13     profess in the way that he is accustomed to doing in his

14     class.

15              THE COURT:  As you know, I do the best I can to

16     accommodate counsel on how they want to try their cases,

17     within limits, of course.

18              Our visual equipment in these courtrooms, as you

19     know, are -- rank at the top, as far as I know, because

20     they allow for a witness to use the video and make any

21     alterations and draw diagrams and all of that.  And I know

22     that counsel have been through that, and so I like to use

23     that to the extent I can.

24              I also understand your exhibit here -- and for

25     the benefit of the record, you have a poster board that

1      appears to be approximately 36 or 40 inches wide by

2      probably 48 or 54 inches tall, that is also duplicating --

3      it duplicates what we have available on the screen.

4             What I don't want, I don't want the witness

5      stepping down in front of the jury and having the diagram

6      posted in front of them and diagramming on it when, in

7      fact, they all have the video screen.

8             But what I will allow, I'll allow it to be used

9      contemporaneously with what is on the jury's video screen,

10     and if he wants to place his marks on both the video screen

11     and the diagram during the course of his testimony, I'll

12     allow him to do that as long as it's not interrupting

13     unnecessarily his testimony itself; in other words, have it

14     be brief or have it done that way.  Or if you just want to

15     use the screen, that's fine too.

16            What I don't want is taking the time to have him

17     step down in front of the jury and going through the

18     diagram and creating it in his own hand in many ways.

19     So --

20            MS. DUNN:  That makes sense, your Honor.

21            THE COURT:  -- that's my middle ground.

22            Is there any objection to that on behalf of the

23     defense?  And I don't know what may be coming around the

24     pike from the defense standpoint either.

25            MR. RECKERS:  No, Your Honor, no objections

1     to -- whatever works to have an easy, understandable

2     presentation.

3                 THE COURT:  All right.  Thank you, Mr. Reckers,

4     I appreciate that.

5                 All right.  That will be our ruling, and we'll

6     be ready to go whenever the jury is ready.

7                 MS. DUNN:  Thank you, Your Honor.

8                 THE COURT:  Thank you.

9                 MR. RECKERS:  Your Honor, we did have one

10    exhibit that I think we have an objection on that we would

11    take up before the jury came in.

12                THE COURT:  Oh, okay.

13                Ms. Dunn?

14                MS. DUNN:  So defense counsel and I have

15    discussed, we propose to introduce into evidence an exhibit

16    that actually was shown during opening, it's paragraph 34

17    of defendant's answer to our compliant.  We would seek to

18    admit it as a party admission.

19                And I believe the objection is under Rule 106,

20    the rule of completeness, which would -- I'm not actually

21    certain why the defendants think it applies here since we

22    do wish to offer the entire paragraph from the answer into

23    the record.

24                The rule of completeness does not require that

25    an entire document be admitted.  If it required that, we

```
 1    would obviously have even more voluminous reams of paper in

 2    this case than we already do.

 3              So in the interest of completeness, we would

 4    offer for admission the entire paragraph 34 of defendants'

 5    answer which gives complete context to --

 6              THE COURT:  Do you have a printed form that

 7    you could --

 8              MS. DUNN:  Yes, I do.  I can hand it up if that

 9    would help.  And to help the Court, it is Plaintiffs'

10    Exhibit 1482D.

11         (Discussion held off the record.)

12              THE COURT:  Okay.  Let me hear from you,

13    Mr. Reckers.

14              MR. RECKERS:  Your Honor, with the Court's

15    permission --

16              THE COURT:  I'm sorry.

17              MR. STRAND:  Peter Strand, your Honor.

18              THE COURT:  Yes.

19              MR. STRAND:  Mr. Reckers is going to

20    cross-examine Dr. Davis, but I drew the short straw on this

21    objection for the defense, if that's okay.

22              THE COURT:  That's fine.  Go ahead, please.  I

23    apologize.

24              MR. STRAND:  I must admit to a little confusion

25    about exactly what counsel for Oracle wants to do.  I heard
```

1     just now that they wanted it as an admission.  We

2     originally heard that they wanted to mark that single

3     paragraph as an exhibit.  Where are we?

4                MS. DUNN:  So it is marked as an exhibit, 1482D.

5                And I think I should also note, so that the

6     Court is aware and as you are aware, that this is the

7     paragraph that appears replicated in full in Dr. Davis'

8     report.

9                THE COURT:  All right.

10               MR. STRAND:  I'm not going to object on it based

11    upon it being in Dr. Davis' report.  Here's our problem,

12    your Honor.

13               Here we start off with -- a long time ago, when

14    I started doing this, the Court would say thou shalt not

15    mark as an exhibit a pleading and send it into the jury

16    room.

17               If that is the Court's view, then we can

18    dispense with that particular situation right here.

19               As far as I know, there are good and just

20    reasons for that.  One, it is an advocacy piece, it is not

21    evidence in the lawsuit.

22               If they marked their -- if they mark our answer,

23    then we're going to want to mark their complaint, we're

24    going to want to mark all of our answer.  That's normally

25    why the courts say, you know what, we're just not going to

142

1    do that.

2              So we object to the marking of a single

3    paragraph out of a 30-page answer completely out of context

4    as an exhibit to be admitted into evidence to go to the

5    jury room.  It is utterly improper, it's just not a good

6    idea.

7              Secondly, if they want to read it into evidence

8    as an admission against a party, that's fine, they can do

9    that, that happens all the time.  We still object to it

10   being sent back to the jury room.

11             If it is going to be sent to the jury room, then

12   we -- Your Honor, under Rule 106, for fairness sake, it

13   needs to be put into context.

14             The context is the answer, the entirety of the

15   answer.  As you might imagine, they don't like the entirety

16   of our answer, we pretty much like it.

17             At the same time, to be put into context --

18   because you remember you saw it this morning, it was taken

19   out of context.  We were called liars as a result of what

20   was said in that paragraph.

21             If that paragraph is read in the context of the

22   paragraph preceding it and of the allegation to which that

23   paragraph responds, it is abundantly clear, and will prove

24   that there was no lie, there was no misstatement.

25             So if we're now going to get into a situation in

1    this trial -- and we're already looking at three weeks --

2    where we're going to begin arguing about what people meant

3    in advocacy pleadings, we're going to waste a ton of the

4    Court's time, a ton of the jury's time.

5              Let them read it in as an admission, let's move

6    down the road.

7              MS. DUNN:  Your Honor, if counsel agrees that

8    this is an admission, I don't see what his difficulty is.

9    It is a party admission.  It comes in properly under the

10   rules of evidence.

11             Counsel is misapplying Rule 106.  There is Ninth

12   Circuit case law on this which says that what is necessary

13   is context.  And the context in this case is what is in

14   that answer applied to the specific issue which is

15   defendants' claims about siloing and claims about the

16   library.

17             This is the entire paragraph that is in there.

18   It is a party admission.

19             With due respect to Mr. Strand's experience,

20   that is not enough to rely upon here.  He needs to cite

21   some basis in law.  The basis he has cited is 106, and he

22   is incorrect about that.

23             MR. STRAND:  And, Your Honor, my only reply to

24   that is, if they are going to enter as an admission an

25   answer, a paragraph from an answer, then, by all means,

1    they have to put in the allegation that leads to that

2    response.

3              MS. DUNN:  The paragraph --

4              MR. STRAND:  Utterly out of conduct -- utterly

5    out of context.

6              MS. DUNN:  The paragraph itself includes the

7    allegation as stated by the defendants.

8              Mr. Strand himself has stood here and said that

9    he has no problem with this being read into evidence.  It

10   is not a problem with it being admitted into evidence.  He

11   just doesn't want the jury to have it, but we do, and it is

12   proper for the jury to have it both as a party admission

13   and under 106, according to the way that that's been

14   interpreted by the Ninth Circuit.

15             MR. STRAND:  Your Honor, if that's the way we're

16   going to play ball, then there's bunches of things they

17   said in briefs over the last five years that I'd just love

18   to put in one-paragraph things and send back to the jury.

19   Why I think it's a bad idea.

20             THE COURT:  Well, I'm going to take a look at

21   it.  Are there particular paragraphs that are redacted here

22   that you feel tend to cause paragraph 34 to be taken out of

23   context?

24             MR. STRAND:  The immediately preceding paragraph

25   provides context, Your Honor; the immediately succeeding

1     paragraph provides context; and the allegation in

2     plaintiffs' complaint, second amended complaint -- excuse

3     me, complaint provides context.

4               So those three paragraphs.  The actual

5     allegation --

6               THE COURT:  All right.  I need to review those.

7     I'm going to reserve ruling on it.

8               I would tell you tentatively that because it's

9     admissible, I'm inclined to feel that it could be admitted

10    in a single-page form, but if there are other paragraphs

11    that place this in context and would cause it to be

12    confusing in any way, I -- I would not allow that.

13              But I would allow or would certainly consider a

14    counterexhibit that would show the paragraphs that defense

15    feels more properly place this in context.

16              But I'm not going to get into a pleading battle

17    in this courtroom in terms of exhibits.  But this -- the

18    point is that I -- and I recognize that this is a sensitive

19    point in plaintiffs' case and a sensitive point to defense

20    as well.  So I want to take a careful look at it before I

21    give you a final ruling.

22              MR. STRAND:  Thank you, Your Honor.

23              MS. DUNN:  Thank you, your Honor.

24              THE COURT:  When do you need a ruling by?

25              MS. DUNN:  So we plan to use it in Dr. Davis'

1    testimony, which is upcoming now, and we would plan to move

2    to admit during that testimony.

3              If Your Honor needs more time to examine the

4    issue, we can obviously move to admit pending your ruling

5    during the examination rather than --

6              THE COURT:  Okay.  I'll allow you to do that,

7    and that way we can move along.

8              MR. STRAND:  Thank you.

9              THE COURT:  All right.

10             I'm suspecting the jury may be ready, Madam

11   Clerk.  Why don't you bring them in, and we'll just stay

12   here and get started.

13             MS. DUNN:  Your Honor, let me just clarify -- I

14   just want to make sure we can show the exhibit.

15             THE COURT:  Yes, you can.

16        (Jurors enter courtroom at 11:06 a.m.)

17             THE COURT:  All right.  Have a seat, please.

18             All right.  Ladies and gentlemen, I'll start

19   with an apology.  I told you I expected you would have

20   crackers and cheese with your bowl of fruit.  It's coming a

21   little later.  I just thought it would all be here at one

22   time.  We'll get that straightened out, and I apologize.

23             The record will show we're reconvened in open

24   court.  The jury is all present.  The parties and counsel

25   are present, and plaintiffs' counsel, you may proceed with

```
 1    your first witness.

 2              MS. DUNN:  Thank you, Your Honor.

 3              THE COURT:  Ms. Dunn.

 4              MS. DUNN:  Your Honor, Oracle calls Professor

 5    Randy Davis.

 6              COURTROOM ADMINISTRATOR:  Please raise your

 7    right hand.

 8              You do solemnly swear that the testimony you

 9    shall give in the cause now before the Court shall be the

10    truth, the whole truth, and nothing but the truth, so help

11    you God?

12              THE WITNESS:  I do.

13              COURTROOM ADMINISTRATOR:  Please be seated.

14              Please state your name and spell your last name

15    for the record.

16              THE WITNESS:  My name is Randall Davis,

17    D-a-v-i-s.

18              COURTROOM ADMINISTRATOR:  Please tell us your

19    city and state of residence.

20              THE WITNESS:  I live in Weston, Massachusetts.

21

22

23

24

25
```

```
 1                        RANDALL DAVIS

 2                called as a witness on behalf of the

 3           Plaintiffs, was examined and testified as follows:

 4                   THE COURT:  All right.  Go ahead, please.

 5                   MS. DUNN:  Thank you, your Honor.

 6                        DIRECT EXAMINATION

 7    BY MS. DUNN:

 8    Q.    Good morning, Dr. Davis.  How are you?

 9    A.    Good morning.  Doing well.

10    Q.    Dr. Davis, tell the jury where you work, please?

11    A.    I'm a professor of computer science at the

12    Massachusetts Institute of Technology, commonly called MIT,

13    in Cambridge, Massachusetts.

14    Q.    And how long have you been a computer science

15    professor?

16    A.    I started working there in 1980, so, frighteningly

17    enough, it's been 45 years.

18    Q.    And if you could give the jury a sense of your

19    educational background.

20    A.    I got my undergraduate degree at Dartmouth in 1970,

21    and then in '76 got my degree in artificial intelligence

22    from Stanford.

23    Q.    And over the years, what kind of computer systems or

24    software have you worked with?

25    A.    Early on I started in the area of what's called
```

1    artificial intelligence, which is trying to build programs

2    that embody certain sorts of intelligence that people have.

3            In more recent years I've gotten very interested

4    in what's called user interfaces, interesting ways to make

5    it easy for people to interact with computers.

6            Typical interaction, of course, is a mouse and a

7    keyboard.  It's nice to be able to stop using the mouse and

8    keyboard occasionally and, say, be able to talk out loud or

9    gesture or draw.  So I've done a bunch of work on what are

10   called advanced user interfaces.

11   Q.    Have you also published articles?

12   A.    Yes, more than 100 technical articles over the

13   years.

14   Q.    And is this a list of some of them that we see right

15   in front of us?

16   A.    Yeah.  This is a particular list of the articles

17   that I happen to have published in the area of what's

18   called intellectual property.

19            About 25 years ago I got very interested in

20   what's called intellectual property and software.

21            Intellectual property is a legal term for a

22   certain area of the law in particular, it's the area that

23   includes copyrights.  And I got very interested in what I

24   saw as some of the difficulties that the law was having in

25   understanding software as a copyrightable work.

1            So I began studying it.  I wrote some papers

2    about it with some other people.  I have one paper in the

3    *Columbia Law Review*.

4            Perhaps the most interesting thing that I got

5    asked to do, I was asked to chair a study session at the

6    National Academy of Sciences down in Washington to study

7    this question, to put together a group of experts from a

8    wide variety of backgrounds and perspectives, and to issue

9    a report that tried to explain something about what was

10   going on with respect to software and copyright in

11   particular.

12           That's the one listed in 2000.  We called it *The*

13   *Digital Dilemma, Intellectual Property in the Information*

14   *Age*, which tried to explain why there was some apparent

15   difficulties in the law trying to come to grips with

16   information in digital form.

17   Q.   And you mentioned the term intellectual property.

18           Please explain to the jury what is intellectual

19   property.

20   A.   My understanding is it breaks down loosely into two

21   categories, copyrights and patents.

22           Patents you get for inventing widgets, new kinds

23   of devices loosely speaking.

24           Copyrights covers creative works.  So if

25   somebody writes a book, creates a movie, writes a poem, a

1    play, all sorts of creative things are covered under

2    copyright.  You can copyright your work, and that gives you

3    rights to it that other people don't have.

4              You have the right to reproduce it, to

5    distribute it.  If it's a play or a movie, you have a right

6    to display it, to perform it.

7              So there are all these kinds of rights.  As it

8    turns out, software is considered copyrightable as well.

9    So if you create a program, one where you can protect it so

10   that other people can't just take it and use it without

11   your permission if you can copyright your software.

12   Q.    And in this case, you are a consultant for Oracle;

13   is that right?

14   A.    Correct.

15   Q.    Have you ever consulted for Oracle before?

16   A.    No.

17   Q.    And in any of your consulting work, have you ever

18   examined any of the software involved in this particular

19   case?

20   A.    Yes.  Several years ago when J.D. Edwards was still

21   an independent company, I was asked to work as an expert,

22   an expert witness for J.D. Edwards.

23              There was an issue and contention regarding some

24   software that J.D. Edwards had jointly developed with

25   another party, and there was a battle about who had the

1    rights to that software.

2             In order to help come to a decision in that

3    case, what I was asked to do was examine a body of J.D.

4    Edwards' software and this other party's software and

5    compare the two and see to what extent they were the same

6    or different.

7    Q.    And if you could give the jury a sense of your other

8    work in the field of intellectual property, some other

9    cases you've worked on.

10   A.    Yeah.  Probably the most interesting one was several

11   years ago there was actually a claim by a private company

12   that a program that they had created had been stolen by the

13   US Government and put to work by the National Security

14   Agency, the Defense Intelligence Agency, the Drug

15   Enforcement Agency.

16            So I and two other people were in the position

17   of being asked to go examine the National Security Agency

18   and look on their computers -- oh, and the FBI too.  I

19   forgot about them.  Yeah.  The FBI was accused of taking

20   the program.

