UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| ORACLE USA, INC., et al., | ) | CASE NO. 2:10-cv-106-LRH-PAL |
|  | ) |  |
| Plaintiff(s), | ) | MINUTES OF COURT |
|  | ) |  |
| vs. | ) | DATE: Wednesday, September 16, 2015 |
|  | ) |  |
| RIMINI STREET, INC., et al., | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |
|  | ) |  |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete                   Reporter: Donna Davidson
Counsel for Plaintiff:  William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jadal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant:  B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq.

MINUTES OF JURY TRIAL DAY 3

8:01 a.m. Court convenes outside the presence of the jury. Counsel and parties are present. The Court makes his ruling regarding exhibit PTX1482D and PTX5332. Mr. Isaacson will provide an updated exhibit for the record. Mr. Strand responds and requests if the Court had an opportunity to review paragraph 60 of the complaint be submitted as described. The Court will review paragraph 60 and ruling regarding its admission will be under advisement. The Court indicates the document should be marked as an exhibit. Mr. Webb indicates the next in order is DTX3011.

8:07 a.m. The jury enters the courtroom.

Seth Ravin resumes the witness stand and continues testimony on direct examination by Mr. Isaacson.

PTX1 is pre-admitted and published to the jury.
PTX2 is pre-admitted and published to the jury.
PTX222 is pre-admitted and published to the jury.
PTX6 is pre-admitted and published to the jury.
PTX 223, PTX4, PTX8, PTX9, PTX10, and PTX447 are pre-admitted and published to the jury.

8:53 a.m. Sidebar.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 3
September 16, 2015
Page 2 of 4
_____/

PTX3511 is offered; no objection; PTX3511 is admitted.
PTX204 is offered; no objection; PTX204 is admitted.
PTX554 is offered; no objection; PTX554 is admitted.
PTX318 is offered; objection.

9:09 – 9:11 a.m. Sidebar.

PTX318 page 1 is admitted.

PTX219, PTX210, and PTX7 are pre-admitted and published to the jury.

PTX214 is offered; no objection; PTX214 is admitted.

9:39 p.m. Jury is admonished and excused. Court stands at recess.

10:02 a.m. Court reconvenes the jury, counsel and parties are present.

Seth Ravin resumes the witness stand and continues testimony on direct examination by Mr. Isaacson.

PTX744, PTX537, PTX538, and PTX539 are pre-admitted and published to the jury.

PTX5355 is offered; objection.

10:15 a.m. – 10:16 a.m. Sidebar.

PTX5355 is admitted.

Portions of Seth Ravin video deposition of November 18, 2011 are played in open court.

PTX218, PTX310, and PTX58 are pre-admitted and published to the jury.

11:14 a.m. The jury is admonished and excused.

11:32 a.m. Court reconvenes outside the presence of the jury.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 3
September 16, 2015
Page 3 of 4
_____/

Mr. Webb presents argument regarding plaintiff's objection to Mr. Ravin being present during the argument to be raised before the Court now. Mr. Isaacson rescinds his objection. IT IS ORDERED that Mr. Ravin being a named defendant in these proceedings may be present at every hearing accordingly.

Mr. Isaacson presents argument in support of submission of PTX30 and the references made in the document regarding the TomorrowNow lawsuit. Mr. Webb objects and responds. IT IS ORDERED that questions may be asked regarding the witnesses awareness during the described period of time he was with TomorrowNow and counsel can cross examine Mr. Ravin regarding the document as described on the record. Mr. Webb places at continuing objection on the record.

PTX30 is admitted. Defendant's continuing objection is noted for the record.

11:55 a.m. The jury enters the courtroom.

Seth Ravin resumes the witness stand and continues testimony on direct examination by Mr. Isaacson.

PTX4937 is offered; objection.

12:14 p.m. – 12:16 p.m. Sidebar.

PTX4937 is admitted.
PTX1587 is offered and admitted. Previous objection is preserved for the record.
PTX619 is offered and admitted. Previous objection is preserved for the record.
PTX396 is offered and admitted. Previous objection is noted for the record.
PTX5457 is offered; no objection; PTX5457 is admitted.
PTX5459 is offered; no objection; PTX5459 is admitted.
PTX495, PTX2159, PTX12, and PTX245 are pre-admitted and published to the jury.
PTX5455 is offered; no objection; PTX5455 is admitted.
PTX428 is pre-admitted and published to the jury.
PTX4936 is offered; no objection; PTX4936 is admitted.
PTX23 is offered; no objection; PTX23 is admitted.
PTX24 is pre-admitted and published to the jury.
PTX604 is offered; no objection; PTX604 is admitted.
PTX465 is offered; objection; objection overruled; PTX465 is admitted.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 3
September 16, 2015
Page 4 of 4
_____/

PTX35, PTX15, PTX29, PTX20, PTX454, PTX21, and PTX27 are pre-admitted and published to the jury.

IT IS ORDERED that trial is continued to Thursday, September 17, 2015, at 8:00 a.m. in Las Vegas Courtroom 4B.

1:52 p.m. The jury is admonished and excused.

Court remains in session outside the presence of the jury. Counsel and the parties are present. The Court addresses the issue of paragraph 60 in plaintiff's amended complaint as it is related to paragraphs 33 and 34 in the answer filed on behalf of the defendants as previously discussed. IT IS ORDERED that paragraph 60 is relevant to paragraphs 33 and 34 and will leave it in the discretion of counsel regarding how to approach that subject.

1:55 p.m. Court adjourns.

                                        LANCE S. WILSON, CLERK

                                        By:    /s/ D. Negrete
                                                   Deputy Clerk