1    BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
2    300 South Fourth Street, Suite 800
Las Vegas, NV 89101
3    Telephone: (702) 382-7300
Facsimile: (702) 382-2755
4    rpocker@bsfllp.com

5    BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
6    KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
7    Washington, DC 20015
Telephone: (202) 237-2727
8    Facsimile: (202) 237-6131
wisaacson@bsfllp.com
9    kdunn@bsfllp.com

10   BOIES, SCHILLER & FLEXNER LLP
11   STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
12   1999 Harrison Street, Suite 900
Oakland, CA 94612
13   Telephone: (510) 874-1000
Facsimile: (510) 874-1460
14   sholtzman@bsfllp.com
kringgenberg@bsfllp.com

15
*Attorneys for Plaintiffs*
16   Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market Street
Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

17

18    **UNITED STATES DISTRICT COURT**

19    **DISTRICT OF NEVADA**

20   ORACLE USA, INC., a Colorado corporation;
21   ORACLE AMERICA, INC., a Delaware
corporation; and ORACLE INTERNATIONAL
22   CORPORATION, a California corporation,

23            Plaintiffs,

24      v.

RIMINI STREET, INC., a Nevada corporation;
25   SETH RAVIN, an individual,

26         Defendants.

CASE NO. 2:10-cv-0106-LRH-PAL

**PLAINTIFFS ORACLE USA, INC.,
ORACLE AMERICA, INC., AND
ORACLE INTERNATIONAL
CORPORATION'S MOTION TO ADMIT
PTX 2140**

27

28

1    Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

2    (together, "Oracle") move to admit PTX 2140. The two pages at pages 46 and 47 demonstrate

3    that on October 25, 2007, Rimini told a prospective customer the following:

4        1.    Oracle filed a lawsuit against TomorrowNow

5        2.    SAP AG's CEO admitted wrongdoing by the TomorrowNow

6        3.    SAP AG demoted TomorrowNow CEO

7        4.    SAP AG's CEO began an internal investigation of TomorrowNow

8        5.    DOJ was investigating TomorrowNow

9    PTX 2140 is dated three weeks *before* PTX 30, which was admitted. Oracle proposes to

10   admit the PTX 2140 with the redactions to omit references to the DOJ investigation of

11   TomorrowNow, as shown in the attached. Oracle will not reference the DOJ investigation, nor

12   will it reference any subsequent developments in either TomorrowNow case – no reference to the

13   admission of liability, the jury verdict, or the criminal plea.

14   Oracle will address only what Defendants told a customer shortly after Mr. Ravin's

15   departure from TomorrowNow.

16   This evidence is admissible in Oracle's case in chief because it is now apparent,

17   including from Defendants' opening statement, that their trial presentation will focus on

18   knowledge and intent. *Riverwoods Chappaqua Corp. v. Marine Midland Bank, N.A.*, 30 F.3d

19   339, 345 (2d Cir. 1994) ("the door was already open" because defendant denied "in its answer to

20   the complaint and in its opening statement . . . that it intended to extort" the plaintiffs); *see also*

21   *United States v. Caputo*, 808 F.2d 963, 968 (2d Cir. 1987) (evidence of prior acts admissible on

22   case-in-chief if "it is apparent that intent will be in dispute").

23   DATED: September 16, 2015                    BOIES SCHILLER & FLEXNER LLP

24

25                                        By:    /s/ *Kieran P. Ringgenberg*
                                                 Kieran P. Ringgenberg
26                                               Attorneys for Plaintiffs
                                                 Oracle USA, Inc., Oracle America, Inc., and
27                                               Oracle International Corp.

