UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| ORACLE USA, INC., et al., | ) | CASE NO. 2:10-cv-106-LRH-PAL |
| Plaintiff(s), | ) | MINUTES OF COURT |
| vs. | ) | DATE: Thursday, September 17, 2015 |
| RIMINI STREET, INC., et al., | ) |  |
| Defendant(s). | ) |  |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete          Reporter: Donna Davidson
Counsel for Plaintiff:  William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jadal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant:  B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq.

MINUTES OF JURY TRIAL DAY 4

8:04 a.m. Court convenes outside the presence of the jury. Counsel and parties are present. Mr. Isaacson presents argument in support of Plaintiff's Motion to Admit PTX2140, [doc #789], presented to the Court this morning. Mr. Webb objects and responds on behalf of the defendants.

IT IS ORDERED that the entire paragraphs in dispute shall be redacted with white out and the rest of the document will stand. Counsel shall submit a redacted copy.

Counsel orally stipulation to the admission of exhibits as follows:

PTX241, PTX4896, PTX5052, PTX5083, PTX5304, PTX5352, DTX1940, and PTX2140 with redactions as court ordered.

8:17 a.m. The jury enters the courtroom.

Seth Ravin resumes the witness stand and continues testimony on direct examination by Mr. Isaacson.

PTX621 is offered; no objection; PTX621 is admitted.
PTX42 is pre-admitted and published to the jury.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 4
September 17, 2015
Page 2 of 4
_____/

PTX43 is offered; no objection; PTX43 is admitted.
PTX482 is offered; no objection; PTX482 is admitted.
PTX173 is pre-admitted and published to the jury.
PTX342 is pre-admitted and published to the jury.
PTX11 is pre-admitted and published to the jury.
PTX48 is offered; no objection; PTX48 is admitted.
PTX50 is pre-admitted and published to the jury.
PTX52 is pre-admitted and published to the jury.
PTX51 is pre-admitted and published to the jury.
PTX60 is pre-admitted and published to the jury.
PTX2148 is pre-admitted and published to the jury.
PTX2155 is offered; no objection; PTX2155 is admitted.
PTX243 is offered; no objection; PTX243 is admitted.
PTX45 is pre-admitted and published to the jury.

9:04 a.m. – 9:07 a.m. Sidebar.

PTX3 is offered; no objection; PTX3 is admitted.
PTX65 is pre-admitted and published to the jury.

Cross examination by Mr. Webb.

DTX3011 is offered; no objection; DTX3011 is admitted as ruled upon previously on the record September 16, 2015.

9:56 a.m. – 9:59 a.m. Sidebar.

PTX3726 is offered; no objection; PTX3726 is admitted.

10:04 a.m. The jury is admonished and excused. Court stands at recess.

10:26 a.m. Court reconvenes. The jury, counsel, and parties are present.

Seth Ravin resumes the witness stand and continues testimony on cross examination by Mr. Webb.

PTX498 is offered; no objection; PTX498 is admitted.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 4
September 17, 2015
Page 3 of 4
_____/

PTX446 is offered; no objection; PTX446 is admitted.
PTX59 is pre-admitted and published to the jury.
DTX2246 is offered; no objection; DTX2246 is admitted.

12:25 p.m. The jury is admonished and excused. Court stands at recess.

12:51 p.m. Court reconvenes outside the presence of the jury. Counsel and the parties are present. Mr. Webb has two issues to bring to the Court's attention one is confidential and a sidebar is requested.

12:51 p.m. – 12:52 p.m. Sidebar.

Mr. Webb presents argument in support of admission of DTX384. Mr. Isaacson objects and presents further argument.

IT IS ORDERED that the objection is sustained and DTX384 will not be admitted.

12:58 p.m. The jury enters the courtroom.

Seth Ravin resumes the witness stand and continues testimony on cross examination by Mr. Webb.

DTX380 is offered; no objection; DTX380 is admitted.
DTX381 is offered; no objection; DTX381 is admitted.

IT IS ORDERED trial is continued to Friday, September 18, 2015 at 8:00 a.m. in Las Vegas Courtroom 4B.

The jury is advised of the schedule for Friday and Monday.

2:05 p.m. The jury is admonished and excused.

Court remains in session outside the presence of the jury. Mr. Isaacson renews Plaintiff's Motion to Admit PTX2140 [doc #789], and presents further arguments. Mr. Webb objects and presnts further argument.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 4
September 17, 2015
Page 4 of 4
_____/

IT IS ORDERED that the Court's previous ruling this morning regarding PTX2140 is revised pursuant to the new arguments and witnesses testimony.

IT IS FURTHER ORDERED that PTX2140 will be admitted in whole without the previously ordered redactions. Any references to DOJ shall be redacted.

2:11 p.m Court adjourns.

                                          LANCE S. WILSON, CLERK

                                By:    /s/ D. Negrete
                                            Deputy Clerk