**ATTACHMENT 1**

| DTX | Irrelevant To Purported Defense Because | Summary | Objections |
|---|---|---|---|
| 378 | • Does not concern license terms *at all*<br>• Concerns false allegations of misconduct by *Oracle* | Accuses *Oracle* of "egregious" and "tortious" conduct as part of "a continuing, calculated effort by Oracle to . . . intimidate Rimini Street from participating in the market" because an Oracle salesperson left a voicemail for a Rimini Street client. | FRE 408 (Order re Oracle MIL, Dkt. No. 723 at 7 (reserving issue on case-by-case basis at trial))<br><br>Order excluding antitrust rhetoric (Order re Oracle MIL, Dkt. No. 723 at 6-7)<br><br>FRE 802, 805, 1002, 402/403 |
| 379 | • *Only* license terms discussed are for a product not at issue in this case (Micro Focus COBOL)<br>• Concerns false allegations of misconduct by *Oracle* | Accuses *Oracle* of a laundry list of "Anti-Competitive Practices," including "behaviors, activities, policies, and practices that [ . . . ] appear to be motivated not by legitimate business concerns, by rather *[sic]* a desire to foreclose any and all competition." | FRE 408 (Order re Oracle MIL, Dkt. No. 723 at 7 (reserving issue on case-by-case basis at trial))<br><br>Order excluding antitrust rhetoric (Order re Oracle MIL, Dkt. No. 723 at 6-7)<br><br>FRE 802, 805, 402/403 |
| 380 | • Letter from Oracle's counsel, not Rimini's counsel | Explains concerns that Rimini Street's public statements are false or misleading. | *Admitted.* |
| 381 | • Letter from Oracle's counsel, not Rimini's counsel | Responds to DTX 379 | *Admitted.* |
| 382 | • Does not concern license terms *at all* | Concerns employment-agreement issue. | FRE 402/403, 802 |
| 383 | • Letter from Oracle's counsel, not Rimini's counsel | Requests further information on certain of Rimini Street's allegations in DTX 379. | FRE 408 (Order re Oracle MIL, Dkt. No. 723 at 7 (reserving issue on case-by-case basis at trial))<br><br>Order excluding antitrust rhetoric (Order re Oracle MIL, Dkt. No. 723 at 6-7)<br><br>FRE 402/403 |

**ATTACHMENT 1**

| DTX | Irrelevant To Purported Defense Because | Summary | Objections |
|---|---|---|---|
| 384 | • Claims only that § 1.12 of a Siebel license permits *access*, not *copying*<br>• *Only* other license term discussed, § 9.1 of a Siebel license, has not been the subject of testimony at trial<br>• Concerns false allegations of misconduct by *Oracle* | Alleges misconduct *by Oracle*, calling *Oracle*'s conduct "an attempt to interfere with or disrupt Rimini Street sales or business operations" and "anticompetitive activities and corresponding violations of the antitrust laws." | Order excluding antitrust rhetoric (Order re Oracle MIL, Dkt. No. 723 at 6-7)<br><br>FRE 408 (Order re Oracle MIL, Dkt. No. 723 at 7 (reserving issue on case-by-case basis at trial))<br><br>FRE 802, 805, 402/403 |
| 385 | • Letter from Oracle's counsel, not Rimini's counsel | Responds to DTX 379. | FRE 408 (Order re Oracle MIL, Dkt. No. 723 at 7 (reserving issue on case-by-case basis at trial))<br><br>Order excluding antitrust rhetoric (Order re Oracle MIL, Dkt. No. 723 at 6-7)<br><br>FRE 402/403, 802, 805 |
| 386 | • Letter from Oracle's counsel | Responds to DTX 378. | |
| 387 | • Letter from Oracle's counsel, not Rimini's counsel | Responds to Rimini Street's letter concerning the automated downloading using XO Communications' credentials that Oracle blocked. | FRE 802, 805, 402/403 |
| 388 | • Concerns *only* license terms for a product not at issue in this case (Micro Focus COBOL)<br>• Concerns false allegations of misconduct by *Oracle* | Further to DTX 379 and DTX 383. | FRE 408 (Order re Oracle MIL, Dkt. No. 723 at 7 (reserving issue on case-by-case basis at trial))<br><br>Order excluding antitrust rhetoric (Order re Oracle MIL, Dkt. No. 723 at 6-7)<br><br>FRE 402/403, 802 |