| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market Street |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Spear Street Tower<br>San Francisco, CA 94105 |
| 4 | rpocker@bsfllp.com | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 5 | BOIES, SCHILLER & FLEXNER LLP | thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com |
| 6 | WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN L. DUNN (*pro hac vice*) | |
| 7 | 5301 Wisconsin Ave, NW<br>Washington, DC 20015 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | Facsimile: (650) 506-7114<br>dorian.daley@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 15 | Attorneys for Plaintiffs | |
| 16 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF CERTAIN EVIDENTIARY RULINGS**<br><br>Judge: Hon. Larry R. Hicks |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies, Schiller & Flexner LLP, counsel to Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. This declaration is made in support of Plaintiffs' Opposition to Defendants' Motion For Reconsideration Of Certain Evidentiary Rulings concerning Defendants' purported advice-of-counsel or similar defense. Based on my involvement in the discovery process and my review of the files and records in this action, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. Attached hereto as Exhibit A are true and correct copies of entries on Defendants' privilege logs in this case.

3. Exhibit A was created by copying and pasting verbatim entries from Defendants' native Excel privilege log entries.

I declare that the foregoing is true under penalty of perjury of the laws of the United States.

Executed this 20th day of September, 2015, at Las Vegas, Nevada.

*/s/ Kieran P. Ringgenberg*
Kieran P. Ringgenberg

1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF CERTAIN EVIDENTIARY RULINGS** was filed, on September 20, 2015, with the Court's CM/ECF system which will send notice, via email, to all attorneys registered with the CM/ECF system.

Dated: September 20, 2015

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Kieran P. Ringgenberg*
Kieran P. Ringgenberg
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation

**EXHIBIT A:  SAMPLE ENTRIES FROM DEFENDANTS' PRIVILEGE LOGS**

<u>**Sample Entries from Privilege Log 14**</u>

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI02697764 | RSI02697769 | 8/24/2007 | Lester, George | Baron, Doug; Pickett, Christopher* | | Attorney-Client Privilege; Work Product | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |
| RSI02697770 | RSI02697775 | 8/3/2007 | Baron, Doug | Pickett, Christopher* | | Work Product,Attorney-Client Privilege | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |

1

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI02697776 | RSI02697782 | 2/7/2007 | Lester, George | Baron, Doug | Pickett, Christopher* | Work Product,Attorney-Client Privilege | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |
| RSI02697783 | RSI02697786 | 2/7/2007 | Lester, George | Baron, Doug; Pickett, Christopher | | Work Product,Attorney-Client Privilege | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |
| RSI02697787 | RSI02697787 | 12/3/2007 | Lester, George | Baron, Doug; Pickett, Christopher* | | Attorney-Client Privilege; Work Product | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |

2

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI02697788 | RSI02697791 | 1/19/2007 | Baron, Doug | Pickett, Christopher* | | Attorney-Client Privilege; Work Product | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |
| RSI02697792 | RSI02697792 | 12/3/2007 | Lester, George | Baron, Doug; Pickett, Christopher* | | Attorney-Client Privilege; Work Product | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |
| RSI02697793 | RSI02697795 | 8/24/2007 | Lester, George | Baron, Doug; Pickett, Christopher* | | Attorney-Client Privilege; Work Product | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI02697796 | RSI02697801 | 8/3/2007 | Baron, Doug | Pickett, Christopher* | | Attorney-Client Privilege; Work Product | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |
| RSI02697802 | RSI02697805 | 2/7/2007 | Lester, George | Baron, Doug; Pickett, Christopher* | | Attorney-Client Privilege; Work Product | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |
| RSI02697806 | RSI02697811 | 8/24/2007 | Lester, George | Baron, Doug; Pickett, Christopher* | | Attorney-Client Privilege; Work Product | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |

