UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| ORACLE USA, INC., et al., | CASE NO. 2:10-cv-106-LRH-PAL |
| Plaintiff(s), | MINUTES OF COURT |
| vs. | DATE: Monday, September 21, 2015 |
| RIMINI STREET, INC., et al., | |
| Defendant(s). | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete          Reporter: Donna Davidson
Counsel for Plaintiff: William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jadal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant: B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq.          .

MINUTES OF JURY TRIAL DAY 6

12:31 p.m. Court convenes outside the presence of the jury. Counsel and parties are present. The Court addresses the joint Statement on Ordering of Witnesses, [#796] requesting to call witness Safra Catz out of order. The Court concurs and will allow the witness to testify out of order.

Mr. Webb presents argument in support of Memorandum of Points and Authorities in Support of Admission of Defense Exhibits 378-388 and Related Testimony, [#797]. Mr. Isaacson responds on behalf of plaintiffs.

IT IS ORDERED that the aforementioned defense exhibits (attorney letters) will not be admissible based on hearsay.

Mr. Hixson presents argument in support of pre-admission of certain exhibits that counsel can't reach an agreement on. Mr. Webb responds and will not use the exhibits that are disputed today and will continue to work with plaintiff's counsel to reach an agreement.

12:44 p.m. Court stands at recess.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 6
September 21, 2015
Page 2 of 3
_____/

12:57 p.m. Court reconvenes outside the presence of the jury. Counsel and parties are present. Mr. Webb requests the Court to explain to the jury that the change in order of witnesses is a common occurrence to accommodate witnesses' schedules. The Court concurs and will so notify the jury.

1:00 p.m. The jury enters the courtroom. Counsel and parties are present. The Court notifies the jury regarding the change in the order of witnesses today.

Safra Catz is called on behalf of the plaintiffs out of order, is sworn and testifies on direct examination by Ms. Dunn.

DTX146 is offered; no objection; DTX146 is admitted.
PTX5465 is offered; objection; further foundation is laid; PTX5465 is admitted.

1:54 – 1:59 p.m. Sidebar.

Cross examination by Mr. Webb.

2:11 – 2:13 p.m. Sidebar.

2:52 p.m. The jury is admonished and excused.

Court remains in session outside the presence of the jury. Mr. Webb clarifies his next line of questioning for the Court. Ms. Dunn responds.

2:56 p.m. Court stands at recess.

3:13 p.m. Court reconvenes. The jury, counsel, and parties are present.

Safra Catz resumes the witness stand and continues testimony on cross examination by Mr. Webb. Re-direct examination by Ms. Dunn. Re-cross examination by Mr. Webb. Witness is excused.

Richard Allison resumes the witness stand and testifies on cross examination by Mr. Strand.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 6
September 21, 2015
Page 3 of 3
_____/

PTX3657 is offered; no objection; PTX3657 is admitted.

IT IS ORDERED trial is continued to Tuesday, September 22, 2015, at 8:00 a.m. in Las Vegas Courtroom 4B

5:00 p.m. The jury is admonished and excused. Court adjourns.

                                            LANCE S. WILSON, CLERK

                                            By:    /s/ D. Negrete
                                                      Deputy Clerk