UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| ORACLE USA, INC., et al., | ) | CASE NO. 2:10-cv-106-LRH-PAL |
| | ) | |
| Plaintiff(s), | ) | PORTIONS OF DEPSITION OF SETH |
| | ) | RAVIN DATED 11/18/11 AS PLAYED IN |
| vs. | ) | OPEN COURT September 16, 2015 |
| | ) | |
| RIMINI STREET, INC., et al. | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

✓ FILED           ___ RECEIVED
___ ENTERED       ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

SEP 1 6 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**Case Clip(s) Detailed Report**
Friday, September 18, 2015, 12:48:47 PM

## Oracle v Rimini St TRIAL

 **Ravin, Seth (Vol. 02) - 11/18/2011**                                               **1 CLIP  (RUNNING 00:00:37.296)**

 428:18-429:6

SR42818                          **1 SEGMENT  (RUNNING 00:00:37.296)**                       

**1. PAGE 428:18 TO 429:06 (RUNNING 00:00:37.296)**

```
         18     Q.   And you, as we saw earlier, used LC
         19  Growth's login credential to download materials from
         20  the Oracle website?
         21     A.   Well, again, from -- again, from the
         22  contract perspective we were authorized by the
         23  client,  LC Growth They had access and rights to the
         24  website because they had paid for support.  And so
         25  we believe they acted fully within their license
00429:01  rights.
         02     Q.   You would agree with me that LC Growth had
         03  no use for those materials because it had not,
         04  itself, implemented the software, right?
         05     A.   Well, I won't say what LC Growth would or
         06  wouldn't have use for.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:37.296)**