UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| ORACLE USA, INC., et al., | CASE NO. 2:10-cv-106-LRH-PAL |
| Plaintiff(s), | MINUTES OF COURT |
| vs. | DATE: Tuesday, September 22, 2015 |
| RIMINI STREET, INC., et al., | |
| Defendant(s). | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete       Reporter: Donna Davidson
Counsel for Plaintiff:  William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jadal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant:  B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq.

MINUTES OF JURY TRIAL DAY 7

7:57 a.m. Court convenes outside the presence of the jury. Counsel and parties are present. Mr. Hixson raises an issue as to the cross examination yesterday as it pertained to the license agreements. Argument is submitted. Mr. Strand responds on behalf of defendants.

8:05 a.m. The jury enters the courtroom. Counsel and parties are present.

Richard Allison resumes the witness stand and continues testimony on cross examination by Mr. Strand.

PTX1569 is offered; no objection; PTX1569 is admitted.

Re-direct examination by Mr. Hixson. Witness is excused.

Mr. Ringgenberg confirms previous admission of plaintiff's exhibits PTX1, PTX5, PTX49, PTX57, PTX217, PTX223, and PTX230. Mr. Ringgenberg moves for the admission of the following exhibits:

PTX205, PTX235, and PTX246; no objection; PTX205, PTX235, and PTX246 are admitted.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 7
September 22, 2015
Page 2 of 3
_____/

Excerpts of Dennis Chiu's video deposition of June 24, 2011, are played in open court.

Christian Hicks is called on behalf of the plaintiffs, is sworn and testifies on direct examination by Mr.Ringgenberg.

PTX1256 is offered; no objection; PTX1256 is admitted.

9:52 a.m. The jury is admonished and excused. Court stands at recess.

10:12 a.m. Court reconvenes. The jury, counsel, and parties are present.

Christian Hicks resumes the witness stand and continues testimony on direct examination by Mr. Ringgenberg. Cross examination by Mr. Dykal. Re-direct examination by Mr.Ringgenberg. Witness is excused.

David Renshaw is called on behalf of plaintiff, is sworn and testifies on direct examination by Ms. Dunn.

PTX665 is offered; no objection; PTX665 is admitted.
PTX667 is offered; no objection; PTX667 is admitted.
PTX669 is offered; no objection; PTX669 is admitted.
PTX5372 is offered; no objection; PTX5372 is admitted.
PTX662 is offered; no objection; PTX662 is admitted.
PTX5376 is offered; no objection; PTX5376 is admitted.

Cross examination by Mr. Rykal. Witness is excused.

Mr. Ringgenberg confirms previous admission of plaintiff's exhibits PTX34, PTX38, PTX46, and PTX173. Mr. Ringgenberg moves for the admission of the following exhibits:

PTX165, PTX168, and PTX174; no objection; PTX165, PTX168, and PTX174 are admitted.

Excerpts of Douglas Baron's video deposition of May 10, 2011, are played in open court.

///

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 7
September 22, 2015
Page 3 of 3
_____/

Mr. Ringgenberg confirms previous admission of plaintiff's exhibits PTX34 and PTX105. Mr. Ringgenberg moves for the admission of the following exhibits:

PTX113, PTX122, and PTX126; no objection; PTX113, PTX122, and PTX126 are admitted.

Buffy Ransom is called on behalf of plaintiffs, is sworn and testifies on direct examination by Mr. Isaacson.

12:06 p.m. The jury is admonished and excused. Court stands at recess.

12:30 p.m. Court reconvenes. The jury, counsel, and parties are present.

Buffy Ransom resumes the witness stand and continues testimony on direct examination by Mr. Isaacson. Cross examination by Mr. Strand.

DTX165 is pre-admitted and published to the jury.
DTX160 is offered; objection to page 9 of the document; DTX160 is admitted with page 9 BS#ORCLRS0207928 omitted.
DTX161 is pre-admitted and published to the jury.
DTX164 is offered; objection to pages 6-9; DTX164 is admitted with pages 6-9 redacted.
DTX145 is pre-admitted and published to the jury.

Re-direct examination by Mr. Isaacson.

IT IS ORDERED that trial is continued to Wednesday, September 23, 2015, at 8:00 a.m. in Las Vegas Courtroom 4B.

2:11 p.m. The jury is admonished and excused. Court adjourns.

                                        LANCE S. WILSON, CLERK

                                        By:   /s/ D. Negrete
                                                  Deputy Clerk