1                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
2        BEFORE THE HONORABLE LARRY R. HICKS, DISTRICT JUDGE

3

4  ORACLE USA, INC., a Colorado    :
  corporation; ORACLE AMERICA,   :
5  INC., a Delaware corporation;  :
  and ORACLE INTERNATIONAL     :No. 2:10-cv-0106-LRH-PAL
6  CORPORATION, a California     :
  corporation,                :
7                         :
        Plaintiffs,        :
8                         :
     vs.                  :
9                         :
  RIMINI STREET, INC., a Nevada   :
10 corporation; and SETH RAVIN,    :
  an individual,           :
11                         :
        Defendants.        :
12 _____:

13

14

             TRANSCRIPT OF JURY TRIAL – DAY 7
15             (Pages 1083 through 1353)

16

17                September 22, 2015

18

                Las Vegas, Nevada
19

20

21

22

  Court Reporter:          Donna Davidson, RDR, CRR, CCR 318
23                    Certified Realtime Reporter
                    400 South Virginia Street
24                    Reno, Nevada  89501
                    (775) 329-0132
25

1084

1     A P P E A R A N C E S

2     FOR THE PLAINTIFFS:

3     BOIES, SCHILLER & FLEXNER LLP
      KIERAN P. RINGGENBERG
4     1999 Harrison Street, Suite 900
      Oakland, California 94612
5     (510) 874-1000
      Fax: (510) 874-1460
6     kringgenberg@bsfllp.com

7     BOIES, SCHILLER & FLEXNER LLP
      RICHARD J. POCKER
8     300 South Fourth Street, Suite 800
      Las Vegas, Nevada 89101
9     (702) 382-7300
      Fax: (702) 382-2755
10    rpocker@bsfllp.com

11    BOIES, SCHILLER & FLEXNER LLP
      WILLIAM A. ISAACSON
12    KAREN L. DUNN
      5301 Wisconsin Avenue, NW
13    Washington, DC  20015
      (202) 237-2727
14    Fax:  (202) 237-6131
      wisaacson@bsfllp.com
15    kdunn@bsfllp.com

16    MORGAN LEWIS & BOCKIUS LLP
      THOMAS S. HIXSON
17    NITIN JINDAL
      JOHN A. POLITO
18    One Market, Spear Street Tower
      San Francisco, California 94105
19    (415) 442-1000
      Fax:  (415) 442-1001
20    thomas.hixson@morganlewis.com
      nitin.jindal@morganlewis.com
21    john.polito@morganlewis.com

22    JAMES C. MAROULIS
      DORIAN E. DALEY
23    Oracle Corporation
      500 Oracle Parkway
24    Redwood City, California 94070
      (650) 506-4846
25    jim.maroulis@oracle.com
      dorian.daley@oracle.com

1085

1    A P P E A R A N C E S (Continued)

2   FOR THE DEFENDANTS:

3   SHOOK, HARDY & BACON LLP
    PETER E. STRAND
4   B. TRENT WEBB
    2555 Grand Boulevard
5   Kansas City, Missouri 64108
    (816) 474-6550
6   Fax: (816) 421-5547
    pstrand@shb.com
7   bwebb@shb.com

8   SHOOK, HARDY & BACON LLP
    ROBERT H. RECKERS
9   600 Travis Street, Suite 3400
    Houston, Texas 77002
10  (713) 227-8008
    Fax: (713) 227-9508
11  rreckers@shb.com

12  LEWIS ROCA ROTHGERBER LLP
    W. WEST ALLEN
13  3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89169
14  (702) 949-8230
    Fax: (702) 949-8364
15  wallen@lrrlaw.com

16

17

18

19

20

21

22

23

24

25

LAS VEGAS, NEVADA, SEPTEMBER 22, 2015, 7:57 A.M.

--oOo--

P R O C E E D I N G S

(Outside the presence of the jury.)

THE COURT:  Good morning.  Have a seat, please.

The record will show we're in open court.  The jury is not present.  Counsel and the parties are.

I'm advised that there's an issue that counsel wish to raise with the Court.

MR. HIXSON:  Good morning, Your Honor.  Thank you.

I wanted to raise an issue in light of yesterday's cross-examination of Mr. Allison and what I expect will be the continued cross today.

As the Court knows, Rimini has withdrawn its license defense as to PeopleSoft software and has stipulated that the PeopleSoft license agreements are all materially the same.  So supposedly we aren't having a trial about the licenses, it's about Mr. Ravin's claimed good faith basis.

Yet yesterday on cross-examination Rimini went into all kinds of license provisions that Mr. Ravin did not identify as part of his good faith basis, and at times Rimini's counsel seemed to be suggesting that there were

1    material differences between the licenses which is contrary

2    to the stipulation that the parties have agreed to.

3              Today we are apparently going to get into the

4    Siebel and JD Edwards licenses, and I'm concerned that,

5    again, there will be questions that go outside Mr. Ravin's

6    claimed good faith basis and that tread on issues that

7    aren't legitimately in dispute between the parties.

8              For example, there's no dispute that Rimini

9    can't use the Siebel and JD Edwards software on its

10   computers.  The Court resolved that on summary judgment,

11   leaving the triable question of fact to be whether Rimini

12   did, in fact, use the software on its systems which

13   Mr. Allison has no percipient knowledge about.

14             And so in light of what happened yesterday, I'm

15   afraid if we get into more questions about contract

16   provisions that Mr. Ravin gave no testimony about and that

17   aren't actually in dispute between the parties, I will feel

18   the need to make additional relevance objections to those

19   questions.

20             So I'm not asking for a ruling right now, but I

21   did want to preview this concern for Your Honor in light of

22   how things unfolded yesterday and to explain why I may be

23   making more relevance objections today.

24             THE COURT:  Thank you, Mr. Hixson.

25             Mr. Strand?

1             MR. STRAND:  Your Honor, if I might briefly

2     respond.

3             First, probably to solve the problem, I intend

4     to spend just a very few minutes on the Flint license which

5     was one of the two licenses that was stipulated to.

6             I do not intend to go into any depth at all on

7     JDE and Siebel licenses apart from the Rule 1006 summary

8     exhibit, 5466 submitted by plaintiffs.

9             The reason, Your Honor, that yesterday -- by way

10    of explanation, the reason yesterday the Court heard about

11    the Brazoria County license was because Mr. Isaacson

12    brought that up and inquired at length about that with

13    Mr. Ravin during his cross-examination.

14            And while the stipulation says identical or

15    similar to, I wanted to point out for the jury that similar

16    to doesn't mean identical.  I'm not going back into that

17    today.

18            I don't think there's going to be an issue with

19    regard to the remainder of it.

20            If I could, Your Honor, though, to avoid some of

21    the clunkiness we had yesterday, and I don't want to raise

22    hackles or cause problems, when counsel makes an objection,

23    if he can state the ground, I can either rephrase my

24    question to avoid the problem, or, if it's something that

25    really merits the Court's attention, I'm happy to argue it

1    in open court in front of the jury or if Your Honor would

2    prefer to go and do it at sidebar.

3              But it's very difficult for me to ask questions,

4    get an objection without a ground and then not know.

5              I apologize completely.  I had what we commonly

6    refer to as a brain cramp early in the examination, and I

7    apologize for that.  But I'm talking about objections later

8    in the cross-examination where I got an objection, it was

9    sustained, and, frankly, I did not know the grounds.

10             If we can work together on that with counsel, it

11   would be greatly beneficial to me.

12             THE COURT:  All right.  Well, I expect that

13   counsel -- and counsel always should state the grounds when

14   an objection is interposed.

15             Most trial objections can be resolved fairly

16   shortly by the Court.  If they can't, I'll ask for a

17   sidebar conference.  And I am not a judge who wants counsel

18   to argue evidentiary motions and objections in front of the

19   jury.

20             MR. STRAND:  Thank you, Your Honor, for the

21   guidance.

22             THE COURT:  All right.

23             MR. STRAND:  And I'll -- if you feel at all

24   concerned about I'm going outside the bounds, let us know,

25   and I'll stop.

1    THE COURT:  And I would just state, Mr. Hixson,

2  for your benefit, on the relevancy concerns, it strikes me

3  that Mr. Allison is -- he's testified about -- well, first

4  of all, the stipulation is what the stipulation is, and the

5  Court is certainly going to give an instruction on that and

6  that in fact is the case.

7    The language as it differs between the

8  agreements I think is a subject that's relevant

9  cross-examination because he testified generally as to the

10 different agreements.  And that's just kind of my sense of

11 where we are.

12    So with that in mind, let's bring in the jury.

13    MR. STRAND:  Thank you, your Honor.

14    COURTROOM ADMINISTRATOR:  Yes, Your Honor.

15    THE COURT:  Mr. Allison, you can retake the

16 witness stand.

17    (Jurors enter courtroom at 8:05 a.m.)

18    THE COURT:  Good morning.  Have a seat, please.

19    The record will show that we are in court, the

20 parties and counsel are present, and the jury is all

21 present.  And we're in the course of Mr. Strand's

22 cross-examination of Mr. Richard Allison of Oracle.

23    Mr. Strand, you may go forward.

24

25

1091

                              RICHARD ALLISON

1              recalled as a witness on behalf of the

2              Plaintiffs, having been previously sworn,

3              was examined and testified as follows:

4                      CROSS EXAMINATION RESUMED

5    BY MR. STRAND:

6        Q.    Good morning, Mr. Allison.  How are you this

7    morning?

8        A.    Good morning.  Thank you.

9        Q.    If you would get the Flint license agreement,

10   Exhibit 698 in front of you.  You may be relieved to know

11   I'm not going to look at any specific provisions, but if

12   you wanted to make reference to that, please do.

13             Let's start out with the Flint agreement,

14   Exhibit PTX 698.  That's one of the two agreements

15   referenced in the stipulation that we went back to several

16   times; correct?

17       A.    It is.

18       Q.    The word site, with a capital S, is defined in that

19   agreement; correct?

20       A.    Site is defined.

21       Q.    I'm going to put a couple lines under that.  That's

22   defined.  And that relates to service support; correct?

23       A.    It's the location of servers for the purposes of

24   support, correct.

1092

1    Q.    Support servers?

2          All right.  And then there is a small S site in

3    the schedule 1; correct?  Footnote 1 and footnote 2?

4    A.    Which exhibit are you referring to?

5    Q.    I apologize.  That's Exhibit 2088?

6    A.    And the question again?

7    Q.    There's a small, nondefined S, small S -- let me try

8    that again.

9          There's a small S site in footnote 1 and 2 in

10   Exhibit 2088, schedule 1 to the Flint exhibit; correct?

11   A.    There is.

12   Q.    And that -- that term is not defined; correct?

13   A.    It simply says "servers at licensee's sites,"

14   correct.

15   Q.    All right.  And then there is another term which is

16   not defined which is back in 698, and that's facilities

17   with a small F; right?

18   A.    If you're referring to section 1.1?

19   Q.    Yes, sir?

20   A.    "Its facilities in the territory," correct, it's not

21   capitalized.

22   Q.    All right.  And that's not defined; right?

23   A.    It is not, although I think I understand the

24   meaning.

25   Q.    I understand.

1    And then there is another term that -- is there

2  something distracting you, sir?  I just didn't -- I saw you

3  looking over.  I didn't want anything in the courtroom to

4  distract you?

5  A.    No, actually, I was just thinking, thank you.

6  Q.    Okay.  Good.

7    Now, there's another defined term in that

8  phrase, capital T territory?

9  A.    There is.

10  Q.    Okay.  And that's a defined term too; right?

11  A.    It is.  It's capitalized and defined.

12  Q.    And that's in this Flint agreement -- I'm not going

13  to go through it all yesterday, that's the United States of

14  America; right?  Back in --

15  A.    I believe in 2088 the territory is listed as United

16  States.

17  Q.    Okay.  And the site, capital S site, in Exhibit 698

18  is Flint; correct?

19  A.    The capital S site in Exhibit 2088 is Flint.

20  Q.    All right.  Now, we were talking -- we're all caught

21  up.  It took us a long time to get there, but we're all

22  caught up.

23    Now, I want to talk about copies.  Remember we

24  were talking about that right at the end of the day?

25  A.    Yes.

1     Q.    Look with me, if you would, please, sir --

2           MR. STRAND:  And, Marie, let's get it up.  It's

3     been admitted, 6888 -- 688 -- excuse me, 698.

4           COURTROOM ADMINISTRATOR:  PTX?

5           MR. STRAND:  My fault.  Let me start that one

6     again.  PTX 698.

7     BY MR. STRAND:

8     Q.    And I'd like to look with you, please, sir, if we

9     could, at paragraph 1.2b.

10          In 1.2b, 1.2 starts out "licensee may."  Do you

11    see that?

12    A.    I do.

13    Q.    That's what the license agreement allows Flint to

14    do.

15          In b, it says,

16          "Make a reasonable number of copies of the

17    Software, solely for:  use in accordance with the terms set

18    forth herein in the Territory for the size of the entity

19    specified in the applicable Schedule."

20          See that?

21    A.    I do.

22    Q.    Looking at Exhibit 698 and 2088, can you tell me

23    what the parties agreed to was the reasonable number of

24    copies of the software?

25    A.    Well, simplest place to look, I think, is probably

1   2088 in the first bullet or footnote, excuse me.

2            You have "the right to make as many production

3   copies on one or more servers at licensee's site(s) as

4   necessary to meet the needs upon which the licensee's fee

5   is based."

6   Q.    Okay.  So I'm clear on that, that means that Flint

7   could make as many copies of the software as it wanted so

8   long as it used them at the small S sites; correct?

9   A.    At the licensee's site, yes.  And that's actually --

10  yeah, correct, site or sites.

11  Q.    Okay.  Now, did Oracle anticipate that its licensees

12  would make archival or backup copies?

13  A.    I believe in section 1.2b it states that.

14  Q.    Okay.  Now, did Oracle anticipate that those

15  archival and backup copies would be stored offsite?

16  A.    In 1.2a it says,

17            "In the event that a server at its facility is

18  inoperable," meaning it doesn't work, "use the Software

19  temporarily on a backup Server, which may be a third-party

20  site provided that the backup server is under the sole

21  control of Licensee and the Software installed on the

22  backup Server is used only in accordance with this

23  Agreement."

24  Q.    Right.

25  A.    So it's under the control of the licensee and the

1    terms of the agreement.

2    Q.    All right.  Now, what I'm asking about is not

3    actually operating the software, but using -- storing an

4    archival or backup copy.

5              Did Oracle anticipate that the licensee would

6    store the archival or backup copy off of the small S site?

7    A.    I don't see where it says that it can be offsite

8    other than the paragraph I read to you.

9    Q.    Now, IT 101 would suggest that storing your archival

10   copy at the same place as you have your production copy is

11   not a good idea; isn't that correct?

12   A.    That assumes you only have one site.  You could have

13   two buildings, two locations, and I think it's pretty clear

14   here that the third-party site, as I mentioned, is limited

15   to the sole control of the licensee.

16   Q.    That's the operating, the backup copy, not storing

17   it; correct?

18   A.    Correct.  Doesn't say store anywhere that I can see

19   here.

20   Q.    Right.  Now, you testified yesterday -- let me ask

21   this question.  In your experience as the head of the

22   Global --

23   A.    Practices.

24   Q.    -- Practices Group, have you had occasion to be

25   involved in situations where Oracle audits its customers?

1097

1      A.    I have.

2      Q.    To determine compliance with licenses; correct?

3      A.    Correct.

4      Q.    And during the course of those audits, have Oracle

5      and one or more of its clients ever disagreed about the

6      scope of the license?

7                  MR. HIXSON:  Objection; vague and outside the

8      scope of direct.

9                  THE COURT:  Sustained.

10     BY MR. STRAND:

11     Q.    To your knowledge, Mr. Allison, has Oracle ever

12     licensed a third party to provide maintenance and support

13     services that replaced Oracle's support services?

14                 MR. HIXSON:  Same objections.

15                 THE COURT:  Sustained.

16     BY MR. STRAND:

17     Q.    Now, let's look at 5466, Mr. Allison.  That's the

18     summary exhibit you and Mr. Hixson spoke about last Friday;

19     correct?

20     A.    It is.

21     Q.    And you reference on the first page the Siebel

22     software and, on the second page, the JD Edwards software.

23     Correct?

24     A.    Correct.

25     Q.    And without getting into a battle about identical or

```
 1    similar, is it fair to say that the language in the
 2    PeopleSoft agreements is similar to the language in the JD
 3    Edwards agreements and the Siebel agreements insofar as
 4    that's the language we're concerned about here?
 5              MR. HIXSON:  Vague.
 6              THE COURT:  It's -- I'll allow the question.
 7              THE WITNESS:  I believe most of the terms in
 8    question are similar, for example, "for internal use only,"
 9    there's some site restrictions, there's some copy
10    restrictions, things of those nature that are generally
11    similar.
12    Q.   Good.  You saved us a bunch of time.  Let me ask you
13    a couple more questions then.
14              Now, in looking at the Siebel and JDE
15    agreements, you looked at the basic license agreement,
16    correct, the master agreement?
17    A.   I did.  I referenced the master agreements.
18    Q.   You didn't look at the schedules to those
19    agreements; correct?
20    A.   I did not look at the schedules.
21    Q.   And if we wanted to understand everything that was
22    in those agreements, what the parties agreed to, we'd need
23    to look at both the master agreement and the schedules,
24    wouldn't we?
25    A.   Well, the master agreement is the terms that
```

1099

1     generally grant the license.

2               Normally the schedules are the documents that

3     provide the specific programs that are being licensed.  So

4     to understand what programs they licensed, you'd actually

5     need to have the schedule.

6     Q.    But, for example, in our Flint license, we had to

7     look at the schedule to understand what site meant to

8     Oracle; correct?

9     A.    For that particular agreement, yes.

10    Q.    Okay.  So there could be some of the agreements,

11    both Siebel and JDE, where you would have to look to the

12    schedules to understand the entire agreement just like we

13    had to do with Flint; correct?

14    A.    It's possible.

15    Q.    You didn't do that with regard to the 48 Flint

16    agreements -- or, excuse me, the 38 Siebel agreements;

17    correct?

18    A.    I did.  I referred to the master agreements.

19    Q.    All right.  Now, I want to turn your attention just

20    briefly to footnote 1 on Exhibit 5466, page 1?

21    A.    Yes.

22    Q.    You say down there that there were 48 Siebel

23    customers at issue in the case; correct?

24    A.    Correct.

25    Q.    But that after a diligent search, Oracle was unable

1100

1      to locate 12 Siebel customer licenses; correct?

2      A.    Correct.

3      Q.    All right.  That's about -- not about, it's actually

4      25 percent of the licenses at issue for Siebel in this

5      case, those 12; correct?

6      A.    Your math is correct.

7      Q.    Good.  Now, do you know when those copies of those

8      agreements went missing?

9      A.    No, we couldn't locate them.

10     Q.    Do you know if it was before Siebel was acquired by

11     Oracle or after?

12     A.    I do not.

13     Q.    Do you know if it was before the litigation was

14     filed or after?

15     A.    All I know is we couldn't locate them.  We didn't

16     destroy any files if that's what you're asking.

17     Q.    Didn't ask, did you?

18     A.    Absolutely not.

19            MR. STRAND:  All right.  Now, let's look at a

20     slide from Mr. Isaacson's opening.  It's called Pilot

21     Clients.  If we could get that one up, please, Marie.

22     BY MR. STRAND:

23     Q.    Looking at -- have you ever seen this slide before,

24     sir?

25     A.    I have not.

1101

1   Q.    Okay.  But you see a series of client names around

2   the outside there?

3   A.    I do.

4   Q.    All right.  Looking at the list of the 12 -- excuse

5   me, of the 12 Siebel customers at issue in this case that

6   Oracle couldn't find the licenses for, do you see some of

7   those there that are on Mr. Isaacson's list of first Siebel

8   customers; for example, Wenger?

9   A.    I see Wenger, yes.

10  Q.    And do you see also Beekley?

11  A.    I do.

12  Q.    And do you see also Medical Protective?

13  A.    I do.

14  Q.    So three of the customers that Oracle has identified

15  as Rimini's first Siebel customers are customers for which

16  Oracle has been unable to locate a license agreement;

17  correct?

18  A.    That's correct.

19  Q.    And as you sit here today, you do not know what the

20  terms of any of those 12 license agreements are, do you?

21  A.    We have not reviewed agreements because we couldn't

22  locate them.

23          MR. STRAND:  Now, let's look at the JDE license

24  page -- conclusions, page 2 of your document -- no, I'm

25  sorry, excuse me, I'm sorry, 5466, Marie.

1  BY MR. STRAND:

2  Q.    And page -- you also have a footnote 4 there.  There

3  were two of the 69 -- excuse me, 71 JDE software agreements

4  at issue in this case that you were unable to locate;

5  correct?

6  A.    That's correct.

7  Q.    And you don't know what they say either; correct?

8  A.    I do not.

9  Q.    And you don't know why they're gone?

10  A.    I do not, not -- I don't know why we couldn't locate

11  them, no.

12  Q.    Now, I'm going to shift gears.  I want to talk a

13  little bit with you about Oracle Database, okay?

14        Oracle Database, customers can get a license to

15  the Oracle Database software product; correct?

16  A.    They can; it's available.

17  Q.    And Oracle makes that or manufacturers, sells that

18  database product; correct?

19  A.    We do, we license it.

20  Q.    Excuse me.  I'm sorry.  I promised her I wouldn't do

21  that.  My fault.

22        There are other database products available on

23  the market, are there not?

24  A.    There are.

25  Q.    For example, Microsoft SQL?

1103

1    A.    That's a database.

2    Q.    And IBM DB2?

3    A.    That's also a database.

4    Q.    Would you look with me for a minute at Plaintiffs'

5    Exhibit 651, which has already been admitted into evidence.

6    PTX 651.  I think I've got it.

7              This is -- do you have that in front of you,

8    sir?

9    A.    I do.

10   Q.    This is the form of the license that a Oracle

11   customer could get in the order to license the Oracle

12   Database product; correct?

13   A.    Correct.  This is the 2010 version.

14   Q.    And versions prior to that were relatively the same

15   or similar; right?

16   A.    They were similar, yes.

17   Q.    Okay.  Would you look with me, please, sir, for just

18   a moment at Exhibit 651, paragraph C.

19              MR. STRAND:  And I want to focus on the first

20   couple of sentences.

21              So, Marie, if you want to blow that up even

22   bigger, we can do that, then everyone can see it.  That

23   looks good.

24   BY MR. STRAND:

25   Q.    The first sentence says,

1   　　　　　"Upon Oracle's acceptance of your order, you

2   have the nonexclusive, nonassignable, royalty free,

3   perpetual (unless otherwise specified in the ordering

4   document), limited right to use the programs and receive

5   any services you ordered solely for your internal business

6   operations and subject to the terms of this agreement,

7   including the definitions and rules set forth in the order

8   and the program documentation."

9   　　　　　Did I read that correctly?

10   A.　　You did.

11   Q.　　That's the -- what we've talked about forever, a

12   similar paragraph in the Flint agreement, 1.1, the grant

13   clause; right?

14   A.　　It is a grant clause.

15   Q.　　Let's now read the next sentence in paragraph C of

16   Exhibit 651.  It says,

17   　　　　　"You may allow your agents and contractors

18   (including, without limitation, outsourcers) to use the

19   programs for this purpose and you are responsible for their

20   compliance with this agreement in such use."

21   　　　　　Did I read that correctly?

22   A.　　You did.

23   Q.　　Those are the terms of the Oracle Database form

24   license from 2010; correct?

25   A.　　Correct.

```
 1    Q.    Now, let's look at paragraph D.  I'm looking at the
 2    last sentence of paragraph D.  It's entitled Ownership and
 3    Restrictions.  Do you see that?
 4    A.    I do.
 5    Q.    And the last sentence of paragraph D says,
 6             "You may make a sufficient number of copies of
 7    each program for your licensed use and one copy of each
 8    program media."
 9             Did I read that correctly?
10    A.    You did.
11    Q.    And that's the term of the form license for the
12    Oracle Database product; correct?
13    A.    That's correct.
14    Q.    Now, I want to shift gears one more time.  I want to
15    talk about downloads for just a minute.  Have that in mind?
16             If you could look with me -- but let's not put
17    it up on the screen -- PTX 1569.
18             I'll represent to you, sir, that that's a
19    document dated March 1st, 2008.  Do you see that down in
20    the lower left-hand corner?
21    A.    I do.
22    Q.    Do you recognize that document?
23    A.    It's the terms of use for the Metalink support site.
24    I do.
25    Q.    Is that document generated by your team?
```

1    A.    They did work on this, yes.

2         MR. STRAND:  Your Honor, I move the admission of

3    PTX 1569.

4         MR. HIXSON:  No objection.

5         THE COURT:  It's admitted.

6         MR. STRAND:  Thank you.

7         (Plaintiffs' Exhibits 1569 received into

8         evidence.)

9         MR. STRAND:  Thank you.  You may put it on the

10   screen.

11        I want to look at the third big paragraph there

12   right in the middle, starts out "however."  About six lines

13   down, Marie.

14   BY MR. STRAND:

15   Q.    This is language starting with "however" that was

16   added in March of 2008 by Oracle to the Metalink terms of

17   use; correct?

18   A.    I believe that's when it was added, yes.

19   Q.    And the Metalink terms of use are those terms of use

20   regarding access and use of the Oracle Services website

21   we've been talking about; right?

22   A.    It was, it was the site for the PeopleSoft and JD

23   Edwards licenses.  It didn't include the Oracle products.

24   Q.    Right.  And to try to kind of shortcut this, the

25   language in the Siebel license terms and conditions was

1107

1   pretty similar, wasn't it?

2   A.    I believe it was similar, yes.

3   Q.    And by this time, since Oracle had acquired both

4   companies, it was getting to be ever more similar; correct?

5   A.    That's true.

6   Q.    All right.  Let's look at that sentence.  I'll read

7   it.

8         "However, the Materials may be shared with or

9   accessed by third parties who are your agents or

10   contractors acting on your behalf solely for your internal

11   business operations and you are responsible for their

12   compliance with these Metalink Terms of Use."

13         Did I read that correctly?

14   A.    You did.

15   Q.    What this meant was that a licensee complying with

16   these terms could have a third-party agent or contractor

17   access materials on the website; correct?

18   A.    It does say that, "for your internal business

19   operations," correct.

20   Q.    And these are the terms and conditions of the Oracle

21   website as of March of 2008; correct?

22   A.    It was the terms of use of the Metalink website as

23   of 2008, yes.

24   Q.    And similar terms were added in the Siebel website

25   terms and conditions; correct?

1    A.    I believe so.

2    Q.    And this was basically to clarify the situation for

3    Oracle's licensees; correct?

4    A.    Well, this isn't -- I don't know about the

5    clarification, this was just the language in the agreement

6    that they agreed to upon access and use of the system.

7              I'll slow down, sorry.

8    Q.    Let's go back one last time to Exhibit PTX 698.

9              Now, just looking generally at this agreement.

10   We'll focus in.  You testified earlier in your deposition

11   that you spent days studying these -- days and days

12   studying these agreements; correct?

13   A.    Yes, I did.

14   Q.    And thank you very much for your testimony, sir.

15             Let's look at 14.1.  Let's look at the first

16   sentence.

17             "The terms, conditions, pricing and any other

18   information clearly marked 'confidential' under this

19   Agreement are confidential and shall not be disclosed,

20   orally or in writing by Licensee to any third party without

21   the prior written consent of PeopleSoft."

22             Did I read that correctly?

23   A.    You did.

24   Q.    So it was a violation of the agreement for the

25   licensee to show a third party this agreement; correct?

```
 1              MR. HIXSON:  Objection, cumulative to
 2    yesterday's testimony.
 3              THE COURT:  Sustained.  Rephrase, please.
 4              MR. STRAND:  Your Honor -- I think I made my
 5    point, and if it's cumulative, I apologize.
 6              Thank you, sir.  I have no further questions.
 7              THE WITNESS:  Thank you.
 8              THE COURT:  Redirect examination?
 9                    REDIRECT EXAMINATION
10    BY MR. HIXSON:
11    Q.    Good morning, Mr. Allison?
12    A.    Good morning.
13    Q.    Yesterday you were asked some questions about
14    whether you know what PeopleSoft said to customers in the
15    course of license negotiations and whether you know how
16    customers interpreted their licenses.
17              Do you recall that line of questioning?
18    A.    I do.
19    Q.    Okay.  So let me ask, does Oracle put its license
20    agreements in writing?
21    A.    We do.
22    Q.    If Oracle enters into a license agreement with a
23    customer in 2005, for example, and then several years later
24    there's a dispute between Oracle and the customer about
25    what it means, is it possible that the particular employees
```

```
 1   who negotiated the agreement for both Oracle and the
 2   customer might no longer be with either company?
 3             MR. STRAND:  Your Honor, inappropriate --
 4   objection; inappropriate hypothetical, lacks foundation,
 5   outside the scope of the cross-examination.
 6             THE COURT:  I don't recall that this issue was
 7   raised in the cross-examination.  I'll sustain the
 8   objection.
 9   BY MR. HIXSON:
10   Q.   Okay.  Why does Oracle put its license agreements in
11   writing?
12   A.   It's to memorialize them and to have a contractual
13   basis for the relationship.
14   Q.   From your review of the PeopleSoft and JD Edwards
15   and Siebel license agreements following the acquisitions of
16   those companies, did it appear to you that those companies
17   also put their license agreements in writing?
18   A.   They did.
19             MR. HIXSON:  Let's turn to PTX 698.  Matt, can
20   you pull that up.
21             THE WITNESS:  Are you working out of their
22   binder or the redirect binder?
23             MR. HIXSON:  Their binder.
24             THE WITNESS:  Okay.
25             MR. HIXSON:  And I'd like to pull up PTX 698,
```

1111

1    page 4 of 6.

2              Oh, can we switch the electronics, Matt?

3              And please turn to paragraph 14.1 where I have

4    some questions.

5    BY MR. HIXSON:

6    Q.    Okay.  The first sentence there states that,

7              "The terms, conditions, pricing and any other

8    information clearly marked 'confidential' under this

9    Agreement are confidential and shall not be disclosed,

10   orally or in writing by Licensee to any third party without

11   the prior written consent of PeopleSoft."

12             Do you see that?

13   A.    I do.

14   Q.    Do you understand this provision to prevent a

15   PeopleSoft employee from seeing the terms and conditions of

16   that license?

17   A.    It would not.

18   Q.    Okay.  So could a PeopleSoft employee such as

19   Mr. Ravin, who was employed there from 1996 to 2001, be --

20   would he be prohibited under this clause from seeing the

21   terms of this license?

22   A.    I don't believe so.

23   Q.    Let's turn back to paragraph 1.1 of this license.

24             The first sentence states,

25             "PeopleSoft grants Licensee a perpetual,

1112

```
1    nonexclusive, nontransferable license to use the licensed

2    Software solely for Licensee's internal data processing

3    operations at its facilities in the Territory for the size

4    of the entity specified in the Schedule(s)."

5              I believe you testified on cross that the term

6    facilities is not defined.  Do you recall that?

7    A.    I do.

8    Q.    Do you need a definition to understand what the

9    words "at its facilities" mean?

10   A.    No.  It's the possessive of licensee's facilities,

11   it's licensee's locations.

12   Q.    Okay.  You were asked about the meaning of the word

13   territory, and you said it was the United States.  Do you

14   recall that?

15   A.    I do.

16   Q.    Does that mean the software can be used anywhere in

17   the United States?

18   A.    It just means that the location and the terms of the

19   agreement are under the United States.  So it could be in

20   the United States provided, again, it's still at the

21   licensee's facilities.

22   Q.    Okay.  And the license also says that the software

23   can only be used for licensee's internal data processing

24   operations.  Does that allow Rimini to use the City of

25   Flint's software to develop and test updates to provide to
```

1113

```
1    other customers?

2    A.    No.

3              MR. STRAND:  Excuse me.  Objection, Your Honor.

4    Leading.

5              THE COURT:  I'll allow the question.  Some

6    leading questions are appropriate, and I think under the

7    circumstances of this contract language that that's

8    appropriate.

9    BY MR. HIXSON:

10   Q.    Please turn to section 2.1c of this license?

11   A.    Okay.

12   Q.    I believe yesterday you were asked a question

13   whether Rimini is a service bureau arrangement or service

14   bureau.  Do you recall that?

15   A.    I do.

16   Q.    This provision states that licensee may not,

17              "distribute, disclose, market, rent, lease or

18   transfer to any third party any portion of the Software."

19              Is Rimini a third party?

20   A.    They are.

21   Q.    Please turn to DTX 23, the Brazoria license that you

22   were asked questions about.  Sorry, PTX 23, I believe.

23              Do you have section 1.1 of the Brazoria County

24   license in front of you?

25   A.    I do.
```

1114

1    Q.    And here rather than using the word facilities, it

2    says "located at the Site(S) specified in the Schedule(s)."

3              Do you recall that?

4    A.    I do.

5    Q.    And do you recall your testimony yesterday that the

6    word site was defined as Brazoria County, Texas?

7    A.    I do.

8    Q.    So the City of Flint license says "at its

9    facilities," and the Brazoria County license says "at its

10   Site," which is defined to be where the customer is.

11             Understanding that the language is not exactly

12   the same, to your understanding, is there any difference in

13   meaning between these licenses concerning where the

14   software can be located?

15   A.    No, there's not.

16   Q.    Please turn to PTX 5328.  Let's look at paragraph 1

17   there that you talked about on direct and cross.

18             What do you understand paragraph 1 of the

19   stipulation to mean?

20   A.    This is that both Oracle and Rimini agreed to the

21   stipulation in writing, and what they agreed was that the

22   PeopleSoft license agreements have identical or similar

23   language to the PeopleSoft license agreements for the City

24   of Flint and the School District of Pittsburgh.

25   Q.    Okay.  Can you turn to paragraph 3 on the -- it's

1115

1    the top of the next page.

2              MR. STRAND:  Objection; outside the scope, Your

3    Honor.

4              THE COURT:  Overruled.

5    BY MR. HIXSON:

6    Q.    There is a sentence partway through that begins,

7              "Specifically, Rimini will not dispute that no

8    PeopleSoft license agreement authorized Rimini to create

9    copies of Oracle's PeopleSoft-branded software on Rimini's

10   systems."

11             Mr. Allison, what do you understand that

12   statement to mean?

13   A.    That Rimini in the stipulation agreed that they will

14   not dispute that PeopleSoft license agreements did not

15   authorize them -- no PeopleSoft license agreements

16   authorized Rimini to create copies of our software on their

17   systems.

18             I was confused yesterday by the line of

19   questioning given there was a stipulation on this matter

20   already.

21   Q.    And the next sentence states,

22             "Further, Rimini will not dispute that the

23   license agreement of any particular customer did not

24   authorize Rimini to copy Oracle's PeopleSoft-branded

25   software on behalf of any other customer."

1116

1    What do you understand that statement to mean?

2    A.    That the license agreements that were between

3    PeopleSoft and the customer did not allow Rimini Street to

4    use software for one customer for another customer.

5    Q.    Please turn to PTX 5466 that you were asked some

6    questions about this morning.

7         COURTROOM ADMINISTRATOR:  I'm sorry.  Which PTX?

8         MR. HIXSON:  PTX 5466.

9         COURTROOM ADMINISTRATOR:  Thank you.

10   BY MR. HIXSON:

11   Q.    And I think one of the questions you were asked is

12   whether the PeopleSoft licenses were generally similar to

13   the JD Edwards and Siebel licenses.  Do you recall that?

