SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Joseph A. Gorman (*pro hac vice*)
555 Mission Street
San Francisco, CA  94105
415-393-8296
jgorman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Lauren Blas (*pro hac vice*)
Blaine H. Evanson (*pro hac vice*)
333 S. Grand Ave.
Los Angeles, CA  90071-3197
Telephone: (213) 229-7000
lblass@gibsondunn.com
bevanson@gibsondunn.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone:  (702) 792-3773
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
wallen@LRRLaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone:  (925) 264-7736
dwinslow@riministreet.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual, <br><br> Defendants. | Case No. 2:10-cv-0106-LRH-PAL <br><br> **DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' MOTION TO ADMIT DTX 152, DTX 153, DTX 154B, DTX 164A, DTX 340, AND DTX 345 WITHOUT REDACTIONS** |

6977136 v1

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010 (*See* Dkt. 55, "Protective Order"), Local Rule 10-5(b) and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Defendants Rimini Street, Inc. and Seth Ravin ("Rimini") respectfully requests that the Court grant leave to file under seal portions of the Motion to Admit DTX 152, DTX 153, DTX 154B, DTX 164A, DTX 340, AND DTX 345 Without Redactions and Exhibits A-F to the same. A public, redacted version of Motion to Admit DTX 152, DTX 153, DTX 154B, DTX 164A, DTX 340, AND DTX 345 Without Redactions was filed on September 23, 2015. Additionally, on September 23, 1015, the unredacted version of Exhibits A-F were filed under seal.

The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as "Confidential Information" and as "Highly Confidential Information- Attorneys' Eyes Only" under the terms of the Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of any Discovery Material as "Confidential Information" or "Highly Confidential Information- Attorneys' Eyes Only" shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation". Protective Order at Paragraph 2.

The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (citations omitted).

Sealing portions of the Motion to Admit DTX 152, DTX 153, DTX 154B, DTX 164A, DTX 340, AND DTX 345 Without Redactions is requested because the document contains information that Oracle has designated as "Highly Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order. This information includes Oracle customer information that if disclosed would competitively harm Oracle. The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly

1  Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if**
2  **such counsel in good faith believes that such Discovery Material contains such information and**
3  **is subject to protection under Federal Rule of Civil Procedure 26(c).** The designation by any
4  Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential
5  Information –Attorneys' Eyes Only' shall constitute a representation that an attorney for the
6  Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶
7  2 (emphasis supplied).

8       A description of the Exhibits to be filed under seal referenced in this Motion to
9  Preclude Certain Damages Evidence is included below:

10      1. Exhibits A-F consist of information compiled by Oracle regarding customer
11          information disclosed during sales negotiations that has been designated "Highly
12          Confidential Information – Attorneys' Eyes Only" by Oracle.

13      Thus, in identifying the Motion to Admit DTX 152, DTX 153, DTX 154B, DTX
14 164A, DTX 340, AND DTX 345 Without Redactions Exhibits which contain Confidential or Highly
15 Confidential material, Rimini, as the designating party, contends that good cause exists for sealing
16 Exhibits A-F.

17      Rimini has submitted all other portions of the Motion to Admit DTX 152, DTX 153,
18 DTX 154B, DTX 164A, DTX 340, AND DTX 345 Without Redactions, for filing in the Court's
19 public files, which would allow public access to the filings except for the documents Oracle has
20 designated as Highly Confidential. Accordingly, the request to seal is narrowly tailored.

21      For the foregoing reasons, Rimini respectfully requests that the Court grant leave to
22 file portions of the Motion to Admit DTX 152, DTX 153, DTX 154B, DTX 164A, DTX 340, AND
23 DTX 345 Without Redactions and Exhibits A-F to the same under seal.

24
25
26
27
28

- 3 -

6977136 v1

| | | |
|---|---|---|
| 1 | DATED: September 23, 2015 | SHOOK, HARDY & BACON |
| 2 | | |
| 3 | | By: __/s/ *Robert H. Reckers*_____ |
| | | Robert H. Reckers |
| 4 | | rreckers@shb.com |
| | | B. Trent Webb |
| 5 | | bwebb@shb.com |
| | | Peter Strand |
| 6 | | pstrand@shb.com |
| 7 | | Ryan Dykal |
| | | rdykal@shb.com |
| 8 | | SHOOK, HARDY & BACON L.L.P. |
| | | 2555 Grand Blvd. |
| 9 | | Kansas City, MO 64108-2613 |
| | | 816-474-6550 Telephone |
| 10 | | 816-421-5547 Facsimile |
| 11 | | |
| 12 | | *Attorneys for Defendants* |
| | | *Rimni Street, Inc. and Seth Ravin* |

- 4 -

6977136 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of September, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: __/s/ *Robert H. Reckers*
Robert H. Reckers.

*Attorney for Defendants*
*Rimini Street, Inc., and Seth Ravin*

- 5 -

6977136 v1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ADMIT DTX 152, DTX 153, DTX 154B, DTX 164A, DTX 340, AND DTX 345 WITHOUT REDACTIONS**

## [PROPOSED] ORDER

Pending before this Court is Defendants Rimini Street, Inc. and Seth Ravin's ("Rimini") Motion for Leave to File Under Seal Portions of the Motion to Admit DTX 152, DTX 153, DTX 154B, DTX 164A, DTX 340, AND DTX 345 Without Redactions and Exhibits A-F to the same. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Defendant's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Defendants' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal portions of Rimini's Motion to Admit DTX 152, DTX 153, DTX 154B, DTX 164A, DTX 340, AND DTX 345 Without Redactions.

IT IS SO ORDERED.
DATED:

By:_____
Hon. Larry R. Hicks
United States District Judge

6977136 v1