| | | |
|---|---|---|
| 1 | SHOOK, HARDY & BACON LLP | GIBSON DUNN & CRUTCHER LLP |
| 2 | B. Trent Webb, Esq. (*pro hac vice*) | Lauren Blas |
|   | Peter Strand Esq. (*pro hac vice*) | Blaine H. Evanson |
| 3 | Ryan D. Dykal Esq. (*pro hac vice*) | 333 S. Grand Ave., 47th Floor |
|   | 2555 Grand Boulevard | Los Angeles, California 90071 |
| 4 | Kansas City, Missouri 64108-2613 | Telephone: 213-229-7000 |
|   | Telephone: (816) 474-6550 | Facsimile: 213-229-7228 |
| 5 | Facsimile: (816) 421-5547 | bevanson@gibsondunn.com |
|   | bwebb@shb.com | |
| 6 | | GIBSON DUNN & CRUTCHER LLP |
| 7 | Robert H. Reckers, Esq. (*pro hac vice*) | Joseph A. Gorman |
|   | 600 Travis Street, Suite 1600 | 555 Mission Street |
| 8 | Houston, Texas  77002 | San Francisco, California  94105 |
|   | Telephone: (713) 227-8008 | Telephone: 415-393-8296 |
| 9 | Facsimile: (731) 227-9508 | jgorman@gibsondunn.com |
|   | rreckers@shb.com | |
| 10 | | GIBSON DUNN & CRUCTHER LLP |
|    | | Mark A. Perry |
| 11 | | 1050 Connecticut Avenue N.W. |
| 12 | LEWIS AND ROCA LLP | Washington, D.C. 20036-5306 |
|    | W. West Allen (Nevada Bar No. 5566) | |
| 13 | 3993 Howard Hughes Parkway, Suite 600 | RIMINI STREET, INC. |
|    | Las Vegas, Nevada 89169 | Daniel B. Winslow |
| 14 | Tel: (702) 949-8200 | 6601 Koll Center Parkway, Suite 300 |
|    | Fax: (702) 949-8398 | Pleasanton, California  94566 |
| 15 | WAllen@LRRLaw.com | Telephone: 925-264-7736 |
| 16 | | DWinslow@riministreet.com |
| 17 | | *Attorneys for Defendants* |
| 18 | | *Rimini Street, Inc., and Seth Ravin* |

7189650 v1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**CERTIFICATE OF SERVICE**

# **CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is 2555 Grand Boulevard, Kansas City, Missouri 64108. On September 23, 2015, I served the following document:

1. Unredacted version of Defendants' Motion to Admit DTX documents 152, 153, 154B, 164A, 340 and 345 Without Redaction and accompanying exhibits A-F (Under Seal version: Dkt. No. 807 and Public version: 806.)

Upon all counsel registered to receive notice, in this action, via the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: September 23, 2015

By: ___/s/ Jeff Glidewell_____
Jeff Glidewell
Paralegal
Shook, Hardy & Bacon LLP

7189650 v1