1   BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
Las Vegas, NV 89101
3   Telephone: (702) 382-7300
Facsimile: (702) 382-2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
6   KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
7   Washington, DC 20015
8   Telephone: (202) 237-2727
Facsimile: (202) 237-6131
9   wisaacson@bsfllp.com
kdunn@bsfllp.com

10   BOIES, SCHILLER & FLEXNER LLP
11   STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
12   1999 Harrison Street, Suite 900
Oakland, CA 94612
13   Telephone: (510) 874-1000
Facsimile: (510) 874-1460
14   sholtzman@bsfllp.com
kringgenberg@bsfllp.com

15   *Attorneys for Plaintiffs*
Oracle USA, Inc., Oracle America, Inc., and
16   Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market Street
Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

17

18                    **UNITED STATES DISTRICT COURT**

19                         **DISTRICT OF NEVADA**

20

21   ORACLE USA, INC., a Colorado corporation;
ORACLE AMERICA, INC., a Delaware
22   corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

23                         Plaintiffs,
24              v.

25   RIMINI STREET, INC., a Nevada corporation;
SETH RAVIN, an individual,

26                         Defendants.

27

28

CASE NO. 2:10-cv-0106-LRH-PAL

**PLAINTIFFS ORACLE USA, INC.,
ORACLE AMERICA, INC. AND
ORACLE INTERNATIONAL'S
PROPOSED JURY INSTRUCTION TO
ADDRESS TOMORROWNOW AND
CEDARCRESTONE**

1    Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

2    ("Oracle") respectfully submit this proposed jury instruction to address the issues raised in Court

3    today regarding the damages evidence.

4    Oracle presented this proposed instruction to Defendants Rimini Street Inc. and Seth

5    Ravin before it was submitted to the Court.  Defendants declined to agree to an instruction.

6    **Oracle's Proposed Instruction**

7    You are about to hear testimony concerning the damages Oracle claims it suffered.

8    Oracle contends that its damages should include "lost profits" Oracle suffered as a result of

9    Rimini Street's allegedly illegal acts.  Specifically, Oracle contends that it is entitled to recover

10   lost profits based on the lost support revenue it would have earned from customers who

11   purchased support services from Rimini Street.

12   Defendants contend that these customers would not have purchased support from Oracle

13   for reasons other than Rimini Street's allegedly illegal acts.  Among other things, Defendants

14   claim that, if Rimini Street did not commit those acts, Oracle's customers would have chosen

15   other third party support providers instead of purchasing support from Oracle.

16   You have heard evidence, and may hear more evidence, regarding TomorrowNow and

17   CedarCrestone.  In considering Oracle's claims of lost profits, you must not consider

18   TomorrowNow and CedarCrestone as available third-party support providers that customers

19   might have chosen instead of Rimini Street or Oracle.

20   Sources: *IGT v. Alliance Gaming Corp.*, 2008 WL 7084605, at *6 (D. Nev. Oct. 21,

21   2008) (only "acceptable *noninfringing* substitutes" considered in patent lost-profits calculations)

22   (emphasis added); *VNUS Med. Techs., Inc. v. Diomed Holdings, Inc.*, 2007 WL 3096586, at *1

23   (N.D. Cal. Oct. 22, 2007) (same); *Polaroid Corp. v. Eastman Kodak Co.*, No. 76-1634-MA,

24   1990 WL 324105, at *13 (D. Mass. Oct. 12, 1990) *amended*, No. CIV.A. 76-1634-MA, 1991

25   WL 4087 (D. Mass. Jan. 11, 1991) (when calculating lost profits, "[t]he inquiry [into substitutes]

26   is quite narrow; acceptable substitutes are those products which offer the key advantages of the

27   patented device but do not infringe"); *see also State Indus., Inc. v. Mor-Flo Indus., Inc.*, 883 F.2d

28   1573, 1578 (Fed. Cir. 1989) (discounting "other competitors" if the court was correct that they

1

1    "were likely infringers").

2

3    DATED:  September 23, 2015                    BOIES SCHILLER & FLEXNER LLP

4

5                                                 By: /s/ *Kieran P. Ringgenberg*

6                                                     Kieran P. Ringgenberg
                                                      Attorneys for Plaintiffs
7                                                     Oracle USA, Inc., Oracle America, Inc., and
                                                      Oracle International Corp.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORCL'S PROPOSED JURY INSTRUCTION TO ADDRESS TOMORROWNOW AND CEDARCRESTONE