| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF THOMAS HIXSON IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO ADMIT EXHIBITS WITHOUT REDACTIONS** |

I, Thomas Hixson, declare as follows:

1. I am a member of the State Bar of California, and a partner at Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively, "Oracle" or "Plaintiffs") in this action. I have personal knowledge of the matters stated herein and could and would testify competently about them if called upon to do so.

2. Attached as **Exhibit A** is a true and correct copy of Defendants' trial exhibit DTX 152.

3. Attached as **Exhibit B** is a true and correct copy of Defendants' trial exhibit DTX 153.

4. Attached as **Exhibit C** is a true and correct copy of Defendants' trial exhibit DTX 154B.

5. Attached as **Exhibit D** is a true and correct copy of Defendants' trial exhibit DTX 164A.

6. Attached as **Exhibit E** is a true and correct copy of Defendants' trial exhibit DTX 340.

7. Attached as **Exhibit F** is a true and correct copy of Defendants' trial exhibit DTX 345.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on September 24, 2015 in Las Vegas, Nevada.

/s/ Thomas Hixson
Thomas Hixson

DECLARATION OF THOMAS HIXSON IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' MOTION TO ADMIT EXHIBITS WITHOUT REDACTIONS