| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | SHOOK, HARDY & BACON LLP |
| | RICHARD J. POCKER (NV Bar No. 3568) | B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | Peter E. Strand (*pro hac vice*) |
| | Las Vegas, NV 89101 | Ryan D. Dykal (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300 | 2555 Grand Boulevard |
| | Facsimile: (702) 382-2755 | Kansas City, Missouri 64108-2613 |
| 4 | rpocker@bsfllp.com | Telephone: (816) 474-6550 |
| | | Facsimile: (816) 421-5547 |
| 5 | WILLIAM A. ISAACSON (*pro hac vice*) | bwebb@shb.com |
| | KAREN L. DUNN (*pro hac vice*) | pstrand@shb.com |
| 6 | 5301 Wisconsin Ave, NW | rdykal@shb.com |
| | Washington, DC 20015 | |
| 7 | Telephone: (202) 237-2727 | Robert H. Reckers (*pro hac vice*) |
| | Facsimile: (202) 237-6131 | 600 Travis Street, Suite 3400 |
| 8 | wisaacson@bsfllp.com | Houston, Texas  77002 |
| | kdunn@bsfllp.com | Telephone: (713) 227-8008 |
| 9 | | Facsimile: (713) 227-9508 |
| 10 | STEVEN C. HOLTZMAN (*pro hac vice*) | rreckers@shb.com |
| | KIERAN P. RINGGENBERG (*pro hac vice*) | |
| 11 | 1999 Harrison Street, Suite 900 | LEWIS ROCA ROTHGERBER LLP |
| | Oakland, CA 94612 | W. West Allen (Nevada Bar No. 5566) |
| 12 | Telephone: (510) 874-1000 | 3993 Howard Hughes Parkway, Suite 600 |
| | Facsimile: (510) 874-1460 | Las Vegas, Nevada 89169 |
| 13 | sholtzman@bsfllp.com | Tel: (702) 949-8200 |
| | kringgenberg@bsfllp.com | Fax: (702) 949-8398 |
| 14 | | WAllen@lrrlaw.com |
| 15 | MORGAN, LEWIS & BOCKIUS LLP | GREENBERG TRAURIG |
| | THOMAS S. HIXSON (*pro hac vice*) | Mark G. Tratos (Nevada Bar No. 1086) |
| 16 | KRISTEN A. PALUMBO (*pro hac vice*) | Brandon Roos (Nevada Bar No. 7888) |
| | One Market, Spear Street Tower | Leslie Godfrey  (Nevada Bar No. 10229) |
| 17 | San Francisco, CA  94105 | 3773 Howard Hughes Parkway |
| | Telephone:  (415) 442-1000 | Suite 400 North |
| 18 | Facsimile:  (415) 442-1001 | Las Vegas, NV 89169 |
| | thomas.hixson@morganlewis.com | Telephone: (702) 792-3773 |
| 19 | kristen.palumbo@morganlewis.com | Facsimile: (702) 792-9002 |
| | | tratosm@gtlaw.com |
| 20 | DORIAN DALEY (*pro hac vice*) | roosb@gtlaw.com |
| | DEBORAH K. MILLER (*pro hac vice*) | godfreyl@gtlaw.com |
| 21 | JAMES C. MAROULIS (*pro hac vice*) | |
| | ORACLE CORPORATION | Attorneys for Defendants Rimini Street, |
| 22 | 500 Oracle Parkway, M/S 5op7 | Inc., and Seth Ravin |
| | Redwood City, CA 94070 | |
| 23 | Telephone:  (650) 506-4846 | |
| | Facsimile:  (650) 506-7114 | |
| 24 | dorian.daley@oracle.com | |
| | deborah.miller@oracle.com | |
| 25 | jim.maroulis@oracle.com | |
| 26 | Attorneys for Plaintiffs | |
| | Oracle USA, Inc., Oracle America, Inc., and | |
| 27 | Oracle International Corp. | |
| 28 | | |

STIP RE PREADMITTED EXHIBITS

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER RE AGREEMENT TO ADMIT TRIAL EXHIBITS** |

