1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation;
ORACLE AMERICA, INC., a Delaware
corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

        Plaintiffs,

    v.

RIMINI STREET, INC., a Nevada corporation;
AND SETH RAVIN, an individual,

        Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**STIPULATION AND
ORDER RE AGREEMENT TO
ADMIT TRIAL EXHIBITS**

1     IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Oracle USA,

2   Inc., Oracle America, Inc., Oracle International Corporation and Defendants Rimini Street, Inc.

3   and Seth Ravin, through their respective counsel of record, that:

4     The parties have agreed to admit into evidence the following trial exhibits:

| PTX | DESCRIPTION |
|---|---|
| 3218 | Copyright Reg. # TX 6-541-044 - Code Change for JD Edwards World A8.1 |
| 3219 | Copyright Reg. # TX 6-541-034 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.0 |
| 3220 | Copyright Reg. # TX 6-541-039 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.11 SP1 |
| 3221 | Copyright Reg. # TX 6-541-042 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.12 |
| 3222 | Copyright Reg. # TX 7-041-267 - Cumulative Update 1 for JDE EnterpriseOne 9.0 |
| 3223 | Copyright Reg. # TX 6-541-031 - Cumulative Update 16 for JD Edwards World A7.3 |
| 3224 | Copyright Reg. # TX 6-541-032 - Cumulative Update 2 for JD Edwards EnterpriseOne 8.10 |
| 3225 | Copyright Reg. # TX-7-041-278 - Cumulative Update 3 for JDE EnterpriseOne 8.12 |
| 3226 | Copyright Reg. # TX 6-545-421 - Cumulative Update 6 for JD Edwards World A8.1 |
| 3227 | Copyright Reg. # TX 6-541-048 - Cumulative Update 8 for JD Edwards EnterpriseOne Xe |
| 3228 | Copyright Reg. # TXu1-607-455 - Database of Documentary Customer Support Materials for J.D. Edwards Software |
| 3229 | Copyright Reg. # TXu1-607-454 - Database of Documentary Customer Support Materials for PeopleSoft Software |
| 3230 | Copyright Reg. # TXu1-607-453 - Database of Documentary Customer Support Materials for Siebel Software |
| 3231 | Copyright Reg. # TX 6-541-027 - ESU for JD Edwards EnterpriseOne 8.11 SP1 |
| 3232 | Copyright Reg. # TX 6-541-045 - ESU for JD Edwards EnterpriseOne 8.12 |
| 3233 | Copyright Reg. # TX 6-541-050 - Initial release of JD Edwards EnterpriseOne 8.0 |
| 3234 | Copyright Reg. # TX 6-541-038 - Initial release of JD Edwards EnterpriseOne 8.10 |
| 3235 | Copyright Reg. # TX 6-541-028 - Initial release of JD Edwards EnterpriseOne 8.11 |
| 3236 | Copyright Reg. # TX 6-541-040 - Initial release of JD Edwards EnterpriseOne 8.11 SP1 |
| 3237 | Copyright Reg. # TX 6-541-041 - Initial release of JD Edwards EnterpriseOne 8.12 |
| 3238 | Copyright Reg. # TX 6-541-049 - Initial release of JD Edwards EnterpriseOne 8.9 |
| 3239 | Copyright Reg. # TX 6-541-033 - Initial release of JD Edwards EnterpriseOne XE |
| 3240 | Copyright Reg. # TX 6-541-029 - Initial release of JD Edwards World A7.3 |
| 3241 | Copyright Reg. # TX 6-541-047 - Initial release of JD Edwards World A8.1 |
| 3242 | Copyright Reg. # TX 6-541-030 - Initial release of JD Edwards World A9.1 |
| 3243 | Copyright Reg. # TX 7-041-256 - Initial release of JDE EnterpriseOne 9.0 |
| 3244 | Copyright Reg. # TX 7-041-290 - Initial release of JDE World A9.2 |
| 3245 | Copyright Reg. # TX 5-222-106 - Oracle 8i Enterprise Edition, release 2 (8.1.6) |

1

| PTX | DESCRIPTION |
|---|---|
| 3246 | Copyright Reg. # TX 5-673-282 - Oracle 9i Database Enterprise:  Edition Release 2 |
| 3247 | Copyright Reg. # TX 6-938-648 - Oracle Database 10g:  Release 1 |
| 3248 | Copyright Reg. # TX 6-942-003 - Oracle Database 10g:  Release 2 |
| 3249 | Copyright Reg. # TX 7-324-157 - Oracle Database 11g Release 1 |
| 3250 | Copyright Reg. # TX 7-324-158 - Oracle Database 11g Release 2 |
| 3251 | Copyright Reg. # TX 4-792-576 - PeopleSoft 7.0 financials, distribution & manufacturing 7.0 |
| 3252 | Copyright Reg. # TX-5-456-777 - PeopleSoft 8 Customer Relationship Management |
| 3253 | Copyright Reg. # TX 5-456-778 - PeopleSoft 8 Customer Relationship Management PeopleBooks |
| 3254 | Copyright Reg. # TX 5-345-698 - PeopleSoft 8 EPM SP3 |
| 3255 | Copyright Reg. # TX 5-501-313 - PeopleSoft 8 FIN/SCM SP1 |
| 3256 | Copyright Reg. # TX 5-595-355 - PeopleSoft 8 FIN/SCM SPI PeopleBooks |
| 3257 | Copyright Reg. # TX 5-311-637 - PeopleSoft 8 Financials and Supply Chain Management PeopleBooks |
| 3258 | Copyright Reg. # TX-5-456-780 - PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 |
| 3259 | Copyright Reg. # TX 5-311-638 - PeopleSoft 8 HRMS PeopleBooks |
| 3260 | Copyright Reg. # TX 5-501-312 - PeopleSoft 8 HRMS SP1 |
| 3261 | Copyright Reg. # TX 5-456-781 - PeopleSoft 8 Promotions Management, Collaborative Supply Management, eRFQ,Supplier Connection, and Supply Chain Portal Pack PeopleBooks |
| 3262 | Copyright Reg. # TX 5-431-290 - PeopleSoft 8 Student Administration Solutions PeopleBooks |
| 3263 | Copyright Reg. # TX 5-493-450 - PeopleSoft 8.1 Customer Relationship Management |
| 3264 | Copyright Reg. # TX 5-733-209 - PeopleSoft 8.1 Customer Relationship Management PeopleBooks |
| 3265 | Copyright Reg. # TX 5-485-839 - PeopleSoft 8.3 Enterprise Performance Management |
| 3266 | Copyright Reg. # TX 5-485-842 - PeopleSoft 8.3 Enterprise Performance Management PeopleBooks |
| 3267 | Copyright Reg. # TX 5-469-032 - PeopleSoft 8.3 HRMS |
| 3268 | Copyright Reg. # TX 5-469-031 - PeopleSoft 8.3 HRMS PeopleBooks |
| 3269 | Copyright Reg. # TX 5-586-236 - PeopleSoft 8.4 Customer Relationship Management PeopleBooks |
| 3270 | Copyright Reg. # TX-5-586-247 - PeopleSoft 8.4 Financials and Supply Chain Management |
| 3271 | Copyright Reg. # TX 5-586-246 - PeopleSoft 8.4 Financials and Supply Chain Management PeopleBooks |
| 3272 | Copyright Reg. # TX 6-015-317 - PeopleSoft 8.8 Customer Relationship Management |
| 3273 | Copyright Reg. # TX-5-993-616 - PeopleSoft 8.8 Enterprise Performance Management |
| 3274 | Copyright Reg. # TX 6-093-947 - PeopleSoft 8.8 HRMS |
| 3275 | Copyright Reg. # TX 7-077-451 - PeopleSoft Campus Solutions 8.9 |
| 3276 | Copyright Reg. # TX 7-077-460 - PeopleSoft Campus Solutions 9.0 |
| 3277 | Copyright Reg. # TX 7-063-664 - PeopleSoft Customer Relationship Management 8.8 SP1 |
| 3278 | Copyright Reg. # TX 7-063-664 - PeopleSoft Customer Relationship Management |

| PTX | DESCRIPTION |
|---|---|
| | 8.8 SP1 |
| 3279 | Copyright Reg. # TX 7-063-668 - PeopleSoft Customer Relationship Management 8.9 |
| 3280 | Copyright Reg. # TX 7-063-668 - PeopleSoft Customer Relationship Management 8.9 |
| 3281 | Copyright Reg. # TX 7-065-371 - PeopleSoft Customer Relationship Management 9.0 |
| 3282 | Copyright Reg. # TX 7-065-371 - PeopleSoft Customer Relationship Management 9.0 |
| 3283 | Copyright Reg. # TX 7-063-653 - PeopleSoft Customer Relationship Management 9.1 |
| 3284 | Copyright Reg. # TX 7-063-653 - PeopleSoft Customer Relationship Management 9.1 |
| 3285 | Copyright Reg. # TX 7-063-683 - PeopleSoft Enterprise Performance Management 8.8 SP2 |
| 3286 | Copyright Reg. # TX 7-063-672 - PeopleSoft Enterprise Performance Management 8.9 |
| 3287 | Copyright Reg. # TX 7-063-679 - PeopleSoft Enterprise Performance Management 9.0 |
| 3288 | Copyright Reg. # TX 5-291-439 - PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 |
| 3289 | Copyright Reg. # TX 7-063-688 - PeopleSoft Financials and Supply Chain Management 8.8 |
| 3290 | Copyright Reg. # TX 7-065-319 - PeopleSoft Financials and Supply Chain Management 8.8 SP1 |
| 3291 | Copyright Reg. # TX 7-065-332 - PeopleSoft Financials and Supply Chain Management 8.9 |
| 3292 | Copyright Reg. # TX 7-065-354 - PeopleSoft Financials and Supply Chain Management 9.0 |
| 3293 | Copyright Reg. # TX 7-065-357 - PeopleSoft Financials and Supply Chain Management 9.1 |
| 3294 | Copyright Reg. # TX 4-792-574 - PeopleSoft Financials, Distribution & Manufacturing 7.5 |
| 3295 | Copyright Reg. # TX 4-792-577 - PeopleSoft HRMS 7.0 |
| 3296 | Copyright Reg. # TX 4-792-575 - PeopleSoft HRMS 7.5 |
| 3297 | Copyright Reg. # TX 7-065-376 - PeopleSoft HRMS 8.8 SP1 |
| 3298 | Copyright Reg. # TX 7-065-381 - PeopleSoft HRMS 8.9 |
| 3299 | Copyright Reg. # TX 7-065-386 - PeopleSoft HRMS 9.0 |
| 3300 | Copyright Reg. # TX 7-065-398 - PeopleSoft HRMS 9.1 |
| 3301 | Copyright Reg. # TX 7-077-447 - PeopleSoft Student Administration Solutions 8.0 SP1 |
| 3302 | Copyright Reg. # TX 4-792-578 - PeopleTools 7.5 |
| 3303 | Copyright Reg. # TX 5-266-221 - PeopleTools 8.10 |
| 3305 | Copyright Reg. # TX 5-586-248 - PeopleTools 8.4 |
| 3306 | Copyright Reg. # TX 5-586-249 - PeopleTools 8.4 PeopleBooks |
| 3307 | Copyright Reg. # TX 7-092-406 - PeopleTools 8.42 |
| 3308 | Copyright Reg. # TX 7-092-603 - PeopleTools 8.43 |
| 3309 | Copyright Reg. # TX 7-092-583 - PeopleTools 8.44 |
| 3310 | Copyright Reg. # TX 7-092-617 - PeopleTools 8.45 |
| 3311 | Copyright Reg. # TX 7-092-772 - PeopleTools 8.46 |
| 3312 | Copyright Reg. # TX 7-092-797 - PeopleTools 8.47 |
| 3313 | Copyright Reg. # TX 7-092-819 - PeopleTools 8.48 |

| PTX | DESCRIPTION |
|---|---|
| 3314 | Copyright Reg. # TX 7-092-855 - PeopleTools 8.49 |
| 3315 | Copyright Reg. # TX 7-092-757 - PeopleTools 8.50 |
| 3316 | Copyright Reg. # TX 6-941-989 - Siebel 6.3 Initial Release and Documentation |
| 3317 | Copyright Reg. # TX 6-941-988 - Siebel 7.0.5 Initial Release and Documentation |
| 3318 | Copyright Reg. # TX 6-941-990 - Siebel 7.5.2 Initial Release and Documentation |
| 3319 | Copyright Reg. # TX 6-941-993 - Siebel 7.7.1 Initial Release and Documentation |
| 3320 | Copyright Reg. # TX 6-941-995 - Siebel 7.8 Initial Release and Documentation |
| 3321 | Copyright Reg. # TX 6-942-000 - Siebel 8.0 Initial Release and Documentation |
| 3323 | Copyright Reg. # TX 6-942-001 - Siebel 8.1.1 Initial Release and Documentation |

SO STIPULATED AND AGREED.

Dated: September 24, 2015

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Kieran P. Ringgenberg*
    Kieran P. Ringgenberg (*pro hac vice*)

*Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.*

SHOOK, HARDY & BACON LLP

By:   */s/ Robert H. Reckers*
    Robert H. Reckers (*pro hac vice*)

*Attorneys for Defendants Rimini Street Inc.
and Seth Ravin*

# O R D E R

IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation, the trial exhibits

listed above are admitted as part of the trial record.

IT IS SO ORDERED.

DATED this 24th day of September, 2015.

By:_____
    United States District Court Judge
    Hon. Larry R. Hicks

4