UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| ORACLE USA, INC., et al., | ) | CASE NO. 2:10-cv-106-LRH-PAL |
|  | ) |  |
| Plaintiff(s), | ) | MINUTES OF COURT |
|  | ) |  |
| vs. | ) | DATE: Friday, September 25, 2015 |
|  | ) |  |
| RIMINI STREET, INC., et al., | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete          Reporter: Donna Davidson

Counsel for Plaintiff:  William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jadal, Esq., John Polito, Esq., Dorian Daley, Esq..

Counsel for Defendant:  B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq., Ryan D. Dykal; Annie Y.S. Chuang, and Michael Gray, and Blaine H. Evanson

MINUTES OF JURY TRIAL DAY 10

8:02 a.m. Court convenes. The jury, counsel, and parties are present

Elizabeth Dean resumes the witness stand and continues testimony on cross examination by Mr. Strand.

Re-direct examination by Mr. Isaacson.

9:17 – 9:18 a.m. Sidebar.

Re-cross examination by Mr. Strand. Witness is excused.

Plaintiffs rest.

9:36 a.m. The jury is admonished and excused.

Blaine H. Evanson, Esq. introduces himself to the Court.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 10
September 25, 2015
Page 2 of 3
_____/

Mr. Evanson moves for judgment as a matter of law pursuant to Rule 50. Briefing will be filed. IT IS ORDERED that briefing shall be filed Monday, September 28, 2015. Responses shall be due Tuesday, September 29, 2015.

The Court informs counsel regarding a minor change in the schedule for next week. The court further confers with counsel regarding the settling of jury instructions and the remainder of the tentative trial schedule.

9:44 a.m. Court stands at recess.

10:02 a.m. Court reconvenes. The jury, counsel, and parties are present.

Shelley Blackmarr is called on behalf of the defendants, is sworn and testifies on direct examination by Mr. Dykal.

DTX3016 is offered; no objection; DTX3016 is admitted.
DTX3015 is offered; no objection; DTX3015 is admitted.
PTX5478 is offered; no objection; PTX5478 is admitted.
PTX1585 is pre-admitted and published to the jury.

Cross examination by Mr. Isaacson.

PTX1590 is pre-admitted and published to the jury.
PTX106 is offered; no objection; PTX106 is admitted. Witness is excused.

11:22 – 11:23 a.m. Sidebar.

Mr. Reckers notifies the Court defendants will play video deposition of Clark Strong dated October 20, 2011.

Clark Strong's video deposition dated October 20, 2011, is played in open court.

///

///

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 10
September 25, 2015
Page 3 of 3
_____/

IT IS ORDERED that trial is continued to Monday, September 28, 2015, at 1:00 p.m. in Las Vegas Courtroom 4B.

11: a.m. The jury is admonished and excused Court adjourns.

                                              LANCE S. WILSON, CLERK

                              By:    /s/ D. Negrete
                                        Deputy Clerk