**From:** Robert T. Gill [mailto:RGill@peabodyarnold.com]
**Sent:** Friday, January 13, 2012 8:36 AM
**To:** Howard, Geoff
**Cc:** Dykal, Ryan D. (SHB)
**Subject:** Oracle USA, Inc. v. Rimini Street, Inc. and Seth Ravin; Civil Action No. 2:10-CV-106-LRH-PAL

Dear Geoff & Ryan:

Pursuant to the Confidentiality Agreement in this case, CedarCrestone has five days from January 9, 2012 (which is the day we received the transcript of Paul Simmons' deposition) to designate the portions of the transcript it wishes to designate as confidential.

All but three exhibits to Mr. Simmons' deposition already have been designated Highly Confidential Information – Attorneys' Eyes Only. CedarCrestone concurs with those designations. Because approximately 90 percent of Mr. Simmons deposition testimony consists of answers to questions related to the Highly Confidential Information – Attorneys' Eyes Only exhibits, CedarCrestone wishes to designate the entire deposition transcript as Highly Confidential Information – Attorneys' Eyes Only. If there are certain sections of the transcript which Oracle and/or Rimini Street and/or Mr. Ravin wish to have designated Confidential Information, please let me know and we can discuss whether redesignation is warranted.

Sincerely,

   Robert T. Gill

Robert T. Gill, Esquire
Peabody & Arnold LLP
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA  02210
Tel. (617) 951-4706
Fax (617) 951-2125

This transmission is intended only for the designated recipient(s). It contains confidential information that may be subject to the attorney-client privilege or other confidentiality protections under applicable law. If you are not a designated recipient, you must not read, use, copy or distribute this message. If you received this transmission in error, please notify the sender by telephone (617-951-2100) or by reply e-mail and delete this message.

IRS Circular 230 requires that we inform you that if this communication (including any attachments) contains tax advice, it is not intended or written to be used, and cannot be used, for purposes of avoiding penalties under the Internal Revenue Code, or promoting marketing or recommending to another party any transaction or matter addressed herein.