| | | |
|---|---|---|
| 1 | BINGHAM McCUTCHEN LLP | Robert A. Mittelstaedt (SBN 060359) |
| | DONN P. PICKETT (SBN 72257) | Jason McDonell (SBN 115084) |
| 2 | GEOFFREY M. HOWARD (SBN 157468) | Elaine Wallace (SBN 197882) |
| | HOLLY A. HOUSE (SBN 136045) | JONES DAY |
| 3 | ZACHARY J. ALINDER (SBN 209009) | 555 California Street, 26th Floor |
| | BREE HANN (SBN 215695) | San Francisco, CA 94104 |
| 4 | Three Embarcadero Center | Telephone: (415) 626–3939 |
| | San Francisco, CA 94111-4067 | Facsimile: (415) 875–5700 |
| 5 | Telephone: (415) 393-2000 | ramittelstaedt@jonesday.com |
| | Facsimile: (415) 393-2286 | jmcdonell@jonesday.com |
| 6 | donn.pickett@bingham.com | ewallace@jonesday.com |
| | geoff.howard@bingham.com | |
| 7 | holly.house@bingham.com | Tharan Gregory Lanier (SBN 138784) |
| | zachary.alinder@bingham.com | Jane L. Froyd (SBN 220776) |
| 8 | bree.hann@bingham.com | JONES DAY |
| | | 1755 Embarcadero Road |
| 9 | BOIES, SCHILLER & FLEXNER LLP | Palo Alto, CA 94303 |
| | DAVID BOIES (Admitted *Pro Hac Vice*) | Telephone: (650) 739–3939 |
| 10 | 333 Main Street | Facsimile: (650) 739–3900 |
| | Armonk, NY 10504 | tglanier@jonesday.com |
| 11 | Telephone: (914) 749-8200 | jfroyd@jonesday.com |
| | Facsimile: (914) 749-8300 | |
| 12 | dboies@bsfllp.com | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| | STEVEN C. HOLTZMAN (SBN 144177) | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 13 | 1999 Harrison St., Suite 900 | JONES DAY |
| | Oakland, CA 94612 | 717 Texas, Suite 3300 |
| 14 | Telephone: (510) 874-1000 | Houston, TX 77002 |
| | Facsimile: (510) 874-1460 | Telephone: (832) 239–3939 |
| 15 | sholtzman@bsfllp.com | Facsimile: (832) 239–3600 |
| | | swcowan@jonesday.com |
| 16 | | jlfuchs@jonesday.com |
| | DORIAN DALEY (SBN 129049) | |
| 17 | JENNIFER GLOSS (SBN 154227) | Attorneys for Defendants |
| | 500 Oracle Parkway, M/S 5op7 | SAP AG, SAP AMERICA, INC., and |
| 18 | Redwood City, CA 94070 | TOMORROWNOW, INC. |
| | Telephone: (650) 506-4846 | |
| 19 | Facsimile: (650) 506-7114 | |
| | dorian.daley@oracle.com | |
| 20 | jennifer.gloss@oracle.com | |
| 21 | Attorneys for Plaintiffs | |
| | Oracle USA, Inc. *et al.* | |

22  UNITED STATES DISTRICT COURT
23  NORTHERN DISTRICT OF CALIFORNIA
    OAKLAND DIVISION

| | | |
|---|---|---|
| 24 | ORACLE USA, INC., *et al.*, | No. 07-CV-01658 PJH (EDL) |
| 25 | Plaintiffs, | **AMENDED TRIAL STIPULATION AND [PROPOSED] ORDER NO. 1** |
| 26 | v. | **REGARDING LIABILITY, DISMISSAL OF CLAIMS, PRESERVATION OF** |
| 27 | SAP AG, *et al.*, | **DEFENSES, AND OBJECTIONS TO EVIDENCE AT TRIAL** |
| 28 | Defendants. | |

| | |
|---|---|
| 1 | Pursuant to Local Rule 7-12, Plaintiffs Oracle USA, Inc., Oracle International |
| 2 | Corporation and Siebel Systems, Inc. ("Plaintiffs" or "Oracle") and Defendants TomorrowNow, |
| 3 | Inc. ("TN"), SAP AG, and SAP America, Inc. ("SAP"; and, together with TN, "Defendants"; |
| 4 | and, all together with Oracle, the "Parties"), jointly submit this Trial Stipulation and [Proposed] |
| 5 | Order regarding liability, dismissal of certain claims, the preservation of certain defenses, |
| 6 | objections to evidence at trial, and the length of the Parties' evidentiary presentations and |
| 7 | arguments. |
| 8 | The Parties agree that the terms of this stipulation shall not be binding or effective |
| 9 | unless and until the Court accepts the stipulated terms in their entirety. The Parties reserve the |
| 10 | right to withdraw agreement to any or all terms if the Court chooses not to accept any term. |
| 11 | NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, |
| 12 | through their respective counsel of record, as follows: |
| 13 | **TRIAL STIPULATION AND PROPOSED ORDER** |
| 14 | 1. TN stipulates to all liability on all claims (preserving no defenses, |
| 15 | including any raised on summary judgment but retaining all defenses to damages as described in |
| 16 | paragraph 5 below). TN therefore stipulates to all liability on Oracle's claims for copyright |
| 17 | infringement, violations of the Federal Computer Fraud and Abuse Act and California's |
| 18 | Computer Data Access and Fraud Act, breach of contract, intentional interference, negligent |
| 19 | interference, unfair competition, trespass to chattels, unjust enrichment/restitution and an |
| 20 | accounting. SAP will not contend that Oracle has failed to prove indirect liability as to SAP due |
| 21 | to a failure of proof against TN. |
| 22 | 2. SAP stipulates to vicarious liability on the copyright claims against TN in |
| 23 | their entirety (preserving no defenses, including any raised on summary judgment, but retaining |
| 24 | all defenses as to damages as described in paragraph 5 below) and agrees to guarantee payment |
| 25 | of any judgment awarded against TN or SAP. |
| 26 | 3. Oracle dismisses with prejudice all claims against SAP except for indirect |
| 27 | copyright infringement and except as to any right to appeal any rulings made by the trial court |
| 28 | (e.g., saved development costs as a basis for unjust enrichment), which Oracle preserves for all |

1  purposes. Oracle therefore retains claims against SAP for contributory copyright infringement,
2  to which SAP retains all pleaded defenses, including as described in paragraph 5 below, at the
3  trial scheduled for November 1, 2010.
4         4.      The Parties envision that the jury will be instructed, and the jury verdict
5  form will reflect, that the Parties have stipulated to liability for certain claims against TN and
6  SAP as set forth in paragraphs 1 and 2 above (which the parties may refer to at any time during
7  trial). Subject only to the trial time limits set forth in paragraph 8 below, the Parties may present
8  evidence at trial related to the stipulated claims as background or context for the stipulated
9  claims, and/or as relevant to damages or other claims and defenses not stipulated to or dismissed
10 by the Parties. The Parties will not object to evidence related to the stipulated claims pursuant to
11 Federal Rules of Evidence 401-403 (including that the evidence is irrelevant, cumulative, unduly
12 time consuming or prejudicial) on grounds that the evidence relates to the stipulated claims.
13 Oracle may not argue to the Court, jury or public that SAP is in fact liable on claims that Oracle
14 agrees to dismiss under paragraph 3, or not pursue under paragraph 7, and SAP may not argue to
15 the Court, jury or public that either (i) TN in fact is not liable on claims stipulated under
16 paragraph 1, or (ii) SAP in fact is not liable on the basis of vicarious liability as stipulated under
17 paragraph 2.
18        5.      SAP and TN retain all defenses to the alleged causation, fact or amount of
19 or entitlement to disgorgement, actual or punitive damages or any other legal or equitable
20 remedy. For example, on some claim as to which TN had elected not to contest liability, it may
21 still argue that a particular remedy is not available.
22        6.      The Parties preserve their rights to appeal any judgment against them
23 except as to issues or claims to which they have stipulated.
24        7.      The jury is to consider only those damages available under the Copyright
25 Act.
26        8.      The length of trial is shortened to 36 hours per side for presentation of
27 testimony and argument to the jury.
28        9.      Defendants agree to entry of an injunction enjoining TN from:

1  (1) infringing Oracle's copyrights in Oracle's PeopleSoft-branded enterprise application
2  software, J.D. Edwards-branded enterprise application software, Siebel-branded enterprise
3  application software, and Oracle's Relational Database Management System software, and
4  related support products; (2) accessing any password-protected Oracle website in any way not
5  compliant with the Terms of Use for that website or with the customer license associated with
6  the log-in credential being used; (3) using any automated downloading program (including Titan,
7  spiders, bots, crawlers and scrapers) on any Oracle website; and (4) interfering with Oracle's
8  customers by offering support for their Oracle products using software or downloads obtained
9  from a different customer generally directed at the stipulated conduct.

10       10. The Parties reach this stipulation for purposes of this action only, and this
11  stipulation has no force or effect in any other proceeding or jurisdiction.

12  **IT IS SO STIPULATED.**

13  DATED: September 9, 2010     BINGHAM McCUTCHEN LLP
14
15       By:   /s/ Geoffrey M. Howard
16       Geoffrey M. Howard
     Attorneys for Plaintiffs
17       Oracle USA, Inc., Oracle International
     Corporation and Siebel Systems, Inc.

18  In accordance with General Order No. 45, Rule X, the above signatory attests that
19  concurrence in the filing of this document has been obtained from the signatory below.

20  DATED: September 9, 2010     JONES DAY
21
22       By:   /s/ Jason McDonell
23       Jason McDonell
     Attorneys for Defendants
     SAP AG, SAP America, Inc., and
24       TomorrowNow, Inc.

25  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26  Dated: __November 2__, 2010                          
27                                      Phyllis
                                    United States
28

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

3            07-CV-01658 PJH (EDL)