BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN L. DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS, LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: (650) 506-4846
Facsimile: (650) 506-7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL THEIR MOTION TO EXCLUDE DEPOSITION TESTIMONY OF PAUL SIMMONS AND THE TESTIMONY, IN PART, OF BROOKS HILLIARD, AND EXHIBITS A AND B TO THE DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF THE MOTION**<br><br>Judge: Hon. Larry R. Hicks |

Pursuant to the May 21, 2010 Stipulated Protective Order governing confidentiality of documents entered by the Court, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the Court order the Clerk of the Court to file under seal an unredacted copy of Oracle's motion to exclude the deposition testimony of Paul Simmons and the testimony, in part, of Brooks Hilliard ("Motion") and Exhibits A and B to the declaration of Kieran P. Ringgenberg filed in support of the motion ("Declaration").  Unredacted copies of the Motion and Declaration were lodged under seal with the Court on September 27, 2015.

Sealing of the Motion and it's Attachment 1, and Exhibits A and B to the Declaration is requested because the redacted portions of it contain information that third-party CedarCrestone, Inc. has designated as "Highly Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order.  The Protective Order states, "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' and 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).  The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation."  Protective Order ¶ 2.

For sealing requests relating to non-dispositive motions, such as this, the presumption of public access to court filings may be overcome by a showing of good cause under Rule 26(c). *See Pintos v. Pacific Creditors Ass'n,* 605 F.3d 665, 678 (9th Cir. 2010); *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  Third-party CedarCrestone has identified the information redacted in the Motion, and Exhibits A and B to the Declaration as Highly Confidential, and therefore third-party CedarCrestone has represented that good cause exists for sealing those portions of the documents.  This is a sufficient showing of good cause to permit a sealing order

1  on a non-dispositive motion.  *See, e.g.*, *Pac. Gas & Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016,

2  1027 (N.D. Cal. 2002).

### TESTIMONY AND DOCUMENTS DESIGNATED AS
### HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Third-party CedarCrestone has designated the following materials cited or referred to in Oracle's Motion and Exhibits A and B to the Declaration as Highly Confidential – Attorneys' Eyes Only:

| DECL. EX. | DESCRIPTION | CONF. DESIGN. |
|---|---|---|
| A | Deposition of Paul Simmons taken on December 1, 2011 – proposed excerpts to be played at trial | Highly Confidential (by Third-Party CedarCrestone) |
| B | Declaration of Brian E. Fees on Behalf of CedarCrestone, Inc., dated August 13, 2013 | Highly Confidential (by Third-Party CedarCrestone) |

For the foregoing reasons, Oracle respectfully requests that the Court find that good cause exists to file under seal the unredacted copy of the Motion and Exhibits A and B to the Declaration, and to issue an order sealing the same.

DATED: September 27, 2015                    BOIES SCHILLER & FLEXNER LLP


By: */s/ Kieran P. Ringgenberg*
    Kieran P. Ringgenberg
    Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle America, Inc.,
    and Oracle International Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2015, I electronically transmitted the foregoing **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL THEIR MOTION TO EXCLUDE DEPOSITION TESTIMONY OF PAUL SIMMONS AND THE TESTIMONY, IN PART, OF BROOKS HILLIARD, AND EXHIBITS A AND B TO THE DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF THE MOTION** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                                              /s/ Kieran P. Ringgenberg
                                              Kieran P. Ringgenberg

Case No. 2:10-cv-00106-LRH-PAL

CERTIFICATE OF SERVICE