BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual, <br><br> Defendants. | Case No. 2:10-cv-0106-LRH-PAL <br><br> **DECLARATION OF THOMAS HIXSON IN SUPPORT OF ORACLE'S MOTION TO EXCLUDE UNTIMELY EXPERT OPINIONS OF SCOTT D. HAMPTON** |

1      I, Thomas Hixson, declare as follows:

2      1.      I am a member of the State Bar of California, and a partner at Morgan, Lewis &

3      Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and

4      Oracle International Corporation (collectively, "Oracle" or "Plaintiffs") in this action.  I have

5      personal knowledge of the matters stated herein and could and would testify competently about

6      them if called upon to do so.

7      2.      Attached as **Exhibit A** are true and correct copies of relevant excerpts of the

8      Expert Report of Elizabeth A. Dean, served on January 17, 2012.

9      3.      Attached as **Exhibit B** are true and correct copies of relevant excerpts of the

10     Expert Report of Scott D. Hampton, served on March 30, 2012.

11     4.      Attached as **Exhibit C** is a true and correct copy of the Supplemental Expert

12     Report of Elizabeth A. Dean, served on July 30, 2015.  The report has been redacted to remove

13     Highly Confidential Rimini Street information that is not relevant to the accompanying motion.

14     5.      Attached as **Exhibit D** is a true and correct copy the Rebuttal/Supplemental

15     Expert Report of Scott D. Hampton and Schedules M1.SU, M2.SU, M3.1SU, M3.2SU and

16     M3.3SU to that report, served on September 2, 2015.

17     6.      Attached as **Exhibit E** are true and correct copies of relevant excerpts of trial

18     testimony in this action.

19     7.      On November 23, 2011, Oracle produced renewal rate data to Rimini Street in

20     this action.  The data was bates stamped ORCLRS1327689.

21

22     I declare under penalty of perjury that the foregoing is true and correct, and that I executed this

23     Declaration on September 27, 2015 in Las Vegas, Nevada.

24

25                                          _____
                                            /s/ Thomas Hixson
26                                              Thomas Hixson

27

28

DECLARATION OF THOMAS HIXSON IN SUPPORT OF ORACLE'S MOTION TO
EXCLUDE UNTIMELY EXPERT OPINIONS OF SCOTT D. HAMPTON