| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:  415.442.1000<br>Facsimile:  415.442.1001<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | 

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>            Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S MOTION TO EXCLUDE UNTIMELY EXPERT OPINIONS OF SCOTT D. HAMPTON AND SUPPORTING EXHIBIT D** |

1    Pursuant to the Stipulated Protective Order governing confidentiality of documents
2    entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), Local Rules 10-5(b) and
3    16.1-4, and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA,
4    Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle")
5    respectfully request that the Court grant leave to file under seal certain portions of Oracle's
6    Motion To Exclude Untimely Expert Opinions Of Scott D. Hampton ("Motion") And Supporting
7    Exhibit D to the Declaration of Thomas Hixson in support of the same (the "Hixson
8    Declaration").  These portions of Oracle's Motion and Supporting Exhibit D reflect information
9    that Rimini has designated "Highly Confidential - Attorneys' Eyes Only" under the Protective
10   Order.  Public, redacted versions of Oracle's Motion and Exhibit D to the Hixson Declaration
11   were filed on September 27, 2015, *see* Dkts. 824 and 827, and an unredacted version of each was
12   subsequently filed under seal with the Court, *see* Dkt. 828.
13   The Protective Order states, "Counsel for any Designating Party may designate any
14   Discovery Material as 'Confidential Information' or 'Highly Confidential Information –
15   Attorneys' Eyes Only' under the terms of this Protective Order *only if such counsel in good*
16   *faith believes that such Discovery Material contains such information and is subject to*
17   *protection under Federal Rule of Civil Procedure 26(c).*  The designation by any Designating
18   Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential
19   Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the
20   Designating Party reasonably believes there is a valid basis for such designation."  Protective
21   Order ¶ 2 (emphasis supplied).
22   Rimini has designated the following document cited or referred to in Oracle's Motion and
23   attached as Exhibit D to the Hixson Declaration as Highly Confidential - Attorneys' Eyes Only
24   ("HC") Under The Protective Order:
25
26
27
28

1

ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S MOTION TO EXCLUDE
UNTIMELY EXPERT OPINIONS OF SCOTT D. HAMPTON

| Hixson Decl. Ex. | Description | Designation |
|---|---|---|
| D | Copy of the Rebuttal/Supplemental Expert Report of Scott D. Hampton, served on 9/2/2015. | HC |

Oracle submits this document under seal pursuant to the Protective Order based on Rimini's representation that it reasonably believes there is a valid basis under the Protective Order for its confidentiality designation.  Because the document was designated by Rimini, Oracle is not in a position to provide further justification for why filing it publicly would cause Rimini harm sufficient to show good cause.

Oracle has submitted all other portions of Oracle's Motion and supporting papers to the Court's public files, which allow public access to all materials except for the items discussed above.  Accordingly, the request to seal is narrowly tailored.  For the foregoing reasons, Oracle respectfully requests that the Court grant leave to file under seal the documents discussed above.

DATED: September 27, 2015            MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/ Thomas S. Hixson_____
Thomas S. Hixson
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc.,
and Oracle International Corp.