| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　Plaintiffs,<br>　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105. On September 27, 2015, I served the following documents:

> **ORACLE'S MOTION TO EXCLUDE UNTIMELY OPINIONS OF SCOTT D. HAMPTON WITHOUT REDACTIONS (FILED UNDER SEAL, DKT. 828)**
>
> **EXHIBIT D TO THE DECLARATION OF THOMAS HIXSON IN SUPPORT OF ORACLE'S MOTION TO EXCLUDE UNTIMELY OPINIONS OF SCOTT D. HAMPTON WITHOUT REDACTIONS WITHOUT REDACTIONS (FILED UNDER SEAL, DKT. 828)**

I served the documents on the persons below, as follows:

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br>LEWIS ROCA ROTHGERBER LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@lrrlaw.com | GREENBERG TRAURIG<br>Mark G. Tratos (Nevada Bar No. 1086)<br>Leslie Godfrey (Nevada Bar No. 10229)<br>3773 Howard Hughes Parkway<br>Suite 400 North<br>Las Vegas, NV 89169<br>Telephone: (702) 792-3773<br>Facsimile: (702) 792-9002<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com<br><br>GIBSON DUNN & CRUTCHER LLP<br>Mark A. Perry<br>1050 Connecticut Avenue N.W.<br>Washington, DC 20036-530<br>Tel: (202) 955-8500<br>mperry@gibsondunn.com |

CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | The documents were served pursuant to FRCP 5(b) by sending them by electronic mail. |
| 2 | Based on a court order or an agreement of the parties to accept service by e-mail or electronic |
| 3 | transmission, I caused the documents to be sent to the persons at the e-mail addresses listed |
| 4 | above. I did not receive, within a reasonable time after the transmission, any electronic message |
| 5 | or other indication that the transmission was unsuccessful. |
| 6 | |
| 7 | I declare under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing information contained in the Certificate of Service is true and correct. |
| 9 | |
| 10 | Date: September 27, 2015 |
| 11 | |
| 12 | _____ |
| | Nitin Jindal |

CERTIFICATE OF SERVICE