BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN L. DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market Street
Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  (650) 506-4846
Facsimile:  (650) 506-7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs*
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL<br><br>**PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S SUPPLEMENTAL FILING IN RESPONSE TO CERTAIN DEMONSTRATIVES RECEIVED AFTER FILING THE MOTION TO EXCLUDE AT DOCKET NO. 823**<br><br>[REDACTED] |

1       Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation
2  ("Oracle") make this filing to supplement the Motion to Exclude the Deposition Testimony of
3  Paul Simmons and the Testimony, in Part, of Brooks Hilliard (Dkt. No. 823) ("the Motion").
4       Approximately one hour after the Motion was filed, Defendants Rimini Street, Inc. and
5  Seth Ravin ("Rimini") provided Oracle notice of the demonstratives they propose to use
6  tomorrow, Monday, September 28, 2005.  (Ringgenberg Dec. ¶¶ 3-5.)
7       Those demonstratives—which Rimini disclosed to Oracle almost 24 hours late pursuant
8  to the parties agreed exchange schedule—confirm the Motion's importance and, we regret, will
9  require the Court's attention to the Motion before Mr. Hilliard testifies tomorrow.  Rimini has
10 disclosed him as the second witness for tomorrow.
11      Rimini's demonstratives have two main categories of objectionable content.  The first
12 concerns CedarCrestone.  The proposed demonstratives make exactly the assertions addressed in
13 Oracle's motion:
14
15
16
17
18                          This set is attached as <u>Exhibit 1</u> to the Declaration of
19 Kieran Ringgenberg.
20      Another set of objectionable demonstratives address purported third parties that are
21 irrelevant to this case.  Nothing in Mr. Ravin's testimony or Rimini's contemporaneous business
22 documents suggest that Mr. Ravin or Rimini were aware of or could have relied upon these
23 companies.  This second set is attached as <u>Exhibit 2</u> to the Declaration of Kieran Ringgenberg.
24                                    **CONCLUSION**
25      For the foregoing reasons, Oracle respectfully requests that slides attached at Exhibits 1-2
26 to the Declaration of Kieran Ringgenberg be excluded and reiterates its request that the Court
27 exclude the Simmons deposition and the testimony of Brooks Hilliard to the extent he testifies
28 about industry custom and practice that neither Mr. Ravin nor his company have shown they

2

ORACLE'S SUPPLEMENTAL FILING IN RESPONSE TO CERTAIN DEMONSTRATIVES RECEIVED
AFTER FILING THE MOTION TO EXCLUDE AT DOCKET NO. 823

knew about or relied upon.

DATED:  September 27, 2015                    BOIES SCHILLER & FLEXNER LLP

                                              By: */s/ Kieran P. Ringgenberg*
                                              Kieran P. Ringgenberg
                                              Attorneys for Plaintiffs
                                              Oracle USA, Inc., Oracle America, Inc., and
                                              Oracle International Corp.

### CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of September, 2015, I electronically transmitted the foregoing **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S SUPPLEMENTAL FILING IN RESPONSE TO CERTAIN DEMONSTRATIVES RECEIVED AFTER FILING THE MOTION TO EXCLUDE AT DOCKET NO. 823** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                                              */s/ Kieran P. Ringgenberg*
                                              Kieran P. Ringgenberg

ORACLE'S SUPPLEMENTAL FILING IN RESPONSE TO CERTAIN DEMONSTRATIVES RECEIVED
AFTER FILING THE MOTION TO EXCLUDE AT DOCKET NO. 823