| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market Street |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Spear Street Tower<br>San Francisco, CA  94105 |
| 4 | rpocker@bsfllp.com | Telephone:  (415) 442-1000<br>Facsimile:  (415) 442-1001 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM A. ISAACSON (*pro hac vice*) | thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com |
| 6 | KAREN L. DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*) |
| 7 | Washington, DC 20015 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Redwood City, CA 94070<br>Telephone:  (650) 506-4846 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | Facsimile:  (650) 506-7114<br>dorian.daley@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 15 | Attorneys for Plaintiffs | |
| 16 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 17 | | |
| 18 | UNITED STATES DISTRICT COURT | |
| 19 | DISTRICT OF NEVADA | |
| 20 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | CASE NO. 2:10-cv-0106-LRH-PAL |
| 21 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **DECLARATION OF KIERAN P.<br>RINGGENBERG IN SUPPORT OF** |
| 22 | Plaintiffs, | **PLAINTIFFS ORACLE USA, INC.,<br>ORACLE AMERICA, INC., AND** |
| 23 | v. | **ORACLE INTERNATIONAL<br>CORPORATION'S SUPPLEMENTAL** |
| 24 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | **FILING IN RESPONSE TO CERTAIN<br>DEMONSTRATIVES RECEIVED** |
| 25 | Defendants. | **AFTER FILING THE MOTION TO<br>EXCLUDE AT DOCKET NO. 823** |
| 26 | | **[REDACTED]** |
| 27 | | Judge:  Hon. Larry R. Hicks |
| 28 | | |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies, Schiller & Flexner LLP, counsel to Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. This declaration is made in support of Plaintiffs' supplemental filing in response to certain demonstratives ("the Supplement") received after Oracle filed the motion to exclude evidence at Docket No. 823 ("the Motion") in the above-captioned case. Based on my involvement in the discovery process and my review of the files and records in this action, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. I caused the Motion to be filed on September 27, 2015 at 4:59pm.

3. On September 27, 2015 at 5:57pm, I received from counsel for Defendants Rimini Street, Inc. and Seth Ravin the demonstratives that are attached as Exhibits 1 and 2 to this declaration.

4. Attached hereto as Exhibit 1 is a true and correct copy of the demonstratives discussed in the Supplement as the "first set," which concern CedarCrestone, Inc.

5. Attached hereto as Exhibit 2 is a true and correct copy of the demonstratives discussed in the Supplement as the "second set," which concern other third-party companies.

I declare that the foregoing is true under penalty of perjury of the laws of the United States.

Executed this 27th day of September, 2015, at Las Vegas, Nevada.


    /s/ Kieran P. Ringgenberg
Kieran P. Ringgenberg

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2015, I electronically transmitted the foregoing **DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S SUPPLEMENTAL FILING IN RESPONSE TO CERTAIN DEMONSTRATIVES RECEIVED AFTER FILING THE MOTION TO EXCLUDE AT DOCKET NO. 823** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Kieran P. Ringgenberg*
Kieran P. Ringgenberg