## Hosting of Environments By
## Third Party Support Providers



DTX 8

14

# Hosting of Environments By Third Party Support Providers




**Off-site:** Minimal impact to your operations is just one benefit of an off-site upgrade. It is also a cost efficient way to operate. By taking advantage of an off-site upgrade, we can manage your project in effective manner, because you can concentrate your efforts on your core business, and let us handle your upgrade in our state-of-the-art upgrade lab.

DTX 49

15

## Hosting of Environments By Third Party Support Providers

Hexaware Technologies, PeopleSoft Services, February 13, 2012



DTX 47

## Spinnaker: Implements a Remote-Only Model

Declarations of Matthew Stava, Affidavit of Spinnaker Support, LLC, April 18, 2011

> AFFIDAVIT OF SPINNAKER SUPPORT, LLC PURSUANT TO FED.R.CIV.P. 30(b)(6)
>
> Spinnaker Support, LLC, by and through its authorized designee Matthew Stava, deposes and states as follows:
>
> 1. Spinnaker Support, LLC is a Colorado Limited Liability Company with a primary business address of 231 Milwaukee Street, Suite 200, Denver, CO 80206.
> 2. The undersigned designee, Matthew Stava, is competent to testify to and is authorized to bind Spinnaker Support, LLC as to the matters sworn to in this Affidavit.
> 3. Spinnaker Support, LLC does not receive from or pay any license fees to Oracle Corporation or any of its affiliates in association with the third party support Spinnaker Support, LLC provides to its clients regarding J.D. Edwards software. To the best of Spinnaker Support, LLC's knowledge, each of its J.D. Edwards support clients has complete and up to date licenses for any of the software for which Spinnaker Support, LLC provides support.

**Spinnaker Support, LLC complies with its own internal operational policies and standard agreements, and pursuant to those policies and agreements, ==Spinnaker Support, LLC does not download or copy Oracle Software and Support Materials to its computers.==**

> 7. Consistent with the representations contained in Spinnaker Support, LLC's March 4, 2011 Objection Pursuant to Fed.R.Civ.P. 45(c)(2)(B) served upon counsel for Oracle, Spinnaker Support, LLC complies with its own internal operational policies and standard agreements, and pursuant to those policies and agreements, Spinnaker Support, LLC does not use automated download tools, crawlers, scrapers or other software programs to download any Software and Support Materials to its computers.
> 8. Spinnaker Support, LLC's service offerings are fully and accurately described on its website: www.spinnakersupport.com

RSI_TMPTX00001367

Oracle USA, Inc. v. Rimini Street, Inc. 10cv106-LRH-PAL DTX 3002

DTX 3002

25