| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN L. DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com<br><br>Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | 

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>        Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL THEIR SUPPLEMENTAL FILING IN RESPONSE TO CERTAIN DEMONSTRATIVES RECEIVED AFTER FILING THE MOTION TO EXCLUDE AT DOCKET NO. 823**<br><br>Judge: Hon. Larry R. Hicks |

Case No. 2:10-cv-00106-LRH-PAL

1  Pursuant to the May 21, 2010 Stipulated Protective Order governing confidentiality of documents entered by the Court, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the Court order the Clerk of the Court to file under seal an unredacted copy of Oracle's supplement the Motion to Exclude the Deposition Testimony of Paul Simmons and the Testimony, in Part, of Brooks Hilliard (Dkt. No. 823) ("Supplement") and Exhibit 1 to the declaration of Kieran P. Ringgenberg filed in support of the Supplement ("Declaration"). Unredacted copies of the Supplement and Declaration were lodged under seal with the Court on September 27, 2015.

Sealing of the Supplement, and Exhibit 1 to the Declaration is requested because the redacted portions of it contain information that third-party CedarCrestone, Inc. has designated as "Highly Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order. The Protective Order states, "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' and 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2.

For sealing requests relating to non-dispositive motions, such as this, the presumption of public access to court filings may be overcome by a showing of good cause under Rule 26(c). *See Pintos v. Pacific Creditors Ass'n,* 605 F.3d 665, 678 (9th Cir. 2010); *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). Third-party CedarCrestone has identified the information redacted in the Supplement, and Exhibit 1 to the Declaration as Highly Confidential, and therefore third-party CedarCrestone has represented that good cause exists for sealing those portions of the documents. This is a sufficient showing of good cause to permit a sealing order on a non-dispositive motion. *See, e.g.*, *Pac. Gas & Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016,

1027 (N.D. Cal. 2002).

## TESTIMONY AND DOCUMENTS DESIGNATED AS
## HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

Third-party CedarCrestone has designated the following materials cited or referred to in Oracle's Supplement and Exhibit 1 to the Declaration as Highly Confidential – Attorneys' Eyes Only:

| DECL. EX. | DESCRIPTION | CONF. DESIGN. |
|---|---|---|
| 1 | Demonstrative regarding CedarCrestone, Inc. including deposition of Paul Simmons taken on December 1, 2011 | Highly Confidential (by Third-Party CedarCrestone) |

For the foregoing reasons, Oracle respectfully requests that the Court find that good cause exists to file under seal the unredacted copy of the Supplement and Exhibit 1 to the Declaration, and to issue an order sealing the same.

DATED: September 27, 2015    BOIES SCHILLER & FLEXNER LLP

By: */s/ Kieran P. Ringgenberg*
    Kieran P. Ringgenberg
    Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle America, Inc.,
    and Oracle International Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of September, 2015, I electronically transmitted the foregoing **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S MOTION TO SEAL THEIR SUPPLEMENTAL FILING IN RESPONSE TO CERTAIN DEMONSTRATIVES RECEIVED AFTER FILING THE MOTION TO EXCLUDE AT DOCKET NO. 823** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

                                                     */s/ Kieran P. Ringgenberg*
                                                   Kieran P. Ringgenberg