1
BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)

2
300 South Fourth Street, Suite 800
Las Vegas, NV 89101

3
Telephone: (702) 382-7300

4
Facsimile: (702) 382-2755
rpocker@bsfllp.com

5
BOIES, SCHILLER & FLEXNER LLP

6
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN L. DUNN (*pro hac vice*)

7
5301 Wisconsin Ave, NW
Washington, DC 20015

8
Telephone: (202) 237-2727
Facsimile: (202) 237-6131

9
wisaacson@bsfllp.com
kdunn@bsfllp.com

10

11
BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)

12
1999 Harrison Street, Suite 900
Oakland, CA 94612

13
Telephone: (510) 874-1000
Facsimile: (510) 874-1460

14
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

15

16
Attorneys for Oracle USA, Inc., Oracle
America, Inc., and Oracle International
Corporation

17

MORGAN, LEWIS & BOCKIUS, LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  (650) 506-4846
Facsimile:  (650) 506-7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

18
**UNITED STATES DISTRICT COURT**

19
**DISTRICT OF NEVADA**

20

21
ORACLE USA, INC., a Colorado corporation;
ORACLE AMERICA, INC. a Delaware
corporation; and ORACLE INTERNATIONAL

22
CORPORATION, a California corporation,

23
                    Plaintiffs,

24
        v.

25
RIMINI STREET, INC., a Nevada corporation;
SETH RAVIN, an individual,

26
                    Defendants.

27

28

Case No. 2:10-cv-00106-LRH-PAL

**[PROPOSED] ORDER GRANTING
MOTION TO SEAL PLAINTIFFS'
SUPPLEMENTAL FILING IN
RESPONSE TO CERTAIN
DEMONSTRATIVES RECEIVED
AFTER FILING THE MOTION TO
EXCLUDE AT DOCKET NO. 823**

Judge:       Hon. Larry R. Hicks

Case No. 2:10-cv-00106-LRH-PAL

**1**

## [PROPOSED] ORDER

**2**     Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and

**3** Oracle International Corporation's (collectively "Oracle") Motion to Seal their supplement to

**4** the Motion to Exclude the Deposition Testimony of Paul Simmons and the Testimony, in Part,

**5** of Brooks Hilliard (Dkt. No. 823) ("Supplement"), and Exhibit 1 to the Declaration of Kieran P.

**6** Ringgenberg in Support of the Supplement.  Federal Rule of Civil Procedure 26(c) provides

**7** broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the

**8** protection of "a trade secret or other confidential research, development, or commercial

**9** information."  Fed. R. Civ. P. 26(c).  Having considered Oracle's Motion to Seal, good cause

**10** having been shown:

**11**     IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The Clerk of

**12** the Court shall file under seal the documents specified in Oracle's Motion to Seal.

**13**     IT IS SO ORDERED.

**14**

**15** DATED:_____          By:_____
                                                    United States District Court Judge

**16**

**17**

**18**

**19**

**20**

**21**

**22**

**23**

**24**

**25**

**26**

**27**

**28**

[PROPOSED] ORDER GRANTING MOTION TO SEAL