SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Joseph A. Gorman (*pro hac vice*)
555 Mission Street
San Francisco, CA 94105
415-393-8296
jgorman@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Lauren Blas (*pro hac vice*)
Blaine H. Evanson (*pro hac vice*)
333 S. Grand Ave.
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
lblass@gibsondunn.com
bevanson@gibsondunn.com

GREENBERG TRAURIG
Mark G. Tratos, Esq. (Nevada Bar No. 1086)
Brandon Roos, Esq. (Nevada Bar No. 7888)
Leslie Godfrey, Esq. (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

LEWIS AND ROCA LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
wallen@LRRLaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual, <br><br> Defendants. | Case No. 2:10-cv-0106-LRH-PAL <br><br> **DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO EXCLUDE DEPOSITION TESTIMONY OF PAUL SIMMONS AND THE TESTIMONY, IN PART, OF BROOKS HILLIARD** |

7193269 v1

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010 (*See* Dkt. 55, "Protective Order"), Local Rule 10-5(b) and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Defendants Rimini Street, Inc. and Seth Ravin ("Rimini") respectfully requests that the Court grant leave to file under seal portions of Defendants' Opposition to Exclude Deposition Testimony of Paul Simmons and the Testimony, In Part, of Brooks Hilliard. A public, redacted version of Defendants' Opposition to Exclude Deposition Testimony Of Paul Simmons and the Testimony, In Part, of Brooks Hilliard was filed on September 28, 2015.

The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as "Confidential Information" and as "Highly Confidential Information- Attorneys' Eyes Only" under the terms of the Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of any Discovery Material as "Confidential Information" or "Highly Confidential Information- Attorneys' Eyes Only" shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation". Protective Order at Paragraph 2.

The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of information, including, but not limited to, trade secrets or other confidential research, development, or commercial information." *Phillips v. Gen. Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (citations omitted).

Sealing portions of Defendants' Opposition to Exclude Deposition Testimony of Paul Simmons and the Testimony, In Part, of Brooks Hilliard is requested because the document contains deposition testimony of Paul Simmons, which has been designated as "Confidential" under the terms of the Protective Order.  The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order **only if such counsel in good faith believes that such Discovery Material contains such information and is subject to**

1 **protection under Federal Rule of Civil Procedure 26(c).** The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2 (emphasis supplied).

Thus, in identifying of Defendants' Opposition to Exclude Deposition Testimony of Paul Simmons and the Testimony, In Part, of Brooks Hilliard which contains Confidential or Highly Confidential material, Rimini, as the designating party, contends that good cause exists for sealing citations to the deposition testimony of Paul Simmons.

Rimini has submitted all other portions of Defendants' Opposition to Exclude Deposition Testimony of Paul Simmons and the Testimony, In Part, of Brooks Hilliard, for filing in the Court's public files, which would allow public access to the filings except for the documents Oracle has designated as Highly Confidential. Accordingly, the request to seal is narrowly tailored.

For the foregoing reasons, Rimini respectfully requests that the Court grant leave to file portions of Defendants' Opposition to Exclude Deposition Testimony of Paul Simmons and the Testimony, In Part, of Brooks Hilliard to the same under seal.

DATED: September 28, 2015

SHOOK, HARDY & BACON

By: ___/s/ *Robert H. Reckers*_____
Robert H. Reckers
rreckers@shb.com
B. Trent Webb
bwebb@shb.com
Peter Strand
pstrand@shb.com
Ryan Dykal
rdykal@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Blvd.
Kansas City, MO 64108-2613
816-474-6550 Telephone
816-421-5547 Facsimile

*Attorneys for Defendants
Rimni Street, Inc. and Seth Ravin*

- 3 -

7193269 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of September, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: __/s/ *Robert H. Reckers*
Robert H. Reckers.

*Attorney for Defendants*
*Rimini Street, Inc., and Seth Ravin*

- 4 -

7193269 v1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO EXCLUDE DEPOSITION TESTIMONY OF PAUL SIMMONS AND THE TESTIMONY, IN PART, OF BROOKS HILLIARD**

# [PROPOSED] ORDER

Pending before this Court is Defendants Rimini Street, Inc. and Seth Ravin's ("Rimini") Motion for Leave to File Under Seal Portions of Defendants' Opposition to Exclude Deposition Testimony of Paul Simmons and the Testimony, In Part, of Brooks Hilliard. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Defendant's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Defendants' Motion to Seal is GRANTED. The Clerk of the Court shall file under seal portions of Defendants' Opposition to Exclude Deposition Testimony of Paul Simmons and the Testimony, In Part, of Brooks Hilliard.

IT IS SO ORDERED.
DATED:

By:_____
Hon. Larry R. Hicks
United States District Judge

7193269 v1