UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| ORACLE USA, INC., et al., ) | CASE NO. 2:10-cv-106-LRH-PAL |
| Plaintiff(s), ) | MINUTES OF COURT |
| vs. ) | DATE: Wednesday, September 30, 2015 |
| RIMINI STREET, INC., et al., ) | |
| Defendant(s). ) | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete                            Reporter: Donna Davidson
Counsel for Plaintiff:   William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jadal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant:   B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq., Ryan D. Dykal, Annie Y.S. Chuang, Michael Gray, Blaine H. Evanson

MINUTES OF JURY TRIAL DAY 13

8:01 a.m. Court convenes outside the presence of the jury. Counsel and parties are present.

IT IS ORDERED that plaintiff's Motion to Exclude Deposition Testimony of Paul Simmons and the Testimony, in part, of Brooks Hilliard, [#825] is granted in part and denied in part. The Court places his findings on the record.

Mr. Reckers responds and informs the Court where they are with witness Hilliard's testimony. Ms. Dunn revisits the oral motion raised yesterday, to strike witness Rowe's testimony regarding CedarCrestone. The Court stands by his previous rulings from yesterday and comments further for the record.

Mr. Strand clarifies some upcoming witness questions for the Court and informs the Court defendants have filed a Motion for Reconsideration on the Admissibility of Their Post-2011 Conduct, [#845]. IT IS ORDERED plaintiffs shall have until 6 p.m. tonight to respond and the Court will address the matter on Thursday.

8:14 a.m. The jury enters the courtroom. Counsel and parties are present.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 13
September 30, 2015
Page 2 of 3
_____/

Brooks Hilliard is called on behalf of the defendants is sworn and testifies on direct examination by Mr. Reckers.

Cross examination by Ms. Dunn. Witness is excused.

Douglas Zorn is called on behalf of the defendants is sworn and testifies on direct examination by Mr. Strand.

DTX399 is offered; no objection; DTX399 is admitted.
DTX3006 is offered; no objection; DTX3006 is admitted.
DTX3005 is offered; no objection; DTX3005 is admitted.
DTX97 is offered; no objection; DTX97 is admitted.
DTX3019 is offered; no objection; DTX3019 is admitted.
DTX3018 is offered; no objection; DTX3018 is admitted.

9:11 a.m. – 9:13 a.m. Sidebar

Cross examination by Ms. Dunn.

PTX5527 published as demonstrative – NOT ADMITTED.

9:46 a.m. The jury is admonished and excused. Court stands at recess.

10:11 a.m. Court reconvenes. The jury, counsel and parties are present.

Douglas Zorn resumes the witness stand and continues testimony on cross examination by Ms. Dunn.

Re-direct by Mr. Strand. Witness is excused.

Scott Hampton is called on behalf of the defendants is sworn and testifies on direct examination by Mr. Strand.

DTX278 is pre-admitted.
DTX268 is pre-admitted and published to the jury.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 13
September 30, 2015
Page 3 of 3
_____/

11:32 a.m. – 11:35 a.m. Sidebar

A limiting instruction is given to the jury by the Court.

DTX3022 is marked and offered; no objection; DTX3022 is admitted.
DTX3021 is marked and offered; no objection; DTX3021 is admitted.

Cross examination by Mr. Isaacson.

IT IS ORDERED trial is continued to Thursday, October 1, 2015, at 9:00 a.m. in Las Vegas Courtroom 4B before Judge Larry R. Hicks.

12:27 p.m. The jury is admonished and excused. Court adjourns.

                                          LANCE S. WILSON, CLERK

                                          By:     /s/ D. Negrete
                                                        Deputy Clerk