| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market Street |
| 3 | Las Vegas, NV 89101<br>Telephone: (702) 382-7300 | Spear Street Tower<br>San Francisco, CA 94105 |
| 4 | Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | Telephone: (415)442-1000<br>Facsimile: (415) 442-1001 |
| 5 | | thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com |
| 6 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | |
| 7 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Washington, DC 20015<br>Telephone: (202) 237-2727 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 10 | kdunn@bsfllp.com | Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114 |
| 11 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | jim.maroulis@oracle.com |
| 13 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 14 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 15 | kringgenberg@bsfllp.com | |
| 16 | Attorneys for Oracle USA, Inc., Oracle<br>America, Inc., and Oracle International | |
| 17 | Corporation | |

18                    **UNITED STATES DISTRICT COURT**

19                                **DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 21 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC. a Delaware | Case No. 2:10-cv-00106-LRH-PAL |
| 22 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **[PROPOSED] ORDER GRANTING<br>PLAINTIFFS ORACLE'S MOTION** |
| 23 | Plaintiffs, | **TO SEAL THEIR OPPOSITION TO<br>DEFENDANTS RIMINI STREET,** |
| 24 | v. | **INC.'S AND SETH RAVIN'S<br>MOTION FOR RECONSIDERATION** |
| 25 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | **ON THE ADMISSIBILITY OF<br>THEIR POST-2011 CONDUCT** |
| 26 | Defendants. | Judge:   Hon. Larry R. Hicks |
| 27 | | |
| 28 | | |

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Oracle's Motion to Seal Their Opposition to Rimini's Motion for Reconsideration on the Admissibility of Their Post-2011 Conduct ("Motion") and Exhibit 1 to the Declaration of Kieran P. Ringgenberg in Support of Plaintiffs Oracle's Opposition to Rimini's Motion for Reconsideration on the Admissibility of Their Post-2011 Conduct ("Ringgenberg Declaration"). Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion to Seal, good cause having been shown:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the documents specified in Oracle's Motion.

IT IS SO ORDERED.

DATED:_____        By:_____
                                   United States District Court Judge