UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br>  v.<br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>    Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[ORACLE'S PROPOSED]**<br>**VERDICT FORM** |

We, the Jury, unanimously find as follows:

**SECTION A:  ORACLE'S CLAIMS AGAINST RIMINI STREET**

1. On Oracle's claim for copyright infringement against Rimini Street, what amount of the following damages items did Oracle prove as to PeopleSoft software and support materials?

    a. Actual damages:        $ _____

    b. Infringer's profits:   $ _____

    c. Statutory damages:     $ _____

2. On Oracle's claim for copyright infringement against Rimini Street, what amount of the following damages items did Oracle prove as to Oracle Database software and support materials?

    a. Actual damages:        $ _____

    b. Infringer's profits:   $ _____

    c. Statutory damages:     $ _____

3. On Oracle's claim for copyright infringement as to Siebel software and support materials:

    a. Has Oracle proven that Rimini Street committed copyright infringement by copying Siebel software and support materials in a manner not authorized by the terms of the license agreements that the Court has explained to you?

        Yes \_\_\_\_                  No \_\_\_\_

        If you answered no, please move to question 4.  If you answered yes, please answer question 3.b.

    b. What amount of the following damages items did Oracle prove as to Siebel software and support materials?

        i.    Actual damages:    $ _____

        ii.   Infringer's profits:   $ _____

        iii.  Statutory damages:  $ _____

4. On Oracle's claim for copyright infringement as to J.D. Edwards software and support materials:

   a. Has Oracle proven that Rimini Street committed copyright infringement by copying J.D. Edwards software and support materials in a manner not authorized by the terms of the license agreements that the Court has explained to you?

   Yes ____      No ____

   If you answered no, please move to question 5. If you answered yes, please answer question 4.b.

   b. What amount of the following damages items did Oracle prove as to J.D. Edwards software and support materials?

      i.   Actual damages:      $ _____
      ii.  Infringer's profits: $ _____
      iii. Statutory damages:   $ _____

5. Has Oracle proven that Rimini Street induced breach of contract?

   Yes ____      No ____

   If you answered yes to this question, what amount of damages did Rimini Street's inducement cause Oracle?                $ _____

6. Has Oracle proven that Rimini Street intentionally interfered with economic relationships between Oracle and customers that probably would have resulted in an economic benefit to Oracle?

   Yes ____          No ____

   If you answered yes to this question, what amount of damages did Rimini Street's interference cause Oracle?          $ _____

7. Has Oracle proven that Rimini Street violated the federal Computer Fraud and Abuse Act ("CFAA")?

   Yes ____          No ____

   If you answered yes to this question, what amount of damages did Rimini Street's violation(s) cause Oracle?          $ _____

8. Has Oracle proven that Rimini Street violated the California Computer Data Access and Fraud Act ("CDAFA")?

   Yes ____          No ____

   If you answered yes to this question, what amount of damages did Rimini Street's violation(s) cause Oracle?          $ _____

9.  Has Oracle proven that Rimini Street violated the Nevada Computer Crime Law ("NCCL")?

    Yes \_\_\_\_            No \_\_\_\_

    If you answered yes to this question, what amount of damages did Rimini Street's violation(s) cause Oracle?          $ _____

10. What is the <u>total amount of non-duplicative damages</u> for all claims on which you found damages against Rimini Street?          $ _____

**SECTION B: ORACLE'S CLAIMS AGAINST SETH RAVIN**

11. On Oracle's claim that Seth Ravin is liable for copyright infringement as to PeopleSoft software and support materials:

    a. Has Oracle proven that Seth Ravin is liable for Rimini Street's infringement of PeopleSoft support materials?

            Yes \_\_\_\_        No \_\_\_\_

        If you answered no, please move to question 12. If you answered yes, please answer question 11.b.

    b. What amount of the following damages items did Oracle prove Seth Ravin liable for as to PeopleSoft software and support materials?

    | | | |
    |---|---|---|
    | i. | Actual damages: | $ _____ |
    | ii. | Infringer's profits: | $ _____ |
    | iii. | Statutory damages: | $ _____ |

12. On Oracle's claim that Seth Ravin is liable for copyright infringement as to Oracle Database software and support materials:

   a. Has Oracle proven that Seth Ravin is liable for Rimini Street's infringement of Oracle Database software and support materials?

   Yes ____        No ____

   If you answered no, please move to question 13. If you answered yes, please answer question 12.b.

   b. What amount of the following damages items did Oracle prove Seth Ravin liable for as to Oracle Database software and support materials?

   i. Actual damages:       $ _____
   ii. Infringer's profits:    $ _____
   iii. Statutory damages:    $ _____

13. If you answered yes to question 3.a, please answer question 13.a. If you answered no to question 3.a, please move to question 14.

   a. Has Oracle proven that Seth Ravin is liable for Rimini Street's infringement of Siebel software and support materials?

   Yes ____        No ____

   If you answered no, please move to question 14. If you answered yes, please answer question 13.b.

   b. What amount of the following damages items did Oracle prove Seth Ravin liable for as to Siebel software and support materials?

   i. Actual damages:       $ _____
   ii. Infringer's profits:    $ _____
   iii. Statutory damages:    $ _____

14. If you answered yes to question 4.a, please answer question 14.a.  If you answered no to question 4.a., please move to question 15.

   a. Has Oracle proven that Seth Ravin is liable for Rimini Street's infringement of J.D. Edwards software and support materials?

   Yes ____        No ____

   If you answered no, please move to question 15.  If you answered yes, please answer question 14.b.

   b. What amount of the following damages items did Oracle prove Seth Ravin liable for as to J.D. Edwards software and support materials?

   i.   Actual damages:        $ _____
   ii.  Infringer's profits:   $ _____
   iii. Statutory damages:     $ _____

15. Has Oracle proven that Seth Ravin intentionally interfered with economic relationships between Oracle and customers that probably would have resulted in an economic benefit to Oracle?

   Yes ____        No ____

   If you answered yes to this question, what amount of damages did Seth Ravin's interference cause Oracle?        $ _____

16. Has Oracle proven that Seth Ravin violated the federal Computer Fraud and Abuse Act ("CFAA")?

    Yes ____          No ____

    If you answered yes to this question, what amount of damages did Seth Ravin's violation(s) cause Oracle?     $ _____

17. Has Oracle proven that Seth Ravin violated the California Computer Data Access and Fraud Act ("CDAFA")?

    Yes ____          No ____

    If you answered yes to this question, what amount of damages did Seth Ravin violation(s) cause Oracle?     $ _____

18. Has Oracle proven that Seth Ravin violated the Nevada Computer Crime Law ("NCCL")?

    Yes ____          No ____

    If you answered yes to this question, what amount of damages did Seth Ravin's violation(s) cause Oracle?     $ _____

19. If you answered "yes" to any of the questions in this section (questions 11-18), what is the <u>total non-duplicative amount of damages</u> for all claims on which you found damages against Seth Ravin?     $ _____

**SECTION C: PUNITIVE DAMAGES**

20. Are punitive damages against Rimini Street proper and justified in this case?

    Yes ____          No ____

21. Are punitive damages against Seth Ravin proper and justified in this case?

    Yes ____          No ____

Dated: _____

_____          _____
Presiding Juror's Signature                    Presiding Juror's Printed Name