UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| ORACLE USA, INC., et al., | CASE NO. 2:10-cv-106-LRH-PAL |
| Plaintiff(s), | MINUTES OF COURT |
| vs. | DATE: Thursday, October 1, 2015 |
| RIMINI STREET, INC., et al., |  |
| Defendant(s). |  |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete          Reporter: Donna Davidson
Counsel for Plaintiff:  William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jadal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant:  B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq., Ryan D. Dykal, Annie Y.S. Chuang, Michael Gray, Blaine H. Evanson

MINUTES OF JURY TRIAL DAY 14

9:02 a.m. Court convenes outside the presence of the jury. Counsel and parties are present.

IT IS ORDERED that Defendant's Motion for Reconsideration on the Admissibility of Their Post-2011 Conduct, [#845] is DENIED. The Court places findings on the record.

The Court and counsel confer regarding further scheduling for trial.

IT IS ORDERED that proposed verdict forms shall be submitted to the Court by both sides by 5:00 p.m. today.

9:08 a.m. The jury enters the courtroom. Counsel and parties are present.

Scott Hampton resumes the witness stand and continues testimony on cross examination by Mr. Isaacson.

PTX6007 is marked and offered; no objection; PTX6007 is admitted.
PTX6008 is marked and offered; no objection; PTX6008 is admitted.
Mr. Isaacson moves for the admission of lines 20-25 of Jim Benge's video deposition of June 21, 2012; objection; Ruling is reserved.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 14
October 1, 2015
Page 2 of 3
_____/

10:50 a.m. The jury is admonished and excused. Court stands at recess.

11:11 a.m. Court reconvenes. The jury, counsel, and parties are present.

Scott Hampton resumes the witness stand and continues testimony on cross examination by Mr. Isaacson.

PTX5529 is offered; no objection; PTX5529 is admitted.
DTX3004 is offered; objection; objection sustained.

12:20 p.m. – 12:21 p.m. Sidebar

12:22 p.m. The jury is admonished and excused. Court remains in session outside the presence of the jury. Counsel and parties are present. Counsel agrees that DTX3004 can be admitted. IT IS ORDERED DTX3004 is admitted.

The Court and counsel confer regarding witness issues.

12:29 p.m. Court stands at recess.

12:48 p.m. Court reconvenes. The jury, counsel, and parties are present. The Court explains to the jury the change in the order of witnesses.

Brian Baggett is called on behalf of the defendants is sworn and testifies on direct examination by Mr. Webb.

PTX435 is offered; no objection; PTX435 is admitted.
PTX436 is offered; no objection; PTX436 is admitted.
PTX437 is offered; no objection; PTX437 is admitted.

Cross examination by Ms. Dunn.

PTX439 is pre-admitted and published to the jury.
PTX440 is offered; objection; objection sustained; PTX440 is NOT ADMITTED.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 14
October 1, 2015
Page 3 of 3
_____/

Re-direct examination by Mr. Webb.

Re-cross examination by Ms. Dunn. Witness is excused.

Scott Hampton resumes the witness stand and continues testimony on cross examination by Mr. Isaacson.

PTX1461 is pre-admitted and published to the jury.
PTX2146 is offered; objection; objection sustained; PTX2146 is NOT ADMITTED.

IT IS ORDERED that trial is continued to Friday, October 2, 2015, at 8:00 a.m. in Las Vegas Courtroom 4B before Judge Larry R. Hicks.

3:05 p.m. The jury is admonished and excused. Court remains in session outside the presence of the jury.

Counsel indicates there are some disputes to the video depositions to be played tomorrow. Counsel shall provide the Court with written copies of the proposed video deposition testimony with the disputes highlighted. The Court will rule accordingly tomorrow.

The Court will provide counsel with a copy of proposed jury instructions for counsel's review tomorrow and jury instructions will be settled on Monday at 9 a.m.

Mr. Isaacson indicates the plaintiffs will be filing a motion to exclude Scott Hampton's value of use opinion tonight. Responses are due on Friday, October 2, 2015, by 6 p.m.

The Court informs counsel they will have two hours per side for closing arguments.

3:15 p.m. Court adjourns.

LANCE S. WILSON, CLERK

By:   /s/ D. Negrete
      Deputy Clerk