UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| ORACLE USA, INC., et al., | ) CASE NO. 2:10-cv-106-LRH-PAL |
| Plaintiff(s), | ) MINUTES OF COURT |
| vs. | ) DATE: Friday, October 2, 2015 |
| RIMINI STREET, INC., et al., | ) |
| Defendant(s). | ) |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete          Reporter: Donna Davidson
Counsel for Plaintiff:  William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jadal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant:  B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq., Ryan D. Dykal, Annie Y.S. Chuang, Michael Gray, Blaine H. Evanson

MINUTES OF JURY TRIAL DAY 15

7:58 a.m. Court convenes outside the presence of the jury. Counsel and parties are present. Mr. Hixson and Mr. Gray present arguments regarding disputes raised yesterday to video deposition testimony to be played today. The Court makes his rulings on the record

8:25 a.m. The jury enters the courtroom. Counsel and parties are present.

Mr. Isaacson moves into evidence on behalf of plaintiffs as follows:

PTX6009; no objection; PTX6009 is admitted.
PTX6010; no objection; PTX6010 is admitted.
PTX2146; no objection; PTX2146 is admitted.
PTX2153; no objection; PTX2153 is admitted.

Scott Hampton resumes the witness stand and continues testimony on cross examination by Mr. Isaacson.

Re-direct examination by Mr. Strand. Witness is excused.

///

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 15
October 2, 2015
Page 2 of 4
_____/

Mr. Gray notifies the Court that defendants will play excerpts of Richard Cummins' video deposition dated July 13, 2011. Mr. Gray confirms pre-admission of defendant's exhibits DTX270, DTX161, DTX280, DTX282, DTX284, DTX288, DTX277, and moves for the admission of exhibits as follows:

DTX274; objection; ruling is reserved.
DTX290A; objection; ruling is reserved.
DTX292; objection; ruling is reserved.

Excerpts of Richard Cummins' video deposition dated July 13, 2011, is played in open court.

Mr. Gray notifies the Court that defendants will play excerpts of Juan Jones video deposition dated January 5, 2012. Mr. Gray confirms pre-admission of defendant's exhibits DTX315, DTX341, DTX342, and DTX276, and moves for the admission of exhibits as follows:

DTX20; no objection; DTX20 is admitted.
DTX105; no objection; DTX105 is admitted.
DTX345; objection; ruling is reserved.

Excerpts of Juan Jones' video deposition dated January 5, 2012, is played in open court.

Mr. Gray notifies the Court that defendants will play excerpts of Jason Taylor's video deposition dated July 20, 2011. Mr. Gray confirms pre-admission of defendant's exhibits DTX146, DTX148, and DTX255.

Excerpts of Jason Taylor's video deposition dated July 20, 2011, is played in open court.

Defendants rest.

Mr. Isaacson requests to play a short video in rebuttal that is in dispute and requests a brief conference.

10:05 a.m. The jury is admonished and excused.

10:27 a.m. Court reconvenes. Mr. Isaacson notifies the Court that the dispute has been resolved. The jury, counsel, and parties are present.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 15
October 2, 2015
Page 3 of 4
_____/

Mr. Ringgenberg notifies the Court that plaintiffs will play excerpts of Brian Slepko's video deposition dated August 24, 2010, as rebuttal evidence. Mr. Ringgenberg moves for the admission of exhibits as follows:

PTX606; no objection; PTX606 is admitted.
PTX607; no objection; PTX607 is admitted.
PTX609; standing objection; ruling is reserved.
PTX610; no objection; PTX610 is admitted.
PTX611; no objection; PTX611 is admitted.
PTX623; no objection; PTX623 is admitted.
PTX638; no objection; PTX638 is admitted.
PTX3389; no objection; PTX3389 is admitted.
PTX3402; no objection; PTX3402 is admitted.
PTX3404; no objection; PTX3404 is admitted.

Excerpts of Brian Slepko's video deposition dated August 24, 2010, is played in open court.

Defendants have no rebuttal evidence.

IT IS ORDERED that the jury is excused until Tuesday, October 6, 2015, at 8:00 a.m.

10:50 a.m. The jury is admonished and excused.

Court remains in session outside the presence of the jury. Counsel suggests they file their objections to the proposed jury instructions to streamline the conference on Monday. The Court will send the proposed jury instructions to counsel by 5 p.m. today. Any objections shall be filed by 5 p.m. October 3, 2015. Counsel provide the Court with an agreed upon jury notebook for review. The Court and counsel further discuss remaining pending matters and further scheduling.

///

///

///

///

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 15
October 2, 2015
Page 4 of 4
_____/

IT IS ORDERED trial is continued to Monday, October 5, 2015, at 9:00 a.m. in Las Vegas Courtroom 4B before Judge Larry R. Hicks.

11 a.m. Court adjourns.

                                      LANCE S. WILSON, CLERK

                                      By:    /s/ D. Negrete
                                                  Deputy Clerk