BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

WILLIAM A. ISAACSON (*pro hac vice*)
KAREN L. DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

ORACLE CORPORATION
DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

SHOOK, HARDY & BACON LLP
B. TRENT WEBB (*pro hac vice*)
PETER E. STRAND (*pro hac vice*)
RYAN D. DYKAL (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
pstrand@shb.com
rdykal@shb.com

ROBERT H. RECKERS (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas  77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com
Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS AND ROCA LLP
W. WEST ALLEN (NV Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
WAllen@LRLaw.com

DANIEL B. WINSLOW
RIMINI STREET, INC.
6601 Koll Center Parkway Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

Attorneys for Defendants Rimini Street, Inc., and Seth Ravin

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br>　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　　Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**THE PARTIES' AGREED POSITION ON CERTAIN OBJECTIONS TO THE COURT'S PROPOSED JURY INSTRUCTIONS** |

　　　　The Parties—Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (collectively, "Oracle" or "Plaintiffs") and Defendants Rimini Street, Inc. ("Rimini Street") and Seth Ravin ("Ravin") (together, "Rimini" or "Defendants")—have worked together to narrow the issues for the Court's attention concerning jury instructions.

　　　　*First*, the following changes that Defendants propose to the Court's instructions are acceptable to Plaintiffs:

- Depositions in Lieu of Live Testimony: All proposed changes ("you" to "your"; additional comma);

- Expert Opinion (J-25): Proposed changes to the first paragraph *only* (Plaintiffs do not agree to Defendants' proposed changes to the second paragraph);

- Inducing Breach of Contract and Intentional Interference Damages (P-29): Striking the final paragraph (regarding nominal damages). Plaintiffs do not agree to any of Defendants' other proposed changes to P-29.

The parties have included, as an attachment, a document showing the changes to the Court's proposed instructions on which the parties have agreed.

*Second*, because of the number of outstanding issues, the Parties have met and conferred concerning the instructions on which they propose to focus oral argument at the charging conference. Those instructions are:

1. The license instructions (D-8; Copyright—Express License);
2. The copyright damages instructions that would allow application of fair market value to PeopleSoft, JD Edwards, and Siebel (Copyright Damages—Introduction; Copyright Damages—Fair Market Value License);
3. The copyright lost profits—causation instruction (D-20);
4. The instructions on the elements of the inducing breach and tortious interference claims (D-23, D-24);
5. The statutory computer claims (P-29 to P-46);
6. Punitive damages (P-46);
7. Plaintiffs' requested instruction concerning CedarCrestone and TomorrowNow (Dkt. No. 810).

The Parties will, of course, be prepared to answer questions concerning any other instructions the Court would like to address.

Dated: October 4, 2015

| GIBSON DUNN & CRUTCHER LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: *Blaine H. Evanson* | By: *Kieran P. Ringgenberg* |
| Blaine H. Evanson<br>Attorneys for Defendants<br>Rimini Street, Inc. and<br>Seth Ravin | Kieran P. Ringgenberg<br>Attorneys for Plaintiffs<br>Oracle USA, Inc.,<br>Oracle America, Inc. and<br>Oracle International Corporation |

## ATTESTATION OF FILER

The signatories to this document are Blaine H. Evanson and me, and I have obtained Mr. Evanson's concurrence to file this document on his behalf.

| Dated:  October 4, 2015 | BOIES, SCHILLER & FLEXNER LLP<br><br>By*:  Kieran P. Ringgenberg*<br>Kieran P. Ringgenberg<br>Attorneys for Plaintiffs<br>Oracle USA, Inc.,<br>Oracle America, Inc. and<br>Oracle International Corporation |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing THE PARTIES' AGREED & JOINTLY PROPOSED JURY INSTRUCTIONS was filed, on October 4, 2015, with the Court's CM/ECF system which will send notice, via email, to all attorneys registered with the CM/ECF system.

| Dated:  October 4, 2015 | BOIES, SCHILLER & FLEXNER LLP<br><br>By*:  Kieran P. Ringgenberg*<br>Kieran P. Ringgenberg<br>Attorneys for Plaintiffs<br>Oracle USA, Inc.,<br>Oracle America, Inc. and<br>Oracle International Corporation |
|---|---|