| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. Trent Webb (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | Peter E. Strand (*pro hac vice*)<br>Ryan D. Dykal (*pro hac vice*) |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 4 | rpocker@bsfllp.com | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 5 | WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN L. DUNN (*pro hac vice*) | bwebb@shb.com<br>pstrand@shb.com |
| 6 | 5301 Wisconsin Ave, NW<br>Washington, DC 20015 | rdykal@shb.com |
| 7 | Telephone: (202) 237-2727 | Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 3400 |
| 8 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com | Houston, Texas  77002<br>Telephone: (713) 227-8008 |
| 9 | kdunn@bsfllp.com | Facsimile: (713) 227-9508<br>rreckers@shb.com |
| 10 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | LEWIS ROCA ROTHGERBER LLP |
| 11 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600 |
| 12 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | Las Vegas, Nevada 89169<br>Tel: (702) 949-8200 |
| 13 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | Fax: (702) 949-8398<br>WAllen@lrrlaw.com |
| 14 | | |
| 15 | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) | GREENBERG TRAURIG<br>Mark G. Tratos (Nevada Bar No. 1086) |
| 16 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower | Brandon Roos (Nevada Bar No. 7888)<br>Leslie Godfrey  (Nevada Bar No. 10229) |
| 17 | San Francisco, CA  94105<br>Telephone:  (415) 442-1000 | 3773 Howard Hughes Parkway<br>Suite 400 North |
| 18 | Facsimile:  (415) 442-1001<br>thomas.hixson@morganlewis.com | Las Vegas, NV 89169<br>Telephone: (702) 792-3773 |
| 19 | kristen.palumbo@morganlewis.com | Facsimile: (702) 792-9002<br>tratosm@gtlaw.com |
| 20 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) | roosb@gtlaw.com<br>godfreyl@gtlaw.com |
| 21 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION | Attorneys for Defendants Rimini Street, |
| 22 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 | Inc., and Seth Ravin |
| 23 | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 | |
| 24 | dorian.daley@oracle.com<br>deborah.miller@oracle.com | |
| 25 | jim.maroulis@oracle.com | |
| 26 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and | |
| 27 | Oracle International Corp. | |
| 28 | | |

STIP RE RAVIN DEPOSITION PLAYED IN COURT

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER RE DEPOSITION OF SETH RAVIN PLAYED IN OPEN COURT ON SEPTEMBER 18, 2015** |

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Oracle USA, Inc., Oracle America, Inc., Oracle International Corporation and Defendants Rimini Street, Inc. and Seth Ravin, through their respective counsel of record, that:

WHEREAS, on September 18, 2015, during the examination of Seth Ravin, at trial transcript page 824, line 8, his deposition taken on November 18, 2011 was played in open court;

WHEREAS, the trial transcript at page 824, lines 9 to 23, reflects deposition testimony that was not played, and

WHEREAS, the parties have stipulated and agreed that the correct deposition testimony played in court was the deposition of Seth Ravin, page 347, line 14 to 348, line 9, as reflected in the attached clip report.

SO STIPULATED AND AGREED.

Dated: October 5, 2015

| BOIES, SCHILLER & FLEXNER LLP | SHOOK, HARDY & BACON LLP |
|---|---|
| By: */s/ Kieran P. Ringgenberg*<br>    Kieran P. Ringgenberg (*pro hac vice*) | By: */s/ Robert H. Reckers*<br>    Robert H. Reckers (*pro hac vice*) |
| *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.* | *Attorneys for Defendants Rimini Street Inc. and Seth Ravin* |

# [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation, the record shall reflect that the deposition testimony played in court on September 18, 2015, trial transcript page 824, line 8, was the November 18, 2011 deposition of Seth Ravin, page 347, line 14 to 348, line 9.

IT IS SO ORDERED.

DATED:_____        By:_____
                                          United States District Court Judge
                                          Hon. Larry R. Hicks

**ATTESTATION OF FILER**

The signatories to this document are me and Robert H. Reckers, and I have obtained his concurrence to file this document on their behalf.

DATED: October 5, 2015              BOIES, SCHILLER & FLEXNER LLP

By: */s/ Kieran P. Ringgenberg*
Kieran P. Ringgenberg (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **STIPULATION AND [PROPOSED] ORDER RE DEPOSITION OF SETH RAVIN PLAYED IN OPEN COURT ON SEPTEMBER 18, 2015** was filed, on September 23, 2015, with the Court's CM/ECF system which will send notice, via email, to all attorneys registered with the CM/ECF system.

Dated: October 5, 2015              BOIES, SCHILLER & FLEXNER LLP

By:     */s/ Kieran P. Ringgenberg*
Kieran P. Ringgenberg
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation

**Case Clip(s) Detailed Report**
Friday, September 18, 2015, 12:44:47 PM

## Oracle v Rimini St TRIAL

 **Ravin, Seth (Vol. 02) - 11/18/2011**                                **1 CLIP  (RUNNING 00:00:56.586)**

SR34714-3489

| SR34714 | 1 SEGMENT  (RUNNING 00:00:56.586) |  |

**1. PAGE 347:14 TO 348:09  (RUNNING 00:00:56.586)**

```
         14      Q.  Do you recall reading that the Oracle
         15   "Terms of Use," preclude the use of automated
         16   downloading tools?
         17      A.  No, I didn't read that part.  I didn't --
         18   my understanding, I saw that there was a discussion
         19   and a change to the web terms relative to that.
         20      Q.  What do you recall about that change?
         21      A.  That change said that either you were
         22   prohibited from causing Oracle's websites damage,
         23   and there were examples there of certain tools and
         24   automation that they felt could cause damage, but
         25   obviously Rimini Street worked very hard to make
00348:01   sure that its actions in standing in the shoes of
         02   customers and doing downloads, did not cause any
         03   damage to Oracle's website.
         04      Q.  Do you recall reading that the "Terms of
         05   Use" precluded the use of automated downloading
         06   tools, bots, spiders, crawlers, things of that
         07   nature?
         08      A.  No, that wasn't my interpretation.  I
         09   didn't see that that was actually precluded.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:56.586)**