UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| ORACLE USA, INC., et al.,  ) | CASE NO. 2:10-cv-106-LRH-PAL |
| Plaintiff(s),  ) | MINUTES OF COURT |
| vs.  ) | DATE: Monday, October 5, 2015 |
| RIMINI STREET, INC., et al.,  ) |  |
| Defendant(s).  ) |  |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete                Reporter: Donna Davidson
Counsel for Plaintiff:  William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jadal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant:  B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq., Ryan D. Dykal, Annie Y.S. Chuang, Michael Gray, Blaine H. Evanson

MINUTES OF JURY TRIAL DAY 16

9:13 a.m. Court convenes. The jury is excused for today. Counsel are present. The court and counsel settle jury instructions and verdict form. Arguments are presented by counsel to their respective objections.

The Court will make the necessary corrections/additions to the jury instructions and provide counsel with a copy accordingly.

11:21 a.m. Court stands at recess.

3:50 p.m. Court reconvenes outside the presence of the jury. Counsel are present. The Court has provided a revised copy of the jury instructions for counsel's review. Counsel present their respective proposed edits and arguments in support thereof. A copy of PTX290A with the Court's ruled upon redactions is provided to counsel and a redacted copy shall be provided for the Court for final ruling. Mr. Ringgenberg brings to the Court's attention and clarifies for the record a discrepancy with a video clip of Seth Ravin in the transcript. Counsel will be providing a stipulation regarding the clarification.

4:27 p.m. Court stands at recess.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 16
October 5, 2015
Page 2 of 2

_____/

5:55 p.m. Court reconvenes outside the presence of the jury. Counsel are provided with a proposed final copy of jury instructions and verdict form. The Court and counsel confer over a few edits and corrections. The Court addresses outstanding rulings regarding exhibits.

PTX609 is admitted.
PTX2152 is admitted.

DTX290A as redacted by the Court is presented to counsel to provide the Court with a clean copy for admission.

Pursuant to discussion and request for additional information from the Court, DTX152, DTX153, DTX154B, DTX164A, DTX274, DTX290A, DTX292, DTX340, and DTX345 remain under submission.

6:18 a.m. Court adjourns.


                                            LANCE S. WILSON, CLERK

                                      By:    /s/ D. Negrete
                                                   Deputy Clerk