UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |
|---|---|
| ORACLE USA, INC., et al., | CASE NO. 2:10-cv-106-LRH-PAL |
| Plaintiff(s), | MINUTES OF COURT |
| vs. | DATE: Wednesday, October 7, 2015 |
| RIMINI STREET, INC., et al., |  |
| Defendant(s). |  |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete                Reporter: Donna Davidson
Counsel for Plaintiff:   William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jadal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant:   B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq., Ryan D. Dykal, Annie Y.S. Chuang, Michael Gray, Blaine H. Evanson

MINUTES OF JURY TRIAL DAY 18

8:00 a.m. The jury is present and begins deliberations.

8:21 a.m. Court convenes outside the presence of the jury. Counsel Thomas Hixson and Richard Pocker are present for the plaintiffs. Trent Webb and Michael Gray are present for the defendants. The Court confirms for the record that the parties are in agreement with the following exhibits presented to the Court this morning as redacted relating to Defendant's Motion documents [#806], [#807], and [#808].

DTX152
DTX153
DTX154B
DTX164A
DTX274
DTX290A
DTX292
DTX340
DTX345

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 18
October 7, 2015
Page 2 of 3

_____/

IT IS ORDERED that defendant's Motions [#806], [#807], and [#808] are granted in part and denied in part. IT IS FURTHER ORDERED that the aforementioned DTX exhibits are admitted as redacted and will be placed in the binders with the admitted exhibits to be presented to the jury.

8:23 a.m. Court stands at recess.

2:00 p.m. The Court Security Officer notifies the Court that the jurors will retire for the evening.

IT IS ORDERED that trial is continued to Thursday, October 8, 2015 at 8:00 a.m. in Las Vegas Courtroom 4B before Judge Larry R. Hicks.

Court adjourns.


              LANCE S. WILSON, CLERK

            By:  /s/ D. Negrete
               Deputy Clerk