3642

1               UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
2        BEFORE THE HONORABLE LARRY R. HICKS, DISTRICT JUDGE

3

4    ORACLE USA, INC., a Colorado      :
     corporation; ORACLE AMERICA,      :
5    INC., a Delaware corporation;     :
     and ORACLE INTERNATIONAL          :No. 2:10-cv-0106-LRH-PAL
6    CORPORATION, a California         :
     corporation,                      :
7                                      :
           Plaintiffs,                 :
8                                      :
         vs.                           :
9                                      :
     RIMINI STREET, INC., a Nevada     :
10   corporation; and SETH RAVIN,      :
     an individual,                    :
11                                     :
           Defendants.                 :
12   _____:

13

14

                TRANSCRIPT OF JURY TRIAL - DAY 18
15                 (Pages 3642 through 3647)

16

                      October 7, 2015
17

18                   Las Vegas, Nevada

19

20

21

22

     Court Reporter:        Donna Davidson, RDR, CRR, CCR 318
23                          Certified Realtime Reporter
                            400 South Virginia Street
24                          Reno, Nevada  89501
                            (775) 329-0132
25

3643

1                          A P P E A R A N C E S

2

     FOR THE PLAINTIFFS:
3
     BOIES, SCHILLER & FLEXNER LLP
4    RICHARD J. POCKER
     300 South Fourth Street, Suite 800
5    Las Vegas, Nevada 89101
     (702) 382-7300
6    Fax: (702) 382-2755
     rpocker@bsfllp.com
7

8    MORGAN LEWIS & BOCKIUS LLP
     THOMAS S. HIXSON
9    One Market, Spear Street Tower
     San Francisco, California 94105
10   (415) 442-1000
     Fax:  (415) 442-1001
11   thomas.hixson@morganlewis.com

12
     FOR THE DEFENDANTS:
13
     SHOOK, HARDY & BACON LLP
14   B. TRENT WEBB
     2555 Grand Boulevard
15   Kansas City, Missouri 64108
     (816) 474-6550
16   Fax: (816) 421-5547
     bwebb@shb.com
17

18   SHOOK, HARDY & BACON LLP
     MICHAEL W. GRAY
19   600 Travis Street, Suite 3400
     Houston, Texas 77002
20   (713) 227-8008
     Fax: (713) 227-9508
21   mgray@shb.com

22

23

24

25

```
 1                LAS VEGAS, NEVADA, OCTOBER 7, 2015, 8:21 A.M.

 2                              --oOo--

 3                     P R O C E E D I N G S

 4

 5           (Outside the presence of the jury.)

 6                THE COURT:  The record will show that we're

 7      convened in open court without the jury present.  Counsel

 8      are present.

 9                And the issue concerns the final resolution of

10      the remaining exhibits that were discussed yesterday before

11      closing arguments.  And I just want to confirm that the

12      parties are in agreement that these exhibits will be

13      admissible as they have been presented to the Court this

14      morning.  And they are as follows:

15                DTX 152, DTX 153, DTX 154B, DTX 164A, DTX 274,

16      DTX 290A, DTX 292, DTX 340, and DTX 345, all as submitted

17      to my court clerk Dionna within the last -- finalized, at

18      least, within the last 20 minutes.

19                MR. HIXSON:  Yes, Your Honor.

20                THE COURT:  So are both sides in complete

21      agreement that these be admitted?

22                MR. GRAY:  Yes, Your Honor.

23                MR. HIXSON:  Yes, Your Honor.

24                THE COURT:  All right.  That being the case,

25      they are admitted.  And they will be added to the binders
```

3645

1    of the admitted exhibits.

2              (Defendants' Exhibits 152, 153, 154B, 164A,

3         274, 290A, 292, 340, 345 received into

4         evidence.)

5              THE COURT:  Thank you very much, Counsel.

6              MR. HIXSON:  Thank you.

7              MR. GRAY:  Thank you, Your Honor.

8              COURTROOM ADMINISTRATOR:  Please rise.

9         (The proceedings adjourned at 8:22 a.m.)

10        (Jury deliberates until 2:00 p.m. to return

11        October 8, 2015, at 8:00 a.m.)

12                        *    *    *

13

14

15

16

17

18

19

20

21

22

23

24

25

3646

1                            -o0o-

2          I certify that the foregoing is a correct

3          transcript from the record of proceedings

4          in the above-entitled matter.

5

6          _____        10/7/15

7          Donna Davidson, RDR, CRR, CCR #318       Date
           Official Reporter

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3647

1                          I N D E X

2

3                      E X H I B I T S

4

DEFENDANTS'                                ADMITTED
5   152, 153, 154B, 164A, 274, 290A, 292, 340,        3645
    345

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25