**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>ORDER APPROVING **STIPULATION AND ORDER RE DEPOSITION OF SETH RAVIN PLAYED IN OPEN COURT ON SEPTEMBER 18, 2015** |

1  IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Oracle USA, Inc., Oracle America, Inc., Oracle International Corporation and Defendants Rimini Street, Inc. and Seth Ravin, through their respective counsel of record, that:

WHEREAS, on September 18, 2015, during the examination of Seth Ravin, at trial transcript page 824, line 8, his deposition taken on November 18, 2011 was played in open court;

WHEREAS, the trial transcript at page 824, lines 9 to 23, reflects deposition testimony that was not played, and

WHEREAS, the parties have stipulated and agreed that the correct deposition testimony played in court was the deposition of Seth Ravin, page 347, line 14 to 348, line 9, as reflected in the attached clip report.

SO STIPULATED AND AGREED.

Dated: October 5, 2015

| BOIES, SCHILLER & FLEXNER LLP | SHOOK, HARDY & BACON LLP |
|---|---|
| By: */s/ Kieran P. Ringgenberg* <br> Kieran P. Ringgenberg (*pro hac vice*) | By: */s/ Robert H. Reckers* <br> Robert H. Reckers (*pro hac vice*) |
| *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.* | *Attorneys for Defendants Rimini Street Inc. and Seth Ravin* |

ORDER

IT IS HEREBY ORDERED THAT, pursuant to the parties' stipulation, the record shall reflect that the deposition testimony played in court on September 18, 2015, trial transcript page 824, line 8, was the November 18, 2011 deposition of Seth Ravin, page 347, line 14 to 348, line 9.

IT IS SO ORDERED.

DATED:  10/6/15

By: _____
United States District Court Judge
Hon. Larry R. Hicks

**Case Clip(s) Detailed Report**
Friday, September 18, 2015, 12:44:47 PM

## Oracle v Rimini St TRIAL

 **Ravin, Seth (Vol. 02) - 11/18/2011**　　　　　　　　　　　　　　　　　**1 CLIP  (RUNNING 00:00:56.586)**

 SR34714-3489

| SR34714 | 1 SEGMENT  (RUNNING 00:00:56.586) |  |

**1. PAGE 347:14 TO 348:09  (RUNNING 00:00:56.586)**

```
           14      Q.   Do you recall reading that the Oracle
           15   "Terms of Use," preclude the use of automated
           16   downloading tools?
           17      A.   No, I didn't read that part.  I didn't --
           18   my understanding, I saw that there was a discussion
           19   and a change to the web terms relative to that.
           20      Q.   What do you recall about that change?
           21      A.   That change said that either you were
           22   prohibited from causing Oracle's websites damage,
           23   and there were examples there of certain tools and
           24   automation that they felt could cause damage, but
           25   obviously Rimini Street worked very hard to make
  00348:01   sure that its actions in standing in the shoes of
           02   customers and doing downloads, did not cause any
           03   damage to Oracle's website.
           04      Q.   Do you recall reading that the "Terms of
           05   Use" precluded the use of automated downloading
           06   tools, bots, spiders, crawlers, things of that
           07   nature?
           08      A.   No, that wasn't my interpretation.  I
           09   didn't see that that was actually precluded.
```

　　　　　　　　　　　　　　　　　　　　　　**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:00:56.586)**