1

2

3

4

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

5

6

7

8

9

10

ORACLE USA, INC., a Colorado corporation;
ORACLE AMERICA, INC., a Delaware
corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation;
AND SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**DEFENDANTS  RIMINI STREET,
INC.'S AND SETH RAVIN'S
[PROPOSED] VERDICT
FORM – PUNITIVE DAMAGES
PHASE**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: _____

_____
Hon. Larry R. Hicks
United States District Court Judge

## <u>RIMINI STREET'S AND SETH RAVIN'S [PROPOSED] VERDICT FORM</u>

Which of plaintiff Oracle's claim(s) against defendants do you find warrant a punitive damages award: _____.

What is the total amount of punitive damages, if any, which you find, by clear and convincing evidence, should be assessed against:

Rimini Street  $ _____

Seth Ravin      $ _____

If you elect not to assess punitive damages against a defendant, you should enter a zero (0) as the amount of damages.

You have now completed the Verdict Form.  Have your foreperson date and sign the form below.  Then, inform the court security officer that you have reached a unanimous verdict. Do not give the envelope to the bailiff.  Your foreperson should retain possession of the Verdict Form until it is requested by the judge when the court reconvenes.

Dated this _____ day of October, 2015          _____

JURY FOREPERSON

1    In the event the jury finds punitive damages liability and the Court holds a second phase,

2    notwithstanding defendants' Rule 50(a) motion, and without waiving their objections to the

3    unavailability of punitive damages in this case, Rimini Street, Inc. and Seth Ravin respectfully

4    request that the Court adopt the foregoing verdict form.

5

6    DATED:      October 9, 2015                SHOOK, HARDY & BACON LLP

7                                              By:   /s/ Robert H. Reckers

8                                              Robert H. Reckers
9                                              *Attorneys for Defendants*
                                               *Rimini Street, Inc. and Seth Ravin*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2015, I caused to be electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.


By:  _Robert H. Reckers_____
Robert H. Reckers

*Attorney for Defendants*
*Rimini Street, Inc. and Seth Ravin*

RIMINI'S [PROPOSED] VERDICT FORM – PUNITIVE DAMAGES PHASE