UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br>　v.<br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>　　　　　Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[ORACLE'S PROPOSED] PUNITIVE DAMAGES VERDICT FORM** |

Case No. 2:10-cv-0106-LRH-PAL

VERDICT FORM

**We, the Jury, unanimously find as follows:**

1. We assess punitive damages against defendant Rimini Street, Inc. in favor of plaintiff Oracle International Corporation as follows:

   AMOUNT $_____

2. We assess punitive damages against defendant Rimini Street, Inc. in favor of plaintiff Oracle America, Inc. as follows:

   AMOUNT $_____

3. We assess punitive damages against defendant Seth Ravin in favor of plaintiff Oracle International Corporation as follows:

   AMOUNT $_____

4. We assess punitive damages against defendant Seth Ravin in favor of plaintiff Oracle International Corporation as follows:

   AMOUNT $_____

Dated:     _____

_____          _____
Presiding Juror's Signature                              Presiding Juror's Printed Name