UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| ORACLE USA, INC., et al., | ) | CASE NO. 2:10-cv-106-LRH-PAL |
|  | ) |  |
| Plaintiff(s), | ) | MINUTES OF COURT |
|  | ) |  |
| vs. | ) | DATE: Friday, October 9, 2015 |
|  | ) |  |
| RIMINI STREET, INC., et al., | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete            Reporter: Donna Davidson
Counsel for Plaintiff:  William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jindal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant:  B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq., Ryan D. Dykal, Annie Y.S. Chuang, Michael Gray, Blaine H. Evanson

MINUTES OF JURY TRIAL DAY 20

8:00 a.m. The jury continues deliberations.

10:06 a.m. Court convenes outside the presence of the jury. Counsel is present. The Court informs counsel that he has received a note from the jury. The Court confers with counsel. The Court will provide a written response for counsel's approval.

10:11 a.m. Court stands at recess.

10:24 a.m. Court reconvenes outside the presence of the jury. Counsel is present. The Court reads the written response to counsel. After further consideration Mr. Webb lodges his objection and would rather the jury be informed to rely on their independent recollection. Mr. Isaacson requests some time to research the issue. Court and counsel confer further and the Court grants counsel 30 minutes to research the matter and will reconvene at 11:00 a.m.

10:29 a.m. Court stands at recess.

///

///

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 20
October 9, 2015
Page 2 of 3
_____/

10:54 a.m. Court reconvenes outside the presence of the jury. Counsel is present. Counsel inform the Court they have reached an agreement to the respective transcript testimony and agree it may be provided with an instruction to the jury. The Court will prepare a written response to the jury for counsel's approval.

10:58 a.m. Court stands at recess.

11:19 a.m. Court reconvenes outside the presence of the jury. Counsel is present. The Court provides counsel copies of the questions from the jury for review and input.

11:30 a.m. Court stands at recess.

11:40 a.m. Court reconvenes outside the presence of the jury. Counsel is present. A limiting instruction is provided to counsel to accompany the transcript excerpts requested and read into the record. Counsel has reviewed the proposed transcripts and instruction and there are no objections.

11:42 a.m. Court stands at recess.

12:35 p.m. Court reconvenes outside the presence of the jury and informs counsel the Court has received another note from the jury. Copies of the questions are presented to counsel for review and input. Counsel present their agreed upon responses to the Court. The Court and counsel confer further. The Court will prepare a written response for counsel's review.

12:39 p.m. Court stands at recess.

12:53 p.m. Court reconvenes outside the presence of the jury. The Court presents the proposed answers to the jury questions to counsel. The Court and counsel confer regarding edits. There are no objections.

12:58 p.m. Court stands at recess.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 20
October 9, 2015
Page 3 of 3
_____/

4:19 p.m. Court reconvenes. The jury, counsel, and parties are present. The jury informs the Court they would like to retire until Tuesday.

IT IS ORDERED that the trial is continued to Tuesday, October 13, 2015, at 8:00 a.m. in Las Vegas Courtroom 4B before Judge Larry R. Hicks.

4:24 p.m. The jury is admonished and excused.

Court remains in session outside the presence of the jury.

IT IS ORDERED that the transcript testimony previously sent to the jury shall be made a part of the record.

4:26 p.m. Court adjourns.

                                                  LANCE S. WILSON, CLERK

                                    By:    /s/ D. Negrete
                                                  Deputy Clerk