UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| ORACLE USA, INC., et al., | ) | CASE NO. 2:10-cv-106-LRH-PAL |
|  | ) |  |
| Plaintiff(s), | ) | MINUTES OF COURT |
|  | ) |  |
| vs. | ) | DATE: Tuesday, October 13, 2015 |
|  | ) |  |
| RIMINI STREET, INC., et al., | ) |  |
|  | ) |  |
| Defendant(s). | ) |  |
|  | ) |  |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Dionna Negrete                    Reporter: Donna Davidson
Counsel for Plaintiff:  William Isaacson, Esq., Karen L. Dunn, Esq., Kieran P. Ringgenberg, Esq., Thomas S. Hixson, Esq., James C. Maroulis, Esq., Richard J. Pocker, Esq., Nitin Jindal, Esq., John Polito, Esq., Dorian Daley, Esq..
Counsel for Defendant:  B. Trent Webb, Esq., West Allen, Esq., Robert H. Reckers, Esq., Peter E. Strand, Esq., Ryan D. Dykal, Annie Y.S. Chuang, Michael Gray, Blaine H. Evanson

MINUTES OF JURY TRIAL DAY 21

8:00 a.m. The jury continues deliberations.

10:30 a.m. Court convenes outside the presence of the jury. The Court informs counsel the jury has reached a verdict.

10:32 a.m. The jury enters the courtroom.

The verdict is published in open court.

11:06 a.m. The jury is excused to the jury room. Court remains in session outside the presence of the jury. Counsel and parties are present. The Court and counsel discuss potential inconsistencies in the verdict. The Court will take a short recess for counsel to meet and confer.

11:08 a.m. Court stands at recess.

11:40 a.m. Court reconvenes outside the presence of the jury. The Court inquires if counsel has reached a proposed agreed upon resolution to the inconsistencies in the verdict form as rendered that both sides agree upon. Mr. Webb and Mr. Isaacson confer with the Court and it is determined that a limiting instruction should be prepared and submitted to the jury.

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 21
October 13, 2015
Page 2 of 3
_____/

11:44 a.m. Court stands at recess.

12:19 p.m. Court reconvenes outside the presence of the jury. Counsel and parties are present. The Court presents the proposed limiting instruction to counsel. Mr. Webb objects. The Court and counsel confer further. Counsel presents arguments. The parties reach an agreement on a limiting instruction subject to defendant's continuing objection. The Court will make the necessary edits and modifications and present the instruction to counsel for review.

12:33 p.m Court stands at recess.

12:49 p.m. Court reconvenes outside the presence of the jury. Counsel and parties are present. Mr. Webb places new objections on the record. The Court and counsel confer further. The Court stands by the instruction and defendant's objection is preserved for the record. The written instruction with the verdict form shall be presented to the jury by the court clerk.

12:54 p.m. Court stands at recess.

1:14 p.m. Court reconvenes. The jury, counsel, and parties are present. The jury presents the verdict form to the Court for review. The Court reads the adjustment to the verdict form as it relates to question No. 22. The Court verifies for the record that this is a unanimous decision by the jury.

Counsel waives polling of the jury. The Court makes closing comments and thanks the jury for their service. IT IS ORDERED that the verdict shall be entered as a matter of judgment.

1:32 p.m. The jury is excused from further service.

Court remains in session outside the presence of the jury. Counsel and parties are present. Mr. Evanson requests a briefing schedule as to the remaining post trial issues. Mr. Isaacson responds and will be moving for injunctive relief and requests a separate briefing schedule accordingly. Argument is presented.

///

///

Oracle v. Rimini.
2:10-cv-106-LRH-PAL
Jury Trial Day 21
October 13, 2015
Page 3 of 3
_____/

IT IS ORDERED that Motions for Injunctive Relief are due on/before October 21, 2015; Responses are due 10 days after the filing of said motion; Replies are due 5 days thereafter.

IT IS FURTHER ORDERED that counsel shall meet and confer as to all other post trial briefing and stipulate to an agreed upon briefing schedule.

The Court compliments counsel and their staff for their continued professionalism and cooperation throughout the trial.

1:30 p.m Court adjourns.

Court adjourns.

Thereafter, IT IS ORDERED that final judgment is to be entered upon ruling of pending claims for Injunctive Relief and other post-trial motions.

                                                LANCE S. WILSON, CLERK

                                By:    /s/ D. Negrete
                                                Deputy Clerk