UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| ORACLE USA, INC., et al. | ) | CASE NO. 2:10-cv-106-LRH-PAL |
| | ) | |
| Plaintiff(s), | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| RIMINI STREET, INC. et al., | ) | |
| | ) | |
| Defendant(s). | ) | |

This Court having ordered the jury impaneled in the above-entitled action to be kept together throughout the trial and period(s) of deliberation, now, therefore,

IT IS ORDERED nunc pro tunc that all meals for said jury during deliberations shall be paid by the Clerk of Court.

DATED this 14th day of October, 2015.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE