1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   WILLIAM ISAACSON (*pro hac vice*)
6  KAREN DUNN (*pro hac vice*)
   5301 Wisconsin Ave, NW
7  Washington, DC 20015
   Telephone: (202) 237-2727
8  Facsimile: (202) 237-6131
   wisaacson@bsfllp.com
9  kdunn@bsfllp.com

10 BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (*pro hac vice*)
11 KIERAN P. RINGGENBERG (*pro hac vice*)
12 1999 Harrison Street, Suite 900
   Oakland, CA 94612
13 Telephone: (510) 874-1000
   Facsimile: (510) 874-1460
14 sholtzman@bsfllp.com
   kringgenberg@bsfllp.com

15
16 Attorneys for Plaintiffs
   Oracle USA, Inc., Oracle America, Inc., and
   Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

17

UNITED STATES DISTRICT COURT

18
DISTRICT OF NEVADA
19

20 | ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 2:10-cv-0106-LRH-PAL |
|---|---|
| | **NOTICE OF WITHDRAWAL OF ORACLE'S RULE 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW** |

22              Plaintiffs,

23        v.

24 RIMINI STREET, INC., a Nevada corporation;
   and SETH RAVIN, an individual,
25
26              Defendants.

27

28

1    On October 2, 2015, Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle

2   International Corporation moved for judgment as a matter of law under Rule 50(a) on

3   Defendants Rimini Street and Seth Ravin (together, "Rimini's") express license defense and

4   avoided costs damages theory.  Dkt. 865.  Through this Notice, Oracle hereby withdraws its

5   previously filed Rule 50(a) motion.

6

7   DATED:  October 15, 2015                     MORGAN, LEWIS & BOCKIUS LLP

8

9                                               By:_____/s/ Thomas Hixson_____
                                                        Thomas Hixson
10                                                    Attorneys for Plaintiffs
                                                        Oracle USA, Inc.,
11                                                  Oracle America, Inc. and
                                                Oracle International Corporation
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WITHDRAWAL OF RULE 50(a) MOTION