1

BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)

2

300 South Fourth Street, Suite 800
Las Vegas, NV 89101

3

Telephone: 702.382.7300
Facsimile: 702.382.2755

4

rpocker@bsfllp.com

5

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)

6

KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW

7

Washington, DC 20015

8

Telephone: 202.237.2727
Facsimile: 202.237.6131

9

wisaacson@bsfllp.com
kdunn@bsfllp.com

10

BOIES, SCHILLER & FLEXNER LLP

11

STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)

12

1999 Harrison Street, Suite 900
Oakland, CA 94612

13

Telephone: 510.874.1000
Facsimile: 510.874.1460

14

sholtzman@bsfllp.com
kringgenberg@bsfllp.com

15

16

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

17

UNITED STATES DISTRICT COURT

18

DISTRICT OF NEVADA

19

20

ORACLE USA, INC., a Colorado corporation;
ORACLE AMERICA, INC., a Delaware

21

corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

22

Plaintiffs,

23

v.

24

RIMINI STREET, INC., a Nevada corporation;
SETH RAVIN, an individual,

25

Defendants.

26

27

28

Case No 2:10-cv-0106-LRH-PAL

**DECLARATION OF JOHN POLITO
IN SUPPORT OF ORACLE'S
MOTION FOR A PERMANENT
INJUNCTION AGAINST
DEFENDANTS RIMINI STREET,
INC. AND SETH RAVIN, FOR
DISPOSITION OF INFRINGING
COPIES, AND FOR JUDGMENT ON
ORACLE'S UNFAIR COMPETITION
CLAIM**

1    I, John A. Polito, declare as follows:

2        1.      I am an attorney at Morgan, Lewis & Bockius LLP, counsel of record in this

3    action for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.  I

4    have personal knowledge of the facts set forth in this declaration and would competently testify

5    to them if called upon to do so.

6        2.      I am also counsel of record for Oracle America, Inc., and Oracle International

7    Corp. (collectively, "Oracle") in *Rimini Street, Inc. v. Oracle International Corp.*, Case No

8    2:14-cv-01699 LRH PAL (D. Nev.) ("*Rimini II*").

9        3.      Rimini Street, Inc. ("Rimini") filed its initial Complaint for declaratory relief in

10   *Rimini II* on October 15, 2014.  Attached as <u>Exhibit A</u> is a true and correct copy of Rimini's

11   initial Complaint in *Rimini II*.

12       4.      Oracle filed its Counterclaims in *Rimini II* on February 17, 2015, alleging

13   copyright infringement and additional claims.  Attached as <u>Exhibit B</u> is a true and correct copy

14   of Oracle's Counterclaims, Answer, and Affirmative Defenses in *Rimini II*.

15       5.      Attached as <u>Exhibit C</u> is a true and correct copy of Oracle's First Set of

16   Interrogatories to Rimini in *Rimini II*, served on July 20, 2015.  In relevant part, these

17   interrogatories ask Rimini to identify or describe:

18               a.   "each of Your former and current customers for which you provide

19                    support or other services or products in connection with any of the

20                    Software and Support Materials since September 28, 2011 . . . ."

21                    (Interrogatory No. 1);

22               b.   "the processes by which You (or anyone acting on Your behalf) design

23                    and develop fixes in the course of providing support services for the

24                    PeopleSoft Family of Products . . . ." (Interrogatory No. 2);

25               c.   "each Environment that has ever existed on any Identified Rimini

26                    Computer System or that Rimini has ever accessed in support of its

27                    current or past customers . . . ." (Interrogatory No. 3);

28               d.   "Your 'migration' of all Oracle Software and Support Materials from any

1       Identified Rimini Computer System to any other servers . . . ."

2       (Interrogatory No. 4);

3     e. file and metadata information "[f]or all Oracle Software and Support

4       Materials residing on any Identified Rimini Computer System . . . ."

5       (Interrogatory No. 5);

6     f. "all instances in which Rimini has distributed to a customer any

7       protectable copyrightable expression in and from any Oracle Software

8       and Support Materials or any portion thereof . . . ." (Interrogatory No. 6);

9     g. "all instances in which Rimini has downloaded Oracle Software and

10      Support Materials from any Oracle website . . . ." (Interrogatory No. 7).

11   6.  On October 15, 2015, Oracle circulated its draft motion to compel responses or

12 supplemental responses to Interrogatories No. 1-7 to Rimini.

13   7.  On October 16, 2015, Rimini agreed to supplement its responses to

14 Interrogatories No. 1-5 & 7 by November 2, 2015 in exchange for Oracle's agreement not to

15 move to compel responses or supplemental responses to these interrogatories.

16   8.  As of the date that this declaration was executed, Oracle has not yet received a

17 complete customer list, list of environments, list of fixes, or list of downloads from Rimini

18 pursuant to these interrogatories.

19   9.  As of the date that this declaration was executed, Oracle has not yet received a

20 substantive response to Interrogatory No. 4, concerning Rimini's alleged migration of Oracle

21 software and support materials from Rimini's computer systems on to other computer systems.

22   I declare under penalty of perjury under the laws of the United States that the foregoing is

23 true and correct and that this declaration was executed at Scottsdale, Arizona, on October 21,

24 2015.

25

26

27       By: _____

           John A. Polito

28

DECL. OF JOHN A. POLITO IN SUPPORT OF
ORACLE'S MOT. FOR INJUNCTION, DISPOSITION, AND JUDGMENT