UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　　　　Defendants. | 2:10-CV-00106-LRH-PAL<br><br>ORDER |

　　　　Before the court is the parties' stipulation and joint statement regarding post-trial schedule. Doc. #899.[1] The court has reviewed the parties' stipulation and agrees with the parties' stipulation on plaintiffs' motion for injunctive relief, the pending Rule 50(a) motions, and the final entry of judgment. Accordingly, the court shall grant the stipulation.

　　　　However, as to the parties' disputed post-trial schedule, the court makes the following modifications:

- Any post-trial motions are due by Friday, November 13, 2015;
- Any oppositions to any post-trial motions are due by Monday, December 14, 2015;
- Any replies in support of any post-trial motions are due by Friday, January 8, 2016.

---

[1] Refers to the court's docket number.

1    IT IS THEREFORE ORDERED that the parties' stipulation and joint statement regarding
2 post-trial schedule (Doc. #899) is GRANTED as modified above.
3    IT IS SO ORDERED.
4    DATED this 22nd day of October, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE