| | | |
|---|---|---|
| 1 | SHOOK, HARDY & BACON LLP | LEWIS ROCA ROTHGERBER LLP |
| | B. Trent Webb, Esq. (*pro hac vice*) | W. West Allen (Nevada Bar No. 5566) |
| 2 | Peter Strand, Esq. (*pro hac vice*) | 3993 Howard Hughes Parkway, Suite 600 |
| 3 | Ryan D. Dykal, Esq. (*pro hac vice*) | Las Vegas, NV 89169 |
| | 2555 Grand Boulevard | Telephone: (702) 949-8200 |
| 4 | Kansas City, MO 64108-2613 | wallen@lrrlaw.com |
| | Telephone: (816) 474-6550 | |
| 5 | Facsimile: (816) 421-5547 | RIMINI STREET, INC. |
| | bwebb@shb.com | Daniel B. Winslow (*pro hac vice*) |
| 6 | | 6601 Koll Center Parkway, Suite 300 |
| | Robert H. Reckers, Esq. (*pro hac vice*) | Pleasanton, CA 94566 |
| 7 | 600 Travis Street, Suite 1600 | Telephone: (925) 264-7736 |
| | Houston, TX 77002 | dwinslow@riministreet.com |
| 8 | Telephone: (713) 227-8008 | |
| | Facsimile: (713) 227-9508 | John P. Reilly (*pro hac vice*) |
| 9 | rreckers@shb.com | 3993 Howard Hughes Parkway, Suite 500 |
| 10 | | Las Vegas, NV 89169 |
| | GIBSON, DUNN & CRUTCHER LLP | Telephone: (336) 908-6961 |
| 11 | Mark A. Perry (*pro hac vice*) | jreilly@riministreet.com |
| | 1050 Connecticut Avenue, N.W. | |
| 12 | Washington, DC 20036-5306 | |
| | Telephone: (202) 955-8500 | |
| 13 | mperry@gibsondunn.com | |
| 14 | Blaine H. Evanson (*pro hac vice*) | |
| | 333 South Grand Avenue | |
| 15 | Los Angeles, CA 90071 | |
| 16 | Telephone: (213) 229-7228 | |
| | bevanson@gibsondunn.com | |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC.; and SETH RAVIN,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF JIM BENGE IN OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION** |

I, Jim Benge, have personal knowledge of the facts stated below and under penalty of perjury hereby declare:

1. I am the Vice President of PeopleSoft Development at Rimini Street, Inc. ("Rimini"). I have been in that position since February 1, 2009. I have worked at Rimini since June 23, 2008.

2. As Vice President of PeopleSoft Development, I oversee the delivery of enterprise software updates to keep Rimini's PeopleSoft clients in compliance with evolving tax, legal, and regulatory requirements and am familiar with Rimini's processes for providing support services related to Oracle's PeopleSoft software product.

3. Rimini's current support processes for PeopleSoft do not rely on the use of any "local" PeopleSoft environments or documentation on Rimini's computer systems.

4. Rimini's current support process does not download or transmit onto Rimini's computer systems any PeopleSoft software or documentation from password-protected Oracle websites, or upload such software or documentation from any Oracle installation media.

5. Instead of using local or cloned copies of PeopleSoft, Rimini's current process involves remotely accessing a Rimini client's PeopleSoft environments that Rimini uses to service that client.

6. Certain of Rimini's clients have elected to store copies of PeopleSoft software or documentation on cloud computing platforms, such as Amazon or Windstream. For those clients, Rimini's current process involves remotely accessing the clients' PeopleSoft software or documentation that is stored in the cloud.

7. Rimini's current process does not use automated tools to access or download PeopleSoft software or documentation from password-protected Oracle websites.

-1-
OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

8. When Rimini downloads PeopleSoft software or documentation from password-protected Oracle websites for a Rimini client, the current process involves using only that client's valid login credentials.

9. Rimini's current process does not use one client's PeopleSoft software or documentation to reproduce or "clone" a new environment for any other Rimini client.

10. Rimini's current process does not reproduce PeopleSoft software or documentation licensed to one client from that client to any other client.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Jim Benge

Executed on:   November 2, 2015
               Pleasanton, California

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Blaine H. Evanson*
     Blaine H. Evanson

*Attorney for Defendants*
*Rimini Street, Inc. and Seth Ravin*