1

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)

2

Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)

3

2555 Grand Boulevard

4

Kansas City, MO 64108-2613
Telephone: (816) 474-6550

5

Facsimile: (816) 421-5547
bwebb@shb.com

6

Robert H. Reckers, Esq. (*pro hac vice*)

7

600 Travis Street, Suite 1600
Houston, TX 77002

8

Telephone: (713) 227-8008
Facsimile: (713) 227-9508

9

rreckers@shb.com

10

GIBSON, DUNN & CRUTCHER LLP

11

Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.

12

Washington, DC 20036-5306
Telephone: (202) 955-8500

13

mperry@gibsondunn.com

14

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue

15

Los Angeles, CA 90071
Telephone: (213) 229-7228

16

bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
wallen@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone:  (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

17

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

18

**UNITED STATES DISTRICT COURT**

19

**DISTRICT OF NEVADA**

20

ORACLE USA, INC.; and ORACLE
INTERNATIONAL CORPORATION,

21

22

Plaintiffs,

23

v.

24

RIMINI STREET, INC.; and SETH RAVIN,

25

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**DECLARATION OF CRAIG
MACKERETH IN OPPOSITION TO
ORACLE'S MOTION FOR A
PERMANENT INJUNCTION**

26

27

28

1

2

I, Craig Mackereth, have personal knowledge of the facts stated below and under penalty of perjury hereby declare:

3

4

1. I am the Group Vice President of Global Application Support at Rimini Street, Inc. ("Rimini"). I have been in that position since January 1, 2014. I have worked at Rimini since May 14, 2012.

5

6

7

2. As Group Vice President of Global Application Support, I oversee the world-wide delivery of Rimini support services for SAP and Oracle software products and am familiar with Rimini's processes for providing support services related to Oracle's Oracle Database software product.

8

9

10

11

3. Certain Rimini clients may, but are not required to, use Oracle Database to support their other Oracle software products, such as PeopleSoft, JD Edwards, and Siebel.

12

13

4. Rimini's current support processes for Oracle Database do not rely on the use of any "local" Oracle Database environments on Rimini's computer systems.

14

15

5. Rimini's current support process does not download or transmit onto Rimini's computer systems any Oracle software from password-protected Oracle websites, or upload such materials from any Oracle installation media.

16

17

18

6. Instead of using local or cloned copies of Oracle Database software, Rimini's current process involves remotely accessing a Rimini client's Oracle Database environments that Rimini uses to service that client.

19

20

21

22

7. Certain of Rimini's clients have elected to store copies of Oracle Database software on cloud computing platforms, such as Amazon or Windstream. For those clients, Rimini's current process involves remotely accessing the Oracle Database software stored in the clients' cloud environments.

23

24

25

26

27

28

-1-

8.     Rimini's current process does not use automated tools to access or download Oracle Database software from password-protected Oracle websites.

9.     When Rimini downloads Oracle Database software from password-protected Oracle websites for a Rimini client, the current process involves using only that client's valid login credentials.

10.     Rimini's current process does not use one client's Oracle Database software to reproduce or "clone" a new environment for any other Rimini client.

11.     Rimini's current process does not reproduce Oracle Database software licensed to one client from that client to any other clients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Craig Mackereth

Executed on:   November 2, 2015
               Hayward, California

OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

1

**CERTIFICATE OF SERVICE**

2       I hereby certify that on November 2, 2015, I electronically filed the foregoing document with

3   the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing

4   system.   The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of

5   record who have consented in writing to accept this Notice as service of this document by electronic

6   means.

7                                                      By:   /s/ Blaine H. Evanson
                                                                  Blaine H. Evanson
8

9                                                      *Attorney for Defendants*
                                                       *Rimini Street, Inc. and Seth Ravin*
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION