SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
wallen@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC.; and SETH RAVIN,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF DAVID MILLER IN OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION** |

I, David Miller, have personal knowledge of the facts stated below and under penalty of perjury hereby declare:

1. I am the Vice President of Global Client Onboarding at Rimini Street, Inc. ("Rimini"). I have been in that position since January 1, 2015. I have worked at Rimini since April 18, 2012.

2. As Vice President of Global Client Onboarding, I oversee the transition of clients from vendor to Rimini support and am familiar with Rimini's processes for providing support services related to Oracle's JD Edwards software product.

3. Rimini's current support process does not use automated tools to access or download JD Edwards software or documentation from password-protected Oracle websites.

4. When Rimini downloads JD Edwards software or documentation from password-protected Oracle websites for a Rimini client, Rimini's current process involves using only that client's valid login credentials.

5. Rimini's current process does not use one client's JD Edwards software or documentation to reproduce or "clone" a new environment for any other Rimini client.

6. Rimini's current process does not reproduce JD Edwards software or documentation licensed to one client from that client to any other client.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
David Miller

Executed on:   November 2, 2015
                        Gig Harbor, Washington

-1-
OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: /s/ Blaine H. Evanson
Blaine H. Evanson

*Attorney for Defendants
Rimini Street, Inc. and Seth Ravin*