SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
wallen@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone:  (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC.; and SETH RAVIN,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF KIEN PHUNG IN OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION** |

I, Kien Phung, have personal knowledge of the facts stated below and under penalty of perjury hereby declare:

1.      I am the Vice President of Global Siebel Service Delivery at Rimini Street, Inc. ("Rimini"). I have been in that position since March 2013. I have worked at Rimini since March 2008.

2.      As Vice President of Global Siebel Service Delivery, I oversee delivery of, and am familiar with, Rimini's processes for providing support services related to Oracle's Siebel software product.

3.      Rimini's current support processes for Siebel do not rely on the use of any "local" Siebel environments or documentation on Rimini's computer systems.

4.      Rimini's current support process does not download or transmit onto Rimini's computer systems any Siebel software or documentation from password-protected Oracle websites, or upload such software or documentation from any Oracle installation media.

5.      Instead of using local or cloned copies of Siebel, Rimini's current process involves remotely accessing a Rimini client's Siebel environments that Rimini uses to service that client.

6.      Certain of Rimini's clients have elected to store copies of Siebel software or documentation on cloud computing platforms, such as Amazon or Windstream. For those clients, Rimini's current process involves remotely accessing the clients' Siebel software or documentation that is stored in the cloud.

7.      Rimini's current process does not use automated tools to access or download Siebel software or documentation from password-protected Oracle websites.

8.      When Rimini downloads Siebel software or documentation from password-protected Oracle websites for a Rimini client, Rimini's current process involves using only that client's valid login credentials.

OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

9.      Rimini's current process does not use one client's Siebel software or documentation to reproduce or "clone" a new environment for any other Rimini client.

10.     Rimini's current process does not reproduce Siebel software or documentation licensed to one client from that client to any other client.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Kien Phung

Executed on:   November 2, 2015
              Las Vegas, Nevada

OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

**CERTIFICATE OF SERVICE**

I hereby certify that on November 2, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By:  _/s/ Blaine H. Evanson_____
        Blaine H. Evanson

*Attorney for Defendants*
*Rimini Street, Inc. and Seth Ravin*

OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION