| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>Peter Strand, Esq. (*pro hac vice*)<br>Ryan D. Dykal, Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com | LEWIS ROCA ROTHGERBER LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: (702) 949-8200<br>wallen@lrrlaw.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC.; and SETH RAVIN,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF RON TEEGARDEN IN OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION** |

I, Ron Teegarden, have personal knowledge of the facts stated below and under penalty of perjury hereby declare:

1. I am the Practice Manager of Global JD Edwards Service Delivery at Rimini Street, Inc. ("Rimini"). I have been in that position since June 1, 2013. I have worked at Rimini since February 21, 2012.

2. As Practice Manager of Global JD Edwards Service Delivery, I oversee delivery of, and am familiar with, Rimini's processes for providing support services related to Oracle's JD Edwards software product.

3. Rimini's current support processes for JD Edwards do not rely on the use of any "local" JD Edwards environments or documentation on Rimini's computer systems.

4. Rimini's current support process does not download or transmit onto Rimini's computer systems any JD Edwards software or documentation from password-protected Oracle websites, or upload such software or documentation from any Oracle installation media.

5. Instead of using local or cloned copies of JD Edwards, Rimini's current process involves remotely accessing a Rimini client's JD Edwards environments that Rimini uses to service that client.

6. Certain of Rimini's clients have elected to store copies of JD Edwards software or documentation on cloud computing platforms, such as Amazon or Windstream. For those clients, Rimini's process involves remotely accessing the clients' JD Edwards software or documentation that is stored in the cloud.

-1-
OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Ron Teegarden

Executed on: November 2, 2015
Virginia Beach, Virginia

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Blaine H. Evanson*
        Blaine H. Evanson

*Attorney for Defendants*
*Rimini Street, Inc. and Seth Ravin*