| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | San Francisco, CA 94105<br>Telephone: 415.442.1000 |
| 4 | rpocker@bsfllp.com | Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | kristen.palumbo@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 7 | Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Telephone: 650.506.4846<br>Facsimile: 650.506.7114 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 15 | | |
| 16 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and | |
| 17 | Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 21 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No. 2:10-cv-0106-LRH-PAL |
| 22 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **DECLARATION OF NARGUES M.**<br>**EDER IN SUPPORT OF ORACLE'S** |
| 23 | | **REPLY IN SUPPORT OF MOTION** |
| 24 | Plaintiffs,<br>v. | **FOR PERMANENT INJUNCTION**<br>**AGAINST DEFENDANTS RIMINI** |
| 25 | RIMINI STREET, INC., a Nevada corporation; | **STREET, INC. AND SETH RAVIN,**<br>**FOR DISPOSITION OF** |
| 26 | AND SETH RAVIN, an individual, | **INFRINGING COPIES, AND FOR**<br>**JUDGMENT ON ORACLE'S** |
| 27 | Defendants. | **UNFAIR COMPETITION CLAIM** |
| 28 | | |

I, Nargues M. Eder, declare as follows:

1. I am a member of the State Bar of California, and an associate at Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively, "Oracle") in this action. I submit this declaration in support of Oracle's Reply In Support Of Its Motion For Permanent Injunction Against Defendants Rimini Street, Inc. And Seth Ravin, For Disposition Of Infringing Copies, And For Judgment On Oracle's Unfair Competition Claim. I have personal knowledge of the matters stated herein and could and would testify competently about them if called upon to do so.

2. On October 21, 2015 Oracle filed its Motion For Permanent Injunction Against Defendants Rimini Street, Inc. And Seth Ravin, For Disposition Of Infringing Copies, And For Judgment On Oracle's Unfair Competition Claim (the "Motion"). Dkt. 900.

3. On October 22, a Notice of Attorney Action Required, regarding the Motion, was entered on the Court's electronic filing system. The notice stated "[d]ocuments should have been filed as separate entries . . ." Dkt. 902.

4. The same day, my colleague Nitin Jindal and I promptly followed up with the Court Clerk, Dionna Negrete, and inquired whether it was necessary for Oracle to file a standalone motion for judgment on Oracle's unfair competition claim.

5. On October 22, 2015 Ms. Negrete confirmed by email that "[t]he documents that were filed are fine. There is no need to file anything additional." Attached as **Exhibit A** is a true and correct copy of the October 22, 2015 email chain between Ms. Negrete, Mr. Jindal and me.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on November 9, 2015 in San Francisco, California.

_____
Nargues M. Eder

EDER DECLARATION IN SUPPORT OF ORACLE'S REPLY