# EXHIBIT A

## Eder, Nargues Motamed

| | |
|---|---|
| **From:** | Jindal, Nitin |
| **Sent:** | Thursday, October 22, 2015 2:05 PM |
| **To:** | Dionna_Negrete@nvd.uscourts.gov |
| **Cc:** | Eder, Nargues Motamed |
| **Subject:** | Re: 2:10-cv-106-LRH-PAL Oracle USA, Inc. v. Rimini Street, Inc. |

Thanks Dionna!

**Nitin Jindal**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1337 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
nitin.jindal@morganlewis.com | www.morganlewis.com
Assistant: Jennifer E. Gray | +1.415.442.1783 |jennifer.gray@morganlewis.com

On Oct 22, 2015, at 1:56 PM, "Dionna_Negrete@nvd.uscourts.gov" <Dionna_Negrete@nvd.uscourts.gov> wrote:

> No it's not necessary. Thanks!
>
>
> ----------------------------------------
> Dionna B. Negrete, PP, PLS
> Courtroom Deputy to
> U.S. District Court Judge Larry R. Hicks
> U.S. District Court - Reno, NV
> (775) 686-5829
> (775) 686-5837 Fax
> dionna_negrete@nvd.uscourts.gov
>
>
>
>
> From:    "Jindal, Nitin" <nitin.jindal@morganlewis.com>
> To:      "Dionna_Negrete@nvd.uscourts.gov"
>          <Dionna_Negrete@nvd.uscourts.gov>
> Cc:      "Eder, Nargues Motamed" <neder@morganlewis.com>
> Date:    10/22/2015 01:51 PM
> Subject: Re: 2:10-cv-106-LRH-PAL Oracle USA, Inc. v. Rimini Street, Inc.
>
>
>
> Thanks Dionna. Just to make sure I have it right, would the Court still
> like us to file a separate motion for judgment, per the notice we received
> earlier today? We will not refile a separate motion for injunction.

1

Nitin Jindal
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1337 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
nitin.jindal@morganlewis.com | www.morganlewis.com
Assistant: Jennifer E. Gray | +1.415.442.1783 |
jennifer.gray@morganlewis.com


On Oct 22, 2015, at 1:42 PM, "Dionna_Negrete@nvd.uscourts.gov" <Dionna_Negrete@nvd.uscourts.gov> wrote:

> Hi Nitin,
>
> The documents that were filed are fine. There is no need to file anything
> additional. Thank you for inquiring.
>
>
> ---------------------------------------
> Dionna B. Negrete, PP, PLS
> Courtroom Deputy to
> U.S. District Court Judge Larry R. Hicks
> U.S. District Court - Reno, NV
> (775) 686-5829
> (775) 686-5837 Fax
> dionna_negrete@nvd.uscourts.gov
>
>
>
>
>     From:    "Jindal, Nitin" <nitin.jindal@morganlewis.com>
>     To:      "dionna_negrete@nvd.uscourts.gov"
>              <dionna_negrete@nvd.uscourts.gov>
>     Cc:      "Eder, Nargues Motamed" <neder@morganlewis.com>
>     Date:    10/22/2015 12:24 PM
>     Subject:    2:10-cv-106-LRH-PAL Oracle USA, Inc. v. Rimini Street,
>     Inc.
>
>
>
> Hi Dionna,
>
> Thanks for talking with me today.  As we discussed, yesterday, Oracle filed
> a motion for (1) permanent injunction and impoundment, and (2) judgment on
> its unfair competition claim.  Oracle submitted one proposed order along

2

with its motion.

Pursuant to the Court's notice, Oracle will file a standalone motion for
judgment on Oracle's unfair competition claim.  If the Court would also
like us to also re-file a standalone motion for a permanent injunction and
impoundment, we are happy to do that as well.

Best regards,

Nitin

Nitin Jindal
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1337 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
nitin.jindal@morganlewis.com | www.morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use
of the recipient(s) named above. This message may be an
attorney-client communication and as such privileged and
confidential and/or it may include attorney work product.
If you are not an intended recipient, you may not review,
copy or distribute this message. If you have received this
communication in error, please notify us immediately by
e-mail and delete the original message.