| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market Street |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Spear Street Tower<br>San Francisco, CA 94105 |
| 4 | rpocker@bsfllp.com | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*) |
| 7 | Washington, DC 20015 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Redwood City, CA 94070<br>Telephone: (650) 506-4846 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | Facsimile: (650) 506-7114<br>dorian.daley@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 15 | Attorneys for Plaintiffs | |
| 16 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 17 | | |
| 18 | UNITED STATES DISTRICT COURT | |
| 19 | DISTRICT OF NEVADA | |
| 20 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | CASE NO. 2:10-cv-0106-LRH-PAL |
| 21 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **DECLARATION OF KIERAN P.<br>RINGGENBERG IN SUPPORT OF** |
| 22 | Plaintiffs, | **PLAINTIFFS ORACLE USA, INC.,<br>ORACLE AMERICA, INC., AND** |
| 23 | v. | **ORACLE INTERNATIONAL<br>CORPORATION'S MOTION FOR** |
| 24 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | **PREJUDGMENT INTEREST** |
| 25 | Defendants. | Judge: Hon. Larry R. Hicks |
| 26 | | |
| 27 | | |
| 28 | | |

DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF
PLAINTIFFS' MOTION FOR PREJUDGMENT INTEREST

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies, Schiller & Flexner LLP, counsel to Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. This declaration is made in support of Plaintiffs' Motion for Prejudgment Interest. Based on my involvement in the discovery process and my review of the files and records in this action, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of a document bearing the Bates numbers ASP000732-44 and produced in this action.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from Rimini Street, Inc.'s Form S-1, Amendment No. 2, which was obtained from Lexis at my direction. It is also available from the Securities & Exchange Commission's EDGAR system at https://www.sec.gov/Archives/edgar/data/1415610/000119312514195315/d602821ds1a.htm.

4. Attached hereto at Exhibit 3 is a true and correct copy of an email from Rimini Street, Inc. and Seth Ravin ("Defendants")'s former counsel confirming Defendants accepted service in this case on January 27, 2010.

5. On January 17, 2012, counsel for Oracle served Elizabeth A. Dean's initial expert report in this case, including schedules showing the input for Ms. Dean's calculations, on counsel for Defendants.

6. On January 17, 2012, counsel for Oracle served Christian B. Hicks's initial expert report in this case.

I declare that the foregoing is true under penalty of perjury of the laws of the United States.

Executed this 13th day of November, 2015, at Oakland, California.

                                                  */s/Kieran P. Ringgenberg*
                                                  Kieran P. Ringgenberg

1

DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF
PLAINTIFFS' MOTION FOR PREJUDGMENT INTEREST