# EXHIBIT 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# RIMINI STREET, INC.

FINANCIAL STATEMENTS

FOR THE YEARS ENDED DECEMBER 31, 2007 AND 2006

WITH INDEPENDENT AUDITOR'S REPORT

ASP 000732

# RIMINI STREET, INC.

## TABLE OF CONTENTS

Independent Auditor's Report   1

**Financial Statements**
   Balance Sheets   2
   Statements of Operations   3
   Statements of Stockholders' Deficit   4
   Statements of Cash Flows   5
   Notes to Financial Statements   6-11

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**



## INDEPENDENT AUDITOR'S REPORT

Stockholders
Rimini Street, Inc.
Pleasanton, California

We have audited the accompanying balance sheets of Rimini Street, Inc. (a Nevada corporation) as of December 31, 2007 and 2006, and the related statements of operations, stockholders' deficit and cash flows for the years then ended. These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the financial statements referred to above present fairly, in all material respects, the financial position of Rimini Street, Inc. as of December 31, 2007 and 2006, and the results of its operations and its cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*BBR LLP*

BBR LLP
Walnut Creek, California
May 27, 2008

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ASP 000734

# RIMINI STREET, INC.
## BALANCE SHEETS
### DECEMBER 31, 2007 AND 2006
(See notes to financial statements)

## ASSETS

|  | 2007 | 2006 |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Cash | $ 101,442 | $ 8,094 |
| Accounts receivable, net | 655,318 | 187,750 |
| Prepaid expenses | 76,041 | 55,046 |
| Total current assets | 832,801 | 250,890 |
| **PROPERTY AND EQUIPMENT, net** | 190,989 | 111,189 |
| **DEPOSITS** | 25,007 | 10,616 |
| Total assets | $ 1,048,797 | $ 372,695 |

## LIABILITIES AND STOCKHOLDERS' DEFICIT

|  | 2007 | 2006 |
|---|---:|---:|
| **CURRENT LIABILITIES** | | |
| Accounts payable and accrued expenses | $ 418,536 | $ 158,300 |
| Accrued compensation | 867,685 | 291,398 |
| Deferred revenue | 1,651,898 | 214,760 |
| Accrued interest payable | 87,048 | 17,771 |
| Line of credit | 472,115 | - |
| Current portion of notes payable | 259,250 | 495,000 |
| Total current liabilities | 3,756,532 | 1,177,229 |
| **LONG TERM LIABILITIES** | | |
| Notes payable, net of current portion | 357,500 | 417,000 |
| Total liabilities | 4,114,032 | 1,594,229 |
| **STOCKHOLDERS' DEFICIT** | | |
| Preferred stock, 5,000,000 shares authorized, 366,667 shares issued and outstanding as of December 31, 2007 | 501,192 | - |
| Common stock, $.001 par value, 13,000,000 shares authorized, 5,228,772 and 4,760,174 shares issued and outstanding as of December 31, 2007 and 2006, respectively | 848 | 380 |
| Additional paid-in capital | 1,916,079 | 1,359,620 |
| Accumulated deficit | (5,483,354) | (2,581,534) |
| Net stockholders' deficit | (3,065,235) | (1,221,534) |
| Total liabilities and stockholders' deficit | $ 1,048,797 | $ 372,695 |

2

# RIMINI STREET, INC.

## STATEMENTS OF OPERATIONS
### FOR THE YEARS ENDED DECEMBER 31, 2007 AND 2006

(See notes to financial statements)

|  | 2007 | 2006 |
|---|---:|---:|
| REVENUES | $ 1,552,695 | $ 162,883 |
| COST OF REVENUES | (2,255,589) | (882,247) |
| GROSS LOSS | (702,894) | (719,364) |
| OPERATING EXPENSES | | |
|   Sales and marketing | 1,384,553 | 933,085 |
|   General and administrative | 687,924 | 564,137 |
|     Total operating expenses | 2,072,477 | 1,497,222 |
| OPERATING LOSS | (2,775,371) | (2,216,586) |
| OTHER EXPENSE | (123,857) | (18,124) |
| NET LOSS, before income tax expense | (2,899,228) | (2,234,710) |
| INCOME TAXES | 2,592 | — |
| NET LOSS | $ (2,901,820) | $ (2,234,710) |

## RIMINI STREET, INC.
### STATEMENTS OF STOCKHOLDERS' EQUITY
### FOR THE YEARS ENDED DECEMBER 31, 2007 AND 2006
(See notes to financial statements)

| | Preferred Stock | | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Total |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | Shares | Par Value | | | |
| Balance at December 31, 2005 | - | $ - | 1,934,328 | $ 29 | $ 494,971 | $ (346,824) | $ 148,176 |
| Issuance of common stock | - | - | 2,825,846 | 351 | 864,649 | | 865,000 |
| Net loss | - | - | - | - | - | (2,234,710) | (2,234,710) |
| Balance at December 31, 2006 | - | - | 4,760,174 | 380 | 1,359,620 | (2,581,534) | (1,221,534) |
| Issuance of common stock | - | - | 140,187 | 140 | 149,860 | - | 150,000 |
| Issuance of preferred stock | 200,000 | 350,000 | - | - | - | - | 350,000 |
| Legal fees relating to preferred stock financing | - | (48,808) | - | - | - | - | (48,808) |
| Conversion of debt | 166,667 | 200,000 | 328,411 | 328 | 351,071 | - | 551,399 |
| Stock option compensation | - | - | - | - | 55,528 | - | 55,528 |
| Net loss | - | - | - | - | - | (2,901,820) | (2,901,820) |
| Balance at December 31, 2007 | 366,667 | $ 501,192 | 5,228,772 | $ 848 | $ 1,916,079 | $ (5,483,354) | $ (3,065,235) |

4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                ASP 000737

# RIMINI STREET, INC.

## STATEMENTS OF CASH FLOWS
### FOR THE YEARS ENDED DECEMBER 31, 2007 AND 2006

(See notes to financial statements)

|  | 2007 | 2006 |
|---|---:|---:|
| **CASH FLOWS FROM OPERATING ACTIVITIES** |  |  |
| Net loss | $ (2,901,820) | $ (2,234,710) |
| Adjustment to reconcile net loss to net cash used by operating activities |  |  |
| Depreciation | 67,365 | 33,673 |
| Changes in operating assets and liabilities |  |  |
| Accounts receivable, net | (467,568) | (187,750) |
| Prepaid expenses | (20,995) | 92,236 |
| Deposits | (14,391) | (3,888) |
| Accounts payable and accrued expenses | 260,236 | 130,292 |
| Accrued compensation | 576,287 | 291,398 |
| Accrued interest payable | 95,676 | 17,771 |
| Deferred revenue | 1,437,138 | 214,760 |
| Net cash used by operating activities | (968,072) | (1,646,218) |
| **CASH FLOWS FROM INVESTING ACTIVITIES** |  |  |
| Capital expenditures | (147,165) | (101,517) |
| **CASH FLOWS FROM FINANCING ACTIVITIES** |  |  |
| Bank overdraft | – | (21,171) |
| Net advances of line of credit | 472,115 | – |
| Proceeds from notes payable | 404,750 | 912,000 |
| Payments of notes payable | (175,000) | – |
| Proceeds from issuance of common stock | 205,528 | 865,000 |
| Proceeds from issuance of preferred stock | 301,192 | – |
| Net cash provided by financing activities | 1,208,585 | 1,755,829 |
| **NET CHANGE IN CASH** | 93,348 | 8,094 |
| **CASH** |  |  |
| Beginning of year | 8,094 | – |
| End of year | $ 101,442 | $ 8,094 |
| **SUPPLEMENTAL DISCLOSURES** |  |  |
| Schedule of noncash financing transactions |  |  |
| Conversion of shareholder loans to common stock | $ 351,399 | $ – |
| Conversion of shareholder loans to preferred stock | 200,000 |  |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# RIMINI STREET, INC.
## NOTES TO FINANCIAL STATEMENTS

### OPERATIONS

Incorporated in September 2005, Rimini Street, Inc (Company) is an independent vendor-neutral provider of support programs in the fast-growing global software support market. The Company is redefining enterprise software support with innovative support solutions that are intended to help clients maximize the value of maintenance, reduce overall operating costs and free up IT budgets. The Company's support program benefits clients in every industry and save clients money while providing service levels above the original software vendor.

### SIGNIFICANT ACCOUNTING POLICIES

The accompanying financial statements have been prepared using the following significant accounting policies

**Basis of presentation** – The accompanying financial statements are presented on the accrual basis of accounting in accordance with accounting principles generally accepted in the United States of America. Revenues are recognized when they are earned, and expenses are recognized when an obligation is incurred

**Use of estimates** – Preparation of the Company's financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities and disclosure of contingent assets and liabilities at the date of the financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from such estimates

**Cash** – Cash includes bank checking accounts. Cash on deposit occasionally exceeds federally insured limits

**Accounts receivable** – Accounts receivable are reported at service contract value. Support services are billed in advance of providing services. As a result, management believes no allowance for doubtful accounts is necessary at December 31, 2007 and 2006

**Property and equipment** – Property and equipment are stated at cost. Depreciation is recorded using straight-line method over an estimated useful life of 3 years

**Revenue recognition** – Revenue is recognized when services have been provided to the client. Service contract revenues are deferred and recognized ratably over the life of the contract

**Income taxes** – The Company provides for income taxes using the asset and liability method of tax allocation. Under this method, future income tax assets and liabilities are determined based on deductible or taxable temporary differences between financial statement carrying values and tax cost basis of assets and liabilities using enacted income tax rates expected to be in effect for the year in which the differences are expected to reverse. Management provides a valuation allowance against future income tax assets if, based on available information, it is more likely than not that some or all of the future income tax assets will not be realized

**Reclassifications** – Certain prior year amounts have been reclassified to conform with current year presentation

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**    ASP 000739

# RIMINI STREET, INC.
## NOTES TO FINANCIAL STATEMENTS

### PROPERTY AND EQUIPMENT

Property and equipment at December 31 consist of the following

|  | 2007 | 2006 |
|---|---|---|
| Computer equipment | $ 243,004 | $ 106,904 |
| Furniture and fixtures | 50,660 | 39,595 |
|  | 293,664 | 146,499 |
| Accumulated depreciation | (102,675) | (35,310) |
|  | $ 190,989 | $ 111,189 |

### DEFERRED REVENUE

The Company expects to recognize all revenues related to service agreements in existence as of December 31, 2007 in 2008

### LINE OF CREDIT

The Company has a $500,000 line of credit, which expires November 16, 2008. This facility is collateralized by all assets and property of the Company and bears interest at the bank's prime rate plus 16.25%. Two stockholders are personal guarantors to the line of credit. This line of credit supports 80% advances on eligible accounts receivable. The line of credit was increased to $1,000,000 in February 2008.

### NOTES PAYABLE

During 2007 and 2006, the Company borrowed $404,750 and $912,000, respectively, from certain stockholders. The notes bear interest at an annual rate of 10%. At December 31, 2007, $259,250 matures in 2008 and $357,500 matures in 2009. Interest expense for the years ended December 31, 2007 and 2006 was $124,395 and $18,193, respectively. No cash payments were made for interest in 2007 and 2006.

In 2007, the Company entered into agreements with these shareholders whereby the holders of the notes could convert the notes into shares of the Company's common and preferred stock at the option of the holder.

### STOCKHOLDERS' EQUITY

**Preferred stock** – The Company is authorized to issue 5,000,000 shares of preferred stock. Each share of preferred stock is convertible into one share of common stock.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ASP 000740

# RIMINI STREET, INC.
## NOTES TO FINANCIAL STATEMENTS

### STOCKHOLDERS' EQUITY   (continued)

The preferred stock has liquidation preferences equal to the original issue price (which may be adjusted) plus any declared but unpaid dividends. In certain circumstances, the liquidation preference may be higher depending on the level of liquidating distributions to the Company's common stockholders.

**Common stock** – The Company is authorized to issue up to 13,000,000 shares of common stock.

**Warrants** – In connection with the Financing Agreement with Sand Hill Finance, on November 15, 2007 and February 8, 2008, the Company issued warrants to Sand Hill Finance for the purchase of 33,334 shares of common stock at an exercise price of $1.50 per share. On December 27, 2007, the Company issued warrants to an individual for the purchase of 150,000 shares at an exercise price of $1.50 per share.

**Stock options** – On December 31, 2007, the Company has one share-based compensation plan which is described below. Compensation cost charged against income was $55,528 for 2007.

In May 2007, the shareholders approved the Company's Employee Stock Option Plan (Plan). The Plan permits the grant of share options and shares to its employees for up to 1,500,000 shares of common stock. The Company believes that such awards better align the interests of its employees with those of its shareholders. Option awards are generally granted with an exercise price equal to the market price of the Company's stock at the date of grant; those option awards generally vest based on 3 years of continuous service and have 10-year contractual terms.

The fair value of each option award is estimated on the date of grant using the Black-Scholes valuation model that uses the assumptions noted in the table below. Expected volatility is based on the historical volatility of the Company's industry sector under the calculated value method.

| | |
|---|---|
| Expected volatility | 49.85% |
| Risk-free rate | 3.74% |

A summary of option activity under the Plan as of December 31, 2007 and changes during the year then ended is presented below:

| Options | Shares | Weighted-Average Exercise Price | Weighted-Average Remaining Contractual Months |
|---|---|---|---|
| Outstanding at January 1, 2007 | - | $ - | |
| Granted | 1,094,035 | 1.08 | |
| Forfeited or expired | (6,425) | .54 | |
| Outstanding at December 31, 2007 | 1,087,610 | 1.08 | 114 |
| Exercisable at December 31, 2007 | 202,579 | .75 | 109 |

The weighted-average grant-date value of options granted during the year ended December 31, 2007 was $.4711.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ASP 000741

# RIMINI STREET, INC.
## NOTES TO FINANCIAL STATEMENTS

### STOCKHOLDERS' EQUITY *(continued)*

A summary of the status of the Company's nonvested shares as of December 31, 2007 is presented below:

| Nonvested Shares | Shares | Weighted Average Grant-Date Fair Value |
|---|---|---|
| Nonvested at January 1, 2007 | - | $ - |
| Granted | 1,094,000 | 1.08 |
| Vested | (202,579) | .75 |
| Forfeited | (6,425) | .54 |
| Nonvested at December 31, 2007 | 884,996 | |

As of December 31, 2007, there was $460,000 of total unrecognized compensation cost related to nonvested share-based compensation arrangements granted under the Plan. That cost is expected to be recognized over a weighted-average period of 2.5 years. The total fair value of shares vested during the year ended December 31, 2007 was $151,934.

### STOCK SPLIT

On July 31, 2006, the Company announced that the Board of Directors authorized a 66-for-one stock split of its common stock. All prior year stock data presented in this report, including in accompanying financial statements and related notes, has been stated to reflect the stock split.

### ADVERTISING EXPENSE

Advertising costs are expensed as incurred. Total advertising expense for the years ended December 31, 2007 and 2006 were $38,704 and $28,135, respectively.

### CONCENTRATION OF CREDIT AND SIGNIFICANT CUSTOMERS

The Company had five customers that comprised 42% of sales and six customers that comprised 82% of sales for the years ended December 31, 2007 and 2006, respectively. At December 31, 2007 and 2006, the Company had five customers that comprised 75% and three customers that comprised 95% of accounts receivable, respectively.

**HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY**

ASP 000742

# RIMINI STREET, INC.
## NOTES TO FINANCIAL STATEMENTS

### INCOME TAXES

The components of the provision for income taxes as of December 31, 2007 are as follows:

| | |
|---|---:|
| Current | |
|   Federal | $ — |
|   State | 2,592 |
| Deferred | |
|   Federal | — |
|   State | — |
| Total provision for income taxes | $ 2,592 |

Deferred tax assets (liabilities) as of December 31, 2007 consist of the following:

| | |
|---|---:|
| Deferred tax assets | |
|   Depreciation and amortization | $ 384 |
|   Accruals and other | 334,723 |
|   Net operating loss carryforward | 1,580,031 |
| Gross deferred tax asset | 1,915,138 |
| Valuation allowance | (1,915,138) |
| Net deferred tax assets | $ — |

Reconciliation of the statutory federal income tax at December 31, 2007 to the Company's effective tax:

| | |
|---|---:|
| Tax at statutory federal rate | $ (985,738) |
| State tax, net of federal benefit | (107,116) |
| Permanent items | 25,132 |
| True-Up from prior year | 1,291 |
| NOL not benefited | — |
| Other | (276) |
| Change in valuation allowance | 1,069,299 |
| Tax expense | $ 2,592 |

The Company has established a valuation allowance to offset net deferred tax assets at December 31, 2007 due to the uncertainty of realizing future tax benefits from its net operating loss carryforwards and other deferred tax assets.

At December 31, 2007, the Company has federal and state net operating loss carryforwards of approximately $4,171,432 and $3,028,978, respectively, expiring beginning in 2026 and 2011, respectively.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ASP 000743

# RIMINI STREET, INC.
## NOTES TO FINANCIAL STATEMENTS

### INCOME TAXES  (continued)

Pursuant to Internal Revenue Code Section 382 use of the Company's net operating loss and credit carryforwards may be limited if a cumulated change in ownership of more than 50% occurs within a three-year period. Management has not yet determined the impact such limitation may have on the utilization of its NOL carryforwards against taxable income in future periods.

### COMITTMENTS

The Company has two operating lease agreements for its operating facilities in Pleasanton California. One lease expired February 29, 2008 and was not extended. The other lease expires March 31, 2011.

Future minimum rental payments are as follows:

| Year | Amount |
|---|---|
| 2008 | $ 181,017 |
| 2009 | 176,440 |
| 2010 | 176,440 |
| 2011 | 29,407 |
| | $ 563,304 |

Rent expense under this lease and the previous lease agreement for facilities was $87,107 and $114,732 for the years ended December 31, 2007 and 2006, respectively.

### RETIREMENT PLAN

The Company has a qualified 401(k) plan for all eligible employees. Employees may contribute up to the statutory maximum, which is set by law each year. The Plan also provides for discretionary employer contributions in an amount equal to 100% of each employee's contribution not to exceed 4% of eligible compensation. Retirement plan expense for the year ended December 31, 2007 and 2006 was $70,879 and $28,598.

### BACKLOG

At December 31, 2007 the Company had booked orders of approximately $7,500,000 which will be billed over future periods. All contracts contain termination clauses that permit cancellation with notice. The value of these contracts is not recorded on the Company's financial statements as of December 31, 2007.

### SUBSEQUENT EVENTS

In March 2008 the Company received $2,000,000 from private investors as convertible subordinated debt.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ASP 000744