# EXHIBIT 3

## Michelle Bryant

**From:** Fred Norton
**Sent:** Wednesday, January 27, 2010 2:30 PM
**To:** Alexis Loeb; Catherine Duong; Christina Seki; Fred Norton; Jay Neukom; Kieran Ringgenberg; Marguerite Hogan; Michelle Bryant; Richard Pocker; Steven Holtzman
**Subject:** FW: Oracle USA, Inc. et al. v. Rimini Street, Inc., et al.

---

**From:** Levin, Michael [mailto:MLevin@wsgr.com]
**Sent:** Wednesday, January 27, 2010 2:23 PM
**To:** Fred Norton
**Cc:** Steven Holtzman; Geoffrey M. Howard (geoff.howard@bingham.com); Jacobson, Jonathan
**Subject:** RE: Oracle USA, Inc. et al. v. Rimini Street, Inc., et al.

This confirms that, effective today, WSGR is accepting service by email of the four documents attached to your recent email to me on behalf of Rimini Street, Inc. and Seth Ravin.

---

**From:** Fred Norton [mailto:fnorton@BSFLLP.com]
**Sent:** Wednesday, January 27, 2010 1:05 PM
**To:** Levin, Michael
**Cc:** Steven Holtzman; Geoffrey M. Howard (geoff.howard@bingham.com); Jacobson, Jonathan
**Subject:** RE: Oracle USA, Inc. et al. v. Rimini Street, Inc., et al.

Mike,

That is our agreement, with the added detail that service, to the extent not already effected, is effective today. Please confirm.

We did not discuss the manner of service on WSGR. Attached to this email are copies of the summonses with the complaint and civil cover sheet. Please respond, confirming that this email with the attached documents constitutes service on Rimini Street, Inc. and Seth Ravin.

Thank you.

Fred Norton
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street
Suite 900
Oakland, California 94612
phone: (510) 874-1007
fax: (510) 874-1460

---

**From:** Levin, Michael [mailto:MLevin@wsgr.com]
**Sent:** Wednesday, January 27, 2010 12:15 PM
**To:** Fred Norton
**Cc:** Steven Holtzman; Geoffrey M. Howard (geoff.howard@bingham.com); Jacobson, Jonathan
**Subject:** RE: Oracle USA, Inc. et al. v. Rimini Street, Inc., et al.

Fred:

This email confirms our agreement that:
- WSGR will accept service on behalf of Rimini Street, Inc. and Seth Ravin of Oracle's complaint
- Rimini Street and Ravin will have until March 29, 2010 to file a responsive pleading (which we'll stipulate to in a filing with

the court in the near future)
- Rimini Street and Ravin will not oppose a request from Oracle for a reasonable extension on its deadline for filing any further responsive pleadings

Please confirm that this accurately states our agreement.

Best regards,
Mike

_____

**Michael B. Levin, Esq.**
Wilson Sonsini Goodrich & Rosati, PC | 650 Page Mill Road | Palo Alto, CA 94304
Telephone: 650.320.4929 | Facsimile: 650.493.6811 | Email: mlevin@wsgr.com

---

**From:** Fred Norton [mailto:fnorton@BSFLLP.com]
**Sent:** Tuesday, January 26, 2010 11:17 AM
**To:** Jacobson, Jonathan; Levin, Michael
**Cc:** Steven Holtzman; Geoffrey M. Howard (geoff.howard@bingham.com)
**Subject:** Oracle USA, Inc. et al. v. Rimini Street, Inc., et al.

Please see attached letter.  A copy will follow by US mail.

Fred Norton
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street
Suite 900
Oakland, California 94612
phone:  (510) 874-1007
fax:   (510) 874-1460

IRS Circular 230 disclosure:
To ensure compliance with requirements imposed by the IRS, unless we expressly state otherwise, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

```
This email and any attachments thereto may contain private, confidential, and privileged
material for the sole use of the intended recipient.  Any review, copying, or distribution of
this email (or any attachments thereto) by others is strictly prohibited.  If you are not the
intended recipient, please contact the sender immediately and permanently delete the original
and any copies of this email and any attachments thereto.
```

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]

```
This email and any attachments thereto may contain private, confidential, and privileged
material for the sole use of the intended recipient.  Any review, copying, or distribution of
this email (or any attachments thereto) by others is strictly prohibited.  If you are not the
intended recipient, please contact the sender immediately and permanently delete the original
and any copies of this email and any attachments thereto.
```

1/27/2010