UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 50(B) MOTION FOR JUDGMENT AS A MATTER OF LAW**

**[PROPOSED] ORDER**

Pending before this Court is Defendants Rimini Street, Inc.'s and Seth Ravin's Rule 50(b) Motion for Judgment as a Matter of Law. Having considered the motion, opposition, and reply briefs, all related filings, and the record before the Court,

IT IS HEREBY ORDERED THAT: Judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b) is GRANTED in favor of Defendants on the following claims and theories alleged by Oracle:

(1) Oracle America and Oracle International Corporation's claims under the California Computer Data Access and Fraud Act, California Penal Code § 502;

(2) Oracle America and Oracle International Corporation's claims under Nevada Revised Statute § 205.4765;

(3) Oracle America and Oracle International Corporation's claims for unfair competition pursuant to California Business & Professions Code § 17200;

(4) Oracle America and Oracle International Corporation's claims for unjust enrichment and restitution;

(5) Oracle America and Oracle International Corporation's claims for unfair practices

pursuant to California Business & Professions Code § 17000; and

(6)   Oracle America and Oracle International Corporation's claims for an accounting.

IT IS SO ORDERED.

DATED:

                                                By:_____
                                                Hon. Larry R. Hicks
                                                United States District Judge