UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 50(B) MOTION FOR JUDGMENT AS A MATTER OF LAW ON ORACLE'S COPYRIGHT ACT CLAIM** |

**[PROPOSED] ORDER**

Pending before this Court is Defendants Rimini Street, Inc.'s and Seth Ravin's Rule 50(b) Motion for Judgment as a Matter of Law on Oracle's Copyright Act Claim. Having considered the motion, opposition, and reply briefs, all related filings, and the record before the Court,

IT IS HEREBY ORDERED THAT: Judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(b) is GRANTED in favor of Defendants on Oracle International Corporation's Copyright Act claim.

IT IS SO ORDERED.

DATED:

By:_____
Hon. Larry R. Hicks
United States District Judge