UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' CONDITIONAL CROSS-MOTION FOR RECONSIDERATION AND FOR A NEW TRIAL PURSUANT TO FED. R. CIV. P. 59** |

**[PROPOSED] ORDER**

Pending before this Court is Defendants Rimini Street, Inc.'s and Seth Ravin's Conditional Cross-Motion for Reconsideration and for a New Trial Pursuant to Fed. R. Civ. P. 59 ("Conditional Cross-Motion"). Having considered the motion, opposition, and reply briefs, all related filings, and the record before the Court,

☐ IT IS HEREBY ORDERED THAT: Because the Court has denied or will deny Oracle's Motion for New Trial, Defendants' Conditional Cross-Motion is hereby DENIED as moot.

or

☐ IT IS HEREBY ORDERED THAT: Because the Court has granted or will grant Oracle's Motion for New Trial, Defendants' Conditional Cross-Motion is hereby GRANTED.

IT IS SO ORDERED.

DATED:

By:_____
Hon. Larry R. Hicks
United States District Judge

[PROPOSED] ORDER REGARDING DEFENDANTS' CONDITIONAL CROSS-MOTION