BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: 202.237.2727
Facsimile: 202.237.6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: 510.874.1000
Facsimile: 510.874.1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, <br><br> Defendants. | Case No  2:10-cv-0106-LRH-PAL <br><br> **DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES** <br><br> **REDACTED PUBLIC VERSION** |

1    I, Thomas S. Hixson, declare as follows:

2    1.    I am an attorney admitted to practice law in the State of California and before the

3    Court in this action *pro hac vice*.  I am a partner with the law firm Morgan, Lewis and Bockius

4    LLP ("Morgan Lewis"), counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc.,

5    and Oracle International Corporation (together, "Oracle" or "Plaintiffs").  I submit this

6    declaration in support of Oracle's motion for attorneys' fees and expenses in the above-captioned

7    lawsuit.  The facts stated herein are based on my personal knowledge or on information provided

8    to me by attorneys working under my direction.

9    2.    At the inception of this case, the Morgan Lewis attorneys were employed by

10   Bingham McCutchen LLP ("Bingham"), where I was a partner, and which was counsel of record

11   for Oracle.  Bingham's work on this case for Oracle began in 2008.  In November 2014, the

12   Bingham attorneys working on this case joined Morgan Lewis.

13                 **Bingham & Morgan Lewis Fees and Billing Practices**

14   3.    Exhibit 1 is a summary and breakdown of the total amount of Oracle's fees and

15   costs incurred in this case, including those paid to Bingham, Morgan Lewis, Boies, Schiller and

16   Flexner LLP ("Boies Schiller"), and to other firms and companies.

17   4.    As mentioned above, attorneys at my firm began working on this case at its

18   inception in 2008.  All of Morgan Lewis's bills and Bingham's bills for December 2008 through

19   September 2015 for Morgan Lewis's and Bingham's work on this matter are attached as Exhibits

20   3-9.  Time entries for which Oracle does not seek recovery have been redacted from these

21   invoices.

22   5.    As detailed in Exhibit 2, the attorneys and legal support staff at Bingham and

23   Morgan Lewis have billed 40,642 hours on this case.  Exhibit 2 also details the number of

24   unredacted hours that each person billed, along with the dollar amounts billed for those hours.

25   6.    ████████████████████████████████████████████

26   ████████████

27   7.    The summaries in Exhibits 1 and 2 do not include amounts that were paid and

28   invoiced for block-billed entries where all or part of the description of the work needed to be

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1   redacted due to privilege or other reasons.  The total billed amount for the block-billed entries

2   that were redacted is $ 4,767,863.22.

3        8.      Oracle paid the amounts due for all bills attached as Exhibits 3-9, for the amounts

4   described in those bills and summarized in Exhibits 1 and 2, except for the September 2015 bill,

5   which is in process for payment.

6        9.      From 2008 until 2014, Bingham established a rate schedule listing the standard

7   hourly billing rate for each attorney and legal assistant each December that would be used in the

8   following calendar year.  After we joined Morgan Lewis in 2014, the standard 2015 rates took

9   effect in March 2015 rather than January.

10        10.

11

12

13

14        11.      Morgan Lewis, and Bingham before it, have represented Oracle in a variety of

15   matters for more than a decade.

16        12.

17

18

19

20        13.

21

22

23

24        14.      Oracle's in-house counsel have been directly involved in this matter since its

25   inception.  They have supervised our work and reviewed our bills, and have often asked

26   questions about our bills.  In some instances they have asked that we write off time spent on

27   certain tasks.  Those write-offs are reflected in Exhibits and 1 and 2, and in our invoices attached

28   as Exhibits 3-9.

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1    15.        In preparing this fee application, I have reviewed the billing records for this case,

2    and I obtained the further assistance of other lawyers on the team to review them.  All

3    timekeepers track their time by the day to the nearest tenth of an hour.  Many tasks in significant

4    litigation such as this action require multiple attorneys to complete, as they are complex or need

5    to work at different levels or time intervals.  Given the complicated nature of the case, and its

6    size and scope, as well as Defendants' conduct, the time billed by Bingham's and Morgan

7    Lewis's attorneys and staff on this matter was reasonable.

8    16.        In a case involving similar legal claims and of similar complexity, *Oracle USA,*

9    *Inc. v. SAP AG,* N.D. Cal., Case No. 07-CV-1658, the parties reached an agreement which

10   provided that the defendants pay Oracle's attorneys' fees in the sum of $120 million.  Oracle was

11   represented by Bingham and Boies Schiller in that case and was charged similar rates to those

12   charged for this case for the years in question.

13                **Efforts Taken During The Litigation Due To Rimini's Litigation Conduct**

14   17.        The manner in which Rimini litigated this case significantly increased Oracle's

15   litigation expenses.  Rimini's misrepresentations regarding cross-use, its misrepresentations

16   regarding its use of Siebel and JD Edwards software, spoliation of evidence, and its repeated

17   failure to produce timely and accurate discovery responses, and other conduct, resulted in Oracle

18   expending significantly more on attorney and expert fees to prove its case.  For example,

19   Rimini's spoliation and misrepresentations required significant additional effort to search for and

20   analyze emails and other anecdotal evidence to establish how Rimini actually used Oracle's

21   software in its support process.

22   18.        On July 11, 2011, Rimini served its Responses to Oracle's Interrogatories

23   Numbers 20-22.  On September 8, 2011, Rimini served its Supplemental Response to Oracle's

24   Interrogatories Numbers 20-22.  On December 19, 2011, Rimini served its Second Supplemental

25   Response to Oracle's Interrogatories Numbers 20-22.  On February 5, 2012, Rimini served

26   updated exhibits to its Responses to Oracle's Interrogatories Number 20 and 22.  On February 5,

27   2012, Rimini served an updated exhibit to its Response to Oracle's Interrogatory Number 20.

28   With each iteration, Rimini updated the lists of software environments residing on its systems

Case No  2:10-cv-0106-LRH-PAL

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1    that were listed in Rimini's responses.

2        19.        Attached as Exhibit 10 is an August 17, 2011 email from my colleague, John

3    Polito, to Rimini's counsel identifying additional PeopleSoft software environments that were

4    not included in Rimini's interrogatory responses.

5        20.        Attached as Exhibit 11 is a November 1, 2011 email from Mr. Polito to Rimini's

6    counsel identifying discrepancies in Rimini's list of Siebel software environments included in

7    Rimini's interrogatory responses.

8        21.        Attached as Exhibit 12 is a December 2, 2011 letter from Mr. Polito to Rimini's

9    counsel identifying additional discrepancies in the list of software environments included in

10   Rimini's interrogatory responses.

11       22.        As of the date that this declaration was executed, Oracle has not yet received a

12   complete customer list, list of environments, list of fixes, or list of downloads from Rimini

13   pursuant to the interrogatories that Oracle served on July 20, 2015 in *Rimini Street, Inc. v. Oracle*

14   *International Corp.*, Case No. 2:14-cv-01699 LRH PAL (D. Nev.) ("*Rimini II*").  Rimini

15   produced a customer list to Oracle on November 2, 201, but only after Oracle threatened to seek

16   Court intervention, and that list was missing over 100 customers.  Oracle has had to spend

17   dozens of hours compiling information from other sources to determine which customers Rimini

18   failed to include.

19       23.        Rimini assured Oracle in July 2015 that it would be able to produce information

20   in the *Rimini II* action from the various databases it uses in its provision of support services, but

21   then later said it could not do so until the end of 2015.

22                              **Scope of Litigation**

23       24.        Bingham's work on this case began with pre-suit investigation by legal counsel in

24   late 2008.  The complaint was filed in January 2010, and the jury trial did not conclude until

25   October 2015.

26       25.        This case involved complex and difficult legal issues which required experienced

27   lawyers and law firms with vast resources.

28       26.        Based on my review of the docket, the parties filed over 45 motions in this case.

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1   In total, the docket in this case has over 900 entries.

2       27.      Rimini served 57 requests for production on Oracle.  In response, Oracle

3   produced approximately 270,000 documents totaling over 1.3 million pages.  Altogether, over 12

4   million pages of documents were produced in this litigation by Oracle, Rimini, and third parties.

5       28.      Over the course of this case, hundreds of meet and confer letters and emails were

6   exchanged between the parties.

7       29.      There were a total of 67 depositions taken in this case.

8   **Bingham & Morgan Lewis Case Teams**

9       30.      I graduated *magna cum laude* from Harvard Law School in 1997 where I was an

10  editor for the *Harvard Law Review*, and *magna cum laude* from Harvard University in 1994 with

11  an A.B. in Government.  After law school, I clerked for the Honorable A. Wallace Tashima of

12  the U.S. Court of Appeals Ninth Circuit from 1997 to 1998.  I became a partner at Bingham

13  effective January 1, 2005 and continued as a partner when I joined Morgan Lewis.  My practice

14  concentrates on complex intellectual property and antitrust matters.  Throughout my career, I

15  have represented both plaintiffs and defendants in commercial disputes in courts and arbitrations

16  around the country.  I was named a *Super Lawyer* in Northern California.  My recent

17  representations have included *Oracle America, Inc., et al. v. Terix Computer Company, Inc., et*

18  *al., San Diego County Water Authority v. Metropolitan Water District of Southern California, et*

19  *al., Oracle USA, Inc. et al. v. SAP AG et al.*

20      31.      I began working on this case near its inception.  Since then, I have helped develop

21  and execute the team's litigation strategy.  I have written numerous motions and taken and

22  defended several depositions.  As trial counsel, I collaboratively prepared our trial strategy and

23  execution plans, drafted witness examinations, prepared witnesses, conducted an examination,

24  and drafted pre- and post-trial motions and other filings, among other tasks.  A summary of the

25  time I have spent on this matter and the value of that work is contained in Exhibit 2 attached

26  hereto.  My hourly rates were as follows:

27

28

DECLARATION OF THOMAS S. HIXSON<br>IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1

2

3

4

5

6    32.     The following paragraphs identify and describe the other Bingham and Morgan

7  Lewis lawyers and staff on the case team, with highlights of their backgrounds and experience.

8  The information regarding other timekeepers on the team is within my personal knowledge as to

9  matters we worked on together and rests upon my inquiry and belief as to other details.

10    33.    **Geoffrey M. Howard** is former a partner at Bingham and then Morgan Lewis in

11  the San Francisco office.  Mr. Howard graduated *cum laude*  with a J.D. from Harvard Law

12  School in 1991 and *magna cum laude*  with a B.A. in Political Science from the University of

13  California, Los Angeles.  Mr. Howard was named *The Recorder* 2010 Attorney of the Year, the

14  *California Lawyer* California Lawyer of the Year, a Top 100 Lawyer by the *Daily Journal,* and a

15  Leading Lawyer in IP by *Chambers USA* among his accolades.  Mr. Howard's previous

16  representations include *Oracle USA, Inc. et al. v. SAP AG et al.* in which Oracle won a jury

17  verdict of $1.3 billion.  Mr. Howard began working on this case from its inception at the end of

18  2008.  A summary of the time Mr. Howard spent on this matter and the value of that work is

19  contained in Exhibit 2 attached hereto. Mr. Howard's hourly rates were as follows:

20       •

21       •

22       •

23       •

24       •

25       •

26       •

27       •

28    34.    **Kristen A. Palumbo** is a partner at Morgan Lewis in the San Francisco office.

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1   Ms. Palumbo graduated *magna cum laude* with a J.D. from the University of San Francisco

2   School of Law in 2001 and with a B.A. from Boston College in 1995.  Ms. Palumbo focuses her

3   litigation practice on antitrust, class action defense, and other high-stakes complex commercial

4   litigation, including breach of contract, fraud, unfair competition, and copyright matters. Ms.

5   Palumbo has experience in all phases of litigation, including pre-filing investigations, discovery,

6   motion practice, settlement, and trial, and she has worked extensively with experts.  Ms.

7   Palumbo also advises clients in the criminal context in connection with governmental antitrust

8   investigations.  Ms. Palumbo was named a *Super Lawyer* in Northern California.  More details

9   about Ms. Palumbo's background and practice can be found at

10   http://www.morganlewis.com/bios/kristenpalumbo.  Ms. Palumbo began working on this case in

11   2009.  A summary of the time Ms. Palumbo spent on this matter and the value of that work is

12   contained in Exhibit 2 attached hereto.  Ms. Palumbo's hourly rates were as follows:



20   35.   **John Polito** is partner at Morgan Lewis in the San Francisco office.  He

21   graduated with a J.D. from Stanford Law School.  He also graduated with a B.A. in Mathematics

22   with Honors and a B.A. in Music with Honors from the University of Michigan, Ann Arbor.  Mr.

23   Polito was named by the *Daily Journal* as an "Associate to Watch" and one of California's Top

24   20 Under 40 Lawyers in 2014.  He was also named by *Super Lawyers* as a Northern California

25   Rising Star in 2013 to 2015.  Before becoming a lawyer, Mr. Polito had a career as a software

26   engineer.  Mr. Polito's representations have included *Amazon.com, Inc. et al. v. Commissioner*,

27   *Blackberry Ltd. et al. v. Cypress Semiconductor Corp.*, and *Oracle USA, Inc. v. SAP AG et al.*

28   More details about Mr. Polito's background and practice can be found at

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1  http://www.morganlewis.com/bios/johnpolito. Mr. Polito began working on this case in 2009.  A

2  summary of the time Mr. Polito spent on this matter and the value of that work is contained in

3  Exhibit 2 attached hereto.  Mr. Polito's hourly rates were as follows:

4

5

6

7

8

9

10

11  36.      **Bree Hann** is a former partner at Bingham in the San Francisco office.  Ms.

12  Hann  graduated Order of the Coif with a J.D. from the University of California, Berkeley

13  School of Law in 2001 where she was on the *California Law Review*.  Ms. Hann graduated with

14  a B.A. in English from the University of Southern California in 1998.  Ms. Hann clerked for the

15  Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New

16  York.  Ms. Hann's practice focused on intellectual property and antitrust litigation and

17  counseling, class action defense, and other complex commercial litigation matters.  Ms. Hann

18  began working on this case in 2009.  A summary of the time Ms. Hann spent on this matter and

19  the value of that work is contained in Exhibit 2 attached hereto.  Ms. Hann's hourly rates were as

20  follows:

21

22

23

24

25

26

27  37.      **David O. Johanson** is a senior counsel at Morgan Lewis, and was previously a

28  partner at Bingham, in the Boston office.  Mr. Johanson graduated *cum laude* with a J.D. from

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1   Harvard Law School in 1976 and *summa cum laude* with a B.A. from Yale University in 1972.

2   Mr. Johanson's practice concentrates on commercial technology, product development and

3   distribution, trademarks, copyrights, trade secrets, and licensing.  More details about Mr.

4   Johanson's background and practice can be found at

5   http://www.morganlewis.com/bios/davidjohanson.  Mr. Johanson was named as a *Super Lawyer*

6   in 2004-2005.  Mr. Johanson began working on this case in 2009.  A summary of the time Mr.

7   Johanson spent on this matter and the value of that work is contained in Exhibit 2 attached

8   hereto.  Mr. Johanson's hourly rates were as follows:

9

10

11

12       38.       **Zachary J. Alinder** is a former partner at Bingham in the San Francisco office.

13   Mr. Alinder graduated with a J.D. from the University of California, Berkeley School of Law in

14   2000 and with a B.S. from Stanford University in 1995.  Mr. Alinder also has a M.S. in

15   Environmental Engineering from Stanford University.  Mr. Alinder's previous representations

16   included *Oracle USA, Inc. et al. v. SAP AG et al.*  A summary of the time Mr. Alinder spent on

17   this matter and the value of that work is contained in Exhibit 2 attached hereto.  Mr. Alinder's

18   hourly rates were as follows:

19

20

21

22       39.       **Rachelle A. Dubow** is a partner at Morgan Lewis in the Boston office.  Ms.

23   Dubow graduated with a J.D. from Boston University School of law in 1998 and with a B.A. in

24   Psychology from George Washington University in 1995.  Ms. Dubow represents clients in a

25   wide variety of industries that include finance, entertainment, consumer products, medical and

26   pharmaceutical products, life sciences, computer technology, and the Internet.  She was named a

27   a 40 Under 40 lawyer  in the East Region by *The M&A Advisor* and one of the Top Women in

28   Law by *Massachusetts Lawyers Weekly*.  More details about Ms. Dubow's background and

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1    practice can be found at http://www.morganlewis.com/bios/rachelledubow.  A summary of the

2    time Ms. Dubow spent on this matter and the value of that work is contained in Exhibit 2 hereto.

3    Ms. Dubow's hourly rates were as follows:

4

5

6        40.    **Frank Hinman** is a partner at Morgan Lewis in the San Francisco office.   Mr.

7    Hinman graduated with a J.D. from the University of California, Hastings College of the Law in

8    1991 and with a B.A. in Economics from Claremont McKenna College in 1988.  Mr. Hinman

9    leads Morgan Lewis's California antitrust practice.  He represents clients in all aspects of public

10    and private enforcement, including international cartel cases, class actions, merger clearances,

11    and civil conduct investigations.  Among other awards, Mr. Hinman has been named as a

12    Northern California *Super Lawyer* and  recognized by *Chambers USA*.  More details about Mr.

13    Hinman's background and practice can be found at

14    http://www.morganlewis.com/bios/frankhinman.  A summary of the time Mr. Hinman spent on

15    this matter and the value of that work is contained in Exhibit 2 attached hereto.  Mr. Hinman's

16    hourly rates was as follows:

17

18        41.    **Holly House** is a former partner at Bingham in the San Francisco office.  Ms.

19    House graduated with a J.D. from Harvard law School in 1988 and with a B.A. from Smith

20    College in 1984.  Ms. House was named one of the Top 250 Women Litigators in the U.S. by

21    *Benchmark* and recognized as a top antitrust attorney by *Chambers.*  A summary of the time Ms.

22    House spent on this matter and the value of that work is contained in Exhibit 2 attached hereto.

23    Ms. House's hourly rates were as follows:

24

25

26        42.    **Gary Adler** is a partner at Morgan Lewis in the New York office.  Mr. Adler

27    graduated with a J.D.  Mr. Adler focuses on commercial litigation and represents both domestic

28    and foreign companies in complex commercial law suits involving, antitrust, intellectual

1   property, commercial tort, product liability, product warranty, and franchise claims in

2   proceedings before state and federal courts throughout the United States, and before both

3   domestic and international regulatory agencies and commercial arbitration panels.  More details

4   about Mr. Adler's background and practice can be found at

5   http://www.morganlewis.com/bios/garyadler.  A summary of the time Mr. Adler spent on this

6   matter and the value of that work is contained in Exhibit 2 attached hereto.  Mr. Adler's hourly

7   rate was as follows:

8

9        43.     **Nitin Jindal** is an associate at Morgan Lewis in the San Francisco office.  He

10  graduated *magna cum laude* with a J.D. from Georgetown University Law Center in 2008 and

11  with a B.A. in Legal Studies from the University of California Berkeley in 2003.  From 2013 to

12  2015, Mr. Jindal was recognized as a Rising Star in intellectual property litigation by *Super*

13  *Lawyers*.  Mr. Jindal's representations have included *Oracle USA, Inc. et al. v. SAP AG et al.* and

14  *In re Intel Corp.* Microprocessor Litigation.  More details about Mr. Jindal's background and

15  practice can be found at http://www.morganlewis.com/bios/nitinjindal. Mr. Jindal began working

16  on this case in 2011. A summary of the time Mr. Jindal spent on this matter and the value of that

17  work is contained in Exhibit 2 attached hereto.  Mr. Jindal's hourly rates were as follows:

18

19

20

21

22

23

24

25       44.     **Chad Russell** is a former counsel at Bingham and then Morgan Lewis from 2006

26  to 2015.  He graduated with a J.D. from Georgetown University Law Center in 2006 and with a

27  B.S. in Economics and Math from the College of William and Mary in 2001.  Prior to this case,

28  Mr. Russell's representations included *Oracle USA, Inc. et al. v. SAP AG et al.*  Mr. Russell

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1    began working on this case in 2008.  A summary of the time Mr. Russell spent on this matter and

2    the value of that work is contained in Exhibit 2 hereto.  Mr. Russell's hourly rates were as

3    follows:

4

5

6

7

8

9

10        45.        **Marjory Gentry** is a former associate at Bingham from 2009 to 2013 in the San

11   Francisco office.  She graduated with a J.D. from the University of California, Los Angeles

12   School of Law in 2005 and with a B.S. from Queen's University in 1998.  Ms. Gentry began

13   working on this case in 2011.  A summary of the time Ms. Gentry spent on this matter and the

14   value of that work is contained in Exhibit 2 attached hereto.  Ms. Gentry's hourly rates were as

15   follows:

16

17

18        46.        **Kyle Zipes** is a former associate at Bingham from 2007 to 2014 in the San

19   Francisco office.   He graduated with a J.D. from Columbia University School of Law in 2007

20   and with a B.A. from McGill University in 2003.  Prior to this case, Mr. Zipes's representations

21   included *Oracle USA, Inc. et al. v. SAP AG et al.* and *In re Intel Corp.* Microprocessor

22   Litigation.  Mr. Zipes began working on this case in 2009.  A summary of the time Mr. Zipes

23   spent on this matter and the value of that work is contained in Exhibit 2 attached hereto. Mr.

24   Zipes's hourly rates were as follows:

25

26

27

28

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1

2

3

47.      **Nargues Motamed Eder** is an associate at Morgan Lewis in the San Francisco

office.  She graduated with a J.D. from the University of California, Los Angeles School of Law

in 2008 and with a B.S. from the University of Southern California in 2004.  Ms. Eder's practice

focuses on intellectual property and complex business litigation serving a wide range of clients in

the technology, environment, and financial services industries.  Ms. Eder's representations have

included *Oracle USA, Inc. et al. v. SAP AG et al.*  More details about Ms. Eder's background and

practice can be found at http://www.morganlewis.com/bios/neder.  Ms. Eder began working on

this case in 2011.  A summary of the time Ms. Eder spent on this matter and the value of that

work is contained in Exhibit 2 attached hereto.  Ms. Eder's hourly rates were as follows:

48.      **Zachary Hill** is an associate at Morgan Lewis in the San Francisco office.  He

graduated with a J.D. from Harvard Law School in 2010, a Master's degree in Philosophy from

Northwestern University in 2007, and a B.A. in Philosophy from the University of Chicago in

2004.  Mr. Hill's representations have included *Oracle USA, Inc. et al. v. SAP AG et al.*  More

details about Mr. Hill's background and practice can be found at

http://www.morganlewis.com/bios/zacharyhill.  Mr. Hill has been working on this case since

2011.  A summary of the time Mr. Hill spent on this matter and the value of that work is

contained in Exhibit 2 attached hereto.  Mr. Hill's hourly rates were as follows:

Case No  2:10-cv-0106-LRH-PAL

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1

2

3  49.  **Manu Pradhan** is a former associate at Bingham from 2007 to 2013 in the San

4 Francisco office.  He graduated with a J.D. from New York University School of Law in 2007

5 and with a B.A. from Swarthmore College in 2003.  Mr. Pradhan began working on this case in

6 2009.  A summary of the time Mr. Pradhan spent on this matter and the value of that work is

7 contained in Exhibit 2 attached hereto.  Mr. Pradhan's hourly rates were as follows:

8

9

10

11

12

13  50.  **Martha Jeong** is a former associate at Bingham from 2007 to 2011 in the San

14 Francisco office.  She graduated with a J.D. from Harvard Law School in 2007 and with a B.S.

15 from Rice University in 2003.  Prior to this case, Ms. Jeong's representations included *Oracle*

16 *USA, Inc. et al. v. SAP AG et al*.  Ms. Jeong began working on this case in 2009.  A summary of

17 the time Ms. Jeong spent on this matter and the value of that work is contained in Exhibit 2

18 attached hereto.  Mr. Jeong's hourly rates were as follows:

19

20

21

22  51.  **Thai Q. Le** is a former associate at Bingham and then at Morgan Lewis from

23 2011 to 2015 in the San Francisco office.  He graduated with a J.D. from University of

24 California, Hastings College of Law in 2009 and with a B.S. from Chapman University in

25 2005.  Mr. Le's prior representations included *Oracle USA, Inc. et al. v. SAP AG et al*.  Mr. Le

26 began working on this case in 2011.  A summary of the time Mr. Le spent on this matter and the

27 value of that work is contained in Exhibit 2 attached hereto. Mr. Le's hourly rates were as

28 follows:

1

2

3

4

5     52.     **Kevin Papay** is an associate at Morgan Lewis in the San Francisco office.  He

6 graduated with a J.D. from Stanford Law School in 2010 and a B.A. from  Harvard College in

7 2007.  Mr. Papay's representations have included *Oracle USA, Inc. et al. v. SAP AG et al*.  More

8 details about Mr. Papay's background and practice can be found at

9 http://www.morganlewis.com/bios/kevinpapay.  Mr. Papay began working on this case in 2011.

10 A summary of the time Mr. Papay spent on this matter and the value of that work is contained in

11 Exhibit 2 attached hereto.  Mr. Papay's hourly rates were as follows:

12

13

14

15

16

17     53.     **Dhruv Kaushal** is a former associate at Bingham in the Boston office.  He

18 graduated with a J.D. from Boston University School of Law in 2009 and a B.S. from the

19 University of New Mexico in 1998.  Mr. Kaushal also has a Ph.D. in Neurosciences from the

20 University of California, San Diego.  Mr. Kaushal began working on this case in 2011.  A

21 summary of the time Mr. Kaushal spent on this matter and the value of that work is contained in

22 Exhibit 2 attached hereto.  Mr. Kaushal's hourly rates were as follows:

23

24     54.     **Elizabeth M. Sartori** is an associate at Morgan Lewis in the Boston office.  Ms.

25 Sartori graduated with a J.D. from Villanova University School of Law in 2008 and a B.A. from

26 Boston College in 2007.  More details about Ms. Sartori's background and practice can be found

27 at http://www.morganlewis.com/bios/elizabethsartori.  Ms. Sartori began working on this case in

28 2010.  A summary of the time Ms. Sartori spent on this matter and the value of that work is

Case No  2:10-cv-0106-LRH-PAL

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1  contained in Exhibit 2 attached hereto.  Ms. Sartori's hourly rate was as follows:

2  █████████████████████████████████████████████████

3       55.     **Joy Sherrod** is a former associate at Bingham in the San Francisco office.  Ms.

4  Sherrod graduated with a J.D. from Northwestern University in 2006 and a B.A. from the

5  University of California, Berkeley.  Ms. Sherrod began working on this case in 2010.  A

6  summary of the time Ms. Sherrod spent on this matter and the value of that work is contained in

7  Exhibit 2 attached hereto.  Ms. Sherrod's hourly rate was as follows:

8  █████████████████████████████████████████████████

9       56.     **Nicolette Young** is an associate at Morgan Lewis in the Los Angeles office.  She

10  graduated with a J.D. from the University of Southern California Law School in 2011 where she

11  was the Senior Content Editor for the *Southern California Law Review*.  She also graduated *cum*

12  *laude* with a B.A. from the University of California Los Angeles in 2007.  More details about

13  Ms. Young's background and practice can be found at

14  http://www.morganlewis.com/bios/nicoletteyoung.  Ms. Young began working on this case in

15  2014.  A summary of the time Ms. Young spent on this matter and the value of that work is

16  contained in Exhibit 2 attached hereto.  Ms. Young's hourly rate was as follows:

17  █████████████████████████████████████████████████

18       57.     **Shameek Ghose** is a former associate at Bingham in the Washington D.C. office.

19  Mr. Ghose graduated with a J.D. from the University of Maryland School of Law in 2003 and a

20  Bachelor's degree. from the Indiana University Bloomington in 1997.  Mr. Ghose also has a

21  Master's from John Hopkins University.  Mr. Ghose began working on this case in 2009.  A

22  summary of the time Mr. Ghose spent on this matter and the value of that work is contained in

23  Exhibit 2 attached hereto.  Mr. Ghose's hourly rates were as follows:

24  █████████████████████████████████████████████████

25  █████████████████████████████████████████████████

26       58.     **Spencer Wan** is an associate at Morgan Lewis in the San Francisco office.  He

27  graduated with a J.D. from Columbia Law School in 2013 where he was a Harlan Fiske Stone

28  Scholar and a B.A. in Business Economics from the University of California Irvine in 2010.

1    More details about Mr. Wan's background and practice can be found at

2    http://www.morganlewis.com/bios/spencerwan.  Mr. Wan began working on this case in 2014.

3    A summary of the time Mr. Wan spent on this matter and the value of that work is contained in

4    Exhibit 2 attached hereto.  Mr. Wan's hourly rates were as follows:

5

6

7       59.    **Kirstie McCornock** is an associate at Morgan Lewis in San Francisco.   She

8    graduated with a J.D. from Harvard Law School in 1993 and with a B.A. from Stanford

9    University in 1989.  Ms. McCornock clerked for the Honorable A. Wallace Tashima of the U.S.

10    District Court of the Central District of California from 1993 to 1994.  Ms. McCornock has

11    represented technology companies in high stakes intellectual property and antitrust litigation.

12    More details about Ms. McCornock's background and practice can be found at

13    http://www.morganlewis.com/bios/kirstiemccornock.  Ms. McCornock's prior representations

14    included *Oracle USA, Inc. et al. v. SAP AG et al*.  Ms. McCornock began working on this case in

15    2010.  A summary of the time Ms. McCornock spent on this matter and the value of that work is

16    contained in Exhibit 2 attached hereto.  Ms. McCornock's hourly rates were as follows:

17

18

19

20

21

22       60.    **Erin A. Smart** is a former associate at Bingham in the San Francisco office.  Ms.

23    Smart graduated with a J.D. from the University of California, Hastings College of the Law in

24    2006 and with a B.A. from Walla Walla University in 2003.  Ms. Smart began working on this

25    case in 2009.  A summary of the time Ms. Smart spent on this matter and the value of that work

26    is contained in Exhibit 2 hereto.  Ms. Smart's hourly rate were as follows:

27

28       61.    **Lisa Lee** is a paralegal at Morgan Lewis in the San Francisco office.  Ms. Lee has

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1  had over 18 years of paralegal experience.  Ms. Lee's had previously assisted attorneys on

2  *Oracle USA, Inc. et al. v. SAP AG et al*.  A summary of the time Ms. Lee spent on this matter and

3  the value of that work is contained in Exhibit 2 attached hereto.  Ms. Lee's hourly rates were as

4  follows:

5

6

7

8

9

10

11

12  62.     **Thomas Hilton** is a paralegal at Morgan Lewis in the San Francisco office.  Mr.

13  Hilton has had over 29 years of paralegal experience.  A summary of the time Mr. Hilton spent

14  on this matter and the value of that work is contained in Exhibit 2 attached hereto.  Mr. Hilton's

15  hourly rates were as follows:

16

17

18

19  63.     **Andrew Obach** is a paralegal at Morgan Lewis in the San Francisco office.  Mr.

20  Obach has had over 17 years of paralegal experience.  Mr. Obach had previously assisted

21  attorneys on *Oracle USA, Inc. et al. v. SAP AG et al*.  A summary of the time Mr. Obach spent

22  on this matter and the value of that work is contained in Exhibit 2 attached hereto.  Mr. Obach's

23  hourly rates were as follows:

24

25

26

27

28

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1

2   64.     **Wendy Riggs** is a former paralegal at Bingham in the San Francisco office. A

3   summary of the time Ms. Riggs spent on this matter and the value of that work is contained in

4   Exhibit 2 attached hereto. Ms. Riggs's hourly rates were as follows:

5

6

7   65.     **Robin S. Goldberg** is a former paralegal at Bingham in the Palo Alto office. A

8   summary of the time Ms. Goldberg spent on this matter and the value of that work is contained

9   in Exhibit 2 attached hereto. Ms. Goldberg's hourly rates were as follows:

10

11

12   66.     **Nathan A. Banks** is a former paralegal at Bingham in the San Francisco office.

13   A summary of the time Mr. Banks spent on this matter and the value of that work is contained in

14   Exhibit 2 attached hereto. Mr. Banks's hourly rates were as follows:

15

16

17   67.     **Joshua Berger** is a former paralegal at Bingham in the San Francisco office. A

18   summary of the time Mr. Berger spent on this matter and the value of that work is contained in

19   Exhibit 2 attached hereto. Mr. Berger's hourly rates are as follows:

20

21

22   68.     **Charles Byers** is a former paralegal at Bingham in the San Francisco office. A

23   summary of the time Mr. Byers spent on this matter and the value of that work is contained in

24   Exhibit 2 attached hereto. Mr. Byers's hourly rates were as follows:

25

26

27   69.     **Christopher Suggs** is a former paralegal at Bingham in the Washington D.C.

28   office. A summary of the time Mr. Suggs spent on this matter and the value of that work is

1    contained in Exhibit 2 attached hereto.  Mr. Suggs's hourly rate was as follows:

2    ██████████████████████████████████████████

3        70.    **Jon Shackelford** is a former paralegal at Bingham in the San Francisco office.  A

4    summary of the time Mr. Shackelford spent on this matter and the value of that work is contained

5    in Exhibit 2 attached hereto.  Mr. Shackelford's hourly rate was as follows:

6    ██████████████████████████████████████████

7        71.    **Nathan Hall** is a paralegal at Bingham in the New York office.  A summary of

8    the time Mr. Hall spent on this matter and the value of that work is contained in Exhibit 2

9    attached hereto.  Mr. Suggs's hourly rate was are as follows:

10    ██████████████████████████████████████████

11        72.    **Norberto Arreola** is a former paralegal at Bingham in the San Francisco office.

12    A summary of the time Mr. Arreola spent on this matter and the value of that work is contained

13    in Exhibit 2 attached hereto.  Mr. Arreola's hourly rate was as follows:

14    ██████████████████████████████████████████

15        73.    **P. Frank Downing** is a former paralegal at Bingham in the San Francisco office.

16    A summary of the time Mr. Downing spent on this matter and the value of that work is contained

17    in Exhibit 2 attached hereto.  Mr. Downing's hourly rate was as follows:

18    ██████████████████████████████████████████

19        74.    **Michelle S. Castaneda** is a paralegal at Morgan Lewis in the New York office.

20    A summary of the time Ms. Castaneda spent on this matter and the value of that work is

21    contained in Exhibit 2 attached hereto.  Ms. Castaneda's hourly rate was as follows:

22    ██████████████████████████████████████████

23        75.    **Ricky Calcao** is a former contract attorney at Bingham in the San Francisco

24    office.  A summary of the time Mr. Calcao spent on this matter and the value of that work is

25    contained in Exhibit 2 attached hereto.  Mr. Calcao's hourly rate was as follows:

26    ██████████████████████████████████████████

27        76.    **Cindy Langenbeck** is a former contract attorney at Bingham.  A summary of the

28    time Mr. Langenbeck spent on this matter and the value of that work is contained in Exhibit 2

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1   attached hereto.  Mr. Langenbeck's hourly rates were as follows:

2

3

4   77.      **Caryn Bordonaro** is a former contract attorney at Bingham.  A summary of the

5   time Ms. Bordonaro spent on this matter and the value of that work is contained in Exhibit 2

6   attached hereto.  Ms. Bordonaro's hourly rate was as follows:

7

8   78.      **Guido Gaiteri** is a former contract attorney at Bingham.  A summary of the time

9   Mr. Gaiteri spent on this matter and the value of that work is contained in Exhibit 2 attached

10  hereto.  Mr.Gaiteri's hourly rate was as follows:

11

12  79.      **James Wooten** is a former contract attorney at Bingham.  A summary of the time

13  Mr. Wooten spent on this matter and the value of that work is contained in Exhibit 2 hereto.  Mr.

14  Wooten's hourly rate was as follows:

15

16  80.      **Kirk Tsai** is a former contract attorney at Bingham.  A summary of the time Mr.

17  Tsai spent on this matter and the value of that work is contained in Exhibit 2 attached hereto.

18  Mr. Tsai's hourly rate was as follows:

19

20  81.      **Natasha Song** is a former contract attorney at Bingham.  A summary of the time

21  Ms. Song spent on this matter and the value of that work is contained in Exhibit 2 hereto.  Ms.

22  Song's hourly rate was as follows:

23

24  82.      **Remedios Concepcion** is a former contract attorney at Bingham.  A summary of

25  the time Mr. Concepcion spent on this matter and the value of that work is contained in Exhibit 2

26  attached hereto.  Mr. Concepcion's hourly rates were as follows:

27

28  83.      **Samik Bhattacharyya** is a former contract attorney at Bingham.  A summary of

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1   the time Mr. Bhattacharyya on this matter and the value of that work is contained in Exhibit 2

2   attached hereto.  Mr. Bhattacharyya's hourly rate was as follows:

3

4        84.     **Jana Kurka** is a former contract attorney manager at Bingham.  A summary of

5   the time Ms. Kurka spent on this matter and the value of that work is contained in Exhibit 2

6   attached hereto.  Ms. Kurka's hourly rates were as follows:

7

8

9

10       85.     **Ben Quinn** is a former litigation specialist at Bingham and then at Morgan Lewis.

11  Mr. Quinn had previously assisted attorneys on *Oracle USA, Inc. et al. v. SAP AG et al*.  A

12  summary of the time Mr. Quinn spent on this matter and the value of that work is contained in

13  Exhibit 2 attached hereto.  Mr.Quinn's hourly rates were as follows:

14

15

16

17

18

19

20

21       86.     **Greg R. Chan** is a former litigation specialist at Bingham.  A summary of the

22  time Mr. Chan spent on this matter and the value of that work is contained in Exhibit 2 attached

23  hereto.  Mr. Chan's hourly rates were as follows:

24

25

26       87.     **Steve MacNeill** is a former litigation specialist at Bingham.  A summary of the

27  time Mr. MacNeill spent on this matter and the value of that work is contained in Exhibit 2

28  attached hereto.  Mr. MacNeill's hourly rates were as follows:

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1     ███████████████████████████████████████

2     88.      **Timothy R. Garner** is a litigation specialist at Morgan Lewis.  A summary of the

3     time Mr. Garner spent on this matter and the value of that work is contained in Exhibit 2 attached

4     hereto.  Mr. Garner's hourly rates were as follows:

5     ███████████████████████████████████████

6     ███████████████████████████████████████

7     89.      **Lynne S. Palmer** is a research librarian at Morgan Lewis.  A summary of the

8     time Ms. Palmer spent on this matter and the value of that work is contained in Exhibit 2

9     attached hereto.  Ms. Palmer's hourly rates were as follows:

10    ███████████████████████████████████████

11    ███████████████████████████████████████

12    ███████████████████████████████████████

13    ███████████████████████████████████████

14    ███████████████████████████████████████

15    ███████████████████████████████████████

16    90.      **Theresa Kim** is a research librarian at Morgan Lewis.  A summary of the time

17    Ms. Kim spent on this matter and the value of that work is contained in Exhibit 2 attached hereto.

18    Ms. Kim's hourly rate was as follows:

19    ███████████████████████████████████████

20    91.      **Heather Hay Watson** is a research librarian at Morgan Lewis.  A summary of the

21    time Ms. Watson spent on this matter and the value of that work is contained in Exhibit 2

22    attached hereto.  Ms. Watson's hourly rate was as follows:

23    ███████████████████████████████████████

24    92.      **Amber Humphreys** is a former research librarian at Bingham.  A summary of the

25    time Ms. Humphreys spent on this matter and the value of that work is contained in Exhibit 2

26    attached hereto.  Ms. Humphreys's hourly rate was as follows:

27    ███████████████████████████████████████

28    93.      **Anna M. Dana** is a former research librarian at Bingham.  A summary of the

Case No  2:10-cv-0106-LRH-PAL

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1  time Ms. Dana spent on this matter and the value of that work is contained in Exhibit 2 attached

2  hereto.  Ms. Dana's hourly rates were as follows:

3

4

5

6  94.  **Teresa Dippery** is a former research librarian at Bingham.  A summary of the

7  time Ms. Dippery spent on this matter and the value of that work is contained in Exhibit 2

8  attached hereto.  Ms. Dippery's hourly rate was as follows:

9

10  95.  **Stephanie Gardner** is a former research librarian at Bingham.  A summary of the

11  time Ms. Gardner spent on this matter and the value of that work is contained in Exhibit 2

12  attached hereto.  Ms. Gardner's hourly rate was as follows:

13

14  96.  **Melissa Jordan** is a former research librarian at Bingham.  A summary of the

15  time Ms. Jordan spent on this matter and the value of that work is contained in Exhibit 2 attached

16  hereto.  Ms. Jordan's hourly rate was as follows:

17

18  **Additional Attorneys' Fees**

19  97.  As described in the Declaration of James C. Maroulis and Exhibit A thereto,

20  Oracle was directly billed by the company H5 for its services in connection with this case.  H5

21  provided Oracle with attorneys who reviewed documents produced by Rimini in this litigation

22  and categorized or otherwise identified them by subject matter.  Oracle paid H5 a total of

23  $1,821,800.00 for its services on this case.  These costs are summarized in Exhibit 1.

24  98.  As described in the Maroulis declaration and Exhibit B thereto, Oracle was

25  directly billed by Huron Consulting Group, Inc. ("Huron") for its services in connection with this

26  case.  Huron provided Oracle with attorneys who reviewed documents collected by Oracle and

27  determined which ones should be produced in this litigation.  Oracle paid Huron a total of

28  $2,539,143.20 for its services on this case.  These costs are summarized in Exhibit 1.

Case No  2:10-cv-0106-LRH-PAL

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1   99.      Oracle incurred fees through its engagement with Black Letter Discovery LLP

2   ("Black Letter").  Black Letter provided Oracle with attorneys who assisted with document

3   review and discovery in this litigation.  Oracle paid Black Letter a total of 16,080.00 for its

4   services on this case.  True and correct copies of the Black Letter invoices are attached as Exhibit

5   13.  These costs are summarized in Exhibit 1.

6   100.      Oracle incurred fees through its engagement with Barg Coffin Lewis Trapp LLP

7   ("Barg Coffin").  Barg Coffin provided Oracle with assistance with discovery related to third

8   parties.  Oracle paid Barg Coffin a total of 12,815.12 for its services on this case.  True and

9   correct copies of the Barg Coffin invoices are attached as Exhibit 14.  These costs are

10  summarized in Exhibit 1.

11                                    **Expenses**

12  101.      In addition to attorneys' fees, Oracle incurred costs relating to this case.

13  Including travel, court fees, copying costs, delivery costs, database and document hosting and

14  review costs, and expert costs, these costs totaled $22,218,798.92.  A summary of the taxable

15  and non-taxable costs incurred by Oracle for this case is contained in Exhibit 1.  The bills

16  reflecting these costs are contained in Exhibits 3-9, 15-19 to this declaration, Exhibits to the

17  Declaration of Kieran P. Ringgenberg, and Exhibits to the Declaration of Jim Maroulis.

18  102.      Bingham maintained and Morgan Lewis maintains accounting records in the

19  ordinary course of business in which expenses are logged at the time they are incurred.  The

20  accounting records include a record of every expense incurred during the course of this matter.

21  The expenses charged to (and paid by) Oracle in this case are reflected in the monthly bills

22  attached as Exhibits 3-9, 15-19 (except that payment for September 2015 remains in process).

23  Those costs are summarized in Exhibit 1.  ██████████████████████████████████████

24  ████████████████████████████████████████████████████████████████████████

25  ██████████████████████

26  103.      Oracle incurred costs through its engagement with Jury Research Institute

27  ("JRI").  JRI provided Oracle with jury selection consultation.  Oracle paid JRI a total of

28  $155,468.99 for its services on this case.  True and correct copies of the JRI invoices are attached

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1   as Exhibit 15.  These costs are summarized in Exhibit 1.

2      104.      Oracle incurred costs through its engagement with Dr. Daniel S. Levy of

3   Advanced Analytics Consulting Group ("AACG").  AACG provided Oracle with expert

4   statistical analysis.  Oracle paid AACG a total of $554,004.88 for its services on this case.  True

5   and correct copies of the AACG invoices are attached as Exhibit 16.  These costs are

6   summarized in Exhibit 1.

7      105.      Oracle incurred costs through its engagement with Elizabeth Dean of TM

8   Financial Forensics ("TMF").  TMF provided Oracle with expert damages analysis.  Oracle paid

9   TMF a total of $1,812,066.02 for its services on this case.  True and correct copies of the TMF

10  invoices are attached as Exhibit 17.  These costs are summarized in Exhibit 1.

11     106.      Oracle incurred costs through its engagement with Edward Yourdon of Nodruoy,

12  Inc. ("Nodruoy").  Nodruoy provided Oracle with expert industry custom analysis.  Oracle paid

13  Nodruoy a total of $333,037.41 for its services on this case.  True and correct copies of the

14  Nodruoy invoices are attached as Exhibit 18.  These costs are summarized in Exhibit 1.

15     107.      Oracle incurred costs through its engagement with Dr. Randall Davis.  Dr. Davis

16  provided Oracle with expert computer science analysis.  Oracle paid Dr. Davis a total of

17  $514,152.61 for his services on this case.  True and correct copies of the Dr. Davis invoices are

18  attached as Exhibit 19.  These costs are summarized in Exhibit 1.

19     108.      For any of the above-described expert invoices, redacted time entries reflect costs

20  Oracle is not seeking to recover.

21     109.      Oracle also incurred costs as reflected in the Declaration of Kieran P.

22  Ringgenberg and accompanying exhibits.  These costs are summarized in Exhibit 1.

23     110.      As described in the Maroulis Declaration, Oracle was directly billed by Stroz

24  Friedberg, LLC ("Stroz") for its services in connection with this case.  Stroz provided Oracle

25  with electronic document hosting and preservation services, as well as a document review and

26  production platform for discovery that Oracle produced and received in this case.  Oracle paid

27  Stroz a total of $13,029,113.59 for its services on this case.  Taxable costs related to Stroz's

28  processing and production of Oracle's own documents are highlighted in blue in Exhibit C to the

1    Maroulis Declaration.  These costs are summarized in Exhibit 1.

2                            **Transcripts and Documents**

3         111.        Attached as Exhibit 20 is a true and correct copy of an excerpt of the transcript of

4    the May 21, 2009 deposition of Seth Ravin, Rimini's Chief Executive Officer.

5         112.        Attached as Exhibit 21 is a true and correct copy of an excerpt of the transcript of

6    the July 21, 2010 deposition of Mr. Ravin.

7         113.        Attached as Exhibit 22 is a true and correct copy of Trial Stipulation Regarding

8    Claims for Damages and Attorney Fees in *Oracle USA, Inc. v. SAP AG*, N.D. Cal. Case No. 07-

9    CV-1658, Dkt. 961.

10        114.        Attached as Exhibit 23 is a true and correct copy of the Trial Stipulation between

11   Oracle USA, Inc. and SAP AG in *Oracle USA, Inc. v. SAP AG*, N.D. Cal. Case No. 07-CV-1658,

12   Dkt. 911.

13        115.        Attached as Exhibit 24 is a true and correct copy of the Stipulation and Order

14   Finding Non-Parties Rimini Street, Inc. and Seth Ravin in Civil Contempt in *Oracle USA, Inc. v.*

15   *SAP AG,* No. 2:09-CV-01591-KJD-GWF, Dkt. 49.

16        116.        Attached as Exhibit 25 is a true and correct copy of the criminal plea agreement

17   between the United States of America and TomorrowNow, Inc. in *United States v.*

18   *TomorrowNow, Inc.* N.D. Cal. Case No. 11-CR-00642, Dkt. 13.

19        117.        Attached as Exhibit 26 is a true and correct copy of an excerpt of the 2014

20   National Law Journal Billing Survey.  The survey data is sorted according to the "Partner Billing

21   Rate High" column and data is for the firms with the highest 50 entries in that column.

22        118.        Attached as Exhibit 27 is a true and correct copy of the list of the parties'

23   attorneys, as provided on this case's docket on the District Court of Nevada's Public Access to

24   Court Electronic Records (PACER) website.

25        119.        Attached as Exhibit 28 is a true and correct copy of Parties' Joint Pretrial

26   Statement in *Oracle USA, Inc. v. SAP AG*, N.D. Cal. Case No. 07-CV-1658, Dkt. 745.

27        120.        Attached as Exhibit 29 is a true and correct excerpt from Defendant Rimini Street

28   Inc.'s Second Amended Responses and Objections to Plaintiffs' Third Set of Requests for

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES

1   Admissions to Defendant Rimini Street, Inc., dated January 4, 2012.

2

3

4        I declare that the foregoing is true under penalty of perjury under the laws of the United

5   States.

6        Executed November 13, 2015 at San Francisco, California.

7

8

9                                          _/s/_      _Thomas S. Hixson_
                                               Thomas S. Hixson

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF THOMAS S. HIXSON
IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES