# EXHIBIT 1

## EXHIBIT 1

| **Attorneys' Fees** | |
|---|---|
| Bingham and Morgan Lewis Attorneys' Fees, Hixson Decl. ¶ 4 | $ 17,920,293.74 |
| Boies Schiller Attorneys' Fees, Ringgenberg Decl. ¶ 4, Ex. 1 | $ 11,667,590.00 |
| H5 & Huron Contract Attorneys' Fees, Hixson Decl. ¶¶ 97-98 | $ 4,360,943.20 |
| Other Attorneys' Fees, Hixson Decl. ¶¶ 99-100 (Black Letter, Barg Coffin) | $ 28,895.12 |
| **TOTAL ATTORNEYS' FEES** | **$33,977,722.06** |
| | |
| **Taxable Costs** | |
| Deposition Costs, Hixson Decl. ¶ 101 | $ 192,999.70 |
| Stroz Fees for Oracle Productions, , Hixson Decl. ¶ 110 | $ 4,757,561.00 |
| **TOTAL TAXABLE COSTS** | **$ 4,950,560.70** |
| | |
| **Non-Taxable Costs** | |
| Stroz Electronic Discovery Costs, Hixson Decl. ¶ 110 | $ 8,271,552.59 |
| | |
| Expert Fees (Davis, AACG, Nodrouy, TMF), Hixson Decl. ¶¶ 105-108 | $3,281,361.85 |
| Expert Fees (Elysium), Ringgenberg Decl. ¶¶ 44-45, Ex. 1 | $4,456,615.52 |
| | |
| Other Consultant Fees (JRI), Hixson Decl. ¶ 103 | $93,534.83 |
| Other Consultant Fees, Ringgenberg Decl. ¶ 46, Ex. 1 | $ 111,722.31 |
| | |
| Other Non-Taxable Costs, Hixson Decl. ¶ 101 | $ 558,721.70 |
| Other Non-Taxable Costs, Ringgenberg Decl. ¶ 42, Ex. 1 | $ 432,795.26 |
| **TOTAL NON-TAXABLE COSTS** | **$17,268,238.22** |
| | |
| **TOTAL ATTORNEYS' FEES AND COSTS SOUGHT** | **$56,196,520.98** |

DB3/ 200582061.1