# EXHIBIT 2

# EXHIBIT 2[1]

| Title | Timekeeper | Total Hours Claimed | Total Amount Claimed |
|---|---|---|---|
| **Partner** | | 9422.2 | $6,076,936.76 |
| | Bree Hann*[2] | 892.9 | $502,689.91 |
| | David O. Johanson | 57.6 | $36,600.96 |
| | Frank M. Hinman | 17.7 | $15,213.15 |
| | Geoffrey M. Howard* | 1645.66 | $1,323,748.35 |
| | Holly A. House* | 2.7 | $1,786.04 |
| | John A. Polito | 2581 | $1,411,973.50 |
| | Kristen Palumbo | 2073.84 | $1,119,646.21 |
| | Rachelle A. Dubow | 20.7 | $10,432.80 |
| | Thomas S. Hixson | 3924.8 | $2,521,944.19 |
| | Zachary J. Alinder* | 18.8 | $9,321.75 |
| **Counsel** | | 3797.3 | $1,838,066.99 |
| | Chad Russell | 554.7 | $262,580.70 |
| | Kyle Zipes* | 135.3 | $55,386.00 |
| | Marjory Gentry* | 1293.5 | $643,680.17 |
| **Associate** | | 17894.97 | $8,384,470.42 |
| | Dhruv Kaushal* | 21.5 | $8,030.25 |
| | Elizabeth M. Sartori | 94.6 | $30,650.40 |
| | Joy Sherrod* | 7 | $2,772.00 |
| | Kevin Papay | 1579.65 | $583,169.05 |
| | Kirstie A. McCornock | 1151.3 | $651,108.28 |
| | Manu Pradhan* | 3044.37 | $1,346,307.01 |
| | Martha Jeong* | 1241.5 | $477,641.32 |
| | Nargues Motamed Eder | 2234.22 | $1,146,783.76 |
| | Nicolette Young | 35.4 | $16,567.20 |
| | Nitin Jindal | 2147.46 | $1,186,223.25 |
| | Shameek Ghose* | 21.2 | $9,265.05 |
| | Spencer H. Wan | 1215.5 | $519,563.00 |
| | Thai Q. Le | 669.18 | $300,908.65 |
| | Zachary Hill | 3714.79 | $1,613,267.60 |
| | Kirstie A. McCornock | 717.3 | $492,213.60 |
| **Contract Attorney** | | 981.8 | $166,552.76 |

---

[1] Certain individuals had different titles throughout this litigation. They are listed in this chart at their highest title.

[2] A "*" denotes an individual who no longer works for Morgan Lewis & Bockius LLP or who left Bingham McCutchen LLP before November 2014.

DB3/ 200582061.1

|  | Name | Hours | Amount |
|---|---|---|---|
|  | Caryn Bordonaro* | 44.3 | $6,578.55 |
|  | Cindy Langenbeck* | 224.2 | $33,293.70 |
|  | Erin A. Smart* | 58.3 | $20,988.00 |
|  | Guido Gaiteri* | 44.5 | $6,608.25 |
|  | James Wooten* | 44 | $6,534.00 |
|  | Kirk Tsai* | 19 | $2,821.50 |
|  | Natasha Song* | 21.3 | $3,019.28 |
|  | Remedios Concepcion* | 6 | $891.00 |
|  | Samik Bhattacharyya* | 44.3 | $6,578.55 |
|  | Jana Kurka* | 475.9 | $79,239.93 |
| **Lit Specialist** |  | **2233.46** | **$542,986.87** |
|  | Ben Quinn | 1765.86 | $419,858.17 |
|  | Greg R. Chan* | 65.2 | $16,137.00 |
|  | Steve MacNeill* | 117.7 | $23,304.60 |
|  | Timothy Garner | 2.5 | $618.75 |
|  | Ben Quinn | 250.7 | $74,378.35 |
|  | Timothy Garner | 31.5 | $8,690.00 |
| **Paralegal** |  | **6148.73** | **$1,374,758.35** |
|  | Andrew Obach | 777 | $149,052.30 |
|  | Charles Byers* | 65.5 | $9,432.00 |
|  | Christopher Suggs* | 2.9 | $548.10 |
|  | Jon Shackelford* | 7.3 | $919.80 |
|  | Joshua Berger* | 109.8 | $19,275.30 |
|  | Lisa S. Lee | 3080.93 | $768,806.89 |
|  | Michelle S. Castaneda | 32.2 | $7,824.60 |
|  | Nathan A. Banks* | 221.2 | $27,009.00 |
|  | Nathan Hall | 2.4 | $453.60 |
|  | Norberto Arreola | 25 | $5,175.00 |
|  | P. Frank Downing* | 7.3 | $2,069.55 |
|  | Robin S. Goldberg* | 565.6 | $109,547.31 |
|  | Thomas V. Hilton | 619.8 | $117,016.20 |
|  | Wendy Riggs* | 631.8 | $157,628.70 |
| **Paralegal Mgr** |  | **3.3** | **$1,039.50** |
|  | Rue Lynn Allen | 3.3 | $1,039.50 |
| **Temp Paralegal** |  | **7.8** | **$1,123.20** |
|  | Ricky N. Calcao* | 7.8 | $1,123.20 |
| **Research Spec.** |  | **150.3** | **$30,630.79** |
|  | Amber Humphreys* | 0.4 | $68.40 |
|  | Anne M. Dana* | 66.4 | $13,550.31 |

|  | Lynne S. Palmer | 64.7 | $13,325.68 |
|---|---|---|---|
|  | Melissa Jordan* | 1 | $189.00 |
|  | Stephanie Gardner* | 3 | $567.00 |
|  | Teresa Dippery* | 14.8 | $2,930.40 |
| **Librarian** |  | **2.7** | **$817.10** |
|  | Heather Hay Watson | 0.3 | $64.50 |
|  | Lynne S. Palmer | 0.4 | $222.60 |
|  | Theresa Kim | 2 | $530.00 |
| **10% Adj for 2015[3]** |  | 0 | -$497,089.00 |
|  | **Total Bingham and Morgan Lewis Attorneys' Fees** | 40642.56 | $17,920,293.74 |

---

[3] Prior to 2015, Morgan Lewis & Bockius LLP (and before that, Bingham McCutchen LLP) tracked the 10% discount provided to Oracle (*see* Hixson Decl., ¶ __) for each attorney's time entries for a given month. However, starting in 2015, that discount was allocated to an entire month's invoice and thus could not be offset, by attorney, against the billed amounts.