# EXHIBITS 3 - 9
# FILED UNDER SEAL