# EXHIBIT 10

| | |
|---|---|
| **From:** | Polito, John A. |
| **Sent:** | Wednesday, August 17, 2011 5:17 PM |
| **To:** | 'Reckers, Robert H. (SHB)'; 'Buresh, Eric A. (SHB)' |
| **Cc:** | Howard, Geoff; 'Kieran Ringgenberg'; Glidewell, Jeff O. (SHB) |
| **Subject:** | Oracle v. Rimini Street and Ravin:  Questions regarding Exhibit 1A |

Counsel,

There are several outstanding items regarding Exhibit 1A to Rimini Street's Responses to Oracle's Fifth Set of Interrogatories ("Exhibit 1A") that it would be useful to address in advance of Friday's meet and confer call. While there are other issues we continue to analyze regarding your responses to those Interrogatories and the ongoing meet and confer concerning those responses, I wanted to get these questions to you as soon as possible.

1. Following up on a request I made during our 7/27 telephonic meet and confer, and again at our 8/9 in person meet and confer, can you provide an update regarding identification of the PeopleTools versions associated with each of the PeopleSoft environments on Exhibit 1A?

2. Do Defendants intend to assert a license defense with respect to any of the PeopleSoft environments listed on Exhibit 1A where "build source" is identified as "unknown"?

3. Do Defendants intend to assert a license defense with respect to any of the PeopleSoft environments listed on Exhibit 1A where "client name" is identified as "unknown"?

4. There are three PeopleSoft environments that were listed on Defendants' 12/21/2010 environment list (Exhibit A to Oracle's Fifth Set of Interrogatories to Rimini Street) and are not currently listed in Exhibit 1A:

F803VF
F842JBHD
H890BLU3

Does Rimini Street agree to supplement its response to Interrogatories 20, 22 and 23 with information about these environments?

5. Oracle has become aware of 10 additional PeopleSoft environments that are or were present on Rimini Street's computer systems, that were not listed on Defendants' 12/21/2010 environment list, and that are not currently listed in Exhibit 1A:

F842MPTO
H801CMS2
H801MPTO
H831COE2
H831IBMO
H831SSO2
H881KCHO
H881OFGL
H890JBHD
H890STFM

Does Rimini Street agree to supplement its response to Interrogatories 21, 22 and 23 with information about these environments?

6. PeopleSoft Change Assistant virtual machines such as RSI-CA-HARRYDAVID contain installations of PeopleTools, according to the testimony of Mr. Corpuz. Does Rimini Street agree to supplement its responses to Oracle's Interrogatories 21, 22 and 23 with information about PeopleSoft Change Assistant virtual machines?

Regards,
John Polito