# EXHIBIT 11

| | |
|---|---|
| **From:** | Polito, John A. |
| **Sent:** | Tuesday, November 01, 2011 11:07 AM |
| **To:** | 'Reckers, Robert H. (SHB)' |
| **Cc:** | Buresh, Eric A. (SHB); 'Niegowski, David J. (SHB)'; Glidewell, Jeff O. (SHB); Howard, Geoff; 'Kieran Ringgenberg'; Hixson, Thomas S. |
| **Subject:** | Oracle USA Inc., et al. v. Rimini Street, Inc. and Seth Ravin:  Defendants' Exhibit 1C-1 |

Rob,

There are a number of discrepancies between Ex. 1C to Rimini Street's Responses to Oracle's Fifth Set of Interrogatories and Ex. 1C-1 to Rimini Street's First Supplemental Responses to Oracle's Fifth Set of Interrogatories that suggest that an error was made in creating Ex. 1C-1.  Certain of these discrepancies relate to the associated customer. By way of example, RSI-980-CL01, which had previously been identified as an environment associated with First Service Networks, is now identified as being associated with Harlequin Enterprises Ltd.  Similarly, RSI-531-CL01 had been identified as an environment associated with NSB Retail Solutions, Inc., and is now identified as being associated with Erdman Company. Other discrepancies relate to information about the installed software. For instance, environment ERDMN-SBL-78-AP had been identified as containing Siebel Enterprise : 7.8.2.11 [19244], Siebel Tools & Mobile Web Client : 7.8.2 [19213], but is now identified as containing no Siebel software; meanwhile, RSI-531-CL01, which had been identified as containing Siebel Mobile Web Client : 7.8.2 [19213], is now identified as containing Siebel Enterprise : 7.8.2.11 [19244], Siebel Tools & Mobile Web Client : 7.8.2 [19213].

Oracle requests that Rimini Street investigate these discrepancies and provide a corrected version of Ex. 1C-1 as soon as possible.  Please note that Oracle has identified a number of additional deficiencies in Rimini Street's First Supplemental Responses to Oracle's Fifth Set of Interrogatories, which will be identified in separate correspondence.

Regards,
John Polito

John A. Polito
*Associate*
T 415.393.2314
F 415.393.2286
john.polito@bingham.com

B I N G H A M
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067