# EXHIBIT 12

# BINGHAM

John A. Polito
Direct Phone: 415.393.2314
Direct Fax:    415.393.2286
john.polito@bingham.com

December 2, 2011

**Via Electronic Mail**

Robert H. Reckers, Esq.
Shook, Hardy & Bacon LLP
JPMorgan Chase Tower
600 Travis Street, Suite 1600
Houston, TX  77002

Re:  *Oracle USA, Inc. et al. v. Rimini Street, Inc. and Seth Ravin*
     Case No. 2:10-cv-00106 (D. Nev.)

Dear Rob:

I write regarding deficiencies in Rimini Street's initial and supplemental responses to Oracle's Interrogatories 20, 21 and 22 to Rimini Street (Fifth Set).

Oracle's Interrogatories 20, 21 and 22 seek basic information about "environments," which are the copies of Oracle software that result from installing PeopleSoft, J.D. Edwards and Siebel software on computer systems and storage devices. Rimini Street has admitted that each environment "embodies more than a trivial amount of protectable expression from at least one of the registered works." *See* Rimini Street's Response to Oracle's Request For Admission 19 (Set Two).[1] These Interrogatories also seek information about "installation media," which are the CDs, DVDs, and downloadable files that Oracle provides to its customers for the purpose of installing and upgrading Oracle software, and about other fixes, patches, upgrades and similar materials that can be used to modify installed Oracle software.

All of this information is relevant to Rimini Street's license defense, in at least two ways: First, if Rimini Street cannot establish that a given environment on its systems was created using any particular customer's software, then it has no basis to claim that any particular customer's license agreement with Oracle applies to or authorizes that environment.  Second, if Rimini Street can establish that a given environment was created with a particular customer's software, then Oracle and Rimini Street can litigate

---

[1] Virtual machines listed in Rimini Street's responses to Interrogatories 20 and 21 and identified as "No Siebel" environments were excluded from the scope of RFA 19.

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA
94111-4067

T 415.393.2000
F 415.393.2286
bingham.com

Robert H. Reckers, Esq.
December 2, 2011
Page 2

regarding that customer's relevant licenses to establish whether the environment was licensed or unlicensed. Thus, the basis purpose of these interrogatories is to learn which customer license, if any, applies to each given local environment on Rimini Street's computer systems.

Rimini Street's responses to Oracle's Interrogatories 20, 21 and 22 are inadequate. Rimini Street has failed to provide any information at all about a number of environments. Where Rimini Street has responded with information about environments, the information provided is incomplete, vague, and frequently contradicted by deposition testimony and by documents within Rimini Street's own production. *Compare, e.g.*, Exhibit 1A-1 to Rimini Street's Supplemental Responses to Oracle's Fifth Set of Interrogatories (stating that H890RCEO, an environment associated with customer Richardson Electronics, was built from Richardson Electronics's own software) *with* Deposition of Krista Williams, October 5, 2011 ("Williams Depo"), at 138:18-139:19 & Ex. 483 (establishing that H890RCEO was created from a back-up of H890CDAO, an environment associated with customer Canon Development Americas, Inc.). Oracle requests that Rimini Street amend and supplement its responses to Interrogatories 20, 21 and 22.

**Failure to admit installation from centralized, non-specific software library**

Rimini Street's employees have testified that, until as late as 2010, Rimini Street regularly built its local environments using installation media from the central, non-customer-specific software libraries that are the subject of Oracle's Interrogatories 24 and 25 to Rimini Street (Fifth Set). *See, e.g.*, Deposition of George Lester, November 11, 2011, at 69:2-71:8 (testifying that software from non-customer-specific libraries was used to build PeopleSoft local environments at Rimini Street); Williams Depo at 26:22-27:23 ("[I]f the customer were licensed, we would use the copy [of installation media] in the centralized location" to create a PeopleSoft environment); *id.* at 194:15-25 & Ex. 503) (January 2010 request for deletion of centralized software library that "store[d] copies of Psft software for customer builds"); Deposition of John Whittenbarger, September 27, 2011, at 60:13-61:12 (software used to install Siebel was stored in a "common [network] share").

Interrogatories 20 and 21 ask Rimini Street to identify each "Environment and the Source(s) from which [Rimini Street] obtained all Installation Media used to create or modify that Environment." However, Rimini Street's responses to Interrogatories 20 and 21 do not admit that any of its local environments were built using installation media from the centralized software library. Instead, Rimini Street asserts that each environment was created by copying an existing environment ("cloning"), by "using the client's installation media," or by means unknown to Rimini Street.

Interrogatory 22 asks Rimini Street to identify "the Source(s) from which [Rimini Street] obtained all fixes, patches, updates, and other Software and Support Materials (other than Installation Media) used to create or modify [each] Environment." Again, Rimini Street does not admit that any of its local environments were built using fixes, patches, updates

Robert H. Reckers, Esq.
December 2, 2011
Page 3

or other materials from the centralized software library. Instead, Rimini Street asserts that the fixes, patches, updates and other materials applied to each environment were copied from a different local environment, were taken "from client source media," or came from a source unknown to Rimini Street.

Rimini Street's responses to Interrogatories 20, 21 and 22 cannot be reconciled with the testimony of percipient witnesses. Rather than performing a diligent investigation, it appears that Rimini Street has asserted that its local environments were built from a client's own licensed copies of Oracle software absent proof to the contrary. Such a blanket assertion is improper, especially where the evidence shows that Rimini Street's local environments were built using non-customer-specific software libraries as a matter of course.

Oracle requests that Rimini Street modify its responses to Interrogatories 20, 21 and 22 to reflect that environments were regularly created using non-customer-specific software libraries. Oracle also requests that Rimini Street remove from its responses to Interrogatories 20, 21 and 22 any assertions that a client's specific installation media were used to create an environment where Rimini Street has not identified specific evidence in support of those assertions. Finally, Oracle requests that Rimini Street modify its responses to Interrogatories 20, 21 and 22 to identify all documents that it believes support its contentions that any environments were created using a client's specific installation media.

**Insufficient admissions regarding cloning**

As Defendants have conceded, a local environment can be created by cloning an existing environment, by installing the environment from scratch using installation media, fixes, patches and updates, and through combinations of these approaches. *See, e.g.*, Williams Depo at 20:25-21:11, 74:20-75:4 (creation of PeopleSoft environments from installation media, from cloning Rimini Street local environments, from copies of a customer's existing environment, and from combinations thereof); Deposition of Ray Grigsby Pursuant to Fed. R. Civ. P. 30(b)(6), June 8, 2011, at 171:7-172:3 & Ex. 190 (J.D. Edwards environment cloning); Whittenbarger Depo at 113:1-20 (Siebel environment cloning). Cloning an environment may involve a multi-step process where a virtual machine containing a first environment is cloned, some files or components of the cloned (second) environment are deleted, and materials are then copied to the cloned environment from a third environment or from some location on Rimini Street's computer networks. *See, e.g.*, Williams Depo at 100:5-16 (defining the "clone and restore" process to be "when you clone a VM, delete the existing PS home, or maybe rename it, delete the database, and then copy a backup of an existing PS home folder and database export from a preexisting environment").

Rimini Street's responses to Interrogatories 20 and 21 fail to admit that any J.D. Edwards and Siebel environments were created by cloning existing environments. These responses cannot be reconciled with corporate and individual testimony. As to J.D. Edwards and Siebel, it appears that Rimini Street has merely assumed that each of its local

Robert H. Reckers, Esq.
December 2, 2011
Page 4

environments were created from client media. Whether or not this assumption resulted from reasonably diligent investigation, it cannot stand in the face of the corporate testimony by Mr. Grigsby and individual testimony by Mr. Whittenbarger to the contrary.

As for PeopleSoft environments, even where Rimini Street has acknowledged that one environment was cloned from another, Rimini Street's responses to Interrogatories 20, 21 and 22 are insufficient and confusing. For example, Rimini Street's responses currently state that H881DEVM was cloned from H831HASM. However, Rimini Street's corporate testimony is that H881DEVM was created by copying H881BISM. *See* Deposition of Beth Lester Pursuant to Fed. R. Civ. P. 30(b)(6), March 17, 2011, at 277:21-25. Oracle can speculate that H881DEVM was built through a clone and restore process, where H831HASM was cloned, portions of the cloned environment were deleted, and then portions of H881BISM were copied over to create H881DEVM. *Cf.* Williams Depo at 100:5-16 (defining the "clone and restore" process). Rimini Street, on the other hand, either knows exactly how each environment was made or knows that it cannot say with certainty. Either way, Rimini Street's responses to Interrogatories 20, 21 and 22 must be revised.

**Failure to identify environments**

Finally, Rimini Street's responses to Interrogatories 20, 21 and 22 provide no information about several local environments that are or have been present on its computer systems.

Rimini Street's responses provide no information for at least three of the environments contained in a December 21, 2010 list of environments then present on Rimini Street's computer systems and storage devices that Rimini Street had sent to Oracle. Clearly, Rimini is aware of those environments because Rimini compiled that list itself. In addition, Oracle provided Rimini Street with the names of environments missing from the December 21, 2010 list on May 25, 2011, August 7, 2011, and August 17, 2011. For at least 25 of those environments, Rimini Street has provided no information in its responses to Interrogatories 20-22. Nor has Rimini Street identified the versions of PeopleTools installed on the "Change Assistant virtual machines" listed in Exhibit 4 to Rimini Street's Response to Interrogatory 21. These omissions are and "must be treated as a failure to disclose, answer, or respond." Fed. R. Civ. P. 37(a)(4).

But this biggest problem is that this is the tip of the iceberg. Oracle has now identified over 1,000 distinct virtual machines and virtual machine back-ups that could contain environments. Rimini Street's interrogatory responses provide no information about any of the environments on over 500 of these virtual machines and back-ups. *See* Ex. A. It is clear that Rimini has made only a cursory attempt at identifying its local environments, and that when Rimini provides responsive information concerning environments not on the December 21, 2010 list, it is doing so only because Oracle has done the hard work (shown in its May 25, 2011, August 7, 2011 and August 17, 2011 communications) of analyzing Rimini's documents to determine that other environments exist. It is improper for Rimini to answer incompletely, forcing Oracle to find additional responsive evidence. This is more than just a problem of lack of diligence. Rimini does not want to devote

Robert H. Reckers, Esq.
December 2, 2011
Page 5

time to identifying additional local environments because it does not want to find them, because they are all infringing copies. However, Oracle is entitled to use discovery to uncover the facts that support its claims.

Interrogatories asking Rimini what Oracle software it has on its computers, how many copies it has, and how it installed them are perfectly proper and directly relevant to the case. Oracle asks the Court to require that Rimini Street respond fully to Interrogatories No. 20, 21 and 22 as to each and every one of the virtual machines and virtual machine back-ups that Oracle has identified to date, as listed in Exhibit A to this letter.

Sincerely yours,

John Polito

Attachment

cc:  Kieran Ringgenberg
     Fred Norton
     Stacey Phan
     Eric Buresh
     Jeff Glidewell
     Geoff Howard
     Tom Hixson
     Kristen Palumbo

| # | Virtual machine, environment, or back-up name |
|---|---|
| 1 | 00-city_of_eugene__rsi_h831coe2__1 |
| 2 | 00-crm_customerwise_vm |
| 3 | 00-ibm__rsi_h831ibmo_ |
| 4 | 00-peoplesoft w2k server template (_1 |
| 5 | 00-peoplesoft_w2k_server_template ___1 |
| 6 | 00-ps template w2000s,m2000,wl81,t8 |
| 7 | 00-ps_download1__rsi_psextract1_ |
| 8 | 00-ps_download2__rsi_psextract2_ |
| 9 | 00-ps_template_w2000s_m2000_wl81_t8 |
| 10 | 00-psft demo |
| 11 | 00-psft_848_msss |
| 12 | 00-psft_848_ws01 |
| 13 | 00-psft_demo |
| 14 | 00-psft-848-msss |
| 15 | 00-psft-848-ws01 |
| 16 | 00-rsi_c890ssoo |
| 17 | 00-rsi_crm_tst1 |
| 18 | 00-rsi_crm_tst2 |
| 19 | 00-rsi_extract |
| 20 | 00-rsi_f842mpto |
| 21 | 00-rsi_h801cms2 |
| 22 | 00-rsi_h801cmso |
| 23 | 00-rsi_h831giho |
| 24 | 00-rsi_jdw_01__siebel_7.8_app_sqlsv |
| 25 | 00-rsi_jdw_02__siebel_7.8_app_web_s |
| 26 | 00-rsi_sharepoint |
| 27 | 00-rsi-c890ssoo |
| 28 | 00-rsi-f803cmso |
| 29 | 00-rsi-f842mpto |
| 30 | 00-rsi-h801cms2 |
| 31 | 00-rsi-h801cmso |
| 32 | 00-rsi-h831coe2 |
| 33 | 00-rsi-h831giho |
| 34 | 00-rsi-h890stfm |
| 35 | 00-rsimail02 |
| 36 | 00-rsi-pstmp001 |
| 37 | 00-ubid__rsi_140_001_ |
| 38 | 00-w2000s,m2000,wl81,t81,c9 (rsi-ps |
| 39 | 00-w2000s_m2000_wl81_t81_c9__rsi_ps |
| 40 | 01-city_of_eugene__rsi_h831coe2_ |
| 41 | 01-peoplesoft w2k server template ( |
| 42 | 01-peoplesoft_w2k_server_template__ |
| 43 | 01-ps template w2000s,m2000,wl81,t8_1 |
| 44 | 01-ps template w2000sm2000,wl81,t8_1 |
| 45 | 01-ps_template_w2000s_m2000_wl81_t8_1 |
| 46 | 01-rsi-f803cmso_1 |
| 47 | 01-rsimail02_1 |
| 48 | 01-w2000s_m2000_wl81_t81_c9__rsi_ps_1 |
| 49 | 751cofo |
| 50 | 751nclo |

| # | Virtual machine, environment, or back-up name |
|---|---|
| 51 | 890jllo |
| 52 | albridge -rsi-104-wb01 |
| 53 | albridge -rsi-104-wb01 |
| 54 | albridge -rsi-104-wb01 |
| 55 | albridge -rsi-104-wbo1 |
| 56 | birdville independent school dis |
| 57 | birdville independent school dis_1 |
| 58 | consolidate helper |
| 59 | cos_4_template |
| 60 | crm_customerwise_vm |
| 61 | crm-customerwise2-vm |
| 62 | crm-customerwise-vm |
| 63 | dave_and_busters__rs |
| 64 | deployment server |
| 65 | dhl-sbl-7729-an |
| 66 | dhl-sbl-7729-ap |
| 67 | dhl-sbl-7729-or |
| 68 | esx03_store_a |
| 69 | esx03_store_b |
| 70 | esxpress_helper.rsi-esx0 3.internal.rsi.1 |
| 71 | esxpress_helper.rsi-esx0 3.internal.rsi.2 |
| 72 | esxpress_helper.rsi-esx0 3.internal.rsi.3 |
| 73 | esxpress_helper.rsi-esx0 3.internal.rsi.4 |
| 74 | esxpress_helper.rsi-esx0 3.internal.rsi.5 |
| 75 | esxpress_helper.rsi-esx0 3.internal.rsi.6 |
| 76 | esxpress_vbas |
| 77 | f753devm |
| 78 | f803cmso |
| 79 | f81hiho |
| 80 | f842codp |
| 81 | f881c000 |
| 82 | f881hhiho |
| 83 | f890rce0 |
| 84 | f89orceo |
| 85 | fntdb4 |
| 86 | forefront |
| 87 | fre-cert-svr-01 |
| 88 | fre-cert-svro1 |
| 89 | fre-crm-test-01 |
| 90 | fre-devtrack |
| 91 | fre-devweb-01 |
| 92 | fre-devweb-02 |
| 93 | fre-epsec-01 |
| 94 | fre-isec-audit-01 |
| 95 | fre-its-vc-01.internal.rsi |
| 96 | fre-legal-asp |
| 97 | fre-legal-asplegal |
| 98 | fre-legal-wsgr |
| 99 | fre-ops-ap01 |
| 100 | fre-rr-01 |

| # | Virtual machine, environment, or back-up name |
|---|---|
| 101 | fre-sca-jde01 |
| 102 | fre-sca-psft01 |
| 103 | fre-sca-sap01 |
| 104 | fre-sca-sebl01 |
| 105 | fre-scom-01 |
| 106 | fre-sp3 |
| 107 | fre-sp4 |
| 108 | fre-test-01 |
| 109 | fre-test-02 |
| 110 | fre-test-03 |
| 111 | fre-vaultgw-01 |
| 112 | fs890kcbo |
| 113 | h01roso |
| 114 | h31hndd |
| 115 | h31igno |
| 116 | h31usio |
| 117 | h701aud |
| 118 | h701rhfo |
| 119 | h751dbho |
| 120 | h751ede |
| 121 | h751edeo |
| 122 | h751lctm |
| 123 | h751moa |
| 124 | h751ncl0 |
| 125 | h801cmg2 |
| 126 | h801cms2 |
| 127 | h801dbgm |
| 128 | h801gshm |
| 129 | h801mptm |
| 130 | h801qg12 |
| 131 | h801qgi |
| 132 | h801qgi12 |
| 133 | h801sftm |
| 134 | h801trao |
| 135 | h81remo |
| 136 | h830bau2 |
| 137 | h830qgi2 |
| 138 | h831 |
| 139 | h831ccm |
| 140 | h831ckrd |
| 141 | h831codp |
| 142 | h831exeo |
| 143 | h831fdm |
| 144 | h831fs12 |
| 145 | h831ghco |
| 146 | h831hhg |
| 147 | h831kubo |
| 148 | h831libo |
| 149 | h831mcfo |
| 150 | h831ofgo |

| # | Virtual machine, environment, or back-up name |
|---|---|
| 151 | h831olgo |
| 152 | h831sphm |
| 153 | h831wpsd |
| 154 | h83sphd |
| 155 | h880mcam |
| 156 | h881aoso |
| 157 | h881bauo |
| 158 | h881bis |
| 159 | h881cabo |
| 160 | h881ccmm |
| 161 | h881ckhd |
| 162 | h881ddp0 |
| 163 | h881ddps |
| 164 | h881depo |
| 165 | h881devo |
| 166 | h881dmvm |
| 167 | h881easo |
| 168 | h881echo |
| 169 | h881messm |
| 170 | h881misd |
| 171 | h881mosm |
| 172 | h881mwvd |
| 173 | h881ppcm |
| 174 | h881snso |
| 175 | h881sphd |
| 176 | h881upno |
| 177 | h881upno |
| 178 | h881vico |
| 179 | h881vit |
| 180 | h881wey |
| 181 | h881yum |
| 182 | h881yumed |
| 183 | h8890snso |
| 184 | h88hico |
| 185 | h89 0aoso |
| 186 | h890 wind |
| 187 | h890asem |
| 188 | h890aso |
| 189 | h890bau |
| 190 | h890coem |
| 191 | h890como |
| 192 | h890dkso |
| 193 | h890jllm |
| 194 | h890liz |
| 195 | h890mos |
| 196 | h890mwv |
| 197 | h890noro |
| 198 | h890roso |
| 199 | h890str |
| 200 | h890vano |

| # | Virtual machine, environment, or back-up name |
|---|---|

| # | Virtual machine, environment, or back-up name |
|---|---|
| 201 | h890yumd |
| 202 | h900com0 |
| 203 | h900dks |
| 204 | h900dsko |
| 205 | h900lcro |
| 206 | h90dkso |
| 207 | h910mdto |
| 208 | h980stro |
| 209 | h990dkso |
| 210 | h990lbio |
| 211 | has2 |
| 212 | hasi |
| 213 | hcm751cofo |
| 214 | hcm801mptm |
| 215 | hcm831lbio |
| 216 | hcm831pepo |
| 217 | hcm881ghco |
| 218 | hcm881muto |
| 219 | hr881 kub |
| 220 | i |
| 221 | ibm__rsi_h831ibmo_ |
| 222 | industrial scientific app (rsi-1 |
| 223 | industrial scientific cli (rsi-1 |
| 224 | industrial scientific db (rsi-13 |
| 225 | industrial scientific web (rsi-1 |
| 226 | internet brands |
| 227 | it_test_xp |
| 228 | it_xp-msdn_sp3 |
| 229 | jcope5tcl1 |
| 230 | jcope5tcl2 |
| 231 | jcope5tde1 |
| 232 | jcope5ten1 |
| 233 | jcope5twe1 |
| 234 | jde-extract1 |
| 235 | jde-extract2 |
| 236 | jde-extract3 |
| 237 | jde-extract4 |
| 238 | meadwestvaco_backup |
| 239 | medtronics - jmede2tcl1 |
| 240 | medtronics - jmede2tcl2 |
| 241 | medtronics - jmede2tde1 |
| 242 | medtronics - jmede2tsa1 |
| 243 | novell-ap01 |
| 244 | peoplesoft 2003 server template |
| 245 | peoplesoft w2k server template ( |
| 246 | peoplesoft w2k server template (_1 |
| 247 | peoplesoft_w2k_serve |
| 248 | peoplesoft_w2k_server_template__rsi_psw2k_ |
| 249 | ps template w2000s,m2000,wl81,t8 |
| 250 | ps template w2000s,m2000,wl81,t8_1 |

| # | Virtual machine, environment, or back-up name |
|---|---|
| 251 | ps template w200s,m2000,ml81,t8_2 |
| 252 | ps_download1__rsi_ps |
| 253 | ps_download1__rsi_psextract1_ |
| 254 | ps_download2__rsi_ps |
| 255 | ps_download2__rsi_psextract2_ |
| 256 | ps_template_w2000s_m |
| 257 | ps_template_w2000s_m2000_wl81_t8 |
| 258 | psft demo |
| 259 | psft_848_msss |
| 260 | psft_848_ws01 |
| 261 | psft_demo |
| 262 | psft-84 8-ws01 |
| 263 | psft-win00-db2 |
| 264 | rhl_4_template |
| 265 | rshr80 |
| 266 | rsi dell open manage |
| 267 | rsi_c890ssoo |
| 268 | rsi_crm_tst1 |
| 269 | rsi_crm_tst2 |
| 270 | rsi_extract |
| 271 | rsi_f803cmso |
| 272 | rsi_f842mpto |
| 273 | rsi_h801cms2 |
| 274 | rsi_h801cmso |
| 275 | rsi_h831giho |
| 276 | rsi_h890stfm |
| 277 | rsi_jdw_01__siebel_7 |
| 278 | rsi_jdw_02__siebel_7 |
| 279 | rsi_pstmp001 |
| 280 | rsi_sharepoint |
| 281 | rsi-1 40-001 |
| 282 | rsi-1010-cl01 |
| 283 | rsi-101-cl01 |
| 284 | rsi-101-db01 |
| 285 | rsi-1035-cl01 |
| 286 | rsi-103-cl01 |
| 287 | rsi-103-clod |
| 288 | rsi-107-ap01 |
| 289 | rsi-107-cli01 |
| 290 | rsi-107-db01 |
| 291 | rsi-115-cl01 |
| 292 | rsi-11702r hf2 |
| 293 | rsi-120-db01 |
| 294 | rsi-125-03 |
| 295 | RSI-125-cl01 |
| 296 | rsi140-001 |
| 297 | rsi-160-db01 |
| 298 | rsi-175-d301 |
| 299 | rsi-175-d302 |
| 300 | rsi-195-001 |

| #   | Virtual machine, environment, or back-up name |
|-----|-----------------------------------------------|
| 301 | rsi-195-003 |
| 302 | rsi-2055-ap01 |
| 303 | rsi-2055-cli |
| 304 | rsi-2055-db01 |
| 305 | rsi-2055-wb01 |
| 306 | rsi-2070-cli |
| 307 | rsi-280-ap01 |
| 308 | rsi-280-cl01 |
| 309 | rsi-335-ap01 |
| 310 | rsi-365-db01 |
| 311 | rsi-425-cl01 |
| 312 | rsi-435-cl01 |
| 313 | rsi-500-cl01 |
| 314 | rsi-515-cl01 |
| 315 | rsi-531-olds |
| 316 | rsi-650-cl01 |
| 317 | rsi-665-cl01 |
| 318 | rsi-745-cl01 |
| 319 | rsi-825-cl01 |
| 320 | rsi-831ussm |
| 321 | rsi-881chso |
| 322 | rsi-881roso |
| 323 | rsi-915-cl502 |
| 324 | rsi-adobe-001 |
| 325 | rsi-adobe-001_platinum |
| 326 | rsi-adobe-001_problems_09-02-09--joe |
| 327 | rsi-adobe-001_source |
| 328 | rsi--ap01 |
| 329 | rsi--ap02 |
| 330 | rsi-as400-cl01 |
| 331 | rsi-as400-cl02 |
| 332 | rsi-biglots-gw |
| 333 | rsi-bkup-svr01 |
| 334 | rsi-ca-bausch |
| 335 | rsi-ca-cuspring |
| 336 | rsi-ca-dps |
| 337 | rsi-ca-elcamino |
| 338 | rsi-ca-ensco |
| 339 | rsi-ca-esnh |
| 340 | rsi-ca-ferrell |
| 341 | rsi-ca-gia |
| 342 | rsi-ca-harkins |
| 343 | rsi-ca-hdavid |
| 344 | rsi-ca-hrblock |
| 345 | rsi-ca-joneslla |
| 346 | rsi-ca-meadwest |
| 347 | rsi-ca-mesa9 |
| 348 | rsi-ca-norfolk |
| 349 | rsi-ca-novell |
| 350 | rsi-ca-phillips |

| # | Virtual machine, environment, or back-up name |
|---|---|
| 351 | rsi-ca-staffmark |
| 352 | rsi-ca-unpac |
| 353 | rsi-ca-vanderblt |
| 354 | rsi-clsvr01 |
| 355 | rsi-clsvr04 |
| 356 | rsi-clwksta-01 |
| 357 | rsi-clwsus |
| 358 | rsi-cmg2 |
| 359 | rsi-crm-cw-demo |
| 360 | rsi-crm-tst2 |
| 361 | rsi--db01 |
| 362 | rsi--db02 |
| 363 | rsi-devrack-prod |
| 364 | rsi-devtrack |
| 365 | rsi-devtrack-prod |
| 366 | rsi-dotproject |
| 367 | rsi-extract |
| 368 | rsi-f803cmso |
| 369 | rsi-f803cmso_1 |
| 370 | rsi-f803cmso_2 |
| 371 | rsi-f803vf |
| 372 | rsi-f842mptm |
| 373 | rsi-f842mpto |
| 374 | rsi-f900yum di |
| 375 | rsi-forefront-01 |
| 376 | rsi-ftp01 |
| 377 | rsi-h751 devo |
| 378 | rsi-h801cms2 |
| 379 | rsi-h801mptm |
| 380 | rsi-h801mpto |
| 381 | rsi-h801trao |
| 382 | rsi-h831 |
| 383 | rsi-h831 pps2 |
| 384 | rsi-h831_1 |
| 385 | rsi-h831coe2 |
| 386 | rsi-h831coo |
| 387 | rsi-h831hasi |
| 388 | rsi-h831sso2 |
| 389 | rsi-h881ofgl |
| 390 | rsi-h890jbhd |
| 391 | rsi-h890stfm |
| 392 | rsi-h9o0dks2 |
| 393 | rsi-honeywell-gw |
| 394 | rsi-internal - cert server |
| 395 | rsi-intranet |
| 396 | rsi-jde-01 |
| 397 | rsi-jde-02 |
| 398 | rsi-jde-ows-001 |
| 399 | rsilab |
| 400 | rsilab-smtp |

| # | Virtual machine, environment, or back-up name |
|---|---|
| 401 | rsimail02 |
| 402 | rsimail2 |
| 403 | rsi-mail2 |
| 404 | rsi-ml01 |
| 405 | rsi-ml02 |
| 406 | rsi-ml03 |
| 407 | rsi-ml04 |
| 408 | rsi-ml05 |
| 409 | rsi-ml06 |
| 410 | rsi-ml07 |
| 411 | rsi-ml08 |
| 412 | rsi-ml09 |
| 413 | rsi-ml10 |
| 414 | rsi-mutofom-gw |
| 415 | rsi-nlb01 |
| 416 | rsi-nlb02 |
| 417 | rsi-orawin |
| 418 | rsi-package |
| 419 | rsi-pep-10g |
| 420 | rsi-ps_1 |
| 421 | rsi-ps_w2k3_m2k |
| 422 | rsi-ps2003 |
| 423 | rsi-psextract1 |
| 424 | rsi-psextract2 |
| 425 | rsi-psextract3 |
| 426 | rsi-psextract4 |
| 427 | rsi-psft-dctest |
| 428 | rsipsoft-dc01 |
| 429 | rsi-pstempltvsta |
| 430 | rsi-pstmp 001 |
| 431 | rsi-pstmp001 |
| 432 | rsi-psw2k |
| 433 | rsi-s801mpt1 |
| 434 | rsi-s801mpt2 |
| 435 | rsi-s801mpt3 |
| 436 | rsi-s801mpt4 |
| 437 | rsi-s801mpt5 |
| 438 | rsi-s801mpt6 |
| 439 | rsi-s801mpt7 |
| 440 | rsi-sap-xtract05 |
| 441 | rsi-scp-01 |
| 442 | rsi-sharepoint |
| 443 | rsi-sharepoint (wiki |
| 444 | rsi-sharepoint (wiki) |
| 445 | rsi-sp2 |
| 446 | rsi-vreplicator |
| 447 | rsi-web01 |
| 448 | rsi-web02 |
| 449 | rsi-win03-001 |
| 450 | rsi-winxp-001 |

| # | Virtual machine, environment, or back-up name |
|---|---|

| # | Virtual machine, environment, or back-up name |
|---|---|
| 451 | rsi-xwin |
| 452 | sap-client-gw01 |
| 453 | sap-xtract1 |
| 454 | sap-xtract2 |
| 455 | sap-xtract3 |
| 456 | sap-xtract4 |
| 457 | sap-xtract5 |
| 458 | sbl-analytics-8-app (xo) |
| 459 | sbl-analytics-8-web (xo) |
| 460 | sbl-analytics-8-web (xo) |
| 461 | sbl-analytics-db (xo) |
| 462 | sbl-analytics-db (xo) |
| 463 | sbl-sea-601320-app (cat) |
| 464 | sbl-sea-601320-app (cat) |
| 465 | sbl-sea-60-app (cat) |
| 466 | sbl-sea-60-app (cat) |
| 467 | sbl-sea-60-db (cat) |
| 468 | sbl-sea-60-db (cat) |
| 469 | searchtemplate |
| 470 | sebl_win2007 |
| 471 | sieb_8_app |
| 472 | sieb_8_cli |
| 473 | sieb_8_db |
| 474 | sieb_81_app (xo) |
| 475 | sieb_81_cli (xo) |
| 476 | sieb_81_db (xo) |
| 477 | siebel 7.8 app+sqlsv |
| 478 | siebel 7.8 app+web s |
| 479 | siebel-215-db01 |
| 480 | siebel-705-ap01 |
| 481 | siebel-705-db01 |
| 482 | siebel-753-ap01 (amisys) |
| 483 | siebel-753-ap01 (amisys) |
| 484 | siebel-753-ap01_1 |
| 485 | siebel-753-db01 (amisys) |
| 486 | siebel-753-db01 (amisys) |
| 487 | siebel-7725-ap01 (doble) |
| 488 | siebel-7725-ap01 (doble) |
| 489 | siebel-772-ap01 |
| 490 | siebel-772-cl01 (doble) |
| 491 | siebel-772-cl01 (doble) |
| 492 | siebel-772-db01 (doble) |
| 493 | siebel77vanilla (doble) |
| 494 | siebel77vanilla (doble) |
| 495 | siebel-782-ap01 (xo) |
| 496 | siebel-782-ap01 (xo) |
| 497 | siebel-782-cl01 (xo) |
| 498 | siebel-782-cl01 (xo) |
| 499 | siebel-782-db01(xo) |
| 500 | siebel-782-db01(xo) |

| # | Virtual machine, environment, or back-up name |
|---|---|
| 501 | siebel-782-db02 (xo) |
| 502 | siebel-782-db02 (xo) |
| 503 | siebel-782-wb01 (1) (xo) |
| 504 | siebel-782-wb01 (1) (xo) |
| 505 | siebel-782-wb01 (xo) |
| 506 | siebel-782-wb01 (xo) |
| 507 | test |
| 508 | ubid__rsi_140_001_ |
| 509 | vanilla_windows_xp |
| 510 | vanilla_windows_xp_2 |
| 511 | vanilla-linux-centos |
| 512 | vanilla-linux-debian |
| 513 | vanilla-windows-vista |
| 514 | vanilla-win-svr-00-sp4 |
| 515 | vanilla-win-svr-ent-03_r2 |
| 516 | van-win2ksvr-sp4 |
| 517 | virgin mobile support search |
| 518 | w2000s,m2000,wl81,t81,c9 (rsips |
| 519 | w2000s,m2000,wl81,t81,c9 (rsi-ps |
| 520 | w2000s_m2000_wl81_t8 |
| 521 | w2000s_m2000_wl81_t81_c9__rsi_ps |
| 522 | w2k3_test- joe |
| 523 | w2k3_test- joe1 |
| 524 | w2k8_x64_ent_template_working |
| 525 | w2k8x64_today |
| 526 | win 00 svr (sas%2fsaw 7.8) |
| 527 | win 03 svr (sql svr 2k sp3) |
| 528 | win_vista_ent_template |
| 529 | win00_sp4_adv_template |
| 530 | win00_sp4_std_template |
| 531 | win03_64_std_template |
| 532 | win03_r2_ent_template |
| 533 | win03_r2_std_template |
| 534 | win03-std-svr |
| 535 | win08_std_template |
| 536 | win08_x32_template_old |
| 537 | win08_x64_ent_gold |
| 538 | win2007_x86 |
| 539 | win-cca7ctfki2n |
| 540 | win-dl8xtty5kvn |
| 541 | win-eq7e4aa2wr8 |
| 542 | winnt_std_template |
| 543 | winxp_sp3_template_working |
| 544 | wisconsin public services corpor |
| 545 | xp_sp2_template |
| 546 | xp_sp3_template |