# EXHIBITS 13 - 21
# FILED UNDER SEAL