# EXHIBIT 22

| | |
|---|---|
| BINGHAM McCUTCHEN LLP | Robert A. Mittelstaedt (SBN 060359) |
| DONN P. PICKETT (SBN 72257) | Jason McDonell (SBN 115084) |
| GEOFFREY M. HOWARD (SBN 157468) | Elaine Wallace (SBN 197882) |
| HOLLY A. HOUSE (SBN 136045) | JONES DAY |
| ZACHARY J. ALINDER (SBN 209009) | 555 California Street, 26th Floor |
| BREE HANN (SBN 215695) | San Francisco, CA 94104 |
| Three Embarcadero Center | Telephone: (415) 626–3939 |
| San Francisco, CA 94111-4067 | Facsimile: (415) 875–5700 |
| Telephone: (415) 393-2000 | ramittelstaedt@jonesday.com |
| Facsimile: (415) 393-2286 | jmcdonell@jonesday.com |
| donn.pickett@bingham.com | ewallace@jonesday.com |
| geoff.howard@bingham.com | |
| holly.house@bingham.com | Tharan Gregory Lanier (SBN 138784) |
| zachary.alinder@bingham.com | Jane L. Froyd (SBN 220776) |
| bree.hann@bingham.com | JONES DAY |
| | 1755 Embarcadero Road |
| BOIES, SCHILLER & FLEXNER LLP | Palo Alto, CA 94303 |
| DAVID BOIES (Admitted *Pro Hac Vice*) | Telephone: (650) 739–3939 |
| 333 Main Street | Facsimile: (650) 739–3900 |
| Armonk, NY 10504 | tglanier@jonesday.com |
| Telephone: (914) 749-8200 | jfroyd@jonesday.com |
| Facsimile: (914) 749-8300 | |
| dboies@bsfllp.com | Scott W. Cowan (Admitted *Pro Hac Vice*) |
| STEVEN C. HOLTZMAN (SBN 144177) | Joshua L. Fuchs (Admitted *Pro Hac Vice*) |
| 1999 Harrison St., Suite 900 | JONES DAY |
| Oakland, CA 94612 | 717 Texas, Suite 3300 |
| Telephone: (510) 874-1000 | Houston, TX 77002 |
| Facsimile: (510) 874-1460 | Telephone: (832) 239–3939 |
| sholtzman@bsfllp.com | Facsimile: (832) 239–3600 |
| | swcowan@jonesday.com |
| DORIAN DALEY (SBN 129049) | jlfuchs@jonesday.com |
| JENNIFER GLOSS (SBN 154227) | |
| 500 Oracle Parkway, M/S 5op7 | Attorneys for Defendants |
| Redwood City, CA 94070 | SAP AG, SAP AMERICA, INC., and |
| Telephone: (650) 506-4846 | TOMORROWNOW, INC. |
| Facsimile: (650) 506-7114 | |
| dorian.daley@oracle.com | |
| jennifer.gloss@oracle.com | |

Attorneys for Plaintiffs
Oracle USA, Inc. *et al*.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 07-CV-1658 PJH (EDL) |
| Plaintiffs, | **ADDITIONAL TRIAL STIPULATION AND [PROPOSED] ORDER REGARDING CLAIMS FOR DAMAGES AND ATTORNEYS FEES** |
| v. | |
| SAP AG, et al., | |
| Defendants. | |

1  Pursuant to Local Rule 7-12, Plaintiffs Oracle USA, Inc., Oracle International Corporation
2  and Siebel Systems, Inc. ("Plaintiffs" or "Oracle") and Defendants SAP AG and SAP America
3  Inc. ("SAP") and TomorrowNow, Inc. ("TN" and, together with SAP, "Defendants"; and, all
4  together with Oracle, the "Parties"), jointly submit this Additional Trial Stipulation and [Proposed]
5  Order regarding damages and attorneys fees.  The Parties agree that the terms of this Stipulation
6  shall not be binding or effective unless and until the Court accepts the stipulated terms in their
7  entirety.  The Parties reserve the right to withdraw agreement to any or all terms if the Court
8  chooses not to accept any term.

9  **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE**,
10 through their respective counsel of record, as follows:

11 **ADDITIONAL STIPULATION AND PROPOSED ORDER**

12 1.  TN stipulates to entry of judgment on Oracle's claims for violations of the Federal
13 Computer Fraud and Abuse Act and California's Computer Data Access and Fraud Act, breach of
14 contract, intentional interference, negligent interference, unfair competition, trespass to chattels,
15 unjust enrichment/restitution and an accounting.  Oracle waives the right to seek monetary
16 damages or monetary relief, including punitive damages, based on the foregoing claims, but
17 specifically preserves its right to seek further injunctive relief based on the foregoing claims.

18 2.  SAP agrees to pay Oracle $120,000,000 USD, as its past and future reasonable
19 attorneys fees and costs (including investigative costs) associated with Oracle's investigation and
20 prosecution of its claims in this case, no later than close of business Pacific Time, November 9,
21 2010, pursuant to wire transfer instructions that Oracle will provide within 24 hours of execution
22 of this stipulation.

23 3.  Nothing in this stipulation changes any previous stipulation or order of the Court
24 except as set forth in this stipulation.  No party will argue for any change to any previous
25 stipulation or order of the Court except as set forth in this stipulation.  Trial Stipulation and Order
26 No. 1 shall be amended by deleting the language in paragraph 7 of that Stipulation and replacing
27 it with the following:  "The jury is to consider only those damages available under the Copyright
28 Act."  Oracle will not seek punitive damages against SAP or TN in this case.

1  4.  This stipulation will not be read to the jury and no part of it will be commented on

2  publicly until the entry of final judgment in this case or used in or as the basis for argument or

3  instructions to the jury by any party.

4  **IT IS SO STIPULATED.**

5  DATED:  November 1, 2010  BINGHAM McCUTCHEN LLP

6

7  By:  /s/ Geoffrey M. Howard

8  Geoffrey M. Howard
Attorneys for Plaintiffs
9  Oracle USA, Inc., Oracle International
Corporation and Siebel Systems, Inc.

10

11  In accordance with General Order No. 45, Rule X, the above signatory attests that

12  concurrence in the filing of this document has been obtained from the signatory below.

13  DATED:  November 1, 2010  JONES DAY

14

15  By:  /s/ Tharan Gregory Lanier

16  Tharan Gregory Lanier
Attorneys for Defendants
17  SAP AG, SAP America, Inc., and
TomorrowNow, Inc.

18

19  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20  Dated: _____, 2010

21

22  _____

23  Phyllis J. Hamilton
United States District Judge

24

25

26

27

28

ADDITIONAL TRIAL STIPULATION
AND [PROPOSED] ORDER
- 2 -  Case No. 07-CV-1658 PJH (EDL)