# EXHIBIT 27

**2:10-cv-00106-LRH-PAL** Oracle USA, Inc. et al v. Rimini Street, Inc. et al
Larry R. Hicks, presiding
Peggy A. Leen, referral
**Date filed:** 01/25/2010
**Date of last filing:** 11/09/2015

# Attorneys

**W. West Allen**
Lewis Roca Rothgerber LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169-
702-949-8230
702-949-8364 (fax)
wallen@lrrlaw.com
*Assigned: 03/29/2011*
*ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Counter Claimant)*

**Seth Ravin**
*(Defendant)*

**Dominica C. Anderson**
Duane Morris, LLP
100 North City Parkway
Suite 1560
Las Vegas, NV 89106
702-868-2600
702-385-6862 (fax)
dcanderson@duanemorris.com
*Assigned: 05/21/2012*
*TERMINATED: 06/10/2015*

representing

**CedarCrestone, Inc.**
*(Interested Party)*

**Lauren Blas**
Gibson, Dunn & Crutcher L.L.P.
333 S. Grand Avenue

Los Angeles, CA 90071
213-229-7503
213-229-6503 (fax)
lblas@gibsondunn.com
*Assigned: 06/03/2015*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Counter Claimant)*

**Seth Ravin**
*(Defendant)*

**Eric A. Buresh**
Erise IP, P.A.
5251 W. 116th Place
Leawood, KS 66211
913-777-5600
913-777-5601 (fax)
eric.buresh@eriseip.com
*Assigned: 05/03/2010*
*TERMINATED: 06/15/2012*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Defendant)*

**Annie Y.S. Chuang**
Shook, Hardy & Bacon LLP
One Montgomery Ste 2700

San Francisco, CA 94104
415-544-1900
  *Assigned: 09/09/2015*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Dorian E. Daley**
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065
650-506-5500
dorian.daley@oracle.com
  *Assigned: 01/26/2010*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Gregory J. Dubinsky**
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave, NW., Ste. 800
Washington, DC 20015
202-237-2727
GDubinsky@bsfllp.com
  *Assigned: 08/13/2015*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Oracle America, Inc.**
*(Counter Defendant)*

**Oracle America, Inc.**
*(Plaintiff)*

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Karen L. Dunn**
Boies Schiller & Flexner LLP
5301 Wisconsin Avenue NW
Washington D.C., DC 20015
202-237-2727
kdunn@bsfllp.com
 *Assigned: 06/01/2015*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Oracle America, Inc.**
*(Counter Defendant)*

**Oracle America, Inc.**
*(Plaintiff)*

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Ryan D Dykal**
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108
815-559-2572
rdykal@shb.com
 *Assigned: 09/17/2014*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Counter Claimant)*

**Seth Ravin**
*(Defendant)*

**Blaine H. Evanson**
Gibson Dunn & Crutcher
333 S. Grand Ave., 47th Flr.
Los Angeles, CA 90071
213-229-7000
213-229-7228 (fax)
bevanson@gibsondunn.com
 *Assigned: 06/03/2015*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Counter Claimant)*

**Seth Ravin**
*(Defendant)*

**Aaron D. Ford**
Snell & Wilmer L.L.P.
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
702-784-5265
702-784-5252 (fax)
aford@swlaw.com
 *Assigned: 02/01/2010*
 *TERMINATED: 04/26/2010*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Counter Claimant)*

**Seth Ravin**
*(Defendant)*

**Leslie A.S. Godfrey**
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NV 89169
702.792.3773
702.792.9002 (fax)
godfreyl@gtlaw.com
 *Assigned: 03/29/2010*
 *LEAD ATTORNEY*
 *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

Seth Ravin
*(Counter Claimant)*

Seth Ravin
*(Defendant)*

**Joseph A. Gorman**
Gibson, Dunn & Crutcher LLP
555 Mission St.
San Francisco, CA 94105
415-393-8296
jgorman@gibsondunn.com
 *Assigned: 06/03/2015*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

Seth Ravin
*(Counter Claimant)*

Seth Ravin
*(Defendant)*

**Meryl Conant Governski**
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
202-237-2727
 *Assigned: 10/02/2015*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Oracle America, Inc.**
*(Counter Defendant)*

**Oracle America, Inc.**
*(Plaintiff)*

**Oracle International Corporation**

*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Michael Gray**
Shook, Hardy & Bacon LLP
JPMorgan Chase Tower
600 Travis St Ste 3400
Houston, TX 77002
713-227-8008
  *Assigned: 09/15/2015*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Counter Claimant)*

**Seth Ravin**
*(Defendant)*

**Gabrielle Hann**
Bingham McCutchen
3 Embarcadero Center
San Francisco, CA 94111
415-393-2958
  *Assigned: 03/30/2012*
  *TERMINATED: 02/26/2015*
  *PRO HAC VICE*

representing

**Oracle America, Inc.**
*(Plaintiff)*

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Thomas S. Hixson**
Morgan, Lewis & Bockius LLP
One Market Street, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
(415) 442-1001 (fax)
thomas.hixson@morganlewis.com
*Assigned: 02/08/2010*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

representing

**Oracle America, Inc.**
*(Counter Defendant)*

**Oracle America, Inc.**
*(Plaintiff)*

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Steven Holtzman**
Boies, Schiller & Flexner, LLP
1999 Harrison Street
Oakland, CA 94612

510-874-1000
510-874-1460 (fax)
sholtzman@bsfllp.com
 *Assigned: 01/25/2010*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Oracle International Corporation**
*(Counter Defendant)*


**Oracle International Corporation**
*(Plaintiff)*


**Oracle USA, Inc.**
*(Counter Defendant)*


**Oracle USA, Inc.**
*(Plaintiff)*


**Oracle America, Inc.**
*(Plaintiff)*


**Geoffrey M. Howard**
Morgan, Lewis & Bockius LLP
Three Embarcadero Center
San Francisco, CA 94111
(415) 393-2000
(415) 393-2286 (fax)
geoff.howard@morganlewis.com
 *Assigned: 05/13/2011*
 *TERMINATED: 01/19/2015*

representing

**Oracle America, Inc.**
*(Counter Defendant)*


**Oracle America, Inc.**
*(Plaintiff)*


**Oracle International Corporation**
*(Counter Defendant)*


**Oracle International Corporation**
*(Plaintiff)*


**Oracle USA, Inc.**
*(Counter Defendant)*


**Oracle USA, Inc.**
*(Plaintiff)*

**William A. Isaacson**
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
202-237-2727
wisaacson@bsfllp.com
*Assigned: 06/01/2015*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

representing

**Oracle America, Inc.**
*(Counter Defendant)*

**Oracle America, Inc.**
*(Plaintiff)*

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Nitin Jindal**
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
415-442-1334
nitin.jindal@morganlewis.com
*Assigned: 03/02/2015*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

representing

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Alexis Loeb**

Boies, Schiller & Flexner, LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
510-874-1000
510-874-1460 (fax)
aloeb@bsfllp.com
*Assigned: 03/04/2011*
*TERMINATED: 05/29/2013*

representing

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**James C Maroulis**
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94070
650-506-4846
jim.maroulis@oracle.com
*Assigned: 01/25/2010*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

representing

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Deborah K. Miller**
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94070
650-506-4846
deborah.miller@oracle.com
*Assigned: 01/25/2010*

representing

**Oracle International Corporation**
*(Counter Defendant)*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**John M Neukom**
Boies, Schiller & Flexner, LLP
1999 Harrison Street
Oakland, CA 94612
510-874-1000
510-874-1460 (fax)
jneukom@BSFLLP.com
 *Assigned: 03/11/2010*
 *TERMINATED: 07/11/2012*

representing

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**David James Niegowski**
Shook Hardy & Bacon LLP
One Montgomery Street, Suite 2700
San Francisco, CA 94104
415-544-1900
 *Assigned: 09/17/2015*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Counter Claimant)*

**Seth Ravin**
*(Defendant)*

**Fred Norton**
Boies, Schiller & Flexner, LLP
1999 Harrison Street
Oakland, Ca 94612
510-874-1000
510-874-1460 (fax)
fnorton@bsfllp.com
 *Assigned: 01/25/2010*
 *TERMINATED: 01/09/2013*

representing

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Oracle America, Inc.**
*(Counter Defendant)*

**Oracle America, Inc.**
*(Plaintiff)*

**Oracle America, Inc.**
*(Counter Defendant)*

**Kristen A. Palumbo**
Morgan, Lewis & Bockius LLP
One Market Street, Spear Street Tower
San Francisco, CA 94105

(415) 442-1000
(415) 442-1001 (fax)
kristen.palumbo@morganlewis.com
 *Assigned: 01/25/2010*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Mark A. Perry**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036-5306
202-955-8500
mperry@gibsondunn.com
 *Assigned: 06/03/2015*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Counter Claimant)*

**Seth Ravin**
*(Defendant)*

**Richard J. Pocker**
Boies Schiller & Flexner, LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101

**Oracle International Corporation**

(702) 382-7300
(702) 382-2755 (fax)
rpocker@bsfllp.com
 *Assigned: 01/25/2010*
 *ATTORNEY TO BE NOTICED*

representing    *(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Oracle America, Inc.**
*(Counter Defendant)*

**Oracle America, Inc.**
*(Plaintiff)*

**John A. Polito**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
415-442-1000
415-442-1001 (fax)
john.polito@morganlewis.com
 *Assigned: 02/28/2011*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing    **Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Oracle America, Inc.**

*(Counter Defendant)*

**Oracle America, Inc.**
*(Plaintiff)*

**Beko O. Reblitz-Richardson**
Boies Schiller & Flexner LLP
1999 Harrison St Ste 900
Oakland, CA 94612
510-874-1000
brichardson@bsfllp.com
  *Assigned: 08/13/2015*
  *LEAD ATTORNEY*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing      **Oracle America, Inc.**
*(Counter Defendant)*

**Oracle America, Inc.**
*(Plaintiff)*

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**
*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Robert H Reckers**
Shook, Hardy & Bacon LLP
600 Travis St., Suite 3400
Houston, TX 77002
713-227-8008
713-227-9508 (fax)
rreckers@shb.com
  *Assigned: 05/03/2010*
  *PRO HAC VICE*
  *ATTORNEY TO BE NOTICED*

representing      **Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**

*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Defendant)*

**John P. Reilly**
Rimini Street, Inc.
3993 Howard Hughes Pkwy Ste 500
Las Vegas, NV 89169
336-908-6961
JReilly@riministreet.com
 *Assigned: 07/10/2015*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Counter Claimant)*

**Seth Ravin**
*(Defendant)*

**Kieran Ringgenberg**
Boies, Schiller & Flexner, LLP
1999 Harrison Street
Oakland, Ca 94612
510-874-1000
510-874-1460 (fax)
kringgenberg@BSFLLP.com
 *Assigned: 01/25/2010*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Oracle International Corporation**
*(Counter Defendant)*

**Oracle International Corporation**

*(Plaintiff)*

**Oracle USA, Inc.**
*(Counter Defendant)*

**Oracle USA, Inc.**
*(Plaintiff)*

**Oracle America, Inc.**
*(Counter Defendant)*

**Oracle America, Inc.**
*(Counter Defendant)*

**Oracle America, Inc.**
*(Plaintiff)*

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Counter Claimant)*

**Seth Ravin**
*(Defendant)*

**Brandon E. Roos**
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NV 89169
702.792.3773
702.792.9002 (fax)
roosb@gtlaw.com
 *Assigned: 06/09/2010*
 *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Defendant)*

**Peter Strand**
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550
pstrand@shb.com
 *Assigned: 09/11/2014*
 *LEAD ATTORNEY*
 *PRO HAC VICE*
 *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

**Rimini Street, Inc.**
*(Counter Defendant)*

**Rimini Street, Inc.**
*(Defendant)*

**Seth Ravin**
*(Counter Claimant)*

**Seth Ravin**
*(Defendant)*

**Mark G Tratos**
Greenberg Traurig LLP
3773 Howard Hughes Pkwy
Suite 400 North
Las Vegas, NV 89169
(702) 792-3773
(702) 792-9002 (fax)
tratosm@gtlaw.com
 *Assigned: 04/29/2010*
 *ATTORNEY TO BE NOTICED*

representing

**Rimini Street, Inc.**
*(Counter Claimant)*

Rimini Street, Inc.
*(Counter Defendant)*

Rimini Street, Inc.
*(Defendant)*

Seth Ravin
*(Counter Claimant)*

Seth Ravin
*(Defendant)*

**B Trent Webb**
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
816-474-6550
816-421-5547 (fax)
bwebb@shb.com
*Assigned: 05/03/2010*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

representing

Rimini Street, Inc.
*(Counter Claimant)*

Rimini Street, Inc.
*(Counter Defendant)*

Rimini Street, Inc.
*(Defendant)*

**Daniel B. Winslow**
Rimini Street, Inc.
6601 Koll Center Parkway
Suite 300
Pleasanton, CA 94566
925-264-7736
DWinslow@riministreet.com
*Assigned: 12/05/2014*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

representing

Rimini Street, Inc.
*(Counter Claimant)*

Rimini Street, Inc.
*(Counter Defendant)*

**Seth Ravin**
*(Counter Claimant)*


**Seth Ravin**
*(Defendant)*