# EXHIBIT 1

# **EXHIBIT 1**

| **Attorneys' Fees** | |
|---|---|
| Boies Schiller Attorneys' Fees, Ringgenberg Decl. ¶¶ 3-13 | $11,667,590.0 |
| | |
| **Costs** | |
| | |
| Expert Fees (Elysium), Ringgenberg Decl. ¶¶ 44-45 | $4,456,615.52 |
| Other Consultant Fees, Ringgenberg Decl. ¶ 46 | $111,722.31 |
| Other Costs, Ringgenberg Decl. ¶¶ 42-43 | $432,795.26 |
| **TOTAL COSTS** | **$5,001,133.09** |