# EXHIBIT 2

# **EXHIBIT 2**

| Title | Timekeeper | Total Hours Claimed | Total Amount Claimed |
|---|---|---|---|
| **Partner** | | **8,066.90** | **$5,844,548.00** |
| | Dunn, Karen | 697.7 | $606,999.00 |
| | Holtzman, Steven C. | 164.2 | $113,068.00 |
| | Isaacson, William | 854.4 | $786,048.00 |
| | Mitchell, Douglass | 3.3 | $1,749.00 |
| | Norton, William | 930.4 | $580,648.00 |
| | Pocker, Richard | 409.1 | $299,573.00 |
| | Reblitz-Richardson, Beko | 1,149.30 | $770,031.00 |
| | Ringgenberg, Kieran P. | 3,858.50 | $2,686,432.00 |
| **Associate** | | **10,166.50** | **$4,587,912.00** |
| | Bargzie, Nasrina | 1,029.20 | $479,200.00 |
| | Dearborn, Meredith | 212 | $115,312.00 |
| | Dubinsky, Gregory | 660.8 | $323,792.00 |
| | Governski, Meryl | 518 | $217,560.00 |
| | Hogan, Marguerite | 236.4 | $93,378.00 |
| | Konik, Alexander | 1571.7 | $663,762.00 |
| | Loeb, Alexis | 2066.6 | $947,661.00 |
| | Meyer, Darien | 1623 | $685,288.00 |
| | Neukom, John | 111.1 | $54,439.00 |
| | Rodriguez, Sean | 1,912.00 | $948,440.00 |
| | Sheptow, Josh | 225.7 | $59,080.00 |
| | | | |

| **Paralegal/Other Staff** |  | 5,443.30 | $1,235,130.00 |
|---|---|---|---|
|  | Buack, Sheilah | 119.1 | $20,377.00 |
|  | Crawford, Roderick | 60 | $10,200.00 |
|  | Duong, Catherine | 3,051.80 | $693,331.00 |
|  | Good, Chapman | 26 | $5,980.00 |
|  | Holdip, Jerren | 495.7 | $133,839.00 |
|  | Jensen, Ashleigh | 768.7 | $146,053.00 |
|  | Lipton, Jason | 3.5 | $779.00 |
|  | Seki, Christina | 912.8 | $223,452.00 |
|  | Wisniewski, Shilah | 1.6 | $176.00 |
|  | Zack, Sharon | 4.1 | $943.00 |
| **Grand Total** |  | 23,676.70 | $11,667,590.00 |