# EXHIBITS 3 - 14
# FILED UNDER SEAL