| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS LLP |
| RICHARD J. POCKER (NV Bar No. 3568) | THOMAS S. HIXSON (*pro hac vice*) |
| 300 South Fourth Street, Suite 800 | KRISTEN A. PALUMBO (*pro hac vice*) |
| Las Vegas, NV 89101 | One Market Street |
| Telephone: (702) 382-7300 | Spear Street Tower |
| Facsimile: (702) 382-2755 | San Francisco, CA 94105-1596 |
| rpocker@bsfllp.com | Telephone: (415) 442-1000 |
| | Facsimile: (415) 442-1001 |
| BOIES, SCHILLER & FLEXNER LLP | thomas.hixson@morganlewis.com |
| WILLIAM ISAACSON (*pro hac vice*) | kristen.palumbo@morganlewis.com |
| KAREN DUNN (*pro hac vice*) | |
| 5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*) |
| Washington, DC 20015 | DEBORAH K. MILLER (*pro hac vice*) |
| Telephone: (202) 237-2727 | JAMES C. MAROULIS (*pro hac vice*) |
| Facsimile: (202) 237-6131 | ORACLE CORPORATION |
| wisaacson@bsfllp.com | 500 Oracle Parkway, M/S 5op7 |
| kdunn@bsfllp.com | Redwood City, CA 94070 |
| | Telephone:  650.506.4846 |
| BOIES, SCHILLER & FLEXNER LLP | Facsimile:  650.506.7114 |
| STEVEN C. HOLTZMAN (*pro hac vice*) | dorian.daley@oracle.com |
| KIERAN P. RINGGENBERG (*pro hac vice*) | deborah.miller@oracle.com |
| 1999 Harrison Street, Suite 900 | jim.maroulis@oracle.com |
| Oakland, CA 94612 | |
| Telephone: (510) 874-1000 | |
| Facsimile: (510) 874-1460 | |
| sholtzman@bsfllp.com | |
| kringgenberg@bsfllp.com | |
| *Attorneys for Plaintiffs* | |
| Oracle USA, Inc., Oracle America, Inc., and | |
| Oracle International Corp. | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF JAMES C. MAROULIS IN SUPPORT OF ORACLE'S MOTION FOR ATTORNEYS' FEES AND EXPENSES** |

I, James C. Maroulis, declare as follows:

1. I am Managing Counsel at Oracle and counsel of record for plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle" or "Plaintiffs"). I have worked in the Litigation group in Oracle's Legal Department since May 2004. Since that time, I have worked with outside counsel on a number of sophisticated litigation matters, and in each of the litigations on which I work, I am responsible for reviewing and approving all of the bills for attorneys' fees and costs and expert fees and costs. All bills that I review are subject to additional review within Oracle. I have worked on the above-captioned lawsuit since January 2010. I submit this declaration in support of Oracle's motion for attorneys' fees and expenses. The facts stated herein are based on my personal knowledge unless otherwise stated.

2. Oracle is regularly required to engage in litigation of various types and sizes in the normal course of its business. Oracle is a sophisticated consumer of legal services.

3. Oracle seeks to hire outside counsel with the skill and experience that Oracle deems necessary for a given litigation matter. Oracle will only pay hourly billable rates for legal services if those rates are reasonable for the skills and experience of the attorneys Oracle hires.

4. Oracle hired attorneys from Bingham McCutchen LLP (who later joined Morgan Lewis & Bockius, LLP) and Boies Schiller & Flexner LLP to litigate this case because Oracle believed the lawyers hired at these firms possessed the sophisticated set of skills and experiences that were necessary for effectively prosecuting Oracle's claims against Defendants Rimini Street, Inc. and Seth Ravin (together, "Defendants"). The law firms' billable rates have been reasonable. Moreover, throughout the course of this litigation, I received bills from all three firms and reviewed them to ensure the time and expenses spent on the litigation were reasonable.

5. Oracle also approved the hiring of experts Dr. Randall Davis, Christian Hicks, Dr. Daniel Levy, Edward Yourdon, and Elizabeth Dean for this litigation because Oracle believed they

- 1 -

possessed the sophisticated expertise that was necessary effectively prosecuting Oracle's claims against Defendants. The experts' billable rates have been reasonable. Moreover, throughout the course of this litigation I received bills submitted by the experts and reviewed them to sure the time and expenses they spent on the litigation were reasonable.

6. Oracle was directly billed by the company H5 for its services in connection with this case. H5 provided Oracle with attorneys who reviewed documents produced by Rimini in this litigation and categorized or otherwise identified them by subject matter. Attached as **Exhibit A** are true and correct copies of H5's invoices for their services in this case. Oracle paid H5 all of the amounts listed in **Exhibit A**.

7. Oracle was directly billed by Huron Consulting Group, Inc. for its services in connection with this case. Huron provided Oracle with attorneys who reviewed documents collected by Oracle and determined which ones should be produced in this litigation. Attached as **Exhibit B** are true and correct copies of Huron's invoices for their services in this case. Oracle paid Huron all of the amounts listed in **Exhibit B**.

8. Oracle was directly billed by Stroz Friedberg, LLC for its services in connection with this case. Stroz provided Oracle with electronic document hosting and preservation services, as well as a document review and production platform for discovery that Oracle produced and received in this case. Attached as **Exhibit C** are true and correct copies of Stroz's invoices for their services in this case. Oracle paid Stroz all of the amounts listed in **Exhibit C**. Outside counsel have redacted certain entries on Stroz's invoices for privilege or other reasons. Oracle is not seeking recovery for any of the redacted entries in its motion for attorneys' fees and costs. Outside counsel have also highlighted as taxable costs certain entries on Stroz's invoices.

- 2 -

DB3/ 200577198

1  I declare under penalty of perjury that the foregoing is true and correct, and that I executed this
2  Declaration on November 13, 2015 in Redwood City, California.

_____
James C. Maroulis

DB3/ 200577198