| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market Street |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 4 | rpocker@bsfllp.com | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*) |
| 7 | Washington, DC 20015 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Redwood City, CA 94070<br>Telephone: 650.506.4846 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | Facsimile: 650.506.7114<br>dorian.daley@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 15 | *Attorneys for Plaintiffs*<br>Oracle USA, Inc., Oracle America, Inc., and | |
| 16 | Oracle International Corp. | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 21 | ORACLE USA, INC., a Colorado corporation; | CASE NO. 2:10-cv-0106-LRH-PAL |
| 22 | ORACLE AMERICA, INC., a Delaware<br>corporation; and ORACLE INTERNATIONAL | **DECLARATION OF RICHARD J.** |
| 23 | CORPORATION, a California corporation, | **POCKER IN SUPPORT OF**<br>**ORACLE'S MOTION FOR** |
| 24 | Plaintiffs,<br>v. | **ATTORNEYS' FEES AND EXPENSES** |
| 25 | RIMINI STREET, INC., a Nevada corporation; | |
| 26 | SETH RAVIN, an individual, | |
| 27 | Defendants. | |
| 28 | | |

I, Richard J. Pocker, declare as follows:

1. I am a Partner at Boies Schiller & Flexner LLP and am counsel of record for plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle" or "Plaintiffs") in the above-captioned lawsuit. I have worked on this case since its inception. I submit this declaration in support of Oracle's motion for attorneys' fees and expenses in this case. The facts stated herein are based on my personal knowledge unless otherwise stated

2. I have been a resident of and practiced law in the Las Vegas Community for thirty years.

3. Based on my time in the Las Vegas legal community, I am familiar with the prevailing market rate for legal services in the District of Nevada.

4. I have reviewed the hourly rates charged by the attorneys from Boies, Schiller & Flexner LLP (my firm) and Morgan, Lewis & Bockius LLP (and its predecessor, Bingham McCutchen, LLP) from 2009 through 2015 for our work on this matter. The rates charged by both firms are consistent with the prevailing market rates for experienced top caliber attorneys for services performed in the District of Nevada in cases of this size and legal complexity. For cases of this nature, complex commercial and intellectual property disputes, clients customarily hire a combination of experienced Nevada admitted counsel, and attorneys from a national law firm, as sophisticated business entities recognize that the size, skills and experience obtained from national law firms are necessary to effectively litigate this variety of case.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on November 11, 2015 in Las Vegas, Nevada.

          */s/ Richard Pocker*
          Richard Pocker

- 1 -