## CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105. On November 13, 2015, I served the following documents un redacted:

**ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES (DKT. 922)**

**DECLARATION OF THOMAS S. HIXSON AND EXHIBITS 3-9 AND 13-21 (DKT. 923)**

**DECLARATION OF KIERAN O. RINGGENBERG AND EXHIBITS 3-14 (DKT. 924)**

**EXHIBITS A-C TO THE DECLARATION OF JAMES C. MAROULIS (DKT. 926)**

I served the documents on the persons below, as follows:

SHOOK, HARDY & BACON LLP
B. Trent Webb (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
WAllen@lrrlaw.com

GREENBERG TRAURIG
Mark G. Tratos (Nevada Bar No. 1086)
Brandon Roos (Nevada Bar No. 7888)
Leslie Godfrey (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

GIBSON DUNN & CRUTCHER LLP
Mark A. Perry
1050 Connecticut Avenue N.W.
Washington, DC 20036-530
Tel: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel: (213) 229-7228
bevanson@gibsondunn.com

1        The documents were served pursuant to FRCP 5(b) by sending them by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: November 13, 2015

_____
Spencer Wan

CERTIFICATE OF SERVICE