| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>Peter Strand, Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br>pstrand@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 3400<br>Houston, Texas   77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>bevanson@gibsondunn.com<br><br>*Attorneys for Defendants*<br>*Rimini Street, Inc., and Seth Ravin* | LEWIS ROCA ROTHGERBER LLP<br>Daniel F. Polsenberg (Nevada Bar No. 2376)<br>W. West Allen, Esq. (Nevada Bar No. 5566)<br>Joel D. Henriod (Nevada Bar No. 8492)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>DPolsenberg@LRRLaw.com<br>WAllen@LRRLaw.com<br>JHenriod@LRRLaw.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**NOTICE OF APPEARANCE** |

6986009_1

1 | Please take notice that Daniel F. Polsenberg and Joel D. Henriod, in addition to W. West
2 | Allen, of the law firm Lewis Roca Rothgerber LLP appear as attorneys for defendants Rimini Street,
3 | Inc. and Seth Ravin in the above-captioned case.
4 | Dated this 19th day of November, 2015.

LEWIS ROCA ROTHGERBER LLP

By */s/ Daniel F. Polsenberg*
   Daniel F. Polsenberg (Nevada Bar No. 2376)
   W. West Allen (Nevada Bar No. 5566)
   Joel D. Henriod (Nevada Bar No. 8492)
   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada 89169

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2015, I caused to be electronically filed the foregoing document with the Clerk of the Court for U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Jessie M. Helm*
An Employee of Lewis Roca Rothgerber LLP

2