# EXHIBIT 1

# EXHIBIT 1

| | | |
|---|---|---|
| 1 | SHOOK, HARDY & BACON LLP | LEWIS ROCA ROTHGERBER LLP |
| 2 | B. Trent Webb (*pro hac vice*) | Daniel F. Polsenberg (Nevada Bar No. 2376) |
| | Peter Strand (*pro hac vice*) | W. West Allen (Nevada Bar No. 5566) |
| 3 | 2555 Grand Boulevard | Joel D. Henriod (Nevada Bar No. 8492) |
| | Kansas City, Missouri 64108-2613 | 3993 Howard Hughes Parkway, Suite 600 |
| 4 | Telephone: (816) 474-6550 | Las Vegas, Nevada 89169 |
| | Facsimile: (816) 421-5547 | Tel: (702) 949-8200 |
| 5 | bwebb@shb.com | Fax: (702) 949-8398 |
| | pstrand@shb.com | DPolsenberg@LRRLaw.com |
| 6 | | WAllen@LRRLaw.com |
| 7 | Robert H. Reckers (*pro hac vice*) | JHenriod@LRRLaw.com |
| | 600 Travis Street, Suite 3400 | |
| 8 | Houston, Texas 77002 | RIMINI STREET, INC. |
| | Telephone: (713) 227-8008 | Daniel B. Winslow (*pro hac vice*) |
| 9 | Facsimile: (713) 227-9508 | 6601 Koll Center Parkway, Suite 300 |
| | rreckers@shb.com | Pleasanton, California 94566 |
| 10 | | Telephone: (925) 264-7736 |
| 11 | GIBSON, DUNN & CRUTCHER LLP | dwinslow@riministreet.com |
| | Mark A. Perry (*pro hac vice*) | |
| 12 | 1050 Connecticut Avenue, N.W. | John P. Reilly |
| | Washington, DC 20036-5306 | 3993 Howard Hughes Parkway, Suite 500 |
| 13 | Telephone: (202) 955-8500 | Las Vegas, Nevada, 89169 |
| | mperry@gibsondunn.com | Telephone: (336) 908-6961 |
| 14 | | jreilly@riministreet.com |
| 15 | Blaine H. Evanson (*pro hac vice*) | |
| | 333 South Grand Avenue | |
| 16 | Los Angeles, California 90071 | |
| | Telephone: (213) 229-7000 | |
| 17 | bevanson@gibsondunn.com | |
| 18 | *Attorneys for Defendants* | |
| 19 | *Rimini Street, Inc., and Seth Ravin* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 21 | | |
| 22 | ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | |
| 23 | | Case No. 2:10-cv-0106-LRH-PAL |
| 24 | Plaintiffs, | |
| 25 | v. | **AFFIDAVIT OF** |
| 26 | | **DANIEL F. POLSENBERG** |
| 27 | RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, | |
| 28 | Defendants. | |

## AFFIDAVIT OF DANIEL F. POLSENBERG

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

Daniel F. Polsenberg, being duly sworn, deposes and says,

1. I am an attorney for defendants Rimini Street, Inc. and Seth Ravin in this case.

2. On November 4, 2015, I sent a letter to Oracle's counsel asking that Oracle voluntarily disclose the documents and information that Rimini requests in "Rimini Street, Inc.'s Seth Ravin's Motion to Compel Discovery Relating to Oracle's Motion for Attorneys' Fees." I attach a copy of that letter as Exhibit A.

3. On November 6, 2015, I received a response from Thomas Hixson. Oracle declined to provide the documents and information. I attach a copy of Mr. Hixson's letter as Exhibit B.

Dated this 20th day of November, 2015.

_____
DANIEL F. POLSENBERG

Subscribed and sworn to before me
this 20th day of November, 2015.

_____
NOTARY PUBLIC

JESSICA M. HELM
Notary Public State of Nevada
No: 08-8522-1
My appt. exp. November 5, 2016

1

# EXHIBIT A



Lewis Roca Rothgerber LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

**Daniel F. Polsenberg**
Fellow, American Academy of Appellate Lawyers
(T) 702.474.2626 (F) 702.216.6174
DPolsenberg@LRRLaw.com

Our File Number:  152296-00001

November 4 , 2015

VIA ELECTRONIC MAIL

| | |
|---|---|
| Richard J. Pocker<br>RPocker@BSFLLP.com<br>William A. Isaacson<br>WIsaacson@BSFLLP.com<br>Karen L. Dunn<br>KDunn@BSFLLP.com<br>Steven C. Holtzman<br>SHoltzman@BSFLLP.com<br>Kieran P. Ringgenberg<br>KRinggenberg@BSFLLP.com<br>BOIES, SCHILLER & FLEXNER LLP | Thomas S. Hixson<br>Thomas.Hixon@MorganLewis.com<br>Kristen A. Polumbo<br>Kristen.Polumbo@MorganLewis.com<br>MORGAN, LEWIS & BOCKIUS LLP<br><br>Dorian Daley<br>Dorian.Daley@Oracle.com<br>Deborah K. Miller<br>Deborah.Miller@Oracle.com<br>James C. Maroulis<br>Jim.Maroulis@Oracle.com<br>ORACLE CORPORATION |

RE:   *Oracle USA, Inc., et al. v. Rimini Street, Inc., et al.*
         District Court Case No. 2:10-CV-160-LRH-(PAL)

Dear Counsel:

    Please allow me to request that plaintiffs Oracle USA, Inc. and Oracle International Corporation ("Oracle") produce the following items that will be relevant to the reasonableness of your anticipated request for an award of attorneys' fees and costs and the accuracy of the underlying data and records that would form the basis for the request.  We are requesting production of this information for *all* of the legal fees and costs for which Oracle will seek reimbursement from Rimini Street, Inc. ("RSI"), and request production of the same information with respect to all expert witnesses for which Oracle will seek cost reimbursement.

    We would like to meet and confer on a schedule for producing these materials that is consistent with the existing schedule for post-trial motions.  We are available for this call Friday, November 6.  If



November 4 , 2015
Page 2

you do not agree to produce these materials, please let us know by the close of business Friday, November 6, so that we can seek appropriate relief from the Court. Nevertheless, we trust that the information can be exchanged informally and in a timely fashion without involving the Court or requiring a formal discovery request.

1. Copies of the engagement letters between your firms and Plaintiffs Oracle USA, Inc. and Oracle International Corporation—or whatever entity(ies) agreed to pay your fees—as well as any other documents that refer to any agreements between your firms and Oracle with regard to fees.

2. Any standard outside counsel billing guidelines and any other documents that instruct outside counsel how to manage litigation and bill time for Oracle, whether imposed and/or followed in this particular case or not.

3. All metadata associated with your firms' electronic attorney time-keeping systems (and the identity of those systems) regarding the fees for which you intend to seek reimbursement that describe or refer for each time entry the date when the entry was made relative to the date the services were performed. This data is relevant to the issues of whether the records were kept contemporaneously and whether the records are complete and accurate. We are willing to limit the metadata produced for each time entry only to those that indicate that time was entered on a different date from when the services were performed. Alternatively, we will offer to have an expert perform an inspection of your firms' electronic attorney time-keeping systems at our expense. We further request that you preserve and produce this metadata in a forensically sound manner.

4. Any documents reflecting the history of Oracle's payment of your firms' invoices.

6885998_1



November 4, 2015
Page 3

5. The names of the persons who are most knowledgeable about your fees and available dates for their depositions that are consistent with the Court's schedule for post-trial motions.

Production of each of these categories of data and records is necessary and appropriate in light of *Moore v. James H. Matthews & Co.*, 682 F.2d 830, 838 (9th Cir. 1982), which held that a district court abuses its discretion if it does not allow the parties to "develop an adequate evidentiary basis for a fee award," especially when there is a "substantial amount of money involved." In addition, it is Oracle's burden of proof to demonstrate entitlement to a fee award. *Gashtili v. JB Carter Props. II, LLC*, 2014 WL 300178 (D. Nev. Jan. 24, 2014); Local Rule 54-16.

Please call at your convenience with any questions.

Sincerely,

Daniel F. Polsenberg
LEWIS ROCA ROTHGERBER LLP

# EXHIBIT B

# Morgan Lewis

Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel. +1.415.442.1000
Fax: +1.415.442.1001
www.morganlewis.com

**Thomas S. Hixson**
Partner
+1.415.442.1194
thomas.hixson@morganlewis.com

November 6, 2015

**VIA E-MAIL**

Daniel F. Polsenberg
Lewis Roca Rothgerber LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

Re: *Oracle USA, Inc., et al. v. Rimini Street, Inc., et al.*, No. 2:10-cv-00160 LRH (PAL)

Dear Daniel:

I write in response to your November 4, 2015 letter. Oracle will file its motion for attorneys' fees by the deadline set by the Court. With its motion, Oracle will provide an adequate evidentiary basis for a fee award. Everything else requested by your letter is unwarranted, and Oracle declines to provide it.

Sincerely,

Thomas S. Hixson

cc: Counsel of Record