BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:  702.382.7300
Facsimile:  702.382.2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone:  202.237.2727
Facsimile:  202.237.6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:  510.874.1000
Facsimile:  510.874.1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　　Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**NOTICE OF ERRATA RE MOTION FOR COSTS AND ATTORNEYS' FEES** |

Case No  2:10-cv-0106-LRH-PAL
NOTICE OF ERRATA RE MOTION FOR COSTS AND ATTORNEYS' FEES

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (together, "Oracle") hereby file this Notice of Errata to correct the following errata in Oracle's Motion for Costs and Attorneys' Fees:

- Line 24 of Page 1, Line 27 of Page 25, and Line 2 of Page 26 of the Motion incorrectly state that Oracle seeks $56.2 million in total attorneys' fees and costs. In fact, Oracle seeks **$56.3 million** in total attorneys' fees and costs.

- Lines 27-28 of Page 25 of the Motion states that Oracle seeks $4.95 million in "total costs." In fact, Oracle seeks $4.95 million in **taxable costs**.

- Line 27 of Page 23 of the Motion incorrectly states that "Oracle incurred $17.2 million in costs beyond its taxable costs." In fact, Oracle incurred **$17.3 million** in costs beyond its taxable costs.

DATED: November 30, 2015

Morgan, Lewis & Bockius LLP

By: _____/s/ Thomas S. Hixson_____
Thomas S. Hixson
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation

1

Case No 2:10-cv-0106-LRH-PAL

NOTICE OF ERRATA RE MOTION FOR COSTS AND ATTORNEYS' FEES