BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN L. DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS, LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market Street
Spear Street Tower
San Francisco, CA  94105
Telephone:  (415) 442-1000
Facsimile:  (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  (650) 506-4846
Facsimile:  (650) 506-7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL<br><br>**SUPPLEMENTAL DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES**<br><br>Judge: Hon. Larry R. Hicks |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies, Schiller & Flexner LLP, counsel to Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle" or "Plaintiffs") in this action. This declaration is made in support of Oracle's Motion for Costs and Attorneys' Fees ("Motion").

2. I have been involved in this matter since Oracle first retained Boies, Schiller & Flexner LLP ("Boies Schiller"). Based on my work on this matter since 2010, my involvement in billing on this matter, and my review of the files and records in this matter, I have firsthand knowledge of the contents of this declaration, except where otherwise noted as based on information and belief, and I could testify thereto.

3. Amended Exhibit 1 is a summary of Oracle's fees and costs incurred by Boies Schiller, including billable time and out-of-pocket costs subject to reimbursement by Oracle.

4. Amended Exhibit 2 totals the number of unredacted hours of billable time from Boies Schiller attorneys and other billable timekeepers reflected on the invoices attached as Exhibits 3 to 8 to the Declaration of Kieran P. Ringgenberg in Support of Oracle's Motion for Costs and Attorneys' Fees filed with the Court on November 13, 2015.

5. Amended Exhibits 1 and 2 reflect changes to (1) the total Boies Schiller attorneys' fees claimed, (2) the total expert fees claimed for Elysium Digital, and (3) the total amount of other costs incurred. Italicized text on Amended Exhibits 1 and 2 indicates that the amount has been modified from the amount in the original Exhibits.

6. The changes to Boies Schiller and Elysium Digital fees correct tabulation errors; the invoices attached to my November 13 declaration are correct.

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF K. RINGGENBERG ISO ORACLE'S MOTION FOR COSTS AND ATTORNEY'S FEES

7. The change to Other Costs corrects a tabulation error and reduces the total to account for a $5,000 discount on Boies Schiller's December 2014 invoice.

I declare that the foregoing is true under penalty of perjury of the laws of the United States.

Executed this 30th day of November, 2015, at Oakland, California.

*/s/ Kieran Ringgenberg*
Kieran Ringgenberg

| | |
|---|---|
| 1 | **ATTESTATION OF FILER** |
| 2 | The signatory to this document is Kieran Ringgenberg, and I have obtained Mr. |
| 3 | Ringgenberg's concurrence to file this document on his behalf. |

Dated:  November 30, 2015                                    MORGAN, LEWIS & BOCKIUS, LLP

By:   /s/ *Thomas S. Hixson*
      Thomas S. Hixson, Esq. (*pro hac vice*)
      One Market Street
      Spear Street Tower
      San Francisco, CA  94105
      Telephone:  (415) 442-1000
      Facsimile:  (415) 442-1001
      thomas.hixson@morganlewis.com

*Attorneys for Plaintiffs*