# EXHIBIT 1

## CORRECTED EXHIBIT 1

| **Attorneys' Fees** | |
|---|---|
| Boies Schiller Attorneys' Fees, Ringgenberg Decl. ¶ ¶ 3-13 | *$11,756,270.00* |
| | |
| **Costs** | |
| | |
| Expert Fees (Elysium), Ringgenberg Decl. ¶¶ 44-45 | *$4,455,840.52* |
| Other Consultant Fees, Ringgenberg Decl. ¶ 46 | $111,722.31 |
| Other Costs, Ringgenberg Decl. ¶¶ 42-43 | *$427,794.84* |
| **TOTAL COSTS** | ***$4,995,357.67*** |