# EXHIBIT 2

## CORRECTED EXHIBIT 2

| Title | Timekeeper | Total Hours Claimed | Total Amount Claimed |
|---|---|---|---|
| **Partner** | | *8,077.2* | *$5,810,792.00* |
| | Dunn, Karen | 697.7 | $606,999.00 |
| | Holtzman, Steven C. | 164.2 | $113,068.00 |
| | Isaacson, William | 854.4 | $786,048.00 |
| | Mitchell, Douglass | 3.3 | $1,749.00 |
| | Norton, William | *913.8* | *$569,194.00* |
| | Pocker, Richard | *417.2* | *$298,820.00* |
| | Reblitz-Richardson, Beko | 1,149.3 | $770,031.00 |
| | Ringgenberg, Kieran P. | *3,877.3* | *$2,664,883.00* |
| **Associate** | | *10,309.4* | *$4,691,352.00* |
| | Bargzie, Nasrina | 1,029.2 | $479,200.00 |
| | Dearborn, Meredith | 212 | $115,312.00 |
| | Dubinsky, Gregory | 660.8 | $323,792.00 |
| | Governski, Meryl | 518 | $217,560.00 |
| | Hogan, Marguerite | 236.4 | $93,378.00 |
| | Konik, Alexander | 1,571.7 | $663,762.00 |
| | Loeb, Alexis | *2,192.2* | *$1,010,461.00* |
| | Meyer, Darien | *1,722.6* | *$730,332.00* |
| | Neukom, John | 111.1 | $54,439.00 |
| | Rodriguez, Sean | *1,907.7* | *$944,036.00* |
| | Sheptow, Josh | *147.7* | *$59,080.00* |
| | | | |

| Paralegal/Other Staff | | 5,525.6 | $1,254,126.00 |
|---|---|---|---|
| | Buack, Sheilah | 120.2 | $20,575.00 |
| | Crawford, Roderick | 60 | $10,200.00 |
| | Duong, Catherine | 3,133.3 | $712,077.50 |
| | Good, Chapman | 26 | $5,980.00 |
| | Holdip, Jerren | 495.7 | $133,839.00 |
| | Jensen, Ashleigh | 767.2 | $145,768.00 |
| | Lipton, Jason | 3.5 | $779.00 |
| | Seki, Christina | 914 | $223,788.50 |
| | Wisniewski, Shilah | 1.6 | $176.00 |
| | Zack, Sharon | 4.1 | $943.00 |
| Grand Total | | 23,912.2 | $11,756,270.00 |