BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>   Plaintiffs,<br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>   Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**ORACLE'S MOTION TO SEAL EXHIBITS ACCOMPANYING THE SUPPLEMENTAL DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEY'S FEES** |

1   Pursuant to the Stipulated Protective Order governing confidentiality of documents
2   entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of
3   the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and
4   Oracle International Corporation (collectively "Oracle") respectfully request that the Court order
5   the Clerk of the Court to file under seal Amended Exhibit 2 and Exhibits A and B to the
6   Declaration of Thomas S. Hixson in Support of Oracle's Motion for Costs and Attorneys' Fees
7   ("Suppl. Hixson Decl."). These documents reflect information that Oracle, Rimini Street, Inc.
8   ("Rimini") or a third party has designated "Confidential" or "Highly Confidential - Attorneys'
9   Eyes Only" under the Protective Order. These documents have been redacted from the public
10  filing, *see* Dkt. 932, and an unredacted version of each was subsequently filed under seal with
11  the Court, *see* Dkt. 934.

12  **DOCUMENTS DESIGNATED BY ORACLE AS CONFIDENTIAL**

13  Oracle has designated Amended Exhibit 2 and Exhibits A and B to the Suppl. Hixson
14  Decl. as Confidential. Oracle requests that the Court order the Clerk of the Court to file those
15  exhibits under seal.
16  The "Confidential" designation indicates that, in Oracle's best judgment, the documents
17  contains "non-public information or matter related to: financial or business plans or projections;
18  . . . current or future business and marketing information, plans, and strategies; studies or
19  analyses by internal or outside experts; customer information, data or lists; . . . competitive
20  analyses; . . . or other commercially or personally sensitive or proprietary information."
21  Protective Order, ¶ 3. In particular, Amended Exhibit 2 and Exhibits A and B to the Suppl.
22  Hixson Decl. contain confidential competitive information of negotiated billing rates between
23  Oracle and its attorneys, experts and other vendors, and sensitive, case-specific pricing
24  information. Further, the documents reveal the details of Oracle's relationships with these
25  companies and the terms of their agreements, which are also negotiated. These negotiated billing
26  rates and agreement terms are commercially sensitive and should not be publically disclosed
27  insofar as any such disclosure would create a competitive disadvantage. *Apple Inc. v. Samsung*
28  *Electronics Co., Ltd.*, 727 F.3d 1214, 1221 (Fed. Cir. 2013) ("One factor that weighs in favor of

1 sealing documents is when the release of the documents will cause competitive harm to a
2 business.").
3      Disclosure of this confidential information could interfere with Oracle's current or future
4 business relationships or plans.  Thus, there is a compelling interest for this information to be
5 sealed.
6      Oracle has submitted the remainder of the Suppl. Hixson Decl. and supporting exhibits to
7 the Court's public files, which allows public access to all materials except for the items discussed
8 above.  Accordingly, the request to seal is narrowly tailored.  For the foregoing reasons, Oracle
9 respectfully requests that the Court grant leave to file under seal the documents discussed above.
10
11 DATED: November 25, 2015             MORGAN, LEWIS & BOCKIUS LLP
12
                                       By:    /s/ Thomas S. Hixson
13                                            Thomas S. Hixson
                                              Attorneys for Plaintiffs
14                                            Oracle USA, Inc.,
                                              Oracle America, Inc.,
15                                            and Oracle International Corp.
16
17
18
19
20
21
22
23
24
25
26
27
28