1

**CERTIFICATE OF SERVICE**

2

   At the time of service I was over 18 years of age and not a party to this action.  My

3

business address is One Market, Spear Street Tower, San Francisco, CA 94105.  On December 2,

4

2015, I served the following documents unredacted:

5

6

**CORRECTED EXHIBIT 4 TO THE DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES**

7

8

I served the documents on the persons below, as follows:

9

SHOOK, HARDY & BACON LLP
B. Trent Webb (*pro hac vice*)
2555 Grand Boulevard

10

Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550

11

Facsimile: (816) 421-5547
bwebb@shb.com

12

Robert H. Reckers (*pro hac vice*)

13

600 Travis Street, Suite 1600
Houston, Texas  77002

14

Telephone: (713) 227-8008
Facsimile: (713) 227-9508

15

rreckers@shb.com

GREENBERG TRAURIG
Mark G. Tratos (Nevada Bar No. 1086)
Leslie Godfrey  (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
tratosm@gtlaw.com
godfreyl@gtlaw.com

16

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)

17

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

18

Tel: (702) 949-8200
Fax: (702) 949-8398

19

WAllen@lrrlaw.com

GIBSON DUNN & CRUTCHER LLP
Mark A. Perry
1050 Connecticut Avenue N.W.
Washington, DC 20036-530
Tel: (202) 955-8500
mperry@gibsondunn.com

20

Blaine H. Evanson
333 South Grand Avenue
Los Angeles, CA 90071-3197

21

Tel: (213) 229-7228
bevanson@gibsondunn.com

22

23

24

25

26

27

28

2

1    The documents were served pursuant to FRCP 5(b) by sending them by electronic mail.

2    Based on a court order or an agreement of the parties to accept service by e-mail or electronic

3    transmission, I caused the documents to be sent to the persons at the e-mail addresses listed

4    above.  I did not receive, within a reasonable time after the transmission, any electronic message

5    or other indication that the transmission was unsuccessful.

6

7    I declare under penalty of perjury under the laws of the United States of America that the

8    foregoing information contained in the Certificate of Service is true and correct.

9

10   Date:  December 2, 2015

11                                                                  Zachary Hill

12

CERTIFICATE OF SERVICE