1  BOIES, SCHILLER & FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone: (702) 382-7300
   Facsimile: (702) 382-2755
4  rpocker@bsfllp.com

5  BOIES, SCHILLER & FLEXNER LLP
   WILLIAM ISAACSON (*pro hac vice*)
6  KAREN DUNN (*pro hac vice*)
   5301 Wisconsin Ave, NW
7  Washington, DC 20015
   Telephone: (202) 237-2727
8  Facsimile: (202) 237-6131
   wisaacson@bsfllp.com
9  kdunn@bsfllp.com

10 BOIES, SCHILLER & FLEXNER LLP
   STEVEN C. HOLTZMAN (*pro hac vice*)
11 KIERAN P. RINGGENBERG (*pro hac vice*)
   1999 Harrison Street, Suite 900
12 Oakland, CA 94612
   Telephone: (510) 874-1000
13 Facsimile: (510) 874-1460
   sholtzman@bsfllp.com
14 kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

15

16 Attorneys for Plaintiffs Oracle USA, Inc.,
   Oracle America, Inc. and Oracle International
17 Corp.

18                    UNITED STATES DISTRICT COURT

19                         DISTRICT OF NEVADA

20

| | |
|---|---|
| 21 ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No 2:10-cv-0106-LRH-PAL |
| 22 | |
| 23                Plaintiffs,<br>         v. | **ORDER GRANTING ORACLE'S MOTION TO SEAL EXHIBITS ACCOMPANYING THE SUPPLEMENTAL DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S MOTION FOR COSTS AND ATTORNEYS' FEES** |
| 24 | |
| 25 RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, | |
| 26                Defendants. | |

27

28

[PROPOSED] ORDER GRANTING ORACLE'S MOTION TO SEAL

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (together "Oracle") Motion to Seal Exhibits Accompanying the Supplemental Declaration of Thomas S. Hixson in Support of Oracle's Motion for Costs and Attorneys' Fees. *See* Dkt. 935. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Oracle's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal Amended Exhibit 2 and Exhibits A and B to the Supplemental Declaration of Thomas S. Hixson in Support of Oracle's Motion for Costs and Attorneys' Fees.

IT IS SO ORDERED.

DATED:   December 2, 2015

By: _____
Hon. Larry R. Hicks
United States District Judge