SHOOK, HARDY & BACON LLP
B. Trent Webb (*pro hac vice*)
Peter Strand (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
pstrand@shb.com

Robert H. Reckers (*pro hac vice*)
600 Travis Street, Suite 3400
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 229-7000
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
Daniel F. Polsenberg (Nevada Bar No. 2376)
W. West Allen (Nevada Bar No. 5566)
Joel D. Henriod (Nevada Bar No. 8492)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
DPolsenberg@LRRLaw.com
WAllen@LRRLaw.com
JHenriod@LRRLaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, California 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly
3993 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada, 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants
Rimini Street, Inc., and Seth Ravin*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**AFFIDAVIT OF<br>DANIEL F. POLSENBERG** |

7076456_1

# AFFIDAVIT OF DANIEL F. POLSENBERG

STATE OF NEVADA )
) ss.
COUNTY OF CLARK )

Daniel F. Polsenberg, being duly sworn, deposes and says,

1. I am an attorney for defendants Rimini Street, Inc. and Seth Ravin in this case.

***Reviewing, Analyzing and Drafting the Opposition to Oracle's Request for Attorneys' Fees Will be a Massive Undertaking***

2. Along with its request for $56.2 million in attorneys' fees, Oracle has disclosed over 5,000 pages of documentation.

3. Those documents include more than a hundred law firm invoices and many thousands of time entries spread among three law firms. These entries cover a dozen different claims over six years and dozens of timekeepers. The rates in the invoices also varied over the years.

4. Rimini has retained experts at the auditing firm of Stuart, Maue, Mitchell & James, Ltd. ("Stuart Maue") who have the technology and experience to digitize, categorize and analyze these thousands of entries much more quickly and thoroughly than attorneys could do in the ordinary course.

5. Stuart Maue informs us that working through the volume of documents involved here, even with their relatively fast method, will take at least 60 days.

***We Have Attempted to Speed the Process Where Possible***

6. Oracle filed and served some of its invoices, along with its motion for fees, after 11:00 p.m. on Friday, November 13, 2015. (Another invoice was provided December 2, 2015.) So, Rimini effectively received Oracle's motion for attorneys' fees, even without all its supporting documents, on Monday, November 16.

7. Oracle filed the invoices *under seal*.

8. Pursuant to the "Stipulated Protective Order" in this case (Doc. 55), parties must disclose to opposing counsel the identities of experts to whom they intend to provide confidential materials. The party retaining the expert must then *wait five days* before providing the confidential materials confidential material to its expert.

2

7076456_1

9. On November 17, the day after Rimini effectively received Oracle's motion for fees, I sent a letter to opposing counsel disclosing the identity of experts, including John Trunko at Stuart Maue, on which we intended to rely in opposing the fee request. *See* letter, without enclosures, attached as Exhibit A.

10. In that letter, I asked permission to provide the invoices to the experts early, before the expiration of the five days set out in the stipulated protective order. *Id.*

11. Oracle's counsel responded that they "do not agree to waive the five-day requirement in the protective order." *See* email from Thomas Hixson attached as Exhibit B.

12. Although Rimini would have needed this extension of time due the Oracle's massive production regardless of Oracle's refusal to waive the five-day requirement, I mention it to demonstrate that Rimini has been working to expedite the process where possible.

Dated this 3rd day of December, 2015.

_____
DANIEL F. POLSENBERG

Subscribed and sworn to before me
this 3rd day of December, 2015.

_____
NOTARY PUBLIC

JESSICA M. HELM
Notary Public State of Nevada
No: 08-8522-1
My appt. exp. November 5, 2016

7076456_1

# EXHIBIT A



Lewis Roca Rothgerber LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

**Daniel F. Polsenberg**
Fellow, American Academy of Appellate Lawyers
(T) 702.474.2626 (F) 702.216.6174
DPolsenberg@LRRLaw.com

Our File Number: 152296-00001

November 17, 2015

VIA ELECTRONIC MAIL

Richard J. Pocker
RPocker@BSFLLP.com
William A. Isaacson
WIsaacson@BSFLLP.com
Karen L. Dunn
KDunn@BSFLLP.com
Steven C. Holtzman
SHoltzman@BSFLLP.com
Kieran P. Ringgenberg
KRinggenberg@BSFLLP.com
BOIES, SCHILLER & FLEXNER LLP

Thomas S. Hixson
Thomas.Hixon@MorganLewis.com
Kristen A. Polumbo
Kristen.Polumbo@MorganLewis.com
MORGAN, LEWIS & BOCKIUS LLP

RE: *Oracle USA, Inc., et al. v. Rimini Street, Inc., et al.*
District Court Case No. 2:10-CV-160-LRH-(PAL)

Dear Counsel:

Pursuant to paragraph 12 of the stipulated protective order (Doc. No. 55), defendants identify the following experts in the area of legal billing, to whom defendants intend to disclose material designated as "Confidential and Highly Confidential – Attorneys' Eyes Only."

- DENNIS L. KENNEDY
  Bailey Kennedy, LLP
  8984 Spanish Ridge Avenue
  Las Vegas, Nevada 89148

- JEFFREY W. STEMPEL
  Doris S. & Theodore B. Lee Professor of Law
  University of Nevada Las Vegas, William S. Boyd School of Law
  4505 South Maryland Parkway, P.O. Box 451003
  Las Vegas, Nevada 89154



November 17, 2015
Page 2

- WILLIAM G. ROSS
  Lucille Stewart Beeson Professor of Law
  Samford University, Cumberland School of Law
  800 Lakeshore Drive
  Birmingham, Alabama 35229

- JOHN L. TRUNKO and MICHAEL J. BRYCHEL
  Stuart, Maue, Mitchell & James, Ltd.
  3840 McKelvey Road
  St. Louis, Missouri 63044

We enclose current copies of their *curricula vitae*. We also include executed declarations of compliance from Mr. Kennedy, Prof. Ross and Mr. Trunko. We will send declarations from Prof. Stempel and Mr. Brychel when they are executed.

I also ask your permission to disclose to them ***this Thursday***, November 19th, your motion for fees and the supporting material that you filed under seal, deviating from the five-day requirement set out in the protective order. Please let me know.

Sincerely,

Daniel F. Polsenberg
LEWIS ROCA ROTHGERBER LLP

6980752_1

# EXHIBIT B

## Polsenberg, Daniel F.

| | |
|---|---|
| **From:** | Hixson, Thomas S. <thomas.hixson@morganlewis.com> |
| **Sent:** | Wednesday, November 18, 2015 4:42 PM |
| **To:** | Helm, Jessica; 'rpocker@bsfllp.com'; 'wisaacson@bsfllp.com'; 'kdunn@bsfllp.com'; 'sholtzman@bsfllp.com'; 'kringgenberg@bsfllp.com'; Palumbo, Kristen A. |
| **Cc:** | Polsenberg, Daniel F.; Henriod, Joel D.; Allen, West; 'JReilly@riministreet.com'; 'dwinslow@riministreet.com'; 'EMendillo@riministreet.com'; 'RRECKERS@shb.com'; 'BEvanson@gibsondunn.com'; 'PSTRAND@shb.com' |
| **Subject:** | RE: Oracle USA, Inc., et al. v. Rimini Street, Inc., et al. |

Counsel,

Oracle is still reviewing these disclosures, and we do not agree to waive the five-day requirement in the protective order.

**Tom Hixson**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1194 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
thomas.hixson@morganlewis.com | www.morganlewis.com
Assistant: Jennifer Gray | +1.415.442.1783 | jennifer.gray@morganlewis.com

---

**From:** Helm, Jessica [mailto:JHelm@lrrlaw.com]
**Sent:** Tuesday, November 17, 2015 4:16 PM
**To:** 'rpocker@bsfllp.com'; 'wisaacson@bsfllp.com'; 'kdunn@bsfllp.com'; 'sholtzman@bsfllp.com'; 'kringgenberg@bsfllp.com'; Hixson, Thomas S.; Palumbo, Kristen A.
**Cc:** Polsenberg, Daniel F.; Henriod, Joel D.; Allen, West; 'JReilly@riministreet.com'; 'dwinslow@riministreet.com'; 'EMendillo@riministreet.com'; 'RRECKERS@shb.com'; 'BEvanson@gibsondunn.com'; 'PSTRAND@shb.com'
**Subject:** Oracle USA, Inc., et al. v. Rimini Street, Inc., et al.

Counsel,

Please find the attached correspondence from Mr. Polsenberg identifying experts in the area of legal billing to whom defendants intend to disclose confidential material. We ask your permission to disclose to them your motion for fees and supporting sealed material this Thursday, November 19.

Thank you,
Jessie



Jessica Helm, Legal Secretary
Lewis Roca Rothgerber LLP
3993 Howard Hughes Parkway Suite 600 | Las Vegas, Nevada 89169
(T) 702.949.8335 | JHelm@lrrlaw.com

This message and any attachments are intended only for the use of the individual or entity to which they are addressed. If the reader of this message or an attachment is not the intended recipient or the employee or agent responsible for delivering the message or attachment to the intended recipient you are hereby notified that any dissemination, distribution or copying of this message or any attachment is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender. The information transmitted in this message and any attachments may be privileged, is intended only for the personal and confidential use of the intended recipients, and is covered by the Electronic Communications Privacy Act, 18 U.S.C. §2510-2521.

DISCLAIMER

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.