| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | San Francisco, CA  94105<br>Telephone:  415.442.1000 |
| 4 | rpocker@bsfllp.com | Facsimile:  415.442.1001<br>thomas.hixson@morganlewis.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | kristen.palumbo@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 7 | Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 15 | | |
| 16 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and | |
| 17 | Oracle International Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI STREET, INC. AND SETH RAVIN'S EMERGENCY MOTION FOR EXTENSION OF TIME TO RESPOND TO ORACLE'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

DECLARATION OF THOMAS HIXSON IN SUPPORT OF ORACLE'S OPPOSITION

I, Thomas S. Hixson, declare as follows:

1. I am a member of the State Bar of California, and a partner at Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively, "Oracle" or "Plaintiffs") in this action. I have personal knowledge of the matters stated herein and could and would testify competently about them if called upon to do so.

2. I submit this declaration in support of Oracle's Opposition to Rimini Street, Inc. and Seth Ravin's Emergency Motion for Extension of Time to Respond to Oracle's Motion for Attorneys' Fees and Costs.

3. Attached as **Exhibit A** is a true and correct copy of a letter (without its attachments) from Rimini's and Mr. Ravin's counsel dated November 17, 2015 in which Rimini and Mr. Ravin disclosed five experts in connection with Oracle's motion for costs and attorneys' fees.

4. Attached as **Exhibit B** is a true and correct copy of an email to Rimini's counsel dated November 25, 2015 in which Oracle offered a two week extension for Rimini to oppose Oracle's motion for costs and attorneys' fees.

5. Rimini's counsel rejected Oracle's offer of a two week extension for the briefing schedule during a meet and confer call on November 25, 2015.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on December 3, 2015 in San Francisco, California.

/s/ *Thomas S. Hixson*
Thomas S. Hixson

1

DECLARATION OF THOMAS HIXSON IN SUPPORT OF ORACLE'S OPPOSITION