# EXHIBIT A



Lewis Roca Rothgerber LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169

**Daniel F. Polsenberg**
Fellow, American Academy of Appellate Lawyers
(T) 702.474.2626 (F) 702.216.6174
DPolsenberg@LRRLaw.com

Our File Number: 152296-00001

November 17, 2015

VIA ELECTRONIC MAIL

Richard J. Pocker
RPocker@BSFLLP.com
William A. Isaacson
WIsaacson@BSFLLP.com
Karen L. Dunn
KDunn@BSFLLP.com
Steven C. Holtzman
SHoltzman@BSFLLP.com
Kieran P. Ringgenberg
KRinggenberg@BSFLLP.com
BOIES, SCHILLER & FLEXNER LLP

Thomas S. Hixson
Thomas.Hixon@MorganLewis.com
Kristen A. Polumbo
Kristen.Polumbo@MorganLewis.com
MORGAN, LEWIS & BOCKIUS LLP

RE:   *Oracle USA, Inc., et al. v. Rimini Street, Inc., et al.*
      District Court Case No. 2:10-CV-160-LRH-(PAL)

Dear Counsel:

Pursuant to paragraph 12 of the stipulated protective order (Doc. No. 55), defendants identify the following experts in the area of legal billing, to whom defendants intend to disclose material designated as "Confidential and Highly Confidential – Attorneys' Eyes Only."

- DENNIS L. KENNEDY
  Bailey Kennedy, LLP
  8984 Spanish Ridge Avenue
  Las Vegas, Nevada 89148

- JEFFREY W. STEMPEL
  Doris S. & Theodore B. Lee Professor of Law
  University of Nevada Las Vegas, William S. Boyd School of Law
  4505 South Maryland Parkway, P.O. Box 451003
  Las Vegas, Nevada 89154



November 17, 2015
Page 2

- WILLIAM G. ROSS
  Lucille Stewart Beeson Professor of Law
  Samford University, Cumberland School of Law
  800 Lakeshore Drive
  Birmingham, Alabama 35229

- JOHN L. TRUNKO and MICHAEL J. BRYCHEL
  Stuart, Maue, Mitchell & James, Ltd.
  3840 McKelvey Road
  St. Louis, Missouri 63044

We enclose current copies of their *curricula vitae*. We also include executed declarations of compliance from Mr. Kennedy, Prof. Ross and Mr. Trunko. We will send declarations from Prof. Stempel and Mr. Brychel when they are executed.

I also ask your permission to disclose to them ***this Thursday***, November 19th, your motion for fees and the supporting material that you filed under seal, deviating from the five-day requirement set out in the protective order. Please let me know.

Sincerely,

Daniel F. Polsenberg
LEWIS ROCA ROTHGERBER LLP

6980752_1