# EXHIBIT B

**From:** Hixson, Thomas S.
**Sent:** Wednesday, November 25, 2015 3:28 PM
**To:** Evanson, Blaine H.
**Cc:** ringgenberg (kringgenberg@bsfllp.com); Henriod, Joel D.; Beko Richardson (brichardson@BSFLLP.com); Blas, Lauren M.
**Subject:** RE: Oracle v. Rimini

Blaine,

I'm following up on our meet and confer call today.  Oracle does not agree to a two month extension of time for Rimini to oppose the attorneys' fee motion.  In an effort to be accommodating, Oracle is willing to agree to a one or two week extension of time on the opposition, provided we get a similar extension for our reply.  However, we think a two month extension is not reasonable.

As discussed, please send us a draft of the joint statement, and we will put in a section concerning our position.  Thanks.

Tom Hixson
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1194 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
thomas.hixson@morganlewis.com | www.morganlewis.com
Assistant: Jennifer Gray | +1.415.442.1783 | jennifer.gray@morganlewis.com

**From:** Evanson, Blaine H. [mailto:BEvanson@gibsondunn.com]
**Sent:** Wednesday, November 25, 2015 9:53 AM
**To:** Hixson, Thomas S.
**Cc:** ringgenberg (kringgenberg@bsfllp.com); Henriod, Joel D.; Beko Richardson (brichardson@BSFLLP.com); Blas, Lauren M.
**Subject:** Re: Oracle v. Rimini

Thanks Tom.  We can use my dial in:

877.492.4011
Passcode: 213 229 7228


**Blaine H. Evanson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7228 • Fax +1 213.229.6228
BEvanson@gibsondunn.com • www.gibsondunn.com

1

On Nov 25, 2015, at 1:43 AM, Hixson, Thomas S. <thomas.hixson@morganlewis.com> wrote:

Yes, that works. Thanks.

**Tom Hixson**
**Morgan, Lewis & Bockius** LLP
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1194 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
thomas.hixson@morganlewis.com |www.morganlewis.com
Assistant: Jennifer E. Gray | +1.415.442.1783 |jennifer.gray@morganlewis.com

On Nov 24, 2015, at 7:31 PM, Evanson, Blaine H. <BEvanson@gibsondunn.com> wrote:

> Tom — Thank you.  Would 1:00 pm PT tomorrow work?  If so, I'll circulate a dial-in.
>
>
>
> **Blaine H. Evanson**
>
> # GIBSON DUNN
>
> Gibson, Dunn & Crutcher LLP
> 333 South Grand Avenue, Los Angeles, CA 90071-3197
> Tel +1 213.229.7228 • Mobile +1 213.220.6477 • Fax +1 213.229.6228
> BEvanson@gibsondunn.com • www.gibsondunn.com/lawyers/bevanson

---

**From:** "Hixson, Thomas S." <thomas.hixson@morganlewis.com>
**Date:** Tuesday, November 24, 2015 at 11:48 AM
**To:** Blaine Evanson <bevanson@gibsondunn.com>, "ringgenberg (kringgenberg@bsfllp.com)" <kringgenberg@bsfllp.com>
**Cc:** "Henriod, Joel D." <JHenriod@lrrlaw.com>, "Beko Richardson (brichardson@BSFLLP.com)" <brichardson@BSFLLP.com>
**Subject:** RE: Oracle v. Rimini

Blaine,

We would like to discuss in further detail so that we can understand Rimini's position.  Today does not work for us for a meet and confer.  However, we are generally available tomorrow.  Please let us know if there is a time tomorrow that works for you.

Thanks.

Tom Hixson
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1194 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
thomas.hixson@morganlewis.com | www.morganlewis.com
Assistant: Jennifer Gray | +1.415.442.1783 | jennifer.gray@morganlewis.com

**From:** Evanson, Blaine H. [mailto:BEvanson@gibsondunn.com]
**Sent:** Monday, November 23, 2015 10:18 PM
**To:** Hixson, Thomas S.; ringgenberg (kringgenberg@bsfllp.com)
**Cc:** Henriod, Joel D.
**Subject:** Oracle v. Rimini

Tom and Kieran — Rimini is in need of an extension for its opposition to the request for attorneys' fees. We're happy to discuss in further detail, but it will be simply impossible for Rimini's lawyers and experts to review and analyze the volume of materials filed in connection with Oracle's motion in the allotted time period. We plan to request an additional 60 days. We would obviously prefer to stipulate to the extension, so please let us know if you are willing. Could you please let us know your position tomorrow, so we can get a motion on file if you will not stipulate? Thank you.

**Blaine H. Evanson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7228 • Mobile +1 213.220.6477 • Fax +1 213.229.6228
BEvanson@gibsondunn.com • www.gibsondunn.com/lawyers/bevanson

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.