SHOOK, HARDY & BACON LLP
B. Trent Webb *(pro hac vice)*
Peter Strand *(pro hac vice)*
Ryan D. Dykal *(pro hac vice)*
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers *(pro hac vice)*
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry *(pro hac vice)*
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson *(pro hac vice)*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
Daniel F. Polsenberg (Nev. Bar No. 2376)
W. West Allen (Nev. Bar No. 5566)
Joel D. Henriod (Nev. Bar No. 8492)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
dpolsenberg@lrrlaw.com
wallen@lrrlaw.com
jhenriod@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow *(pro hac vice)*
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly *(pro hac vice)*
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**EMERGENCY MOTION**<br><br>**RIMINI'S MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION TO COMPEL DISCOVERY RELATING TO ORACLE'S MOTION FOR ATTORNEYS' FEES** |

1   Defendants (collectively, "Rimini") moved to compel from plaintiffs (collectively, "Oracle") information that Rimini needs to oppose Oracle's request for attorney's fees.[1]  (Dkt. 930.) Currently, however, this Court is not set to rule on Rimini's motion to compel until *after* its deadline to oppose Oracle's fee request.  (*See* Dkt. 917.)  That delay defeats the purpose of Rimini's motion to compel.  It also deprives this Court of the information it needs to rule on Oracle's fee request.

To fix the timing issue, this Court should shorten the time for a hearing on Rimini's motion to compel.[2]  *See* LR 6-1.  At the same hearing, this Court should rule on Rimini's related motion for an additional 60 days to oppose Oracle's fee request.  That motion for extension is fully briefed.

December 4, 2015                    LEWIS ROCA ROTHGERBER LLP


By: */s/ Daniel F. Polsenberg*
DANIEL F. POLSENBERG (SBN 2376)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

*Attorneys for Defendants*
*RIMINI STREET, INC., a Nevada corporation*
*and SETH RAVIN, an individual*

---

[1] The requested information includes Oracle's retainer agreements with counsel and any guidelines that Oracle gives outside counsel.  Rimini filed its motion to compel only after Oracle rejected Rimini's request.

[2] Rimini makes this motion on an emergency basis (Local Rule 7-5), supported by the attached affidavit of Daniel F. Polsenberg.

1

**Affidavit of Daniel F. Polsenberg in Support of Motion for Order Shortening Time**

Daniel F. Polsenberg being first duly sworn, deposes and says:

I am an attorney with the law firm of Lewis Roca Rothgerber LLP, and I make this affidavit under Local Rule 7-5 in support of Rimini's emergency motion for an order shortening time.

Rimini's motion to compel (Dkt. 930) requests information that Rimini needs to adequately respond to Oracle's motion for costs and attorney's fees (Dkt. 917). To make the motion to compel worthwhile, this Court needs to rule on that motion *before* Rimini's opposes the fee motion.

In the ordinary course, however, this Court will not rule on Rimini's motion to compel until *after* Rimini's time to oppose the motion for costs and fees. In fact, the time for Oracle's response to the motion to compel is only four days before Rimini's deadline to oppose the fee request. As a result, the Court needs to make a ruling on the motion to compel before Rimini opposes Oracle's fee motion.

Rimini's counsel have been unable to resolve the discovery dispute without Court action. First, we addressed with Oracle the discovery requests underlying the motion to compel, and we were unsuccessful to reach an agreement. This is set out in my affidavit attached to our motion to compel. (Dkt. 930-1.)

We also attempted to reschedule the opposition to the fees motion, which would have given this Court more time to rule on the motion to compel, among other reasons. The parties again were not able to agree. This is set out in Blaine H. Evanson's declaration attached to our motion for an extension of time to respond to the fees motion. (Dkt. 941-1.)

We also attempted to resolve this immediate request to expedite the motion to compel. In a series of phone calls and email exchanges over a week, Blaine Evanson for Rimini and Thomas S. Hixon for Oracle negotiated a proposed joint statement to the Court regarding the disputes between the parties, and that proposed statement contained Rimini's position that the briefing on the motion to compel should be expedited. In an email dated December 3, Mr. Evanson informed Mr. Hixon that Rimini was going to move separately to expedite briefing on the motion to compel. In

2

1  addition, today, December 4, 2015, Rimini attorney W. West Allen, my partner, telephoned Oracle
2  attorney Richard Pocker and left a message regarding this need for a hearing on shortened time.
3        Pursuant to Local Rule 7-5(d)(2), the office addresses and telephone numbers of the affect-
4  ed parties are:

*Rimini Street, Inc. and Seth Ravin:*

SHOOK, HARDY & BACON LLP
B. Trent Webb *(pro hac vice)*
Peter Strand *(pro hac vice)*
Ryan D. Dykal *(pro hac vice)*
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550

Robert H. Reckers *(pro hac vice)*
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry *(pro hac vice)*
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500

Blaine H. Evanson *(pro hac vice)*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228

LEWIS ROCA ROTHGERBER LLP
Daniel F. Polsenberg (Nev. Bar No. 2376)
W. West Allen (Nev. Bar No. 5566)
Joel D. Henriod (Nev. Bar No. 8492)
3993 Howard Hughes Parkway, Suite 600 Las Vegas, NV 89169
Telephone: (702) 949-8200

RIMINI STREET, INC.
Daniel B. Winslow *(pro hac vice)*
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736

John P. Reilly *(pro hac vice)*
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961

*Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation:*

BOIES, SCHILLER & FLEXNER LLP
Richard J. Pocker (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300

BOIES, SCHILLER & FLEXNER LLP
Steven C. Holtzman *(pro hac vice)*
Kieran P. Ringgenberg *(pro hac vice)*
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000

BOIES, SCHILLER & FLEXNER LLP
William A. Isaacson *(pro hac vice)*
Karen L. Dunn *(pro hac vice)*
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727

MORGAN, LEWIS & BOCKIUS LLP
Thomas S. Hixson *(pro hac vice)*
Kristen A. Palumbo *(pro hac vice)*
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: (415) 442-1000

1  ORACLE CORPORATION
   Dorian Daley (*pro hac vice*)
2  Deborah K. Miller (*pro hac vice*)
   James C. Maroulis (*pro hac vice*)
3  500 Oracle Parkway, M/S 5op7
   Redwood City, CA 94070
4  Telephone: (650) 506-4846

5      I declare under penalty of perjury that the forgoing is true and correct.

6      Dated this 4th day of December, 2015.

7

8                                                              _____
                                                               DANIEL F. POLSENBERG
9

10 Subscribed and sworn to before me
   this 4th day of December, 2015.
11

12 _____
   NOTARY PUBLIC
13

14

15     JESSICA M. HELM
       Notary Public State of Nevada
       No: 08-8522-1
16     My appt. exp. November 5, 2016

17

18

19

20

21

22

23

24

25

26

27

28
                                    4

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2015, I caused to be electronically filed the foregoing document with the Clerk of the Court for U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Jessie M. Helm*
An Employee of Lewis Roca Rothgerber LLP

5