UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ORACLE USA, INC. *et al.,* | ) | 2:10-cv-0106-LRH-PAL |
| | ) | |
| Plaintiffs, | ) | MINUTE ORDER |
| | ) | |
| vs. | ) | December 7, 2015 |
| | ) | |
| RIMINI STREET, INC.; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the court is defendants' motion for an extension of time to respond to plaintiffs' motion for attorneys' fees. Doc. #941. Good cause appearing, the court shall grant defendants' motion. Defendants' shall have until February 12, 2016, to respond to plaintiffs' motion for attorneys' fees.

     IT IS SO ORDERED.

                                       LANCE S. WILSON, CLERK

                                       By:          /s/
                                                 Deputy Clerk