| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS LLP |
| RICHARD J. POCKER (NV Bar No. 3568) | THOMAS S. HIXSON (*pro hac vice*) |
| 300 South Fourth Street, Suite 800 | KRISTEN A. PALUMBO (*pro hac vice*) |
| Las Vegas, NV 89101 | One Market, Spear Street Tower |
| Telephone: (702) 382-7300 | San Francisco, CA 94105 |
| Facsimile: (702) 382-2755 | Telephone: 415.442.1000 |
| rpocker@bsfllp.com | Facsimile: 415.442.1001 |
| | thomas.hixson@morganlewis.com |
| BOIES, SCHILLER & FLEXNER LLP | kristen.palumbo@morganlewis.com |
| WILLIAM ISAACSON (*pro hac vice*) | |
| KAREN DUNN (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 5301 Wisconsin Ave, NW | DEBORAH K. MILLER (*pro hac vice*) |
| Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*) |
| Telephone: (202) 237-2727 | ORACLE CORPORATION |
| Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7 |
| wisaacson@bsfllp.com | Redwood City, CA 94070 |
| kdunn@bsfllp.com | Telephone: 650.506.4846 |
| | Facsimile: 650.506.7114 |
| BOIES, SCHILLER & FLEXNER LLP | dorian.daley@oracle.com |
| STEVEN C. HOLTZMAN (*pro hac vice*) | deborah.miller@oracle.com |
| KIERAN P. RINGGENBERG (*pro hac vice*) | jim.maroulis@oracle.com |
| 1999 Harrison Street, Suite 900 | |
| Oakland, CA 94612 | |
| Telephone: (510) 874-1000 | |
| Facsimile: (510) 874-1460 | |
| sholtzman@bsfllp.com | |
| kringgenberg@bsfllp.com | |

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**ORACLE'S OPPOSITION TO RIMINI'S EMERGENCY MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION TO COMPEL DISCOVERY RELATING TO ORACLE'S MOTION FOR ATTORNEYS' FEES AND COSTS** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. ("Oracle") submit this opposition to Defendants Rimini Street, Inc. and Seth Ravin's (together, "Rimini's") motion to shorten time on Rimini's Motion to Compel Discovery Relating to Oracle's Motion for Attorneys' Fees (Dkt. 945).

The Court's Order granting Rimini an extension of time until February 12, 2016 to oppose Oracle's motion for costs and attorneys' fees, Dkt. 946, renders Rimini's current motion moot. Rimini's current motion sought to expedite briefing on Rimini's motion to compel (Dkt. 930), arguing that "this Court is not set to rule on Rimini's motion to compel until *after* its deadline to oppose Oracle's fee request." Dkt. 945. However, Rimini's deadline to oppose Oracle's fee request is now February 2016, which is long after briefing will be completed on Rimini's motion to compel. Accordingly, there is no basis to deprive Oracle of the normal time under the Local Rules to draft its opposition to Rimini's motion to compel.

The Court should therefore deny Rimini's motion to shorten time as moot.

DATED: December 8, 2015

Morgan, Lewis & Bockius LLP

By: */s/ Thomas S. Hixson*
Thomas S. Hixson
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of December, 2015, I electronically transmitted the foregoing ORACLE'S OPPOSITION TO RIMINI'S EMERGENCY MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION TO COMPEL DISCOVERY RELATING TO ORACLE'S MOTION FOR ATTORNEYS' FEES AND COSTS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED:  December 8, 2015

Morgan, Lewis & Bockius LLP

By:  /s/ Thomas S. Hixson
Thomas S. Hixson
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation

ORACLE'S OPPOSITION TO RIMINI'S MOTION TO SHORTEN TIME