SHOOK, HARDY & BACON LLP
B. Trent Webb (pro hac vice)
Peter Strand (pro hac vice)
Ryan D. Dykal (pro hac vice)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers (pro hac vice)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (pro hac vice)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (pro hac vice)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
Daniel F. Polsenberg (Nev. Bar No. 2376)
W. West Allen (Nev. Bar No. 5566)
Joel D. Henriod (Nev. Bar No. 8492)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
dpolsenberg@lrrlaw.com
wallen@lrrlaw.com
jhenriod@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow (pro hac vice)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (pro hac vice)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**EMERGENCY MOTION**<br><br>**RIMINI'S REPLY IN SUPPORT OF ITS MOTION TO SHORTEN TIME FOR HEARING ON ITS MOTION TO COMPEL DISCOVERY RELATING TO ORACLE'S MOTION FOR ATTORNEYS' FEES** |

7096846_1

### 1. *Rimini's motion to shorten time is not moot.*

Even with this Court's extension of time for Rimini to oppose the fees motion, Rimini's experts and lawyers will need time to review and analyze the information before filing that opposition. If the Court does not consider the motion to compel on an expedited basis, it will be well into January before Oracle produces the material requested. As such, this Court should still resolve the motion to compel on an expedited basis.

### 2. *The shortened time no longer has to include briefing on the motion to compel*

In light of the Court's order granting Rimini time to oppose Oracle's motion for fees, however, Oracle does not need to file an expedited response to Rimini's motion to compel. Its response is due tomorrow (December 10, 2015), anyway, under Local Rule 7.1. Rimini's reply brief will be due about December 21, 2015, depending on Oracle's service of the opposition.

### 3. *This Court should set a hearing on the motion to compel*

Rimini requests that the Court set a hearing, or resolve the issue, as soon after December 21 as possible.

December 9, 2015        LEWIS ROCA ROTHGERBER LLP

By: /s/ *Daniel F. Polsenberg*
DANIEL F. POLSENBERG (SBN 2376)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

*Attorneys for Defendants*
RIMINI STREET, INC., *a Nevada corporation*
and SETH RAVIN, *an individual*

7096846_1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 9, 2015, I caused to be electronically filed the foregoing document with the Clerk of the Court for U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Judy Estrada
An Employee of Lewis Roca Rothgerber LLP