# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ORACLE USA, INC. *et al.,* | ) | 2:10-cv-0106-LRH-PAL |
| | ) | |
| Plaintiffs, | ) | MINUTE ORDER |
| | ) | |
| vs. | ) | December 10, 2015 |
| | ) | |
| RIMINI STREET, INC.; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE LARRY R. HICKS</u>, U.S. DISTRICT JUDGE

DEPUTY CLERK:  <u>NONE APPEARING</u>          REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                              </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                              </u>

**MINUTE ORDER IN CHAMBERS:**

      Before the court is defendants' motion to shorten time. Doc. #945. The court has reviewed the motion and attendant briefing and finds that there is no good cause to grant defendants' motion to shorten time, especially in light of the court's recent grant of an extension of time for defendants to respond to plaintiffs' motion for attorneys' fees. *See* Doc. #946. Therefore, the court shall deny defendants' motion.

      IT IS HEREBY ORDERED that defendants' motion to shorten time (doc. #945) is DENIED.

      IT IS SO ORDERED.

                                          LANCE S. WILSON, CLERK

                                        By:   <u>        /s/                        </u>
                                                        Deputy Clerk