| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | SHOOK, HARDY & BACON LLP<br>B. TRENT WEBB (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | 2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547 |
| 4 | rpocker@bsfllp.com | bwebb@shb.com<br>eburesh@shb.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | SHOOK, HARDY & BACON LLP |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | ROBERT H. RECKERS (*pro hac vice*)<br>600 Travis Street, Suite 1600 |
| 7 | Washington, DC 20015 | Houston, Texas  77002 |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | rreckers@shb.com |
| 10 | BOIES, SCHILLER & FLEXNER LLP | LEWIS AND ROCA LLP<br>W. WEST ALLEN (NV Bar No. 5566) |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | 3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | Telephone: (702) 949-8200<br>Facsimile: (702) 949-8398 |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | WAllen@LRLaw.com |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | GREENBERG TAURIG<br>MARK G. TRATOS (NV Bar No. 1086) |
| 15 | MORGAN, LEWIS & BOCKIUS LLP | BRANDON ROOS (NV Bar No. 7888)<br>LESLIE GODFREY (NV Bar No. 10229) |
| 16 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) | 3773 Howard Hughes Parkway<br>Suite 400 North |
| 17 | One Market, Spear Street Tower<br>San Francisco, CA  94105 | Las Vegas, NV 89169<br>Telephone: (702) 792-3773 |
| 18 | Telephone:  415.442.1000<br>Facsimile:  415.442.1001 | Facsimile: (702) 792-9002<br>tratosm@gtlaw.com |
| 19 | thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com | roosb@gtlaw.com<br>godfreyl@gtlaw.com |
| 20 | DORIAN DALEY (*pro hac vice*) | GIBSON, DUNN & CRUTCHER LLP |
| 21 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) | Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W. |
| 22 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 | Washington, DC 20036-5306<br>Telephone: (202) 955-8500 |
| 23 | Redwood City, CA 94070<br>Telephone:  650.506.4846 | mperry@gibsondunn.com |
| 24 | Facsimile:  650.506.7114<br>dorian.daley@oracle.com | Blaine H. Evanson (*pro hac vice*)<br>333 South Grand Avenue |
| 25 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | Los Angeles, CA 90071<br>Telephone: (213) 229-7228 |
| 26 | *Attorneys for Plaintiffs* | bevanson@gibsondunn.com |
| 27 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | *Attorneys for Defendants*<br>Rimini Street, Inc. and Seth Ravin |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>*Defendants.* | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' RULE 50(B) MOTION AND DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR COSTS AND ATTORNEYS' FEES** |

WHEREAS Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on November 13, 2015 a Rule 50(b) Renewed Motion For Judgment As A Matter Of Law and a Rule 50(b) Renewed Motion For Judgment As A Matter Of Law On Oracle's Copyright Act Claims as Docket Nos. 913 and 915, respectively (together, "Rimini's Motion");

WHEREAS, pursuant to District of Nevada Local Rule 7–4 Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.'s (together, "Oracle") Opposition to Rimini's Motion must be limited to thirty (30) pages;

WHEREAS Rimini agreed to provide Oracle an additional five (5) pages to include in its Opposition, which Rimini agrees may total thirty-five (35) pages excluding exhibits;

WHEREAS Oracle, by and through their attorneys of record, filed on November 13, 2015 a Motion For Costs And Attorneys' Fees as Docket No. 917 ("Oracle's Motion");

WHEREAS, pursuant to District of Nevada Local Rule 7–4 Rimini's Opposition to Oracle's Motion must be limited to thirty (30) pages;

WHEREAS Oracle agreed to provide Rimini an additional five (5) pages to include in its Opposition, which Oracle agrees may total thirty-five (35) pages excluding exhibits;

/ / /

/ / /

| | |
|---|---|
| 1 | THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle's |
| 2 | Opposition to Rimini's Motion may total thirty-five (35) pages excluding exhibits and, likewise, |
| 3 | that Rimini's Opposition to Oracle's Motion may total thirty-five (35) pages excluding exhibits. |
| 4 | SO STIPULATED AND AGREED. |

Dated: December 10, 2015

| GIBSON, DUNN & CRUTCHER LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By: */s/ Blaine H. Evanson* | By: */s/ Kieran Ringgenberg* |
| Blaine H. Evanson (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7228<br>Facsimile: (213) 229-6228<br>BEvanson@gibsondunn.com | Kieran Ringgenberg (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to the parties' above stipulation, it is hereby ORDERED that:

1) Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.'s Opposition to Defendants' Rule 50(b) Renewed Motion For Judgment As A Matter Of Law (Dkt Nos. 913 & 915) may total thirty-five (35) pages excluding exhibits; and

2) Defendants Rimini Street, Inc. and Seth Ravin's Opposition to Plaintiffs' Motion For Costs And Attorneys' Fees (Dkt. No. 917) may total thirty-five (35) pages excluding exhibits.

Dated: _____                       _____
                                            Hon. Larry R. Hicks
                                            United States District Judge

| | |
|---|---|
| 1 | **ATTESTATION OF FILER** |
| 2 | The signatories to this document are Blaine Evanson and me, and I have obtained Mr. |
| 3 | Evanson's concurrence to file this document on his behalf. |

Dated:  December 10, 2015

BOIES, SCHILLER & FLEXNER LLP

By:   */s/ Kieran Ringgenberg*
Kieran Ringgenberg (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*