| | |
|---|---|
| SHOOK, HARDY & BACON LLP | LEWIS ROCA ROTHGERBER LLP |
| B. Trent Webb *(pro hac vice)* | Daniel F. Polsenberg (Nev. Bar No. 2376) |
| Peter Strand *(pro hac vice)* | W. West Allen (Nev. Bar No. 5566) |
| Ryan D. Dykal *(pro hac vice)* | Joel D. Henriod (Nev. Bar No. 8492) |
| 2555 Grand Boulevard | 3993 Howard Hughes Parkway, Suite 600 |
| Kansas City, MO 64108-2613 | Las Vegas, NV 89169 |
| Telephone: (816) 474-6550 | Telephone: (702) 949-8200 |
| Facsimile: (816) 421-5547 | dpolsenberg@lrrlaw.com |
| bwebb@shb.com | wallen@lrrlaw.com |
| | jhenriod@lrrlaw.com |
| Robert H. Reekers *(pro hac vice)* | |
| 600 Travis Street, Suite 1600 | RIMINI STREET, INC. |
| Houston, TX 77002 | Daniel B. Winslow *(pro hac vice)* |
| Telephone: (713) 227-8008 | 6601 Koll Center Parkway, Suite 300 |
| Facsimile: (713) 227-9508 | Pleasanton, CA 94566 |
| rreckers@shb.com | Telephone: (925) 264-7736 |
| | dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP | |
| Mark A. Perry *(pro hac vice)* | John P. Reilly *(pro hac vice)* |
| 1050 Connecticut Avenue, N.W. | 3993 Howard Hughes Parkway, Suite 500 |
| Washington, DC 20036-5306 | Las Vegas, NV 89169 |
| Telephone: (202) 955-8500 | Telephone: (336) 908-6961 |
| mperry@gibsondunn.com | jreilly@riministreet.com |
| | |
| Blain H. Evanson *(pro hac vice)* | J. Randall Jones, Esq. (Nev. Bar No. 1927) |
| 333 South Grand Avenue | Matthew S. Carter, Esq. (Nev. Bar No. 9524) |
| Los Angeles, CA 90071 | Kemp, Jones & Coulthard, LLP |
| Telephone: (213) 229-7228 | 3800 Howard Hughes Parkway |
| bevanson@gibsondunn.com | Seventeenth Floor |
| | Las Vegas, Nevada 89169 |
| | Telephone: (702) 385-6000 |
| | Facsimile: (702) 385-6001 |
| | kjc@kempjones.com |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br>Plaintiff, <br><br>v. | Case No.   2:10-cv-0106-LRH-PAL <br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| 1 | RIMINI STREET, INC., a Nevada corporation; SETH RAVING, an individual, |
| 2 | |
| 3 | Defendants. |
| 4 | |

NOTICE IS HEREBY GIVEN to the Court, all parties of record, and all counsel that J. Randall Jones, Esq. and Matthew S. Carter, Esq., of Kemp, Jones & Coulthard, LLP, are hereby appearing in this matter for Defendant Rimini Street, Inc.

DATED this 11 day of December, 2015.

KEMP, JONES & COULTHARD, LLP

/s/

J. RANDALL JONES, ESQ. (#1927)
MATTHEW S. CARTER, ESQ. (#9524)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
*Attorneys for Defendant Rimini Street, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of December, 2015, I served **NOTICE OF APPEARANCE** through the CM/ECF system of the United States District Court for the District of Nevada on the parties listed on the e-service list.

/s/ Pamela Montgomery
An employee of Kemp, Jones & Coulthard, LLP