BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' CONDITIONAL CROSS-MOTION FOR RECONSIDERATION IN ANY NEW TRIAL** |

I, Thomas S. Hixson, declare as follows:

1. I am a member of the State Bar of California, and a partner at Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively, "Oracle" or "Plaintiffs") in this action. I have personal knowledge of the matters stated herein and could and would testify competently about them if called upon to do so.

2. I submit this declaration in support of Oracle's Opposition to Rimini Street, Inc. and Seth Ravin's Conditional Cross-Motion For Reconsideration In Any New Trial.

3. Attached as **Exhibit A** is a true and correct copy of an email chain between me and Blaine Evanson, counsel for Rimini Street and Mr. Ravin, regarding Rimini's conditional motion for reconsideration.

4. Attached as **Exhibit B** is a true and correct copy of an October 22, 2015 Rimini Street Press Release that I obtained from Rimini Street's website, available at http://www.riministreet.com/news/press-releases/10222015.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this declaration on December 14, 2015 in San Francisco, California.

/s/ *Thomas S. Hixson*
Thomas S. Hixson

1

DECLARATION OF THOMAS HIXSON IN SUPPORT OF ORACLE'S OPPOSITION