| | |
|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP |
| | RICHARD J. POCKER (NV Bar No. 3568) |
| 2 | 300 South Fourth Street, Suite 800 |
| | Las Vegas, NV 89101 |
| 3 | Telephone: (702) 382-7300 |
| | Facsimile: (702) 382-2755 |
| 4 | rpocker@bsfllp.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP |
| | WILLIAM ISAACSON (*pro hac vice*) |
| 6 | KAREN DUNN (*pro hac vice*) |
| | 5301 Wisconsin Ave, NW |
| 7 | Washington, DC 20015 |
| | Telephone: (202) 237-2727 |
| 8 | Facsimile: (202) 237-6131 |
| | wisaacson@bsfllp.com |
| 9 | kdunn@bsfllp.com |
| 10 | BOIES, SCHILLER & FLEXNER LLP |
| | STEVEN C. HOLTZMAN (*pro hac vice*) |
| 11 | KIERAN P. RINGGENBERG (*pro hac vice*) |
| | 1999 Harrison Street, Suite 900 |
| 12 | Oakland, CA 94612 |
| | Telephone: (510) 874-1000 |
| 13 | Facsimile: (510) 874-1460 |
| | sholtzman@bsfllp.com |
| 14 | kringgenberg@bsfllp.com |

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

15 Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
16 Oracle International Corp.

17                UNITED STATES DISTRICT COURT

18                     DISTRICT OF NEVADA

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., a Colorado corporation; | Case No. 2:10-cv-0106-LRH-PAL |
| | ORACLE AMERICA, INC., a Delaware | |
| 20 | corporation; and ORACLE INTERNATIONAL | **DECLARATION OF RICHARD** |
| | CORPORATION, a California corporation, | **ALLISON IN SUPPORT OF** |
| 21 | | **ORACLE'S OPPOSITION TO** |
| | Plaintiffs, | **DEFENDANTS' RULE 50(B)** |
| 22 | | **RENEWED MOTION FOR** |
| | v. | **JUDGMENT AS A MATTER OF** |
| 23 | | **LAW** |
| | RIMINI STREET, INC., a Nevada corporation; | |
| 24 | and SETH RAVIN, an individual, | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

Case No. 5:13-cv-03385 PSG

DECLARATION OF RICHARD ALLISON IN SUPPORT OF ORACLE'S OPPOSITION TO
DEFENDANTS' RULE 50(B) RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

I, Richard Allison, declare as follows:

1. I am employed by Oracle America, Inc., a Plaintiff in this action. I have been employed by Oracle since 1993. I am currently Oracle's Senior Vice President for Oracle Global Practices and Risk Management. I have personal knowledge of the matters stated in this declaration and could testify competently to them if called upon to do so.

2. I submit this declaration in support Of Oracle's Opposition to Defendants' Rule 50(b) Renewed Motion For Judgment As A Matter Of Law.

3. As part of my job responsibilities, I am required to be familiar with Oracle's Terms of Use for the Oracle support sites ("Oracle's Terms of Use"). These support sites (e.g., Customer Connection and later My Oracle Support) provide access to software and support materials for Oracle's PeopleSoft, JD Edwards and Siebel products.

4. Oracle's Terms of Use govern a person's use of the Oracle support sites, as well as the material on the site. For the period of time at issue in this case (i.e., through 2011) Oracle's Terms of Use incorporated by reference the Oracle.com Terms of Use, which contain a California choice of law provision.

4. Attached as **Exhibit A** is a true and correct copy of Oracle.com's Terms of Use (2006), produced in this litigation and Bates numbered ORCLRS0044624-27.

5. Attached as **Exhibit B** is a true and correct copy of Oracle.com's Terms of Use (last revised 2009), produced in this litigation and Bates numbered ORCLRS0045696-704.

I declare under penalty of perjury that the foregoing is true and correct, and that I executed this Declaration on December 7th, 2015 at Redwood Shores, California.

Richard Allison