**ORACLE**

(Sign In/Register for Account | Subscribe)   | Worldwide ▼    Oracle Websites ▼

secure search          Oracle.com         🔍

- Home
- Products and Services
- Industries
- Support
- Store
- Partners
- Communities
- About
- 

**ORACLE CORPORATION**

Legal Notices
    Legal Notices Home
    Terms of Use
    Third Party Usage Guidelines
    for Oracle Trademarks
    Third Party Usage Guidelines
    for Oracle Logos
    Copyright Information
    Privacy Policy

Terms of Use

Welcome to the Oracle Web site (the "Site"). By using the Site, you agree to follow and be bound by the following terms and conditions concerning your use of the Site ("Terms of Use") and our Privacy Policy. We may revise the Terms of Use and Privacy Policy at any time without notice to you.

Areas of the Site may have different terms of use posted. If there is a conflict between the Terms of Use and terms of use posted for a specific area of the Site, the latter shall have precedence with respect to your use of that area of the Site.

1. Use of Web Site Information
You may download, view, copy and print documents and graphics incorporated in these documents (the "Documents") from the Site subject to the following: (a) the Documents may be used solely for personal, informational, non-commercial purposes; and (b) the Documents may not be modified or altered in any way. Except where your use constitutes "fair use" under copyright law, you may not otherwise use, download, upload, copy, print, display, perform, reproduce, publish, license, post, transmit or distribute any information from this Web site in whole or in part without the express authorization of Oracle.

2. Use of Software
Any use of software and accompanying documentation you download from the Site is subject to the terms of a software license agreement between you and Oracle. You must read the license agreement and indicate your agreement to its terms prior to installing or using the software. All rights, title and interest not expressly granted are reserved.

3. Use of Forums and Public Communication
"Forum" means a discussion group, chat area, bulletin board, news group, blog, wiki, letter to Oracle, its webmaster or employees, e-mail function, or other service in connection with which You can upload, email, post, publish or otherwise transmit content. You agree not to upload, email, post, publish or otherwise transmit through a Forum any content that: (a) is false or misleading; (b) is defamatory; (c) is harassing or invades another's privacy, or promotes bigotry, racism, hatred or harm against any group or individual; (d) is obscene; (e) infringes another's rights, including but not limited to intellectual property rights; (f) constitutes unsolicited bulk e-mail, "junk mail," "spam" or chain letters; or (g) violates any applicable laws or regulations.

Forums shall be used in a noncommercial manner only. You shall not distribute or otherwise publish any content containing a solicitation of funds, promotion,

ORCL00672442
ORCLRS0044624

advertising, solicitation for goods or services, or other commercial matter. You agree not to solicit other users of the Site to use or join or become members of any commercial online or offline service or other organization. Except where expressly authorized by Oracle, you agree not to collect or store personal data about other users.

By uploading, emailing, posting, publishing or otherwise transmitting content to any Forum or submitting any content to Oracle, you automatically grant (or warrant that the owner of such rights has expressly granted) Oracle a perpetual, royalty-free, irrevocable, nonexclusive right and license to use, reproduce, modify, adapt, publish, transmit and distribute such content on in any form, medium, or technology now known or later developed. In addition, you warrant that all so-called moral rights in the content have been waived.

4. Passwords and Security
You are responsible for maintaining the confidentiality of any password(s) you are given to access the Site, and are fully responsible for all activities that occur under your password(s). You agree to notify Oracle immediately of any unauthorized use of your password(s).

Oracle is concerned about the security of personal information we have collected from you and has taken reasonable steps to prevent unauthorized access to that information.

5. Termination of Use
You agree that Oracle may, in its sole discretion, at any time terminate your access to the Site and any account(s) you may have in connection with the Site. Access to the Site may be monitored by Oracle.

6. Third Party Web Sites, Content, Products and Services
The Site provides links to Web sites and access to content, products and services from third parties, including users, advertisers, affiliates and sponsors of the Site. You agree that Oracle is not responsible for the availability of, and content provided on, third party Web sites. You should refer to the policies posted by other Web sites regarding privacy and other topics before you use them. You agree that Oracle is not responsible for third party content accessible through the Site, including opinions, advice, statements and advertisements, and understand that you bear all risks associated with the use of such content. If you choose to purchase any products or services from a third party, your relationship is directly with the third party. You agree that Oracle is not responsible for: (a) the quality of third party products or services; and (b) fulfilling any of the terms of your agreement with the seller, including delivery of products or services and warranty obligations related to purchased products or services. You agree that Oracle is not responsible for any loss or damage of any sort you may incur from dealing with any third party.

7. Disclaimer
EXCEPT WHERE EXPRESSLY PROVIDED OTHERWISE, THE SITE, AND ALL CONTENT, MATERIALS, INFORMATION, SOFTWARE, PRODUCTS AND SERVICES PROVIDED ON THE SITE, ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. ORACLE EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. ORACLE MAKES NO WARRANTY THAT: (A) THE SITE WILL MEET YOUR REQUIREMENTS; (B) THE SITE WILL BE AVAILABLE ON AN UNINTERRUPTED, TIMELY, SECURE, OR ERROR-FREE BASIS; (C) THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SITE OR ANY SERVICES OFFERED THROUGH THE SITE WILL BE ACCURATE OR RELIABLE; OR (D) THE QUALITY OF ANY PRODUCTS, SERVICES, INFORMATION, OR OTHER MATERIAL PURCHASED OR OBTAINED BY YOU THROUGH THE SITE WILL MEET YOUR EXPECTATIONS.

ANY CONTENT, MATERIALS, INFORMATION OR SOFTWARE DOWNLOADED

ORCL00672443
ORCLRS0044625

OR OTHERWISE OBTAINED THROUGH THE USE OF THE SITE IS DONE AT YOUR OWN DISCRETION AND RISK. ORACLE SHALL HAVE NO RESPONSIBILITY FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF ANY CONTENT, MATERIALS, INFORMATION OR SOFTWARE.

ORACLE RESERVES THE RIGHT TO MAKE CHANGES OR UPDATES TO THE SITE AT ANY TIME WITHOUT NOTICE.

8. Limitation of Liability
IN NO EVENT SHALL ORACLE BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL DAMAGES, OR DAMAGES FOR LOSS OF PROFITS, REVENUE, DATA OR USE, INCURRED BY YOU OR ANY THIRD PARTY, WHETHER IN AN ACTION IN CONTRACT OR TORT, ARISING FROM YOUR ACCESS TO, OR USE OF, THE SITE.

SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY. ACCORDINGLY, SOME OF THE ABOVE LIMITATIONS MAY NOT APPLY TO YOU.

9. Indemnity
You agree to defend, indemnify and hold harmless Oracle, its officers, directors, employees and agents from and against any and all claims, liabilities, damages, losses or expenses, including reasonable attorneys' fees and costs, arising out of or in any way connected with your access to or use of the Site.

10. Privacy Policy
Oracle is concerned about your privacy and has developed a policy to address privacy concerns. You can find the current privacy policy at /html/privacy.html.

11. Note About Children
Minors are not eligible to use the Site, and we ask that they do not submit any personal information to us.

12. Export Restrictions/Legal Compliance
You may not access, download, use or export the Site, or the content, software, products or services provided on the Site in violation of U.S. export laws or regulations, or in violation of any other applicable laws or regulations. You agree to comply with all export laws and restrictions and regulations of any United States or foreign agency or authority, and not to directly or indirectly provide or otherwise make available the services and products of Oracle in violation of any such restrictions, laws or regulations, or without all necessary approvals, including, without limitation, for the development, design, manufacture or production of nuclear, chemical or biological weapons of mass destruction. As applicable, you shall obtain and bear all expenses relating to any necessary licenses and/or exemptions with respect to your own use of the services of Oracle outside the U.S. Neither the services of Oracle nor the underlying information or technology may be downloaded or otherwise provided or made available, either directly or indirectly, (i) into Cuba, Iran, Libya, North Korea, Sudan, Syria or any other country subject to U.S. trade sanctions, to individuals or entities controlled by such countries, or to nationals or residents of such countries other than nationals who are lawfully admitted permanent residents of countries not subject to such sanctions; or (ii) to anyone on the U.S. Treasury Department's list of Specially Designated Nationals and Blocked Persons or the U.S. Commerce Department's Table of Denial Orders. By agreeing to these Terms and Conditions of Use, you agree to the foregoing and represents and warrants that you are not located in, under the control of, or a national or resident of any such country or on any such list.

13. Applicable Laws
All matters relating to your access to, and use of, the Site shall be governed by U.S. federal law or the laws of the State of California. Any legal action or proceeding relating to your access to, or use of, the Site shall be instituted in a state or federal court in San Francisco or San Mateo County, California. You and

ORCL00672444
ORCLRS0044626

Oracle agree to submit to the jurisdiction of, and agree that venue is proper in, these courts in any such legal action or proceeding.

14. Copyright/Trademark Information
Copyright © 1995-2006, Oracle. All rights reserved.

Oracle, JD Edwards, PeopleSoft, and Siebel are registered trademarks of Oracle Corporation. Other names appearing on the Site may be trademarks of their respective owners.

15. Contact Information
If you have any questions regarding these Terms of Use, please contact Oracle at trademar_us@oracle.com. If you have any other questions regarding the Site, please contact Oracle at /corporate/contact/.

BOOKMARK    E-mail this page    Printer View

**ORACLE IS THE INFORMATION COMPANY**

About Oracle | 🔊 | Subscribe | Careers | Contact Us | Site Maps | Legal Notices | Terms of Use | Your Privacy Rights

ORCL00672445
ORCLRS0044627