| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| 2 | RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Las Vegas, NV 89101<br>Telephone: (702) 382-7300 | One Market Street<br>Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 4 | Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 5 | | thomas.hixson@morganlewis.com |
| 6 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | kristen.palumbo@morganlewis.com |
| 7 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Washington, DC 20015<br>Telephone: (202) 237-2727 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 10 | kdunn@bsfllp.com | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 11 | BOIES, SCHILLER & FLEXNER LLP | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | jim.maroulis@oracle.com |
| 13 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 14 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 15 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 16 | Attorneys for Oracle USA, Inc., Oracle | |
| 17 | America, Inc., and Oracle International Corporation | |

18    UNITED STATES DISTRICT COURT

19    DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | | |
| 21 | ORACLE USA., INC, a Colorado corporation,<br>ORACLE AMERICA, INC., a Delaware | Case No  2:10-cv-0106-LRH-PAL |
| 22 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **CERTIFICATE OF SERVICE** |
| 23 | Plaintiffs,<br>   v. | |
| 24 | | |
| 25 | RIMINI STREET, INC., a Nevada corporation;<br>and SETH RAVIN, an individual, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2015, I electronically transmitted:

(1) PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S OPPOSITION TO DEFENDANTS' RULE 50(b) RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW;

(2) DECLARATION OF RICHARD ALLISON IN SUPPORT OF ORACLE'S OPPOSITION TO DEFENDANTS' RULE 50(b) RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW;

to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

By: */s/ Kieran Ringgenberg*
An employee of Boies, Schiller & Flexner LLP