| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb (*pro hac vice*)<br>Peter Strand (*pro hac vice*)<br>Ryan D. Dykal (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>bevanson@gibsondunn.com | LEWIS ROCA ROTHGERBER LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: (702) 949-8200<br>wallen@lrrlaw.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF RIMINI STREET, INC.'S AND SETH RAVIN'S OPPOSITION TO ORACLE'S MOTION FOR PREJUDGMENT INTEREST**<br><br>[REDACTED VERSION] |

## DECLARATION OF ROBERT H. RECKERS

I, Robert H. Reckers, have personal knowledge of the facts stated below and, under penalty of perjury hereby declare:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above-captioned matter, and I am an attorney at Shook, Hardy, and Bacon LLP, attorneys for Defendants Rimini Street, Inc. ("Rimini") and Seth Ravin. I make this declaration in support of Rimini Street, Inc's and Seth Ravin's Opposition to Oracle's Motion for Prejudgment Interest.

2. Attached as **Exhibit A** is a true and correct copy of a letter from Scott Gattey of Siebel Systems, Inc. to Seth Ravin of Rimini Street dated September 26, 2005.

3. Attached as **Exhibit B** is a true and correct copy of a letter from Patrick Byrne of Snell & Wilmer to Scott Gattey and Alexa King of Siebel Systems, Inc. dated October 6, 2005.

4. Attached as **Exhibit C** is a true and correct copy of a letter from Robert Freitas of Orrick, Herrington & Sutcliffe to Jeffrey Barr of Snell & Wilmer dated November 16, 2005.

5. Attached as **Exhibit D** is a true and correct copy of a letter from Jeffrey Barr of Snell & Wilmer to Scott Gattey of Oracle dated June 5, 2006.

6. Attached as **Exhibit E** is a true and correct copy of a letter from Wendy Neal of Snell & Wilmer to Scott Gattey of Oracle dated June 28, 2007.

7. Attached as **Exhibit F** is a true and correct copy of a letter from Dan Goldfine of Snell & Wilmer to Jeffrey Ross of Oracle USA, Inc. dated December 3, 2008.

8. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

9. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████.

10. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on December 14, 2015.

_/s/ Robert H. Reckers_
Robert H. Reckers, Esq.