# EXHIBIT A



SIEBEL SYSTEMS, INC.
2207 BRIDGEPOINTE PARKWAY
SAN MATEO, CA 94404

PHONE (650) 295-5000
FAX (650) 295-5111
www.siebel.com

*Via E-Mail and Overnight Delivery*

September 26, 2005

Seth Ravin
President & CEO
Rimini Street
7500 Via Rimini
Las Vegas, Nevada 89131

<u>Re: *False and/or Misleading Statements Made by Rimini Street* – *Cease and Desist Notice*</u>

Dear Mr. Ravin:

I write on behalf of Siebel Systems, Inc. ("Siebel Systems") concerning various statements that you or your company, Rimini Street, have recently made regarding Rimini Street's purported ability to offer maintenance and support services to Siebel Systems' customers. As discussed herein, Siebel Systems believes that various statements made by Rimini Street are false and/or misleading, and we hereby demand that Rimini Street immediately cease its wrongful activities.

While I do not believe it necessary or appropriate to address each an every comment that Rimini Street has recently made, Siebel Systems advises you that it takes issue with the following statements/suggestions made by Rimini Street:

- **Claim That Rimini Street May Lawfully Obtain Access to Siebel Systems' Software for the Purposes of Providing Maintenance or Support Services**

    In a September 19, 2005 Wall Street Journal article, you were quoted as stating that "Siebel's licenses give customers the right to modify their own software and to hire outside consultants to do so." (9/19/05 WSJ, Page B4). To the extent this statement suggests that Siebel Systems' customers may provide Rimini Street with access to Siebel's software programs, this statement is false and misleading. Siebel Systems' standard licensing terms provide that its customers may not provide Siebel competitors with access to Siebel Systems software programs. Rimini Street has acknowledged that it intends to compete with respect to the provision of maintenance and support services, and as such, Siebel Systems' customers would be precluded from providing Rimini Street with access to the software programs that these customers have obtained from Siebel Systems. As addressed further below,

Siebel Systems has serious questions about what maintenance and support services Rimini Street contends it will be able to provide if it does not have lawful access to Siebel Systems' programs (or source code, or trade secrets). For the foregoing reasons, Siebel Systems demands that Rimini Street, a Siebel Systems competitor, cease and desist from making any comments or statements that suggest that it has or will have the ability to access Siebel Systems' software programs in connection with providing services to any third party.

- **Suggestion that Siebel Systems' Customers Need to Be Concerned That Maintenance Will Be Discontinued**

In the same Wall Street Journal article, you were quoted as stating, "Rimini Street will 'extend the life' of Siebel's products, while Siebel customers wait to see Oracle's plans." *Id.* Rimini Street makes a similar suggestion on its website where it states that Siebel Systems' customers face "additional uncertainties as a result of Oracle's pending acquisition." www.riministreet.com. To the extent that Rimini Street is suggesting that Siebel Systems' customers need to be concerned about whether maintenance and support for Siebel Systems' software will continue to be available, such a suggestion is disingenuous. As you must be aware, Oracle Corporation has publicly stated that customers' investments in Siebel Systems' applications will be supported and protected as the centerpiece of Oracle's Fusion CRM Strategy. (*See* http://www.oracle.com/siebel/cust_ptr.pdf). Oracle has stated that this includes "continued support for Siebel's CRM and analytics solutions." *Id.* Additionally, Siebel Systems has never discontinued support and maintenance for any products that Siebel has developed. For the foregoing reasons, Siebel Systems demands that Rimini Street cease and desist from making any statement suggesting that Siebel Systems' customers need to be concerned that Siebel Systems and/or Oracle intend to discontinue providing support and maintenance for Siebel Systems software.

- **Suggestion that Rimini Street Is Able to Provide Limited Updates As Part of Its Offering**

Rimini Street's website suggests that its services will allow Siebel Systems customers the opportunity to "reduce the frequency and cost of upgrades." To the extent this statement suggests that Rimini Street will provide some (but not all) of the software upgrades that Siebel Systems makes available to its customers, this statement is false and misleading. Only Siebel Systems has the ability to make its upgrades available to customers, and it has no intent to enter into any agreement whereby Rimini Street may obtain such upgrades to pass on to its customers. For the foregoing reasons, Siebel Systems demands that Rimini Street cease and desist from making any statement suggesting that it has the ability to provide Siebel Systems' upgrades to its customers.

- **Suggestion that Rimini Street Can Offer Comparable Services**

    In its public comments and on its web site, Rimini Street has suggested that it will be offering Siebel Systems' customers maintenance and support services similar to those currently offered by Siebel, but at a lesser cost. We have serious doubts about Rimini Street's ability to make good on such a promise, for a number of reasons. First, as noted above, Rimini Street does not have the right to obtain or use copies of Siebel Systems' programs for any reason whatsoever. Second, Rimini Street does not have access to Siebel Systems' source code. Third, even assuming that Rimini Street intends to provide its services by hiring employees who have previously worked at Siebel Systems, each such employee has been required to agree that they will not use Siebel Systems confidential, proprietary or trade secret information after leaving Siebel Systems' employ. We hereby caution Rimini Street from any attempt to induce or encourage any current or former Siebel Systems' employee to breach contractual obligations owed to Siebel Systems. Without the ability to use any of the information discussed herein, we believe Rimini Street is being disingenuous when it suggests it can provide maintenance and support services similar to those that Siebel Systems currently offers.

By this letter, we hereby ask Rimini Street to explain in detail how it intends to fulfill the promises it is making to potential customers on its website and in its public comments. Specifically, please advise how Rimini Street intends to provide "complete maintenance and support services" without access to Siebel Systems' source code, programs or confidential, proprietary or trade secret information. Please provide these details to my attention no later than Friday September 30, 2005. My fax number is 650-477-6847.

Siebel Systems' rights are reserved.

Sincerely,

Scott D. Gattey
Director, Legal Affairs
Siebel Systems, Inc.