# EXHIBIT C



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 MARSH ROAD
MENLO PARK, CA 94025

tel 650-614-7400
fax 650-614-7401
WWW.ORRICK.COM

November 16, 2005

Robert E. Freitas
(650) 614-7364
rfreitas@orrick.com

Jeffrey F. Barr
Snell & Wilmer L.L.P.
3800 Howard Hughes Parkway, Tenth Floor
Las Vegas, NV 89109

Re: *Siebel Systems, Inc.*

Dear Mr. Barr:

I am in receipt of your letter of November 11, 2005. Contrary to your suggestion, Siebel has not been "silent" on substantive issues. Siebel's concerns have been explained in previous correspondence, and Siebel is under no obligation to advise your client in even more detail what it must do to avoid engaging in unlawful conduct.

Your comments concerning my client's communications with its former employee regarding that employee's continuing contractual obligations to Siebel are similarly off base. Like other employers, Siebel is entitled to remind departing employees of these continuing obligations. Many employees fail to keep these responsibilities in mind, or are influenced by new employers who seek to cut corners. If you believe Mr. Gattey's reminder letter to Mr. Chiu was inaccurate in any manner, please let me know as soon as possible.

I agree that there is no need for a letter writing campaign. Siebel has done nothing to impede lawful competition by Rimini Street, and Siebel will continue to enforce its rights in good faith. If you have any questions, please feel free to call or write me at your convenience.

Very truly yours,

Robert E. Freitas

REF/hb1

DOCSSV1:435848.1