SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
wallen@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF DOUG ZORN IN SUPPORT OF RIMINI STREET, INC.'S AND SETH RAVIN'S OPPOSITION TO ORACLE'S MOTION FOR PREJUDGMENT INTEREST**<br><br>Judge:     Hon. Larry R. Hicks |

DECLARATION OF DOUG ZORN

## DECLARATION OF DOUG ZORN

I, Doug Zorn, declare as follows:

1. I am a Senior Vice President ("SVP") and the Chief Financial Officer ("CFO") at Rimini Street, Inc. ("Rimini"). I have worked at and consulted for Rimini off-and-on for the past eight years, including in my current role as SVP and CFO. I submit this declaration in support of Rimini's and Seth Ravin's Opposition to Oracle's Motion for Prejudgment Interest. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2. I have worked in finance and executive management in the high-technology sector for forty years, including significant experience navigating growth, venture-backed startups, and large companies through international expansion, mergers and acquisitions, and IPO's. In addition to founding, co-founding, and serving as an executive at several of these companies, I have held positions in industry and public accounting.

3. As CFO of Rimini, I am responsible for obtaining financing for Rimini's operations. Financing can be obtained through different debt instruments, including accounts receivable financing and equity financing.

4. I understand that Oracle filed the above-captioned lawsuit against Rimini in January 2010. Between January 2010 and the present, I personally have attempted to obtain financing for Rimini's operations.

5. I have observed that during the pendency of this lawsuit, a significant impediment to obtaining various financing and lines of credit at more favorable terms has been the uncertainty associated with the outcome of this lawsuit, the broad nature of the claims asserted therein, and Oracle's public statements about the suit, including Oracle's statements that it would obtain a significant damages verdict and its post-trial claims that it will obtain injunctive relief that will prevent Rimini from providing third-party maintenance and support services for its PeopleSoft, JDE, and Siebel product lines.

6. Based on my observations, experience in the industry, and communications with lenders and others in the industry, Rimini would have been eligible for far more favorable financing

and debt terms had it not been for the pendency of this lawsuit and Oracle's public statements associated with it.

I declare under penalty of perjury under the laws of the United States and the State of Florida that the foregoing is true and correct, and that I executed this Declaration on the 14th day of December, 2015 in Bonita Springs, Florida.

_____
Doug Zorn