SHOOK, HARDY & BACON LLP
B. Trent Webb *(pro hac vice)*
Peter Strand *(pro hac vice)*
Ryan D. Dykal *(pro hac vice)*
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com
pstrand@shb.com
rdykal@shb.com

Robert H. Reckers *(pro hac vice)*
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry *(pro hac vice)*
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson *(pro hac vice)*
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nev. Bar No. 5566)
Daniel Polsenberg (Nev. Bar No. 2376)
Joel Henriod (Nev. Bar No. 8492)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
wallen@lrrlaw.com
dpolsenberg@lrrlaw.com
jhenriod@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow *(pro hac vice)*
6601 6601 Koll Center Parkway, Suite
300 Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly *(pro hac vice)*
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, Inc., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF THEIR OPPOSITION TO PLAINTIFFS' MOTION FOR PREJUDGMENT INTEREST AND SUPPORTING DECLARATIONS** |

### [PROPOSED] ORDER

Pending before this Court is Defendants Rimini Street Inc.'s and Seth Ravin's Motion for Leave to File Under Seal Portions of their Opposition to Oracle's Motion for Prejudgment Interest and the Supporting Declarations of Robert H. Reckers and Dr. Thomas Vander Veen. Having considered Defendants' motion, and for good cause existing:

IT IS HEREBY ORDERED THAT: Defendants Rimini Street Inc.'s and Seth Ravin's Motion to File Under Seal Portions of their Opposition to Plaintiffs' Motion for Prejudgment Interest and the Supporting Declarations of Robert H. Reckers and Dr. Thomas Vander Veen is GRANTED. The Clerk of the Court shall file these documents under seal.

IT IS SO ORDERED.

DATED:                              By: _____
                                         Judge Larry R. Hicks

6597635 v1