| | | |
|---|---|---|
| 1 | SHOOK, HARDY & BACON LLP | LEWIS ROCA ROTHGERBER LLP |
| 2 | B. Trent Webb (Admitted *pro hac vice*) | W. WEST ALLEN (Nevada Bar No. 5566) |
|  | Peter Strand (Admitted *pro hac vice*) | 3993 Howard Hughes Parkway, Suite 600 |
| 3 | Ryan D. Dykal (Admitted *pro hac vice*) | Las Vegas, Nevada 89169 |
|  | 2555 Grand Boulevard | Telephone: (702) 949-8200 |
| 4 | Kansas City, Missouri 64108-2613 | Facsimile: (702) 949-8398 |
|  | Telephone: (816) 474-6550 | WAllen@LRRLaw.com |
| 5 | Facsimile: (816) 421-5547 | |
|  | bwebb@shb.com | RIMINI STREET, INC. |
| 6 | | Daniel B. Winslow (Admitted *pro hac vice*) |
| 7 | Robert H. Reckers (Admitted *pro hac vice*) | 6601 Koll Center Parkway, Suite 300 |
|  | 600 Travis Street, Suite 3400 | Pleasanton, California 94566 |
| 8 | rreckers@shb.com | Telephone: (925-264-7736 |
|  | Houston, Texas 77002 | dwinslow@riministreet.com |
| 9 | Telephone: (713) 227-8008 | |
|  | Facsimile: (713) 227-9508 | John P. Reilly (Admitted *pro hac vice*) |
| 10 | rreckers@shb.com | 3993 Howard Hughes Parkway, Suite 500 |
|  | | Las Vegas, NV 89169 |
| 11 | GIBSON, DUNN & CRUTCHER LLP | Telephone: (336) 908-6961 |
| 12 | Mark A. Perry *(pro hac vice)* | jreilly@riministreet.com |
|  | 1050 Connecticut Avenue, N.W. | |
| 13 | Washington, DC 20036-5306 | ***Attorneys for Plaintiff and Counter Defendant*** |
|  | Telephone: (202) 955-8500 | ***Rimini Street, Inc., and Counter Defendant*** |
| 14 | | ***Seth Ravin*** |
| 15 | Blaine H. Evanson *(pro hac vice)* | |
|  | 333 South Grand Avenue | |
| 16 | Los Angeles, CA 90071 | |
|  | Telephone: (213) 229-7228 | |
| 17 | bevanson@givsondunn.com | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | |
| Plaintiffs, | |
| v. | Case No. 2:10-cv-0106-LRH-PAL |
| RIMINI STREET, INC. , a Nevada corporation; SETH RAVIN, an individual, | **CERTIFICATE OF SERVICE** |
| Defendants. | |

1

7313019 v1

-2-

1    At the time of service I was over 18 years of age and not a party to this action. My business
2    address is 2555 Grand Blvd., Kansas City, Missouri 64108.
3    On December 14, 2015, I served the following documents **via email**:
4    **1. Under Seal Response to Oracle's Motion No. 910 (Dkt. No. 963);**
5    **2. Under Seal version of supporting Declaration of Robert Reckers (Dkt. No. 964) and**
6    **3. Under Seal version of supporting Declaration of Dr. Vander Veen (Dkt. No. 965).**
7    Upon all counsel registered with the court's CM/ECF system to receive notice in this action.
8    I declare upon penalty of perjury under the laws of the United States of America that the
9    foregoing information contained in the Certificate of Service is true and correct.

Dated: December 15, 2015

/s/ Jeff Glidewell
Jeff Glidewell
Paralegal
Shook Hardy & Bacon LLP

-2-

7313019 v1