Jon T. Neumann (12053)
jneumann@steptoe.com
STEPTOE & JOHNSON LLP
201 E. Washington St., Ste. 1600
Phoenix, Arizona 85004-2382
Telephone: (602) 257-5200
Facsimile:  (602) 257-5299

Mark J. Connot (10010)
mconnot@foxrothschild.com
Fox Rothschild LLP
3800 Howard Hughes Pkwy., Ste. 500
Las Vegas, Nevada 89169
Telephone: (702) 699-5924
Facsimile:  (702) 597-5503

James E. Rocap, III*
jrocap@steptoe.com
Sarah D. Gordon*
sgordon@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
Facsimile:  (202) 429-3902

*Verified Petitions for admission *pro hac vice* forthcoming

*Attorneys for Defendants Hartford Fire Insurance Co., Hartford Accident and Indemnity Co., and Hartford Casualty Insurance Co.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation, | No. 2:15-CV-02292-JCM-CWH |
| Plaintiff, | **RESPONSE TO RIMINI'S OBJECTION TO NOTICE OF RELATED CASES** |
| vs. | |
| HARTFORD FIRE INSURANCE COMPANY; HARTFORD ACCIDENT AND INDEMNITY COMPANY; HARTFORD CASUALTY INSURANCE COMPANY; DOES 1 through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | **TO BE FILED IN:**<br>No. 2:15-CV-02292-JCM-CWH<br>No. 2:10-CV-00106-LRH-PAL |
| Defendants. | |

RESPONSE TO RIMINI'S OBJECTION TO NOTICE OF RELATED CASES

1  Defendants Hartford Fire Insurance Company, Hartford Accident and Indemnity
2  Company, and Hartford Casualty Insurance Company (collectively, "Hartford") respectfully
3  submit this response to the Objection to Notice of Related Cases filed by Plaintiff Rimini Street,
4  Inc. ("Rimini") ("Objection") (Doc. No. 6).

5  1.  Rimini accuses Hartford of engaging in "an improper attempt to interfere with
6  the Court's standard case assignment procedure and to reveal insurance information to a finder
7  of fact in an unrelated case." Objection at 2. Both assertions are without basis.

8  2.  <u>First</u>, Local Rule 7-2.1 is an integral part of "the Court's standard case
9  assignment procedure." Local Rule 7-2.1 requires the filing of a Notice of Related Case where
10  counsel has reason to believe that an action on file is related to another action on file. *See* Local
11  Rule 7-2.1 ("Counsel who has reason to believe that an action on file or about to be filed is
12  related to another action on file (whether active or terminated) *shall file* in each action and serve
13  on all parties in each action a notice of related cases.") (emphasis added). Because Judge Hicks
14  is presiding over the *Oracle* lawsuit, undersigned counsel had reason to believe that the two
15  actions fell within the scope of subpart (d) of the Local Rule and felt obligated to file the Notice
16  of Related Cases.

17  3.  <u>Second</u>, the Notice of Related Cases does not contain any insurance information
18  that is not publicly available as a result of Rimini's filing of its coverage action on July 23,
19  2015.

20  4.  Local Rule 7-2.1(d) also provides, in a sentence omitted from Rimini's
21  Objection, that "The assigned judges will make a determination regarding the consolidation of
22  the actions." Hartford respectfully suggests that the Judges of this Court are in the best position
23  to determine whether assignment of this lawsuit to Judge Hicks will conserve judicial resources
24  and thus whether it is appropriate for related case treatment under Local Rule 7-2.1(d).
25  Accordingly, Hartford will not respond to the arguments made by Rimini at paragraphs 12

26  ///
27  ///
28  ///

through 14 (mistakenly numbered "7") of the Objection.

DATED this 16th day of December, 2015.

By <u>/s/ Jon T. Neumann</u>
Jon T. Neumann
STEPTOE & JOHNSON LLP
201 E. Washington St., Ste. 1600
Phoenix, Arizona 85004-2382

Mark J. Connot
FOX ROTHSCHILD LLP
3800 Howard Hughes Pkwy., Ste. 500
Las Vegas, Nevada 89169

*Attorneys for Defendants Hartford Fire Insurance Co., Hartford Accident and Indemnity Co., and Hartford Casualty Insurance Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of December, 2015, I caused to be electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court for the District of Nevada, using the electronic filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By */s/ Jacqueline Magee*
An employee of Fox Rothschild LLP