BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: 202.237.2727
Facsimile: 202.237.6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: 510.874.1000
Facsimile: 510.874.1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S MOTION FOR LEAVE TO SUPPLEMENT ITS MOTION FOR COSTS AND ATTORNEYS' FEES** |

I, Thomas S. Hixson, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with the law firm Morgan, Lewis and Bockius LLP ("Morgan Lewis"), counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (together, "Oracle" or "Plaintiffs"), and was previously a partner with the law firm Bingham McCutchen LLP ("Bingham"), which was also counsel of record for Oracle. I submit this supplemental declaration in support of Oracle's motion for leave to supplement its motion for attorneys' fees and costs in the above-captioned lawsuit. The facts stated herein are based on my personal knowledge or on information provided to me by attorneys working under my direction.

2. Exhibit 1 is a summary and breakdown of the total amount of Oracle's fees and costs incurred in this case, including those paid to Bingham; Morgan Lewis; Boies, Schiller and Flexner LLP ("Boies Schiller"); and to other firms and companies.

3. Exhibit 1 has been updated to add the attorneys' fees and costs incurred by Morgan Lewis and Boies Schiller in October and November 2015, and the costs incurred by Elysium Digital, L.L.C. and Legal Media Inc., in October 2015, as reflected in Exhibit 2 to this declaration and Exhibits 1 and 2 to the Declaration of Kieran Ringgenberg. Italicized text on Exhibit 1 indicates that the amount has been modified from the amount in the original Exhibit 1. Fees and costs incurred in October and November 2015 could not practicably be included in Oracle's November 13, 2015 motion for costs and attorneys' fees.

4. [redacted]

1   [redacted]

2   5.      Exhibit 2 summarizes the Morgan Lewis attorneys and legal support staff time spent on this case in October and November 2015.  Exhibit 3 is true and correct copies of Morgan Lewis's invoices for those months.  Time entries and expenses for which Oracle does not seek recovery have been redacted from these invoices, as have payment details such as bank account numbers.  Exhibit 2 also details the number of unredacted hours that each person billed, along with the dollar amounts billed for those hours.

6.      Oracle paid the amounts due for all bills attached as Exhibits 3, for the amounts described in those bills and summarized in Exhibits 1 and 2, except for Morgan Lewis's November 2015 bill, which is in process for payment.

7.      [redacted]

8.      The summaries in Exhibits 1 and 2 do not include amounts that were paid and invoiced for block-billed entries where all or part of the description of the work needed to be redacted due to privilege or other reasons.  The total billed amount for the block-billed entries that were redacted is $ 4,883,988.

9.      [redacted]

10.     Oracle's in-house counsel have been directly involved in this matter since its inception.  They have supervised our work and reviewed our bills, and have often asked questions about our bills.  In some instances they have asked that we write off time spent on certain tasks.  Any write-offs are reflected in Exhibits and 1 and 2, and in our invoices attached as Exhibit 3.

11.     In preparing this fee application, I have reviewed the billing records for this case, and I obtained the further assistance of other lawyers on the team to review them.  All timekeepers track their time by the day to the nearest tenth of an hour.  Many tasks in significant

1  litigation such as this action require multiple attorneys to complete, as they are complex or need
2  to work at different levels or time intervals. Given the complicated nature of the case, and its
3  size and scope, as well as Defendants' conduct, the time billed by Morgan Lewis's attorneys and
4  staff on this matter was reasonable.

6  I declare that the foregoing is true under penalty of perjury under the laws of the United
7  States.
8  Executed January 6, 2016 in San Francisco, California.

              /s/    *Thomas S. Hixson*
                     Thomas S. Hixson