# SUPPLEMENTED EXHIBIT 1

| **Attorneys' Fees** | |
|---|---|
| Bingham and Morgan Lewis Attorneys' Fees, Hixson Decl. ¶ 4 | *$18,695,129.67* |
| Boies Schiller Attorneys' Fees, Ringgenberg Decl. ¶ 4, Ex. 1 | *$12,542,840.00* |
| H5 & Huron Contract Attorneys' Fees, Hixson Decl. ¶¶ 97-98 | $4,360,943.20 |
| Other Attorneys' Fees, Hixson Decl. ¶¶ 99-100 (Black Letter, Barg Coffin) | $28,895.12 |
| **TOTAL ATTORNEYS' FEES** | *$35,627,807.99* |
| | |
| **Taxable Costs** | |
| Deposition Costs, Hixson Decl. ¶ 101 | $192,999.70 |
| Stroz Fees for Oracle Productions, , Hixson Decl. ¶ 110 | $4,757,561.00 |
| **TOTAL TAXABLE COSTS** | **$4,950,560.70** |
| | |
| **Non-Taxable Costs** | |
| Stroz Electronic Discovery Costs, Hixson Decl. ¶ 110 | $8,271,552.59 |
| | |
| Expert Fees (Davis, AACG, Nodrouy, TMF), Hixson Decl. ¶¶ 105-108 | $3,353,191.75 |
| Expert Fees (Elysium), Ringgenberg Decl. ¶¶ 44-45, Ex. 1 | *$4,466,899.61* |
| | |
| Other Consultant Fees (JRI), Hixson Decl. ¶ 103 | $155,468.99 |
| Other Consultant Fees, Ringgenberg Decl. ¶ 46, Ex. 1 | $159,369.10 |
| | |
| Other Non-Taxable Costs, Hixson Decl. ¶ 101 | *$585,485.44* |
| Other Non-Taxable Costs, Ringgenberg Decl. ¶ 42, Ex. 1 | *$644,788.20* |
| **TOTAL NON-TAXABLE COSTS** | *$17,636,755.68* |
| | |
| **TOTAL ATTORNEYS' FEES AND COSTS SOUGHT** | *$58,215,124.37* |