# SUPPLEMENTED EXHIBIT 2[1]

| Title | Timekeeper | Total Hours Claimed | Total Amount Claimed |
|---|---|---|---|
| **Partner** | | *11,620.9* | *$7,211,474.46* |
| | Bree Hann*[2] | 892.9 | $502,689.91 |
| | David O. Johanson | 57.6 | $36,600.96 |
| | Frank M. Hinman | 17.7 | $15,213.15 |
| | Geoffrey M. Howard* | 1645.06 | $1,323,189.45 |
| | Holly A. House* | 2.7 | $1,786.04 |
| | John A. Polito | *2741.1* | *$1,512,782.95* |
| | Kristen Palumbo | 2073.84 | $1,119,646.21 |
| | Rachelle A. Dubow | 20.7 | $10,432.80 |
| | Thomas S. Hixson | *4150.5* | *$2,679,974.74* |
| | Zachary J. Alinder* | 18.8 | $9,158.25 |
| **Counsel** | | **1985.4** | **$962,681.42** |
| | Chad Russell | 554.7 | $262,580.70 |
| | Kyle Zipes* | 135.3 | $55,386.00 |
| | Marjory Gentry* | 1295.4 | $644,714.72 |
| **Associate** | | **18,752.87** | **$8,823,561.52** |
| | Dhruv Kaushal* | 21.5 | $8,030.25 |
| | Elizabeth M. Sartori | 94.6 | $30,650.40 |
| | Joy Sherrod* | 7 | $2,772.00 |
| | Kevin Papay | 1575.05 | $581,616.55 |
| | Kirstie A. McCornock | *1164.5* | *$659,606.08* |
| | Manu Pradhan* | 3042.57 | $1,345,351.21 |
| | Martha Jeong* | 1241.5 | $477,641.32 |
| | Nargues Motamed Eder | *2436.52* | *$1,261,487.86* |
| | Nicolette Young | 35.4 | $16,567.20 |
| | Nitin Jindal | *2360.56* | *$1,307,063.10* |
| | Shameek Ghose* | 21.2 | $9,265.05 |
| | Spencer H. Wan | *1431.7* | *$603,232.40* |
| | Thai Q. Le | 669.18 | $300,908.65 |
| | Zachary Hill | *3934.29* | *$1,727,155.85* |
| | Kirstie A. McCornock | 717.3 | $492,213.60 |
| **Contract Attorney** | | **981.8** | **$166,552.76** |

---

[1] Certain individuals had different titles throughout this litigation. They are listed in this chart at their highest title.

[2] A "*" denotes an individual who no longer works for Morgan Lewis & Bockius LLP or who left Bingham McCutchen LLP before November 2014.

DB3/ 200676735.2

| Title | Timekeeper | Total Hours Claimed | Total Amount Claimed |
|---|---|---|---|
| | Caryn Bordonaro* | 44.3 | $6,578.55 |
| | Cindy Langenbeck* | 224.2 | $33,293.70 |
| | Erin A. Smart* | 58.3 | $20,988.00 |
| | Guido Gaiteri* | 44.5 | $6,608.25 |
| | James Wooten* | 44 | $6,534.00 |
| | Kirk Tsai* | 19 | $2,821.50 |
| | Natasha Song* | 21.3 | $3,019.28 |
| | Remedios Concepcion* | 6 | $891.00 |
| | Samik Bhattacharyya* | 44.3 | $6,578.55 |
| | Jana Kurka* | 475.9 | $79,239.93 |
| **Lit Specialist** | | *2,234.96* | *$543,358.12* |
| | Ben Quinn | 1765.86 | $419,858.17 |
| | Greg R. Chan* | 65.2 | $16,137.00 |
| | Steve MacNeill* | 117.7 | $23,304.60 |
| | Timothy Garner | *35.5* | *$9,680.00* |
| | Ben Quinn | 250.7 | $74,378.35 |
| **Paralegal** | | *6,499.13* | *$1,450,860.55* |
| | Andrew Obach | 777 | $149,052.30 |
| | Charles Byers* | 65.5 | $9,432.00 |
| | Christopher Suggs* | 2.9 | $548.10 |
| | Jon Shackelford* | 7.3 | $919.80 |
| | Joshua Berger* | 109.8 | $19,275.30 |
| | Lisa S. Lee | *3243.23* | *$811,897.54* |
| | Michelle S. Castaneda | 32.2 | $7,824.60 |
| | Nathan A. Banks* | 221.2 | $27,009.00 |
| | Nathan Hall | 2.4 | $453.60 |
| | Norberto Arreola | 25 | $5,175.00 |
| | P. Frank Downing* | 7.3 | $2,069.55 |
| | Robin S. Goldberg* | 565.6 | $109,547.31 |
| | Thomas V. Hilton | *807.9* | *$150,027.75* |
| | Wendy Riggs* | 631.8 | $157,628.70 |
| **Paralegal Mgr** | | *3.3* | *$1,039.50* |
| | Rue Lynn Allen | 3.3 | $1,039.50 |
| **Temp Paralegal** | | *7.8* | *$1,123.20* |
| | Ricky N. Calcao* | 7.8 | $1,123.20 |
| **Research Spec.** | | *150.3* | *$30,630.79* |
| | Amber Humphreys* | 0.4 | $68.40 |

DB3/ 200676735.2

| Title | Timekeeper | Total Hours Claimed | Total Amount Claimed |
|---|---|---|---|
| | Anne M. Dana* | 66.4 | $13,550.31 |
| | Lynne S. Palmer | 64.7 | $13,325.68 |
| | Melissa Jordan* | 1 | $189.00 |
| | Stephanie Gardner* | 3 | $567.00 |
| | Teresa Dippery* | 14.8 | $2,930.40 |
| **Librarian** | | *3.20* | *$936.35* |
| | Heather Hay Watson | 0.3 | $64.50 |
| | Lynne S. Palmer | 0.4 | $222.60 |
| | Theresa Kim | 2.5 | *$649.25* |
| **10% Adj for 2015[3]** | | 0 | -$497,089.00 |
| | **Total Bingham and Morgan Lewis Attorneys' Fees** | *42,244.76* | *$18,695,129.67* |

[3] █████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████