# EXHIBIT 1

## SUPPLEMENTAL EXHIBIT 1

| **Attorneys' Fees** | |
|---|---|
| Boies Schiller Attorneys' Fees, Ringgenberg Decl. ¶¶ 7-14 | $786,570.00 |
| | |
| **Costs** | |
| | |
| Expert Fees (Elysium), Ringgenberg Decl. ¶¶ 17-18 | $11,059.09 |
| Other Consultant Fees, Ringgenberg Decl. ¶ 19 | $47,646.79 |
| Other Costs, Ringgenberg Decl. ¶¶ 15-16 | $216,993.36 |
| **TOTAL COSTS** | $275,699.24 |