# EXHIBIT 2

## SUPPLEMENTAL EXHIBIT 2

| Title | Timekeeper | Total Hours Claimed | Total Amount Claimed |
|---|---|---|---|
| **Partner** | | **515.9** | **$414,230.00** |
| | Dunn, Karen | 67.4 | $58,638.00 |
| | Isaacson, William | 103.70 | $95,404.00 |
| | Pocker, Richard | 56.80 | $44,304.00 |
| | Reblitz-Richardson, Beko | 79.60 | $53,332.00 |
| | Ringgenberg, Kieran P. | 208.40 | $162,552.00 |
| **Associate** | | **518.8** | **$253,643.00** |
| | Dubinsky, Gregory | 91.5 | $44,835.00 |
| | Governski, Meryl | 80.6 | $33,852.00 |
| | Konik, Alexander | 174.20 | $74,906.00 |
| | Rodriguez, Sean | 172.50 | $100,050.00 |
| **Paralegal/Other Staff** | | **497.1** | **$118,697.00** |
| | Duong, Catherine | 205.80 | $49,392.00 |
| | Holdip, Jerren | 28.00 | $7,560.00 |
| | Jensen, Ashleigh | 133.1 | $25,289.00 |
| | Seki, Christina | 130.20 | $36,456.00 |
| **Grand Total** | | **1,531.8** | **$786,570.00** |