BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105-1596
Telephone: 415.442.1000
Facsimile:  415.442.1001
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**ORACLE'S MOTION TO SEAL PORTIONS OF DECLARATIONS OF THOMAS S. HIXSON AND KIERAN O. RINGGENBERG IN SUPPORT OF ORACLE'S MOTION FOR LEAVE TO SUPPLEMENT ITS MOTION FOR COSTS AND ATTORNEYS' FEES AND ACCOMPANYING EXHIBITS** |

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") respectfully request that the Court order the Clerk of the Court to file under seal portions of the Declarations of Thomas S. Hixson ("Hixson Declaration") and Kieran O. Ringgenberg ("Ringgenberg Declaration) In Support of Oracle's Motion for Leave to Supplement Its Motion for Costs and Attorneys' Fees and their accompanying exhibits. These documents reflect information that Oracle has designated "Confidential" or "Highly Confidential - Attorneys' Eyes Only" under the Protective Order. These documents have been redacted from the public filing, *see* Dkts. 970-71, and an unredacted version of each was subsequently filed under seal with the Court, *see* Dkts. 972-73.

Oracle has designated Exhibits 2-3 to the Hixson Declaration, Exhibits 3-6 to the Ringgenberg Declaration, and portions of those declarations as Confidential. The "Confidential" designation indicates that, in Oracle's best judgment, the documents contains "non-public information or matter related to: financial or business plans or projections; . . . current or future business and marketing information, plans, and strategies; studies or analyses by internal or outside experts; customer information, data or lists; . . . competitive analyses; . . . or other commercially or personally sensitive or proprietary information." Protective Order, ¶ 3. In particular, Exhibit 2-3 to the Hixson Declaration, Exhibits 3-6 to the Ringgenberg Declaration, and the declarations themselves contain confidential competitive information of negotiated billing rates between Oracle and its attorneys, experts and other vendors, and sensitive, case-specific pricing information. Further, the documents reveal the details of Oracle's relationships with these companies and the terms of their agreements, which are also negotiated. These negotiated billing rates and agreement terms are commercially sensitive and should not be publically disclosed insofar as any such disclosure would create a competitive disadvantage. *Apple Inc. v. Samsung Electronics Co., Ltd*., 727 F.3d 1214, 1221 (Fed. Cir. 2013) ("One factor that weighs in favor of sealing documents is when the release of the documents will cause competitive harm to a business.").

1   Disclosure of this confidential information could interfere with Oracle's current or future
2   business relationships or plans.  Thus, there is a compelling interest for this information to be
3   sealed.
4   Oracle has submitted the remainder of the Hixson and Ringgenberg Declarations and
5   their supporting exhibits to the Court's public files, which allows public access to all materials
6   except for the items discussed above.  Accordingly, the request to seal is narrowly tailored.  For
7   the foregoing reasons, Oracle respectfully requests that the Court grant leave to file under seal
8   the documents discussed above.
9
10  DATED:  January 6, 2016          MORGAN, LEWIS & BOCKIUS LLP
11
                                   By:     /s/ Thomas S. Hixson
12                                          Thomas S. Hixson
                                          Attorneys for Plaintiffs
13                                          Oracle USA, Inc.,
                                          Oracle America, Inc.,
14                                        and Oracle International Corp.
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I certify that on January 6, 2016, I electronically transmitted the foregoing **ORACLE'S MOTION TO SEAL PORTIONS OF DECLARATIONS OF THOMAS S. HIXSON AND KIERAN O. RINGGENBERG IN SUPPORT OF ORACLE'S MOTION FOR LEAVE TO SUPPLEMENT ITS MOTION FOR COSTS AND ATTORNEYS' FEES AND ACCOMPANYING EXHIBITS** to the Clerk's Office using the Electronic Filing System pursuant to Special Order No. 109.

Dated: January 6, 2016

Morgan, Lewis & Bockius LLP

By: /s/ *Thomas Hixson*
Thomas Hixson

Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation