| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market Street |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Spear Street Tower<br>San Francisco, CA 94105 |
| 4 | rpocker@bsfllp.com | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*) |
| 7 | Washington, DC 20015 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Redwood City, CA 94070<br>Telephone: (650) 506-4846 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | Facsimile: (650) 506-7114<br>dorian.daley@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 15 | Attorneys for Plaintiffs | |
| 16 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 17 | | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | CASE NO. 2:10-cv-0106-LRH-PAL |
| 21 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **DECLARATION OF KIERAN P.<br>RINGGENBERG IN SUPPORT OF** |
| 22 | Plaintiffs, | **PLAINTIFFS ORACLE USA, INC.,<br>ORACLE AMERICA, INC., AND** |
| 23 | v. | **ORACLE INTERNATIONAL<br>CORPORATION'S REPLY IN SUPPORT** |
| 24 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | **OF MOTION FOR PREJUDGMENT<br>INTEREST** |
| 25 | Defendants. | **[REDACTED]** |
| 26 | | Judge: Hon. Larry R. Hicks |
| 27 | | |
| 28 | | |

I, Kieran P. Ringgenberg, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am, through today, a partner with Boies, Schiller & Flexner LLP, counsel to Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. This declaration is made in support of Plaintiffs' Motion for Prejudgment Interest. Based on my involvement in the discovery process and my review of the files and records in this action, as well as the materials referenced herein, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of an Offer of Judgment dated August 24, 2015 and served in this action.

3. The October 7, 2009 Ninth Circuit panel opinion in *Price v. Stevedoring Services of America, Inc.*, explains that event and injury giving rise to the case occurred when the plaintiff "was injured on October 2, 1991." 624 F.3d 1145, 1146. Defendants' Opposition to Motion for Prejudgment Interest states that the relevant date for entry of judgment was October 25, 2000, Dkt. 963 at 15, and that date is confirmed by the U.S. Department of Labor's September 22, 2008 brief to the Ninth Circuit. 2008 WL 4967651, at *5.

4. The website for the Board of Governors of the Federal Reserve System makes available the historical rates for the average 1-year constant maturity Treasury yield that the Board publishes weekly. The historical rates are available at the following page by selecting the "weekly" column from the row labeled "Treasury constant maturities: Nominal: 1-year":
http://www.federalreserve.gov/releases/h15/data.htm

5. That Treasury data shows that the rate for the week ending immediately prior to October 2, 1991 was 5.5% (row for the week ending ["time period"] September 27, 1991) and the rate for the week ending immediately prior to October 25, 2000 was 5.94% (row for the week ending ["time period"] October 20, 2000).

I declare that the foregoing is true under penalty of perjury of the laws of the United

1  States.

2  Executed this 8th day of January, 2016, at Oakland, California.

3

4                                              */s/ Kieran P. Ringgenberg*
                                               Kieran P. Ringgenberg

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of January, 2016, I electronically transmitted the foregoing DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S REPLY IN SUPPORT OF MOTION FOR PREJUDGMENT INTEREST to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED:  January 8, 2016

Respectfully submitted

BOIES, SCHILLER & FLEXNER LLP

By: */s/ Kieran P. Ringgenberg*
       Kieran P. Ringgenberg

*Attorneys for Plaintiffs* Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation