| | |
|---|---|
| 1  BOIES, SCHILLER & FLEXNER LLP<br>   RICHARD J. POCKER (NV Bar No. 3568)<br>2  300 South Fourth Street, Suite 800<br>   Las Vegas, NV 89101<br>3  Telephone: (702) 382-7300<br>4  Facsimile: (702) 382-2755<br>   rpocker@bsfllp.com<br>5<br>   BOIES, SCHILLER & FLEXNER LLP<br>6  WILLIAM ISAACSON (*pro hac vice*)<br>   KAREN DUNN (*pro hac vice*)<br>7  5301 Wisconsin Ave, NW<br>   Washington, DC 20015<br>8  Telephone: (202) 237-2727<br>   Facsimile: (202) 237-6131<br>9  wisaacson@bsfllp.com<br>   kdunn@bsfllp.com<br>10<br>   BOIES, SCHILLER & FLEXNER LLP<br>11 STEVEN C. HOLTZMAN (*pro hac vice*)<br>   KIERAN P. RINGGENBERG (*pro hac vice*)<br>12 1999 Harrison Street, Suite 900<br>   Oakland, CA 94612<br>13 Telephone: (510) 874-1000<br>   Facsimile: (510) 874-1460<br>14 sholtzman@bsfllp.com<br>   kringgenberg@bsfllp.com<br>15<br>   Attorneys for Oracle USA, Inc., Oracle<br>16 America, Inc., and Oracle International<br>   Corporation | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market Street<br>Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:  (415) 442-1000<br>Facsimile:  (415) 442-1001<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  (650) 506-4846<br>Facsimile:  (650) 506-7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>             Plaintiffs,<br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual,<br><br>             Defendants. | Case No. 2:10-cv-00106-LRH-PAL<br><br>**PLAINTIFFS ORACLE'S MOTION TO SEAL THEIR REPLY RE MOTION FOR PREJUDGMENT INTEREST**<br><br>Judge:     Hon. Larry R. Hicks |

1  Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (together "Oracle" or "Plaintiffs") respectfully request that the Court order the Clerk of the Court to file under seal an unredacted copy of Oracle's Reply in Support of Motion for Prejudgment Interest ("Reply") and Exhibit A to the Declaration of Kieran P. Ringgenberg in Support of the Reply ("Ringgenberg Declaration").  Unredacted copies of the Reply and Exhibit A will be individually lodged under seal with the Court on January 11, 2016.

Sealing of the unredacted Reply and Exhibit A is requested because the redacted portions contain information that Rimini Street, Inc. and Seth Ravin (collectively the "Defendants") have designated as "Confidential Information" under the terms of the Protective Order.  The Protective Order states, "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' and 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c).  The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation."  Protective Order ¶ 2.

For sealing requests relating to non-dispositive motions, such as this, the presumption of public access to court filings may be overcome by a showing of good cause under Rule 26(c). *See Pintos v. Pacific Creditors Ass'n,* 605 F.3d 665, 678 (9th Cir. 2010); *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  Defendants have identified the information redacted in the Reply as well as Exhibit A as Confidential and therefore have represented that good cause exists for sealing those portions of the documents.  This is a sufficient showing of good cause to permit a sealing order on a non-dispositive motion.  *See, e.g.*, *Pac. Gas & Elec. Co. v. Lynch*, 216 F. Supp. 2d 1016, 1027 (N.D. Cal. 2002).

## DOCUMENTS DESIGNATED BY RIMINI AS CONFIDENTIAL

Rimini has designated the following documents cited or referred to in Oracle's Reply and proposed order as Confidential:

| EX. NO. | DESCRIPTION | CONF. DESIGN. |
|---|---|---|
| A | Offer of Judgment Pursuant to Fed. R. Civ. P. 68 dated August 24, 2010. | Confidential |

For the foregoing reasons, Oracle respectfully requests that the Court find that good cause exists to file under seal the unredacted copies of the Reply and Exhibit A, and to issue an order sealing the same.

DATED: January 8, 2016            BOIES SCHILLER & FLEXNER LLP


By: /s/ *Kieran P. Ringgenberg*
    Kieran P. Ringgenberg
    Attorneys for Plaintiffs
    Oracle USA, Inc., Oracle America, Inc.,
    and Oracle International Corp.

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January, 2016, I electronically transmitted the foregoing PLAINTIFFS ORACLE'S MOTION TO SEAL THEIR REPLY RE MOTION FOR PREJUDGMENT INTEREST to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED:  January 8, 2016

Respectfully submitted

BOIES, SCHILLER & FLEXNER LLP


By: */s/ Kieran P. Ringgenberg*
     Kieran P. Ringgenberg

*Attorneys for Plaintiffs* Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

Case No. 2:10-cv-00106-LRH-PAL

CERTIFICATE OF SERVICE