| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS, LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market Street |
| 3 | Telephone: (702) 382-7300 | Spear Street Tower<br>San Francisco, CA 94105 |
| 4 | Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | Telephone: (415)442-1000<br>Facsimile: (415) 442-1001 |
| 5 | | thomas.hixson@morganlewis.com |
| 6 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | kristen.palumbo@morganlewis.com |
| 7 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Washington, DC 20015<br>Telephone: (202) 237-2727 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 10 | kdunn@bsfllp.com | Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114 |
| 11 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | jim.maroulis@oracle.com |
| 13 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 14 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 15 | kringgenberg@bsfllp.com | |
| 16 | Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation | |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 21 | ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 2:10-cv-00106-LRH-PAL |
| 22 | | **[PROPOSED] ORDER GRANTING ORACLE'S MOTION TO SEAL PORTIONS OF CERTAIN MATERIALS IN REPLY RE MOTION FOR PREJUDGMENT INTEREST** |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, | Judge: Hon. Larry R. Hicks |
| 26 | Defendants. | |

Case No. 2:10-cv-00106-LRH-PAL

[PROPOSED] ORDER GRANTING ORACLE'S MOTION TO SEAL PORTIONS OF
CERTAIN MATERIALS IN REPLY RE MOTION FOR PREJUDGMENT INTEREST

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Oracle's Motion To Seal Portions Of Certain Materials In Reply Re Motion For Prejudgment Interest (the "Motion to Seal"). The Motion to Seal specifically requests sealing of portions of Oracle's Reply in Support of Motion for Prejudgment Interest (the "Reply"), as well as Exhibit A to the Declaration of Kieran P. Ringgenberg in Support of the Reply. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion to Seal, good cause having been shown:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the documents specified in Oracle's Motion to Seal.

IT IS SO ORDERED.

DATED:_____                By:_____
                                          United States District Court Judge