| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| 2 | RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800 | THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*) |
| 3 | Las Vegas, NV 89101<br>Telephone: (702) 382-7300 | One Market Street<br>Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 4 | Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 5 | | thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com |
| 6 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | |
| 7 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Washington, DC 20015<br>Telephone: (202) 237-2727 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 10 | kdunn@bsfllp.com | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 11 | BOIES, SCHILLER & FLEXNER LLP | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>KIERAN P. RINGGENBERG (*pro hac vice*) | jim.maroulis@oracle.com |
| 13 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 14 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 15 | sholtzman@bsfllp.com<br>kringgenberg@bsfllp.com | |
| 16 | Attorneys for Oracle USA, Inc., Oracle<br>America, Inc., and Oracle International | |
| 17 | Corporation | |

18  UNITED STATES DISTRICT COURT

19  DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | | |
| 21 | ORACLE USA., INC, a Colorado corporation,<br>ORACLE AMERICA, INC., a Delaware | Case No  2:10-cv-0106-LRH-PAL |
| 22 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **CERTIFICATE OF SERVICE** |
| 23 | Plaintiffs,<br>       v. | |
| 24 | | |
| 25 | RIMINI STREET, INC., a Nevada corporation;<br>and SETH RAVIN, an individual, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and **not a party to this action.** My business address is 1999 Harrison Street, Suite 900, Oakland, CA 94612.

On January 8, 2016, I served the following documents:

1. **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S REPLY IN SUPPORT OF MOTION FOR PREJUDGMENT INTEREST [FILED UNDER SEAL]**

2. **DECLARATION OF KIERAN P. RINGGENBERG IN SUPPORT OF PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S REPLY IN SUPPORT OF MOTION FOR PREJUDGMENT INTEREST [FILED UNDER SEAL]**

I served the documents on the **persons** below, as follows:

| | |
|---|---|
| Mark Tratos, Esq.<br>Brandon Roos, Esq.<br>Leslie A.S. Godfrey, Esq.<br>**Greenberg Traurig, LLP**<br>3773 Howard Hughes Pkwy<br>Ste 400 North<br>Las Vegas, NV 89169<br>tratosm@gtlaw.com<br>roosb@gtlaw.com<br>godfreyl@gtlaw.com | B. Trent Webb, Esq.<br>Peter Strand Esq.<br>Ryan D. Dykal Esq.<br>**Shook, Hardy & Bacon L.L.P.**<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108-2613<br>bwebb@shb.com |
| Robert H. Reckers, Esq.<br>**Shook, Hardy & Bacon L.L.P.**<br>600 Travis Street, Suite 1600<br>Houston, Texas 77002<br>Telephone: (713) 227-8008<br>rreckers@shb.com | W. West Allen, Esq.<br>**Lewis Roca Rothgerber LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>Tel: (702) 949-8200<br>Fax: (702) 949-8398<br>WAllen@LRRLaw.com |
| Daniel B. Winslow, Esq.<br>**Rimini Street, Inc.**<br>6601 Koll Center Parkway Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com | Mark A. Perry, Esq.<br>**Gibson, Dunn & Crutcher LLP**<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com |

Blaine H. Evanson
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue

1

| | |
|---|---|
| 1 | Los Angeles, CA 90071 |
| 2 | Telephone: (213) 229-7228<br>bevanson@gibsondunn.com |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

CERTIFICATE OF SERVICE

1   The documents were served pursuant to FRCP 5(b) **by sending it by electronic mail.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

DATED:  January 8, 2016             /s/ Ashleigh Jensen
                                    Ashleigh Jensen