BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

*Attorneys for Plaintiffs*
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market Street, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1000
Facsimile: (415) 442-1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway
M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual, <br><br> Defendants. | CASE NO. 2:10-cv-0106-LRH-PAL <br><br> **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** |

1    **TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

2    PLEASE TAKE NOTICE that counsel of record for plaintiffs Oracle USA, Inc., Oracle

3    America, Inc., and Oracle International Corp ("Oracle"), Kieran P. Ringgenberg has withdrawn

4    as a partner in Boies, Schiller & Flexner LLP, and Oracle hereby withdraws Mr. Ringgenberg as

5    its counsels of record.  The law firm of Boies, Schiller & Flexner LLP continues to represent

6    Oracle in this matter.

7

8    DATED:  January 8, 2016                    BOIES SCHILLER & FLEXNER LLP

9

10                                        By: /s/ *Kieran P. Ringgenberg*

11                                              Kieran P. Ringgenberg

12                                              Attorneys for Plaintiffs
                                                Oracle USA, Inc., Oracle America, Inc.,
13                                              and Oracle International Corp

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on the 8th day of January, 2016, I electronically transmitted the

3  foregoing **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND**

4  **ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF**

5  **COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a

6  Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive

7  Electronic Filing.

8

9                                      /s/ Catherine T. Duong

10                                     An employee of Boies, Schiller & Flexner LLP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28