UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>*Plaintiffs,*<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>*Defendants.* | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND ORDER TO EXTEND PAGE LIMITS FOR PLAINTIFFS' OPPOSITION TO DEFENDANTS' RULE 50(B) MOTION AND DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR COSTS AND ATTORNEYS' FEES** |

WHEREAS Rimini Street, Inc. and Seth Ravin (together, "Rimini"), by and through their attorneys of record, filed on November 13, 2015 a Rule 50(b) Renewed Motion For Judgment As A Matter Of Law and a Rule 50(b) Renewed Motion For Judgment As A Matter Of Law On Oracle's Copyright Act Claims as Docket Nos. 913 and 915, respectively (together, "Rimini's Motion");

WHEREAS, pursuant to District of Nevada Local Rule 7–4 Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.'s (together, "Oracle") Opposition to Rimini's Motion must be limited to thirty (30) pages;

WHEREAS Rimini agreed to provide Oracle an additional five (5) pages to include in its Opposition, which Rimini agrees may total thirty-five (35) pages excluding exhibits;

WHEREAS Oracle, by and through their attorneys of record, filed on November 13, 2015 a Motion For Costs And Attorneys' Fees as Docket No. 917 ("Oracle's Motion");

WHEREAS, pursuant to District of Nevada Local Rule 7–4 Rimini's Opposition to Oracle's Motion must be limited to thirty (30) pages;

WHEREAS Oracle agreed to provide Rimini an additional five (5) pages to include in its Opposition, which Oracle agrees may total thirty-five (35) pages excluding exhibits;

/ / /

/ / /

1    THEREFORE IT IS HEREBY STIPULATED by and between the parties that Oracle's Opposition to Rimini's Motion may total thirty-five (35) pages excluding exhibits and, likewise, that Rimini's Opposition to Oracle's Motion may total thirty-five (35) pages excluding exhibits.

SO STIPULATED AND AGREED.

Dated: December 10, 2015

| GIBSON, DUNN & CRUTCHER LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| By:  */s/ Blaine H. Evanson*<br>Blaine H. Evanson (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: (213) 229-7228<br>Facsimile: (213) 229-6228<br>BEvanson@gibsondunn.com | By:  */s/ Kieran Ringgenberg*<br>Kieran Ringgenberg (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>kringgenberg@bsfllp.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

Pursuant to the parties' above stipulation, it is hereby ORDERED, nunc pro tunc, that

1)    Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.'s Opposition to Defendants' Rule 50(b) Renewed Motion For Judgment As A Matter Of Law (Dkt Nos. 913 & 915) may total thirty-five (35) pages excluding exhibits; and

2)    Defendants Rimini Street, Inc. and Seth Ravin's Opposition to Plaintiffs' Motion For Costs And Attorneys' Fees (Dkt. No. 917) may total thirty-five (35) pages excluding exhibits.

DATED this 13th day of January, 2016.

_____
Hon. Larry R. Hicks
United States District Judge

2