# EXHIBIT 1

# EXHIBIT 1

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>Peter Strand, Esq. (*pro hac vice*)<br>Ryan D. Dykal, Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>Lauren M. Blas (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com | LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: (702) 949-8200<br>wallen@lrrc.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>    Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF BLAINE H. EVANSON IN SUPPORT OF RIMINI STREET INC.'S AND SETH RAVIN'S EMERGENCY MOTION FOR AN EXTENSION OF TIME TO RESPOND TO ORACLE'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge:    Hon. Larry R. Hicks |

**DECLARATION OF BLAINE H. EVANSON**

I, Blaine H. Evanson, declare as follows:

1. I am an attorney admitted *pro hac vice* to practice law before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for the representation of Defendants Rimini Street, Inc. and Seth Ravin in the above-captioned action. I submit this declaration in support of Defendants' Emergency Motion for an Extension of Time to Respond to Oracle's Motion for Attorneys' Fees. The following facts are within my personal knowledge and, if called and sworn as a witness, I could and would testify competently to these facts.

2. On Friday, February 5, 2016, I contacted Oracle's counsel, Tom Hixson, regarding Rimini's intention to request additional time to respond to Oracle's motion for attorney's fees in light of the Court's February 4, 2016 order granting in part Rimini's motion to compel discovery. I requested Oracle's stipulation to the extension. Oracle's counsel stated that Oracle likely would not agree to an extension, but that he could not state definitively whether Oracle would agree or disagree with the extension. Counsel stated he would respond to my request later that day or the following Monday. As of the afternoon of Monday, February 8, 2016, I have not heard back from counsel for Oracle on whether Oracle will agree to an extension.

3. Rimini is seeking this emergency relief at the earliest possible opportunity. Rimini attempted to obtain Oracle's agreement to the extension first, but Oracle has not yet decided whether it will agree to the extension, thereby prolonging the filing of Rimini's emergency motion.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this Declaration on the 8th day of February, 2016 in Los Angeles, California.

```
                              /s/  Blaine H. Evanson
                              Blaine H. Evanson
```