## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| ORACLE USA, INC. *et al.,* | ) | 2:10-cv-0106-LRH-PAL |
| | ) | |
| Plaintiffs, | ) | MINUTE ORDER |
| vs. | ) | |
| | ) | February 8, 2016 |
| RIMINI STREET, INC.; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

It has come to the court's attention that the briefing schedule regarding Oracle's Motion for Costs and Attorneys' Fees (doc. #917) needs to be modified given the court's order (doc. #988) docketed on February 3, 2016. The order gives plaintiffs twenty (20) days from the entry of the order to produce defendants' granted post-trial discovery requests pursuant to Order #988; however defendants' response to Oracle's Motion for Costs and Attorneys' Fees (doc. #917) is currently due February 12, 2016. To give defendants time to review plaintiffs production of discovery requests for use in their response, the court will allow defendants an additional two weeks after receiving plaintiff's production in which to file their response. Good cause appearing,

IT IS HEREBY ORDERED that defendants shall have two weeks after plaintiffs produce defendants' granted post-trial discovery requests pursuant to Order #988 in which to file their response to Oracle's Motion for Costs and Attorneys' Fees (doc. #917). However, any response shall be filed no later than Tuesday, March 8, 2016.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:         /s/
      Deputy Clerk