UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation;<br><br>  Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual;<br><br>  Defendants. | 2:10-CV-00106-LRH-PAL<br><br>ORDER |

Before the court is defendants Rimini Street, Inc. ("Rimini") and Seth Ravin's ("Ravin") (collectively "defendants") conditional cross-motion for reconsideration. Doc. #916.[1] Plaintiffs Oracle USA, Inc.; Oracle America, Inc.; and Oracle International Corporation (collectively "Oracle") filed an opposition to the motion (Doc. #955) to which defendants replied (Doc. #978).

Defendants filed the present conditional cross-motion seeking reconsideration of all the court's evidentiary rulings in the event that (1) plaintiff Oracle files a motion for a new trial, and (2) the court grants the motion. *See* Doc. #916. In their motion, defendants specifically state that they are not seeking a new trial. Rather, defendants condition the present motion on Oracle first

---

[1] Refers to the court's docket number.

filing a motion for new trial. Plaintiff Oracle did not file a motion for new trial. Therefore, defendants' conditional cross-motion is moot and the court shall deny it accordingly.

IT IS THEREFORE ORDERED that defendants' conditional cross-motion for reconsideration (Doc. #916) is DENIED as moot.

IT IS SO ORDERED.

DATED this 8th day of February, 2016.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE