| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:  415.442.1000<br>Facsimile:  415.442.1001<br>thomas.hixson@morganlewis.com<br>kristen.palumbo@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>              Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**ORACLE'S SUPPLEMENT TO ITS MOTION FOR COSTS AND ATTORNEYS' FEES** |

1  Pursuant to the Court's February 9, 2016 Order Granting Oracle's Motion for Leave to
2  Supplement Motion for Costs and Attorneys' Fees (Dkt. 992), Plaintiffs Oracle USA, Inc.,
3  Oracle America, Inc. and Oracle International Corporation (together, "Oracle") hereby file this
4  Supplement to their November 13, 2015 Motion for Costs and Attorneys' Fees (Dkt. 917).
5  In its Motion for Costs and Attorneys' Fees filed November 13, 2015 (Dkt. 917), Oracle
6  moved for an Order requiring Rimini to pay Oracle's fees and costs incurred through September
7  2015. Dkt. 918 (Hixson Decl.), ¶ 8; Dkt. 919 (Ringgenberg Decl.), ¶ 8. Oracle subsequently
8  filed Notices of Errata to its November 13 motion (Dkts. 931, 939) and Supplemental
9  Declarations of Thomas S. Hixson and Kieran P. Ringgenberg (Dkts. 932-933).
10 Oracle now supplements its motion to add its October and November 2015 invoices. The
11 previously filed Declarations of Thomas S. Hixson and Kieran P. Ringgenberg (Dkts. 970-971)
12 attach these invoices and describe the additional amounts sought and other adjustments to
13 Oracle's request. Oracle hereby incorporates by reference Dkts. 970 and 971, their exhibits, and
14 all prior filings supporting its Motion for Costs and Attorneys' fees. Including the $1.9 million
15 in fees and costs that Oracle incurred in October and November 2015, Oracle seeks a total fees
16 and costs reimbursement of $58.2 million (including $5 million in taxable costs). A complete
17 summary of the total requested fees and costs is attached here as Exhibit 1, which is supported by
18 the previously filed documents identified above.
19 The October and November invoices seek legally recoverable fees and costs, for the same
20 reasons explained in Oracle's November 13 motion. They include fees and costs incurred for
21 work through the end of the trial (the final jury verdict was entered on October 13, 2015 (Dkt.
22 896)), work on post-trial briefing[1], and work on Oracle's motion for attorneys' fees.[2]

---

23 [1] *See, e.g.*, *Lambert v. Ackerley*, 180 F.3d 997 (9th Cir. 1999) (affirming award of fees on post-trial motions); *Transgo, Inc. v. Ajac Transmission Parts Corp.*, 768 F.2d 1001, 1025 (9th Cir.
24 1985) (affirming award of fees for copyright and other claims for work done "through the end of the litigation"); *Allen v. Ghoulish Gallery*, No. 06-cv-371, 2008 WL 802980, at *2 (S.D. Cal.
25 Mar. 24, 2008) (awarding fees for copyright claim, including for work on post-trial phases of the case); *Conti v. Corp. Servs. Grp., Inc.*, No. C12-245, 2014 WL 4352187, at *3 (W.D. Wash.
26 Sept. 2, 2014) (awarding fees and costs for post-trial work); *In Design v. Lauren Knitwear Corp.*, No. 87-civ-0206, 1992 WL 42911, at *2 (S.D.N.Y. Feb. 24, 1992) (awarding fees for work on
27 post-trial motions in copyright case).
[2] Costs and fees incurred preparing and litigating a motion to obtain a cost and fee award are
28 recoverable. *Camacho v. Bridgeport Financial, Inc.*, 523 F.3d 973, 981 (9th Cir. 2008) ("In

1

ORACLE'S SUPPLEMENT TO ITS MOTION FOR COSTS AND ATTORNEYS' FEES

1  Dated: February 12, 2016

2                                                          MORGAN, LEWIS & BOCKIUS LLP

3                                                          By:        /s/ Thomas S. Hixson
                                                                        Thomas S. Hixson
4                                                                      Attorneys for Plaintiffs
                                                                         Oracle USA, Inc.,
5                                                                    Oracle America, Inc. and
                                                                  Oracle International Corporation

---

28  statutory fee cases, federal courts, including our own, have uniformly held that time spent in establishing the entitlement to and amount of the fee is compensable.").

# SUPPLEMENTED EXHIBIT 1

| **Attorneys' Fees** | |
|---|---|
| Bingham and Morgan Lewis Attorneys' Fees (Dkt. 923 ¶ 4; Dkt. 932 ¶¶ 7-8; Dkt. 937; Dkt. 939; Dkt. 972 ¶¶ 4-5) | $18,695,129.67 |
| Boies Schiller Attorneys' Fees (Dkt. 924 ¶ 4; Dkt. 933 ¶¶ 3-4; Dkt. 973 ¶¶ 3-5, Ex. 1) | $12,542,840.00 |
| H5 & Huron Contract Attorneys' Fees (Dkt. 923 ¶¶ 97-98) | $4,360,943.20 |
| Other Attorneys' Fees (Black Letter, Barg Coffin) (Dkt. 923 ¶¶ 99-100) | $28,895.12 |
| **TOTAL ATTORNEYS' FEES** | **$35,627,807.99** |
| | |
| **Taxable Costs** | |
| Deposition Costs (Dkt. 923 ¶ 101) | $192,999.70 |
| Stroz Fees for Oracle Productions (Dkt. 923 ¶ 110) | $4,757,561.00 |
| **TOTAL TAXABLE COSTS** | **$4,950,560.70** |
| | |
| **Non-Taxable Costs** | |
| Stroz Electronic Discovery Costs (Dkt. 923 ¶ 110) | $8,271,552.59 |
| Expert Fees (Davis, AACG, Nodruoy, TMF) (Dkt. 923 ¶¶ 104-108; Dkt. 932 ¶¶ 5-6, 10) | $3,353,191.75 |
| Expert Fees (Elysium) (Dkt. 924 ¶¶ 44-45; Dkt. 933 ¶ 6; Dkt. 973 ¶ 18, Ex. 1) | $4,466,899.61 |
| Other Consultant Fees (JRI) (Dkt. 923 ¶ 103; Dkt. 932 ¶ 4) | $155,468.99 |
| Other Consultant Fees (Dkt. 924 ¶ 46, Ex. 1; Dkt. 973 ¶ 19) | $159,369.10 |
| Other Non-Taxable Costs (Dkt. 923 ¶ 101; Dkt. 972 ¶¶ 4-5) | $585,485.44 |
| Other Non-Taxable Costs (Dkt. 924 ¶ 42; Dkt. 973 ¶¶ 4, 15, Ex. 1) | $644,788.20 |
| **TOTAL NON-TAXABLE COSTS** | **$17,636,755.68** |
| | |
| **TOTAL ATTORNEYS' FEES AND COSTS SOUGHT** | **$58,215,124.37** |

ORACLE'S SUPPLEMENT TO ITS MOTION FOR COSTS AND ATTORNEYS' FEES

| | |
|---|---|
| 1 | <div align="center">**CERTIFICATE OF SERVICE**</div> |
| 2 | I certify that on February 12, 2016, I electronically transmitted the foregoing |
| 3 | **ORACLE'S SUPPLEMENT TO ITS MOTION FOR COSTS AND ATTORNEYS' FEES** |
| 4 | to the Clerk's Office using the Electronic Filing System pursuant to Special Order No. 109. |

Dated: February 12, 2016

Morgan, Lewis & Bockius LLP

By: _____/s/ *Thomas Hixson*_____
                Thomas Hixson

Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation

ORACLE'S SUPPLEMENT TO ITS MOTION FOR COSTS AND ATTORNEYS' FEES