| | |
|---|---|
| SHOOK, HARDY & BACON LLP | HOWARD & HOWARD PLLC |
| B. Trent Webb, Esq. (*pro hac vice*) | W. West Allen (Nevada Bar. No. 5566) |
| Peter Strand, Esq. (*pro hac vice*) | 3800 Howard Hughes Parkway, Suite 1000 |
| Ryan D. Dykal, Esq. (*pro hac vice*) | Las Vegas, Nevada 89169 |
| 2555 Grand Boulevard | Telephone: (702) 667-4843 |
| Kansas City, MO 64108-2613 | Facsimile: (702) 567-1568 |
| Telephone: (816) 474-6550 | wwa@h2law.com |
| Facsimile: (816) 421-5547 | |
| bwebb@shb.com | LEWIS ROCA ROTHGERBER CHRISTIE |
| Robert H. Reckers, Esq. (*pro hac vice*) | Daniel Polsenberg (Nevada Bar. No. 2376) |
| 600 Travis Street, Suite 1600 | Joel Henriod (Nevada Bar. No. 8492) |
| Houston, TX 77002 | 3993 Howard Hughes Parkway, Suite 600 |
| Telephone: (713) 227-8008 | Las Vegas, NV 89169 |
| Facsimile: (713) 227-9508 | Telephone: (702) 949-8200 |
| rreckers@shb.com | dpolsenberg@lrrc.com |
| | |
| GIBSON, DUNN & CRUTCHER LLP | RIMINI STREET, INC. |
| Mark A. Perry (*pro hac vice*) | Daniel B. Winslow (*pro hac vice*) |
| 1050 Connecticut Avenue, N.W. | 6601 Koll Center Parkway, Suite 300 |
| Washington, DC 20036-5306 | Pleasanton, CA 94566 |
| Telephone: (202) 955-8500 | Telephone: (925) 264-7736 |
| mperry@gibsondunn.com | dwinslow@riministreet.com |
| Blaine H. Evanson (*pro hac vice*) | John P. Reilly (*pro hac vice*) |
| Joseph A. Gorman (*pro hac vice*) | 3993 Howard Hughes Parkway, Suite 500 |
| 333 South Grand Avenue | Las Vegas, NV 89169 |
| Los Angeles, CA 90071 | Telephone: (336) 908-6961 |
| Telephone: (213) 229-7228 | jreilly@riministreet.com |
| bevanson@gibsondunn.com | |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br> v. <br> RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual, <br> Defendants. | Case No. 2:10-cv-0106-LRH-PAL <br><br> **NOTICE OF CHANGE OF AFFILIATION AND ADDRESS** |

Counsel for Defendants Rimini Street and Seth Ravin gives notice that effective March 1, 2016, attorney W. West Allen is affiliated with the law firm of Howard & Howard PLLC.  Mr. Allen can be contacted as follows:

W. West Allen
Howard & Howard PLLC
3800 Howard Hughes Pkwy., Ste. 1000
Las Vegas, NV 89169
Direct Office: 702.667.4843
Facsimile: 702.567.1568
wwa@h2law.com

Mr. Allen will continue to represent Rimini Street, Inc. and Seth Ravin as their local counsel in this action.

Dated this 7th day of March, 2016.

        Howard & Howard Attorneys PLLC

        By      /s/ W. West Allen
        W. West Allen
        Nevada Bar No. 5566
        3800 Howard Hughes Parkway, Suite 1000
        Las Vegas, NV 89169
        Telephone: (702) 257-1483
        Facsimile: (702) 567-1568
        wwa@h2law.com

        ***Attorneys for Defendants Rimini Street, Inc.***
        ***and Seth Ravin***

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2016, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

                                             */s/ Angela Westlake*
                                             An Employee of Howard & Howard PLLC

4841-0255-2878