# Exhibit B-1