# Exhibit B-2