# Exhibit B-3