# Exhibit B-4