# Exhibit C-1