# Exhibit C-2