# Exhibit C-3