# Exhibit C-4