# Exhibit E-1