# Exhibit E-2