# Exhibit I-1