# Exhibit I-2