# Exhibit N-1