# Exhibit N-2