# Exhibit N-3