# Exhibit N-4