# Exhibit O-1