# Exhibit O-2