# Exhibit O-3