# Exhibit P-1