# Exhibit P-2