# Exhibit Q-1