# Exhibit Q-2