# Exhibit Q-3