# Exhibit Q-4