# Exhibit Q-5