# Exhibit Q-6