# Exhibit Q-7