# Exhibit Q-8