# Exhibit Q-9