# Exhibit Q-10