SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

HOWARD & HOWARD PLLC
W. West Allen (Nevada Bar. No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 667-4843
Facsimile: (702) 567-1568
wwa@h2law.com

LEWIS ROCA ROTHGERBER CHRISTIE LLP
Daniel Polsenberg (Nevada Bar. No. 2376)
Joel Henriod (Nevada Bar. No. 8492)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
dpolsenberg@lrrc.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone:  (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF ROBERT H. RECKERS IN SUPPORT OF DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S OPPOSITION TO ORACLE'S MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Judge:        Hon. Larry R. Hicks |

I, Robert H. Reckers, have personal knowledge of the facts stated below and, under penalty of perjury hereby declare:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above-captioned matter, and I am an attorney at Shook, Hardy and Bacon LLP, attorneys for Defendants Rimini Street, Inc. and Seth Ravin (together, "Defendants"). I make this declaration in support of Defendants' Opposition to Oracle's Motion for Attorneys' Fees and Costs.

2. Attached as **Exhibit A** is a true and correct copy of Plaintiffs' modified demonstrative 6006, presented during Plaintiffs' closing argument on October 6, 2015.

3. Attached as **Exhibit B** is a true and correct copy of a document Oracle produced on February 5, 2016, Bates stamped ORCLFEEPROD00001-00014, reflecting Oracle's billing guidelines and engagement letters with the law firms Bingham McCutchen, LLP and Boies, Schiller & Flexner LLP.

4. Attached as **Exhibit C** is a true and correct copy of a letter from Scott Gattey of Siebel Systems, Inc. to Seth Ravin of Rimini Street dated September 26, 2005.

5. Attached as **Exhibit D** is a true and correct copy of a letter from Patrick Byrne of Snell & Wilmer to Scott Gattey and Alexa King of Siebel Systems, Inc. dated October 6, 2005.

6. Attached as **Exhibit E** is a true and correct copy of a letter from Robert Freitas of Orrick, Herrington & Sutcliffe to Jeffrey Barr of Snell & Wilmer dated November 16, 2005.

7. Attached as **Exhibit F** is a true and correct copy of a letter from Jeffrey Barr of Snell & Wilmer to Scott Gattey of Oracle dated June 5, 2006.

8. Attached as **Exhibit G** is a true and correct copy of a letter from Wendy Neal of Snell & Wilmer to Scott Gattey of Oracle dated June 28, 2007.

9. Attached as **Exhibit H** is a true and correct copy of a letter from Dan Goldfine of Snell & Wilmer to Jeffrey Ross of Oracle USA, Inc. dated December 3, 2008.

10. Attached as **Exhibit I** is a true and correct copy of excerpts from the deposition of Elizabeth Lester taken on March 17, 2011.

11. Attached as **Exhibit J** is a true and correct copy of excerpts from the deposition of Krista Williams taken on October 5, 2011.

12. On October 15, 2014, Defendants served Plaintiffs with an offer of judgment pursuant to Federal Rule of Civil Procedure 68 for ███████████████████████████████████████████████. Oracle rejected the offer.

13. On July 27, 2015, Defendants served Plaintiffs with an offer of judgment pursuant to Federal Rule of Civil Procedure 68 for ███████████████████████████████████████████████. Oracle rejected the offer on July 28, 2015. Attached as **Exhibits K & L** are true and correct copies of Rimini's Rule 68 offer of judgment and Oracle's letter rejecting the offer.

14. On August 24, 2015, Defendants served Plaintiffs with an offer of judgment pursuant to Federal Rule of Civil Procedure 68 for ███████████████████████████████████████████████. Oracle rejected the offer on August 25, 2015. Attached as **Exhibits M & N** are true and correct copies of Rimini's Rule 68 offer of judgment and Oracle's letter rejecting the offer.

Executed on March 8, 2016.

By: __/s/ Robert H. Reckers__
     Robert H. Reckers