# Exhibit A

# Oracle's Damages - Summary

Oracle's Total Damages for All Claims are **$229.7 million**

| Allegation | Damages |
|---|---|
| Copyright Infringement | $112.1 million* |
| Interference | $194.1 million* |
| Computer Fraud | $14.4 million to $34.9 million* |

16.2 million less copyright damages

* Certain damages measures are overlapping.

Source: Schedules 7.2.SU, 7.3.SU, 19.SU, 20.SU, 32, 37.1.SU

PTX 6006 (Modified), Tr. 2671:4-2672:6 (Zorn)