# Exhibit F



# Snell & Wilmer
### L.L.P.
#### LAW OFFICES

3800 Howard Hughes Parkway
Suite 1000
Las Vegas, NV 89109
702.784.5200 P
702.784.5252 F
swlaw.com

DENVER
IRVINE
LAS VEGAS
PHOENIX
SALT LAKE CITY
TUCSON

Jeffrey F. Barr
702.784.5207
jbarr@swlaw.com

June 5, 2006

Scott Gattey
Senior Corporate Counsel
Oracle
500 Oracle Parkway
M/S 5op7
Redwood Shores, California 94065

Re:   Interference with Rimini Street Clients

Dear Mr. Gattey:

We are in possession of a voicemail recording left on May 22, 2006, in which the caller identifies himself as Anthony Castellino, an Oracle employee. Mr. Castellino goes on to state in the message that Oracle is calling Rimini Street clients to make an "exploratory" inquiry, and as a "courtesy service" to the client - wanting to let the client know that Oracle found through its calls to Rimini Street clients that Rimini Street might be misrepresenting its client base. In this voicemail, Mr. Castellino also states he is a member of the Oracle Maintenance Renewals group, and he requests Rimini Street clients contact him immediately at his phone number, (650) 506-3949, to confirm that they are indeed Rimini Street clients and "put Oracle's concern to rest."

Rimini Street was able to confirm directly with other clients that they received similar calls from Oracle.

Our follow up investigation revealed that Mr. Castellino spoke with a single representative of one Rimini Street client who was confused and did not realize their firm was a client of Rimini Street via acquisition of another service provider. Mr. Castellino then immediately contacted other Rimini Street clients to spread false and misleading claims in a clear and direct attempt to interfere with Rimini Street's contractual relationships with its clients.

This egregious behavior by Oracle may constitute tortious conduct. Once again, Oracle's pattern of behavior indicates a continuing, calculated effort by Oracle to interfere with Rimini Street's client relationships, and intimidate Rimini Street from participating in the market.

1840496.6

Snell & Wilmer is a member of LEX MUNDI, The Leading Association of Independent Law Firms.

Highly Confidential Information – Attorneys' Eyes Only

RSI00082355



Oracle USA, Inc. v. Rimini Street, Inc.
10cv106-LRH-PAL
**DTX 0378**

# Snell & Wilmer
L.L.P.

Scott Gattey
June 5, 2006
Page 2

We demand Oracle immediately cease and desist from this conduct, and take all appropriate and necessary action to assure Oracle employees do not violate the law and Rimini Street's rights to participate in the market on a fair, level playing field.

Very truly yours,

SNELL & WILMER L.L.P.

Jeffrey P. Barr

cc: Wendy S. Neal, Esq.

1840496.6

Highly Confidential Information – Attorneys' Eyes Only              RSI00082356