| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>Peter Strand, Esq. (*pro hac vice*)<br>Ryan D. Dykal, Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com | HOWARD & HOWARD PLLC<br>W. West Allen (Nevada Bar. No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br>Telephone: (702) 667-4843<br>Facsimile: (702) 567-1568<br>wwa@h2law.com<br><br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>Daniel Polsenberg (Nevada Bar. No. 2376)<br>Joel Henriod (Nevada Bar. No. 8492)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: (702) 949-8200<br>dpolsenberg@lrrc.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>          Plaintiffs,<br><br>   v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>          Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER**<br><br>Judge:    Hon. Larry R. Hicks |

Pending before this Court is Defendants Rimini Street, Inc.'s and Seth Ravin's (together, "Rimini") motion for leave to file under seal portions of their Opposition to Oracle's Motion for Attorneys' Fees and Costs and the accompanying Declarations (including exhibits), of Dennis L. Kennedy; Professor William G. Ross; John L. Trunko and Exhibits B-1, B-2, B-3, B-4, C-1, C-2, C-3, C-4, D, E-1, E-2, F, G, H, I-1, I-2, J, K, L, M, N-1, N-2, N-3, N-4, O-1, O-2, O-3, P-1, P-2, Q-1, Q-2, Q-3, Q-4, Q-5, Q-6, Q-7, Q-8, Q-9, and Q-10; Timothy M. Opsitnick; Thomas D. Vander Veen; and Robert H. Reckers and Exhibits B, I, J, K, L, M, N; as well as the Evidentiary Objections to Evidence Submitted in Support of Oracle's Motion for Attorneys' Fees and Costs. Public, redacted versions of these documents were filed on March 8, 2016. *See* Dkts. 998, 999, 1000, 1001, 1002, 1003, 1004, 1005. Additionally, also on March 8, 2016, unredacted versions of these documents were filed under seal. *See* Dkts. 1006, 1007, 1008, 1009, 1010, 1011, 1012, 1013.

IT IS HEREBY ORDERED THAT: Defendants Rimini Street, Inc.'s and Seth Ravin's motion to file under seal is GRANTED. The Clerk of the Court shall file these documents under seal.

IT IS SO ORDERED.

DATED:

By: _____
Hon. Larry R. Hicks
United States District Judge