# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; *et al.,* ) | 2:10-cv-0106-LRH-PAL |
| ) | |
| Plaintiffs, ) | MINUTE ORDER |
| vs. ) | |
| ) | March 15, 2016 |
| RIMINI STREET, INC.; *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is the parties' notice re post-trial motions and request for a hearing after April 4, 2016. Doc. #1015. The court has reviewed the parties' request for a hearing and finds that oral argument on plaintiffs' Motion for Attorneys' Fees (Doc. #917) and Motion for a Permanent Injunction (Doc. #900) would benefit the court. However, the court finds that oral argument on the remaining motions is not necessary.

THEREFORE IT IS HEREBY ORDERED that oral argument will be heard on plaintiffs' Motion for Attorneys' Fees (Doc. #917) and Motion for a Permanent Injunction (Doc. #900) on Wednesday, May 25, 2016, at 10:00 a.m. in Courtroom 3 in Reno, Nevada, before Judge Larry R. Hicks.

IT IS SO ORDERED.

                              LANCE S. WILSON, CLERK


                        By:         /s/
                                  Deputy Clerk