# EXHIBIT A

**EXHIBIT A**

| Attorneys' Fees | Dkt. 996, Ex. 1 | Adjustments | Final |
|---|---|---|---|
| Bingham and Morgan Lewis | $18,695,129.67[1] | | $18,695,129.67 |
| Boies Schiller | $12,542,840.00[2] | -$6,480.00[3] | $12,536,360.00 |
| H5 & Huron | $4,360,943.20[4] | | $4,360,943.20 |
| Other (Black Letter, Barg Coffin) | $28,895.12[5] | | $28,895.12 |
| **TOTAL ATTORNEYS' FEES** | $35,627,807.99 | | **$35,621,327.99** |
| **Taxable Costs** | | | |
| Deposition Costs | $192,999.70[6] | | $192,999.70 |
| Stroz Fees for Oracle Productions | $4,757,561.00[7] | -$1,515,279.45[8] | $3,242,281.55 |
| **TOTAL TAXABLE COSTS** | $4,950,560.70 | | **$3,435,281.25** |
| **Non-Taxable Costs** | | | |
| Stroz Electronic Discovery Costs | $8,271,552.59[9] | $1,515,279.45[10] | $9,786,832.04 |
| Expert Fees (Davis, AACG, Nodruoy, TMF) | $3,353,191.75[11] | -$7,931.25[12] | $3,345,260.50 |
| Expert Fees (Elysium) | $4,466,899.61[13] | -$815.00[14] | $4,466,084.61 |
| Other Consultant Fees (JRI) | $155,468.99[15] | | $155,468.99 |
| Other Consultant Fees | $159,369.10[16] | | $159,369.10 |
| Other Non-Taxable Costs | $585,485.44[17] | | $585,485.44 |
| Other Non-Taxable Costs | $644,788.20[18] | -$1,409.20[19] | $643,379.00 |
| **TOTAL NON-TAXABLE COSTS** | $17,636,755.68 | | **$19,141,879.68** |
| **TOTAL ATTORNEYS' FEES AND COSTS SOUGHT** | $58,215,124.37 | -$16,635.45 | **$58,198,488.92** |

---

[1] Dkt. 923 ¶ 4; Dkt. 932 ¶¶ 7-8; Dkt. 937; Dkt. 939; Dkt. 972 ¶¶ 4-5.

[2] Dkt. 924 ¶ 4; Dkt. 933 ¶¶ 3-4; Dkt. 973 ¶¶ 3-5, Ex. 1.

[3] Hixson Decl. ¶ 4.d; Richardson Decl. ¶ 19.

[4] Dkt. 923 ¶¶ 97-98.

[5] Dkt. 923 ¶¶ 99-100.

[6] Dkt. 923 ¶ 101.

[7] Dkt. 923 ¶ 110.

[8] Hixson Decl. ¶ 4.b.

[9] Dkt. 923 ¶ 110.

[10] Hixson Decl. ¶ 4.b.

[11] Dkt. 923 ¶¶ 104-108; Dkt. 932 ¶¶ 5-6, 10.

[12] Hixson Decl. ¶ 4.a

---

[13] Dkt. 924 ¶¶ 44-45; Dkt. 933 ¶ 6; Dkt. 973 ¶ 18, Ex. 1.

[14] Hixson Decl. ¶ 4.c; Richardson Decl. ¶¶ 22-23.

[15] Dkt. 923 ¶ 103; Dkt. 932 ¶ 4.

[16] Dkt. 924 ¶ 46, Ex. 1; Dkt. 973 ¶ 19.

[17] Dkt. 923 ¶ 101; Dkt. 972 ¶¶ 4-5.

[18] Dkt. 924 ¶ 42; Dkt. 973 ¶¶ 4, 15, Ex. 1.

[19] Hixson Decl. ¶ 4.d; Richardson Decl. ¶ 21.