# EXHIBIT B

Log in | Sign up

CL 2016 | Whitepapers | The Channel | The Next Platform

DATA CENTER  SOFTWARE  NETWORKS  SECURITY  INFRASTRUCTURE  DEVOPS  BUSINESS  HARDWARE  SCIENCE  BOOTNOTES  FORUMS

Business

# To beat Oracle, find jurors who care about Leisure Suit Larry not Larry Ellison

Support upstart Rimini Street's secret allies are Nevada jurors



27 Feb 2015 at 04:00, Simon Sharwood

**More like this**

Oracle   Sap   Erp



**Most read**

 Apple Fools: Times the House of Jobs went horribly awry

 How do you build a cheap iPhone? Use a lot of old parts

 Microsoft lures top Linux exec from Oracle to Redmond

 Tesla books over $8bn in overnight sales claims Elon Musk

 Google-funded study concludes: Make DMCA even more Google-friendly

**Spotlight**



**Brexit: Time to make your plans, UK IT biz**

When you kick a giant in the shins and threaten to cut it off at the knees, do it in a jurisdiction you believe will provide you with a sympathetic jury.

That's the strategy advised by Seth Ravin, founder and CEO of third-party application support outfit Rimini Street.

The ten year-old company is an irritant to Oracle and SAP because it supports their applications for rather less than the software titans like to charge in their maintenance agreements. Maintenance and support are the sweet, low-hanging plums of the software garden, so the pair don't take kindly to those who offer their customers alternative arrangements.

That stance, Ravin says, is why Rimini Street and Oracle ended up in court, with Big Red emerging in the stronger position after recent clashes.

Ravin reckons a court clash was inevitable, likening Oracle's litigation to the music industry's attempts to find court-ordered ways to crimp early online music distribution services. From those battles, Ravin's version of history goes, iTunes and other services emerged.

The CEO says Rimini Street predicted the clashes it had with Oracle, and even prepared for them by choosing the ground on which they would be fought. The company's Las Vegas, Nevada, global HQ was therefore chosen partly because the state's pool of jurors knows little about the technology industry. Ravin said California juries are more likely to have heard of Oracle and approve of the company because it is such a large employer. Bay Area juries, he added, think they are technology experts.

But Las Vegas jurors know little of technology, making them perhaps more open-minded if Rimini Street ends up in court.

Ravin's not staking his company's success on this strategy: he feels cheaper and better support are what puts food on the table and enough zeroes on the bottom line to head for an IPO. And there's a good few zeroes there: the company recently announced it's cracked US$100m annual revenue and did so after $12m of initial investments.

A newly-launched Australian office will help kick that along, down under and elsewhere in Asia. ®

**Sponsored:** High velocity analytics take the customer experience to the next level

Tips and corrections                4 Comments

## More from The Register



**Oracle fires big red Solaris support sueball at HPE**

Updating Solaris? Not without my say-so, says Larry in yet another support suit

20 Comments



**Oracle plays virtual catch-up with new VM release**

Big Red makes it to virtual 2013 with storage live migration, FCoE and OVF support

2 Comments



**Oracle laying off its Java evangelists? Er, no comment, says Oracle**

Soon-to-be-redundant chap in pink slip slip on Facebook

49 Comments



**IT freely, a true tale: One night a project saved my life**



**It's nuts but 'shared' is still shorthand for 'worthless'**



**Oracle support sackings and 'consolidation' almost complete**

Move to offshore support 'done and dusted' in Australia, with many redundancies

29 Comments



**Patch Java now, says Oracle. Leave the Easter chocolate until later**

Malicious web page could achieve remote PC takeover without authentication

8 Comments



**Oracle traps its cloud inside own tin boxes**

Don't want Oracle's platform cloud, or its servers. Guess what...

8 Comments



**Web ads are reading my keystrokes and I can't even spel propperlie**

## Whitepapers



**The 2016 Cyber Risk Report**
Hackers are finding new vulnerabilities in your IT environment and developing new ways to exploit them. To fight back, you've got to know what they know and understand how they attack.



**How much data is too much?**
According to Gartner analyst Allan Daley, we are living in an unstructured, data nightmare.



**Information Security Consulting Services**
Where do they stand in relation to each other, to help security leaders select the right partner for their initiatives.



**2016 state of storage in virtualization**
A deeper understanding of what's happening at the intersection of virtualization and storage.



**She's coming... the Chief Data Officer**



**Tech biz bosses tell *El Reg* a Brexit will lead to a UK Techxit**



**Speaking in Tech: Down rounds, fleeing techies - how to spot a startup death spiral**



**Investigatory Powers Bill: Spooks willingly entering the light?**

### Sponsored links

New Free Guide: How to fix SQL Server deadlocks. Read now

Sign up to The Register to receive newsletters and alerts

### The Register

Biting the hand that feeds IT © 1998–2016

Independent news, views, opinions and reviews on the latest in the IT industry. Offices in London, San Francisco and Sydney.

### About us

Privacy
Company info
Advertise with us
Syndication
Send us news tips

### More content

Subscribe to newsletter
Top 20 stories
Week's headlines
Archive
Webcasts

### Follow us