# EXHIBIT C

# United States District Court
## District of Nevada (Las Vegas)
### CIVIL DOCKET FOR CASE #: 2:10-cv-00106-LRH-PAL

Oracle USA, Inc. et al v. Rimini Street, Inc. et al
Assigned to: Judge Larry R. Hicks
Referred to: Magistrate Judge Peggy A. Leen
 Case: 2:14-cv-01699-LRH-PAL
Cause: 17:101 Copyright Infringement

Date Filed: 01/25/2010
Jury Demand: Both
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

### Plaintiff

| | | |
|---|---|---|
| **Oracle USA, Inc.** | represented by | **Beko O. Reblitz-Richardson**<br>Boies Schiller & Flexner LLP<br>1999 Harrison St Ste 900<br>Oakland, CA 94612<br>510-874-1000<br>Email: brichardson@bsfllp.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Dorian E. Daley**<br>Oracle Corporation<br>500 Oracle Parkway<br>Redwood City, CA 94065<br>650-506-5500<br>Email: dorian.daley@oracle.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Gregory J. Dubinsky**<br>Boies, Schiller & Flexner LLP<br>5301 Wisconsin Ave, NW., Ste. 800<br>Washington, DC 20015<br>202-237-2727<br>Email: GDubinsky@bsfllp.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Karen L. Dunn**<br>Boies Schiller & Flexner LLP<br>5301 Wisconsin Avenue NW<br>Washington D.C., DC 20015<br>202-237-2727 |

Email: kdunn@bsfllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meryl Conant Governski**
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
202-237-2727
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nitin Jindal**
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105
415-442-1334
Email: nitin.jindal@morganlewis.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William A. Isaacson**
Boies, Schiller & Flexner LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
202-237-2727
Email: wisaacson@bsfllp.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah K. Miller**
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94070
650-506-4846
Email: deborah.miller@oracle.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James C Maroulis**
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94070
650-506-4846
Email: jim.maroulis@oracle.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John A. Polito**
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
415-442-1000
Fax: 415-442-1001
Email: john.polito@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen A. Palumbo**
Morgan, Lewis & Bockius LLP
One Market Street, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Fax: (415) 442-1001
Email: kristen.palumbo@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Holtzman**
Boies, Schiller & Flexner, LLP
1999 Harrison Street
Oakland, CA 94612
510-874-1000
Fax: 510-874-1460
Email: sholtzman@bsfllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas S. Hixson**
Morgan, Lewis & Bockius LLP
One Market Street, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Fax: (415) 442-1001
Email: thomas.hixson@morganlewis.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard J. Pocker**
Boies Schiller & Flexner, LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300

Fax: (702) 382-2755
Email: rpocker@bsfllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oracle International Corporation**     represented by     **Beko O. Reblitz-Richardson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dorian E. Daley**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory J. Dubinsky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen L. Dunn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meryl Conant Governski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Nitin Jindal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William A. Isaacson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deborah K. Miller**
(See above for address)
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**James C Maroulis**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John A. Polito**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kristen A. Palumbo**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Holtzman**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas S. Hixson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard J. Pocker**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Plaintiff

**Oracle America, Inc.**
*Oracle America, Inc.*

represented by **Beko O. Reblitz-Richardson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gregory J. Dubinsky**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Karen L. Dunn**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Meryl Conant Governski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William A. Isaacson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John A. Polito**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Steven Holtzman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thomas S. Hixson**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard J. Pocker**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rimini Street, Inc.**　　　represented by　**Annie Y.S. Chuang**
Shook, Hardy & Bacon LLP
One Montgomery Ste 2700
San Francisco, CA 94104
415-544-1900
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Blaine H. Evanson**
Gibson Dunn & Crutcher
333 S. Grand Ave., 47th Flr.
Los Angeles, CA 90071
213-229-7000
Fax: 213-229-7228
Email: bevanson@gibsondunn.com
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Niegowski**
Shook Hardy & Bacon LLP
One Montgomery Street, Suite 2700
San Francisco, CA 94104
415-544-1900
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joel D. Henriod**
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, NV 89169
702-949-8200
Fax: 702-949-8398
Email: jhenriod@lrrc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John P. Reilly**
Rimini Street, Inc.
3993 Howard Hughes Pkwy Ste 500
Las Vegas, NV 89169
336-908-6961
Email: JReilly@riministreet.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A. Gorman**
Gibson, Dunn & Crutcher LLP
555 Mission St.
San Francisco, CA 94105
415-393-8296
Email: jgorman@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren Blas**
Gibson, Dunn & Crutcher L.L.P.
333 S. Grand Avenue
Los Angeles, CA 90071
213-229-7503
Fax: 213-229-6503
Email: lblas@gibsondunn.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie A.S. Godfrey**
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NV 89169
702.792.3773
Fax: 702.792.9002
Email: godfreyl@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Perry**
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036-5306
202-955-8500
Email: mperry@gibsondunn.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew S Carter**
Harrison Kemp & Jones
3800 Howard Hughes Pkwy
Las Vegas, NV 89169
702-385-6000
Fax: 702-385-6001
Email: msc@kempjones.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Gray**
Shook, Hardy & Bacon LLP
JPMorgan Chase Tower
600 Travis St Ste 3400
Houston, TX 77002
713-227-8008
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Strand**
Shook, Hardy & Bacon L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108
816-474-6550

Email: pstrand@shb.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan D Dykal**
Shook, Hardy & Bacon LLP
2555 Grand Blvd
Kansas City, MO 64108
815-559-2572
Email: rdykal@shb.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**B Trent Webb**
Shook, Hardy & Bacon L.L.P.
2555 Grand Blvd
Kansas City, MO 64108
816-474-6550
Fax: 816-421-5547
Email: bwebb@shb.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brandon E. Roos**
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NV 89169
702.792.3773
Fax: 702.792.9002
Email: roosb@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Daniel F. Polsenberg**
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
702-949-8200
Fax: 702-949-8398
Email: dpolsenberg@lrrc.com
*ATTORNEY TO BE NOTICED*

**Mark G Tratos**
Greenberg Traurig LLP
3773 Howard Hughes Pkwy
Suite 400 North
Las Vegas, NV 89169

(702) 792-3773
Fax: (702) 792-9002
Email: tratosm@gtlaw.com
*ATTORNEY TO BE NOTICED*

**Robert H Reckers**
Shook, Hardy & Bacon LLP
600 Travis St., Suite 3400
Houston, TX 77002
713-227-8008
Fax: 713-227-9508
Email: rreckers@shb.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**W. West Allen**
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway
Suite 1000
Las Vegas, NV 89169
702-667-4843
Fax: 702-567-1568
Email: wwa@h2law.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Seth Ravin** represented by **Blaine H. Evanson**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Daniel B. Winslow**
Rimini Street, Inc.
6601 Koll Center Parkway
Suite 300
Pleasanton, CA 94566
925-264-7736
Email: DWinslow@riministreet.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**David James Niegowski**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joel D. Henriod**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John P. Reilly**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph A. Gorman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lauren Blas**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leslie A.S. Godfrey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A. Perry**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Gray**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Strand**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ryan D Dykal**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

        **Brandon E. Roos**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Daniel F. Polsenberg**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Mark G Tratos**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Robert H Reckers**
        (See above for address)
        *PRO HAC VICE*
        *ATTORNEY TO BE NOTICED*

        **W. West Allen**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Interested Party**

**CedarCrestone, Inc.**

**Interested Party**

**Hartford Fire Insurance Company**    represented by   **Mark J. Connot**
        Fox Rothschild, LLP
        1980 Festival Plaza Drive
        Suite 700
        Las Vegas, NV 89135
        702-262-6899
        Email: mconnot@foxrothschild.com
        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Hartford Accident and Indemnity Company**    represented by   **Mark J. Connot**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Hartford Casualty Insurance Company**    represented by   **Mark J. Connot**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Rimini Street, Inc.**    represented by   **Annie Y.S. Chuang**
        (See above for address)
        *LEAD ATTORNEY*
        *PRO HAC VICE*