# EXHIBITS E - J
# FILED UNDER SEAL