# EXHIBIT A

# RESUME OF RICHARD M. PEARL

RICHARD M. PEARL
LAW OFFICES OF RICHARD M. PEARL
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-3143 (facsimile)
rpearl@interx.net (e-mail)

## EDUCATION

University of California, Berkeley, B.A., Economics (June 1966)
Boalt Hall School of Law, Berkeley, J.D. (June 1969)

## BAR MEMBERSHIP

Member, State Bar of California (admitted January 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the District of Arizona, and for the Northern District of Georgia; and the Georgia Civil and Superior Courts and Court of Appeals.

## EMPLOYMENT

LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice (AV rating), with emphasis on court-awarded attorney's fees, class actions, and appellate practice. Selected Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, and 2014.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, Court of Appeal, First Appellate District (October 2000 to 2013) (program terminated).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to Present): Teach Public Interest Law Practice, a 2-unit course that focuses on the history, strategies, and issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation practice, as described above.

1

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time May 1982 to September 1983):

> Director of Litigation (July 1977 to July 1982)
> Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in CRLA's 15 field offices; administered and supervised staff of 4-6 Regional Counsel; promulgated litigation policies and procedures for program; participated in complex civil litigation.

> Regional Counsel (July 1982 to September 1983 part-time)
> Responsibilities: Served as co-counsel to CRLA field attorneys on complex projects; provided technical assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases; served as counsel on major litigation.

> Directing Attorney, Cooperative Legal Services Center (February 1974 to July 1977) (Staff Attorney February 1974 to October 1975)
> Responsibilities: Served as co-counsel on major litigation with legal services attorneys in small legal services offices throughout California; supervised and administered staff of four senior legal services attorneys and support staff.

> Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff Attorney July 1971 to February 1972)
> Responsibilities: Provided legal representation to low income persons and groups in Kern, King, and Tulare Counties; supervised all litigation and administered staff of ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program (August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low-income persons and groups as part of 36-lawyer legal services program located in Atlanta, Georgia.

## PUBLICATIONS

Pearl, *California Attorney Fee Awards, Third Edition* (Cal. Cont. Ed. Bar 2010) and February 2011, 2012, 2013, 2014, and 2015 Supplements

Pearl, *California Attorney Fee Awards, Second Edition* (Cal. Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements

*Graham v. DaimlerChrysler Corp.* and *Tipton-Whittingham v. City of Los Angeles*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Feb. 2005)

*Current Issues in Attorneys' Fee Litigation*, California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees*, Environmental Law News (Summer 1995)

Wrongful Employment Termination Practice, Second Edition (Cal. Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cal. Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting (October 1992)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Effective Representation Before California Administrative Agencies (October 1986)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases* (September 1985) Los Angeles Lawyer

Program Materials on Remedies Training (Class Actions), sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

**PUBLIC SERVICE**

Member, Attorneys' Fee Task Force, California State Bar

Chairperson, Board of Directors, California Rural Legal Assistance Foundation

**REPRESENTATIVE CASES**

*Alcoser v. Thomas*
        (2011) 2011 Cal.App.Unpub.LEXIS 1180

*Boren v. California Department of Employment*
        (1976) 59 Cal.App.3d 250

*Cabrera v. Martin*
        (9th Cir. 1992) 973 F.2d 735

*Camacho v. Bridgeport Financial, Inc.*
        (9th Cir. 2008) 523 F.3d 973

*Campos v. E.D.D.*
        (1982) 132 Cal.App.3d 961

*Center for Biological Diversity v. County of San Bernardino*
        (2010) 185 Cal.App.4th 866

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
        (1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
        (D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
        (1999) 10 Cal.4th 23

*Dixon v. City of Oakland*
        (2014) 2014 U.S.Dist.LEXIS 169688

*Employment Development Dept. v. Superior Court (Boren)*
        (1981) 30 Cal.3d 256

**Representative Cases (cont.)**

*Environmental Protection Info. Ctr. v Department of Forestry & Fire Protection*
            (2010) 190 Cal.App.4th 217

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
            (N.D. Cal. 2002) 229 F. Supp.2d 993, *aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
            (2001) 26 Cal. 4th 572

*Graham v. DaimlerChrysler Corp.*
            (2004) 34 Cal. 4th 553

*Horsford v. Board of Trustees of Univ. of Calif.*
            (2005) 132 Cal.App.4th 359

*Ketchum v. Moses*
            (2001) 24 Cal.4th 1122

*Kievlan v. Dahlberg Electronics*
            (1978) 78 Cal.App.3d 951, *cert. denied* (1979)
            440 U.S. 951

*Lealao v. Beneficial  California, Inc.*
            (2000) 82 Cal.App.4th 19

*Lewis v. California Unemployment Insurance Appeals Board*
            (1976) 56 Cal.App.3d 729

*Local 3-98 etc. v. Donovan*
            (N.D. Cal. 1984) 580 F.Supp. 714,
            *Aff'd* (9th Cir. 1986) 792 F.2d 762

*Mangold v. California Public Utilities Commission*
            (9th Cir. 1995) 67 F.3d 1470

*Maria P. v. Riles*
            (1987) 43 Cal.3d 1281

*Martinez v. Dunlop*
            (N.D. Cal. 1976) 411 F.Supp. 5,
            *aff'd* (9th Cir. 1977) 573 F.2d 555

5

**Representative Cases (cont.)**

*McQueen, Conservatorship of*
           (2014) 59 Cal.4[th] 602 (argued for *amici curiae*)

*McSomebodies v. Burlingame Elementary School Dist.*
           (9th Cir. 1990) 897 F.2d 974

*McSomebodies v. San Mateo City School Dist.*
           (9th Cir. 1990) 897 F.2d 975

*Molina v. Lexmark International*
           (2013) 2013 Cal.App. Unpub. LEXIS 6684

*Moore v. Bank of America*
           (9th Cir. 2007) 2007 U.S. App. LEXIS 19597

*Moore v. Bank of America*
           (S.D. Cal. 2008) 2008 U.S. Dist. LEXIS 904

*Mora v. Chem-Tronics, Inc.*
           (S.D. Cal. 1999) 1999 U.S. Dist. LEXIS 10752,
           5 Wage & Hour Cas. 2d (BNA) 1122

*Nadaf-Rahrov v. Nieman Marcus Group*
           (2014) 2014 Cal.App. Unpub. LEXIS 6975

*Pena v. Superior Court of Kern County*
           (1975) 50 Cal.App.3d 694

*Ponce v. Tulare County Housing Authority*
           (E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
           (N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

*Rubio v. Superior Court*
           (1979) 24 Cal.3d 93 (amicus)

*Sokolow v. County of San Mateo*
           (1989) 213 Cal. App. 3d. 231

**Representative Cases (cont.)**

*S.P. Growers v. Rodriguez*
            (1976) 17 Cal.3d 719 (amicus)

*Swan v. Tesconi*
            (2015) 2015 Cal.App. Unpub. LEXIS 3891

*Tongol v. Usery*
            (9th Cir. 1979) 601 F.2d 1091,
            *on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
            *revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
            (1976) 17 Cal.3d 671 (amicus)

*United States (Davis) v. City and County of San Francisco*
            (N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part*
            *and revs'd in part sub nom Davis v. City and County*
            *of San Francisco* (9th Cir. 1992) 976 F.2d 1536,
            *modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United States v. City of San Diego*
             (S.D.Cal. 1998) 18 F.Supp.2d 1090

*Vasquez v. State of California*
            (2008) 45 Cal.4th 243 (*amicus*)

*Velez v. Wynne*
            (9th Cir. 2007) 2007 U.S. App. LEXIS 2194

**REFERENCES**

Furnished upon request.

**October 2015**

7