# EXHIBIT B

Documents Considered

*Filings*

November 13, 2015 Oracle's Motion for Costs and Attorneys' Fees (and supporting documents)

November 30, 2015 Oracle's Notice of Errata Re Motion for Costs and Attorneys' Fees (and supporting documents)

December 2, 2015 Oracle's Notice of Errata Re Motion for Costs and Attorneys' Fees (and supporting documents)

January 6, 2016 Oracle's Motion for Leave to Supplement Motion for Costs and Attorneys' Fees (and supporting documents)

February 12, 2016 Oracle's Supplement to its Motion for Costs and Attorneys' Fees

March 8, 2016 Rimini's Opposition to Oracle's Motion for Attorneys' Fees and Costs, and supporting declarations and documents

November 23, 2015 Rimini's Motion to Compel Discovery Relating to Oracle's Motion for Attorneys' Fees (and supporting documents), Oracle's Opposition, Rimini's Reply, and the Court's Order regarding the same

December 3, 2015 Rimini's Emergency Motion for Extension of Time to Respond to Oracle's Motion for Attorneys' Fees and Costs (and supporting documents), Oracle's Opposition, Rimini's Reply, and the Court's Order regarding the same

June 1, 2011 Second Amended Complaint for Damages and Injunctive Relief

June 26, 2015 Rimini's Motion to Bifurcate Willfulness Evidence and Evidence Related Solely to Punitive Damages, and Oracle's Opposition, Rimini's Reply, and the Court's Order regarding the same

October 13, 2015 Jury Verdict

October 21, 2015 Motion for Permanent Injunction Against Defendants Rimini Street, Inc. and Seth Ravin, for Disposition of Infringing Copies, and for Judgment on Oracle's Unfair Competition Claim, Rimini's Opposition, and Oracle's Reply regarding the same

November 13, 2015 Rimini's Rule 50(b) Renewed Motion for Judgment as a Matter of Law, Oracle's Opposition, and Rimini's Reply regarding the same

November 13, 2015 Oracle Motion for Prejudgment Interest, Rimini's Opposition, and Oracle's Reply regarding the same

Oracle and Rimini's Trial Briefs

Oracle and Rimini's Pre-Trial Witness Lists

Oracle and Rimini's Joint Pre-Trial Order

Oracle and Rimini's Discovery Joint Case Management Conference Statements

Declaration of Elizabeth Dean Concerning Attorneys' Fees and Costs

Declaration of Ronald Essig in Support of Oracle's Reply in Support of Oracle's Motion for Costs and Attorneys' Fees

Declaration of Thomas Hixson in Support of Oracle's Reply in Support of Oracle's Motion for Costs and Attorneys' Fees

Declaration of Beko Richardson in Support of Oracle's Reply in Support of Oracle's Motion for Costs and Attorneys' Fees

*Other Documents*

*Oracle vs. Rimini* Case Docket

*Oracle vs. Rimini* Trial Transcripts

Oracle and Rimini's Initial Disclosures

DTX 2032

PTX 3212

November 17, 2015 Letter from Polsenberg disclosing Rimini Street Experts

Documents cited in and exhibits to my declaration