# EXHIBIT D

Marshall Beil (MB-0992)
McGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY 10105
212 548 7004
mbeil@mcguirewoods.com

B. Trent Webb (admitted *pro hac vice*)
Adam P. Seitz (admitted *pro hac vice*)
Jennifer Riggs (admitted *pro hac vice*)
Beth Larigan (admitted *pro hac vice*)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550

*Attorneys for Nike, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DIPLOMATIC MAN, INC.,              :   Civil Action No. 08 Civ 0139 (GEL)

            Plaintiff,      ::
                       :

    vs.                        **SUPPLEMENTAL DECLARATION**
                    ::  **OF B. TRENT WEBB IN SUPPORT**
NIKE, INC.,             :  **OF DEFENDANT NIKE, INC.'S**
                        **MOTION FOR COSTS AND**
          Defendant, Counter-::  **ATTORNEY'S FEES AGAINST**
          Claimant and Third-:  **PLAINTIFF DIPLOMATIC MAN,**
          Party Plaintiff,      **INC.**
                    ::
    vs.                    :

LaRON JAMES a/k/a JUELZ SANTANA and::
SANTANA'S WORLD,         :

                Third-Party
                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I, B. Trent Webb, having personal knowledge of the facts stated below, and under penalty of perjury, hereby declare that:

3410400v1

1.     I am a partner with the law firm of Shook, Hardy & Bacon, L.L.P. ("SHB") in Kansas City, Missouri and chair of the firm's Intellectual Property Technology & Litigation Practice.  I am lead counsel for defendant Nike, Inc. ("Nike") in this litigation.

2.     I submit this declaration in furtherance of Nike, Inc.'s Motion for Costs and Attorney's Fees Against Plaintiff Diplomatic Man, Inc. and pursuant to the Court's Order dated April 6, 2009, directing Nike to submit supporting documentation by April 13, 2009, for all costs and fees incurred through December 2008 (Doc. 48).

3.     Exhibit A includes a summary of both SHB's attorney's fees and expenses in connection with this case from November 2008 through December 2008, which also includes redacted daily time entries that I and other legal professionals submitted for each month.  These billing records show the amount of time spent by each legal professional on this matter.

4.     The total legal fees billed to, and paid by, Nike on these two invoices are $75,450.50.  Expenses total $1,925.80.  The combined total is $77,376.30.

5.     It is my belief that the total amount of work performed on these invoices as well as the resulting fees and expenses SHB charged were both necessary and reasonable in order to successfully defend this action.

Executed on this 13th day of April.

_____
B. Trent Webb

# EXHIBIT A

Case 1:08-cv-06013-GEL Document 49-2 Filed 12/03/08 Page 5 of 23

SHOOK, HARDY & BACON L.L.P.
Attorneys at Law
Attn: Accounting
PO Box 413635
Kansas City, Missouri  64141-3635
Federal I.D.:  44-0585497

December 17, 2008

NIKE INC
ONE BOWERMAN DR
BEAVERTON OR  97005-0979

Invoice:1436727

(816) 474-6550

---

REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

Cameron Giles a/k/a Cam'Ron , LaRon Louis James          NIKE.139797     BTW

|  |  |
|---|---:|
| Total Fees Due | $37,113.00 |
| Total Expenses | $608.99 |
| TOTAL AMOUNT DUE | $37,721.99 |
| | ============== |

SHOOK, HARDY & BACON L.L.P.
Attorneys At Law
2555 Grand Boulevard
Kansas City, Missouri 64108-2613

Federal I.D.: 44-0585497

December 17, 2008

NIKE INC
ONE BOWERMAN DR
BEAVERTON OR 97005-0979

Invoice: 1436727

(816) 474-6550

---

Cameron Giles a/k/a Cam'Ron , LaRon Louis James      NIKE.139797    BTW
a/k/a Jueiz Santana

For Professional Services Rendered through 11/30/08

|  |  | HOURS |
|---|---|---|

| 11/03/08 JSK | Review spreadsheets and damages information provided by Nike and prepare for conference call with Forbes Campbell. Participate in conference call regarding REDACTED Review information disclosed to Plaintiff regarding gross profits. Work to prepare new spreadsheet of information regarding gross profits of the AF25 shoes. Review new advertising cost and briefing information received from client. | 4.50 |
| 11/03/08 MDDX | Review and analyze sales data received from the client and prepare summary per the request of Ms. Riggs in anticipation of production to opposing counsel. | 3.00 |
| 11/04/08 JSK | Work on separating sales spreadsheet into shoes and apparel and specific styles. Continue to review Campbell documents to prepare for discovery. Begin a log of discovery documents. | 4.30 |
| 11/04/08 MDDX | Review and analyze sales data received from the client and prepare summary per the request of Ms. Riggs in anticipation of production to opposing counsel. | 2.50 |

Continued Next Page

NIKE INC                                          December 17, 2008  PAGE   2
FILE NUMBER: NIKE.139797
INVOICE NO.: 1436727

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/04/08 | MDDX | Review and analyze documents produced by Nike per the request of and in preparation for review by Ms. Riggs. | .50 |
| 11/05/08 | JSK | Continue to work on log of discovery documents. Continue to work on spreadsheets of gross sales. Continue to work on review of Campbell documents for discovery. Review information received from client regarding COGs. | 6.10 |
| 11/05/08 | BALX | Review and analyze correspondence from Ms. Riggs and documents/spreadsheets from Nike regarding revenues from Air Force 25 product line and cost of goods sold; conference with Ms. Riggs about her interview of Forbes Campbell regarding these documents and about production of same to Plaintiff. | 1.00 |
| 11/05/08 | BALX | Conferences with Mr. Zerger and Ms. Riggs regarding factors involved in cost of goods sold, including FOB, duty, freight, and miscellaneous charges. | .40 |
| 11/05/08 | BALX | Research whether voluntary production of a condensed spreadsheet created by SHB would result in subject matter waiver of the work product privilege; draft short memorandum to Ms. Riggs regarding same; confer with Ms. Riggs and Mr. Seitz regarding waiver issue. | 2.10 |
| 11/05/08 | BALX | Review and analyze budget documents that include All-Star Weekend costs; analyze same with Ms. Riggs. | .30 |
| 11/05/08 | BALX | Review and analyze Wieden + Kennedy documents to determine scope of documents and advertising costs; conference with Ms. Riggs regarding same. | .70 |
| 11/05/08 | BALX | Review letter from counsel for ASCAP, Mr. Majeske, regarding subpoena duces tecum; telephone call to and email to Mr. Majeske regarding same. | .40 |
| 11/05/08 | BALX | Telephone calls to Mr. Gawley and Ms. Miller, counsel for Island Def Jam and Universal Music Group, regarding subpoenas duces tecum served on the companies. | .60 |

Continued Next Page

NIKE INC                                    December 17, 2008  PAGE   3
FILE NUMBER: NIKE.139797
INVOICE NO.: 1436727

11/05/08 MDDX   Review and analyze Nike documents per the        1.20
                request of and in preparation for review by Ms.
                Riggs.

11/06/08 JSK    Draft and send e-mail to client regarding        3.90
                REDACTED
                        Continue to work on discovery log and
                review of Campbell documents.

11/06/08 BALX   Telephone conference with counsel for Island      .30
                Def Jam and Universal Music Group regarding
                their agreement to comply with the subpoenas
                duces tecum and our agreement to extend the
                deadline for compliance; correspond with Mr.
                Seitz and Ms. Riggs regarding same.

11/06/08 BALX   Correspond with counsel for Island Def Jam and    .20
                Universal Music Group confirming their
                agreement to comply with the subpoenas duces
                tecum and extension of the deadline for
                compliance, and requesting early production of
                the Recording Agreement between Roc-A-Fella
                Records and Diplomatic Man.

11/07/08 BTW    Conference with Mr. Seitz regarding license and  1.10
                release issues; review documents; attorney
                conference regarding upcoming tasks.

11/10/08 JSK    Review Nike financials to determine what         2.50
                supplemental information we will need to
                provide to Plaintiff regarding gross sales;
                review e-mail responses from client regarding
                REDACTED        draft of spreadsheet covering just
                shoe sales; look at disclosures to compare.

11/11/08 JSK    Continue to work on updating discovery response  6.10
                answers with Campbell documents. Meeting with
                Beth Larigan to discuss financials and plan of
                action for discovery responses.

11/12/08 JSK    Continue review of documents for                 4.90
                production/non-responsiveness; telephone call
                to Bob Kohn regarding expert report. Review
                documents collected to produce to Bob Kohn,
                confirm address, send documents to expert for
                review.

11/12/08 BALX   Communicate with counsel for ASCAP regarding      .30
                compliance with subpoena duces tecum.

Continued Next Page

```
NIKE INC                                December 17, 2008  PAGE    4
FILE NUMBER: NIKE.139797
INVOICE NO.: 1436727
```

| Date | Init. | Description | Hours |
|---|---|---|---|
| 11/12/08 | MDDX | Review and analyze documents and pleadings filed in this case in preparation for forwarding to Expert Robert Kohn per the request of Ms. Riggs. | 3.00 |
| 11/13/08 | JSK | Continue working on updated discovery chart. Review correspondence from client regarding REDACTED | 4.50 |
| 11/13/08 | BALX | Telephone call to counsel for ASCAP regarding compliance with subpoena duces tecum. | .10 |
| 11/13/08 | BALX | Conference with Ms. Riggs regarding additional sales data from Forbes Campbell. | .30 |
| 11/13/08 | BALX | Review and analyze information received from Forbes Campbell explaining sales data; conferences with Ms. Riggs and Mr. Zerger regarding sales data and the sources of same. | .90 |
| 11/17/08 | JSK | Prepare for teleconference with client to discuss REDACTED     Hold teleconference with client to discuss REDACTED         Continue review of Campbell documents and document log for production. | 5.50 |
| 11/17/08 | BALX | Communicate with Mr. Seitz and Ms. Riggs regarding motion for extension of pre-trial deadlines. | .20 |
| 11/17/08 | BALX | Communicate with counsel for ASCAP regarding compliance with subpoena duces tecum. | .20 |
| 11/17/08 | BALX | Conference with Mr. Seitz regarding strategy and preparation of motion for extension of pre-trial deadlines; begin drafting motion for extension. | 1.70 |
| 11/18/08 | JSK | Communicate via e-mail with clients regarding REDACTED Continue document review and draft of document log. | 6.30 |
| 11/18/08 | APS | Work on discovery issues and summary judgment; meeting with Ms. Larigan and Ms. Riggs regarding same. | 1.50 |

Continued Next Page

```
NIKE INC                                    December 17, 2008  PAGE   5
FILE NUMBER: NIKE.139797
INVOICE NO.: 1436727
```

| | | | |
|---|---|---|---|
| 11/18/08 BALX | Conference with Mr. Seitz and Ms. Riggs regarding motion for extension of pre-trial deadlines, service of deposition notices and subpoenas, motion to compel, and supplemental disclosures to produce to Plaintiff. | | .30 |
| 11/18/08 BALX | Finalize motion for extension of pre-trial deadlines. | | 2.30 |
| 11/18/08 BALX | Conference call with Jennifer Riggs, Carolyn Gutsick and Forbes Campbell regarding Nike's sales revenue data. | | .30 |
| 11/18/08 BALX | Communicate with counsel for ASCAP and Island Def Jam Music Group regarding compliance with subpoena and production of responsive documents; telephone conference with counsel for ASCAP regarding formal service of revised subpoena; draft new subpoena, notice of subpoena, and letter to ASCAP's counsel enclosing same; correspond with Mr. Beil regarding service of subpoena on ASCAP. | | 2.20 |
| 11/18/08 BALX | Review and analyze Agreement between Island Def Jam Music Group and Diplomatic Man, Inc. and Amendment thereto; communicate with Mr. Seitz and Ms. Riggs regarding copyright rights under the Agreement and Diplomatic Man's possible lack of standing. | | .90 |
| 11/19/08 BTW | Conference with Mr. Seitz regarding status and depositions; review materials regarding making of video. | | .60 |
| 11/19/08 JSK | Meeting with Adam Seitz to discuss conference with Bob Kohn. Finalize Kohn outline for conference. Participate in conference call with Bob Kohn to discuss his initial opinions. Update Kohn outline after conference call. Send e-mail to Kohn regarding sale of Juelz Santana to IDJ. Work with document production group to prepare documents for production. Continue review of documents and draft of document log for production. | | 6.00 |
| 11/19/08 APS | Telephone conference with Mr. Cinque regarding extension and discovery issues; prepare for and participate in telephone conference with Mr. Kohn regarding expert report. | | 2.10 |

Continued Next Page

NIKE INC                                    December 17, 2008  PAGE    6
FILE NUMBER: NIKE.139797
INVOICE NO.: 1436727

11/19/08 BALX   Conference with Mr. Seitz regarding proposed         2.20
                modifications to Scheduling Order; draft
                proposed schedule to send to Plaintiff's
                counsel for his review and approval; conference
                with Ms. Riggs and Mr. Seitz regarding
                exclusive and non-exclusive license issues;
                continue drafting motion for summary judgment
                on license issue; work with Ms. Deaton to serve
                Notice of Subpoena to ASCAP on Plaintiff's
                counsel; conference with Ms. Riggs regarding
                meeting with expert Bob Kohn; research Internet
                articles to forward to expert regarding
                Cam'ron's sales of Juelz Santana's contract to
                Island Def Jam.

11/19/08 BALX   Review and analyze article regarding sound          1.00
                recording public performance royalties for
                non-interactive digital transmissions; draft
                subpoena duces tecum and letter to
                SoundExchange, Inc., the nonprofit entity that
                collects and distributes such royalties;
                arrange for service of same.

11/19/08 MDDX   Review and analyze Nike documents in                3.50
                preparation for production per the request of
                Ms. Riggs.

11/20/08 JSK    Continue working on updated discovery chart.         4.00
                Continue document review.

11/20/08 MDDX   Draft, edit and serve Notice of Subpoena to          .50
                opposing counsel per the request of Ms.
                Larigan.

11/21/08 JSK    Continue to work on document review and             1.20
                discovery chart/document log for production.

11/21/08 MDDX   Review and analyze Nike documents in                 .50
                preparation for production per the request of
                Ms. Riggs.

11/24/08 JSK    Finish review of client documents; finalize         5.80
                document log; prepare documents for production.

11/24/08 APS    Telephone conference with Mr. Cinque regarding       .30
                extension and discovery issues.

Continued Next Page

```
NIKE INC                                     December 17, 2008  PAGE   7
FILE NUMBER: NIKE.139797
INVOICE NO.: 1436727
```

| | | | |
|---|---|---|---|
| 11/24/08 | BALX | Multiple communications with counsel for Sound Exchange, Inc. regarding its compliance with subpoena duces tecum and regarding protective order governing case. | .70 |
| 11/24/08 | MDDX | Review and analyze Nike documents in preparation for production per the request of Ms. Riggs. | 6.30 |
| 11/25/08 | BTW | Conference with Mr. Seitz regarding withdrawal; review deposition correspond; conference with Mr. Seitz regarding strategy for going forward. | 1.10 |
| 11/25/08 | JSK | Work with document production team to get documents ready for production; review file for financials that conflict with newly discovered document; listen to voice mail from Cinque & Cinque discussing their desire to withdraw as Plaintiff's counsel. Review motion to withdraw. Team meeting to discuss response and strategy for moving forward. Review file for all delinquent letters and e-mails sent to plaintiff regarding discovery deficiencies. Begin draft of statement in response. | 8.20 |
| 11/25/08 | APS | Multiple telephone conferences with Mr. Cinque regarding withdrawal; correspondence with Ms. Davis regarding same; meeting with Mr. Webb regarding response; research regarding failure to prosecute. | 2.00 |
| 11/25/08 | BALX | Conference with Mr. Seitz, Ms. Riggs, and Mr. Beil regarding Plaintiff's counsel's decision to withdraw and strategy for proceeding; conduct research to determine whether we can assert a claim for failure to prosecute in response to Plaintiff's counsel's anticipated motion to withdraw. | 1.50 |
| 11/25/08 | MDDX | Draft and edit privileged log in preparation for production per the request of Ms. Riggs. | 2.00 |
| 11/25/08 | MDDX | Review and analyze document production from Universal Musical Group in preparation for review by attorneys. | .50 |
| 11/25/08 | RLV | Saving Third Party Docs Produced. | 1.50 |

Continued Next Page

```
NIKE INC                              December 17, 2008  PAGE   8
FILE NUMBER: NIKE.139797
INVOICE NO.: 1436727
```

| | | | |
|---|---|---|---|
| 11/26/08 BTW | Review filings from opposing counsel; conference with Mr. Seitz regarding same; study and revise response to same. | | 1.60 |
| 11/26/08 JSK | Continue to work on draft of Statement in Response to Cinque's Motion to Withdraw. Draft declaration in support of Nike's Statement in Response. Edit and finalize declaration and response. Prepare documents to be filed. | | 6.20 |
| 11/26/08 APS | Finalize response to Mr. Cinque's motion to withdraw as counsel; multiple conferences with Mr. Beil regarding same; correspondence with Ms. Davis regarding same; telephone conference with Mr. Baldonado regarding status of case. | | 3.20 |
| 11/26/08 BALX | Review and analyze Cinque's motion to withdraw and supporting papers; conferences with Ms. Riggs regarding statement in response to same; conduct research to determine whether we can assert a claim for sanctions for Plaintiff's failure to respond to discovery and discuss with Ms. Riggs how to set up such a claim in the statement in response to Cinque's motion to withdraw. | | 1.20 |
| 11/26/08 BALX | Review and analyze documents produced by Universal Music Group and Island Def Jam; draft correspondence to counsel for Universal Music Group regarding lack of records produced in response to subpoena and requesting documents and/or a deposition identifying time period during which the Juelz Santana Recording Agreement was in effect. | | 2.60 |
| 11/26/08 BALX | Revise and finalize Response to Cinque's motion to withdraw and Declaration of Jennifer K. Riggs in support of same. | | 1.50 |
| 11/26/08 MDDX | Review and analyze response to Motion for attorney withdraw and prepare exhibits per the request of Ms. Riggs. | | 1.50 |

```
Mr. Webb              4.40 hours at  $470.00 =     2068.00
Ms. Knapp Riggs      80.00 hours at  $275.00 =    22000.00
Mr. Seitz             9.10 hours at  $290.00 =     2639.00
Ms. Larigan          26.40 hours at  $240.00 =     6336.00
Ms. Deaton           25.00 hours at  $155.00 =     3875.00
Ms. Whitaker          1.50 hours at  $130.00 =      195.00
```

Continued Next Page

```
NIKE INC                              December 17, 2008  PAGE   9
FILE NUMBER: NIKE.139797
INVOICE NO.: 1436727

            Total Fees Due                       $37,113.00

EXPENSES
--------

11/21/08 Commerce Bank:  New Jersey business reports    15.00
11/06/08 Hatfield Process Service: Service Upon Thomson 170.00
         Compumark
10/31/08 Imaging Services                               26.18
11/19/08 Photocopies                                     2.40
11/26/08 Photocopies                                     1.44
11/05/08 Long Distance Beth Larigan to 2123338534        2.45
11/19/08 Long Distance Adam Seitz to 4086025646          9.10
11/25/08 Long Distance Adam Seitz to 2125487004          4.90
11/12/08 Delivery--Federal Express                      27.52
11/30/08 Copyright Office-- Copy of sound recording,   350.00
         10/6/08
                                                   -----------

            Total Expenses                          $608.99

            TOTAL AMOUNT DUE                      $37,721.99
                                                  =============
```

SHOOK, HARDY & BACON L.L.P.
Attorneys at Law
Attn: Accounting
PO Box 413635
Kansas City, Missouri 64141-3635
Federal I.D.: 44-0585497

NIKE INC
ONE BOWERMAN DR
BEAVERTON OR  97005-0979

January 30, 2009

Invoice:1440815

(816) 474-6550

REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

Cameron Giles a/k/a Cam'Ron , LaRon Louis James          NIKE.139797     BTW

|  |  |
|---|---|
| Total Fees Due | $38,337.50 |
| Total Expenses | $1,316.81 |
| TOTAL AMOUNT DUE | $39,654.31 |
| | ============= |

SHOOK, HARDY & BACON L.L.P.
Attorneys At Law
2555 Grand Boulevard
Kansas City, Missouri  64108-2613

Federal I.D.: 44-0585497

January 30, 2009

NIKE INC
ONE BOWERMAN DR
BEAVERTON OR  97005-0979

Invoice: 1440815

(816) 474-6550

---

Cameron Giles a/k/a Cam'Ron , LaRon Louis James        NIKE.139797     BTW
a/k/a Jueiz Santana

For Professional Services Rendered through 12/31/08

|  |  |  | HOURS |
|--|--|--|-------|

| 12/01/08 JSK | Review and analyze contract between Diplomatic Man and IDJ regarding Juelz Santana. Review Plaintiff's responsive pleading to Nike's statement in response. Telephone call with local counsel to discuss procedure for adjourning Friday's hearing. | 2.50 |
|--------------|---|------|
| 12/01/08 BALX | Review and analyze Plaintiff's counsel's Reply Affidavit in support of motion to withdraw; conferences with Ms. Riggs and Mr. Seitz regarding same. | .50 |
| 12/02/08 JSK | Review Cinque's submission to court and draft letter in response to the court. Communication with local counsel regarding letter to the court and appropriate local procedures. | 2.90 |
| 12/02/08 APS | Review and analyze filing by Mr. Cinque regarding hearing on motion to withdraw; review response regarding same. | 1.10 |

NIKE INC                                    January 30, 2009    PAGE    2
FILE NUMBER: NIKE.139797
INVOICE NO.: 1440815

| | | |
|---|---|---|
| 12/02/08 BALX | Review and analyze letter from Mr. Cinque to the Court requesting adjournment of the case management conference without date; communicate with Mr. Riggs, Mr. Seitz and Mr. Beil regarding strategy for responding to letter; review and analyze draft of response letter and communicate with Ms. Riggs and Mr. Seitz regarding suggested revisions to same. | .80 |
| 12/02/08 MDDX | Review and update Nike's Privilege Log in preparation for possible production to opposing counsel. | 1.50 |
| 12/04/08 BTW | Conference with Mr. Seitz regarding strategy for new counsel and ownership issues; review briefing regarding withdrawal. | 1.10 |
| 12/04/08 BALX | Review and analyze documents received from ASCAP in response to subpoena duces tecum. | .40 |
| 12/04/08 BALX | Review communications from counsel for Sound Exchange requesting extension and raising questions regarding compliance with subpoena. | .20 |
| 12/04/08 BALX | Review correspondence from counsel for Universal Music Group and Island Def Jam regarding supplementation of its document production, including the requested option exercise letter. | .20 |
| 12/04/08 BALX | Correspond with, and review correspondence from, Mr. Beil regarding adjournment status of 12/5/08 case management conference. | .30 |
| 12/04/08 MDDX | Review and analyze documents prepared for production to opposing counsel and update document log in preparation for attorney review. | 5.50 |
| 12/05/08 APS | Correspondence with Mr. Beil regarding motion to withdraw and Court's Order regarding same; correspondence with Ms. Davis regarding REDACTED | .90 |
| 12/05/08 BALX | Communicate with counsel for SoundExchange regarding agreement to extend time for complying with subpoena and regarding his questions arising from compliance. | .20 |

```
NIKE INC                                    January 30, 2009   PAGE   3
FILE NUMBER: NIKE.139797
INVOICE NO.: 1440815
```

| | | | |
|---|---|---|---|
| 12/08/08 | BALX | Review and analyze supplemental documents received from Universal Music Group and Island Def Jam; correspond with Mr. Seitz and Ms. Riggs regarding receipt of the option exercise letter establishing that the Juelz Santana Recording Agreement was in effect at the time The Second Coming was created and thus Diplomatic Man has no standing to sue for copyright infringement; conference with Mr. Seitz regarding emails between Mr. Cinque and Universal Music Group attorney Harvey Gellar disputing Diplomatic Man's rights in master recording of The Second Coming. | 1.70 |
| 12/08/08 | BALX | Communicate with counsel for Sound Exchange regarding his questions about compliance with subpoena. | .20 |
| 12/09/08 | BTW | Study withdrawal papers; conference with Mr. Seitz regarding strategy for hearing on same. | 1.40 |
| 12/10/08 | BALX | Telephone conference with counsel for Sound Exchange regarding its production of documents in compliance with subpoena. | .30 |
| 12/10/08 | MDDX | Review and analyze third party document production and prepare copies for hearing per the request of Mr. Seitz. | 5.00 |
| 12/11/08 | BTW | Multiple conference with Mr. Seitz regarding hearing and dismissal issues. | .70 |
| 12/11/08 | JSK | Correspondence within team regarding status conference hearing and arguments to be presented to judge on Diplomatic Man contract with IDJ; Review Diplomatic Man contract with IDJ. | 2.10 |
| 12/11/08 | APS | Prepare for hearing on motion to dismiss; review and analyze recent discovery from Universal/Def Jam; review and analyze transcripts from previous litigation involving Cam'Ron; review and analyze contracts between Cam'Ron, Juelz, and Universal; review and analyze correspondence between Def Jam and Mr. Cinque regarding ownership of copyright. | 7.50 |

```
NIKE INC                              January 30, 2009   PAGE   4
FILE NUMBER: NIKE.139797
INVOICE NO.: 1440815
```

| | | | |
|---|---|---|---|
| 12/11/08 RSRZ | Gather production specifications, manage document production from legal document database, QC final production media, images and load files. | | .50 |
| 12/11/08 KKW | Coordinate processing of production. Coordinate addition of documents to database. | | 1.20 |
| 12/11/08 JKHY | Produce documents and images identified by K. Crumley from the Diplomatic Man v Nike Concordance database and convert to PDF. | | 1.50 |
| 12/12/08 BTW | Conference with Mr. Seitz regarding hearing and dismissal. | | .60 |
| 12/12/08 APS | Prepare for and attend hearing on motion to dismiss; telephone conference and correspondence with Ms. Davis regarding REDACTED | | 3.50 |
| 12/12/08 BALX | Telephone conference with Mr. Seitz regarding dismissal of case due to Plaintiff's failure to appear at conference and failure to prosecute; communicate with Ms. Riggs regarding same. | | .20 |
| 12/12/08 BALX | Research and analyze whether dismissal for failure to prosecute is a judgment on the merits, Nike's status as a prevailing party for purposes of awarding attorney's fees, and factors considered by courts in awarding attorney's fees; draft memorandum summarizing research findings. | | 2.50 |
| 12/15/08 BTW | Conference with Mr. Seitz regarding fees issue; conference with client regarding REDACTED | | 1.10 |
| 12/15/08 JSK | Research and review case law regarding motion for costs. Discuss potential motion with team. Review Order from Court. Review e-mail from local counsel regarding motion for costs and typo in Court's Order. | | 1.50 |
| 12/15/08 APS | Begin working on motion for fees; meeting with Ms. Larigan regarding same; correspondence with Ms. Davis regarding REDACTED | | 2.00 |

```
NIKE INC                              January 30, 2009   PAGE    5
FILE NUMBER: NIKE.139797
INVOICE NO.: 1440815
```

| | | | |
|---|---|---|---|
| 12/15/08 | BALX | Conference with Mr. Seitz regarding timing for filing motion for costs and fees; draft outline for motion for fees; review Court's order dismissing case and confer with Mr. Beil regarding incorrect date on order and correction of date for purposes of docketing deadline for filing a motion for fees. | 2.80 |
| 12/17/08 | BTW | Prepare for conference with client; review caselaw regarding fees in SDNY; conference with team; conference with client regarding REDACTED | 1.80 |
| 12/18/08 | BALX | Begin drafting motion for costs and attorney's fees. | 3.00 |
| 12/19/08 | CAGZ | Perform research relating to supporting declarations for a motion for attorney's fees; research case law regarding an award of attorney's fees in a case dismissed under Rule 41(b); begin drafting attorney declaration. | 6.20 |
| 12/19/08 | APS | Work on motion for fees; telephone conference with Ms. Davis regarding REDACTED | 2.50 |
| 12/19/08 | BALX | Continue drafting motion for costs and attorney's fees; multiple conferences with Mr. Seitz and Ms. Guastello regarding motion for fees; correspond with Mr. Beil regarding attachments to motion for fees. | 7.10 |
| 12/20/08 | CAGZ | Finish drafting attorney declaration; finish researching case law re: reasonableness; draft reasonableness of attorney's fees section of motion for fees. | 3.90 |
| 12/20/08 | BALX | Review and revise draft of Declaration of B. Trent Webb in support of motion for attorney's fees; correspond with Ms. Guastello regarding revisions. | .30 |
| 12/21/08 | CAGZ | Research and draft background feud portion of motion for attorney's fees. | 4.10 |
| 12/21/08 | BALX | Continue drafting motion for costs and attorney's fees. | .50 |
| 12/22/08 | CAGZ | Make edits to Webb declaration; begin drafting Beil declaration; draft billing exhibits; research award of attorney's fees in cases dismissed for failure to prosecute. | 4.90 |

```
NIKE INC                              January 30, 2009   PAGE   6
FILE NUMBER: NIKE.139797
INVOICE NO.: 1440815
```

| | | |
|---|---|---:|
| 12/22/08 BALX | Continue drafting motion for costs and attorney's fees; multiple conferences with Mr. Seitz and Ms. Guastello regarding motion. | 9.90 |
| 12/22/08 BALX | Telephone conference with Mr. Beil regarding motion for attorney's fees and the necessary records and declaration in support. | .20 |
| 12/22/08 MDDX | Review and prepare exhibits for Nike's Motion for Attorneys fees per the request of and in preparation for review by Ms. Larigan. | 3.50 |
| 12/23/08 BTW | Work on motion for attorneys fees; multiple attorney conference regarding same. | 1.20 |
| 12/23/08 CAGZ | Research page limitations for motion for attorney's fees; research supporting articles for feud portion of motion for attorney's fees; finish drafting Beil declaration. | 4.10 |
| 12/23/08 APS | Work on motion for fees and costs; correspondence with Ms. Davis regarding REDACTED | 3.50 |
| 12/23/08 BALX | Continue drafting motion for costs and attorney's fees; multiple conferences with Mr. Seitz and Ms. Guastello regarding motion; revise declarations of B. Trent Webb and Marshall Beil in support of motion for fees; send draft declarations to Mr. Beil for his review and revision. | 5.00 |
| 12/23/08 MDDX | Review and prepare exhibits for Nike's Motion for Attorneys fees per the request of and in preparation for review by Ms. Larigan. | 4.00 |
| 12/24/08 CAGZ | Research additional aspects of feud between Cam'ron and Santana. | 2.10 |
| 12/24/08 BALX | Correspond with Mr. Beil regarding a notice of motion and his declaration in support of the motion for attorney's fees; review drafts of the notice of motion and Mr. Beil's declaration. | .40 |
| 12/24/08 MDDX | Draft and edit Notice of Motion and prepare exhibits for filing in the Southern District of New York per the request of Ms. Larigan. | 1.00 |
| 12/26/08 APS | Work on motion for fees and costs. | 1.30 |

```
NIKE INC                                January 30, 2009    PAGE    7
FILE NUMBER: NIKE.139797
INVOICE NO.: 1440815
```

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/27/08 | CAGZ | Review final version of motion for attorney's fees for accuracy and make additional edits. | 1.90 |
| 12/27/08 | APS | Work on motion for fees and costs; correspondence with Ms. Davis regarding REDACTED | 5.00 |
| 12/28/08 | APS | Work on motion for fees and costs. | 1.50 |
| 12/28/08 | BALX | Revise motion for costs and attorney's fees; begin researching redaction of time entries in a motion for fees to preserve work product and attorney-client privilege. | 2.20 |
| 12/29/08 | APS | Finalize and file motion for fees and costs. | 2.50 |
| 12/29/08 | BALX | Continue research regarding redaction of time entries in a motion for fees and communicate with Mr. Seitz and Ms. Deaton regarding redaction; prepare exhibits in support of Nike's motion for costs and attorney's fees against Plaintiff Diplomatic Man, Inc; draft and file motion under to seal certain exhibits in support of motion for costs and attorney's fees; finalize Nike's motion for costs and attorney's fees, memorandum of law in support of same, declaration of Beth Ann Larigan in support of motion, and declarations of B. Trent Webb and Marshall Beil attaching billing records supporting motion; work with Mr. Beil to finalize and file same. | 9.80 |
| 12/29/08 | MDDX | Review and analyze motion/memorandum for attorney's fees and prepare exhibits in anticipation of filing by local counsel per the request of Ms. Larigan. | 6.50 |
| 12/29/08 | MMR | Cite check pleading for Ms. Larigan. | 1.50 |
| 12/29/08 | KKW | Coordinate processing of production. | 1.70 |
| 12/30/08 | BALX | Correspond with Mr. Beil regarding status of filings related to motion for fees and motion to seal; review filings re-submitted to Court separately per ECF clerk's instructions; correspond with Mr. Beil regarding news that Court has granted the Motion to Seal. | .30 |

Continued Next Page

```
NIKE INC                              January 30, 2009   PAGE   8
FILE NUMBER: NIKE.139797
INVOICE NO.: 1440815

12/31/08 BALX  Review Court's order granting Motion to Seal.        .10


   Mr. Webb                 7.90 hours at  $470.00 =      3713.00
   Ms. Guastello           27.20 hours at  $235.00 =      6392.00
   Ms. Knapp Riggs          9.00 hours at  $275.00 =      2475.00
   Mr. Seitz               31.30 hours at  $290.00 =      9077.00
   Ms. Larigan             49.10 hours at  $240.00 =     11784.00
   Ms. Deaton              27.00 hours at  $155.00 =      4185.00
   Mr. McReynolds           1.50 hours at   $95.00 =       142.50
   Mr. Reeves               0.50 hours at  $140.00 =        70.00
   Ms. Crumley              2.90 hours at  $110.00 =       319.00
   Mr. Hesse                1.50 hours at  $120.00 =       180.00

           Total Fees Due                          $38,337.50
EXPENSES
--------

12/16/08 Adam Seitz:  parking, cabs, New York, NY,         80.90
         12/12/08
12/16/08 VENDOR: Adam Seitz:  meals, New York, NY,         17.00
         12/12/08
11/25/08 Imaging Services                                  35.00
12/11/08 Imaging Services                                  14.00
12/29/08 Long Distance Beth Larigan to 2125487004           3.15
12/29/08 Long Distance Beth Larigan to 2125487004           1.75
12/29/08 Long Distance Beth Larigan to 2125487004           2.45
12/29/08 Long Distance Beth Larigan to 2125487004           1.75
11/18/08 Delivery--Federal Express                         15.02
11/19/08 Delivery--Federal Express                         15.02
12/29/08 Lexis Legal Research (No charge)               NO CHARGE
11/28/08 Pacer (No charge)                              NO CHARGE
12/31/08 Short's Travel Service -- Mr. Seitz to New      1130.77
         York, NY and return, 12/11-12/08
                                                    -----------

           Total Expenses                           $1,316.81

           TOTAL AMOUNT DUE                         $39,654.31
                                                    =============
```