# EXHIBIT G

THE
NATIONAL LAW

NOT FOR REPRINT

Click to Print or Select 'Print' in your browser menu to print this document.

Page printed from: *National Law Journal*

# Billing Rates Rise, Discounts Abound

A 10 percent increase is offset by price cuts.

Katelyn Polantz, The National Law Journal

January 5, 2015

The price of a billable hour has risen by more than 10 percent in four years, as large corporate law firms focused on their most expensive work and saved clients' money elsewhere.

"The question is: Is anybody paying that?" Maurice Watson, chairman at Husch Blackwell, said, looking back at hourly rates charged last year for lawyers. Husch's average rate for partners is about $449 per hour, the firm told The National Law Journal in response to our 2014 billing survey. But $407 is closer to what the firm collects for its work.

The former number represents the "rack rate," Watson said, while the lower price factors in discounts given to clients on the billable hour and in alternative billing arrangements.

Husch's fees are indicative of the pricier billable hour and complementary cost cuts that law firms find for clients. The Kansas City, Mo.-founded firm was among the firms that have reported their rates to The National Law Journal since 2010. Almost all of the highest- and lowest-charging partners among the firms increased rates since 2010.

Partners' hourly prices at the 40 firms that reported their numbers in 2014 now hover around $500 an hour on average. The highest-billing partner among the survey came from Kaye Scholer, with a $1,250 rate. The lowest-billing partner, from Frost Brown Todd, made $220, the firms told the NLJ.

**See chart:** Billing Rates at the Nation's Priciest Law Firms

The NLJ billing data also includes rates collected from public records — mostly bankruptcy filings — for 128 additional firms during the past three years.

Although the rates charged have gone up in recent years, the amounts that clients pay have not kept pace with inflation, legal industry leaders say.

"I think the story of billing rates is no longer as full or clear as it once was," Watson said.

Lawyers often give discounts on their stated rates, or firms arrange alternative fee plans with clients, including caps on fees, retainers or other flat rates for legal work. Still, firms lean on hourly pricing more than any other model. Generally, 15 percent to 20 percent of work comes from alternative fee structures, according to Steve Nelson of the McCormick Group Inc., a legal consulting firm in Northern Virginia.

Dinsmore & Shohl, a Cincinnati-based firm, has changed the way it sets rates instead of ditching the billable model.

"The billable hour is still very important. There's probably 100 reasons for that," firm chairman George Vincent said.

Dinsmore opened an office in Washington in 2011, so billing rates for lawyers in the nation's capital notched higher than at the rest of the firm. At the same time, associates faced a shift away from rates that rise in lockstep to individualized pricing, Vincent said. Dinsmore also has added nonpartner-track associates to cut some fees. The firm's lawyers charged between $590 and $175 in 2010, but they ranged between $850 and $160 in 2014.

The spread shows a rate expansion that mimics the decisions made by other firms — increases for top earners while squeezing value where they can.

Associates, on average, charged $306 an hour at 28 firms in the NLJ study in 2014, an increase of 12 percent from those firms' average rate four years previously. The most expensive associates' rates pushed up at about the same pace, while a number of firms increased their lowest-paid associates' rates by only $15 or less an hour.

The deleveraging of lawyers in the industry may account for this. Many clients now refuse to pay for legal work performed by first-year associates, Nelson said. Associates instead train during their first year, or work on pro bono or the equivalent of clerk and paralegal tasks. Outsourcing some work to cheaper consultants and firms plays into the pricing models more every year.

Many large firms are shedding lower-end practices, which fueled partners' lateral moves in 2014, Nelson added. Large firms now often mandate that partners meet or exceed certain rates. Some practices become priced out, so the lawyers move to less strict or lower-tiered firms to keep their clients. Practices that work on large corporate mergers or high-stakes litigation saw less lateral movement because of rate pressure. Gibson, Dunn & Crutcher, with an $1,800 hourly rate for Theodore Olson, an outlier, had the highest rate the NLJ could find in public records.

The billing rate story was different in bankruptcy matters. Those numbers showed that the practice area, which runs countercyclical to the U.S. economy, suffered as companies recovered from the economic recession. Partners and associates working with clients in bankruptcy often must report their hourly rates in court.

Those partners averaged $452 per hour in 2014, compared with an average rate of $480 in 2012. The NLJ found fewer partners mentioned in new bankruptcy filings in 2014 compared with the previous years. On average over three years, bankruptcy partners charged about $475 an hour, according to records from more than 2,300 firm shareholders.

In 2012, when rates were higher, elite New York firms told courts their partners earned $1,000 an hour or more on the work. This $1,000-an-hour club included three partners from Paul, Weiss, Rifkind, Wharton & Garrison and two partners from Weil, Gotshal & Manges.

It also included a team of nine Sullivan & Cromwell partners who charged $1,150 an hour each to represent Eastman Kodak Co. in its bankruptcy.

In 2014, the rates for bankruptcy work topped out at about $900 an hour, according to the data. Two partners from Pachulski Stang Ziehl & Jones, a Los Angeles corporate restructuring boutique, charged $875 and $895 each for their work on the bankruptcy of staffing company Ablest Inc.

Copyright 2015. ALM Media Properties, LLC. All rights reserved.

Copyright 2014 ALM Media properties, LLC. All rights reserved.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Adams and Reese | New Orleans, LA | 318 | $700.00 | $305.00 | $420.00 | $315.00 $220.00 | $270.00 | $500.00 | $425.00 | $675.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Akerman | Miami, FL | 523 | $880.00 | $350.00 | $535.00 | $485.00 $205.00 | $305.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Akin Gump Strauss Hauer & Feld | Washington, DC | 805 | $1230.00 | $915.00 | $785.00 | $560.00 $385.00 | $525.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles, CA | 181 | $860.00 | $625.00 | $615.00 | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Alston & Bird | Atlanta, GA | 799 | $875.00 | $675.00 | $575.00 $290.00 | $425.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Andrews Kurth | Houston, TX | 337 | $1090.00 | $745.00 | $960.00 $1090.00 $265.00 | $670.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Archer & Greiner | Haddonfield, NJ | 194 | $490.00 | $330.00 | $407.00 | $235.00 $200.00 | $245.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Arent Fox | Washington, DC | 330 | $660.00 | $500.00 | $565.00 | | $385.75 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Arnall Golden Gregory | Atlanta, GA | 140 | $520.00 | $430.00 | $47.00 | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

888-770-5647
www.alm.com
US_ActiveV1V000000.v1

| Firm | City | FTE | | | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Arnold & Porter | Washington, DC | 720 | $560.00 | $670.00 | $815.00 | $610.00 | $345.00 | $500.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Arnstein & Lehr | Chicago, IL | 144 | $595.00 | $250.00 | $455.00 | $350.00 | $175.00 | $250.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Baker & Hostetler | Cleveland, OH | 798 | $670.00 | $275.00 | $448.00 | $360.00 | $210.00 | $272.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Baker & McKenzie | Chicago, IL | 4097 | $1130.00 | $260.00 | $755.00 | $325.00 | $100.00 | $385.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, TN | 888 | $495.00 | $340.00 | $400.00 | $465.00 | $245.00 | | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Ballard Spahr | Philadelphia, PA | 483 | $590.00 | $395.00 | $475.00 | $495.00 | $235.00 | $310.00 | $285.00 | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Barnes & Thornburg | Indianapolis, IN | 522 | $660.00 | $330.00 | $480.00 | $370.00 | $260.00 | $300.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Benesch, Friedlander, Coplan & Aronoff | Cleveland, OH | 150 | $835.00 | $360.00 | $455.00 | $475.00 | $155.00 | | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Best Best & Krieger | Riverside, CA | 178 | $655.00 | $340.00 | $497.?? | $755.00 | $235.00 | $280.00 | $435.83 | $340.00 | $595.00 National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Bingham McCutchen | Boston, MA | 795 | $1080.00 | $320.00 | $795.?? | $725.?? | $185.?? | $450.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.lexis.com
US_ADMIN\78253953 v 1

| Firm | City | # | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Blank Rome | Philadelphia, PA | 444 | $640.00 | $445.00 | | $640.00 | $535.00 | $175.00 | | $550.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Bond, Schoeneck & King | Syracuse, NY | 148 | $520.00 | $296.00 | | | | $160.00 | | $275.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Bowles Rice | Charleston, WV | 140 | $285.00 | $185.00 | | $230.00 | $180.00 | $215.00 | | $135.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Bracewell & Giuliani | Houston, TX | 441 | $1125.00 | $575.00 | | $450.00 | $700.00 | $275.00 | | $440.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Bradley Arant Boult Cummings | Birmingham, AL | 473 | $605.00 | $235.00 | | $430.00 | $340.00 | $200.00 | | $280.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Broad and Cassel | Orlando, FL | 150 | $465.00 | $295.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Brown Rudnick | Boston, MA | 187 | $1045.00 | $850.00 | | $705.00 | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Brownstein Hyatt Farber Schreck | Denver, CO | 214 | $700.00 | $310.00 | | $625.00 | $345.00 $255.00 | $30.00 | | $365.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Bryan Cave | St. Louis, MO | 985 | $900.00 | $410.00 | | $625.00 | $595.00 $220.00 | $405.00 | | $355.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Buchalter Nemer | Los Angeles, CA | 139 | $695.00 | $475.00 | | $505.00 | $375.00 $550.00 | $385.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

| Firm | Location | FTE | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Burr & Forman | Birmingham, AL | 261 | $525.00 | $300.00 | $371.00 | $275.00, $200.00 | | $241.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Butler Snow | Ridgeland, MS | 290 | $335.00 | $235.00 | $302.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Carlton Fields | Tampa, FL | 272 | $455.00 | $500.00 | | | | $600.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Cadwalader, Wickersham & Taft | New York, NY | 437 | $1050.00 | $800.00 | $530.00 | $750.00, $395.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Cole, Schotz, Meisel, Forman & Leonard | Hackensack, NJ | 118 | $730.00 | $595.00 | $655.00 | $540.00, $275.00 | | $502.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Connell Foley | Roseland, NJ | 129 | $575.00 | $275.00 | $425.00 | $325.00, $200.00 | | $285.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Cooley | Palo Alto, CA | 673 | $690.00 | $460.00 | $52?.0 | $640.00, $335.00 | | $515.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Covington & Burling | Washington, DC | 760 | $880.00 | $605.00 | $760.00 | $595.00, $320.00 | | $415.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Cozen O'Connor | Philadelphia, PA | 495 | $1135.00 | $275.00 | $570.00 | $640.00, $180.00 | | $355.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Curtis, Mallet-Prevost, Colt, & Mosle | New York, NY | 323 | $860.00 | $730.00 | $800.00 | $765.00, $545.00 | | $460.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

Copyright 2014 ALM Media properties, LLC. All rights reserved.

| Firm | Location | FTE | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|
| 2014 Davis Graham & Stubbs | Denver, CO | 145 | $635.00 | $315.00 | $550.00 | $200.00 | $265.00 | | National Law Journal, December 2014 |
| 2014 Davis Polk & Wardwell | New York, NY | 810 | $985.00 | $650.00 | $975.00 | $130.00 | $615.00 | | National Law Journal, December 2014 |
| 2014 Debevoise & Plimpton | New York, NY | 595 | $1075.00 | $555.00 | $1055.00 | $120.00 | | | National Law Journal, December 2014 |
| 2014 Dechert | New York, NY | 845 | $1095.00 | $570.00 | $900.00 | $735.00 $365.00 | $550.00 | $425.00 | National Law Journal, December 2014 |
| 2014 Dentons | New York, NY | 2503 | $1050.00 | $545.00 | $700.00 | $665.00 $310.00 | | | National Law Journal, December 2014 |
| 2014 Dickstein Shapiro | Washington, DC | 254 | $1250.00 | $590.00 | $750.00 | $555.00 $310.00 | $475.00 | | National Law Journal, December 2014 |
| 2014 Dinsmore & Shohl | Cincinnati, OH | 415 | $550.00 | $250.00 | $471.00 | $355.00 $160.00 | $238.00 | $350.00 | National Law Journal, December 2014 |
| 2014 DLA Piper | New York, NY | 3962 | $1025.00 | $425.00 | $795.00 | $525.00 | | $160.00 | $615.00 National Law Journal, December 2014 |
| 2014 Dorsey & Whitney | Minneapolis, MN | 501 | $585.00 | $340.00 | $485.00 | $510.00 $215.00 | $315.00 | | National Law Journal, December 2014 |
| 2014 Duane Morris | Philadelphia, PA | 613 | $590.00 | $415.00 | $585.00 | $585.00 $280.00 | $373.00 | $608.00 | $460.00 $1015.00 National Law Journal, December 2014 |

Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report.

| Firm | Location | Attorneys | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2014 Edwards Wildman Palmer | Boston, MA | 540 | $765.00 | $210.00 | $535.00 | $415.00 $245.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Faegre Baker Daniels | Minneapolis, MN | 673 | $680.00 | $395.00 | $455.00 | $315.00 $110.00 | $260.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Foley & Lardner | Milwaukee, WI | 844 | $660.00 | $465.00 | $600.00 | $470.00 $210.00 | $355.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Foley Hoag | Boston, MA | 221 | $775.00 | $355.00 | $667.50 | $385.00 $245.00 | $325.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Fox Rothschild | Philadelphia, PA | 531 | $760.00 | $175.00 | $650.00 $245.00 | | $310.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Fried, Frank, Harris, Shriver, & Jacobson | New York, NY | 450 | $1100.00 | $930.00 | $1000.00 | $750.00 $375.00 | $995.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Frost Brown Todd | Cincinnati, OH | 414 | $930.00 | $220.00 | $375.00 $150.00 | | $234.70 | $417.00 | $350.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Gardere Wynne Sewell | Dallas, TX | 218 | $775.00 | $430.00 | $618.00 | $330.00 $290.00 | $303.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Gibbons | Newark, NJ | 201 | $665.00 | $440.00 | $560.00 | $475.00 $285.00 | $580.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Gibson, Dunn & Crutcher | New York, NY | 1154 | $1975.00 | $765.00 | $95.00 | $920.00 $175.00 | $580.00 | $540.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

| Year & Firm | Location | FTE | Rate | Rate | Rate | Rate | Rate | Rate | Source |
|---|---|---|---|---|---|---|---|---|---|
| 2014 Gordon Rees Scully Mansukhani | San Diego, CA | 478 | $475.00 | $420.00 $255.00 | | | $300.00 | $175.00 | National Law Journal December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Greenberg Traurig | New York, NY | 1690 | $955.00 $535.00 | $743.00 | $570.00 $325.00 | $470.00 | | National Law Journal December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Harris Beach | Rochester, NY | 199 | $400.00 | $288.00 | $285.00 $175.00 | | | National Law Journal December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Heller Secrest & Emery | Rochester, NY | 132 | $465.00 $390.00 | $336.30 | $290.00 $195.00 | $290.00 | | $400.00 National Law Journal December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Haynes and Boone | Dallas, TX | 463 | $1020.00 $450.00 | $570.00 | $580.00 $410.00 | $405.00 | | National Law Journal December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Hogan Lovells | Washington, DC | 2313 | $1000.00 $705.00 | $555.00 | | | | National Law Journal December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Holland & Hart | Denver, CO | 423 | $725.00 $505.00 | $442.00 | $425.00 $175.00 | $277.00 | $555.00 | National Law Journal December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Holland & Knight | Washington, DC | 966 | $1060.00 $355.00 | $625.00 | $710.00 | $470.00 | $225.00 | $575.00 National Law Journal December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Honigman Miller Schwartz and Cohn | Detroit, MI | 231 | $600.00 $290.00 | $580 | $527.00 $205.00 | $280.00 | | National Law Journal December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Hughes Hubbard & Reed | New York, NY | 351 | $995.00 $725.00 | $590.00 | $675.00 $365.00 | $555.00 | | National Law Journal December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

Copyright 2014 ALM Media properties, LLC. All rights reserved.

| Year | Firm | City | FTE | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Husch Blackwell | St. Louis, MO | 539 | $250.00 | $440.00 | $190.00 | $275.00 | $415.00 | $240.00 | $625.00 National Law Journal, December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Ice Miller | Indianapolis, IN | 291 | $785.00 | $530.00 | $335.00 | $460.00 | $305.00 | $245.00 | $270.00 National Law Journal, December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Intl & Marbila | Los Angeles, CA | 166 | $975.00 | $900.00 | $650.00 | $750.00 | $595.00 | $555.00 | National Law Journal, December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Jackson Kelly | Charleston, WV | 179 | $535.00 | $270.00 | $345.00 | $315.00 | $200.00 | $243.00 | National Law Journal, December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Jackson Lewis | Los Angeles, CA | 724 | $440.00 | $370.00 | $360.00 | $315.00 | $275.00 | $290.00 | National Law Journal, December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Jackson Walker | Dallas, TX | 333 | $575.00 | $575.00 | $522.00 | $385.00 | $255.00 | $335.00 | National Law Journal, December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Jaffer, Margolis, Butler & Mitchell | Los Angeles, CA | 125 | $975.00 | $560.00 | $590.00 | | | | National Law Journal, December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Jenner & Block | Chicago, IL | 434 | $825.00 | $565.00 | $745.00 | $650.00 | $380.00 | $465.00 | National Law Journal, December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Jones Day | New York, NY | 2484 | $975.00 | $445.00 | $745.00 | $775.00 | $205.00 | $435.00 | National Law Journal, December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Jones Walker | New Orleans, LA | 363 | $425.00 | $275.00 | $355.00 | $240.00 | $200.00 | $225.00 | National Law Journal, December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

| Year | Firm | Location | FTE | | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Kasowitz, Benson, Torres & Friedman | New York, NY | 572 | $1195.00 | $800.00 | $835.00 | $525.00 $200.00 | $340.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 | Katten Muchin Rosenman | Chicago, IL | 612 | $745.00 | $500.00 | $615.00 | $595.00 $340.00 | $455.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 | Keys Scholer | New York, NY | 382 | $1250.00 | $726.00 | $960.00 | $795.00 $370.00 | $597.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 | Kelley Drye & Warren | New York, NY | 253 | $815.00 | $435.00 | $540.00 | $600.00 $305.00 | $430.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 | Kilpatrick Townsend & Stockton | Atlanta, GA | 561 | $775.00 | $400.00 | $550.00 | $475.00 $316.00 | $395.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 | King & Spalding | Atlanta, GA | 874 | $995.00 | $545.00 | $775.00 | $735.00 $125.00 | $480.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 | Kirkland & Ellis | Chicago, IL | 1554 | $995.00 | $590.00 | $825.00 | $715.00 $235.00 | $540.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 | Knobbe Martens Olson & Bear | Irvine, CA | 260 | $810.00 | $490.00 | $575.00 | $450.00 $305.00 | $360.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 | Kramer Levin Naftalis & Frankel | New York, NY | 313 | $1100.00 | $745.00 | $921.00 | $815.00 $516.00 | $675.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 | Lane Powell | Seattle, WA | 170 | $675.00 | $375.00 | $515.00 | $425.00 $292.00 | $331.00 | $477.00 | $300.00 | $552.00 National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

9

| Firm | Location | Attorneys | | | | | |
|---|---|---|---|---|---|---|---|
| 2014 Latham & Watkins | New York, NY | 2060 | $1110.00 | $895.00 | $690.00 | $725.00 $465.00 | $655.00 |
| 2014 Lathrop & Gage | Kansas City, MO | 283 | $700.00 | $285.00 | $400.00 | $375.00 $195.00 | $250.00 |
| 2014 Lewis Roca Rothgerber | Phoenix, AZ | 226 | $665.00 | $360.00 | $557.00 | $...$0 $275.00 | $402.00 |
| 2014 Lindquist & Vennum | Minneapolis, MN | 178 | $600.00 | $450.00 | $320.00 | $470.00 $275.00 | $365.00 |
| 2014 Littler Mendelson | San Francisco, CA | 1002 | $615.00 | | $550.00 | $265.00 $245.00 | $282.00 |
| 2014 Lowenstein Sandler | Roseland, NJ | 251 | $990.00 | $500.00 | $765.00 | $650.00 $300.00 | $450.00 |
| 2014 Manatt, Phelps & Phillips | Los Angeles, CA | 329 | $755.00 | $540.00 | $740.00 | | |
| 2014 McCarter & English | Newark, NJ | 371 | $625.00 | $450.00 | $550.00 | $370.00 $220.00 | $300.00 |
| 2014 McDermott Will & Emery | Chicago, IL | 1021 | $835.00 | $525.00 | $710.00 | | |
| 2014 McElroy, Deutsch, Mulvaney & Carpenter | Morristown, NJ | 274 | $550.00 | $325.00 | $445.00 | $335.00 $200.00 | $255.00 |

Source column (repeated for each firm):

National Law Journal December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report.

Copyright 2014 ALM Media properties, LLC. All rights reserved.

968-770-567-1
www.alm.com
US_ANMM-782085311 v1

| Firm | Location | Attys | | | | | | Source |
|---|---|---|---|---|---|---|---|---|
| 2014 McGuireWoods | Richmond, VA | 931 | $725.00 | $450.00 | $555.00 | $285.00 | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 McKenna Long & Aldridge | Atlanta, GA | 513 | $650.00 | $480.00 | $530.00 | $375.00 | $395.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Michael, Best & Friedrich | Milwaukee, WI | 189 | $295.00 | $465.00 | $200.00 | | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Miles & Stockbridge | Baltimore, MD | | $340.00 | $435.00 | $230.00 | $283.00 | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Moore & Van Allen | Charlotte, NC | | $670.00 | $315.00 | $480.00 $190.00 | $280.00 | $225.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Morgan, Lewis & Bockius | Philadelphia, PA | 1343 | $785.00 | $430.00 | $520.00 | $270.00 | $590.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Morris, Manning & Martin | Atlanta, GA | 149 | $400.00 | $460.00 | $595.00 | | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Morrison & Foerster | San Francisco, CA | 1020 | $1195.00 | $725.00 | $695.00 | $725.00 $230.00 | $525.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Nelson Mullins | Columbia, SC | 466 | $500.00 | $250.00 | $444.00 | $395.00 $215.00 | $271.00 | $600.00 National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Nixon Peabody | Boston, MA | 564 | $650.00 | $295.00 | $520.00 | $550.00 $180.00 | $300.00 | $155.00 | $376.00 National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

866-770-5647
www.alm.com
us_oft4547029953.v1

| Firm | Location | No. | | | | | | | | | Source / Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Norris McLaughlin & Marcus | Bridgewater, NJ | 128 | $305.00 | $465.00 | $565.00 | $1160.00 | $275.00 | | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Horton Rose Fulbright | Houston, TX | 3397 | $500.00 | $525.00 | $775.00 | $515.00 | $300.00 | $400.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Nossaman | Los Angeles, CA | 148 | $800.00 | $710.00 | $679.00 | $490.00 | $255.00 | $340.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Nutter McClennen & Fish | Boston, MA | 146 | $715.00 | $470.00 | $575.00 | $460.00 | $285.00 | $375.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 O'Melveny & Myers | Los Angeles, CA | 721 | $850.00 | $615.00 | $715.00 | | | | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Ogletree Deakins | Atlanta, GA | 659 | $550.00 | $252.00 | $360.00 | $200.00 | $260.00 | $315.00 | $250.00 | $555.00 | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Orrick Herrington & Sutcliffe | New York, NY | 954 | $1055.00 | $715.00 | $845.00 | $375.00 | $710.00 | $560.00 | $595.00 | $650.00 | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Parker Poe Adams & Bernstein | Charlotte, NC | 185 | $500.00 | $425.00 | $450.00 | | | | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Paul Hastings | New York, NY | 889 | $900.00 | $750.00 | $895.00 | $755.00 | $335.00 | $540.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Paul Weiss, Rifkind, Wharton & Garrison | New York, NY | 854 | $1120.00 | $790.00 | $1040.00 | $735.00 | $595.00 | $978.00 | | | National Law Journal, December 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
US_ADMIN 728549641 v1

| Firm | City | FTE | | | | | | Source | Description |
|---|---|---|---|---|---|---|---|---|---|
| 2014 Pepper Hamilton | Philadelphia, PA | 510 | $550.00 | $465.00 | $525.00 $280.00 | $390.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Perkins Coie | Seattle, WA | 661 | $1000.00 | $530.00 | $615.00 | $425.00 | $635.00 $290.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Pillsbury Winthrop Shaw Pittman | Washington, DC | 561 | $1070.00 | $615.00 | $865.00 $375.00 | $520.00 | $500.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Polsinelli | Kansas City, MO | 616 | $775.00 | $325.00 | $550.00 $235.00 | $278.00 | $376.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Proskauer Rose | New York, NY | 712 | $550.00 | $725.00 | $675.00 $255.00 | $465.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Quarles & Brady | Milwaukee, WI | 422 | $625.00 | $425.00 | $600.00 $210.00 | $335.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Quinn Emanuel Urquhart & Sullivan | New York, NY | 673 | $1075.00 | $810.00 | $975.00 $320.00 | $410.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Reed Smith | Pittsburgh, PA | 1555 | $890.00 | $605.00 | $737.00 | $350.00 $296.00 | $420.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Richards, Layton & Finger | Wilmington, DE | 124 | $800.00 | $500.00 | $676.00 | $465.00 $350.00 | $414.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Riker Danzig Scherer Hyland & Perretti | Morristown, NJ | 146 | $495.00 | $430.00 | $455.00 | $296.00 $210.00 | $250.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved

898-770-0647
www.alm.com
US_ADMIN-782958513 v1

| Year | Firm | Location | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. | | | | | Source |
|------|------|----------|------|------|------|------|------|--------|
| 2014 | Robinson & Cole | Hartford, CT | 201 | $700.00 | $285.00 | $500.00 | $215.00 | $300.00 | National Law Journal, December 2014 |
| 2014 | Rutan & Tucker | Costa Mesa, CA | 147 | $675.00 | $345.00 | $460.00 | $230.00 | $320.00 | National Law Journal, December 2014 |
| 2014 | Saul Ewing | Philadelphia, PA | 2-0 | $875.50 | $375.00 | $545.00 | $590.00 $225.00 | $344.00 | National Law Journal, December 2014 |
| 2014 | Schiff Hardin | Chicago, IL | 317/ | | | | $415.00 $250.00 | $335.00 | National Law Journal, December 2014 |
| 2014 | Sedgwick | San Francisco, CA | 342 | $915.00 | $335.00 | $425.00 | $475.00 $250.00 | $335.00 | National Law Journal, December 2014 |
| 2014 | Seward & Kissel | New York, NY | 143. | $850.00 | $625.00 | $735.00 | $600.00 $290.00 | $460.00 | National Law Journal, December 2014 |
| 2011 | Seyfarth Shaw | Chicago, IL | 779 | $880.00 | $375.00 | $515.00 | $605.00 $225.00 | $385.00 | National Law Journal, December 2014 |
| 2014 | Sheppard Mullin Richter & Hampton | Los Angeles, CA | 549 | $875.00 | $490.00 | $665.00 | $585.00 $275.00 | $471.00 | National Law Journal, December 2014 |
| 2014 | Shumaker Loop & Kendrick, Toledo, OH | | 224 | $595.00 | $305.00 | $413.00 | $330.00 $160.00 | $256.00 | National Law Journal, December 2014 |
| 2014 | Shutts & Bowen | Miami, FL | 230 | $660.00 | $250.00 | $490.00 | $345.00 $195.00 | $260.00 | National Law Journal, December 2014 |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com
US_ACTIVE\432256451.1

| Firm | City | No. attys | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Skadden, Arps, Slate, Meagher & Flom | New York, NY | 1664 | $1150.00 | $845.00 | $1035.00 | | $520.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Snell & Wilmer | Phoenix, AZ | 411 | $645.00 | $325.00 | $525.00 | | $470.00 | $180.00 | $280.00 | | National Law Journal, December 2014 | For full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Spilman Thomas & Battle | Charleston, WV | 131 | | | | | | | | $250.00 $215.00 | No 2014 NLJ report. Full-time equivalent (FTE) attorneys at the firm not available due to merger. |
| 2014 Squire Patton Boggs | | | $350.00 $350.00 | $655.00 | $530.00 $260.00 | $555.00 | | | | | National Law Journal, December 2014 | Firm not listed. FTE attorneys at the firm and the city of the firm's largest U.S. office not listed in the 2014 NLJ 350 report. |
| 2014 Sterne, Kessler, Goldstein & Fox | Washington, DC | 122 | $795.00 $450.00 | $577.00 | | | | | $450.00 | | National Law Journal, December 2014 | $511.00 National Law Journal, December 2014 Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Stevens & Lee | Reading, PA | 154 | $500.00 $525.00 | $625.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Stoel Rives | Portland, OR | 365 | $500.00 $300.00 | $492.00 | $465.00 $205.00 | $287.00 | $312.00 | $280.00 | | $510.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Strasburger & Price | Dallas, TX | 217 | $690.00 $290.00 | $435.00 | $565.00 $210.00 | $270.00 | $473.00 | $500.00 | | $590.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Stroock & Stroock & Lavan | New York, NY | 285 | $1125.00 $675.00 | $960.00 | $840.00 $350.00 | $549.00 | $679.70 | | | $1125.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

Copyright 2014 ALM Media properties, LLC. All rights reserved.

| Firm | City | FTE | | | | | | Source | Description |
|---|---|---|---|---|---|---|---|---|---|
| 2014 Taft Stettinius & Hollister | Cincinnati, OH | 357 | $595.00 | $285.00 | $415.00 | | $285.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Thompson & Knight | Dallas, TX | 290 | $740.00 | $425.00 | $535.00 | $240.00 | $370.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Thompson Coburn | St. Louis, MO | 317 | $510.00 | $330.00 | $420.00 | $222.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Troutman Sanders | Atlanta, GA | 567 | $975.00 | $400.00 | $620.00 | $350.00 $245.00 | $340.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Ulmer & Berne | Cleveland, OH | 178 | $415.00 | $375.00 | $380.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Varnum | Grand Rapids, MI | 133 | $465.00 | $280.00 | $390.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Venable | Washington, DC | 535 | $1075.00 | $470.00 | $660.00 | $575.00 $285.00 | $630.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Vinson & Elkins | Houston, TX | 650 | $770.00 | $475.00 | $600.00 | $565.00 $275.00 | $390.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Waller Lansden Dortch & Davis | Nashville, TN | 178 | $500.00 | $350.00 | $460.00 | $335.00 $190.00 | $245.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Weil, Gotshal & Manges | New York, NY | 1187 | $1075.00 | $625.00 | $950.00 | $790.00 $200.00 | $500.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

888-770-5647
www.alm.com
US_ADMIN/2#####.v1

| Year / Firm | City | FTE | Rates | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2014 White & Case | New York, NY | 1895 | $1050.00 | $700.00 | $1050.00 / $220.00 | | $525.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Wiley Rein | Washington, DC | 277 | $950.00 | $550.00 | $995.00 | $555.00 / $320.00 | $445.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Williams Mullen | Richmond, VA | 233 | $410.00 | $360.00 | $355.00 | $360.00 / $250.00 | $265.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Willkie Farr & Gallagher | New York, NY | 526 | $1090.00 | $790.00 | | $350.00 / $250.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Wilmer Cutler Pickering Hale and Dorr | Washington, DC | 986 | $1250.00 | $735.00 | $905.00 | $675.00 / $425.00 | $590.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Winston & Strawn | Chicago, IL | 822 | $995.00 | $660.00 | $900.00 | $460.00 / $225.00 | $325.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Wolff & Samson | West Orange, NJ | 125 | $450.00 | $325.00 | $405.00 | | $340.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Womble Carlyle Sandridge & Rice | Winston-Salem, NC | 492 | $640.00 | $475.00 | $554.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |
| 2014 Wyatt Tarrant & Combs | Louisville, KY | 202 | $500.00 | $280.00 | $418.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report. |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

B86-770-5647
www.alm.com
us_ACTIVE-125689511.v1