# EXHIBIT I




WHAT THE BEST COMPANIES DO

2013 Real Rate Report Snapshot   14

# Section I: High-Level Data Cuts (Continued)

| City | Role | n | First Quartile | Median | Third Quartile | 2012 Mean | 2011 Mean | 2010 Mean |
|---|---|---|---|---|---|---|---|---|
| Lexington, KY | Partner | 29 | $275.00 | $300.00 | $370.50 | $321.30 | $328.05 | $328.58 |
|  | Associate | 10 | $150.00 | $210.00 | $240.00 | $207.41 | $207.58 | $204.30 |
| Little Rock, AR | Partner | 28 | $225.00 | $250.00 | $305.00 | $265.23 | $251.73 | $242.89 |
|  | Associate | 15 | $125.00 | $155.00 | $200.00 | $168.83 | $164.36 | $18.216 |
| Los Angeles, CA | Partner | 972 | $425.00 | $606.50 | $816.89 | $620.34 | $617.16 | $594.43 |
|  | Associate | 1,239 | $281.59 | $395.00 | $531.63 | $412.50 | $407.10 | $389.47 |
| Louisville, KY | Partner | 55 | $290.00 | $345.00 | $385.85 | $338.66 | $322.96 | $319.83 |
|  | Associate | 31 | $185.00 | $200.00 | $220.00 | $206.35 | $202.53 | $185.08 |
| Madison, WI | Partner | 15 | $390.00 | $410.00 | $490.00 | $441.82 | $382.87 | $393.77 |
|  | Associate | 11 | $235.00 | $244.00 | $314.02 | $272.33 | $253.15 | $221.25 |
| Manchester, NH | Partner | 15 | $225.00 | $321.67 | $370.00 | $321.20 | $314.26 | $311.79 |
|  | Associate | 11 | $142.47 | $160.00 | $240.00 | $178.86 | $220.59 | $347.01 |
| Memphis, TN | Partner | 41 | $250.00 | $302.07 | $350.00 | $298.18 | $296.06 | $296.62 |
|  | Associate | 30 | $177.50 | $205.91 | $240.00 | $203.52 | $197.63 | $190.44 |
| Miami, FL | Partner | 296 | $264.66 | $381.82 | $500.00 | $385.20 | $389.78 | $390.14 |
|  | Associate | 238 | $150.00 | $230.00 | $295.00 | $239.20 | $240.79 | $214.25 |
| Milwaukee, WI | Partner | 125 | $295.00 | $370.00 | $475.00 | $388.74 | $393.48 | $405.15 |
|  | Associate | 80 | $210.12 | $241.83 | $284.81 | $252.54 | $245.54 | $232.80 |
| Minneapolis, MN | Partner | 260 | $300.00 | $390.00 | $490.92 | $401.01 | $404.33 | $371.13 |
|  | Associate | 236 | $215.00 | $250.00 | $285.00 | $257.35 | $252.14 | $236.59 |
| Montgomery, AL | Partner | 12 | $245.00 | $265.00 | $315.00 | $276.67 | $270.00 | $254.00 |
|  | Associate | N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| Montreal, QC | Partner | 107 | $352.56 | $431.18 | $549.21 | $459.57 | $424.98 | $402.24 |
|  | Associate | 136 | $205.85 | $264.00 | $312.29 | $263.80 | $246.61 | $238.22 |
| Nashville, TN | Partner | 109 | $305.00 | $350.00 | $414.00 | $356.03 | $332.87 | $338.18 |
|  | Associate | 89 | $194.80 | $216.16 | $240.00 | $218.54 | $202.00 | $201.73 |
| New Haven, CT | Partner | 19 | $275.00 | $340.30 | $390.00 | $335.91 | $364.79 | $348.02 |
|  | Associate | 12 | $250.74 | $273.55 | $380.00 | $302.97 | $285.75 | $266.86 |
| New Orleans, LA | Partner | 116 | $225.91 | $285.67 | $340.63 | $281.62 | $275.45 | $275.24 |
|  | Associate | 76 | $160.00 | $209.55 | $225.75 | $211.36 | $194.17 | $185.80 |
| New York, NY | Partner | 2,709 | $556.88 | $795.00 | $965.63 | $755.68 | $737.17 | $715.08 |
|  | Associate | 2,045 | $369.95 | $496.00 | $616.61 | $491.92 | $465.85 | $445.19 |
| Oklahoma City, OK | Partner | 29 | $235.00 | $275.00 | $310.00 | $282.49 | $272.80 | $251.22 |
|  | Associate | 23 | $150.00 | $180.41 | $200.00 | $182.79 | $183.45 | $174.92 |
| Omaha, NE | Partner | 43 | $264.78 | $320.00 | $339.99 | $301.48 | $277.54 | $272.03 |
|  | Associate | 28 | $177.50 | $188.21 | $225.00 | $192.73 | $186.67 | $167.83 |
| Orlando, FL | Partner | 78 | $261.21 | $386.10 | $465.00 | $371.86 | $387.08 | $375.25 |
|  | Associate | 68 | $165.00 | $225.00 | $252.83 | $216.91 | $215.33 | $227.04 |

www.tymetrix.com
www.executiveboard.com
GCRS442513SYN

2013 Real Rate Report Snapshot   15

## Section I: High-Level Data Cuts (Continued)

| City | Role | n | First Quartile | Median | Third Quartile | 2012 Mean | 2011 Mean | 2010 Mean |
|---|---|---|---|---|---|---|---|---|
| Ottawa, ON | Partner | 84 | $389.58 | $478.69 | $586.53 | $482.57 | $484.10 | $463.23 |
|  | Associate | 126 | $198.00 | $252.84 | $325.77 | $264.79 | $252.87 | $221.74 |
| Peoria, IL | Partner | 9 | $218.15 | $250.00 | $250.00 | $234.51 | $231.50 | $226.36 |
|  | Associate | 7 | $140.49 | $152.21 | $158.00 | $151.19 | $173.32 | N/A |
| Philadelphia, PA | Partner | 620 | $400.00 | $519.81 | $657.50 | $516.56 | $507.47 | $479.72 |
|  | Associate | 647 | $250.00 | $300.00 | $379.65 | $317.99 | $305.51 | $294.15 |
| Phoenix, AZ | Partner | 110 | $295.00 | $355.73 | $416.07 | $356.24 | $355.46 | $333.23 |
|  | Associate | 115 | $200.00 | $230.00 | $270.00 | $244.29 | $231.57 | $234.75 |
| Pittsburgh, PA | Partner | 145 | $329.36 | $475.00 | $532.65 | $450.85 | $427.03 | $429.49 |
|  | Associate | 137 | $220.00 | $275.00 | $320.00 | $287.88 | $291.02 | $270.66 |
| Portland, ME | Partner | 23 | $180.00 | $190.00 | $300.00 | $237.98 | $239.27 | $245.81 |
|  | Associate | 9 | $150.00 | $150.00 | $170.00 | $170.56 | $159.15 | $177.22 |
| Portland, OR | Partner | 134 | $320.00 | $364.06 | $415.08 | $366.49 | $353.65 | $339.51 |
|  | Associate | 110 | $200.00 | $244.47 | $278.10 | $245.06 | $233.24 | $220.57 |
| Poughkeepsie, NY | Partner | 7 | $200.00 | $225.00 | $250.00 | $229.29 | $234.29 | $253.16 |
|  | Associate | 7 | $165.00 | $170.00 | $190.00 | $176.43 | $170.13 | N/A |
| Providence, RI | Partner | 23 | $184.39 | $303.01 | $463.50 | $335.50 | $370.53 | $334.51 |
|  | Associate | 15 | $165.00 | $235.00 | $250.00 | $222.8- | $235.68 | $215.04 |
| Raleigh, NC | Partner | 76 | $290.51 | $330.00 | $408.91 | $372.98 | $324.49 | $318.51 |
|  | Associate | 57 | $195.00 | $250.00 | $280.78 | $243.96 | $237.03 | $222.74 |
| Reno, NV | Partner | 26 | $232.51 | $360.00 | $420.00 | $350.98 | $349.26 | $327.22 |
|  | Associate | 12 | $184.98 | $217.00 | $262.01 | $211.25 | $208.16 | $206.28 |
| Richmond, VA | Partner | 119 | $350.00 | $472.50 | $585.00 | $472.34 | $459.87 | $423.81 |
|  | Associate | 114 | $210.00 | $303.93 | $369.87 | $305.77 | $291.15 | $282.64 |
| Rochester, NY | Partner | 32 | $259.92 | $287.50 | $370.00 | $317.79 | $322.18 | $327.42 |
|  | Associate | 33 | $185.00 | $215.00 | $250.00 | $210.28 | $221.54 | $209.35 |
| Sacramento, CA | Partner | 35 | $285.00 | $375.00 | $485.00 | $413.34 | $416.19 | $354.77 |
|  | Associate | 43 | $230.00 | $275.00 | $350.00 | $300.14 | $307.89 | $257.36 |
| Salt Lake City, UT | Partner | 88 | $270.00 | $316.92 | $375.00 | $319.65 | $326.54 | $330.82 |
|  | Associate | 65 | $175.00 | $222.00 | $285.00 | $286.38 | $246.24 | $235.02 |
| San Antonio, TX | Partner | 13 | $250.00 | $300.00 | $382.50 | $347.48 | $333.28 | $293.09 |
|  | Associate | 14 | $210.00 | $250.00 | $285.00 | $243.17 | $265.78 | $230.62 |
| San Diego, CA | Partner | 91 | $300.00 | $425.00 | $600.00 | $443.69 | $434.89 | $423.78 |
|  | Associate | 125 | $175.00 | $240.00 | $330.00 | $278.50 | $262.08 | $290.28 |
| San Francisco, CA | Partner | 735 | $500.00 | $668.56 | $800.00 | $651.33 | $630.65 | $600.43 |
|  | Associate | 723 | $319.50 | $418.69 | $525.00 | $421.55 | $400.93 | $388.96 |
| San Jose, CA | Partner | 156 | $453.00 | $655.45 | $805.49 | $634.98 | $631.36 | $650.61 |
|  | Associate | 210 | $328.67 | $415.00 | $525.07 | $429.04 | $410.33 | $393.36 |
| San Juan, PR | Partner | 67 | $180.14 | $225.00 | $275.00 | $226.85 | $233.69 | $234.11 |
|  | Associate | 44 | $134.98 | $142.02 | $164.94 | $149.84 | $146.87 | $139.06 |

www.tymetrix.com
www.wxecutiveboard.com
GCRS442513SYN