# EXHIBIT O

| Year | Firm Name | Location | Average FTE Attorneys | Partner Billing Rate High | Partner Billing Rate Low | Partner Billing Rate Avg | Associate Billing Rate High | Associate Billing Rate Low |
|---|---|---|---|---|---|---|---|---|
| 2013 | **Debevoise & Plimpton** | New York, NY | 615 | $1075.00 | $955.00 | $1055.00 | $760.00 | $120.00 |
| 2013 | **Paul, Weiss, Rifkind, Wharton & Garrison** | New York, NY | 803 | $1120.00 | $760.00 | $1040.00 | $760.00 | $250.00 |
| 2013 | **Skadden, Arps, Slate, Meagher & Flom** | New York, NY | 1735 | $1150.00 | $845.00 | $1035.00 | $845.00 | $340.00 |
| 2013 | **Fried, Frank, Harris, Shriver & Jacobson** | New York, NY | 476 | $1100.00 | $930.00 | $1000.00 | $760.00 | $375.00 |
| 2013 | **Latham & Watkins** | New York, NY | 2033 | $1110.00 | $895.00 | $990.00 | $725.00 | $465.00 |
| 2013 | **Gibson, Dunn & Crutcher** | New York, NY | 1086 | $1800.00 | $765.00 | $980.00 | $930.00 | $175.00 |

Copyright 2013 ALM Media properties, LLC. All rights reserved.   1   888-770-5647   www.alm.com

| Year | Firm | Location | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2013 | **Davis Polk & Wardwell** | New York, NY | 787 | $985.00 | $850.00 | $975.00 | $975.00 | $130.00 |
| 2013 | **Willkie Farr & Gallagher** | New York, NY | 540 | $1090.00 | $790.00 | $950.00 | $790.00 | $350.00 |
| 2013 | **Cadwalader, Wickersham & Taft** | New York, NY | 435 | $1050.00 | $800.00 | $930.00 | $750.00 | $395.00 |
| 2013 | **Weil, Gotshal & Manges** | New York, NY | 1201 | $1075.00 | $625.00 | $930.00 | $790.00 | $300.00 |
| 2013 | **Quinn Emanuel Urquhart & Sullivan** | New York, NY | 697 | $1075.00 | $810.00 | $915.00 | $675.00 | $320.00 |
| 2013 | **Wilmer Cutler Pickering Hale and Dorr** | Washington, DC | 961 | $1250.00 | $735.00 | $905.00 | $695.00 | $75.00 |
| 2013 | **Dechert** | New York, NY | 803 | $1095.00 | $670.00 | $900.00 | $735.00 | $395.00 |

**Copyright 2013 ALM Media properties, LLC. All rights reserved.**            2            888-770-5647
www.alm.com

| Year | Firm | Location | Attorneys | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2013 | **Andrews Kurth** | Houston, TX | 348 | $1090.00 | $745.00 | $890.00 | $1090.00 | $265.00 |
| 2013 | **Hughes Hubbard & Reed** | New York, NY | 344 | $995.00 | $725.00 | $890.00 | $675.00 | $365.00 |
| 2013 | **Irell & Manella** | Los Angeles, CA | 164 | $975.00 | $800.00 | $890.00 | $750.00 | $395.00 |
| 2013 | **Proskauer Rose** | New York, NY | 746 | $950.00 | $725.00 | $880.00 | $675.00 | $295.00 |
| 2013 | **White & Case** | New York, NY | 1900 | $1050.00 | $700.00 | $875.00 | $1050.00 | $220.00 |
| 2013 | **Morrison & Foerster** | San Francisco, CA | 1010 | $1195.00 | $595.00 | $865.00 | $725.00 | $230.00 |
| 2013 | **Pillsbury Winthrop Shaw Pittman** | Washington, DC | 609 | $1070.00 | $615.00 | $865.00 | $860.00 | $375.00 |

**Copyright 2013 ALM Media properties, LLC. All rights reserved.**

888-770-5647
www.alm.com

| Year | Firm | Location | Attorneys | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2013 | **Kaye Scholer** | New York, NY | 414 | $1080.00 | $715.00 | $860.00 | $680.00 | $320.00 |
| 2013 | **Kramer Levin Naftalis & Frankel** | New York, NY | 320 | $1025.00 | $740.00 | $845.00 | $750.00 | $400.00 |
| 2013 | **Hogan Lovells** | Washington, DC | 2280 | $1000.00 | $705.00 | $835.00 | | |
| 2013 | **Kasowitz, Benson, Torres & Friedman** | New York, NY | 365 | $1195.00 | $600.00 | $835.00 | $625.00 | $200.00 |
| 2013 | **Kirkland & Ellis** | Chicago, IL | 1517 | $995.00 | $590.00 | $825.00 | $715.00 | $235.00 |
| 2013 | **Cooley** | Palo Alto, CA | 632 | $990.00 | $660.00 | $820.00 | $630.00 | $160.00 |
| 2013 | **Arnold & Porter** | Washington, DC | 748 | $950.00 | $670.00 | $815.00 | $610.00 | $345.00 |

**Copyright 2013 ALM Media properties, LLC. All rights reserved.**     4     888-770-5647
www.alm.com

| Year | Firm | Location | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2013 | **Paul Hastings** | New York, NY | 899 | $900.00 | $750.00 | $815.00 | $755.00 | $335.00 |
| 2013 | **Curtis, Mallet-Prevost, Colt & Mosle** | New York, NY | 322 | $860.00 | $730.00 | $800.00 | $785.00 | $345.00 |
| 2013 | **Winston & Strawn** | Chicago, IL | 842 | $995.00 | $650.00 | $800.00 | $590.00 | $425.00 |
| 2013 | **Bingham McCutchen** | Boston, MA | 900 | $1080.00 | $220.00 | $795.00 | $605.00 | $185.00 |

**Copyright 2013 ALM Media properties, LLC. All rights reserved.**     5

888-770-5647
www.alm.com

| Associate Billing Rate Avg |
|---|
| $490.00 |
| $600.00 |
| $620.00 |
| $595.00 |
| $605.00 |
| $590.00 |

Copyright 2013 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| |
|---|
| $615.00 |
| $580.00 |
| $605.00 |
| $600.00 |
| $410.00 |
| $290.00 |
| $530.00 |

| |
|---|
| $670.00 |
| $555.00 |
| $535.00 |
| $465.00 |
| $525.00 |
| $525.00 |
| $520.00 |

Copyright 2013 ALM Media properties, LLC. All rights reserved.   8   888-770-5647   www.alm.com

| |
|---|
| $510.00 |
| $590.00 |
| |
| $340.00 |
| $540.00 |
| $525.00 |
| $500.00 |

| |
|---|
| $540.00 |
| $480.00 |
| $520.00 |
| $450.00 |

Copyright 2013 ALM Media properties, LLC. All rights reserved.          10          888-770-5647
www.alm.com