# EXHIBITS A - B
# FILED UNDER SEAL