## ORACLE USA, INC., ET AL.

## v.

## RIMINI STREET, INC., ET AL.

## CASE NO. 2:10-CV-0106-LRH-PAL

## DECLARATION OF ELIZABETH A. DEAN CONCERNING ATTORNEYS' FEES AND COSTS

## TM FINANCIAL FORENSICS, LLC
## APRIL 1, 2016

# DEAN DECLARATION
# FILED UNDER SEAL