BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
KIERAN P. RINGGENBERG (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@bingham.com
kristen.palumbo@bingham.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No 2:10-cv-0106-LRH-PAL

**[PROPOSED] ORDER GRANTING ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S REPLY IN SUPPORT OF ITS MOTION FOR COSTS AND ATTORNEYS' FEES AND SUPPORTING DECLARATIONS**

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc.'s, Oracle America, Inc.'s and Oracle International Corporation's (together "Oracle") Motion to Seal Portions Of (1) Oracle's Reply In Support Of Its Motion For Costs And Attorneys' Fees ("Oracle's Reply"), (2) Declarations of Thomas S. Hixson ("Hixson Declaration"), Beko O. Reblitz-Richardson ("Richardson Declaration), Richard M. Pearl ("Pearl Declaration"), Elizabeth A. Dean ("Dean Declaration"), Ronald Essig ("Essig Declaration") and (3) the exhibits accompanying the Hixson Declaration and the Essig Declaration. *See* Dkt. 1029. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Oracle's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal portions of the Oracle's Reply; Exhibit F to the Hixson Declaration, Exhibits A and B to the Essig Declaration, portions of those declarations, and portions of the Declarations of Richardson, Pearl and Essig.

IT IS SO ORDERED.

DATED:

By: _______________________________
Hon. Larry R. Hicks
United States District Judge