| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | San Francisco, CA 94105-1596<br>Telephone: 415.442.1000 |
| 4 | rpocker@bsfllp.com | Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | kristen.palumbo@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 7 | Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Telephone: 650.506.4846<br>Facsimile: 650.506.7114 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | jim.maroulis@oracle.com |
| 12 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 13 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 14 | Attorneys for Plaintiffs Oracle USA, Inc., | |
| 15 | Oracle America, Inc. and Oracle International<br>Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No. 2:10-cv-00106-LRH-PAL |
| 20 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **CERTIFICATE OF SERVICE** |
| 21 | | |
| 22 | Plaintiffs,<br>v. | |
| 23 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| 24 | Defendants. | |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA, 94105. On April 5, 2016, I served the following documents unredacted:

**ORACLE'S REPLY IN SUPPORT OF ITS MOTION FOR COSTS AND ATTORNEYS' FEES (DKT. 1023)**

**DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF ITS MOTION FOR COSTS AND ATTORNEYS' FEES (DKT. 1024)**

**DECLARATION OF RICHARD M. PEARL IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF ITS MOTION FOR COSTS AND ATTORNEYS' FEES (DKT. 1025)**

**DECLARATION OF RONALD ESSIG IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF ITS MOTION FOR COSTS AND ATTORNEYS' FEES (DKT. 1026)**

**DECLARATION OF ELIZABETH A. DEAN CONCERNING ATTORNEYS' FEES AND COSTS (DKT. 1027)**

I served the documents on the persons below, as follows:

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: (816) 474-6550
bwebb@shb.com
pstrand@shb.com

Robert H. Reckers (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, Texas 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

LEWIS ROCA ROTHGERBER LLP
Daniel F. Polsenberg (Nevada Bar No. 2376)
Joel D. Henriod (Nevada Bar No. 8492)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel: (702) 949-8200
DPolsenberg@LRRLaw.com

GREENBERG TRAURIG
Mark G. Tratos (Nevada Bar No. 1086)
Brandon Roos (Nevada Bar No. 7888)
Leslie Godfrey (Nevada Bar No. 10229)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, NV 89169
Telephone: (702) 792-3773
roosb@gtlaw.com

GIBSON DUNN & CRUTCHER LLP
Mark A. Perry
1050 Connecticut Avenue N.W.
Washington, DC 20036-530
Tel: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)

| | |
|---|---|
| 1 | Lauren M. Blas (*pro hac vice*) |
| 2 | 333 South Grand Avenue |
|   | Los Angeles, CA 90071 |
| 3 | Telephone: (213) 229-7228 |
|   | bevanson@gibsondunn.com |

4

5         The documents were served pursuant to FRCP 5(b) by electronic means. Based on a

6   court order or an agreement of the parties to accept service by e-mail or electronic transmission, I

7   caused the documents to be made available via secure file transfer to the persons at the e-mail

8   addresses listed above. I did not receive, within a reasonable time after the transmission, any

9   electronic message or other indication that the transmission was unsuccessful.

10

11         I declare under penalty of perjury under the laws of the United States of America that the

12   foregoing information contained in the Certificate of Service is true and correct.

13

14   Date: April 5, 2016

15   _____

16   Thomas V. Hilton