| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS LLP |
| | RICHARD J. POCKER (NV Bar No. 3568) | THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | KRISTEN A. PALUMBO (*pro hac vice*) |
| | Las Vegas, NV 89101 | One Market, Spear Street Tower |
| 3 | Telephone: (702) 382-7300 | San Francisco, CA 94105-1596 |
| | Facsimile: (702) 382-2755 | Telephone: 415.442.1000 |
| 4 | rpocker@bsfllp.com | Facsimile: 415.442.1001 |
| | | thomas.hixson@bingham.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP | kristen.palumbo@bingham.com |
| | WILLIAM ISAACSON (*pro hac vice*) | |
| 6 | KAREN DUNN (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| | 5301 Wisconsin Ave, NW | DEBORAH K. MILLER (*pro hac vice*) |
| 7 | Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*) |
| | Telephone: (202) 237-2727 | ORACLE CORPORATION |
| 8 | Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7 |
| | wisaacson@bsfllp.com | Redwood City, CA 94070 |
| 9 | kdunn@bsfllp.com | Telephone: 650.506.4846 |
| | | Facsimile: 650.506.7114 |
| 10 | BOIES, SCHILLER & FLEXNER LLP | dorian.daley@oracle.com |
| | STEVEN C. HOLTZMAN (*pro hac vice*) | deborah.miller@oracle.com |
| 11 | KIERAN P. RINGGENBERG (*pro hac vice*) | jim.maroulis@oracle.com |
| | 1999 Harrison Street, Suite 900 | |
| 12 | Oakland, CA 94612 | |
| | Telephone: (510) 874-1000 | |
| 13 | Facsimile: (510) 874-1460 | |
| | sholtzman@bsfllp.com | |
| 14 | kringgenberg@bsfllp.com | |

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>            Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**ORACLE'S MOTION TO SEAL RESPONSE TO RIMINI'S OBJECTIONS TO EVIDENCE SUBMITTED WITH ORACLE'S REPLY BRIEF** |

1    Pursuant to the Stipulated Protective Order governing confidentiality of documents
2    entered by the Court on May 21, 2010, Dkt. 55 ("Protective Order"), and Rules 5.2 and 26(c) of
3    the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and
4    Oracle International Corporation (collectively "Oracle") respectfully request that the Court order
5    the Clerk of the Court to file under seal certain portions of Oracle's Response to Defendant
6    Rimini Street, Inc.'s and Seth Ravin's Objections to Evidence Submitted with Oracle's Reply
7    Brief ("Oracle's Response"). These portions of Oracle's Response reflect information that
8    Rimini Street, Inc. ("Rimini") likely intended or intends to have designated "Confidential
9    Information" or "Highly Confidential - Attorneys' Eyes Only" under the Protective Order. A
10   public, redacted version of Oracle's Response, *see* Dkt. 1032, and an unredacted version was
11   subsequently filed under seal with the Court, *see* Dkts. 1033.
12       The Protective Order states, "Counsel for any Designating Party may designate any
13   Discovery Material as 'Confidential Information' or 'Highly Confidential Information –
14   Attorneys' Eyes Only' under the terms of this Protective Order ***only if such counsel in good***
15   ***faith believes that such Discovery Material contains such information and is subject to***
16   ***protection under Federal Rule of Civil Procedure 26(c).*** The designation by any Designating
17   Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential
18   Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the
19   Designating Party reasonably believes there is a valid basis for such designation." Protective
20   Order ¶ 2 (emphasis supplied).
21                              **RIMINI DOCUMENTS**
22       In an abundance of caution, Oracle believes that Rimini intended or intends the following
23   document have a confidentiality designation under the Protective Order:

| Ex. | Description | Designation |
|---|---|---|
| Dkt. 1024, Ex. E | DTX 3023 | Oracle believes that Rimini intended this document be designated Highly Confidential |

28

1

ORACLE'S MOTION TO SEAL

1         Oracle previously filed this document under seal, and portions of Oracle's Response
2    quote from this document.  Thus, Oracle submits Oracle's Response under seal pursuant to the
3    Protective Order based on its belief that Rimini believes there is a valid basis under the
4    Protective Order for a confidentiality designation of this material.  Because the materials are
5    Rimini's, Oracle is not in a position to provide further justification for why filing them publicly
6    would cause Rimini harm sufficient to show good cause.
7         Oracle has submitted all other portions of Oracle's Response to the Court's public files,
8    which allow public access to all materials except for the items discussed above.  Accordingly,
9    the request to seal is narrowly tailored.  For the foregoing reasons, Oracle respectfully requests
10   that the Court grant leave to file under seal the documents discussed above.

12   DATED: May 5, 2016              MORGAN, LEWIS & BOCKIUS LLP

                                     By: _____/s/ Thomas S. Hixson_____
                                             Thomas S. Hixson
                                           Attorneys for Plaintiffs
                                             Oracle USA, Inc.,
                                           Oracle America, Inc.,
                                        and Oracle International Corp.

**CERTIFICATE OF SERVICE**

I certify that on May 5, 2016, I electronically transmitted the foregoing **ORACLE'S MOTION TO SEAL RESPONSE TO RIMINI'S OBJECTIONS TO EVIDENCE SUBMITTED WITH ORACLE'S REPLY BRIEF** to the Clerk's Office using the Electronic Filing System pursuant to Special Order No. 109.

Dated: May 5, 2016

Morgan, Lewis & Bockius LLP

By: /s/ *Thomas Hixson*
Thomas Hixson

Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation