| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | KRISTEN A. PALUMBO (*pro hac vice*)<br>One Market, Spear Street Tower |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | San Francisco, CA 94105-1596<br>Telephone: 415.442.1000 |
| 4 | rpocker@bsfllp.com | Facsimile: 415.442.1001<br>thomas.hixson@bingham.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | kristen.palumbo@bingham.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 7 | Washington, DC 20015<br>Telephone: (202) 237-2727 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 8 | Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 9 | kdunn@bsfllp.com | Telephone: 650.506.4846<br>Facsimile: 650.506.7114 |
| 10 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 11 | KIERAN P. RINGGENBERG (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | jim.maroulis@oracle.com |
| 12 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 13 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 14 | kringgenberg@bsfllp.com | |

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual,<br><br>            Defendants. | Case No  2:10-cv-0106-LRH-PAL<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S MOTION TO SEAL RESPONSE TO RIMINI'S OBJECTIONS TO EVIDENCE SUBMITTED WITH ORACLE'S REPLY BRIEF** |

**[PROPOSED] ORDER**

1
2     Pending before this Court is Plaintiffs Oracle USA, Inc.'s, Oracle America, Inc.'s and
3  Oracle International Corporation's (together "Oracle") Motion to Seal Oracle's Response to
4  Rimini's Objections to Evidence Submitted with Oracle's Reply Brief.  *See* Dkt. 1034.  Federal
5  Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court
6  documents for, inter alia, the protection of "a trade secret or other confidential research,
7  development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered Oracle's
8  Motion to Seal and good cause existing:
9        IT IS HEREBY ORDERED THAT: Oracle's Motion to Seal is GRANTED.  The
10 Clerk of the Court shall file under seal Oracle's Response to Rimini's Objections to Evidence
11 Submitted with Oracle's Reply Brief.
12
13       IT IS SO ORDERED.
14 DATED:
15
16                                            By: _____
17                                                 Hon. Larry R. Hicks
                                                  United States District Judge
18
19
20
21
22
23
24
25
26
27
28

1