BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**ORACLE'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ITS MOTION FOR COSTS AND ATTORNEYS' FEES (ECF NO. 917).** |

ORACLE'S MOT. FOR LEAVE TO FILE NOTICE OF SUPP. AUTH.
RE MOT. FOR COSTS AND ATTYS.' FEES

## NOTICE OF MOTION AND MOTION

Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (together, "Oracle") will and hereby do move pursuant to Local Rule 7-2(g) for leave to file the attached Notice of Supplemental Authority (**Exhibit A**). This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities incorporated herein, the attached Exhibits A and B, documents incorporated by reference, the entire record in this action, matters appropriate for judicial notice, and any evidence or argument presented on reply.

## MEMORANDUM OF POINTS AND AUTHORITIES

The Supreme Court's decision in *Kirtsaeng v. John Wiley & Sons, Inc.*, Case No. 15–375 (**Exhibit B**), was decided on June 16, 2016. As more fully explained in Oracle's proposed Notice of Supplemental Authority, *Kirtsaeng* is highly relevant to Oracle's pending Motion for Attorneys' Fees and Costs, ECF No. 917. Oracle thus has good cause for filing the Notice of Supplemental Authority even though oral argument has already been held. Defendants are not prejudiced by this filing, as this additional legal authority was unavailable prior to oral argument, Defendants will receive timely notice through this filing, and Oracle has not delayed in presenting this authority to the Court or to Defendants.

Oracle's proposed Notice of Supplemental Authority complies with the length and content guidelines set forth in *F.D.I.C. v. Johnson*, Case No. 2:12-CV-209-KJD-PAL, 2014 WL 5324057, at *2 (D. Nev. Oct. 17, 2014) ("Such notice will include the relevant citation, with the full text of the opinion appended. The body of the notice will be no longer than three pages, explaining briefly how it relates to the pleadings or motions currently before the Court.").

Dated: June 17, 2016

MORGAN, LEWIS & BOCKIUS LLP

By:   /s/ Thomas S. Hixson
Thomas S. Hixson
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation

**CERTIFICATE OF SERVICE**

I certify that on June 17, 2016, I electronically transmitted the foregoing **ORACLE'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ITS MOTION FOR COSTS AND ATTORNEYS' FEES (ECF NO. 917)** together with Exhibits A and B to the Clerk's Office using the Electronic Filing System pursuant to Local Rules Section 1C.

Dated:  June 17, 2016

Morgan, Lewis & Bockius LLP

By:   /s/ *Thomas Hixson*
Thomas Hixson
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation

1

CERTIFICATE OF SERVICE