SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

HOWARD & HOWARD PLLC
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 667-4843
Facsimile: (702) 567-1568
wwa@h2law.com

LEWIS ROCA ROTHGERBER CHRISTIE LLP
Daniel Polsenberg (Nevada Bar No. 2376)
Joel Henriod (Nevada Bar No 8492)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
dpolsenberg@lrrc.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone:  (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>              Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ORACLE'S MOTION FOR ATTORNEYS' FEES AND COSTS (DKT. NO. 917)**<br><br>Judge:     Hon. Larry R. Hicks |

**NOTICE OF MOTION AND MOTION**

Defendants Rimini Street, Inc. and Seth Ravin (together, "Rimini") hereby move pursuant to Local Rule 7-2(g) for leave to file the attached Notice of Supplemental Authority Regarding Oracle's Motion for Attorneys' Fees and Costs (**Exhibit A**).  This Motion is based on this Notice of Motion, the Memorandum of Points and Authorities incorporated herein; the attached Exhibits 1 and 2; the entire record in this action; and such other matters and argument as may be presented to the Court.

**MEMORANDUM OF POINTS AND AUTHORITIES**

The Supreme Court decided *Kirtsaeng v. John Wiley & Sons, Inc.*, Case No. 15-375, on June 16, 2016 (**Exhibit B**).  As explained in Rimini's proposed Notice of Supplemental Authority, this decision clarified the standard for determining whether attorneys' fees should be awarded at all under section 505 of the Copyright Act.  Accordingly, *Kirtsaeng* will inform this Court's decision on whether to grant Oracle's pending Motion for Attorneys' Fees and Costs.  Dkt. 922.

Rimini's proposed Notice of Supplemental Authority complies with the guidelines set forth in *F.D.I.C. v. Johnson*, 2014 WL 5324057, at *2 (D. Nev. Oct. 17, 2014) ("Such notice will include the relevant citation, with the full text of the opinion appended.  The body of the notice will be no longer than three pages, explaining briefly how it relates to the pleadings or motions currently before the Court.").

DATED:      June 21, 2016           GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Blaine H. Evanson*
Blaine H. Evanson

*Attorneys for Defendants*

1

## **CERTIFICATE OF SERVICE**

2      I hereby certify that on June 21, 2016, I caused to be electronically filed the foregoing

3  document with the clerk of the court for the U.S. District Court, District of Nevada, using the

4  electronic case filing system.  The electronic case filing system sent a "Notice of Electronic Filing" to

5  the attorneys of record who have consented in writing to accept this Notice as service of this

6  document by electronic means.

7

8                              By:   _/s/  Blaine H. Evanson_____

9                                        Blaine H. Evanson

10                                    *Attorney for Defendants*
                                       *Rimini Street, Inc. and Seth Ravin*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP