UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**ORDER GRANTING ORACLE'S MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING ITS MOTION FOR COSTS AND ATTORNEYS' FEES (ECF NO. 917).** |

**ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc.'s, Oracle America, Inc.'s and Oracle International Corporation's (together "Oracle") Motion for Leave to File Notice of Supplemental Authority Regarding Its Motion for Attorneys' Fees and Costs ("Motion"). Having considered Oracle's Motion, and good cause existing:

IT IS HEREBY ORDERED THAT: Oracle's Motion is GRANTED. Oracle may file its Notice of Supplemental Authority.

IT IS SO ORDERED:

_____
Hon. Larry R. Hicks
United States District Judge

DATED: this 23rd day of June, 2016.

2