1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ORACLE USA, INC., a Colorado corporation;
ORACLE AMERICA, INC., a Delaware
corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

                                    Plaintiffs,

            v.

RIMINI STREET, INC., a Nevada corporation,
and SETH RAVIN, an individual,

                                    Defendants.

Case No. 2:10-cv-0106-LRH-VCF

**ORDER GRANTING**
**RIMINI STREET, INC.'S AND SETH**
**RAVIN'S MOTION FOR LEAVE TO FILE**
**NOTICE OF SUPPLEMENTAL**
**AUTHORITY REGARDING ORACLE'S**
**MOTION FOR ATTORNEYS' FEES AND**
**COSTS (DKT. NO. 917)**

Judge:        Hon. Larry R. Hicks

Pending before this Court is Defendants Rimini Street, Inc.'s and Seth Ravin's (together, "Rimini") Motion for Leave to File Notice of Supplemental Authority Regarding Oracle's Motion for Attorneys' Fees and Costs ("Motion").   Having considered Rimini's Motion, and good cause existing:

IT IS HEREBY ORDERED THAT:   Rimini's Motion is GRANTED.   Rimini may file its Notice of Supplemental Authority.

IT IS SO ORDERED.

DATED:  this 23rd day of June, 2016

By:  _____
Hon. Larry R. Hicks
United States District Judge

2