AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*_____DISTRICT OF\_\_NEVADA_____

ORACLE USA, INC., et al.,

      Plaintiff,        JUDGMENT IN A CIVIL CASE

  v.

                CASE NUMBER: 2:10-cv-00106-LRH-PAL

RIMINI STREET, INC., et al.

      Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** judgment in favor of Plaintiffs Oracle America, Inc. and Oracle International Corporation and against Defendants Rimini Street, Inc. and Seth Ravin on Plaintiffs' Ninth Cause of Action for unfair competition in violation of California's Unfair Competition Law.

  September  21, 2016                    **LANCE S. WILSON**
                                                                Clerk

                                                 /s/  K. Walker
                                                Deputy Clerk