AO 450 (Rev. 5/85)  Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____ **** _____ DISTRICT OF___NEVADA_____

ORACLE USA, INC., et al.,

           Plaintiff,                JUDGMENT IN A CIVIL CASE

    v.

                                  CASE NUMBER: 2:10-cv-00106-LRH-PAL

RIMINI STREET, INC., et al.

           Defendants.

__    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** an award of attorneys' fees and costs is hereby entered in favor of Plaintiffs Oracle USA, Inc.; Oracle America, Inc.; and Oracle International Corporation and against Defendants Rimini Street, Inc. and Seth Ravin in the amount of $46,227,363.36.

_September  21, 2016_                  **LANCE S. WILSON**
                                       Clerk

                                  ____/s/  K. Walker_____
                                    Deputy Clerk