UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>　　　　　Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**[PROPOSED] FED. R. CIV. P. 58 FINAL JUDGMENT IN A CIVIL ACTION** |

Whereas this action was tried by a jury with the Hon. Larry R. Hicks presiding, and the jury rendered a verdict on October 13, 2015, and whereas further matters were heard by Judge Hicks and a decision was rendered on September 21, 2016, it is hereby **ORDERED, ADJUDGED, and DECREED:**

That Defendant Rimini Street, Inc. shall pay Plaintiff Oracle International Corporation the amount of $58,114,007 (representing $35,600,000 plus $22,514,007 in prejudgment interest at the rate of 5.07%), plus postjudgment interest at the rate of 0.61% per annum.

That Defendants Rimini Street, Inc. and Seth Ravin also shall pay Plaintiff Oracle International Corporation the amount of $7,651,280 (representing $5,600,000 plus $2,051,280 in prejudgment interest at the rate of 5.5%), plus postjudgment interest at the rate of 0.61% per annum.

That Defendants Rimini Street, Inc. and Seth Ravin also shall pay Plaintiff Oracle America, Inc. the amount of $12,060,330 (representing $8,827,000 plus $3,233,330 in prejudgment interest at the rate of 5.5%), plus postjudgment interest at the rate of 0.61% per annum.

That Defendants Rimini Street, Inc. and Seth Ravin also shall pay Plaintiffs Oracle America, Inc., and Oracle International Corporation attorneys' fees and costs in the amount of

$46,227,363.36, plus postjudgment interest at the rate of 0.61% per annum.

That Defendants Rimini Street, Inc. and Seth Ravin are enjoined in accordance with the permanent injunction entered herewith and set forth at ECF No. ___.

SO ORDERED.

Date: _____          CLERK OF COURT


          _____
          Signature of Clerk or Deputy Clerk