# EXHIBIT 2

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

HOWARD & HOWARD
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wallen@howardandhoward.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual, <br><br> Defendants. | Case No. 2:10-cv-0106-LRH-PAL <br><br> **DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S [PROPOSED] ORDER ON ORACLE'S MOTION FOR A PERMANENT INJUNCTION** <br><br> Judge:     Hon. Larry R. Hicks |

**INJUNCTION PURSUANT TO 17 U.S.C. § 502(a)**

Good cause being shown, the Court permanently enjoins and restrains Defendant Rimini Street, Inc. and its subsidiaries, affiliates, employees, directors, officers, principals, and agents (collectively "Rimini") from the date of entry forward, as follows:

Except as otherwise permitted by written authorization from Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively, "Oracle"):

a) Rimini shall not request, on behalf of any Rimini client, that Oracle ship, send, transfer, or deliver to Rimini any CD, DVD, tape, electronic file, or other physical media that can be or has been used to install Oracle Software and Support Materials. "Oracle Software and Support Materials" are defined as source and object computer code, database schemas, software updates, custom solutions, environments, software bug fixes and patches (code error corrections), and user and technical documentation that form copyrightable materials in the Oracle software applications for Oracle's JDE, PeopleSoft, Siebel, and Oracle Database branded families of software products;

b) Rimini shall not install, reproduce, or store Oracle Software and Support Materials on Rimini's computers, storage devices, portable electronic devices, or any combination thereof; and

c) Rimini shall not copy Oracle Software and Support Materials from one Rimini client to any other Rimini client.

**INJUNCTION PURSUANT TO CDAFA AND UCL**

Good cause being shown, the Court permanently enjoins and restrains Defendants Seth Ravin and Rimini, and the subsidiaries, affiliates, employees, directors, officers, principals, and agents of either of them ("Rimini and Ravin") from the date of entry forward as follows:

Rimini and Ravin shall not access or download Oracle Software and Support Materials from Oracle unless:

a) A Rimini client licensed by Oracle to receive such Oracle Software and Support Materials directs them to access and download such Oracle Software and Support Materials;

      b)     They access any password-protected portion of Oracle's computer systems using credentials provided and authorized by such Rimini client; and

      c)     They refrain from using automated methods expressly prohibited by applicable terms of use (other than those provided by Oracle) to access or download Oracle Software and Support Materials.

**IT IS SO ORDERED.**

DATED:

                                            By: _____
                                                    Hon. Larry R. Hicks
                                                    United States District Judge