# EXHIBIT 3

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

HOWARD & HOWARD
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wallen@howardandhoward.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>　　　　　　　Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S [PROPOSED] ORDER ON ORACLE'S MOTION FOR PREJUDGMENT INTEREST**<br><br>Judge:　　Hon. Larry R. Hicks |

Pursuant to this Court's September 21, 2016 order (Dkt. 1049):

(i) Defendant Rimini Street, Inc. shall pay Plaintiff Oracle International Corporation $22,491,636.16 in prejudgment interest on the jury's fair market value license award of $35,600,000.00. For each additional day after September 21, 2016 until judgment is entered, this amount shall be increased by $7,696.36 per day.

(ii) Defendants Rimini Street, Inc. and Seth Ravin shall pay Oracle America, Inc. $3,229,934.44 in prejudgment interest on the jury's award of $8,827,000.00. For each additional day after September 21, 2016 until judgment is entered, this amount shall be increased by $1,326.46 per day.

(iii) Defendants Rimini Street, Inc. and Seth Ravin shall pay Oracle International Corporation $2,049,125.68 in prejudgment interest on the jury's award of $5,600,000.00. For each additional day after September 21, 2016 until judgment is entered, this amount shall be increased by $841.53 per day.

**IT IS SO ORDERED.**

DATED:

By: _____
Hon. Larry R. Hicks
United States District Judge