# EXHIBIT B

**Hansen, Joseph C.**

| | |
|---|---|
| **From:** | Perry, Mark A. |
| **Sent:** | Friday, September 23, 2016 4:56 PM |
| **To:** | Hansen, Joseph C.; OracleServList:Hixson, Thomas S. |
| **Cc:** | Evanson, Blaine H.; Gorman, Joseph A. |
| **Subject:** | Re: Oracle v. Rimini Street |

Mr. Hixson,

Oracle just made a series of submissions that are in violation of the Local Rules and Case Management Order as detailed in my letter, which appears to have crossed on the wires with your submission.  It is possible that you were unaware of these requirements.

Local Rule 7-2 provides Rimini Street with three days to review and comment on proposed orders submitted in response to a judicial request, and the opportunity to submit an alternative order in the event of any remaining disagreements.  The Case Management Order requires the parties to meet and confer on the form of final judgment after the disposition of all post-trial motions, which has not yet occurred.

Rimini Street requests that Oracle either withdraw today's submissions to the Court, or notify the Court that these submissions have not yet been reviewed by Rimini Street as required and therefore should not be entered by the Court.

Thank you.

MAP



**Mark A. Perry**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3667 • Fax +1 202.530.9696
MPerry@gibsondunn.com • www.gibsondunn.com

---

**From:** Joseph Hansen* <JHansen@gibsondunn.com>
**Date:** Friday, September 23, 2016 at 7:42 PM
**To:** "OracleServList:Hixson, Thomas S." <thomas.hixson@morganlewis.com>
**Cc:** Mark Perry <MPerry@gibsondunn.com>, Blaine Evanson* <BEvanson@gibsondunn.com>, Joseph Gorman* <JGorman@gibsondunn.com>
**Subject:** Oracle v. Rimini Street

Dear Mr. Hixson,

Please see attached correspondence.

1

Sincerely,
Joe


**Joseph C. Hansen**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8380 • Fax +1 415.374.8438
JHansen@gibsondunn.com • www.gibsondunn.com