# EXHIBIT C

# Hansen, Joseph C.

| | |
|---|---|
| **From:** | Hixson, Thomas S. <thomas.hixson@morganlewis.com> |
| **Sent:** | Saturday, September 24, 2016 5:42 PM |
| **To:** | Perry, Mark A.; Hansen, Joseph C. |
| **Cc:** | Evanson, Blaine H.; Gorman, Joseph A.; William Isaacson (Wisaacson@BSFLLP.com); Karen Dunn (KDunn@BSFLLP.com); OracleServList:Reblitz-Richardson, Beko; OracleServList:Polito, John A.; OracleServList:Hill, Zachary S. |
| **Subject:** | RE: Oracle v. Rimini Street |

Mark,

Judge Hicks's September 21st order directed plaintiffs to submit a proposed permanent injunction and an order setting prejudgment interest within ten days.  Because prejudgment interest is set forth in the final judgment under the federal form, we sought to simplify this by submitting the proposed final judgment.  We do not believe that Local Rule 7-2 applies to a proposed permanent injunction or a proposed judgment.  Regardless, we note that Rimini has had Oracle's proposed injunction language for 11 months.  Further, as you can see from the redline, the only substantive change was to delete the 503(b) section, which is simply a mechanical implementation of the Court's 9/21 order.  We don't see any basis for any further meet and confer or briefing on this filing, which is consistent with the Court's order.

The proposed final judgment we filed is based on the model in the federal form, and it includes a total amount that is actually slightly less than the $124.3 million that Rimini calculated for its September 22nd press release.  Does Rimini actually have any objection to the substance of the proposed final judgment?  We are concerned that Rimini may just be trying to delay entry of that final judgment.  As for the stipulation the parties entered into last year, the Court's 9/21 order directed Oracle (not the parties jointly) to make certain filings within 10 days after the disposition of post-trial motions, which is obviously inconsistent with the stipulation last October.

I had not seen your letter before we filed the documents yesterday.  In the future, in addition to myself, please include the following on all correspondence relating to Rimini I:

Bill Isaacson
Karen Dunn
Beko Richardson
John Polito
Zack Hill

If you wish to discuss this further, please propose a time for a call on Monday morning, so that we can then follow up with the clerk.


**Tom Hixson**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1194 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
thomas.hixson@morganlewis.com | www.morganlewis.com
Assistant: Jennifer Gray | +1.415.442.1783 | jennifer.gray@morganlewis.com

---

**From:** Perry, Mark A. [mailto:MPerry@gibsondunn.com]
**Sent:** Friday, September 23, 2016 4:56 PM
**To:** Hansen, Joseph C.; Hixson, Thomas S.
**Cc:** bevanson@gibsondunn.com; jgorman@gibsondunn.com
**Subject:** Re: Oracle v. Rimini Street

Mr. Hixson,

1

Oracle just made a series of submissions that are in violation of the Local Rules and Case Management Order as detailed in my letter, which appears to have crossed on the wires with your submission.  It is possible that you were unaware of these requirements.

Local Rule 7-2 provides Rimini Street with three days to review and comment on proposed orders submitted in response to a judicial request, and the opportunity to submit an alternative order in the event of any remaining disagreements.  The Case Management Order requires the parties to meet and confer on the form of final judgment after the disposition of all post-trial motions, which has not yet occurred.

Rimini Street requests that Oracle either withdraw today's submissions to the Court, or notify the Court that these submissions have not yet been reviewed by Rimini Street as required and therefore should not be entered by the Court.

Thank you.

MAP


**Mark A. Perry**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3667 • Fax +1 202.530.9696
MPerry@gibsondunn.com • www.gibsondunn.com

---

**From:** Joseph Hansen* <JHansen@gibsondunn.com>
**Date:** Friday, September 23, 2016 at 7:42 PM
**To:** "OracleServList:Hixson, Thomas S." <thomas.hixson@morganlewis.com>
**Cc:** Mark Perry <MPerry@gibsondunn.com>, Blaine Evanson* <BEvanson@gibsondunn.com>, Joseph Gorman* <JGorman@gibsondunn.com>
**Subject:** Oracle v. Rimini Street

Dear Mr. Hixson,

Please see attached correspondence.

Sincerely,
Joe


**Joseph C. Hansen**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8380 • Fax +1 415.374.8438
JHansen@gibsondunn.com • www.gibsondunn.com

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

DISCLAIMER

This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.