BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S RESPONSE TO DEFENDANTS' OBJECTIONS TO ORACLE'S PROPOSED FILINGS AND ORACLE'S OBJECTIONS TO DEFENDANTS' PROPOSED FILINGS** |

I, Thomas S. Hixson, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter, and a partner with Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc.; Oracle America, Inc.; and Oracle International Corporation in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached as **Exhibit A** is a true and correct copy of a September 22, 2016 press release issued by Defendant Rimini Street, Inc. titled "Rimini Street Statement on Oracle v. Rimini Street." The copy of the press release was downloaded from http://www.riministreet.com/news/press-releases/09222016-3 at my direction.

I executed this declaration on this 27th day of September, 2016 at San Francisco, California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 27, 2016

                                                          /s/ Thomas S. Hixson
                                                            Thomas S. Hixson

# CERTIFICATE OF SERVICE

I certify that on September 27, 2016, I electronically transmitted the foregoing **DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF ORACLE'S RESPONSE TO DEFENDANTS' OBJECTIONS TO ORACLE'S PROPOSED FILINGS AND ORACLE'S OBJECTIONS TO DEFENDANTS' PROPOSED FILINGS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: September 27, 2016

Morgan, Lewis & Bockius LLP

By: /s/ Thomas S. Hixson
    Thomas Hixson

Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation