1  J. Randall Jones, Esq. (Nev. Bar No. 1927)
2  Matthew S. Carter, Esq. (Nev. Bar No. 9524)
   Kemp, Jones & Coulthard, LLP
3  3800 Howard Hughes Parkway
   Seventeenth Floor
4  Las Vegas, Nevada 89169
   Telephone: (702) 385-6000
5  Facsimile: (702) 385-6001
   kjc@kempjones.com
6  *Attorneys for Defendants Rimini Street, Inc.*
   *and Seth Ravin*
7

8                    **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10 | ORACLE USA, INC., a Colorado corporation; | Case No.  2:10-cv-0106-LRH-VCF |
   | and ORACLE INTERNATIONAL |  |
11 | CORPORATION, a California corporation, |  |
12 |                       | **NOTICE OF WITHDRAWAL AS** |
   | Plaintiff,            | **COUNSEL OF RECORD** |
13 |  |  |
14 | v. |  |
   | RIMINI STREET, INC., a Nevada corporation; |  |
15 | SETH RAVING, an individual, |  |
16 |  |  |
   | Defendants. |  |
17

18         PLEASE TAKE NOTICE that J. RANDALL JONES, ESQ., MATTHEW S. CARTER,

19 ESQ. and the law firm KEMP, JONES & COULTHARD, LLP, pursuant to Supreme Court Rule

20 46, hereby withdraw as counsel of record for RIMINI STREET, INC. and SETH RAVIN.

21 SCOTT S. HOFFMAN, ESQ. will remain as counsel of record for said parties.

22         DATED this __30th__ day of September, 2016.

23
                                          KEMP, JONES & COULTHARD, LLP
24
                                          _____
25                                        J. RANDALL JONES, ESQ. (#1927)
                                          MATTHEW S. CARTER, ESQ. (#9524)
26                                        KEMP, JONES & COULTHARD, LLP
                                          3800 Howard Hughes Parkway
27                                        Seventeenth Floor
                                          Las Vegas, Nevada 89169
28                                        *Attorneys for Defendant Rimini Street, Inc.*
                                          *and Seth Ravin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of September, 2015, I served **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** through the CM/ECF system of the United States District Court for the District of Nevada on the parties listed on the e-service list.

/s/ *Pamela Montgomery*
An employee of Kemp, Jones & Coulthard, LLP