J. Randall Jones, Esq. (Nev. Bar No. 1927)
Matthew S. Carter, Esq. (Nev. Bar No. 9524)
Kemp, Jones & Coulthard, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
kjc@kempjones.com
*Attorneys for Defendants Rimini Street, Inc.
and Seth Ravin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No.   2:10-cv-0106-LRH-VCF<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that J. RANDALL JONES, ESQ., MATTHEW S. CARTER, ESQ. and the law firm KEMP, JONES & COULTHARD, LLP, pursuant to Supreme Court Rule 46, hereby withdraw as counsel of record for RIMINI STREET, INC. and SETH RAVIN. W. WEST ALLEN, ESQ. and the law firm HOWARD &

///

///

HOWARD will remain as counsel of record for said parties.

DATED this 30th day of September, 2016.

KEMP, JONES & COULTHARD, LLP

/s/ J. Randall Jones

J. RANDALL JONES, ESQ. (#1927)
MATTHEW S. CARTER, ESQ. (#9524)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
*Attorneys for Defendant Rimini Street, Inc.
and Seth Ravin*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of September, 2016, I served **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** through the CM/ECF system of the United States District Court for the District of Nevada on the parties listed on the e-service list.

*/s/ Pamela Montgomery*
An employee of Kemp, Jones & Coulthard, LLP