GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

HOWARD & HOWARD PLLC
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wallen@howardandhoward.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF MARK A. PERRY IN SUPPORT OF DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S EMERGENCY MOTION TO ENFORCE THIS COURT'S ORDERS ENTERED AS DOCKETS 893 & 903**<br><br>Judge:      Hon. Larry R. Hicks |

I, Mark A. Perry, hereby declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, counsel of record for Defendants Rimini Street, Inc. and Seth Ravin (collectively, "Rimini") in the above-referenced action.

2. I submit this declaration in support of Rimini's Emergency Motion to Enforce this Court's Orders Entered as Dockets 893 & 903. Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3. As explained herein, Rimini's motion is properly brought as an emergency motion pursuant to Local Rule 7-4.

4. Oracle has created an emergency by announcing, on September 30, 2016, that it intends to enforce the attorneys' fees judgment of approximately $46 million separately from the other monetary awards in this litigation. Dkt. 1059 at 2. Oracle's position that it intends to enforce the judgments piecemeal rather than await entry of a joint single, final judgment cannot be reconciled with the Court's post-trial order and the parties' agreement and stipulation, entered by the Court as an order, which requires the entry of a single, final judgment. Dkts. 893, 899, 903.

5. Rimini met and conferred with Oracle multiple times to seek and resolve this issue without the Court's intervention. Rimini sent a letter on Friday, September 23, 2016 reminding Oracle of the Court's order (Dkt. 1055-5) with a follow-up email that same day (Dkt. 1055-6), but Oracle refused to abide by the order (Dkt. 1055-7). I then initiated and participated in a telephonic meet-and-confer discussion on Wednesday, September 28, 2016, with Thomas Hixson and Beko Richardson, counsel for Oracle, during which I explained Rimini Street's position. Following that conversation, and at the request of Oracle's counsel, I sent a proposed stipulation to Oracle that reaffirmed the parties' commitment to follow their stipulation and the Court's order. On Thursday, September 29, 2016, Mr. Hixson responded that Oracle would not agree to the stipulation. I replied that Rimini would be calling the Court to request a status conference. A true and correct copy of that email exchange, with Rimini's proposed stipulation, is attached as **Exhibit A**.

6. On Thursday, September 29, 2016, counsel for Rimini Street (myself and West Allen), along with counsel for Oracle (Messrs. Hixson and Richardson) telephoned Ms. Negrete; during that conversation, I requested a status conference with the Court to resolve this issue. Ms. Negrete stated that Rimini should file a letter explaining the issue and requesting a status conference. Rimini filed that letter the same day. Dkt. 1058. Oracle replied the next day, Friday, September 30, 2016, and made clear that it intended to enforce the attorneys' fees judgment, without disputing that its current position is in derogation of the parties' prior agreement and Court orders. Dkt. 1059. The Court has not yet set a status conference or otherwise responded to the parties' submission.

7. The attorneys' fees judgment could be enforceable as soon as Thursday, October 6, 2016, which is when the 14-day automatic stay on enforcement of a judgment under Rule 62(a) of the Federal Rules of Civil Procedure could be interpreted to expire. There would not be any emergency if Oracle had followed the Court's order regarding a single, final judgment. However, Oracle's decision to ignore that order and its announced intention to seek to enforce the attorneys' fees judgment before the entry of a final judgment has created an emergency.

8. Pursuant to Local Rule 7-4(a)(2), this declaration includes as an addendum the office addresses and telephone numbers of movant and all affected parties.

9. Pursuant to Local Rule 7-4(a)(3), Rimini notified Oracle of this emergency motion by filing it the morning of October 3, 2016, and Oracle will receive notification through the CM/ECF filing system. As described above, however, Rimini has been meeting and conferring with Oracle on this issue for over a week (since September 23, 2016).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of October, 2016, at Washington, D.C.

DATED: October 3, 2016          GIBSON, DUNN & CRUTCHER LLP

By: *Mark A. Perry*
    Mark A. Perry
*Attorneys for Defendants*

**ADDENDUM:  Office Addresses and Telephone Numbers of Movant and All Affected Parties**

BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
fnorton@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
KRISTEN A. PALUMBO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
kristen.palumbo@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

HOWARD & HOWARD PLLC
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wallen@howardandhoward.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

DANIEL B. WINSLOW
RIMINI STREET, INC.
6601 Koll Center Parkway Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

Attorneys for Defendants Rimini Street, Inc., and Seth Ravin

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2016, I caused to be electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: *Mark A. Perry*
Mark A. Perry

*Attorney for Defendants*
*Rimini Street, Inc. and Seth Ravin*

4
DECLARATION OF MARK A. PERRY I/S/O/ RIMINI'S EMERGENCY MOTION TO ENFORCE ORDERS