| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com<br><br>HOWARD & HOWARD PLLC<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wallen@howardandhoward.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>                Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S EMERGENCY MOTION TO ENFORCE THIS COURT'S ORDERS ENTERED AS DOCKETS 893 AND 903**<br><br>Judge:    Hon. Larry R. Hicks |

Pending before this Court is Defendants Rimini Street, Inc.'s and Seth Ravin's Emergency Motion to Enforce This Court's Orders Entered as Dockets 893 and 903.  Having considered the motion, all related filings, and the record before the Court,

IT IS HEREBY ORDERED THAT Defendants Rimini Street, Inc.'s and Seth Ravin's Emergency Motion to Enforce This Court's Orders Entered as Dockets 893 and 903 is GRANTED.

IT IS FURTHER ORDERED THAT enforcement of the September 21, 2016 Judgment awarding Oracle attorneys' fees and costs (Dkt. 1051) is stayed until 14 days have passed after the entry of a single, final judgment, as the Court previously ordered (Dkt. 893 and 903).

IT IS FURTHER ORDERED THAT, pursuant to the Court's prior orders and the parties' stipulation (Dkts. 893, 899, 903), following the Court's entry of orders finally resolving Oracle's requests for a permanent injunction and prejudgment interest, the parties will meet and confer and submit a joint proposed final judgment form or, if they cannot agree, competing proposed final judgments, within 5 days.

IT IS FURTHER ORDERED THAT the Court's entry of that single final judgment will trigger the 14-day automatic stay under Rule 62(a) of the Federal Rules of Civil Procedure regarding all amounts owed in the final judgment, including, without limitation, the verdict, attorney's fees and costs, and prejudgment interest.  No amounts will be due or enforceable or executable prior to 14 days after entry of the single final judgment, including without limitation, the verdict, attorney's fees and costs, or prejudgment interest.

IT IS SO ORDERED.

DATED:

By: _____
Hon. Larry R. Hicks
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2016, I caused to be electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: *Mark A. Perry*
     Mark A. Perry

*Attorney for Defendants*
*Rimini Street, Inc. and Seth Ravin*