**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ORACLE USA, INC.; *et al.,* | ) | 2:10-cv-0106-LRH-PAL |
| | ) | |
| Plaintiffs, | ) | MINUTE ORDER |
| vs. | ) | |
| | ) | October 3, 2016 |
| RIMINI STREET, INC.; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:    THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is defendants' emergency motion to enforce orders. ECF No. 1062. The court has reviewed the parties' briefing on this issue and finds that the present motion is without merit. The court is acutely cognizant of its own orders, and the procedural requirements of this action. Thus, a hearing or telephonic status conference in this action is not necessary. However, because the court expects to address all remaining issues in this action shortly, the court shall stay execution of the attorneys' fees judgment (ECF No. 1051) until a final judgment has been issued.

THEREFORE IT IS HEREBY ORDERED that defendants' motion (ECF No. 1062) is DENIED.

IT IS FURTHER ORDERED that judgment on the issue of attorneys' fees issued September 21, 2016 (ECF No. 1051) is STAYED until entry of final judgment.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK


By:   _____/s/_____

Deputy Clerk