BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendant. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**NOTICE OF CHANGE OF COUNSEL** |

1  **TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD**:

2  PLEASE TAKE NOTICE that effective immediately Kristen A. Palumbo should be
3  removed from the email notification list as she is no longer counsel of record in this matter.

4  Ms. Palumbo is no longer affiliated with the law firm of Morgan, Lewis & Bockius LLP,
5  and Oracle hereby withdraws Ms. Palumbo as counsel of record. The law firm of Morgan, Lewis
6  & Bockius LLP continues to represent plaintiffs Oracle USA, Inc., Oracle America, Inc., and
7  Oracle International Corporation ("Oracle") in this action.

DATED: October 5, 2016                MORGAN, LEWIS & BOCKIUS LLP


By:            /s/ Thomas S. Hixson
                Thomas S. Hixson
              Attorneys for Plaintiffs
     Oracle USA, Inc., Oracle America, Inc., and
              Oracle International Corp.

NOTICE OF CHANGE OF COUNSEL