1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH- VCF<br><br>**ORDER ON ORACLE'S MOTION FOR PREJUDGMENT INTEREST**<br><br>Judge:   Hon. Larry R. Hicks |

Pursuant to this Court's September 21, 2016 order (Dkt. 1049):

(i) Defendant Rimini Street, Inc. shall pay Plaintiff Oracle International Corporation $22,491,636.16 in prejudgment interest on the jury's fair market value license award of $35,600,000.00. For each additional day after September 21, 2016 until judgment is entered, this amount shall be increased by $7,696.36 per day.

(ii) Defendants Rimini Street, Inc. and Seth Ravin shall pay Oracle America, Inc. $3,229,934.44 in prejudgment interest on the jury's award of $8,827,000.00. For each additional day after September 21, 2016 until judgment is entered, this amount shall be increased by $1,326.46 per day.

(iii) Defendants Rimini Street, Inc. and Seth Ravin shall pay Oracle International Corporation $2,049,125.68 in prejudgment interest on the jury's award of $5,600,000.00. For each additional day after September 21, 2016 until judgment is entered, this amount shall be increased by $841.53 per day.

**IT IS SO ORDERED.**

DATED: this 11th day of October, 2016.

By: _____
Hon. Larry R. Hicks
United States District Judge