GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com
jgorman@gibsondunn.com

HOWARD & HOWARD PLLC
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wallen@howardandhoward.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>                    Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF MARK A. PERRY IN SUPPORT OF DEFENDANTS' MOTION (1) TO STAY ENFORCEMENT OF PERMANENT INJUNCTION PENDING APPEAL, OR ALTERNATIVELY (2) FOR A TEMPORARY SIXTY-DAY STAY**<br><br>Judge:        Hon. Larry R. Hicks |

## <u>DECLARATION OF MARK A. PERRY</u>

I, Mark A. Perry, declare as follows:

1.      I am an attorney admitted to practice *pro hac vice* before this Court.  I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys responsible for the representation of Defendants Rimini Street, Inc. and Seth Ravin in the above-captioned matter.

2.      I submit this declaration in support of Defendants' Motion (1) to Stay Enforcement of Permanent Injunction Pending Appeal, or Alternatively (2) for a Temporary Sixty-Day Stay (the "Motion").  Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.  The exhibits referenced below are attached to this declaration.

3.      This situation merits an Emergency Motion under this District's Local Rules.

4.      For all of the reasons stated in the Motion, Rimini will suffer irreparable harm if a stay of the injunction is not immediately granted and the injunction is allowed to go into effect.

5.      Despite a sincere effort to resolve this matter without Court action, Rimini has been unable to do so.  On October 11, 2016, shortly after this Court entered the permanent injunction, I caused a letter to be sent to Thomas Hixson, counsel for Oracle, requesting that Oracle stipulate to a stay, and notifying Mr. Hixson of this Motion.  Mr. Hixson responded that "Oracle is unable to evaluate [Rimini's] request for a stay of the injunction."  Rimini therefore seeks relief from this Court.

6.      The office addresses and telephone numbers of the movant are as follows:

John P. Reilly
Rimini Street, Inc.
3993 Howard Hughes Pkwy Ste 500
Las Vegas, NV 89169
336-908-6961
JReilly@riministreet.com

Daniel B. Winslow
Rimini Street, Inc.
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
925-264-7736
DWinslow@riministreet.com

7.      The office addresses and telephone numbers of affected parties are as follows:

Dorian Daley
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065
650-506-5500
dorian.daley@oracle.com

James C. Maroulis
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065
650-506-4846
jim.maroulis@oracle.com

Deborah K. Miller
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065
650-506-4846
deborah.miller@oracle.com

8.      Attached as **Exhibit A** is a true and correct copy of the March 8, 2016 letter from Daryl M. Crone of Crone Hawxhurst LLP on behalf of Oracle to Kenneth McLaren, Associate Counsel at Saint Francis Hospital & Medical Center.

9.      Attached as **Exhibit B** is a true and correct copy of the May 31, 2016 letter from Zachary Hill of Morgan Lewis on behalf of Oracle to Ellen MacDonald, Chief Information Officer of the Government of Newfoundland and Labrador.

10.     Attached as **Exhibit C** is a true and correct copy of Plaintiffs' Trial Exhibit PTX_5466.

11.     Attached as **Exhibit D** is a true and correct copy of the parties' April 6, 2015 Stipulation Regarding PeopleSoft License Agreements & Express License Defense.

12.     Attached as **Exhibit E** is a true and correct copy of a publicly available PeopleSoft Oracle License and Services Agreement between Oracle and the State of Kansas.

13.     Attached as **Exhibit F** is a true and correct copy of my October 11, 2016 letter to Mr. Hixson.

14.     Attached as **Exhibit G** is a true and correct copy of Mr. Hixson's October 12, 2016 letter to me.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of October, 2016, at Washington, D.C.


 */s/ Mark A. Perry*
Mark A. Perry

2
DECLARATION OF MARK A. PERRY IN SUPPORT OF MOTION TO STAY ENFORCEMENT OF PERMANENT INJUNCTION