**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Mark A. Perry
Direct: +1 202.887.3667
Fax: +1 202.530.9696
MPerry@gibsondunn.com

October 11, 2016

VIA ELECTRONIC MAIL

Thomas J. Hixson
Morgan, Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA  94105

Re:   *Oracle USA, Inc. v. Rimini Street, Inc.*, Case No. 2:10-cv-0106-LRH-VCF (D. Nev.)

Dear Mr. Hixson:

Earlier this evening, the Court entered its "Permanent Injunction Against Defendants Rimini Street, Inc." (ECF No. 1065) and its "Order on Oracle's Motion for Prejudgment Interest" (ECF No. 1066).  Accordingly, "[t]he parties will submit a joint proposed final judgment form or, if they cannot agree, competing proposed final judgments, within 5 days of disposition of all post-trial motions."  ECF No. 899 at 2 (adopted as an order by ECF No. 903).  Please send us Oracle's proposed form of final judgment so that we may endeavor to reach agreement within the time period established by the Court.

Rimini Street and Mr. Ravin have already noticed an appeal from the order of permanent injunction.  Please advise, in writing, whether Oracle will stipulate to a stay of the injunction until the Ninth Circuit has issued its mandate.  If Oracle declines to so stipulate, Rimini Street and Mr. Ravin will file a motion to stay the injunction in the district court and will designate this request as an Emergency Motion pursuant to Local Rule 7-4.  Please advise, in writing, whether Oracle intends to oppose the relief sought by this motion or its designation as an Emergency Motion.

Should Oracle wish to meet and confer regarding the Emergency Motion, we are available to do so tomorrow, October 12, 2016, any time before 12:00 p.m. PT.  If we do not hear from you by 12:00 p.m. PT, we will assume Oracle intends to oppose the stay motion, and we will proceed accordingly.

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

Thomas J. Hixson
October 11, 2016
Page 2


Sincerely,

*Mark A. Perry*

Mark A. Perry

MAP/jag

cc:  Blaine H. Evanson
    William Isaacson
    Karen Dunn
    Beko Reblitz-Richardson
    Zachary Hill