# Morgan Lewis

**Thomas S. Hixson**
Partner
+1.415.442.1194
thomas.hixson@morganlewis.com

October 12, 2016

**VIA E-MAIL**

Mark A. Perry
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

    Re:    <u>Oracle USA, Inc. et al. v. Rimini Street, Inc., et al., Case No. 2:10-cv-00106-LRH-VCF (D. Nev.)</u>

Dear Mark:

I write in response to your October 11, 2016 letter. Rimini has repeatedly taken the position in press releases and in filings with the Court that it no longer infringes Oracle's copyrights. In order to obtain a stay of the Court's injunction, however, and certainly to obtain one on an "emergency" basis, Rimini would need to show, among other factors, that its current business model does not comply with the Court's injunction. Please respond in writing with a clear statement whether Rimini's current business model violates the Court's injunction. Until then, Oracle is unable to evaluate your request for a stay of the injunction.

Sincerely,

Thomas S. Hixson

Morgan, Lewis & Bockius LLP

One Market
Spear Street Tower
San Francisco, CA 94105-1596    +1.415.442.1000
United States    +1.415.442.1001