J. Randall Jones, Esq. (Nev. Bar No. 1927)
Matthew S. Carter, Esq. (Nev. Bar No. 9524)
Kemp, Jones & Coulthard, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000
Facsimile: (702) 385-6001
kjc@kempjones.com
*Attorneys for Defendants Rimini Street, Inc.
and Seth Ravin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVING, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |

PLEASE TAKE NOTICE that J. RANDALL JONES, ESQ., MATTHEW S. CARTER, ESQ. and the law firm KEMP, JONES & COULTHARD, LLP, pursuant to Supreme Court Rule 46, hereby withdraw as counsel of record for RIMINI STREET, INC. and SETH RAVIN. SCOTT S. HOFFMAN, ESQ. will remain as counsel of record for said parties.

DATED this 30th day of September, 2016.

KEMP, JONES & COULTHARD, LLP

_____
J. RANDALL JONES, ESQ. (#1927)
MATTHEW S. CARTER, ESQ. (#9524)
KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
*Attorneys for Defendant Rimini Street, Inc.
and Seth Ravin*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 10-12-2016

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of September, 2015, I served **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** through the CM/ECF system of the United States District Court for the District of Nevada on the parties listed on the e-service list.

/s/ *Pamela Montgomery*
An employee of Kemp, Jones & Coulthard, LLP