# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ORACLE USA, INC.; *et al.,* | ) | 2:10-cv-0106-LRH-VCF |
| | ) | |
| Plaintiffs, | ) | MINUTE ORDER |
| vs. | ) | |
| | ) | October 14, 2016 |
| RIMINI STREET, INC.; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:     THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:  NONE APPEARING          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    Before the court is defendants' Emergency Motion to Stay Enforcement of Permanent Injunction Pending Appeal, or Alternatively (2) for a Temporary Sixty-Day Stay (ECF No. 1069). The court has reviewed the pending motion and finds that it should be addressed on a shortened briefing schedule.

    IT IS THEREFORE ORDERED that, pursuant to this shortened schedule, plaintiffs shall have ten (10) days from the entry of this order to file a response to the pending motion, if any. If plaintiffs file a response, defendants shall then have five (5) days to file a reply, if any. Further, for the benefit of the parties, and with no findings of any legal or factual issues, the court shall stay the underlying permanent injunction until the court has addressed defendants' motion. **However, the court notes that such stay shall not apply to the parties' deadline to file a joint proposed judgment by Monday October 17, 2016.**

    IT IS SO ORDERED.

                                              LANCE S. WILSON, CLERK

                                      By:        /s/
                                                        Deputy Clerk