| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:    702.382.7300<br>Facsimile:    702.382.2755<br>rpocker@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:    415.442.1000<br>Facsimile:    415.442.1001<br>thomas.hixson@morganlewis.com |
| BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone:    202.237.2727<br>Facsimile:    202.237.6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:    650.506.4846<br>Facsimile:    650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone:    510.874.1000<br>Facsimile:    510.874.1460<br>sholtzman@bsfllp.com | |

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; ORACLE AMERICA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>RIMINI STREET, INC. and SETH RAVIN,<br><br>          Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF FRANK KENNAMER IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S EMERGENCY MOTION (1) TO STAY ENFORCEMENT OF PERMANENT INJUNCTION PENDING APPEAL, OR ALTERNATIVELY (2) FOR A TEMPORARY SIXTY-DAY STAY** |

I, Frank Kennamer, have personal knowledge of the facts stated below and hereby declare:

1. I am a partner at Morgan, Lewis & Bockius LLP and counsel for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action.

2. I make this declaration based on personal knowledge, and based on the record of this litigation, in support of Oracle's opposition to Rimini's Emergency Motion (1) To Stay Enforcement Of Permanent Injunction Pending Appeal, Or Alternatively (2) For A Sixty-Day Stay, ECF No. 1069.

3. Attached as Exhibit 1 is a true and correct copy of a Rimini press release titled "Rimini Street Statement on Oracle v Rimini Street – September 22" dated September 22, 2016, available at http://www.riministreet.com/news/press-releases/09222016-3.

4. Attached as Exhibit 2 is a true and correct copy of a Rimini press release titled "Rimini Street Statement on Oracle v. Rimini Street – Update October 12" dated October 12, 2016, available at http://www.riministreet.com/news/press-releases/10122016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 14, 2016.

By:     /s/ Frank Kennamer

        Frank Kennamer