UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>　　　　　Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**[JOINT PROPOSED] FED. R. CIV. P. 58 FINAL JUDGMENT IN A CIVIL ACTION** |

　　　　Whereas this action was tried by a jury with the Hon. Larry R. Hicks presiding, and the jury rendered a verdict on October 13, 2015, and whereas further matters were heard by Judge Hicks and a decision was rendered on September 21, 2016, it is hereby **ORDERED, ADJUDGED, and DECREED:**

　　　　That Defendant Rimini Street, Inc. shall pay Plaintiff Oracle International Corporation the amount of $_____ (representing $35,600,000 plus $22,691,741.52 in prejudgment interest through October 17, 2016 plus $7,696.36 for each additional day after October 17, 2016 until judgment is entered);

　　　　That Defendants Rimini Street, Inc. and Seth Ravin shall pay Plaintiff Oracle International Corporation the amount of $_____ (representing $5,600,000 plus $2,071,005.46 in prejudgment interest through October 17, 2016 plus $841.53 for each additional day after October 17, 2016 until judgment is entered);

　　　　That Defendants Rimini Street, Inc. and Seth Ravin shall pay Plaintiff Oracle America, Inc. the amount of $_____ (representing $8,827,000 plus $3,264,422.40 in prejudgment interest through October 17, 2016 plus $1,326.46 for each additional day after October 17, 2016 until judgment is entered);

　　　　That Defendants Rimini Street, Inc. and Seth Ravin shall pay Plaintiffs Oracle America,

Inc., and Oracle International Corporation attorneys' fees and costs in the amount of $46,227,363.36;

      That Defendants Rimini Street, Inc. and Seth Ravin shall pay postjudgment interest on all amounts specified herein at the rate described in 28 U.S.C. § 1961 from the date of entry through the date of payment; and,

      That Defendants Rimini Street, Inc. and Seth Ravin are enjoined in accordance with the permanent injunction set forth at ECF No. 1065.

      SO ORDERED.

Date: _____      CLERK OF COURT

                                                                     Signature of Clerk or Deputy Clerk