| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone:  415.442.1000<br>Facsimile:  415.442.1001 |
| 4 | rpocker@bsfllp.com | thomas.hixson@morganlewis.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 7 | Washington, DC 20015 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 10 | BOIES, SCHILLER & FLEXNER LLP | jim.maroulis@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | |
| 12 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 13 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 14 | Attorneys for Plaintiffs | |
| 15 | Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | |
| 16 | | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 19 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No. 2:10-cv-0106-LRH-VCF |
| 20 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **CERTIFICATE OF SERVICE** |
| 21 | Plaintiffs, | |
| 22 | v. | |
| 23 | RIMINI STREET, INC., a Nevada corporation;<br>and SETH RAVIN, an individual, | |
| 24 | Defendants. | |
| 25 | | |

Case No. 2:10-cv-0106-LRH-VCF

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

I certify that on October 17, 2016, I electronically transmitted the foregoing **[JOINT PROPOSED] FED. R. CIV. P. 58 FINAL JUDGMENT IN A CIVIL ACTION** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated:  October 17, 2016              Morgan, Lewis & Bockius LLP


By:  _____/s/ Thomas S. Hixson_____
                    Thomas Hixson

Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation