UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**FED. R. CIV. P. 58**<br>**FINAL JUDGMENT**<br>**IN A CIVIL ACTION** |

Whereas this action was tried by a jury with the Hon. Larry R. Hicks presiding, and the jury rendered a verdict on October 13, 2015, and whereas further matters were heard by Judge Hicks and a decision was rendered on September 21, 2016, it is hereby **ORDERED, ADJUDGED, and DECREED:**

That Defendant Rimini Street, Inc. shall pay Plaintiff Oracle International Corporation the amount of $__58,299,437.61__ (representing $35,600,000 plus $22,691,741.52 in prejudgment interest through October 17, 2016 plus $7,696.36 for each additional day after October 17, 2016 until judgment is entered);

That Defendants Rimini Street, Inc. and Seth Ravin shall pay Plaintiff Oracle International Corporation the amount of $__7,671,846.99__ (representing $5,600,000 plus $2,071,005.46 in prejudgment interest through October 17, 2016 plus $841.53 for each additional day after October 17, 2016 until judgment is entered);

That Defendants Rimini Street, Inc. and Seth Ravin shall pay Plaintiff Oracle America, Inc. the amount of $__12,092,748.86__ (representing $8,827,000 plus $3,264,422.40 in prejudgment interest through October 17, 2016 plus $1,326.46 for each additional day after October 17, 2016 until judgment is entered);

That Defendants Rimini Street, Inc. and Seth Ravin shall pay Plaintiffs Oracle America,

Inc., and Oracle International Corporation attorneys' fees and costs in the amount of $46,227,363.36;

That Defendants Rimini Street, Inc. and Seth Ravin shall pay postjudgment interest on all amounts specified herein at the rate described in 28 U.S.C. § 1961 from the date of entry through the date of payment; and,

That Defendants Rimini Street, Inc. and Seth Ravin are enjoined in accordance with the permanent injunction set forth at ECF No. 1065.

SO ORDERED.

DATED this 18th day of October, 2016.     LANCE S. WILSON, CLERK

/s/

BY:  Deputy Clerk