1   BOIES, SCHILLER & FLEXNER LLP
    RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
    Las Vegas, NV 89101
3   Telephone:     702.382.7300
    Facsimile:     702.382.2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
    WILLIAM ISAACSON (*pro hac vice*)
6   KAREN DUNN (*pro hac vice*)
    5301 Wisconsin Ave, NW
7   Washington, DC 20015
    Telephone:     202.237.2727
8   Facsimile:     202.237.6131
    wisaacson@bsfllp.com
9   kdunn@bsfllp.com

10
    BOIES, SCHILLER & FLEXNER LLP
11  STEVEN C. HOLTZMAN (*pro hac vice*)
    1999 Harrison Street, Suite 900
12  Oakland, CA 94612
    Telephone:     510.874.1000
13  Facsimile:     510.874.1460
    sholtzman@bsfllp.com
14

15  Attorneys for Plaintiffs Oracle USA, Inc.,
    Oracle America, Inc., and Oracle International
16  Corp.

    MORGAN, LEWIS & BOCKIUS LLP
    THOMAS S. HIXSON (*pro hac vice*)
    One Market, Spear Street Tower
    San Francisco, CA  94105
    Telephone:     415.442.1000
    Facsimile:     415.442.1001
    thomas.hixson@morganlewis.com

    DORIAN DALEY (*pro hac vice*)
    DEBORAH K. MILLER (*pro hac vice*)
    JAMES C. MAROULIS (*pro hac vice*)
    ORACLE CORPORATION
    500 Oracle Parkway, M/S 5op7
    Redwood City, CA 94070
    Telephone:     650.506.4846
    Facsimile:     650.506.7114
    dorian.daley@oracle.com
    deborah.miller@oracle.com
    jim.maroulis@oracle.com

17                      UNITED STATES DISTRICT COURT

18                          DISTRICT OF NEVADA

| | |
|---|---|
| 19 ORACLE USA, INC.; ORACLE AMERICA, INC.; and ORACLE INTERNATIONAL CORPORATION, | **Case No. 2:10-cv-0106-LRH-VCF** |
| 20                    Plaintiff, | **ORACLE'S MOTION FOR REASSIGNMENT OF MATTER TO MAGISTRATE JUDGE PEGGY A. LEEN** |
| 21        v. | |
| 22 RIMINI STREET, INC. and SETH RAVIN, | |
| Defendants. | |
| 23 *And Related Cases* | |
| 24 **Case No. 2:14-cv-01699-LRH-CWH** | |
| RIMINI STREET, INC., | |
| 25                    Plaintiff, | |
| 26        v. | |
| 27 ORACLE INTERNATIONAL CORPORATION, | |
| Defendant. | |
| 28 | |

1 | ORACLE AMERICA, INC., *et al.*,

　　　　　Counterclaimants,

2 　　　　v.

3 | RIMINI STREET, INC., *et al.*,

　　　　　Counterdefendants.

4

5 | **Case No. 3:16-CV-00543-LRH-CWH**

6 | COLBECK CAPITAL MANAGEMENT,

　　　　　Third-Party Movant,

7 　　　　v.

8 | ORACLE INTERNATIONAL CORPORATION and ORACLE AMERICA, INC.,

9 　　　　　Respondents.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ii

1    **NOTICE OF MOTION AND MOTION**

2         Pursuant to Federal Rule of Civil Procedure 7(b) and Local Rule 7-2, Plaintiff Oracle

3    USA, Inc., Oracle America, Inc. and Oracle International Corporation (collectively "Oracle")

4    respectfully move the Court for an order reassigning this matter ("*Rimini I*") to Magistrate Judge

5    Peggy A. Leen.

6    **MEMORANDUM OF POINTS AND AUTHORITIES**

7         Oracle refers the Court to its Motion for Reassignment of Matters to Magistrate Judge

8    Peggy A. Leen filed in *Rimini Street, Inc., v. Oracle International Corp.*, Case No. 2:14-cv-

9    01699-LRH-CWH ("*Rimini II*") and attached here as Exhibit 1.  For all of the reasons stated in

10   Exhibit 1, Oracle respectfully requests that the Court reassign Judge Leen to this matter ("*Rimini

11   I*") because reassignment would promote judicial economy and diminish the likelihood of

12   inconsistent results.

13        Moreover, there are several additional grounds supporting Oracle's request for

14   reassignment of this matter to Judge Leen.  First, the Court has already found that *Rimini I* and

15   *Rimini II* are related cases and that judicial economy would be served by assigning both cases to

16   Your Honor and Magistrate Judge Leen.  *See Rimini II*, ECF No. 52.  Second, all of the reasons

17   outlined in Exhibit 1 apply equally, if not more so, to *Rimini I*: (i) Judge Leen has even more

18   extensive experience adjudicating *Rimini I* which has been pending since 2010, and (ii) the

19   current magistrate judge has not made any rulings in this case since Judge Leen's temporary

20   recusal.  Third, there are still unresolved issues in *Rimini I* which may necessitate enforcement or

21   other post-judgment proceedings.  *See Rimini I*, ECF Nos. 1049 (granting Oracle's motion for

22   permanent injunction and awarding Oracle prejudgment interest and attorneys' fees); 1072

23   (temporarily staying injunction pending a ruling on Rimini's motion for a stay).

24        For these reasons, Oracle respectfully requests that *Rimini I* be reassigned to Judge Leen.

25

26

27

28

ORACLE'S MOTION FOR REASSIGNMENT AND MEMORANDUM OF POINTS AND AUTHORITIES

DB3/ 201124016

1    DATED:  October 19, 2016            MORGAN, LEWIS & BOCKIUS LLP

2

3

4                                        By:     /s/ Thomas S. Hixson

                                         _____

5                                        Attorneys for Plaintiffs Oracle USA, Inc.,
                                         Oracle America, Inc., and Oracle International
6                                                        Corp.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORACLE'S MOTION FOR REASSIGNMENT AND MEMORANDUM OF POINTS AND
AUTHORITIES

DB3/ 201124016

**CERTIFICATE OF SERVICE**

I certify that on October 18, 2016, I electronically transmitted the foregoing ORACLE'S MOTION FOR REASSIGNMENT OF MATTER TO JUDGE PEGGY A. LEEN AND MEMORANDUM OF POINTS AND AUTHORITIES together with Exhibit 1 to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

DATED:  October 19, 2016            MORGAN, LEWIS & BOCKIUS LLP


By:     /s/ Thomas S. Hixson

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle International
Corp.

DB3/ 201124016