GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

HOWARD & HOWARD PLLC
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wallen@howardandhoward.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DEFENDANTS RIMINI STREET, INC.'S AND SETH RAVIN'S NOTICE OF APPEAL**<br><br>Judge:   Hon. Larry R. Hicks |

NOTICE IS HEREBY GIVEN that Defendants Rimini Street, Inc. and Seth Ravin (collectively, "Rimini") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Final Judgment (Dkt. 1076) entered on October 18, 2016, the Judgment in favor of Oracle's ninth cause of action under California's Unfair Competition Law (Dkt. 1050), the Judgment awarding Oracle attorneys' fees and costs (Dkt. 1051), and all interlocutory orders that gave rise to the judgments, including, without limitation, the Order granting in part and denying in part Oracle's post-trial motions (Dkt. 1049), the Orders denying Rimini's Rule 50(b) Motions (Dkts. 994, 1041), the Orders granting in part Oracle's motions for summary judgment (Dkts. 474, 476), and the Order striking Rimini's copyright misuse affirmative defense (Dkt. 111).

DATED: October 19, 2016         GIBSON, DUNN & CRUTCHER LLP

By: ___*Mark A. Perry*___
       Mark A. Perry

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

## REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 12-2 and 3-2(b), undersigned counsel states as follows: Gibson, Dunn & Crutcher LLP represents Rimini Street, Inc. and Seth Ravin, Defendants and Appellants in the above captioned action.  Below is a list that shows all of the parties to the action and identifies their counsel by name, email address, firm, mailing address, telephone number, and facsimile number.  Fed. R. App. P. 12(b); Circuit Rule 12-2, 3-2(b).

DATED: October 19, 2016        GIBSON, DUNN & CRUTCHER LLP

By: *Mark A. Perry*
      Mark A. Perry

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

## LIST OF PARTIES AND THEIR COUNSEL

**Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation:**

Richard J. Pocker
rpocker@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300
(702) 382-2755 (fax)

William Isaacson
wisaacson@bsfllp.com
Karen Dunn
kdunn@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
(202) 237-2727
(202) 237-6131 (fax)

Steven C. Holtzman
sholtzman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
(510) 874-1000
(510) 874-1460 (fax)

Thomas S. Hixson
thomas.hixson@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
(415) 442-1001 (fax)

Dorian Daley
dorian.daley@oracle.com
Deborah K. Miller
deborah.miller@oracle.com
James C. Maroulis
jim.maroulis@oracle.com
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
(650) 506-4846
(650) 506-7114 (fax)

**Attorneys for Rimini Street, Inc. and Seth Ravin:**

Mark A. Perry
mperry@gibsondunn.com
Joseph A. Gorman
jgorman@gibsondunn.com
Joseph C. Hansen
jhansen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
(202) 467-0539 (fax)

Blaine H. Evanson
bevanson@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071
(213) 229-7228
(213) 229-7520 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2016, I caused to be electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: *Mark A. Perry*
Mark A. Perry

*Attorney for Defendants*
*Rimini Street, Inc. and Seth Ravin*