| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| 3 | Telephone:     702.382.7300 | Telephone:     415.442.1000 |
| 4 | Facsimile:     702.382.2755<br>rpocker@bsfllp.com | Facsimile:     415.442.1001<br>thomas.hixson@morganlewis.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 7 | Washington, DC 20015 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 8 | Telephone:     202.237.2727<br>Facsimile:     202.237.6131 | Redwood City, CA 94070<br>Telephone:     650.506.4846 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Facsimile:     650.506.7114<br>dorian.daley@oracle.com |
| 10 | | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 11 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone:     510.874.1000<br>Facsimile:     510.874.1460 | |
| 14 | sholtzman@bsfllp.com | |
| 15 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc., and Oracle International | |
| 16 | Corp. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ORACLE USA, INC.; ORACLE AMERICA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>RIMINI STREET, INC. and SETH RAVIN,<br><br>           Defendants. | | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF FRANK KENNAMER IN SUPPORT OF ORACLE'S MOTION TO STRIKE PORTIONS OF RIMINI'S REPLY IN SUPPORT OF MOTION TO STAY AND THE SUPPORTING DECLARATION OF BRIAN J. SLEPKO OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SURREPLY** |

I, Frank Kennamer, have personal knowledge of the facts stated below and hereby declare:

1. I am a partner at Morgan, Lewis & Bockius LLP and counsel for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action.

2. I make this declaration based on personal knowledge, and based on the record of this litigation, in support of Oracle's Motion to Strike Portions of Rimini's Reply in Support of Motion to Stay and the Supporting Declaration of Brian J. Slepko or, in the Alternative, for Leave to File a Surreply.

3. Attached as Exhibit 1 is a true and correct copy of excerpts of the December 15, 2011 deposition of Brian Slepko taken in this matter.

4. Attached as Exhibit 2 is a true and correct copy of excerpts of the August 24, 2010 Rule 30(b)(6) deposition of Brian J. Slepko taken in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on October 21, 2016.

By: /s/ Frank Kennamer

Frank Kennamer