# EXHIBIT 1 - SLEPKO 12/15/2011 DEPO EXCERPTS SUBMITTED UNDER SEAL