# EXHIBIT 2 - SLEPKO 8/24/2010 30(b)(6) DEPO EXCERPTS SUBMITTED UNDER SEAL