BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**ORACLE'S MOTION TO SEAL PORTIONS OF ITS MOTION TO STRIKE AND SUPPORTING EXHIBITS**<br><br>Judge: Hon. Larry R. Hicks |

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010 (ECF No. 55, "Protective Order"), Local Rule 10-5(b), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") respectfully request that the Court grant leave to file under seal portions of Oracle's Motion to Strike Portions of Rimini's Reply in Support of Motion to Stay and the Supporting Declaration of Brian J. Slepko or, in the Alternative, for Leave to File Surreply and supporting documents ("Motion to Strike and Supporting Documents").  A public, redacted version was filed on October 21, 2016. *See* ECF Nos. 1082 (Motion to Strike), 1082-3 (Kennamer Decl., Ex. 1), and 1082-4 (Kennamer Decl., Ex. 2).  An unredacted version of each document will be subsequently filed under seal with the Court and linked to the filing of this Motion.

Oracle requests that the Court seal portions of Oracle's Motion to Strike and Supporting Documents because those documents contain information that Rimini has designated as "Confidential Information" or "Highly Confidential Information – Attorneys' Eyes Only" under the terms of the Protective Order.

The Protective Order provides that: "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information - Attorneys' Eyes Only' under the terms of this Protective Order **only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c)**.  The designation by any Designating Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential Information –Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation."  Protective Order ¶ 2 (emphasis added).

Thus, with respect to the portions of Oracle's Motion to Strike and Supporting Documents containing material that Rimini has designated Confidential or Highly Confidential, Rimini contends that that those portions are subject to protection under Federal Rule of Civil Procedure 26(c) and should be filed under seal, and Oracle, as the filing party, makes this

1  request.  Oracle does not independently contend that these portions are subject to such

2  protection, but makes this request as a courtesy to Rimini.

3  Oracle has submitted all other portions of its Motion to Strike and Supporting Documents

4  for filing in the Court's public files, which will allow public access to the filing except for the

5  portions containing information that Rimini has designated as Confidential or Highly

6  Confidential.  Accordingly, this request to seal is narrowly tailored.

7  For the foregoing reasons, Oracle respectfully requests that the Court grant leave to file

8  under seal portions of Oracle's Motion to Strike and Supporting Documents.

9  Dated:   October 21, 2016

MORGAN, LEWIS & BOCKIUS LLP

By:         /s/ Thomas S. Hixson
Thomas S. Hixson
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2016, I electronically transmitted the foregoing **ORACLE'S MOTION TO SEAL PORTIONS OF ITS MOTION TO STRIKE AND SUPPORTING EXHIBITS** to the Clerk's Office using the Electronic Filing System pursuant to Local Rules Part IC.

Dated:  October 21, 2016

Morgan, Lewis & Bockius LLP

By:      /s/ Thomas Hixson
Thomas Hixson
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation