BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
Washington, DC 20015
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-VCF

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

At the time of service I was over eighteen years of age and not a party in this action. My business address is One Market, Spear Street Tower, San Francisco, California 94105. On October 21, 2016, I served the following documents unredacted:

- **ORACLE'S MOTION TO STRIKE PORTIONS OF RIMINI'S REPLY IN SUPPORT OF MOTION TO STAY AND THE SUPPORTING DECLARATION OF BRIAN J. SLEPKO OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SURREPLY**
- **EXHIBITS 1 AND 2 TO THE DECLARATION OF FRANK KENNAMER IN SUPPORT OF ORACLE'S MOTION TO STRIKE PORTIONS OF RIMINI'S REPLY IN SUPPORT OF MOTION TO STAY AND THE SUPPORTING DECLARATION OF BRIAN J. SLEPKO OR, IN THE ALTERNATIVE, FOR LEAVE TO FILE SURREPLY**

I served the documents on the persons below, as follows:

☒ (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

**BY EMAIL**

SHOOK, HARDY & BACON LLP
Ryan D. Dykal
David J. Neigowski
Peter Strand
Annie Y.S. Chuang
B. Trent Webb, Esq.
2555 Grand Blvd.
Kansas City, Missouri 64108
Telephone: (815) 559-2572
rdykal@shb.com
dniegowski@shb.com
pstrand@shb.com
achuang@shb.com
bwebb@shb.com

Michael Gray
Robert H. Reckers
JP Morgan Chase Tower, 600 Travis St. Suite 3400
Houston, TX 77002
Telephone: (713) 227-8008
mgray@shb.com
rreckers@shb.com

**BY EMAIL**

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202_ 955-8500
mperry@gibsondunn.com

Blain H. Evanson
Joseph A. Gorman
Lauren Blas
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com
jgorman@gibsondunn.com
lblas@gibsondunn.com

**BY EMAIL**

LEWIS ROCA ROTHGERBER CHRISTIE LLP
Joel D. Henriod
Daniel F. Polsenberg
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
jhenriod@lrrc.com
dpolsenberg@lrrc.com

**BY EMAIL**

HOWARD & HOWARD
W. West Allen, Esq.
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wallen@howardandhoward.com

**BY EMAIL**

GREENBERG TRAURIG, LLP
Mark G. Tratos, Esq.
Brandon Roos, Esq.
Leslie Godfrey, Esq.
3773 Howard Hughes Pkwy
Ste 400 North
Las Vegas, NY 89169
Telephone: (702) 792-3773
tratosm@gtlaw.com
roosb@gtlaw.com
godfreyl@gtlaw.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on October 21, 2016 at San Francisco, California.

/s/ Megan D. Lin
Megan D. Lin