1   BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
Las Vegas, NV 89101
3   Telephone:    702.382.7300
Facsimile:    702.382.2755
4   rpocker@bsfllp.com

5   BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
6   KAREN DUNN (*pro hac vice*)
5301 Wisconsin Ave, NW
7   Washington, DC 20015
Telephone:    202.237.2727
8   Facsimile:    202.237.6131
wisaacson@bsfllp.com
9   kdunn@bsfllp.com

10
BOIES, SCHILLER & FLEXNER LLP
11  STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
12  Oakland, CA 94612
Telephone:    510.874.1000
13  Facsimile:    510.874.1460
sholtzman@bsfllp.com
14

15  Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle International
16  Corp.

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:    415.442.1001
thomas.hixson@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

17              UNITED STATES DISTRICT COURT

18                    DISTRICT OF NEVADA

| | |
|---|---|
| 19  ORACLE USA, INC.; ORACLE AMERICA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>20              Plaintiff,<br><br>21          v.<br><br>22  RIMINI STREET, INC. and SETH RAVIN,<br><br>              Defendants.<br>23<br><br>24<br><br>25 | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**DECLARATION OF FRANK KENNAMER IN SUPPORT OF ORACLE'S SURREPLY IN OPPOSITION TO RIMINI'S MOTION TO STAY ENFORCEMENT OF PERMANENT INJUNCTION** |

26

27

28

1   I, Frank Kennamer, have personal knowledge of the facts stated below and hereby

2   declare:

3       1.      I am a partner at Morgan, Lewis & Bockius LLP and counsel for Plaintiffs Oracle

4   USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in

5   this action.

6       2.      I make this declaration based on personal knowledge, and based on the record of

7   this litigation, in support of Oracle's Surreply in Opposition to Rimini's Motion to Stay

8   Enforcement of Permanent Injunction.

9       3.      Attached as Exhibit 1 is a true and correct copy of an email from Rimini's counsel

10  to Oracle's counsel, dated October 27, 2016.

11      4.      Attached as Exhibit 2 is a true and correct copy of excerpts of the December 15,

12  2011 deposition of Brian Slepko taken in this matter.

13      5.      Attached as Exhibit 3 is a true and correct copy of excerpts of the August 24,

14  2010 Rule 30(b)(6) deposition of Brian J. Slepko taken in this matter.

15  I declare under penalty of perjury under the laws of the United States that the foregoing is

16  true and correct and that this declaration was executed on October 27, 2016.

17

18

19

20                              By:            /s/ Frank Kennamer

21                                      Frank Kennamer

22

23

24

25

26

27

28

---

KENNAMER DECLARATION ISO ORACLE'S SURREPLY IN OPPOSITION TO RIMINI'S
MOTION TO STAY ENFORCEMENT OF PERMANENT INJUNCTION