# EXHIBIT 1 - 10/27/16 Email from Rimini counsel to Oracle counsel

| | |
|---|---|
| **From:** | Evanson, Blaine H. <BEvanson@gibsondunn.com> |
| **Sent:** | Thursday, October 27, 2016 1:38 PM |
| **To:** | Hixson, Thomas S.; jgorman@gibsondunn.com; mperry@gibsondunn.com |
| **Cc:** | William Isaacson; Karen Dunn; OracleServList:Reblitz-Richardson, Beko; Polito, John A.; Hill, Zachary Scott |
| **Subject:** | RE: Oracle USA, Inc., et al. v. Rimini Street, Inc., et al., Case No. 2:10-cv-0106-LRH-VCF (D. Nev.) |
| **Attachments:** | Ltr 10.5.16.pdf |

Counsel — Subject to all reservation of rights described in the October 5, 2016 letter from Mark Perry to Thomas Hixson (attached), including that Rimini is making this payment under coercion of judgment and without waiving any rights including the right to appeal the judgment and related rulings, Rimini intends to pay the judgment on Monday, October 31.  Rimini will pay Oracle America $35,216,158.64, and will pay Oracle International $89,114,764.63 pursuant to the wiring instructions in the October 7, 2016 letter from Thomas Hixson to Mark Perry.  Please confirm by close of business PT tomorrow (October 28) that these amounts are correct and will satisfy the judgment, including all pre- and post-judgment interest.

Thank you,

Blaine



**Blaine H. Evanson**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7228 • Mobile +1 213.220.6477 • vCard
BEvanson@gibsondunn.com • www.gibsondunn.com/lawyers/bevanson

---

**From:** OracleServList:Hixson, Thomas S.
**Sent:** Friday, October 7, 2016 11:25 AM
**To:** Gorman, Joseph A. <JGorman@gibsondunn.com>; Perry, Mark A. <MPerry@gibsondunn.com>; Evanson, Blaine H. <BEvanson@gibsondunn.com>
**Cc:** William Isaacson <Wisaacson@BSFLLP.com>; Karen Dunn <KDunn@BSFLLP.com>; OracleServList:Reblitz-Richardson, Beko <brichardson@bsfllp.com>; OracleServList:Polito, John A. <John.polito@morganlewis.com>; OracleServList:Hill, Zachary S. <zachary.hill@morganlewis.com>
**Subject:** RE: Oracle USA, Inc., et al. v. Rimini Street, Inc., et al., Case No. 2:10-cv-0106-LRH-VCF (D. Nev.)

Counsel,

Please see the attached correspondence.

**Tom Hixson**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1194 | Main: +1.415.442.1000 | Fax: +1.415.442.1001

1

thomas.hixson@morganlewis.com | www.morganlewis.com
Assistant: Jennifer Gray | +1.415.442.1783 | jennifer.gray@morganlewis.com

---

**From:** Gorman, Joseph A. [mailto:JGorman@gibsondunn.com]
**Sent:** Wednesday, October 05, 2016 7:49 AM
**To:** Hixson, Thomas S.
**Cc:** mperry@gibsondunn.com; bevanson@gibsondunn.com; William Isaacson; Karen Dunn; OracleServList:Reblitz-Richardson, Beko; Polito, John A.; Hill, Zachary Scott
**Subject:** Oracle USA, Inc., et al. v. Rimini Street, Inc., et al., Case No. 2:10-cv-0106-LRH-VCF (D. Nev.)

Counsel,

Please see the attached letter from Mark Perry.

Thank you,

**Joseph A. Gorman**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
555 Mission Street, San Francisco, CA 94105-0921
Tel +1 415.393.8211 • Fax +1 415.374.8416
JGorman@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.