| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone:  415.442.1000<br>Facsimile:  415.442.1001 |
| 4 | rpocker@bsfllp.com | thomas.hixson@morganlewis.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 7 | Washington, DC 20015 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | Telephone:  650.506.4846<br>Facsimile:  650.506.7114 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 10 | BOIES, SCHILLER & FLEXNER LLP | jim.maroulis@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | |
| 12 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 13 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 14 | | |
| 15 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and | |
| 16 | Oracle International Corp. | |
| 17 | UNITED STATES DISTRICT COURT | |
| 18 | DISTRICT OF NEVADA | |
| 19 | ORACLE USA, INC., a Colorado corporation; | Case No. 2:10-cv-0106-LRH-VCF |
| 20 | ORACLE AMERICA, INC., a Delaware<br>corporation; and ORACLE INTERNATIONAL | **CERTIFICATE OF SERVICE** |
| 21 | CORPORATION, a California corporation, | |
| 22 | Plaintiffs,<br>v. | |
| 23 | RIMINI STREET, INC., a Nevada corporation; | |
| 24 | SETH RAVIN, an individual, | |
| 25 | Defendants. | |
| 26 | | |
| 27 | | |
| 28 | | |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

At the time of service I was over eighteen years of age and not a party in this action. My business address is One Market, Spear Street Tower, San Francisco, California 94105. On October 27, 2016, I served the following documents unredacted:

- **ORACLE'S SURREPLY IN OPPOSITION TO RIMINI'S MOTION TO STAY ENFORCEMENT OF PERMANENT INJUNCTION**

- **EXHIBITS 2 AND 3 TO THE DECLARATION OF FRANK KENNAMER IN SUPPORT OF ORACLE'S SURREPLY IN OPPOSITION TO RIMINI'S MOTION TO STAY ENFORCEMENT OF PERMANENT INJUNCTION**

I served the documents on the persons below, as follows:

☒    (BY ELECTRONIC MAIL) by transmitting via electronic mail document(s) in portable document format (PDF) listed below to the email address set forth below on this date.

| BY EMAIL | BY EMAIL |
|---|---|
| SHOOK, HARDY & BACON LLP<br>Ryan D. Dykal<br>David J. Neigowski<br>Peter Strand<br>Annie Y.S. Chuang<br>B. Trent Webb, Esq.<br>2555 Grand Blvd.<br>Kansas City, Missouri 64108<br>Telephone: (815) 559-2572<br>rdykal@shb.com<br>dniegowski@shb.com<br>pstrand@shb.com<br>achuang@shb.com<br>bwebb@shb.com<br><br>Michael Gray<br>Robert H. Reckers<br>JP Morgan Chase Tower, 600 Travis St. Suite 3400<br>Houston, TX 77002<br>Telephone: (713) 227-8008<br>mgray@shb.com<br>rreckers@shb.com | GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202_ 955-8500<br>mperry@gibsondunn.com<br><br>Blain H. Evanson<br>Joseph A. Gorman<br>Lauren Blas<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>lblas@gibsondunn.com |

**BY EMAIL**                                              **BY EMAIL**

| | | |
|---|---|---|
| 1 | | |
| 2 | LEWIS ROCA ROTHGERBER CHRISTIE LLP | HOWARD & HOWARD W. West Allen, Esq. |
| 3 | Joel D. Henriod Daniel F. Polsenberg | 3800 Howard Hughes Parkway, Suite 1000 Las Vegas, NV 89169 |
| 4 | 3993 Howard Hughes Parkway, Suite 600 | Telephone: (702) 667-4843 wallen@howardandhoward.com |
| 5 | Las Vegas, NV 89169 Telephone: (702) 949-8200 | |
| 6 | jhenriod@lrrc.com dpolsenberg@lrrc.com | |
| 7 | | |
| 8 | **BY EMAIL** | |
| 9 | GREENBERG TRAURIG, LLP Mark G. Tratos, Esq. | |
| 10 | Brandon Roos, Esq. Leslie Godfrey, Esq. | |
| 11 | 3773 Howard Hughes Pkwy Ste 400 North | |
| 12 | Las Vegas, NY 89169 Telephone: (702) 792-3773 | |
| 13 | tratosm@gtlaw.com roosb@gtlaw.com | |
| 14 | godfreyl@gtlaw.com | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on October 27, 2016 at San Francisco, California.

                                                  /s/ Zachary Hill
                                                  Zachary Hill

CERTIFICATE OF SERVICE