| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | One Market, Spear Street Tower<br>San Francisco, CA 94105 |
| 3 | Telephone: 702.382.7300<br>Facsimile: 702.382.2755 | Telephone: 415.442.1000<br>Facsimile: 415.442.1001 |
| 4 | rpocker@bsfllp.com | thomas.hixson@morganlewis.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 6 | KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 7 | Washington, DC 20015<br>Telephone: 202.237.2727 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 8 | Facsimile: 202.237.6131 | Redwood City, CA 94070<br>Telephone: 650.506.4846 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Facsimile: 650.506.7114<br>dorian.daley@oracle.com |
| 10 | | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 11 | BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone: 510.874.1000<br>Facsimile: 510.874.1460 | |
| 14 | sholtzman@bsfllp.com | |

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle [America, Inc.] and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; ORACLE AMERICA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>       Plaintiff,<br>       v.<br><br>RIMINI STREET, INC. and SETH RAVIN,<br><br>       Defendants.<br><br>*And Related Cases*<br><br>**Case No. 2:14-cv-01699-LRH-CWH**<br><br>RIMINI STREET, INC.,<br><br>       Plaintiff,<br>       v.<br><br>ORACLE INTERNATIONAL CORPORATION,<br><br>       Defendant. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**ORACLE'S REPLY IN SUPPORT OF ITS MOTION FOR REASSIGNMENT OF MATTER TO MAGISTRATE JUDGE PEGGY A. LEEN** |

ii

| | |
|---|---|
| 1 | ORACLE AMERICA, INC., *et al.*, |
| 2 | Counterclaimants, v. |
| 3 | RIMINI STREET, INC., *et al.*, |
| 4 | Counterdefendants. |
| 5 | **Case No. 3:16-CV-00543-LRH-CWH** |
| 6 | COLBECK CAPITAL MANAGEMENT, |
| 7 | Third-Party Movant, v. |
| 8 | ORACLE INTERNATIONAL CORPORATION and ORACLE AMERICA, INC., |
| 9 | Respondents. |

1   Plaintiff Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (collectively "Oracle") refer the Court to its Reply In Support Of Its Motion for Reassignment of Matters to Magistrate Judge Peggy A. Leen filed in *Rimini Street, Inc., v. Oracle International Corp.*, Case No. 2:14-cv-01699-LRH-CWH ("*Rimini II*") and attached here as Exhibit 1. For all of the reasons stated in Exhibit 1, Oracle respectfully requests that the Court reassign Judge Leen to this matter ("*Rimini I*") because reassignment would promote judicial economy and diminish the likelihood of inconsistent results.

There are several additional grounds supporting Oracle's request for reassignment of this matter to Judge Leen. First, as Oracle explained in its motion, the Court has already found that *Rimini I* and *Rimini II* are related cases and that judicial economy would be served by assigning both cases to Your Honor and Magistrate Judge Leen. *See Rimini II*, ECF No. 52. Second, Judge Leen has even more extensive experience adjudicating *Rimini I* which has been pending since 2010. Third, the current magistrate judge has not made any rulings in this case since Judge Leen's temporary recusal. Finally, there are still unresolved issues in *Rimini I* which may necessitate further enforcement or other post-judgment proceedings. *See, e.g., Rimini I*, ECF No. 1049 (granting Oracle's motion for permanent injunction and awarding Oracle prejudgment interest and attorneys' fees).

For these additional reasons, Oracle respectfully requests that *Rimini I* be reassigned to Judge Leen.

DATED: November 11, 2016        MORGAN, LEWIS & BOCKIUS LLP

By:    /s/ Thomas S. Hixson

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

ORACLE'S REPLY IN SUPPORT OF MOTION FOR REASSIGNMENT

**CERTIFICATE OF SERVICE**

I certify that on November 11, 2016, I electronically transmitted the foregoing ORACLE'S REPLY IN SUPPORT OF ITS MOTION FOR REASSIGNMENT OF MATTER TO JUDGE PEGGY A. LEEN together with Exhibit 1 to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

DATED: November 11, 2016　　　　　MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Thomas S. Hixson

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.