| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com<br><br>HOWARD & HOWARD PLLC<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wallen@howardandhoward.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>        Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**NOTICE OF SATISFACTION OF MONETARY JUDGMENT**<br><br>Judge:    Hon. Larry R. Hicks |

Defendants Rimini Street, Inc. and Seth Ravin submit this notice regarding satisfaction of the October 18, 2016 judgment in favor of Plaintiffs Oracle International Corporation and Oracle America, Inc. in the above-entitled action.  ECF No. 1076.  On October 31, 2016, Defendants Rimini Street, Inc. and Seth Ravin fully satisfied the monetary portion of the judgment with payments made, under coercion of judgment and without waiver of rights including the right to appeal the judgment and related rulings, of $35,216,158.64 to Oracle America, Inc. and of $89,114,764.63 to Oracle International Corporation, inclusive of all pre- and post-judgment interest.  The payment has been fully satisfied.  A receipt of this payment is attached as Exhibit A to the Declaration of Joseph A. Gorman.

Dated: November 16, 2016                       GIBSON, DUNN & CRUTCHER LLP

                                                                               By:   *Joseph A. Gorman*
                                                                                       Joseph A. Gorman

                                                                   *Attorneys for Defendants*
                                                                   *Rimini Street, Inc. and Seth Ravin*