GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

HOWARD & HOWARD PLLC
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wallen@howardandhoward.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF JOSEPH A. GORMAN IN SUPPORT OF NOTICE OF SATISFACTION OF MONETARY JUDGMENT**<br><br>Judge:     Hon. Larry R. Hicks |

## **DECLARATION OF JOSEPH A. GORMAN**

I, Joseph A. Gorman, declare and state as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am admitted *pro hac vice* to practice before this Court. I am an attorney with the law firm of Gibson, Dunn & Crutcher LLP and am counsel of record for defendants Rimini Street, Inc. and Seth Ravin ("Rimini"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of a receipt showing transaction details for Rimini's October 31, 2016 payment, made under coercion of judgment and without waiver of rights including the right to appeal the judgment and related rulings, of $35,226,158.64 to Oracle America, Inc. and of $89,124,764.63 to Oracle International Corporation, inclusive of all pre- and post-judgment interest, fully satisfying the monetary portion of the Court's October 18, 2016 judgment. These amounts each include $10,000 in addition to the monetary judgment entered by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct, and that this declaration was executed this 16th day of November, 2016 at San Francisco, California.

By: /s/ _____
Joseph A. Gorman

# Exhibit A

Transaction Detail



|  | Transaction Details |
|---|---|
| Date: | 31-Oct-2016 |
| Account Number: | |
| Bank ID: | |
| Transaction: | Outgoing Money Transfer Debit (495) |
| Currency: | USD |
| Amount: | 35,226,158.64 |
| Credit/Debit: | DEBIT |
| Customer Ref #: | |
| Bank Reference: | |
| Value Date: | |

| Immediate Avail: | 0.00 |
|---|---|
| 1 Day Float: | 0.00 |
| 2 Day Float: | 0.00 |
| Text: | WIRE TYPE:WIRE OUT DATE:103116 TIME:1413 ET<br>TRN                      SERVICE REF<br>FED IMAD:<br>RELATED REF:<br>ORIG: ID:<br>BNF:ORACLE AMERICA INC. ID:<br>BNF BK:WELLS FARGO BANK NA ID:<br>INT BK: ID:<br>RECV BK: ID:<br>PAYMENT DETAILS:<br>RIMINI PAYMENT ONE |

Transaction Detail



|  | Transaction Details |
|---|---|
| Date: | 31-Oct-2016 |
| Account Number: |  |
| Bank ID: |  |
| Transaction: | Outgoing Money Transfer Debit (495) |
| Currency: | USD |
| Amount: | 89,124,764.63 |
| Credit/Debit: | DEBIT |
| Customer Ref #: |  |
| Bank Reference: |  |
| Value Date: |  |
| Immediate Avail: | 0.00 |
| 1 Day Float: | 0.00 |
| 2 Day Float: | 0.00 |
| Text: | WIRE TYPE:WIRE OUT DATE:103116 TIME:1426 ET<br>TRN:               SERVICE REF<br>FED<br>RELATED REF:<br>ORIG: ID:<br>BNF:ORACLE INTERNATIONAL CORP. ID<br>BNF BK:WELLS FARGO BANK NA ID:<br>INT BK: ID:<br>RECV BK: ID:<br>PAYMENT DETAILS:<br>RIMINI PAYMENT 2 |

about:blank

10/31/2016