1

```
 1                  UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
 2          BEFORE THE HONORABLE PEGGY A. LEEN, MAGISTRATE JUDGE


 3

 4   ORACLE USA, INC., a Colorado      :
     corporation; ORACLE AMERICA,      :
 5   INC., a Delaware corporation;     :
     and ORACLE INTERNATIONAL          :No. 2:10-cv-0106-LRH-PAL
 6   CORPORATION, a California         :
     corporation,                      :
 7                                     :
             Plaintiffs,               :
 8                                     :
          vs.                          :
 9                                     :
     RIMINI STREET, INC., a Nevada     :
10   corporation; and SETH RAVIN, an   :
     individual,                       :
11                                     :
             Defendants.               :
12   _____  :

13

14                  TRANSCRIPT OF STATUS CONFERENCE

15

16

                         January 25, 2011
17

18                       Las Vegas, Nevada

19

20
     FTR No. 3B/20110125 @ 10:29 a.m.
21

22
     Transcribed by:        Donna Davidson, CCR, RDR, CRR
23                          (775) 329-0132
                            dodavidson@att.net
24

25    (Proceedings recorded by electronic sound recording,
      transcript produced by mechanical stenography and computer.)
```

TRANSCRIBED FROM DIGITAL RECORDING

2

1                        A P P E A R A N C E S

2     FOR THE PLAINTIFFS:

3     BOIES, SCHILLER & FLEXNER LLP
      KIERAN P. RINGGENBERG
4     1999 Harrison Street, Suite 900
      Oakland, California 94612
5     (510) 874-1000
      Fax: (510) 874-1460
6     kringgenberg@bsfllp.com

7     BOIES, SCHILLER & FLEXNER LLP
      RICHARD J. POCKER
8     300 South Fourth Street, Suite 800
      Las Vegas, Nevada 89101
9     (702) 382-7300
      Fax: (702) 382-2755
10    rpocker@bsfllp.com

11    MORGAN LEWIS & BOCKIUS LLP
      THOMAS S. HIXSON (By telephone)
12    GEOFFREY M. HOWARD
      One Market, Spear Street Tower
13    San Francisco, California 94105
      (415) 442-1000
14    Fax:  (415) 442-1001
      thomas.hixson@morganlewis.com
15    geoff.howard@morganlewis.com

16    JAMES C. MAROULIS (By telephone)
      Oracle Corporation
17    500 Oracle Parkway
      Redwood City, California 94070
18    (650) 506-4846
      jim.maroulis@oracle.com
19

20    FOR THE DEFENDANTS:
21
      SHOOK, HARDY & BACON LLP
22    ROBERT H. RECKERS
      600 Travis Street, Suite 3400
23    Houston, Texas 77002
      (713) 227-8008
24    Fax: (713) 227-9508
      rreckers@shb.com
25

TRANSCRIBED FROM DIGITAL RECORDING

3

1              LAS VEGAS, NEVADA, JANUARY 25, 2011, 10:29 A.M.

2                             --oOo--

3                    P R O C E E D I N G S

4

5              COURTROOM ADMINISTRATOR:  All rise.

6              THE COURT:  Good morning.  Please be seated.

7              COURTROOM ADMINISTRATOR:  Your Honor, we are now

8    calling the status conference in the matter of Oracle USA,

9    Inc., versus Rimini Street, et al.  The case number is

10   2:10-cv-0106-LRH-PAL.

11             Beginning with counsel appearing telephonically,

12   please state your names for the record, followed by

13   plaintiff's counsel present in the courtroom and defense

14   counsel present in the courtroom.

15             Telephonic counsel?

16             MR. MAROULIS:  Good morning, Your Honor.  It's

17   James Maroulis from Oracle for the plaintiffs.

18             MR. HIXSON:  Good morning, Your Honor.  This is

19   Tom Hixson, also for the plaintiffs.

20             MR. POCKER:  Your Honor, Richard Pocker on

21   behalf of the plaintiffs.

22             MR. RINGGENBERG:  Kieran Ringgenberg for the

23   plaintiffs.

24             MR. HOWARD:  Your Honor, Jeff Howard for

25   plaintiffs.

TRANSCRIBED FROM DIGITAL RECORDING

4

1          MR. RECKERS:  Rob Reckers for the defendant.

2          THE COURT:  You're outgunned today, Mr. Reckers.

3          MR. RECKERS:  Pardon me?

4          THE COURT:  I said you're outgunned today, in

5  numbers if not in talent.

6          At any rate, I was gratified to read your joint

7  status report.  You're making progress in discovery.  You

8  still have some things that you need to resolve.  But you

9  have no outstanding discovery disputes or motions at this

10  time.  And you're requesting a status conference sometime

11  in March.

12          Anything else to bring me up to date on?

13  Anything that you folks need or need to address by the

14  Court at this time?

15          Counsel for plaintiffs?

16          MR. HOWARD:  No, Your Honor.  Not at this time,

17  not today.

18          THE COURT:  Counsel for defendants?

19          MR. RECKERS:  Nothing for us.

20          THE COURT:  All right.  Well, folks, if you have

21  a non-eventful status conference like this, you're more

22  than welcome to submit a stipulation requesting that I

23  vacate it so I don't take you out of your offices and spend

24  your time and money for this.

25          I'm gratified to see that you are making

TRANSCRIBED FROM DIGITAL RECORDING

5

1    substantial progress.  And I'll grant your request for a

2    March status conference and send you on your way.

3                Mr. Miller?

4                COURTROOM ADMINISTRATOR:  Yes, Your Honor.  My

5    only question is, is that for early March or any time

6    specific during the month?

7                THE COURT:  What's your pleasure, gentlemen?

8                MR. RECKERS:  I think we had indicated in the

9    paper the second half or late March.

10               THE COURT:  All right.

11               Mr. Miller, let's accommodate them, please.

12               COURTROOM ADMINISTRATOR:  Yes, Your Honor.  We

13   can set this matter for a status check on Tuesday, March

14   the 29th, 2011, at 10:00 a.m.

15               THE COURT:  All right.  And counsel, of course,

16   may appear telephonically without advance permission.  Just

17   give Mr. Miller the number at which you can be reached to

18   facilitate the conference call.

19               Thank you for appearing here today, counsel.

20   Good day now.

21               COURTROOM ADMINISTRATOR:  All rise.

22           (The proceedings concluded at 10:32 a.m.)

23                         *    *    *

24

25

6

-o0o-

I certify that the foregoing is a correct

transcript from the electronic sound recording

of the proceedings in the above-entitled matter.

_____        11/18/16

Donna Davidson                              Date