| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | One Market Street, Spear Street Tower<br>San Francisco, CA 94105-1596 |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001 |
| 4 | rpocker@bsfllp.com | thomas.hixson@morganlewis.com |
| 5 | BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 6 | KAREN DUNN (*pro hac vice*) | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 7 | 1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005 | 500 Oracle Parkway<br>M/S 5op7 |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | Redwood City, CA 94070<br>Telephone:  650.506.4846 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Facsimile:  650.506.7114<br>dorian.daley@oracle.com |
| 10 | BOIES, SCHILLER & FLEXNER LLP | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON | |
| 12 |   (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | |
| 13 | Oakland, CA 94612<br>Telephone:    510.874.1000 | |
| 14 | Facsimile:     510.874.1460<br>sholtzman@bsfllp.com | |
| 15 | brichardson@bsfllp.com | |
| 16 | *Attorneys for Plaintiffs*<br>Oracle USA, Inc., Oracle America, Inc., and | |
| 17 | Oracle International Corp. | |

|    |    |
|----|----|
| 18 | **UNITED STATES DISTRICT COURT** |
| 19 | **DISTRICT OF NEVADA** |
| 20 | |
| 21 | ORACLE USA, INC., a Colorado corporation; | CASE NO. 2:10-cv-0106-LRH-PAL |
| 22 | ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL | **PLAINTIFFS ORACLE USA, INC.,** |
| 23 | CORPORATION, a California corporation, | **ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL** |
| 24 | Plaintiffs,<br>v. | **CORPORATION'S NOTICE OF CHANGE OF ADDRESS** |
| 25 | RIMINI STREET, INC., a Nevada corporation; | |
| 26 | SETH RAVIN, an individual, | |
| 27 | Defendants. | |
| 28 | | |

ORACLE'S NOTICE OF CHANGE OF ADDRESS

| | |
|---|---|
| 1 | **TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:** |
| 2 | The undersigned attorneys for plaintiffs Oracle USA, Inc., Oracle America, Inc., and |
| 3 | Oracle International Corp ("Oracle") file this Notice of Change of Address and request that the |
| 4 | Court's docket in the above-captioned case be updated accordingly. |
| 5 | PLEASE TAKE NOTICE effective December 29, 2016, the address for Oracle's counsel |
| 6 | William Isaacson and Karen Dunn at Boies, Schiller & Flexner LLP is changed to: |

> BOIES, SCHILLER & FLEXNER LLP
> 1401 New York Ave., NW
> 11th Floor
> Washington, DC 20005
> Tel: (202) 237-2727
> Fax: (202) 237-6131

DATED:  December 29, 2016           BOIES SCHILLER & FLEXNER LLP

By: /s/ *Beko O. Reblitz-Richardson*
Beko O. Reblitz-Richardson

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc.,
and Oracle International Corp

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of December, 2016, I electronically transmitted the foregoing **PLAINTIFFS ORACLE USA, INC., ORACLE AMERICA, INC., AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF CHANGE OF ADDRESS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

/s/ *Catherine T. Duong*
An employee of Boies, Schiller & Flexner LLP