GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry *(pro hac vice)*
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson *(pro hac vice)*
Joseph A. Goreman *(pro hac vice)*
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
bevanson@gibsondunn.com
jgoreman@gibsondunn.com

RIMINI STREET, INC.
Daniel B. Winslow *(pro hac vice)*
dwinslow@riministreet.com
6601 Koll Center Parkway, Suite 300
Pleasanton, California 94566
Telephone: (925) 264 7736

RIMINI STREET, INC.
John P. Reilly (Admitted *pro hac vice*)
jreilly@riministreet.com
3993 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (336) 402-4068

HOWARD & HOWARD ATTORNEYS
W. WEST ALLEN (Nevada Bar No. 5566)
wwa@h2law.com
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 667-4843

*Attorneys for Defendant Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION, a California corporation, and ORACLE AMERICA, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC. a Nevada corporation, and SETH RAVIN, and individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**RIMINI STREET, INC., AND SETH RAVIN'S NOTICE OF WITHDRAWAL OF PETER E. STRAND AS COUNSEL OF RECORD**<br><br>Judge: Hon. Larry R. Hicks |

1

8081346

-2-

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Defendant Rimini Street, Inc., and Seth Ravin (collectively, "Rimini"), Peter E. Strand, is no longer affiliated with the law firm of Shook, Hardy & Bacon, LLP and Rimini hereby withdraws Mr. Strand as its counsel of record.  Mr. Strand should be removed from all further notices.  The law firm of Gibson Dunn & Crutcher LLP continues to represent Rimini in this matter.  This notice has been served upon John Reilly who is in-house counsel for Rimini Street.

DATED:       April 4, 2017                                    SHOOK, HARDY & BACON LLP


                                                              By: */s/ Peter E. Strand*
                                                                   Peter E. Strand


                                                              *Attorneys for Plaintiff and Counter*
                                                              *Defendant Rimini Street, Inc., and Counter*
                                                              *Defendant Seth Ravin*

8081346

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

Dated: April 4, 2017

      /s/ Peter E. Strand
Peter E. Strand

*Attorneys for Plaintiff and Counter Defendant Rimini Street, Inc., and Counter Defendant Seth Ravin*

-3-

8081346