UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>Defendants. | Case No.  2:10-cv-00106-LRH-PAL<br><br>MINUTE ORDER<br><br>September 22, 2017 |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   <u>  NONE APPEARING  </u>      REPORTER:  <u> NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S):  <u>        NONE APPEARING        </u>

COUNSEL FOR DEFENDANT(S):  <u>       NONE APPEARING        </u>

**MINUTE ORDER IN CHAMBERS**:

Before the court is plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's Notice of Withdrawal of Counsel (ECF No. 1108) in which plaintiffs inform the court that Gregory J. Dubinsky has withdrawn as counsel for the plaintiffs.  Good cause appearing,

IT IS ORDERED that the Clerk of Court remove this counsel's name from the docket in this matter.

IT IS SO ORDERED.

DEBRA K. KEMPI, CLERK

By:   <u>        /s/        </u>

Deputy Clerk