| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com<br><br>HOWARD & HOWARD PLLC<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 402-4068<br>jreilly@riministreet.com |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>            Defendants. | CASE NO. 2:10-CV-0106-LRH-PAL<br><br>**RIMINI STREET, INC.'S SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES** |

**SUPPLEMENTAL CERTIFICATE OF INTERESTED PARTIES**

On October 10, 2017, Defendant Rimini Street, Inc., a Nevada corporation, merged with GP Investments Acquisition Corp., a Delaware public corporation. The name of the corporation surviving the merger was GP Investments Acquisition Corp., but at the time of the merger on October 10, 2017, the name of the surviving corporation was changed to Rimini Street, Inc., a Delaware public corporation. Therefore, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, attorney of record for Rimini Street, Inc., a Nevada corporation, certifies that the following may have a direct, pecuniary interest in the outcome of this case: Rimini Street, Inc., a Delaware public corporation. These representations are made to enable judges of the court to evaluate possible disqualifications or recusal.

Dated: October 11, 2017                     GIBSON, DUNN & CRUTCHER LLP

By: */s/ Blaine H. Evanson*
       Blaine H. Evanson

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of *Rimini's Supplemental Certificate of Interested Parties* to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

Dated: October 11, 2017

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Blaine H. Evanson*
　　　　Blaine H. Evanson

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*