| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: 702.382.7300<br>Facsimile: 702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: 510.874.1000<br>Facsimile: 510.874.1460<br>sholtzman@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; ORACLE AMERICA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br>v.<br>RIMINI STREET, INC. and SETH RAVIN,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**ORACLE AMERICA, USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** |

ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL

| | |
|---|---|
| 1 | **TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:** |
| 2 | PLEASE TAKE NOTICE that counsel of record for Plaintiffs Oracle USA, Inc., Oracle |
| 3 | America, Inc. and Oracle International Corp. ("Oracle"), Nitin Jindal has left Morgan, Lewis & |
| 4 | Bockius LLP, and Oracle hereby withdraws Mr. Jindal as its counsel of record. Mr. Jindal |
| 5 | should be removed from all further notices. |
| 6 | The law firm of Morgan, Lewis & Bockius LLP continues to represent Oracle in this |
| 7 | matter. |

DATED: February 15, 2018

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Thomas S. Hixson
Thomas S. Hixson

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 2-15-2018

ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2018, I electronically transmitted the foregoing **ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: February 15, 2018       MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ Thomas S. Hixson_
Thomas S. Hixson

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation