BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF BEKO REBLITZ-RICHARDSON IN SUPPORT OF ORACLE'S MOTION TO DEPOSIT ATTORNEYS' FEE AWARD WITH THE COURT**<br><br>Judge: Hon. Larry R. Hicks |

I, Beko Reblitz-Richardson, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies Schiller Flexner LLP, counsel to Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. I make this declaration in support of Oracle's Motion to Deposit Attorneys' Fee Award with the Court. I have firsthand knowledge of the contents of this declaration and I could testify thereto.

2. On October 18, 2016, the Court entered final judgment against Defendants Rimini Street, Inc. and Seth Ravin (collectively "Rimini") and awarded Oracle $124,291,396.82 in damages, attorneys' fees, costs, and prejudgment interest, plus post-judgment interest through the date of payment. On October 31, 2016, Rimini paid that judgment in full, including post-judgment interest, in the amount of $124,330,923.27. *See* ECF Nos. 1096, 1097.

3. Rimini appealed to the Ninth Circuit. After the Ninth Circuit issued its opinion, Rimini petitioned for rehearing en banc, limited to the issues of prejudgment interest and non-taxable costs. The Ninth Circuit denied Rimini's petition on March 2, 2018. Attached as Exhibit 1 is a true and correct copy of the order denying Rimini's petition.

4. The appellate mandate issued on March 13, 2018. Attached as Exhibit 2 is a true and correct copy of the mandate.

5. Oracle will promptly file, no later than March 23, 2018 (fewer than 14 days from the issuance of the appellate mandate), renewed motions for a permanent injunction and for attorneys' fees. Oracle will seek the full amount of attorneys' fees previously awarded and paid to Oracle ($28,502,246.40).

6. Attached as Exhibit 3 is a true and correct copy of Rimini's June 28, 2016 press release.

7. Attached as Exhibit 4 is a true and correct copy of Rimini's October 11, 2017 press release.

DECLARATION OF BEKO REBLITZ-RICHARDSON IN SUPPORT OF ORACLE'S
MOTION TO DEPOSIT ATTORNEYS' FEE AWARD WITH THE COURT

1         8.      Attached as Exhibit 5 is a true and correct copy of excerpts of Rimini's December

2  1, 2017 Form S-1 Registration Statement. The full document is available at

3  https://www.sec.gov/Archives/edgar/data/1635282/000114420417061975/tv480605_s1a.htm.

4         9.      Attached as Exhibit 6 is a true and correct copy of Rimini's January 24, 2018

5  press release.

6         10.     Attached as Exhibit 7 is a true and correct copy of Rimini's March 6, 2018 Form

7  S-8/S-3 Registration Statement.

8         11.     Attached as Exhibit 8 is a true and correct copy of Rimini's March 6, 2018 Form

9  8-K, which includes a copy of Rimini's March 6, 2018 press release.

10        I declare that the foregoing is true under penalty of perjury of the laws of the United

11 States.

12        Executed this 13 day of March, 2018 at Oakland, California.

*/s/ Beko Reblitz-Richardson*
Beko Reblitz-Richardson

# CERTIFICATE OF SERVICE

I certify that on March 13, 2018, I electronically transmitted the foregoing **DECLARATION OF BEKO REBLITZ-RICHARDSON IN SUPPORT OF ORACLE'S MOTION TO DEPOSIT ATTORNEYS' FEE AWARD WITH THE COURT** to the Clerk's Office using the Electronic Filing System pursuant to Local Rules Section 1C.

Dated: March 13, 2018

BOIES SCHILLER FLEXNER LLP

By: */s/ Ashleigh Jensen*
Ashleigh Jensen