# Exhibit 1

[Ninth Circuit Order Denying En Banc Petition]

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 02 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　Defendants-Appellants. | Nos. 16-16832<br>　　　16-16905<br><br>D.C. No.<br>2:10-cv-00106-LRH-VCF<br>District of Nevada,<br>Las Vegas<br><br><br>ORDER |

Before: GRABER and FRIEDLAND, Circuit Judges, and FOGEL,[*] District Judge.

Judges Graber and Friedland have voted to deny the petition for rehearing en banc for Appellant Rimini Street, Inc., and Judge Fogel has so recommended.

The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on it.

The petition for rehearing en banc for Appellant Rimini Street, Inc., is DENIED.

---

　　　[*] The Honorable Jeremy D. Fogel, United States District Judge for the Northern District of California, sitting by designation.