# Exhibit 3

[Rimini Street Press Release dated June 28, 2016]

Client Portal

**Rimini Street**
Engineered for Support

# Press Releases

## Rimini Street Closes New $125 Million Financing Round Led by Colbeck

6/28/2016

**Financing fuels accelerating global growth and expansion of leading independent enterprise software support services**

**LAS VEGAS, June 28, 2016** - Rimini Street, Inc., the leading independent provider of enterprise software support services for SAP SE's (NYSE:SAP) Business Suite, BusinessObjects and HANA Database software and Oracle Corporation's (NYSE:ORCL) Siebel, PeopleSoft, JD Edwards, E-Business Suite, Oracle Database, Oracle Middleware, Hyperion, Oracle Retail and Oracle Agile PLM software, today announced that it recently closed a new $125 million financing that will be used to accelerate the Company's next phase of global growth and product portfolio expansion. The new financing round was led by Colbeck and includes a syndicate of lenders**.**

**New Financing Will Fuel Accelerated Growth and Expansion**
Rimini Street is the leading global provider of independent enterprise software support with more than 10 years of delivery experience and over 1,400 signed clients to date, including more than 130 Fortune 500 and Global 100 organizations. The Company's annual revenue has been growing at an average rate of 36% since 2010, which has accelerated to an average rate of 39% since 2012. At the close of its fiscal Q1 ending March 31 2016, the Company reported an annual run-rate revenue approaching $150 million and marked its 41st consecutive quarter of growth. In addition, in Q1 2016, Rimini Street's employee count and total signed clients grew 36% and 31% year over year, respectively. In January 2016, Rimini Street announced that it had achieved the significant market milestone of saving Oracle and SAP clients more than $1 billion in total

maintenance costs since the Company's inception.

"We have been watching Rimini Street lead a very large, multi-billion dollar global market opportunity for independent enterprise software maintenance with their vision, industry leadership, and impressive execution and growth," said Jason Colodne, managing partner, Colbeck. "Rimini Street delivers an extremely high value service with a strong, unparalleled reputation for quality support, deliverables and client satisfaction. This new financing package will help the Company more fully capitalize on the accelerating demand for their enterprise software support solutions around the world."

"Rimini Street continues to execute its global business plan, delivering its award-winning premium support service with excellent and consistent client satisfaction, success rates and financial results. We are pleased to welcome our new financial partners who will help us take advantage of the opportunities created by accelerating global demand in our next phase of growth," said Seth Ravin, chief executive offer and chairman of the board, Rimini Street. "As organizations around the world switch from vendor support to Rimini Street support at a rapidly growing rate, we are increasing our investments in the service programs that will help our clients fully realize the value of their SAP and Oracle enterprise software spend. Clients can save up to 90 percent in total operating costs and enable needed innovation through the re-allocation of budget and resources. Rimini Street has engineered its support model from the ground up to help our clients achieve the maximum ROI from their existing IT investments - this was our mission when we launched Rimini Street in 2005, and remains our passionate mission today."

To learn more, follow @riministreet on Twitter and find Rimini Street on Facebook and LinkedIn.

### About Rimini Street, Inc.
Rimini Street is the global leader in providing independent enterprise software support services. The company has redefined enterprise support services since 2005 with an innovative, award-winning program that enables Oracle and SAP licensees to save up to 90 percent on total support costs. Clients can remain on their current software release without any required upgrades for at least 15 years. Over 1,400 global, Fortune 500, midmarket, and public sector

organizations from a broad range of industries have selected Rimini Street as their trusted, independent support provider. To learn more, please visit http://www.riministreet.com.

## About Colbeck

Founded in 2009 by Jason Colodne and Jason Beckman, Colbeck manages private equity-style direct lending funds and has a core focus of investing and advising on strategic finance solutions. Colbeck also provides strategic and operational advisory services.

## Forward-Looking Statements

This press release may contain forward-looking statements. The words "believe," "may," "will," "plan," "estimate," "continue," "anticipate," "intend," "expect," and similar expressions are intended to identify forward-looking statements. These forward-looking statements are subject to risks and uncertainties, and are based on various assumptions. If the risks materialize or our assumptions prove incorrect, actual results could differ materially from the results implied by these forward-looking statements. Rimini Street assumes no obligation to update any forward-looking statements or information, which speak only as of the date of this press release.

###

Rimini Street and the Rimini Street logo are trademarks of Rimini Street, Inc. All other company and product names may be trademarks of their respective owners. Copyright © 2016. All rights reserved.