# Exhibit 5

[Excerpts of Rimini Street SEC FORM S-1 dated December 1, 2017]

S-1/A 1 tv480605_s1a.htm S-1/A

As filed with the Securities and Exchange Commission on December 1, 2017
Registration No. 333-221709

_____

## SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

_____

**Amendment No.1 to**
**FORM S-1**
**REGISTRATION STATEMENT**
Under
**The Securities Act of 1933**

_____

# RIMINI STREET, INC.
(Exact name of Registrant as specified in its charter)

| **Delaware** | **7380** | **36-4880301** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification Number) |

_____

**3993 Howard Hughes Parkway, Suite 500**
**Las Vegas, NV 89169**
**(702) 839-9671**
(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

_____

**Seth A. Ravin**
**Chief Executive Officer**
**Rimini Street, Inc.**
**3993 Howard Hughes Parkway, Suite 500**
**Las Vegas, NV 89169**
**(702) 839-9671**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

_____

*Copies to:*

| | |
|---|---|
| **Jose F. Macias** | **Thomas B. Sabol** |
| **Michael E. Coke** | **Daniel B. Winslow** |
| **Wilson Sonsini Goodrich & Rosati, P.C.** | **Andrew Terry** |
| **650 Page Mill Road** | **Rimini Street, Inc.** |
| **Palo Alto, California 94304** | **3993 Howard Hughes Parkway, Suite 500** |
| **(650) 493-9300** | **Las Vegas, NV 89169** |
| | **(702) 839-9671** |

**Approximate date of commencement of proposed sale to the public:** As soon as practicable after this registration statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933 (the "Securities Act"), check the following box. ☒

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Cash used in financing activities of $2.9 million for the year ended December 31, 2014 was primarily attributable to payments for deferred offering costs of $2.3 million, and net principal reductions of $0.6 million under our prior line of credit and capital lease obligations.

**Foreign Subsidiaries.** Our foreign subsidiaries and branches are dependent on our U.S.-based parent for continued funding. We currently do not intend to repatriate any amounts that have been invested overseas back to the U.S.-based parent. Should any funds from our foreign subsidiaries be repatriated in the future, we believe we would not need to accrue and pay taxes on the amounts repatriated due to the significant amount of tax net operating loss carryforwards we have available to offset such income taxes. As of September 30, 2017, we had cash and cash equivalents of $3.4 million in our foreign subsidiaries.

### Contractual Obligations

The following table summarizes our contractual obligations on an undiscounted basis as of December 31, 2016, and the period in which each contractual obligation is due:

| | Year Ending December 31, | | | | | | |
|---|---|---|---|---|---|---|---|
| | **2017** | **2018** | **2019** | **2020** | **2021** | **Thereafter** | **Total** |
| | (in thousands) | | | | | | |
| Credit Facility: | | | | | | | |
| Components of debt carrying value[1]: | | | | | | | |
| Principal | $ 22,750 | $ 28,500 | $ 30,000 | $ 26,650 | $ - | $ - | $ 107,900 |
| Consulting | 2,000 | 2,000 | 2,000 | - | - | - | 6,000 |
| Trigger event fees | - | - | - | 55,258 | - | - | 55,258 |
| Components of stated interest rate[2]: | | | | | | | |
| Interest payable in cash | 12,281 | 9,320 | 5,960 | 1,657 | - | - | 29,218 |
| Interest payable in kind | - | - | - | 8,205 | - | - | 8,205 |
| Components of debt financing fees: | | | | | | | |
| Collateral monitoring fees[3] | 2,517 | 1,886 | 1,182 | 292 | - | - | 5,877 |
| Unused line fees[4] | 887 | 887 | 425 | - | - | - | 2,199 |
| Annual loan service fee | 395 | 395 | 395 | - | - | - | 1,185 |
| Annual agent fee | 55 | 55 | 55 | - | - | - | 165 |
| Leases: | | | | | | | |
| Operating leases | 4,198 | 3,899 | 3,350 | 3,001 | 2,883 | 2,075 | 19,406 |
| Capital leases | 893 | 460 | 87 | - | - | - | 1,440 |
| Total | $ 45,976 | $ 47,402 | $ 43,454 | $ 95,063 | $ 2,883 | $ 2,075 | $ 236,853 |

(1) The principal payments are based on the Credit Facility amortization schedule, as amended. Scheduled minimum principal payments shown above for the year ending December 31, 2017 exclude the impact of (i) the repayment of $14.1 million of principal in April 2017 in connection with an insurance settlement, (ii) principal payments based on the calculation of 75% of Excess Cash Flow, if any, generated for each of the calendar quarters ending in 2017, (iii) additional principal payments that we are required to make from the $35.0 million equity issuance proceeds, (iv) Customer Prepayments for service periods exceeding one year that are received after April 1, 2017, and that are required to be applied to reduce the outstanding principal balance, and (v) additional principal payments that we may elect to make in connection with the merger agreement. Principal payments based on the insurance settlement, Excess Cash Flow and future Customer Prepayments are excluded from the table since they are contingent payments based on the generation of working capital in the future, and principal payments that result from modifications of the Credit Facility are excluded until the period of the modification.

(2) Interest payable in cash at the stated rate of 12.0% per annum is included in the table based on the calculated principal balance as described in footnote [1] above. Make-whole interest payments are excluded from the table since they are in lieu of interest otherwise included in the table. Interest that is payable in kind at the stated rate of 3.0% per annum is payable at maturity of the Credit Facility and the amount presented is the cumulative PIK interest from January 1, 2017 through the maturity date, based on the principal balance as described in footnote [1] above.

**RIMINI STREET, INC. AND SUBSIDIARIES**

**Unaudited Condensed Consolidated Statements of Operations and Comprehensive Loss**
**For the Nine Months Ended September 30, 2017 and 2016**
**(In thousands, except per share amounts)**

|  | 2017 | 2016 |
|---|---:|---:|
| Net revenue | $ 154,729 | $ 113,438 |
| Cost of revenue | 58,002 | 48,074 |
| Gross profit | 96,727 | 65,364 |
| Operating expenses: | | |
| Sales and marketing | 47,685 | 53,573 |
| General and administrative | 26,784 | 22,082 |
| Write-off of deferred financing costs | - | 2,000 |
| Litigation costs and related insurance recoveries: | | |
| Professional fees and other defense costs of litigation | 11,724 | 15,865 |
| Insurance recoveries and reduction in deferred settlement liability | (7,113) | (6,868) |
| Pre-judgment interest | - | 2,706 |
| Total operating expenses | 79,080 | 89,358 |
| Operating income (loss) | 17,647 | (23,994) |
| Non-operating expenses: | | |
| Interest expense | (33,629) | (5,020) |
| Other debt financing expenses | (14,704) | (4,278) |
| Loss on embedded derivatives and redeemable warrants, net | (18,467) | (2,145) |
| Other, net | 422 | (665) |
| Loss before income taxes | (48,731) | (36,102) |
| Income tax expense | (643) | (895) |
| Net loss | (49,374) | (36,997) |
| Foreign currency translation gain (loss) | 160 | (264) |
| Comprehensive loss | $ (49,214) | $ (37,261) |
| Net loss per common share: | | |
| Basic and diluted [1] | $ (0.48) | $ (0.37) |
| Weighted average number of common shares outstanding: | | |
| Basic and diluted [1] | 102,535 | 101,326 |

[1] See Note 1 for discussion of reverse recapitalization that is not given effect herein.

*The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.*

**RIMINI STREET, INC. AND SUBSIDIARIES**
**Unaudited Condensed Consolidated Statements of Cash Flows**
**For the Nine Months Ended September 30, 2017 and 2016**
**(In thousands)**

|  | 2017 | 2016 |
|---|---|---|
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net loss | $ (49,374) | $ (36,997) |
| Adjustments to reconcile net loss to net cash provided by operating activities: | | |
| Depreciation and amortization | 1,477 | 1,296 |
| Accretion and amortization of debt discount and issuance costs | 19,403 | 4,346 |
| Write-off of debt discount and issuance costs | 9,861 | - |
| Stock-based compensation expense | 1,916 | 1,829 |
| Loss on embedded derivatives and redeemable warrants, net | 18,467 | 2,145 |
| Paid-in-kind interest expense | 2,038 | 253 |
| Deferred income taxes | (32) | (42) |
| Other | 364 | 46 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | 21,745 | 8,537 |
| Prepaid expenses, deposits and other | (1,756) | (3,030) |
| Accounts payable | 291 | (487) |
| Accrued expenses | 547 | 6,564 |
| Deferred insurance settlement | 13,230 | - |
| Accrued pre-judgement interest on litigation settlement | - | 2,706 |
| Deferred revenue | (12,021) | 24,882 |
| Net cash provided by operating activities | 26,156 | 12,048 |
| | | |
| **CASH FLOWS USED IN INVESTING ACTIVITIES:** | | |
| Capital expenditures | (1,074) | (630) |
| | | |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Net proceeds from borrowings | - | 19,607 |
| Principal payments on borrowings | (36,993) | (15,112) |
| Principal payments on capital leases | (648) | (467) |
| Payments for debt issuance costs | (332) | (559) |
| Payments for deferred offering costs | (704) | - |
| Proceeds from exercise of employee stock options | 397 | 18 |
| Net cash provided by (used in) financing activities | (38,280) | 3,487 |
| Effect of foreign currency translation changes | 550 | (138) |
| Net increase (decrease) in cash, cash equivalents and restricted cash | (12,648) | 14,767 |
| Cash, cash equivalents and restricted cash at beginning of period | 28,237 | 12,559 |
| Cash, cash equivalents and restricted cash at end of period | $ 15,589 | $ 27,326 |
| | | |
| **SUPPLEMENTAL DISCLOSURE OF CASH FLOW INFORMATION:** | | |
| Cash paid for interest | $ 13,377 | $ 1,460 |
| Cash paid for income taxes | 1,414 | 1,135 |
| | | |
| **SUPPLEMENTAL DISCLOSURE OF NON-CASH INVESTING AND FINANCING ACTIVITIES:** | | |
| Liability for mandatory fees and related debt discount under Credit Facility: | | |
| Balance at inception of Credit Facility | $ - | $ 45,301 |
| Adjustment for updated calculation of mandatory trigger event exit fees | 5,775 | 4,907 |
| Payables for deferred offering costs | 3,253 | - |
| Payable for debt issuance costs | 1,250 | - |
| Payables for capital expenditures | 85 | - |
| Issuance of redeemable warrants for debt issuance costs | - | 8,847 |
| Purchase of equipment under capital lease obligations | - | 868 |

*The accompanying notes are an integral part of these unaudited condensed consolidated financial statements.*

**RIMINI STREET, INC. AND SUBSIDIARIES**

**NOTES TO UNAUDITED CONDENSED CONSOLIDATED FINANCIAL STATEMENTS (Continued)**

Upon consummation of the business combination and reverse recapitalization discussed in Notes 1 and 11, the weighted average number of common shares outstanding will be converted to Company Shares using the Exchange Ratio. Accordingly, in the future earnings per share will give effect to the change in capital structure that resulted from the reverse recapitalization.

Basic and diluted EPS was the same for each period presented as the inclusion of all potential common shares outstanding would have been anti-dilutive. For the nine months ended September 30, 2016 and 2017, the following potential common stock equivalents of RSI were excluded from the computation of diluted earnings per share since the impact of inclusion was anti-dilutive (in thousands):

|  | 2017 | 2016 |
|---|---|---|
| Convertible preferred stock | 100,486 | 44,045 |
| Stock options | 55,436 | 54,643 |
| Warrants | 14,455 | 11,420 |
| Total | 170,377 | 110,108 |

## NOTE 11—SUBSEQUENT EVENTS

### Business Combination

In October 2017 the Merger Agreement discussed in Note 1 was approved by the respective shareholders of RSI and GPIA, and closing occurred on October 10, 2017. Pursuant to the Merger Agreement, the consummation of the first merger was conditioned upon, among other things there being (i) a minimum of $50.0 million of cash available to GPIA (including the cash in GPIA's trust account and any cash provided by the Sponsor pursuant to its equity commitment) and (ii) a minimum amount of immediately available cash in the GPIA trust account of not less than $5.0 million after giving effect to the redemption of GPIA public shares. Pursuant to the equity commitment letter entered into between GPIA and the Sponsor dated May 16, 2017 (the "Equity Commitment Letter"), the Sponsor was required (in certain circumstances) to provide backstop equity financing by means of purchasing newly issued GPIA shares based on a per share issue price of $10.00 in an aggregate amount of up to $35.0 million. Upon the effective date, the non-Sponsor available cash after giving effect to the GPIA share redemptions discussed above was $14.3 million. On the effective date, but prior to the closing, the Sponsor purchased in the aggregate 3,600,000 shares of GPIA in a private placement at an issuance price of $10.00 per share for gross proceeds of $36.0 million. Such Sponsor purchases resulted in available cash required for consummation of the mergers of $50.3 million. The following table presents a reconciliation of GPIA's available cash as of September 30, 2017 along with the impact of share redemptions, and the payment of permitted liabilities to arrive at the net available cash of $42.4 million that will be accounted for as a capital infusion in October 2017 (dollars in thousands, except per share amounts):

| | |
|---|---|
| GPIA available cash as of September 30, 2017: | |
| Cash and cash equivalents | $           2 |
| Cash and marketable securities held in Trust account | 158,209 |
| Total available cash as of September 30, 2017 | 158,211 |
| Change in available cash after September 30, 2017 | 8 |
| Less redemption of 14,286,064 GPIA shares prior to closing | (143,904) |
| Available cash before GPIA Sponsor capital infusion | 14,315 |
| GPIA Sponsor purchase of 3,600,000 ordinary shares at $10.00 per share | 36,000 |
| Total available cash from GPIA | 50,315 |
| Less permitted cash payments of GPIA liabilities: | |
| Deferred underwriting fees, net of amount settled in Company Shares | (4,550) |
| Unpaid transaction costs related to the merger | (3,351) |
| Net capital infusion from GPIA | $    42,414 |

The net capital infusion from GPIA of $42.4 million was used to (i) pay down $5.0 million of mandatory trigger event exit fees due to the Origination Agent as required by the Sixth Amendment to the Credit Facility as discussed below, (ii) pay transaction costs incurred by RSI of approximately $11.5 million, and (iii) the remainder of approximately $25.9 million was deposited to a restricted cash control account under the Credit Facility. Total costs incurred by RSI related to the capital infusion amounted to approximately $11.5 million (including approximately $4.0 million classified as deferred offering costs on the accompanying unaudited condensed consolidated balance sheet as of September 30, 2017) and will be charged to additional paid-in capital in October 2017, since the capital infusion was successful.

## SIGNATURES

Pursuant to the requirements of the Securities Act of 1933, as amended, the registrant has duly caused this amendment to the Registration Statement to be signed on its behalf by the undersigned, thereunto duly authorized, in the City of Las Vegas, State of Nevada, on December 1, 2017.

**RIMINI STREET, INC.**

By:   /s/ Seth A. Ravin
_____
Seth A. Ravin
Chief Executive Officer

Pursuant to the requirements of the Securities Act of 1933, as amended, this amendment to the registration statement on Form S-1 has been signed by the following persons in the capacities and on the dates indicated:

| Signature | Title | Date |
|---|---|---|
| /s/ Seth A. Ravin<br>Seth A. Ravin | Chief Executive Officer and Chairman of the Board of Directors (Principal Executive Officer) | December 1, 2017 |
| /s/ Thomas Sabol<br>Thomas Sabol | Chief Financial Officer, Senior Vice President (Principal Accounting and Financial Officer) | December 1, 2017 |
| *<br>Thomas C. Shay | Senior Vice President, Chief Information Officer, Secretary and Director | December 1, 2017 |
| *<br>Jack L. Acosta | Director | December 1, 2017 |
| *<br>Thomas Ashburn | Director | December 1, 2017 |
| *<br>Steve Capelli | Director | December 1, 2017 |
| *<br>Robin Murray | Director | December 1, 2017 |
| *<br>Margaret (Peggy) Taylor | Director | December 1, 2017 |
| *<br>Antonio Bonchristiano | Director | December 1, 2017 |
| *<br>Andrew Fleiss | Director | December 1, 2017 |

* By:   /s/ Seth A. Ravin
_____
Seth A. Ravin
Attorney-in-fact