UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual,<br><br>        Defendants - Appellants. | No. 16-16832<br><br>D.C. No. 2:10-cv-00106-LRH-VCF<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |
| ORACLE USA, INC., a Colorado corporation; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual,<br><br>        Defendants - Appellants. | No. 16-16905<br><br>D.C. No. 2:10-cv-00106-LRH-VCF<br>U.S. District Court for Nevada, Las Vegas |

The judgment of this Court, entered January 08, 2018, takes effect this date.

Case 2:10-cv-00106-LRH-VCF Document 1146 Filed 03/13/18 Page 2 of 2
Case: 16-16832, 03/13/2018, ID: 10797161, DktEntry: 98, Page 2 of 2

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. The parties shall bear their own costs on appeal.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7