| | | |
|---|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | JOHN A. POLITO (*pro hac vice*)<br>One Market, Spear Street Tower |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | San Francisco, CA  94105<br>Telephone:  415.442.1000 |
| 4 | rpocker@bsfllp.com | Facsimile:  415.442.1001<br>thomas.hixson@morganlewis.com |
| 5 | BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | john.polito@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 7 | 1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20015 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Redwood City, CA 94070<br>Telephone:  650.506.4846 |
| 10 | | Facsimile:  650.506.7114<br>dorian.daley@oracle.com |
| 11 | BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 12 | BEKO O. REBLITZ-RICHARDSON (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | |
| 13 | Oakland, CA 94612<br>Telephone: (510) 874-1000 | |
| 14 | Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |
| 15 | brichardson@bsfllp.com | |
| 16 | Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and | |
| 17 | Oracle International Corp. | |

18   UNITED STATES DISTRICT COURT

19   DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | | |
| 21 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No. 2:10-cv-0106-LRH-VCF |
| 22 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **DECLARATION OF ZACHARY HILL IN SUPPORT OF ORACLE'S RENEWED** |
| 23 | Plaintiffs, | **MOTION FOR ATTORNEYS' FEES** |
| 24 | v. | |
| 25 | RIMINI STREET, INC., a Nevada corporation;<br>and SETH RAVIN, an individual, | |
| 26 | Defendants. | |
| 27 | | |
| 28 | | |

Case No. 2:10-cv-0106-LRH-VCF
HILL DECL. ISO ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES

I, Zachary S. Hill, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter, and an associate with Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc.; Oracle America, Inc.; and Oracle International Corporation in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached as **Exhibit A** is a true and correct copy of highlighted excerpts of Rimini Street, Inc.'s March 15, 2018 10-K filing with the Securities and Exchange Commission.

3. Attached as **Exhibit B** is a true and correct copy of a February 27, 2015 article published on the website of The Register and available at https://www.theregister.co.uk/2015/02/27/to_beat_oracle_in_court_or_commerce_start_outside_california/.

I executed this declaration on March 26, 2018 in San Francisco, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: March 26, 2018

                                                  /s/ Zachary S. Hill
                                                  Zachary S. Hill

**CERTIFICATE OF SERVICE**

I certify that on March 26, 2018, I electronically transmitted the foregoing DECLARATION OF ZACHARY HILL IN SUPPORT OF ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES to the Clerk's Office using the Electronic Filing System pursuant to Special Order No. 109.

Dated: March 26, 2018

Morgan, Lewis & Bockius LLP

By:     /s/ *Thomas Hixson*
        Thomas Hixson

Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation