| | | |
|---|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP | MORGAN, LEWIS & BOCKIUS LLP |
| | RICHARD J. POCKER (NV Bar No. 3568) | THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | JOHN A. POLITO (*pro hac vice*) |
| | Las Vegas, NV 89101 | One Market, Spear Street Tower |
| 3 | Telephone: (702) 382-7300 | San Francisco, CA  94105-1596 |
| | Facsimile: (702) 382-2755 | Telephone:  415.442.1000 |
| 4 | rpocker@bsfllp.com | Facsimile:  415.442.1001 |
| | | thomas.hixson@morganlewis.com |
| 5 | BOIES SCHILLER FLEXNER LLP | john.polito@morganlewis.com |
| | WILLIAM ISAACSON (*pro hac vice*) | |
| 6 | KAREN DUNN (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| | 5301 Wisconsin Ave, NW | DEBORAH K. MILLER (*pro hac vice*) |
| 7 | Washington, DC 20015 | JAMES C. MAROULIS (*pro hac vice*) |
| | Telephone: (202) 237-2727 | ORACLE CORPORATION |
| 8 | Facsimile: (202) 237-6131 | 500 Oracle Parkway, M/S 5op7 |
| | wisaacson@bsfllp.com | Redwood City, CA  94070 |
| 9 | kdunn@bsfllp.com | Telephone:  650.506.4846 |
| | | Facsimile:  650.506.7114 |
| 10 | BOIES SCHILLER FLEXNER LLP | dorian.daley@oracle.com |
| | STEVEN C. HOLTZMAN (*pro hac vice*) | deborah.miller@oracle.com |
| 11 | BEKO O. REBLITZ-RICHARDSON (*pro hac vice*) | jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900 | |
| | Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000 | |
| | Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com | |
| 15 | brichardson@bsfllp.com | |
| 16 | Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. | |
| 17 | | |

|    |                                                                                          |                                   |
|----|------------------------------------------------------------------------------------------|-----------------------------------|
| 18 | UNITED STATES DISTRICT COURT                                                             |                                   |
| 19 | DISTRICT OF NEVADA                                                                       |                                   |
| 20 |                                                                                          |                                   |
| 21 | ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware               | Case No. 2:10-cv-00106-LRH-PAL    |
| 22 | corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,             | **CERTIFICATE OF SERVICE**        |
| 23 |     Plaintiffs,                                                                          |                                   |
| 24 |     v.                                                                                   |                                   |
| 25 | RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,                    |                                   |
| 26 |     Defendants.                                                                          |                                   |
| 27 |                                                                                          |                                   |
| 28 |                                                                                          |                                   |

# **CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105. On November March 26, 2018, I served the following documents un redacted:

**ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES (DKT. 1120)**

I served the documents on the persons below, as follows:

| | |
|---|---|
| Joseph A. Gorman, Esq. | Jeffrey T. Thomas, Esq. |
| Daniel J. Kuo, Esq. | Michele L. Maryott, Esq. |
| GIBSON, DUNN & CRUTCHER LLP | Casey J. McCracken, Esq. |
| 555 Mission Street, Suite 2900 | Chris Whittaker, Esq. |
| San Francisco, CA 94105-0921 | Jennafer M. Tryck, Esq. |
| *JGorman@gibsondunn.com* | Caitlin S. Peters, Esq. |
| *DKuo@gibsondunn.com* | Ronald Gomez, Esq. |
| | Katie M. Magallanes, Esq. |
| Samuel Liversidge, Esq. | Matthew T. Sessions, Esq. |
| Eric D. Vandevelde, Esq. | Amber McKonly, Esq. |
| Blake Shinoda, Esq. | Tracy A. Morgan |
| Daniel Adler, Esq. | GIBSON, DUNN & CRUTCHER LLP |
| GIBSON, DUNN & CRUTCHER LLP | 3161 Michelson Drive, Suite 1200 |
| 333 South Grand Ave., 47th Floor | Irvine, CA 92612-4412 |
| Los Angeles, CA 90071-3197 | *JTThomas@gibsondunn.com* |
| *SLiversidge@gibsondunn.com* | *MMaryott@gibsondunn.com* |
| *EVandevelde@gibsondunn.com* | *CMcCracken@gibsondunn.com* |
| *Bshinoda@gibsondunn.com* | *CWhittaker@gibsondunn.com* |
| *DAdler@gibsondunn.com* | *RDuBose@gibsondunn.com* |
| | *JTryck@gibsondunn.com* |
| Wesley Sze, Esq. | *CPeters@gibisondunn.com* |
| GIBSON, DUNN & CRUTCHER LLP | *RGomez@gibsondunn.com* |
| 555 Mission Street, Suite 2900 | *KMagallanes@gibsondunn.com* |
| Palo Alto, CA 94304-1211 | *MSessions@gibsondunn.com* |
| *WSze@gibsondunn.com* | *AMcKonly@gibsondunn.com* |
| | *TMorgan2@gibsondunn.com* |

1

CERTIFICATE OF SERVICE

1   The documents were served pursuant to FRCP 5(b) by sending them by electronic mail.
2   Based on a court order or an agreement of the parties to accept service by e-mail or electronic
3   transmission, I caused the documents to be sent to the persons at the e-mail addresses listed
4   above.  I did not receive, within a reasonable time after the transmission, any electronic message
5   or other indication that the transmission was unsuccessful.

7   I declare under penalty of perjury under the laws of the United States of America that the
8   foregoing information contained in the Certificate of Service is true and correct.

10  Date:  March 26, 2018

                                    /s/ Spencer Wan
                                    Spencer Wan

CERTIFICATE OF SERVICE