| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com |
| BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com |
| BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>fnorton@bsfllp.com | HOWARD & HOWARD<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wallen@howardandhoward.com |
| MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com | DANIEL B. WINSLOW<br>RIMINI STREET, INC.<br>6601 Koll Center Parkway Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>Attorneys for Defendants Rimini Street, Inc., and Seth Ravin |
| DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. | |

STIPULATION AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RIMINI STREET'S RESPONSE TO ORACLE'S RULE 67 MOTION** |

On March 13, 2018, Oracle filed a motion to deposit the *Rimini I* attorneys' fee award vacated by the Ninth Circuit with this Court while the Court considers Oracle's renewed motion for attorneys' fees. ECF 1114 ("Rule 67 Motion"). Rimini Street's response to the Rule 67 Motion is due March 27, 2018. The parties are negotiating a resolution of Oracle's Rule 67 Motion, and as part of that resolution, Oracle would withdraw its Rule 67 Motion. The parties have not yet reached final terms on a resolution of the Rule 67 motion, but Oracle has agreed to extend Rimini Street's deadline to respond to the Rule 67 motion while those final terms are negotiated.

THEREFORE IT IS HEREBY STIPULATED by and between the Parties that Rimini Street's deadline to respond to Oracle's Rule 67 Motion is extended by 14 days, to April 10, 2018.

DATED: March 27, 2018        GIBSON, DUNN & CRUTCHER LLP

By:  /s/  *Mark A. Perry*
          Mark A. Perry

Attorneys for Defendants Rimini Street, Inc. and Seth Ravin

DATED: March 27, 2018        BOIES SCHILLER FLEXNER LLP

By:  /s/  *William Isaacson*
          William Isaacson

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

## **ATTESTATION OF FILER**

The signatories to this document are William Isaacson and me, and I have obtained Mr. Isaacson's concurrence to file this document on his behalf.

DATED: March 27, 2018         GIBSON, DUNN & CRUTCHER LLP

                              By:   /s/   *Mark A. Perry*
                                         Mark A. Perry

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

                                         _____
                                         Hon. Larry R. Hicks
                                         United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: March 27, 2018     GIBSON, DUNN & CRUTCHER LLP

By:   /s/   *Mark A. Perry*
         Mark A. Perry

Attorneys for Defendants Rimini Street, Inc. and Seth Ravin