BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
thomas.hixson@morganlewis.com
john.polito@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

HOWARD & HOWARD
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wallen@howardandhoward.com

DANIEL B. WINSLOW
RIMINI STREET, INC.
6601 Koll Center Parkway Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

Attorneys for Defendants Rimini Street, Inc., and Seth Ravin

STIPULATION AND [PROPOSED] ORDER

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RULE 67 DEPOSIT AND BRIEFING SCHEDULE FOR ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES** |

WHEREAS on September 21, 2016, the Court entered an award of $28,502,246.40 in attorneys' fees in favor of Oracle (Dkt. 1049);

WHEREAS on October 18, 2016, the Court entered a final judgment that included the attorneys' fees award (Dkt. 1076);

WHEREAS on October 31, 2016, Rimini paid Oracle the judgment in full, including the complete attorneys' fees award plus postjudgment interest (Dkt. 1096, 1097);

WHEREAS on January 8, 2018, the U.S. Court of Appeals for the Ninth Circuit affirmed liability and prejudgment interest for Oracle's copyright infringement claims (*Oracle USA, Inc. v. Rimini Street, Inc.*, 879 F.3d 948 (9th Cir. 2018));

WHEREAS the Ninth Circuit reversed liability and prejudgment interest for the state computer hacking statutes—a sum total of $19,764,595.85 (Dkt. 1076 ¶¶ 3-4)—and reversed $1,515,285.45 in taxable costs (*Rimini*, 879 F.3d at 962-65) (hereinafter, the "Reversed Sums");

WHEREAS the Ninth Circuit "vacate[d] the [attorneys'] fee award and remand[ed] for reconsideration" (*Rimini*, 879 F.3d at 965);

WHEREAS on March 13, 2018, Oracle filed a Motion to Deposit Attorneys' Fee Award with the Court, requesting permission pursuant to Rule 67 of the Federal Rules of Civil Procedure to deposit with the Court the $28,502,246.40 attorneys' fees award vacated by the Ninth Circuit, which

award Rimini previously paid to Oracle, pending resolution of Oracle's renewed motion for attorneys' fees (Dkt. 1114);

WHEREAS the parties now agree that Oracle can deposit $28,502,246.40 with the Court pursuant to Rule 67, on the conditions that Oracle (1) withdraws its pending motion, (2) promptly pays back to Rimini the Reversed Sums with postjudgment interest, and (3) agrees to provide Rimini with 60 days to oppose Oracle's renewed motion for attorneys' fees (Dkt. 1118); and

WHEREAS Rule 67 requires from the Court an "order permitting deposit" (Fed. R. Civ. P. 67(b));

THEREFORE IT IS HEREBY STIPULATED by and between the Parties that:

1. Oracle shall withdraw its pending Motion to Deposit Attorneys' Fee Award with the Court.

2. Oracle shall promptly pay back to Rimini all Reversed Sums with postjudgment interest.

3. The Parties request that the Court enter the attached Rule 67 Proposed Order, which authorizes Oracle to deposit $28,502,246.40 with the Court in its Registry Account, to be disbursed with appropriate interest according to this Court's resolution of Oracle's renewed motion for attorneys' fees. This disbursement is to occur without respect to either party's subsequent appeal from this Court's decision.

4. Rimini shall have 60 days from the date of Oracle's renewed motion for attorneys' fees to file its opposition brief to Oracle's renewed motion for attorneys' fees.

**SO STIPULATED AND AGREED.**

DATED: March 29, 2018                    GIBSON, DUNN & CRUTCHER LLP

                                         By:   /s/ *Mark A. Perry*
                                                 Mark A. Perry

                                         Attorneys for Defendants Rimini Street, Inc. and Seth Ravin

DATED: March 29, 2018            BOIES SCHILLER FLEXNER LLP

By: /s/ *William Isaacson*
William Isaacson

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. And Oracle International Corporation

**ATTESTATION OF FILER**

The signatories to this document are William Isaacson and me, and I have obtained Mr. Isaacson's concurrence to file this document on his behalf.

DATED: March 29, 2018            GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Mark A. Perry*
Mark A. Perry

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

Hon. Larry R. Hicks
United States District Judge

STIPULATION AND [PROPOSED] ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users.  All counsel of record are registered users.

DATED:  March 29, 2018

                         GIBSON, DUNN & CRUTCHER LLP

                         By:     /s/ *Mark A. Perry*
                               Mark A. Perry

                         Attorneys for Defendants Rimini Street, Inc. and Seth Ravin