UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**STIPULATION AND ORDER REGARDING RIMINI STREET'S RESPONSE TO ORACLE'S RULE 67 MOTION**

On March 13, 2018, Oracle filed a motion to deposit the *Rimini I* attorneys' fee award vacated by the Ninth Circuit with this Court while the Court considers Oracle's renewed motion for attorneys' fees. ECF 1114 ("Rule 67 Motion"). Rimini Street's response to the Rule 67 Motion is due March 27, 2018. The parties are negotiating a resolution of Oracle's Rule 67 Motion, and as part of that resolution, Oracle would withdraw its Rule 67 Motion. The parties have not yet reached final terms on a resolution of the Rule 67 motion, but Oracle has agreed to extend Rimini Street's deadline to respond to the Rule 67 motion while those final terms are negotiated.

THEREFORE IT IS HEREBY STIPULATED by and between the Parties that Rimini Street's deadline to respond to Oracle's Rule 67 Motion is extended by 14 days, to April 10, 2018.

DATED: March 27, 2018        GIBSON, DUNN & CRUTCHER LLP

By: ___/s/___ *Mark A. Perry*___
            Mark A. Perry

Attorneys for Defendants Rimini Street, Inc. and Seth Ravin

DATED: March 27, 2018        BOIES SCHILLER FLEXNER LLP

By: ___/s/___ *William Isaacson*___
            William Isaacson

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

1

**ATTESTATION OF FILER**

The signatories to this document are William Isaacson and me, and I have obtained Mr. Isaacson's concurrence to file this document on his behalf.

DATED: March 27, 2018   GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Mark A. Perry*
Mark A. Perry

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, *nunc pro tunc.*

Dated: March 29, 2018

_____
Hon. Larry R. Hicks
United States District Judge