## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; *et al.*, <br><br> Plaintiffs/Appellees, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual, <br><br> Defendants/Appellees. | 2:10-cv-00106-LRH-VCF <br><br> C/A Nos. **16832** and **16905** <br><br><br> ORDER ON MANDATE |

The above-entitled cause, having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on March 13, 2018, issued its mandate affirming in part, reversing in part, and vacating in part the judgment, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Counsel should please note that an order regarding the briefing schedule for briefs to be resubmitted to this court will issue shortly.

DATED this 2nd day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE