# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**STIPULATED ORDER REGARDING RULE 67 DEPOSIT**

Judge: Hon. Larry R. Hicks

Pursuant to the parties' joint stipulation dated March 29, 2018, *see* Dkt. 1123, IT IS HEREBY ORDERED THAT:

Under Federal Rule of Civil Procedure 67, Oracle is hereby authorized to deposit $28,502,246.40 with the Court in its Registry Account, to be disbursed with appropriate interest according to this Court's resolution of Oracle's renewed motion for attorneys' fees. This disbursement is to occur without respect to either party's subsequent appeal from this Court's decision.

Rimini's opposition to Oracle's renewed motion for attorneys' fees is due on May 25, 2018.

IT IS SO ORDERED.

DATED: 4/3/18

By: _____
Hon. Larry R. Hicks
United States District Judge