# Exhibit C:

# Declarations of
# Jim Benge, Ron Teegarden,
# Kien Phung, Craig Mackereth,
# and David Miller

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
wallen@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ORACLE USA, INC.; and ORACLE INTERNATIONAL CORPORATION,

Plaintiffs,

v.

RIMINI STREET, INC.; and SETH RAVIN,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**DECLARATION OF JIM BENGE IN OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION**

OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

I, Jim Benge, have personal knowledge of the facts stated below and under penalty of perjury hereby declare:

1. I am the Vice President of PeopleSoft Development at Rimini Street, Inc. ("Rimini"). I have been in that position since February 1, 2009. I have worked at Rimini since June 23, 2008.

2. As Vice President of PeopleSoft Development, I oversee the delivery of enterprise software updates to keep Rimini's PeopleSoft clients in compliance with evolving tax, legal, and regulatory requirements and am familiar with Rimini's processes for providing support services related to Oracle's PeopleSoft software product.

3. Rimini's current support processes for PeopleSoft do not rely on the use of any "local" PeopleSoft environments or documentation on Rimini's computer systems.

4. Rimini's current support process does not download or transmit onto Rimini's computer systems any PeopleSoft software or documentation from password-protected Oracle websites, or upload such software or documentation from any Oracle installation media.

5. Instead of using local or cloned copies of PeopleSoft, Rimini's current process involves remotely accessing a Rimini client's PeopleSoft environments that Rimini uses to service that client.

6. Certain of Rimini's clients have elected to store copies of PeopleSoft software or documentation on cloud computing platforms, such as Amazon or Windstream. For those clients, Rimini's current process involves remotely accessing the clients' PeopleSoft software or documentation that is stored in the cloud.

7. Rimini's current process does not use automated tools to access or download PeopleSoft software or documentation from password-protected Oracle websites.

-1-
OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

8. When Rimini downloads PeopleSoft software or documentation from password-protected Oracle websites for a Rimini client, the current process involves using only that client's valid login credentials.

9. Rimini's current process does not use one client's PeopleSoft software or documentation to reproduce or "clone" a new environment for any other Rimini client.

10. Rimini's current process does not reproduce PeopleSoft software or documentation licensed to one client from that client to any other client.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Jim Benge_
Jim Benge

Executed on: November 2, 2015
Pleasanton, California

- 3 -

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: /s/ Blaine H. Evanson
Blaine H. Evanson

*Attorney for Defendants
Rimini Street, Inc. and Seth Ravin*

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
wallen@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC.; and SETH RAVIN,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF RON TEEGARDEN IN OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION** |

I, Ron Teegarden, have personal knowledge of the facts stated below and under penalty of perjury hereby declare:

1. I am the Practice Manager of Global JD Edwards Service Delivery at Rimini Street, Inc. ("Rimini"). I have been in that position since June 1, 2013. I have worked at Rimini since February 21, 2012.

2. As Practice Manager of Global JD Edwards Service Delivery, I oversee delivery of, and am familiar with, Rimini's processes for providing support services related to Oracle's JD Edwards software product.

3. Rimini's current support processes for JD Edwards do not rely on the use of any "local" JD Edwards environments or documentation on Rimini's computer systems.

4. Rimini's current support process does not download or transmit onto Rimini's computer systems any JD Edwards software or documentation from password-protected Oracle websites, or upload such software or documentation from any Oracle installation media.

5. Instead of using local or cloned copies of JD Edwards, Rimini's current process involves remotely accessing a Rimini client's JD Edwards environments that Rimini uses to service that client.

6. Certain of Rimini's clients have elected to store copies of JD Edwards software or documentation on cloud computing platforms, such as Amazon or Windstream. For those clients, Rimini's process involves remotely accessing the clients' JD Edwards software or documentation that is stored in the cloud.

-1-
OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

-2-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*
Ron Teegarden

Executed on: November 2, 2015
Virginia Beach, Virginia

-2-
OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Blaine H. Evanson*
　　　Blaine H. Evanson

*Attorney for Defendants
Rimini Street, Inc. and Seth Ravin*

| | |
|---|---|
| SHOOK, HARDY & BACON LLP<br>B. Trent Webb, Esq. (*pro hac vice*)<br>Peter Strand, Esq. (*pro hac vice*)<br>Ryan D. Dykal, Esq. (*pro hac vice*)<br>2555 Grand Boulevard<br>Kansas City, MO 64108-2613<br>Telephone: (816) 474-6550<br>Facsimile: (816) 421-5547<br>bwebb@shb.com<br><br>Robert H. Reckers, Esq. (*pro hac vice*)<br>600 Travis Street, Suite 1600<br>Houston, TX 77002<br>Telephone: (713) 227-8008<br>Facsimile: (713) 227-9508<br>rreckers@shb.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com | LEWIS ROCA ROTHGERBER LLP<br>W. West Allen (Nevada Bar No. 5566)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: (702) 949-8200<br>wallen@lrrlaw.com<br><br>RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC.; and SETH RAVIN,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF KIEN PHUNG IN OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION** |

OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

    I, Kien Phung, have personal knowledge of the facts stated below and under penalty of perjury hereby declare:

    1.  I am the Vice President of Global Siebel Service Delivery at Rimini Street, Inc. ("Rimini"). I have been in that position since March 2013. I have worked at Rimini since March 2008.

    2.  As Vice President of Global Siebel Service Delivery, I oversee delivery of, and am familiar with, Rimini's processes for providing support services related to Oracle's Siebel software product.

    3.  Rimini's current support processes for Siebel do not rely on the use of any "local" Siebel environments or documentation on Rimini's computer systems.

    4.  Rimini's current support process does not download or transmit onto Rimini's computer systems any Siebel software or documentation from password-protected Oracle websites, or upload such software or documentation from any Oracle installation media.

    5.  Instead of using local or cloned copies of Siebel, Rimini's current process involves remotely accessing a Rimini client's Siebel environments that Rimini uses to service that client.

    6.  Certain of Rimini's clients have elected to store copies of Siebel software or documentation on cloud computing platforms, such as Amazon or Windstream. For those clients, Rimini's current process involves remotely accessing the clients' Siebel software or documentation that is stored in the cloud.

    7.  Rimini's current process does not use automated tools to access or download Siebel software or documentation from password-protected Oracle websites.

    8.  When Rimini downloads Siebel software or documentation from password-protected Oracle websites for a Rimini client, Rimini's current process involves using only that client's valid login credentials.

-1-
OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

9. Rimini's current process does not use one client's Siebel software or documentation to reproduce or "clone" a new environment for any other Rimini client.

10. Rimini's current process does not reproduce Siebel software or documentation licensed to one client from that client to any other client.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Kien Phung_

Executed on: November 2, 2015
Las Vegas, Nevada

- 2 -
OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: /s/ Blaine H. Evanson
Blaine H. Evanson

*Attorney for Defendants*
*Rimini Street, Inc. and Seth Ravin*

- 3 -
OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
wallen@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC.; and SETH RAVIN,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF CRAIG MACKERETH IN OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION** |

I, Craig Mackereth, have personal knowledge of the facts stated below and under penalty of perjury hereby declare:

1.    I am the Group Vice President of Global Application Support at Rimini Street, Inc. ("Rimini"). I have been in that position since January 1, 2014. I have worked at Rimini since May 14, 2012.

2.    As Group Vice President of Global Application Support, I oversee the world-wide delivery of Rimini support services for SAP and Oracle software products and am familiar with Rimini's processes for providing support services related to Oracle's Oracle Database software product.

3.    Certain Rimini clients may, but are not required to, use Oracle Database to support their other Oracle software products, such as PeopleSoft, JD Edwards, and Siebel.

4.    Rimini's current support processes for Oracle Database do not rely on the use of any "local" Oracle Database environments on Rimini's computer systems.

5.    Rimini's current support process does not download or transmit onto Rimini's computer systems any Oracle software from password-protected Oracle websites, or upload such materials from any Oracle installation media.

6.    Instead of using local or cloned copies of Oracle Database software, Rimini's current process involves remotely accessing a Rimini client's Oracle Database environments that Rimini uses to service that client.

7.    Certain of Rimini's clients have elected to store copies of Oracle Database software on cloud computing platforms, such as Amazon or Windstream. For those clients, Rimini's current process involves remotely accessing the Oracle Database software stored in the clients' cloud environments.

-1-

OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

8. Rimini's current process does not use automated tools to access or download Oracle Database software from password-protected Oracle websites.

9. When Rimini downloads Oracle Database software from password-protected Oracle websites for a Rimini client, the current process involves using only that client's valid login credentials.

10. Rimini's current process does not use one client's Oracle Database software to reproduce or "clone" a new environment for any other Rimini client.

11. Rimini's current process does not reproduce Oracle Database software licensed to one client from that client to any other clients.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                                                        _____
                                                                                        Craig Mackereth

Executed on: November 2, 2015
                        Hayward, California

- 2 -
OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Blaine H. Evanson*
       Blaine H. Evanson

*Attorney for Defendants*
*Rimini Street, Inc. and Seth Ravin*

SHOOK, HARDY & BACON LLP
B. Trent Webb, Esq. (*pro hac vice*)
Peter Strand, Esq. (*pro hac vice*)
Ryan D. Dykal, Esq. (*pro hac vice*)
2555 Grand Boulevard
Kansas City, MO 64108-2613
Telephone: (816) 474-6550
Facsimile: (816) 421-5547
bwebb@shb.com

Robert H. Reckers, Esq. (*pro hac vice*)
600 Travis Street, Suite 1600
Houston, TX 77002
Telephone: (713) 227-8008
Facsimile: (713) 227-9508
rreckers@shb.com

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

LEWIS ROCA ROTHGERBER LLP
W. West Allen (Nevada Bar No. 5566)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
wallen@lrrlaw.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; and ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC.; and SETH RAVIN,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**DECLARATION OF DAVID MILLER IN OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION** |

OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

I, David Miller, have personal knowledge of the facts stated below and under penalty of perjury hereby declare:

1. I am the Vice President of Global Client Onboarding at Rimini Street, Inc. ("Rimini"). I have been in that position since January 1, 2015. I have worked at Rimini since April 18, 2012.

2. As Vice President of Global Client Onboarding, I oversee the transition of clients from vendor to Rimini support and am familiar with Rimini's processes for providing support services related to Oracle's JD Edwards software product.

3. Rimini's current support process does not use automated tools to access or download JD Edwards software or documentation from password-protected Oracle websites.

4. When Rimini downloads JD Edwards software or documentation from password-protected Oracle websites for a Rimini client, Rimini's current process involves using only that client's valid login credentials.

5. Rimini's current process does not use one client's JD Edwards software or documentation to reproduce or "clone" a new environment for any other Rimini client.

6. Rimini's current process does not reproduce JD Edwards software or documentation licensed to one client from that client to any other client.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
David Miller

Executed on: November 2, 2015
Gig Harbor, Washington

-1-
OPPOSITION TO ORACLE'S MOTION FOR A PERMANENT INJUNCTION

# CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2015, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: */s/ Blaine H. Evanson*
Blaine H. Evanson

*Attorney for Defendants*
*Rimini Street, Inc. and Seth Ravin*