# Exhibit G:

# Ninth Circuit Order Staying Permanent Injunction Pending Appeal

FILED

DEC 06 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual, <br><br> Defendants-Appellants. | Nos. 16-16832 <br>      16-16905 <br><br> D.C. No. 2:10-cv-00106-LRH-VCF <br> District of Nevada, Las Vegas <br><br> ORDER |

Before: THOMAS, Chief Judge, and LEAVY, Circuit Judge.

Appellants' emergency motion to stay the district court's October 11, 2016 permanent injunction pending appeal (Docket Entry No. 3) is granted. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Appellants' motion to consolidate and expedite appeal Nos. 16-16832 and 16-16905 (Docket Entry No. 4) is granted in part. These appeals are consolidated.

The consolidated opening brief is due January 19, 2017. The consolidated answering brief is due February 21, 2016. The optional consolidated reply brief is due within 14 days after service of the answering brief.

ELF/MOATT

The Clerk shall calendar these consolidated appeals as soon as practicable after briefing is complete.