# Exhibit H:

# Slide 34 from Rimini's Permanent Injunction Argument

# Oracle's Can't Fill Gaps in the Copyright Claim with the Hacking Claim



- Oracle deliberately attempts to distract from the flaws with its infringement claim by pointing to the hacking claim.

- But if the *hacking* caused Oracle to lose profits (it did not), that does not justify an injunction prohibiting *infringement*, which indisputably *did not* cause Oracle to lose any profits or any customers.



34

*Oracle v. Rimini Street* – May 25, 2016 Post-Trial Motion Hearing