GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

HOWARD & HOWARD PLLC
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wallen@howardandhoward.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone:  (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

**APPENDIX IV IN SUPPORT OF DEFENDANTS' OPPOSITION TO ORACLE'S RENEWED MOTION FOR A PERMANENT INJUNCTION**

**VOLUME II**

**EXHIBITS J–K**

**TABLE OF APPENDICES AND EXHIBITS**

**Appendix I**:  Rimini's Objections to Oracle's Proposed Findings of Fact

**Appendix II**:  Rimini's Proposed Order Denying Oracle's Renewed Motion

**Appendix III**:  Rimini's Specific Objections to Oracle's Proposed Injunction

**Appendix IV**:  Exhibits

    Volume I

        Exhibit A:  *Oracle USA, Inc. v. Rimini St., Inc.*, 879 F.3d 948 (9th Cir. 2018).

        Exhibit B:  Excerpts of Oral Argument Transcript from Ninth Circuit

        Exhibit C:  Rimini Declarations Regarding Changed Processes

        Exhibit D:  Jury Verdict

        Exhibit E:  Jury Instructions

        Exhibit F:  Permanent Injunction

        Exhibit G:  Ninth Circuit Order Staying Permanent Injunction Pending Appeal

        Exhibit H: Slide 34 from Rimini's Permanent Injunction Argument

        Exhibit I:  Cited Testimony of Safra Catz

    Volume II

        Exhibit J:  Cited Testimony of Seth Ravin

        Exhibit K:  Cited Testimony of Kevin Maddock

    Volume III

        Exhibit L:  Cited Testimony of Edward Yourdon

        Exhibit M:  Cited Testimony of Former Oracle Customers

        Exhibit N:  Cited Testimony Regarding Oracle Improved Attrition

        Exhibit O:  Oracle's Internal Reports Regarding Customer Satisfaction

        Exhibit P:  Cited Testimony of Elizabeth Dean Regarding Damages

        Exhibit Q:  Declaration of Brian J. Slepko Regarding Costs of Overbroad Injunction

        Exhibit R:  Oracle's Trial Exhibit 3

        Exhibit S:  Oracle's Trial Exhibit 2155

**CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Mark A. Perry*
Mark A. Perry
*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*