# Exhibit O:

Oracle's Internal Reports
Regarding Customer Satisfaction

| From: | Ian Robertson [ian.robertson@oracle.com] |
|---|---|
| Sent: | Thursday, June 19, 2008 11:22 AM |
| To: | AMIT,BHAGAT; Wan,Kok Wai; AGUIAR FO.,Odair; LEE,HILLS |
| Cc: | Moses-Reed,Shelley; Julie Tung; Jeb Dasteel; Ian Robertson; BUFFY,RANSOM; LENLEY,HENSARLING; DAVID,MAIKRANZ |
| Subject: | JD Edwards EnterpriseOne |

**Attachments:** jde v2.ppt

Odair, Amit and Lee

Following the discussions we had some weeks ago on how we are responding to the feedback from JD Edwards EnterpriseOne Customers I wanted to give you an update on where we are.

Since we spoke we have been working with User Groups, the Customer Care community, Development (Lenley's team), Support (Buffy Ransom and team) and others to understand the reasons for the low levels of satisfaction. We now have a good view of these and the priorities of the JDE Customers as well as the various initiatives currently in place at corporate, regional and local levels.

You'll see these findings on the attached slides together with a broad set of recommendations. Topics high on the Customers' priority list for example include

- having a clear understanding of the JDE E1 roadmap,
- being clear on their strategic options for upgrades and migration,
- how best to navigate the Oracle organisations for help advice and support
- how to share experiences with other users.

Development and Support have excellent material on many of these topics and there are a number of great local initiatives that are proving successful in driving incremental revenue as well as higher Customer satisfaction. We now want to discuss of all of this with yourselves in the regions and help you use this experience and content to support your local communications and other initiatives with JDE Customers, User Groups, Partners and internal audiences.

As an immediate first step I will schedule a short call with you in the next two weeks to discuss how best we can move forward. We're already piloting the process with EMEA and I can also share those plans with you when we speak.

Thanks again for your support

best regards
Ian



ORCLRS0207919





Highly Confidential Information - Attorneys' Eyes Only

# JD Edwards EnterpriseOne
# Responding to Customer feedback

- **Topics covered**
  - Satisfaction levels today
  - Root cause analysis
  - JDE Customers and their priorities
  - Initiatives currently in place
  - Next steps

- **Appendices**
  - Stakeholders and their roles
  - Who's Who – Corporate and Regions
  - EnterpriseOne population by Region
  - Collateral linkages

ORACLE

1

Highly Confidential Information - Attorneys' Eyes Only



# The goal is to drive up the overall satisfaction levels of JD Edwards Customers worldwide

- **We propose to do this through a coordinated program**
  - Across all LoBs and all Regions and including development
  - Working through the Corporate and regional Customer Care communities
  - Reusing existing material and communications channels worldwide
  - Establishing an on-going program of JDE Customer Care (ie this is not a one-off initiative)

ORCLRS0207921

ORACLE



Highly Confidential Information - Attorneys' Eyes Only

# JD Edwards E1 Customers are showing consistently low levels of satisfaction with Oracle products and services

| Area | Apps Unlimited | Oracle EBS | PSFT Enterprise | JDE E1 | JDE World | Siebel |
|---|---|---|---|---|---|---|
| Product meets your business needs | 7.26 | 7.12 | 7.16 | 6.94 | 7.32 | 7.41 |
| Features and functionality | 6.75 | | 7.46 | 6.72 | 7.19 | 7.46 |
| Ease of product installation | 6.49 | 6.46 | 6.68 | 6.17 | 6.99 | 6.54 |
| Ease of product configuration | 6.47 | 6.34 | 6.71 | 6.52 | 6.99 | 6.58 |
| Ease of integration with other vendors' products | 6.45 | 6.42 | 6.61 | 6.28 | 6.41 | 6.53 |
| Ease of system administration | 6.79 | 6.79 | 6.92 | 6.48 | 7.05 | 6.77 |
| Ease of using this product on a day-to-day basis | 7.09 | 6.94 | 7.40 | 7.09 | 7.31 | 7.24 |
| Ease of patching product | 6.19 | 6.16 | 6.16 | 6.1 | 6.71 | 6.42 |
| Ease of upgrading product | 5.78 | 5.76 | 5.85 | 5.6 | 6.24 | 5.85 |
| Performance of product | 6.93 | 6.89 | 7.12 | 6.65 | 7.24 | 6.91 |
| Scalability of product | 7.35 | 7.32 | 7.68 | 7.22 | 7.06 | 7.45 |
| Reliability of product | 7.30 | 7.24 | 7.50 | 6.96 | 8.06 | 7.21 |
| Security of product | 7.48 | 7.49 | 7.66 | 7.07 | 7.33 | 7.62 |

- *Source – Global Relationship survey Fall 2007*
- *Preliminary results for Q408 show continued decline (see next slide)*
- *Other indicators include*
  - *A disproportionately high level of Critical Accounts*
  - *Declining GRS response levels implying defection*
  - *Cancellation rates 50% higher than Oracle average*

| Applications Unlimited Satisfaction Areas | Apps UNLIM. | EBS | People Soft Enter. | JDE E1 | JDE World | CRM |
|---|---|---|---|---|---|---|
| Overall satisfaction with Oracle | 6.88 | 6.94 | 6.85 | 6.61 | 6.91 | 6.89 |
| Account Management | 6.75 | 6.86 | 6.68 | 6.31 | 6.52 | 6.89 |
| Support Services | 6.62 | 6.61 | 6.62 | 6.51 | 7.00 | 6.77 |
| Consulting Services | 6.51 | 6.57 | 6.49 | 6.16 | 6.55 | 6.61 |
| Education Services | 6.74 | 6.84 | 6.69 | 6.22 | 6.52 | 6.91 |

*Lowest score for each attribute*

## The business impact of this includes

- *Potential loss of references (including early Fusion adopters)*
- *Negative press*
- *Loss of upgrade and development revenue from this installed base*
- *Disaffection of third parties who rely on this community for revenues*

ORACLE

ORCLRS0207922

3
3



Highly Confidential Information - Attorneys' Eyes Only

# The current trend (Q2 → Q4) is downwards

| Area | Q2FY08 | | Q4FY08 | |
|---|---|---|---|---|
| Customer Loyalty (CLI) | 6.94 | | 6.63 | |
| Customer Value | 6.22 | 53% | 5.93 | 48% |
| Customer Centricity (CCI) | 6.08 | | 5.68 | |
| Product Satisfaction | 6.94 | 68% | 6.67 | 62% |
| Product Effectiveness (PEI) | 6.73 | | 6.46 | |
| Account Management | 6.31 | 54% | 6.14 | 55% |
| Support Services | 6.51 | 57% | 6.16 | 51% |
| Consulting Services | 6.16 | 50% | 5.65 | 41% |
| Education Services | 6.22 | 52% | 5.96 | 46% |
| Advanced Customer Services | 6.95 | 68% | 6.29 | 55% |
| On Demand Services | 7.00 | 67% | 6.24 | 57% |
| Partner Services | | | 6.43 | 58% |

*Source – GRS survey Q4 FY08*

**ORACLE**

ORCLRS0207923

4
4



Highly Confidential Information - Attorneys' Eyes Only

# Q408 GRS results by % satisfaction with product

| Attribute | EBS | PSFT | E1 | World | Siebel | CRM OD |
|---|---|---|---|---|---|---|
| Overall Product Satisfaction | 69% | 72% | 62% | 75% | 63% | 58% |
| Customer Loyalty Index | 7.15 | 7.02 | 6.63 | 7.03 | 7.12 | 6.28 |
| Product Effectiveness Index | 6.73 | 6.98 | 6.46 | 7.34 | 6.80 | 6.52 |
| Features and functionality | 68% | 75% | 66% | 74% | 80% | 51% |
| Product meets business needs | 69% | 76% | 67% | 85% | 74% | 51% |
| Performance of product | 62% | 72% | 53% | 88% | 63% | 58% |
| Ease of use | 64% | 75% | 58% | 71% | 68% | 67% |
| Reliability of product | 74% | 83% | 63% | 86% | 72% | 66% |
| Ease of system administration | 61% | 65% | 48% | 71% | 65% | 59% |
| Ease of product installation | 56% | 59% | 46% | 68% | 59% | |
| Ease of integration | 48% | 58% | 41% | 47% | 57% | 31% |
| Ease of product configuration | 55% | 64% | 47% | 67% | 61% | 51% |
| Ease of upgrading product | 43% | 45% | 29% | 66% | 43% | |
| Ease of patching product | 50% | 52% | 38% | 69% | 59% | |
| Scalability of product | 75% | 80% | 64% | 84% | 72% | 64% |
| Security of product | 77% | 82% | 68% | 83% | 72% | |

**Leverage Top Drivers** — Features and functionality, Product meets business needs, Performance of product, Ease of use, Reliability of product

**Key target areas to improve** — Ease of system administration, Ease of product installation, Ease of integration, Ease of product configuration, Ease of upgrading product, Ease of patching product

ORACLE

Source: Q4FY08 GRS

5

Highly Confidential Information - Attorneys' Eyes Only

ORCLRS0207925

## Customers on later releases are happier



Legend: ▢ E1 SAT

Data labels: Xe/E80: 6.43 | 8.9: 6 | 8.10: 6.88 | 8.11: 6.63 | 8.11SP1: 7 | 8.12: 7.56

ORACLE

*Source – Q408 Global Relationship Survey*

6

Highly Confidential Information - Attorneys' Eyes Only

# E1 Functionality Satisfaction by release

| Functional area | 8.12 | 8.11SP1 | 811 | 8.10 | 8.9 | Xe/E80 |
|---|---|---|---|---|---|---|
| Financials | 7.74 | 6.91 | 6.00 | 7.17 | 7.29 | 6.67 |
| Analytics | 9.50 | 5.00 | 5.00 | 7.00 | | |
| HCM/Payroll | 6.40 | 6.56 | 5.00 | 6.33 | 4.33 | 6.33 |
| CRM | 8.40 | 6.00 | 3.50 | 6.50 | | 8.00 |
| Mfgr | 7.19 | 6.83 | 7.25 | 6.80 | 8.00 | 5.80 |
| Supply Chain Planning | 7.43 | 5.38 | 5.00 | 7.80 | 7.33 | 6.20 |
| Supply Chain Execution | 8.50 | 6.88 | 6.00 | 7.25 | 7.00 | 6.17 |
| Procurement | 7.63 | 7.14 | 6.29 | 7.33 | 8.00 | 6.50 |
| Project Management | 8.13 | 7.17 | 5.33 | 7.00 | | 6.50 |
| Cap Asset Mgmt | 7.60 | 7.23 | 5.50 | 6.89 | 8.33 | 6.00 |
| Real Estate & Con | 8.33 | 7.75 | | 6.00 | | 6.50 |
| Tech Foundation | 7.83 | 7.09 | 7.20 | 7.06 | 7.50 | 6.40 |

ORACLE

ORCLRS0207926

7



Highly Confidential Information - Attorneys' Eyes Only

# EnterpriseOne CLI numbers by region



ORCLRS0207927

ORACLE

8

ORCLRS0207928

ORACLE

9
9



Highly Confidential Information - Attorneys' Eyes Only

# Today, the Oracle response is highly fragmented

- **There are good local examples including**
  - Dedicated points of contact to act as exec sponsor for a country User Groups (FR, UK)
  - Empowerment of partners to support and develop JDE community (APAC)
  - Sales teams dedicated to general business territory (eg Iberia)

  *but these initiatives tend to be country, region and LoB specific*

- **There is a clear opportunity to..**
  - Drive a consistent message to the field and to JDE Customers on how to work with Oracle, to have a voice, and to obtain help and support
  - Work through and leverage the ecosystem of User Groups and partners
  - Share best practices between countries and regions
  - Establish better linkages between Customers partners and Oracle through the use of collaborative tools and online communities
  - Make better use of existing communications channels

**ORACLE**

ORCLRS0207929

10



# Root cause analysis

- **Direct links with sales, development, support are no longer in place and therefore communication is fragmented**
- **JDE E1 Customers are typically smaller organisations which means that there is little or no participation in corporate programs (ESP, CIOAB, Strategy Councils etc)**
- **Support revenue does not normally warrant an SDM as a point of contact**
- **JDE expertise has been lost and therefore local capability to support Customers (in local language) is significantly diminished**
- **There is a perceived bias / emphasis to EBS in many Oracle Sales & Marketing events**
- **Use of Oracle Support systems is weak and Customer 'voice' is typically through user groups and partners**

Highly Confidential Information - Attorneys' Eyes Only

ORACLE

11 11



## EnterpriseOne Customers' priorities

- Clarity on Product Strategy and Roadmap
- Help with upgrades via education, workshops, discussion forums..
- Sharing experiences with other users
- Working with Oracle Sales and partners
- Obtaining Support from Oracle
- Clear value propositions from Oracle and guidance on how to make the business case for changes / upgrades
- Leveraging User Groups as a channel for (two way) communication
- Working with Development and influencing the product

Highly Confidential Information - Attorneys' Eyes Only

ORCLRS0207931

ORACLE

12
12



Highly Confidential Information - Attorneys' Eyes Only

# Recommendations and next steps

- **Engage with Regions identify business owners / champions**
- **Agree local programs and support needed from Corporate and elsewhere**
- **Encourage countries with significant JDE population to appoint JDE Champions / Business Leaders**
- **Make full use of standard and available content to drive a consistent set of communications to Customers and internally within Oracle**
  - Product roadmap and strategy, upgrades, working with Oracle (see appendix for more details)
- **Ditto with Corporate communications channels including oracle.com, Plugged In, Profit Magazine etc**
- **Work with local User Groups on communications.  Actively encourage and support their local events**
- **Engage partner community in communication and education program**
- **Encourage use of on-line communities to share knowledge and experience (eg 8.12).**
  - Enable with web 2.0 tools, Mix etc.
  - Encourage User Groups to help manage / animate the communities
  - Support these from Development and field with experts, blogs and newsletters

ORCLRS0207932

ORACLE

13
13



Highly Confidential Information - Attorneys' Eyes Only

# Appendices

1. **Stakeholders and their expected roles**
2. **Who's Who, Corporate and Regions**
3. **JDE population analysis by Region**
4. **Standard content and linkages**

ORACLE

Highly Confidential Information - Attorneys' Eyes Only



# The stakeholders and their roles

- **Development & Support at corporate level**
  - content for local webcasts
  - Establishment of pilot on-line community plus on-going involvement as these evolve
  - Management of communications through Corporate channels such as oracle.com, Plugged In etc
- **GCP**
  - program management and coordination
  - User Group liaison at corporate level
  - Ongoing tracking and verification
- **Regional Customer Care teams, Regional Management**
  - Identifying business ownership,
  - JDE champions and points of contact for future communications.
  - Local hosting of webcasts
  - Local user group liaison and their involvement in webcasts
- **Alliances & Channels**
  - identify the right audience for partner-related communications

ORCLRS0207934

ORACLE



# Who's Who - Corporate

- **Development**
  - Lenley Hensarling (JDE Product GM)
  - Eric Maikranz (JDE Customer Program)
  - Jim Chan (JDE product strategy)
- **Support**
  - Buffy Ransom (JDE Application Support)
- **GCP**
  - Ian Robertson (Customer Feedback)
  - Dian Thompson / Mary-Lou Dopart (User Groups)
  - Jeremy Whyte (GRS)

Highly Confidential Information - Attorneys' Eyes Only

ORCLRS0207935

ORACLE

16
16



# Who's Who - EMEA

- **Customer Programs**
  - Kim Engberg (EMEA Customer Success)
- **Support**
  - Allan Marker (EMEA Customer Management)
  - Bob Vangeel (EMEA Product Support)
  - Sharon Smith (EMEA Critical Accounts)
  - Steve.Boulton
  - Catalin.Grosan
- **Regional Sales**
  - Anders Ottosson (WCE General Business)
- **User Groups**
  - Jackie Rose (EMEA User Groups)
- **Country JDE champions / contacts**
  - Graeme Mair (France Support
  - Lawrence Clark (UK Sales)
  - Arsenio Otero (Business Ops Iberia) / Patricia Martinet (Apps Mktg Iberia)

ORACLE

Highly Confidential Information - Attorneys' Eyes Only

ORCLRS0207936

Highly Confidential Information - Attorneys' Eyes Only



# Who's Who - APAC

- **Customer Programs**
  - Amit Bhagat (APAC Customer Care)
  - Kok Wai Wan (APAC Customer Care)
- **Support**
  - <u>Grace Tan</u>
  - Senthelkumar.r.palani
- **Regional Sales**
- **User Groups**
  - Bambi Staveley (APAC User Groups)
- **Country JDE champions / contacts**

Highly Confidential Information - Attorneys' Eyes Only



# Who's who – Latin America

- **Customer Programs**
  - Odair Aquiar (LAD Customer Care)
- **Support**
  - Javier Echenique
- **Regional Sales**
- **User Groups**
  - Mary-Lou Dopart (GCP User Group Management)
- **Country JDE champions / contacts**

ORACLE

Highly Confidential Information - Attorneys' Eyes Only



# Who's who – North America

- **Customer Programs**
  - Shelley Moses-Reed (NA Customer Relations)
  - Lee Hills (Customer Relations)
- **Support**
  - Dale Schmidt
- **Regional Sales**
- **User Groups**
  - Tina Weiss (NA User Groups)
- **Country JDE champions / contacts**

ORCLRS0207939

ORACLE

Highly Confidential Information - Attorneys' Eyes Only



# EnterpriseOne population



ORCLRS0207940

ORACLE

21

Highly Confidential Information - Attorneys' Eyes Only

# Standard content from Development and Support

ORCLRS0207941

ORACLE



# JD Edwards EnterpriseOne Support Content

**Situation Management.** **GCS Situation Management can assist with managing a range of support-related issues and requests including:**
- Single Failure or Multiple issues
- Critical Situation
- Executive Updates

Three ways to request assistance
- #1 Best: Use the online Request assistance form
  to describe your needs .
- #2 Better: Email a completed Word Template to
  gcc-situationmanagement_ww@oracle.com
- #3 Good: Call GCC directly at INTERNAL # (+1) 925-694-9462

**Critical Accounts.** **Critical Accounts (CA) collaborates with customers and across organizations to bring highly escalated, business critical product issues to resolution, and return customers to normal support processes. Critical Accounts (CA) engages when a customer's strategic milestone is at risk and lower levels of escalation have failed to solve issues.**
- Use the online Request assistance form

**Contact Regional Support Delivery Directly.** **If you are unsure about how to handle or how to proceed with an Oracle JD Edwards customer, you may contact the regional support manager to discuss best ways to proceed.**
- EMEA: steve.boulton@oracle.com; catalin.grosan@oracle.com;
- APAC: grace.tan@oracle.com; senthelkumar.r.palani@oracle.com;
- LAD: javier.echenique@oracle.com;
- NAD: dale.schmidt@oracle.com;

ORACLE



# JD Edwards EnterpriseOne Development Content

Highly Confidential Information - Attorneys' Eyes Only

**Development Direct Online.  JD Edwards customers who are starting a new implementation or upgrade of EnterpriseOne or World are encouraged to explore the content at http://oracledevdirect.com, a proactive program designed to assist JDE customers planning an upgrade or implementation and make sure their project starts down the right path.  Via this site customers can:**

- engage proactively with JD Edwards Strategy and Development subject matter experts on EnterpriseOne functionality and best practices (via OTN)
- input implementation/upgrade project milestone dates: this can help Support & Development tailor delivery timelines to match the needs of the customers project (via C1/Orion)
- access a wealth of JD Edwards upgrade material
- join the EnterpriseOne Upgrade Customer Consortium and attend bi-monthly calls
- reach out to Oracle Consulting for JD Edwards to explore their EnterpriseOne upgrade solutions and best practices
- search for Certified JD Edwards Integrator Partners (via OPN)
- manage cases, enter a new case, check for known solutions or review breaking news (via Support Resource Center)
- browse archived JD Edwards webcasts from Development and Strategy (via OU)

**Customer First Initiative: Proactively Manage customers on all releases for a successful go live.
View Current Milestones - Select Milestone Track
from  http://grp.us.oracle.com/mysso/signon.asp
To add a new milestone contact local Support Delivery management, noted on slide 1.**

**ORACLE**



Highly Confidential Information - Attorneys' Eyes Only

ORCLRS0207944

# JDE "We CARE" Primary Components

- Participate in internal support team review with AE, CPM, CSM, SDM
- Coordinate and lead monthly calls with the customer
- Run the customer case/SR report
- Coordinate additional support as needed
- Update GSC process team as required for improvement
- Review Cases weekly, as needed
- Proactively Manage customers milestones on all releases for a successful go live.  View Current Milestones - Select Milestone Track from  http://grp.us.oracle.com/mysso/signon.asp

ORACLE



# Heightened Awareness Tracking

| Net Change | COMPANY ID | COMPANY_NAME | Country | Score | High Volume | Closed No Customer Response | | | PIR Cases | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | TOTAL CLOSED | NO CUST RESP | %NO CUST RESP | TOT BLOG COUNT | PER_PIR COUNT | PCT PER_PIR | GT120 COUNT | GT60 COUNT | IAR GT30 |
| | 309728 | Beringer Wine Estates | USA | 150 | | | | | 146 | 126 | 86.3% | 5 | 9 | 2 |
| | 38199 | United Technologies Corporatio | USA | 131 | 106 | | | | | | | 2 | 8 | 7 |
| | 308564 | Lafarge Groupe | FRA | 120 | 91 | | | | | | | 3 | 12 | 2 |
| | 1868 | WL Gore | USA | 58 | | | | | 46 | 38 | 82.6% | 2 | 3 | |
| | 309306 | PCL Constructors Inc. | CAN | 40 | | | | | 47 | 40 | 85.1% | | | |
| | 79387 | Pernod Ricard | FRA | 39 | | | | | 49 | 30 | 61.2% | 1 | 6 | |
| Added | 304526 | Ennis, Inc. | USA | 35 | 35 | | | | | | | | | |
| | 308174 | State of Nebraska | USA | 34 | | | | | 38 | 30 | 78.9% | 1 | 3 | |
| | 2039317 | Sunway Business Applications S | MYS | 29 | | | | | 37 | 29 | 78.4% | | | |
| | 304930 | Datapro Computer Systems Co. L | THA | 24 | | | | | 29 | 24 | 82.8% | | | |
| Added | 2073011 | Axline Commercial Services, Lt | HKG | 23 | | | | | 28 | 23 | 82.1% | | | |
| | 309898 | Cefla S.c.r.l. | ITA | 21 | | | | | 25 | 21 | 84.0% | | | |
| | 310810 | Donaldson Coordination | BEL | 21 | | | | | 25 | 20 | 80.0% | 1 | | |
| | 2009886 | Amazing Global de Venezuela C. | VEN | 21 | | | | | 28 | 21 | 75.0% | | | |
| | 2042081 | Wilus Inc. (partner) | KOR | 19 | | | | | 31 | 19 | 61.3% | | | |
| Added | 2033869 | AMX International, Inc. | USA | 17 | | | | | 25 | 16 | 64.0% | 1 | | |

*Summary View*

- *Proactive Reporting added to prevent customer from entering Critical Accounts*
- *Delivered and managed by E1 Global Support*
- *Cross Functional  twice monthly meeting with CA, Support, Development, Dev Direct, Customer Support Mgr*
- *Depending on investigation results we provide customer milestone management 3 months from go-live, global support manager meetings, proactive case monitoring.*

**ORACLE**

Highly Confidential Information - Attorneys' Eyes Only

RECEIVED BY SHB

APR 27 2011

| From: | Rick Cummins [rick.cummins@oracle.com] |
|-------|------------------------------------------|
| Sent: | Wednesday, April 08, 2009 9:29 AM |
| To: | Hensarling Lenley JAY |
| Cc: | Alsup Neal; Ransom Buffy |
| Subject: | psft Cancellations |
| Attachments: | PeopleSoft Cancellation Analysis Q309-final.ppt |

Lenley,

I understand that you were looking for data on JDE cancellations. Attached is a summary presentation that was put together by the acquisitions team for all PSFT (PSFT and JDE) for Q3. Across the company cancellations were slightly higher in Q3 and there was an uplift in JDE. I have some of those details and will put them together for you over the weekend.

In the mean time, here is the combined presentation with some of our larger cancellations. I have not seen an uptick in activity from either Spinnaker or Rimini Street. However, I'll do some digging around to see if there has been increased activity in other sectors or other geographies.

Regards,
Rick

**ORACLE** | Support Services
**Rick Cummins**
Senior Director, North America Support Services
One Technology Way
Denver, CO 80237
Phone: 303-334-4795
Fax: 303-334-1288

4/8/2009
Confidential Information



EXHIBIT NO. 16
Ransom
4-21-11
A. Ignacio, CSR 9830

ORCLRS0207970

Oracle USA, Inc. v. Rimini
Street, Inc.
10cv106-LRH-PAL

DTX 0164

Highly Confidential Information - Attorneys' Eyes Only






# ORACLE®

## PeopleSoft Enterprise
## Q3FY09 Support Renewal Review

ORCLRS0207971

# Global Cancellation Rate Trends
## JDE & Peoplesoft

Highly Confidential Information - Attorneys' Eyes Only



**Cancellation Rate**

ORCLRS0207972

ORACLE

9-08 PeopleSoft Cancellation Analysis.ppt

2



# FY08 through Q3 FY09 Trends
## Cancellation & New Business Impact on Contract Base

| | Q108 | Q208 | Q308 | Q408 | Q109 | Q209 | Q309 |
|---|---|---|---|---|---|---|---|
| Beginning Balance | $ 1,341,896,822 | $ 1,354,398,551 | $ 1,367,289,840 | $1,374,103,713 | $1,436,976,424 | $ 1,449,762,428 | $ 1,480,001,595 |
| ATR | $ 285,144,168 | $ 274,387,720 | $ 472,861,945 | $ 382,875,373 | $ 302,369,072 | $ 303,062,956 | $ 494,873,699 |
| Cancellations (SPS) | $ 13,846,250 | $ 15,154,349 | $ 17,417,650 | $ 19,438,834 | $ 8,641,349 | $ 9,912,801 | $ 25,512,493 |
| Cancellation % | 4.86% | 5.52% | 3.68% | 5.08% | 2.82% | 3.27% | 5.16% |
| New Business | $ 40,866,654 | $ 40,732,035 | $ 22,715,640 | $ 40,597,919 | $ 25,480,192 | $ 24,313,642 | $ 16,295,552 |
| Ending Balance | $ 1,354,398,551 | $ 1,367,289,840 | $ 1,374,103,713 | $1,400,299,600 | $1,449,762,248 | $ 1,480,001,595 | $ 1,461,792,940 |
| New Business - Cancel (Delta) | $ 27,020,404 | $ 25,577,686 | $ 5,297,990 | $ 21,159,085 | $ 16,938,843 | $ 14,400,841 | $ (9,216,941) |

## Summary:

•Q3'09 was the first period since Q3FY06 where new business contributions were lower than cancellations (-$9mil delta)

•Q3'09 true cancellation dollars were significantly higher than any quarter for past 6 quarters

•YTD Cancellations for FY09Q3 YTD ($44M) remain lower than YTD Cancellations for FY08 Q3 YTD ($46Mil)

•Contract base growth is trending at 2% as of Q3FY09 compared to 4% in FY08

**ORACLE**

Highly Confidential Information - Attorneys' Eyes Only

ORCLRS0207973

} PeopleSoft Cancellation Analysis.ppt

Highly Confidential Information - Attorneys' Eyes Only

# PeopleSoft Q3
## Cancellation Analysis



**Q209 Cancellation Status Code**

Licences no longer used
3,488,707 (35%)

Lost Funding
1,588,373 (16%)

Moved to Software Competitor
1,389,366 (14%)

No Customer Response
1,080,397 (11%)

Moved to Support Competitor
843,476 (9%)

Cost of Service
727,135 (7%)

Term License
25,557 (2%)

Business Practice
6,216 (0%)

Bankruptcy
132,784 (1%)



**Q309 Cancellation Status Code**

Cost of Service
7,276,856 (29%)

Licences no longer used
6,888,917 (27%)

Business Practice
3,729 (0%)

Bankruptcy
307,323 (1%)

No Customer Response
456,595 (2%)

Moved to Support Competitor
2,435,855 (10%)

Moved to Software Competitor
5,247,435 (21%)

**"Cost of Service"** was top reason for Peoplesoft cancellations in Q3 ($7.3M) followed by **"Licenses No Longer Used"** ($6.8M)
**"Moved to Software Competitor"** and **"Moved to Support Competitor"** cancellations also increased from Q2 to Q3

ORCLRS0207974

ORACLE

ORCLRS0207975

ORACLE