# Exhibit R:

# Oracle's Trial Exhibit 3

# Rimini Street, Inc.
## First-Round Investment Funding
## Opportunity Summary

April 1, 2006

### Business Overview

Rimini Street, Inc. provides Siebel software licensees the first viable alternative maintenance program that replaces Oracle annual support. Rimini Street plans to support other enterprise software products as well.

Rimini Street saves licensees more than 50% on annual support fees, provides more personalized 24x7 service, and allows Oracle's Siebel and PeopleSoft licensees to continue operating existing Siebel and PeopleSoft releases without being forced into a costly Oracle Project Fusion migration.

### Timeline

| | | |
|---|---|---|
| January 2005 | - | Seth Ravin agrees to sell TomorrowNow, Inc. to SAP AG |
| March 2005 | - | Ravin retires as President of SAP/TomorrowNow to focus on next venture |
| September 2005 | - | Ravin launches Rimini Street service for Siebel in Wall Street Journal exclusive |
| December 2005 | - | Completes start up infrastructure build ahead of Feb 2006 target |
| January 2006 | - | Officially launch sales & marketing operations ahead of March 2006 target |
| March 2006 | - | Close successful first sales quarter, including first Fortune 500 client |
| March 2006 | - | Non-compete between Ravin and SAP AG expires |
| April 2006 | - | Rimini Street launches service expansion against Oracle & SAP/TomorrowNow |
| May 2006 | - | First Round funding Terms Sheet; continued ramp up of sales & marketing |
| June 2006 | - | Close First Round funding; aggressive expansion for clients in North America |

### First Round Investment Opportunity

Rimini Street is seeking a total of $3.0M - $5.0M USD for first round expansion capital raised from one (1) to four (4) private equity or venture capital for minority stockholder position, preferring no single investor buy-in for less than $750,000 USD. In order to preserve sales opportunities, direct Oracle or SAP competitors cannot purchase or at any time hold more than a minority, non-controlling interest in Rimini Street.

Funds will be used for aggressive sales, marketing, and service delivery expansion, and capitalizing on the large, growing third party support opportunity of the next ten years.

Interested potential investors should contact Seth A. Ravin at sravin@riministreet.com or +1 (925) 699-0369.

### Investor Return and Upside

#### Strategic

For investors who are direct competitors of Oracle or who otherwise benefit from Oracle customer loss – Rimini Street separates Oracle from its acquired licensees – denying Oracle recurring revenue and creating new software/service sales opportunities in vulnerable accounts. With SAP already having sales advantages with more than 150 TomorrowNow clients, Rimini Street is the only player that can credibly challenge SAP/TomorrowNow for the industry-leading position with Rimini Street's next-generation third party enterprise software support program.

#### Financial

Strong ROI track-record with Rimini Street founder Seth Ravin in this line of business and in prior operations for other companies; His last venture, TomorrowNow, yielded investors more than 20x cash ROI through M&A liquidity event in less than three year period.

EXHIBIT 904
Ashley Soevyn, CSR No. 12019

Date 11/17/11
Witness: RAVIN

Confidential – Not for General Distribution

Highly Confidential Information – Attorneys' Eyes Only

RSI00013001

## Market Opportunity

Oracle's application licensee pool may be close to 15,000 customers. TomorrowNow, Ravin's first venture that he sold to SAP AG, has captured only 1% of the PeopleSoft market and less than 1% in JD Edwards market to date.

Rimini Street is already the leading third party support service for Siebel products, and expects to gain significant traction in the PeopleSoft market. Ravin also has credibility in the JD Edwards market, having sold the largest third party support deals to date in that market

Market opportunity has been assessed by Ravin at 5% - 8% of Oracle's customers, with industry analysts believing the market opportunity could be as much as 20% of the Oracle application customer base.

## About The Founder

### Prior Success in Third Party Enterprise Software Support

Seth Ravin co-founded TomorrowNow, Inc. support services for PeopleSoft and JD Edwards products in March 2002. Under his leadership as president and COO, TomorrowNow's client list grew to include more than 100 Fortune 500, public sector, and SMB organizations, and achieved GAAP profitability in less than three years.

In January 2005, Ravin sold his 50 percent stake in the company to SAP and retired to pursue other entrepreneurial ventures following TomorrowNow's successful integration as a wholly owned subsidiary of SAP America, Inc.

### Other Experience

Seth Ravin, founder, president, & CEO of Rimini Street, Inc., is a 20-year enterprise software industry veteran who pioneered the third party enterprise software support industry. In 2005, *The Enterprise Software Observer* named Ravin one of the 25 next-generation leaders of the enterprise software industry.

Prior to his successful TomorrowNow, Inc. and Rimini Street, Inc. ventures, Ravin was an executive with PeopleSoft, Inc., where he served most recently as vice president of the Customer Sales Division. Earlier in his PeopleSoft career, Ravin held several senior roles of increasing global responsibility, including worldwide release support policy; release retirement programs; account management; Y2K software update and readiness program management for thousands of licensees; and development and delivery of special support programs for customers with unique needs. To meet the needs of customers who wanted to run a mature software release for many additional years beyond the official supported lifespan of a release without upgrades, Ravin successfully designed and launched the enterprise software industry's first specialized extended support programs for Fortune 500, public sector, and SMB organizations.

Mr. Ravin also served as vice president of Customer Sales for Saba Software, Inc., worked in Russia on defense conversion programs, and worked in Washington, D.C. assisting the Clinton Administration with Congressional passage of the GATT global trade agreement in 1994.

Ravin holds a Bachelor of Science in Business Administration from the University of Southern California.

Confidential – Not for General Distribution

Highly Confidential Information – Attorneys' Eyes Only                                              RSI00013002

**PTX_0003 Page 2 of 2**