# Exhibit S:

# Oracle's Trial Exhibit 2155

**From:** CN=Seth Ravin/O=rsi
**Subject:** Call: CarryOn PR

_____

Monday morning works for us – how about 10:30 PST?

We will start focusing our efforts on the new product announcement now. Once you have more details, please send them my way so I can draft a pitch email. As we discussed, any product points of differentiation between Rimini Street and its competitors will be the biggest draw. I will target the Journal for an exclusive first, and agree about Forbes (I think Lisa's on maternity leave anywaysJ). With Rimini Street's announcement following closely on the heels of netCustomer's public entry into the space, I think mentions of both TNI and NC will be unavoidable, but we can certainly include a message point about being US-based. Let's talk more on Monday.

Alma Park | Account Manager

CarryOn Communication, Inc.

direct: 323.988.4674 | fax: 323.848.4310

email: almap@carryonpr.com

**From:** SRavin@riministreet.com [mailto:SRavin@riministreet.com]
**Sent:** Thursday, March 23, 2006 4:12 PM
**To:** AlmaQuindipanPark
**Cc:** Jill Miller
**Subject:** RE: Work

Thanks Alma & Jill -

I probably need a couple more days to collect my thoughts before we can have a worthwhile and productive meeting. I think Friday at the earliest, but probably Monday morning best if that works for you.

However, we should focus in on the PeopleSoft announcement. Now, NetCustomer just got quite a bit of publicity with their launch into PeopleSoft & JD Edwards space - I'm assuming we should surpass their

Highly Confidential Information – Attorneys' Eyes Only      RSI03188346
PTX_2155 Page 1 of 7

coverage or we are missing something. I think the angle of the "third party support provider wars" creates a wonderful drama, with Seth Ravin, the industry pioneer, pitted against his first company now run by SAP (not by Andrew Nelson). We can either ignore NetCustomer, or use the opportunity to marginalize them by declaring they have a flawed model - nobody wants to get an overseas call for their mission critical support...being completely off-shore is out of tune and out of step with what US-based clients prefer...

Anyway, just some preliminary thoughts. I don't want to go out with exclusive in Forbes, because they will reference the earlier legal battle with Siebel - and we don't want that at all. WSJ has always been our news breaker of choice, and if they want to run it - great.

I think this is the only project we should focus you on right now. I will get back to you about the speaking engagements by Monday as well.

Thanks,

S

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seth A. Ravin
President & CEO
Rimini Street, Inc.
+1 925.699.0369
sravin@riministreet.com
www.riministreet.com

| | | |
|---|---|---|
| "AlmaQuindipanPark" <almap@carryonpr.com><br><br>03/23/2006 03:56 PM | | |
| | <SRavin@riministreet.com> | To |
| | | cc |
| | "Jill Miller" <JillM@carryonpr.com> | |
| | | Subject |
| | RE: Work | |

Highly Confidential Information – Attorneys' Eyes Only        RSI03188347
PTX_2155 Page 2 of 7

That's great news about the expansion to PSFT! I think we can go after a reporter like Dawn Kawamoto from CNET News or try the Wall Street Journal again. We don't know the reporter who took over David Bank's beat, but could be a good opportunity for us to introduce ourselves. I think CNET gets a lot more pick up and has a more targeted tech audience vs the Journal, which is more business and investor oriented. I've been trying to get coverage out of CNET for a while. Do you want to try them first? If they don't bite, we can go to the Journal. Then, at the same time we can probably go to one of the local Bay Area dailies – CC Times or Chronicle -- to play up the Pleasantonangle. Let me know your thoughts.

If you are available, Jill and I can discuss this and our strategy moving forward with Rimini Streettomorrow morning at 9:30 am PST. Let me know if that time works for you.

Alma Park | Account Manager
CarryOn Communication, Inc.
direct: 323.988.4674 | fax: 323.848.4310
email: almap@carryonpr.com

**From:** SRavin@riministreet.com [mailto:SRavin@riministreet.com]
**Sent:** Thursday, March 23, 2006 11:48 AM
**To:** AlmaQuindipanPark
**Cc:** Jill Miller
**Subject:** RE: Work

Highly Confidential Information – Attorneys' Eyes Only    RSI03188348

Alma-

Thank you for the additional information. Helpful for me.

We are making great strides in building the business - including having our first client agree to take reference calls now from other prospective clients (although not news media...yet). However, we are spending huge sums on infrastructure and expansion, so, like every startup at this "gap" between heavy spend and the growth of substantial cash flows, I need to make sure our spend on everything is in the category of "essential" to success, and forego some "nice to have's". We get to the "nice to have's" soon enough, but this is the stretch where we go from a couple referenceable clients to 4, and then we have a business core and we have a business.

We are now at 90% sure we will launch PeopleSoft (all products) as an expansion of our product line coverage, and I think our public launch day will be March 28 or April 4. Obviously, this is a big event we will want to spend on and pitch hard - hopefully with a big exclusive for a major publication. I look forward to your thoughts on who you think might be willing to carry the exclusive on the announcement about the new "third-party support war" that is a sure sign that the industry is maturing and coming into its own.

Other than that, I think we want to limit spending around the media reviews and stop spending any time pitching smaller press releases (e.g. opening of Pleasantonoffice, or when we send out press release about Austinoffice opening soon).

I also think we are leveraging PR spend for more marketing-related activities, and we need to get marketing back to marketing folks. Paying $250 an hour for marketing reviews and work is not aligned well, and this adds to the ROI problem when looking at PR spend.

If we get more focused around the kind of money and effort we want to spend on key PR projects and events, and what we don't want to spend, I think we will get the better return on PR spend that we need to achieve going forward.

We have done some great things over the years, and with the launch of Rimini Street. We just now need to redouble efforts and squeeze more return out of the spend through this phase of the company's growth, same as we need to do with all our other partners.

Thanks


******************************
Seth A. Ravin
President & CEO
Rimini Street, Inc.
+1 925.699.0369
sravin@riministreet.com
www.riministreet.com


"AlmaQuindipanPark" <almap@carryonpr.com>

03/23/2006 09:36 AM

To

Highly Confidential Information – Attorneys' Eyes Only          RSI03188349
PTX_2155 Page 4 of 7

&lt;SRavin@riministreet.com&gt;

cc

"Jill Miller" &lt;JillM@carryonpr.com&gt;

Subject

RE: Work

Hi Seth,

I appreciate your candor about CarryOn's PR efforts to date for Rimini Street vs. monthly spend and agree that a conference call on Friday could help us come to an agreement on how to move forward. Of utmost importance to us is making sure that we are working efficiently within your given parameters while still being an effective partner. Jill and I are happy to speak to you Friday morning or anytime Monday as well, but before our call with you, we wished to address your concerns below and can discuss these with you in more detail during our call.

Highly Confidential Information – Attorneys' Eyes Only                                              RSI03188350

- PR Coverage – We understand your concern over the coverage decline, compared with previous months. As a general rule, a company or new product launch generate the most media coverage and it is always a challenge to sustain that level. Since we haven't been able to announce any new customers, which most of the reporters have expressed interest in, we've had to spend more hours to brainstorm and uncover alternative news opportunities, which resulted in that disparity in hours spent vs. coverage reported that you pointed out below. Although we have distributed a handful of press releases since January, much of it save the acquisition of Sidney Blue, has not piqued much media interest. On the upside, the releases have successfully kept Rimini Streeton the media's radar, which is documented by the increase in Rimini Streetcitations along with TomorrowNow and netCustomer in recent articles. This shows that while our releases may not be generating stories solely about Rimini Street, we have convinced media that even without a customer, we are a player in this space.

- PR ROI – Although we did not discuss PR goals with you at the start of our contract, we normally keep track of circulation figures of online publications and newspapers as a way to measure the cumulative coverage we garner against a client's given PR budget. It's a very simple method of measurement, and an industry-wide practice. An estimate of the cumulative coverage Rimini Streethas received to date: 26.2 million in circulation (to keep it simple, we kept out any online clips that just ran the straight press release). This factors out to a CPM or cost per thousand of just under $2.50, which is a pretty decent CPM for PR. We can discuss whether you would like to set PR goals with which to measure our efforts moving forward.

- Media monitoring - this is an activity I undertake on a daily basis (ideally) for every client, and includes monitoring competitive news, reading articles from our target media, e.g. Charlie Babcock/InfoWeek, Lisa DiCarlo/Forbes.com, Renee Boucher Ferguson/eWeek, etc., and reading up on the CRM, ERP and open source industry to help keep me up to date and help formulate pitch angles/ideas. Same as you, I use google and yahoo alerts to help streamline the process, but as you mention, this is an area that we can probably cut down on, especially if there are folks at Rimini Streetwho monitor on a daily basis and would be willing to forward articles of interest to me. We can address how you'd like to proceed here – perhaps limiting to no more than several hours a month instead of 2 or 3 hours per week.

Seth, hope this helps. Let us know when you'd like to schedule a call with us and we'll get it on our calendar. We do have some additional thoughts on how we might move forward more cost effectively and look forward to sharing with you.

Alma Park | Account Manager
CarryOn Communication, Inc.
direct: 323.988.4674 | fax: 323.848.4310
email: almap@carryonpr.com

-----Original Message-----
From: SRavin@riministreet.com [mailto:SRavin@riministreet.com]
Sent: Wednesday, March 22, 2006 2:17 PM
To: AlmaQuindipanPark
Subject: Work

Highly Confidential Information – Attorneys' Eyes Only                    RSI03188351

Alma-

Please do not perform any more labor for Rimini Street unless we discuss a specific project.

I just reviewed the February bill, and was quite surprised at the spend.

This continues from our earlier discussion about what the scope of our work will be going forward.

I need some time to analyze the bills of the last six months.

I have felt that we have been getting a declining actual PR return over the past few months, despite spending significant (for us) dollars.

My immediate red flags are amount of charges for "media review" that totals thousands of dollars over the past months, and thousands of dollars spent pitching minor press stories and not getting any real results from the campaign other than what gets picked up on the wire.

Let's plan on discussing end of this week, and seeing how we can assure a tighter return on spend.

Thanks,

S

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Seth A. Ravin
President & CEO
Rimini Street, Inc.
+ 1 (925) 699-0369
sravin@riministreet.com
www.riministreet.com

Highly Confidential Information – Attorneys' Eyes Only　　　　RSI03188352
PTX_2155 Page 7 of 7