BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
thomas.hixson@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**NOTICE OF WITHDRAWAL OF ORACLE'S MOTION TO DEPOSIT ATTORNEYS' FEE AWARD WITH THE COURT**<br><br>Judge: Hon. Larry R. Hicks |

1    On March 13, 2018, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") moved the Court for an order permitting Oracle to deposit its $28,502,246.40 attorneys' fee award from Defendants Rimini Street, Inc. and Seth Ravin (collectively "Rimini") in the Court's Registry Account, to be disbursed according to the resolution of Oracle's renewed motion for attorneys' fees on remand.  ECF No. 1114.

   On March 29, 2018, Oracle and Rimini filed a stipulation requesting that the Court issue an order allowing Oracle to deposit the fee award with the Court in its Registry Account under Federal Rule of Civil Procedure 67.  ECF No. 1123.  That stipulation provided that "Oracle shall withdraw its pending Motion to Deposit Attorneys' Fee Award with the Court."  *Id.*

   On April 3, 2018, the Court entered the stipulation filed on March 29, 2018 (ECF No. 1128) and issued an order allowing Oracle to deposit the fee award as the parties requested (ECF No. 1129).

   Accordingly, through this Notice, Oracle hereby withdraws its motion to deposit attorneys' fee award with the Court (ECF No. 1114).

Dated:   April 9, 2018

BOIES SCHILLER FLEXNER LLP

By:        /s/ *William Isaacson*
William Isaacson
Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation

**CERTIFICATE OF SERVICE**

I certify that on April 9, 2018, I electronically transmitted the foregoing **NOTICE OF WITHDRAWAL OF ORACLE'S MOTION TO DEPOSIT ATTORNEYS' FEE AWARD WITH THE COURT** to the Clerk's Office using the Electronic Filing System pursuant to Local Rules Section 1C.

Dated: April 9, 2018

BOIES SCHILLER FLEXNER LLP

By: /s/ *Ashleigh Jensen*
Ashleigh Jensen