FILED _____    _____ RECEIVED
ENTERED _____  _____ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY - 2 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC., et al.
Plaintiffs,

v.

RIMINI STREET, INC., et al.
Defendants.

Case #: 2:10-cv-0106-LRH-VCF

## CERTIFICATE OF CASH DEPOSIT

1. I, Richard J. Pocker, (Name of Depositor) herewith tender to the Clerk of Court for deposit into the Registry Account of this Court cash in the amount of $ 28,502,246.40. (via cashier's check)

2. This Cash Deposit:

   A. Is tendered on behalf of: Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (collectively, "Oracle"); (Name of Party)

   B. Is in the nature of the following (e.g., Interpleader Deposit, Bond in Support of Temporary Restraining Order, etc.): attorneys' fee award to Oracle in this action, which was vacated by the Ninth Circuit.

   C. Is tendered pursuant to the following Court Order (Order must be attached as required by Fed. R. Civ. P. 67(a) and LR 67-1(a)(4) and (b).): ECF No. 1128 and ECF No. 1129

   D. Is conditioned as follows: pursuant to those orders.

. . .

1

Rev. 5/1/2016

Paid Amt $ 28,502,246.40   Date 5-2-18
Receipt # NVLAS 056826  Initials SW

1  . . .

2

3    3.   The name and address of the Legal Owner of the cash tendered

4  herewith to whom a refund (if applicable) shall be made is:

5    Oracle International Corporation

6    500 Oracle Parkway, M/S 5op7

7    Redwood City, CA 94070

8

9  State of Nevada       )
                          ) ss.
10 County of Clark       )

Dated: MAY 2, 2018

_____
Signature of Depositor

11 On May 2, 2018 personally appeared before me, a
12 Notary Public,

13

14 Richard J. Pocker
   (Name of Depositor)
   who acknowledged that (s)he
15 executed the above instrument.

16

17 [signature]
   NOTARY PUBLIC
18

Dated: MAY 2, 2018

_____
Signature of Attorney for
Party or Party Appearing
Pro Se (If different from
Depositor)

19 Carolyn E. Wright
   Notary Public
   State of Nevada
20 Expires 7-28-2019
   No: 99-57326-1

21

22 RECEIPT:

23 Cash as identified herein is
   hereby acknowledged as being
24 received this date.

25 Dated: 5-2-18

26 CLERK, U.S. DISTRICT COURT

27 By: SHELLY DENSON
      Deputy Clerk

28

2

# ECF NO. 1128

# Order Regarding Rule 67 Deposit and Briefing Schedule for Oracle's Renewed Motion for Attorneys' Fees

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>STIPULATION AND ORDER REGARDING RULE 67 DEPOSIT AND BRIEFING SCHEDULE FOR ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES |

WHEREAS on September 21, 2016, the Court entered an award of $28,502,246.40 in attorneys' fees in favor of Oracle (Dkt. 1049);

WHEREAS on October 18, 2016, the Court entered a final judgment that included the attorneys' fees award (Dkt. 1076);

WHEREAS on October 31, 2016, Rimini paid Oracle the judgment in full, including the complete attorneys' fees award plus postjudgment interest (Dkt. 1096, 1097);

WHEREAS on January 8, 2018, the U.S. Court of Appeals for the Ninth Circuit affirmed liability and prejudgment interest for Oracle's copyright infringement claims (*Oracle USA, Inc. v. Rimini Street, Inc.*, 879 F.3d 948 (9th Cir. 2018));

WHEREAS the Ninth Circuit reversed liability and prejudgment interest for the state computer hacking statutes—a sum total of $19,764,595.85 (Dkt. 1076 ¶¶ 3-4)—and reversed $1,515,285.45 in taxable costs (*Rimini*, 879 F.3d at 962-65) (hereinafter, the "Reversed Sums");

WHEREAS the Ninth Circuit "vacate[d] the [attorneys'] fee award and remand[ed] for reconsideration" (*Rimini*, 879 F.3d at 965);

WHEREAS on March 13, 2018, Oracle filed a Motion to Deposit Attorneys' Fee Award with the Court, requesting permission pursuant to Rule 67 of the Federal Rules of Civil Procedure to deposit with the Court the $28,502,246.40 attorneys' fees award vacated by the Ninth Circuit, which

STIPULATION AND ORDER

award Rimini previously paid to Oracle, pending resolution of Oracle's renewed motion for attorneys' fees (Dkt. 1114);

WHEREAS the parties now agree that Oracle can deposit $28,502,246.40 with the Court pursuant to Rule 67, on the conditions that Oracle (1) withdraws its pending motion, (2) promptly pays back to Rimini the Reversed Sums with postjudgment interest, and (3) agrees to provide Rimini with 60 days to oppose Oracle's renewed motion for attorneys' fees (Dkt. 1118); and

WHEREAS Rule 67 requires from the Court an "order permitting deposit" (Fed. R. Civ. P. 67(b));

THEREFORE IT IS HEREBY STIPULATED by and between the Parties that:

1. Oracle shall withdraw its pending Motion to Deposit Attorneys' Fee Award with the Court.

2. Oracle shall promptly pay back to Rimini all Reversed Sums with postjudgment interest.

3. The Parties request that the Court enter the attached Rule 67 Proposed Order, which authorizes Oracle to deposit $28,502,246.40 with the Court in its Registry Account, to be disbursed with appropriate interest according to this Court's resolution of Oracle's renewed motion for attorneys' fees. This disbursement is to occur without respect to either party's subsequent appeal from this Court's decision.

4. Rimini shall have 60 days from the date of Oracle's renewed motion for attorneys' fees to file its opposition brief to Oracle's renewed motion for attorneys' fees.

SO STIPULATED AND AGREED.

DATED: March 29, 2018               GIBSON, DUNN & CRUTCHER LLP

                                    By:  /s/ *Mark A. Perry*
                                         Mark A. Perry

                                    Attorneys for Defendants Rimini Street, Inc. and Seth Ravin

STIPULATION AND [PROPOSED] ORDER

| | |
|---|---|
| DATED: March 29, 2018 | BOIES SCHILLER FLEXNER LLP |
| | By: _/s/ William Isaacson_<br>William Isaacson |
| | Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. And Oracle International Corporation |

**ATTESTATION OF FILER**

The signatories to this document are William Isaacson and me, and I have obtained Mr. Isaacson's concurrence to file this document on his behalf.

| | |
|---|---|
| DATED: March 29, 2018 | GIBSON, DUNN & CRUTCHER LLP |
| | By: _/s/ Mark A. Perry_<br>Mark A. Perry |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: **April 3, 2018**

_____
Hon. Larry R. Hicks
United States District Judge

STIPULATION

# ECF NO. 1129

# Order Regarding Rule 67 Deposit

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-PAL

STIPULATED ORDER REGARDING RULE 67 DEPOSIT

Judge: Hon. Larry R. Hicks

Pursuant to the parties' joint stipulation dated March 29, 2018, *see* Dkt. 1123, IT IS HEREBY ORDERED THAT:

Under Federal Rule of Civil Procedure 67, Oracle is hereby authorized to deposit $28,502,246.40 with the Court in its Registry Account, to be disbursed with appropriate interest according to this Court's resolution of Oracle's renewed motion for attorneys' fees. This disbursement is to occur without respect to either party's subsequent appeal from this Court's decision.

Rimini's opposition to Oracle's renewed motion for attorneys' fees is due on May 25, 2018.

IT IS SO ORDERED.

DATED: 4/3/18

By: /s/ *signature*
Hon. Larry R. Hicks
United States District Judge

2
ORDER