```
Court Name: District of Nevada
Division: 2
Receipt Number: NVLAS056826
Cashier ID: sdenson
Transaction Date: 05/02/2018
Payer Name: Richard J Pocker

TREASURY REGISTRY
 For: Richard J Pocker
 Case/Party: D-NVX-2-10-CV-000106-001
 Amount:         $28,502,246.40

CHECK/MONEY ORDER
 Remitter: Oracle USA Inc
 Check/Money Order Num: 6713
 Amt Tendered:   $28,502,246.40

Total Due:      $28,502,246.40
Total Tendered: $28,502,246.40
Change Amt:     $0.00


"Only when bank clears the check,
money order, or verifies credit of
funds is the fee or debt officially
paid or discharged.  A $53 fee will
be charged for a returned check."
```