| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com<br><br>HOWARD & HOWARD PLLC<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wallen@howardandhoward.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>Daniel F. Polsenberg (Nevada Bar No. 2376)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: (702) 949-8200<br>dpolsenberg@lrrc.com |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | HEARING REQUESTED UNDER LOCAL RULE 54-14(f)<br><br>Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF BLAINE H. EVANSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES** |

I, Blaine H. Evanson, hereby declare:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Defendants Rimini Street, Inc. and Seth Ravin (collectively, "Rimini") in the above-captioned case. I submit this declaration in support of Defendants' Opposition to Oracle's Renewed Motion for Attorneys' Fees. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness I would and could testify competently to them.

2. On July 27, 2015, Rimini served Oracle with an offer of judgment pursuant to Federal Rule of Civil Procedure 68 for $60 million inclusive of all damages, prejudgment interest, and attorneys' fees, to be paid over three years, and a proposed stipulated injunction. Attached as **Exhibit 1** is a true and correct copy of Rimini's Rule 68 offer of judgment and proposed stipulated injunction. Oracle rejected the offer on July 28, 2015. Attached as **Exhibit 2** is a true and correct copy of Oracle's letter rejecting Rimini's offer.

3. On August 24, 2015, Rimini served Oracle with an offer of judgment pursuant to Federal Rule of Civil Procedure 68 for $100 million inclusive of all damages, prejudgment interest, and attorneys' fees, to be paid over four years, and a proposed stipulated injunction. Attached as **Exhibit 3** is a true and correct copy of Rimini's Rule 68 offer of judgment and proposed stipulated injunction. Oracle rejected the offer on August 25, 2015. Attached as **Exhibit 4** is a true and correct copy of Oracle's letter rejecting Rimini's offer.

4. At trial, Oracle sought $128.3 million in damages for copyright infringement. Attached as **Exhibit 5** is a true and correct copy of Plaintiffs' Trial Exhibit 6006 showing Oracle's requested damages.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Irvine, California, on May 25, 2018.

*/s/ Blaine H. Evanson*
Blaine H. Evanson

DECLARATION OF BLAINE H. EVANSON IN SUPPORT OF DEFENDANTS' OPPOSITION TO ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES

# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Blaine H. Evanson*
      Blaine H. Evanson

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

102660564.2