**EXHIBITS 1 through 4 Filed Under Seal**