| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, D.C. 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com<br><br>HOWARD & HOWARD PLLC<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wallen@howardandhoward.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>Daniel F. Polsenberg (Nevada Bar No. 2376)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: (702) 949-8200<br>dpolsenberg@lrrc.com |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **HEARING REQUESTED UNDER LOCAL RULE 54-14(f)**<br><br>Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF JULIE SULLIVAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES** |

I, Julie Sullivan, hereby declare:

1. I am Director of Legal Operations at Rimini Street, Inc. ("Rimini"). I submit this declaration in support of Defendants' Opposition to Oracle's Renewed Motion for Attorneys' Fees. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness I would and could testify competently to them.

2. I am the custodian of all legal invoices for Rimini with respect to the above-captioned matter ("*Rimini I* matter").

3. I personally gathered and reviewed Rimini's invoices from March 2010 through November 2015 attributable to the *Rimini I* matter from the following law firms: ███████ ███████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████.

4. From March 2010 to November 2015, Rimini and Mr. Ravin incurred ███████ in gross legal fees from these law firms litigating the *Rimini I* matter, a portion of which Rimini's insurer reimbursed under a reservation of rights. This figure represents the rates charged by the law firms listed above and the number of hours billed litigating the *Rimini I* matter. This number does not include any costs or expenses incurred by vendors or experts. For all law firms listed above except ███████, this figure does not include any expenses incurred, such as travel expenses, research charges, or meal expenses.

5. ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ██████████████████████████████████████████████████████████████████ ████████████████████████████████████.

6. Thus, Rimini and Mr. Ravin incurred a total of ███████████ in gross legal fees from March 2010 to November 2015, when adjusted for the various ██████████████████.

7. In my experience, the rates charged, and the time billed, by the law firms identified in Paragraph 3 in connection with the *Rimini I* matter are comparable to and in-line with the rates

1 charged, and the time billed, by other law firms that Rimini—a sophisticated purchaser of legal
2 services—has retained in connection with similarly complex litigation matters.
3    I declare under penalty of perjury under the laws of the United States that the foregoing is true
4 and correct and that this declaration was executed in Lufkin, Texas, on May 25, 2018.

*[signature]*
JULIE SULLIVAN

# CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Blaine H. Evanson*
    Blaine H. Evanson

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

102660579.5