| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com | John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |
| HOWARD & HOWARD PLLC<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com | LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>Daniel F. Polsenberg (Nevada Bar No. 2376)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: (702) 949-8200<br>dpolsenberg@lrrc.com |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>     Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>     Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER** |

    Pending before the Court is Defendant Rimini Street, Inc.'s motion for leave to file under seal portions of its Opposition to Oracle's Renewed Motion for Attorneys' Fees and the accompanying Declarations (including exhibits) of Julie Sullivan, Blaine H. Evanson, Dennis L. Kennedy, and Thomas D. Vander Veen and Tabs 1, 2, 3a, 3b, 3c, 4a, 4b, 4c, 5a, 5b, 5c, 5d, 6, 7, 8a, 8b, 9, 10a, 10b, 11a, 11b, 11c, 12a, 12b, 12c, 12d, and 13.  Public, redacted versions of these documents were filed on May 25, 2018.  *See* Dkts. __.  Unredacted versions of these documents were also filed under seal on May 25, 2018.  *See* Dkts. ____.

    IT IS HEREBY ORDERED THAT Defendant Rimini Street, Inc.'s motion to file under seal is GRANTED.  The Clerk of Court shall file these documents under seal.

    IT IS SO ORDERED.

Dated: _____, 2018

By:_____
        Hon. Larry R. Hicks
        United States District Judge