| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com | John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |
| HOWARD & HOWARD PLLC<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com | LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>Daniel F. Polsenberg (Nevada Bar No. 2376)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169<br>Telephone: (702) 949-8200<br>dpolsenberg@lrrc.com |

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br><br><br><br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 555 Mission Street, Suite 3000, San Francisco, California 94105. On May 25, 2018, I caused served the following documents unredacted:

1. Unredacted Response to Oracle's Renewed Motion for Attorneys' Fees (Dkt. 1145)
2. Unredacted Declaration of Dennis L. Kennedy (Dkt. 1145-1)
3. Unredacted Declaration of Blaine H. Evanson and Supporting Exhibits (Dkt. 1145-2)
4. Unredacted Declaration of Thomas D. Vander Veen, Ph.D (Dkt. 1145-5)
5. Unredacted Declaration of Julie Sullivan (Dkt. 1145-6)

I served the documents on the persons below:

Thomas S. Hixson
John A. Polito
Morgan, Lewis & Bockius LLP
One Market Street, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
Fax: (415) 442-1001
thomas.hixson@morganlewis.com
john.polito@morganlewis.com

Karen L. Dunn
William Isaacson
Boies Schiller & Flexner LLP
1401 New York Avenue, NW
Washington D.C., DC 20005
202-237-2727
kdunn@bsfllp.com
wisaacson@bsfllp.com

Richard J. Pocker
Boies Schiller & Flexner, LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300
Fax: (702) 382-2755
rpocker@bsfllp.com

Beko O. Reblitz-Richardson
Steven C. Holtzman
Boies, Schiller & Flexner LLP
1999 Harrison St., Ste. 900
Oakland, CA 94612
510-874-1000
Fax: 510-874-1460
brichardson@bsfllp.com
sholtzman@bsfllp.com

I hereby certify that on this date, the documents were served pursuant to Federal Rule of Civil Procedure 5(b) by sending them by electronic mail to the persons listed above.

DATED: May 25, 2018

By: */s/ Joseph Gorman*
Joseph Gorman