# EXHIBIT 5
## Plaintiffs' Trial Exhibit 6006

# Oracle's Damages - Summary

**Oracle's Total Damages for All Claims are $245.9 million**

| Allegation | Damages |
|---|---|
| Copyright Infringement | $128.3 million* |
| Interference | $194.1 million* |
| Computer Fraud | $14.4 million to $34.9 million* |

\* Certain damages measures are overlapping.

Source: Schedules 7.2.SU, 7.3.SU, 19.SU, 20.SU, 32, 37.1.SU

54