| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF REPLY IN SUPPORT OF ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES** |

I, Thomas S. Hixson, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter and a partner with Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached as **Exhibit A** is a true and correct copy of highlighted excerpts of Rimini Street, Inc.'s May 10, 2018 10-Q filing with the Securities and Exchange Commission.

I executed this declaration on June 1, 2018 in San Francisco, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 1, 2018

*/s/ Thomas S. Hixson*
Thomas S. Hixson

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2018, I electronically transmitted the foregoing DECLARATION OF THOMAS S. HIXSON IN SUPPORT OF REPLY IN SUPPORT OF ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES to the Clerk's Office using the Electronic Filing System pursuant to Special Order No. 109.

Dated: June 1, 2018

Morgan, Lewis & Bockius LLP

By:     /s/ *Thomas Hixson*
        Thomas Hixson

Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation