| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>5301 Wisconsin Ave, NW<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com<br><br>Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105-1596<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>　　　　Defendants. | Case No 2:10-cv-0106-LRH-VCF<br><br>**ORACLE'S MOTION TO SEAL PORTIONS OF REPLY IN SUPPORT OF ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES** |

ORACLE'S MOTION TO SEAL

1       Pursuant to the Stipulated Protective Order governing confidentiality of documents
2   entered by the Court on May 21, 2010, ECF No. 55 ("Protective Order"), and Rules 5.2 and
3   26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc.,
4   and Oracle International Corporation (collectively "Oracle") respectfully request that the Court
5   order the Clerk of the Court to file under seal certain portions of Oracle's Reply In Support Of
6   Oracle's Renewed Motion for Attorneys' Fees ("Reply Brief").  These portions of Oracle's
7   Reply Brief reflect information that Oracle, Rimini Street, Inc. ("Rimini") or a third party has
8   designated "Confidential" or "Highly Confidential - Attorneys' Eyes Only" under the Protective
9   Order.  A public, redacted version of Oracle's Reply Brief was filed on June 1, 2018, *see* ECF
10  No. 1152, and an unredacted version will be filed under seal with the Court.
11      The Protective Order states, "Counsel for any Designating Party may designate any
12  Discovery Material as 'Confidential Information' or 'Highly Confidential Information –
13  Attorneys' Eyes Only' under the terms of this Protective Order *only if such counsel in good*
14  *faith believes that such Discovery Material contains such information and is subject to*
15  *protection under Federal Rule of Civil Procedure 26(c).*  The designation by any Designating
16  Party of any Discovery Material as 'Confidential Information' or 'Highly Confidential
17  Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the
18  Designating Party reasonably believes there is a valid basis for such designation."  Protective
19  Order ¶ 2 (emphasis supplied).
20      Rimini has designated information in Oracle's Reply Brief as Highly Confidential -
21  Attorneys' Eyes Only ("HC").  Oracle submits portions of the Reply Brief containing such
22  information under seal pursuant to the Protective Order based on Rimini's representation that it
23  reasonably believes there is a valid basis under the Protective Order for its confidentiality
24  designations.  Because the information was designated by Rimini, Oracle is not in a position to
25  explain why filing the redacted portions of the Reply Brief publicly would cause Rimini harm.
26      Oracle has submitted all other portions of Oracle's Reply Brief to the Court's public files,
27  which allow public access to all materials except for the portions discussed above.  Accordingly,
28  the request to seal is narrowly tailored.  For the foregoing reasons, Oracle respectfully requests

CERTIFICATE OF SERVICE

1  that the Court grant leave to file under seal the documents discussed above.

2  DATED:  June 1, 2018        Morgan, Lewis & Bockius LLP

3                  By:      */s/ Thomas S. Hixson*
                  Thomas S. Hixson
4                 Attorneys for Plaintiffs
                  Oracle USA, Inc.,
5                 Oracle America, Inc. and
                  Oracle International Corporation

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
ORACLE'S MOTION TO SEAL

**CERTIFICATE OF SERVICE**

I certify that on June 1, 2018, I electronically transmitted the foregoing ORACLE'S MOTION TO SEAL PORTIONS OF REPLY IN SUPPORT OF ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES to the Clerk's Office using the Electronic Filing System pursuant to Special Order No. 109.

Dated: June 1, 2018

Morgan, Lewis & Bockius LLP

By:    /s/ *Thomas Hixson*
        Thomas Hixson

Attorneys for Plaintiffs
Oracle USA, Inc.,
Oracle America, Inc. and
Oracle International Corporation