| | | |
|---|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | JOHN A. POLITO (*pro hac vice*)<br>One Market, Spear Street Tower |
| 3 | Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755 | San Francisco, CA 94105-1596<br>Telephone: 415.442.1000 |
| 4 | rpocker@bsfllp.com | Facsimile: 415.442.1001<br>thomas.hixson@morganlewis.com |
| 5 | BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | john.polito@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 7 | 5301 Wisconsin Ave, NW<br>Washington, DC 20015 | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 8 | Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Redwood City, CA 94070<br>Telephone: 650.506.4846 |
| 10 | | Facsimile: 650.506.7114<br>dorian.daley@oracle.com |
| 11 | BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON (*pro hac vice*) | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | |
| 13 | Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460 | |
| 14 | sholtzman@bsfllp.com<br>brichardson@bsfllp.com | |
| 15 | | |
| 16 | Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc. and Oracle International Corp. | |
| 17 | | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 21 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. 2:10-cv-00106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| 26 | Defendants. | |

1

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105. On June 1, 2018, I served the following document:

**REPLY IN SUPPORT OF ORACLE'S RENEWED MOTION FOR ATTORNEYS' FEES [FILED UNDER SEAL, ECF NO. 1153]**

I served the documents on the persons below, as follows:

| | |
|---|---|
| Joseph A. Gorman, Esq. | Jeffrey T. Thomas, Esq. |
| Daniel J. Kuo, Esq. | Michele L. Maryott, Esq. |
| GIBSON, DUNN & CRUTCHER LLP | Casey J. McCracken, Esq. |
| 555 Mission Street, Suite 2900 | Chris Whittaker, Esq. |
| San Francisco, CA 94105-0921 | Jennafer M. Tryck, Esq. |
| *JGorman@gibsondunn.com* | Caitlin S. Peters, Esq. |
| *DKuo@gibsondunn.com* | Ronald Gomez, Esq. |
| | Katie M. Magallanes, Esq. |
| Samuel Liversidge, Esq. | Matthew T. Sessions, Esq. |
| Eric D. Vandevelde, Esq. | Amber McKonly, Esq. |
| Blake Shinoda, Esq. | Tracy A. Morgan |
| Daniel Adler, Esq. | GIBSON, DUNN & CRUTCHER LLP |
| GIBSON, DUNN & CRUTCHER LLP | 3161 Michelson Drive, Suite 1200 |
| 333 South Grand Ave., 47th Floor | Irvine, CA 92612-4412 |
| Los Angeles, CA 90071-3197 | *JTThomas@gibsondunn.com* |
| *SLiversidge@gibsondunn.com* | *MMaryott@gibsondunn.com* |
| *EVandevelde@gibsondunn.com* | *CMcCracken@gibsondunn.com* |
| *Bshinoda@gibsondunn.com* | *CWhittaker@gibsondunn.com* |
| *DAdler@gibsondunn.com* | *JTryck@gibsondunn.com* |
| | *CPeters@gibisondunn.com* |
| Wesley Sze, Esq. | *RGomez@gibsondunn.com* |
| GIBSON, DUNN & CRUTCHER LLP | *KMagallanes@gibsondunn.com* |
| 555 Mission Street, Suite 2900 | *MSessions@gibsondunn.com* |
| Palo Alto, CA 94304-1211 | *AMcKonly@gibsondunn.com* |
| *WSze@gibsondunn.com* | *TMorgan2@gibsondunn.com* |

1. The document was served pursuant to FRCP 5(b) by sending it by electronic mail.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am a member of the State Bar of California, admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated:  June 1, 2018

                                              */s/ Zachary Hill*
                                                Zachary Hill