UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-VCF

ORDER

Before the court is the parties' stipulation and joint statement regarding hearings on renewed motions. ECF No. 1143. The court has reviewed the parties' stipulation and statement and finds that a hearing on plaintiffs Oracle USA, Inc.; Oracle America, Inc.; and Oracle International Corporation's (collectively "Oracle") post-remand renewed motion for a permanent injunction (ECF No. 1117) and renewed motion for attorneys' fees (ECF No. 1118) is warranted in light of the Ninth Circuit's order on remand and the parties' relative positions. The court further finds that a combined hearing on both motions is appropriate.

The court has reviewed the parties' proposed hearing dates in conjunction with the court's calendar and shall set a hearing on Oracle's renewed motions for Monday, July 23, 2018, at 1:30 p.m. At the hearing, each party shall be granted 45 minutes per motion to argue their positions and raise all pertinent issues and legal authority before the court, beginning with the

renewed motion for a permanent injunction (ECF No. 1117) followed by the renewed motion for attorneys' fees (ECF No. 1118).

IT IS THEREFORE ORDERED that the parties' stipulation and joint statement regarding hearings on renewed motions (ECF No. 1143) is GRANTED in accordance with this order.

IT IS FURTHER ORDERED that a hearing on plaintiffs' renewed motion for a permanent injunction (ECF No. 1117) and renewed motion for attorneys' fees (ECF No. 1118) is set for Monday, July 23, 2018, at 1:30 p.m. in Courtroom 3 of the Bruce R. Thompson Federal Courthouse in Reno, Nevada.

IT IS SO ORDERED.

DATED this 13th day of June, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE