GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Ave., N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
bevanson@gibsondunn.com

HOWARD & HOWARD ATTORNEYS
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc, and Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>              Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>              Defendants. | Case No.: 2:10-cv-0106-LRH-VCF<br><br>**RIMINI STREET, INC.'S NOTICE OF WITHDRAWAL OF COUNSEL, REQUEST FOR LEAVE OF COURT TO REMOVE NAMES FROM CM/ECF SYSTEM SERVICE LIST, AND PROPOSED ORDER** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

Defendants, Rimini Street, Inc. and Seth Ravin (collectively "Rimini"), by and through their undersigned counsel of record, hereby file this Notice of Withdrawal of Counsel and request leave of Court to remove the names of withdrawn attorneys that remain listed as Rimini counsel of record who

1

no longer require service of notices, and to remove these attorneys' names and affiliated email addresses from the Court's CM/ECF System Service List in the above-entitled action.

The following attorneys are hereby withdrawn as counsel of record for Rimini and shall be removed, along with any affiliated email addresses, from the Court's CM/ECF System Service List in the above-entitled case:

| | |
|---|---|
| B. Trent Webb | bwebb@shb.com, jglidewell@shb.com |
| Robert H. Reckers | rreckers@shb.com, dfaulk@shb.com, iplitigation@shb.com, jglidewell@shb.com |
| Ryan D. Dykal | rdykal@shb.com, jgarretson@shb.com |
| Annie Y.S. Chuang | achuang@shb.com |
| Michael Gray | mgray@shb.com |
| David J. Niegowski | dniegowski@shb.com |
| Brandon Roos | roosb@gtlaw.com, lvlitdock@gtlaw.com, rosehilla@gtlaw.com |
| Mark G Tratos | tratosm@gtlaw.com, jacksonsa@gtlaw.com, lvlitdock@gtlaw.com, meitzj@gtlaw.com, neyc@gtlaw.com, pruntyd@gtlaw.com, rabeb@gtlaw.com, sheffieldm@gtlaw.com |

All other counsel and law firms of record that have appeared shall continue to represent Rimini Street, Inc. in this matter.

DATED: August 1, 2018  HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ W. West Allen
W. West Allen
*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 8-8-2018

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

/s/ *Solana Louie*
An Employee of Howard & Howard PLLC