# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ORACLE USA, INC. et al.,

        Plaintiff,

v.

RIMINI STREET, INC., et al.

        Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:10-cv-0106-LRH-VCF

___ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff's renewed motion for a permanent injunction (ECF No. 1117) and renewed motion for attorneys' fees (ECF No. 1118) are GRANTED.

**IT IS FURTHER ORDERED AND ADJUDGED** that an award of attorneys' fees in favor of plaintiffs Oracle USA, Inc.; Oracle America, Inc.; and Oracle International Corporation and against defendants Rimini Street, Inc. in the amount of $28,502,246.40 is hereby entered.

Date:  August 14, 2018

DEBRA K. KEMPI

Clerk

/s/K. Walker
Deputy Clerk