1
2
3
4
5
6                  UNITED STATES DISTRICT COURT

7                        DISTRICT OF NEVADA

8                                * * *

9    ORACLE USA, INC., a Colorado corporation;
10   ORACLE AMERICA, INC., a Delaware
     corporation; and ORACLE INTERNATIONAL
11   CORPORATION, a California corporation,          Case No. 2:10-cv-0106-LRH-(VCF)

12                      Plaintiffs,                  PERMANENT INJUNCTION AGAINST
                                                     DEFENDANT RIMINI STREET, INC.
13           v.

14
     RIMINI STREET, INC., a Nevada corporation;
15   SETH RAVIN, an individual,

16                      Defendants.

17

18          This is a permanent injunction order pursuant to 17 U.S.C. § 502(a).

19          Good cause being shown, the court permanently enjoins and restrains defendant

20   Rimini Street, Inc. and its subsidiaries, affiliates, employees, directors, officers, principals, and

21   agents (collectively "Rimini Street") as follows:

22          1.  Rimini Street, Inc. shall provide notice of this Section 502 order to all subsidiaries,

23              affiliates, employees, directors, officers, principals, and agents that may have any

24              involvement whatsoever in reproducing, preparing derivative works from, or

25              distributing PeopleSoft, J.D. Edwards, Siebel, or Oracle Database software or

26              documentation.

27

28
                                         1

2. Rimini Street shall not reproduce, prepare derivative works from, or distribute PeopleSoft, J.D. Edwards, or Siebel software or documentation in any way unless both of the following conditions are met:

    a. Rimini Street shall not reproduce, prepare derivative works from, or distribute PeopleSoft, J.D. Edwards, or Siebel software or documentation unless solely in connection with work for a specific customer that holds a valid, written license agreement for the particular PeopleSoft, J.D. Edwards, or Siebel software and documentation authorizing Rimini Street's specific conduct; and

    b. Rimini Street shall not reproduce, prepare derivative works from, or distribute PeopleSoft, J.D. Edwards, or Siebel software or documentation unless such conduct is consistent with the remaining terms of this order.

### PeopleSoft

3. Rimini Street shall not distribute PeopleSoft software or documentation or any derivative works created from or with PeopleSoft software or documentation;

4. Rimini Street shall not reproduce, prepare derivative works from, or use a specific licensee's PeopleSoft software or documentation other than to support the specific licensee's own internal data processing operations;

5. Rimini Street shall not reproduce, prepare derivative works from, or use PeopleSoft software or documentation on, with, or to any computer systems other than a specific licensee's own computer systems;

6. Rimini Street shall not reproduce, prepare derivative works from, or use PeopleSoft software or documentation on one licensee's computer systems to support, troubleshoot, or perform development or testing for any other licensee, including, specifically, that Rimini Street shall not use a specific licensee's PeopleSoft environment to develop or test software updates or modifications for the benefit of any other licensee;

**J.D. Edwards**

7.  Rimini Street shall not distribute J.D. Edwards software or documentation or any derivative works created from or within J.D. Edwards software or documentation;

8.  Rimini Street shall not copy or access J.D. Edwards software source code to carry out development and testing of software updates;

9.  Rimini Street shall not reproduce, prepare derivative works from, or use J.D. Edwards software or documentation on, with, or to any computer systems other than a specific licensee's own computer systems, except to create an unmodified copy of a specific licensee's software application and documentation for use by that specific licensee in the event that the production copy of the licensee's software is corrupted or lost;

10. Rimini Street shall not reproduce, prepare derivative works from, or use J.D. Edwards software or documentation on one licensee's computer systems to support, troubleshoot, or perform development or testing for any other licensee, including, specifically, that Rimini Street shall not use a specific licensee's J.D. Edwards environment to develop or test software updates or modifications for the benefit of any other licensee;

**Siebel**

11. Rimini Street shall not distribute or prepare derivative works from Siebel software or documentation;

12. Rimini Street shall not copy or access Siebel software source code to carry out development and testing of software updates;

13. Rimini Street shall not reproduce, prepare derivative works from, or use Siebel software or documentation on, with, or to any computer systems other than a specific licensee's own computer systems, except solely to: create an unmodified copy of a specific licensee's software application and documentation for use by that specific licensee in the event that the production copy of the licensee's software is corrupted

or lost; for emergency back-up purposes; or, for disaster recovery purposes and related testing;

14. Rimini Street shall not reproduce, prepare derivative works from, or use Siebel software or documentation on one licensee's computer systems to support, troubleshoot, or perform development or testing for any other licensee, including, specifically, that Rimini Street shall not use a specific licensee's Siebel environment to develop or test software updates or modifications for the benefit of any other licensee;

**Oracle Database**

15. Rimini Street shall not reproduce, prepare derivative works from, or distribute Oracle Database software.


IT IS SO ORDERED.

DATED this 15th day of August, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE