GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: (202) 955-8500
mperry@gibsondunn.com

Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7228
bevanson@gibsondunn.com

HOWARD & HOWARD PLLC
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**DEFENDANT RIMINI STREET, INC.'S NOTICE OF APPEAL**<br><br>Judge:   Hon. Larry R. Hicks |

NOTICE IS HEREBY GIVEN that Defendant Rimini Street, Inc. ("Rimini") hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's order of a final permanent injunction (Dkt. 1166), the District Court's judgment of attorneys' fees and an injunction (Dkt. 1165) (*see* 28 U.S.C. §§ 1291, 1292(a)), and all rulings that are inextricably intertwined with the judgment or otherwise necessary to ensure meaningful review, including, without limitation, the Court's order granting Oracle's renewed motion for an injunction and attorneys' fees (Dkt. 1164), the rulings on the jury instructions (Dkts. 874, 880), and the orders granting in part and denying in part Oracle's motions for summary judgment (Dkts. 474, 476).

DATED:  August, 16 2018                    GIBSON, DUNN & CRUTCHER LLP

By: *Mark A. Perry*
      Mark A. Perry

*Attorney for Defendant Rimini Street, Inc.*

**REPRESENTATION STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 12-2 and 3-2(b), undersigned counsel states as follows: Gibson, Dunn & Crutcher LLP represents Rimini Street, Inc., Defendant and Appellant in the above captioned action. Below is a list that shows all of the parties to the action and identifies their counsel by name, email address, firm, mailing address, telephone number, and facsimile number. Fed. R. App. P. 12(b); Circuit Rule 12-2, 3-2(b).

DATED:  August 16, 2018                    GIBSON, DUNN & CRUTCHER LLP


                                           By: *Mark A. Perry*
                                                  Mark A. Perry

                                           *Attorney for Defendant Rimini Street, Inc.*

**LIST OF PARTIES AND THEIR COUNSEL**

**Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation:**

Paul D. Clement
paul.clement@kirkland.com
Erin E. Murphy
erin.murphy@kirkland.com
Matthew Rowen
Matthew.rowen@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

Richard J. Pocker
rpocker@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300
(702) 382-2755 (fax)

William A. Isaacson
wisaacson@bsfllp.com
Karen L. Dunn
kdunn@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Ave, NW
Washington, DC 20015
(202) 237-2727
(202) 237-6131 (fax)

Steven C. Holtzman
sholtzman@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612
(510) 874-1000
(510) 874-1460 (fax)

4
NOTICE OF APPEAL – CASE NO. 2:10-CV-0106-LRH-VCF

Kristen A. Palumbo
kristen.palumbo@morganlewis.com
John A. Polito
John.polito@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
(415) 442-1001 (fax)

David B. Salmons
david.salmsons@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 373-6283
(202) 739-3001 (fax)

Dorian E. Daley
dorian.daley@oracle.com
Deborah K. Miller
deborah.miller@oracle.com
James C. Maroulis
jim.maroulis@oracle.com
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
(650) 506-4846
(650) 506-7114 (fax)

**Attorneys for Rimini Street, Inc. and Seth Ravin:**

Mark A. Perry
mperry@gibsondunn.com
Jeremy M. Christiansen
jchristiansen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
(202) 955-8500
(202) 393-8306 (fax)

Blaine H. Evanson
bevanson@gibsondunn.com
Joseph A. Gorman
jgorman@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
(213) 229-7228
(213) 229-7520 (fax)

W. West Allen
wallen@howardandhoward.com
HOWARD & HOWARD PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
(702) 667-4843
(702) 567-1568 (fax)

Daniel B. Winslow
dwinslow@riministreet.com
RIMINI STREET, INC.
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
(925) 264-7736

John P. Reilly
jreilly@riministreet.com
RIMINI STREET, INC.
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
(336) 908-6961
(702) 973-7491 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 16, 2018, I caused to be electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

By: *Mark A. Perry*
        Mark A. Perry

*Attorney for Defendant Rimini Street, Inc.*