| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com<br><br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7228<br>bevanson@gibsondunn.com<br><br>HOWARD & HOWARD PLLC<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |

*Attorneys for Defendant Rimini Street, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>            Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF MARK A. PERRY IN SUPPORT OF DEFENDANT RIMINI STREET, INC.'S MOTION TO STAY ENFORCEMENT OF PERMANENT INJUNCTION PENDING APPEAL, OR ALTERNATIVELY FOR A TEMPORARY STAY**<br><br>Judge:   Hon. Larry R. Hicks |

# DECLARATION OF MARK A. PERRY

I, Mark A. Perry, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court. I am a partner in the law firm of Gibson Dunn & Crutcher LLP, and I am one of the attorneys representing Defendant Rimini Street, Inc. in the above-captioned matter.

2. I submit this declaration in support of Rimini's Motion to Stay Enforcement of Permanent Injunction Pending Appeal, or Alternatively for a Temporary Stay (the "Motion"). Unless otherwise indicated, I have personal knowledge of the foregoing and could and would testify to the same if called as a witness in this matter.

3. This situation merits an Emergency Motion under this District's Local Rules.

4. For all of the reasons stated in the Motion, Rimini will suffer irreparable harm if a stay of the injunction is not immediately granted and the injunction is allowed to go into effect.

5. On August 15, 2018, the day this Court entered the permanent injunction, I caused a letter to be sent to William Isaacson and John Polito, counsel for Oracle. In the letter, I notified Oracle of this Motion; set forth our assumption that Oracle would oppose the relief requested; and asked Oracle to inform me by 12:00 PM PST if it wanted to meet and confer to discuss stipulating to a stay of the injunction pending appeal. At 3:11 PM PST, Mr. Polito informed me that "Oracle plans to oppose Rimini's emergency motion to stay enforcement of the injunction pending appeal." Rimini therefore seeks relief from this Court.

6. The office addresses and telephone numbers of the movant are as follows:

John P. Reilly
Rimini Street, Inc.
3993 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
336-908-6961
JReilly@riministreet.com

Daniel B. Winslow
Rimini Street, Inc.
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
925-264-7736
DWinslow@riministreet.com

Mark A. Perry
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
202-955-8500
MPerry@gibsondunn.com

Blaine H. Evanson
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071
213-229-7228
BEvanson@gibsondunn.com

7. The office addresses and telephone numbers of affected parties are as follows:

Dorian Daley
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065
650-506-5500
dorian.daley@oracle.com

James C. Maroulis
Oracle Corporation
500 Oracle Parkway
Redwood City, CA 94065
650-506-4846
jim.maroulis@oracle.com

Debora K. Miller
500 Oracle Parkway
Redwood City, CA 94065
650-506-4846
deborah.miller@oracle.com

William A. Isaacson
Boies, Schiller & Flexner LLP
1401 New York Ave, NW
Washington, DC 20005
202-237-2727
Wisaacson@BSFLLP.com

John A. Polito
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
415-442-1125
john.polito@morganlewis.com

8. Attached as **Exhibit A** is a true and correct copy of my August 15, 2018, letter to Mr. Isaacson and Mr. Polito.

9. Attached as **Exhibit B** is a true and correct copy of Mr. Polito's August 16, 2018, response.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Warren, RI, on August 16, 2018.

                                                 */s/ Mark A. Perry*
                                                    Mark A. Perry

**CERTIFICATE OF SERVICE**

    I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users.  All counsel of record are registered users.

DATED:  August 16, 2018

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By:  */s/ Mark A. Perry*
                                                            Mark A. Perry

                                              *Attorney for Defendant Rimini Street, Inc.*