# EXHIBIT A
# M. Perry August 15, 2018 letter to W. Isaacson and J. Polito

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Tel 202.955.8500
www.gibsondunn.com

Mark A. Perry
Direct: +1 202.887.3667
Fax: +1 202.530.9696
MPerry@gibsondunn.com

August 15, 2018

VIA ELECTRONIC MAIL

William A. Isaacson
Boies, Schiller & Flexner LLP
1401 New York Ave, NW
Washington, DC 20005

John A. Polito
Morgan Lewis & Bockius LLP
One Market
Spear Street Tower
San Francisco, CA 94105-1596

Re:   *Oracle USA, Inc. v. Rimini Street, Inc.*, Case No. 2:10-cv-0106-LRH-VCF (D. Nev.)

Dear Counsel:

Yesterday, the Court entered its order on Oracle's renewed motion for permanent injunction and attorneys' fees (ECF No. 1164), as well as a judgment (ECF No. 1165); today, the Court entered its order of permanent injunction (ECF No. 1166).  Tomorrow, Rimini Street will file its notice of appeal from the judgment and order of injunction, as well as an emergency motion to stay enforcement of the injunction pending appeal.  Based on Oracle's refusal to stipulate to a stay of injunction the last time around, we assume Oracle will oppose this motion and will so indicate in our filings with the Court.  Should Oracle wish to meet and confer regarding any of this, I am available before noon Pacific tomorrow.  If we do not hear from you by then, we will view that as confirming our assumption that Oracle intends to oppose the stay motion, and we will proceed accordingly.

Sincerely,

*/s/ Mark A. Perry*

Mark A. Perry

MAP/dl

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

August 15, 2018
Page 2

cc:  Blaine H. Evanson
     Karen Dunn
     Beko Reblitz-Richardson
     Zachary S. Hill
     Joseph A. Gorman