# EXHIBIT B
# J. Polito August 16, 2018 Email

**From:** Polito, John A. <john.polito@morganlewis.com>
**Sent:** Thursday, August 16, 2018 3:11 PM
**To:** Gorman, Joseph A. <JGorman@gibsondunn.com>; Wisaacson@BSFLLP.com
**Cc:** Perry, Mark A. <MPerry@gibsondunn.com>; Evanson, Blaine H. <BEvanson@gibsondunn.com>; KDunn@BSFLLP.com; OracleServList:Reblitz-Richardson, Beko <brichardson@bsfllp.com>; OracleServList:Hill, Zachary S. <zachary.hill@morganlewis.com>
**Subject:** RE: Oracle USA, Inc., et al. v. Rimini Street, Inc., et al., Case No. 2:10-cv-0106-LRH-VCF (D. Nev.)

[External Email]
Counsel,

Oracle plans to oppose Rimini's emergency motion to stay enforcement of the injunction pending appeal.

Regards,
John Polito

**John A. Polito**
**Morgan, Lewis & Bockius LLP**
Direct: +1.415.442.1125
john.polito@morganlewis.com