UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: __2:10-cv-0106-LRH-VCF__

Court of Appeals Case Number: __18-16554__

Case Caption: __Oracle USA, Inc., et al. v. Rimini Street, Inc.. et al.__

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 6/1/10 | 62 | Scheduling Conference | FTR | Yes |
| 8/5/10 | 77 | Motion Hearing | Donna Davidson | Yes |
| 9/10/10 | 1098 | Motion Hearing | Donna Davidson | Yes |
| 1/25/11 | 1099 | Status Conference | Donna Davidson | Yes |
| 3/29/11 | 1100 | Status Conference | Donna Davidson | Yes |
| 5/17/11 | 1101 | Status Conference | Donna Davidson | Yes |
| 11/8/11 | 1102 | Status Conference | Donna Davidson | Yes |
| 11/15/11 | 1103 | Status Conference | Donna Davidson | Yes |
| *** | *** | List continued on Appendix A | *** | *** |

Date: __August 28, 2018__

__/s/ Mark A. Perry__
Signature

__Mark A. Perry__
Print Name

__Appellant__
Appellant/Appellee

*Oracle USA, Inc., et al. v. Rimini Street, Inc, et al.*
United States District Court
District of Nevada
Case No. 2:10-cv-00106-LRH-VCF

**APPENDIX A TO DESIGNATION OF TRANSCRIPTS
TO BE USED IN RECORD ON APPEAL**

| Date of Hearing | Docket Number | Proceeding | Recorder/Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 1/10/12 | 225 | Discovery Hearing | Exceptional Reporting Services | Yes |
| 7/3/12 | 364 | Motion Hearing | Exceptional Reporting Services | Yes |
| 7/17/12 | 368 | Motion Hearing | Donna Davidson | Yes |
| 10/9/14 | 506 | Motion Hearing | Donna Davidson | Yes |
| 5/27/15 | 578 | Status Conference | Donna Davidson | Yes |
| 6/3/15 | 588 | Settlement Conference | FTR | No |
| 6/17/15 | 613 | Settlement Conference | FTR | No |
| 7/1/15 | 623 | Settlement Conference | FTR | No |
| 8/26/15 | 720 | Calendar Call, Pretrial Conference | Donna Davidson | Yes |
| 9/14/15 | 774 | Jury Trial – Day 1 | Donna Davidson | Yes |
| 9/15/15 | 779 | Jury Trial – Day 2 | Donna Davidson | Yes |
| 9/16/15 | 786 | Jury Trial – Day 3 | Donna Davidson | Yes |
| 9/17/15 | 791 | Jury Trial – Day 4 | Donna Davidson | Yes |

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 9/18/15 | 795 | Jury Trial – Day 5 | Donna Davidson | Yes |
| 9/21/15 | 800 | Jury Trial – Day 6 | Donna Davidson | Yes |
| 9/22/15 | 803 | Jury Trial – Day 7 | Donna Davidson | Yes |
| 9/23/15 | 805 | Jury Trial – Day 8 | Donna Davidson | Yes |
| 9/24/15 | 819 | Jury Trial – Day 9 | Donna Davidson | Yes |
| 9/25/15 | 821 | Jury Trial – Day 10 | Donna Davidson | Yes |
| 9/28/15 | 839 | Jury Trial – Day 11 | Donna Davidson | Yes |
| 9/29/15 | 841 | Jury Trial – Day 12 | Donna Davidson | Yes |
| 9/30/15 | 846 | Jury Trial – Day 13 | Donna Davidson | Yes |
| 10/1/15 | 857 | Jury Trial – Day 14 | Donna Davidson | Yes |
| 10/2/15 | 864 | Jury Trial – Day 15 | Donna Davidson | Yes |
| 10/5/15 | 875 | Jury Trial – Day 16 | Donna Davidson | Yes |
| 10/6/15 | 877 | Jury Trial – Day 17 | Donna Davidson | Yes |
| 10/7/15 | 879 | Jury Trial – Day 18 | Donna Davidson | Yes |

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 10/8/15 | 884 | Jury Trial – Day 19 | Donna Davidson | No |
| 10/9/15 | 890 | Jury Trial – Day 20 | Donna Davidson | Yes |
| 10/13/15 | 893 | Jury Trial – Day 21 | Donna Davidson | Yes |
| 5/25/16 | 1039 | Motion Hearing | Donna Davidson | Yes |
| 7/23/18 | 1158 | Motion Hearing | Donna Davidson | Yes |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2018, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Mark A. Perry*
        Mark A. Perry

*Attorney for Defendant Rimini Street, Inc.*