| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>JOHN A. POLITO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>john.polito@morganlewis.com |
| BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20015<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com | |

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S EMERGENCY MOTION TO STAY ENFORCEMENT OF PERMANENT INJUNCTION PENDING APPEAL, OR ALTERNATIVELY FOR A TEMPORARY STAY** |

I, John A. Polito, have personal knowledge of the facts stated below and hereby declare:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter and a partner with Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. I make this declaration based on personal knowledge, and based on the record of this litigation, in support of Oracle's Opposition to Defendant Rimini Street, Inc.'s Emergency Motion to Stay Enforcement of Permanent Injunction Pending Appeal, or Alternatively for a Temporary Stay, ECF No. 1168.

3. Attached as **Exhibit 1** is a true and correct copy of Rimini Street, Inc.'s press release titled "Rimini Street Receives Court-Ordered $21.5 Million Refund from Oracle and Seeks an Additional $41.3 Million in Further Appeals" dated August 22, 2018, available at https://www.riministreet.com/press-releases/08222018-2.

4. Attached as **Exhibit 2** is a true and correct copy of Rimini Street, Inc.'s Current Report (Form 8-K) dated August 23, 2018, filed with the Securities and Exchange Commission, available at https://investors.riministreet.com/static-files/5c590653-578b-414b-aeb6-138a44317153.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts of Rimini Street, Inc.'s Annual Report (Form 10-K), for the Fiscal Year Ended December 31, 2017, filed on March 15, 2018 with the Securities and Exchange Commission, available at https://www.sec.gov/Archives/edgar/data/1635282/000114420418014946/tv488036_10k.htm.

6. I executed this declaration on August 30, 2018 in San Francisco, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: August 30, 2018

/s/ *John A. Polito*
John A. Polito

# CERTIFICATE OF SERVICE

I certify that on August 30, 2018, I electronically transmitted the foregoing DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S EMERGENCY MOTION TO STAY ENFORCEMENT OF PERMANENT INJUNCTION PENDING APPEAL, OR ALTERNATIVELY FOR A TEMPORARY STAY to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

Dated:  August 30, 2018

MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ *John A. Polito*
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation