| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>JOHN A. POLITO (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | One Market, Spear Street Tower<br>San Francisco, CA 94105 |
| 3 | Telephone:   702.382.7300<br>Facsimile:    702.382.2755 | Telephone:   415.442.1000<br>Facsimile:    415.442.1001 |
| 4 | rpocker@bsfllp.com | john.polito@morganlewis.com |
| 5 | BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 6 | KAREN DUNN (*pro hac vice*) | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 7 | 1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 8 | Telephone:    (202) 237-2727<br>Facsimile:    (202) 237-6131 | Redwood City, CA 94070<br>Telephone:   650.506.4846 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | Facsimile:    650.506.7114<br>dorian.daley@oracle.com |
| 10 | BOIES, SCHILLER & FLEXNER LLP | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 11 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON | |
| 12 |    (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle* |
| 13 | Oakland, CA 94612<br>Telephone:   510.874.1000 | *International Corp.* |
| 14 | Facsimile:    510.874.1460<br>sholtzman@bsfllp.com | |
| 15 | brichardson@bsfllp.com | |

16

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 19 | ORACLE USA, INC.; a Colorado corporation;<br>ORACLE AMERICA, INC.; a Delaware | Case No. 2:10-cv-0106-LRH-VCF |
| 20 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE** |
| 21 |         Plaintiffs, | **INTERNATIONAL CORPORATION'S NOTICE OF** |
| 22 |         v. | **WITHDRAWAL OF COUNSEL, REQUEST FOR LEAVE OF** |
| 23 | RIMINI STREET, INC., a Nevada corporation;<br>and SETH RAVIN, an individual, | **COURT TO REMOVE NAMES FROM CM/ECF SYSTEM** |
| 24 |         Defendants. | **SERVICE LIST, AND PROPOSED ORDER** |

25
26
27
28

---

ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

Plaintiffs, Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation, (collectively "Oracle"), by and through their undersigned counsel of record, hereby file this Notice of Withdrawal of Counsel and request leave of Court to remove the names of the withdrawn attorneys that remain listed as Oracle's counsel of record who no longer require service of notices, and to remove these attorneys' name and affiliated email addresses from the Court's CM/ECF System Service List in the above-entitled action.

The following attorneys are hereby withdrawn as counsel of record for Oracle and shall be removed, along with any affiliated email addresses, from the Court's CM/ECF System Service List in the above-entitled case:

| | |
|---|---|
| Kristen A. Palumbo | kristen.palumbo@morganlewis.com |
| Thomas S. Hixson | thomas.hixson@morganlewis.com |

All other counsel and law firms of record that have appeared shall continue to represent Oracle in this matter.

DATED: October 2, 2018                MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/ John A. Polito_____
    John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

**IT IS SO ORDERED.**

_____

UNITED STATES MAGISTRATE JUDGE

Dated: _____

---

ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2018, a true and correct copy of **ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL, REQUEST FOR LEAVE OF COURT TO REMOVE NAMES FROM CM/ECF SYSTEM SERVICE LIST, AND PROPOSED ORDER** was electronically filed with the Clerk of the Court using the CM/ECF System, which will send an notice of electronic filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED:  October 2, 2018

MORGAN, LEWIS & BOCKIUS LLP

By: _____*/s/ John A. Polito*_____
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation