1   BOIES, SCHILLER & FLEXNER LLP
    RICHARD J. POCKER (NV Bar No. 3568)
2   300 South Fourth Street, Suite 800
    Las Vegas, NV 89101
3   Telephone:     702.382.7300
    Facsimile:     702.382.2755
4   rpocker@bsfllp.com

5   BOIES SCHILLER FLEXNER LLP
    WILLIAM ISAACSON (*pro hac vice*)
6   KAREN DUNN (*pro hac vice*)
    1401 New York Avenue, NW, 11th Floor
7   Washington, DC 20005
    Telephone:     (202) 237-2727
8   Facsimile:     (202) 237-6131
    wisaacson@bsfllp.com
9   kdunn@bsfllp.com

10  BOIES, SCHILLER & FLEXNER LLP
11  STEVEN C. HOLTZMAN (*pro hac vice*)
    BEKO O. REBLITZ-RICHARDSON
12    (*pro hac vice*)
    1999 Harrison Street, Suite 900
13  Oakland, CA 94612
    Telephone:     510.874.1000
14  Facsimile:     510.874.1460
    sholtzman@bsfllp.com
15  brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
JOHN A. POLITO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:     415.442.1001
john.polito@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:     650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corp.*

16

17                          UNITED STATES DISTRICT COURT

18                                 DISTRICT OF NEVADA

19  ORACLE USA, INC.; a Colorado corporation;
    ORACLE AMERICA, INC.; a Delaware
20  corporation; and ORACLE INTERNATIONAL
    CORPORATION, a California corporation,
21
                    Plaintiffs,
22          v.

    RIMINI STREET, INC., a Nevada corporation;
23  and SETH RAVIN, an individual,

24                  Defendants.

25

**Case No. 2:10-cv-0106-LRH-VCF**

**ORACLE USA, INC., ORACLE
AMERICA, INC. AND ORACLE
INTERNATIONAL
CORPORATION'S NOTICE OF
WITHDRAWAL OF COUNSEL,
REQUEST FOR LEAVE OF
COURT TO REMOVE NAMES
FROM CM/ECF SYSTEM
SERVICE LIST, AND PROPOSED
ORDER**

26

27

28

ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL

**1**      **TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

**2**          Plaintiffs, Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation,

**3**   (collectively "Oracle"), by and through their undersigned counsel of record, hereby file this

**4**   Notice of Withdrawal of Counsel and request leave of Court to remove the names of the

**5**   withdrawn attorneys that remain listed as Oracle's counsel of record who no longer require

**6**   service of notices, and to remove these attorneys' name and affiliated email addresses from the

**7**   Court's CM/ECF System Service List in the above-entitled action.

**8**          The following attorneys are hereby withdrawn as counsel of record for Oracle and shall

**9**   be removed, along with any affiliated email addresses, from the Court's CM/ECF System

**10**  Service List in the above-entitled case:

**11**          Kristen A. Palumbo          kristen.palumbo@morganlewis.com

**12**          Thomas S. Hixson           thomas.hixson@morganlewis.com

**13**          All other counsel and law firms of record that have appeared shall continue to represent

**14**  Oracle in this matter.

**15**  DATED: October 2, 2018                    MORGAN, LEWIS & BOCKIUS LLP

**16**

**17**                                           By:       */s/ John A. Polito*
                                                          John A. Polito
**18**

**19**                                           Attorneys for Plaintiffs Oracle USA, Inc., Oracle
                                                 America, Inc. and Oracle International
**20**                                           Corporation

**21**

**22**                                           **IT IS SO ORDERED.**

**23**

**24**                                           _____

**25**                                           UNITED STATES MAGISTRATE JUDGE
                                                           10-5-2018
**26**                                           Dated: _____

**27**

**28**

---

ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL

**<u>CERTIFICATE OF SERVICE</u>**

1

2    I hereby certify that on October 2, 2018, a true and correct copy of **ORACLE USA, INC.,**

3    **ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S**

4    **NOTICE OF WITHDRAWAL OF COUNSEL, REQUEST FOR LEAVE OF COURT**

5    **TO REMOVE NAMES FROM CM/ECF SYSTEM SERVICE LIST, AND PROPOSED**

6    **ORDER** was electronically filed with the Clerk of the Court using the CM/ECF System,

7    which will send an notice of electronic filing to all counsel in this matter; all counsel being

8    registered to receive Electronic Filing.

9

10    DATED:  October 2, 2018                MORGAN, LEWIS & BOCKIUS LLP

11

12                                           By: _____/s/ John A. Polito_____

13                                                      John A. Polito

14                                        Attorneys for Plaintiffs Oracle USA, Inc., Oracle
                                          America, Inc. and Oracle International
15                                                    Corporation

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE