UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 5 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; et al.,<br><br>    Plaintiffs-Appellees,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation,<br><br>    Defendant-Appellant. | No. 18-16554<br><br>D.C. No. 2:10-cv-00106-LRH-VCF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before:    GRABER, CALLAHAN, and FRIEDLAND, Circuit Judges.

Appellant's motion to stay the district court's August 14, 2018 and August 15, 2018 orders pending appeal (Docket Entry No. 4) is denied. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

The briefing schedule established previously remains in effect.