Scott S. Hoffmann, Esq.
Nevada Bar No. 8498
Rimini Street, Inc.
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel. (702) 839-9671
Email: shoffmann@riministreet.com

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, ORACLE AMERICA, INC., a Delaware corporation, ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, SETH RAVIN, an individual,<br><br>Defendants. | Case No.: 2:10-cv-0106-LRH-(VCF)<br><br>**NOTICE OF APPEARANCE OF SCOTT S. HOFFMANN** |

Please take notice that, Scott Hoffmann, Nevada Bar No. 8498, hereby enters his appearance as counsel for the Defendants.

Dated: this 25th day of February, 2019.

Respectfully submitted,

By: __/s/ Scott S. Hoffmann__
Scott S. Hoffmann
Nevada Bar No. 8498
Rimini Street, Inc.
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel. (702) 839-9671
Email: shoffmann@riministreet.com

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

    /s/   Scott S. Hoffmann
An employee of Rimini Street, Inc.

4826-6720-5769, v. 1