Farah S. Anthony, Esq.
Nevada Bar No. 13658
Rimini Street, Inc.
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel. (702) 839-9671
Email: fanthony@riministreet.com

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, ORACLE AMERICA, INC., a Delaware corporation, ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, SETH RAVIN, an individual,<br><br>Defendants. | Case No.: 2:10-cv-0106-LRH-(VCF)<br><br>**NOTICE OF APPEARANCE OF FARAH S. ANTHONY** |

Please take notice that, Farah S. Anthony, Nevada Bar No. 13658, hereby enters her appearance as counsel for the Defendants.

Dated: this 25th day of February, 2019.

                                                Respectfully submitted,

                                                  /s/ Farah S. Anthony
Farah S. Anthony
Nevada Bar No. 13658
Rimini Street, Inc.
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Tel. (702) 839-9671
Email: fanthony@riministreet.com

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

          /s/   Farah S. Anthony
    An employee of Rimini Street, Inc.

4835-7428-9545, v. 1