W. West Allen, Esq.
Nevada Bar No. 5566
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Tel. (702) 257-1483
Email: wwa@h2law.com

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, ORACLE AMERICA, INC., a Delaware corporation, ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, SETH RAVIN, an individual,<br><br>Defendants. | Case No.: 2:10-cv-0106-LRH-(VCF)<br><br>**NOTICE OF APPEARANCE OF GRETCHEN H. KLEINMAN** |

Please take notice that, pursuant to LR IA 11-1(b), Gretchen H. Kleinman, a member of the State Bar of Nevada (State Bar No. 14667C) who does not maintain an office in Nevada, hereby enters her appearance as counsel for the Defendants. Her associated Nevada-resident counsel is:

> W. West Allen, Esq.
> HOWARD & HOWARD ATTORNEYS PLLC
> 3800 Howard Hughes Parkway, Suite 1000
> Las Vegas, NV 89169
> Tel. (702) 257-1483
> Email: wwa@h2law.com

Dated: this 25th day of February, 2019.

Respectfully submitted,

HOWARD & HOWARD ATTORNEYS PLLC

 /s/ W. West Allen
W. West Allen, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

                                        /s/   Solana Louie
                                        An employee of Howard & Howard Attorneys PLLC

4852-7966-6825, v. 1