# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORACLE USA, INC., et al.,

    Plaintiff(s),

vs.

RIMINI STREET INC., et al.,

    Defendant(s).

Case # 2:10-cv-00106-LRH-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

    Casey J. McCracken, Petitioner, respectfully represents to the Court:
    (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of Gibson, Dunn & Crutcher LLP (firm name) with offices at 3161 Michelson Drive (street address), Irvine (city), California (state), 92612 (zip code), 949-451-3800 (area code + telephone number), cmccracken@gibsondunn.com (Email address).

2. That Petitioner has been retained personally or as a member of the law firm by Rimini Street, Inc. and Seth Ravin [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

Rev. 5/16

3. That since **November 16, 2010** (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of **California** (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC Eastern District of California | December 20, 2011 | 271202 |
| USDC Northern District of California | December 20, 2011 | 271202 |
| USDC Southern District of California | December 20, 2011 | 271202 |
| USDC Central District of California | December 8, 2011 | 271202 |
| USDC Eastern District of Texas | July 14, 2017 | 271202 |
| USDC East District of New York | November 2014 | 271202 |
| US Court of Appeal for the Federal Circuit | October 6, 2014 | 271202 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 01/13/2017 | 2:14-cv-01699-LRH | USDC, D. Nev. | Granted |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____Casey McC_____
(Petitioner's signature)

STATE OF ____California____ )
COUNTY OF __Los Angeles__ )

__Casey J. McCracken__, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____Casey McC_____
(Petitioner's signature)

Subscribed and sworn to before me this

_____ day of _____, _____.

__(see attached)__
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __W. West Allen__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__Howard & Howard, 3800 Howard Hughes Parkway, Suite 1000__,
(street address)

__Las Vegas__, __Nevada__, __89169__
(city)          (state)        (zip code)

__702.667.4843__, __wwa@h2law.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____W. West Allen_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Rimini Street, Inc., by Seth Ravin, Chief Executive Officer
(type or print party name, title)

_____
(party's signature)

Seth Ravin, individually
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5566                    wwa@h2law.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

Rev. 5/16

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

BONNIE L. JENSEN
Notary Public – California
Los Angeles County
Commission # 2230103
My Comm. Expires Mar 1, 2022

Place Notary Seal and/or Stamp Above

Subscribed and sworn to (or affirmed) before me on this 26th day of February, 20 19,
by
(1) Casey J. McCracken
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature Bonnie Jensen
Signature of Notary Public

———— OPTIONAL ————
Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

## CASEY JAMES McCRACKEN

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **CASEY JAMES McCRACKEN, #271202,** was on the **16th day of NOVEMBER, 2010,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the **22th day of FEBRUARY 2019.**

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: *Margarita Arroyo*
Margarita Arroyo, Assistant Deputy Clerk