| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:    702.382.7300<br>Facsimile:     702.382.2755<br>rpocker@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>JOHN A. POLITO (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:    415.442.1000<br>Facsimile:     415.442.1001<br>john.polito@morganlewis.com |
| BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone:     (202) 237-2727<br>Facsimile:      (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:    650.506.4846<br>Facsimile:     650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>   (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone:    510.874.1000<br>Facsimile:     510.874.1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>    Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S MOTION TO PERMIT LIMITED DISCOVERY REGARDING RIMINI'S COMPLIANCE WITH THE COURT'S PERMANENT INJUNCTION** |

I, John A. Polito, declare as follows:

1. I am an attorney admitted to practice pro hac vice before this Court in the above captioned matter and a partner with Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the November 18, 2011 deposition of Seth Ravin in this matter.

3. Attached as **Exhibit 2** is a true and correct copy of the document produced by Rimini Street, Inc. Bates numbered RSI0594757-RSI0594586.

4. Attached as **Exhibit 3** is a true and correct copy of admitted trial exhibit PTX 0039, Rimini Street Private Placement Memorandum dated November 2008.

5. Attached as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the May 21, 2009 deposition of Seth Ravin taken in the *Oracle USA, Inc. v. SAP AG*, Case No. 07-CV-1658.

6. Attached as **Exhibit 5** is a true and correct copy of the Trial Stipulation and Order No. 3 Regarding Certain Facts filed in the *Oracle USA, Inc. v. SAP AG*, Case No. 07-CV-1658, as ECF No. 911.

7. Attached as **Exhibit 6** is a true and correct copy of the Plea Agreement filed in *United States v. TomorrowNow, Inc.*, Case No. CR 11-00642 PJH, as ECF No. 13.

8. Attached as **Exhibit 7** is excerpts of a true and correct copy of Rimini Street, Inc.'s Quarterly Report for the Quarterly Period Ended September 30, 2018 which was filed on November 8, 2018.

9. Attached as **Exhibit 8** is a true and correct copy of Exhibit 944 which was marked at the deposition of Seth Ravin that was held on November 18, 2011 in this matter.

10. Attached as **Exhibit 9** is a true and correct copy of excerpts of the transcript of the July 21, 2010 deposition of Seth Ravin taken in *Oracle USA, Inc. v. SAP AG*, Case No. 07-CV-1658.

11.     Attached as **Exhibit 10** is a true and correct copy of excerpts of the transcript of the December 15, 2011 deposition of Brian Slepko in this matter.

12.     Attached as **Exhibit 11** is a true and correct copy of excerpts of the transcript of the July 21, 2011 deposition of Michael Davichick in this matter.

13.     Attached as **Exhibit 12** is a true and correct copy of excerpts of the transcript of the deposition of Beth Lester held on March 17, 2011 in this matter.

14.     Attached as **Exhibit 13** is a true and correct copy of excerpts of the transcript of the deposition of Krista Williams held on October 5, 2011 in this matter.

15.     Attached as **Exhibit 14** is a true and correct copy of excerpts of the transcript of the deposition of Rick Frank held on February 28, 2018 in the *Rimini Street, Inc. v. Oracle America, Inc.*, Case no. 2:14-cv-01699-LRH-CWH matter.

16.     Attached as **Exhibit 15** is a true and correct copy of excerpts of the transcript of the deposition of Manjula Hosalli held on January 6, 2012 in this matter.

17.     Attached as **Exhibit 16** is a true and correct copy of admitted trial exhibit PTX 5429, a document entitled Customers Receiving Updates Developed or Tested in Environments Associated with Other Customers

18.     Attached as **Exhibit 17** is a true and correct copy of the Stipulation and Order Finding Non-Parties Rimini Street, Inc. and Seth Ravin in Civil Contempt filed in *Oracle USA, Inc. v. SAP AG*, No. 2:09-CV-01591, as ECF No. 49.

19.     Attached as **Exhibit 18** is a true and correct copy of Rimini's March 29, 2010 press release.

20.     Attached as **Exhibit 19** is a true and correct copy of Oracle's letter to Rimini dated January 2, 2019.

21.     Attached as **Exhibit 20** is a true and correct copy of Rimini's letter to Oracle dated January 23, 2019.

22.     Attached as **Exhibit 21** is a true and correct copy of Oracle's letter to Rimini dated January 31, 2019.

23.     Attached as **Exhibit 22** is a true and correct copy of Rimini's letter to Oracle dated

February 7, 2019.

24. Attached as **Exhibit 23** is a true and correct copy of Rimini's November 9, 2018 press release.

25. Attached as **Exhibit 24** is a true and correct copy of Rimini's September 22, 2016 press release.

26. Attached as **Exhibit 25** is a true and correct copy of the transcript of Rimini Street's Third Quarter Fiscal Year 2018 Earnings Conference Call held on November 8, 2018.

27. Attached as **Exhibit 26** is Oracle's Supplemental Requests for Production to Defendant Rimini Street, Inc.

28. Attached as **Exhibit 27** is Oracle's Supplemental Interrogatories to Defendant Rimini Street, Inc.

I executed this declaration on February 27, 2019 in San Francisco, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: February 27, 2019          MORGAN, LEWIS & BOCKIUS LLP

By: _____*/s/ John A. Polito*_____
         John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of February 2019, I electronically transmitted the foregoing **DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S MOTION TO PERMIT LIMITED DISCOVERY REGARDING RIMINI'S COMPLIANCE WITH THE COURT'S PERMANENT INJUNCTION** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

MORGAN, LEWIS & BOCKIUS LLP

DATED:  February 27, 2019

By:  */s/ John A. Polito*
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation