# EXHIBIT 1
# Excerpts of the Transcript of the Nov. 18, 2011 Deposition of Seth Ravin
# FILED UNDER SEAL