# EXHIBIT 2

# Document Produced by Rimini Street, Inc. Bates Numbered RSI05947571-RSI05947586 FILED UNDER SEAL