# EXHIBIT 4
# Excerpts of the Transcript of the May 21, 2009 Deposition of Seth Ravin taken in
# *Oracle USA, Inc. v. SAP AG*
# FILED UNDER SEAL