# EXHIBIT 5
# Trial Stipulation and Order No. 3 Re Certain Facts (ECF No. 911) filed in *Oracle USA, Inc. v. SAP AG*

1  BINGHAM McCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  GEOFFREY M. HOWARD (SBN 157468)
   HOLLY A. HOUSE (SBN 136045)
3  ZACHARY J. ALINDER (SBN 209009)
   BREE HANN (SBN 215695)
4  Three Embarcadero Center
   San Francisco, CA 94111-4067
5  Telephone: (415) 393-2000
   Facsimile: (415) 393-2286
6  donn.pickett@bingham.com
   geoff.howard@bingham.com
7  holly.house@bingham.com
   zachary.alinder@bingham.com
8  bree.hann@bingham.com

9  BOIES, SCHILLER & FLEXNER LLP
   DAVID BOIES (Admitted *Pro Hac Vice*)
10 333 Main Street
   Armonk, NY 10504
11 Telephone: (914) 749-8200
   Facsimile: (914) 749-8300
12 dboies@bsfllp.com
   STEVEN C. HOLTZMAN (SBN 144177)
13 FRED NORTON (SBN 224725)
   1999 Harrison St., Suite 900
14 Oakland, CA 94612
   Telephone: (510) 874-1000
15 Facsimile: (510) 874-1460
   sholtzman@bsfllp.com
16 fnorton@bsfllp.com

   DORIAN DALEY (SBN 129049)
17 JENNIFER GLOSS (SBN 154227)
   500 Oracle Parkway, M/S 5op7
18 Redwood City, CA 94070
   Telephone: (650) 506-4846
19 Facsimile: (650) 506-7114
   dorian.daley@oracle.com
20 jennifer.gloss@oracle.com

21 Attorneys for Plaintiffs
   Oracle USA, Inc., *et al.*

Robert A. Mittelstaedt (SBN 060359)
Jason McDonell (SBN 115084)
Elaine Wallace (SBN 197882)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626–3939
Facsimile: (415) 875–5700
ramittelstaedt@jonesday.com
jmcdonell@jonesday.com
ewallace@jonesday.com

Tharan Gregory Lanier (SBN 138784)
Jane L. Froyd (SBN 220776)
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739–3939
Facsimile: (650) 739–3900
tglanier@jonesday.com
jfroyd@jonesday.com

Scott W. Cowan (Admitted *Pro Hac Vice*)
Joshua L. Fuchs (Admitted *Pro Hac Vice*)
JONES DAY
717 Texas, Suite 3300
Houston, TX 77002
Telephone: (832) 239–3939
Facsimile: (832) 239–3600
swcowan@jonesday.com
jlfuchs@jonesday.com

Attorneys for Defendants
SAP AG, SAP AMERICA, INC., and
TOMORROWNOW, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **ORACLE USA, INC.,** *et al.*,<br><br>      **Plaintiffs,**<br>v.<br><br>**SAP AG,** *et al.*,<br><br>      **Defendants.** | No. 07-CV-01658 PJH (EDL)<br><br>TRIAL STIPULATION AND [~~PROPOSED~~] ORDER NO. 3 REGARDING CERTAIN FACTS |

1    Plaintiffs Oracle USA, Inc. ("Oracle USA"), Oracle International Corporation
2 ("OIC"), and Siebel Systems, Inc. ("SSI"; and, together with Oracle USA and OIC, "Oracle")
3 and Defendants SAP AG, SAP America, Inc., and TomorrowNow, Inc ("TN"; and, together with
4 SAP AG and SAP America, Inc., "Defendants"; and, all together with Oracle, the "Parties"),
5 jointly enter this Stipulation and Order (the "Stipulation").
6    WHEREAS, the Parties seek to narrow the issues in dispute for trial;
7    **NOW, THEREFORE, THE PARTIES HEREBY STIPULATE**, through their
8 respective counsel of record, as follows:
9 **I.    DEFINITIONS**
10   1.   "Copy," used as a noun, means a reproduction of, a derivative work of, a
11 distribution of, or a public display of at least a portion of any Oracle Enterprise Software, Oracle
12 Database Software, Oracle Install Software or Oracle Updates and Support Materials that
13 embody one or more Stipulated Registered Works. "Copy," used as a verb, means to reproduce,
14 to create a derivative work from, to distribute, or to publicly display at least a portion of any
15 Oracle Enterprise Software, Oracle Database Software, Oracle Install Software or Oracle
16 Updates and Support Materials that embody one or more Stipulated Registered Works.
17   2.   "Oracle Database Software" means Oracle's Relational Database Management
18 System software.
19   3.   "Oracle Enterprise Software" means Oracle's J.D. Edwards Software, Oracle's
20 PeopleSoft Software, and/or Oracle's Siebel Software, or portions thereof.
21   4.   "Oracle Install Software" means install media in the form of a CD or DVD, an
22 electronic image of a CD or DVD, a binary executable, or a compressed file that, when run or
23 executed, creates one or more instances of Oracle Enterprise Software or Oracle Database
24 Software.
25   5.   "Oracle's J.D. Edwards Software" means Oracle's J.D. Edwards-branded
26 enterprise application software.
27   6.   "Oracle's PeopleSoft Software" means Oracle's PeopleSoft-branded enterprise
28 application software.

07-CV-01658 PJH (EDL)

TRIAL STIPULATION AND [PROPOSED] ORDER NO. 3 REGARDING CERTAIN FACTS

  7. "Oracle's Siebel Software" means Oracle's Siebel-branded enterprise application software.

  8. "Oracle Updates and Support Materials" means some or all of the program updates, software updates, bug fixes, patches, custom solutions, and instructional materials created or owned by Oracle, or derived from, copied from, or based on any such materials, including any such materials generated or distributed by TN, for PeopleSoft-branded, J.D. Edwards-branded, and Siebel-branded products.

  9. "Stipulated Registered Works" means Oracle's copyright registrations for Oracle Enterprise Software, Oracle Database Software and Oracle Updates and Support Materials as listed in Attachment A.

## II. FACTS

### A. Interpretation under the Case Management and Pretrial Order

  10. Sections I and II.B-II.F of this Stipulation shall be considered "relevant and undisputed facts to which the parties will stipulate for incorporation into the trial record without the necessity of supporting testimony or exhibits." See Case Management and Pretrial Order, Dkt. 84, at 3(a)(iii).

### B. TN's Computers and Network

  11. The counts of software Copies and downloads reflected in this Stipulation are minimum numbers. The actual numbers may be higher. TN had software other than Oracle Enterprise Software, Oracle Install Software, Oracle Database Software and Oracle Updates and Support Materials on its systems. Nothing in this or any other Stipulation shall be construed to mean that any material other than Copies of these Oracle materials matches the Stipulated Registered Works, or any part of the Stipulated Registered Works.

  12. TN owned dozens of computers, including servers, desktop computers and laptop computers, on which Oracle Enterprise Software, Oracle Updates and Support Materials and Oracle Database Software were located.

  13. After March 1, 2005, Oracle Enterprise Software, Oracle Updates and Support Materials and Oracle Database Software were Copied onto or installed onto TN's computers.

For example:

    a. TN stored at least 214,807 files (over 695 GB in size) and 602 libraries containing Oracle Updates and Support Materials on TN's IBM AS/400 computer, which was first brought into service by TN after March 1, 2005.

    b. All copies of Oracle's J.D. Edwards Software ever present on TN's AS/400, including those on a server hosted by the AS/400 (the JD-WSVR01), were copied onto or installed on TN's AS/400 after March 1, 2005.

    c. All copies of Oracle Updates and Support Materials ever present on TN's AS/400 were copied onto the AS/400 after March 1, 2005.

    d. TN stored at least 273,663 files (over 154 GB in size) containing Oracle Updates and Support Materials on TN-FS01, a computer that was not brought into service until after March 1, 2005.

    e. All copies of Oracle Enterprise Software, Oracle Database Software, and Oracle Updates and Support Materials ever present on TN-FS01 were copied onto TN-FS01 after March 1, 2005.

### C. Copies of Oracle Enterprise Software

14. TN obtained Oracle Install Software through its customers. TN thereafter made Copies of Oracle Enterprise Software using the Oracle Install Software. TN called these Copies of software "environments." Some of these environments were made in order to provide service to TN's other customers.

15. Some environments were "live" environments that were complete installations of products such as PeopleSoft HRMS 8.8 or JDE EnterpriseOne XE and were available for immediate use by TN employees. Others were backups consisting of zipped or compressed Copies that would need to be restored before they were available for use by TN employees. Both the live and backup environments were Copies of Oracle's Enterprise Software. When TN restored backup environments onto its computer systems, it made additional Copies of Oracle's Enterprise Software.

16. TN made at least 6,189 Copies of Oracle's PeopleSoft Software. Each such copy

constituted an infringement of one or more of the particular Stipulated Registered Works listed in Attachment A, Table A-1. These 6,189 Copies include at least 566 live environment Copies, 3,141 backup Copies, and 2,482 restore Copies. TN also made at least 29 Copies of Oracle's J.D. Edwards Software, each of which constituted an infringement of one or more of the particular Stipulated Registered Works listed in Attachment A, Tables A-3 and A-4. And, TN made at least 31 Copies of Oracle's Siebel Software, each of which constituted an infringement of one or more of the particular Stipulated Registered Works listed in Attachment A, Table A-6.

### D. Copies of Oracle Enterprise Software and Oracle Database Software from Oracle Install Software

17. TN temporarily stored some electronic Copies of Oracle Install Software on its computer systems in an area it referred to as the "CD Client Jukebox" (the "TN CD Client Jukebox"). TN stored in the TN CD Client Jukebox at least 127 Copies of Oracle Enterprise Software and Oracle Database Software.

18. TN Copied CDs of Oracle Enterprise Software and Oracle Database software, placed its own labels on the Copies, and stored them in a set of binders (the "TN CD Binders"). Attachment B is three photographs that fairly and accurately represent the TN CD Binders as they were kept by TN. TN stored at least 727 Copies of Oracle Enterprise Software or Oracle Database Software in the TN CD Binders.

19. The Copies of Oracle Enterprise Software and Oracle Database Software stored in the TN CD Client Jukebox and the TN CD Binders infringed one or more of the particular Stipulated Registered Works listed in Attachment A, Tables A-1, A-3, A-6 and A-8.

### E. Copies of Oracle Updates and Support Materials and of Component Files

20. Of the Oracle Updates and Support Materials that TN downloaded from Oracle's websites, at least 826,905 were Copies of Oracle Updates and Support Materials included within the Stipulated Registered Works listed in Attachment A, Tables A-1, A-2, A-5 and A-7. Many of these Copies constituted infringements of one or more of the particular Stipulated Registered Works listed in Attachment A, Tables A-1, A-2, A-5 and A-7.

21. At least 39,349 Copies made by TN of Oracle Updates and Support Materials

4

07-CV-01658 PJH (EDL)

TRIAL STIPULATION AND [PROPOSED] ORDER NO. 3 REGARDING CERTAIN FACTS

infringed one or more of the Stipulated Registered Works listed in Attachment A, Tables A-3 and A-4, as follows:

    a. TN made at least 31,334 Copies of Oracle Updates and Support Materials by downloading those Copies in excess of that to which TN customers Merck, Oce Technologies, SPX Cooling, SPX Flow, SPX Weil-McLain, Yazaki North America and Metro Machine had told TN that they were licensed;

    b. TN made at least 5,442 Copies of Oracle Updates and Support Materials by downloading those Copies from Oracle's website into a generic download library—not a customer-specific library—at TN, and then further Copying them into a customer-labeled folder for at least nine customers, including customer Praxair; and

    c. TN made at least 2,573 Copies of Oracle Updates and Support Materials by downloading those Copies from Oracle's website and Copying them into a folder for TBC Corp., which provided the download user ID and password to TN, but never became a TN customer.

**F. TN's Business Model**

22. TN had access to Oracle Enterprise Software, Oracle Database Software and Oracle Updates and Support Materials, and Install Software embodying many of the Stipulated Registered Works.

23. TN's support for some of its customers involved TN's use of other customers' software.

24. TN infringed some or all of the Stipulated Registered Works after Oracle filed this lawsuit on March 22, 2007.

**III. ADMISSIBILITY OF EVIDENCE**

25. The Parties agree that Attachment A and Attachment B shall be admitted into evidence at trial.

## IV. APPLICABILITY

26. The Parties reach this stipulation for purposes of this action only, and this stipulation has no force or effect in any other proceeding or jurisdiction.

27. Nothing in this Stipulation is intended to, or does, alter or change in any way Trial Stipulation And Order No.1 Regarding Liability, Dismissal of Claims, Preservation of Defenses, and Objections to Evidence at Trial (D.I. 866).

DATED: September 28, 2010　　　　　　　　BINGHAM McCUTCHEN LLP

By:   /s/ Geoffrey M. Howard

Geoffrey M. Howard
Attorneys for Plaintiffs
Oracle USA, Inc., Oracle International
Corporation, and Siebel Systems, Inc.

In accordance with General Order No. 45, Rule X, the above signatory attests that concurrence in the filing of this document has been obtained from the signatory below.

DATED: September 28, 2010　　　　　　　　JONES DAY

By:   /s/ Scott W. Cowan

Scott W. Cowan
Attorneys for Defendants
SAP AG, SAP America, Inc., and
TomorrowNow, Inc.

**IT IS SO ORDERED**.

Dated: September 29, 2010

_____
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

07-CV-01658 PJH (EDL)

6

TRIAL STIPULATION AND [PROPOSED] ORDER NO. 3 REGARDING CERTAIN FACTS

## ATTACHMENT A

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| PeopleSoft 8 Customer Relationship Management | September 27, 2001 | TX-5-456-777 |
| PeopleSoft 8.8 Customer Relationship Management | June 11, 2004 | TX 6-015-317 |
| PeopleSoft 8.8 Enterprise Performance Management | June 11, 2004 | TX-5-993-616 |
| PeopleSoft Financials, Distribution & Manufacturing 7.5 | December 15, 1998 | TX 4-792-574 |
| PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 | September 27, 2001 | TX-5-456-780 |
| PeopleSoft 8.4 Financials and Supply Chain Management | August 5, 2002 | TX-5-586-247 |
| PeopleSoft HRMS 7.0 | December 15 1998 | TX 4-792-577 |
| PeopleSoft HRMS 7.5 | December 15, 1998 | TX 4-792-575 |
| PeopleSoft 8 HRMS SP1 | March 26, 2001 | TX 5-501-312 |
| PeopleSoft 8.3 HRMS | February 1, 2002 | TX 5-469-032 |
| PeopleSoft 8.8 HRMS | June 11, 2004 | TX 6-093-947 |
| PeopleSoft 8 Student Administration Solutions | November 30, 2001 | TX 5-431-289 |
| PeopleTools 7.5 | November 20, 1998 | TX 4-792-578 |
| PeopleTools 8.10 | September 5, 2000 | TX 5-266-221 |
| PeopleTools 8.4 | August 5, 2002 | TX 5-586-248 |
| PeopleSoft 8.1 Customer Relationship Management | March 20, 2002 | TX 5-493-450 |
| PeopleSoft 8 EPM SP3 | March 30, 2001 | TX 5-345-698 |
| PeopleSoft 8.3 Enterprise Performance Management | March 11, 2002 | TX 5-485-839 |
| PeopleSoft 7.0 financials, distribution & manufacturing 7.0 | December 15, 1998 | TX 4-792-576 |
| PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 | November 20, 2000 | TX 5-291-439 |
| PeopleSoft 8 FIN/SCM SP1 | March 26, 2001 | TX 5-501-313 |
| PeopleSoft HRMS 8.0 | November 20, 2000 | TX 5-291-440 |
| PeopleTools 8.0 | September 5, 2000 | TX 5-266-222 |
| PeopleSoft Pension Administration 7 | June 21, 1999 | TX 3-772-290 |
| PeopleSoft Payroll 7 | June 22, 1999 | TX 4-501-140 |
| PeopleSoft Payroll Interface 7 | June 22, 1999 | TX 4-501-138 |
| PeopleSoft Time and Labor 7.0 | June 28, 1999 | TX 4-994-866 |
| PeopleSoft Benefits Administration 7.0 | June 15, 1999 | TX 4-258-824 |
| PeopleSoft Human Resources 7 | June 28, 1999 | TX 4-994-865 |
| PeopleSoft Payroll Interface 7 Higher Education | June 28, 1999 | TX 5-013-124 |
| PeopleSoft Time and Labor 7 | June 28, 1999 | TX 5-013-128 |
| PeopleSoft Benefits Administration 7.50 | June 14, 1999 | TX 5-072-090 |
| PeopleSoft Payroll Interface 7.50 | June 21, 1999 | TX 3-772-292 |
| PeopleSoft Pension Administration 7.50 | June 21, 1999 | TX 3-772-291 |
| PeopleSoft Human Resources 7.50 | June 28, 1999 | TX 5-013-123 |
| PeopleSoft Payroll 7.50 | June 28, 1999 | TX 5-013-125 |
| PeopleSoft Time and Labor 7.50 | June 28, 1999 | TX 4-994-867 |

**Table A-1: PeopleSoft Application Registrations**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Database of Documentary Customer Support Materials for PeopleSoft Software | July 1, 2009 | TXu1-607-454 |
| PeopleTools Third Party Daylight Saving Time Required Modifications | April 26, 2007 | TX 6-541-019 |
| PeopleTools Third Party Daylight Saving Time Required Modifications (Revised) | April 26, 2007 | TX 6-541-018 |
| PeopleSoft 8.01 & 8.31 Payroll Tax Update 05-F Year-End Processing: Canada | May 2, 2008 | TX 6-838-549 |
| PeopleSoft Payroll 1200457000 - User Documentation | May 2, 2008 | TX 6-838-537 |
| PeopleSoft Application Update Installation Instructions (UPD595817) | May 2, 2008 | TX 6-838-544 |

**Table A-2: Oracle Updates and Support Materials Registrations for Oracle's PeopleSoft-branded Products**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Initial release of JD Edwards EnterpriseOne Xe | April 26, 2007 | TX 6-541-033 |
| Initial release of JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-050 |
| Initial release of JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-038 |
| Initial release of JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-028 |
| Initial release of JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-041 |
| Initial release of JD Edwards World A7.3 | April 26, 2007 | TX 6-541-029 |
| Initial release of JD Edwards World A8.1 | April 26, 2007 | TX 6-541-047 |
| Current development environment for JD Edwards EnterpriseOne Xe | April 26, 2007 | TXu1-345-109 |
| Current development environment for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TXu1-345-111 |
| Current development environment for JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TXu1-345-112 |
| Current development environment for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TXu1-345-113 |
| Current development environment for JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TXu1-345-114 |
| Current development environment for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TXu1-345-115 |
| Current development environment for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TXu1-346-350 |
| Current development environment for JD Edwards World A7.3 | April 26, 2007 | TXu1-345-110 |
| Current development environment for JD Edwards World A8.1 | May 1, 2007 | TX 6-545-422 |
| Initial release of JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-049 |
| Initial release of JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-040 |
| Initial release of JD Edwards World A9.1 | April 26, 2007 | TX 6-541-030 |
| Accounts Payable program | March 7, 1995 | TXu 619-320 |
| Accounts Receivable program | March 7, 1995 | TXu 619-312 |
| Capacity Requirements Planning program | March 7, 1995 | TXu 619-307 |
| Configuration Management program | March 7, 1995 | TXu 619-305 |

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| EDI Interface (6) program | March 7, 1995 | TXu 619-304 |
| Enterprise Facility Planning program | March 7, 1995 | TXu 619-311 |
| Equipment Management (5) program | March 7, 1995 | TXu 619-309 |
| Financial Modeling, Budgeting & Allocations program | March 7, 1995 | TXu 619-321 |
| Financial Reporting (FASTR) program | March 7, 1995 | TXu 619-318 |
| General Ledger & Basic Financial program | March 7, 1995 | TXu 619-310 |
| Inventory Management program | March 7, 1995 | TXu 619-314 |
| Master Production Scheduling program | March 7, 1995 | TXu 619-306 |
| Product Data Management program | March 7, 1995 | TXu 619-317 |
| Purchase Order Processing program | March 7, 1995 | TXu 619-316 |
| Sales Order Processing/Sales Analysis program | March 7, 1995 | TXu 619-315 |
| Shop Floor Control program | March 7, 1995 | TXu 619-303 |
| Warehouse Management program | March 7, 1995 | TXu 619-313 |
| WorldCASE Development Environment program | March 7, 1995 | TXu 619-308 |
| WorldCASE Foundation Environment (3) program | March 7, 1995 | TXu 619-319 |

**Table A-3: J.D. Edwards Application Registrations**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Cumulative Update 8 for JD Edwards EnterpriseOne Xe | April 26, 2007 | TX 6-541-048 |
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-034 |
| Cumulative Update 2 for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-032 |
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-042 |
| Cumulative Update 16 for JD Edwards World A7.3 | April 26, 2007 | TX 6-541-031 |
| Cumulative Update 6 for JD Edwards World A8.1 | May 1, 2007 | TX 6-545-421 |
| Cumulative Update 1 for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-039 |

**Table A-4: J.D. Edwards Cumulative Update Registrations**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Database of Documentary Customer Support Materials for J.D. Edwards Software | July 1, 2009 | TXu1-607-455 |
| Changes to Daylight Savings Time for 2007 (DST) | April 26, 2007 | TX 6-541-025 |
| ESU for JD Edwards EnterpriseOne Xe | May 3, 2007 | TX 6-541-051 |
| ESU for JD Edwards EnterpriseOne 8.0 | April 26, 2007 | TX 6-541-046 |
| ESU for JD Edwards EnterpriseOne 8.9 | April 26, 2007 | TX 6-541-036 |
| ESU for JD Edwards EnterpriseOne 8.10 | April 26, 2007 | TX 6-541-037 |
| ESU for JD Edwards EnterpriseOne 8.11 | April 26, 2007 | TX 6-541-035 |
| ESU for JD Edwards EnterpriseOne 8.11 SP1 | April 26, 2007 | TX 6-541-027 |
| ESU for JD Edwards EnterpriseOne 8.12 | April 26, 2007 | TX 6-541-045 |
| Code Change for JD Edwards World A7.3 | April 26, 2007 | TX 6-541-043 |
| Code Change for JD Edwards World A8.1 | April 26, 2007 | TX 6-541-044 |

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| E1: 07/77: Quantum for Payroll Tax v.280 | April 26, 2007 | TX 6-541-022 |
| E1: 1099: Year 2006 1099 ESUs | April 26, 2007 | TX 6-541-024 |
| EAP WTHD06: 1099 IRS changes for the year 2006 | April 26, 2007 | TX 6-541-023 |
| JD Edwards World -- 1099 Changes for Tax Year 2006 | April 26, 2007 | TX 6-541-026 |
| ECRM89: Common Errors on Mobile Sales | April 26, 2007 | TX 6-541-020 |
| GM--Grants issues resolved by FMS ESA 8.9 Bundle #10-653723 (Oct 06) | April 26, 2007 | TX 6-541-021 |

**Table A-5: Oracle Updates and Support Materials Registrations for Oracle's J.D. Edwards-branded Products[1]**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Siebel 6.3 Initial Release and Documentation | June 29, 2009 | TX 6-941-989 |
| Siebel 7.0.5 Initial Release and Documentation | June 29, 2009 | TX 6-941-988 |
| Siebel 7.5.2 Initial Release and Documentation | June 29, 2009 | TX 6-941-990 |
| Siebel 7.7.1 Initial Release and Documentation | June 29, 2009 | TX 6-941-993 |
| Siebel 7.8 Initial Release and Documentation | June 29, 2009 | TX 6-941-995 |
| Siebel 8.0 Initial Release and Documentation | June 29, 2009 | TX 6-942-000 |
| Siebel 8.1.1 Initial Release and Documentation | June 29, 2009 | TX 6-942-001 |

**Table A-6: Siebel Application Registrations**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Database of Documentary Customer Support Materials for Siebel Software | July 1, 2009 | TXu1-607-453 |

**Table A-7: Oracle Updates and Support Materials Registrations for Oracle's Siebel-branded Products**

| Title of Work | Date of Registration | Registration Number |
|---|---|---|
| Oracle 8i Enterprise Edition, release 2 (8.1.6) | February 2, 2001 | TX 5-222-106 |
| Oracle9i Database Enterprise : Edition Release 2 | June 13, 2003 | TX 5-673-282 |
| Oracle Database 10g: Release 2 | June 29, 2009 | TX 6-942-003 |
| Oracle Relational Database Management System (RDBMS): Release 8.0.4 | November 21, 2001 | TX 5-392-842 |
| Oracle Relational Database Management System (RDBMS), Release 8.0.5 | November 21, 2001 | TX 5-392-861 |
| Oracle9i Database Enterprise : Edition Release 1 | June 13, 2003 | TX 5-673-281 |
| Oracle Database 10g: Release 1 | January 16, 2009 | TX 6-938-648 |

**Table A-8: Oracle Database Registrations**

---

[1] The Cumulative Updates, separately listed in Table A-3, are also Oracle Update and Support Materials for Oracle's J.D. Edwards-branded products.

1
2 **ATTACHMENT B**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

11  07-CV-01658 PJH (EDL)

TRIAL STIPULATION AND [PROPOSED] ORDER NO. 3 REGARDING CERTAIN FACTS