# EXHIBIT 9
# Excerpts of the Transcript of the July 21, 2010 Deposition of Seth Ravin taken in *Oracle USA, Inc. v. SAP AG*
# FILED UNDER SEAL