# EXHIBIT 10
# Excerpts of the Transcript of the Dec. 15, 2011 Deposition of Brian Slepko

```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA
 3
 4   ORACLE USA, INC., a Colorado
     corporation; ORACLE AMERICA,
 5   INC. a Delaware corporation; and
     ORACLE INTERNATIONAL CORPORATION,
 6   a California corporation,
 7           Plaintiffs,
 8       vs.                           No. 2:10-cv-0106-LRH-PAL
 9   RIMINI STREET, INC.,
     a Nevada corporation;
10   SETH RAVIN, an individual,
11           Defendants.
     _____/
12
13
14
15
16       Videotaped deposition of BRIAN SLEPKO, (Personal
17       Capacity) taken at Boies, Schiller & Flexner LLP,
18       1999 Harrison Street, 9th Floor, Oakland,
19       California, commencing at 9:21 a.m., on Thursday,
20       December 15, 2011, before
21       Leslie Rockwood, RPR, CSR No. 3462.
22
23
24
25   PAGES 1 - 234
```

Page 1

```
 1    for a short time for Oracle; is that correct?

 2         A.   That's correct, yes.

 3         Q.   After the acquisition of Agile?

 4         A.   Correct.

 5         Q.   And how long did you work at Agile?          09:25:04

 6         A.   Agile was right around three years.

 7         Q.   Can you give me the dates roughly?

 8         A.   I'll have to back into it.  So I started

 9    Rimini Street 2008.  So Agile was the end of 2000 -- the

10    middle of 2007 -- so it would have been 2004, I believe  09:25:19

11    was the start.

12         Q.   So '04 to '07?

13         A.   '05 to '07.

14         Q.   '05 to '07?

15         A.   Yeah.                                         09:25:27

16         Q.   And before that, you worked at TomorrowNow;

17    is that correct?

18         A.   Yes, I did, for a short period.

19         Q.   How long?

20         A.   It was only a few months.                     09:25:32

21         Q.   What was the circumstances of your exit from

22    TomorrowNow?

23         A.   TomorrowNow was acquired by SAP.  I made a

24    decision to leave.

25         Q.   Is that where you got to know Mr. Ravin or    09:25:41
```

Page 6

```
 1   had you known him previously?
 2         A.   I'd known Mr. Ravin previously.
 3         Q.   Where did you work before TomorrowNow?
 4         A.   I was at a company called Ocular Sciences.
 5         Q.   And how about before that?                     09:25:54
 6         A.   I was at a company called Saba.
 7         Q.   S-A-B-A?
 8         A.   Correct.
 9         Q.   And prior to that?
10         A.   That would be PeopleSoft.                      09:26:03
11         Q.   That's how you know Mr. Ravin; is that right?
12         A.   Correct.
13         Q.   Roughly when did you work at PeopleSoft?
14         A.   1995 through 2000.
15         Q.   What did you do there?                         09:26:10
16         A.   I had several roles.  My final role there was
17   director of operations for the maintenance renewal group.
18         Q.   And to whom did you report?
19         A.   Sebastian Grady.
20         Q.   Was that true -- did you report to anyone     09:26:23
21   other than Mr. Grady in your time at PeopleSoft?
22         A.   For a time I reported to a gentleman named
23   Phil Cullen.
24         Q.   Anyone else?
25         A.   No, I think that was it.                       09:26:35
```

Page 7

```
 1    STATE OF CALIFORNIA    ) ss:
 2    COUNTY OF MARIN        )
 3
 4           I, LESLIE ROCKWOOD, CSR No. 3462, do hereby
 5    certify:
 6           That the foregoing deposition testimony was
 7    taken before me at the time and place therein set forth
 8    and at which time the witness was administered the oath;
 9           That testimony of the witness and all
10    objections made by counsel at the time of the examination
11    were recorded stenographically by me, and were thereafter
12    transcribed under my direction and supervision, and that
13    the foregoing pages contain a full, true and accurate
14    record of all proceedings and testimony to the best of my
15    skill and ability.
16           I further certify that I am neither counsel
17    for
18    any party to said action, nor am I related to any party
19    to said action, nor am I in any way interested in the
20    outcome thereof.
21           IN WITNESS WHEREOF, I have subscribed my name
22    this 19th day of December , 2011.
23
24                    /s/ Leslie Rockwood
25           LESLIE ROCKWOOD, RPR, CSR NO. 3462
```

Page 230