# EXHIBIT 11
# Excerpts of the Transcript of the July 21, 2011 Deposition of Michael Davichick
# REDACTED

```
 1            UNITED STATES DISTRICT COURT
 2                 DISTRICT OF NEVADA
 3     _____
 4    ORACLE, USA, INC., a         )
 5    Colorado corporation;        )
 6    ORACLE AMERICA, INC., a      )
 7    Dealaware corporation;       )
 8    and ORACLE INTERNATIONAL     )
 9    CORPORATION, a               )
10    California corporation,      )
11              Plaintiffs,        )
12         vs.                     ) No. 2:10-cv-0106
13    RIMINI STREET, INC., a       )    -LRH-PAL
14    Nevada corporation; SETH     )
15    RAVIN, an individual,        )
16              Defendants.        )
17    _____)
18
19        Videotaped Deposition of MICHAEL JOHN
20        DAVICHICK, taken at Three Embarcadero
21        Center, 28th Floor, San Francisco,
22        California, commencing at 9:03 a.m.,
23        Thursday, July 21, 2011, before
24        Kenneth T. Brill, CSR No. 12797.
25    PAGES 1 - 305
```

Page 1

| | | | |
|---|---|---|---|
| 1 | A. | 2005, I believe. | 09:06:51 |
| 2 | Q. | Do you have any post-collegiate education? | 09:06:55 |
| 3 | A. | No. | 09:07:00 |
| 4 | Q. | Do you have any certification such as in | 09:07:00 |
| 5 | business or engineering? | | 09:07:02 |
| 6 | A. | No. | 09:07:03 |
| 7 | Q. | Did you have a work history prior to going | 09:07:06 |
| 8 | to college? | | 09:07:08 |
| 9 | A. | I did work prior to going to college. | 09:07:09 |
| 10 | Q. | Okay.  Between high school and college? | 09:07:11 |
| 11 | A. | Yes. | 09:07:13 |
| 12 | Q. | Okay.  What jobs did you have? | 09:07:14 |
| 13 | A. | Oh, I was working at a company by the name | 09:07:16 |
| 14 | of Data East, which was a game company manufacturer. | | 09:07:20 |
| 15 | Worked at Triad Systems in Livermore.  Worked for | | 09:07:25 |
| 16 | PeopleSoft.  Worked for Saba.  Worked for | | 09:07:35 |
| 17 | TomorrowNow.  And currently with Rimini Street. | | 09:07:41 |
| 18 | Q. | When did you work for Data East? | 09:07:47 |
| 19 | A. | I believe that was around 1989.  '89, '90. | 09:07:51 |
| 20 | Q. | Okay.  And for how long did you work for | 09:07:58 |
| 21 | them? | | 09:08:00 |
| 22 | A. | I think I was just there about five years. | 09:08:00 |
| 23 | Q. | So until about '94? | 09:08:03 |
| 24 | A. | I believe so. | 09:08:05 |
| 25 | Q. | What did you do for Data East? | 09:08:12 |

Page 7

| | | |
|---|---|---|
| 1 | Q.   And for how long were you at Saba? | 09:16:00 |
| 2 | A.   Oh, boy, I think just probably less than a | 09:16:04 |
| 3 | year. | 09:16:10 |
| 4 | Q.   So you started there in the beginning of | 09:16:11 |
| 5 | 2002? | 09:16:12 |
| 6 | A.   Yeah, right around 2001, end -- end of | 09:16:13 |
| 7 | year 2001, and right around 2002 is when I had | 09:16:13 |
| 8 | actually left.  So it was -- it was less than a | 09:16:18 |
| 9 | year. | 09:16:21 |
| 10 | REDACTED | 09:16:22 |
| 11 | | 09:16:25 |
| 12 | | 09:16:26 |
| 13 | | 09:16:27 |
| 14 | | 09:16:33 |
| 15 | | 09:16:37 |
| 16 | | 09:16:39 |
| 17 | | 09:16:41 |
| 18 | | 09:16:44 |
| 19 | | 09:16:48 |
| 20 | | 09:16:49 |
| 21 | | 09:16:52 |
| 22 | | 09:16:59 |
| 23 | | 09:17:01 |
| 24 | | 09:17:04 |
| 25 | | 09:17:10 |

Page 15

| | | |
|---|---|---|
| 1 | REDACTED | 09:17:14 |
| 2 | | 09:17:16 |
| 3 | | 09:17:21 |
| 4 | | 09:17:25 |
| 5 | | 09:17:25 |
| 6 | | 09:17:29 |
| 7 | | 09:17:31 |
| 8 | | 09:17:32 |
| 9 | | 09:17:34 |
| 10 | | 09:17:34 |
| 11 | | 09:17:35 |
| 12 | | 09:17:37 |
| 13 | | 09:17:41 |
| 14 | | 09:17:43 |
| 15 | | 09:17:44 |
| 16 | | 09:17:45 |
| 17 | | 09:17:48 |
| 18 | | 09:17:48 |
| 19 | | 09:17:49 |
| 20 | | 09:17:52 |
| 21 | | 09:17:53 |
| 22 | | 09:17:55 |
| 23 | | 09:17:56 |
| 24 | | 09:17:56 |
| 25 | | 09:17:59 |

Page 16

| | | |
|---|---|---|
| 1 | REDACTED | 09:18:01 |
| 2 | | 09:18:07 |
| 3 | | 09:18:09 |
| 4 | | 09:18:11 |
| 5 | | 09:18:19 |
| 6 | | 09:18:20 |
| 7 | | 09:18:21 |
| 8 | | 09:18:22 |
| 9 | | 09:18:24 |
| 10 | | 09:18:24 |
| 11 | | 09:18:27 |
| 12 | | 09:18:31 |
| 13 | | 09:18:32 |
| 14 | | 09:18:36 |
| 15 | | 09:18:36 |
| 16 | | 09:18:43 |
| 17 | | 09:18:46 |
| 18 | | 09:18:48 |
| 19 | | 09:18:50 |
| 20 | | 09:18:52 |
| 21 | | 09:18:59 |
| 22 | | 09:19:01 |
| 23 | | 09:19:01 |
| 24 | | 09:19:04 |
| 25 | | 09:19:07 |

Page 17

CERTIFICATE OF REPORTER

I, KENNETH T. BRILL, a Certified Shorthand Reporter, hereby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause;

That said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision;

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties hereto.

DATED: July 27, 2011

*[signature]*
KENNETH T. BRILL
CSR#12797