# EXHIBIT 12
# Excerpts of the Transcript of the March 17, 2011 Deposition of Beth Lester
# FILED UNDER SEAL