# EXHIBIT 13
# Excerpts of the Transcript of the Oct. 5, 2011 Deposition of Krista Williams
# FILED UNDER SEAL