# EXHIBIT 14
# Excerpts of the Transcript of the Feb. 28, 2018 Deposition of Rick Frank taken in *Rimini Street, Inc. v. Oracle America, Inc.*

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA
 3    RIMINI STREET, INC., a
      NEVADA corporation,
 4            Plaintiff,
 5         vs.                    No. 2:14-CV-01699-LRH-CWH
 6    ORACLE AMERICA, INC.,
      a DELAWARE corporation; AND
 7    ORACLE INTERNATIONAL CORPORATION,
      a California corporation,
 8            Defendants.
 9    _____
      ORACLE AMERICA, INC.,
10    a DELAWARE corporation; AND
      ORACLE INTERNATIONAL CORPORATION,
11    a California corporation,
12            Counterclaimants,
           vs.
13    RIMINI STREET, INC., a NEVADA corporation,
14    SETH RAVIN, an individual
15            Counterdefendants.
      _____
16
17       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
18     VIDEO-RECORDED DEPOSITION OF RICHARD GARY FRANK
19              San Francisco, California
20                 February 28, 2018
21    Reported by:
      KENNETH T. BRILL
22    CSR NO. 12797
23    Job No. 2827856
24
25    PAGES 1 - 307
```

Page 1

```
 1        Q.   Do you know if it involves installing new    09:47:04
 2   software?                                              09:47:06
 3             MR. VANDEVELDE:  Asked and answered.  And    09:47:08
 4   vague.                                                 09:47:09
 5             THE WITNESS:  No, I don't -- there's         09:47:12
 6   updates they receive from Oracle at the time, and      09:47:14
 7   that's -- I don't know if that was new software or     09:47:17
 8   what it was.                                           09:47:20
 9   BY MS. SHINN:                                          09:47:25
10        Q.   And is there anything else you did besides   09:47:26
11   write batch scripts as part of that upgrade?           09:47:29
12        A.   No.                                          09:47:37
13        Q.   And where did you work -- sorry, you were    09:47:44
14   working as a contractor for San Jose Water             09:47:46
15   Company --                                             09:47:48
16        A.   Yes.                                         09:47:49
17        Q.   -- right?                                    09:47:49
18             Did you have any other customers as you      09:47:51
19   were working for a contractor during this time?        09:47:52
20        A.   No.                                          09:47:55
21        Q.   And where did you work after San Jose        09:47:55
22   Water Company?                                         09:47:56
23        A.   TomorrowNow.                                 09:47:58
24        Q.   And when did you join TomorrowNow?           09:47:59
25        A.   December 2006.                               09:48:02
```

| | | |
|---|---|---|
| 1 | Q.   And what was your position at TomorrowNow | 09:48:05 |
| 2 | when you joined? | 09:48:07 |
| 3 | A.   Technical support analyst. | 09:48:11 |
| 4 | Q.   And what were your job responsibilities as | 09:48:12 |
| 5 | a technical support analyst? | 09:48:14 |
| 6 | A.   Assist customers with technical support | 09:48:19 |
| 7 | questions they had. | 09:48:22 |
| 8 | Q.   So you interacted with customers on a | 09:48:25 |
| 9 | regular basis? | 09:48:28 |
| 10 | MR. VANDEVELDE:  Misstates testimony. | 09:48:29 |
| 11 | THE WITNESS:  Whenever -- whenever they | 09:48:39 |
| 12 | called. | 09:48:40 |
| 13 | BY MS. SHINN: | 09:48:40 |
| 14 | Q.   And did your position as a technical | 09:48:44 |
| 15 | support analyst involve any programming? | 09:48:45 |
| 16 | A.   No. | 09:48:50 |
| 17 | Q.   Did you primarily answer customer | 09:48:54 |
| 18 | questions over the phone? | 09:48:57 |
| 19 | A.   Yes. | 09:48:59 |
| 20 | Q.   Did you ever -- did customer questions | 09:49:01 |
| 21 | require you or anyone else to -- if you know, work | 09:49:08 |
| 22 | on the customer software directly? | 09:49:11 |
| 23 | MR. VANDEVELDE:  Objection, vague. | 09:49:13 |
| 24 | THE WITNESS:  I don't know. | 09:49:17 |
| 25 | BY MS. SHINN: | 09:49:17 |

```
 1                    CERTIFICATE OF REPORTER
 2
 3              I, the undersigned, a Certified Shorthand
 4    Reporter of the State of California, do hereby
      certify:
 5              That the foregoing proceedings were taken
      before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
      machine shorthand which was thereafter transcribed
 9    under my direction; that the foregoing transcript is
10    a true record of the testimony given.
              Further, that if the foregoing pertains to the
11    original transcript of a deposition in a Federal
      Case, before completion of the proceedings, review
12    of the transcript [ ] was [ ] was not requested.
              I further certify I am neither financially
13    interested in the action nor a relative or employee
14    of any attorney or any party to this action.
15            IN WITNESS WHEREOF, I have this date
16    subscribed my name.
17
18            Dated: March 6, 2018
19
20
21
22
23            _____
24                 KENNETH T. BRILL
25                 CSR No. 12797
```

Page 307