# EXHIBIT 15
# Excerpts of the Transcript of the Jan. 6, 2012 Deposition of Manjula Hosalli

1                  UNITED STATES DISTRICT COURT

2                     DISTRICT OF NEVADA

3      -------------------------------

4      ORACLE USA, INC., a Colorado  )

5      Corporation; ORACLE AMERICA,  )

6      INC., a Delaware corporation, )

7      and ORACLE INTERNATIONAL       )

8      CORPORATION, a California      )

9      corporation,                   )

10                   Plaintiffs,      )

11           vs.                      ) No. 2:10-cv-000106

12                                    ) LRH-PAL

13     RIMINI STREET, INC., a         )

14     Nevada corporation; SETH       )

15     RAVIN, an individual,          )

16                                    )

17                   Defendants.      )

18     -------------------------------

19

20

21          VIDEOTAPED DEPOSITION OF MANJULA HOSALLI

22                  Friday, January 6, 2012

23

24

25     PAGES 1 - 67

                                        Page 1

1        Q.    And what is your job title?

2        A.    I am PeopleSoft enviroment engineer.

3        Q.    And what did you do before you worked at

4    Rimini Street?                                    15:19:29

5        A.    I worked with the -- TomorrowNow for two

6    years and then before that I worked at Sun

7    Microsystems for six years.

8        Q.    What did you do at TomorrowNow?

9        A.    TomorrowNow is basically an environment

10    maintenance thing, like troubleshooting and backup

11    and restoring.

12                        REDACTED

13                                                    15:19:58

14

15

16

17

18

19

20

21

22

23

24

25                                                    15:20:30

                                                    Page  7

STATE OF CALIFORNIA      ) ss:

COUNTY OF MARIN           )


     I, ASHLEY SOEVYN, CSR No. 12019, do hereby
certify:
     That the foregoing deposition testimony was
taken before me at the time and place therein set
forth and at which time the witness was administered
the oath;
     That the testimony of the witness and all
objections made by counsel at the time of the
examination were recorded stenographically by me,
and were thereafter transcribed under my direction
and supervision, and that the foregoing pages
contain a full, true and accurate record of all
proceedings and testimony to the best of my skill
and ability.
     I further certify that I am neither counsel for
any party to said action, nor am I related to any
party to said action, nor am I in any way interested
in the outcome thereof.
     IN THE WITNESS WHEREOF, I have transcribed my
name this 13th day of January, 2012.


                    _____
                    ASHLEY SOEVYN
                    CSR NO. 12019

                                        Page 64