# EXHIBIT 16
# PTX 5429, a FRE 1006 Summary re Customers Receiving Updates

# Customers Receiving Updates Developed or Tested in Environments Associated with Other Customers

| |
|---|
| A. O. Smith Corporation |
| Abilene Independent School District |
| Alcon Laboratories, Inc. |
| Aleut Management Services |
| American Council on Education |
| Anadarko Petroleum |
| AS America, Inc. |
| Bausch & Lomb |
| Baxter Healthcare Corporation |
| Board of Water Works Trustees of the City of Des Moines |
| Bear Stearns, Inc. |
| Big Lots, Inc. |
| Birdville Independent School District |
| Blue Cross Blue Shield of KC |
| Blue Diamond Growers |
| Brazoria County, Texas |
| Carl Karcher Restaurants |
| CC Industries |
| City of Boise, Idaho |
| City of Des Moines, Iowa |
| City of Eugene, Oregon |
| City of Flint, Michigan |
| City of Huntsville, Alabama |
| City of Mesa, Arizona |
| City of Norfolk, Virginia |
| City of Ontario, California |
| City of Overland Park, Kansas |
| City Utilities of Springfield, Missouri |
| Clear Channel Communications, Inc. |
| CompuCom Systems, Inc. |
| ConAgra Foods, Inc. |
| Cooper Tire and Rubber Company |
| Cornell University |
| Correctional Medical Services, Inc. |
| Countrywide |
| County of Kent Michigan |
| Cowlitz County, Washington |
| Dana Limited |
| Dave & Buster's, Inc. |

# Customers Receiving Updates Developed or Tested in Environments Associated with Other Customers

| |
|---|
| Delta Dental Plan of Michigan |
| Detroit Public Schools |
| Dick's Sporting Goods |
| Dobbs Temp Svc d/b/a ProStaff Personnel |
| Dofasco, Inc. |
| East Bay Municipal Utility District |
| Easter Seals New Hampshire, Inc. |
| El Camino Hospital |
| Empire District Electric |
| Ensco International |
| Express, LLC |
| Fairchild Semiconductor, Inc. |
| Federated Investors |
| Frederick County IIT |
| Fundamental Administrative Services |
| Gemological Institute of America |
| Genesis HealthCare Corporation |
| Genesis HealthCare System |
| Harkins Builders |
| Harry and David |
| Hastings Entertainment |
| Heritage Valley Health System |
| HH Gregg |
| HickoryTech Corporation |
| Hitachi Global Storage Technologies |
| Honeywell International, Inc |
| Hydro One |
| Integrys Business Support, LLC |
| J. Jill Stores (USi) |
| J.B. Hunt Transport Services, Inc. |
| JBS Swift & Company |
| Jones Lang LaSalle Americas |
| Kansas City Board of Public Utilities |
| Kansas City Power & Light |
| Kichler Lighting |
| Knoxville Utilities Board |
| Koch Industries, Inc. |
| La Madeleine Inc. |
| Liz Claiborne |

2

# Customers Receiving Updates Developed or Tested in Environments Associated with Other Customers

| |
|---|
| Lone Star Business Solutions |
| Lucas County, Ohio |
| Maricopa County, Arizona |
| Markel Corporation - U.S. |
| Matheson Trucking, Inc. |
| McKee Foods Corporation |
| McLennan County, Texas |
| MeadWestvaco Corporation |
| Medtron Software Intelligence Corporation |
| Meskwaki Bingo Casino Hotel |
| Metro Vancouver |
| Michigan Education Special Services Association (MESSA) |
| Moraine Park Technical College |
| Mosaic |
| Municipality of Anchorage |
| Mutual of Omaha |
| National Grid USA Service Company, Inc. |
| NBC Universal |
| Norwegian Cruise Lines |
| Oakland County, Michigan |
| Oklahoma Publishing Company |
| Olin Corporation |
| On Assignment, Inc. |
| Ontario Lottery and Gaming Corporation |
| Overwaitea Food Group |
| PepsiAmericas, Inc. |
| PETCO Animal Supplies, Inc. |
| Philadelphia Corporation for Aging |
| Phillips Plastics Corporation |
| Piggly Wiggly Carolina Company |
| Pillsbury Winthrop Shaw Pittman LLP |
| Quad/Graphics, Inc. |
| Remy International, Inc. |
| Richardson Electronics |
| Robert Half International |
| Ross Stores, Inc. |
| Saint Barnabas Health Care System |
| Santa Fe Natural Tobacco Company |
| School District of Pittsburgh |

# Customers Receiving Updates Developed or Tested in Environments Associated with Other Customers

| |
|---|
| ShopKo Stores |
| Simon Property Group |
| Smurfit-Stone Container Corporation |
| Spherion Corporation (SFN Group) |
| Spokane County, Washington |
| St. Luke's Cornwall Hospital |
| Star Tribune |
| Steak 'n Shake |
| Summit Technology, Inc -Children's Health System |
| Summit Technology, Inc -LINC Facilities |
| Summit Technology, Inc -Shands Healthcare |
| Sybase Corporation |
| Terra Industries |
| The Navigators |
| Toshiba America Information Systems |
| USi |
| USI (Bayshore Community Hospital) |
| USI (Chipotle Mexican Grill) |
| USI (GMAC) |
| USI (Express LLC) |
| USI (InterGen) |
| USI (Limited) |
| Valassis Communications, Inc. |
| Vanderbilt University |
| VITAS Healthcare Corporation |
| Wendy's |
| Weyerhaeuser |
| Winn-Dixie Stores |
| Yavapai College |
| Young America Corporation |
| YRC Worldwide Technologies |
| Yum! Brands, Inc. |