# EXHIBIT 19
# Oracle's letter to Rimini dated Jan. 2, 2019
# FILED UNDER SEAL