# EXHIBIT 20
# Rimini's letter to Oracle dated Jan. 23, 2019
# FILED UNDER SEAL