# EXHIBIT 21
# Oracle's letter to Rimini dated Jan. 31, 2019
# FILED UNDER SEAL