# EXHIBIT 22
# Rimini's letter to Oracle dated Feb. 7, 2019
# FILED UNDER SEAL