| | | |
|---|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>JOHN A. POLITO (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | One Market, Spear Street Tower<br>San Francisco, CA 94105 |
| 3 | Telephone:  702.382.7300<br>Facsimile:  702.382.2755 | Telephone:  415.442.1000<br>Facsimile:  415.442.1001 |
| 4 | rpocker@bsfllp.com | john.polito@morganlewis.com |
| 5 | BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | DORIAN DALEY (*pro hac vice*) |
| 6 | KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 7 | Washington, DC 20005<br>Telephone:  (202) 237-2727 | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 8 | Facsimile:  (202) 237-6131<br>wisaacson@bsfllp.com | Redwood City, CA 94070<br>Telephone:  650.506.4846 |
| 9 | kdunn@bsfllp.com | Facsimile:  650.506.7114<br>dorian.daley@oracle.com |
| 10 | BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 11 | BEKO O. REBLITZ-RICHARDSON<br>   (*pro hac vice*) | *Attorneys for Plaintiffs Oracle USA, Inc.,* |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | *Oracle America, Inc., and Oracle*<br>*International Corp.* |
| 13 | Telephone:  510.874.1000<br>Facsimile:  510.874.1460 | |
| 14 | sholtzman@bsfllp.com<br>brichardson@bsfllp.com | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>              Plaintiffs,<br><br>        v.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual,<br><br>              Defendants. | Case No. 2:10-cv-0106-LRH-PAL<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

At the time of service, I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105. On February 27, 2019, I served the following documents

**ORACLE'S MOTION TO PERMIT LIMITED DISCOVERY REGARDING RIMINI'S COMPLIANCE WITH THE COURT'S PERMANENT INJUNCTION [FILED UNDER SEAL]**

**EXHIBITS 1, 2, 4, 9, 11-13, 19-22, AND 26-27 TO THE DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S MOTION TO PERMIT LIMITED DISCOVERY REGARDING RIMINI'S COMPLIANCE WITH THE COURT'S PERMANENT INJUNCTION [FILED UNDER SEAL]**

I served the documents on the persons below, as follows:

| | |
|---|---|
| Mark A. Perry<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue N.W.<br>Washington, DC 20036-5306<br>*mperry@gibsondunn.com* | Leslie A.S. Godfrey<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Pkwy, Suite 400 North<br>Las Vegas, NV 89169<br>*godfreyl@gtlaw.com* |
| Blaine H. Evanson<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612-4412<br>*bevanson@gibsondunn.com* | Joel D. Henriod<br>Daniel F. Polsenberg<br>LEWIS ROCA ROTHGERBER LLP<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169<br>*JHenriod@lrrc.com*<br>*DPolsenberg@lrrc.com* |
| Joseph A. Gorman, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>*JGorman@gibsondunn.com* | Farah Shirin Anthony<br>Scott S. Hoffmann<br>John P. Reilly<br>RIMINI STREET, INC.<br>3993 Howard Hughes Pkwy Suite 500<br>Las Vegas, NV 89169<br>*fanthony@riministreet.com*<br>*shoffmann@riministreet.com*<br>*JReilly@riministreet.com* |
| Lauren Blas<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Ave., 47th Floor<br>Los Angeles, CA 90071-3197<br>*lblas@gibsondunn.com* | |
| W. West Allen<br>Howard & Howard Attorneys PLLC<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>*wwa@h2law.com* | Daniel B. Winslow<br>Rimini Street, Inc.<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>*DWinslow@riministreet.com* |

*Cont.*

1

Mark J. Connot
Fox Rothschild, LLP
1980 Festival Plaza Drive, Suite 700
Las Vegas, NV 89135
*mconnot@foxrothschild.com*

  The documents were served pursuant to FRCP 5(b) by sending them by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

  I hereby certify that I am employed in the office of a member of the State Bar of California, admitted pro hac vice to practice before the United States District Court for the District of Nevada for this case. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

  Dated: February 27, 2019

            /s/ *Zachary Scott Hill*
            Zachary Scott Hill

CERTIFICATE OF SERVICE