UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Case # 2:10-cv-00106-LRH-VCF

ORACLE USA, INC., et al.,

Plaintiff(s),

vs.

RIMINI STREET INC., et al.,

Defendant(s).

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_Samuel Grant Liversidge_, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

   Gibson, Dunn & Crutcher LLP
   (firm name)

   with offices at _333 South Grand Avenue_,
   (street address)

   _Los Angeles_, _California_, _90071_,
   (city) (state) (zip code)

   _(213) 229-7420_, _sliversidge@gibsondunn.com_.
   (area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

   _Rimini Street, Inc. and Seth Ravin_ to provide legal representation in connection with
   [client(s)]

   the above-entitled case now pending before this Court.

Rev. 5/16

3. That since December 13, 1995 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| All California Courts | December 1995 | 180578 |
| USDC, Central District of California | December 1995 | 180578 |
| USDC, Northern District of California | November 2001 | 180578 |
| US Court of Appeals for the Ninth Circuit | June 2010 | 180578 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| September 12, 2016 | 2:14-cv-01699-LRH | USDC, D. Nev. | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
COUNTY OF ___Los Angeles___ )

___Samuel Grant Liversidge___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__25__ day of __February__, __2019__.

___SEE ATTACHED.___
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___W. West Allen___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Howard & Howard, 3800 Howard Hughes Parkway, Suite 1000___,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city)          (state)          (zip code)

___702.667.4843___, ___wwa@h2law.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____W. West Allen_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Rimini Street, Inc., by Seth Ravin, Chief Executive Officer
(type or print party name, title)

_____
(party's signature)

Seth Ravin, individually
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5566                    wwa@h2law.com
Bar number              Email address

APPROVED:
DATED this 28th day of February, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**    GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_Signature of Document Signer No. 1_     _Signature of Document Signer No. 2 (if any)_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of  Los Angeles

Subscribed and sworn to (or affirmed) before me
on this __25__ day of __FEBRUARY__, 20_19_,
by    Date          Month        Year
(1) __SAMUEL GRANT LIVERSIDGE__
(and 2) _____,
              Name(s) of Signer(s)
proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
           Signature of Notary Public

DAVID THANH LAM
Commission # 2121886
Notary Public - California
Los Angeles County
My Comm. Expires Aug 1, 2019

_Place Notary Seal and/or Stamp Above_

──────── OPTIONAL ────────

_Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: __VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE__

Document Date: __02.25.2019__                Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### SAMUEL GRANT LIVERSIDGE

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that **SAMUEL GRANT LIVERSIDGE, #180578**, was on the **13th day of DECEMBER, 1995**, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court on the **22th day of FEBRUARY 2019**.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _Margarita Arroyo_
Margarita Arroyo, Assistant Deputy Clerk