| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (pro hac vice)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, California 92612-4412<br>Telephone: 949.451.3800<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |

GIBSON, DUNN & CRUTCHER LLP
SAMUEL G. LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

Attorneys for Defendants
Rimini Street, Inc. and Seth Ravin

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>  Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION TO PERMIT LIMITED DISCOVERY REGARDING RIMINI'S COMPLIANCE WITH THE COURT'S PERMANENT INJUNCTION** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ERIC D. VANDEVELDE ISO RIMINI'S OPP'N TO ORACLE'S MOTION TO PERMIT
LIMITED DISCOVERY RE RIMINI'S COMPLIANCE WITH PERMANENT INJUNCTION
CASE NO. 2:10-CV-00106-LRH-VCF

I, Eric D. Vandevelde, declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Defendants Rimini Street, Inc. ("Rimini") and Seth Ravin in the above-captioned case. I submit this declaration in support of Rimini's Opposition to Oracle's Motion to Permit Limited Discovery Regarding Rimini's Compliance with the Court's Permanent Injunction. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness I would and could testify competently to them.

2. In January and early February 2019, counsel for the parties exchanged several letters related to Oracle's request that Rimini agree to reopen discovery in *Rimini I* and provide information purportedly related to Rimini's compliance with the Court's injunction. *See* ECF Nos. 1201-8–1201-11.

3. The final letter between the parties was sent by Rimini on February 7, 2019. In that letter, Rimini asked Oracle's counsel to provide certain information related to Oracle's requests and proposed that the parties meet and confer. ECF No. 1201-11.

4. Oracle did not respond to Rimini's February 7 letter. Instead, on February 27, 2019, Oracle filed the instant motion. ECF No. 1201. Oracle did not include with its motion the required declaration under Local Rule 26-7. Prior to filing the motion, Oracle's counsel did not attempt to meet and confer with Rimini via telephone or in person. Nor did Oracle's counsel provide any advance notice to Rimini that it intended to file its motion.

5. Attached to the Appendix of Evidence as **Exhibit 1** is a true and correct copy of the Opening Brief for Appellant Rimini Street, Inc. filed in the Ninth Circuit Court of Appeals in Case No. 18-16554 on November 26, 2018.

6. Attached to the Appendix of Evidence as **Exhibit 2** is a true and correct copy of the Answering Briefs for Appellees, filed in the Ninth Circuit Court of Appeals in Case No. 18-16554 on January 23, 2019.

7. Attached to the Appendix of Evidence as **Exhibit 3** is a true and correct copy of the transcript from the May 25, 2016 hearing in *Rimini I*.

2
DECLARATION OF ERIC D. VANDEVELDE ISO RIMINI'S OPP'N TO ORACLE'S MOTION TO PERMIT LIMITED DISCOVERY RE RIMINI'S COMPLIANCE WITH PERMANENT INJUNCTION
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP

8. Attached to the Appendix of Evidence as **Exhibit 4** is a true and correct excerpted copy of an article entitled "What links US Supreme Court, copyright legal bills, and stadium hot dog prices? A: Oracle" by Rebecca Hill, published online in The Register on March 4, 2019.  On March 13, 2019, I visited https://www.theregister.co.uk/2019/03/04/rimini_wins_oracle_ supreme_court/ and downloaded a copy of this article.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on March 13, 2019, at Los Angeles, California.

                    */s/ Eric D. Vandevelde*
                    Eric D. Vandevelde

3
DECLARATION OF ERIC D. VANDEVELDE ISO RIMINI'S OPP'N TO ORACLE'S MOTION TO PERMIT LIMITED DISCOVERY RE RIMINI'S COMPLIANCE WITH PERMANENT INJUNCTION
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: March 13 2019

                                              GIBSON, DUNN & CRUTCHER LLP

                                              By:  */s/ Eric D. Vandevelde*
                                                           Eric D. Vandevelde

                                            *Attorneys for Defendants*
                                            *Rimini Street, Inc. and Seth Ravin*

103237051.1

DECLARATION OF ERIC D. VANDEVELDE ISO RIMINI'S OPP'N TO ORACLE'S MOTION TO PERMIT LIMITED DISCOVERY RE RIMINI'S COMPLIANCE WITH PERMANENT INJUNCTION
CASE NO. 2:10-CV-00106-LRH-VCF