# EXHIBIT 4
# March 4, 2019 article published in *The Register*

**Case 2:10-cv-00106-LRH-VCF Document 1209-6 Filed 03/13/19 Page 2 of 7**



### Software

# What links US Supreme Court, copyright legal bills, and stadium hot dog prices? A: Oracle

## You can't full me, Larry: Rimini swerves $13m invoice in crucial ruling on 'full' versus 'all'

By Rebecca Hill 4 Mar 2019 at 20:44    7    SHARE ▼



Oracle can't relieve Rimini Street's coffers of $12.8m in legal bills, the US Supreme Court unanimously ruled on Monday. The database giant tried to recover non-taxable court costs from Rimini, which the Supremes have now, in a pivotal decision, said are off limits in a copyright case.

Big Red and the enterprise software support vendor have been locked in a years-long battle, which in 2018 shifted from Oracle's initial complaint of intellectual property theft to a matter of the legal definition of "full costs."

Rimini lost the copyright side of the legal fight in 2015, and was ordered to pay some $124m in damages and the so-called "full costs" of Oracle's lawsuit. Rimini has since been trying to claw back as much of that payout as it can, and early last year successfully slashed its bill by $50m to $74m.

To further cut the amount of money owed, Rimini asked the Supreme Court to resolve a split between the lower courts on whether "full costs" means "all costs," seeing as only some types of legal costs can be paid

by a losing party, and Oracle was seeking to recover every penny it spent on the legal battle.

An appeals court had ruled Rimini should pay Oracle some $12.8m in non-taxable costs as part of the overall "full costs" payout – however, other courts ruled "full costs" do not include non-taxable costs, and thus Oracle can't claim the $12.8m in non-taxable costs from Rimini.

The Supremes were thus asked to answer a question of interpretations of two statutory provisions: the general norm set by 28 U.S.C. § 1920 that even a winning party pays a substantial share of the costs; and Section 505 of the Copyright Act, which allows courts to award "full costs" to the winning party. Essentially, some rules stated Rimini, as a copyright infringer, has to pay Oracle's "full costs," and some rules stated non-taxable bills are not included in the limited range of recoverable "costs" – which is it? Full or not full?

The top court heard oral arguments in the case last month and issued its opinion today [PDF]. In it, Justice Brett Kavanaugh said the Supreme Court had reversed that part of the Ninth's judgment, and decided that "full costs" is not necessarily "all costs," and remanded the case for further proceedings in light of that. In effect, "full costs" means "full costs" as per applicable law, so full with caveats.

**Depends what you mean by 'is'**

"The question presented in this case is whether the Copyright Act's reference to 'full costs' authorizes a court to award litigation expenses beyond the six categories of 'costs' specified by Congress in the general costs statute," Justice Kavanaugh said. "The statutory text and our precedents establish that the answer is no."

The judge said the court had not found Oracle's arguments persuasive, and rather sided with arguments made by Rimini, the US government, and scholarly amici curiae submitted in the case.

The term "full" is "a term of quantity or amount" and an "adjective that means the complete measure of the noun it modifies," he said. As such, it cannot apply to other categories or kinds of expenses.



**Rimini and Oracle's legal eagles return to the ring in front of Supreme Court**

READ MORE →

"The adjective 'full' in §505 therefore does not alter the meaning of the word 'costs.' Rather, 'full costs' are all the 'costs' otherwise available under law," the Supremes state. "A 'full moon' means the moon, not Mars. A 'full breakfast' means breakfast, not lunch. A 'full season ticket plan' means tickets, not hot dogs. So too, the term 'full costs' means costs, not other expenses."

The court also dismissed Oracle's argument that the term "full costs" is a historical term, taking issue both with its points on law before 1831, and noting that none of the more than 800

copyright decisions made between 1831 and 1976 awarded expenses other than those specified in state or federal laws.

Finally, it was not persuaded by arguments that, if Rimini's argument was right, then the use of the word "full" would be unnecessary or redundant. The court added that even if this was correct, "redundancy is not a silver bullet" in interpreting the law, adding: "Sometimes the better overall reading of the statute contains some redundancy." In other words, you can't use redundancy to interpret a law to your likening.

"The Supreme Court's narrow decision today on recovery of a type of cost does not change the fundamental facts of the case," Oracle's global comms boss Deborah Hellinger told us in a statement.

"Rimini engaged in a massive theft of Oracle's IP and tried to cover it up by destroying evidence and engaging in other litigation misconduct, but it got tagged for its illegal activities anyway by both judge and jury, as the opinion acknowledges. And despite its effort to avoid an injunction, Rimini has been enjoined from further infringement. Today's decision is ancillary to the core rulings against Rimini, which stand." ®

**Sponsored:** Becoming a Pragmatic Security Leader

Tips and corrections                                                                 7 Comments

 **Sign up to our Newsletter**  -  Get IT in your inbox daily

**MORE**   Oracle   Supreme Court

## You Might Also Like


**Goodbye, Gantt Charts. Say Hello To**
monday.com


**UK rail lines blocked by unexpected**

**Congrats, Satya Nadella. In just five**


**One Thing All Liars Have in Common,**
TruthFinder


**The 4 Biggest Mistakes in My IT**
blog.paessler.com


**11 Things Sysadmins Love to**
blog.paessler.com

**These Hilarious Breakups Are**
PostFun


**Take A Look At These Mind Blowing**
African Safari | Sponsored Listings

Recommended by Outbrain

## Whitepapers



### Planning for Office 365 Gaps

Plan your risk management strategy - don't just hope your email and data is protected in the cloud.



### Delivering data pipelines for enterprise AI

Throughput bottlenecks, architecture and integration issues, from resiliency, security and governance are just a few of the pesky challenges that get in the way of ensuring that AI's data needs are met.



### A Complete Introduction to Monitoring Kubernetes with New Relic

This guide is designed to highlight the fundamentals of what you need to know to effectively monitor Kubernetes deployments. Think of it as Monitoring Kubernetes 101.



### Executive Snapshot: Western Digital Enhances Its Portfolio to Meet Market Demands for Cloud and Performance

Western Digital continues to evolve its portfolio beyond disk provision toward solutions that enable highperforming data environments.

## More from The Register



**Oracle gets busy with Lazy FPU fix, adds more CPU Spectre-protectors**

Oracle Linux and VM get their innoculations



**Hands up who *isn't* fighting Oracle in court? HPE, for now, as Solaris support sueball tossed**

Judge dismisses Big Red's 2016 copyright claim



**Moneybags Buffett on ditching Oracle stake: I don't think I understand where the cloud is going**

Billionaire investor says he was burnt by IBM – but is 'amazed' at Amazon's rise



**Oracle's claims of secret deal is a bid to 'distract' from pay bias case, says US Department of Labor**

Big Red is red, underpaid staffers are blue. No angry counter-claims can stop that being true



**Now, hold on. This may shock you... Oracle allegedly juices its cloud sales with threats and shoddy on-prem support**

Board of directors sued for 'failing to protect investors'



**Oracle UK tweaks financial reporting, sees revenues rise**

Ah, nice move, Big Red – but what's the plan for next year?

Case 2:10-cv-00106-LRH-VCF   Document 1209-6   Filed 03/13/19   Page 7 of 7

## Sponsored links

**Get The Register's Headlines in your inbox daily - quick signup!**

| About us | More content |
|---|---|
| Who we are | Week's headlines |
| Under the hood | Top 20 stories |
| Contact us | Alerts |
| Advertise with us | Whitepapers |

### Situation Publishing

The Next Platform

Continuous Lifecycle London

M-cubed

Webinars



**The Register** - Independent news and views for the tech community. Part of Situation Publishing

   

### Sign up to our Newsletters

Join our daily or weekly newsletters, subscribe to a specific section or set News alerts

**Subscribe** ›

Biting the hand that feeds IT © 1998–2019        Cookies     Privacy     Ts&Cs