# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | 2:10-CV-00106-LRH-VCF<br>**ORDER** |

Before the court are Oracle's motion to Permit Limited Discovery Regarding Rimini's Compliance with the Court's Permanent Injunction (ECF No. 1199), Motion to Seal Portions of Oracle's Motion to Permit Limited Discovery Regarding Rimini's Compliance with the Court's Permanent Injunction and Polito Declaration Exhibits 1, 2, 4, 9, 11-13, 19-22, and 26-27 (ECF No. 1200), and Oracle's Motion to Permit Limited Discovery Regarding Rimini's Compliance with the Court's Permanent Injunction (ECF No. 1201).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Oracle's motion to Permit Limited Discovery Regarding Rimini's Compliance with the Court's Permanent Injunction (ECF No. 1199), Motion to Seal Portions of Oracle's Motion to Permit Limited Discovery Regarding Rimini's Compliance with the Court's Permanent Injunction and Polito Declaration Exhibits 1, 2, 4, 9, 11-13, 19-22, and 26-27 (ECF

No. 1200), and Oracle's Motion to Permit Limited Discovery Regarding Rimini's Compliance with the Court's Permanent Injunction (ECF No. 1201) is scheduled for 1:00 PM, April 4, 2019, in Courtroom 3D.

The parties are reminded to provide paper copies for chambers in accordance with Local Rule IC 2-2(g).  Paper copies must be delivered to chamber on or before 4:00 PM, March 27, 2019.

IT IS SO ORDERED.

DATED this 22nd day of March, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE