**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ORACLE USA, INC., a Colorado corporation, et al.

        Plaintiff(s),

vs.

RIMINI STREET, INC., a Nevada corporation and SETH RAVIN, an individual,

        Defendant(s).

Case #2:10-cv-00106-LRH-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Lisa DeBrosse Johnson_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Lisa DeBrosse Johnson, Attorney at Law_____
(firm name)

with offices at _____170 Milk Street, 4th floor_____,
(street address)

_____Boston_____, _____Massachusetts_____, _____02109_____,
(city) (state) (zip code)

_____617-850-9065_____, _____lisa@lisajohnsonlaw.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Rimini Street, Inc. and Seth Ravin_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since June 20, 1996 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Massachusetts (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court, D.Mass. | 9/13/1996 | 632428 |
| U.S. Court of Appeals for the First Circuit | 9/17/1999 | 632428 |
| U.S. Court of Appeals for the Ninth Circuit | 7/2/2017 | 632428 |
| U.S. Supreme Court | 1/14/2019 | 308163 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Massachusetts Women's Bar Association
American Bar Association
Massachusetts Academy of Trial Attorneys

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 12/5/2017 | Rimini Street, Inc. v. Oracle Intl. Corp. | U.S. District Court, D.Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2 | FOR THE PURPOSES OF THIS CASE ONLY.

STATE OF   Massachusetts   )
COUNTY OF   Suffolk   )

_____Petitioner's signature_____

____Lisa DeBrosse Johnson____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____Petitioner's signature_____

Subscribed and sworn to before me this

11th day of March, 2019.

_____Karen M. Beaudoin_____
Notary Public or Clerk of Court

KAREN M. BEAUDOIN
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
March 26, 2021

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____W. West Allen____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Howard & Howard, 3800 Howard Hughes Pkwy., Suite 1000____,
(street address)

__Las Vegas__, __Nevada__, __89169__,
(city)         (state)         (zip code)

__702-667-4843__, __WAllen@howardandoward.com__.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____W. West Allen_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_(party's signature)_

Rimini Street, Inc.
(type or print party name, title)

_(party's signature)_

Seth A. Ravin
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_Designated Resident Nevada Counsel's signature_

5566                    WAllen@howardandhoward.com
Bar number              Email address

APPROVED:
DATED this 26th day of March, 2019.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Rev. 5/16

EXHIBIT A—CERTIFICATES OF GOOD STANDING

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **twentieth** day of **June** A.D. **1996**, said Court being the highest Court of Record in said Commonwealth:

## Lisa DeBrosse Johnson

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **first** day of **March** in the year of our Lord **two thousand and nineteen.**

*[Signature]*

MAURA S. DOYLE, Clerk

---

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116

## UNITED STATES DISTRICT COURT

### District of Massachusetts

**CERTIFICATE OF GOOD STANDING**

I, Robert M. Farrell, Clerk of this Court, certify that **Lisa DeBrosse Johnson**, Bar **632428**, was duly admitted to practice in this Court on **September 13, 1996**, and is in good standing as a member of the Bar of this Court.

Dated at Boston, Massachusetts on **March 16, 2019**

**Robert M. Farrell**
CLERK

*[signature]*
DEPUTY CLERK

# United States Court of Appeals

### For the
## First Circuit

## Certificate of Good Standing

I, Maria R. Hamilton, Clerk of the United States Court of Appeals for the First Circuit, do hereby certify that Lisa DeBrosse Johnson was on the seventeenth day of September, in the year of our Lord, nineteen hundred and ninety-nine, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the First Circuit, and that said Attorney has ever since been in good standing.

**In Testimony Whereof,** I hereunto subscribe my name and affix the seal of the United States Court of Appeals for the First Circuit, this twenty-sixth day of February, in the year of our Lord, two thousand and nineteen.



Maria R. Hamilton
Clerk of the United States Court of Appeals for the First Circuit



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# Certificate of Good Standing

I, Molly Dwyer, Clerk of this Court, certify that Lisa DeBrosse Johnson was duly admitted to practice in this Court on July 02, 2017 and is in good standing in this Court.

Dated at San Francisco, California on February 26, 2019.

*[signature]*

Clerk of the United States Circuit Court of Appeals for the Ninth Circuit

# Supreme Court of the United States
OFFICE OF THE CLERK
WASHINGTON, D.C. 20543



## LISA DEBROSSE JOHNSON, #308163
## OF BOSTON, MA

was duly admitted and qualified as an Attorney and Counselor for the Supreme Court of the United States on the fourteenth day of January, in the year two thousand and nineteen, and is now a member of the Bar of this Court in good standing.

In testimony, whereof, as Clerk of said Court, I have hereunto set my hand and affixed the seal of said Court, at the City of Washington, this seventh day of March 2019.

*Scott S. Harris*
*Clerk of the Supreme Court*
*of the United States*

By *Shareem Hill-Raymond*
Shareem Hill-Raymond

Assistant Admissions Officer