BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:     702.382.7300
Facsimile:      702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:     (202) 237-2727
Facsimile:      (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
   (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:     510.874.1000
Facsimile:      510.874.1460
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
JOHN A. POLITO (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:      415.442.1001
john.polito@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:      650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corp.*

UNITED STATE DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br><br>        v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>        Defendants. | CASE NO. 2:10-CV-0106-LRH-VCF<br><br>**MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE APRIL 4, 2019 PROCEEDINGS IN THIS ACTION** |

1
2

## <u>MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE APRIL 4, 2019 PROCEEDINGS IN THIS ACTION</u>

3
4
5
6

Oracle America, Inc. and Oracle International Corp. (collectively "Oracle") hereby request permission for James C. Maroulis, Oracle Managing Counsel, to appear telephonically at the April 4, 2019 motion to compel hearing in this action.  The proceedings are set to begin at 1 p.m.  ECF No. 1211.

7
8
9
10
11
12
13

Mr. Maroulis has been admitted to practice in this action *pro hac vice* (ECF No. 24), and has been actively involved in this case and its predecessor case since 2010—including by personally appearing at many Court proceedings and every day of trial.  Mr. Maroulis anticipates he will be unable to travel to the April 4 hearing.  Consistent with the Court's prior practice, Oracle respectfully requests that Mr. Maroulis be permitted to appear at the April 4 hearing telephonically.  *See, e.g.*, ECF No. 688.  Oracle's outside counsel will appear and argue in person, and therefore Mr. Maroulis's telephonic presence should cause no prejudice or disruption.

14
15
16

Dated:  March 30, 2019                              Morgan, Lewis & Bockius LLP

17
18

By: _____ */s/ John A. Polito* _____
John A. Polito

19
20

Attorney Oracle USA, Inc.; Oracle America, Inc.; and Oracle International Corporation

21
22
23
24
25
26
27
28

MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT APRIL 4, 2019 PROCEEDINGS

1
2

UNITED STATE DISTRICT COURT
DISTRICT OF NEVADA

3

ORACLE USA, INC.; a Colorado corporation;
ORACLE AMERICA, INC.; a Delaware
corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

CASE NO. 2:10-CV-0106-LRH-VCF

4

**[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO APPEAR
TELEPHONICALLY AT THE APRIL
4, 2019 PROCEEDINGS IN THIS
ACTION**

5

Plaintiffs,

6

v.

7

RIMINI STREET, INC., a Nevada corporation;
and SETH RAVIN, an individual,

8

Defendants.

9

**[PROPOSED] ORDER**

10

            Pending before this Court is Oracle USA, Inc., Oracle America, Inc. and Oracle

11

International Corporation's (collectively "Oracle") Motion for Leave to Appear Telephonically at

12

the April 4, 2019 Proceedings in this Action.  Having considered Oracle's Motion, and good

13

cause appearing,

14

            IT IS HEREBY ORDERED THAT the Motion is GRANTED.  Attorney James C.

15

Maroulis may appear telephonically at the proceedings set for April 4, 2019 at 1 p.m. in this

16

action.

17
18

DATED:            , 2019            By:_____
                                          Hon. Cam Ferenbach
                                          United States Magistrate Judge

19
20
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PHILADELPHIA

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2019, I electronically transmitted the foregoing **MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT APRIL 4, 2019 PROCEEDINGS** and **[PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

Dated:  March 30, 2019

Morgan, Lewis & Bockius LLP

By:  _____ */s/ John A. Polito* _____
John A. Polito

Attorney Oracle USA, Inc.; Oracle
America, Inc.; and Oracle International
Corporation