| | | |
|---|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*) | BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) |
| 2 | 1050 Connecticut Avenue, N.W.<br>Washington, DC  11101 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 |
| 3 | Telephone: 202.955.8500<br>mperry@gibsondunn.com | Telephone:     702.382.7300<br>Facsimile:      702.382.2755 |
| 4 | | rpocker@bsfllp.com |
| 5 | GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*) | BOIES SCHILLER FLEXNER LLP |
| 6 | BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*) | WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*) |
| 7 | CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive | 1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005 |
| 8 | Irvine, California 92612-4412<br>Telephone: 949.451.3800 | Telephone:     (202) 237-2727<br>Facsimile:      (202) 237-6131 |
| 9 | bevanson@gibsondunn.com<br>jgorman@gibsondunn.com | wisaacson@bsfllp.com<br>kdunn@bsfllp.com |
| 10 | GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL G. LIVERSIDGE (*pro hac vice*) | BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) |
| 11 | ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue | BEKO O. REBLITZ-RICHARDSON<br>   (*pro hac vice*) |
| 12 | Los Angeles, California 90071-3197<br>Telephone: 213.229.7000 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 |
| 13 | sliversidge@gibsondunn.comlive<br>evandevelde@gibsondunn.com | Telephone:     510.874.1000<br>Facsimile:      510.874.1460 |
| 14 | | sholtzman@bsfllp.com<br>brichardson@bsfllp.com |
| 15 | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*) | |
| 16 | 6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566 | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*) |
| 17 | Telephone: (925) 264-7736<br>dwinslow@riministreet.com | JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*) |
| 18 | RIMINI STREET, INC. | One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| 19 | JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500 | Telephone:     415.442.1000<br>Facsimile:      415.442.1001 |
| 20 | Las Vegas, NV 89169<br>Telephone: (336) 908-6961 | benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com |
| 21 | jreilly@riministreet.com | sharon.smith@morganlewis.com |
| 22 | HOWARD & HOWARD ATTORNEYS<br>PLLC | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 23 | W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 24 | Las Vegas, NV 89169<br>Telephone: (702) 667-4843 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 25 | wwa@h2law.com | Telephone:     650.506.4846<br>Facsimile:      650.506.7114 |
| 26 | *Attorneys for Defendants*<br>*Rimini Street, Inc. and Seth Ravin* | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 27 | | jim.maroulis@oracle.com |
| 28 | | *Attorneys for Plaintiffs Oracle USA, Inc.,*<br>*Oracle America, Inc., and Oracle*<br>*International Corp.* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>                    Plaintiffs,<br><br>       v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>                    Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING IN PART ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S MOTION TO PERMIT LIMITED DISCOVERY REGARDING RIMINI'S COMPLIANCE WITH THE COURT'S PERMANENT INJUNCTION AND POLITO DECLARATION EXHIBITS 1, 2, 4, 9, 11-13, 19-22, AND 26-27** |

**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation's (together "Oracle") Motion to Seal Portions of Oracle's Motion to Permit Limited Discovery Regarding Rimini's Compliance with the Court's Permanent Injunction and Polito Declaration Exhibits 1, 2, 4, 9, 11-13, 19-22, and 26-27. *See* ECF No. 1200. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion to Seal and the parties' Joint Memorandum of Points and Authorities, and good cause existing:

IT IS HEREBY ORDERED THAT: Oracle's Motion to Seal is GRANTED IN PART. The Clerk of the Court shall file under seal portions of Oracle's Motion to Permit Limited Discovery Regarding Rimini's Compliance with the Court's Permanent Injunction and Polito Declaration Exhibits 1, 2, 4, 9, and 11-13 under seal.

IT IS SO ORDERED.

DATED: _____

BY: _____
Cam Ferenbach
United States Magistrate Judge