# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ORACLE USA, INC., *et al.*,

    Plaintiffs,

vs.

RIMINI STREET, INC., *et al.*,

    Defendant.

2:10-CV-0106-LRH-VCF

**ORDER**

    Before the court is the Motion to Seal Portions of Oracle's Motion to Permit Limited Discovery Regarding Rimini's Compliance with the Court's Permanent Injunction (ECF No. 1200). It has come to the court's attention that the parties have filed a joint supplement. The court will reconsider Order #1219.

    The Clerk of Court is directed to maintain motion #1201 as sealed.

DATED this 18th day of April, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE