**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-00106-LRH-VCF

**[PROPOSED] DISCOVERY PLAN AND SCHEDULING ORDER**

**[PROPOSED] ORDER**

Pending before this Court is the Joint Proposed Discovery Plan submitted by Plaintiffs Oracle America, Inc. and Oracle International Corp. (collectively, "Oracle") and Defendants Rimini Street, Inc. and Seth Ravin (collectively, "Rimini"; all parties collectively, "Parties"). Having considered the Parties' respective positions therein, and good cause existing:

IT IS HEREBY ORDERED THAT DISOCVERY IS SCHEDULED AS SET FORTH BELOW:

| Deadlines | Oracle Proposal |
| --- | --- |
| Deadline to serve first round of written discovery | May 6, 2019 |
| Deadline to complete production of documents in response to first round of document requests | June 24, 2019 |
| Deadline to serve final written discovery | July 8, 2019 |
| Close of fact discovery | August 27, 2019 |
| Expert disclosures | September 4, 2019 |
| Expert rebuttal disclosures | September 11, 2019 |
| Close of expert discovery | September 18, 2019 |
| Deadline to file motion for order to show cause/contempt motion | September 30, 2019 |

| Type of Discovery | Oracle Proposal |
| --- | --- |
| Requests for production | 20 |
| Requests for inspection | 5 |
| Interrogatories | 12 |
| Depositions (fact witnesses) | 5 |
| Depositions (non-party) | 5 |

| Type of Discovery | Oracle Proposal |
|---|---|
| Requests for admission[1] | 35 |
| Third-party subpoenas | 10 |

IT IS SO ORDERED.

DATED: , 2019

By:________________________________
Hon. Cam Ferenbach
United States Magistrate Judge

[1] Oracle proposes that this limit not apply to RFAs used to authenticate documents, which should instead be unlimited.