BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:     415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:   650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF BEKO REBLITZ-RICHARDSON IN SUPPORT OF JOINT PROPOSED DISCOVERY PLAN RE: INJUNCTION** |

I, Beko Reblitz-Richardson, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Boies Schiller Flexner LLP, counsel to Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. I have personal knowledge of the facts set forth in this declaration and would competently testify to them if required.

2. Attached as Exhibit 1 is a true and correct copy of a letter from Kathleen R. Hartnett to Mark Perry and Eric D. Vandevelde, dated April 11, 2019.

3. Attached as Exhibit 2 is a true and correct copy of a letter from Eric D. Vandevelde to Kathleen R. Hartnett, dated April 17, 2019.

4. Attached as Exhibit 3 is a true and correct copy of a letter from Kathleen R. Hartnett to Eric D. Vandevelde, dated April 22, 2019.

5. Attached as Exhibit 4 is a true and correct copy of a letter from Eric D. Vandevelde to Kathleen R. Hartnett, dated April 24, 2019.

6. Attached as Exhibit 5 is a true and correct copy of a letter from Kathleen R. Hartnett to Eric D. Vandevelde, dated April 30, 2019.

7. Attached as Exhibit 6 is a true and correct copy of ECF 1232-1 filed in the *Rimini II* matter (Case No. 2:14-cv-01699-LRH-CWH).

8. Attached as Exhibit 7 is a true and correct copy of an email and accompanying attachments from Jennafer Tryck to Counsel, dated May 3, 2019.

9. Attached as Exhibit 8 is a true and correct copy of ECF 1234 filed in the *Rimini II* matter (Case No. 2:14-cv-01699-LRH-CWH)

//

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct, and that this declaration was executed on May 6, 2019, in Oakland, California.

By: _____
Beko Reblitz-Richardson

# CERTIFICATE OF SERVICE

I certify that on May 6, 2019, I electronically transmitted the foregoing **DECLARATION OF BEKO REBLITZ-RICHARDSON IN SUPPORT OF JOINT PROPOSED DISCOVERY PLAN RE: INJUNCTION** to the Clerk's Office using the Electronic Filing System pursuant to Local Rules Section 1C.

Dated: May 6, 2019                    BOIES SCHILLER FLEXNER LLP


                                       By:  /s/ *Ashleigh Jensen*
                                            Ashleigh Jensen