| | | |
|---|---|---|
| 1 | GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*) | BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) |
| 2 | 1050 Connecticut Avenue, N.W.<br>Washington, DC  11101 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 |
| 3 | Telephone: 202.955.8500<br>mperry@gibsondunn.com | Telephone:    702.382.7300<br>Facsimile:      702.382.2755 |
| 4 | | rpocker@bsfllp.com |
| 5 | GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*) | BOIES SCHILLER FLEXNER LLP |
| 6 | BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*) | WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*) |
| 7 | CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive | 1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005 |
| 8 | Irvine, California 92612-4412<br>Telephone: 949.451.3800 | Telephone:     (202) 237-2727<br>Facsimile:       (202) 237-6131 |
| 9 | bevanson@gibsondunn.com<br>jgorman@gibsondunn.com | wisaacson@bsfllp.com<br>kdunn@bsfllp.com |
| 10 | GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL G. LIVERSIDGE (*pro hac vice*) | BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) |
| 11 | ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue | BEKO O. REBLITZ-RICHARDSON<br>    (*pro hac vice*) |
| 12 | Los Angeles, California 90071-3197<br>Telephone: 213.229.7000 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 |
| 13 | sliversidge@gibsondunn.comlive<br>evandevelde@gibsondunn.com | Telephone:     510.874.1000<br>Facsimile:       510.874.1460 |
| 14 | | sholtzman@bsfllp.com<br>brichardson@bsfllp.com |
| 15 | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*) | |
| 16 | 6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566 | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*) |
| 17 | Telephone: (925) 264-7736<br>dwinslow@riministreet.com | JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*) |
| 18 | RIMINI STREET, INC. | One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| 19 | JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500 | Telephone:     415.442.1000<br>Facsimile:       415.442.1001 |
| 20 | Las Vegas, NV 89169<br>Telephone: (336) 908-6961 | benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com |
| 21 | jreilly@riministreet.com | sharon.smith@morganlewis.com |
| 22 | HOWARD & HOWARD ATTORNEYS<br>PLLC | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 23 | W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 24 | Las Vegas, NV 89169<br>Telephone: (702) 667-4843 | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 25 | wwa@h2law.com | Telephone:     650.506.4846<br>Facsimile:       650.506.7114 |
| 26 | *Attorneys for Defendants*<br>*Rimini Street, Inc. and Seth Ravin* | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 27 | | jim.maroulis@oracle.com |
| 28 | | *Attorneys for Plaintiffs Oracle USA, Inc.,*<br>*Oracle America, Inc., and Oracle*<br>*International Corp.* |

Gibson, Dunn &
Crutcher LLP

JOINT MEMORANDUM OF POINTS AND AUTHORITIES RE ORACLE'S MOTION TO SEAL
CASE NO. 2:10-CV-00106-LRH-VCF

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>              Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**JOINT MOTION TO SEAL PORTIONS OF JOINT PROPOSED DISCOVERY PLAN RE: INJUNCTION AND EXHIBIT 7 THERETO** |

**JOINT MOTION TO SEAL**

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, ECF No. 55 ("Protective Order"), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Rimini respectfully requests that the Court order the Clerk of the Court to file under seal certain portions of the parties' Joint Proposed Discovery Plan Re: Injunction and Exhibit 7 thereto. This Court has regularly granted motions to file under seal similar information, both in *Rimini I* and *Rimini II*. *See*, *e.g.*, ECF Nos. 226, 325, 518, 904, 990, 1107; *see also Rimini II*, Case No. 2:14-cv-1699, ECF Nos. 127, 137, 222, 280–282, 287, 333–334, 371, 391, 434–436, 602, 625–628, 760–768, 836–849, 1122, 1191.

Oracle takes no position on whether disclosing the unredacted portions of the Joint Proposed Discovery Plan and Exhibit 7 publicly would cause Rimini harm. The statements herein characterizing the confidentiality or importance of the information in the parties' Joint Proposed Discovery Plan and Exhibit 7 thereto are Rimini's alone, and Oracle takes no position on them.

I.  ARGUMENT

Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Rimini has designated as highly confidential certain information found in the parties' Joint Proposed Discovery Plan and Exhibit 7 thereto because this information constitutes confidential information about Rimini's proprietary processes.

A.  **Highly Confidential Information about Rimini's Proprietary Processes**

Rimini moves to seal proprietary information regarding the ways in which Rimini provides services to its clients and runs its business operations. This information is reflected in portions of the Joint Proposed Discovery Plan, as well as the Exhibit 7 thereto.

Under the Protective Order, "all non-public information" regarding "proprietary technical information and specifications" is properly designated confidential, and "extremely sensitive . . . non-public information" including trade secrets are properly designated as highly

confidential. The parties' Joint Proposed Discovery Plan and Exhibit 7 thereto contain information regarding Rimini's proprietary technical support processes and tools. Disclosure of this information would provide Rimini's competitors with a competitive advantage, disclosing trade secrets that would allow Rimini's competitors to adopt methods that have made Rimini successful, and more easily allow them to compete in the third-party software service marketplace. *See Hologram USA, Inc. v. Pulse Evolution Corp.*, 2015 WL 105793, at *2 (D. Nev. Jan. 7, 2015) (granting motion to seal where documents "contain[ed] information that could injure Plaintiffs' competitive posture in the . . . industry"); *Spectrum Pharm. Inc. v. Sandoz Inc.*, 2014 WL 4202540, at *2 (D. Nev. Aug. 21, 2014) (granting motion to seal where documents contained "proprietary, business practice, trade secret, and technical information that could injure the parties' competitive posture"); *Clark v. Metro. Life Ins. Co.*, 2010 WL 1006823, at *1 (D. Nev. Mar. 16, 2010) (granting motion to seal materials that would "bring attention to MetLife's confidential internal business deliberations, organization, and capabilities").

This Court has previously granted motions to file under seal portions of documents containing this type of confidential information. *See, e.g.*, ECF Nos. 226, 325, 518, 904, 990, 1107; *see also Rimini II*, Case No. 2:14-cv-1699, ECF No. 627. Sealing references to Rimini's proprietary information will not frustrate the public's visibility into the judicial process because Rimini requests the targeted sealing of particularly sensitive information and leaves all other documents unsealed.

## II.   CONCLUSION

For the foregoing reasons, Rimini respectfully requests that the Court grant leave to file under seal the parties' Joint Proposed Discovery Plan and Exhibit 7 thereto.

Dated: May 6, 2019

                                GIBSON, DUNN & CRUTCHER LLP

                                By: */s/ Eric D. Vandevelde*
                                         Eric D. Vandevelde

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

Dated:  May 6, 2019

                                BOIES SCHILLER FLEXNER LLP

                                By: */s/ Beko Reblitz-Richardson*
                                          Beko Reblitz-Richardson

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation.*

### ATTESTATION OF FILER

The signatories to this document are Eric Vandevelde and me, and I have obtained Mr. Vandevelde's concurrence to file this document on his behalf.

Dated:  May 6, 2019

                                BOIES SCHILLER FLEXNER LLP

                                By: */s/ Beko Reblitz-Richardson*
                                          Beko Reblitz-Richardson

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

Dated:  May 6, 2019

By: */s/ Ashleigh Jensen*
Ashleigh Jensen