BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: (702) 382-7300
Facsimile: (702) 382-2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:      415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>        Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is 1999 Harrison St., Suite 900, Oakland, CA, 94612. On May 6, 2019, I served the following document:

**JOINT PROPOSED DISCOVERY PLAN RE: INJUNCTION AND SUPPORTING DOCUMENTS - FILED UNDER SEAL**

I served the document on the persons below, as follows:

| | |
|---|---|
| **Blaine H. Evanson**<br>**Casey J. McCracken**<br>**Jeffrey T. Thomas**<br>**Jennafer Marie Tryck**<br>**Stephen C. Whittaker**<br>Gibson Dunn & Crutcher LLP<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Email: bevanson@gibsondunn.com<br>Email: cmccracken@gibsondunn.com<br>Email: jtthomas@gibsondunn.com<br>Email: jtryck@gibsondunn.com<br>Email: cwhittaker@gibsondunn.com<br><br>**Daniel B. Winslow**<br>Rimini Street, Inc.<br>6601 Koll Center Parkway<br>Suite 300<br>Pleasanton, CA 94566<br>Email: DWinslow@riministreet.com<br><br>**Eric Vandevelde**<br>**Samuel Grant Liversidge**<br>**Lauren Blas**<br>Gibson Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071<br>Email: evandevelde@gibsondunn.com<br>Email: sliversidge@gibsondunn.com<br>Email: lblas@gibsondunn.com | **Joel D. Henriod**<br>**Daniel F. Polsenberg**<br>Lewis Roca Rothgerber Christie LLP<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, NV 89169<br>Email: jhenriod@lrrc.com<br>Email: dpolsenberg@lrrc.com<br><br>**Joseph A. Gorman**<br>Gibson, Dunn & Crutcher LLP<br>555 Mission St.<br>San Francisco, CA 94105<br>Email: jgorman@gibsondunn.com<br><br>**Leslie A.S. Godfrey**<br>Greenberg Traurig, LLP<br>3773 Howard Hughes Pkwy<br>Ste 400 North<br>Las Vegas, NV 89169<br>Email: godfreyl@gtlaw.com<br><br>**Lisa DeBrosse Johnson**<br>Lisa DeBrosse Johnson<br>170 Milk Street<br>4ht floor<br>Boston, MA 02109<br>Email: lisa@lisajohnsonlaw.com<br><br>**Mark A. Perry**<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue N.W.<br>Washington, DC 20036-5306<br>Email: mperry@gibsondunn.com |

| | |
|---|---|
| **Gretchen Harting Kleinman**<br>**Farah Shirin Anthony**<br>**John P. Reilly**<br>**Scott S. Hoffmann**<br>**Michael Hitsky**<br>Rimini Street, Inc.<br>3993 Howard Hughes Pkwy., Ste. 500<br>Las Vegas, NV 89169<br>Email: gkleinman@riministreet.com<br>Email: fanthony@riministreet.com<br>Email: JReilly@riministreet.com<br>Email: shoffmann@riministreet.com<br>Email: mhitsky@riministreet.com | **W. West Allen**<br>Howard & Howard Attorneys PLLC<br>3800 Howard Hughes Parkway<br>Suite 1000<br>Las Vegas, NV 89169<br>Email: wwa@h2law.com |

The document was served pursuant to FRCP 5(b) by sending it by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the State Bar of California, admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated: May 6, 2019

                                          */s/ Ashleigh Jensen*
                                             Ashleigh Jensen