UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

> **FILED**
>
> MAY 08 2019
>
> MOLLY C. DWYER, CLERK
> U.S. COURT OF APPEALS

---

ORACLE USA, INC., a Colorado
corporation; et al.,

               Plaintiffs - Appellees,

   v.

RIMINI STREET, INC., a Nevada
corporation and SETH RAVIN, an
individual,

               Defendants - Appellants.

No. 16-16832

D.C. No. 2:10-cv-00106-LRH-VCF
U.S. District Court for Nevada, Las
Vegas

**MANDATE**

---

ORACLE USA, INC., a Colorado
corporation; et al.,

               Plaintiffs - Appellees,

   v.

RIMINI STREET, INC., a Nevada
corporation and SETH RAVIN, an
individual,

               Defendants - Appellants.

No. 16-16905

D.C. No. 2:10-cv-00106-LRH-VCF
U.S. District Court for Nevada, Las
Vegas

---

On Remand from the United States Supreme Court

The judgment of this Court, entered April 16, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rhonda Roberts
Deputy Clerk
Ninth Circuit Rule 27-7