# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

ORACLE USA, INC., *et al.*,

        Plaintiffs,

vs.

RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,

        Defendants.

2:10-cv-00106-LRH-VCF

**ORDER**

      Before the court are (1) Joint Proposed Discovery Plan Re: Injunction (ECF No. 1222) and (2) Joint Motion to Seal Portions of Joint Proposed Discovery Plan re: Injunction and Exhibit 7 (ECF No. 1224).

      On May 14, 2019, in *Rinini Street, Inc. v. Oracle International Corporation, et al.*, 2:14-cv-1699-LRH-CWH, Magistrate Judge Hoffman entered an order (ECF No. 1237) granting Oracle's Motion to modify the protective order in that case (Rimini II) (ECF No.1223). With the ordered modification, the parties in this case, Rimini I, may use discovery in Rimini II in the current proceedings addressing whether or not Rimini in in compliance the Permanent Injunction presently in force. (ECF No. 1166).

      The Ninth Circuit has emphasized a strong presumption in favor of access to court records and documents. *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003). This general right to public documents, however, is not absolute. *Nixon v. Warner Commc'ns*, 435 U.S. 589, 598 (1978). Local Rule IA 10-5 explains that a party may file a document with the court under seal if accompanied by a motion for leave to file those documents under seal.

A party seeking to seal documents in support of a non-dispositive motion must only show "good cause" exists to seal the documents in question. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). Here, the good cause standard is met and the motion to seal (ECF No. 1224) is granted.

Given the significant change in circumstance regarding discovery in this case as result of Judge Hoffman's May 14, 2019, Order in Rimini II, the court will not rule on the parties competing proposals presented in the Joint Proposed Discovery Plan Re: Injunction (ECF No 1222).

Accordingly,

IT IS HEREBY ORDERED that the parties meet and confer to decide on an appropriate Discovery Plan re: Injunction, and file a new plan or status report on or before June 17, 2019.

IT IS FURTHER ORDERED that Joint Motion to Seal Portions of Joint Proposed Discovery Plan re: Injunction and Exhibit 7 (ECF No. 1224) is GRANTED.

DATED this 17th day of May, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE