# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; *et al.*, <br><br> Plaintiffs/Appellees, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual, <br><br> Defendants/Appellants. | 2:10-CV-00106-LRH-VCF <br><br> C/A No. 16-16832, 16-16905 <br><br><br> ORDER ON MANDATE |

The above-entitled cause, having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on May 8, 2019, issued its mandate vacating in part and remanding the judgment, and the Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Following the Supreme Court's decision in *Rimini Street, Inc. v. Oracle USA, Inc.*, 139 S. Ct. 873 (2019), the Ninth Circuit remanded the matter back to this Court for further proceedings in accordance with the Supreme Court's opinion. There, the Supreme Court overturned the Ninth Circuit and held that a district court may only award the "costs" specified in 28 U.S.C. §§ 1821 and 1920. Previously, pursuant to Ninth Circuit precedent, this Court had awarded Oracle $12,774,550.26 in "costs" following its success at trial. The Supreme Court vacated the award entirely, which leaves the question of to what costs, if any, Oracle is entitled. To resolve this issue, the Court establishes the following briefing schedule: Oracle may file a renewed motion for "costs" no later than **July 8, 2019**, Rimini may file a response no later than **July 22, 2019**, and Oracle may

1

file a reply no later than **July 29, 2019**, and the briefing by both parties must comply the Court's most recent order (ECF No. 1240).

IT IS SO ORDERED.

DATED this 10th day of June, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE