UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ORACLE USA, INC.; *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC.; *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>CLARIFICATION MINUTE ORDER<br><br>June 13, 2019 |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE
DEPUTY CLERK:  <u>　NONE APPEARING　</u>　　REPORTER:  <u>NONE APPEARING</u>
COUNSEL FOR PLAINTIFF(S):  <u>　　　NONE APPEARING　</u>
COUNSEL FOR DEFENDANT(S):  <u>　　　NONE APPEARING　</u>

**MINUTE ORDER IN CHAMBERS**:

　　　In the Court's previous order (ECF No. 1229), the Court indicated on lines 1-2 of page 2 that the parties were to comply with the Court's most recent order (ECF No. 1240) when briefing the issue of costs. The Court hereby clarifies that ECF No. 1240 is to be found in the parallel litigation involving the same parties as this matter with the case number of 2:14-cv-1699. In addition to that case, the guidelines the court set for further written submissions also apply to this case.

　　　IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　DEBRA K. KEMPI, CLERK

　　　　　　　　　　　　　　　　　　　　　　　By:  <u>　　　/s/　　　</u>

　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk