# EXHIBIT 4
# Oracle letter to Rimini dated January 2, 2019

# Morgan Lewis

**Zachary Hill**
Associate
+1.415.442.1207
zachary.hill@morganlewis.com

January 2, 2019

**VIA EMAIL**

Joseph Gorman, Esq.
Gibson, Dunn & Crutcher LLP
555 Mission Street
San Francisco, CA 94105-0921

Re:   *Oracle USA, Inc., et al. v. Rimini Street, Inc. and Seth Ravin*
      Case No. 2:10-cv-0106-LRH-VCF (D. Nev.)

Dear Mr. Gorman:

Now that the Ninth Circuit has denied Rimini's motion to stay the Court's permanent injunction order (ECF No. 1166) and the injunction is in effect, Oracle seeks to confirm Rimini's compliance with the injunction with the following initial steps.

**First**, Oracle reminds Rimini of its obligations under the permanent injunction, including but not limited to the obligations to (1) provide notice of the injunction to all Rimini "subsidiaries, affiliates, employees, directors, officers, principals, and agents that may have any involvement whatsoever in reproducing, preparing derivative works from, or distributing PeopleSoft, JD Edwards, Siebel, or Oracle Database software or documentation" (ECF No. 1166 at 1) and (2) ensure that "Rimini Street's specific conduct" is authorized by "a valid, written license agreement for the particular PeopleSoft, JD Edwards, or Siebel software and documentation" before reproducing, preparing derivative works from, or distributing PeopleSoft, JD Edwards, or Siebel software or documentation "in connection with work for a specific customer" (*id.* at 2).

**Second**, please provide Oracle with (1) a copy of the notice provided to all Rimini's "subsidiaries, affiliates, employees, directors, officers, principals, and agents that may have any involvement whatsoever in reproducing, preparing derivative works from, or distributing PeopleSoft, JD Edwards, Siebel, or Oracle Database software or documentation" and (2) a list of all recipients of the required notice with the date that each recipient received the notice.

**Third**, Oracle is concerned about Rimini's compliance with the prohibitions in the injunction related to Rimini's copyright infringement. Please describe all steps that Rimini has taken to comply with the injunction. In addition, Oracle requests that Rimini provide confirmation that it has ceased each of the following practices:

Joseph Gorman
January 2, 2019
Page 2

   a. Developing a PeopleSoft software update for one Rimini customer and then replicating that update via AFW to multiple Rimini customers;

   b. Developing a PeopleSoft software update for one Rimini customer and then sending instructions for how to replicate that update via AFW to multiple Rimini customers;

   c. Transferring updates developed for PeopleSoft software onto Rimini's systems;

   d. Transferring updates developed for PeopleSoft software from Rimini's systems to Rimini's customers;

   e. Extracting changes made in PeopleSoft software environments associated with one Rimini customer for use with other Rimini customers;

   f. Creating copies (including RAM copies) of PeopleSoft software files located anywhere other than on a specific licensee's own computer systems;

   g. Testing updates for a Rimini customer on a PeopleSoft software environment associated with another Rimini customer;

   h. Using the results of testing done on a PeopleSoft software environment associated with one Rimini customer to reduce the testing performed for other Rimini customers;

   i. Developing, testing, and updating automated tools for PeopleSoft software in a PeopleSoft software environment associated with one Rimini customer for use with other Rimini customers;

   j. Distributing automated tools for PeopleSoft software developed or tested in a PeopleSoft software associated with one Rimini customer to other Rimini customers;

   k. Creating copies (including RAM copies) of any of Oracle's PeopleSoft software or documentation contained in Rimini's DevTrack database;

   l. Developing updates for a Rimini customer on a JD Edwards software environment associated with another Rimini customer;

   m. Testing updates for a Rimini customer on a JD Edwards software environment associated with another Rimini customer;

   n. Using Object Management Workbench to support JD Edwards customers;

   o. Providing over-the-shoulder support such as GoToMeeting to Rimini customers while the customer is causing JD Edwards source code to be displayed;

   p. Creating copies (including RAM copies) of any of Oracle's JD Edwards software or documentation contained in Rimini's DevTrack database;

   q. Developing updates for a Rimini customer on a Siebel software environment associated with another Rimini customer;

   r. Testing updates for a Rimini customer on a Siebel software environment associated with another Rimini customer;

   s. Creating copies (including RAM copies) of any of Oracle's Siebel software or documentation contained in Rimini's DevTrack database; and,

   t. Creating copies (including RAM copies) of Oracle Database software.

Joseph Gorman
January 2, 2019
Page 3

**Fourth**, Oracle requests that Rimini immediately preserve all documents relating to its support of Oracle's PeopleSoft, JD Edwards, and Siebel products, and every document or file that Rimini creates related to its use of Oracle Database including all tools, fixes and updates. This request is ongoing, while the parties work through any issues regarding compliance with the permanent injunction. Please confirm in writing your agreement to these critical evidence preservation steps.

**Fifth**, Oracle would like to discuss a process by which such materials are voluntarily copied to an escrow at Oracle's expense. Please let us know whether Rimini is willing to engage in such a process.

**Sixth**, Oracle requests that Rimini agree to stipulate to (1) a modification of the *Rimini II* protective order (similar to the stipulated modification of the *Rimini I* protective) to allow the use of materials designated under the *Rimini II* protective order to be used in relation to any enforcement of the *Rimini I* injunction; and (2) re-opening discovery in *Rimini I* so that Oracle may serve targeted discovery regarding Rimini's compliance with the terms of the injunction.

We look forward to Rimini's responses to these requests by January 23, 2019.

Sincerely,

*/s/ Zachary Hill*

Zachary Hill


cc: Eric Vandevelde
Jeffrey T. Thomas
Samuel Liversidge
Michele L. Maryott
Casey J. McCracken
Chris Whittaker
Jennafer M. Tryck
Ronald Gomez
Katie M. Magallanes
Blake Shinoda
Daniel R. Adler
Daniel J. Kuo
Wesley Sze
Matthew Sessions
Amber McKonly
Tracy A. Morgan
William Isaacson
Karen Dunn
Beko Reblitz-Richardson
Sean Rodriguez
Kathleen Hartnett

Joseph Gorman
January 2, 2019
Page 4

Benjamin P. Smith
John Polito
Sharon R. Smith
Frank B. Kennamer
Lucy Wang
Lindsey M. Shinn
Lisa Lee
Ashleigh Jensen