| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:     702.382.7300<br>Facsimile:      702.382.2755<br>rpocker@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone:     (202) 237-2727<br>Facsimile:      (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>    (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone:     510.874.1000<br>Facsimile:      510.874.1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL G. LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com |
| MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:     415.442.1000<br>Facsimile:      415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |
| DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:     650.506.4846<br>Facsimile:      650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com<br><br>*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin.* |
| *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* | |

JOINT STATEMENT RE: COSTS

UNITED STATE DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>　　　　Defendants. | CASE NO. 2:10-CV-0106-LRH-VCF<br><br>**JOINT STATEMENT RE: COSTS** |

The parties submit the following joint statement in response to the Court's June 10, 2019 Order on Mandate (ECF No. 1229) regarding "what costs, if any, Oracle is entitled" to recover in view of the Supreme Court's decision in *Rimini Street, Inc. v. Oracle USA, Inc.*, 139 S. Ct. 873 (2019).

Applying then-applicable Ninth Circuit precedent, this Court previously concluded that, under 17 U.S.C. § 505, Oracle was entitled to $12,774,550.26 in nontaxable expenses. *See* ECF No. 1049 at 21–22; ECF No. 1076 (final judgment). Rimini paid the nontaxable expenses award, subject to repayment with interest following a successful appeal. *See* ECF Nos. 1096, 1097. The Ninth Circuit affirmed the nontaxable expenses award (*Oracle USA, Inc. v. Rimini Street, Inc.*, 879 F.3d 948, 965–66 (9th Cir. 2018)), but the Supreme Court reversed, holding that Section 505's "authorization for the award of 'full costs' … covers only the six categories specified in the general costs statute, codified at §§ 1821 and 1920" (*Rimini*, 139 S. Ct. at 875). No party contended that any portion of the $12,774,550.26 in nontaxable expenses at issue in the Supreme Court fell within any of those six categories.

On April 5, 2019, Oracle complied with the Supreme Court's decision and mandate by repaying the nontaxable expenses that Rimini previously paid, plus applicable interest. The parties have therefore resolved the issue addressed by the Supreme Court. The parties agree that the Supreme Court's decision did not disturb this Court's award of taxable costs to Oracle, as modified by the Ninth Circuit, and did not address this Court's award of attorneys' fees to Oracle. 879 F.3d at 965 (reducing award of taxable costs to Oracle to $3,435,281.25); ECF No. 1164 at 17 (awarding Oracle $28,502,246.40 in attorneys' fees). The parties agree there is no need for additional motion practice or court orders concerning costs or expenses in this case at this time.

Dated: June 24, 2019

| MORGAN, LEWIS, & BOCKIUS LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By:     */s/ John A. Polito* <br> John A. Polito <br> *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation* | By:     */s/ Mark A. Perry* <br> Mark A. Perry <br> *Attorneys for Attorneys for Defendants Rimini Street, Inc. and Seth Ravin.* |

**ATTESTATION OF FILER**

The signatories to this document are John A. Polito and me, and I have obtained Mr. Polito's concurrence to file this document on his behalf.

Dated: June 24, 2019

                                  GIBSON, DUNN & CRUTCHER LLP

                                  By: */s/ Mark A. Perry*
                                                   Mark A. Perry

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: June 24, 2019

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Mark A. Perry
　　　Mark A. Perry