BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:    702.382.7300
Facsimile:     702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:    (202) 237-2727
Facsimile:     (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
    (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:    415.293.6800
Facsimile:     415.293.6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:    415.442.1000
Facsimile:     415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:     650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S MOTION TO COMPEL RE POST-INJUNCTION REQUESTS FOR PRODUCTION** |

[PROPOSED] ORDER

# [PROPOSED] ORDER

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Motion to Compel and Memorandum of Points and Authorities re Post-Injunction Requests for Production ("Motion"). Having considered Oracle's Motion, and good cause existing:

IT IS HEREBY ORDERED THAT:

Oracle's Motion is GRANTED.  Rimini shall produce all non-privileged custodial and non-custodial documents requested by Oracle's Supplemental RFPs 1–5, 8–11, and 13 on a rolling basis according to the following schedule:

Rimini shall complete three custodial productions per week beginning the week of September 2–6, 2019, increasing to completion of four custodial productions per week beginning the week of September 23–27, 2019.  Rimini shall complete production for thirteen custodians by September 27, 2019.  Rimini shall complete custodial production for the remaining six custodians by October 11, 2019.

Any documents withheld on the basis of privilege shall be logged.  Rimini shall complete all non-custodial and custodial production in response to any additional requests for production within 30 days of service of the requests.

Rimini's custodial production of non-privileged documents requested by RFPs 1–5, 8–11, and 13 and any additional requests for production shall result from a search of the following nineteen custodians: Seth Ravin, Nancy Lyskawa, Sebastian Grady, Jim Benge, Ron Teegarden, Tim Conley, Michael Jacob, David Miller, Don Sheffield, Kaitland Conley, Brenda Davenport, Richard Frank, Manjula Hosalli, Ray Grigsby, Sai Sharma, Susan Tahtaras, Gary Tidwell, Kevin Wood, and the lead developer for PeopleSoft updates delivered between December 2018 and February 2019 (as identified by Rimini).

Rimini's search of custodial documents for production in response to Oracle's Supplemental RFPs 1–5, 8–11, and 13 and any additional requests for production shall be performed using the following search terms:

| Topic | Boolean search terms |
|---|---|
| Injunction | Injun*, enjoin* |
| Automated Framework | AFW*, Automat*, Frame*, rsiRequest*, rsiReturn*, UpdateSelf*, Gen Diff*, GenDiff*, Apply Diff*, ApplyDiff*, GenApply*, Gen Apply*, ApplyUpdate*, Change set*, diff, diffs, k-diff*, hash*, rehash*, push*, SendClientFiles*, Send Client Files, ReturnClientFiles*, Return Client Files*, __done__.txt, __done_x.txt, *WriteLogDT*, GenHash, Gen Hash*, JobNbr, Job Number*, GenDataChanges*, CreateUpdate*, Create Update*, CopyFromAnotherUpdate*, Copy From Another Update*, VerifySourceFiles*, Verify Source Files*, Delete Client Files*, DeleteClientFiles*, CodeAfter*, Code After*, Code_After*CodeBefore*, Code Before*, Code_Before*, SourceClient*, Source Client*, many to many, one to many, *rsiarc |
| DevReview | DevRev*, Dev Rev*, Development Rev*, DevelopmentRev*, RSIDVRVW* |
| Copy-paste-delete | Copy*, paste*, copy paste*, copy-paste*, copypaste*, copie*, cut*, cut paste*, clone, delet* |
| FTP | FTP*, FromRSI*, ToRSI*, scp*, winscp*, putty*, Filezilla*, File Transfer*, FileTransfer*, TransferFile*, Transfer File*, ClientFTP*, VerifyDocProcess*, Verify Doc Process*, PackageVerify*, Package Verify*, RSIPackageVerify*, RSI Package Verify* |
| Other Distribution | Manual*, short test, long test, run to success, internal.rsi*, departmentshare*, *dfs*, CodeAnalyz*, code analyz*, GPD*, replicat* |
| PeopleSoft | PeopleSoft*, PSoft*, Pplsoft*, PeopleCode*, PeopleTools*, Psft*, ps_home*, Application Designer, App Designer |
| JD Edwards | JDE*, JD Edward*, J.D.E*, J.D. Edward*, source code*, source code object*, JDE World, OneWorld, WorldVision, Event Rule*, Named Event Rule, EnterpriseOne*, Enterprise One*, E1, OMW, Object Management Workbench*, pristine, deploy*, 5250, Electronic Software Update*, ESU, AS/400, as400, code member*, Batch Application*, UBE, BSFN, Business Function*, APPL, Interactive Application, Package Build, Development Client, visual studio, visual compiler, visual c++ compiler |
| Oracle | Oracle* and legal* , Oracle* and infring* , Oracle* and copyright* , Oracle* and lawsuit* , Oracle* and liab*, MOS*, MyOracle* |
| Updates | Tax* and not SAP, Reg, Regs, regu*, rs19*, j??f, j??p, p??f, p??p, T&R*, T & R*, ACA, 1099*, HCM*, FSCM*, HRMS*, Payroll*, Year-end*, Year end*, updat*, *sqr, *sql, *sqc, *xml, *cbl, *dms, *.log, *vbs, *.cs, *.h, *.c, *obj, Devtrack*, Jira*, WebCM*, mod, modif*, roll-up*, roll up*, rollup*, bundle*, QA, Quality Assur*, *58a*, patch*, update*, TLR, DevInstruction*, Dev-Instruction*, Dev_Instruction*, Dev |

2

[PROPOSED] ORDER

| Topic | Boolean search terms |
|---|---|
| | Instruction* |
| Environments | Env* and not SAP, break-fix*, break fix*, development and not SAP, dev, test, prod, production, smartsheet*, smart-sheet*, smart sheet*, Ticket* |
| Remote Hosting | <u>Local*</u>, remote*, TierPoint* Tier Point*, Windstream*, WSM*, AWS*, Amazon*, Azure*, VM*, virtual machine*, vmware* |
| Development | Proto*, <u>build</u>, <u>builds</u>, promot*, cross-us*, cross us*, retrofit*, apply-only*, apply only*, ApplyOnly*, Func* w/2 spec*, func_*, *_func*, Tech* w/2 spec*, TechSpec, Tech-spec, *_tech*, tech_*, UnitTest*, Unit_test* Unit Test*, beta*, TUSS*, salesforce*, sales force*, agent ransack*, MSTSC, ShareFile, sharepoint, share point, screenshot, snagit, ultraedit, compil*, toad |
| Policies and marketing | Polic*, whitepaper*, white paper*, white-paper*, security@riministreet.com, complian*, violat*, order, court, appeal, ISO, ISO9001*, webinar*, brochure*, success stor*, datasheet*, ebook*, infographic*, podcast*, Section 502*, deriva*, license*, benefit* and software, benefit* and copy*, infring* |

Notes:
Topics are provided for ease of reference only.
Underlined search terms are to be omitted for executive custodians (Grady, Lyskawa, Ravin).
"?" is intended to be a single-character wildcard, such that "j??f" would capture "JUSF" and "JCAF" but not "jollof."


IT IS SO ORDERED.


  DATED: _____


                                                _____
                                                          Cam Ferenbach
                                                    United States Magistrate Judge

3
[PROPOSED] ORDER