# Exhibit 1
# List of Oracle's Proposed Search Terms

**Oracle's Proposed Boolean Search Terms**

| Topic | Boolean search terms |
|---|---|
| Injunction | Injun*, enjoin* |
| Automated Framework | AFW*, Automat*, Frame*, rsiRequest*, rsiReturn*, UpdateSelf*, Gen Diff*, GenDiff*, Apply Diff*, ApplyDiff*, GenApply*, Gen Apply*, ApplyUpdate*, Change set*, diff, diffs, k-diff*, hash*, rehash*, push*, SendClientFiles*, Send Client Files, ReturnClientFiles*, Return Client Files*, __done__.txt, __done_x.txt, *WriteLogDT*, GenHash, Gen Hash*, JobNbr, Job Number*, GenDataChanges*, CreateUpdate*, Create Update*, CopyFromAnotherUpdate*, Copy From Another Update*, VerifySourceFiles*, Verify Source Files*, Delete Client Files*, DeleteClientFiles*, CodeAfter*, Code After*, Code_After*CodeBefore*, Code Before*, Code_Before*, SourceClient*, Source Client*, many to many, one to many, *rsiarc |
| DevReview | DevRev*, Dev Rev*, Development Rev*, DevelopmentRev*, RSIDVRVW* |
| Copy-paste-delete | Copy*, paste*, copy paste*, copy-paste*, copypaste*, copie*, cut*, cut paste*, clone, delet* |
| FTP | FTP*, FromRSI*, ToRSI*, scp*, winscp*, putty*, Filezilla*, File Transfer*, FileTransfer*, TransferFile*, Transfer File*, ClientFTP*, VerifyDocProcess*, Verify Doc Process*, PackageVerify*, Package Verify*, RSIPackageVerify*, RSI Package Verify* |
| Other Distribution | Manual*, short test, long test, run to success, internal.rsi*, departmentshare*, *dfs*, CodeAnalyz*, code analyz*, GPD*, replicat* |
| PeopleSoft | PeopleSoft*, PSoft*, Pplsoft*, PeopleCode*, PeopleTools*, Psft*, ps_home*, Application Designer, App Designer |
| JD Edwards | JDE*, JD Edward*, J.D.E*, J.D. Edward*, source code*, source code object*, JDE World, OneWorld, WorldVision, Event Rule*, Named Event Rule, EnterpriseOne*, Enterprise One*, E1, OMW, Object Management Workbench*, pristine, deploy*, 5250, Electronic Software Update*, ESU, AS/400, as400, code member*, Batch Application*, UBE, BSFN, Business Function*, APPL, Interactive Application, Package Build, Development Client, visual studio, visual compiler, visual c++ compiler |
| Oracle | Oracle* and legal* , Oracle* and infring* , Oracle* and copyright* , Oracle* and lawsuit* , Oracle* and liab*, MOS*, MyOracle* |
| Updates | Tax* and not SAP, Reg, Regs, regu*, rs19*, j??f, j??p, p??f, p??p, T&R*, T & R*, ACA, 1099*, HCM*, FSCM*, HRMS*, Payroll*, Year-end*, Year end*, updat*, *sqr, *sql, *sqc, *xml, *cbl, *dms, *.log, *vbs, |

| Topic | Boolean search terms |
|---|---|
| | *.cs, *.h, *.c, *obj, Devtrack*, Jira*, WebCM*, <u>mod</u>, <u>modif*</u>, roll-up*, roll up*, rollup*, bundle*, QA, Quality Assur*, *58a*, patch*, <u>update*</u>, TLR, DevInstruction*, Dev-Instruction*, Dev_Instruction*, Dev Instruction* |
| Environments | Env* and not SAP, break-fix*, break fix*, development and not SAP, dev, test, prod, production, smartsheet*, smart-sheet*, smart sheet*, Ticket* |
| Remote Hosting | <u>Local*</u>, remote*, TierPoint* Tier Point*, Windstream*, WSM*, AWS*, Amazon*, Azure*, VM*, virtual machine*, vmware* |
| Development | Proto*, <u>build</u>, <u>builds</u>, promot*, cross-us*, cross us*, retrofit*, apply-only*, apply only*, ApplyOnly*, Func* w/2 spec*, func_*, *_func*, Tech* w/2 spec*, TechSpec, Tech-spec, *_tech*, tech_*, UnitTest*, Unit_test* Unit Test*, beta*, TUSS*, salesforce*, sales force*, agent ransack*, MSTSC, ShareFile, sharepoint, share point, screenshot, snagit, ultraedit, compil*, toad |
| Policies and marketing | Polic*, whitepaper*, white paper*, white-paper*, security@riministreet.com, complian*, violat*, order, court, appeal, ISO, ISO9001*, webinar*, brochure*, success stor*, datasheet*, ebook*, infographic*, podcast*, Section 502*, deriva*, license*, benefit* and software, benefit* and copy*, infring* |

Notes:
Topics are provided for ease of reference only.
Underlined search terms are to be omitted for executive custodians (Grady, Lyskawa, Ravin).
"?" is intended to be a single-character wildcard, such that "j??f" would capture "JUSF" and "JCAF" but not "jollof."