# Exhibit 3
# Letter from John Polito to Mark Perry, dated June 28, 2019

# Morgan Lewis

**John Polito**
+1.415.442.1125
john.polito@morganlewis.com

June 28, 2019

**VIA E-MAIL**

Mark A. Perry
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
mperry@gibsondunn.com

Re:   *Oracle USA, Inc. v. Rimini Street, Inc.*, Case No. 2:10-cv-0106-LRH-VCF (D. Nev.)

Dear Mr. Perry:

Consistent with the Court's Order, ECF No. 1232, Oracle hereby serves Rimini with "a list describing conduct disclosed in *Rimini II* (including cross-use and cloud hosting) which Oracle contends would violate Judge Hicks' injunction if it continued after the injunction was effective."

### 1. Cloud-Hosting of PeopleSoft Software and Support Materials

Oracle contends that Rimini "reproduce[s], prepare[s] derivative works from, or use[s] PeopleSoft software or documentation on, with, or to . . . computer systems other than a specific licensee's own computer systems[.]" Injunction ¶ 5. Rimini regularly reproduces, prepares derivative works from, and uses PeopleSoft software and documentation on computer systems other than a specific licensee's own computer systems, including environments, virtual machines, and cloud storage hosted by Tierpoint (formerly known as Windstream) and Amazon Web Services. Evidence that Rimini hosts PeopleSoft software and support materials on computer systems other than a specific licensee's own computer systems in violation of the Injunction includes documents, deposition testimony, discovery responses, and Rimini's own in-court statements concerning cloud-hosting of Oracle software and support materials.

### 2. Cross-Use of PeopleSoft Software and Support Materials

Oracle contends that Rimini "reproduce[s], prepare[s] derivative works from, or use[s] a specific licensee's PeopleSoft software or documentation on one licensee's computer systems to support, troubleshoot, or perform development or testing for . . . other licensee[s], including, specifically, that Rimini Street . . . use[s] a specific licensee's PeopleSoft environment to develop or test software updates or modifications for the benefit of . . . other licensee[s] and that Rimini's reproduction, creation of derivative works, and use is not solely "to support the specific licensee's own internal data processing operations [.]" Injunction ¶¶ 4, 6. Rimini regularly develops and tests software updates (including both code and documentation) for PeopleSoft software using one or more environments associated with a small number of customers, and then provides those

Mark A. Perry
June 28, 2019
Page 2

updates to and for the benefit of multiple customers, including customers whose associated environments were not used for development or testing. Evidence that Rimini cross-uses PeopleSoft software and support materials in violation of the Injunction includes documents, deposition testimony, and discovery responses that show Rimini's manual cutting and pasting and sending via email and file transfer of PeopleSoft code and documentation, Rimini's use of internal tools such as AFW and Dev Review and of Oracle tools such as PeopleTools, and Rimini's creation of what it calls a "prototype" and then copying and use of that prototype (or detailed documentation derived from the prototype) to "retrofit" updates for other customers.

### 3. Cross-Use of JD Edwards Software and Support Materials

Oracle contends that Rimini "reproduce[s], prepare[s] derivative works from, or use[s] J.D. Edwards software or documentation on one licensee's computer systems to support, troubleshoot, or perform development or testing for . . . other licensee[s], including, specifically, that Rimini Street . . . use[s] a specific licensee's J.D. Edwards environment to develop or test software updates or modifications for the benefit of other licensee[s][.]" Injunction ¶ 10. Rimini regularly develops and tests software updates (including both code and documentation) for JD Edwards software using one or more environments associated with a small number of customers, and then provides those updates to and for the benefit of multiple customers. Evidence that Rimini cross-uses JD Edwards software and support materials in violation of the Injunction includes documents, deposition testimony, and discovery responses that show Rimini's manual cutting and pasting and sending via email and file transfer of JD Edwards code and documentation, Rimini's use of Oracle tools such as Object Management Workbench, and Rimini's creation of what it calls a "prototype" and then copying and use of that prototype (or detailed documentation derived from the prototype) to "retrofit" updates for other customers.

### 4. Access to JD Edwards Source Code

Oracle contends that Rimini "cop[ies] or access[es] J.D. Edwards software source code to carry out development and testing of software updates[.]" Injunction ¶ 8. Rimini regularly copies and accesses JD Edwards source code in the course of developing and testing software updates and in the course of installing, configuring, and administering JD Edwards environments. Evidence that Rimini copies and accesses JD Edwards source code in violation of the Injunction includes documents, deposition testimony, and discovery responses that show Rimini's access to and copying of source code, both directly and by causing a third party to display the source code to Rimini.

### 5. Distribution of PeopleSoft and JD Edwards Software and Support Materials

Oracle contends that Rimini "distribute[s] PeopleSoft software or documentation or any derivative works created from or with PeopleSoft software or documentation" and "distribute[s] J.D. Edwards software or documentation or any derivative works created from or within J.D. Edwards software or documentation[.]" Injunction ¶¶ 3, 7. Rimini regularly develops software updates (including both code and documentation) for PeopleSoft and JD Edwards software and other derivative works based upon PeopleSoft and JD Edwards software and distributes them to or otherwise makes them available to customers. Evidence that Rimini distributes PeopleSoft and JD Edwards software and support materials in violation of the Injunction includes documents, deposition testimony, and discovery responses that show Rimini's acts of distribution, including via e-mail, FTP, and operation of software tools.

Mark A. Perry
June 28, 2019
Page 3


Sincerely,

*/s/ John A. Polito*


John A. Polito


cc:     Lauren Blas
        Blaine H. Evanson
        Joseph A. Gorman
        Samuel Liversidge
        Casey J. McCracken
        Amber McKonly
        Jeffrey T. Thomas
        Jennafer M. Tryck
        Eric Vandevelde
        Chris Whittaker
        Tracy A. Morgan
        W. West Allen
        Lisa DeBrosse Johnson
        Leslie A.S. Godfrey
        Daniel F. Polsenberg
        Joel D. Henriod

        Karen Dunn
        Kathleen Hartnett
        William Isaacson
        Sean Rodriguez
        Ashleigh Jensen
        Zachary Scott Hill
        Benjamin P. Smith
        Sharon R. Smith
        Lisa Lee

| | | |
|---|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*) |
| 3 | Telephone:   702.382.7300<br>Facsimile:   702.382.2755 | One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| 4 | rpocker@bsfllp.com | Telephone:   415.442.1000<br>Facsimile:   415.442.1001 |
| 5 | BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor | sharon.smith@morganlewis.com |
| 7 | Washington, DC 20005<br>Telephone:   (202) 237-2727 | DORIAN DALEY (*pro hac vice*) |
| 8 | Facsimile:   (202) 237-6131<br>wisaacson@bsfllp.com | DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*) |
| 9 | kdunn@bsfllp.com | ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7 |
| 10 | BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Redwood City, CA 94070<br>Telephone:   650.506.4846 |
| 11 | BEKO O. REBLITZ-RICHARDSON<br>   (*pro hac vice*) | Facsimile:   650.506.7114<br>dorian.daley@oracle.com |
| 12 | KATHLEEN HARTNETT (*pro hac vice*)<br>1999 Harrison Street, Suite 900 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 13 | Oakland, CA 94612<br>Telephone:   510.874.1000 | *Attorneys for Plaintiffs Oracle USA, Inc.,* |
| 14 | Facsimile:   510.874.1460<br>sholtzman@bsfllp.com | *Oracle America, Inc., and Oracle*<br>*International Corp.* |
| 15 | brichardson@bsfllp.com | |
| 16 | khartnett@bsfllp.com | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | ORACLE USA, INC., a Colorado corporation;<br>ORACLE AMERICA, INC., a Delaware | Case No. 2:10-cv-0106-LRH-VCF |
| 21 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **CERTIFICATE OF SERVICE** |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | RIMINI STREET, INC., a Nevada corporation;<br>SETH RAVIN, an individual, | |
| 25 | Defendants. | |

# CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105. On June 28, 2019, I served the following documents:

**JUNE 28, 2019 LETTER TO RIMINI CONTAINING LIST DESCRIBING CONDUCT DISCLOSED IN *RIMINI II***

I served the documents on the persons below, as follows:

Mark A. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue N.W.
Washington, DC 20036-5306
*mperry@gibsondunn.com*

Blaine H. Evanson
Casey J. McCracken
Amber McKonly
Jeffrey T. Thomas
Jennafer M. Tryck
Chris Whittaker
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
*bevanson@gibsondunn.com*
*cmccracken@gibsondunn.com*
*amckonly@gibsondunn.com*
*jtthomas@gibsondunn.com*
*jtryck@gibsondunn.com*
*cwhittaker@gibsondunn.com*

Joseph A. Gorman
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
*jgorman@gibsondunn.com*

W. West Allen
Howard & Howard Attorneys PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
*wwa@h2law.com*

Lauren Blas
Samuel Liversidge
Eric Vandevelde
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave., 47th Floor
Los Angeles, CA 90071-3197
*lblas@gibsondunn.com*
*sliversidge@gibsondunn.com*
*evandevelde@gibsondunn.com*

Lisa DeBrosse Johnson
170 Milk Street, 4th Floor
Boston, MA 02109
*lisa@lisajohnsonlaw.com*

Leslie A.S. Godfrey
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy, Ste 400 North
Las Vegas, NV 89169
*godfreyl@gtlaw.com*

Daniel F. Polsenberg
Joel D. Henriod
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169−5996
*dpolsenberg@lrrc.com*
*jhenriod@lrrc.com*

CERTIFICATE OF SERVICE

   The documents were served pursuant to FRCP 5(b) by sending them by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   I hereby certify that I am a member of the State Bar of California, admitted pro hac vice to practice before the United States District Court for the District of Nevada for this case. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

   Dated: June 28, 2019

               */s/ John A. Polito*
                John A. Polito