# Exhibit 4
# Rimini's Corrected First Supplemental Responses to Oracle's Supplemental RFPs, dated July 18, 2019
# FILED UNDER SEAL