# Exhibit 8
# Letter from Casey McCracken to Jacob Minne, dated July 9, 2019

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

3161 Michelson Drive
Irvine, CA 92612-4412
Tel 949.451.3800
www.gibsondunn.com

Casey J. McCracken
Direct: +1 949.451.3932
Fax: +1 949.475.4772
CMcCracken@gibsondunn.com

Client: 79957-00020

July 9, 2019

VIA E-MAIL (jacob.minne@morganlewis.com)

Jacob J.O. Minne, Esq.
Morgan Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA  94304-1124

Re:   Oracle USA, Inc. v. Rimini Street, Inc.
      No. 2:10-cv-00106-LRH-VCF (D. Nev.)

Dear Jacob:

I write in response to your July 3, 2019 email following the parties' meet-and-confer call of the same date.[1]

**First**, Rimini confirmed that it intends to respond by July 12 to Oracle's Supplemental Request for Production Nos. 1–5 and Supplemental Interrogatory Nos. 1–5.

**Second**, with respect to any collection, review, and production of email or other communications, we acknowledged that the parties would need to move quickly given the short timeframe for post-trial discovery, and we emphasized that Oracle's discovery must be reasonably tailored so that it is achievable within that timeframe.  Oracle acknowledged that its prior suggestion to use the TAR process from *Rimini II* was unworkable, and we agreed that the parties should work together to identify custodians and search terms instead.  Rimini's proposal for custodians is as follows: the head of Rimini's PeopleSoft development team (Jim Benge) and the head of Rimini's JD Edwards development team (Ron Teegarden) will be designated as custodians.  Additionally, based on *Rimini II* discovery, Oracle may identify one additional custodian associated with Rimini's PeopleSoft development team, and one additional custodian associated with Rimini's JD Edwards development team.  In general, we believe the custodians identified in *Rimini II* are still employed by Rimini and in similar capacities, but in the event Oracle selects a custodian that is no longer employed, we will promptly inform Oracle.

---

[1] We will address by separate cover Oracle's claim that it is entitled to take discovery on Rimini's support processes for product lines that are not referenced in Oracle's June 28, 2019 submission.

# GIBSON DUNN

Jacob J.O. Minne, Esq.
July 9, 2019
Page 2

***Third***, as a general matter, we agree that the events identified in your proposed timeline need to occur and that the proposed sequencing of those events is correct. We will continue to use our best efforts to move discovery along as quickly as possible. To that end, please provide us with your proposal for the two additional custodians (one from the PeopleSoft development team and one from the JD Edwards development team) and your proposed search terms so that we can begin the collection process for those custodians and assess whether the search terms return reasonable hit counts.

Sincerely,

Casey J. McCracken

CJM/scw