# Exhibit 9
# Letter from Jacob Minne to Casey McCracken, dated July 12, 2019

# Morgan Lewis

**Jacob J.O. Minne**
Associate
+1.650.843.7280
jacob.minne@morganlewis.com

July 12, 2019

**VIA E-MAIL**

Casey J. McCracken
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Email: CMcCracken@gibsondunn.com

Re:     Oracle USA, Inc., et al v. Rimini Street, Inc., et al., Case 2:10-cv-00106-LRH-VCF

Dear Casey:

Thank you for confirming Rimini's agreement to move ahead with the proposed schedule for custodial productions, and for your custodian proposal.

Regarding the selection of custodians, we disagree with Rimini's unreasonable proposal to limit a custodial search and production to four custodians. The enjoined and accused conduct is not limited to update development (as are Rimini's proposed custodians).  In addition to custodians for PeopleSoft and JDE development, the selection of custodians should also include (a) executives and policy-makers at Rimini, (b) developers for in-house tools like AFW, and (c) customer environment support personnel.

With that in mind, and informed by our understanding of Rimini employees' roles from prior discovery, we propose the following custodians, including those proposed by Rimini:

| Executives and Policy Makers | Grady, Sebastian |
| --- | --- |
| | Lyskawa, Nancy |
| | Ravin, Seth |
| In-house Tool Developers | Frank, Richard (Rick) |
| | Sheffield, Don |
| Customer Environment Support Personnel | Conley, Kaitland |
| | Hosalli, Manjula |
| | Miller, David |
| PeopleSoft Developers | Benge, James (Jim) |

**Morgan, Lewis & Bockius** LLP

1400 Page Mill Road
Palo Alto, CA  94304
United States

**T** +1.650.843.4000
**F** +1.650.843.4001

Casey J. McCracken
July 12, 2019
Page 2

| | Conley, Tim |
|---|---|
| | Davenport, Brenda |
| | Tahtaras, Susan |
| | Wood, Kevin |
| | The lead developer for updates delivered between December 2018 and February 2019 (as identified by Rimini) |
| JDE Developers | Grigsby, Ray |
| | Jacob, Michael |
| | Sharma, Sai |
| | Teegarden, Ron |
| | Tidwell, Gary |
| | The lead developer for 2018 year-end updates (as identified by Rimini) |

Given that time is of the essence, we request that you collect documents and report on hits for each proposed custodian. In return, we will agree that such collection is without prejudice to any ultimate agreement or refusal to review or produce documents from any given custodian, and that the parties will discuss the final custodian list at the July 19, 2019 meet-and-confer. If this is not acceptable, please let us know immediately (and by no later than Monday, July 15).

Regarding keywords, below are proposed Boolean search terms, listed with respect to topics for ease of reference:

| Topic | Boolean search terms |
|---|---|
| Injunction | Injun*, enjoin* |
| Automated Framework | AFW*, Automat*, Frame*, rsiRequest*, rsiReturn*, UpdateSelf*, Gen Diff*, GenDiff*, Apply Diff*, ApplyDiff*, GenApply*, Gen Apply*, ApplyUpdate*, Change set*, diff*, k-diff*, hash*, rehash*, push*, SendClientFiles*, Send Client Files, ReturnClientFiles*, Return Client Files*, __done__.txt, __done_x.txt, *WriteLogDT*, GenHash, Gen Hash*, JobNbr, Job Number*, GenDataChanges*, CreateUpdate*, Create Update*, CopyFromAnotherUpdate*, Copy From Another Update*, VerifySourceFiles*, Verify Source Files*, Delete Client Files*, DeleteClientFiles*, CodeAfter*, Code After*, Code_After*CodeBefore*, Code Before*, Code_Before*, SourceClient*, Source Client*, many to many, one to many, *rsiarc |

Casey J. McCracken
July 12, 2019
Page 3

| | |
|---|---|
| DevReview | DevRev*, Dev Rev*, Development Rev*, DevelopmentRev*, RSIDVRVW* |
| Copy-paste-delete | Copy*, paste*, copy paste*, copy-paste*, copypaste*, copie*, cut*, cut paste*, clone, delet* |
| FTP | FTP*, FromRSI*, ToRSI*, scp*, winscp*, putty*, Filezilla*, File Transfer*, FileTransfer*, TransferFile*, Transfer File*, ClientFTP*, VerifyDocProcess*, Verify Doc Process*, PackageVerify*, Package Verify*, RSIPackageVerify*, RSI Package Verify* |
| Other Distribution | Manual*, short test, long test, run to success, internal.rsi*, departmentshare*, *dfs*, CodeAnalyz*, code analyz*, GPD*, replicat* |
| PeopleSoft | PeopleSoft*, PSoft*, Pplsoft*, PeopleCode*, PeopleTools*, Psft*, ps_home*, Application Designer, App Designer |
| Database | Databas*, ODB*, db* |
| JDE | JDE*, JD Edward*, J.D.E*, J.D. Edward*, source code*, source code object*, JDE World, OneWorld, WorldVision, Event Rule*, Named Event Rule, EnterpriseOne*, Enterprise One*, E1, OMW, Object Management Workbench*, pristine, deploy*, 5250, Electronic Software Update*, ESU, AS/400, as400, code member*, Batch Application*, UBE, BSFN, Business Function*, APPL, Interactive Application, Package Build, Development Client, visual studio, visual compiler, visual c++ compiler |
| Oracle | Oracle*, MOS*, MyOracle* |
| Siebel | Siebel* |
| Updates | Tax*, Reg*, T&R*, T & R*, ACA, 1099*, HCM*, FSCM*, HRMS*, Payroll*, Year-end*, Year end*, updat*, *sqr, *sql, *sqc, *xml, *cbl, *dms, *.log, *vbs, *.cs, *.h, *.c, *obj, Devtrack*, Jira*, WebCM*, mod*, roll-up*, roll up*, rollup*, bundle*, QA, Quality Assur*, *58a*, patch*, update*, TLR, DevInstruction*, Dev-Instruction*, Dev_Instruction*, Dev Instruction* |
| Environments | Env*, break-fix*, break fix*, development, dev, test, prod, production, smartsheet*, smart-sheet*, smart sheet*, Ticket* |
| Remote Hosting | Local*, remot*, TierPoint* Tier Point*, Windstream*, WSM*, AWS*, Amazon*, Azure*, VM*, virtual machine*, RDP, Remote Desktop*, GTM, Go To Meeting*, GoToMeeting*, vmware* |

Casey J. McCracken
July 12, 2019
Page 4

| | |
|---|---|
| Development | Proto*, build*, promot*, cross-us*, cross us*, retrofit*, apply-only*, apply only*, ApplyOnly*, Func* w/2 spec*, func_*, *_func*, Tech* w/2 spec*, TechSpec, Tech-spec, *_tech*, tech_*, UnitTest*, Unit_test* Unit Test*, beta*, TUSS*, salesforce*, sales force*, agent ransack*, MSTSC, ShareFile, sharepoint, share point, screenshot, snagit, ultraedit, compil*, toad |
| Policies and marketing | Polic*, whitepaper*, white paper*, white-paper*, security*, ISO, ISO9001*, webinar*, brochure*, success stor*, datasheet*, ebook*, infographic*, podcast*, Section 502*, deriva*, license*, benefit*, infring* |

The topics are listed solely for convenience in discussion and do not limit the search terms, custodians or responsive documents in any way.  Please let us know the number of hits for each search term and any proposed modifications by Tuesday.

Finally, please let us know what time next Friday Rimini is available to meet-and-confer.  We are generally available between 11am and 2pm.

Casey J. McCracken
July 12, 2019
Page 5

Sincerely,

*/s/ Jacob J.O. Minne*

Jacob J.O. Minne

JJM
c:  Jeremy M. Christiansen
    Blaine H. Evanson
    Joseph A, Gorman
    Samuel Liversidge
    Brett Long
    Shaun Mathur
    Amber McKonly
    Tracy A. Morgan
    Mark A. Perry
    Jeffrey T. Thomas
    Jennafer M. Tryck
    Eric D. Vandevelde
    Cynthia Weaver
    Chris Whittaker
    John A. Polito
    Benjamin P. Smith
    Sharon R. Smith
    Zachary S. Hill
    David Kocan
    Lisa S. Lee
    William Isaacson
    Karen Dunn
    Kathleen Hartnett
    Sean Rodriguez
    Gabriel Schlabach
    Ashleigh Jensen