# Exhibit 14
# Excerpts of the Email from Jennafer Tryck to Oracle's counsel, Re: Correspondence re Document Custodians, dated July 30, 2019

| | |
|---|---|
| **From:** | Tryck, Jennafer M. <JTryck@gibsondunn.com> |
| **Sent:** | Tuesday, July 30, 2019 1:46 PM |
| **To:** | Kocan, David R.; AMcKonly@gibsondunn.com; bevanson@gibsondunn.com; BLong@gibsondunn.com; CMcCracken@gibsondunn.com; CWhittaker@gibsondunn.com; EVandevelde@gibsondunn.com; jgorman@gibsondunn.com; JTThomas@gibsondunn.com; mperry@gibsondunn.com; SLiversidge@gibsondunn.com; TMorgan2@gibsondunn.com; Thompson, Arlene R.; CWeaver@gibsondunn.com; SMathur@gibsondunn.com; JChristiansen@gibsondunn.com |
| **Cc:** | Hill, Zachary Scott; Polito, John A.; brichardson@bsfllp.com; srodriguez@bsfllp.com; ajensen@bsfllp.com; Smith, Benjamin P.; kdunn@bsfllp.com; Smith, Sharon R.; wisaacson@bsfllp.com; gschlabach@bsfllp.com; sungar@bsfllp.com; tle@bsfllp.com; khartnett@bsfllp.com; rpocker@bsfllp.com; Minne, Jacob J.O.; Lee, Lisa S. |
| **Subject:** | RE: Rimini I -- Correspondence re Document Custodians |
| **Attachments:** | Search Terms and Custodians_2019-07-30_v4.xlsx |

Counsel,

Attached are the hit counts broken down by custodian for Oracle's corrected search terms, per your request this morning.

Jenny


**Jennafer Tryck**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4089 • Fax +1 949.475.4789
JTryck@gibsondunn.com • www.gibsondunn.com

1

| Search Term | Priority Custodians Unique Totals | Benge_Jim | Conley_Tim | Jacob_Michael | Lyskawa_Nancy | Miller_David | Ravin_Seth | Sheffield_Don | Teegarden_Ron |
|---|---|---|---|---|---|---|---|---|---|
| [Automated Framework-01] AFW* | 2587 | 1759 | 305 | 27 | 290 | 194 | 82 | 274 | 9 |
| [Automated Framework-02] Automat* | 12011 | 1055 | 296 | 282 | 3771 | 1206 | 4292 | 203 | 1776 |
| [Automated Framework-03] Frame* | 4340 | 559 | 89 | 85 | 1149 | 398 | 1821 | 54 | 520 |
| [Automated Framework-04] rsiRequest* | 12 | 12 | | | | | | | |
| [Automated Framework-06] UpdateSelf* | 23 | 23 | | | | | | | |
| [Automated Framework-08] GenDiff* | 18 | 12 | | | | | 6 | | |
| [Automated Framework-09] Apply Diff* | 3 | | | | | | 3 | | |
| [Automated Framework-10] ApplyDiff* | 12 | 12 | | | | | | | |
| [Automated Framework-13] ApplyUpdate* | 121 | 88 | 13 | | | | | 20 | |
| [Automated Framework-14] Change set* | 169 | 5 | | | 40 | 11 | 96 | | 23 |
| [Automated Framework-15] diff* | 22653 | 2276 | 913 | 696 | 4738 | 1660 | 10565 | 974 | 2669 |
| [Automated Framework-16] k-diff* | 14 | 10 | | | | 1 | | 4 | |
| [Automated Framework-17] hash* | 1424 | 699 | 489 | 30 | 135 | 29 | 176 | 329 | 67 |
| [Automated Framework-18] rehash* | 35 | 3 | | | 1 | | 29 | | 2 |
| [Automated Framework-19] push* | 8442 | 850 | 431 | 170 | 2064 | 664 | 3988 | 323 | 840 |
| [Automated Framework-20] SendClientFiles* | 12 | 12 | | | | | | | |
| [Automated Framework-27] GenHash | 3 | 3 | | | | | | | |
| [Automated Framework-30] Job Number* | 23 | | | | 1 | | 7 | | 15 |
| [Automated Framework-31] GenDataChanges* | 356 | 299 | 57 | | 2 | 3 | | 74 | |
| [Automated Framework-32] CreateUpdate* | 647 | 472 | 74 | | 6 | 3 | | 178 | |
| [Automated Framework-33] Create Update* | 523 | 382 | 117 | 8 | 18 | 14 | 36 | 64 | 7 |
| [Automated Framework-34] CopyFromAnotherUpdate* | 12 | 12 | | | | | | | |
| [Automated Framework-36] VerifySourceFiles* | 12 | 12 | | | | | | | |
| [Automated Framework-39] DeleteClientFiles* | 12 | 12 | | | | | | | |
| [Automated Framework-41] Code After* | 101 | 63 | 8 | | | | 1 | 25 | 6 |
| [Automated Framework-43] Code Before* | 183 | 50 | 23 | 1 | 16 | 6 | 91 | 14 | 13 |
| [Automated Framework-44] Code_Before* | 88 | 30 | 26 | | | | 62 | | |
| [Automated Framework-46] Source Client* | 4 | | | | | | 4 | | |
| [Automated Framework-47] many to many | 1 | | | | | | 1 | | |
| [Automated Framework-48] one to many | 23 | | | | 2 | | 5 | | 17 |
| [Automated Framework-49] *rsiarc | 1 | | | | | | 1 | | |
| [Automated Framework-50] Code_After* | 484 | 330 | 132 | | | 20 | | 133 | 1 |
| [Copy-paste-delete-01] Copy* | 25164 | 2973 | 838 | 709 | 5489 | 2126 | 9218 | 1029 | 4961 |
| [Copy-paste-delete-02] paste* | 1773 | 147 | 72 | 31 | 386 | 268 | 665 | 58 | 227 |
| [Copy-paste-delete-03] copy paste* | 316 | 11 | 6 | 10 | 52 | 125 | 59 | 3 | 58 |
| [Copy-paste-delete-04] copy-paste* | 316 | 11 | 6 | 10 | 52 | 125 | 59 | 3 | 58 |
| [Copy-paste-delete-05] copypaste* | 37 | | | | | 2 | 34 | | 1 |
| [Copy-paste-delete-06] copie* | 11573 | 1838 | 474 | 556 | 2705 | 1051 | 4273 | 418 | 1748 |
| [Copy-paste-delete-07] cut* | 4917 | 531 | 206 | 59 | 907 | 327 | 2768 | 151 | 444 |
| [Copy-paste-delete-08] cut paste* | 51 | | | | 19 | | 30 | 2 | |
| [Copy-paste-delete-09] clone | 637 | 82 | 29 | 8 | 254 | 122 | 125 | 17 | 66 |
| [Copy-paste-delete-10] delet* | 48129 | 4670 | 780 | 1358 | 3806 | 4760 | 15543 | 1061 | 18399 |
| [Database-01] Databas* | 19314 | 1535 | 392 | 374 | 5853 | 2293 | 6620 | 469 | 3478 |
| [Database-02] ODB* | 5874 | 106 | 8 | 68 | 1709 | 825 | 1812 | | 1873 |
| [Database-03] db* | 30182 | 2178 | 601 | 230 | 5723 | 2575 | 5009 | 776 | 15163 |
| [Development-01] Proto* | 3437 | 75 | 26 | 26 | 1359 | 475 | 1480 | 14 | 168 |
| [Development-02] build* | 24000 | 1254 | 545 | 301 | 4064 | 1633 | 6336 | 294 | 10851 |
| [Development-03] promot* | 7720 | 251 | 65 | 401 | 1160 | 198 | 3813 | 44 | 2047 |
| [Development-04] cross-us* | 218 | 11 | 24 | | 9 | 11 | 177 | | |
| [Development-05] cross us* | 218 | 11 | 24 | | 9 | 11 | 177 | | |
| [Development-06] retrofit* | 583 | 207 | 91 | 1 | 36 | 12 | 89 | 63 | 125 |
| [Development-08] apply only* | 522 | 1 | 3 | 1 | 221 | 24 | 318 | 6 | 10 |
| [Development-10] Func* w/2 spec* | 702 | 41 | 22 | 23 | 194 | 84 | 199 | 3 | 230 |
| [Development-11] func_* | 17 | | | | 14 | | 4 | | |
| [Development-12] *_func* | 63 | 1 | 1 | | 38 | 8 | 9 | 1 | 8 |
| [Development-13] Tech* w/2 spec* | 1117 | 114 | 47 | 49 | 312 | 145 | 353 | 14 | 221 |
| [Development-15] Tech-spec | 46 | 28 | 18 | | 1 | | | 6 | 1 |
| [Development-16] *_tech* | 247 | 112 | 11 | 1 | 67 | 32 | 20 | 18 | 2 |
| [Development-17] tech_* | 27 | | | | 19 | 2 | 7 | | 1 |
| [Development-18] UnitTest* | 22 | | | | 11 | 2 | 4 | | 7 |
| [Development-20] beta* | 984 | 545 | 233 | 5 | 71 | 32 | 166 | 140 | 87 |
| [Development-21] TUSS* | 1769 | 1475 | 541 | 3 | 3 | | 1 | 368 | |
| [Development-22] salesforce* | 15230 | 2111 | 596 | 314 | 3121 | 2045 | 4972 | 418 | 3374 |
| [Development-23] sales force* | 639 | 23 | 2 | 2 | 76 | 53 | 302 | 1 | 214 |
| [Development-24] agent ransack* | 10 | 6 | | | | 3 | 1 | | |
| [Development-25] MSTSC | 1 | 1 | 1 | | | | | 1 | |
| [Development-26] ShareFile | 502 | 26 | 23 | 12 | 277 | 151 | 60 | 6 | 14 |
| [Development-27] sharepoint | 2601 | 546 | 185 | 95 | 971 | 336 | 295 | 214 | 395 |
| [Development-28] share point | 112 | 22 | 11 | 1 | 56 | 19 | 2 | 16 | 8 |
| [Development-29] screenshot | 1207 | 319 | 88 | 37 | 234 | 93 | 128 | 62 | 351 |
| [Development-30] snagit | 68 | 34 | 9 | | | | 5 | 1 | 7 |
| [Development-31] ultraedit | 19 | 9 | 8 | | 4 | | 5 | | |
| [Development-32] compil* | 3177 | 1252 | 238 | 68 | 536 | 285 | 580 | 486 | 193 |
| [Development-33] toad | 74 | 11 | | | 10 | 27 | 9 | 11 | 5 | 4 |
| [Development-35] Unit Test* | 527 | 80 | 62 | 37 | 95 | 55 | 121 | 34 | 136 |
| [DevReview-01] DevRev* | 2 | 1 | 1 | 1 | | | | | |
| [DevReview-02] Dev Rev* | 103 | 43 | 33 | | | | 3 | 8 | 24 |
| [DevReview-03] Development Rev* | 116 | 23 | 31 | 2 | 39 | 9 | 13 | 3 | 5 |
| [DevReview-05] RSIDVRVW* | 7 | 3 | 2 | | | | | 2 | |
| [Environments-01] Env* | 40850 | 7746 | 2137 | 888 | 8018 | 5734 | 6474 | 2040 | 11762 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Priority Custodians Unique Totals | Benge_Jim | Conley_Tim | Jacob_Michael | Lyskawa_Nancy | Miller_David | Ravin_Seth | Sheffield_Don | Teegarden_Ron |
| 82 | [Environments-02] break-fix* | 822 | 22 | 3 | 5 | 180 | 29 | 414 | 1 | 211 |
| 83 | [Environments-03] break fix* | 822 | 22 | 3 | 5 | 180 | 29 | 414 | 1 | 211 |
| 84 | [Environments-04] development | 28922 | 10945 | 3883 | 595 | 3794 | 3463 | 5875 | 2155 | 2686 |
| 85 | [Environments-05] dev | 11651 | 6350 | 3695 | 362 | 1229 | 583 | 813 | 1819 | 685 |
| 86 | [Environments-06] test | 15643 | 3930 | 1458 | 727 | 3003 | 1496 | 2877 | 1521 | 2843 |
| 87 | [Environments-07] prod | 3280 | 580 | 97 | 79 | 1006 | 424 | 628 | 93 | 692 |
| 88 | [Environments-08] production | 14516 | 2054 | 253 | 486 | 3485 | 1811 | 4059 | 275 | 3628 |
| 89 | [Environments-09] smartsheet* | 5912 | 430 | 91 | 43 | 3496 | 1537 | 242 | 110 | 391 |
| 90 | [Environments-10] smart-sheet* | 741 | 31 | 28 | 1 | 394 | 161 | 19 | 11 | 135 |
| 91 | [Environments-11] smart sheet* | 741 | 31 | 28 | 1 | 394 | 161 | 19 | 11 | 135 |
| 92 | [Environments-12] Ticket* | 16205 | 2759 | 1152 | 430 | 3897 | 1949 | 3334 | 921 | 3563 |
| 93 | [FTP-01] FTP* | 1697 | 808 | 357 | 15 | 338 | 194 | 121 | 59 | 172 |
| 94 | [FTP-03] ToRSI* | 19 | 7 | | 1 | | | 1 | | 10 |
| 95 | [FTP-04] scp* | 129 | 5 | 1 | | 43 | 4 | 59 | 4 | 20 |
| 96 | [FTP-05] winscp* | 133 | 24 | 1 | 10 | 30 | 56 | 3 | 2 | 13 |
| 97 | [FTP-06] putty* | 251 | 55 | 8 | 10 | 63 | 68 | 16 | 27 | 22 |
| 98 | [FTP-07] Filezilla* | 148 | 41 | 6 | 10 | 41 | 30 | 4 | 25 | |
| 99 | [FTP-08] File Transfer* | 318 | 47 | 22 | 20 | 90 | 57 | 55 | 23 | 40 |
| 100 | [FTP-09] FileTransfer* | 27 | | 2 | 1 | 1 | | 23 | | |
| 101 | [FTP-10] TransferFile* | 19 | 18 | | | | | 1 | | |
| 102 | [FTP-11] Transfer File* | 117 | 60 | 25 | 15 | 18 | 6 | 9 | 23 | 4 |
| 103 | [FTP-12] ClientFTP* | 3 | 1 | | | 2 | 1 | | | |
| 104 | [FTP-13] VerifyDocProcess* | 17 | 17 | | | | | | | |
| 105 | [FTP-15] PackageVerify* | 58 | 24 | | | | | | 40 | |
| 106 | [FTP-16] Package Verify* | 1111 | 905 | 489 | | | | | 327 | |
| 107 | [FTP-17] RSIPackageVerify* | 6 | 6 | | | | | | | |
| 108 | [FTP-18] RSI Package Verify* | 105 | 73 | 58 | | | | | 32 | |
| 109 | [Injunction-01] Injun* | 2776 | 108 | 39 | 23 | 486 | 98 | 2170 | 10 | 70 |
| 110 | [Injunction-02] enjoin* | 160 | 3 | 3 | 2 | 21 | 3 | 146 | 2 | 2 |
| 111 | [JDE-01] JDE* and not (Linux Syslog File Entry) | 27394 | 422 | 76 | 3032 | 3291 | 1310 | 2661 | 65 | 18284 |
| 112 | [JDE-02] JD Edward* | 26335 | 237 | 59 | 880 | 1815 | 892 | 2412 | 28 | 20740 |
| 113 | [JDE-03] J.D.E* | 38 | 1 | 1 | 4 | 3 | | 1 | 1 | 30 |
| 114 | [JDE-04] J.D. Edward* | 431 | 1 | 1 | 11 | 43 | 4 | 198 | | 196 |
| 115 | [JDE-05] source code* | 2320 | 283 | 140 | 23 | 747 | 136 | 1095 | 211 | 129 |
| 116 | [JDE-06] source code object* | 49 | 1 | | | 8 | 1 | 39 | 1 | |
| 117 | [JDE-07] JDE World | 2156 | 12 | 1 | 148 | 160 | 57 | 309 | 1 | 1486 |
| 118 | [JDE-08] OneWorld | 7195 | 6 | 3 | 231 | 86 | 5 | 204 | | 6714 |
| 119 | [JDE-09] WorldVision | 16 | | | 2 | 3 | 1 | 4 | | 7 |
| 120 | [JDE-10] Event Rule* | 105 | | | 13 | | | 2 | | 90 |
| 121 | [JDE-11] Named Event Rule | 13 | | | 9 | | | | | 4 |
| 122 | [JDE-12] EnterpriseOne* | 2515 | 3 | | 41 | 104 | 24 | 104 | | 2263 |
| 123 | [JDE-13] Enterprise One* | 885 | 5 | | 70 | 91 | 32 | 134 | | 582 |
| 124 | [JDE-14] E1 | 9143 | 20 | 6 | 396 | 253 | 83 | 516 | 1 | 7958 |
| 125 | [JDE-15] OMW | 1380 | 2 | | 228 | | 1 | 15 | 5 | 1157 |
| 126 | [JDE-16] Object Management Workbench* | 213 | | | | | | 13 | | 200 |
| 127 | [JDE-17] pristine | 201 | | | | 42 | 29 | 86 | | 49 |
| 128 | [JDE-18] deploy* | 7773 | 324 | 39 | 145 | 1606 | 555 | 2397 | 81 | 3184 |
| 129 | [JDE-19] 5250 | 120 | 4 | 1 | 2 | 20 | 6 | 75 | 1 | 13 |
| 130 | [JDE-20] Electronic Software Update* | 102 | | | | | 1 | | | 101 |
| 131 | [JDE-21] ESU | 1305 | 28 | 5 | 153 | 87 | 17 | 59 | | 1033 |
| 132 | [JDE-22] AS/400 | 5741 | 289 | 115 | 177 | 1736 | 469 | 2373 | 35 | 1062 |
| 133 | [JDE-23] as400 | 1365 | | | 83 | 98 | 40 | 126 | | 1032 |
| 134 | [JDE-25] Batch Application* | 128 | | | 2 | 6 | | 3 | | 119 |
| 135 | [JDE-26] UBE | 1038 | | 2 | 174 | 6 | 3 | 35 | | 842 |
| 136 | [JDE-27] BSFN | 3433 | | 2 | 39 | | | 3 | | 3391 |
| 137 | [JDE-28] Business Function* | 10382 | 16 | 3 | 169 | 129 | 37 | 217 | | 9877 |
| 138 | [JDE-29] APPL | 421 | 6 | 2 | 8 | 86 | 24 | 50 | 2 | 264 |
| 139 | [JDE-30] Interactive Application | 58 | | | 2 | | | | | 56 |
| 140 | [JDE-31] Package Build | 1183 | 2 | | 21 | 5 | 5 | 12 | | 1150 |
| 141 | [JDE-32] Development Client | 266 | | | 1 | 59 | 8 | 9 | | 194 |
| 142 | [JDE-33] visual studio | 237 | 11 | 2 | 26 | 62 | 14 | 49 | 8 | 73 |
| 143 | [Oracle-01] Oracle* | 49449 | 3652 | 980 | 580 | 11149 | 5667 | 14298 | 924 | 15455 |
| 144 | [Oracle-02] MOS* | 3973 | 183 | 75 | 119 | 1312 | 358 | 1599 | 40 | 560 |
| 145 | [Oracle-03] MyOracle* | 202 | | | | 70 | 19 | 51 | | 77 |
| 146 | [Other Distribution-01] Manual* | 5725 | 1134 | 384 | 321 | 1527 | 653 | 1035 | 403 | 872 |
| 147 | [Other Distribution-02] short test | 2 | | | | | | 2 | | |
| 148 | [Other Distribution-03] long test | 8 | 6 | | | | | 2 | | |
| 149 | [Other Distribution-04] run to success | 105 | 65 | 12 | 1 | | 1 | | 40 | 1 |
| 150 | [Other Distribution-05] internal.rsi* | 598 | 396 | 166 | 40 | 13 | 22 | 31 | 84 | 13 |
| 151 | [Other Distribution-06] departmentshare* | 622 | 421 | 166 | 41 | 18 | 12 | 27 | 81 | 21 |
| 152 | [Other Distribution-07] *dfs* | 1915 | 529 | 193 | 67 | 568 | 183 | 421 | 115 | 76 |
| 153 | [Other Distribution-08] CodeAnalyz* | 51 | 33 | 4 | 1 | | 1 | 1 | 11 | 6 |
| 154 | [Other Distribution-09] code analyz* | 117 | 94 | 51 | | 1 | 1 | 7 | 38 | |
| 155 | [Other Distribution-10] GPD* | 8996 | 3957 | 1580 | 804 | 2235 | 937 | 542 | 720 | 462 |
| 156 | [Other Distribution-11] replicat* | 1832 | 243 | 88 | 80 | 276 | 92 | 438 | 98 | 672 |
| 157 | [PeopleSoft-01] PeopleSoft* | 32947 | 15307 | 4875 | 267 | 4092 | 2763 | 3930 | 4694 | 2901 |
| 158 | [PeopleSoft-02] PSoft* | 1097 | 586 | 106 | 13 | 103 | 32 | 233 | 122 | 18 |
| 159 | [PeopleSoft-03] Pplsoft* | 40 | 26 | 21 | | | | | 12 | |
| 160 | [PeopleSoft-04] PeopleCode* | 657 | 230 | 161 | 2 | 15 | 26 | 13 | 254 | 114 |
| 161 | [PeopleSoft-05] PeopleTools* | 1471 | 392 | 70 | 2 | 602 | 361 | 246 | 44 | 69 |
| 162 | [PeopleSoft-06] Psft* | 15797 | 6720 | 2274 | 97 | 3839 | 2228 | 2146 | 1399 | 428 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Search Term | Priority Custodians Unique Totals | Benge_Jim | Conley_Tim | Jacob_Michael | Lyskawa_Nancy | Miller_David | Ravin_Seth | Sheffield_Don | Teegarden_Ron |
| 163 | [PeopleSoft-07] ps_home* | 555 | 333 | 26 | | 74 | 57 | | 111 | 5 |
| 164 | [PeopleSoft-08] Application Designer | 415 | 172 | 51 | | 41 | 26 | 10 | 42 | 120 |
| 165 | [PeopleSoft-09] App Designer | 372 | 193 | 95 | | 10 | 22 | 3 | 131 | 9 |
| 166 | [Policies and marketing-01] Polic* | 13117 | 1551 | 602 | 296 | 2975 | 1259 | 5986 | 367 | 1188 |
| 167 | [Policies and marketing-02] whitepaper* | 423 | 18 | 1 | | 26 | 10 | 245 | 6 | 121 |
| 168 | [Policies and marketing-03] white paper* | 871 | 22 | | 6 | 95 | 13 | 499 | 16 | 250 |
| 169 | [Policies and marketing-04] white-paper* | 871 | 22 | | 6 | 95 | 13 | 499 | 16 | 250 |
| 170 | [Policies and marketing-05] security* | 23844 | 1728 | 444 | 423 | 6087 | 2923 | 10489 | 572 | 3153 |
| 171 | [Policies and marketing-06] ISO | 2262 | 108 | 100 | 74 | 884 | 251 | 859 | 22 | 237 |
| 172 | [Policies and marketing-07] ISO9001* | 173 | 6 | | | 5 | 5 | 13 | | 145 |
| 173 | [Policies and marketing-08] webinar* | 2474 | 257 | 50 | 88 | 457 | 98 | 1109 | 76 | 457 |
| 174 | [Policies and marketing-09] brochure* | 330 | 7 | | 20 | 138 | 62 | 128 | 2 | 2 |
| 175 | [Policies and marketing-10] success stor* | 562 | 20 | 1 | 1 | 80 | 50 | 396 | 2 | 60 |
| 176 | [Policies and marketing-11] datasheet* | 361 | 110 | 11 | | 30 | 4 | 176 | 3 | 40 |
| 177 | [Policies and marketing-12] ebook* | 394 | 33 | 3 | | 46 | 2 | 274 | 16 | 22 |
| 178 | [Policies and marketing-13] infographic* | 157 | 3 | 1 | | 35 | 3 | 102 | 6 | 7 |
| 179 | [Policies and marketing-14] podcast* | 313 | 12 | 1 | 5 | 84 | 84 | 135 | 3 | 5 |
| 180 | [Policies and marketing-15] Section 502* | 7 | | 1 | | | | 6 | | |
| 181 | [Policies and marketing-16] deriva* | 1731 | 17 | 10 | 7 | 396 | 86 | 1225 | 9 | 135 |
| 182 | [Policies and marketing-17] license* | 14086 | 418 | 156 | 158 | 3535 | 1170 | 7885 | 76 | 1817 |
| 183 | [Policies and marketing-18] benefit* | 9788 | 404 | 220 | 240 | 1980 | 634 | 6016 | 194 | 775 |
| 184 | [Policies and marketing-19] infring* | 2346 | 77 | 13 | 64 | 482 | 64 | 1770 | 9 | 102 |
| 185 | [Remote Hosting-01] Local* | 17485 | 1527 | 898 | 552 | 3436 | 1292 | 5228 | 477 | 5380 |
| 186 | [Remote Hosting-02] remot* | 21787 | 1657 | 173 | 571 | 6444 | 4398 | 3045 | 480 | 6609 |
| 187 | [Remote Hosting-04] Windstream* | 2341 | 1384 | 408 | 3 | 490 | 156 | 331 | 67 | 37 |
| 188 | [Remote Hosting-05] WSM* | 101 | 29 | 15 | | 25 | 12 | 9 | 19 | 10 |
| 189 | [Remote Hosting-06] AWS* | 4363 | 100 | 17 | 5 | 2128 | 904 | 1270 | 27 | 263 |
| 190 | [Remote Hosting-07] Amazon* | 2643 | 115 | 10 | 43 | 1201 | 393 | 920 | 30 | 170 |
| 191 | [Remote Hosting-08] Azure* | 3061 | 49 | 6 | 10 | 1722 | 733 | 670 | 28 | 150 |
| 192 | [Remote Hosting-09] VM* | 7088 | 1685 | 541 | 171 | 1817 | 1142 | 1051 | 895 | 761 |
| 193 | [Remote Hosting-10] virtual machine* | 684 | 7 | 5 | 9 | 283 | 167 | 158 | 3 | 115 |
| 194 | [Remote Hosting-11] RDP | 1573 | 352 | 104 | 152 | 269 | 388 | 53 | 117 | 308 |
| 195 | [Remote Hosting-12] Remote Desktop* | 622 | 144 | 12 | 45 | 93 | 125 | 84 | 48 | 136 |
| 196 | [Remote Hosting-13] GTM | 5143 | 441 | 62 | 111 | 1194 | 526 | 1587 | 79 | 1401 |
| 197 | [Remote Hosting-14] Go To Meeting* | 547 | 81 | 3 | 19 | 169 | 93 | 66 | 23 | 136 |
| 198 | [Remote Hosting-15] GoToMeeting* | 3153 | 301 | 216 | 235 | 682 | 434 | 575 | 71 | 1011 |
| 199 | [Remote Hosting-16] vmware* | 1339 | 50 | 13 | 10 | 544 | 144 | 491 | 38 | 146 |
| 200 | [Remote Hosting-17] TierPoint* | 168 | 2 | 1 | 1 | 3 | 142 | 17 | 1 | 1 |
| 201 | [Siebel-01] Siebel* | 9040 | 264 | 39 | 68 | 2787 | 948 | 3335 | 15 | 2266 |
| 202 | [Updates-01] Tax* | 27313 | 8064 | 2338 | 1757 | 6208 | 1787 | 7000 | 1900 | 1775 |
| 203 | [Updates-02] Reg* | 89533 | 12578 | 4390 | 3356 | 16336 | 6975 | 32816 | 4168 | 17697 |
| 204 | [Updates-03] T&R* | 13579 | 2437 | 572 | 960 | 4582 | 1813 | 2980 | 540 | 1087 |
| 205 | [Updates-05] ACA | 1037 | 278 | 140 | 167 | 69 | 24 | 84 | 366 | 92 |
| 206 | [Updates-06] 1099* | 3857 | 452 | 42 | 891 | 1070 | 316 | 529 | 19 | 867 |
| 207 | [Updates-07] HCM* | 15493 | 7972 | 2842 | 76 | 2111 | 1010 | 1368 | 2844 | 756 |
| 208 | [Updates-08] FSCM* | 2869 | 618 | 73 | 20 | 1187 | 646 | 534 | 35 | 280 |
| 209 | [Updates-09] HRMS* | 3410 | 2043 | 846 | 6 | 277 | 235 | 194 | 607 | 158 |
| 210 | [Updates-10] Payroll* | 12888 | 2948 | 1008 | 836 | 2998 | 1155 | 3184 | 891 | 1198 |
| 211 | [Updates-11] Year-end* | 5030 | 942 | 327 | 562 | 1135 | 277 | 1654 | 71 | 566 |
| 212 | [Updates-12] Year end* | 5030 | 942 | 327 | 562 | 1135 | 277 | 1654 | 71 | 566 |
| 213 | [Updates-13] updat* | 74809 | 13764 | 4742 | 2612 | 17483 | 9502 | 19514 | 3999 | 10375 |
| 214 | [Updates-14] *sqr | 4688 | 2663 | 1080 | 4 | 302 | 139 | 139 | 1105 | 134 |
| 215 | [Updates-15] *sql | 7401 | 948 | 460 | 122 | 1986 | 897 | 1626 | 370 | 1774 |
| 216 | [Updates-16] *sqc | 1678 | 1070 | 456 | 2 | 14 | 11 | 61 | 389 | 7 |
| 217 | [Updates-17] *xml | 3736 | 302 | 64 | 454 | 1104 | 218 | 658 | 173 | 989 |
| 218 | [Updates-18] *cbl | 824 | 585 | 130 | 2 | 23 | 13 | 27 | 217 | 16 |
| 219 | [Updates-19] *dms | 2989 | 1443 | 642 | 7 | 178 | 65 | 246 | 780 | 241 |
| 220 | [Updates-20] *.log | 234 | 20 | 4 | | 69 | 18 | 10 | 9 | 118 |
| 221 | [Updates-21] *vbs | 62 | | | 1 | 11 | 4 | 47 | | 2 |
| 222 | [Updates-22] *.cs | 78 | 2 | 1 | | 69 | 5 | 3 | | |
| 223 | [Updates-23] *.h | 256 | 1 | 5 | 3 | 98 | 14 | 131 | 1 | 31 |
| 224 | [Updates-24] *.c | 20501 | 2133 | 120 | 185 | 919 | 825 | 9433 | 359 | 7667 |
| 225 | [Updates-25] *obj | 3457 | 123 | 37 | 32 | 1693 | 606 | 1152 | 12 | 256 |
| 226 | [Updates-26] Devtrack* | 1100 | 516 | 165 | 24 | 204 | 74 | 165 | 166 | 17 |
| 227 | [Updates-27] Jira* | 4095 | 2112 | 860 | 336 | 277 | 100 | 215 | 1037 | 29 |
| 228 | [Updates-28] WebCM* | 647 | 71 | 301 | 91 | 191 | 69 | 18 | 3 | 5 |
| 229 | [Updates-29] mod* | 29564 | 3577 | 1357 | 874 | 5495 | 3102 | 12028 | 1745 | 4526 |
| 230 | [Updates-30] roll-up* | 52 | | | | 3 | 3 | 26 | | 23 |
| 231 | [Updates-31] roll up* | 52 | | | | 3 | 3 | 26 | | 23 |
| 232 | [Updates-32] rollup* | 644 | | 1 | 2 | 285 | 75 | 268 | | 48 |
| 233 | [Updates-33] bundle* | 5483 | 2120 | 857 | 37 | 1098 | 293 | 1372 | 625 | 356 |
| 234 | [Updates-34] QA | 12394 | 6845 | 3081 | 472 | 1737 | 615 | 831 | 1931 | 457 |
| 235 | [Updates-35] Quality Assur* | 6421 | 4304 | 1585 | 51 | 281 | 114 | 265 | 1417 | 200 |
| 236 | [Updates-36] *58a* | 1423 | 189 | 38 | 185 | 340 | 286 | 266 | 47 | 176 |
| 237 | [Updates-37] patch* | 8866 | 569 | 70 | 143 | 4103 | 1068 | 2701 | 65 | 964 |
| 238 | [Updates-38] update* | 73980 | 13670 | 4719 | 2581 | 17299 | 9413 | 19189 | 3971 | 10265 |
| 239 | [Updates-39] TLR | 5177 | 293 | 38 | 55 | 3188 | 1145 | 744 | 13 | 224 |
| 240 | [Updates-41] Dev-Instruction* | 583 | 135 | 416 | | | | 15 | 168 | |
| 241 | [Updates-43] Dev Instruction* | 583 | 135 | 416 | | | | 15 | 168 | |
| 242 | | 225983 | 23751 | 8634 | 5710 | 33431 | 19738 | 67875 | 8969 | 73437 |