21            So we had this remarkable experience of going

22   inside the FBI and looking at their computers, going inside

23   the NSA and looking at their computers, and trying to

24   decide whether, in fact, the program that this private

25   company had created was indeed found on those computers.

1    It was a remarkable experience.

2    Q.    Was it?  All right.

3    A.    It was a remarkable experience, but what you really

4    asked was, was the program there.

5            It turns out the answer is no.  It was one of

6    those things where it -- there was a program of the

7    identical name that did something like what the original

8    one was.  So the accusation wasn't crazy, but it turned out

9    not to be true.

10            MS. DUNN:  Your Honor, Oracle moves Professor

11   Davis as an expert in computer science.

12            THE COURT:  All right.  The Court doesn't

13   certify an expert one way or the other, but he has been

14   qualified to testify in this area, and he may go forward.

15            MS. DUNN:  Thank you, Your Honor.

16   BY MS. DUNN:

17   Q.    Dr. Davis, let's talk about this case.  What were

18   you asked to do in this case, what was your assignment?

19   A.    Well, there were three things as suggested on the

20   slide.  I was asked to examine Oracle's copyrighted works,

21   PeopleSoft, J.D. Edwards, Siebel, and Oracle Database, so I

22   could get familiar with their software.

23            And then I was asked to examine material that

24   had been turned over by Rimini Street, copies of

25   information that was on their computer system.

1          I think you've heard the term discovery used in

2    this stuff so far, and my understanding of discovery is,

3    when there's a lawsuit, one side can ask the other side to

4    turn over some of its documents so that the other side can

5    examine them.  That's discovery, to my understanding

6    anyway.

7          And some of the discovery I looked at in this

8    case was what was on Rimini Street's computer system.

9          I analyzed also how Rimini's system worked, how

10   they did their work, and I tried to understand whether and

11   to what degree Rimini Street was copying Oracle's

12   copyrighted works.

13   Q.   So the jury has already heard a little bit about

14   PeopleSoft, J.D. Edwards, Siebel, and Oracle Database,

15   which are the programs you just mentioned.

16          Collectively, are those and others what's known

17   as enterprise software?

18   A.   Yes, they are.

19   Q.   And please explain why it's called enterprise

20   software.

21   A.   This is one of those terms that sort of means what

22   it says.  Enterprise software is software that's designed

23   to work across a large enterprise.

24          So if you've got a big business, if you've got a

25   big company, a hospital, a government organization, if you

1    have a big organization and you want software that covers

2    all or almost all of its operations, that's called

3    enterprise software.

4              So inside a company, for example, I might want

5    software that handles payroll, that handles ordering

6    materials, shipping products, dealing with customers,

7    basically the whole scope of the activities of the

8    enterprise, that's what enterprise software is supposed to

9    help you with.

10   Q.    And from a technical standpoint, does enterprise

11   software work in the same way as software that you might

12   have on a personal computer?

13   A.    Yeah.  At it's heart, software is software, and

14   while enterprise software aims for a larger scope of

15   functionality and a larger scope of users, at its heart the

16   notion of software operating on a computer is pretty much

17   standard.

18             I'm going to use this diagram to explain a

19   little bit about that.  And I was here yesterday when you

20   guys were explaining something about your experience with

21   computers.  So some of what I'm going to say here I think

22   some of you already know.

23             And I'm going to ask your indulgence for two

24   reasons.  First, because I think it's important that

25   everybody work from the same background.  And, second, it's

```
 1    because I'm a teacher, and I can't help explaining things.

 2    Okay.  It's just -- I can't help it.

 3              So let me try to explain my view of software

 4    that I think is a useful way to think about this stuff.

 5              We like to think about it in terms of layers.

 6    The most fundamental layer, of course, is hardware, the

 7    physical machine that you buy.

 8              The hardware -- the hardware isn't enough.  The

 9    next thing I need on it is an operating system.  One of the

10    common ones these days is called Windows 7.  You've

11    probably heard of it.

12              And the operating system isn't enough because,

13    if I actually want to do something, then I need

14    applications.

15              So you may have Word so you can create

16    documents, write letters, iTunes so you can listen to

17    music, Skype so you can have conversations.

18              That's a useful way to think about computers and

19    software in terms of the three layers from the hardware,

20    the operating system, and the applications, and I think

21    that's going to be a useful way to go forward thinking

22    about software as we talk about this stuff.

23    Q.    Okay.  So how about -- this is personal software.

24    How about enterprise software?

25    A.    Enterprise software at its heart is the same sort of
```

1        thing.  We can talk about having to have hardware.

2                    Now, we've used a different icon for the

3        computer here because typically enterprise software you

4        need a machine that's more powerful than the thing we

5        usually have sitting on our desktops.

6                    But there's an icon for -- or a logo for an

7        enterprise software -- sorry, the sort of machine you might

8        use in enterprise software.

9                    So I need some hardware.  Then I need an

10       operating system, of course.  Then, on top of that in an

11       enterprise software operation, I will also need a database,

12       and then on top of that I need a collection of

13       applications, and as you've heard in this case, one set of

14       applications it's PeopleSoft, another is Siebel, another is

15       J.D. Edwards.

16       Q.   So one difference between your slide about personal

17       software and the one about enterprise software is that it

18       has a database layer.  If you could explain to the jury,

19       what is the database.

20       A.    In simple terms, a database is just a way of keeping

21       track of information.  One place you may have interacted

22       with a database that you didn't even know about it, because

23       there's no need to make it obvious, is when you go up to an

24       ATM, it asks to you type in your account number, and based

25       on that account number, it looks in its database to find

1    out a whole lot of information about your account, like how

2    much money have you got, are there limits on the amount

3    you're allowed to withdraw at any given time.

4         It has a whole record of information about your

5    account, and, of course, it's a good thing it does so that

6    it can give you money when you deserve it and gently

7    caution you about the fact that you may be overdrawing.

8         It's got information about you in that database,

9    and it helps it to do its business.  There are lots of

10   other examples, of course.  This ATM example is a

11   commonsensical one.

12   Q.   If you could explain under applications, what are

13   those applications and briefly what do each of them do?

14   A.   PeopleSoft, as we heard, helps you deal with people,

15   that is, helps you deal with things like human -- what's

16   often called human resources in an organization, payroll

17   and other kinds of things.  So that's PeopleSoft.

18        J.D. Edwards helps you with financial and what's

19   called supply chain management.  If you're a manufacturer,

20   do you have your raw materials, where are they, are they on

21   site, where are your products, have they been shipped.

22        Siebel is aimed at customer management.  Am I

23   keeping in touch with my customers, how many of them are

24   complaining, how many are happy, when is the last time I

25   sent them a letter, stuff like that.

1          And then Oracle Database, as we said here, is a

2    database which is at its heart just a good way to keep

3    track of facts.

4          It's not a simple thing because, in a big

5    organization, there are millions and millions of facts to

6    keep track of and lots of issues to building a good piece

7    of database software, but conceptually it's a

8    straightforward notion.

9    Q.    And in the course of your work, did you learn

10   whether Oracle holds copyrights to this software?

11   A.    Yes, I did.

12   Q.    And does it?

13   A.    My understanding is they do.

14   Q.    Can you give us an example of a business function

15   that one of these enterprise software applications would

16   help a business run?

17   A.    Well, for example, payroll is the obvious one.

18   Here's an example, a screenshot from a PeopleSoft

19   application.

20          And this is a little bit complicated, but we can

21   take it piece by piece.

22          You'll see across the tab -- across the top,

23   there are a number of tabs there.  So this is one of those

24   multiple displays, if you want to look at it, that allows

25   you to look at a number of different things.

1          So regarding this particular person, I think --

2     the name's in the second line there.  This would be

3     information about Casey Chang.  This is made-up data, of

4     course.

5          We can find out where Casey works, some

6     information about the job, information about his payroll,

7     his salary plan.

8          But in particular the tab we happen to be

9     looking at for the moment is the compensation tab which

10    tells us what Casey's annual rate of pay is, his monthly

11    rate of pay and so forth.

12         This is the kind of stuff you have to keep track

13    of, obviously, if you're going to generate paychecks for

14    people appropriately, or if you're going to keep track of

15    information that you need in order to make the right

16    deductions from their paychecks, help them pay their taxes

17    at the end of the year, and so forth and so on.

18         So this is one easy, common sense example of the

19    kind of business function that PeopleSoft helps with.

20    Q.    Okay.  And once the business installs this kind of

21    software, how long can they expect for it to run?

22    A.    Well, it would be nice if you could buy software

23    once and just live with it.  We all know it's not true.

24    Some of you are smiling.  We all know this experience.

25         Software doesn't live forever.  In fact, it has

1    a frustratingly short lifetime with respect to working

2    perfectly.

3            What happens -- well, lots of things happen.

4    These days, one of the more common reasons for software to

5    need to be changed and updated is new platforms have come

6    along.

7            Laptops got their start, but now half of us have

8    tablets or phones, and we say why can't the thing that's

9    running on my laptop run on my phone too so I could be

10   mobile and get some work done, and, of course, that's

11   starting to happen.

12           So software is constantly being changed because

13   we want it to run in other places.  It's constantly being

14   changed because, alas, there are bugs.  Would that it were

15   perfect from the day it's written.  In fact, it isn't.

16           So there are a number of reasons why software

17   can't just be bought and then used ever after.

18   Q.   And, Professor Davis, you were asked to write a

19   report in this case, and here's some examples of updates

20   that are in your report.  If you could just explain each of

21   these to the jury briefly.

22   A.   Tax and regulatory updates are particularly relevant

23   to payroll kinds of things.  You know every year when you

24   make out your taxes, you've got to be careful about the

25   fact that the tax laws have changed.

1              Well, PeopleSoft has to worry about the tax laws

2      in every state, every county, every city, and probably

3      several foreign countries as well.  So they have a massive

4      job in keeping up with changes in tax laws and, hence,

5      modifying software.

6              You've probably heard about break-ins, hackers

7      who are getting into systems these days.  So security is

8      more and more important.  Systems get updated in order to

9      make sure they're more secure.

10             If you're using Microsoft software, you probably

11     routinely get updates downloaded to your system that are

12     about improving its security.

13             We mention bugs.  You want to get bugs to fix.

14     There are bugs that need to be fixed.

15             Sometimes the software engineers, as they're

16     called, the people who write the software, think of ways to

17     make it work better so they produce improvements.  That's a

18     nice thing, you want to get those.

19             And, finally, overtime products get enhanced.

20     I'll use Word because it's a familiar example probably, but

21     we've probably been through four or five new versions of

22     Word in the past 10 years.  So there was 2003, 2005, 2007.

23             They come out with new versions of the software,

24     first of all, because they think of new features and new

25     ways to make it work better, and, second of all, because it

1    really is something useful to you that you may want to use

2    in your work.

3    Q.    And based on your familiarity with Oracle's support,

4    do all of these things come with Oracle support?

5    A.    Yes, my understanding Oracle support supplies all of

6    these kind of updates.

7    Q.    Okay.  And for customers generally who are

8    purchasers of enterprise software, what's the most common

9    source of support for them?

10   A.    My understanding is the most common source of

11   support is the software vendor because they're in the best

12   position to understand the product they have created, and

13   these products can be quite complicated.

14          So you want somebody who knows how to dig in,

15   make the appropriate fix, not break something else while

16   you're fixing one thing which is, unfortunately, a common

17   occurrence.

18          So the vendors who created the software are

19   typically people who are in the best position to do the

20   servicing and updating.  That's why they're the most common

21   source of support as I understand it.

22   Q.    And, in this case, when we talk about the vendor,

23   who is the vendor?

24   A.    In this case, that would be Oracle.

25   Q.    Okay.  So switching gears, Dr. Davis.  You said that

1    in addition to analyzing Oracle's software, you also looked

2    at materials on Rimini Street's computer systems to figure

3    out how their systems work; is that right?

4    A.    That's correct.

5    Q.    Okay.  So this next slide is one that you made.  So

6    I'd like for you to -- it's a little complicated.  So if

7    you could just explain it generally to the jury.

8              My plan is that I'll ask you more about it later

9    to go through the details, but just give the jury a sense

10   of what they're seeing here, if you would.

11   A.    Yeah.  As you've indicated, this is a little bit

12   complicated.  So we're going to take a kind of color-coded

13   approach to it.

14             In the far left-hand side there are these red

15   boxes.  Those are all information from Oracle, whether it's

16   coming from Oracle's website, coming from what we've called

17   installation media, the DVDs, CDs that Oracle sends out

18   either direct from Oracle or installation media that have

19   come from the customer.

20             Customers sometimes -- the customer may give a

21   software support person the installation media.  So that's

22   the left-hand side.

23             Then when we move to the next piece of this, all

24   of this is inside of Rimini Street.  So these are places

25   inside Rimini Street's computer system where the

1    information from Oracle has been copied.

2              It's used there, and then used to provide

3    service and support to customers for employee training, for

4    testing and development of updates.  But the basic idea is

5    Oracle information in copied onto Rimini Street's system

6    and used in their support operations.

7    Q.    Thanks, Dr. Davis.

8              So one of the terms that you mention when you're

9    just describing this is the term copying.  And I think the

10   jury already knows that's going to be a big concept in this

11   case.  So let's focus, if we would, on copying.

12             In your analysis, did you determine whether

13   Rimini Street had copied Oracle's copyrighted software and

14   support documents onto their own computer systems?

15   A.    Yes, they did, and they copied massive amounts of

16   those documents and software programs.

17   Q.    Okay.  So when you say "massive amounts," I'd like

18   for us to give the jury some sense of what that actually

19   means.  So if you could break it down for them, that would

20   be very helpful.

21   A.    Yeah.  There are five categories of copying that we

22   found as suggested by this slide.  We described it very

23   briefly initially.

24             There's the copying of Oracle documents into

25   what was called Rimini's software library.

1           There were these things that Rimini called

2      environments.

3           There were backup copies, copies made of

4      information on the Rimini disks that was to be put aside.

5           There was what's called RAM copies, and there

6      was a lot of support documentation that was also copied.

7           So there are these five categories.

8      Q.   Great.  So let's start at the bottom with the

9      software library.  What was the Rimini Street software

10     library?

11     A.   My understanding is the software library was a

12     location on Rimini Street's computers where Oracle software

13     and support documents were copied for use internally at

14     Rimini Street.

15     Q.   And was it a physical library or is it a library on

16     a computer?

17     A.   No, this is a digital library.  This is a place

18     where the information from DVDs and CDs or information

19     downloaded from the Oracle websites was then written onto

20     Rimini Street's hard drives.

21     Q.   And where does the term software library come from?

22     A.   It actually comes from Rimini Street personnel

23     themselves.  This is how they referred to this location.

24     Q.   And, if you know, please explain how Oracle's

25     copyrighted software got into Rimini's software library.

1    A.    Well, from what I understand, they took, for

2    example, the physical CDs and DVDs which they either got

3    from Oracle or got from Oracle's customers and copied those

4    onto their disks.

5    Q.    And which applications, if you know, were contained

6    in the software library?

7    A.    From the examination of materials that I've done, it

8    looks to me like all of the products we're talking about,

9    PeopleSoft, J.D. Edwards, Siebel, and Oracle Database, were

10   all copied there.

11   Q.    What else was in there, anything?

12   A.    There was also support information.  By support

13   information, I mean manuals, hints about troubleshooting,

14   installation instructions.  So there's a great deal of

15   different kinds of information that was in there.

16   Q.    And when you talk about support materials, what

17   precisely do you mean?

18   A.    One example of support material would be

19   documentation, how you use the program.

20   Q.    I'd like to show you now what's been marked as

21   Plaintiffs' Exhibit 1482D.  And you should have a binder of

22   exhibits there that you can look up.

23   A.    Yes, I have it here.

24   Q.    Professor Davis, do you recognize this?

25   A.    Yes.

1    Q.    Okay.  What is it?

2    A.    It's a document that Rimini Street filed with the

3    Court.

4            MS. DUNN:  Your Honor, plaintiffs move 1482D as

5    a party admission and seek to show it to the jury on the

6    screen.  We move it pending your future ruling.

7            THE COURT:  All right.  And the Court will give

8    you a future ruling on that.  You may have Dr. Davis refer

9    to the content of the specific paragraph, and I'll rule

10   with regard to the remaining questions at a later time.

11           MS. DUNN:  Thank you, Your Honor.

12   BY MS. DUNN:

13   Q.    Dr. Davis, you just testified that this is something

14   that Rimini Street filed with the Court; is that right?

15   A.    Yes.

16   Q.    Okay.  And is this also quoted in your report?

17   A.    Yes, it is.

18   Q.    Okay.  Based on their court filing; right?

19   A.    Yes.

20   Q.    So if you could look --

21           MS. DUNN:  And if we could get this on the

22   screen for the jury, that would be great, Matt.  Thank you.

23   BY MS. DUNN:

24   Q.    Dr. Davis, if you would start reading in the middle

25   of the paragraph.

1    A.    With the sentence that starts with --

2    Q.    That starts, "Oracle states that."  You can start in

3    the middle.

4    A.    Okay.

5            "Oracle states that Rimini Street has stockpiled

6    a library of Oracle's intellectual property to support its

7    present and prospective customers.  Such a library has

8    never existed at Rimini Street, and Oracle is aware of that

9    fact and could easily have confirmed it by simply accepting

10   Rimini Street's offer of third-party verification."

11   Q.    So Rimini Street said in its court filings that such

12   a library never existed at Rimini Street.  Is that

13   consistent with what you found?

14   A.    No, it is not.

15           (Discussion held off the record.)

16   BY MS. DUNN:

17   Q.    So Rimini Street said in its court filing, that the

18   library, quote/unquote library, has never existed at Rimini

19   Street.  Dr. Davis, is that consistent with what you found?

20   A.    No, it's not.

21   Q.    Okay.  Please explain.

22   A.    In looking over transcripts and documents, there was

23   reference to a software library, and, importantly, there

24   was reference to the fact that information was being stored

25   in a way that was not customer specific, which is my

1      slightly more precise term for what they are calling

2      siloing.

3              So, in fact, I did not see this strict

4      segregation by client, I saw software stored by

5      application, not by client.

6      Q.    Okay.  So focusing you on the second part of this

7      paragraph, when they say the library has never existed, you

8      found that that was not the case?

9      A.    Not according to the documents that I examined.

10     Q.    Okay.  So I'd like to focus you now on the first

11     part of this paragraph, and if you could read beginning

12     from "Oracle is further aware," those two sentences.

13     A.    "Oracle is further aware that each of Rimini

14     Street's clients has a unique data silo for storing Oracle

15     software and support materials.  Therefore, the clients'

16     Oracle software and support materials are not physically

17     commingled together."

18     Q.    And I think you suggested this in your last answer,

19     but can you explain to the jury whether your findings were

20     consistent with Rimini's claim of siloing?

21     A.    No, they were not.  As I said earlier, the

22     information available to me indicated that applications

23     were stored by application, not by separate client.

24     Q.    And did you see any evidence that Rimini kept track

25     of who checked things in and out of the software library

1   and for what purpose they did that?

2   A.    No, I didn't, because that's a plausible response.

3   Yes, they were there by individual application, but we

4   always kept track of who used which application and made

5   sure that only people who were allowed to use a particular

6   application got access to it.

7            But in nothing that I saw, there were no

8   documents, there was no indication that there was a way of

9   keeping track of who was getting access to which of those

10  applications.

11  Q.    Thank you, Dr. Davis.

12           I'd like to show you now Plaintiffs'

13  Exhibit 3510.

14  A.    Yes, I have it.

15  Q.    It should be right here.

16           Okay.  Do you recognize what this is?

17  A.    Yes, I do.

18  Q.    What is it?

19  A.    It's another document filed by Rimini to this Court.

20           MS. DUNN:  Your Honor, we move Plaintiffs'

21  Exhibit 3510 and ask permission to show the jury an excerpt

22  from page 6 of 3510.

23           THE COURT:  All right.

24           Defense?

25           MR. RECKERS:  No objection, Your Honor.

1          THE COURT:  Pardon?

2          MR. RECKERS:  No objection.

3          THE COURT:  All right.  It is admitted.

4      (Plaintiffs' Exhibit 3510 received into

5      evidence.)

6          MS. DUNN:  Thank you.

7   BY MS. DUNN:

8   Q.    Dr. Davis, you said that this was also part of a

9   filing that Rimini filed with the court.  Is this

10  reproduced in your report?

11  A.    Yes, it is.

12  Q.    Please explain to the jury what they're seeing in

13  this slide.

14  A.    Well, again, this is extracted from a document that

15  Rimini Street itself filed with the court, and what you're

16  seeing here is a particular listing of what are sometimes

17  called folders or directories.  If you're used to a Windows

18  system, you may recognize some of this notation.  It's

19  basically a way of saying where information is being stored

20  on the disk.

21          So there were folders called -- there was a

22  folder called "client_software," and within that one there

23  was a folder called "PeopleSoft."

24          So you can read each of these as specifying a

25  location on the disk just the way that you're probably used

1    to specifying locations on the disk in your own personal

2    computer.

3    Q.    And so is this -- is this the library?

4    A.    This is what I understand to be the library.

5    Q.    Did you examine the contents of the library?

6    A.    No, I did not -- I was not asked to examine the

7    contents of the library.  And the other problem was by the

8    time I became involved with the case, part of the library

9    had been deleted.

10   Q.    Okay.  Professor Davis, let's move to the second

11   category of copying that you found, Rimini environments.

12   What are environments?

13   A.    Environments happens to be a term that the Rimini

14   folks themselves selected to indicate what's shown here,

15   working copies of Oracle software on Rimini's systems.

16           So it's two pieces to that.  It's working copies

17   of Oracle software.  So they would take something like

18   PeopleSoft and install it so that it was ready to run and

19   it was usable.

20           The second half of it is they were doing that on

21   their systems.  So an environment, as the term's going to

22   get used here, is an installation of Oracle software on a

23   Rimini Street computer.

24           Sometimes, to be a little more precise, we may

25   refer to a local environment which is just the way of

1     emphasizing that it's sitting there, not necessarily

2     physically local, but local meaning Rimini Street.

3     Q.    And of the application software at issue in this

4     case, PeopleSoft, J.D. Edwards, and Siebel, for which of

5     these programs did Rimini Street have local environments on

6     its own computer systems?

7     A.    They had local environments for all of those.

8     Q.    In the course of your work, did you find out how

9     many local environments that Rimini had of those Oracle

10    copyrighted works?

11    A.    Yes, I did.

12    Q.    Okay.  How many?

13    A.    Well, here's the count shown on the next slide.  And

14    notice the title here.  These are Rimini's admitted

15    copying.  These are the number of copies that they agree

16    they made onto their system.

17          So there were 10 for J.D. Edwards, 381 for

18    PeopleSoft, 87 for Siebel, so we get a total of 478

19    environments which involved copying Oracle software onto

20    Rimini systems.

21    Q.    Okay.  What about Oracle Database?

22    A.    In addition, as shown on the next slide, they --

23    Rimini acknowledges 216 copies of Oracle Database that they

24    had made on their systems.

25    Q.    Okay.  So if Rimini Street has at least 478 local

1    environments, does that mean that it needs 478 computers?

2    A.    Luckily, no.

3    Q.    If you could explain that to me and everyone else,

4    that would be great.

5    A.    That's the next piece of technology we need to talk

6    about.

7              I've gone back to the slide I showed you a

8    couple minutes ago to emphasize this notion of software as

9    being put together in layers, because what we're going to

10   do is add another really interesting kind of layer.

11             Next slide.

12             There is a program that some of you may have

13   heard of called VMWare.  Its job is basically to allow your

14   computer to act like a whole different computer.

15             So once I install VMWare, then inside of it I

16   can put a new operating system, and I can put a database,

17   and I can put a set of applications, and now I have on my

18   computer a second computer that is an installation, let's

19   say, of a particular version of PeopleSoft.

20             Now, the remarkable trick I can then do is to

21   put two VM installations on my computer.  These are called

22   virtual machines.  We call them virtual machines because

23   they're not physical machines.

24             I know this is a little confusing.  One way to

25   think about it is imagine you have an actor who is very

1    good at playing parts, and I want an actor who can play

2    Romeo in *Romeo and Juliet*, and I want an actor who can play

3    Hamlet.

4            I might have one person who I can say now be

5    Hamlet.  Terrific.  Now, be Romeo.  Okay, terrific.  Even

6    though it's the same physical person, they can act like

7    somebody else.

8            That's the kind of thing that's going on with

9    virtual machines.  I can have the same virtual machine --

10   the same physical computer act like different other

11   computers, and because it's just a program on that machine,

12   I can, in fact, put multiple virtual machines onto one

13   physical machine, all of which is a kind of longwinded

14   answer to the question of do I actually need 478 different

15   physical computers.  Luckily, the answer is no because we

16   can get one computer to act like multiple computers.

17   Q.    And why would you want that?

18   A.    Money.  Time.  Effort.  I don't want to go out and

19   buy 478 different computers, and, by the way, you don't

20   have the money to go out and buy 478 computers, and, as

21   some of you may know, I don't want to have to manage 478

22   separate physical machines because that's a lot of work.

23           So the notion of virtual machines is a commonly

24   accepted one in the industry.  It's a great way to save

25   time and money.

1    Q.    And did each virtual machine contain one

2    environment?

3    A.    Yes, that's the way that we're using it here, one

4    environment per virtual machine.

5    Q.    And you testified earlier that one environment is a

6    working version of the Oracle software; right?

7    A.    Yes, that's correct.  It is an installation, and we

8    call it an environment, and environment because it's a

9    working version of the software.

10   Q.    Okay.  So each virtual machine has one environment,

11   and each environment has one working version of the Oracle

12   software.

13         Were you then able to determine how many Oracle

14   copyrighted files were copied into each environment?

15   A.    Yes.  We took the original Oracle software and used

16   a program that examined those files, the Oracle original

17   files, and examined the virtual machines, which is

18   something we got access to as part of the discovery.

19         And it's important to note that the kind of

20   matching that we tried to do, we've tried to ask does this

21   file from Oracle show up in one or more of the virtual

22   machines, is that we limited the matching to an exact,

23   precise verbatim match.

24         So if, in putting the file onto the Rimini

25   Street virtual machine, they changed one character, we

1    didn't catch that.  Change one character from a period to a

2    comma, and it wouldn't get caught.

3              So these are absolutely literal, character by

4    character, identical files on the Rimini Street systems.

5    And so we did that to count up how many we found.

6              And let me explain what's going on on this

7    graph.

8              Each of these bars is one of those environments.

9    So we examined 21 different environments, and we said how

10   many Oracle files were found identical in these

11   environments.

12             I didn't say that very well.  Let me say that

13   again.

14             How many Oracle files were found to had been

15   copyrighted verbatim from Oracle software and disks on to

16   each of these individual environments.  And the answer

17   ranges from about 800 at a low to this ceiling-busting

18   16,000 that's about five bars in.

19             The take-away message here is that every one of

20   the environments has somewhere between 800 and several

21   thousand Oracle files copied verbatim into it.

22   Q.   And were these all on Rimini Street's computer

23   systems?

24   A.   Yes, we're talking about looking at Rimini Street

25   environments.  These are all Rimini Street environments.

1    They are Rimini Street's computer systems.

2              THE COURT:  Excuse me.  Ms. Dunn, I -- because

3    there's specific information contained on this particular

4    slide, I think we should have an exhibit number for the

5    benefit of the record.

6              MS. DUNN:  Absolutely, Your Honor.  We will find

7    where we are in the --

8              THE COURT:  Where you have anything with

9    specific information such as this, I think for the record

10   we need some kind of an identification of the exhibit

11   number.

12             MS. DUNN:  Absolutely.

13             While we figure that out, your Honor, would you

14   like us to --

15             THE COURT:  You may go ahead.  I'll just refer

16   to this as the one that's entitled the environments

17   containing exact copies.

18             MS. DUNN:  We can start this one at PTX 6000.

19             THE COURT:  All right.

20             COURTROOM ADMINISTRATOR:  So that's admitted?

21             THE COURT:  Okay.  Is there any objection to its

22   admission?

23             MR. RECKERS:  No objection in the form of a

24   demonstrative, Your Honor.

25             THE COURT:  All right.  It's admitted.

```
 1            (Plaintiffs' Exhibit 6000 received into
 2       evidence.)
 3            MS. DUNN:  Thank you, Your Honor.
 4  BY MS. DUNN:
 5  Q.    Dr. Davis, now that we've talked about the software
 6  library and the environments, let's go quickly over the
 7  last three categories of copying that you mentioned,
 8  backups, RAM copies and copies of support documentation.
 9            First of all, what are backup copies?
10  A.    Backup copies are snapshots that you take of the
11  information on your computer so that if something bad
12  happens, you can get it back again.  So the basic idea is
13  to make a copy and literally set it physically aside, put
14  it someplace else.
15            So, for instance, if the disk on your computer
16  fails -- if mine failed, I would have to shoot myself
17  because so much of my life is on there.  So I make backup
18  copies of my disks and keep them separate from the
19  computer.
20            So I make copies so that I can have those
21  snapshots so in the event of a problem, I can go back to
22  what I was working on.
23            The next one is RAM copies --
24  Q.    Let's --
25  A.    Sorry.
```

1   Q.    Let me hold you up there because I think we should

2   spend a few minutes on backup copies, make sure everyone

3   understands.

4           So a backup copy, I think you said, is a

5   physical copy.

6   A.    It is.  Let me be slightly more precise.

7           It's a copy of the information that you want to

8   put on a physically different place.  So, for instance, I

9   have a separate disk on my desktop that I copy the

10  information from my laptop onto that physically separate

11  disk.

12          And, in fact, since I'm very careful, I actually

13  have one of those at home and one of those in my office.

14  So if my house burns down and takes my computer and one

15  disk, I still have the one in my office that has my files

16  on it.  So I've got two separate physical backups of my

17  information.

18  Q.    But you may have other problems if your house burned

19  down.

20          Okay.  So once a backup is made, what do you do

21  with it?

22  A.    The most important thing is don't touch it because

23  the point of a backup is to have it there should you need

24  to go back to recover the information that's in there.

25  Q.    Okay.  And so would you work on a backup?

1    A.    No.  The whole point of it is it should reflect the

2    state of your computer at the moment the backup was made

3    because that's what it's there for.  It's there to take me

4    back to where I was if something goes wrong.

5    Q.    What does it mean, Dr. Davis, to use an environment

6    for troubleshooting purposes?

7    A.    My understanding is it means running that

8    environment so that you can try it out perhaps with a

9    specific piece of data that somebody says is causing

10   problems, or try it out to see if it's giving the right

11   answer in a particular case.

12        The important point about using an environment

13   for troubleshooting purposes is it's using the environment,

14   it's running the code and, in some way, presumably, making

15   some changes.

16   Q.    So if an environment is used for troubleshooting

17   purposes, is that consistent with using it as a backup?

18   A.    No.  As I said, a backup is supposed to be a

19   snapshot of the system put aside for disaster recovery.

20   You shouldn't be using it for anything else because it may

21   change it, and it isn't what you want.  You want the backup

22   copy to be a snapshot of a particular point in time, and if

23   you're doing something else with it, it's no longer a

24   backup.

25   Q.    Basically you mess it up.

1     A.     You could mess it up.  But even if you don't mess it

2     up, it's not a backup anymore.  Once you get it back and

3     start using it, it's not the backup.  The backup is the one

4     that's sitting out on the disk.

5     Q.     So did Rimini Street make backup copies of its local

6     Rimini environments for the applications at issue in this

7     case, PeopleSoft, Siebel, J.D. Edwards, and Oracle

8     Database?

9     A.     Yes, they did.

10    Q.     And in your work, did you count up how many backups

11    were made?

12    A.     I tried to make an estimate of the number of backups

13    that were made, and the way we did that was to look at

14    Rimini Street's own description of the schedule they had.

15           Any good company has a scheduled backup policy.

16    You want to do it every day, every week, every month,

17    whatever.

18           So we looked at Rimini Street's schedule for

19    doing monthly backups, and we looked at when a particular

20    customer started and when they may have finished, and came

21    to a number of the number of monthly backups that were

22    made.

23           Now, they did, in fact, make daily and weekly

24    backups also.  But for our purposes, we just counted up the

25    number of monthly backups, and you see those figures on the

1    screen in front of you.  The total number of backups made

2    was something on the order of almost 13,500.

3    Q.    Okay.  So let's move, then, to RAM copies which you

4    had mentioned.  What is a RAM copy?

5    A.    Well, the easiest way to understand the RAM copy is

6    on the next slide here.

7              I want you to imagine you're going to use Word

8    to write a letter.  The Word program normally is sitting on

9    your hard drive.

10             If you actually want to use the program, it has

11   to be copied into what's called the RAM, the Random Access

12   Memory, in your computer.  The only place software can be

13   executed from is this kind of memory, not the kind that's

14   sitting on your hard drive.

15             So you have to literally make a copy of the

16   program sitting on your disk and put that copy into RAM.

17   This is just a natural and unavoidable consequence of

18   trying to run any program.  Every time you run the program,

19   you're making a RAM copy.

20   Q.    Okay.  And so did Rimini Street make RAM copies of

21   PeopleSoft, J.D. Edwards, Siebel, and Oracle Database?

22   A.    Unavoidably so.

23   Q.    Were you able to count that up?

24   A.    No.

25   Q.    Why not?

1   A.    Because in order to count these I would have had to

2   have been standing over them, watching them, all of them,

3   every time they started every one of their programs, and

4   there's just no way to do that.

5   Q.    Okay.  So let me ask you then about this last

6   category of copying which you've called support

7   documentation, and you described this earlier as a user

8   manual and -- similar; is that right?

9   A.    Yes.

10  Q.    Who writes the support documentation in this case?

11  A.    This is written by Oracle because it's their

12  software.

13  Q.    And when you're talking about copies of support

14  documentation, again here, are you talking about

15  PeopleSoft, Siebel, and J.D. Edwards?

16  A.    Yes, I'm talking about the support documentation,

17  the manuals, the installation instructions for all the

18  different varieties of software.

19  Q.    Were you able to determine how much Oracle

20  documentation Rimini Street had copied onto Rimini Street's

21  own system?

22  A.    Yes, once again we did this looking for verbatim

23  overlaps.  And we got a chart here that's a little

24  complicated, but let me take you through it.

25        The columns are the different products,

1    PeopleSoft, JDE, and Siebel.  And in each row is the

2    different kind of format in which a support document might

3    be found.

4           Let's go to the second row.  Dot doc is a Word

5    file that I'm sure some of you recognize.  And there are

6    other kinds of files that hold support and information.

7           And what we did is say how many copies of Oracle

8    support documentation in any of these formats was found on

9    Rimini Street drives, and if you add up everything, you get

10   the number in the lower right-hand corner, which is almost

11   600,000 copies.

12   Q.   In the course of your work did you also see evidence

13   that the copied Oracle documentation was delivered to

14   customers with Rimini's name on it?

15   A.   Yeah.  There's at least one document that indicated

16   that that kind of practice actually happened.

17   Q.   Okay.  I'd like to show you Plaintiffs' Exhibit 236.

18           Do you see that?

19   A.   Yes.

20   Q.   Do you recognize that?

21   A.   Yes, it was one of the documents I examined in this

22   case.

23           MS. DUNN:  Your Honor, we move to admit

24   Plaintiffs' Exhibit 236.

25           MR. RECKERS:  No objection.

1           THE COURT:  It's admitted.

2           (Plaintiffs' Exhibit 236 received into

3           evidence.)

4           MS. DUNN:  And if we could publish it to the

5    jury.

6           THE COURT:  You may.

7    BY MS. DUNN:

8    Q.    Dr. Davis, do you see where this e-mail is from John

9    Whittenbarger to Dennis Chiu?

10   A.    Yes.

11   Q.    And you understand those both to be Rimini

12   employees?

13   A.    Yes.

14   Q.    And Dennis Chiu to be the VP of support services?

15   A.    Yes.

16   Q.    And what's the subject line there?

17   A.    The subject line is Siebel Alert Policy.

18   Q.    So John Whittenbarger says, "Dennis, I notice this

19   Siebel alert pasted below that came out recently that

20   applies to MedPro.  Since their Siebel support has expired,

21   I assume our policy is to repackage the info in our own

22   words for distribution to our clients.  Can you confirm how

23   you want to handle this?"

24           So, first of all, Dr. Davis, what is a Siebel

25   alert?

1    A.    Can I do one quick preliminary?

2              Just so you understand this display, the

3    document that's sort of in the background is the original

4    document.  And these sort of tier-like sheets, those are

5    literal quotes out of the sheet in the background.  It's

6    just a way of making the relevant text easier to read, just

7    so you understand what's being displayed.

8    Q.    Thank you.  So what's a Siebel alert?  What's that?

9    A.    A Siebel alert was information that was created by

10   the Oracle software engineers whose job it was to manage

11   and support their software, and, in this case, it's kind of

12   hard to read on the screen so I'll read it from the

13   physical copy in front of me in part.

14             It turns out that Siebel software may crash in a

15   particular instance.  So what the Oracle software engineers

16   discovered through what I expect to be some reasonably hard

17   work, was that there was actually a problem with their

18   software, and they wanted to issue an alert to their users

19   and tell them about it.  That's the subject of this memo --

20   of the original memo.

21             I'm sorry, I said that badly.  That's the

22   original alert.  That's the alert that Oracle software

23   engineers created.

24   Q.    Okay.  And it looks like Mr. Whittenbarger is saying

25   that the Siebel support has expired for this client.  Do

1    you see that?

2    A.    Yes.

3    Q.    Okay.  So when he said "I assume the policy is to

4    repackage the info in our own words for distribution to our

5    clients," what do you take that to mean?

6    A.    It seems to mean what it says on the face of it,

7    which is they're going to take the information that the

8    Oracle software engineers worked to come up with and

9    rephrase it into their own terms so that they can send it

10   to their clients.

11   Q.    And when Dennis Chiu responds, "Yes, we need to

12   rephrase before redelivering to MedPro such that it's not

13   verbatim," what do you take that to mean?

14   A.    They're trying to distribute this information

15   without necessarily acknowledging its source.

16   Q.    Okay.  Let's move to the next slide, if we could.

17          So now that you have explained to us all five

18   categories of copying, it would be great to get a sense of

19   how much copying this is in total.

20   A.    We're going to do that with a little bit of a

21   graphic here.  We have this file cabinet metaphor, and we

22   have one of the environments.

23          This particular environment happens to be named

24   F751OLGS.  So that's one of the local environments from

25   Rimini Street.

1          And by examining that environment, we discovered

2    there were 2,023 copyrighted Oracle files that were copied

3    exactly into that one environment.

4          And then, if we want to get an idea of how much

5    copying was happening all together, we can look at not just

6    one such environment, but the whole collection of

7    environments.

8          Okay.  And I'm told there are precisely 478 file

9    icons on this slide, indicating that 478 Rimini Street

10   environments that they have in fact admitted to.

11         So what we've got is any one of these

12   environments with thousands of files in it and 478 such

13   environments that they have admitted creating.

14   Q.    And is there some way for you to give a jury a sense

15   of how much that would amount to?

16   A.    Well, people always like to do this with stacks of

17   paper and paper lying down and such, so we'll go with the

18   standard model and say, if we were to print out this

19   information, take a rough approximation as to how much

20   information might be in each one of those files and print

21   it out, it turns out that it would stretch -- Matt --

22         Okay.  If we also included -- sorry, I got ahead

23   of myself.  If we also included the other copies, that is,

24   the copies made on the backups, then printed all of that

25   out, then we would wind up with a stack of paper if laid

1    sheet by sheet, end to end, would go all the way from here

2    to Rimini Street's headquarters in California.

3    Q.    So, Dr. Davis, one of our claims in this case is

4    that these copies were not authorized because they were on

5    Rimini's computer systems as opposed to the customer

6    systems.

7            So how many of the copies we've discussed so far

8    were used on Rimini's computer systems?

9    A.    All of the copies we're talking about so far were on

10   Rimini's computer systems.

11   Q.    Thank you.

12           In the course of your work, did you examine

13   Oracle's copyright registrations?

14   A.    Yes.

15   Q.    And did you make a determination about how many --

16   how many of those copyright registrations were copied?

17   A.    Yes.  I determined that there were 62 different

18   Oracle copyright registrations covering Oracle software and

19   support material that had been copied in this case onto

20   Rimini Street systems.

21   Q.    And so switching gears away from copying, we'd like

22   to talk about cross-use, and the jury has already heard a

23   little bit about cross-use.

24           What is cross-use, Dr. Davis?

25   A.    As you've heard before, cross-use, as we're talking

```
 1    about it, involves using one customer's software for the

 2    benefit of another customer.

 3              So we came up with this graphic as a way of

 4    illustrating the idea.  Imagine this software support

 5    person is using software that was created for Customer A,

 6    but he's using it to support Customer B because Customer B

 7    is on the phone.

 8              That's what we mean by cross-use, using software

 9    created for one customer for another customer's benefit.

10    Q.    Is that consistent with the idea of keeping

11    something in a silo?

12    A.    No, it is not.

13    Q.    Why not?

14    A.    Because you're not segregating by customer.  You are

15    precisely moving across the customers.  You're using

16    software from one customer -- designated for one customer

17    for the benefit of another.

18    Q.    What, if any, examples of cross-use did you see in

19    this case?

20    A.    In general there were two broad categories of

21    cross-use, what we call cloning and then updates.

22    Q.    Okay.  Let's take cloning first.  What is cloning?

23    A.    Cloning is a way of creating new environments.  We

24    start with one environment.  Let's suppose an environment

25    has been made at Rimini that is an installation of a piece
```

1    of Oracle software.

2              One way to get a bunch more installations of

3    that software is to literally copy the information on the

4    disk of that first system onto a bunch of other machines.

5    So I can make new installations, new environments, simply

6    by copying old environments.  That's a process that's

7    called cloning.

8    Q.    And which applications at issue in this case did you

9    find that Rimini cloned local environments?

10   A.    For the PeopleSoft software.

11   Q.    All right.  I'd like to show you a demonstrative of

12   the way that Rimini named its computer -- its environments

13   on the computer.

14             And this combination of strange letters and

15   numbers might be a little confusing.  So if you could

16   explain to the jury what this is showing and what you can

17   learn from their named invention, that would be very

18   helpful.

19   A.    The first thing to understand is why did they do

20   this.  Why did they have to come up with a naming system.

21   They needed to come up with a naming system because they've

22   got almost 500 environments, and if they called it

23   environment 1, environment 2, environment 3, it would be

24   really hard to figure out what it was an environment for.

25             So they came up with a naming system that tells

1    you a lot about the environment.  RSI, of course, just

2    stands for Rimini Street.

3          The next letter, H, was a code letter for which

4    product was on there.  In this case, it was HRMS, which is

5    the human relations management software.  That's the sort

6    of stuff that helps you do the kinds of things your human

7    relations department does.

8          The next three numbers are the version of the

9    software.  So this was version 8.31 of HRMS.

10          And, importantly, the next three letters are a

11    code for the customer.  So this particular customer is the

12    city of Mesa, Mesa, Arizona.  So looking there, we can tell

13    which customer this local environment was created for.

14          The last single letter indicates the vendor of

15    the database that underlies the -- this particular

16    application on this environment.

17    Q.    If you go to the next slide, what is this?

18    A.    This is a kind of family tree that results from

19    cloning that we put together based on information supplied

20    by Rimini Street, and for our purposes here, the important

21    thing is to look at the bold letters.

22          So let's look in the middle of the slide near

23    the top, H881PETO.  That would be an installation of HRMS

24    version 8.81 for customer with the abbreviation PET, which

25    is Petco, you know, the pet supply store.

1           That local environment was cloned three times.

2      It was cloned once for the benefit of Petco, but it was

3      also cloned for the benefit of customer COM, the city of

4      Mesa, and it was also cloned for the benefit of customer

5      MES, which is Michigan Educational Services.

6           Drop down in the middle again, HA31LBI.  LBI was

7      the abbreviation for Limited Brands, again the people who

8      have the store The Limited, that was cloned three times,

9      once for Limited Brands but also for other customers as

10     well.

11          In brief, you need only look here at the

12     variation in the bold lettering to see how an environment

13     for one customer was cloned to create an environment for

14     another customer.  That's what we mean by cross-use.

15     Q.   And is this a picture that you made?

16     A.   Yes, I created this.

17     Q.   Okay.  Based on what?

18     A.   Based on information supplied by Rimini describing

19     the environments that they had created.

20     Q.   What sort of information did Rimini Street provide

21     that allowed you to draw your conclusions about their

22     cloning?

23     A.   There was detailed information about the name that

24     is this code name for the environment.  There was

25     information about where it had come from.

```
 1   Q.    So I'd like to show you Plaintiffs' Exhibit 1491A.

 2   A.    Yes.

 3   Q.    Do you recognize that?

 4   A.    Yes, I do.

 5   Q.    What is it?

 6   A.    It's a collection of what Rimini Street referred to

 7   as environment billed requests.

 8             MS. DUNN:  Your Honor, plaintiffs move 1491A.

 9             MR. RECKERS:  No objection.

10             THE COURT:  It's admitted.

11        (Plaintiffs' Exhibit 1491A received into

12        evidence.)

13   BY MS. DUNN:

14   Q.    Dr. Davis, do you have one piece of paper in front

15   of you or a whole stack of paper?

16   A.    I have a whole stack of them.  I think there's 32 or

17   something like that.  I forget the exact number.

18   Q.    Okay.  So I'd like to show the jury just an example

19   page.  But you if could explain to them what your stack of

20   paper contains and whether this is a representative

21   example, that would be great.

22   A.    First, let me correct myself.  There are, in fact,

23   68 of them here.

24   Q.    Thank you.

25   A.    So let's go to the one on the screen.
```

1          This is a sample of a environment builder

2     request just the way it says, and this is what's showing up

3     here on the paper in front of me.

4          This is a form that I understand that the Rimini

5     Street personnel would fill out when they wanted to have a

6     cloning done.  That is, a new environment created from an

7     old environment.

8          And there's a number of pieces of information

9     they had to supply.  The first one that I want you to pay

10    attention to is the one shown here highlighted in red.  It

11    says "clone source."  That is which previous environment do

12    you want to make a copy of.

13         And here it turns out it's the one labeled

14    H831LBI -- just a minute.  It's the one labeled H831LBI.

15         It's saying the HRMS831 from Limited Brands is

16    the one we want to copy.  And then the other piece of

17    information on the slide is the name of the new virtual

18    machine.  VM stands for virtual machine.  So that's the new

19    virtual machine we're going to create by making a clone of

20    the one from Limited Brands.

21    Q.   And this was something that Rimini Street had a form

22    for?

23    A.   Yes, it was apparently so routine that they had a

24    form for doing it, and, as I said, there are 68 of those

25    forms here.

1    Q.    I'd also direct your attention to the category on

2    the form that says Software Media Location.  Do you

3    recognize that location?

4    A.    Yes.  And before I get there, actually there's

5    something else I meant to say here.

6              The other thing to keep in mind is this slide is

7    entitled cross-customer cloning because, in fact, the

8    source is Limited Brands, software for Limited Brands, the

9    destination is software intended for the city of Mesa.  So

10   we're cloning from one customer's software for the benefit

11   of another.

12   Q.    Is that what you call cross-use?

13   A.    That's one example of cross-use.

14             Now, can I have your question again, please?

15   Q.    Sure.  Where it says Software Media Location, there

16   are -- well, looks to be a folder name?

17   A.    That's correct.  It's a folder name.  It's a

18   location on Rimini Street disks.

19   Q.    Is that one of the folders in the software library

20   to your knowledge?

21   A.    I believe it was, but I can't be positive about it

22   because, to my knowledge, it was one of those that was

23   deleted.

24   Q.    Professor Davis, in the course of your analysis,

25   were you able to determine how many of Rimini Street's

1       cloned environments were created for the purpose of

2       cross-use, in other words, were created for a different

3       customer, other than the customer whose environment it was?

4       A.    Yes.

5       Q.    And how many did you find?

6       A.    It turns out there were 104 customer environments

7       that were cloned from other than the customer who was

8       getting the environment.  So we're calling this the

9       cross-use because they're taking an environment from one

10      customer to create an environment for a different customer,

11      and there were 104 such instances.

12      Q.    Okay.  So let's move away from cloning and talk a

13      little bit about the second kind of cross-use that you

14      mentioned which has to do with updates and fixes.

15      A.    Before we do, can I add --

16      Q.    Sure.

17      A.    Matt, could we back up?

18            Okay.  Just so you understand, this is a form --

19      this form that you're seeing is part of a document from

20      Rimini Street, and if you read the first line, it says that

21      we're going to create -- that an environment for AO Smith

22      Corporation, with the name that's given in the second

23      column, had a build source of H881DROO.

24            So what they're saying is the AO Smith

25      Corporation got an environment by cloning an environment

1    that was created for a different customer, in this case a

2    customer called Dynamic Research.  That's how we know there

3    are 104 cross customer claims.

4    Q.    Thank you.  Okay.  So we talked about cross-use and

5    cloning.  Let's talk about cross-use with regard to updates

6    and fixes.

7              And this is the slide that you showed us earlier

8    which just lists the kind of updates that you talk about in

9    your report.

10             Let's talk a little bit more about updates and

11   fixes in general.

12             Dr. Davis, how, if at all, are Rimini Street's

13   fixes and updates modifications of Oracle software?

14   A.    They are running Oracle software.  They have Oracle

15   software on their local machines.

16             When they go to make a change to the software to

17   do any of the kinds of updates we're talking about here,

18   the software they're changing is Oracle software.  So they

19   must be modifying Oracle software in order to make the

20   change.

21   Q.    Is that something that's called a derivative work?

22   A.    Yes.  As I understand it, a derivative work comes

23   about when you take a work that has been created, make some

24   change to it, and you have derived a new work from that

25   original work.

1              If I were to decide that I've got a better

2    ending to one of the Harry Potter books than JK Rowling

3    thought of, and I wrote a book just like it except it ended

4    differently, that would be judged, as I understand it, to

5    be a derivative work.

6    Q.    And what's your understanding about the copyright

7    owner's rights with respect to modifications of its own

8    copyrighted software?  So what are -- for example, like

9    what are JK Rowling's rights to her work if somebody is

10   making a derivative work?

11   A.    My understanding --

12              MR. RECKERS:  Objection, Your Honor, 702.

13              THE COURT:  I'll allow him to testify to his

14   understanding.

15              Ladies and gentlemen, I would inform you in that

16   considering Dr. Davis' answer on this subject, he's allowed

17   to testify as to what he has taken into consideration.

18              That is not to say that what he has taken into

19   consideration is necessarily true, false, or somehow

20   otherwise to be interpreted.  It is only being offered for

21   him to explain how he understands and what he's basing his

22   answer upon.

23              You may go ahead, Doctor.

24              MS. DUNN:  Do you need me to ask it again?

25              THE WITNESS:  Please.

1    BY MS. DUNN:

2    Q.    What's your understanding about a copyright owner's

3    rights with respect to modifications of its own copyright

4    software?

5    A.    My understanding is the copyright owner is the one

6    with the exclusive rights to making what are called

7    derivative works.

8              So JK Rowling is the only one who can either

9    make a derivative work or authorize someone else to create

10   a derivative work.

11             When she allows someone to make a movie of her

12   book, for example, she's licensing them to make a

13   derivative work, but she has the right to say no, you can't

14   do that.  It's her right to decide.

15   Q.    Would you consider Rimini Street's updates and fixes

16   a derivative work?

17   A.    Yes, in my opinion.

18   Q.    How did Rimini development the fixes and updates?

19   A.    One of the common ways they developed fixes and

20   updates was to take a particular customer environment and

21   make it into what they called a development environment.

22             So they had an idea of an environment, let's say

23   for the PeopleSoft 881, and they'd have an environment

24   which had originally been built for this particular

25   customer to use as 881, but they would then use that

1    routinely as a place in which they could test and develop

2    fixes to that version of that software.  They call those

3    development environments.

4    Q.    I'd like to show you Plaintiffs' Exhibit 14.

5    A.    Yes, I have it.

6    Q.    Was this a document that you reviewed in the course

7    of your work?

8    A.    Yes.

9          MS. DUNN:  Your Honor, we'd like to move

10   Plaintiffs' Exhibit 14 and seek permission to publish to

11   the jury.

12         MR. RECKERS:  No objection, Your Honor.

13         THE COURT:  It's admitted.

14         (Plaintiffs' Exhibit 14 received into

15         evidence.)

16   BY MS. DUNN:

17   Q.    Dr. Davis, this is an e-mail from Rimini Street

18   employee Beth Lester to other Rimini Street employees in

19   response to an e-mail from Travis Ormond to Beth Lester and

20   other Rimini Street employees.

21         And the first thing I'd like to direct your

22   attention to is the subject line of this e-mail which says

23   Use of Dev Environment.  What is a dev environment?

24   A.    My understanding is dev environment was internal

25   shorthand for what Rimini Street referred to as development

1    environments.

2    Q.    And so directing your attention then to the bottom

3    box, Travis Ormond says to Beth Lester and others, "I'm

4    definitely not envisioning a dev environment for each

5    custom client.  I was envisioning a single dev environment

6    per release."

7              Can you explain what that means?

8    A.    My understanding of that is what they're saying --

9    let me start again.

10             I understand this to be saying that they will

11   take a version of, as I said before, let's take the human

12   relations software of version 881 that has been created for

13   a particular client, and sort of anoint that as a

14   development environment.

15             That's the single dev environment per release.

16   A release is a version of the software, say 881, and that's

17   where they're going to develop their fixes if at all

18   possible.

19   Q.    And is that different than envisioning a dev

20   environment for each custom client?

21   A.    Well, if you talk about an environment for each

22   client, then you need one, to put it in slightly different

23   terms, for every different customer and every different

24   customer's environment, as opposed to one per version of

25   the software.

1              So if one version of the software is used by 10

2     clients, and you only have one dev environment for the

3     version of the software as opposed to one dev environment

4     for every client who is using the software, you've saved

5     yourself a lot of time, money, and effort.

6     Q.    And if you do, why do you consider this to be

7     cross-use?

8     A.    Because the dev environment has come from one

9     customer and is being used for the benefit of other

10    customers.

11    Q.    Were you able to determine during the course of your

12    work how many updates or fixes Rimini Street created in

13    total?

14    A.    Yeah.  There's -- by looking at the Rimini Street

15    disks, there was some sort of evidence of just under 2100

16    different fixes and updates.

17    Q.    Okay.  And did you analyze all of those 2100?

18    A.    Thankfully, no.  There, in fact, wasn't enough

19    information to make any headway on a large number of those.

20    In some cases, there was nothing more than the name of an

21    update or some reference to it.

22              We went through the Rimini Street disks and

23    looked to find all of the updates that had enough

24    information about them that they could actually be

25    analyzed.  So they might actually have the code or at least

1    some documentation of what they tried to do, some

2    information about how they were tested and so forth.

3              And when we restricted the set to those that

4    were actually analyzable, we found that there were 622

5    updates and fixes that qualified by that criteria.

6    Q.    How long would it take to look at 622 updates?

7    A.    I still wouldn't be done, and it would be a whole

8    lot more time.  Each of those is hours worth of work.  It

9    would have kept me busy for some months.

10   Q.    What did you do instead?

11   A.    Instead, there was a statistical expert who was

12   retained whose job was to say can we pick -- can he pick

13   out a representative sample of those 622 such that if that

14   sample was analyzed, whatever we found on that sample was

15   very likely to be true of all of them.

16             So to give you a commonsensical example, if I

17   wanted to know the gender breakdown of all of the students

18   at MIT, I could go and ask every student what gender they

19   were.  Okay?  That's a lot of work.

20             Or I could pick out 500 students at random, or

21   100 students at random and check that, and if I pick them

22   out carefully, the sample is a good representation of the

23   entire population, using the terms that are sometimes used

24   in this situation.

25             So if you do it right, you can choose a sample

1    of the entire world, analyze that, and, with good

2    confidence, come to conclusions that will hold for the

3    entire population.

4           And in this case, the statistical expert was the

5    one who picked out 88 of the 622 using methods that are

6    known to be valid for getting a representative sample.

7    Q.    And how many of those 88 did you find to be

8    cross-uses, fixes, or updates?

9    A.    I found 74 of those 88 were involved in cross-use.

10   Q.    And why, in your opinion, did Rimini Street engage

11   in this kind of cross-use for developing its updates?

12   A.    It saves a lot of time and effort and money by

13   consequence.

14   Q.    Isn't that just being efficient?

15   A.    The only problem with your statement there is the

16   word "just," okay?  It's being efficient, but at what cost?

17          I have to give you a little background.  There's

18   an organization in my field called the Association For

19   Computing Machinery, ACM.  It's been around since the

20   beginning of the computing field, and it's the largest and

21   probably one of the most prestigious professional

22   organizations in the field.

23          They have a code of ethical conduct for software

24   engineers, and that's what this job is called, a software

25   engineer, somebody who builds programs.

1                And there are two really interesting statements

2     in that code of ethical conduct.  One is you have to obey

3     the law.  One would think that was obvious, but they say

4     it.  In fact, they say you have to obey the law of the

5     country you're working in because these things are

6     international sometimes.

7                The other interesting comment in there is a

8     professional software engineer is obligated to report it if

9     they think the work that they're doing involves

10    infringement of intellectual property.  It's an explicit

11    statement in the code of ethics for software engineers of

12    the largest professional organization for this field.

13    Q.    Did you encounter any technical difficulties when

14    you looked to determine cross-use of updates and fixes?

15    A.    Yes.

16    Q.    Can you explain that.

17    A.    One of the tools that's routinely used to create

18    these fixes and updates puts a kind of a stamp on one of

19    the files that gets created, and that stamp gives useful

20    information about where the update was -- let me say that

21    again, start again.

22                It gives useful information about the

23    environment in which that update was created.

24    Q.    I'd like to show you Plaintiffs' Exhibit 136.

25    A.    I have it.

1    Q.    What is that?

2    A.    Are you sure about 136?

3    Q.    I feel pretty sure.

4    A.    Okay.  Hang on one second.

5          Ah, I'm sorry, I was looking at the wrong part

6    of it.  Yes, I have Exhibit 136 in front of me.

7    Q.    Excellent.  Do you recognize it?

8    A.    Yes, I do.

9    Q.    What is it?

10   A.    It's a piece of what I take to be internal Rimini

11   Street documentation for how to go about what they call

12   packaging up fixes.  Once you've created a fix and update,

13   you have to package it up in a way that it was easy for the

14   customer to use.

15   Q.    Is this something you looked at when you were

16   preparing your report?

17   A.    Yes, indeed.

18          MS. DUNN:  Your Honor, plaintiffs move

19   Exhibit 136.

20          MR. RECKERS:  No objection, Your Honor.

21          THE COURT:  It's admitted.

22        (Plaintiffs' Exhibit 136 received into

23        evidence.)

24          Ms. Dunn:  With permission to publish to the

25   jury?

1              THE COURT:  You may.

2      BY MS. DUNN:

3      Q.    Professor Davis, please explain to the jury what

4      they're seeing here.

5      A.    Yes.  First of all, this is the paragraph I was

6      looking for and I had a little trouble finding it in the

7      document which is why I got confused.

8              But it is indeed extracted from a document, and

9      let me show you first the stuff that's at the lower part of

10     the screen.  That's the stamp that's automatically created

11     by the tool that helps you create an update.

12             And the interesting thing there for our purposes

13     is the line that says REM database:  H831DEVM.

14             Several things to understand.  H831DEVM as you

15     might by now recognize is the name of an environment.  In

16     particular, it's the environment in which this part of the

17     fix was created.  That information is automatically added

18     by the tool that helps to create the fix.

19             REM at the beginning of the line is an

20     abbreviation for remark, and what it means is this is a

21     line intended for people to read.  The computer doesn't

22     read this.  Okay?

23             It's explicitly a way of indicating to the

24     computer don't pay attention to this, this is documentation

25     intended for human consumption.

1              Now, the interesting thing is in the extracted

2    paragraph above, which says that the right way to deal with

3    this is to open up each dev file and remove the remark line

4    that includes the database name.

5              This is instructions to Rimini Street employees

6    telling them that when they're packaging up the update,

7    they should go in and get rid of that indication, and we've

8    graphically suggested this by drawing the red line through

9    it.  So they were told to remove that information.

10   Q.   Is there some technical reason to delete the remark

11   line that includes the database name?

12   A.   There's no technical reason for this at all.  It

13   doesn't affect the functioning of the fix or update at all

14   so there's no technical reason for getting rid of that.

15   Q.   What, if any, conclusion did you draw based on the

16   deletion of the remark line?

17   A.   One conclusion I drew was it made my work harder.

18   It made my work harder because information that should have

19   been in there, that was routinely been in there, had

20   purposefully been deleted.

21             The other thing is, when asked to guess or infer

22   why that was done, it seems to me a plausible inference is

23   someone was trying to remove that information so that it

24   wouldn't be noticed.

25   Q.   Thank you, Professor Davis.

1              Let's talk a little bit about Rimini Street's

2    customers.

3              In the course of preparing your report, did you

4    have access to a list of Rimini Street's customers?

5    A.    Yes, I did.

6    Q.    Where did that list come from?

7    A.    It came from Rimini Street themselves.

8    Q.    Did you also have access to a list that told you

9    which customers had local environments on Rimini Street's

10   own systems?

11   A.    Yes, I did.

12   Q.    So I'll show you now Plaintiffs' Exhibit 3507.

13   A.    Yes, I have it.

14   Q.    Is this the list you just mentioned, the list of

15   Rimini Street customers with local environments on Rimini

16   systems?

17   A.    The document contains that list, yes.

18              MS. DUNN:  Your Honor, we move to admit

19   Exhibit 3507.

20              MR. RECKERS:  No objection.

21              THE COURT:  It is admitted.

22         (Plaintiffs' Exhibit 3507 received into

23         evidence.)

24              MS. DUNN:  If we could just show the jury what

25   that list looks like.  Thank you.

1                 THE COURT:  You may.

2      BY MS. DUNN:

3      Q.    Dr. Davis, were you also able, during the course of

4      your work, to create a list of Rimini Street customers who

5      received fixes and updates that were cross-used?

6      A.    Yes, I was.

7      Q.    So I'd like to show you Plaintiffs' Exhibit 5429.

8      A.    Yes, I have it.

9                 MS. DUNN:  Your Honor, we'd like to move to

10     admit 5429 and show the jury.

11                MR. RECKERS:  No objection, Your Honor.

12                THE COURT:  It's admitted, and it may be

13     displayed.

14           (Plaintiffs' Exhibit 5429 received into

15           evidence.)

16                MS. DUNN:  Thank you, Your Honor.

17     BY MS. DUNN:

18     Q.    Professor Davis, is this list that the jury is

19     looking at, this is the list of Rimini Street customers who

20     received fixes and updates that resulted from Rimini

21     Street's cross-use?

22     A.    Yes, that's correct.  There are 149 of them, as it

23     says.

24     Q.    So if those customers were organized by the date on

25     which they signed up with Rimini Street, in other words, if

1    you could determine who were Rimini Street's earliest

2    customers, based on these lists, would you be able to

3    determine which of the earliest customers had either a

4    local environment on Rimini's system or cross-used fixes or

5    both?

6    A.    Yes, I could, because we have -- as we just said, we

7    have lists of both of those.

8    Q.    And did you examine that question?

9    A.    Yes.

10   Q.    I'm now showing you a timeline.  Does this timeline

11   accurately summarize that information?

12   A.    Yes, it does.

13   Q.    Okay.  And is this a timeline that you created?

14   A.    Time for a fix or an update.  All I had to do was

15   say it.

16   Q.    Thanks.  All right.  Dr. Davis, focusing again on

17   this timeline now that we are operational, please explain

18   to the jury what they're seeing in this timeline.

19   A.    Okay.  What you're seeing is a chronological list,

20   chronological portrayal of the growth of the Rimini Street

21   business for, as it says, the first 175 customers.

22          The gray wedge there indicates the growth from

23   roughly February 2006 up until December of 2008, so that's

24   the time range we're talking about here.

25          And we've marked a few of the notable points

1    along the way.  The first customer, the first 50 customers,

2    the first hundred customers, and then up to 175 customers.

3              And then what we can do is layer over that the

4    customers who had Rimini environments, that is, local

5    environments.

6              And what the take-away message from this so far

7    is that a very large number of the first 175 customers had

8    local environments on Rimini Street machines.

9              If we then add a layer in red that indicates

10   customers that either had Rimini environments or cross-use

11   of fixes of the sort that we were talking about before, now

12   we're up at the top of that red line.

13             And you can see sort of by subtraction the total

14   number of customers that don't have either a Rimini

15   environment or cross-use fixed is relatively small compared

16   to the total number of customers.

17             So the take-away message is Rimini Street's

18   early growth depended in very large measure on local use of

19   customer environments and cross-use of fixes.

20   Q.    Thank you.  And when you talk about those Rimini

21   environments, the -- you just explained that the early

22   customers had either Rimini environments or they had

23   cross-use updates and fixes.

24             And so when you talk about the Rimini

25   environments, are those the same environments you testified

1    about earlier that contained Oracle's copyrighted software?

2    A.    Yes, we're talking about the local environments that

3    resulted from storing Oracle software on Rimini machines

4    and thereby copying Oracle software and documentation.

5    Q.    Okay.  And any time that you're talking about Rimini

6    environments, just to be clear, are you talking about

7    environments that contained Oracle's copyrighted software?

8    A.    Yes.

9    Q.    Thank you.

10            Okay.  So I'm almost out of questions,

11   Dr. Davis, but I want to return you to the chart that you

12   showed us at the beginning which talked about how Rimini's

13   systems operated.

14            And now that the jury has patiently listened to

15   the explanation of all the terms, I'm hoping you can help

16   them bring it together.

17            If it's useful to you, I would ask you, maybe

18   Bill can help you set it up, just to put the flowchart up

19   on the easel, and the jurors should have this on their

20   screen too.

21            THE COURT:  I'm going to have that marked as an

22   exhibit, not necessarily admitted into evidence, but for

23   the purposes of the record and for the record I would state

24   that -- Madam Clerk, what will the exhibit number be?

25            COURTROOM ADMINISTRATOR:  6001.

1          THE COURT:  6001 is also being shown in visual

2     format on the video screen.  So you may go ahead and refer

3     to that as you --

4          MS. DUNN:  Thank you, Your Honor.

5     BY MS. DUNN:

6     Q.    Professor Davis, if you could just walk the jury

7     through Exhibit 6001, and I will ask you also to make sure

8     to project your voice so that the court reporter can make

9     sure to get down everything that you're saying.

10    A.    Okay.  You've seen this before so I'm not going to

11    go into intense detail, but I just want to use it as kind

12    of a way of summarizing the stuff we've been talking about

13    before.

14          Information is going to flow from left to right

15    throughout the diagram.  One important point is, as I said

16    before, it all starts with Oracle software and other

17    information whether it comes from the Oracle websites, from

18    installation media, this is Oracle's information in red.

19          It gets put on to Rimini Street systems and, in

20    that act, lots of copying is happened -- happening.  It's

21    being copied into the software library.

22          As we saw, every time a local environment is

23    being created, thousands of files are being copied here,

24    thousands of Oracle files are being copied here.

25          Cloning creates copies of copies, so there's

1    what I can only refer to as a massive amount of copying

2    that's going on in this process.

3              And all of that is to support the customer

4    support, training and testing and development that Oracle

5    eventually supplied.

6    Q.    And then, Dr. Davis, if you could just further

7    explain, because we've spent a lot of time on the Rimini

8    Street system, a little bit of time on the inputs from

9    Oracle, and not that much time on outputs to customers.

10             So if you could explain in a little bit more

11   detail how things get from the Oracle side of this demo to

12   the customer side.

13   A.    So as we heard earlier, there's a lot of information

14   available on Oracle websites.  So this was being downloaded

15   and in some cases downloaded into the software library.

16             We also heard earlier that there are

17   installation media CDs and DVDs, and these are copied onto

18   the software library and then used also to create local

19   environments which, as we saw earlier, results in copying

20   of the files that are on those DVDs into the local

21   environments.

22             Sometimes the local environments were created

23   from stuff that was in the software library.  So, again,

24   there's copying happening here.

25             Then we had the cloning process which is

1    producing additional copies that are happening here.  So

2    Oracle, Rimini copies of that information.

3    Q.    And then what happens in the blue boxes before

4    things get out the other end?

5    A.    The local environments that have been made are used

6    by Rimini Street engineers to do customer support or to do

7    their own employee training.  They may use these things to

8    get used to a new product.  So they create a new

9    environment for a new software release so that they can try

10   it out.

11             They use it for customer support.

12             They also use these environments to develop

13   their updates.  When they have to figure out how to upgrade

14   a system for, say, a change in the tax laws, they're going

15   to use their own local environment first to create the

16   change and then to test it out because you better test the

17   change.  You don't want to hand out a test -- a change that

18   isn't working very well.

19   Q.    And that all uses Oracle software?

20   A.    And all of these processes are using the Oracle

21   software that's sitting here.

22             MS. DUNN:  Okay.  Thank you very much, Professor

23   Davis.  We have no further questions.

24             THE COURT:  Mr. Isaacson, would you remove that

25   exhibit before we start with cross-examination on behalf of

1    Rimini.

2                Ladies and gentlemen, would any of you like to

3    take a short break before we start this cross-examination?

4          (Hand raised.)

5                THE COURT:  We will do that then.  We'll take a

6    break for approximately 10 minutes, or whenever the jury's

7    ready to go.

8                I admonish you again not to discuss the case in

9    any way, and you may go ahead and step down.

10         (Recess from 12:44 p.m. until 12:58 p.m.)

11         (Jurors enter courtroom at 12:58 p.m.)

12               COURTROOM ADMINISTRATOR:  Court is again in

13   session.

14               THE COURT:  Have a seat, please.

15               The record will show that we are reconvened in

16   open court following the break and the jury is all present.

17   Counsel and parties are present.

18               And, Mr. Reckers, are you prepared to proceed

19   with cross-examination of Dr. Davis?

20               MR. RECKERS:  I am, Your Honor.

21               THE COURT:  Go ahead, please.

22                          CROSS-EXAMINATION

23   BY MR. RECKERS:

24   Q.    Good afternoon, Dr. Davis.

25   A.    Good afternoon.

221

1   Q.   My name is Robert Reckers, and you recall we met

2   several years ago at your deposition.  Nice to be with you

3   again.

4   A.   Same here.

5   Q.   Dr. Davis, we've heard quite a bit about your

6   background, but isn't it true that you're not an expert

7   specifically in the enterprise resource planning software

8   at issue in this case?

9   A.   I'm not an expert in these particular applications,

10  but as I suggested earlier, the fundamental issues we're

11  talking about here are more generally issues of software,

12  not of enterprise software specifically.

13  Q.   All right.  And just to be clear, you don't hold

14  yourself out as an expert specifically in enterprise

15  resource planning software, do you?

16  A.   I don't hold myself out as an expert in that area,

17  and I don't believe that expertise is required in this

18  case.

19  Q.   Okay.  And we talked a little bit about your

20  publications as well, your technical publications, sir;

21  correct?

22  A.   Yes.

23  Q.   Isn't it true that at least in the last 10 years,

24  you have not published an article directly on the subject

25  of ERP software; is that right?

1    A.    No, I have not published on ERP software.

2    Q.    Okay.  And then we also talked a little bit about

3    your publications regarding intellectual property and some

4    of the legal analysis work that you've done, and we heard a

5    little bit about your thoughts on derivative work.  Do you

6    recall that?

7    A.    Yes.

8    Q.    Sir, you're not here to offer any legal opinions in

9    this case, are you?

10   A.    I am not.

11   Q.    In particular, you're not here to offer a legal

12   opinion as to whether or not the copying that you talked

13   about constituted copyright infringement; isn't that right?

14   A.    No.  My job, my charter was to report on what

15   happened on the copies that were made.  That was the extent

16   of it.

17   Q.    Yes, sir.

18         And you also have not offered any opinions in

19   this case regarding the Oracle licenses and what those

20   licenses may or may not have covered; correct?

21   A.    Correct.  I'm not a legal expert and do not copy --

22   sorry, do not comment on the licenses.

23   Q.    Yes, sir.

24         And, in fact, in this -- as part of your work in

25   this case, you have not even reviewed those licenses; is

1    that right?

2    A.    That is correct, I have not reviewed the licenses.

3    Q.    So, of course, then, you're not offering an opinion

4    regarding whether Rimini's copying was or was not

5    authorized under the Oracle licenses; correct?

6    A.    That is correct.  As I said, my charter was to

7    determine what had happened, whether copies had been made,

8    count them up and so forth.  The judgment about other

9    issues regarding them is for other people to make.

10   Q.    Okay.  Let's talk about the number of copies.

11         You testified, and I wrote it down, that Rimini

12   made 478 copies in the form of environments, and at least

13   13,000 additional copies through backup and restore

14   procedures.  Does that sound right?

15   A.    Yes.

16   Q.    Okay.  You agree with me it's common for software

17   licensees to make backup copies of software including

18   disaster and recovery copies; correct?

19   A.    I'm sorry, could you say that again?  I want to make

20   sure I hear all that properly.

21   Q.    Absolutely.  You agree with me that it's common for

22   software licensees to make backup copies of their software

23   including disaster recovery copies?

24   A.    Well, let me take that piece by piece.

25         It's good practice to make backup, disaster

1    backup copies of files, including software.

2              What you can do with respect to any given

3    application would depend on what the license permitted, and

4    I haven't examined the license in this case and I haven't

5    tried to come in with an opinion about what's common in the

6    field with respect to the license.

7    Q.    Exactly.  If all of the copies, all of the 13,000

8    copies that you mentioned, are authorized under licenses,

9    then the number of copies is irrelevant; isn't that right?

10   A.    If all of the licenses are authorized, then all I

11   can say is all of the licenses are authorized.

12             Whether they remain relevant for other reasons

13   is a much broader question to be answered that I can't

14   answer.

15             If your hypothetical is that they're legal, and

16   you're asking me whether they would then be legal, the

17   answer is yes.

18   Q.    Thank you.  And, of course, then, you're not

19   offering any opinions as to whether or not the 13,000

20   copies were authorized or unauthorized under the Oracle

21   license agreements?

22   A.    No.  As I said, my job was to in effect take a

23   census and report all the copying that I found.

24   Q.    And then again, you're not offering any legal

25   opinion as to whether or not those copies constituted

1    copyright infringement?

2    A.    I am not a legal expert, and I'm not offering a

3    legal opinion.

4    Q.    Okay.  And as to the 400 and some environments that

5    you mentioned, isn't it true that Rimini was supporting

6    hundreds of clients using those environments?

7    A.    I'm sorry.  The answer seems so obviously yes that

8    I'm afraid I don't understand your question.

9    Q.    Sure.  We have hundreds of environments; correct?

10   We have hundreds of customers being supported by this;

11   correct?

12   A.    Yes.

13   Q.    Likewise, you've testified that there are over half

14   a million support files that were copied from Oracle's

15   website.  Do you recall that?

16   A.    Yes.

17   Q.    And that support file -- and those files included

18   the patches and fixes, the things that Oracle makes

19   available from their website; correct?

20   A.    I believe so.

21   Q.    Okay.  And you're also aware, sir, that there are

22   thousands of support files available on Oracle's website

23   for users of the software to download; correct?

24   A.    I haven't examined the website so I don't know the

25   extent of it.  What you say sounds plausible, but I can't

1    say firsthand.

2    Q.    So if Rimini has hundreds of customers, those

3    hundreds of customers individually may be entitled to

4    thousands of files each from Oracle's website, fair?

5    A.    I don't know.  I haven't looked at the licenses so I

6    couldn't tell you.

7    Q.    Okay.  Let's talk about your cloning opinions --

8    your cloning opinions?

9            I don't mean this to be a memory task.  I've got

10   some numbers here from your report.  With your permission

11   and Your Honor's permission, if you don't have a copy of

12   your report, I would like to pass you up a copy of the

13   report.

14   A.    I would like if it is permissible.

15           THE COURT:  It is permissible.  You may do that.

16   BY MR. RECKERS:

17   Q.    Dr. Davis, again, assuming you don't have these

18   numbers memorized, let me refer you to page 32 of your

19   report.

20   A.    Yes.

21   Q.    In particular, my question is, of the environments

22   you considered in this case, 122 environments were built

23   using installation media; is that correct?

24   A.    According to Rimini Street's Exhibit 1A3, which was

25   referred to in this table you were talking about, there

1    were 122 which were claimed to have been built from

2    installation software.

3    Q.    And I believe your report indicates, correct me if I

4    misunderstand, that the 122 environments built from

5    installation software constitutes 36 percent of the total

6    of 338 environments; is that correct?

7    A.    Correct.

8    Q.    Okay.  Let me ask you about the question of cloning

9    in general.

10           You'll agree with me, sir, that cloning is a

11   common practice in the software industry, won't you?

12   A.    No, I wouldn't make such a broad statement,

13   certainly not across the software industry.

14   Q.    Let's look at what Oracle said about cloning.

15           Are you familiar with white papers in the

16   industry?

17   A.    Yes, generally.

18   Q.    And you're aware that Oracle issues white papers

19   from time to time to describe its software applications;

20   correct?

21   A.    As a general matter, I'm aware of that.

22   Q.    You've reviewed certain technical documentations

23   from Oracle in connection with this case; correct?

24   A.    I have.

25           MR. RECKERS:  Your Honor, I would like to show

1    Dr. Davis what has been preadmitted as Defendants'

2    Exhibit 351.

3              THE COURT:  You may do so.

4         (Defendants' Exhibit 351 received into

5         evidence.)

6              MR. RECKERS:  In addition, Your Honor, I'd like

7    to publish 351 to the jury.

8              THE COURT:  Pardon?

9              MR. RECKERS:  I'd like to publish 351 to the

10   jury.  I believe it's been preadmitted.

11             THE COURT:  Is there any objection?

12             MS. DUNN:  No objection, Your Honor.

13             THE COURT:  All right.  It may be published.

14             MR. RECKERS:  If we could zoom in on the title

15   of the document.

16             THE COURT:  Ladies and gentlemen, I might -- so

17   you've heard Dr. Davis refer to different exhibits, and

18   you've seen different things that appear on the screen, and

19   you'll see that with other witnesses throughout this trial.

20             What you're seeing on the screen has all been

21   exchanged between the parties beforehand, they know that

22   it's here.  Much of it is in evidence.  It's available to

23   them.

24             What you see, for example, on the video screens

25   in front of you are excerpts which are taken from different

1     ones of those records, and usually the questioning

2     indicates where it's come from or how it was prepared.

3              If you looked at the exhibit, it wouldn't look

4     exactly like what you're seeing right on the screen, but

5     it's in there.

6              So I appreciate the way counsel on both sides

7     have approached this case and have this evidence before

8     you.  It makes things go much more smoothly.

9              With that stated, go ahead, please, Mr. Reckers.

10             MR. RECKERS:  Thank you, your Honor.

11    BY MR. RECKERS:

12    Q.    Dr. Davis, I've blown up the title of this

13    particular white paper.  It says *Application Management*

14    *Delivering Improved Performance and Availability For Oracle*

15    *Applications, an Oracle White Paper, April 2008.*

16             Do you see that?

17    A.    I do.

18    Q.    Let's look in this document about what -- to see

19    what Oracle says about cloning.

20    A.    Uh-huh.

21    Q.    If we could turn to page 9 of the document, which is

22    Bates number Oracle 11853.  It will be blown up on your

23    screen there, Dr. Davis, and you can turn to it in your

24    binder as well.

25    A.    Yes, I have it in the binder.

1    Q.    In particular, let me draw your attention to the

2    sentence -- I'm sure Marie will highlight it as well.

3            It says, "Another use of cloning is to create a

4    development or test environment that resembles the actual

5    production environment."

6            Do you see that, sir?

7    A.    I do.

8    Q.    And that's a statement in this Oracle white paper

9    about the use of cloning to create development or test

10   environments; correct?

11   A.    Yes, it is.

12   Q.    Okay.  Let's move on to your analysis of Rimini

13   updates.

14           You mentioned in your direct testimony that the

15   records in the case indicated that there were a total of

16   2100 --

17   A.    I'm sorry.  I'm confused.

18           Was there a question or was the question just is

19   it there in the document?

20   Q.    There was no question, sir.

21   A.    Okay.

22   Q.    Okay.  Turning to the issue of updates.  The -- you

23   mentioned in your direct testimony that the records in the

24   case indicated that there were, at the time you did your

25   analysis, 2100 Rimini fixes that had been delivered at that

1    time?

2    A.    A little more precisely, there was some kind of

3    indication that there had been roughly 2100 fixes over the

4    years.

5    Q.    Okay.  And from that 2100, you identified two

6    folders on Rimini's development drive that had a total of

7    622 fixes; correct?

8    A.    Let's be a little more precise again.

9            We looked on the parts of the Rimini computer

10   system that we were given to understand were the places

11   where fixes and updates were developed.

12           So we looked where we expected to find those

13   things and found 622 updates that had enough fixes in them,

14   had enough information that they might plausibly be --

15   might plausibly be analyzed.

16   Q.    Right.  So you took these two folders, and to be

17   specific, sir, it's the HRMS development and HMRS staging

18   folders; correct?

19   A.    Yes.  The folders that we were given to understand

20   would be where the fix development occurred.

21   Q.    And in those folders you found your population of

22   622 updates from which you did your further statistical

23   analysis; correct?

24   A.    There were 622 that had enough information to

25   actually be analyzed, correct.

1    Q.    Okay.  But that excludes 1471 fixes; correct?

2    A.    To put it slightly more differently -- I'm sorry,

3    that's silly.

4          To put it slightly differently, there were 1471

5    fixes for which there was little to no information.  So I

6    didn't exclude them, the lack of Rimini documentation

7    excluded them.

8    Q.    As you sit here today, for that 1471, that -- those

9    fixes, you have no opinion to offer whatsoever; correct?

10   A.    Yes, because there wasn't enough information to find

11   out what they were about.

12   Q.    And so for about 1471 to -- about 70 percent of the

13   total 2100; correct?

14   A.    Yes, Rimini's records were insufficient to establish

15   information about 70 percent of their fixes.

16   Q.    Sir, do you -- isn't it true that you do not have an

17   opinion as to 70 percent of the Rimini delivered fixes in

18   this case?

19   A.    And I'm explaining why.  I'm explaining why I don't

20   have an opinion on them, because Rimini hadn't kept records

21   about them.

22   Q.    My -- you'll be happy -- I'm sure you'll be able to

23   explain that when your counsel gets up here.

24          My question, which I would like to make a clear

25   record on, is the fact that you do not have an opinion as

1    to 70 percent of the Rimini fixes delivered that are at

2    issue in this case.

3    A.    I couldn't have come to an opinion on those,

4    correct.

5    Q.    You've also offered an opinion in this case that

6    Rimini was able to reduce time and labor by way of its

7    environment and fix creation process.

8    A.    Correct.

9    Q.    Okay.  And with respect to that time and labor

10   savings, you did not make any effort to quantify the amount

11   of time and labor saved through the activities accused in

12   this case?

13   A.    With respect -- you're talking about fixes and

14   updates here?

15   Q.    I'm asking about the environment and fixed creation

16   practices that you testified to, sir.

17   A.    Well, the -- first, I did not attempt to do a sort

18   of overall analysis, but there were things that I cited

19   where Rimini employees indicated at least order of

20   magnitude savings at a, for instance, cloning.

21         There was a comment by one of the employees that

22   creating an environment from scratch might take four to six

23   weeks, doing it by cloning might take a couple days.  So I

24   read that and quoted that.

25   Q.    You've looked at some of the Rimini documents, but

1    you, yourself, have not done a quantitative estimate as to

2    the time and labor savings for the activities accused in

3    this case; correct?

4    A.    I have not tried to come up with an overall

5    quantitative estimate.

6    Q.    Okay.  And likewise you have not offered an opinion

7    in this case regarding the amount of money that Rimini may

8    or may not have saved through the copying at issue in this

9    case; correct?

10   A.    Correct, I have not.

11          MR. RECKERS:  No further questions.  Thank you,

12   sir.

13          THE COURT:  Redirect examination?

14          MS. DUNN:  Just briefly, Your Honor.

15                    REDIRECT EXAMINATION

16   BY MS. DUNN:

17   Q.    Dr. Davis, so defense counsel just asked you a

18   question, and it looked like you had more to say about it.

19          So he had asked you why you were unable to reach

20   an opinion about a good number of Rimini's fixes and

21   updates, and I wanted to give you the opportunity to finish

22   your answer.  Please.

23   A.    It was really simply that there wasn't enough

24   information about them as I suggested earlier.

25          There were lists -- there's a particular

1    document called Devtrak, D-e-v-t-r-a-k, I think.  It was

2    there to track software development in particular, fixes

3    and updates, and there was a long list of entries in there.

4         But in some cases the only thing we had was --

5    sorry, let me say that more carefully.  The only thing that

6    Rimini had was a phrase or a couple of words that described

7    the fix.  So there was no way to tell what was going on in

8    that case, in the case of that fix or update.

9    Q.    And that was not something provided to you by Rimini

10   Street?

11   A.    I'm sorry, what was not?

12   Q.    It was not provided to you by Rimini Street?

13   A.    What was not provided to me by Rimini Street?

14   Q.    That information that you were --

15   A.    That information -- well, no, that information was

16   not provided so we couldn't do the analysis.

17   Q.    Okay.  Defense counsel also showed you a document

18   that I have here, it's an Oracle white paper, and asked you

19   a little bit about cloning, and it looked there also like

20   you might have had more to say.

21        So, please, if you would like to finish your

22   answer, go ahead.

23   A.    The document does indeed advise Oracle customers

24   that cloning is a process they can use to set up

25   environments.

1               What's not clear to me is what Oracle recommends

2    for its customers is, in fact, something that third parties

3    can do.

4               This would come down to what the license says.

5    I haven't examined the license, so I don't know one way or

6    the other, but it is not, to my knowledge, automatically

7    true that the rights that go with being the licensee of the

8    software can automatically and en masse be passed on to a

9    third party.

10              That would take someone who has read,

11   understood, and analyzed the license to comment on it, and

12   I just didn't want that to go by unchallenged.

13   Q.    I appreciate that.  Is this white paper a license?

14   A.    No.  To my understanding, no.

15   Q.    And defense counsel asked you that if a license

16   permitted something, whether it would be permitted.  I'm

17   going to ask you the opposite question.

18              If a license does not permit something, would

19   that not be permitted?

20   A.    To my knowledge, if the license says you can't do X,

21   then you're not supposed to do X legally.

22   Q.    How about if the license outlines things you're

23   permitted to do but doesn't include other things.  Are you

24   allowed to do what's contained in the license but not

25   things not contained in the license?

1              MR. RECKERS:  Objection, 702.

2              MS. DUNN:  Your Honor, defense counsel opened

3    the door by asking Professor Davis the inverse of the

4    question that I'm asking now.

5              THE COURT:  Let me look at the question again,

6    please.

7              I think -- I think the question is allowable.

8              Let me ask Ms. Reporter, would you read the

9    question, again, please.

10         (The record was read by the reporter.)

11             THE WITNESS:  It is my understanding that the

12   license tells you what you can do, and you can't make any

13   inferences about what's not contained in there.  If the

14   license doesn't tell you you can do it, to my

15   understanding, you can't do it.

16             MS. DUNN:  Thank you very much, Dr. Davis.

17             Your Honor, we have no further questions for

18   this witness.

19             THE COURT:  All right.

20             Any further cross-examination?

21             MR. RECKERS:  No, Your Honor.

22             THE COURT:  All right.  Dr. Davis, that will

23   complete your testimony, and you may step down.  Thank you

24   very much.

25         (Witness excused.)

```
 1              MR. WEBB:  Your Honor, may I approach for a
 2   minute?
 3          (Sidebar conference held as follows:)
 4              THE COURT:  Yes.  They're trying to get some
 5   more microphones in here.
 6              MR. WEBB:  Mr. Ravin has a dialysis appointment
 7   today.  He needs to leave promptly at 2:00 if that's okay.
 8   I don't know what your plan is, to put him on now or
 9   call --
10              MR. ISAACSON:  Our plan is to call him and talk
11   to him until 2:00.
12              THE COURT:  Okay.  Well, let's not go past 10 to
13   2:00.  Right now the time is 1:22, ten to 2:00, and I'll
14   leave it up to you to follow that, and if you don't, I'll
15   let you know.
16              MR. WEBB:  Thank you, your Honor.
17              MR. ISAACSON:  My only difficulty is the clock's
18   behind me.
19          (Sidebar conference concluded.)
20              THE COURT:  All right.  Plaintiffs' next
21   witness, please.
22              MR. ISAACSON:  Your Honor, the plaintiff calls
23   Seth Ravin.
24              COURTROOM ADMINISTRATOR:  Please raise your
25   right hand.
```

1                  You do solemnly swear that the testimony you

2      shall give in the cause now before the Court shall be the

3      truth, the whole truth, and nothing but the truth, so help

4      you God?

5                  THE WITNESS:  I do.

6                  COURTROOM ADMINISTRATOR:  Please be seated.

7                  Can you please state your name and spell your

8      last name for the record.

9                  THE WITNESS:  Certainly.  My name is Seth Ravin;

10     R-a-v-i-n.

11                 COURTROOM ADMINISTRATOR:  Please tell us your

12     city and state of residence.

13                 THE WITNESS:  Las Vegas, Nevada.

14                 And please pardon my cold I picked up yesterday.

15                 COURTROOM ADMINISTRATOR:  Thank you.

16                 THE COURT:  Mr. Isaacson, go ahead, please.

17                 MR. ISAACSON:  I don't want the jury to sit

18     through another twenty or forty seconds of me sitting --

19     standing silently, so I'm going to ask one of our lawyers,

20     Meryl Governski, to make some notes on the white board for

21     me.

22                 THE COURT:  All right.

23                 MR. ISAACSON:  So she'll be doing that while we

24     talk.

25                 THE COURT:  All right.

1              MR. ISAACSON:  We have a couple binders that

2      we'll periodically be talking about with Mr. Ravin.

3              THE COURT:  All right.  Thank you.

4                       SETH RAVIN

5              called as a witness on behalf of the

6          Plaintiffs, was examined and testified as follows:

7                    DIRECT EXAMINATION

8      BY MR. ISAACSON:

9      Q.    Mr. Ravin, we've only got a little bit of time

10     today.  Let's see if we can do a few introductory things.

11             You are the founder and CEO of Rimini Street?

12     A.    Yes, I am.

13     Q.    And you're currently the CEO and chairman of Rimini

14     Street?

15     A.    CEO and chairman, yes.

16     Q.    You started Rimini Street in the fall of 2005?

17     A.    September 2005.

18     Q.    And you got your first customer at the beginning of

19     2006?

20     A.    That sounds about right.

21     Q.    And you have policy and operational control over

22     Rimini Street; is that fair?

23     A.    As it would go along with a CEO and chairman, yes.

24     Q.    And you are the largest single shareholder for

25     Rimini Street, and that's been true since the inception of

1    the company; correct?

2    A.    Yes, I do hold the largest single amount of shares

3    for the company, yes.

4    Q.    And I think your counsel said in opening you

5    formerly worked at PeopleSoft.  Was that from 1996 to 2000?

6    A.    Actually, I think we went to 2001.

7    Q.    2001.  Okay.  Thank you.

8         Now, in the opening statement you saw us show

9    the jury a part of the answer that was filed in this case,

10   and then that was shown to Professor Davis.

11        MR. ISAACSON:  That was Exhibit PTX 5332 which

12   has been shown before, so if we can put that on the screen,

13   and if we can go to paragraph 34.  Make that bigger, Matt.

14        THE WITNESS:  Thank you.  Now I can see it.

15   BY MR. ISAACSON:

16   Q.    Now, you've seen this before.  We've shown it a

17   couple times while you've been in court.

18        It talked about how we accused Rimini Street,

19   Oracle did, of stockpiling a library of Oracle's

20   intellectual property to support its present and

21   prospective customers.

22        And the answer said such a library has never

23   existed at Rimini Street, and Oracle's aware of that fact

24   and could easily have confirmed it if it worked with Rimini

25   Street.

1              My question, sir, is this answer was a formal

2    document filed with the Court that you approved; correct?

3    A.    That's correct.  I did approve it, did read it.

4    Q.    Now, that was -- this was filed in March 2010.

5              MR. ISAACSON:  If we can -- is 1482D in his

6    binder?

7              May I approach the witness, Your Honor?

8              THE COURT:  Actually, give that to my court

9    clerk and have her do that, Mr. Isaacson.

10   BY MR. ISAACSON:

11   Q.    I've handed you PTX 1482D.  This is basically the

12   same document.  You amended your answer, the court's filing

13   in this case, a year later, June 2011, and you said the

14   same thing about the library.  You denied the library

15   existed.

16   A.    Yes, that's correct.

17   Q.    And, again, having -- between -- again, after

18   March 2010 and June 2011 in its filing to the court you

19   approved this statement the library didn't exist; correct?

20   A.    Yes, because it didn't exist, that's correct.

21   Q.    Now, you also told customers that the library didn't

22   exist; correct?

23   A.    I imagine so, yes.

24   Q.    Okay.  Well, I don't want you just to imagine

25   things.  Let me show you an example.  PTX 1475.  That

1      should be in the second binder in front of you.

2              And so we have number --

3      A.    Which PTX was that again?

4      Q.    1475.  And I appreciate it's not always easy to find

5      the tabs.  If you ever have any difficulty, we've got

6      people who can help you.

7      A.    I think I've got it.

8      Q.    And if we could turn --

9              MR. ISAACSON:  Oh, don't run the screen yet I

10     don't think.

11             Is this -- this is preadmitted.  So I'd like to

12     put it on the screen, Your Honor.

13             (Plaintiffs' Exhibit 1475 received into

14             evidence.)

15             THE COURT:  All right.  Ladies and gentlemen,

16     one of the rules which we follow is that we don't publish

17     anything to you on the video screen that's not in evidence

18     or supported by something directly in evidence.

19             So in this case, the pause was because counsel

20     wasn't certain whether this exhibit had been preadmitted.

21     It turns out that it has been, and so it may properly be

22     displayed in front of you.

23             And yet I still will approve or disapprove the

24     publications because sometimes we need to move the case

25     along, and that becomes repetitive or doesn't serve a

1    purpose.

2            But the requests here have been acceptable to

3    the Court, and they may be published.

4            MR. ISAACSON:  All right.  Thank you, Your

5    Honor.

6            So if we can look at the second page, Matt.

7    BY MR. ISAACSON:

8    Q.    Now, here, this is an e-mail at Rimini Street, and

9    you were talking about what to say to the city manager for

10   Eugene, a city in Oregon.  Do you see that?

11   A.    Yes, I do.

12   Q.    And Sharon is talking to Peter about what it -- how

13   to respond to the city of Oregon, and you can see on page 1

14   that these answers are being forwarded to you; correct?

15   A.    Yes, they were forwarded to me.

16   Q.    All right.  Now, returning to page 2 in the middle,

17   where it says --

18           MR. ISAACSON:  Matt, if you could pick up right

19   in the middle where it says "Rimini Street does not host."

20           "Rimini Street does not host or maintain a

21   software library on behalf of the client.  If one client

22   had a file or update that another client did not obtain

23   prior to the end of their Oracle maintenance, Rimini Street

24   will not provide such update to another client.  That is

25   why it's important that Rimini Street have enough time to

1     perform the requested archiving process."

2     BY MR. ISAACSON:

3        Q.    You told this customer that Rimini Street does not

4     host or maintain a software library on behalf of the

5     client; right?

6        A.    That's correct.

7        Q.    Okay.  And, in fact, up above you also said, "If a

8     Rimini Street" -- a couple lines above.

9              "ANSWER:  If a Rimini Street client would like

10    Rimini Street to download a library of documents they are

11    entitled to, we will do so at their request and/or their

12    behalf."

13             And then you go down, "The files are then

14    compiled into a Customer Connection archive DVD and

15    delivered directly to the client."

16             All right.  So there were libraries that you

17    sent to the client; correct?

18       A.    Yes, but this is a different library than Oracle had

19    accused us of in the complaint.

20       Q.    All right.  I just want to talk about your

21    procedures for libraries, sir.

22       A.    Sure.

23       Q.    And actually I'll ask you about that.

24             You did have libraries that you sent directly to

25    clients; correct?

1    A.    We sent them archives of updates they were entitled

2    to from the Oracle website.

3    Q.    When you say archives, you also called those

4    libraries; right?

5    A.    Sometimes we would interchange that wording, yes.

6    Q.    All right.  Then, is it your statement that you did

7    not maintain such libraries of your own at Rimini Street?

8    A.    Well, we had -- in the Siebel days we actually had a

9    different archive process in the early years that we

10   changed.  So there was that process.

11         In terms of for every client, every client,

12   again, only got the files that they were entitled to.

13   Q.    Okay.  Let's be clear, sir.  When you say you had

14   something in the earlier days for Siebel, did you have a

15   library of Siebel software and documents at Rimini Street?

16   A.    We actually had an archive that used -- because of

17   the way that the Siebel web product worked, and the way

18   that the system worked, we had to do a -- what we called an

19   incremental archive, and so the process was different than

20   it was for PeopleSoft or even J.D. Edwards.

21         And so during the early years before Siebel

22   systems were assimilated into Oracle's, there was a

23   different process.

24         But, again, the most important part is no

25   customer ever got a file that they weren't entitled to.

1               MR. ISAACSON:  All right.  And I'll ask that the

2     last part of the answer be stricken as not responsive, your

3     Honor.

4               THE COURT:  That will be granted.  The jury

5     should disregard the nonresponsive portion of the answer.

6     BY MR. ISAACSON:

7     Q.    Sir, did you have a Siebel library?

8     A.    Not of the type that you're talking about in the

9     complaint.

10    Q.    Did you have a library of Siebel software and

11    documentation at Rimini Street?

12    A.    Not for use in the way that you're talking about.

13    Q.    I didn't ask about use, sir.

14              Did you have a library of Siebel software and

15    documentation at Rimini Street?

16    A.    No.

17    Q.    Did you have a library at any point of PeopleSoft

18    software and documentation at Rimini Street?

19    A.    We had installation media which was referred to as

20    the software library.

21    Q.    All right.  So you had a PeopleSoft library, and it

22    consisted solely of installation media; is that correct?

23    A.    Yes, it was the installation media which is separate

24    from what is downloaded from the website for updates and

25    fixes.  That's the core CDs.

1    Q.    And when customers asked you if you had a library at

2    Rimini Street of Siebel software or PeopleSoft software,

3    you said no; is that right?

4    A.    That's correct.  We said no because it didn't exist.

5              MR. ISAACSON:  Okay.  Let me take a minute on

6    another subject because I want to get through this part.

7    This won't have to do with the library.

8              Matt, can you put up their opening slide?

9    BY MR. ISAACSON:

10   Q.    All right.  My colleague has graciously written down

11   the names from the opening slide.  So maybe you recognize

12   these names.  These are clients that you were proud enough

13   of to put them into your lawyer's opening statement.

14             And you heard Professor Davis talk about

15   environments, cross-use of fixes, and you're aware that

16   your company has agreed, stipulated that a number of your

17   customers had environments on the Rimini system; correct?

18   A.    Yes.

19   Q.    Okay.  And so I'm now running down what has been --

20   what I have from the stipulation.  AT&T, do you sometimes

21   called them JJill?

22   A.    AT&T as a hosting provider of PeopleSoft products

23   worked with us.  There were several customers we shared

24   including JJill, yes.

25   Q.    Because of JJill I'm going to give that a check.

1           Oh, no, I'm sorry.

2           Any reason to disagree that all these companies

3   that I checked here had Rimini environments at Rimini with

4   copies of Oracle software?

5   A.    Actually, I wouldn't know without seeing the

6   documents or evidence to that effect.

7   Q.    Now, did -- you're aware of the stipulation as to

8   the environments with copies of Oracle software; right?

9   A.    I know we have some stipulations, but I'm not sure

10  exactly what all of them are on the legal front.

11  Q.    All right.  Did you check on the accuracy of that?

12  Did you look into what you had been doing?

13  A.    I'm sorry, I don't understand your question.

14  Q.    Well, we have a stipulation in this case that there

15  are hundreds of environments at Rimini, including many of

16  the customers you shared with us in opening statement, that

17  have environments at Rimini or have had them, with copies

18  of Oracle software.  Did you look into that issue yourself?

19  A.    Oh, I know for a fact we had hundreds of copies of

20  Oracle software per our customers contracts, yes.

21  Q.    And that includes -- you wouldn't argue with me if I

22  said almost all of your major customers have them.

23  A.    Well, again, I don't know specifically whether IBM

24  or AT&T had environments on our system.  I'm not that close

25  to it.

1    Q.    All right.  Did you ever look into it?  Once you

2    realized you had these environments that had copies of

3    Oracle software and that this was going to be an issue in

4    the case, did you, yourself, look into this?

5    A.    Well, again, my belief was that we had every right

6    to have the software on our system, so I wouldn't have --

7    of course, I knew we had environments.  There was, from my

8    position, no problem with that.

9    Q.    Well, but you haven't gone back to check what was

10   going on with these environments; is that right?

11   A.    Well, I know how we used the environments to provide

12   support and to build tax, legal, and regulatory updates.

13   So I didn't have any need to go back and do a personal

14   line-by-line investigation for it.

15   Q.    All right.  Dr. Davis also talked about cross-use of

16   fixes.

17         All right.  You saw Dr. Davis testify about

18   these.  Have you looked into the accuracy of what he said,

19   that all of these clients, these customers who were talked

20   about in your opening statement, received cross-uses of

21   fixes -- received cross-use fixes?

22   A.    Well, again, I didn't do any line-by-line analysis.

23   In fact, I'm not even sure I saw his report.  It may have

24   been attorney's fees only.

25         So I do know, of course, we were providing fixes

1   and updates to hundreds of clients, yes.

2   Q.   Doesn't surprise you to see this, that you had

3   all -- once you look at your major customers that were

4   shown to the jury in opening statement, that they had these

5   local environments with the Oracle copies and that they

6   were receiving these cross-use of fixes?

7   A.   No.  I certainly know we have hundreds of clients,

8   and we provide updates and fixes and support for hundreds

9   of clients.

10         So, no, I'm not surprised we had lots of

11  environments and lots of copies of Oracle product.

12  Q.   Thank you.

13         All right.  So let's go back to talking about

14  the library.

15         MR. ISAACSON:  The -- can we look at -- this has

16  been preadmitted.  So, Your Honor, it's been preadmitted,

17  it's okay if I just directly put it on the screen?

18         THE COURT:  Yes, I'll allow you to do that at

19  this time.

20         (Plaintiffs' Exhibit 4 received into

21         evidence.)

22         COURTROOM ADMINISTRATOR:  What number is it?

23         MR. ISAACSON:  PTX 4.

24         COURTROOM ADMINISTRATOR:  Thank you.

25

1    BY MR. ISAACSON:

2    Q.    And you can -- whatever is more comfortable for you,

3    sir.  You've got a binder, and it's also going to be shown

4    on your screen.

5    A.    Thank you.  You said PTX 4.

6    Q.    Let's look at the last page because sometimes you

7    have to read e-mails backwards to get the chronology of

8    what's going on.

9              All right.  This is an e-mail to you from Dennis

10   Chiu.  It's addressed to you.  "Hi, Seth."

11             Now, this is in 2006, June 2006.  Your company's

12   young.  He's one of your handful of vice-presidents at this

13   time; right?

14   A.    Yes.  I'm sorry.  I'm just trying to find --

15   Q.    PTX 4.

16   A.    Yes.  Okay.  It's the first page.  Yes.

17   Q.    All right.  Dennis Chiu, in June 2006, was one of

18   your handful of vice-presidents at the time.

19   A.    I think he may have been the only vice-president at

20   the time.

21   Q.    Okay.  There was you, another founder, Mr. Shay, and

22   then your vice-president, Mr. Chiu.  That's basically the

23   management structure at that time; is that right?

24   A.    I think that was pretty much the whole company other

25   than Susan Tahtaras referred to here.

1    Q.    Okay.  And, indeed, he's talking about "I had" -- at

2    the top of the page, "I had a couple things in mind for

3    Susan in terms of her getting ramped up."

4           So she's just coming to the company; right?

5    A.    Yes.

6    Q.    All right.  And down below it says, "I also wanted

7    to begin" -- "I also wanted to begin having her download

8    all the PeopleSoft application software that is currently

9    available on the Oracle website which would help with the

10   software library we want to set up, and once we have all

11   the software, have her begin installing some vanilla

12   environments.  The intent is to familiarize her with our

13   lab process and infrastructure as well as having

14   environments on hand when we confirm a PeopleSoft client."

15          So in June 2006, you were setting up a library

16   with PeopleSoft application software; correct?

17   A.    Well, come back to what I said earlier.  This is the

18   installation media which we're talking about downloading

19   here, which is common across all of the PeopleSoft

20   products.

21   Q.    All right.  You're saying it's common to have

22   installation media.

23          And so the application software refers to

24   installation media.  We agree with that.  You were setting

25   up a software library of that; correct?

1   A.   Well, again, it's different.  If you go back to what

2   you alleged in the complaint, you talked about us doing

3   something different.

4   Q.   You called it a software library; right?

5   A.   Yes -- I'm sorry, I didn't mean to talk over you.

6        We've talked about it, and you've seen in

7   several documents and even in more, you'll find people use

8   library in different ways.

9   Q.   Maybe you didn't hear my question.  My question was,

10  in your company, did you call it a software library?

11  A.   Yes, it was referred to as a software library.

12  Q.   And the people at your company when they wrote about

13  it called it a software library; right?

14  A.   Different people did, yes.

15  Q.   All right.  And they called it a software library

16  when they wrote to you; right?

17  A.   Sometimes, depending on the installation media, yes.

18  Q.   And you never wrote back and said it's not a

19  library?

20  A.   No, I didn't always correct them every time because

21  people used library in different ways.

22  Q.   All right.  And at this point you're setting up the

23  PeopleSoft library with installation media, at least the

24  installation media, so that you can do -- you can install

25  some environments when you don't even have a PeopleSoft

1    client yet; correct?

2    A.    Yes, that's what it says.

3    Q.    Okay.  And then on page 3 at the top you respond in

4    the middle, "Dennis, sounds like a solid plan that should

5    keep her very busy in the next week."

6              All right.  You approved the setting up of this

7    PeopleSoft library as recommended to you by Mr. Chiu;

8    right?

9    A.    Yes, for the installation media.

10   Q.    Right.

11             All right.  So now can we look at Exhibit 5,

12   which is easy for you, because that's the next tab in your

13   binder.  It has been preadmitted, so let's put it on the

14   screen.

15             (Plaintiffs' Exhibit 5 received into

16             evidence.)

17             THE WITNESS:  By the way, is my screen blurry or

18   is it just my eyes?  I can't really read it unless it blows

19   up.

20             THE COURTROOM ADMINISTRATOR:  It's blurry.

21             THE WITNESS:  That's -- it is blurry, right?

22             MR. ISAACSON:  All right.  We will do our best

23   to keep that in mind.

24             THE WITNESS:  Really, I can't even read it.

25   Unless you blow it up real big, I can't even read it.

```
 1              MR. ISAACSON:  Yeah, actually it's a little
 2    blurry here too, so, yes.
 3    BY MR. ISAACSON:
 4    Q.    So now, on PTX 5 at page 2, Mr. Chiu is writing to
 5    you again, again in June 2006, and you see the part where
 6    it says, "I do have Susan gathering information regarding
 7    the PeopleSoft software"?
 8    A.    Yes, I see it.
 9    Q.    He says, "The software packages are pretty large
10    because it bundles the applications."  That's installation
11    media; right?
12    A.    Yes.
13    Q.    PeopleTools, that's installation media; correct?
14    A.    Yes.
15    Q.    Kits.  That's not installation media, is it?  That's
16    used for training.
17    A.    I'm not sure exactly what he's referring to, but I
18    think that must be the training kits.
19    Q.    Right.  So now the library's going to include the
20    installation -- it's not -- it's going to include more than
21    the installation media, it's going to include the kits;
22    right?
23    A.    No, that's part of the installation media.
24    Q.    It's your testimony that the kits refers to
25    installation media; is that right?
```

1    A.    Yes.

2    Q.    Okay.  This is written to you, and you approve this

3    continued action; right?

4    A.    Yes.  I don't remember whether it was done or not,

5    but this is certainly from me.

6    Q.    All right.  Let's look at 167, which is preadmitted,

7    it's in the same binder.

8          (Plaintiffs' Exhibit 167 received into

9          evidence.)

10              THE WITNESS:  Okay.  Found it.

11   BY MR. ISAACSON:

12   Q.    All right.  And this is again -- this is some people

13   in your company, this is -- now we've moved to March 2007.

14   On page 2 of the document, Doug Baron, he's one of your

15   executives -- one of your engineers; correct?

16   A.    He's an engineer, right.

17   Q.    And he's writing to you and Mr. Chiu as well as

18   Mr. Lester, another executive; right?

19   A.    Yes.

20   Q.    And he's talking about loading things into the

21   library that we've been discussing for PeopleSoft; right?

22   A.    Yes, we're talking about the installation media,

23   yes.

24   Q.    All right.  And he says, "George already grabbed all

25   the PeopleTools updates for all releases a while back."

1        Updates are not installation media, are they?

2    A.    Well, no, this is a -- PeopleSoft updates are

3    actually PeopleTools are part of installation media.

4    Q.    I understand PeopleTools are, but once we get to

5    updates, once we get to patches and updates, we're no

6    longer talking about installation media, are we, sir?

7    A.    No.  When you actually refer to PeopleTools, they

8    can come as an 8.1, 8.2.  They actually come with

9    installation media.

10   Q.    I understand that, sir.  PeopleTools come with

11   installation media.

12        But when you have an update for PeopleTools,

13   okay, or when you have a patch for some other PeopleSoft

14   software, you're not talking about installation media, are

15   you?

16   A.    That's not true.

17   Q.    Okay.  So is it your testimony that when you say

18   installation media, you're including patches as well as

19   updates?

20   A.    I didn't say patches, I said updates.  That's what

21   they're actually called, PeopleTools updates, but they're

22   part of installation media.

23   Q.    Let me ask you about patches.  Are patches

24   installation media?

25   A.    Actually, not the individual patches I wouldn't

1      consider installation media unless they were included with

2      the original documents.

3                  MR. ISAACSON:  All right.  I promised Judge

4      Hicks I would conclude at 10 till, so I'm concluding at 10

5      till.  We'll talk some more tomorrow.

6                  THE COURT:  Thank you, Mr. Isaacson.

7                  Ladies and gentlemen, we will break at this time

8      today.

9                  We've indicated we would go until 2:00 or

10     thereabouts.  There may be other days when we can go a

11     little later, other times when we may break a little

12     before.

13                 But I need to say a few words again about your

14     conduct as jurors during this, our first recess.

15                 Of course, I remind that you you're not to

16     discuss this case with anyone or permit anyone to discuss

17     it with you or in your presence.

18                 I'm sure you've seen that you can talk to your

19     fellow jurors about anything else, but don't talk about

20     this case or anyone involved with this case.

21                 I need to caution you too of the importance not

22     to do any independent research or inquiry.  I've talked

23     about that before.

24                 The theory of all of our cases is that a jury

25     decides the case based on the evidence presented in the

1      courtroom that every one of you have seen.  That's very

2      important to remember at all times.

3              So please do not do any independent searches,

4      Google searches, Internet searches, or anything of that

5      nature, because that would be totally inappropriate.

6              Please keep an open mind until you've heard all

7      the witnesses and seen all the evidence presented and then

8      heard the Court's instructions on the law and the arguments

9      of the attorneys which will be given at the end of the

10     case.

11             And if you've taken any notes, please be careful

12     to leave your notes in the jury room.  They're protected

13     there, and our janitorial staff knows nothing happens to

14     them.

15             These admonishments, of course, are continuing

16     admonishments that continue throughout the trial so if I

17     forget to repeat them at some point in time when you break,

18     I know you'll remember them.

19             We will start again tomorrow morning at 8:00

20     a.m.  And I appreciate everyone's arrival today.  We were

21     off to a good start, and I will certainly hope that that

22     continues.

23             And as you can see, the attorneys and the

24     witnesses and everyone else are ready to go, and if

25     anyone's late it means that we have anywhere from 40, 50 or

261

1  60 people waiting.  So I appreciate your timeliness.

2              So we'll take our break at this time.  The Court

3  will be in recess, and we'll reconvene in the morning, and

4  I wish you a pleasant evening.  Thank you.

5              THE WITNESS:  Judge, I assume that I'm held

6  over?

7              THE COURT:  Yes.

8              THE WITNESS:  So no talking to the lawyers?

9              THE COURT:  But you may speak to your lawyers,

10  yes.

11         (Jurors exit courtroom at 1:53 p.m.)

12         (The proceedings adjourned at 1:53 p.m.)

13                        *    *    *

14

15

16

17

18

19

20

21

22

23

24

25

262

1                              -o0o-

2          I certify that the foregoing is a correct

3          transcript from the record of proceedings

4          in the above-entitled matter.

5

6          _____     9/16/15

7          Donna Davidson, RDR, CRR, CCR #318        Date
           Official Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2   Plaintiffs' WITNESSES:                          PAGE
    RANDALL DAVIS
3        Direct Examination By Ms. Dunn             148
         Cross-Examination By Mr. Reckers           220
4        Redirect Examination By Ms. Dunn           234
    SETH RAVIN
5        Direct Examination By Mr. Isaacson         240

6

7                      E X H I B I T S

8   Plaintiffs'                                 ADMITTED
    4                                                251
9   5                                                255
    14                                               203
10  136                                              209
    167                                              257
11  236                                              187
    351                                              228
12  1475                                             243
    1491A                                            196
13  3507                                             212
    3510                                             172
14  5429                                             213
    6000                                             180

15

16

17

18

19

20

21

22

23

24

25