28

1

## Comparison:  Rimini Street vs. TomorrowNow

The primary differences between Rimini Street and TomorrowNow are summarized in the following table:

| Area of Comparison | TomorrowNow Support | Rimini Street Support |
|---|---|---|
| Support Program Scope & Features | TomorrowNow Support Services for PeopleSoft was a second-generation program co-founded in 2002 by Seth Ravin to provide a replacement for current vanilla vendor maintenance services.<br><br>Today, TomorrowNow still offers the same basic services included in standard vendor support programs, including break/fix support and tax and regulatory updates. | Rimini Street is a third-generation premium program founded by Seth Ravin to deliver a wider scope of enterprise software support services compared to a standard maintenance program.<br><br>In addition to break/fix support and tax and regulatory updates, Rimini Street Support Services include the following critical services at no additional support cost:<br><br>• Customizations - Rimini Street provides break/fix support for all application code, including all application customizations.<br>• Interoperability – Rimini Street provides support for integration and interfaces to ensure PeopleSoft systems continue working in concert with other applications.<br>• Performance – Rimini Street provides support and guidance for potential performance issues. |
| Software Vendor Affiliation | TomorrowNow is a wholly-owned subsidiary of SAP and subject to the operating strategies and objectives of SAP.<br><br>*** TomorrowNow/SAP has been sued in a recent lawsuit filed by Oracle Corporation on March 22, 2007. The lawsuit alleges violations of the Federal Computer Fraud and Abuse Act, Copyright Infringement (over 10,000 instances), Intentional and Negligent Interference and Civil Conspiracy.<br><br>In July 2007, SAP AG CEO admitted wrongdoing by TomorrowNow, demoted CEO and launched internal investigation alongside DOJ probe.<br><br>SAP is aggressively pursuing PeopleSoft users for migration to SAP products.<br><br>TomorrowNow offers a Safe Passage program coordinated with SAP and designed to offer incentives and assistance for eventually migrating PeopleSoft users to SAP products. | Rimini Street is an independent, vendor-neutral support services company focused exclusively on the long-term support and maintenance needs of its PeopleSoft clients.<br><br>Rimini Street provides impartial advice regarding release upgrades, support strategies, and even impartial potential migration pros and cons for different vendor technologies from a variety of vendors.<br><br>Rimini Street does not offer any migration programs to other vendor products, does not share client information with any software company, and does not coordinate migration strategies with any software company. |

Rimini Street Confidential

Rimini - Highly Confidential Information
AISD-SR01772

| Tax & Regulatory Updates | TomorrowNow provides tax & regulatory updates developed internally.

TomorrowNow's most experienced tax & regulatory scoping and design architect, manager of technology engineers, and other senior personnel recently moved to Rimini Street. | Rimini Street provides tax & regulatory updates developed internally.

Rimini Street's tax & regulatory experts have experience successfully developing and delivering more than 600 tax & regulatory update packages processing millions of transactions and billions of dollars. |
|---|---|---|
| Management Team | CEO recently demoted by SAP Chairman, and now reports to new "Executive Director" appointed by SAP AG

Other terminations and suspensions announced by SAP AG as their internal investigation and DOJ investigation into TomorrowNow operations continues | Seth Ravin is industry pioneer with excellent reputation for client satisfaction and service delivery.

Rimini Street continues to hire the best and most experienced executives and staff in the industry.  Top TomorrowNow personnel continue making the move to Rimini Street to be part of its innovative service offering. |
| Contact with Oracle Software | SAP AG, in response to the Oracle lawsuit, is seeking to distance its wholly-owned TomorrowNow systems and personnel from physical contact with Oracle software products to try and further assure no "cross contamination with SAP products"

To achieve this objective, TomorrowNow will force clients to host their own test environments or use a third party hosting operation to make sure no TomorrowNow employees have direct contact with Oracle software.

TomorrowNow will only assist with very limited downloads of updates & fixes | Rimini Street continues, as always, to work directly with Oracle software.

Since Rimini Street does not build or sell competitive software products to Oracle, Rimini Street is free of any "cross contamination" complexities or issues.

Rimini Street hosts all development and test environments for each client it services.

Rimini Street downloads extensive library of software updates and fixes available to clients |

Rimini Street Confidential

Rimini - Highly Confidential Information