4

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI02697812 | RSI02697817 | 8/3/2007 | Baron, Doug | Pickett, Christopher* | | Attorney-Client Privilege; Work Product | Report sent from employee to counsel to facilitate the rendition of the legal advice of Christopher Pickett pursuant to pending and anticipated litigation regarding Rimini Street processes. |

5

**Sample Entries from Privilege Log 16**

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI02982461 | RSI02982466 | 12/11/2008 | Goldfine, Dan* | Ravin, Seth | Hauff, Chuck* | Attorney-Client Privilege | E-mail exchange between outside counsel and employee reflecting the request for and receipt of the legal advice of Dan Goldfine regarding Oracle issue. |
| RSI02994443 | RSI02994443 | 7/27/2007 | Neal, Wendy* | Ravin, Seth | | Attorney-Client Privilege | E-mail from outside counsel to employee containing the legal advice of Wendy Neal regarding draft letter to Oracle. |
| RSI02994444 | RSI02994445 | 7/27/2007 | Neal, Wendy* | Ravin, Seth | | Attorney-Client Privilege | Draft letter prepared by and reflecting the legal advice of Wendy Neal regarding Oracle. |
| RSI02994509 | RSI02994509 | 12/3/2008 | Ravin, Seth | Goldfine, Dan* | | Attorney-Client Privilege | E-mail from employee to outside counsel requesting the legal advice of Dan Goldfine regarding draft of Oracle letter. |
| RSI02997325 | RSI02997332 | 12/1/2008 | Ravin, Seth | Snell & Wilmer, L.L.P. | | Attorney-Client Privilege | Draft letter sent to Snell & Wilmer L.L.P. for legal advice regarding Oracle issues. |
| RSI02998619 | RSI02998620 | 1/28/2010 | Ravin, Seth | Pickett, Christopher* | | Attorney-Client Privilege; Work Product | E-mail exchange between employee and counsel reflecting the legal advice of Christopher Pickett prepared pursuant to pending and anticipated litigation regarding Oracle complaint. |

6

| RSI02998621 | RSI02998622 | 1/28/2010 | Ravin, Seth | Pickett, Christopher* | | Attorney-Client Privilege; Work Product | Memorandum prepared pursuant to pending and anticipated litigation and containing the legal advice of Christopher Pickett regarding Oracle complaint. |
|---|---|---|---|---|---|---|---|
| RSI02998623 | RSI02998623 | 1/28/2010 | Pickett, Christopher* | Ravin, Seth | | Attorney-Client Privilege; Work Product | FAQ prepared pursuant to pending and anticipated litigation and containing the legal advice of Christopher Pickett regarding Oracle complaint. |

**Sample Entries from Privilege Log 19**

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI03203821 | RSI03203829 | 10/5/2005 | Bryne, Patrick* | Ravin, Seth; Neal, Wendy*; Barr, Jeffrey*; Gordon, Richard* | | Attorney-Client Privilege | Draft letter prepared outside counsel and sent to employee reflecting the legal advice of Snell & Wilmer regarding Oracle issues. |
| RSI03204860 | RSI03204868 | 10/6/2005 | Byrne, Patrick* | Ravin, Seth; Neal, Wendy*; Barr, Jeffrey*: Gordon, Richard* | | Attorney-Client Privilege | Draft letter prepared by ouside counsel and sent to employee reflecting the legal advice of Snell & Wilmer regarding Oracle issues. |
| RSI03201645 | RSI03201645 | 5/31/2006 | Ravin, Seth | Barr, Jeffery*; Neal, Wendy* | | Attorney-Client Privilege | E-mail from employee to outside counsel requesting the legal advice of Jeffery Barr and Wendy Neal regarding draft le letter to Oracle. |
| RSI03201646 | RSI03201647 | 5/31/2006 | Ravin, Seth | Barr, Jeffery*; Neal, Wendy* | | Attorney-Client Privilege | Draft letter sent to Jeffrey Barr and Wendy Neal for legal advice regarding Oracle matter. |
| RSI03220120 | RSI03220120 | 5/31/2006 | Barr, Jeffrey* | Ravin, Seth | Neal, Wendy*; Thomas, Lowell* | Attorney-Client Privilege | E-mail from outside counsel to employee and copied to outside counsel containing the legal advice of Jeff Barr and Wendy Neal regarding Oracle matter |

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| | | | | | | | and investment offering. |
| RSI03220512 | RSI03220512 | 6/12/2006 | Ravin, Seth | Barr, Jeffrey* | | Attorney-Client Privilege | E-mail exchange between employee and outside counsel reflecting the request for and the receipt of the legal advice of Jeffrey Barr regarding Oracle matter. |
| RSI03224020 | RSI03224023 | 3/21/2006 | Barr, Jeff* | Ravin, Seth | | Attorney-Client Privilege | E-mail exchange between counsel and employee requesting and providing information to facilitate the rendition of the legal advice of Jeff Barr regarding draft letter to Oracle. |
| RSI03224024 | RSI03224024 | 3/21/2006 | Barr, Jeff* | Ravin, Seth | | Attorney-Client Privilege | Draft letter prepared by and reflecting the legal advice of Jeff Barr regarding Oracle matter. |
| RSI03229376 | RSI03229377 | 5/31/2006 | Barr, Jeffrey* | Ravin, Seth | | Attorney-Client Privilege | Draft letter prepared by and reflecting the legal advice of Jeffrey Barr regarding Oracle matter. |
| RSI03201645 | RSI03201645 | 5/31/2006 | Ravin, Seth | Barr, Jeffery*; Neal, Wendy* | | Attorney-Client Privilege | E-mail from employee to outside counsel requesting the legal advice of Jeffery Barr and Wendy Neal regarding draft le letter to Oracle. |

9

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI03201646 | RSI03201647 | 5/31/2006 | Ravin, Seth | Barr, Jeffery*; Neal, Wendy* | | Attorney-Client Privilege | Draft letter sent to Jeffrey Barr and Wendy Neal for legal advice regarding Oracle matter. |
| RSI03220121 | RSI03220122 | 5/31/2006 | Barr, Jeffrey* | Ravin, Seth; Neal, Wendy*; Thomas, Lowell* | | Attorney-Client Privilege | Draft letter prepared by and reflecting the legal advice of Jeffrey Barr and Wendy Neal regarding Oracle matter. |
| RSI03220512 | RSI03220512 | 6/12/2006 | Ravin, Seth | Barr, Jeffrey* | | Attorney-Client Privilege | E-mail exchange between employee and outside counsel reflecting the request for and the receipt of the legal advice of Jeffrey Barr regarding Oracle matter. |
| RSI03222909 | RSI03222909 | 6/30/2007 | Ravin, Seth | Neal, Wendy* | | Attorney-Client Privilege | E-mail chain between employee and counsel reflecting the request for and receipt of the legal advice of Wendy Neal regardingdraft letter concerning Oracle matter. |
| RSI03222910 | RSI03222916 | 6/30/2007 | Neal, Wendy* | Ravin, Seth | | Attorney-Client Privilege | Draft letter prepared by and reflecting the legal advice of Wendy Neal regarding Oracle matter. |
| RSI03224730 | RSI03224730 | 6/30/2007 | Neal, Wendy* | Ravin, Seth | | Attorney-Client Privilege | E-mail from outside counsel to employee reflecting thoughts and opinions of Wendy Neal regarding Oracle letter. |

10

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI03227348 | RSI03227355 | 12/3/2008 | Ravin, Seth | Goldfine, Dan* | | Attorney-Client Privilege | Letter prepared by and containing the legal advice of Dan Goldfine regarding Oracle matter. |
| RSI03228298 | RSI03228299 | 3/26/2010 | Rauen, Chris | Lyskawa, Nancy; Ravin, Seth; Pickett, Christopher*; Cardinalli, Kristen | | Attorney-Client Privilege | Draft letter sent to Christopher Pickett for legal advice regarding Oracle litigation. |
| RSI03229069 | RSI03229076 | 12/3/2008 | Ravin, Seth | Goldfine, Dan* | | Attorney-Client Privilege | Letter prepared pursuant to pending and anticipated litigation containing the legal advice of Dan Goldfine regarding Oracle matter. |
| RSI03233689 | RSI03233696 | 12/1/2008 | Ravin, Seth | Snell & Wilmer | | Attorney-Client Privilege | Draft letter prepared by and reflecting the legal advice of outside counsel regarding Oracle matter. |
| RSI03238746 | RSI03238746 | 6/30/2007 | Ravin, Seth | Neal, Wendy* | | Attorney-Client Privilege | E-mail exchange between employee and outside counsel requesting the legal advice of Wendy Neal regarding attached draft letter to Oracle. |

11

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI03765852 | RSI03765865 | 12/4/2008 | Ravin, Seth | Goldfine, Dan*; Hauff, Chuck* | | Attorney-Client Privilege | [REDACTED] E-mail from employee to outside counsel requesting the legal advice of Dan Goldfine and Chuck Hauff regarding Oracle issues concerning XO Communications. |
| RSI03765975 | RSI03765982 | 12/1/2008 | Ravin, Seth | Hauff, Chuck*; Goldfine, Dan*; Condo, Jim*; Boyd, Damon*; Shay, Thomas; Schon, Zachary* | | Attorney-Client Privilege | Draft letter sent to Chuck Hauff, Dan Goldfine, Jim Condo and Damon Boyd for legal advice containing the legal advice of Dan Goldfine regarding Oracle issues. |

**Sample Entries from Privilege Log 24**

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI03769379 | RSI03769381 | 12/2/2008 | Ravin, Seth | Goldfine, Dan* | | Attorney-Client Privilege | [REDACTED] E-mail exchange between employee and outside counsel reflecting the request for and receipt of the legal advice of Dan Goldfine regarding Oracle issues concerning XO Communications. |
| RSI03770683 | RSI03770690 | 12/1/2008 | Goldfine, Dan* | Ravin, Seth | | Attorney-Client Privilege | Draft letter prepared by and reflecting the legal advice of Dan Goldfine regarding Oracle matter. |
| RSI03772850 | RSI03772853 | 10/23/2009 | Prow, Greg | Peterson, John* | Ravin, Seth; Slepko, Brian | Attorney-Client Privilege | E-mail chain between outside counsel and employees reflecting the request for and receipt of the legal advice of John Peterson regarding Oracle issues. |
| RSI03636427 | RSI03636428 | 11/17/2009 | Benge, Jim | Slepko, Brian | Lester, George | Attorney-Client Privilege | E-mail chain between employees memorializing the request for the legal advice of Rimini Street legal department regarding Oracle website issues. |

13

**Sample Entries from Privilege Log 26**

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI04219796 | RSI04219797 | 12/19/2008 | Goldfine, Dan* | Ravin, Seth; Hauff, Charles*; DeMarie, Melissa | | Attorney-Client Privilege | Draft letter prepared by and reflecting the legal advice of Dan Goldfine regarding Oracle issue. |
| RSI04220931 | RSI04220932 | 3/22/2010 | Salaets, Steven | Pickett, Christopher* | Ravin, Seth | Attorney-Client Privilege; Work Product | E-mail from employee to counsel and copied to employee prepared pursuant to pending and anticipated litigation and requesting the legal advice and work product of Christopher Pickett regarding client archives and environments. |
| RSI04220942 | RSI04220942 | 5/22/2009 | Ravin, Seth | Turner, John*; Levin, Michael* | | Attorney-Client Privilege; Work Product | E-mail exchange between employee and outside counsel reflecting the request for and receipt of the legal advice of Michael Levin regarding Oracle subpoena. |

14

**Sample Entries from Privilege Log 27**

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI04793890 | RSI04793894 | 1/14/2009 | Ravin, Seth | Goldfine, Dan* | | Attorney-Client Privilege | E-mail chain between employee and outside counsel reflecting the request for and receipt of the legal advice of Dan Goldfine regarding Oracle litigation press release. |
| RSI04794959 | RSI04794959 | 3/8/2010 | Salaets, Steven | Pickett, Christopher* | Ravin, Seth | Attorney-Client Privilege; Work Product | E-mail from employee to counsel and copied to employee providing information prepared at the direction of Christopher Pickett pursuant to pending and anticipated litigation regarding downloading issues. |
| RSI04795622 | RSI04795623 | 6/29/2007 | Ravin, Seth | Neal, Wendy* | | Attorney-Client Privilege | E-mail chain between employee and outside counsel requesting the legal advice of Wendy Neal regarding Oracle matter. |
| RSI04797106 | RSI04797107 | 6/27/2007 | Neal, Wendy* | Ravin, Seth | | Attorney-Client Privilege | E-mail chain between outside counsel and employee requesting and providing information to facilitate the rendition of the legal advice of Wendy Neal regarding Oracle matter. |

15

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI04798085 | RSI04798085 | 5/22/2009 | Ravin, Seth | Turner, John*; Levin, Michael* | | Attorney-Client Privilege; Work Product | E-mail exchange between employee and outside counsel prepared pursuant to pending litigation containing the legal advice of John Turner regarding Oracle subpoena in SAP lawsuit. |
| RSI04801742 | RSI04801745 | 1/8/2009 | Ravin, Seth | Goldfine, Dan* | Rowe, David; Hauff, Chuck*; Sullivan, Jamie* | Attorney-Client Privilege | [REDACTED] E-mail chain between employees and outside counsel reflecting the request for and receipt of the legal advice of Dan Goldfine regarding Oracle issues. |
| RSI04797106 | RSI04797107 | 6/27/2007 | Neal, Wendy* | Ravin, Seth | | Attorney-Client Privilege | E-mail chain between outside counsel and employee requesting and providing information to facilitate the rendition of the legal advice of Wendy Neal regarding Oracle matter. |
| RSI04797486 | RSI04797489 | 12/2/2008 | Ravin, Seth | Goldfine, Dan* | | Attorney-Client Privilege | [REDACTED] E-mail chain between employee and outside counsel requesting the legal advice of Dan Goldfine regarding Oracle issues. |
| RSI04801069 | RSI04801070 | 7/27/2007 | Neal, Wendy* | Ravin, Seth | | Attorney-Client Privilege | E-mail chain between outside counsel and employee containing the legal advice of Wendy Neal regarding draft letter to Oracle. |

16

| Production Begin Bates | Production End Bates | Privilege Date | Privilege Author | Privilege Recipient | Privilege Copyee/Other Recipients | Privilege Claim | Description for Privilege Log |
|---|---|---|---|---|---|---|---|
| RSI04802511 | RSI04802516 | 1/8/2009 | Ravin, Seth | Goldfine, Dan* | Rowe, David; Hauff, Chuck*; Sullivan, Jamie* | Attorney-Client Privilege | [REDACTED] E-mail chain between employees and outside counsel reflecting the request for and receipt of the legal advice of Dan Goldfine regarding Oracle. |
| RSI04802602 | RSI04802605 | 11/30/2008 | Ravin, Seth | Hauff, Chuck*; Goldfine, Dan*; Condo, Jim*; Boyd, Damon* | | Attorney-Client Privilege | E-mail chain between employee and outside counsel reflecting the request for and receipt of the legal advice of Dan Goldfine regarding draft letter concerning Oracle matters. |
| RSI04804345 | RSI04804347 | 6/30/2007 | Ravin, Seth | Neal, Wendy* | | Attorney-Client Privilege | E-mail chain between employee and outside counsel reflecting the request for and receipt of the legal advice of Wendy Neal regarding Oracle matters. |

17