14   A.    I do.

15   Q.    And referring back to the City of Flint license

16   which is -- as you've seen, is representative of the

17   PeopleSoft ones, to your understanding, did it authorize

18   offsite archive and backup copies?

19   A.    It did not.

20   Q.    You were asked a question by Rimini's counsel about

21   whether you had read all of the schedules and ordering

22   documents that would accompany the Siebel and JD Edwards

23   licenses.  Do you recall that question?

24   A.    I do.

25   Q.    Are the terms that are summarized here in this

1117

```
 1   exhibit typically modified in a material way in the
 2   schedules or ordering documents?
 3   A.    They typically are not.
 4   Q.    And I believe you were asked the question whether
 5   you had looked at the ordering documents for the City of
 6   Flint PeopleSoft license.  Do you recall that question?
 7   A.    I do.
 8   Q.    Do you need to look at the ordering documents and
 9   schedules for the City of Flint license to know whether the
10   software can only be used at its facilities?
11   A.    No.
12   Q.    Is that stated in the master agreement?
13   A.    It is.
14   Q.    You were asked some questions about footnote 1 and
15   the Siebel licenses that Oracle was unable to locate.  Do
16   you recall that?
17   A.    I do.
18   Q.    Do you have any reason to believe that these 12
19   Siebel licenses were different from the ones that are
20   summarized here in this exhibit?
21   A.    No, given that 36 of 36 and 33 of 36 of the four
22   terms mentioned are the vast majority, and it's during the
23   same period, I'm assuming the other ones have very similar
24   licensing as well.
25   Q.    Based on your review of the Siebel licenses both in
```

1    the course of your job responsibilities following the

2    acquisition of that company and reviewing these for trial,

3    does it appear to you that Siebel used form license

4    agreements?

5    A.    They did.

6    Q.    Turning to the second page of PTX 5466, I'll ask the

7    same questions about JD Edwards.

8              Turning to footnote 4, with respect to the two

9    license agreements Oracle was unable to locate, do you have

10   any reason to believe they were any different from the ones

11   that are summarized in this exhibit?

12   A.    I do not.  Again, 66, 67 and 69 of 69 agreements for

13   these terms already is a vast majority if not almost all, I

14   assume that these probably have very similar terms.

15   Q.    And based on your review of the JD Edwards licenses

16   following the acquisition and a review in preparing for

17   trial, does it appear to you that JD Edwards used form

18   license agreements?

19   A.    They did.

20   Q.    Let's turn to PTX 651 that you were asked some

21   questions about this morning.  Let's highlight the first

22   couple sentences of section C.

23             First, do customers, when they license under

24   this Oracle license and services agreement, have to pay for

25   the license to Oracle Database?

1119

1     A.    They do.

2     Q.    The second sentence refers to the customer being

3  able to allow its agents and contractors including without

4  limitation outsourcers to use the programs.

5              Do you see that?

6     A.    I do.

7     Q.    In your direct testimony you discussed database

8  pricing on a per processor basis.  Do you recall that?

9     A.    I do.

10    Q.    And can you just describe generally what that means

11  when database licensing is based on a per processor basis?

12    A.    Depending on the number of processors in a server or

13  computer, the license pricing is based on the total number

14  of processors or CPUs in the system.

15    Q.    Okay.  If a customer uses database on, for example,

16  four of its own processors, and then a third party uses

17  database on two additional processors for that customer,

18  does Oracle charge for those two additional processors used

19  by the third party?

20    A.    We do.  We charge for all processors for software

21  installed.

22    Q.    Please turn to PTX 1569 that you were asked about

23  this morning.  And is this one of the terms of use from

24  Oracle's support site?

25    A.    It is.  It's the terms of use for the Metalink

1120

1     support site which was the PeopleSoft and JD Edwards

2     support site.

3        Q.    Can you identify the date of this document?

4        A.    I can.  If you look at the footer, it says v030108.

5     That would be March 1st, 2008.

6        Q.    And you were asked some questions by Rimini's

7     counsel about the third paragraph in there.  There's

8     language saying,

9              "However, the materials may be shared with or

10    accessed by third parties who are your agents or

11    contractors acting on your behalf solely for your internal

12    business operations and you are responsible for their

13    compliance with these Metalink terms of use."

14             So can third parties access Metalink, or could

15    they at this time, on behalf of a customer?

16       A.    They could.

17       Q.    Were they free to download anything they wanted to?

18       A.    No.  If you look at the first sentence of that

19    paragraph which I think is crucial here, it says,

20             "You agree that access to Metalink, including

21    access to the service request function, will be granted

22    only to your designated Oracle technical support contacts

23    and that the Materials may be used only in support of your

24    authorized use of the Oracle programs for which you hold a

25    supported license from Oracle."

1    Q.    Let's turn to the last sentence in that paragraph

2    that says,

3              "For example, you may not use any software

4    routines commonly known as robots, spiders, scrapers, or

5    any other automated means, to access Metalink or any other

6    Oracle accounts, systems, or networks."

7              When third parties such as Rimini access

8    Metalink on behalf of customers, were they required to

9    comply with that provision as well?

10   A.    Yes, whoever is accessing the system would have to

11   comply with that.

12             MR. HIXSON:  Thank you, Your Honor.  Nothing

13   further at this time.

14             THE COURT:  All right.  Thank you.

15             Recross-examination?

16             MR. STRAND:  No further questions, Your Honor.

17   Thank you very much.

18             And thank you, Mr. Allison.

19             THE COURT:  Thank you, Mr. Allison.  That will

20   complete your testimony.  You may step down.

21             Plaintiffs' next witness, please.

22             MR. RINGGENBERG:  Good morning, Your Honor.  For

23   the next witness, plaintiffs would like to play the

24   deposition of Mr. Dennis Chiu.

25             The parties have agreed on the portions of the

1122

1    deposition.  There's no objections.

2              We'd like to show the jury a few of the

3    documents that are subject to testimony through the

4    exhibits.  So I'd like to review with the Court the

5    exhibits to be shown to confirm they were previously

6    admitted and to move to admit a small number of additional

7    documents.

8              The list is -- previously admitted PTX 1, 5, 8,

9    10, 49.

10             COURTROOM ADMINISTRATOR:  29?

11             MR. RINGGENBERG:  49.

12             COURTROOM ADMINISTRATOR:  It was admitted by

13   stipulation.

14             MR. RINGGENBERG:  57.

15             COURTROOM ADMINISTRATOR:  By stipulation.

16             MR. RINGGENBERG:  10.

17             COURTROOM ADMINISTRATOR:  Yes.

18             MR. RINGGENBERG:  217.

19             COURTROOM ADMINISTRATOR:  By stipulation.

20             MR. RINGGENBERG:  223.

21             COURTROOM ADMINISTRATOR:  Yes.

22             MR. RINGGENBERG:  And 230.

23             COURTROOM ADMINISTRATOR:  Yes.

24             MR. RINGGENBERG:  In addition, Your Honor, we'd

25   like to move into evidence and understand there's no

```
 1   objections to Plaintiffs' Trial Exhibits 205 --
 2              MR. RECKERS:  No objection, Your Honor.
 3              MR. RINGGENBERG:  235.
 4              MR. RECKERS:  No objection.
 5              MR. RINGGENBERG:  And 246.
 6              MR. RECKERS:  No objection.
 7              MR. RINGGENBERG:  Ladies and gentlemen, you're
 8   about to see agreed portions of the videotape deposition of
 9   Mr. Dennis Chiu.  He's a vice-president of Rimini Street,
10   or was at the time of his deposition.  You've already heard
11   the subject of his testimony.  We've referred to his
12   testimony a number of times.  Thank you.
13              THE COURT:  All right.  First of all, I'd say
14   that the exhibits that were not previously admitted are
15   admitted at this time pursuant to agreement of counsel.
16         (Plaintiffs' Exhibits 205, 235, 246 received
17         into evidence.)
18              THE COURT:  Ladies and gentlemen, I think I
19   admonished you or mentioned to you earlier that depositions
20   are taken of witnesses in building up these cases.  Each
21   side has a right to take deposition of certain witnesses,
22   and many times those depositions will be video-recorded.
23         Because of limitations on subpoena powers,
24   jurisdictions, sometimes witness unavailability, the
25   depositions can be played at trial.
```

```
 1              And, in this case, we apparently have Mr. Chiu's
 2    deposition, and it is being played in respective portions
 3    that have been identified.  And essentially you can assess
 4    it and treat it just as you would the testimony of any
 5    other witness in the case.  So all of the same rules apply.
 6              MR. RINGGENBERG:  The last thing I would say is
 7    that just for your expectations, the video is 25 minutes
 8    long.  Thank you.
 9              (Videotape deposition of Dennis Chiu played
10              as follows:
11    "Q. Good morning, Mr. Chiu.  Did you work for
12     Siebel for several years?
13     A. I did.
14     Q. When did you work for Siebel?
15     A. I worked for Siebel from April 1998 until
16     October 2005.
17     Q. And did you work for Siebel after it was
18     acquired by Oracle?
19     A. I did not.
20     Q. You left Siebel in connection with Oracle's
21     acquisition or shortly thereafter?
22     A. Yes.
23     Q. And you began work at that time for Rimini
24     Street?
25     A. Yes.
```

1125

```
 1    Q. And what positions have you had at Rimini
 2    Street?
 3    A. I've held the position of vice president of
 4    Siebel support services and vice president of
 5    on-boarding.
 6    Q. What's your current position?
 7    A. Vice president of our Siebel support
 8    services.
 9    Q. Do you continue to have responsibility for
10    on-boarding?
11    A. No. I primarily have responsibility for our
12    Siebel support services.  I --
13    Q. I'm sorry, go ahead.
14    A. Again, just for any historical references, I
15    still help the on-boarding process a little.
16    Q. That is people on the on-boarding team might
17    come to you with questions, for example?
18    A. Correct.
19    Q. When did you transition out of the role of
20    vice president of on-boarding?
21    A. January of 2011.
22    Q. And did you also handled Siebel support
23    before January 2011?
24    A. Yes.  I had primary responsibility for Siebel
25    support practice and continued to have some overlap with
```

1   our Siebel team, even just do part of the business.  And

2   then Kien Phung, a member of my team, was promoted to the

3   manager of support services and had primary

4   responsibility for the team for a period of, I think,

5   over year.

6   Q. And what year was that?

7   A. 2010.

8   Q. And as vice president of on-boarding, what

9   were your responsibilities?

10  A. My responsibilities included helping new

11  clients with the transition to Rimini Street support

12  services from their prior vendor.

13  Q. And what did that entail?

14  A. It entailed providing clients with the

15  information to engage, call in and email our support

16  folks for, you know, again, service delivery.

17  Q. Was part of on-boarding, at least for some

18  clients, obtaining copies of certain software and support

19  material from Oracle?

20  A. Yes.

21  Q. So as part of that did you oversee Rimini

22  Street's process of downloading material from Oracle's

23  various support websites?

24  A. Yes.

25  Q. And that includes from the SupportWeb website

1127

```
 1    operated by Siebel; is that right?

 2    A. Yes.  I assisted with that.

 3    Q. As well as Customer Connection?

 4    A. Yes.  I assisted with that.

 5    Q. My Oracle Support?

 6    A. Yes.  I assisted with that.

 7    Q. Was there anyone else at Rimini Street who

 8    had responsibility for those tasks, that is downloading

 9    Oracle software and support materials from those

10    websites?

11    A. Yes.  I had a team that would assist with the

12    actual download and completion of those tasks.

13        PAGE 12:10 TO 12:24 (RUNNING 00:00:42.938)

14    Q. And when -- did clients ever raise a concern

15    with Rimini Street, to your knowledge, about whether it

16    was appropriate for Rimini Street to have copies of

17    PeopleSoft, JD Edwards or Siebel software?

18    A. I'm not aware of situations where clients

19    would request that directly to on-boarding about copies

20    of their software.

21    Q. That is to say, as part of the on-boarding

22    process, you or people working for you would ask clients,

23    "Hey, I need a copy of XYZ," or "Would you help us

24    request these materials from Oracle," and you don't

25    recall any customers ever raising a concern about whether
```

1128

1      that was appropriate or not?

2      A. I don't recall clients specifically raising

3      that as a concern about getting us their software.

4          PAGE 22:12 TO 22:16 (RUNNING 00:00:15.141)

5      Q. As part of the on-boarding process, did you

6      ever ask clients to provide the terms of their Oracle

7      licenses?

8      A. I don't recall requesting clients to provide

9      me a copy of their terms of their licenses.

10         PAGE 24:01 TO 24:06 (RUNNING 00:00:16.914)

11     Q. Sure.  When you were helping to define the

12     on-boarding process, did you ever consider whether you

13     ought to ask for the terms of your client licenses so

14     that you could be sure that they were complied with?

15     A. I don't recall the specific circumstances for

16     any discussion along that line.

17         PAGE 24:12 TO 24:18 (RUNNING 00:00:14.816)

18     Q. You understand that one of Rimini Street's

19     defenses in this case is that everything it's doing is

20     authorized because the clients' licenses authorize it;

21     right?

22     A. I understand our clients are extending us

23     their licenses to work with their software to provide

24     them support.

25         PAGE 27:11 TO 27:16 (RUNNING 00:00:17.456)

1129

<pre>
1    Q. BY MR. RINGGENBERG:  So if you had a question
2    and Mr. Ravin gave you direction, you would -- you would
3    follow him; right?
4    A. Seth Ravin, as our president and CEO, often
5    gave direction, and, you know, we would follow, you know,
6    through with our direction.
7        PAGE 29:20 TO 29:21 (RUNNING 00:00:02.366)
8    Q. Let me offer you what will be Exhibit 221.
9    (Exhibit 221 was marked for identification.)
10   PAGE 31:23 TO 32:07 (RUNNING 00:00:35.064)
11   Q. In the next paragraph I want you to look at
12   the sentence that starts "we abide."  It says, "We abide
13   by the same requirements governing the terms and use of
14   the clients' software licenses and go out of our way to
15   safeguard the use of the Customer Connection ID solely
16   for the purpose of creating the development environment
17   that is used for the support and development of the
18   regulatory updates that the clients has contracted."
19   Did you write that to USI?
20   A. I wrote that to Shyam at USI.
21       PAGE 33:22 TO 33:24 (RUNNING 00:00:05.379)
22   Q. BY MR. RINGGENBERG:  Sure.  My question is
23   very simple.  This is what you told the client.  I'm
24   asking you if what you told the client was true?
25       PAGE 34:01 TO 34:03 (RUNNING 00:00:09.081)
</pre>

1130

1    THE WITNESS:  I don't know if that is true,
2    so I don't know if I can make a comment about whether
3    that is, in fact, true.
4        PAGE 34:13 TO 34:23 (RUNNING 00:00:21.172)
5    Q. You agree that you've never seen the terms of
6    Energen's license with Oracle; is that right?
7    A. Correct.  I've never seen the terms and
8    conditions of Energen's license with Oracle.
9    Q. You did not know what they were in March of
10   2008?
11   A. I did not know what they were in March of
12   2008.
13   Q. Nonetheless, you told the client you abided
14   by them?
15   A. It looks like I told them that.
16       PAGE 87:23 TO 87:24 (RUNNING 00:00:03.500)
17   Q. Let me offer you what will be Exhibit 234.
18   (Exhibit 234 was marked for identification.)
19       PAGE 88:05 TO 88:16 (RUNNING 00:00:39.039)
20   Q. And are you forwarding to Mr. Slarve that
21   same login and password that was used in the previous
22   exhibit, Exhibit 233?
23   A. Yes.  It looks like this is the login and
24   password I forwarded to Dan Slarve.
25   Q. And that's the login for a customer called

1   Leads Customer Growth; is that right?

2   A. Yes, Leads Customer Growth.

3   Q. Was Leads Customer Growth ever provided a

4   SupportWeb Extract?

5   A. I do not recall if Leads Customer Growth was

6   provided a SupportWeb Extract.

7       PAGE 95:15 TO 95:19 (RUNNING 00:00:13.123)

8   Q. Do you have any reason to believe that there

9   was any active work for Leads in July, August, September

10  of 2006?

11  A. I don't believe we were providing any active

12  support to Leads for this period.

13      PAGE 124:05 TO 124:12 (RUNNING 00:00:28.734)

14  Q. Does Rimini, under your supervision as the VP

15  of on-boarding, download material from E-Delivery?

16  A. Yes, we will do that for clients as part of

17  their entitled software archive.

18  Q. Has Rimini ever downloaded material from

19  E-Delivery other than for a client-specific purpose?

20  A. I don't recall if we've downloaded it for

21  other clients outside of the ones we've performed it for.

22      PAGE 128:10 TO 128:11 (RUNNING 00:00:03.237)

23  Q. Let me offer you Exhibit 241.

24  (Exhibit 241 was marked for identification.)

25      PAGE 128:17 TO 129:02 (RUNNING 00:00:35.745)

1132

1    Q. Did you inform Mr. Ravin on that day about

2    the existence of Oracle's E-Delivery website?

3    A. It looks like that's what I was informing him

4    of, yes.

5    Q. Did you describe E-Delivery as, quote, "An

6    open door to their software," end quote?

7    A. I see where I say that here, yes.

8    Q. And did you also tell Mr. Ravin, quote, "It

9    sounds to me like they just said, 'Help yourself to the

10   buffet,'" closed quote?

11   A. I see where I say that here.

12       PAGE 129:16 TO 129:25 (RUNNING 00:00:39.646)

13   Q. Can you explain this email in light of the

14   policy you said that Rimini has about downloading

15   material from Oracle?

16   A. I know we have our policy about completing

17   the archive.  I know this was an email I sent to Seth

18   about the availability of software on E-Delivery, which

19   is different from the way Siebel fulfilled software when

20   Siebel was independent of Oracle.  And then again, this

21   was just informational for Seth.  And he was making a

22   statement about what he thought.

23       PAGE 130:07 TO 130:10 (RUNNING 00:00:06.118)

24   Q. BY MR. RINGGENBERG:  You don't think you have

25   some explaining to do as far as reconciling this email

1133

1     with the policy you've described Rimini had with regard

2     to downloading software?

3         PAGE 130:12 TO 130:22 (RUNNING 00:00:39.539)

4     THE WITNESS:  I'm not saying there wasn't

5     additional conversation or a separate conversation about

6     that, but I don't know -- I don't have any context of

7     additional information besides this information I sent to

8     Seth.

9     Q. BY MR. RINGGENBERG:  What context do you

10    think you might need?

11    A. The context -- merely the fulfillment of the

12    media of Siebel medias now available on E-Delivery.  And

13    again, that it was different from how Siebel originally

14    delivered software to customers.

15        PAGE 131:18 TO 132:09 (RUNNING 00:00:56.174)

16    Q. If Rimini's policy was to only download

17    material for client-specific purposes, wouldn't you have

18    expected a different response from Mr. Ravin?

19    A. Again, I can't speculate on what other

20    responses.  This is the response that Seth did send in

21    regards to the email I sent to him.

22    Q. You also told Mr. Ravin that E-Delivery,

23    quote, "Does not check the info entered against any

24    license agreement," closed quote.

25    Do you see that?

1134

1    A. I do see that.  Yes.

2    Q. Why did you say that?  What's the

3    significance of that?

4    A. What I was saying is -- I believe is a

5    reference to the fact that E-Delivery does not use the

6    login credentials from SupportWeb to access it, because

7    it's independent of SupportWeb.

8        PAGE 132:17 TO 133:04 (RUNNING 00:00:35.924)

9    What that meant, as a technical matter, was

10   that you had found a way to download any software on

11   E-Delivery even if a client didn't have a valid login at

12   that time; right?

13   A. My understanding was that the E-Delivery site

14   did not use a login and password credential like

15   SupportWeb.

16   Q. And that's why it was an open door to their

17   software; right?

18   A. That it was different from the way Siebel

19   fulfilled software, which was to request it through

20   SupportWeb using the login and password to get software

21   fulfilled.

22       PAGE 133:05 TO 133:09 (RUNNING 00:00:15.338)

23   Q. Did you think it was acceptable to download

24   material off E-Delivery without a -- purchasing a license

25   from Oracle?

1135

1    A. Rimini Street performed downloads on behalf

2    of clients based on their entitled software.

3        PAGE 133:10 TO 133:15 (RUNNING 00:00:13.936)

4    Q. Does that mean you thought it was

5    inappropriate to download material from E-Delivery that

6    was uncovered by a client list?

7    A. Again, I wouldn't be able to speculate on it,

8    whether it would be right or wrong to do that for

9    original software.

10       PAGE 134:05 TO 134:17 (RUNNING 00:00:35.291)

11   Q. What was your view as to whether it was

12   appropriate to download software from E-Delivery for

13   which there was no client license?

14   A. At that point in time, I don't recall what my

15   view was of downloading licenses.  I didn't reference

16   anything specifically to what it said about the rights to

17   licenses.  At the point that this email came up, I don't

18   see any reference to that.  I don't recall.

19   Q. You don't think "help yourself to the buffet"

20   is an expression about whether it's appropriate or

21   inappropriate to do this?

22   A. It's one expression, but I don't know if

23   that's entirely reflective of all my views.

24       PAGE 156:11 TO 156:11 (RUNNING 00:00:00.466)

25   (Exhibit 245 was marked for identification.)

1136

1    PAGE 157:02 TO 157:10 (RUNNING 00:00:23.653)

2    Q. Did you work with Susan Tahtaras in June in

3    of '06 to download PeopleSoft software?

4    A. I don't recall sitting with Susan to download

5    the PeopleSoft software, to my recollection.

6    Q. You told Mr. Ravin that you were working with

7    her on that; right?

8    A. I told him I was working with Susan on

9    gathering information regarding PeopleSoft software that

10   is available to be downloaded and to compile a list.

11   PAGE 158:14 TO 158:19 (RUNNING 00:00:21.384)

12   Q. So what client were you preparing to download

13   material -- PeopleSoft material for in June of '06?

14   A. I don't see a reference to a specific client

15   here or a client or prospect on -- in this email.  So I

16   don't see a reference to a PeopleSoft client in this

17   email.

18   PAGE 159:03 TO 159:06 (RUNNING 00:00:09.060)

19   Q. BY MR. RINGGENBERG:  The downloading

20   described in Exhibit 245 that you and Ms. Tahtaras were

21   preparing for was for Rimini's software library; is that

22   right?

23   PAGE 159:08 TO 160:02 (RUNNING 00:00:42.249)

24   THE WITNESS:  I don't have any recollection

25   whether that was for a client or a prospect or any other

1137

1    purpose.

2    Q. BY MR. RINGGENBERG:  Well, if you didn't have

3    a client until three months later, it couldn't have been

4    for a client, could it?

5    A. It may not have been.  I'm not sure if it was

6    for a prospect.

7    Q. And in fact, the client you obtained in

8    September of 2006 was a Tomorrow After conversion client;

9    right?

10   A. That one was a TomorrowNow conversion client.

11   Q. Which means that they weren't entitled to

12   download anything from Oracle; correct?

13   A. City of Flint was not entitled to download

14   software from Oracle.

15   Q. Meaning that the information that you're

16   discussing with Ms. Tahtaras couldn't have been for City

17   of Flint; right?

18   A. I don't believe it was for the City of Flint.

19       PAGE 161:03 TO 161:04 (RUNNING 00:00:02.032)

20   Q. Offer you Exhibit 246.

21   (Exhibit 246 was marked for identification.)

22       PAGE 161:11 TO 162:18 (RUNNING 00:01:13.671)

23   Q. The first email in the chain, actually on the

24   second page of Exhibit 246, says, "Offline Explorer is

25   now set up to download contents of the Oracle E-Delivery

```
 1    website on a weekly basis while preserving old versions
 2    of the key files."
 3    Does that refresh your recollection about
 4    whether Offline Explorer was ever used to gather material
 5    from Oracle E-Delivery?
 6    A. I don't recall that, but I see where it says
 7    here that, yes.
 8    Q. And your response is, "This is great, John,"
 9    exclamation point.
10    A. Okay.  Yes.
11    Q. Was this for a client?
12    A. I don't recall if this was for a client.
13    Q. E-Delivery contains material relating to a
14    broad range of Oracle material, right, PeopleSoft, JDE,
15    Seibel?
16    A. Yes.
17    Q. And certainly no client in October 2006 was
18    licensed for all of that, was it?
19    A. I'm not aware of a client that was licensed
20    for all of that.
21    Q. Do you believe this -- it could have been
22    possible that this downloading was on behalf of any
23    particular client?
24    A. I don't know if this was done on behalf of a
25    particular client.
```

1139

1	Q. And, in fact, it couldn't have been, because

2	no client is licensed for everything on E-Delivery;

3	right?

4	A. I'm not aware of a client that's licensed for

5	everything on E-Delivery.

6	    PAGE 248:07 TO 249:01 (RUNNING 00:01:12.356)

7	Q. Did Rimini Street stop downloading, using

8	automated means, after Mr. Marendola told you it was

9	impairing Rimini -- Oracle's systems?

10	A. I believe we continued to assist in the

11	completion of the archive task with XO to the best of our

12	ability while this communication was still underway.

13	Q. Did -- did you have any concern that if you

14	were impairing Oracle's systems, that you ought to stop

15	doing what you're doing?

16	A. We were continuing to work with XO

17	Communications as our client to, you know, work with

18	Oracle to help us come to a resolution on -- and allow us

19	to complete the archive on behalf of XO Communications.

20	Q. And you felt that you needed to do that even

21	if it was impairing Oracle systems?

22	A. I'd had no information or confirmation that

23	this was, indeed, impairing Oracle systems.  That was not

24	the intent of what we were doing.  But we were continuing

25	to try to complete this obligation that we had set forth

```
1     with XO Communications.
2          PAGE 249:02 TO 249:02 (RUNNING 00:00:03.776)
3     Q. Let me offer you Exhibit 262.
4          PAGE 249:12 TO 249:15 (RUNNING 00:00:14.663)
5     Q. And you were aware that Oracle's counsel had
6     contacted XO about Rimini Street's downloading activity?
7     A. It looks like this was the contact from
8     Oracle counsel to XO Communications.
9          PAGE 249:22 TO 250:07 (RUNNING 00:00:30.519)
10    Q. BY MR. RINGGENBERG:  Rimini Street -- I'm
11    sorry.  Oracle's counsel explained that Rimini Street's
12    use of automated tools was a violation of Oracle's terms
13    of use; is that correct?
14    A. Again, I'm not aware of this use of the -- of
15    Doug Baron's tools being a violation of Oracle's terms of
16    use.
17    Q. Well, you don't disagree that Mr. Baron's
18    tools are an automated means; right?  That's true?
19    A. I do acknowledge that Doug's program is a
20    form of automation means.
21         PAGE 250:17 TO 251:03 (RUNNING 00:00:34.923)
22    Q. After receiving this notice from Oracle's
23    counsel, Rimini Street continued to use Mr. Baron's tools
24    to download; is that right?
25    A. Rimini Street continued to try to assist XO
```

1141

1     Communications with the completion of this archive on
2     their behalf while this communication was in progress.
3     Q. And Rimini Street also used automated tools
4     for other clients as well in that same time period;
5     right?
6     A. I believe we continued to use Doug's program
7     for clients that we were in the midst of on-boarding at
8     that time while this communication was in process.
9         PAGE 272:19 TO 272:19 (RUNNING 00:00:02.653)
10    Q. Let me offer you Exhibit 270.
11        PAGE 273:02 TO 273:12 (RUNNING 00:00:25.295)
12    Q. Right.  The second clause of the first
13    paragraph says, "We want to try and convert as many of
14    these clients so that we can bring an environment inhouse
15    and reduce the pain of remote development over the course
16    of the next couple of quarters."
17    Is that an accurate statement, sir?
18    A. It's what I stated, yes.
19    Q. And you believe that was true when you said
20    it.  You wanted to try to convert the remote development
21    clients and bring them inhouse; right?
22    A. It looks like that was the intent.
23        PAGE 276:09 TO 277:05 (RUNNING 00:01:36.712)
24    Did you believe that Rimini Street's
25    customers' licenses authorized Rimini Street to have

1142

1  copies of Oracle software at Rimini Street's location?

2  A. I believe that Rimini Street's clients would

3  be -- would have the right to extend us their software to

4  perform work on their behalf.

5  Q. And what's your basis for saying that?

6  A. The basis is the same understanding that I've

7  had about the client's ability to, you know, continue to

8  use their software licenses for non-production

9  environments, and they could allow us to do that as well.

10  Q. You believe the clients -- the software

11  licenses allow them to have non-production copies at

12  Rimini Street's location?

13  A. Yes.

14  Q. But why do you believe that?  What gives you

15  confidence that that's correct?

16  A. Either my experience at Seibel having seen

17  partners and consultants in -- that clients might work

18  with that would run non-production or -- sometimes I

19  guess in other cases of other Seibel partners where they

20  run production copies for customers.

21      PAGE 277:06 TO 277:08 (RUNNING 00:00:08.225)

22  Q. Anything else that you can think of other

23  than your experience at Seibel?

24  A. I can't think of any at the moment.

25      PAGE 277:09 TO 277:10 (RUNNING 00:00:03.717)

1143

1    Q. Let me offer you Exhibit 272.

2    (Exhibit 272 was marked for identification.)

3        PAGE 278:24 TO 280:02 (RUNNING 00:01:28.447)

4    Q. Did you make an effort to avoid tipping off

5    clients that you were providing them information that, in

6    fact, was obtained from SupportWeb?

7    A. I don't specifically recall an instance where

8    we, again, continued to, again, avoid references to

9    SupportWeb, aside from the fact that we would be their

10   support provider, and we would be the ones to provide the

11   expertise without -- again, without depending on

12   SupportWeb to deliver the service.

13   Q. I mean, if you -- if you're talking to a

14   potential client, and then you fix their problem by

15   telling them, "Oh, look, here's a solution in

16   SupportWeb," I guess it doesn't really make you too good

17   as a competitor; right?

18   A. I think more to the point that when Seibel

19   licensees referred to SupportWeb themselves, the idea was

20   not to say that once they joined Rimini Street, they

21   should -- or we would continue to turn to SupportWeb for

22   answers, because that would not be a mechanism available

23   to them.

24   Q. Uh-huh.

25   A. So continuing to reference SupportWeb would

1144

```
1    only serve to remind them that they don't have access to
2    SupportWeb.
3    Q. Uh-huh.  And so you -- and that's why you
4    said, "Even if information was derived from SupportWeb,
5    it would have to be repositioned from our side"; is that
6    right?
7    A. That's what it says.
8        PAGE 293:19 TO 294:10 (RUNNING 00:00:43.954)
9    Q. BY MR. RINGGENBERG:  Well, do you recall any
10   instance where a client was told that their material was
11   commingled with software and support material from
12   another client?
13   A. I do not recall ever telling a customer or an
14   instance where a customer was told their material was
15   commingled with another.
16   Q. And, in fact, there have been instances when
17   customers have been told that's not what Rimini does;
18   right?
19   A. I believe that they're told their support
20   materials are not commingled, yes.
21   Q. And if you were doing one of your on-boarding
22   calls with a new client and they asked you, that's what
23   you would tell them; right?
24   A. I believe that would be the response that
25   would be provided to clients.
```

1145

1      PAGE 294:14 TO 294:14 (RUNNING 00:00:01.029)

2    (Exhibit 276 was marked for identification.)

3      PAGE 294:20 TO 295:07 (RUNNING 00:00:44.109)

4    Q. If you scroll through to page ending in 837,

5    and included in here there's an email from

6    KWilliams@RiminiStreet to someone at CKE.  That's

7    Krista Williams; right?

8    A. Yes.

9    Q. And she says, "In regards to the software, we

10   do have other customers' updates, but those are the

11   property of the respective customer.  In order to respect

12   Oracle's intellectual property and licensing with their

13   former customers, we do not share software.  To build

14   Carl Karcher support environments, we use Carl Karcher

15   software."

16   A. I see that.

17     PAGE 295:11 TO 295:21 (RUNNING 00:00:34.466)

18   Q. And that's a message -- do you believe that

19   message has been consistently relayed to customers who

20   make inquiries about how their software is treated?

21   A. It looks like that message has been used for

22   Carl Karcher here and in the earlier exhibit.  I don't

23   know if it was also used in any other circumstances.

24   Q. Well, but it --

25   A. Likely it may have been.

```
1    Q. Yeah.  And anytime someone asked you, that's
2    the substance of the response you would provide; right?
3    A. It sounds like it.
4       PAGE 297:01 TO 297:21 (RUNNING 00:01:07.169)
5    Q. Let me ask you, has Rimini Street maintained
6    local environments of Seibel software?
7    A. Rimini Street does have some internal
8    environments for some of our Seibel clients.
9    Q. And what are they used for?
10   A. They're used to provide support for those
11   clients that provided us their software.
12   Q. And why is it helpful to have a local
13   environment to support a customer?
14   A. It provides -- it can provide the ability to
15   attempt reproduction of an issue and to perform any
16   diagnostic or trouble shooting if the problem can be
17   reproduced.
18   Q. How do you decide whether, for a particular
19   customer, you need a local environment for Seibel?
20   A. It may be a factor of whether, one, the
21   software is available, and, two, it -- if the customer
22   also finds that it would be helpful.
23   Q. Is that something you discuss with a client?
24   A. It can be a topic that we discuss with a
25   client, yes.")
```

```
 1              MR. RINGGENBERG:  Your Honor, for our next
 2    witness, the plaintiffs call Mr. Christian Hicks.
 3              MR. DYKAL:  Your Honor, just for the record, my
 4    name is Ryan Dykal, and I'll be handling this witness on
 5    behalf of the defendants.
 6              THE COURT:  All right.  Thank you.
 7              COURTROOM ADMINISTRATOR:  Please raise your
 8    right hand.
 9              You do solemnly swear that the testimony you
10    shall give in the cause now before the Court shall be the
11    truth, the whole truth, and nothing but the truth, so help
12    you God?
13              THE WITNESS:  I do.
14              COURTROOM ADMINISTRATOR:
15              THE WITNESS:  Christian Hicks;
16    C-h-r-i-s-t-i-a-n, last name is, H-i-c-k-s.
17              COURTROOM ADMINISTRATOR:  Please tell us your
18    city and state of residence.
19              THE WITNESS:  Boston, Massachusetts.
20                        CHRISTIAN HICKS
21              called as a witness on behalf of the
22         Plaintiffs, was examined and testified as follows:
23                        DIRECT EXAMINATION
24    BY MR. RINGGENBERG:
25    Q.    Good morning, Mr. Hicks?
```

1    A.    Good morning.

2    Q.    Could you please explain to the jury what you do for

3    a living?

4    A.    I'm the president of a company called Elysium

5    Digital which is a technical litigation consulting company

6    located in Boston.

7          We -- it's a bunch of computer scientists and

8    computer forensic experts and other technological experts,

9    and we analyze technology especially in connection with

10   disputes like this one.

11   Q.    And what sort of work does Elysium do with regard to

12   digital forensics?

13   A.    Well, mostly what we do is we collect and analyze

14   digital data frequently in order to figure out what has

15   happened in a particular set of circumstances.

16   Q.    What's your educational background?

17   A.    I graduated with a degree in computer science from

18   Princeton in 1997.  In 2003, I did training in computer

19   forensics at a company called NTI, and recently I renewed

20   my training and certification in computer forensics with an

21   organization called GIAC.

22   Q.    What is GIAC?

23   A.    GIAC is a fairly well known company that does

24   computer forensics training and certification.

25   Q.    Are you the inventor of any patents relating to

1149

1   computer software?

2   A.    Yes, I'm the coinventor on three patents on

3   unlocking software remotely.

4   Q.    And have you testified previously in the field of

5   digital forensics?

6   A.    I have.

7   Q.    Can you provide an example?

8   A.    So the last time I did that in a federal court like

9   this one was in a case called US v Tarian (phonetic).  I

10  was called by the United States Government to testify about

11  some digital forensics relating to stock options.

12  Q.    Have you worked on any other cases for the United

13  States Government?

14  A.    I have.  Over the years my company and I have worked

15  on a number of cases for the US Government going all the

16  way back to 1998 when we did a case called United States

17  versus Microsoft which was a fairly important antitrust

18  case against the Microsoft Corporation.

19         MR. RINGGENBERG:  Your Honor, I understand the

20  Court doesn't certify experts, but absent objection, I'd

21  like to move on to Mr. Hicks' opinion testimony in this

22  case.

23         MR. DYKAL:  No objection.

24         THE COURT:  All right.  He is qualified to

25  testify in this subject matter area.

1   BY MR. RINGGENBERG:

2   Q.    Mr. Hicks, what were you and your team asked to do

3   in this case?

4   A.    Generally what we were doing was we were looking at

5   Rimini Street's acquisition of Oracle materials, looking at

6   how those materials were acquired and stored, and what

7   impact, if any, it had on Oracle Systems.

8   Q.    And did you draw any conclusions based on that work?

9   A.    We did.  Up on the slide here, we concluded that

10  Rimini had obtained material -- Oracle material that was

11  not for any particular Rimini customer, that Rimini used

12  automated software tools to download material from Oracle's

13  websites, and that Rimini's downloading impacted the

14  operation of Oracle's servers.

15  Q.    How did you and your team go about reaching those

16  conclusions?

17  A.    Generally what we did was we received a number of

18  different kinds of data, both from Oracle and from Rimini

19  Street.

20        We took these different datasets and wrote

21  individual, small programs that took each set of data and

22  broke it out into its constituent pieces and then loaded it

23  into a database.

24        Then we wrote additional programs that did

25  fairly complicated queries against that database to

1   generate results.

2   Q.   And what sorts of data did the team analyze?

3   A.   All different kinds.  We analyzed server logs.  You

4   can see there's a list up here.  Information about Oracle's

5   PeopleSoft updates and JDE updates, data regarding Oracle's

6   customer contracts.

7          We also analyzed some Rimini Street -- some

8   Oracle files that Rimini had downloaded and had labeled as

9   customer files.

10          And then we also analyzed something called KDP

11   Metadata which is essentially a huge file list of the files

12   on Rimini Street's servers.

13   Q.   And were the results of your analysis, including all

14   the software programs you and your team wrote and the

15   database you put together, was that all made available to

16   Rimini Street in this case?

17   A.   It was, it was all produced.

18   Q.   So one of the issues in this case is the extent to

19   which Rimini's copying of Oracle software and support

20   material was authorized by the terms of their clients'

21   licenses.

22          Did you reach any conclusion about whether

23   Rimini Street obtained Oracle software and support material

24   that was not for any particular customer?

25   A.   Yes, we did.

1152

1    Q.    What conclusion did you reach?

2    A.    That happened on a number of occasions, and it

3    happened across all four of the product lines at issue in

4    this case, Oracle Database, PeopleSoft, JDE, and Siebel.

5    Q.    Were you able to identify whether there was any

6    Oracle material not for any particular customer that was

7    still on Rimini Street's systems at the beginning of the

8    litigation?

9    A.    Yes, I was.

10   Q.    How were you able to do that?

11   A.    So we talked earlier about that KDP metadata.  So

12   KDP is a program that you run on a computer in order to

13   take basically -- make a giant list of all the files on the

14   system, and that was produced so we could see all the files

15   that were on Rimini Street's systems as of April 2011.

16           And what you see on the screen here is an

17   example of some of the information that you have in a KDP

18   list.

19           You see, in column A, the listing of all the

20   file names.  In column B, you have a listing of all the

21   paths, so this is basically the folders in which the files

22   are residing.

23           There's other information that's not visible

24   here in other columns, like when the files were created or

25   modified, how big the files are.

1    And so by looking at this data, we could see

2  which files Rimini had on its system and where it was

3  storing them.

4  Q.    The slide uses the term metadata.  Can you explain

5  that term to the jury, please?

6  A.    Metadata means data about data.  So in general what

7  that means is, in this context what you're talking about is

8  you're talking about information about files like where

9  they were stored, how big they are, when they were created

10 and so on.

11 Q.    And is the name of a file an example of metadata?

12 A.    It is.

13 Q.    And how did you use the Karen's Directory Printer

14 file listings in your analysis in this case?

15 A.    Well, one of the things that this let us do is it

16 let us see where Rimini Street was storing materials and

17 let us, for example, determine which materials were being

18 stored in what Rimini Street calls customer silos and which

19 materials are not being stored in customer silos.

20 Q.    And did that allow you to estimate how much data was

21 in -- how much Oracle software and support material was on

22 Rimini's systems at the time this KDP data was created?

23 A.    It did.

24 Q.    How much information was there?

25 A.    A lot; terabytes and terabytes of it, many terabytes

1154

1    of Oracle software and support materials in total.

2    Q.    Can you give the jury a sense for how much

3    information that really means?

4    A.    Yeah, that's always hard.  You have to remember

5    about a week ago Dr. Davis talked about how hard it is to

6    kind of quantify in real-world terms how much a lot of

7    digital information is.

8              In this particular case, the volume of digital

9    data is approximately a couple times the size of the

10   printed material, so all of the books in the Library of

11   Congress, for example, which is millions and millions of

12   books.  It's a lot of data.

13   Q.    We've talked about whether Rimini stored information

14   in client-specific or nonclient-specific locations.  Can

15   you explain what it means to store something in a

16   client-specific location as far as your analysis goes?

17   A.    Yeah.  So, if you look on the screen here, this is

18   an example of some of the KDP data, and we rendered it here

19   in a Windows Explorer interface so it's a little bit --

20   maybe a little bit more familiar.

21             But what you can see here is what Rimini Street

22   calls -- an example of what Rimini Street calls a customer

23   silo.

24             So if you look towards the top, depending on

25   your screens, it may be easier or harder to read, but

1   there's a path there that says City of Overland Park, and

2   if you look at kind of the top folder that's open in the

3   white area in the upper left, it says City of Overland

4   Park?  Perfect.

5          That's a Rimini Street customer, and this is an

6   example of what Rimini Street calls a customer silo.  So

7   this is -- it's really just a folder on their system and in

8   which they're storing downloaded or otherwise acquired

9   Oracle materials.

10          And we accepted as a premise of our analysis

11   that if something was stored in a customer-specific

12   directory like this, that it was being used only to provide

13   service to that specific customer.  We just accepted that

14   as a premise.

15          So everything you have here, these are all

16   Oracle materials, and they've been stored in the City of

17   Overland Park customer silo.

18   Q.   Was all of the information that was Oracle software

19   and support material stored in these client-specific

20   folders?

21   A.   No.  In a number of cases, it was not the case.

22   Q.   Can you explain how you were able to determine that?

23   A.   So here we have another example from the KDP

24   metadata, and, once again, we're showing it in Windows

25   Explorer.

1    And what you can see here is that -- if you

2  look -- this is an example of Oracle software.  It's

3  actually the Oracle Database version 11gR2, and, as you can

4  see, it's not stored in a directory named City of Overland

5  Park or any other Rimini customer but, instead, in a

6  directory called For Development Use Only, if you look at

7  the top one right underneath the drive.

8    And so this is an example of the material being

9  stored in a way that's not specific to a particular

10 customer, but it's just a centralized location.

11 Q.    Was this software on Rimini's systems or was it on

12 Rimini's client's systems?

13 A.    So all of this is on Rimini's systems.

14 Q.    What specific Oracle Database software did you

15 identify as being on Rimini's systems and not in a

16 client-specific location?

17 A.    So, as you can see here, we found Oracle Database

18 versions 8.1.7, 9.2, 10.2, and 11gR2.

19 Q.    Were there also copies of JDE, JD Edwards, and

20 Siebel software in nonclient-specific locations on Rimini

21 Street's systems?

22 A.    Yes.

23 Q.    And all in all, how much data from Oracle software

24 and support materials did you find in Rimini's systems at

25 the time the Karen's Directory Printer data was collected

1157

1    that wasn't in any specific customer folder?

2    A.    So as you can see, here we found about 34,000

3    megabytes of Oracle Database software, 6,400 or so

4    megabytes of JD Edwards software, and 754 megabytes of

5    Siebel software.

6    Q.    Other than the Rimini-provided file lists that we've

7    been discussing, did you identify any other evidence that

8    Rimini stored Oracle software and support material in

9    nonclient-specific locations?

10   A.    Yes.  And by looking at emails and deposition

11   testimony in the case, we saw other evidence of other

12   materials, including notably PeopleSoft materials, being

13   stored in noncustomer-specific ways and used for

14   noncustomer-specific purposes.

15   Q.    And what are the ways in which Rimini acquired this

16   software and support material that was stored in

17   nonclient-specific locations?

18   A.    Well, in general, broadly speaking, two ways.  One,

19   by downloading it from various servers; and, two, by

20   copying it off of Oracle installation CDs.

21   Q.    So, the jury's already heard some testimony about

22   eDelivery.  Can you just explain what eDelivery is briefly?

23   A.    eDelivery is a server that Oracle operates where

24   customers can go in order to download installation software

25   for their products.

1158

1    If they want to install a version of PeopleSoft

2    and they've got a license for it they go to eDelivery, they

3    download PeopleSoft, and they can install it on their

4    systems that way.

5    Q.    And what did Rimini Street do with regard to

6    eDelivery?

7    A.    Rimini Street downloaded significant materials from

8    eDelivery for PeopleSoft and stored them in a

9    noncustomer-specific way.

10   Q.    Is that installation media?

11   A.    It's not actually.  So if we kind of tool this up as

12   an example, if you remember, probably a little bit way back

13   when, used to go to a store to buy software, and you

14   actually get a box, and you'd open up the box, and there

15   would actually be a CD in it.

16         And you'd put the CD in a CD-ROM drive, and

17   you'd run it, and you'd run some program on it like

18   setup.exe, and then it would install -- it would extract

19   and install and configure the software on your computer.

20   So the disk itself is installation media.

21         The media is the disk.  The stuff on it is the

22   installation software, and the software can actually be

23   copied off of the CD, it can be copied onto a hard drive,

24   it can be transferred over the Internet which is what

25   eDelivery does.

1   Q.    So the second item on the slide is copies from CDs.

2   What did Rimini do in that regard?

3   A.    So back to that example again, if you have the CD,

4   you can install software from directly the CD, or you can

5   copy the contents of the CD somewhere else and run the

6   software somewhere else.

7         And so Rimini Street took Oracle's CDs that they

8   got either from their customers or sometimes they actually

9   asked their customers to request additional CDs from Oracle

10  for Rimini Street, and then copied the software off of the

11  CDs into what they called the software library.

12  Q.    The third item on the list is FTP server.  Can you

13  explain what that is?

14  A.    An FTP server is a specialized server for

15  transferring files over the Internet.

16        And in this particular case, this is an FTP

17  server that Oracle has up so that PeopleSoft customers can

18  get what are called patches.  These are small pieces of

19  software for making changes like bug fixes, for example, to

20  an existing installation.

21        And Rimini Street downloaded patches from the --

22  from Oracle's FTP server and stored them in a

23  noncustomer-specific way.

24  Q.    Are those patches installation media?

25  A.    They're not.  First of all, they're not media;

1160

```
1    right?  So you can't download a disk the same way you can't

2    fax a piece of fish; right?  You can only download the

3    bits.

4              So it's not media in the first place.  So in

5    this particular case it's also not installation software,

6    it's patches which are designed to modify software that has

7    already been installed.

8    Q.    The fourth item is Customer Connection.  Can you

9    explain what Rimini did there?

10   A.    So Customer Connection was at one point Oracle's

11   prime customer service website for PeopleSoft software, and

12   Rimini Street downloaded a large number of software patches

13   and pieces of documentation from Customer Connection and

14   stored them in a noncustomer-specific way.

15   Q.    The fifth category is Siebel SupportWeb.

16             Are you aware that Mr. Ravin testified earlier

17   that Rimini was using the Leads Customer Growth password to

18   access the Siebel support website and download all the

19   support materials and hand them to multiple customers?

20   A.    Yes, I am.

21   Q.    Is that the same conclusion you reached after your

22   own analysis?

23   A.    Yes, we also concluded that.

24   Q.    How many customers received copies of the Siebel

25   SupportWeb extract?
```

1   A.    So, in total, it was 18 that we saw evidence of.

2   Albridge Solutions, AMICA Mutual Insurance Company, Brandes

3   Investment Partners, Caterpillar, Doble Engineering

4   Company, DST Health Solution Services, Electric Insurance

5   Company, FileNet Corporation, or IBM, Galileo

6   International, Industrial Scientific Corporation, Medical

7   Protective, PepsiCo Shared Financial Services, Sam Houston

8   Electricity Cooperative, Ubid Holdings, also known as

9   Enable Holdings, USI - EDF Energy, Ventyx, Virginia Mobile

10  USA, and Wenger Manufacturing.

11  Q.    So we discussed those five categories of information

12  that Rimini obtained in a nonclient-specific manner, and

13  with regard to those five categories -- if you could put

14  the slide back up, that would be helpful.

15          With regard to those five categories, was this

16  information still on Rimini Street's systems at the time

17  you got the list of files that were still there?

18  A.    No.  In -- for every one of these categories, Rimini

19  Street had downloaded a significant amount of material from

20  Oracle, stored it in a noncustomer-specific way, or used it

21  in a noncustomer-specific way.

22          But then those materials -- at least for each of

23  these categories, at least some of those materials were

24  missing from Rimini's systems at the time the KDP data were

25  generated in April of 2011.

1162

1    Q.    And are these materials stored on individual
2    employees' personal computers, or where are they stored at?
3    A.    These were stored on a centralized server.
4    Q.    In addition to whatever materials were stored on
5    Rimini's central servers, did you identify any materials
6    that were stored on Rimini's internal employees' personal
7    computers?
8    A.    Yes.  There were also cases of Rimini Street
9    employees downloading PeopleSoft software and installing it
10   on individual laptops.
11   Q.    So let me change topics to the issue of automated
12   tools used to download.
13         You understand that Mr. Ravin testified earlier
14   that Rimini undertook a lot of downloading activity using
15   automated tools?
16   A.    Yes.
17   Q.    And did you assess those tools as part of your work
18   in this case?
19   A.    We did.
20   Q.    How did you identify the various tools that Rimini
21   Street used for downloading?
22   A.    Well, what we did was, as part of the case, Rimini
23   Street produced both the tools themselves and the log files
24   that the tools created when they ran.  They produced them
25   to us as part of the litigation.

1            So we analyzed both the software itself, and we

2    also analyzed the log files that the software had created.

3    Q.    Just to explain, when you say Rimini provided the

4    tools, what do you mean by that?

5    A.    I mean the tools are programs; right?  And so they

6    actually turned the programs over, and we looked at the

7    programs themselves.

8    Q.    And what, generally speaking, were the programs that

9    Rimini used to download material from Oracle?

10   A.    So, we have a list of them here.  It was the

11   Solutions Tool, the Continuing Documentation Tool, Updates

12   and Fixes Tool, Update Center Tool, and the Knowledge Base

13   Scan Tool.

14   Q.    Why did Rimini use different tools to download from

15   Oracle's different websites?

16   A.    Oracle has a lot of different kinds of materials,

17   and it keeps them on different servers under different

18   kinds of user interfaces, and so Rimini Street needed

19   different tools to download the different kinds of

20   material.

21   Q.    Generally speaking, how did these tools work?

22   A.    In general, what they did was they would -- each one

23   of these would log in to some Oracle server, provide a

24   credential if appropriate, if necessary.

25            And then usually the way it worked was they

1164

1    would simulate key presses and mouse clicks the way a user

2    would, except it would do them in a programmed way at high

3    speed in order to cycle through searching for and

4    downloading large volumes of Oracle material.

5    Q.    How many times were these programs run?

6    A.    On total, they were run thousands of times.

7    Q.    And how much information was obtained using these

8    materials?

9    A.    Between one and a half and two million documents and

10   files at least.

11   Q.    Do you understand that Mr. Ravin testified at trial

12   that he personally made the decision to use automated

13   tools?

14   A.    Yes.

15   Q.    And do you understand he testified that he

16   understood that Oracle's websites prohibited the use of

17   automated tools but he continued?

18   A.    Yes, I'm aware of that.

19   Q.    Did you and your team analyze Mr. Ravin's -- whether

20   he personally directed any use of any automated tools?

21   A.    We did.

22            MR. RINGGENBERG:  Your Honor, I move to admit

23   Plaintiffs' Exhibits 1256 to which I understand there's no

24   objection.

25            MR. DYKAL:  This is preadmitted?

1165

1    MR. RINGGENBERG:  It wasn't, but my

2    understanding is you have no objection to it.

3    MR. DYKAL:  No objection.

4    THE COURT:  It's admitted.

5    (Plaintiffs' Exhibit 1256 received into

6    evidence.)

7    BY MR. RINGGENBERG:

8    Q.    Mr. Hicks, I'm showing you Exhibit 1256.  Is this an

9    email you reviewed as part of your analysis?

10   A.    It is.

11   Q.    And were you able to identify whether this is

12   authorization for specific material you can determine is

13   downloaded?

14   A.    Yes.  As you can see here in this email that

15   Mr. Ravin writes to Mr. Chiu, he says that to service the

16   customer City of Eugene, that he should begin -- proceed

17   downloading using the automated toolsets.

18       And what we then -- we then looked at the log

19   files on the Oracle site, on the Oracle servers, and we

20   could see that in June and July of 2007 the user seth+ravin

21   downloaded more than 11,000 copies of PeopleSoft files to a

22   Rimini Street IP address using the customer credentials for

23   City of Eugene.

24   Q.    Were you able to determine where those files were

25   downloaded?

1166

1    A.    We were.  In the download box, it shows you the IP

2    address of the recipient of the files.

3              The IP address is kind of like your address on

4    the Internet.  It's the way that the Internet makes sure

5    that material intended for a particular computer or set of

6    computers ends up in the right spot.

7              So it's really a lot like an address, the same

8    way an address helps the mailman find your house.

9              And we tracked this IP address, 71.5.6.20, and

10   it's a Rimini Street IP address for their datacenter in

11   northern California.

12   Q.    One of the items that you discussed was the

13   knowledge base scan program.  How did that program work?

14   A.    The knowledge base scan tool, which is at the bottom

15   row there you can see, it was for collecting information

16   from a particular Oracle resource called knowledge

17   management.

18              What the knowledge base scan tool would do is it

19   would connect to the My Oracle website, navigate to the

20   knowledge management part of the website, and it would

21   programatically go through and try to download every

22   possible document ID within the entire possible range of

23   document IDs in an effort to capture every single document

24   and download every single document from the knowledge

25   management site.

1    Q.    You mentioned the document ID.  Can you just explain

2    for the jury what that is?

3    A.    Yes.  Oracle gives each of this -- of this kind

4    of -- piece of documentation a unique document ID number.

5    So by cycling through all of them, they were trying to

6    capture the entire body of Oracle documentation on

7    knowledge management.

8    Q.    And how did the traffic from Rimini's accesses to

9    this knowledge management system compare with the accesses

10   from Oracle's customers?

11   A.    So, we've got a slide for that.

12         What you can see here is the green lines show

13   the number of Rimini Street accesses per hour to the KM

14   server, and the purple line shows the number of accesses to

15   the KM server by everybody else on the website from around

16   the globe, so all the other Oracle users on at that time

17   combined.

18         So where the green line is higher than the

19   purple line, that means that Rimini Street's accesses are

20   more than everybody else, all of Oracle's other

21   international customers worldwide that are using the

22   website at the same time.

23         So you can see in some places the green line is

24   significantly higher, and at some of the peaks you can see

25   that at times Rimini Street's accesses were more than twice

1    as high than essentially all the rest of Oracle's customers

2    using the website at that time combined.

3    Q.    Do you understand those -- strike that, please.

4          Why did your analysis focus on Oracle's

5    knowledge management system?

6    A.    Two main reasons.  One is that the knowledge

7    management servers were the ones that suffered the most

8    significant problems as a result of Rimini Street's use of

9    automated tools, and also because the knowledge management

10   servers had some additional special logging that allowed us

11   to do some special analysis and quantify the impact of some

12   of this automated activity.

13   Q.    Do you understand that Mr. Ravin testified that

14   Rimini's downloading during this time was the project that

15   officially ignited the legal battle between Rimini and

16   Oracle and was the critical event?

17   A.    Yes, I heard that.

18   Q.    Now, are you aware that Rimini's counsel argued at

19   opening, and put up a slide, and claimed that Rimini's

20   processes have never harmed Oracle?  So if we can get the

21   slide?

22   A.    Yes.

23   Q.    And based on your analysis of the incidents around

24   the KM server, do you agree that these processes did not

25   harm Oracle?

1169

1    A.    I don't.  In my opinion, the evidence is pretty

2    clear that they harmed Oracle significantly.

3    Q.    What kind of computers did Rimini run the knowledge

4    base that -- what kind of computers did Rimini use to

5    access the knowledge management system?

6    A.    So Rimini used what are called virtual machines.

7    You may remember about a week ago Dr. Davis talked about

8    virtual machines.

9              A virtual machine is that, instead of just using

10   an individual computer, if you have a big, powerful

11   computer, you can create a virtual computer inside it and

12   you can create several virtual computers inside it.

13             Each one of them acts like a regular computer,

14   you know, it runs an operating system, it runs software,

15   but it's actually -- it's not a physical computer, it's a

16   virtual computer within a larger computer.

17   Q.    And how many virtual machines at a time did Rimini

18   use to access the knowledge management system?

19   A.    So at its peak, Rimini actually created 9, 10, 11,

20   12 of these virtual machines, each one of which was doing

21   nothing other than running knowledge base scan, grabbing

22   Oracle documentation as fast as it could from the KM

23   server.

24             So you would have at times 9, 10, 11, 12 of

25   these all running at the same time, all trying to grab as

1    much Oracle documentation as they could as fast as they

2    could.

3    Q.    And can you explain what the green and red lines on

4    this graph mean?

5    A.    Yeah.  So the red line is the number of virtual

6    machines that Rimini was running that were accessing the KM

7    server.

8              And the -- if you look on the vertical axis on

9    the right side, it says VMs hourly, that's the number of

10   virtual machines per hour that were in operation, that

11   Rimini Street had in operation accessing the KM system.

12             And the green line shows the number of Rimini

13   Street accesses to the KM system, and the axis for that is

14   on the left side where it says accesses per hour.

15             So as you can see, as Rimini Street ramped up

16   the number of virtual machines that they were running, then

17   the number of accesses to the KM system ramped up as well

18   and spiked up as well.

19   Q.    There's a call-up box that has a quote attributed to

20   Mr. Baron.  What is that?

21   A.    That comes from an email that Mr. Baron wrote, so

22   this November timeframe is when Rimini was trying to

23   extract a full set of documentation on behalf of the XO

24   clients.

25             And it says there the XO knowledge base extract

 1    was performed on 10 VMs, VM is virtual machine, pretty much

 2    around the clock.

 3              And if you look there, for example, at that

 4    plateau in the middle, you can see there's clearly a period

 5    when there are ten virtual machines running around the

 6    clock collecting information from KM.

 7    Q.    On the right there's a box, another call-up box.

 8    Can you explain what that one is, please?

 9    A.    Yeah, so that's the time that Oracle system

10    administrators actually felt the need to block the Rimini

11    Street IP address.

12              This volume of traffic is very, very unusual,

13    and it actually created significant problems for the Oracle

14    servers.

15              And, you know, under those circumstances, I

16    mean, patternwise this could be actually an attack on the

17    Oracle systems.  It looks a lot like it because of the

18    volume of traffic and the problems it's creating.

19              And so, as you can imagine, the Oracle system

20    administrators whose job it is to keep this system

21    available all the time to Oracle customers were really

22    worried and concerned about this and were desperately

23    trying to come up with a way to prevent further problems.

24              And so they actually used a measure that is

25    frequently used when you're suspecting an attack which is

1172

1    that you block an IP address entirely.  It's sort of like

2    blocking a phone number if someone keeps calling you, only

3    it's obviously much more complicated and extreme for an

4    organization like Oracle.

5              But basically what they did was they had to take

6    this particular IP address of Rimini's and block it

7    completely so that no more traffic could reach their

8    servers from that address.

9    Q.    Did -- and you mentioned the harm that this was

10   causing on Oracle systems.  What type of harm was seen on

11   Oracle systems from these accesses?

12   A.    There are two major categories of harm we looked at.

13   One was something called database deadlocks that were

14   created, and another was just a slow-down effect on other

15   customers as a result of the high volume of traffic.

16   Q.    What is a database deadlock?

17   A.    So, a database is a big storage of data, and you

18   have software that can, you know, read the data and make

19   changes to the data.

20             And the whole idea behind a database is you can

21   store a ton of data and you can get at it really quickly

22   and you can make changes to it really quickly.

23             A database deadlock occurs when two different

24   processes try to grab or make changes to the same piece of

25   data, and there's a relationship of some kind between those

1173

1    two processes that means that neither one of them will give

2    up before it's completed, but neither one of them can

3    complete because the other guy's also got it, and they just

4    sit there stuck indefinitely.

5            What happens is that the processes themselves --

6    of course, those are computer resources; right?  And as

7    more and more of these deadlocks mount, you have more and

8    more computer resources that are tied up just waiting

9    around, they're not going to give up, they're not going to

10   quit, they're just going to sit there and -- for a very,

11   very, very long time, and, as a result, the server starts

12   to get exhausted of resources because so much of it is tied

13   up in these -- in these -- kind of these processes that are

14   fighting with each other over getting access to particular

15   pieces of data.

16   Q.    Did the Rimini accesses in November of 2008 to the

17   KM system cause database deadlocks?

18   A.    They did.

19           So we've taken the previous graph, and now we've

20   added here a blue line showing the number of deadlocks that

21   were happening on the Rimini system -- I'm sorry, on the

22   Oracle system.  Excuse me.

23           So you've got the Rimini virtual machines in

24   red, you've got the Rimini accesses to the KM system in

25   green, and now you've got the database deadlocks occurring

1174

1    in blue.

2              And, as you can see, everywhere where the Rimini

3    virtual machines ramp up and the Rimini accesses ramp up,

4    so do the deadlocks.

5    Q.    What problems did these deadlocks cause from a user

6    point of view?

7    A.    In this November timeframe, they were actually --

8    Rimini's -- I'm sorry, Oracle's servers were actually

9    having problems with the interface to customers.  Instead

10   of actually giving customers documents, it was returning

11   errors.

12   Q.    Just to make sure we understand, if I'm a user, and

13   I'm trying to find a patch or fix a problem on my system,

14   and I went on to KM during this time period, what might I

15   see?

16   A.    You might have tried to search for a document, but

17   when you tried -- when you tried to search for that

18   document or retrieve the document, instead of finding it,

19   you would have gotten an error.

20   Q.    Did this only affect the user who was creating the

21   deadlock?

22   A.    No.  So the problem is that because what's happening

23   is the entire server resource -- you know, the entire

24   server resource is being starved of resources, those

25   resources aren't available, not just for the user that's

1175

1     doing the crawl, but for all the other users too.

2     Q.    How do you know that it was Rimini's downloading

3     that caused these deadlocks?

4     A.    Two main reasons.  One, you know -- and if you look

5     at this graph it helps explain it, which is these deadlocks

6     occurred -- there are two tables that are deadlocked.  One

7     was called Orion Recent Searches, the other was called

8     Orion Recent Downloads.

9           And those two tables only deadlocked when Rimini

10    was doing a crawl, and they deadlocked a lot when Rimini

11    was doing a crawl.

12          And also, if you took the specific request that

13    caused the deadlock and you tracked it all the way back,

14    you could see that it was always a Rimini crawl that was

15    making the specific request that triggered the deadlock as

16    well.

17    Q.    Did Rimini's crawls end in November 2008?

18    A.    They didn't, and there's another big period of it in

19    December from the 3rd to the 22nd.

20          Once again, you can see the red line showing the

21    virtual machines rising up over 10, and, once again, you

22    see the green axis spiking up dramatically.

23          In this particular case, we also see another IP

24    address being blocked, but Oracle tried again to block an

25    IP address, this time a different Rimini Street IP address,

1176

```
 1   and that's why you see the dip down, the virtual machines
 2   can no longer access the server.  But, of course, some
 3   period of time later the crawling resumes.
 4   Q.   And did the crawling in this period also cause
 5   database deadlocks?
 6   A.   It did.  In this particular case it caused a lot
 7   more.  In fact, if you look at the axis on the right side
 8   said, it says deadlocks hourly, and the axis is actually --
 9   the scale is actually changed on that axis because this
10   time around the nature of the crawling actually drove the
11   deadlocks through the roof.
12        You can see there are over a thousand deadlocks
13   an hour.  That is a huge number of database deadlocks.
14   Q.   And did the crawls end in December 2008?
15   A.   They did not.  There's another big batch in January
16   from the 8th to the 13th.  So by now we're all familiar
17   with the colors.  We've got the virtual machines in red and
18   we've got the accesses in green --
19        THE COURT:  Let me interrupt here.  Before we go
20   to the testimony concerning the January 2009 timeframe,
21   it's probably a good time to take our morning break.
22        So, ladies and gentlemen, I'll remind you of the
23   admonition not to discuss the case or allow it to be
24   discussed in your presence, to keep an open mind until
25   everything is before you, and we'll take our morning break
```

```
 1    at this time for up to 15 minutes or a little longer if
 2    necessary for you.
 3              And at this time we'll take our morning break.
 4    You can go ahead and step down.
 5              COURTROOM ADMINISTRATOR:  Please rise.
 6         (Recess from 9:52 a.m. until 10:11 a.m.)
 7         (In the presence of the jury.)
 8              COURTROOM ADMINISTRATOR:  Court is again in
 9    session.
10              THE COURT:  Have a seat, please.
11              The record will show that we are in open court,
12    the jury is all present, counsel and the parties are
13    present.
14              And, Mr. Ringgenberg, you may proceed with your
15    examination.
16              MR. RINGGENBERG:  Thank you, Your Honor.
17    BY MR. RINGGENBERG:
18    Q.    Mr. Hicks, we were just discussing the continued
19    crawling in January of 2009.  We were going a little quick
20    before.  Can you just re-explain to the jury what each of
21    the three lines on that graph represent?
22    A.    Sure.  So you've got the red line which shows how
23    many virtual machines Rimini Street was operating that were
24    accessing the KM server, and it's the vertical axis on the
25    right shows you the number of VMs per hour.  That is over
```

1    here.

2            And then on the green line is the number of

3    Rimini Street accesses to the KM system, and those are

4    shown over here on the left side.

5            The blue line is the number of deadlocks, the

6    number of deadlocks per hour being created.  And, again,

7    that's also on that axis over there.

8    Q.    So just to make sure I understand the chart correct,

9    is it that the periods where the red lines go up in the

10   air, Rimini had approximately 10 virtual machines

11   downloading Oracle material over and over again, and that

12   caused the number of accesses in green to spike; is that

13   right?

14   A.    That's right.  And then that in turn caused the

15   number of deadlocks in blue to spike on the Oracle servers.

16   Q.    Did that have any impact on the operation of Oracle

17   servers in this time period?

18   A.    In this time period it had a very profound impact on

19   the servers.

20           The deadlocks mounted -- especially in this

21   first time period, the deadlocks mounted very rapidly and

22   the machine became -- some of the machines became starved

23   for specific kinds of resources, and ultimately the system

24   was no longer -- you know, it was no longer providing

25   useful access to customers, and Oracle system

1179

1    administrators and database administrators had to

2    intervene.

3    Q.    What did they have to do?

4    A.    Well, they tried to restart various pieces of

5    software on the server, and ultimately they had to take one

6    of the servers and actually reboot the entire computer,

7    which, for a high availability server like this, is an

8    extreme measure.

9    Q.    From a user point of view, if I was an Oracle

10   customer who was trying to get information out of the

11   system to support my mission-critical applications, what

12   would I have seen during this time period?

13   A.    There's a window of more than three hours when you

14   would simply have not been able to access the entire KM

15   system.

16   Q.    Do you mean to say that Oracle system was crashed by

17   simply 10 computers accessing it?

18   A.    No, not at all.  In fact, Oracle's system is -- has

19   been tested -- they've done simulated tests with thousands

20   of parallelized users, but Oracle system was crashed by 10

21   virtual machines hitting the system as fast as they could

22   using the same user ID which is part of what contributed to

23   these deadlocks and grabbing data as fast as they could.

24   Q.    And what happened -- after Oracle rebooted the

25   server, what happened to Rimini's crawling after that?

1    A.    Well, you can see it in the second call-up box, the
2    red virtual machines rise back up again, the green rises
3    back up again, and the blue rises up again too.  This is
4    some -- you know, a few hours later, essentially.
5    Q.    Were you able to identify the list of customer IDs
6    that Rimini used in accessing the KM system in the
7    November 2008 to January 2009 timeframe?
8    A.    We were.
9    Q.    How were you able to do that?
10   A.    Well, what we did was we looked at any accesses
11   coming from Rimini Street IP addresses that were more than
12   a thousand accesses per hour, and those are the ones that
13   we categorized as being part of a Rimini crawl, and from
14   there we tracked back and saw which customer credential was
15   being used to perform the accesses.
16   Q.    And how many accesses per hour did each of these
17   ID -- were each of these IDs used for at a minimum?
18   A.    At least a thousand per hour.
19   Q.    And which customer IDs were ultimately used as part
20   of this KM crawl?
21   A.    In total, the IDs for Access Intelligence, Dick's
22   Sporting Goods, Genesis HealthCare, Giant Cement Holding,
23   Harte Hanks Response Management, Johnson Outdoors, Kansas
24   City Board of Public Utilities, Sphereon Corporation,
25   Teleroute, XO Communications Services and Yum Restaurant

1   Services Group.

2   Q.    All in all, how many deadlocks did the Rimini crawls

3   cause in Oracle systems in this three-month period?

4   A.    More than 184,000 deadlocks.

5   Q.    Are you aware that Mr. Ravin testified that on or

6   around November 25th he instructed his team to work on

7   nights and weekends in order to shift the burden on Oracle

8   systems to that work?

9   A.    Yes, I am.

10  Q.    Did you analyze whether the downloading activity

11  reflected such a shift?

12  A.    I did.

13  Q.    And what did you conclude?

14  A.    Well, so, what we've done here is we took the

15  two-month period before November 24th, 2008, and then the

16  two-month period after November 25th, 2008, and for each of

17  them we just added up how many weekday downloads -- or

18  accesses there were versus how many weekend accesses.

19          And you can see before November 25th, the blue

20  box shows you how many weekday accesses there were, and

21  there were virtually no weekend accesses, and after

22  November 25th, it's true, you see a big increase in weekend

23  activity but you also see a doubling of weekday activity.

24          So it wasn't so much that there was a shift from

25  weekdays to weekends, as there was an increase in both.

1     Q.    So what about Mr. Ravin's testimony that work was

2     shifted from during the work hours to evenings?  Did you

3     find evidence about whether or not that was accurate?

4     A.    So, again, the same basic analysis.  What we saw was

5     before November 25th, the daytime is in blue, the nighttime

6     is in red, and so you've got a certain amount of daytime

7     and nighttime activity.

8          After November 25th, what you have is simply a

9     lot more of both.  You certainly have more nighttime, but

10    you also have more than twice as much daytime.

11         So, again, it was not so much a shift of day to

12    night as it was an increase in both categories.

13    Q.    What ultimately can you conclude or do you conclude

14    about whether Mr. Ravin's statement about the shifted

15    downloading from weekdays during the week working hours to

16    nights and weekends?

17    A.    To me the data don't indicate that.  What they

18    indicate is that after November 25th, in both categories,

19    day versus night, weekday versus weekend, you simply had an

20    increase in both sets of activities.

21    Q.    So aside from the fact that some users received

22    error messages rather than the information they were

23    looking for, and aside from the fact that the server was

24    entirely crashed for a period of time, was there any other

25    impact on Oracle's systems from Rimini's accessing of KM,

1       the KM database during this time period?

2       A.     There was.  In addition, searches in particular is

3       something that we could track how long they were taking

4       because the KM system actually records exactly when a

5       search starts and exactly when it finishes.

6              And so we were able to track what the effect of

7       the 10 or 12 additional extra searches at the same time

8       were having on users.

9       Q.     And what conclusion did you reach about that?

10      A.     So what we did here is we were able to track during

11      the time period how long does it on average take to

12      complete a search for an Oracle customer for a given number

13      of users on the system who are doing searches in parallel.

14             So let me sort of explain that for a minute.

15             At any given moment there are a lot of users on

16      the Oracle system, but at any given instance in time, a

17      relatively small number of them are doing a search at the

18      exact same time, typically between three and ten.

19             So you pick a second in the day, there are

20      probably three to ten Oracle users doing a search, the rest

21      of the time they're clicking on links, they're reading

22      documents, they're doing other things.

23             Like if you go to, you know, a shopping website

24      you might do a few searches, and a lot of time you spend

25      looking at the products.

1184

1          So what you have here is on the red line we've

2     graphed how fast searches complete for users for a given

3     number of users searching in parallel at that time.

4          So if five users are searching at the same time

5     over here, then we look at where this intersects here, and

6     we can see that that's about where the red line intersects

7     there, that means it's taking each of those searches about

8     five seconds.  The number of seconds are over here.

9          And if you've got ten parallel users, ten users

10    searching at the exact same moment, then it's slower

11    because they have to share the search capability of the

12    server, so that's over here, we look at where the ten --

13    mine just went blank.

14          There we go.  That's better.

15          So if you've got ten searches going on at the

16    same time, because they have to share the server, it's

17    going to be a little bit slower.  If you look at where the

18    ten intersects the red line, it's at about 8 seconds.

19          So, and as you can see, if you've got 15 people,

20    which would be an unusually -- you know, somewhat unusually

21    high load, then that would be taking it on average over

22    here, so it would be taking them about 12 seconds each to

23    complete their searches.

24    Q.   So is it correct the more people searching at a

25    time, the slower the response?

1185

1    A.    Right.

2    Q.    And so what impact, did 10 or 12 Rimini virtual

3    machines, each doing searches as quickly as possible, have

4    on the operation that other users would see?

5    A.    Well, what we did is we applied these extra lines to

6    show, you know, essentially what happens if you had 10

7    additional searches at the same time, or if you had 12

8    additional searches at the same time.

9          And so, for example, if we look at 10, we said

10   earlier that they were finishing in at about -- if you had

11   10 ordinary users searching at the exact same moment, their

12   searches are completing about eight seconds each.

13         But, then, if you have 10 additional searches

14   happening at the same time, for example, from 10 virtual

15   machines that are doing nothing but searching as fast as

16   they can, then you would be more like 21, 22 seconds, and

17   if you have 12 of them, you're up here, and so you're more

18   around like 25 seconds each.

19         And at 15, if you already had a higher load and

20   you were, say -- ordinarily you would be doing -- you were

21   getting your searches back in about 12 seconds, if you have

22   12 additional search threads, it's taking you more like --

23   up here, it's taking you more like 41, so almost 30 seconds

24   slower per search.

25   Q.    So from the point of view, if I'm a user on the

1186

1    system trying to find information I need for my business,

2    my nonprofit or whatever, explain to me the difference that

3    that user would see on their end if Rimini were doing the

4    search activity versus if Rimini was not doing the search

5    activity?

6    A.    Well, the searches are completing slower, and keep

7    in mind these are averages.  So if we're talking about a

8    search changing from 12 to 30 seconds, that's on average.

9         Some of those users, the searches are going much

10   slower, and for some of those users -- there's some

11   relatively small number of users who are getting hit really

12   hard, and their searches are taking, like, more than two

13   minutes, and some of them are not experiencing nearly as

14   much of an impact.  On average it's, like, say, 30 seconds

15   difference.

16        And so what you're having is essentially a

17   situation in which the server appears to be a lot slower.

18   It reflects poorly on Oracle for people who are trying to

19   get documents that are trying to help them solve the

20   problem on the computer systems that their employer pays

21   them to maintain, it's frustrating, and it's not a good

22   thing.

23   Q.    So in total, looking at the deadlocks and the impact

24   of the deadlocks and the slowdown, what conclusions have

25   you drawn about the impact that Rimini's accessing the KM

1187

1    system had on the operation of Oracle systems?

2    A.    When you look at the totality of this, what this

3    tells me is something incredibly unsurprisingly, which is

4    that if you've got a company that creates 10 virtual

5    machines or more, that are downloading as fast as they can

6    from a server, that that has a negative impact on the

7    servers, it has a negative impact on the IT staff, and it

8    has a negative impact on the customers.

9                MR. RINGGENBERG:  Thank you, Mr. Hicks.

10               THE COURT:  Cross-examination Mr. Dykal.  Go

11   ahead, please.

12                         CROSS-EXAMINATION

13   BY MR. DYKAL:

14   Q.    Good morning, Mr. Hicks.

15   A.    Good morning.

16   Q.    Do you understand that PeopleSoft is ERP software?

17   A.    Yes.

18   Q.    Do you understand that Siebel is ERP software?

19   A.    Yes.

20   Q.    And the same for JD Edwards, do you understand that

21   that's ERP software?

22   A.    Yes.

23   Q.    Isn't it true that you do not consider yourself an

24   expert in ERP software?

25   A.    Yeah.  I don't consider myself an expert in

1188

```
 1   installing or running ERP software.
 2   Q.    And, in fact, before becoming involved in this case,
 3   you had no experience using PeopleSoft, true?
 4   A.    Yes, that's true.
 5   Q.    And, similarly, you had never used JD Edwards;
 6   correct?
 7   A.    Yes, that's right.
 8   Q.    And the same goes for Siebel; right?
 9   A.    Yes.
10   Q.    Do you understand that there's a large number of
11   license agreements in this case?
12   A.    Yes.
13   Q.    You didn't look at those license agreements, did
14   you?
15   A.    That's correct.
16   Q.    And so you have no opinion on whether or not it's
17   proper for a licensee to receive files that you deemed
18   outside support; right?
19           MR. RINGGENBERG:  Objection; scope, Your Honor.
20           THE COURT:  It is beyond the scope.  The
21   objection is sustained.
22   BY MR. DYKAL:
23   Q.    I'd like to talk a little bit about your opinions
24   regarding the slowdowns.
25   A.    Okay.
```

1189

1    Q.    So it's your opinion that when Rimini was

2    downloading, the response times were increased from 10 to

3    20 seconds; is that right?

4    A.    Well, depending on how many ordinary users were on.

5    The average response times were increased varying amounts

6    ranging from 10 to, oh, 30 seconds, depending.

7    Q.    And you're aware in opening counsel for Oracle

8    referenced that 20-second slowdown?  There was a stopwatch

9    that ticked down?

10   A.    I'll take your word for it.

11   Q.    I'd like to talk about how you came up with that

12   result.

13          Now, the model you used to come up with that

14   result assumed that a given search consumes its share of

15   server resources for its entire life, true?

16   A.    Yes.

17   Q.    But isn't it true that a search would not

18   necessarily be consuming an entire set of resources for the

19   server?

20   A.    I'm sorry.  Can we ask the question -- it

21   didn't quite make sense to me.

22          Isn't it true that the search wouldn't be

23   consuming the entire resources for the server?  Okay.  So,

24   for sure, a single search won't consume the resources for

25   an entire server.

1   Q.   So the answer to my question is yes, that's true?
2   A.   I'm not sure I understood the question.  It didn't
3   make sense to me.
4   Q.   Do you recall being deposed in this case, sir?
5   A.   I do.
6   Q.   Do you have a copy of your deposition transcript?
7   A.   I don't think I do.
8        MR. DYKAL:  May I approach, Your Honor?
9        THE COURT:  Actually, there should be a
10  transcript available to the court clerk and she will bring
11  it to him.
12       MR. RINGGENBERG:  Your Honor, I don't think
13  there's any basis -- foundation has been laid for any
14  impeachment at this point.
15       THE COURT:  Okay.  Do you have a section you'd
16  like to direct the Court's attention to, Mr. Dykal?
17       MR. DYKAL:  Yes, Your Honor.  Page 127, starting
18  at line 14.  I have copies if you'd like.
19       COURTROOM ADMINISTRATOR:  Did you provide the
20  original?
21       THE COURT:  Normally the transcripts are lodged
22  with the court clerk before we begin the testimony, but
23  I'll allow you to give the excerpts to my court clerk and
24  perhaps we can deal with it from there.
25       MR. DYKAL:  I apologize, Your Honor.

1   BY MR. DYKAL:

2   Q.   So if you look at page 127 --

3        THE COURT:  Wait a minute.  We have an

4   objection.

5        You're going to have to lay some greater

6   foundation because that essentially was what I understood

7   his testimony to be.

8        MR. DYKAL:  I can move on, Your Honor.

9        THE COURT:  All right.

10  BY MR. DYKAL:

11  Q.   So in coming up with that 10 to 20-second result,

12  you selected something called the time-weighted harmonic

13  mean; is that right?

14  A.   Yeah, that's sort of a statistical way to explain

15  it.  That's the statistical term for it.

16  Q.   Mr. Hicks, are you familiar with averages?

17  A.   Yes.

18  Q.   And that's the thing where you add up the numbers

19  and divide it by how many numbers there are?

20  A.   Yes.

21  Q.   Are you aware that after you served your report,

22  Rimini hired their own expert to take a look at what you

23  did?

24  A.   Yes.

25  Q.   And are you aware that Rimini's expert ran your

1   analysis using an average?

2   A.    I'm sorry.  Are we talking about the Klausner report

3   now?

4   Q.    Yes?

5   A.    No.  You have to show me the Klausner report.  He

6   had a lot to say about that model, and he also offered a

7   different one.

8   Q.    Let me ask this.  After you received a copy of the

9   Klausner report, you went back and ran an analysis using

10  the average, do you recall that?

11  A.    I mean, the average -- the mean is the same as an

12  average.  Those two are the same thing.

13  Q.    When you ran the average, you found that the

14  slowdown was 2.4 seconds; right?

15  A.    I'm sorry.  You're really going to have to put

16  something in front of me.  I'm not sure what you're talking

17  about.

18           MR. DYKAL:  Can I refer to the deposition

19  transcript, Your Honor?

20           THE COURT:  Yes.

21  BY MR. DYKAL:

22  Q.    If you look at page 158, lines 20 through 25?

23           And in this you're discussing Exhibit 11, which

24  was to your rebuttal report.  And the question,

25           "Can you explain to me what's shown on

1    Exhibit 11, please?

2            "ANSWER:  I believe this is summarizing across

3    all of the intervals, the average search time, the

4    average -- the median search time."

5            And then you explain a little more detail.

6            If you skip down to the next question,

7            "So when you totalled the analysis provided on

8    Exhibit 10, you found that the average increase was 2.4

9    seconds?

10           "ANSWER:  Yes."

11           Do you see that?

12   A.   Yes.  Hang on a second.  I just want to take a quick

13   look.

14           I think this is talking about -- I believe this

15   is talking about Rimini's expert created a different model

16   that I believed was very flawed, and it was -- what we

17   did -- what I did was we made certain corrections to it,

18   like, really basic, what we thought were very basic

19   corrections to it.

20           It's not -- I still don't believe that that was

21   the correct way to approach the problem, but once we had

22   made those corrections, then we found under that

23   analysis -- then I think Exhibit 11 was what the results

24   were under that model when it had been corrected, although,

25   as I make it clear in the deposition, I still think that

1194

1    that model is wrong even once you fix his most glaring

2    errors.

3    Q.    And then after you made those corrections, you tried

4    the median as well, and you came up with an average

5    increase of 1.09 seconds; correct?

6    A.    Yes, for a model that I still believe is incorrect.

7    Q.    Now, you were discussing Rimini Street's use of

8    automated tools during November 2008, December 2008, and

9    January 2009.  Do you recall that?

10   A.    I do.

11   Q.    Is it correct that you have no evidence that Rimini

12   Street was running its knowledge base scan program other

13   than in those three months?

14   A.    I think that's right.  November through end of

15   January, I believe that's correct, yes.

16   Q.    Thank you.  So I'd like to talk a little bit about

17   those deadlocks you were talking about.  Do you recall

18   that?

19   A.    I do.

20   Q.    I'd like to make one thing clear.  You are not --

21   you don't have the opinion that Rimini caused physical harm

22   to Oracle's servers; is that right?

23   A.    I don't.

24   Q.    Now, you did testify that there was an incident in

25   January 2009 that caused downtime; is that right?

1195

```
1    A.    Yes.
2    Q.    That's the only incidents -- instance you're aware
3    of; correct?
4    A.    That's the only time I'm aware of the server
5    actually being completely down, yes.
6    Q.    Isn't it true that that downtime occurred in the
7    middle of the night?
8    A.    It occurred in the middle of the night Pacific time.
9    Oracle's a global company.  It occurred in the late morning
10   Europe time and in the middle of the day Asia time, but,
11   yes.
12   Q.    And then you testified that Oracle resolved that
13   problem by rebooting the server; correct?
14   A.    Yes, total downtime in excess of three hours.
15   Q.    Mr. Hicks, how much were you paid by Oracle to work
16   on this case, your company?
17   A.    I actually don't know.
18   Q.    Do you recall in your deposition testifying that it
19   was between one million and $4 million?
20   A.    Yeah.  That wouldn't surprise me if that's the
21   range.
22             MR. DYKAL:  I have no further questions.
23             THE COURT:  All right.
24             Redirect examination?
25
```

1196

                         REDIRECT EXAMINATION

1   BY MR. RINGGENBERG:

3   Q.    Mr. Hicks, you were asked a few questions about your

4   review of the work that Mr. Klausner did.  Do you recall

5   that?

6   A.    I do.

7   Q.    You made some what you called corrections to glaring

8   errors in Mr. Klausner's model.  Even with those

9   corrections, do you believe those are an appropriate way to

10  measure the impact that this crawling activity had on

11  Oracle's servers?

12  A.    No, I really don't.

13        The way that we did it, which is just measuring

14  very precisely when you have different numbers of

15  simultaneous searches going on, how much does that affect

16  how fast the search is complete, that's the correct way to

17  analyze this.

18  Q.    And is it correct that Mr. Klausner used a simple

19  mathematical mean?

20  A.    He did.

21  Q.    And why is that wrong?

22  A.    Well, a number of reasons.  But in particular, the

23  problem is that by selecting by -- sort of cherry-picking

24  specific days, he essentially allowed -- chose averages

25  that were very favorable to Rimini Street.

1    Q.    And if you -- even allowing that -- under your

2    overall methodology, did you reach a conclusion about

3    whether or not there was an impact on Oracle systems?

4    A.    Yes.  I mean, even if you take this model, which I

5    really believe is fundamentally flawed, but if you correct

6    just the most glaring mistakes that even that model shows,

7    there was measurable impact on Oracle's search performance

8    when Rimini was crawling.

9                MR. RINGGENBERG:  Thank you.

10                THE COURT:  Recross?

11                MR. DYKAL:  No further questions.

12                THE COURT:  Thank you, Mr. Dykal.

13                Mr. Hicks, that will complete your testimony.

14    You may step down.  Thank you.

15                THE WITNESS:  Thank you, Your Honor.

16                THE COURT:  Ms. Dunn, Oracle's next witness?

17                MS. DUNN:  Thank you, Your Honor.  Oracle calls

18    David Renshaw.

19                COURTROOM ADMINISTRATOR:  Please raise your

20    right hand.

21                You do solemnly swear that the testimony you

22    shall give in the cause now before the Court shall be the

23    truth, the whole truth, and nothing but the truth, so help

24    you God?

25                THE WITNESS:  I do.

1198

1          COURTROOM ADMINISTRATOR:  Please be seated.

2          Please state your name and spell it for the

3     record.

4          THE WITNESS:  David Renshaw.  That's

5     R-e-n-s-h-a-w.

6          COURTROOM ADMINISTRATOR:  Please tell us your

7     city and state of residence.

8          THE WITNESS:  Bristol in the UK.

9          THE COURT:  All right.  Ms. Dunn, go ahead,

10    please.

11         MS. DUNN:  Thank you, your Honor.

12                    DAVID RENSHAW

13          called as a witness on behalf of the

14       Plaintiffs, was examined and testified as follows:

15                  DIRECT EXAMINATION

16    BY MS. DUNN:

17    Q.   Good morning, Mr. Renshaw.  How are you?

18    A.   Good morning.  I'm good, thanks.

19    Q.   All right.  So I know you're a little bit soft

20    spoken, so I'm going to ask you to speak into the

21    microphone, if you could do that.

22          Where do you live?

23    A.   Bristol in the UK.

24    Q.   And where do you work?

25    A.   I work for Oracle UK.

1199

1   Q.   What do you do at Oracle?

2   A.   I'm a senior database administrator.

3   Q.   You're a database administrator?

4   A.   Yes.

5   Q.   Great.  When did you first start your work at

6   Oracle?

7   A.   I started at Oracle in 1998.

8   Q.   And before that, what did you do?

9   A.   I -- for two years prior to that I worked for a

10  company called Enterprise as a database administrator.

11  Q.   And before that?

12  A.   Prior to that, from 1988, I worked for the Ministry

13  of Defense in the UK, again as an database administrator.

14  Q.   It helps the court reporter a lot if you just lean

15  into the mic a little bit and yell.

16        Okay.  Database administrator.  Is that a

17  technical position?

18  A.   Yes, it is.

19  Q.   Do you make any business decisions for Oracle?

20  A.   No, I don't.

21  Q.   Do you have any contact with customers?

22  A.   No, I don't.

23  Q.   Do you work from home?

24  A.   Yes, I do.

25  Q.   Does anyone work there with you?

1    A.    No.

2    Q.    Do you interact with Oracle employees in person very

3    often?

4    A.    No, because I work from home.

5    Q.    Okay.  So how do you interact with them generally?

6    A.    We either use email or instant messenger.

7    Q.    And did you come all the way from England to testify

8    here today?

9    A.    Yes, I did.

10   Q.    Mr. Renshaw, I know you're a little nervous today

11   about your testimony.  Have you testified in court before?

12   A.    No, I haven't.

13   Q.    Okay.  You're hoping we keep it kind of short?

14   A.    Yes, please.

15   Q.    All right.  I'll do my best.

16         In that spirit, I'd like to ask you some

17   questions about a very limited time period, about November

18   of 2008 until January of 2009.  During that period were you

19   working at Oracle as a senior database administrator?

20   A.    Yes, I was.

21   Q.    Okay.  And prior to November of 2008, had you ever

22   heard of a company called Rimini Street?

23   A.    No, I hadn't.

24   Q.    Okay.  If you remember, how did you first learn

25   about Rimini Street?

1    A.    It was when we had issues with the knowledge

2  management system that we look after in November 2008.

3    Q.    What's a knowledge management system?

4    A.    It's the system that customers can use to -- if they

5  are using Oracle products and they have issues with the

6  product, they can log on to the knowledge management system

7  and look at support documentation about those products.

8    Q.    So essentially is it a support website?

9    A.    Yes, it is.

10    Q.    And who can access those support documents?

11    A.    Customers who have support contracts can look at the

12  documents and also the support analysts that support

13  customers can look at the documents as well.

14    Q.    Okay.  And you said that there were some issues with

15  the knowledge management system in November of 2008.  What

16  were those issues?

17    A.    They -- the knowledge management system became

18  partly unavailable.  It was giving strange errors when

19  people were trying to use it.

20         And to access the system, there's a tab in the

21  web page that you have to click on to get to the system,

22  and the tab disappeared at some point.

23    Q.    Were you personally involved in the investigations

24  by Oracle concerning Rimini Street's actions between

25  November 2008 and January 2009?

1   A.    Yes, I was.

2   Q.    And during that time, did Rimini Street's actions

3   harm Oracle's computer systems?

4   A.    Yes, they did.

5   Q.    How so?

6   A.    They made a system unavailable to customers and

7   analysts internally.

8   Q.    When you say unavailable, what do you mean?

9   A.    As I said before, they were unable to access the

10  knowledge management tab, and people were getting strange

11  Java errors when they were trying to use the system.

12  Q.    Okay.  Strange Java errors; right?

13  A.    Yes.

14          MS. DUNN:  Okay.  So you should have a binder

15  right in front of you.  And I'll ask you to turn to

16  Plaintiffs' Exhibit 665.

17          I understand there to be no objection to this

18  exhibit, Your Honor.

19          MR. DYKAL:  No objection.

20          MS. DUNN:  Okay.  We move to admit Plaintiffs'

21  Exhibit 665, and we'd like to publish to the jury.

22          THE COURT:  It's admitted.  You may publish.

23          (Plaintiffs' Exhibit 665 received into

24          evidence.)

25

1    BY MS. DUNN:

2    Q.    Mr. Renshaw, I'm showing you a document which is

3    titled Root Cause Analysis For KM Outage, and the date is

4    November 20th of 2008.  So, first of all, KM stands for

5    knowledge management; right?

6    A.    Yes, it does.

7    Q.    Okay.  And that's the support website we just

8    discussed?

9    A.    Yes.

10   Q.    What is a root cause analysis?

11   A.    So at Oracle we have a process that if there is an

12   unscheduled outage on our production system, after the

13   outage has been resolved, we then have to create a root

14   cause analysis document, and basically that gives the

15   details of the outage and what caused the outage and what

16   we did to try to solve the outage.

17   Q.    Okay.  Let's look at page 4 of the root cause

18   analysis which has a section that's called Outage Timeline

19   and Events.

20         Does this part of the root cause analysis

21   explain what happened and when it happened?

22   A.    Yes, it does.

23   Q.    And can you tell from looking at it what happened?

24   A.    Yes.

25   Q.    Would you explain to the jury what happened?

1204

1    A.    So basically we started to see a large number of

2    requests for documents which meant that it was putting a

3    lot of extra load on the system, and that's what was

4    causing the errors, people were saying, when they were

5    trying to access the system.

6    Q.    When you say it put an extra load on the system,

7    what does that mean?

8    A.    So because it was a fairly large number of documents

9    this particular session was trying to retrieve, it meant

10   that the system had to work a lot harder to try and

11   retrieve all those documents in a very short space of time.

12   Q.    And this document appears to indicate that this

13   incident occurred in the early morning.  Would anyone be

14   using the system at -- in the early morning hours?

15   A.    Yes, Oracle is a global company, so we have

16   customers worldwide that are accessing the knowledge

17   documentation.  No matter what time it is anywhere in the

18   world, someone can always be accessing the system, and

19   customers expect to be able to get to it whenever they need

20   to.

21            MS. DUNN:  Let's turn to Exhibit -- Plaintiffs'

22   Exhibit 667.

23            MR. DYKAL:  There's no objection.

24            MS. DUNN:  Your Honor, I understand there's no

25   objection.  We'd like to move admission of 667 and publish

1205

1     to the jury.

2                THE COURT:  It's admitted, and you may.

3                MS. DUNN:  Thank you, Your Honor.

4          (Plaintiffs' Exhibit 667 received into

5          evidence.)

6     BY MS. DUNN:

7     Q.   Okay.  So I'll wait for this to blow up so I can see

8     it.

9                This appears to be an email that you sent on

10    Friday, November 21st of 2008, so the day after we just

11    discussed, the incident on November 20th, this is the day

12    after, and you're sending this email to something called

13    GITASD-systems-dba_ww.  What is that?

14    A.   That's the mailing list for the database team that

15    looked after the system.

16    Q.   So this is your team basically?

17    A.   Yes.

18    Q.   So in the first sentence you say,

19               "I was called by Bart this morning because there

20    were issues with ML3 and KM search very similar to the

21    issue we saw yesterday."

22               First of all, what is ML3?

23    A.   ML3 was the internal name for the system that

24    customers could access to do knowledge management searches.

25    Q.   Does that later become My Oracle Support?

1    A.    Yes, it does.

2    Q.    So in the sentence where you say that there was a

3    "search very similar to the issue we saw yesterday," what

4    are you talking about?

5    A.    It means that on the following day when I was

6    called, we were seeing the same Java errors and the KM tab

7    had disappeared with some users.  So it was reports of what

8    we saw the previous day.

9    Q.    So directing your attention now, then, to the second

10   paragraph, you say,

11             "It appears from the investigation during the

12   call that a particular user (from outside Oracle) is

13   attempting to run some sort of automated crawl against

14   ML3."

15             What do you mean by automated crawl?

16   A.    So a crawl is a process that tries to log in to a

17   system and pull out as much information as it can, in this

18   case as many documents as it can, and we're saying it's

19   automated because of the huge number of documents that this

20   tried to obtain.

21   Q.    So are you essentially trying to get to the bottom

22   of what happened here?

23   A.    Yes.

24   Q.    Why is it called a crawl?  Where does that come

25   from?

1207

1    A.    It's a nickname really internally, but it's a bit

2    like an insect crawling along one bit at a time.

3    Q.    Got it.

4          Okay.  So the next sentence you say,

5          "Looking at yesterday's og.log on the KM Core

6    middle-tier" -- KM, I guess, is knowledge management.

7    A.    Yes.

8    Q.    -- "shows 1,307,654 entries for this user,"

9    exclamation point.  So what's going on there?

10   A.    So every time a user requested a particular

11   document, the document was returned by a process called og,

12   and every time it returned the document to a user, it

13   logged who it returned it to and the document number that

14   it returned.

15         So when I looked at the logs to see what was

16   going on, we found that one particular user had requested

17   1,307,654 documents in a relatively short period of time.

18   Q.    Okay.  So you seem excited about this because of the

19   exclamation point.  Is this a normal thing?

20   A.    No.  We'd never seen it before.  That's just like

21   way out of the ballpark, that figure.

22   Q.    Okay.  Based on your experience on average, how many

23   documents may a typical user attempt to download in any

24   given day?

25   A.    Probably maybe no more than 20 or 30.

1    Q.    So 1,307,624 is more than usual?

2    A.    Slightly.

3    Q.    All right.  So how is the user identifying documents

4    for that download, if you remember?

5    A.    So the way the documents are listed in the system,

6    the first document is document number 1.1, and then it --

7    the number -- the numbering goes up sequentially.  So the

8    next document is 2.1, 3.1, up until, say, 20,000,000.1.

9              And it looked as if the user was trying to start

10   with 1.1, add 1 to it, the figure, get 2.1, 3.1, and so on,

11   until they tried to obtain that many documents.

12   Q.    And what does this do to the system?

13   A.    It put extreme load on the system because it's not

14   normal for a user to try and obtain that many documents in

15   that short a period.

16             MS. DUNN:  All right.  Let's move ahead in time

17   a couple months.  I'd like to show you Plaintiffs'

18   Exhibit 669.

19             Again, Your Honor, I understand there's no

20   objection here.  We would move to admit and also show this

21   to the jury.

22             MR. DYKAL:  No objection.

23             THE COURT:  It is admitted, and you may show it.

24        (Plaintiffs' Exhibit 669 received into

25        evidence.)

1209

1   BY MS. DUNN:

2   Q.    So, Mr. Renshaw, what we're seeing here that I'm

3   sure you recognize is another root cause analysis for

4   another KM outage, this time on January 8th of 2009.

5           Did you help prepare this document?

6   A.    Yes, I updated it.

7   Q.    So let's again here go to page 4, and, again, I'd

8   like to look at the section called Outage Timeline and

9   Events.

10          So the third line says, "Systems reported 100

11  percent CPU load."  What does that mean?

12  A.    So if a server that is used to either host a

13  database, or to host a middle-tier, has a finite capacity,

14  and the CPU can only do so much, once it gets to 100

15  percent use, basically it freezes.  There's no other

16  capacity for it to do anything else, and anything it is

17  doing at the time most likely will have frozen.

18  Q.    That sounds bad.  Is it bad?

19  A.    Yeah, it's not good.

20  Q.    Okay.  And then at the bottom of page 4 it says,

21  "systems found deadlocked."

22          The jury actually heard a little earlier about

23  deadlocks.  What are deadlocks?

24  A.    So in an Oracle Database, if two sessions try and

25  update or delete the same record at the same time, Oracle

1    isn't sure which of the two -- the two sessions it should

2    allow to do, the update or the delete, so instead it says

3    "I'm not going to let either of you do it," and that's what

4    is known as a deadlock.

5    Q.    And then if you look at page 5 at 2:54, it says --

6    there it is.  "KM Core crashed and Systems was unable to

7    restart."  What does that mean?

8    A.    So in the knowledge management system, the part

9    that -- of the system that actually -- when a user logs on

10   to the website and puts in a number that they want to see

11   the document number of, the part that actually returns the

12   document details to the screen of the user is KM Core.

13            And what KM Core does is when a user says "I

14   want to make a document number 1.1," KM Core takes that, it

15   goes to the database and it says give me document number

16   1.1 and then returns it to the user.

17            Now, because the database was at 100 percent

18   CPU, when KM Core tried to connect to the database to get

19   the document, it was unable to get the document, and

20   eventually, after trying too many times, it caused KM Core

21   to crash.

22   Q.    Let's just make this really simple.  Does that mean

23   that the system stopped working?

24   A.    Yes.

25   Q.    For how long?

1   A.    It took a while to get it working again.  It looks

2   like it was about 45 minutes.

3   Q.    Are you sure about that?  It looks longer to me?

4   A.    Well, the entire -- the entire outage was a lot

5   longer.  It started at 20 -- just before midnight and

6   finished about quarter past 4:00, but the actual outage was

7   only -- the KM Core outage.

8   Q.    Got it.  And for how long was the system unavailable

9   to anybody who be wanted to access it?

10  A.    So probably about four and a half hours.

11  Q.    All right.  Let's go to Exhibit 5372.

12          MR. DYKAL:  No objection.

13          MS. DUNN:  Your Honor, we move to admit 5372 and

14  publish to the jury.

15          THE COURT:  It's admitted, and you may.

16          (Plaintiffs' Exhibit 5372 received into

17          evidence.)

18  BY MS. DUNN:

19  Q.    All right.  So 5372, which is an email chain, I'd

20  like to focus on the email from you to somebody named Gene

21  Grella and others.

22          This email was sent on January 9th, 2009, so the

23  day after we just discussed.  It's marked as high

24  importance.  Do you see that?

25  A.    Yes, I do.

1212

1    Q.    And who is Gene and all these other people?

2    A.    Well, Gene Grella was the director of the team that

3    looked after my Oracle core system.

4          The others on the email, there's a couple of

5    people from Development.  My manager at the time is on

6    there, and a couple of people from the middle-tier team as

7    well.

8    Q.    So in this email you say,

9          "I think I may have found something that points

10   to a single user being the cause of all the deadlocks."

11         What had you found?

12   A.    So when Oracle creates a deadlock, it creates what

13   is known as a trace file, which is basically a text file,

14   and in that text file for the deadlock it gave details of

15   the two -- the two sessions that caused the deadlock and

16   what the sessions were doing that actually caused the

17   deadlock.

18         So we were able to see from the trace files who

19   was logging in and what they were attempting to do when the

20   deadlock was being created.

21   Q.    Great.  So let's look at pages -- the next pages, 2

22   and 3, of this email.  And it looks like here you show the

23   name of the user causing the deadlocks.  What's the name

24   that user?

25   A.    So there were two, two user names we found, there

1213

1   was jrcorpuz@riministreet.com, and then

2   jcorpuz@riministreet.com.

3   Q.    Okay.  If you look at pages 2 and 3, you'll see that

4   that jcorpuz@riministreet.com, or

5   jrcorpuz@riministreet.com, appears over and over and over

6   again.

7           Is that a listing of all the trace files that

8   you found?

9   A.    No, that was just -- just a sample from a couple of

10  the trace files.

11  Q.    Okay.  There were many more than those?

12  A.    Yes, there were.

13          MS. DUNN:  All right.  Let's go to Plaintiffs'

14  Exhibit 662.

15          MR. DYKAL:  No objection.

16          MS. DUNN:  Your Honor, we move to admit 662 and

17  publish to the jury.

18          THE COURT:  It's admitted and may be published.

19          (Plaintiffs' Exhibit 662 received into

20          evidence.)

21  BY MS. DUNN:

22  Q.    All right.  So focusing at the top now, this is an

23  email from a couple days later, January 12th of 2009.  You

24  are a recipient on this email from someone named Richard

25  Foster.  Who is Richard Foster?

1214

1    A.    Richard Foster was the manager of the middle-tier
2    team at the time.
3    Q.    Manager of the middle-tier team?
4    A.    The team that looked after KM Core.
5    Q.    All right.  So directing your attention now to the
6    third sentence in the email which says,
7              "Our Knowledge Doc repository on SURE" -- is
8    SURE the database?
9    A.    Yes, it is.
10   Q.    Okay.
11             "-- on SURE is experiencing DB," database,
12   "deadlock issues that appear to be caused by the account
13   jcorpuz@riministreet.com."
14             Mr. Foster then says,
15             "What makes this episode a little different is
16   that we're not seeing the extraordinary high level of
17   activity coming through the Orion MT that we did with the
18   two previous attacks."
19             So what does he mean by the two previous
20   attacks?
21   A.    He's referring to the issues we saw in November of
22   2008 and December 2008.
23   Q.    So we talked a little bit about the November of 2008
24   incident.  What's your understanding of what happened in
25   December of 2008?

1215

1     A.     I was actually on vacation at the time.

2     Q.     Okay.  And so you didn't investigate those incidents

3     in December?

4     A.     No, not personally.

5     Q.     Did you learn about them afterwards?

6     A.     Yes, I did.

7     Q.     And what is your understanding about what happened?

8     A.     It was very similar to the attempt to download a

9     large number of documents that happened in November.

10    Q.     So let me also ask you.  This email says that this

11    January incident is different than the November and

12    December attacks because you're not seeing an extraordinary

13    high level of activity coming through the Orion MT.

14           Does that mean that this attack in January was

15    less significant than the ones in November and December?

16    A.     No, because this -- this attack was the one that

17    caused all the deadlocks in the database which, again, had

18    the knock-on effect of making KM unavailable.

19           MS. DUNN:  All right.  Let's quickly, then, go

20    to Exhibit 5376.

21           MR. DYKAL:  No objection.

22           MS. DUNN:  All right.  Your Honor, we move to

23    admit and publish to the jury.

24           THE COURT:  It's admitted and may be published.

25

1          (Plaintiffs' Exhibit 5376 received into

2          evidence.)

3     BY MS. DUNN:

4     Q.    Okay.  So, Mr.  Renshaw, this mail is an email

5     received by you on January 13th of 2009, also a couple days

6     after the incident we just talked about.

7               And it's an email chain that includes an email

8     from Gene Grella who we just talked about.  Gene Grella

9     writes in the second paragraph of this email,

10              "So you had to have the same user logged in on

11    different machines doing searches at the exact same time

12    for this to happen.  It proves intent because this could

13    only be done by many multiple searches from multiple

14    machines under the same user ID."

15              What does that mean?

16    A.    So it means that for the deadlock to occur, it had

17    to be the same user trying to download documents at the

18    same time across multiple machines.

19    Q.    And in the next sentence Gene Grella says,

20              "They knew we were monitoring for high numbers

21    of transactions by IP address.  This circumvents that

22    detection."

23              What does that mean?

24    A.    So an IP address is allocated to a computer when it

25    connects to the Internet.  So during this incident, we were

1    able to see that they were using four IP addresses which

2    meant they were obviously coming from four different

3    computers which is unusual.

4    Q.    And so I want to particularly ask you about this

5    idea, this circumvents that detection.

6              Was it your understanding at the time that

7    whoever was causing these incidents or attacks on your

8    system was trying not to be discovered or trying to

9    circumvent detection?

10   A.    Yes, because in the November and December issues, it

11   appeared to be one user running the crawl coming from one

12   IP address.  So we were able to work out that it was that

13   one particular IP address that was causing the issues and

14   causing the load.

15             So in this case, the method changed slightly,

16   and they tried to come from four different locations so

17   there wasn't the huge load coming from one particular IP

18   address.

19   Q.    And did it work?  Did they manage to circumvent your

20   detection or did you figure it out?

21   A.    We only figured it out because of the deadlocks in

22   the database.

23   Q.    Let me also ask you, you earlier said that the

24   system had been unavailable for four and a half hours.  Is

25   that typical?  Does that ever happen, unavailability of

1218

1    support documents from Oracle for four and a half hours?

2    A.    No.  I mean, Oracle aims to make the system

3    available 24 by 7, so any outage, especially for four and a

4    half hours worth of outage, is a big thing.

5    Q.    And if you know, was Rimini Street responsible for

6    all three of these incidents, the one in November, the one

7    in December, and then the one in January?

8    A.    Yes, they were.

9            MS. DUNN:  Your Honor, I have no further

10   questions at this time.

11           Mr. Renshaw, thank you.

12           THE COURT:  All right.  Cross-examination.

13   Mr. Dykal, go ahead, please.

14                    CROSS-EXAMINATION

15   BY MR. DYKAL:

16   Q.    Good morning, Mr. Renshaw.  I just have a few quick

17   questions.

18   A.    Good morning.

19   Q.    You were talking about deadlocks.  Do you recall

20   that?

21   A.    Yes.

22   Q.    Now, is it true that you had seen deadlocks that

23   were not caused by Rimini Street?

24   A.    Yes.  Deadlocks can happen in the database but not

25   to the same extent that we saw with Rimini.

1    Q.    But you had actually seen some in September before

2    Rimini Street's activity?

3    A.    Yes, there was some in September.

4    Q.    Thank you.  And just to clarify, there was no

5    permanent damage done to Oracle's servers by Rimini Street;

6    correct?

7    A.    No, there was no physical damage to the servers.

8             MR. DYKAL:  That's all the questions I have.

9             THE COURT:  All right.  Any further questions,

10   Ms. Dunn?

11            MS. DUNN:  No redirect.

12            THE COURT:  All right.  Mr. Renshaw, I can tell

13   you your testimony is completed and you may step down.

14   Thank you.

15            THE WITNESS:  Thank you.

16            MR. RINGGENBERG:  Your Honor, for the next

17   witness, Oracle would like to play agreed excerpts from

18   deposition of Mr. Douglas Baron.

19            As before I have a much shorter list of exhibits

20   that will be referenced, four of which have been admitted,

21   to my understanding, three of which I move to admit at this

22   time.

23            Those exhibits that have been previously

24   admitted, I believe, are Plaintiffs' Trial Exhibit 34.

25            COURTROOM ADMINISTRATOR:  Yes.

1220

```
 1              MR. RINGGENBERG:  Plaintiffs' Trial Exhibit 38.

 2              COURTROOM ADMINISTRATOR:  Yes, by stipulation.

 3              MR. RINGGENBERG:  Forty-six.

 4              COURTROOM ADMINISTRATOR:  Yes.

 5              MR. RINGGENBERG:  And 173.

 6              COURTROOM ADMINISTRATOR:  Yes.

 7              MR. RINGGENBERG:  And the 3 additional exhibits

 8    we would move in at this time are Plaintiffs' Trial

 9    Exhibit 165, 168, and 174.

10              MR. RECKERS:  No objection, Your Honor.

11              THE COURT:  All right.  They are admitted.

12          (Plaintiffs' Exhibits 165, 168, 174 received

13          into evidence.)

14              MR. RINGGENBERG:  Ladies and gentlemen, so

15    you'll see another video deposition, of Mr. Douglas Baron.

16    You've heard him described in previous testimony as an

17    engineer who created some of the tools that are at issue in

18    this case.  Thank you.

19              The length is about 20 minutes.

20              THE COURT:  Mr. Ringgenberg, Mr. Baron you

21    identified as an engineer.  An engineer employed by which

22    entity?

23              MR. RINGGENBERG:  Rimini Street, Your Honor.

24              THE COURT:  All right.  Thank you.

25
```

1221

```
 1              (Videotape deposition of Douglas Baron played
 2          as follows:
 3         PAGE 5:25 TO 6:17 (RUNNING 00:00:40.675)
 4     "Q. Good morning, sir.  We just met
 5     briefly off the record, but could you just
 6     state your name for the record, please?
 7     A. Douglas Baron.
 8     Q. And you currently work for Rimini
 9     Street; is that right?
10     A. I do work for Rimini Street.
11     Q. Could you give me your professional
12     background before you joined Rimini Street?
13     A. Are you interested in prior companies
14     that I worked for?
15     Q. Please.
16     A. Okay.  Before joining Rimini Street,
17     I worked for a company called TomorrowNow.
18     Before working for TomorrowNow, I worked for
19     PeopleSoft/Oracle.  Before that, I worked for a
20     company called American Management Systems.
21         PAGE 8:13 TO 8:15 (RUNNING 00:00:03.743)
22     Q. And you joined Rimini Street in
23     October of 2006?
24     A. That is correct.
25         PAGE 10:16 TO 11:04 (RUNNING 00:00:40.934)
```

1    Q. What has your role been at Rimini

2    Street?

3    A. My initial role at Rimini Street was

4    to set up the first few PeopleSoft environments

5    for our first few customers.  That was my very

6    first role.

7    Q. What other roles did you have?

8    A. After that, I was asked to develop

9    programs which would extract information from

10   the Customer Connect website.  And after that,

11   there were several miscellaneous development

12   tasks and projects that I was asked to

13   complete.

14      PAGE 26:07 TO 26:21 (RUNNING 00:00:24.971)

15   Did you have a program called Updates

16   and Fixes?

17   A. Yes.

18   Q. Did you have one called Solutions?

19   A. Yes.

20   Q. Continuing Documentation?

21   A. Yes.

22   Q. Are there others that you can think

23   of?

24   A. Did you mention Client Cases?

25   Q. I did not.

1223

```
1    A. Okay.

2    Q. Any others you can think of?

3    A. Knowledge Base, I believe, was one.

4    There are -- there are a few.

5        PAGE 42:10 TO 44:04 (RUNNING 00:01:43.044)

6    Q. So I just want to make sure I

7    understand.  Are -- are you saying in March of

8    2007, you had written a program called

9    Continuing Documentation, and as to the types

10   of information that it was designed to capture,

11   it made no effort to distinguish among product,

12   module, or release and it took all of the

13   information within the scope of its coverage?

14   Is that correct?

15   A. For this particular section of

16   Customer Connect, it would obtain everything in

17   this particular section.

18   Q. Right.  So, for example, if there was

19   information installation guides, red -- what

20   did you call them?  Red?

21   A. Red papers.

22   Q. Red papers.  Sorry.  So if there were

23   installation guides and red papers that were

24   for products the customer was not licensed for,

25   the customer -- the Continuing Documentation
```

1    program at this point in time would copy all of

2    that material, and it would be obtained --

3    retained by Rimini Street as part of its

4    customer workup?

5    A. It would bring down all of the red

6    papers.  The red papers are not something that

7    you would know what they are about until you

8    actually brought them down and looked at them.

9    There was no filtering mechanism on the website

10   whatsoever for this particular section of

11   Customer Connect.

12   Q. And so as a result of this lack of

13   filtering mechanism, your solution at this

14   point in time was just to take everything; is

15   that right?

16   If you -- if you were unable to

17   distinguish between -- because you were unable

18   to categorize things, you just copied it all;

19   is that right?

20   A. For this particular section of

21   Customer Connect, we would obtain everything

22   within this particular section of Customer

23   Connect.

24       PAGE 45:25 TO 46:12 (RUNNING 00:00:34.352)

25   Q. Did -- is it correct that as of

1225

```
 1    March 2007, the Solutions program that you had
 2    written downloaded all of the material within
 3    its subject matter without limitation as to
 4    product, module, or release?
 5    A. Actually, the Solutions extract
 6    program had one filter criteria that we were
 7    able to add to it, and that was to
 8    differentiate between PeopleSoft versus JD
 9    Edwards.  That was the only separation we were
10    able to do, because the website offered no
11    separation.
12        PAGE 52:07 TO 52:11 (RUNNING 00:00:12.100)
13    Q. Do you -- are you familiar with a
14    location on Rimini Street's network that's
15    referred to as the -- the software library?
16    A. I haven't heard the term "software
17 11 library."
18        PAGE 85:04 TO 85:16 (RUNNING 00:00:39.289)
19    Q. Do -- do I understand you correctly
20    to say that at least at the time you were
21    involved in downloading PeopleTools patches
22    from the FTP site to this Rimini Street network
23    location the practice was to download a single
24    copy of each patch and to provide that to
25    whatever Rimini Street clients had need of it?
```

1226

1    A. At the time that I was asked to

2    participate in bringing down tools patches from

3    the FTP PeopleSoft site, the network directory

4    was not client-specific at that time.  However,

5    that was a directory that was already there.

6    It wasn't one that I created.

7        PAGE 120:25 TO 121:12 (RUNNING 00:00:32.097)

8    Q. And it makes reference to three

9    scripts:  Continuing Documentation, Solutions,

10   and Updates and Fixes.  Are those the first of

11   the three download programs you developed at

12   Rimini Street?

13   A. I believe those are the first three

14   extract programs that I developed.

15   Q. Would you disagree that the -- their

16   function is to download material from Oracle

17   websites?

18   A. Their function is to bring down

19   material from the Customer Connect website.

20       PAGE 121:23 TO 122:03 (RUNNING 00:00:11.725)

21   Q. But to download a file from a website

22   means to make a copy; right?

23   A. To download a file, you would have a

24   separate copy.  The original would still be on

25   the website.

1227

```
 1        PAGE 126:02 TO 126:18 (RUNNING 00:00:48.282)
 2    Q. At times, up to ten VMs were running
 3    download programs at the same time; is that
 4    right?
 5    A. We had a maximum of ten dedicated VMs
 6    that we could use to do extracts for our
 7    clients.
 8    Q. And there were times when they were
 9    all ten used simultaneously; is that right?
10    A. There was at least one time that I --
11    can recall where all ten were in use; however,
12    at that time, it was for multiple customers.
13    Q. You don't -- it's -- to the best of
14    your recollection, you never used all ten VMs
15    at the same time for a single customer?
16    A. There was one instance where I
17    believe we did use all ten, and that was for XO
18    Communications.
19        PAGE 146:21 TO 147:05 (RUNNING 00:00:27.593)
20    Q. Other than comparing the list to what
21    was actually downloaded, is there any analysis
22    of whether the appropriate material was
23    downloaded?
24    A. There was manual analysis.  In fact,
25    we had checklists that the support engineers
```

1    were required to use to go through the archives

2    to make sure that we have an appropriate

3    extract for that particular client.

4         PAGE 147:06 TO 147:16 (RUNNING 00:00:28.940)

5    Q. In the automated programs that you

6    developed, was there any -- other than

7    comparing the list of what was to be downloaded

8    with what was actually downloaded, was there

9    any analysis of whether the appropriate

10   material was taken?

11   A. I don't believe it specifically looks

12   at the list of modules and releases for the

13   client, and that's why we had to always also

14   have a manual procedure to ensure that we had

15   the appropriate archive for that client.

16        PAGE 261:13 TO 261:18 (RUNNING 00:00:12.302)

17   Q. Do you see the reference to "our

18   software library" in your first email?

19   A. Yes, uh-huh.

20   Q. Does that mean this network location

21   that begins with "software"?

22   A. That is the location.  I see that.

23        PAGE 262:07 TO 262:15 (RUNNING 00:00:37.673)

24   Q. I take it that at least as of October

25   of 2007, in your view, Rimini Street was still

1229

1    maintaining a central nonclient-specific

2    archive of all of the software that's shown on

3    the second page of Exhibit 161.

4    A. It is a central location for the FTP

5    software.  Beyond that, I'm not -- I'm not

6    aware of any additional types of software that

7    would go there.

8        PAGE 298:12 TO 298:13 (RUNNING 00:00:10.407)

9    Q. Sir, we were discussing Exhibit 170,

10       PAGE 298:22 TO 299:11 (RUNNING 00:00:45.882)

11   Q. In addition to the knowledge document

12   extraction we already discussed, did you also

13   devise a way to automatically download Oracle

14   technology network pages and attachments

15   relating to Siebel?

16   A. I was asked to create an automation

17   process to obtain Siebel documents that are on

18   the Oracle technology web -- web -- public

19   website.

20   Q. And is it correct that you devised a

21   process that downloaded 2.6 gigabytes of data

22   in 23 minutes on your Rimini Street laptop?

23   A. That's correct.  This particular

24   program run took that much time.

25       PAGE 301:24 TO 302:20 (RUNNING 00:00:54.923)

1230

1   Q. Did -- do you understand that the

2   PeopleSoft and JDE material was migrated to

3   what was called My Oracle Support a little

4   later in 2008?

5   A. Yes, that's correct.  The PeopleSoft

6   and JD Edwards content was eventually migrated

7   to My Oracle Support.

8   Q. And -- and what do you recall your

9   role being in connection with that?

10  A. I would need to -- I was asked to

11  develop an extract program for PeopleSoft and

12  JD Edwards from the My Oracle Support website.

13  Q. And do you recall who the first

14  customer was?

15  A. I know names of early customers.  I

16  don't recall which was the very first one.

17  Q. Who -- who do you recall?

18  A. I recall XO Communications.

19  Q. How about Genesis?  Was that one

20  also?

21  A. Genesis is one, uh-huh.

22      PAGE 303:08 TO 303:13 (RUNNING 00:00:14.685)

23  Q. Were you asked to survey My Oracle

24  Support and try to analyze, you know, what the

25  download process ought to be?

1    A. I was asked to design and develop an

2    extract process for the My Oracle Support

3    website.

4        PAGE 304:12 TO 304:20 (RUNNING 00:00:19.852)

5    Q. You could do searches for

6    PeopleSoft-specific material, for example.

7    A. That was the problem.  It is -- the

8    site was not arranged that way.  In fact, the

9    early versions didn't even have any keywords

10   loaded so the only way could you search for

11   things would be by doc ID.  And, of course, doc

12   ID isn't going to tell you what it's really

13   for.

14       PAGE 306:09 TO 306:10 (RUNNING 00:00:00.682)

15   (Exhibit No. 172 was marked for

16   identification.)

17       PAGE 306:16 TO 306:22 (RUNNING 00:00:25.306)

18   Q. So we understand what Exhibit 172 is,

19   did Dennis Chiu prepare a history of the XO

20   extract and then ask you to review -- make it

21   accurate and comment on it?

22   A. That's correct.  This -- this is the

23   history of the XO extract which I was requested

24   to help put together.

25       PAGE 307:07 TO 307:12 (RUNNING 00:00:16.101)

1232

```
1    And the second paragraph says, "The

2    XO knowledge base extract was performed on 10

3    VMs pretty much around the clock."  Is that an

4    accurate summary of what happened?

5    A. There were ten VMs that were used for

6    the XO Communications download.

7        PAGE 308:03 TO 308:21 (RUNNING 00:00:43.393)

8    Q. During the process, isn't it the case

9    after an IP address was blocked, Rimini Street

10   changed its -- the external IP address of

11   certain of the machines doing downloading to

12   avoid the block?

13   A. There was an instance where we

14   obtained some additional fixed IP addresses.

15   Q. And -- and the purpose of switching

16   to those was?

17   A. So that we could continue the extract

18   that we were attempting to get for XO

19   Communications, an extract they were entitled

20   to get.

21   Q. Right.  Oracle blocked your IP and

22   then you switched to a different IP to keep

23   downloading; right?

24   A. They were using additional fixed IP

25   addresses in order to complete the extract that
```

1233

1    the client was entitled to.

2        PAGE 313:11 TO 315:02 (RUNNING 00:02:00.788)

3    Q. Right.  Down on 11-28, the last entry

4    on the page, it says, "Started downloading the

5    attachments using Download Them All from my

6    house and not using the download VMs."

7    Is that a reference to computers at

8    your -- at your home?

9    A. This was my Rimini Street laptop at

10   my home office location.

11   Q. Which had a different IP address than

12   the Rimini Street VMs; is that right?

13   A. This location would have a different

14   IP address.

15   Q. So go with me to the next page,

16   11-29-08 entry.  It says "Knowledge base

17   attachments were all downloaded."  About

18   halfway through, it says, "I then prune this

19   directory structure and delete directories,

20   categories, not applicable to XO, e.g., I

21   removed the PeopleSoft and JD Edwards

22   categories."

23   So do I understand correctly that the

24   extract program you ran downloaded material

25   without regard to whether it related to Siebel,

1     JDE, or PeopleSoft, and then you manually

2     deleted material that you determined related to

3     PeopleSoft and JDE?

4     A. The content that was on the My Oracle

5     website was not indexed.  There was no

6     keywords.  And all of the content for

7     PeopleSoft and JD Edwards and people were all

8     mixed together on the website, so the deletion

9     was done after the download.

10    Q. So you couldn't identify which was

11    which on the website, so you downloaded

12    everything you could and then you -- after it

13    was downloaded, you deleted the PeopleSoft and

14    JD Edwards categories; is that correct?

15    A. We -- we downloaded by doc ID range

16    and then deleted any content that was

17    inappropriate for that particular client.

18        PAGE 323:13 TO 323:14 (RUNNING 00:00:00.498)

19    (Exhibit No. 174 was marked for

20    identification.)

21        PAGE 328:23 TO 329:09 (RUNNING 00:00:37.520)

22    Q. And the date entry is 12-17-2008.  It

23    says, the first entry, 120,079 doc IDs

24    identified and initiated download of those web

25    pages for Genesis."  That's quite a bit more

1235

1     than for XO, isn't it?

2     A. We found there are tremendous

3     differences with the number of doc IDs out

4     there because the site was actually being

5     built, and we discovered as more and more

6     content was being populated, the number would

7     go up.

8         PAGE 329:15 TO 329:21 (RUNNING 00:00:18.537)

9     Q. Ultimately, you oversaw the

10    downloading of all those documents and the

11    attachments referenced in them; is that right?

12    All 120,000 some odd doc IDs?

13    A. This extract process for these

14    clients is something that I would have

15    overseen.

16        PAGE 330:07 TO 330:14 (RUNNING 00:00:21.526)

17    Q. Right.  And as the responsible

18    person, my question is:  Is it correct that the

19    programs you wrote, oversaw, downloaded 120,000

20    doc IDs and all the attachments referenced in

21    them?

22    A. For this particular extract that

23    you're referring to, it is saying 120,000 doc

24    IDs for that particular customer.

25        PAGE 336:18 TO 336:24 (RUNNING 00:00:20.518)

1236

1    Q. Sir, returning back to JD Edwards,

2    you built an application called Update Center

3    which obtained certain material from Customer

4    Connection relating to JDE; is that correct?

5    A. Yes.  I developed an Update Center

6    program that was an extract program for

7    obtaining JD Edwards content.

8        PAGE 339:02 TO 339:07 (RUNNING 00:00:23.565)

9    Q. You used a Medtronic login ID to run

10   and test your Update Center program in May of

11   2008; is that correct?

12   A. It says I performed an extract for --

13   let's see here.  This was an extract for

14   Medtronic.

15       PAGE 339:21 TO 340:09 (RUNNING 00:00:38.446)

16   Q. And look at number 11.  The second

17   bullet point says, "Dennis was going to offer

18   Medtronic files for both change assistant and

19   the custom Update Center extract program I

20   wrote, but I reminded him my program was not

21   fully tested and would need more code fixes.

22   The plan all along was to use my program for

23   the second JD Edwards client we should get

24   should we decide to go with my program."  Is

25   that an accurate statement?

1    A. The statement is accurate; however,

2    I -- it doesn't tell me what ID was used for

3    development.  This doesn't tell me.

4       PAGE 350:05 TO 350:06 (RUNNING 00:00:00.564)

5    (Exhibit No. 175 was marked for

6    identification.)

7       PAGE 350:09 TO 350:12 (RUNNING 00:00:08.888)

8    Is this an email exchange in which you asked

9    JR Corpuz for any currently valid JD Edwards

10   login?

11   A. I see the request here, uh-huh.

12      PAGE 350:21 TO 351:04 (RUNNING 00:00:19.207)

13   Q. Well, you -- you said, "Do you have

14   any JD Edwards clients where the MED has not

15   occurred yet?"  By necessity, that means you

16   weren't asking about work for a particular

17   client; right?

18   A. The context isn't here.  I -- I don't

19   know what the ID, you know, was going to be

20   used for.  I -- I -- it doesn't say.

21      PAGE 351:24 TO 352:10 (RUNNING 00:00:24.437)

22   Q. If you were doing that, to do that

23   work, the development and testing and updating

24   work, you would need a -- a working login;

25   right?

1   A. If I'm doing development work, I

2   would need a valid login.  But this doesn't

3   tell me what the -- what the requests are for.

4   And, in fact, it says "do we have."  It says

5   "can you give it to me?"  It's quite possible.

6   That he assumed I was asking for one and I was

7   simply asking, do we have any.

8       PAGE 352:18 TO 352:22 (RUNNING 00:00:09.480)

9   Q. Why in the world would you ask, "Do

10  you have a valid ID?"  And not intend for him to

11  tell you what it was?

12  A. I don't know what I was thinking at

13  this time.")

14           MR. RINGGENBERG:  Your Honor, we have one more

15  video deposition this morning before our next live witness.

16  The list of exhibits is very small on this one.

17           It's the testimony of Mr. J.R. Corpuz.

18           The two previously admitted exhibits are 34 and

19  105, both plaintiffs.

20           COURTROOM ADMINISTRATOR:  Thirty-four is

21  admitted; 105 is by stipulation.

22           MR. RINGGENBERG:  And then we have three

23  additional documents to move into evidence, Plaintiffs'

24  trial Exhibits 113, 122, 126.

25           COURTROOM ADMINISTRATOR:  And what's the date of

1239

1    the deposition, please?

2              MR. RINGGENBERG:  I don't know that I can --

3              MR. Reckers:  No objection, Your Honor, to the

4    exhibits.

5              MR. RINGGENBERG:  Ladies and gentlemen, this is

6    the deposition of Mr. JR Corpuz, who you heard referenced

7    in Mr. Renshaw's testimony this morning.  This is 16

8    minutes.

9              THE COURT:  All right.  And the exhibits are

10   admitted.

11             MR. RINGGENBERG:  Thank you, Your Honor.

12          (Plaintiffs' Exhibit 113, 122 and 126

13          received into evidence.)

14          (Videotape deposition of J.R. Corpuz played

15          as follows:

16      PAGE 7:25 TO 8:02 (RUNNING 00:00:02.763)

17   "Q. Could you just say your name for the

18   record, please?

19   J.R. Corpuz.

20      PAGE 8:06 TO 8:09 (RUNNING 00:00:08.099)

21   Q. Do you work at Rimini Street?

22   A. Yes, I do.

23   Q. How long have you worked there?

24   A. I worked there about, since 2006.

25      PAGE 9:14 TO 9:18 (RUNNING 00:00:18.984)

1240

1    Q. And what roles have you had at Rimini

2    Street?

3    A. When I first joined the company, I was with

4    marketing, Lee Chen. And since then, after that, I

5    moved, I went up to the onboarding department.

6        PAGE 10:09 TO 10:16 (RUNNING 00:00:24.811)

7    Q. What does onboarding mean?

8    A. Onboarding, basically when Rimini Street

9    gets -- or assigns new clients, onboarding is in

10   charge of the transition, making sure everything,

11   the processes runs smooth, so --

12   Q. But the transition from their previous

13   support provider to Rimini Street?

14   A. To Rimini Street.

15       PAGE 10:17 TO 10:22 (RUNNING 00:00:24.208)

16   Q. And in the onboarding process, what is your

17   role in particular?

18   A. Right now, basically just making contact

19   with the client, performing the archive for the

20   clients that are still under maintenance. Yeah. So

21   basically, that's pretty much it.

22       PAGE 13:19 TO 13:24 (RUNNING 00:00:17.850)

23   Q. And as part of the onboarding process

24   currently, does Rimini Street assist the customer in

25   making a media request to Oracle for a delivery of

1    CDs or DVDs or software?

2    A. Currently, if a client -- yes, yes, we try

3    to assist them.

4       PAGE 14:03 TO 14:07 (RUNNING 00:00:13.008)

5    Q. Part of the onboarding process is to build

6    an extract of a certain materials if the customer is

7    still within their maintenance end date; is that

8    right?

9    A. That's correct. Correct, yeah.

10      PAGE 14:08 TO 14:11 (RUNNING 00:00:11.021)

11   Q. And part of the onboarding process is for

12   some customers to build an environment of their

13   PeopleSoft software; is that right?

14   A. Yes, that's correct.

15      PAGE 22:09 TO 22:11 (RUNNING 00:00:08.308)

16   Q. And those environments are on a Rimini

17   Street server; is that correct, once they're built?

18   A. Yeah. That is correct, yeah.

19      PAGE 34:24 TO 35:22 (RUNNING 00:01:08.672)

20   Q. And are you aware that the My Oracle

21   support website has certain terms and terms of use

22   associated with it?

23   A. I am not familiar with the certain usage,

24   the terms.

25   Q. I understand you may not know what the

1242

```
 1     terms are, but you understand that the website has

 2     terms of use that apply; correct?

 3     A. Yes.

 4     Q. And so the login page at the bottom says,

 5     Use of this site is subject to the legal notices and

 6     terms of use and privacy statement located on this

 7     site.

 8     Do you see that?

 9     A. Yes, I see it.

10     Q. And are you aware that that's on the

11     website when you login to do your work as well?

12     A. I don't even pay attention to it.

13     Q. Have you ever reviewed the terms of use for

14     My Oracle Support?

15     A. I don't remember looking at it.

16     Q. Do you know whether anyone else at Rimini

17     Street has looked at them?

18     A. To my knowledge, I'm not sure.

19         PAGE 36:11 TO 36:14 (RUNNING 00:00:09.327)

20     Q. But you've logged in several times and as

21     part of your job, you log on the website and you

22     download certain material; right?

23     A. Yes, yes.

24         PAGE 58:06 TO 58:08 (RUNNING 00:00:09.309)

25     Q. Well, first, is this an email chain
```

1243

1     between you and Mr. Renschen in March of 2009?

2     A. Yes, it is.

3        PAGE 58:17 TO 61:17 (RUNNING 00:04:31.437)

4     Q. Let me read you a couple of sentences, the

5     first sentence says, A few things have changed since

6     Customer Connection transitioned to My Oracle

7     Metalink3 back in November. With My Oracle, all the

8     solutions, client cases, continuing documentation

9     have been basically moved into what they are calling

10    a Knowledge Base. With that, Oracle is blocking IP

11    addresses for those who perform mass downloads, as

12    in what Doug's old automation programs do.

13    Did you write that sentence to

14    Mr. Renschen?

15    A. Yes, I did.

16    Q. And is -- Doug's old automation programs

17    are programs that Doug Baron wrote that Rimini

18    Street used to download material from Oracle; is

19    that right?

20    A. Doug's programs, yes, they were.

21    Q. And you've described them to Mr. Renschen

22    as performing mass downloads; is that right?

23    A. Well, I'm not familiar. I'm not technical,

24    so if I use the word "mass downloads," it's just,

25    that's what I -- I don't remember using it, but I'm

1244

1     not a technical -- I'm not an IT guy, so if I said
2     mass downloads, it could have meant a lot of things.
3     I just use that because probably that's what I was
4     thinking at the time, but honestly, I don't -- I
5     don't remember. I mean, if I said mass downloads,
6     that's what I said. But, again, I'm not technical
7     so --
8     Q. You don't deny that you described
9     Mr. Baron's automation programs as performing mass
10    downloads; correct?
11    A. In the email, yes, mass downloads.
12    Q. And sitting here today, do you think that's
13    inaccurate?
14    A. Well, the email says, as I said, mass
15    downloads, but, again, I'm not -- I'm not technical,
16    so if I use it, you can take it for what it's worth,
17    but I'm not -- you know, I wouldn't -- I wouldn't
18    use -- I mean, mass downloads, I could have been
19    referring to -- it could have been the wrong word to
20    use. I don't remember. But it says it here, but,
21    you know.
22    Q. Is it inaccurate, in your view today, with
23    what you know?
24    A. It could have been inaccurate. It may have
25    been the wrong choice of words to use. I'm not even

1245

1    sure -- I'm not even sure -- I just run Doug's old

2    program. I don't know what it does. I don't know

3    how it does it or how it was created, so to say mass

4    downloads isn't fair to Doug because that may not

5    have been the case. That's not what -- that may not

6    have been what it was creating and what it was used

7    to do.

8    I mean, I was doing downloads and it was

9    pulling material. It was downloading material

10   simultaneously, so mass, the same thing. I mean, I

11   could have said, for those who perform simultaneous

12   downloads, but in this case, I just used mass.

13   Q. Well what did Mr. Baron's old automation

14   programs do?

15   A. It downloaded various pieces from Customer

16   Connection. It downloaded updates and fixes,

17   upgrade scripts for whatever the client is running.

18   Q. It downloaded material in an automated

19   fashion; is that correct?

20   A. I'm not sure if that's what it was intended

21   or if that's what it did, but it helped to download

22   material simultaneously.

23   Q. Well, you ran a program, you pressed a

24   button, and it downloaded a bunch of stuff; right?

25   A. Uh-huh. Yes, so it's --

1246

1     Q. Is there any way in which that's not

2     automated?

3     A. Yes, I mean, it helps. It helps. It

4     helped me perform multiple tasks, yes.

5         PAGE 68:09 TO 69:15 (RUNNING 00:02:12.056)

6     Q. And is it consistent with your recollection

7     that you started using those programs on or around

8     February 2007?

9     A. I was trained in late 2006, so I don't

10    remember if anything changed.

11    Q. When you were trained originally, were you

12    trained in using Mr. Baron's programs or in some

13    other way?

14    A. I was trained using Doug's -- how to run

15    Doug's program.

16    Q. So they were in use at least as of late

17    2006; is that right?

18    A. I believe so.

19    Q. And can you just describe for me generally

20    how do they work?

21    A. I'll just start from, go with this list.

22    So updates and fixes basically took --

23    created -- downloaded the updates and fixes from

24    Customer Connection, which was Customer Connection

25    back then. Solutions, I downloaded solutions that

1247

1    were -- that pertained to the client. Continuing

2    documentation -- continuing documentation, I

3    believe, were Knowledge Base, like upgrades, grips,

4    and it would download those as well.

5    Basically, everything listed it would

6    download, the updates and fixes it would download

7    each update that they were entitled to, solutions

8    are documents -- I believe they were documents, and

9    it would download those to their folder as well.

10   Continuing docs, upgrade scripts, installation,

11   installation instructions, it would download those

12   for the client as well.

13      PAGE 69:21 TO 70:08 (RUNNING 00:00:49.618)

14   Q. And then you had a new customer, you logon

15   to the VM, you would execute this program, and would

16   you do everything in an automated way or did you

17   have to, you know, check certain boxes along the

18   way? Do you click it and walk away? Can you tell

19   me a little bit more exactly how it worked?

20   A. Yeah. For updates and fixes, we'd go by

21   that architecture questionnaire and application

22   document, enter in the information that the client

23   provided into the updates and fixes -- it has fields

24   where you enter it, drop down, choose the

25   appropriate setting, enter in the information, and,

1248

```
 1   yeah, I just hit click and it would take over.
 2        PAGE 126:22 TO 127:07 (RUNNING 00:00:24.624)
 3   Is this an email that Mr. Baron sent to
 4   you around that time?
 5   A. Yes, it is.
 6   Q. And he says, quote, I updated the solutions
 7   extract program so it will work with both JD Edwards
 8   and PeopleSoft clients.
 9   Does that refresh your recollection about
10   whether Mr. Baron's programs were used to obtain
11   information for JD Edwards?
12   A. From this, yes, it looks like it would work
13   with JD Edwards.
14        PAGE 127:08 TO 127:13 (RUNNING 00:00:30.895)
15   Q. And did you ever use this program, to your
16   memory?
17   A. I don't remember using it for JD Edwards.
18   Q. There's a screenshot on the first page of
19   the Exhibit 23.
20   A. Uh-huh.
21        PAGE 157:17 TO 157:19 (RUNNING 00:00:01.168)
22   (Document marked Exhibit 33
23   for identification.)
24   BY MR. RINGGENBERG:
25        PAGE 158:19 TO 159:03 (RUNNING 00:00:40.433)
```

1249

```
1    Is this what the software request looks
2    like as it's submitted to Oracle?
3    A. Yes, that's correct.
4    Q. And was it typical for Rimini Street, in
5    drafting these requests, to say that the CD media to
6    be shipped to both our primary address and our
7    secondary offsite backup location?
8    A. I believe so, yes.
9    Q. Do you know who drafted that language?
10   A. I'm not aware.
11       PAGE 159:04 TO 160:03 (RUNNING 00:01:11.755)
12   Q. And at the bottom of the request, there's
13   two sections. It says, The first archive CD
14   material should be shipped to our primary address,
15   and it lists the client's addresses.
16   That's where the client's actually located;
17   is that correct?
18   A. Yes.
19   Q. And then the second one says, The second
20   archive of CD media should be shipped to our offsite
21   backup location as follows, and then it has an
22   address.
23   Does the request identify that that's
24   Rimini Street's address?
25   A. On the SR that's created, I can't remember
```

1250

```
 1      if Rimini Street was -- I can't remember.

 2      Q. Certainly, on this example, it's not

 3      listed; right?

 4      A. Yeah, yes.

 5      Q. This is described as our offsite backup

 6      location.

 7      A. Uh-huh.

 8      Q. It's true, isn't it, that the reason for

 9      the request was for Rimini Street to build an

10      environment on Rimini Street's premises for tax

11      development work?

12          PAGE 160:04 TO 160:04 (RUNNING 00:00:02.167)

13      A. I believe so, yes.

14          PAGE 162:12 TO 162:21 (RUNNING 00:00:31.019)

15      Q. My question's different, which is: Did you

16      ever tell anyone at Oracle, oh, you know, by the

17      way, we're getting these because we're going to

18      develop and build an environment with them?

19      A. I just followed the procedure, which was to

20      upload the software request template that would

21      create. Nothing more. So, no.

22      Q. Are you aware of anyone else ever

23      disclosing that to Oracle?

24      A. I don't think so. I don't know.

25          PAGE 177:06 TO 177:25 (RUNNING 00:01:07.041)
```

1251

```
1    Q. Did Ms. Williams ask you to copy a
2    PeopleBook CD to the internal software folder on
3    Rimini Street server?
4    A. Is there another email that goes with
5    this, say, my reply or --
6    Q. There is.
7    A. I'd need to take a look at that. I mean --
8    Q. Well, I promise, you'll get to see it.
9    My question is: She asked you to copy a
10   PeopleBook CD to the internal software folder on the
11   Rimini Street server; right?
12   A. It looks like that's what she said.
13   Q. As well as maintenance packs, as well;
14   right?
15   A. From her email, yes.
16   Q. And based on your understanding of Rimini
17   Street's policies, is that an appropriate request?
18   A. Again, I can't remember this email. I
19   can't remember what it was for. I simply can't say.
20   It's just a vague request. I don't remember.
21      PAGE 189:21 TO 189:25 (RUNNING 00:00:17.171)
22   Q. Are there other instances when you have
23   copied or other people have copied Oracle software
24   support materials to the internal software location
25   on Rimini Street's network?
```

1252

1     A. There may have been times, yes.

2         PAGE 197:19 TO 197:20 (RUNNING 00:00:00.052)

3     (Document marked Exhibit 44

4     for identification.)

5         PAGE 198:03 TO 198:10 (RUNNING 00:00:18.738)

6     Q. Mr. Baron asked you, quote, Do we have any

7     JD Edwards' client where the MED has not yet

8     occurred -- has not occurred yet? Please let me

9     know.

10    And you replied, quote, Yes, Cooke

11    Communications, and you list a name and password; is

12    that right?

13    A. Yes, it is.

14        PAGE 199:10 TO 199:13 (RUNNING 00:00:09.044)

15    Q. You answered his question directly, didn't

16    you? You said, yes, Cooke Communications, and you

17    gave the name and password; is that right?

18    A. Yes, looks like it.")

19              THE COURT:  Oracle's next witness, please.

20              MS. DUNN:  Your Honor, Oracle calls Buffy

21    Ransom.

22              THE COURT:  MS. DUNN, we'll take our final break

23    somewhere around noon.

24              MS. DUNN:  I'll keep that in mind, Your Honor.

25              COURTROOM ADMINISTRATOR:  Please raise your

1   right hand.

2           You do solemnly swear that the testimony you

3   shall give in the cause now before the Court shall be the

4   truth, the whole truth, and nothing but the truth, so help

5   you God?

6           THE WITNESS:  I do.

7           COURTROOM ADMINISTRATOR:  Please be seated.

8           Please state and spell your name for the record.

9           THE WITNESS:  Buffy Ransom; B-u-f-f-y,

10  R-a-n-s-o-m.

11          COURTROOM ADMINISTRATOR:  Please tell us your

12  city and state of residence.

13          THE WITNESS:  Denver, Colorado.

14                      BUFFY RANSOM

15          called as a witness on behalf of the

16      Plaintiffs, was examined and testified as follows:

17                    DIRECT EXAMINATION

18  BY MR. ISAACSON:

19  Q.   We're still on good morning.  Would you go ahead and

20  introduce yourself to the jury?

21  A.   Hi, I'm Buffy Ransom.

22  Q.   And where do you work?

23  A.   I work at Oracle America.

24  Q.   And how long have you worked at Oracle?

25  A.   Twenty-two years now.

1254

1       Q.    All right.  Would you explain your work history at

2   Oracle and the companies that have become part of Oracle?

3       A.    So, I started at JD Edwards in 1993.  I worked in a

4   technical support capacity for about 18 months, moved into

5   management, managed many different types of JD Edwards

6   teams, and in 2003 we were acquired by PeopleSoft, and then

7   in 2005 we were acquired by Oracle.

8       Q.    So all together how long have you worked at JD

9   Edwards, PeopleSoft, or Oracle?

10      A.    Twenty-two years.

11      Q.    And before you started at JD Edwards in 1993, what

12  was your educational background?

13      A.    So, I received a master's degree from Colorado State

14  University.

15      Q.    All right.  And why don't you tell me about your

16  undergraduate degree?

17      A.    Undergrad was from Colorado State as well in

18  business administration.

19      Q.    Now, would you give me a general overview of the

20  various roles you've had starting with JD Edwards, and then

21  we'll move into PeopleSoft and now Oracle?

22      A.    For the first 18 months, my first job was to work as

23  a technical support engineer for the JD Edwards product

24  line.

25            So I did installations and upgrades, and I

```
 1    trained customers, I spoke with them over the phone 24/7,

 2    worked weekends with them for almost 18 months.

 3    Q.    All right.  What happened then?

 4    A.    Then I moved into management and actually managed

 5    that same particular team for another two years, and moved

 6    my way up to managing the JD Edwards World product line.

 7    Q.    All right.  And what -- and then after JD Edwards,

 8    then PeopleSoft?

 9    A.    Then PeopleSoft.  So during the PeopleSoft

10    timeframe, which is around 18 months that we were acquired

11    by PeopleSoft, I managed a -- the entire JD Edwards team.

12    Q.    Okay.  And then we get to Oracle.  Tell me about

13    after Oracle acquires PeopleSoft and JD Edwards.

14    A.    So during Oracle, which was 2005 so -- to now, I

15    managed JD Edwards and started actually managing additional

16    teams as well, so what we call global business units which

17    are smaller different acquisitions that we took on over the

18    years.

19    Q.    All right.  And so what's your current title?

20    A.    My current title is Vice-President of Global

21    Customer Support.

22    Q.    And when did you start that role?

23    A.    I started that role in 2008.  I managed -- or I was

24    vice-president over JD Edwards in 2008, and then, in 2011,

25    moved into the eBusiness suite side of the house which is
```

1256

1     another enterprise software in Oracle.

2     Q.    All right.  Now, you mentioned you were

3     vice-president for JD Edwards in 2008.  Was that

4     vice-president for Oracle Global Customer Support?

5     A.    It was, yes.

6     Q.    And what is that?  Tell me about your

7     responsibilities and what you did?

8     A.    So in that role I managed many of the engineers, the

9     same engineers that I was, to ensure that we delivered

10    quality support, great customer satisfaction 24/7 for all

11    of our customers.

12          In addition to that, I work with customers

13    regularly.  So if a customer wants to call me, talk about a

14    situation, talk about their upgrade, their testing,

15    whatever may be going on, I work with customers almost on a

16    daily basis.

17    Q.    All right.  And so you worked with customers.  How

18    long have you been working directly with customers?

19    A.    Twenty-two years.

20    Q.    And how many customers have you worked with over

21    that period of time?

22    A.    Oh, gosh.  I would say hundreds, if not thousands of

23    customers.

24    Q.    And what are the ways you've interacted with

25    customers over that time?

1    A.    I've done anything from technically helping them

2    work through their issues, to working with them over the

3    phones, working with the CIOs and executives to ensure that

4    the support that we're delivering is good.

5    Q.    And how familiar are you with PeopleSoft software?

6    A.    So, during the PeopleSoft acquisition, I actually

7    worked on the PeopleSoft applications as an employee

8    actually.

9    Q.    So tell us generally what PeopleSoft software does.

10   Remind us of that?

11   A.    So, PeopleSoft software mostly specializes in human

12   resource management, so hiring employees, managing

13   employees, doing performance reviews, doing payrolls,

14   checks, those type of things.  In addition to that, it does

15   financials and supply chain as well.

16   Q.    All right.  One of the things I told the jury in

17   opening statement was there would come a point during this

18   trial we would show you how the software works for a brief

19   amount of time.

20            And I think it will fit in before our lunch

21   break, Your Honor.

22            So we'll go through a series of slides here that

23   you've prepared.

24            So let's look at slide 1.  All right.  Can you

25   tell -- it says PeopleSoft in the corner.  Can you tell the

1258

1   jury what they're looking at?

2   A.   So, if I'm the hiring manager within a company, and

3   if I'm using PeopleSoft, this would be the screen that you

4   would see to manage hires.

5   Q.   Okay.  And you've got a red arrow there, manage

6   hires, up in the corner.

7           So let's look at slide 2, and then what happens

8   when you're going through this process of hiring a new

9   employee?

10  A.   So, when you hire a new employee, typically you

11  post, you know, the position internally on an internal

12  website.

13          Once you post that position and people start

14  applying for the job, the software actually manages all

15  those applicants, and so all those names that you see

16  before, George, Donna and Casey, have applied for this

17  particular job.

18  Q.   Okay.  Now, these are not real names, these are

19  names you made up for this?

20  A.   These are pretend names.

21  Q.   Okay.  And have you decided yet whether Casey Cheng

22  is a man or woman?

23  A.   No.

24  Q.   Okay.  We'll find out as we go along.

25          Now, let's go to slide 3.

1259

1    So right now tell us how we've -- you've clicked

2    on Casey Cheng; is that right?

3    A.    So, we've clicked on Casey Cheng.  We believe

4    Casey's going to do a great job in this particular position

5    that we're hiring them for, and to do so, you type in

6    information, and some of it's very secured information, so

7    Social Security number, their address, the state, the taxes

8    that the -- will be derived from the state that they work

9    in as well.

10   Q.    All right.  And where is -- this information you're

11   describing, where is it stored?

12   A.    Some of it's stored typically in a database, and so,

13   in this particular case, it would be an Oracle Database.

14   Q.    Okay.  Now, we go to slide 4.  What are we looking

15   at here?

16   A.    So at this particular point we're hiring the

17   employee.  It looks like we have decided what the

18   compensation will be on a monthly basis.

19   So you can see the compensation there right in

20   the middle, we'll pay them on a monthly basis, and it

21   calculates the annual salary, and then from here it will

22   calculate the taxes that will be pulled out, all the

23   withholdings and the benefits as well.

24   Q.    And how does the PeopleSoft software use this

25   information?

1    A.    It uses the -- this particular information to, you

2    know, manage all of the employees within your department

3    and the new hires as well.

4    Q.    All right.  And what about information about

5    withholding for taxes, federal, state, or otherwise?

6    A.    Exactly.  And so when you go through the process to

7    decide the compensation, you -- the software itself will

8    actually calculate those withholdings and benefits based

9    off of the state, the information that you put in here, and

10   it's the state that you work in, obviously, versus the

11   state you were born in or whatever might have happened.

12   Q.    All right.  Now, Siebel software, how familiar are

13   you with Siebel?

14   A.    So, Siebel software actually, again, as we were

15   acquired by Oracle in 2005, Siebel was actually our call

16   center tracking software, and so you've probably heard the

17   name called Metalink.  So Metalink was actually a call

18   center, Siebel call center.

19   Q.    Okay.  And how do customers use Siebel software?

20   A.    So, Siebel software can be anything from managing

21   your marketing campaigns, looking at your social media,

22   looking at -- if you have potential customers, it will

23   manage potential customers as well.

24         And then once you actually have a customer, then

25   it actually will manage call center as well.

1261

1               So if -- once you've set up a customer or

2       account, and you want to use the call center application,

3       which is managing tickets or help desk or whatever it may

4       be, it will do that as well.

5       Q.    All right.  So let's look at slide 5 looking at

6       Siebel, and let's take Casey Cheng into the workplace?

7       A.    So, Casey looks like they're going to be a support

8       engineer.

9               So, as Casey looks at their home page.  Casey

10      sees two things, my service request, and a service request

11      is that individual ticket that is a request for help.  So

12      it's anything from "I need a license key," anything from

13      "can you please ship some information to me," "my hard

14      drive isn't working," whatever it may be.

15              So it's a request for help, and that's how we

16      actually document everything that's going on within that

17      service request as well.

18      Q.    What's down below, My Activities?

19      A.    My Activities is like a task manager.  It just

20      manages activities.  It's like a tickler, if you will.

21              So for a particular service request, if you need

22      to do three things to help the particular customer, you can

23      create those activities.

24      Q.    What are those bar charts on the right?

25      A.    The bar chart on the right is really just a picture

1    of Casey's work, and this one is shown a picture based off

2    of the severity of work that they have.

3              And you can see that there's probably the

4    display by field, it's showing severity, but you can do

5    many different types to show what actual work Casey has.

6    Q.    That sounds ominous.  What is severity of work?

7    A.    So, as when you're in a call center, obviously if a

8    customer calls in and says "I have a very, very critical or

9    urgent issue," typically we'll put it at a severity 1,

10   which is critical.

11             Severity 2 is, yikes, you know, "this is really

12   painful, this is really difficult, but I can wait a day,

13   you know, if that works for you."

14             Severity 3 is maybe something to where, you

15   know, "I have an issue, but, yeah, if you can get back with

16   me within a week or so, that would be great."

17   Q.    Okay.  Now, we've got a red arrow up by the accounts

18   tab.  Again, maybe if we click on that, maybe we'll turn to

19   slide 6.

20             All right.  Tell us what we're looking at here

21   at slide 6?

22   A.    So, the accounts tab -- so, every service request is

23   owned by a customer, so the customer has an account.

24             And in this particular tab you can see all the

25   information that is for the particular accounts.  You can

```
 1    see their address and you can see their contact names.

 2               And if you look at the tabs down below -- if you

 3    want to blow that up.  Awesome.  Thank you.  You can see

 4    the activities, you can see the assets, you can see the

 5    contacts, you can see the tasks, you can see the orders as

 6    well for this particular customer.

 7               Mr. ISAACSON:  Okay.  Let's look at the account

 8    name.  Up above there, Matt.  There we go.

 9    BY Mr. ISAACSON:

10    Q.    Techrix, that's an account that -- you've made up

11    that name; right?

12    A.    Yes, Techrix is a fake customer.

13    Q.    Right, and Mr. Akers down below is from Techrix, and

14    why do you want to know this information?

15    A.    When you're working with a customer -- so, the

16    Siebel application has the notes field that you can just

17    store random information.

18               So, in this particular case, you know, he's a

19    Gemini and has a big sprawling ranch and has horses.

20               And typically when you're on the phone with a

21    customer, you know, knowing that kind of information,

22    asking about the kids is always quite helpful when you're,

23    you know, working through whatever issue it may be.

24    Q.    Let's look at slide 7 then.  Tell us what we're

25    looking at here?
```

1264

1    A.    So Techrix as an account actually has an order.  So

2    Casey's actually processing the order for this particular

3    customer.

4           So you can see up at the top here it says it's a

5    sales order, it says it's pending.  Status -- if you could

6    move over just a splash.  Thank you.

7           The pending order -- so you can see -- and then

8    if you scroll down and look at the stuff, the information

9    that's in the red box, these are all the things that

10   Techrix has ordered.

11   Q.    You've got the part numbers, prices, quantities, et

12   cetera?

13   A.    Correct.

14   Q.    Okay.  And then there's a red arrow by the catalog

15   tab.  Let's click -- let's pretend we're clicking on that

16   and look at slide 7.  What is this?

17   A.    Yeah, so if Casey wants to add more to the

18   particular order, you can go into the customer's catalog.

19          And so this is a collaborative catalog, if you

20   will, it's integrated into other systems, and, in this

21   particular case, you can go in and add in additional PCs or

22   monitors for this particular customer.

23   Q.    Okay.  Well, let's talk about JD Edwards.  I guess

24   you've been with JD Edwards for 22 years, you have some

25   familiarity with that software?

1   A.    I'm very familiar with JD Edwards.

2   Q.    What do companies do with JD Edwards?

3   A.    So, JD Edwards is another enterprise application

4   software that specializes in financials, managing accounts,

5   payables, general ledgers.

6         It also specializes in manufacturing software,

7   so for customers to run their entire supply chain, their

8   distribution, their warehouses, how they get materials from

9   point A to point B.

10  Q.    All right.  Now, Casey Cheng has been hired, she's

11  processing orders.  Let's look on slide 9 for JD Edwards,

12  and tell us what we're looking at here?

13  A.    So, this is the receivables dashboard, and this is

14  part of the functionality that's the accounting

15  functionality or the financials functionality within JD

16  Edwards.

17        So in this particular case, you can see the

18  receivables, and the receivables is the amount of money

19  that is owed by each one of these particular customers.

20        And, in this particular case, if you look at the

21  largest bucket, past due amount by customer, the 42

22  percent, that is owed by Techrix.

23  Q.    And so what is this JD Edwards application, this

24  software doing for a company?

25  A.    So, it's helping customers manage these very complex

1    processes.  So if you're a very large company, and you have

2    many different customers, and you have many different

3    products that you order, pricing, sales, discounts, orders,

4    all of those complexities are actually built into the

5    software that help customers automate that information.

6    Q.    Okay.  And the accounts receivable is the money the

7    company is owed, and the accounts payable is the money it

8    owes to others.  Is that what's going on here?

9    A.    Exactly.

10   Q.    All right.  Let's look at slide 9 and slide 10.

11   What's next?  Yeah, slide 10.  What's next here?

12   A.    So, if you look at this particular -- this is a

13   detailed account status.  So if you go into Techrix, you

14   can see exactly how much money is owed by Techrix to our

15   company.

16            If you -- so if you can zoom back out.  If you

17   look at the aging buckets over here on the right-hand side,

18   so you can see the amount that's outstanding, and if you go

19   down to the 91- to 120-day bucket, there's $13,500 that's

20   actually due by Techrix.

21   Q.    All right.  And we know the amounts.

22            Let's flip back to slide 9 and look at that pie

23   chart at the top.  What's that telling you, the pie chart

24   at the top right?

25   A.    So, the pie chart is looking just at -- here's all

1267

1    the customers that I have, and Techrix is 42 percent of

2    that amount of money that is actually owed to us.

3    Q.    And then those bar charts are telling you what at

4    the bottom?

5    A.    So, the aging amount by customer, so, again, this is

6    just a different view broken down by those same buckets

7    that we just saw in the previous slide how much percentage

8    which is showed into the bar chart of the money that is

9    owed.

10   Q.    All right.  So we looked at slide 10.  We saw how

11   those dollars -- what those dollar figures are that go into

12   those pie charts and bar charts.

13         We go to the next slide, what are we looking at?

14   A.    So, JD Edwards software has the ability to look at

15   all of the invoices that we have previously sent the

16   customer, and so here you can see this is the invoice that

17   we've sent to Techrix, and you can also see the amount

18   outstanding of $13,000.

19   Q.    I see an arrow up by a button there.  What's going

20   on there?

21   A.    JD Edwards software, most enterprise software has

22   the ability to save that particular invoice, and print it

23   or email it.

24         So you can very quickly and easily email that

25   particular invoice, using whatever email system you're

1    using, directly to the customer.

2    Q.    And when you say it saves the invoice and that

3    financial information, where is that stored?

4    A.    In a database, which is typically Oracle Database.

5    Q.    So you click on that button, and we turn to slide

6    12, and what are we seeing?

7    A.    So, here we see a preformatted email at this

8    particular point.  So we want our money, so we're going to

9    send that email off to Sam Smith at techrix.com.

10            MR. ISAACSON:  Your Honor, this would be a good

11   time for a break.

12            THE COURT:  All right.  Ladies and gentlemen, we

13   will take a recess at this time for approximately 15,

14   hopefully no longer than 20 minutes.

15            Same admonition applies, of course, and we will

16   start around 12:15, 12:20.  And you may go ahead and step

17   down.  Thank you.

18        (Recess from 12:06 p.m. until 12:29 p.m.)

19        (Jurors enter courtroom at 12:29 p.m.)

20            COURTROOM ADMINISTRATOR:  Court is again in

21   session.

22            THE COURT:  Have a seat, please.  The record

23   will show the jury's present, the parties and counsel are

24   present.

25            And you may proceed, Mr. Isaacson, with the

1269

1    examination of Ms. Ransom.

2              MR. ISAACSON:  Thank you, your Honor.  Now I'll

3    say good afternoon.

4    BY MR. ISAACSON:

5    Q.    So the jury has heard about licensing of Oracle

6    software and Oracle support.  Can you tell us, Ms. Ransom,

7    why does the Oracle -- why does Oracle Support, the

8    software that we're talking about in this case, Siebel, JD

9    Edwards, PeopleSoft, why does that require support for

10   maintenance?

11             THE WITNESS:  So the enterprise software itself,

12   as you saw, is actually quite complex to manage.  It

13   requires setup, configuration, patches, fixes.  It's costly

14   to maintain, costly to continue to update as well.

15   Q.    All right.  Can you compare it in complexity to the

16   software that I might use on a home computer?

17   A.    Sure.  The software that you might use on a home

18   computer, if you have a fix, that fix might be sent to you,

19   and you click it and it downloads and within five minutes,

20   you know, you have something new on your system.

21             This particular software requires testing, it

22   requires application to the system, it requires to retest

23   any customizations that a customer might have put in on top

24   of that in addition to deploying it to many, many users as

25   well.

1270

```
1     Q.    All right.  And do you know, can you run this
2   software at your home, or does it run on servers?
3     A.    The database, the mid tiers, as well as the
4   application tiers, all run on servers that are typically
5   contained within a customer's site.
6     Q.    And by the application tiers you mean Siebel,
7   PeopleSoft, and JD Edwards?
8     A.    Correct.
9     Q.    And can I look at it at home?
10    A.    You can.  So, it's on your PC and has, like, an
11  interface, a very thin layer, if you will, it's called an
12  HTML interface, that runs on your laptop or computer.
13    Q.    So when I'm looking at it at home, I'm connecting to
14  the servers; is that correct?
15    A.    Correct, correct.
16    Q.    Now, what type of investment is this software, the
17  Oracle software that we're talking about, for your
18  customers?
19    A.    The investment is significant, but as a percentage
20  of our customers' IT budget, it's somewhat minimal.
21    Q.    The jury's heard that support is 22 percent a year.
22  You said it's minimal.  Can you tell me how the cost of
23  that support compares to a company's IT budget, the
24  companies that you deal with?
25    A.    The companies that I deal with, that 22 percent of
```

```
 1    maintenance and that original license fee, that typically
 2    is negotiated, is a small percentage of their overall IT
 3    budget.
 4    Q.    But what about something like -- let's set aside a
 5    big company.  What about a school district?
 6    A.    It's still about the same.  You still require
 7    technology, servers, every employee needs a laptop, that
 8    infrastructure is expensive as well.
 9    Q.    All right.  I want to ask Matt to put up slide 13.
10    This is a chart that you prepared; correct?
11    A.    That is correct.
12    Q.    Okay.  And here you're describing Oracle's
13    copyrighted support in a summary way, so I'm going to ask
14    you to walk through this.
15          At the top it says "Oracle's copyrighted
16    support."  Is it your understanding that the components of
17    support that you're about to talk about all include
18    copyrighted material?
19    A.    Yes, that's correct.  All of the copyrighted
20    materials here you see were developed by thousands of
21    developers and thousands of support engineers that have
22    created, updated and maintained the software and
23    documentation that we'll talk about.
24    Q.    All right.  What about the first bullet point there,
25    upgrades, product and technology enhancements and releases
```

1272

1    and rollups.  What is that talking about?

2    A.    So this is a major investment.  These are when we

3    deliver the most complex of enhancements to our customers.

4    Typically they're released every two to three years.

5    Q.    Are those those -- where you give them the .0

6    denomination?  So, like, if it's my phone, iPhone, 8.0 as

7    opposed to 8.2?

8    A.    No, so this one is actually the 8 to 9, so it's

9    typically that next major release, major functionality, the

10   newer, bigger, flashier phone, if you will.

11   Q.    Okay.  All right.  Do some of your customers

12   customize the software?

13   A.    Yes, they do.  We have customers that range in all

14   different industries, from food, manufacturing, beverage,

15   large financial companies, and they do customize their

16   software.

17   Q.    What issues come up with those customizations?

18   A.    The customer's customizations themselves are

19   actually quite expensive to maintain.

20   Q.    All right.  Would you explain that.  What's the

21   effect of cost for a customer of engaging in customization?

22   A.    So when a customer deploys our enterprise software,

23   there's two types of customizations that happen.

24            Our software's actually quite flexible, and so

25   you can set up different processing options, make changes.

1273

1    Sometimes customers consider those customizations, but

2    they're inherent in the software, and we handle that with

3    any sort of patches and upgrades.

4              If a customer actually decides to add in

5    something completely different that is not in the software,

6    those are called customizations, and those are -- can be

7    quite immense or they can be something as simple as, you

8    know, format or a template change.

9              But when you have two different kinds of

10   software that's running in your business, it becomes very

11   complex to manage.

12   Q.   Now, you mentioned the upgrades, those major

13   releases.  What do those Oracle upgrades do with respect to

14   customer customizations?

15   A.   So, when a customer does an upgrade, a couple of

16   different things.  We actually work with our customers

17   quite a bit on their customizations.  We're very interested

18   in what they do.

19             In several cases we've actually collaborated

20   with customers to build in those customizations back into

21   those major releases.  So it's -- it's, you know, quite a

22   solid partnership between Oracle and its customers when it

23   works with those particular customizations.

24   Q.   And how do you learn about the customizations that

25   your customers are doing?

1274

1    A.    Those customizations come in all shapes and forms.

2              So when our technical engineers are working with

3    the customers over the phone, we understand what

4    customizations, we actually troubleshoot through those

5    communications when we're working through problem solving

6    an issue.

7              We also meet with customers regularly.  We have

8    user conferences.  We have monthly meetings as well with

9    the product strategy organizations to help us understand

10   what some of those customizations are.

11   Q.    And how do you go about rolling up those

12   customizations into your next upgrade?

13   A.    So, sometimes we do actually a joint partnership

14   with those customizations with the customer and our

15   development team in what we call the code development

16   solutions.

17             And so those are created jointly, tested jointly

18   across the typical release, and it typically takes a year

19   or two to develop, some of these complex solutions.

20   Q.    Can you give us an example of an upgrade such as

21   you're talking about?

22   A.    Yes.  So JD Edwards several years back, we actually

23   worked with our customers in the beverage industry, and so

24   this particular enhancement was built for wine companies.

25             And so it took the grapes before -- you know,

1275

1   hanging on trees and bushes, all the way to processing of

2   the grape, to bottling of the grape, and shipping of the

3   grape.

4          And so we actually developed a large enhancement

5   for the food and wine industry, food and beverage industry,

6   to deliver that solution.

7   Q.   And what was the advantage of that upgrade for the

8   food and beverage industry?

9   A.   For many of our customers that were in any sort of

10  manufacturing industry that took any sort of material that

11  was kind of unprocessed and moved it into a processed

12  state, they were able to leverage that enhancement.

13  Q.   When you're talking to customers, how do you explain

14  to them the value of upgrades?

15  A.   The value of upgrades is actually quite easy.  Not

16  only is it the customization example, the innovation that

17  we work with many of our different customers to build in

18  those particular enhancements into the software.

19         So customers will actually take a look at that

20  and decide how to either leverage that within their

21  businesses, implement some of those enhancements, change

22  their own processes to make their businesses more

23  efficient, possibly even more cost effective as well.

24  Q.   What about security?  What do you tell customers

25  about security enhancements in the upgrades?

1    A.      Security is quite the hot topic right now.

2            We actually have a dedicated security team that

3    continues to invest in ensuring that our software is

4    protected from hackers and any sort of information that,

5    you know, might be wanted or needed.

6            If you recall from the demo we were storing such

7    information as Social Security information, address

8    information, and all of that information is obviously

9    highly confidential, and we want to make sure that that is

10   protected.

11   Q.      How often is there a major release?

12   A.      Major releases happen between every two and three

13   years.

14   Q.      Now, do customers sometimes skip upgrade releases in

15   order to avoid the cost of implementation?

16   A.      Customers do.  Most customers actually will skip one

17   major release so they'll go about four or five years before

18   they upgrade to the next release.

19   Q.      Okay.  And how often do customers skip two major

20   releases?

21   A.      That one actually is a little bit more rare.

22           Typically our customers want those updates, they

23   want the innovation, they want the security fixes, they

24   want the latest technology, and implementing all of that

25   will reduce their cost as an IT shop.

```
1    Q.    So for two major releases, what sort of time period
2    are we talking about?
3    A.    So, two major releases would be between anywhere
4    from four to six to seven years.
5    Q.    Now, how often do customers skip three release?
6    A.    That's actually quite rare.  We don't see that very
7    often.
8    Q.    Why is that in your experience?
9    A.    Again, it's the same level of innovation.  Most of
10   our customers want to stay on that most recent release, so
11   whether it's current release or one back, most of our
12   customers will want to stay on those releases.
13   Q.    For customers that don't want to upgrade for three
14   releases, what do you recommend to them?
15   A.    So, first we recommend to upgrade.
16          But, second, we have what's called sustaining
17   support, and sustaining support is an option for customers
18   to where, if they want to stay on the software for a longer
19   period of time, we have that option for them.
20   Q.    Okay.  We'll talk more about the sustaining support
21   in a little while, but let's move to the second bullet.
22   Knowledge, documents, and solutions.  What is that?
23   A.    So knowledge, documents, and solutions are
24   actually -- you think about it like one page documents that
25   are tips or tricks or hints or adjustments that you can
```

1278

1    make to your software.

2              So if there's somewhat simple questions, we

3    actually create that for our customers.  The customer can

4    find it on My Oracle Support.

5              We also create very enhanced documents, like 30

6    and 40 pages, that help our customers either fine tune,

7    tune their performance that, you know, really think about

8    innovative ideas to leverage the software within their

9    company.

10   Q.    Okay.  Now, the jury's heard the term My Oracle

11   Support.  How many documents are on My Oracle Support, say,

12   and -- well, how many are on there?

13   A.    Hundreds of thousands.  Hundreds of thousands.

14   Q.    And there was another term that was used in this

15   trial, Customer Connection.  What was that?

16   A.    So, Customer Connection is the same as My Oracle

17   Support, but Customer Connection was the website that we

18   used during the PeopleSoft days.

19   Q.    Okay.  And why is My Oracle Support useful for your

20   customers?  It sounds like there's a lot of things in

21   there, it might be hard to find stuff?

22   A.    Well, there is a ton of information out there, it

23   has all of the patches, all of the fixes, upgrades, it has

24   all of the documents.

25              Now, the good news is that My Oracle Support --

1279

1    we've actually added in customizations to where if a

2    customer is a JD Edwards customer, and specifically they're

3    just in the payroll, you know, they just want the human

4    resources management side, but they can actually customize

5    their interface to where they only see JD Edwards and they

6    only see the specific business that that -- that they want.

7    So it's very fine tuned.

8    Q.    I'll ask it a little bit more about those

9    websites --

10           MR. STRAND:  Excuse me.  Objection, Your Honor.

11   I'm unclear as to the timeframe, and that's become

12   important.  As long as we can clarify that, I'll withdraw

13   my objection.

14   BY MR. ISAACSON:

15   Q.    When you testified that Oracle support was useful

16   for your customers, My Oracle Support, that would include

17   Customer Connection?

18   A.    So, the Customer Connection documents were all moved

19   and migrated into My Oracle Support, and from day one of My

20   Oracle Support, My Oracle Support had the ability to

21   customize, to be, you know, very specific to the business

22   that you wanted.

23   Q.    And was that true of Customer Connection as well?

24   A.    Customer Connection didn't have that same

25   functionality that I'm talking about, but Customer

1    Connection was very easy to use because it really had just

2    PeopleSoft and JD Edwards, and you pretty much knew if you

3    were a PeopleSoft user or JD Edwards user.

4              THE COURT:  Mr. Isaacson, I need you to clarify

5    the timeframe.

6    BY MR. ISAACSON:

7     Q.   Do you know when My Oracle Support started?

8              MR. ISAACSON:  I think it's in the record, Your

9    Honor.  I just don't remember it.

10   BY MR. ISAACSON:

11    Q.   Do you know offhand?

12    A.   It was roughly two years after we were acquired, so,

13   you know, giving rough dates, it was between 2007, 2008.

14    Q.   Okay.  Thank you.

15             And what kind of employees of your customers

16   used My Oracle Support or Customer Connection before that?

17    A.   So, when you use the enterprise software, typically

18   the IT shop that's using the software is the primary user

19   of My Oracle Support.

20             They're the folks that are technical, they've

21   done the implementations, and they understand how it's

22   implemented.

23             We also have what's called subject matter

24   experts, SME, and those SME are within the line of

25   business, and those folks can actually call in to get

1    technical support as well.

2              So if they're the inventory expert or payroll

3    expert or financials expert.  Those users will call in as

4    well.

5    Q.    All right.  I'll ask you a few more questions about

6    the websites.  But let's proceed through your chart here,

7    just so we understand the terms.

8              What are upgrades, fixes, patches, and security

9    alerts?

10   A.    So these are very singular fixes to our software.

11   So as customers use the software, they might discover a

12   change or an enhancement or a fix that they actually need

13   for their software.

14             So it is very small, it is very consumable from

15   that perspective.

16             And they come in kind of shapes and forms, and

17   so there are regular patches, there is critical patches as

18   well as security patches as well.

19   Q.    How often do you provide security alerts or

20   enhancements to support your customers?

21   A.    Often.  We're very proactive.

22   Q.    Has that been true since at least 2006?

23   A.    Absolutely.

24   Q.    What are the security challenges that your software

25   faces?

1    A.    As we -- as we saw in the demos before, we secure

2    very confidential information, whether it's social

3    security, invoices, bills, credit cards.

4              And so we want to make sure that the security

5    allows for users to only see the information that they can

6    see, as well as any sort of outside type of influence as

7    well.

8    Q.    You mean hackers?

9    A.    Hackers.

10   Q.    Can you give me an example of a fix?

11   A.    So, we worked very closely with Land O'Lakes.  Land

12   O'Lakes is a butter, milk company.  So we actually worked

13   quite closely with them on a supply chain fix that was very

14   critical to them.

15             And, again, it's -- you know, producing milk and

16   butter has obviously a timeframe and expiration to the

17   butter and the milk.

18             So we worked with them to develop a critical fix

19   to ensure that the butter and milk basically got to the

20   grocery stores in the most timely manner.

21   Q.    Okay.  And you have a phrase called critical fix?

22   A.    Critical fixes, yes.

23   Q.    What's that?

24   A.    So, they're not necessarily security fixes, but they

25   are critical to a customer's business.  And so if we

1   discover a critical situation, we will post and proactively

2   recommend a customer take this critical fix.

3   Q.   All right.  Give me an example of a critical fix.

4   A.   Another example would be Chiquita.  So Chiquita is

5   one of our JD Edwards customers.  Apparently we have a lot

6   of food and beverage customers.

7        And JD Edwards -- but JD Edwards -- Chiquita,

8   the customer, actually had huge amounts of what we called

9   inventory discrepancies.

10       And so they're -- large amount of produce which

11  has a short duration and timeframe again.  They had

12  inventory discrepancies.  And so we worked actually through

13  their custom code as well as through our processes to

14  understand exactly what the particular issue was, and we

15  produced a fix.

16  Q.   And these examples that you've been giving us, these

17  are all -- these were all within the cost of support, there

18  weren't additional charges?

19  A.   There were no additional charges.

20  Q.   Now, the next thing on your chart is updates, tax,

21  legal and regulatory.  I think we touched on this, or part

22  of it anyway, with withholding for Casey Cheng, but can you

23  explain what this is?

24  A.   So, these are regulatory fixes that either come from

25  countries or federal governments or states, or even down

1284

1    into the local areas as well within a particular state.

2              And so if you think about your W-2s that you get

3    on a yearly basis, those W-2s actually are calculated and

4    changed on a yearly basis from our Federal Government to

5    changing of the tax calculations, even a decimal point or a

6    place on the actual form itself actually requires us to

7    change our software to give it to the customer.  So those

8    particular changes from a legislative perspective are quite

9    critical.

10   Q.    All right.  What does Oracle do to research these

11   legal changes?

12   A.    We have a dedicated product strategy team that works

13   with pretty much every single government agency that we

14   have in over 27 countries.

15   Q.    All right.  And the fifth bullet point you have on

16   your chart is Oracle diagnostic tools.  What are those?

17   A.    So diagnostic tools are proactive tools that our

18   support team has actually created to either help a customer

19   very quickly self-diagnose their own issues, or quickly

20   resolve issues, or help download patches, and help

21   customers do analysis as well.

22   Q.    Okay.  So if you're looking at the time period 2006

23   to roughly 2011 or 2012, how many diagnostic tools would

24   you estimate?

25   A.    We actually had quite a few.  We probably had

1    hundreds of different types of tools that we had.

2    Q.    All right.  Would you describe some of the things

3    the diagnostic tools do?

4    A.    Sure.  There was one tool that was called change

5    assistant.  And change assistant actually helps customers

6    manage the patches that they would download to their

7    system.

8            So they can download the recommended patches, a

9    suite-level patch for all the financials, or whatever it

10   may be.

11           This particular tool helps them analyze what's

12   on their system, the information that they downloaded.  It

13   actually can produce and be helpful enough to create a

14   testing plan, a very detailed plan to retrofit

15   customizations as well.

16   Q.    Let me ask you about another technical term, error

17   logs.  What are those?

18   A.    So, all of our software, all software creates error

19   logs, or what we call -- it's just information that is

20   gathered as you process through a system.

21           So if you recall our demo, and if you think

22   about the financial side of the house, every time you click

23   through a field, or put in information in a field, all of

24   the systems actually stores that information kind of line

25   by line, what did you do as a user.

1       And so we actually created some diagnostic tools

2  to help go through those what we call error logs, identify

3  if there's any particular issues in there proactively and

4  actually even recommend fixes if necessary.

5  Q.   The last bullet on your slide here is onsite

6  support.  What is that talking about?

7  A.   So, when a customer needs very urgent assistance

8  onsite, we will actually deploy our site engineers onsite.

9  Q.   All right.  Let's talk about your support program.

10  How long does Oracle provide support for its software?

11  A.   For a lifetime.

12  Q.   All right.  And you call that lifetime support?

13  A.   We do, we call it lifetime support.

14  Q.   And how long have you had lifetime support?

15  A.   Since we started at Oracle, so since 2005.

16  Q.   Okay.  And does that include everything that we were

17  talking about in the last slide?

18  A.   It absolutely does.

19  Q.   Okay.  And how long does lifetime support run?

20  A.   For lifetime.

21  Q.   And if I could ask you to look at slide 14.  I'll

22  ask you about the terms on this.

23       Now, it's up in the upper left-hand corner it

24  says New Version 9.0, Oracle software.  So that would be an

25  example of a new version of Oracle software; right?

1287

1    A.    Correct.

2    Q.    Now, it says five years, premier support.  What is

3    that?

4    A.    So, premier support includes everything that we just

5    discussed on that previous slide, includes the patches, the

6    fixes, the security, the knowledge documents, full access

7    to My Oracle Support to get all of that information, as

8    well as work with the support team, my support team 24/7.

9    Q.    All right.  And during that five years you would

10   have one or perhaps two upgrades taking place?

11   A.    Correct.  And so, yeah, if you could think about a

12   layering approach, as we implement a new release, that

13   clock, if you will, that five-year clock starts over for

14   every net new release that comes out.

15   Q.    Now, the next term here, it says three years

16   extended support.  Explain that?

17   A.    So, as the software matures, and if a customer

18   chooses to stay on that same release, the 9.0 release for

19   that additional three years, we have what's called extended

20   support.

21   Q.    So now, at some point during that extended support

22   period, are you past two upgrades?

23   A.    Most likely at minimum one and sometimes two.

24   Q.    Okay.  And is there an additional cost for extended

25   support?

1288

1    A.    There is.  It's a minimal cost.  It's 10 percent for

2    the first year within that three years of the maintenance

3    fee.  So 10 percent of that 22 percent.  And then year two

4    is 20 percent and year three is 20 percent.

5    Q.    So when you say, just to make it clear, for 10

6    percent, you don't add 10 percent plus 22 percent to get 32

7    percent, you're saying you take 10 percent of the 22

8    percent which would be 2.2 percent?

9    A.    Correct.  So it's a very small amount.

10   Q.    Okay.  And why is it -- why do you charge that

11   additional cost?

12   A.    Oracle is working and we've spent many of our R&D

13   dollars on the net new releases.  And so after five years

14   we're already invested in one or probably even two new

15   releases as well.  So we're maintaining multiple releases

16   at the same time.

17   Q.    And do you sometimes waive that extended support

18   fee?

19   A.    Actually, I would say most often that extended fee

20   is waived.

21   Q.    Now, it says five years and three years.  Are those

22   hard and fast deadlines?

23   A.    No, they're not.  No, they're not.

24   Q.    Okay.  Would you explain that?

25   A.    So the five plus three for the most part we talked

1289

1    about that that fee is waived.  So essentially you get

2    premier support for eight years.  And in some cases we've

3    actually extended that premier support for even longer than

4    the eight years.

5    Q.    Are you waiving the additional fee for extended

6    support just for your big customers?

7    A.    No, it applies to all customers.

8    Q.    Okay.  Now, you mentioned this term sustaining

9    support.  I guess this is where you get into the lifetime

10   because it says indefinitely.  Would you explain sustaining

11   support?

12   A.    So sustaining support includes everything that was

13   on the previous chart.  But if a customer, after eight

14   years, finds a net new issue that they want fixed, we will

15   fix it, but it will be fixed in one of the most recent

16   releases.

17        And so it includes all of the existing patches,

18   all of the existing knowledge documents, anything that we

19   created for more than eight years, they have access to all

20   that.

21        But if a customer finds a net new issue, that

22   issue will be put into the new release.

23   Q.    So once you've gotten to those eight years, the

24   customer's had two or three opportunities to upgrade, but

25   this customer with sustaining support is deciding not to

1   upgrade but just to continue on the at least 8-year-old

2   software?

3   A.    That's correct.

4   Q.    And what if a customer who decides to do that finds

5   they have a serious problem with their old software?  What

6   happens to that customer?

7   A.    For the most part, we will actually jump in, work

8   with the customer, and identify a fix.  So if a customer is

9   stuck in any shape or form while they're in sustaining

10  support, we will help them.

11  Q.    Now, what about tax and regulatory updates?  You get

12  the old tax and regulatory updates, but what about the ones

13  after that 8-year period?  Can you get those?

14  A.    You can get those for a nominal fee.

15  Q.    Okay.  What is -- if you decide to have sustaining

16  support with ongoing tax and regulatory updates, what's

17  that fee?

18  A.    It's $50,000.

19  Q.    Okay.  That's annually?

20  A.    Yes.

21  Q.    Okay.  Now, we've got an upgrade and an arrow going

22  back to the beginning.  So if at some point in five years

23  or eight years or after eight years, a customer upgrades to

24  a new version, what happens?

25  A.    Basically the clock starts over.  Then they will be

1291

1    in that premier support process again.  So if they have a

2    release 10, that release 10 will start over at that five

3    years.

4    Q.    So when I upgrade to that new version, what does

5    Oracle charge me over and above my annual support fee?

6    A.    There's no additional charge.  It's included in the

7    maintenance.

8    Q.    All right.  So this isn't like if I'm at home

9    getting a new version of Windows and I pay for that, the

10   cost of this is covered by your annual support fee?

11   A.    Yes.

12   Q.    Are there cost savings to customers when they do

13   upgrade to new versions?

14   A.    Yes.

15   Q.    Describe those.  Tell me how significant they are?

16   A.    So as we talked about before, as the customer

17   upgrades to that net new release, typically there are

18   enhancements, and those enhancements actually replace those

19   customer's customizations.  That will reduce those

20   customer's costs eventually in the long term as they remove

21   those from their systems.

22           So it's a -- not only can they innovate with

23   some of the new ideas that we have, we've implemented

24   hopefully the customizations that they were looking for as

25   well, in addition to just an overall insurance policy to

1292

```
 1   know that we've also put in all the security fixes and the
 2   critical fixes at well.
 3   Q.    You just used the term insurance policy.  What did
 4   you mean by that?
 5   A.    As a customer upgrades and as a customer is on
 6   maintenance, any issue that another customer finds that
 7   Customer A can use for Customer B, and so as we reuse those
 8   fixes, find any sort of security-related issues, those
 9   customers will automatically inherit that value from
10   maintenance.
11   Q.    The term forced upgrade has been used during this
12   trial.  Does Oracle force its customers to upgrade to new
13   versions?
14   A.    No.  As you can see, we have sustaining support.
15   Q.    Does Oracle encourage its customers to upgrade?
16   A.    Yes, we do.  It's highly recommended.  It's typical
17   business practice to upgrade.
18   Q.    Okay.  All right.  I want to ask you a few more
19   questions about that web-based port, My Oracle Support, and
20   Customer Connection.
21         What is an SR?  Can you tell me what that term
22   means?
23   A.    An SR is a service request.
24         And so if you remember in one of the demos that
25   I showed where Casey was actually in the call center
```

1293

1   tracking system, so that is a ticket to request for help,

2   and that is logged within My Oracle Support.

3   Q.    All right.  Can you give me an example of a service

4   request?

5   A.    I could give you several examples.  Anything from a

6   customer wanting support on their payrolls or W-2s, help

7   installing a patch, or maybe they have questions around how

8   the functionality that the federal government has changed,

9   and so we will actually help them understand exactly what

10  the new tax laws are.

11  Q.    All right.  Can we look at slide 15?

12           Oracle support services, engineers on the global

13  technical support team.  What is the global technical

14  support team?

15  A.    So, the global technical support team is all of the

16  engineers that are supporting all of our products, and

17  that's over 8,000 engineers.

18  Q.    How long has this team been around?

19  A.    For -- since 2005, as we all joined together through

20  many different acquisitions.

21  Q.    All right.  And did you have thousands of these

22  engineers in 2005?

23  A.    We did, we had thousands of these engineers in 2005.

24  Q.    All right.  Average years of experience of a

25  PeopleSoft, JD Edwards, Siebel support engineer.  What is

1    that?

2    A.    So we check tenure, if you will.  So once an

3    employee actually starts or is hired by PeopleSoft or JD

4    Edwards or Siebel, we look to see how many years they've

5    worked for us as a company, and the average is eight years,

6    and in some of our product lines it goes all the way up to

7    16 years.  And that's average.  So looking at all these

8    8,000 employees.

9    Q.    And how -- can you tell us what those averages have

10   been from 2006 forward?

11   A.    They have actually been quite high.  I think I've

12   seen some teams hitting almost an 18-year average to nine

13   years to 16 years.  It does vary.  But we're quite a senior

14   and tenured team.

15   Q.    Okay.  Service requests resolved each year for the

16   software we're talking about.  What does that refer to?

17   A.    So for PeopleSoft and JD Edwards and for Siebel,

18   just those three product lines, we solve on a yearly basis

19   over 200,000 issues for our customers.

20   Q.    How do those numbers compare to 2006, 2007, 2008?

21   A.    It's about the same actually.

22   Q.    Documents and solutions available on My Oracle

23   Support, over 400,000.  I think you've talked about that.

24         What about documents and solutions available on

25   Customer Connection, how do those compare?

1    A.    We've actually increased the number of knowledge

2    documents over the years so this is higher.  But even back

3    in 2005 and 2006 we had thousands, hundreds of thousands,

4    not quite 400, but hundreds of thousands.

5    Q.    And it says number of times customers search MOS.

6    MOS is My Oracle Support?

7    A.    Correct.

8    Q.    Number of times customers search My Oracle Support

9    each year, 3.7 million.  How does that compare to 2006,

10   2007, 2008?

11   A.    It's about the same.  We have obviously our customer

12   base.  They log in to My Oracle Support, they search for

13   information, they search for downloads and patches.

14         And so they're going in there 3.7 million times

15   a year finding over 400,000 documents, and then once they

16   work through those documents and if they don't find what

17   they're looking for, they have the service request process

18   to go through as well.

19   Q.    Okay.  What training and education have you been

20   providing, you know, since 2006 and forward?  What do you

21   provide for the global technical support team, that team

22   that's described in there?

23   A.    It's quite an intense process.  We want to make sure

24   that our engineers understand how financials work, so how

25   does an accounts payable system work, accounts receivable

1    system work, the technical components of it as well.

2              So it can be up to a nine-month just training

3    process.

4    Q.    When you say up to a nine-month training process,

5    what happens after that nine months?

6    A.    After that, then you start moving into I guess what

7    we would call an expert rank.  And pretty much at two years

8    is when you would be considered an expert.  And that's just

9    in one functionality area, so that would just be financials

10   for JD Edwards.

11   Q.    Explain the role of experts in specific

12   functionalities or specific areas for the support team?

13   A.    So, if you recall in the demo before, we saw the

14   scene within JD Edwards that was called the accounts

15   receivable screen.

16             That functionality actually behind -- while it

17   looked very simple in the front end, behind the scenes

18   within the software, it's actually quite complex.

19             So it's a nine-month learning curve learning

20   that particular functionality, and then to become an expert

21   in that area takes almost two years.

22   Q.    How do you go about hiring the engineers for the

23   support team?

24   A.    We look for various seasoned engineers.  We look for

25   people who have worked in accounts payables departments or

1297

1    possibly folks that are quite technical so they have

2    engineering backgrounds, whatever it may be.

3    Q.    Where are the support engineers located?

4    A.    We've got many global centers.  We have centers in

5    Colorado and in Florida.  We also have centers in Romania,

6    India, across Europe, in Singapore as well.

7    Q.    How many are located in the United States?

8    A.    Just around 50 percent; a little lower, but just

9    around 50 percent.

10   Q.    The jury has heard about how you provide support

11   over the phone on a 24/7 basis.  Who's answering the phone

12   at the call centers?

13   A.    So we have a team that is technical support

14   engineers, and they have the ability to answer all the

15   phone calls in 27 languages 24/7.

16   Q.    Okay.  And so who then -- those engineers answer

17   the -- they answer the initial phone calls; is that right?

18   A.    They do, yes.

19   Q.    And who services the customer?

20   A.    These technical support specialists that we talked

21   about with the training, the extensive training that we've

22   given them.

23   Q.    So the specialists that you were talking about

24   would -- would deal with the problem with what's learned

25   from the phone?

DONNA DAVIDSON, RDR, CRR, CCR #318    (775) 329-0132

1298

1    A.    Absolutely.  We actually have a very specific

2    routing process.  So if we know that the issue is an

3    accounts receivable issue, then we route it to an expert

4    that is an accounts receivable.

5    Q.    All right.  Now, going back 2006 or so, this number

6    always surprises me.  How many of your customers use phone

7    support as opposed to getting online and just dealing with

8    things online?

9    A.    It's actually quite small.  So a little -- well,

10   it's easier to go the other way.  95 percent of our

11   customers, more than 95 percent of our customers, use My

12   Oracle Support.  So really less than 5 percent of our

13   customers pick up the phone to get support.

14   Q.    Why don't your customers want to talk to anyone?

15   A.    You know, I think if you think about it, you have

16   the technical person that's in the IT shop working the

17   technical issue, they have the error logs, they have all

18   the information that is collected.

19              Once they log in to My Oracle Support, they do a

20   quick search to see exactly, you know, what kind of issues

21   that they might be facing, or tips and tricks that they

22   might need.

23              And if they need to log a particular issue, then

24   all of that information is stored, collected, and put into

25   that service request.

1    And what we find is that a technical person on

2  the IT side of the house wants to talk to the most

3  technical person within our support team.

4  Q.    All right.  Does Oracle assign specific engineers to

5  each client?

6  A.    No, we don't.

7  Q.    Why don't you do that?

8  A.    Again, because as a technical person is working

9  across all the different enterprise applications that we

10  have, their preference is to work with somebody that

11  actually knows the application in depth.

12  Q.    Well, why can't you have an engineer for each

13  customer who can be an expert in all of those things?

14  A.    I think that, you know, as -- once you become an

15  expert in a particular product, that obviously takes more

16  than two years to become an expert.

17    And if you think about it, a customer, again,

18  will really want to speak to the person that is the expert

19  within their product line.  If you're talking to somebody

20  that is not an expert and really is just what we call a

21  generalist, then, you know, the best the person that --

22  that person can do is get you to the right person.

23  Q.    Now, does Oracle assign any representatives to

24  clients?

25  A.    We do, yes.

1300

1   Q.    And who are those representatives?

2   A.    We have sales support representatives or managers

3   that are attached to each one of these customers.

4   Q.    All right.  And so why do you assign a sales

5   representative and not an engineer?

6   A.    We want one point of contact for each one of those

7   customers.  And, again, from a technical perspective, our

8   customers prefer to work with a technical person.  Any sort

9   of relationship information can be worked through the

10  support sales rep.

11  Q.    And do requests for support ever come through those

12  sales representatives?

13  A.    Absolutely.

14  Q.    All right.  So how are those responded to?  Suppose

15  a client says they're frustrated and they express that to

16  the sales representative?

17  A.    So, the support sales representative has contacts

18  within each one of the organization, so they can work with

19  me, they can work with my managers, to address whatever

20  customer issue may arise.

21  Q.    Since -- in the last 10 years, how many awards has

22  Oracle won for its support services?

23        MR. STRAND:  Objection, Your Honor, on scope;

24  '06 to '011, not the last ten years.

25

1301

1    BY MR. ISAACSON:

2    Q.    '06 to '011?

3    A.    If I recall correctly, it was around 20 to 30 awards

4    that we've won over those years.

5    Q.    Are you familiar with the ISO certification?

6    A.    Yes, I am.

7    Q.    Why are you familiar with that?

8    A.    I continue to get audited by this organization.

9    It's a certification, if you will, for a business, and it

10   certifies that -- from an international standard that a

11   business A, is doing the same process as business B.

12            So it just ensures that when you work with

13   international companies, that our businesses are similar

14   and we have similar processes, procedures, and

15   accountability within our systems.

16   Q.    Does it do anything more than that?

17   A.    It's actually a fairly rigorous process to go

18   through to get certified from an ISO perspective.

19            You have to document everything that you do, and

20   then you actually have to show everything how you're

21   actually executing to each one of those steps.  So it's

22   actually quite in depth and quite rigorous.

23   Q.    What they do is audit the documentation you give

24   them?

25   A.    They audit the documentation that they give them,

1    and then they audit the procedure as well.  So if you say

2    that you're going to call a customer back within two hours,

3    they measure and ensure that you're calling a customer back

4    within two hours.

5    Q.    Now, have you dealt with customers over the years

6    who have left Oracle support?

7    A.    Yes, I have.

8    Q.    And in your experience, could you describe the

9    reasons customers leave Oracle support?

10   A.    I've seen customers leave because they have chosen a

11   different vendor.  So if they're running Oracle and they

12   want to move to SAP, another enterprise company, they move

13   to a different vendor.

14          I've seen them be acquired, and I've seen them

15   actually go bankrupt or out of business.

16   Q.    In your experience, do customers ever leave because

17   they're unhappy with Oracle support?

18   A.    You know, I have had customers that are happy and

19   unhappy, but they're staying with Oracle support.  So I

20   would say that -- you know, I would say that 95 percent of

21   the time our customers stay with us and are happy with our

22   support.

23   Q.    What does Oracle do to evaluate customer

24   satisfaction?

25   A.    So at the end of each service request, we actually

1    do a survey and that survey is a transaction customer

2    satisfaction survey.  So our customers rate us pretty much

3    after every single service request transaction.

4    Q.    How often do you do analysis of surveys of customer

5    satisfaction?

6    A.    It's somewhat of a daily exercise.  So if a customer

7    requests a callback, we will call them back within 48

8    hours.  We manage it weekly, we manage and review those

9    reports on a monthly basis as well as even a quarterly

10   basis as well.

11   Q.    Are you proud about the level of customer

12   satisfaction Oracle support group has delivered over the

13   years?

14   A.    Absolutely.

15   Q.    What does Oracle do to evaluate its responsiveness

16   when a customer logs a request on the website, those SRs,

17   those service requests?

18   A.    We have what's called the metric.  So we have many

19   different measurements that we look at.  We look at

20   response time, we look at arrivals, we look at closures, we

21   look to ensure that we respond in a timely manner for each

22   one of those issues.

23   Q.    All right.  And what does Oracle do to evaluate the

24   responsiveness of the call center?

25   A.    Again, we have those quarterly reviews, monthly

1304

1    reviews, weekly reviews to ensure that each one of those

2    metrics are actually being hit and we drive improvements if

3    they're not.

4    Q.    Have you been using those metrics for responsiveness

5    to the service requests to the call centers since at least

6    2006?

7    A.    Absolutely.

8    Q.    So what's your goal for the call center to answer

9    the phone?

10   A.    So, to answer the phone within two minutes.  We want

11   to ensure that 95 percent of the time that we answer your

12   phone within two minutes.

13   Q.    Okay.  And how long has that been your goal?

14   A.    For -- since 2005.

15   Q.    And historically have you been able to achieve that?

16   A.    We absolutely have been able to achieve that.

17   Q.    You said 95 percent of the time within two minutes.

18   What about that other five percent of the time, how soon do

19   people get to the phone during that percentage of time?

20   A.    We actually -- within five minutes 99 percent of the

21   time we're actually speaking to a customer.

22   Q.    Now, if I'm a US-based company and I call Oracle

23   support, where is the person answering the phone going to

24   be located?

25   A.    Most likely in the US.

1    Q.    So if I call during regular business hours, where is

2    the person on the other side of the phone going to be

3    located?  Again, I'm calling from the United States?

4    A.    If you're calling from the United States, our

5    biggest support centers are in Colorado and Florida.

6    Q.    And if I called very early in the morning before

7    business hours, who -- where is the person on the phone

8    likely to be located?

9    A.    You possibly might get somebody from Romania, you

10   might get somebody from California as well.

11   Q.    What about if I call late at night after business

12   hours?

13   A.    You might get somebody from the east coast, from the

14   Florida office, or you might get somebody in Asia-Pac, so

15   somebody from the Singapore office or our India offices.

16   Q.    What is the critical account team?

17   A.    So, the critical account team is a separate team

18   that manages customers in -- I guess you'd call it critical

19   situations.

20        So if a customer is going through an upgrade,

21   and we want to ensure that we are all in sync within Oracle

22   between development, support, the account teams, we

23   leverage the critical account organization.

24   Q.    All right.  I'll ask you about another term,

25   heightened awareness tracking.  What is that?

1    A.    So, heightened awareness tracking is a process that

2    actually I put in place several years ago, earlier than

3    maybe even 2005, to where we look at metrics.

4              And so we look to see trending on each

5    particular customer.  So if a customer is calling in more

6    frequently than they were the month before, then I'll have

7    one of my managers call that customer and say "we're not

8    quite sure what's going on, how can we help you?"

9              And most likely they're downloading a new

10   upgrade, and they're toying with upgrading the particular

11   software.

12   Q.    What other regular reviews have you had since 2005

13   for your support services?

14   A.    We continue, we're actually quite rigorous.  We have

15   many different metrics, and we review those on a monthly

16   basis and quarterly basis as well.

17   Q.    All right.  Would you describe those monthly and

18   quarterly reviews?

19   A.    So we call them operation reviews, and in these

20   particular operation reviews we actually have pages of what

21   we call metrics.

22              And it's broken down by looking at response time

23   within days, within minutes, with looking at our arrivals,

24   looking at our closures, ensuring that we manage all these

25   particular issues in a timely fashion.

1    Q.    Now, I want to ask you about another term or another

2    issue.  Did Oracle have an internal group in the early

3    2000s that monitored third-party support competition?

4    A.    Yes, we did.

5    Q.    What did you call it?

6    A.    We called it the SWAT team.

7    Q.    Why was it called the SWAT team?

8    A.    We pulled together -- it was kind of a

9    multi-organization team.  It had support, it had marketing,

10   it had development.

11         And the goal was to proactively identify any

12   customers that might be considering a third-party

13   competitor and proactively reach out and call them and

14   explain to them the value of our support services and the

15   strategy of our particular products going forward.

16   Q.    All right.  SWAT sounds kind of violent.  What were

17   you actually doing to combat competition from third-party

18   support?

19   A.    We were just calling our customers.

20   Q.    Anything other than that?

21   A.    No.

22   Q.    All right.  When you talked to customers, what did

23   you tell customers about Rimini's support?

24   A.    We said it was a risky solution.  Rimini doesn't

25   have our source code.  There's no way for them to deliver a

1    critical fix on a solution that doesn't have source code.

2    Q.    Would you explain why accesses to source code is

3    important for support?

4    A.    So, as you develop these enterprise applications, a

5    part of the software is actually quite configureable, so a

6    customer can actually change it and it can be flexible.

7              But there is a layer within the organization

8    that -- within the organization of the software that is

9    private, that customers don't have it on their systems.  It

10   is only owned and used and leveraged by Oracle.

11             So that source code is actually stored only on

12   Oracle's systems, and it is the place to where we can

13   develop and configure and give fixes and critical fixes for

14   the most, you know, complex of situations.

15   Q.    I want to ask you about a couple more terms.  A

16   hosting company.  What's a hosting company?

17   A.    So customers can choose -- so you have your IT

18   department if you're a customer.  A customer can choose to

19   host their system.  So if they want to say that Siebel

20   system itself and the hardware that it runs, a customer can

21   choose to host that system.

22   Q.    All right.  What about a managed service provider.

23   What's that?

24   A.    So a managed service provider is kind of that one

25   layer plus, and so not only does it have the technology

1    layer, but you can also put the application layer on that

2    as well so they'll manage both the application and the

3    technology together.

4    Q.    What about an outsourcer or a systems integrator?

5    A.    So a systems integrator are those knowledgeable

6    people that can help a customer either identify a

7    customization, they can actually code the customization

8    themselves, or they might help design a solution for the

9    customer.

10   Q.    All right.  Does Oracle have licenses with hosting

11   companies, managed service providers, outsourcers and

12   system integrators so they can have licensed Oracle

13   software on their systems?

14   A.    Yes, they need to license that.

15   Q.    Okay.  How many third parties does Oracle provide a

16   license to to put its software on their servers?

17   A.    We actually have quite a few.  We have hundreds,

18   maybe even upwards to a thousand.

19             MR. ISAACSON:  No further questions.  Thank you

20   very much.

21             THE COURT:  Cross-examination.

22             Mr. Strand, go ahead, please.

23             MR. STRAND:  Thank you your Honor.  We'll get

24   organized here real quick.

25             May it please the Court?

```
                                                              1310
```

                          CROSS-EXAMINATION

 1

 2   BY MR. STRAND:

 3   Q.    Good afternoon, Ms. Ransom.  My name is Peter

 4   Strand.  We haven't met before.

 5         I understand you began working for JDE in 1993;

 6   is that correct?

 7   A.    That's correct.

 8   Q.    Congratulations.

 9         You've worked with JDE, PeopleSoft, and Siebel

10   over the course of your career; correct?

11   A.    I've worked with JD Edwards, PeopleSoft, and Oracle.

12   Q.    And Oracle.  But, I'm sorry, the Siebel software is

13   a part of your Oracle work; correct?

14   A.    Siebel is.  Siebel was a separate acquisition that

15   came in 2006.

16   Q.    Okay.  Let's get those dates down just once real

17   clear.  So PeopleSoft acquired JD Edwards when?

18   A.    2003.

19   Q.    And Oracle acquired PeopleSoft?

20   A.    2005.

21   Q.    And Oracle acquired Siebel?

22   A.    2006.

23   Q.    Okay.  So '3, '5, and '6?

24   A.    Yes.

25         MR. STRAND:  All right.  Now, if you would,

1311

1    please, for me, Marie, get up the support chart that I

2    think was about slide 13 on the examination that we just

3    had.

4              The one before that.  Do you have that one?

5    Yeah.  There we go.

6    BY MR. STRAND:

7    Q.    You just testified about this; correct?

8    A.    Yes, I did.

9    Q.    Now, I want to just look at the caption there for a

10   minute.  Oracle's copyrighted support.  Do you see that?

11   A.    Yes, I do.

12   Q.    Actually, it's the software, not the support, that's

13   copyrighted; correct?

14   A.    So the software, so -- do you want me to go through

15   the list?

16   Q.    I'm just going to ask some questions.  It's the

17   software, not the support, that's copyrighted; correct?

18   A.    Correct.  There are many software components in this

19   list.

20   Q.    Right.  And the documentation is also copyrighted;

21   correct?

22   A.    Correct.

23   Q.    And the whole maintenance and support service that

24   Oracle provides is not copyrighted; correct?

25   A.    So I guess you can't copyright people, so is that

1312

1       what you're --

2       Q.    That's probably a good way to answer it.  You can't

3       copyright people, can you?

4       A.    But you can -- what's copyrighted, though, is the

5       property that they create.

6       Q.    The works, the copyrighted works?

7       A.    Correct.

8       Q.    All right.  Now, let's look at those first five

9       bullet points there, upgrades down through diagnostic

10      tools.  You talked a lot about those, and I don't want to

11      rehash all of that.

12            Let me ask this.  Those are all available for

13      download by Oracle support customers; correct?

14      A.    Correct.

15      Q.    All right.  And over a period of time, as you've

16      described, those tools can amount to thousands or even tens

17      of thousands of possible downloads for an individual

18      customer; correct?

19      A.    Yes.  But I would say if you're a JD Edwards

20      customer, that you're only going to download JD Edwards

21      information.

22      Q.    Right.  So JD Edwards will download JD Edwards,

23      however many hundreds or thousands of documents or things

24      that they want.  PeopleSoft could download for PeopleSoft;

25      correct?

1313

1     A.     Correct.

2     Q.     And Siebel would download for Siebel; correct?

3     A.     Correct.

4     Q.     But for any one of those software areas, there could

5     be hundreds or even thousands of documents that the

6     customer could be able to download; correct?

7     A.     Yes, but we do have ability to search.  And so if a

8     customer says that they want receivables, they would get a

9     receivables document.

10    Q.     Right.  But they can download within their area;

11    correct?

12    A.     For what they're licensed to, yes.

13    Q.     Now, what they're licensed to.  When their software

14    support contract ends, they're no longer able to download,

15    are they?

16    A.     They don't have access to My Oracle Support.

17    Q.     So it's kind of a use-it-or-lose-it situation, if

18    they don't download everything they want before their

19    support software contract ends, they can't go in any more;

20    right?

21    A.     Once their support contract ends, they don't have

22    access to My Oracle Support.

23    Q.     Right.  So those thousands or hundreds of thousands

24    of documents that they had access to yesterday, if the

25    support ends today, they don't have access to them anymore;

1314

1    correct?

2    A.    Correct.

3    Q.    Now, we talked about the '3, '5, '6, and you talked

4    a little bit about occasionally some customers do leave

5    Oracle; correct?

6    A.    Occasionally, yes.

7    Q.    You talked a little bit about that; right?

8    A.    Yes.

9    Q.    And in your experience with JD Edwards, you were

10   acquired in 2003 by PeopleSoft; correct?

11   A.    Yes.

12   Q.    And the website, the client website, changed; right?

13   A.    It went from Customer Connection to Metalink.

14   Q.    I won't try to remember all those.

15         When PeopleSoft was acquired by Oracle, it

16   changed yet again; correct?

17   A.    It changed one more time after that, yes.

18   Q.    So two times within four years the customer website

19   changed; right?

20   A.    Yes, it did.

21   Q.    Right there in the 2003 to 2006 timeframe; right?

22   A.    Probably in 2003 to about 2007, yes.

23   Q.    And that created some frustration on the part of JDE

24   customers; correct?

25   A.    I've heard customers say that they were frustrated,

1315

```
1   but I've also heard customers say that they were quite
2   pleased with some of the new enhancements that we have.
3   Q.    Finally got better, but there were some that were
4   frustrated; right?
5   A.    I'm sure there were a few.
6   Q.    Okay.  And was the same also true in your
7   experience -- do you know anything about Siebel?  When it
8   was acquired by Oracle, was there a customer frustration
9   with the change in the website?
10  A.    I didn't really come from Siebel so I don't know if
11  I could answer that question.
12  Q.    Fair enough.  Fair enough.
13        Now, you talked a lot about upgrades and kind of
14  the lifecycle.  Let's go to the next slide, the Oracle
15  lifetime support.
16        Premier support, 22 percent of the original
17  license cost; right?
18  A.    No.
19  Q.    No?
20  A.    No.  So, the license fee is negotiated at the
21  beginning.  So there's an original fee, and there's a list
22  fee, if you will, and that can be negotiated.  It can be
23  negotiated even up to 50 percent off, and then you come up
24  with a net.  So it's 22 percent of net.
25  Q.    So it's 22 percent of the original amount of the
```

1   negotiated license fee; correct?

2   A.    Correct.

3   Q.    And the negotiation occurs regarding the license

4   fee, not the maintenance fee; correct?

5   A.    That is correct.

6   Q.    And Oracle never discounts its maintenance fee;

7   correct?

8   A.    The 22 percent we don't discount.

9   Q.    Now, I thought I heard you testify, and I may have

10  gotten you wrong, sometimes you waive that 22 percent?

11  A.    No.  So what I was explaining is in this extended

12  support period there's --

13  Q.    The 10 percent on top of the 22 percent?

14  A.    That's -- so they're --

15  Q.    So 24.2 percent?  Sometimes they waive that two

16  percent, 2.2 percent?

17  A.    That's correct.

18  Q.    Okay.  Okay.  I just wanted to be clear on that.  So

19  what's getting waived is that 10 percent add-on, not the

20  full 22 percent.

21  A.    That's correct.

22  Q.    All right.  Now, looking at this product lifetime

23  support, you said that the -- I tried to get it right, and

24  I don't have a record, and if I got it wrong, let me know.

25  The cost was a very small amount.  Do you remember that

1317

1    testimony?

2    A.    Of the overall IT budget?

3    Q.    Of the overall IT budget.

4    A.    Enterprise software is a small amount of IT budget.

5    Q.    Now, that's not true in every case, and I won't go

6    into detail.  Over your years of experience, there have

7    been some customers that have said "I'm out, it's just too

8    expensive for me," correct?

9    A.    I think -- I haven't analyzed every single customer,

10   but for some of those customers, if they are going

11   bankrupt, then, yes, they don't have a choice to pay.

12   Q.    It's not all going bankrupt, some just say "I don't

13   want to pay it anymore"; right?

14   A.    Customers, yes, I think there's been a few.

15   Q.    Customers, like people, come in all different shapes

16   and sizes; right?

17   A.    That's correct.

18   Q.    Okay.  Now, over the time that you've worked with JD

19   Edwards, and I thought I heard you say it, some folks

20   leave, but about 95 percent a year stay; is that correct?

21   A.    Correct.

22   Q.    Now, I don't expect that you're going to be

23   intimately familiar necessarily with PeopleSoft and JD

24   Edwards, but you know about JD Edwards.

25              MR. ISAACSON:  Just to clarify, this is not from

```
1     the opening, this was used with Safra Catz.
2               MR. STRAND:  I apologize.  It was used with
3     Ms. Catz yesterday.
4               THE WITNESS:  Okay.
5               MR. STRAND:  So don't mess up.
6     BY MR. STRAND:
7     Q.    Looking at this JD Edwards attrition, this was
8     calculated by an expert working with Oracle.  JD Edwards
9     retention rate was from 91 percent up through 96, 95
10    percent.  Do you see that?
11    A.    Yes, 91 percent in 2006.
12    Q.    Has it been your experience that somewhere about 95
13    percent of the people are retained, 95 percent of the
14    customers are retained every year going all the way back to
15    the mid '90s?
16    A.    Yes, I would say so.
17    Q.    Do you know about PeopleSoft?  Would the same be
18    true for them?
19    A.    I'm not as familiar with PeopleSoft customer base.
20    Q.    What about PeopleSoft from the time you were
21    acquired by PeopleSoft in '03, about 95 percent retention?
22    A.    Yes, would I say that's fair.
23    Q.    Is that kind of industry standard?
24    A.    I don't know if it's industry standard or not.
25    Q.    It's Oracle standard?
```

1319

```
1    A.    It is Oracle standard.
2    Q.    Okay.  And woe unto you who fall below that 95
3    percent; right?
4    A.    Can you ask that question again?
5    Q.    I'm sorry, I'll withdraw it.  It was a bad question.
6          Now, as we just briefly discussed, there are a
7    variety of reasons won't you agree, that customers leave
8    Oracle?  You mentioned bankruptcy for one?
9    A.    That's correct.
10   Q.    And you, in fact, initiated a project to monitor why
11   Oracle JDE customers left Oracle, didn't you?
12   A.    Can you be more specific?
13   Q.    Sure.  Why don't we bring up 160 -- excuse me, DTX
14   165, if we could, please?
15   A.    Okay.
16   Q.    Now, I lost my --
17         MR. ISAACSON:  That one's preadmitted.
18         MR. STRAND:  Oh, that one's preadmitted so we
19   can show it.
20   BY MR. STRAND:
21   Q.    And you'll be able to -- I'm sorry.  There's a
22   notebook right in front of you?
23   A.    I was going to say I can't read it.
24   Q.    It's not an eye test?
25   A.    Well, it is.
```

1   Q.    Trust me, I'm there.

2         Look at DTX 165 in the notebook in front of you.

3   A.    Okay.

4   Q.    Do you have that?

5   A.    I do.

6   Q.    And what I'll do is you're free to look at the

7   notebook or you're free to look at the screen, and what I

8   want to talk about I'll have her pop up on the screen.  All

9   right?

10  A.    Oh, that's much better.

11        MR. STRAND:  All right.  So let's go to the

12  from-to section, Marie, up there at the top, and blow that

13  up.

14  BY MR. STRAND:

15  Q.    This is an email to you from a Mr. Steve Boulton in

16  August of 2007; correct?

17  A.    Yes, that's correct.

18  Q.    And it's described as the 2000 fiscal year -- excuse

19  me, fiscal year '07 Customer Trending Project; correct?

20  A.    Yes, it is.

21  Q.    And then let's go down to the middle paragraph

22  there.  It seems like it says in addition, but there's a

23  blotch on it.  She'll pull that out.

24        I think it says,

25        "In addition to the regional reporting, we

```
1    viewed the output globally.  This gave us a much broader

2    picture of what our customers are saying, and the data

3    sample gave more representative than the original breakdown

4    where some samples were small."

5              Do you see that?

6    A.    Yes, I do.

7    Q.    And is this customer trending one of those projects

8    that you started, Ms. Ransom?

9    A.    So, yes, as I testified earlier, I do monthly and

10   quarterly operations reviews.  And so this was a deep dive

11   operation's review, somewhat standard business practice.

12   Q.    Sure.  You defined many terms, and if you defined

13   this one, I missed it.  I apologize.  Analyst.  What's an

14   analyst?

15   A.    So, an analyst is an engineer and vice versa.

16   Q.    That might be one of those people that interacts

17   with the customer, with the licensee?

18   A.    Yes.

19              MR. STRAND:  Okay.  Let's look back at page 26

20   of this slide deck, Marie, it's 0878.

21   BY MR. STRAND:

22   Q.    Okay.  It says Improvement Summary.  Do you see

23   that?  I'm sorry.  It's page 26 of the deck itself --

24   A.    Okay.

25   Q.    -- if you want to turn there.
```

1322

1    A.    No, I can see it here.

2    Q.    It says Improvement Summary, do you see that?

3    A.    Yes, I do.

4    Q.    So this is a summary of possible improvements;

5    correct?

6    A.    It does say improvements at the top, yes.

7    Q.    Okay.  The first one says,

8         "Customers are more likely to comment about the

9    analyst that anything else."  And I think it meant to say

10   "than" anything else.  Correct?

11   A.    It does say that, yes.

12   Q.    Okay.  And then is it your recollection that's true,

13   the customers were more likely to comment about the analyst

14   than anything else back in '07?

15   A.    I think it's standard today is that the analyst or

16   the engineer that's working on an issue, they're most

17   likely going to comment on how knowledgeable the person was

18   and how quickly they resolved their issue.

19   Q.    Sure, kind of kill the messenger if you don't like

20   what happened, you yell about the analyst?

21   A.    I guess so.

22   Q.    Okay.  Let's go to the next bullet point.  It says,

23         "The analyst handling knowledge and time to

24   solution are the three main areas customers want to see

25   improve."

1    Did I read that correctly?

2    A.    Yes, it is.

3    Q.    And then the last -- the next bullet point, let's

4    highlight that.

5    "SAR handling and our website are the biggest

6    areas for improvement next to the analysts."

7    Did I read that correctly?

8    A.    Yes, you did.

9    Q.    And can you help me, I think you described SR, but

10   what's an SAR?

11   A.    So an SAR is what's called a SAR, and it is the bug

12   system.  So when we identify a bug within the software

13   within JD Edwards, so this is specific to JD Edwards, it is

14   the tracking system that we track for bugs.

15   Q.    That sounds nasty.  So we'll just keep moving on.

16   All right.

17   A.    It's a standard term within the industry.

18   Q.    And when you find a bug, is that bug fix, is that

19   the inverse of the bug?

20   A.    Exactly.  It's the fix to the bug.

21   Q.    Okay.  Now, there were other areas of customers'

22   dissatisfaction as well.  Let's look at 160 if we could.

23   A.    There was also -- are you going to talk about the

24   things that we're doing well?

25   Q.    You know what, that's not my job.  I'll have a beer

                                                                      1324

 1    with you afterwards and we will, but not right now?

 2    A.    Okay.

 3    Q.    You just had an opportunity to talk about the things

 4    you're doing well with Mr. Isaacson; correct?

 5    A.    Oh, that's correct.

 6    Q.    And I'm going to point out a few of the things that

 7    maybe weren't so perfect.  I'm not trying to be rude, but

 8    we can talk about those, okay?

 9    A.    Okay.  Sounds good.

10    Q.    Now, I want you -- to get in front of you, but not

11    on the screen because --

12              COURTROOM ADMINISTRATOR:  It's not admitted.

13              MR. STRAND:  -- it's not admitted.  That's why

14    it's not on the screen.

15    BY MR. STRAND:

16    Q.    If you would look in your book with me, Ms. Ransom.

17    A.    Okay.  What page?

18    Q.    DTX 160.  It's on the tab that says 160?

19    A.    Okay.

20    Q.    Do you have it?

21    A.    I have it.  What specific page?

22    Q.    Actually, I'm going to ask you to look at the first

23    page.  We're not going to put it up on the screen yet

24    because it hasn't been admitted into evidence.  So I'm

25    going to ask you a few questions if that's okay.

1325

1    A.    Okay.

2    Q.    All right.  You see this is from a gentleman by the

3    name of Ian Robertson.  Do you see that?

4    A.    Yes.

5    Q.    Do you know who Mr. Robertson was back in -- well,

6    hopefully he still is -- but what his position was back in

7    June of 2008?

8    A.    I believe he worked in European sales somewhere.

9    Q.    All right.  And were you a carbon copy recipient of

10   this document; correct?

11   A.    That is correct.

12   Q.    And it relates to JD Edwards EnterpriseOne; correct?

13   A.    Yes, it does.

14   Q.    And that's a JD Edwards product; correct?

15   A.    Yes.  It's a major product.

16   Q.    And you recall receiving this email and the attached

17   document, don't you, Ms. Ransom?

18   A.    I do.

19   Q.    And it was generated by Mr. Robertson in the

20   ordinary course of Oracle business; correct?

21   A.    Sure.  Ordinary course, sure.

22   Q.    Part of his job?

23   A.    Yes.

24   Q.    And you got it and you looked at it?

25   A.    Yes.

1326

1           MR. STRAND:  And I move the admission of DTX

2    0160, Your Honor.

3           MR. ISAACSON:  The -- our objection relates to

4    page 9 for which we've given you -- can I approach, Your

5    Honor?

6           THE COURT:  Yes.

7           MR. STRAND:  Well, I'll tell you what, Your

8    Honor, I'm happy to redact page 9 in its entirety.  We'll

9    just put a white thing over it because I'm not going to ask

10   about page 9.  So we'll do that with the Court's leave, and

11   if it's okay with you, Counsel, page 9 being slide number 9

12   with the 9 on it; right?

13          MR. ISAACSON:  Yes.

14          MR. STRAND:  928 and the Bates number?

15          MR. ISAACSON:  Let me double check.  One second.

16          No objection with that redaction.

17          THE COURT:  All right.  It's admitted with that

18   exclusion.

19          (Defendants' Exhibit 160, page 9 omitted,

20          received into evidence.)

21          MR. STRAND:  All right.  For the record, and

22   especially for you, ma'am, we are going to redact by

23   covering in white slide number 9 which on Exhibit DTX 160

24   bears the Bates number ending with the final 4 digits 7928.

25          Is that clear so we know what we're doing?  And

```
 1    I'll make sure that I do it, but my brain trust will help
 2    me.
 3              Thank you.  All right.  Let's put that
 4    Exhibit 160 on the screen if we could, please, Marie.
 5
 6    BY MR. STRAND:
 7    Q.    All right.  Let's -- this is the email we were
 8    talking about, and it covers a deck; correct?
 9    A.    A PowerPoint, yes.
10    Q.    There you go.  PowerPoint.  They call it different
11    in every company.
12              Let's go down to the second paragraph.  It says,
13    "since we spoke"?
14              Mr. Robertson says,
15              "Since we spoke we have been working with User
16    Groups, the Customer Care community, Development (Lenley's
17    team) Support (Buffy Ransom) and others to understand the
18    reason for the low levels of satisfaction."
19              Did I read that correctly?
20    A.    Yes, you did.
21    Q.    User groups, are those user groups for Oracle
22    customers user groups?
23    A.    Yes, they are.
24    Q.    And the customer care community, is that another
25    user group for Oracle customers?
```

1    A.    No, it's actually an internal group within Europe,

2    specific to Europe --

3    Q.    Okay?

4    A.    -- that manages customers.

5    Q.    Let's look, if you would, please, with me

6    Ms. Ransom, page 3 of that exhibit.

7    A.    Okay.

8    Q.    At the top it says -- and I'm not trying to be mean

9    to you, I'm really not, you're a lovely lady.

10          It says, "JD Edwards E1 customers are showing

11   consistently low levels of satisfaction with Oracle

12   products and services."

13          Did I read that correctly?

14   A.    Yes, you did.

15   Q.    And this document is dated June of 2008; correct?

16   A.    Correct.

17          MR. STRAND:  And the items over there on the

18   left-hand side, let's go up to that top chart on the left

19   hand side, just the description, or get it as big so we can

20   read it.

21   BY MR. STRAND:

22   Q.    So there's a variety of questions and areas there,

23   like product meets your business needs, JDE is 7.21,

24   features and functionality, 7.22, ease of production,

25   there's a whole long list of -- for lack of a better word,

1329

1    concerns by customers; correct?

2    A.    This actually has both, right?  So if you look at

3    it, there's higher numbers above seven, and anything that

4    you see above seven actually in the original PowerPoint has

5    green for good.  Green's good.

6                So it really -- the only thing that you see here

7    is ease of upgrading a product which is a lower number.

8    Q.    Okay.  That's helpful because I never did see this

9    in color.  So that kind of grayed out area is green, green

10   is good?

11   A.    Correct.

12   Q.    White is middle?

13   A.    Yes.

14   Q.    And black is not good?

15   A.    Correct.

16   Q.    Okay.  So the ease of upgrading product was the low

17   rank here; right?

18   A.    In this particular survey at this particular time.

19   Q.    Yeah, back in '08.

20                And then let's look at the next page, if we

21   could, please.  It says,

22                "The current trend, Q2 to Q4 is downwards."

23                Do you see that?

24   A.    Yes, I do.

25   Q.    Help me just so we can understand the timeframe.

1  Oracle's got different quarters than some other folks I've

2  met.  Quarter one covers what months?

3  A.    Let me get my fingers out.  June, July, August.

4  Q.    Okay.  So we can figure the rest out from there;

5  right?  June, July, August is quarter one.  And that's of

6  the year before.  So are we in quarter two of 2016 for

7  Oracle right now today?

8  A.    Today, yes, we are.

9  Q.    Okay.  Good.  So quarter one of 2016 just got done a

10  few days ago?

11  A.    In August, yes.

12          MR. STRAND:  Okay.  Thank you.  Now, let's look

13  at this document.  I want to go to 5.  I apologize.

14          And then here's another one.  Let's just get the

15  left column there, if we could, Marie.

16  BY MR. STRAND:

17  Q.    It's got attribute, and down there at the bottom

18  it's the same scoring system; right?  Well, let's look at

19  the key target areas to improve.  Do you see that?

20  A.    Yes.

21  Q.    And then if we look over -- this is -- let's look at

22  E1, the JDE product.  Right.  Let's look at those first

23  three columns.  Because that's -- what's EBS?

24  A.    That's eBusiness Suite.

25  Q.    Yeah.  Let's just look at PeopleSoft and E1, but we

1   can't take EBS out.

2          So is this the same kind of ranking system?

3   Green, that kind of light shaded, is good, white is in the

4   middle, and black is not so good?

5   A.    That's correct, in this particular survey.

6   Q.    Okay.  So there was some customer dissatisfaction in

7   2008, and you guys were tracking the trends on that; right?

8   A.    So, this survey, just to be clear, is a global

9   relationship survey.  It's given to customers once a year.

10  So they fill out one survey, and this is the results that

11  you get.

12         That's different than the transaction survey

13  that we were talking about earlier which occurs almost on a

14  daily basis.

15  Q.    So this survey was a bigger, more comprehensive

16  global kind of survey, not just a small day-to-day call

17  kind of thing?

18  A.    It's a little bit bigger survey but it's given once

19  a year.

20  Q.    Okay.  Now, in looking at why customers might leave,

21  could dissatisfaction with the website play a part?

22  A.    I don't know if I see that on here.

23  Q.    Well, I'm just asking questions generally now.  We

24  know all these -- all these things listed here could play a

25  part in somebody leaving Oracle; correct?

1332

1    A.    Sure.  Yeah.

2    Q.    Just general dissatisfaction, but any of these

3    things we've got listed here could lead to them leaving;

4    correct?

5    A.    We have customers that are satisfied and unsatisfied

6    that actually stay and leave.

7    Q.    Yeah.  Now, if a customer has a stable -- you heard

8    the word stable environment, stable software environment?

9    A.    Yes.

10   Q.    They've had it for a while, it's kind of the old if

11   it ain't broke, don't fix it?

12   A.    Yes.

13   Q.    It's working for them?

14   A.    Yes.

15   Q.    And that might be a reason that they would decide to

16   go off Oracle maintenance and support; correct?

17   A.    No.

18   Q.    Never?

19   A.    Why would they?

20   Q.    Okay.  Some customers don't plan to upgrade;

21   correct?

22   A.    I think customers can delay their upgrade.

23   Q.    And that might be a reason, though, that they decide

24   to go off Oracle maintenance and support, they don't want

25   to upgrade; right?

1333

1    A.    I disagree.  I think we have customers that are in

2    sustaining support that are not ready to upgrade.

3    Q.    Okay.  So they don't leave because they don't want

4    to upgrade.

5          What about customization, do any customers ever

6    leave because they want to do specific customization?

7    A.    We have most of our customers actually customize

8    their software, so 95 percent of those customers actually

9    stay.

10   Q.    Okay.  So, in your mind, what's the number one

11   biggest reason why customers leave?

12   A.    Moving to another ERP vendor.

13   Q.    Okay.  Well, let's look down through here a little

14   bit.  Let's look at DTX 161.  I believe that one's

15   preadmitted so we can put it on the screen.

16         This one's already in evidence, Ms. Ransom, but

17   let's look at the top so we know what we're talking about.

18   This is from Juan Jones to you.  Who is Mr. Jones?

19   A.    Juan Jones is the senior vice-president at Oracle.

20   Q.    Okay.  You report to him?

21   A.    No.

22   Q.    He's above you though?

23   A.    Yes.

24   Q.    For now.  It says, "Subject, PowerPoint for

25   Thursday's meeting."  Right?

1334

1    A.    That's correct.

2    Q.    It says JDE cancellation analysis, Q4 final?

3    A.    That's correct.

4    Q.    So this would be Q4 of 2008?  The months before

5    June, July, August in 2008 is Q4 of 2008?

6    A.    Right.  So it would have been the quarter before,

7    correct.

8    Q.    All right.  That's all the more quarter work we'll

9    do.

10         Let's look at that, if we could, just for a

11   moment.  Let's look back at page 6 of that slide deck,

12   PowerPoint deck.

13         Now, it says JDE Cancellations Analysis

14   Definitions.  Do you see that?

15   A.    That's correct.

16   Q.    It talks about something called true cancellations.

17   Can you tell me what true cancellations are?

18   A.    I'm not in the support sales business so I don't

19   know exactly what this definition means.

20   Q.    Okay.  And then, by the same token, I imagine if I

21   ask you what nontrue cancellations are, that sounds even

22   less easily understood than true cancellations?

23   A.    It's not terminology I know.

24   Q.    Do these true cancellations types appear to be to

25   you the types of things that -- reasons that Oracle

1335

1     customers leave Oracle?

2     A.    It does seem to be reasons that customers may leave.

3     Q.    All right.  Let's go over to the slide 9 if we

4     could, please, Ms. Ransom.  And this document, I apologize,

5     it's entitled JDE Support Revenue Cancellation Analysis.

6           Let's get a little framework here.  This looks

7     like it's a global document; right?

8     A.    I don't -- you mean global because it has the --

9     Q.    APACENEA, Japan, LAD and NA?

10    A.    So it includes global customers, yes.

11    Q.    I want to look at that column that says NA.  That's

12    North America; correct?

13    A.    That is correct.

14    Q.    All right.  So this is an analysis of a

15    cancellations for fiscal year '08; correct?

16    A.    That is correct.

17    Q.    All right.  And if we go down through there, and I

18    won't take a lot of time to do it, it's got licenses no

19    longer used, 17.19 percent.  Move to support competitor,

20    12.38 percent, move to software competitor, 5.38 percent.

21    Do you see that?

22    A.    I do.

23    Q.    And then bankruptcy is down there at, what, 2.69

24    percent.  Correct?

25    A.    Yes, it is.

1  Q.     Okay.  And cost of services, 1.4 percent; right?

2  A.     This particular quarter, yes.

3  Q.     Yeah.  And you monitor this closely so you can keep

4  track of what's going on, right, with your customers?

5  A.     Actually, no, it's not within my scope of position.

6  Q.     But Oracle monitors it closely?

7  A.     Oracle does, I would assume so, yes.

8          MR. STRAND:  We'll get through this pretty

9  quick.  Let's look at DTX 164 which is not preadmitted so

10  don't put it on the screen, please.  But --

11          (Discussion held off the record.)

12          MR. STRAND:  All right.  Your Honor, I'm going

13  to offer DTX 0164 with the caveat that when the exhibit is

14  tendered to the Court, and I won't be talking about these

15  pages today, pages 6 through 9 of that exhibit which bear

16  Bates numbers 7976 through 7979 will be redacted in their

17  entirety, and the document will end at Bates page number

18  7975.  Subject to that, I offer it.

19          MR. ISAACSON:  No objection.

20          MR. STRAND:  I offer it.

21          MR. ISAACSON:  No objection, Your Honor.

22          THE COURT:  All right.  It's admitted with that

23  understanding.

24          (Defendants' Exhibits 164, pages 6-9

25          redacted, received into evidence.)

 1              MR. STRAND:  We can put it on the screen now,

 2     Marie, thank you.

 3     BY MR. STRAND:

 4     Q.    Let's look here at what we're looking at.  This is

 5     from a gentleman by the name of Rick Cummins.  Correct?

 6     A.    Yes.

 7     Q.    And you're a carbon copy recipient?

 8     A.    Yes.

 9     Q.    This is in this April of 2009; correct?

10     A.    Yes.

11     Q.    Can you tell me who Mr. Cummins is, or was at that

12     time?

13     A.    I'm sorry, who?

14     Q.    Mr. Rick Cummins?

15     A.    Oh, Cummins.  He was the leader of a support sales

16     organization for JD Edwards.

17     Q.    Okay.  Did he report to you?

18     A.    No.

19     Q.    Was he on a par with you or --

20     A.    I don't remember.

21     Q.    It's not that important.  Let's keep going.

22              Let's look at the second paragraph there of this

23     email.  Okay.  So he's got -- this is another short slide

24     deck coming, it's going to be even shorter when we redact

25     those pages.

```
 1              Cummins, he says,
 2              "In the meantime, here's the combined
 3    presentation with some of our larger cancellations."
 4              Do you see that?
 5    A.    Yes.
 6    Q.    And he goes on,
 7              "I have not seen an uptick in activity from
 8    either Spinnaker or Rimini Street.  However, I'll do some
 9    digging around to see if there has been increased activity
10    in other sectors or other geographies."
11              Correct?
12    A.    Yes.
13    Q.    Who is Spinnaker?
14    A.    Another third-party competitor that specializes,
15    very small, specializes in JD Edwards.
16    Q.    Let's look at page 4 of DTX 164, slide 4.  It's got
17    some pie charts on it.  It's going to be coming up right
18    there.
19              I apologize about the quality of these photo
20    copies, but long ago they ceased to be easy to read.  This
21    says PeopleSoft Q3 Cancellation Analysis; right?
22    A.    It does.
23    Q.    Okay.  And it gives by type.  So, for example,
24    license is no longer used, it says 35 percent; correct?
25    A.    That's correct.
```

1339

1    Q.    Bankruptcy, 1 percent; correct?

2    A.    Correct.

3    Q.    Cost of service, 9 percent -- excuse me, 7 percent?

4    A.    Yes.

5    Q.    Move to support competitor, 9 percent; correct?

6    A.    Yes.

7    Q.    Move to software competitor, 14 percent; correct?

8    A.    Yes.

9    Q.    Lost funding, 16 percent; correct?

10   A.    Yes.

11   Q.    Do you have an understanding of what the term lost

12   funding means?

13   A.    I have an educated guess.

14   Q.    Well, we don't do educated guesses?

15   A.    Okay.  Then no.

16   Q.    If you don't know, that's fine.

17   A.    No.

18   Q.    Okay.  Great.

19         At the end of the day, each customer that leaves

20   Oracle leaves for a different reason; correct?

21   A.    Yes.

22   Q.    And you'd have to analyze each customer to know why

23   each one left; correct?

24   A.    I haven't, but -- and I don't know if anyone has.

25   Q.    But based upon your years of experience, you'd agree

1340

1   with me that in order to know why they'd left, you would

2   need to analyze that customer, probably talk to that

3   customer; correct?

4   A.    You know, customers tell us many different reasons

5   as to why they leave.  In some cases they might not fully

6   disclose the actual reason.

7   Q.    But you probably got to try to talk to them; right?

8   A.    I think our support sales rep team does do that.

9   Q.    But you haven't done that, you haven't talked to the

10  customer's, for example, in this case to see why they left

11  Oracle?

12  A.    Not in scope, no.

13  Q.    Okay.  Now, you mentioned during the course of your

14  direct examination something called a SWAT team.  Remember?

15  A.    Yes.

16  Q.    And I think you were -- were you a member of that

17  SWAT team?

18  A.    I was a member of it, yes.

19  Q.    Okay.  And I think you only went to one or two

20  meetings?

21  A.    That's correct.

22  Q.    Let's look at DTX 165 -- or, excuse me, 145, which I

23  believe has been preadmitted.

24          COURTROOM ADMINISTRATOR:  Yes.

25          MR. STRAND:  All right.  So we can put that one

DONNA DAVIDSON, RDR, CRR, CCR #318    (775) 329-0132

1341

1    up on the board.

2    BY MR. STRAND:

3    Q.    Do you have that in front of you, Ms. Ransom?

4    A.    Hold on.  Okay.

5    Q.    The first page is just an Oracle page.  Let's turn

6    to the second page and we'll orient ourselves a little bit.

7    It says, "Oracle Third-Party SWAT Team- Behind Enemy

8    Lines."  Right?

9    A.    Yes.

10   Q.    And it's from October 2007?

11   A.    Yes.

12   Q.    It's prepared by a Mr. Robert -- how do you

13   pronounce his last name?

14   A.    I don't remember Robert.

15   Q.    Robert Locks or Lachs, something like that?

16   A.    Sounds good.

17   Q.    A regional manager.

18          All right.  Let's look at the third page of this

19   deck.  The third page is entitled "Winning the War vs

20   Third-Party Support."  Did I read that correctly?

21   A.    Yes.

22   Q.    Okay.  Then it goes down, "Reviewing the Arsenal:

23   Our Covert SWAT Team."  Right?

24   A.    Yes.

25   Q.    What did you understand was covert about the SWAT

1342

1     team?

2     A.     Nothing.

3     Q.     I kind of wondered the same thing.  But, okay.

4            Let's go down to slide 10, if we could.  It

5     says, "SWAT team:  Covert Operations.  SWAT Team Focus."

6            Do you see that?

7            And then the first bullet point reads,

8            "Define, Develop and Rollout Deliverables to

9     assist support sales in ongoing campaign to protect our

10    customer base from third-party support provider."

11           Did I read that correctly?

12    A.     Yes.

13    Q.     All right.  Then let's go to page 18, if we could,

14    please.

15           This one's "Third Party Playbook."

16           Third bullet point down, it's indented, and it

17    says, "Rev Rec."  Do you know what that means?

18    A.     Revenue recognition.

19    Q.     Revenue recognition.

20           It says, "We will not subjectively reduce fees

21    in order to compete with third-party pricing."

22           Did I read that correctly?

23    A.     That's correct.

24    Q.     Is that your understanding of Oracle's strategy with

25    regard to defending against competition from third-party

1343

1  service vendor?

2  A.    That's correct.  If we discount one customer over

3  another customer, it's really not fair for all of the

4  customers that are investing in our software.

5  Q.    So no discounting?

6  A.    No discounting on the maintenance.

7  Q.    Okay.  Let's look at page 21.

8          It says, "Third Party Portal."

9          Did you all create kind of a little mini

10 database just for how to deal with third-party maintenance

11 support competition?

12 A.    I honestly don't recall a third-party portal.

13 Q.    Okay.  Go down.  Did you create a third party war

14 room there at the first bullet point?

15 A.    I did not create a war room, no.

16 Q.    Okay.  Did Mr. Lachs, do you know?

17 A.    I don't believe so.

18 Q.    You don't recall ever visiting a third party war --

19 A.    No, I think he was being very creative in his

20 language.

21 Q.    Sounds like he was having a good time.  But he's a

22 guy.

23          All right.  Let's go on.  Competitive

24 Information.  Do you see that?

25 A.    Yes.

1344

1    Q.    Then below that, it says,

2            "Competitive marketing intelligence:  Links to

3    other resources/portals to help position against third

4    parties."

5            Do you see that?

6    A.    I do.

7    Q.    Did you see any competitive marketing intelligence

8    while you were on the SWAT team that you can recall?

9    A.    I mean, we had maybe PowerPoint type information.

10   Other than that, I don't recall any other additional

11   information.

12   Q.    Anything from covert operations?

13   A.    No.

14   Q.    Then let's go down to the bottom.  "Products &

15   Support, the bullet point under that.

16           "Information about Oracle's offerings:  Links to

17   other resources/portals to assemble useful data points for

18   customers to help sell the value of 'Why Oracle'."  Right?

19   A.    Yes.

20   Q.    That's what it says?

21   A.    It actually was quite simple, right?  It was looking

22   at pointing JD Edwards to JD Edwards product information,

23   the new enhancements that were coming out, the benefits of

24   the new release of JD Edwards.

25   Q.    And as in any competition, Oracle has its position,

1345

1    right, what it thinks are its strong points; correct?

2    A.    Sure.

3    Q.    And the competitor has what it thinks are its strong

4    points; correct?

5    A.    Yes.

6    Q.    And ultimately it's for the consumer to choose,

7    isn't that correct?

8    A.    As long as it's within their license rights, yes.

9    Q.    Let's look at page 23.  This will be the last one.

10            I do think Mr. Lachs had an overactive

11    imagination.

12            "Third Party SWAT Team Other War Time

13    Strategies."

14            Do you remember any other war time strategies?

15    A.    No, I don't.

16            MR. STRAND:  Okay.  Now, we talked just a

17    moment -- well, wait a minute.  Let me skip past that.

18            Your Honor, that's all I have.  Thank you very

19    much.  Thank you, Ms. Ransom.

20            THE COURT:  All right.

21            MR. ISAACSON:  Your Honor, if I could have five

22    minutes, we could finish with the witness for the evening.

23            THE COURT:  All right.  Ladies and gentlemen,

24    does that present any problem to anyone of you?

25            All right.  Let's do that.

1346

REDIRECT EXAMINATION

BY MR. ISAACSON:

Q.    Ms. Ransom, defense counsel said you're a lovely
lady.  Would you repeat your executive title at Oracle?

A.    I'm Vice-President of Global Customer Support.

Q.    What was your title before that?

A.    Vice-President of Global Customer Support.

Q.    How long have you been in management at Oracle?

A.    Since 1995.

Q.    All right.  Let me ask you about -- we looked at --
counsel looked at -- with you at the SWAT team document.
Exhibit 145.

A.    Okay.

Q.    Can we look at page 19.

      Once you get to the third-party playbook, now
we're going to football, blocking and tackling.  Who are
they talking about?

A.    I think it's the support sales rep blocking and
tackling.

Q.    And what third-party support provider are they
talking about?

A.    TomorrowNow.

Q.    All right.  And if we can go to the -- page 17, the
Solution Strategy, Value Driven Discussion.  What are you
talk -- what's being discussed here?

1    A.    So these were the proactive phone calls that we were

2    talking about earlier to where, if a customer was

3    considering leaving, we would have conversations with them

4    around the product, the product strategy, what we were

5    doing, what our plans were.

6            You have to keep in mind those customers did go

7    through two different acquisitions, and so reaching out and

8    having those conversations with the customers were

9    invaluable.

10   Q.    Were you talking about anything other than talking

11   to customers?

12   A.    Just talking.

13   Q.    All right.  DTX 160.  This was another document that

14   counsel showed you, and it used the phrase "low levels of

15   satisfaction."  And I want to ask you about that.

16           The levels of satisfaction were then recorded on

17   page 3.  There was a chart that was showed you there.

18   A.    Yes.

19           MR. ISAACSON:  Can you go to page 3, Matt?

20   There you go.

21   BY MR. ISAACSON:

22   Q.    That chart in the upper right-hand corner counsel

23   spent some time with you.

24           Now, there's numbers here, numbers above 7,

25   numbers above 6, numbers above 5.  What's the scale we're

```
 1    talking about, 1 through what?
 2    A.    Ten.
 3    Q.    So 7 out of 10, 6 out of 10, or 5 out of 10?
 4    A.    Correct.
 5    Q.    All right.  So, now, when you say low levels of
 6    satisfaction, you're referring to numbers that are still
 7    above 5; correct?
 8    A.    Correct.
 9    Q.    Okay.  And so those blackened-in numbers, I don't
10    know what the original colors were, I see five or six of
11    them, six of them in that table, you're talking about how
12    to address levels of satisfaction that are still above
13    five.
14              Why do you call those low levels of
15    satisfaction?
16    A.    It was a random scale that we put in place that
17    said, you know, anything that was in five.
18    Q.    Okay.  And it's hard to read the gray, but is the
19    gray there, those are all above sevens, and that's what you
20    said was originally green; is that right?
21    A.    That's correct.
22    Q.    Okay.  And to address those low levels of
23    satisfaction here, what did you do?
24    A.    We actually again reached out to our customers.
25              I think there was a perception, and uncertainty
```

1349

1    of the future of JD Edwards at the particular time, and so

2    really just that additional communication to let them know

3    that JD Edwards is still existing with PeopleSoft, with

4    Oracle.  In fact, we were continuing to enhance it.

5              That was really the messages that the customer

6    needed to hear.

7    Q.   And what happened to levels of satisfaction after

8    this?

9    A.   They've improved, and they've actually improved

10   quite extensively.

11   Q.   To what levels?

12   A.   Right now we're running above --

13             MR. STRAND:  Your Honor, excuse me.

14             MR. ISAACSON:  He opened the door.

15             THE COURT:  He's rephrasing.

16   BY MR. ISAACSON:

17   Q.   By 2011, what did they rise to?

18   A.   By 2011, I believe they were up above 8.  So 8 out

19   of 10.

20             MR. ISAACSON:  All right.  I have no more

21   questions for you.

22             MR. STRAND:  I just have one.

23             Will you please forgive me if I in any way

24   insulted you with my comment.  I meant no harm.

25             THE WITNESS:  No worries.  Thank you.

1    MR. STRAND:  Thank you.  No further questions,

2    Your Honor.

3    THE COURT:  Thank you.  Ladies and gentlemen,

4    that will conclude our evidence for today.  I give you the

5    longer form of the caution because it's the longer break

6    that carries us over until tomorrow morning and it's so

7    important that you keep this in mind at all times.

8    I remind you that you're not to discuss the case

9    with anyone or permit anyone to discuss it with you or in

10   your presence.

11   I remind you that this caution includes

12   discussing the case in any way over the Internet, through

13   e-mails, or text messaging.

14   I caution you not to read, watch, or listen to

15   any report or commentary on this case by any medium of

16   information, including certainly the Internet, newspapers,

17   radio, or any other form of communication.

18   Very important, I caution you not to do any

19   research or make any independent investigation concerning

20   this case on your own.  You should not consult

21   dictionaries, search the Internet, perform Google searches

22   or make any other investigation about the case on your own.

23   I previously told you how important it is that

24   when the jury decides this case, it's absolutely critical

25   that you all decide it based on having seen and heard the

1351

1    exact same evidence presented in this courtroom.

2              I caution you to keep an open mind until all the

3    witnesses and the evidence has been presented, you have

4    been instructed on the law which will apply to this case by

5    me, and you've heard the arguments of the attorneys in

6    their closing statements.

7              If you've taken any notes, be careful to leave

8    those in the jury room.  They are protected there.

9              And with that, I'll wish you a pleasant evening.

10   I thank you for your attention today, your timeliness, and

11   we will start tomorrow morning promptly at 8:00 a.m.

12             Thank you.  You may step down and have a

13   pleasant evening.

14             COURTROOM ADMINISTRATOR:  Please rise.

15        (The proceedings adjourned at 2:11 p.m.)

16                        *    *    *

17

18

19

20

21

22

23

24

25

1352

1           -o0o-

2       I certify that the foregoing is a correct

3       transcript from the record of proceedings

4       in the above-entitled matter.

5

6       _____        9/23/15

7       Donna Davidson, RDR, CRR, CCR #318        Date
        Official Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1353

1        I N D E X

2   PLAINTIFFS' WITNESSES:                          PAGE
    RICHARD ALLISON
3       Cross Examination Resumed                    1091
        By Mr. Strand
4       Redirect Examination By Mr. Hixson           1109
    CHRISTIAN HICKS
5       Direct Examination By Mr. Ringgenberg        1147
        Cross-Examination By Mr. Dykal              1187
6       Redirect Examination By Mr.                  1196
        Ringgenberg
7   DAVID RENSHAW
        Direct Examination By Ms. Dunn               1198
8       Cross-Examination By Mr. Dykal              1218
    BUFFY RANSOM
9       Direct Examination By Mr. Isaacson           1253
        Cross-Examination By Mr. Strand             1310
10      Redirect Examination By Mr. Isaacson         1346

11

12           E X H I B I T S

13  PLAINTIFFS'                                  ADMITTED
    113, 122 and 126                                1239
14  165, 168, 174                                   1220
    205, 235, 246                                   1123
15  662                                             1213
    665                                             1202
16  667                                             1205
    669                                             1208
17  1256                                            1165
    1569                                            1106
18  5372                                            1211
    5376                                            1216
19
    DEFENDANTS'                                  ADMITTED
20  160                                             1326
    164                                             1336
21

22

23

24

25