1    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Oracle USA,
2    Inc., Oracle America, Inc., Oracle International Corporation and Defendants Rimini Street, Inc.
3    and Seth Ravin, through their respective counsel of record, that:
4    The parties have agreed to admit into evidence the following trial exhibits:

| PTX | DESCRIPTION |
|---|---|
| 3218 | Copyright Reg. # TX 6-541-044 - Code Change for JD Edwards World A8.1 |
| 3219 | Copyright Reg. # TX 6-541-034 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.0 |
| 3220 | Copyright Reg. # TX 6-541-039 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.11 SP1 |
| 3221 | Copyright Reg. # TX 6-541-042 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.12 |
| 3222 | Copyright Reg. # TX 7-041-267 - Cumulative Update 1 for JDE EnterpriseOne 9.0 |
| 3223 | Copyright Reg. # TX 6-541-031 - Cumulative Update 16 for JD Edwards World A7.3 |
| 3224 | Copyright Reg. # TX 6-541-032 - Cumulative Update 2 for JD Edwards EnterpriseOne 8.10 |
| 3225 | Copyright Reg. # TX-7-041-278 - Cumulative Update 3 for JDE EnterpriseOne 8.12 |
| 3226 | Copyright Reg. # TX 6-545-421 - Cumulative Update 6 for JD Edwards World A8.1 |
| 3227 | Copyright Reg. # TX 6-541-048 - Cumulative Update 8 for JD Edwards EnterpriseOne Xe |
| 3228 | Copyright Reg. # TXu1-607-455 - Database of Documentary Customer Support Materials for J.D. Edwards Software |
| 3229 | Copyright Reg. # TXu1-607-454 - Database of Documentary Customer Support Materials for PeopleSoft Software |
| 3230 | Copyright Reg. # TXu1-607-453 - Database of Documentary Customer Support Materials for Siebel Software |
| 3231 | Copyright Reg. # TX 6-541-027 - ESU for JD Edwards EnterpriseOne 8.11 SP1 |
| 3232 | Copyright Reg. # TX 6-541-045 - ESU for JD Edwards EnterpriseOne 8.12 |
| 3233 | Copyright Reg. # TX 6-541-050 - Initial release of JD Edwards EnterpriseOne 8.0 |
| 3234 | Copyright Reg. # TX 6-541-038 - Initial release of JD Edwards EnterpriseOne 8.10 |
| 3235 | Copyright Reg. # TX 6-541-028 - Initial release of JD Edwards EnterpriseOne 8.11 |
| 3236 | Copyright Reg. # TX 6-541-040 - Initial release of JD Edwards EnterpriseOne 8.11 SP1 |
| 3237 | Copyright Reg. # TX 6-541-041 - Initial release of JD Edwards EnterpriseOne 8.12 |
| 3238 | Copyright Reg. # TX 6-541-049 - Initial release of JD Edwards EnterpriseOne 8.9 |
| 3239 | Copyright Reg. # TX 6-541-033 - Initial release of JD Edwards EnterpriseOne XE |
| 3240 | Copyright Reg. # TX 6-541-029 - Initial release of JD Edwards World A7.3 |
| 3241 | Copyright Reg. # TX 6-541-047 - Initial release of JD Edwards World A8.1 |
| 3242 | Copyright Reg. # TX 6-541-030 - Initial release of JD Edwards World A9.1 |
| 3243 | Copyright Reg. # TX 7-041-256 - Initial release of JDE EnterpriseOne 9.0 |
| 3244 | Copyright Reg. # TX 7-041-290 - Initial release of JDE World A9.2 |
| 3245 | Copyright Reg. # TX 5-222-106 - Oracle 8i Enterprise Edition, release 2 (8.1.6) |

| PTX | DESCRIPTION |
|---|---|
| 3246 | Copyright Reg. # TX 5-673-282 - Oracle 9i Database Enterprise: Edition Release 2 |
| 3247 | Copyright Reg. # TX 6-938-648 - Oracle Database 10g: Release 1 |
| 3248 | Copyright Reg. # TX 6-942-003 - Oracle Database 10g: Release 2 |
| 3249 | Copyright Reg. # TX 7-324-157 - Oracle Database 11g Release 1 |
| 3250 | Copyright Reg. # TX 7-324-158 - Oracle Database 11g Release 2 |
| 3251 | Copyright Reg. # TX 4-792-576 - PeopleSoft 7.0 financials, distribution & manufacturing 7.0 |
| 3252 | Copyright Reg. # TX-5-456-777 - PeopleSoft 8 Customer Relationship Management |
| 3253 | Copyright Reg. # TX 5-456-778 - PeopleSoft 8 Customer Relationship Management PeopleBooks |
| 3254 | Copyright Reg. # TX 5-345-698 - PeopleSoft 8 EPM SP3 |
| 3255 | Copyright Reg. # TX 5-501-313 - PeopleSoft 8 FIN/SCM SP1 |
| 3256 | Copyright Reg. # TX 5-595-355 - PeopleSoft 8 FIN/SCM SPI PeopleBooks |
| 3257 | Copyright Reg. # TX 5-311-637 - PeopleSoft 8 Financials and Supply Chain Management PeopleBooks |
| 3258 | Copyright Reg. # TX-5-456-780 - PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 |
| 3259 | Copyright Reg. # TX 5-311-638 - PeopleSoft 8 HRMS PeopleBooks |
| 3260 | Copyright Reg. # TX 5-501-312 - PeopleSoft 8 HRMS SP1 |
| 3261 | Copyright Reg. # TX 5-456-781 - PeopleSoft 8 Promotions Management, Collaborative Supply Management, eRFQ,Supplier Connection, and Supply Chain Portal Pack PeopleBooks |
| 3262 | Copyright Reg. # TX 5-431-290 - PeopleSoft 8 Student Administration Solutions PeopleBooks |
| 3263 | Copyright Reg. # TX 5-493-450 - PeopleSoft 8.1 Customer Relationship Management |
| 3264 | Copyright Reg. # TX 5-733-209 - PeopleSoft 8.1 Customer Relationship Management PeopleBooks |
| 3265 | Copyright Reg. # TX 5-485-839 - PeopleSoft 8.3 Enterprise Performance Management |
| 3266 | Copyright Reg. # TX 5-485-842 - PeopleSoft 8.3 Enterprise Performance Management PeopleBooks |
| 3267 | Copyright Reg. # TX 5-469-032 - PeopleSoft 8.3 HRMS |
| 3268 | Copyright Reg. # TX 5-469-031 - PeopleSoft 8.3 HRMS PeopleBooks |
| 3269 | Copyright Reg. # TX 5-586-236 - PeopleSoft 8.4 Customer Relationship Management PeopleBooks |
| 3270 | Copyright Reg. # TX-5-586-247 - PeopleSoft 8.4 Financials and Supply Chain Management |
| 3271 | Copyright Reg. # TX 5-586-246 - PeopleSoft 8.4 Financials and Supply Chain Management PeopleBooks |
| 3272 | Copyright Reg. # TX 6-015-317 - PeopleSoft 8.8 Customer Relationship Management |
| 3273 | Copyright Reg. # TX-5-993-616 - PeopleSoft 8.8 Enterprise Performance Management |
| 3274 | Copyright Reg. # TX 6-093-947 - PeopleSoft 8.8 HRMS |
| 3275 | Copyright Reg. # TX 7-077-451 - PeopleSoft Campus Solutions 8.9 |
| 3276 | Copyright Reg. # TX 7-077-460 - PeopleSoft Campus Solutions 9.0 |
| 3277 | Copyright Reg. # TX 7-063-664 - PeopleSoft Customer Relationship Management 8.8 SP1 |
| 3278 | Copyright Reg. # TX 7-063-664 - PeopleSoft Customer Relationship Management |

| | PTX | DESCRIPTION |
|---|---|---|
| 1 | | 8.8 SP1 |
| 2 | 3279 | Copyright Reg. # TX 7-063-668 - PeopleSoft Customer Relationship Management 8.9 |
| 3 | 3280 | Copyright Reg. # TX 7-063-668 - PeopleSoft Customer Relationship Management 8.9 |
| 4 | 3281 | Copyright Reg. # TX 7-065-371 - PeopleSoft Customer Relationship Management 9.0 |
| 5 | 3282 | Copyright Reg. # TX 7-065-371 - PeopleSoft Customer Relationship Management 9.0 |
| 6 | 3283 | Copyright Reg. # TX 7-063-653 - PeopleSoft Customer Relationship Management 9.1 |
| 7 | 3284 | Copyright Reg. # TX 7-063-653 - PeopleSoft Customer Relationship Management 9.1 |
| 8 | 3285 | Copyright Reg. # TX 7-063-683 - PeopleSoft Enterprise Performance Management 8.8 SP2 |
| 9 | 3286 | Copyright Reg. # TX 7-063-672 - PeopleSoft Enterprise Performance Management 8.9 |
| 10 | 3287 | Copyright Reg. # TX 7-063-679 - PeopleSoft Enterprise Performance Management 9.0 |
| 11 | 3288 | Copyright Reg. # TX 5-291-439 - PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 |
| 12 | 3289 | Copyright Reg. # TX 7-063-688 - PeopleSoft Financials and Supply Chain Management 8.8 |
| 13 | 3290 | Copyright Reg. # TX 7-065-319 - PeopleSoft Financials and Supply Chain Management 8.8 SP1 |
| 14 | 3291 | Copyright Reg. # TX 7-065-332 - PeopleSoft Financials and Supply Chain Management 8.9 |
| 15 | 3292 | Copyright Reg. # TX 7-065-354 - PeopleSoft Financials and Supply Chain Management 9.0 |
| 16 | 3293 | Copyright Reg. # TX 7-065-357 - PeopleSoft Financials and Supply Chain Management 9.1 |
| 17 | 3294 | Copyright Reg. # TX 4-792-574 - PeopleSoft Financials, Distribution & Manufacturing 7.5 |
| 18 | 3295 | Copyright Reg. # TX 4-792-577 - PeopleSoft HRMS 7.0 |
| 19 | 3296 | Copyright Reg. # TX 4-792-575 - PeopleSoft HRMS 7.5 |
| | 3297 | Copyright Reg. # TX 7-065-376 - PeopleSoft HRMS 8.8 SP1 |
| 20 | 3298 | Copyright Reg. # TX 7-065-381 - PeopleSoft HRMS 8.9 |
| | 3299 | Copyright Reg. # TX 7-065-386 - PeopleSoft HRMS 9.0 |
| 21 | 3300 | Copyright Reg. # TX 7-065-398 - PeopleSoft HRMS 9.1 |
| 22 | 3301 | Copyright Reg. # TX 7-077-447 - PeopleSoft Student Administration Solutions 8.0 SP1 |
| | 3302 | Copyright Reg. # TX 4-792-578 - PeopleTools 7.5 |
| 23 | 3303 | Copyright Reg. # TX 5-266-221 - PeopleTools 8.10 |
| 24 | 3305 | Copyright Reg. # TX 5-586-248 - PeopleTools 8.4 |
| | 3306 | Copyright Reg. # TX 5-586-249 - PeopleTools 8.4 PeopleBooks |
| 25 | 3307 | Copyright Reg. # TX 7-092-406 - PeopleTools 8.42 |
| | 3308 | Copyright Reg. # TX 7-092-603 - PeopleTools 8.43 |
| 26 | 3309 | Copyright Reg. # TX 7-092-583 - PeopleTools 8.44 |
| | 3310 | Copyright Reg. # TX 7-092-617 - PeopleTools 8.45 |
| 27 | 3311 | Copyright Reg. # TX 7-092-772 - PeopleTools 8.46 |
| | 3312 | Copyright Reg. # TX 7-092-797 - PeopleTools 8.47 |
| 28 | 3313 | Copyright Reg. # TX 7-092-819 - PeopleTools 8.48 |

| PTX | DESCRIPTION |
|---|---|
| 3314 | Copyright Reg. # TX 7-092-855 - PeopleTools 8.49 |
| 3315 | Copyright Reg. # TX 7-092-757 - PeopleTools 8.50 |
| 3316 | Copyright Reg. # TX 6-941-989 - Siebel 6.3 Initial Release and Documentation |
| 3317 | Copyright Reg. # TX 6-941-988 - Siebel 7.0.5 Initial Release and Documentation |
| 3318 | Copyright Reg. # TX 6-941-990 - Siebel 7.5.2 Initial Release and Documentation |
| 3319 | Copyright Reg. # TX 6-941-993 - Siebel 7.7.1 Initial Release and Documentation |
| 3320 | Copyright Reg. # TX 6-941-995 - Siebel 7.8 Initial Release and Documentation |
| 3321 | Copyright Reg. # TX 6-942-000 - Siebel 8.0 Initial Release and Documentation |
| 3323 | Copyright Reg. # TX 6-942-001 - Siebel 8.1.1 Initial Release and Documentation |

SO STIPULATED AND AGREED.

Dated: September 24, 2015

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Kieran P. Ringgenberg
Kieran P. Ringgenberg (*pro hac vice*)

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.*

SHOOK, HARDY & BACON LLP

By: /s/ Robert H. Reckers
Robert H. Reckers (*pro hac vice*)

*Attorneys for Defendants Rimini Street Inc. and Seth Ravin*

IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation, the trial exhibits listed above are admitted as part of the trial record.

IT IS SO ORDERED.

DATED:_____        By:_____
United States District Court Judge
Hon. Larry R. Hicks

**ATTESTATION OF FILER**

The signatories to this document are me and Robert H. Reckers, and I have obtained his concurrence to file this document on their behalf.

DATED: September 24, 2015                    BOIES, SCHILLER & FLEXNER LLP

By: */s/ Kieran P. Ringgenberg*
Kieran P. Ringgenberg (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **STIPULATION AND [PROPOSED] ORDER RE AGREEMENT TO ADMIT TRIAL EXHIBITS** was filed, on September 24, 2015, with the Court's CM/ECF system which will send notice, via email, to all attorneys registered with the CM/ECF system.

Dated: September 24, 2015                    BOIES, SCHILLER & FLEXNER LLP

By: */s/ Kieran P. Ringgenberg*
Kieran P. Ringgenberg
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation