# Exhibit 19
# Excerpts of the Email from Jennafer Tryck to Oracle's Counsel, Re: Correspondence, dated August 13, 2019

| | |
|---|---|
| **From:** | Tryck, Jennafer M. <JTryck@gibsondunn.com> |
| **Sent:** | Tuesday, August 13, 2019 6:58 PM |
| **To:** | Kocan, David R.; CMcCracken@gibsondunn.com; AMcKonly@gibsondunn.com; bevanson@gibsondunn.com; BLong@gibsondunn.com; CWhittaker@gibsondunn.com; EVandevelde@gibsondunn.com; jgorman@gibsondunn.com; JTThomas@gibsondunn.com; mperry@gibsondunn.com; SLiversidge@gibsondunn.com; TMorgan2@gibsondunn.com; Thompson, Arlene R.; CWeaver@gibsondunn.com; SMathur@gibsondunn.com; JChristiansen@gibsondunn.com |
| **Cc:** | Hill, Zachary Scott; Polito, John A.; brichardson@bsfllp.com; srodriguez@bsfllp.com; ajensen@bsfllp.com; Smith, Benjamin P.; kdunn@bsfllp.com; Smith, Sharon R.; wisaacson@bsfllp.com; gschlabach@bsfllp.com; sungar@bsfllp.com; tle@bsfllp.com; Kocan, David R.; khartnett@bsfllp.com; rpocker@bsfllp.com; Minne, Jacob J.O.; Lee, Lisa S. |
| **Subject:** | RE: Oracle USA, Inc., v. Rimini Street, Inc., (No. 10-cv-0106-LRH-VCF)--Correspondence |
| **Attachments:** | 2019.08.13_Search Terms and Custodians.xlsx |

Counsel,

Rimini wants—and has been trying for over a month—to work with Oracle to reach a pragmatic, reasonable approach for custodial document review that provides Oracle the information it says it needs but does not result in Rimini having to collect, process, and review an unreasonable and unmanageable amount of information (much of which is irrelevant). The Court did not envision, nor order, discovery of this magnitude, and such discovery is not possible within the timeframe permitted by the Court. For this accelerated discovery process to be successful, Oracle needs to work with Rimini, including by demonstrating a willingness to take reasonable compromise positions, as we have done with Oracle. On multiple occasions, we have informed Oracle that the most relevant information to this proceeding will come from *non-custodial* sources (which show the work Rimini's engineers have actually performed since November 2018). We have already produced, are in the process of producing, and have offered to produce, substantial volumes of data and materials from these sources. *Custodial* sources, which show, at most, communications *about* engineers' work, but not the work itself, are largely irrelevant. That being said, we are willing to accommodate Oracle's custodial discovery requests, but such discovery needs to be narrowly targeted. To date, Oracle has taken unreasonable positions on the number of custodians and the vastly overbroad search terms it expects Rimini to use. Those search terms result in a document universe of hundreds of thousands of documents to review. The time and cost required to review such a large volume of documents is simply unworkable for this proceeding.

Oracle's persistent refusal to provide reasonable search terms that will narrowly target the issues in this proceeding has significantly delayed Rimini's ability to begin reviewing custodial documents. We have repeatedly asked Oracle to, *at minimum*, provide its highest-priority custodians and highest-priority search terms that would result in a manageable volume of discovery (even if Oracle wants to continue debating other aspects of custodial discovery). If Oracle would provide Rimini with its highest-priority custodians and search terms that result in 20,000–30,000 document hits, Rimini could immediately start reviewing and producing from that set of documents (again, even while the parties discuss other aspects of custodial discovery). To date, Oracle has refused these requests. Instead, Oracle complains that Rimini's request that the custodial review set be reduced to 20,000–30,000 document hits "lacks any justification," and cites to the large number of documents produced in *Rimini I* and *Rimini II*; but discovery in those cases took many *years*. In this post-trial proceeding (lasting only a few months), there simply is no time to collect, review, and produce such an unnecessarily large volume of documents.

Rimini has already advised Oracle which custodians Rimini believes would be most likely to have relevant information. Oracle has disregarded that information. *Compare* Aug. 5, 2019 Ltr. from J. Tryck to J. Minne (describing

Michael Jacob as most likely to have relevant information concerning the JD Edwards 2018 year-end update); *and* Aug. 11, 2019 Email from D. Kocan (omitting Michael Jacob from list of custodians in lieu of two Rimini executives and an additional engineer who was not one of Oracle's "priority" custodians).  And despite warning Oracle that Rimini executives are less likely to have relevant information concerning process changes after November 5, 2018, Rimini agreed to let Oracle choose two executives as priority custodians.  Rimini also provided Oracle with multiple rounds of granular detail about the results of Oracle's proposed (and vastly overbroad) search terms.  In addition, as Oracle itself notes, it has been litigating against Rimini for nearly a decade and has over 10 million documents (and many terabytes of technical and other data).  Thus, Oracle already has all the information it needs to make intelligent decisions about which custodians and search terms to prioritize in order to obtain the information required to prove the allegations from its June 28 letter.

Because Oracle appears unwilling to meet and confer in good faith on reasonable search terms (or even to inform Rimini of its highest-priority terms that would result in a manageable volume of documents), and in light of the limited time remaining for fact discovery, Rimini has identified from Oracle's latest round of search terms a subset of terms that hit on a reasonable number of documents.  Those search terms and hit counts are included in the attached spreadsheet and highlighted in green.  Rimini will proceed to review these documents for responsiveness and privilege unless it receives from Oracle by Thursday, August 15 at 5:00 p.m. (Pacific) an alternative set of search terms that (based on the information Rimini has provided in the attached spreadsheet) generate less than 30,000 document hits.

For the reasons stated in prior correspondence (*see* Aug. 5, 2019 Ltr. from J. Tryck to J. Minne), Rimini does not agree that Oracle is entitled to more than 6 custodians, nor that executive custodians are warranted for this proceeding.  Oracle complains that Rimini is attempting to reduce the number of custodians to 1/10th of the custodians in *Rimini I* and *Rimini II*, but in fact that makes perfect sense here, where the discovery period is roughly 1/10th the length of discovery in both those cases.  Nevertheless, to avoid further dispute over custodians, Rimini agrees to include in its review the six custodians identified in Oracle's August 11 email (Jim Benge, Ron Teegarden, Seth Ravin, Nancy Lyskawa, Rick Frank, and Don Sheffield).

Finally, as stated in prior communications, Rimini will not agree to review the same document more than once.  There is no time for multiple reviews, and such reviews of the same materials would be extremely wasteful and burdensome.  Oracle should thus serve any additional RFPs by no later than Thursday, August 15, at 5:00 p.m. (Pacific), so that those requests can be included in Rimini's review.  Rimini will produce documents on a rolling basis.

If Oracle intends to seek Court intervention on custodians or custodial productions, and would like to expedite briefing, please propose a schedule including the dates on which Oracle intends to file its motion, and on which responsive briefs would be due.

Regards,
Jenny

**Jennafer Tryck**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4089 • Fax +1 949.475.4789
JTryck@gibsondunn.com • www.gibsondunn.com

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | UPDATED Terms 20190812 | Updated Priority Custodians | Benge_Jim | Frank_Rick | Lyskawa_Nancy | Ravin_Seth | Sheffield_Don | Teegarden_Ron |
| 2 | [Automated Framework-01] AFW* | 3417 | 1762 | 1137 | 424 | 100 | 340 | 9 |
| 3 | [Automated Framework-02] Automat* | 11675 | 1068 | 338 | 4121 | 4588 | 238 | 1878 |
| 4 | [Automated Framework-03] Frame* | 4326 | 562 | 156 | 1290 | 1950 | 64 | 537 |
| 5 | [Automated Framework-04] rsiRequest* | 72 | 13 | 58 | | | 37 | |
| 6 | [Automated Framework-05] rsiReturn* | 21 | | 20 | | | 15 | |
| 7 | [Automated Framework-06] UpdateSelf* | 62 | 24 | 39 | | | 11 | |
| 8 | [Automated Framework-08] GenDiff* | 37 | 13 | 17 | | 6 | 11 | |
| 9 | [Automated Framework-09] Apply Diff* | 3 | | | | 3 | | |
| 10 | [Automated Framework-10] ApplyDiff* | 26 | 13 | 12 | | | 6 | |
| 11 | [Automated Framework-13] ApplyUpdate* | 229 | 89 | 132 | | | 37 | |
| 12 | [Automated Framework-14] Change set* | 166 | 5 | 1 | 40 | 100 | | 23 |
| 13 | **[Automated Framework-15] diff OR diffs** | 77 | 28 | 6 | | | 28 | 16 |
| 14 | [Automated Framework-16] k-diff* | 13 | 10 | | | | 4 | |
| 15 | [Automated Framework-17] hash* | 1289 | 701 | 69 | 145 | 196 | 333 | 77 |
| 16 | [Automated Framework-18] rehash* | 38 | 3 | | 1 | 30 | | 4 |
| 17 | [Automated Framework-19] push* | 8036 | 851 | 112 | 2278 | 4136 | 323 | 868 |
| 18 | [Automated Framework-20] SendClientFiles* | 26 | 13 | 12 | | | 6 | |
| 19 | [Automated Framework-22] ReturnClientFiles* | 5 | | 4 | | | 5 | |
| 20 | [Automated Framework-24] __done__.txt | 2 | | 2 | | | 2 | |
| 21 | [Automated Framework-25] __done_x.txt | 1 | | 1 | | | 1 | |
| 22 | [Automated Framework-26] *WriteLogDT* | 31 | | 31 | | | 31 | |
| 23 | [Automated Framework-27] GenHash | 10 | 3 | 6 | | | 6 | |
| 24 | [Automated Framework-29] JobNbr | 12 | | 12 | | | 12 | |
| 25 | [Automated Framework-30] Job Number* | 32 | | 4 | 1 | 10 | 4 | 17 |
| 26 | [Automated Framework-31] GenDataChanges* | 457 | 300 | 187 | 2 | | 84 | |
| 27 | [Automated Framework-32] CreateUpdate* | 883 | 474 | 317 | 8 | | 198 | |
| 28 | [Automated Framework-33] Create Update* | 630 | 382 | 224 | 20 | 46 | 68 | 10 |
| 29 | [Automated Framework-34] CopyFromAnotherUp | 26 | 13 | 12 | | | 6 | |
| 30 | [Automated Framework-36] VerifySourceFiles* | 25 | 13 | 11 | | | 5 | |
| 31 | [Automated Framework-39] DeleteClientFiles* | 26 | 13 | 12 | | | 6 | |
| 32 | [Automated Framework-41] Code After* | 107 | 63 | 14 | | 1 | 25 | 6 |
| 33 | [Automated Framework-43] Code Before* | 237 | 50 | | 19 | 158 | 14 | 13 |
| 34 | [Automated Framework-44] Code_Before* | 82 | 30 | 3 | | | 63 | |
| 35 | [Automated Framework-46] Source Client* | 5 | | | | 5 | | |
| 36 | [Automated Framework-47] many to many | 1 | | | | 1 | | |
| 37 | [Automated Framework-48] one to many | 24 | | | 3 | 5 | | 17 |
| 38 | [Automated Framework-49] *rsiarc | 2 | | 1 | | 1 | 1 | |
| 39 | [Automated Framework-50] Code_After* | 445 | 330 | 10 | | | 135 | 1 |
| 40 | [Copy-paste-delete-01] Copy* | 23879 | 2998 | 582 | 5797 | 9681 | 1091 | 5086 |
| 41 | [Copy-paste-delete-02] paste* | 1710 | 148 | 28 | 515 | 741 | 60 | 251 |
| 42 | [Copy-paste-delete-03] copy paste* | 189 | 11 | 3 | 58 | 61 | 3 | 60 |
| 43 | [Copy-paste-delete-04] copy-paste* | 189 | 11 | 3 | 58 | 61 | 3 | 60 |
| 44 | [Copy-paste-delete-05] copypaste* | 35 | | | | 34 | | 1 |
| 45 | [Copy-paste-delete-06] copie* | 10698 | 1864 | 372 | 2830 | 4376 | 427 | 1808 |
| 46 | [Copy-paste-delete-07] cut* | 4850 | 536 | 18 | 981 | 2936 | 153 | 477 |
| 47 | [Copy-paste-delete-08] cut paste* | 52 | | | 19 | 31 | 2 | |
| 48 | [Copy-paste-delete-09] clone* | 771 | 83 | 106 | 362 | 140 | 21 | 79 |
| 49 | **[Copy-paste-delete-10] delet*** | 24308 | 4675 | 393 | | | 1111 | 18579 |
| 50 | [Development-01] Proto* | 3429 | 75 | 13 | 1600 | 1627 | 17 | 191 |
| 51 | **[Development-02] build OR builds** | 11142 | 974 | 231 | | | 352 | 9787 |
| 52 | [Development-03] promot* | 7595 | 251 | 32 | 1274 | 4046 | 47 | 2142 |
| 53 | [Development-04] cross-us* | 222 | 12 | | 12 | 209 | | |
| 54 | [Development-05] cross us* | 222 | 12 | | 12 | 209 | | |
| 55 | [Development-06] retrofit* | 531 | 207 | 1 | 39 | 107 | 64 | 131 |
| 56 | [Development-07] applyonly* | 1 | | | | | 1 | |
| 57 | [Development-08] apply only* | 522 | 1 | | 228 | 322 | 6 | 11 |
| 58 | [Development-09] ApplyOnly* | 1 | | | | | 1 | |
| 59 | [Development-10] Func* w/2 spec* | 736 | 41 | 3 | 244 | 239 | 3 | 239 |
| 60 | [Development-11] func_* | 29 | | | 14 | 16 | | |
| 61 | [Development-12] *_func* | 71 | 1 | 5 | 38 | 16 | 3 | 9 |
| 62 | [Development-13] Tech* w/2 spec* | 1041 | 114 | 9 | 351 | 394 | 15 | 229 |
| 63 | [Development-15] Tech-spec | 36 | 28 | 1 | 1 | | 6 | 2 |
| 64 | [Development-16] *_tech* | 232 | 112 | 41 | 67 | 22 | 19 | 3 |
| 65 | [Development-17] tech_* | 30 | | | 21 | 9 | | 1 |
| 66 | [Development-18] UnitTest* | 21 | | | 11 | 4 | | 7 |
| 67 | [Development-20] beta* | 990 | 546 | 62 | 74 | 179 | 140 | 89 |
| 68 | [Development-21] TUSS* | 1770 | 1475 | 206 | 3 | 1 | 374 | |
| 69 | [Development-22] salesforce* | 14380 | 2113 | 153 | 3519 | 5493 | 419 | 3455 |
| 70 | [Development-23] sales force* | 656 | 23 | | 79 | 335 | 1 | 232 |
| 71 | [Development-24] agent ransack* | 8 | 6 | | | 1 | 1 | |
| 72 | [Development-25] MSTSC | 1 | 1 | 1 | | | 1 | |
| 73 | [Development-26] ShareFile | 398 | 27 | 4 | 303 | 60 | 7 | 16 |
| 74 | [Development-27] sharepoint | 2618 | 550 | 184 | 1147 | 337 | 223 | 418 |
| 75 | [Development-28] share point | 105 | 22 | 1 | 60 | 4 | 17 | 8 |
| 76 | [Development-29] screenshot | 1185 | 319 | 100 | 237 | 136 | 63 | 387 |
| 77 | [Development-30] snagit | 61 | 34 | | | 1 | 18 | 8 |
| 78 | [Development-31] ultraedit | 18 | 9 | 6 | 4 | | 6 | |
| 79 | [Development-32] compil* | 3105 | 1256 | 63 | 684 | 612 | 514 | 224 |
| 80 | [Development-33] toad | 66 | 11 | | 33 | 12 | 5 | 6 |
| 81 | [Development-35] Unit Test* | 482 | 81 | 4 | 100 | 145 | 34 | 140 |
| 82 | [DevReview-01] DevRev* | 3 | 1 | 1 | | | 2 | |
| 83 | [DevReview-02] Dev Rev* | 78 | 43 | 12 | | 8 | 25 | |
| 84 | [DevReview-03] Development Rev* | 100 | 23 | | 51 | 14 | 3 | 9 |
| 85 | [DevReview-05] RSIDVRVW* | 8 | 3 | 1 | | | 5 | |
| 86 | [Environments-01] Env* and not SAP | 28434 | 7369 | 932 | 4543 | 3733 | 2042 | 11130 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | UPDATED Terms 20190812 | Updated Priority Custodians | Benge_Jim | Frank_Rick | Lyskawa_Nancy | Ravin_Seth | Sheffield_Don | Teegarden_Ron |
| 87 | [Environments-02] break-fix* | 969 | 22 | 1 | 219 | 547 | 1 | 223 |
| 88 | [Environments-03] break fix* | 969 | 22 | 1 | 219 | 547 | 1 | 223 |
| 89 | [Environments-04] development and not SAP | 19544 | 10630 | 1249 | 1636 | 3451 | 2154 | 2165 |
| 90 | [Environments-05] dev | 10903 | 6359 | 932 | 1447 | 898 | 1841 | 760 |
| 91 | [Environments-06] test | 14422 | 3932 | 426 | 3368 | 3102 | 1537 | 3000 |
| 92 | [Environments-07] prod | 3223 | 582 | 63 | 1223 | 669 | 96 | 728 |
| 93 | [Environments-08] production | 13844 | 2060 | 113 | 3887 | 4310 | 287 | 3781 |
| 94 | [Environments-09] smartsheet* | 5000 | 432 | 27 | 3845 | 249 | 110 | 398 |
| 95 | [Environments-10] smart-sheet* | 624 | 31 | | 432 | 19 | 11 | 135 |
| 96 | [Environments-11] smart sheet* | 624 | 31 | | 432 | 19 | 11 | 135 |
| 97 | [Environments-12] Ticket* | 14839 | 2761 | 661 | 4257 | 3472 | 921 | 3686 |
| 98 | [FTP-01] FTP* | 1695 | 810 | 195 | 392 | 139 | 90 | 192 |
| 99 | [FTP-02] FromRSI* | 13 | | 13 | | | 13 | |
| 100 | [FTP-03] ToRSI* | 35 | 7 | 17 | | 1 | 17 | 10 |
| 101 | [FTP-04] scp* | 135 | 5 | 1 | 49 | 59 | 7 | 20 |
| 102 | [FTP-05] winscp* | 78 | 24 | | 34 | 4 | 2 | 17 |
| 103 | [FTP-06] putty* | 218 | 56 | 24 | 68 | 24 | 28 | 26 |
| 104 | [FTP-07] Filezilla* | 114 | 41 | 2 | 45 | 4 | 26 | |
| 105 | [FTP-08] File Transfer* | 281 | 47 | 12 | 107 | 70 | 28 | 41 |
| 106 | [FTP-09] FileTransfer* | 26 | | 2 | 1 | 23 | 2 | |
| 107 | [FTP-10] TransferFile* | 50 | 19 | 28 | | 2 | 15 | |
| 108 | [FTP-11] Transfer File* | 115 | 60 | 22 | 18 | 13 | 25 | 4 |
| 109 | [FTP-12] ClientFTP* | 14 | 2 | 9 | 3 | | 3 | |
| 110 | [FTP-13] VerifyDocProcess* | 41 | 18 | 22 | | | 6 | |
| 111 | [FTP-15] PackageVerify* | 65 | 24 | 7 | | | 43 | |
| 112 | [FTP-16] Package Verify* | 1125 | 905 | 61 | | | 330 | |
| 113 | [FTP-17] RSIPackageVerify* | 8 | 6 | 2 | | | 2 | |
| 114 | [FTP-18] RSI Package Verify* | 111 | 73 | 6 | | | 35 | |
| 115 | [Injunction-01] Injun* | 2920 | 109 | 30 | 505 | 2357 | 11 | 76 |
| 116 | [Injunction-02] enjoin* | 185 | 3 | 4 | 22 | 169 | 2 | 2 |
| 117 | [JDE-01] JDE* and not (Linux Syslog File Entry) | 24782 | 423 | 51 | 3802 | 2844 | 70 | 18630 |
| 118 | [JDE-02] JD Edward* | 25416 | 238 | 39 | 1941 | 2562 | 29 | 20959 |
| 119 | [JDE-03] J.D.E* | 35 | 1 | 1 | 3 | 1 | 1 | 30 |
| 120 | [JDE-04] J.D. Edward* | 444 | 1 | | 43 | 219 | | 202 |
| 121 | [JDE-05] source code* | 2313 | 284 | 22 | 779 | 1160 | 214 | 130 |
| 122 | [JDE-06] source code object* | 52 | 1 | | 9 | 42 | 1 | |
| 123 | [JDE-07] JDE World | 2002 | 12 | 1 | 165 | 322 | 1 | 1511 |
| 124 | [JDE-08] OneWorld | 7100 | 6 | | 106 | 206 | | 6798 |
| 125 | [JDE-09] WorldVision | 16 | | | 3 | 4 | | 10 |
| 126 | [JDE-10] Event Rule* | 100 | | | | 3 | | 97 |
| 127 | [JDE-11] Named Event Rule | 6 | | | | | | 6 |
| 128 | [JDE-12] EnterpriseOne* | 2532 | 3 | | 105 | 109 | | 2329 |
| 129 | [JDE-13] Enterprise One* | 862 | 5 | | 102 | 150 | | 612 |
| 130 | [JDE-14] E1 | 8909 | 23 | 4 | 274 | 547 | 6 | 8082 |
| 131 | [JDE-15] OMW | 1214 | 2 | | | 17 | 5 | 1195 |
| 132 | [JDE-16] Object Management Workbench* | 237 | | | | 15 | | 222 |
| 133 | [JDE-17] pristine | 211 | | | 50 | 107 | 1 | 54 |
| 134 | [JDE-18] deploy* | 7765 | 326 | 72 | 1762 | 2595 | 89 | 3319 |
| 135 | [JDE-19] 5250 | 153 | 6 | | 22 | 108 | 1 | 19 |
| 136 | [JDE-20] Electronic Software Update* | 106 | | | | | | 106 |
| 137 | [JDE-21] ESU | 1254 | 28 | | 98 | 61 | | 1110 |
| 138 | [JDE-22] AS/400 | 5923 | 294 | 38 | 1983 | 2715 | 40 | 1124 |
| 139 | [JDE-23] as400 | 1320 | | | 101 | 130 | 1 | 1097 |
| 140 | [JDE-25] Batch Application* | 152 | | | 6 | 3 | | 145 |
| 141 | [JDE-26] UBE | 939 | | | 6 | 37 | | 899 |
| 142 | [JDE-27] BSFN | 3422 | | | | 3 | | 3419 |
| 143 | [JDE-28] Business Function* | 10297 | 16 | 5 | 139 | 252 | | 9923 |
| 144 | [JDE-29] APPL | 421 | 6 | 5 | 96 | 55 | 2 | 270 |
| 145 | [JDE-30] Interactive Application | 59 | | | | | | 59 |
| 146 | [JDE-31] Package Build | 1228 | 2 | | 5 | 13 | | 1218 |
| 147 | [JDE-32] Development Client | 279 | | | 63 | 13 | | 206 |
| 148 | [JDE-33] visual studio | 273 | 11 | 38 | 73 | 60 | 32 | 84 |
| 149 | [Oracle-01] (Oracle* and legal*) OR (Oracle* and i | 12749 | 743 | 61 | 4143 | 7196 | 106 | 1216 |
| 150 | [Oracle-02] MOS* | 3924 | 185 | 30 | 1501 | 1683 | 45 | 604 |
| 151 | [Oracle-03] MyOracle* | 200 | | | 71 | 54 | | 79 |
| 152 | [Other Distribution-01] Manual* | 5443 | 1138 | 349 | 1797 | 1130 | 412 | 945 |
| 153 | [Other Distribution-02] short test | 4 | | | | 4 | | |
| 154 | [Other Distribution-03] long test | 10 | 6 | | | 4 | | |
| 155 | [Other Distribution-04] run to success | 113 | 65 | 24 | | | 40 | 1 |
| 156 | [Other Distribution-05] internal.rsi* | 726 | 397 | 55 | 14 | 206 | 88 | 20 |
| 157 | [Other Distribution-06] departmentshare* | 588 | 421 | 85 | 20 | 27 | 84 | 29 |
| 158 | [Other Distribution-07] *dfs* | 1960 | 530 | 115 | 714 | 491 | 122 | 94 |
| 159 | [Other Distribution-08] CodeAnalyz* | 93 | 35 | 41 | | 15 | 23 | |
| 160 | [Other Distribution-09] code analyz* | 137 | 95 | 35 | 2 | 8 | 40 | |
| 161 | [Other Distribution-10] GPD* | 8046 | 3957 | 435 | 2548 | 589 | 747 | 491 |
| 162 | [Other Distribution-11] replicat* | 1895 | 243 | 38 | 304 | 501 | 99 | 761 |
| 163 | [PeopleSoft-01] PeopleSoft* | 31051 | 15320 | 1823 | 4526 | 4233 | 4706 | 2966 |
| 164 | [PeopleSoft-02] PSoft* | 1086 | 587 | 40 | 109 | 235 | 123 | 24 |
| 165 | [PeopleSoft-03] Pplsoft* | 38 | 26 | | | | 12 | |
| 166 | [PeopleSoft-04] PeopleCode* | 565 | 230 | 24 | 15 | 13 | 260 | 118 |
| 167 | [PeopleSoft-05] PeopleTools* | 1499 | 393 | 62 | 714 | 286 | 50 | 73 |
| 168 | [PeopleSoft-06] Psft* | 14671 | 6724 | 358 | 4374 | 2307 | 1413 | 442 |
| 169 | [PeopleSoft-07] ps_home* | 552 | 336 | 43 | 78 | | 116 | 5 |
| 170 | [PeopleSoft-08] Application Designer | 403 | 172 | 29 | 44 | 10 | 44 | 122 |
| 171 | [PeopleSoft-09] App Designer | 368 | 194 | 41 | 10 | 3 | 131 | 9 |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | UPDATED Terms 20190812 | **Updated Priority Custodians** | Benge_Jim | Frank_Rick | Lyskawa_Nancy | Ravin_Seth | Sheffield_Don | Teegarden_Ron |
| 172 | [Policies and marketing-01] Polic* | 13427 | 1568 | 164 | 3236 | 7333 | 376 | 1262 |
| 173 | [Policies and marketing-02] whitepaper* | 453 | 18 | 1 | 36 | 252 | 6 | 142 |
| 174 | [Policies and marketing-03] white paper* | 891 | 22 | | 103 | 511 | 16 | 261 |
| 175 | [Policies and marketing-04] white-paper* | 891 | 22 | | 103 | 511 | 16 | 261 |
| 176 | [Policies and marketing-05] security@riministreet | 32533 | 2311 | 402 | 8431 | 16559 | 805 | 6586 |
| 177 | [Policies and marketing-06] ISO | 2273 | 109 | 38 | 1019 | 992 | 25 | 268 |
| 178 | [Policies and marketing-07] ISO9001* | 183 | 6 | | 9 | 14 | | 155 |
| 179 | [Policies and marketing-08] webinar* | 2446 | 257 | 35 | 497 | 1175 | 77 | 478 |
| 180 | [Policies and marketing-09] brochure* | 324 | 7 | | 183 | 131 | 2 | 2 |
| 181 | [Policies and marketing-10] success stor* | 569 | 20 | 1 | 84 | 441 | 2 | 64 |
| 182 | [Policies and marketing-11] datasheet* | 388 | 110 | 6 | 34 | 200 | 3 | 41 |
| 183 | [Policies and marketing-12] ebook* | 401 | 33 | 4 | 49 | 278 | 16 | 23 |
| 184 | [Policies and marketing-13] infographic* | 171 | 3 | | 44 | 111 | 6 | 7 |
| 185 | [Policies and marketing-14] podcast* | 253 | 12 | 19 | 88 | 136 | 3 | 5 |
| 186 | [Policies and marketing-15] Section 502* | 6 | | | | 6 | | |
| 187 | [Policies and marketing-16] deriva* | 1900 | 18 | 18 | 417 | 1403 | 10 | 141 |
| 188 | [Policies and marketing-17] license* | 14248 | 421 | 179 | 3913 | 8492 | 81 | 1916 |
| 189 | **[Policies and marketing-18] benefit*** | 787 | 196 | 17 | | | 57 | 561 |
| 190 | [Policies and marketing-19] infring* | 2504 | 79 | 21 | 503 | 1974 | 9 | 106 |
| 191 | **[Remote Hosting-01] Local*** | 7628 | 1553 | 333 | | | 517 | 5519 |
| 192 | [Remote Hosting-02] remote* | 18720 | 1663 | 386 | 7041 | 3211 | 492 | 6721 |
| 193 | [Remote Hosting-04] Windstream* | 2411 | 1388 | 44 | 642 | 350 | 70 | 44 |
| 194 | [Remote Hosting-05] WSM* | 100 | 31 | 10 | 25 | 11 | 21 | 10 |
| 195 | [Remote Hosting-06] AWS* | 4052 | 102 | 15 | 2402 | 1373 | 27 | 275 |
| 196 | [Remote Hosting-07] Amazon* | 2622 | 117 | 3 | 1421 | 999 | 30 | 176 |
| 197 | [Remote Hosting-08] Azure* | 2871 | 50 | 15 | 1980 | 740 | 28 | 163 |
| 198 | [Remote Hosting-09] VM* | 6429 | 1688 | 443 | 2006 | 1092 | 915 | 813 |
| 199 | [Remote Hosting-10] virtual machine* | 587 | 8 | 12 | 304 | 168 | 4 | 119 |
| 200 | [Remote Hosting-11] RDP | 1192 | 353 | 66 | 313 | 60 | 120 | 331 |
| 201 | [Remote Hosting-12] Remote Desktop* | 555 | 144 | 35 | 102 | 94 | 50 | 164 |
| 202 | [Remote Hosting-13] GTM | 4867 | 441 | 62 | 1316 | 1625 | 79 | 1510 |
| 203 | [Remote Hosting-14] Go To Meeting* | 561 | 81 | | 262 | 66 | 23 | 140 |
| 204 | [Remote Hosting-15] GoToMeeting* | 2720 | 305 | 59 | 790 | 591 | 72 | 1059 |
| 205 | [Remote Hosting-16] vmware* | 1302 | 51 | 7 | 606 | 506 | 40 | 159 |
| 206 | [Remote Hosting-17] TierPoint* | 28 | 3 | 1 | 3 | 18 | 1 | 2 |
| 207 | [Updates-01] Tax* and not SAP | 18339 | 7680 | 526 | 3385 | 4566 | 1944 | 1409 |
| 208 | [Updates-02] reg OR regs OR regu* OR rs19* or j | 16792 | 9236 | 936 | | | 5007 | 2991 |
| 209 | [Updates-02] j??f OR j??p OR p??f OR p??p | 7581 | | | 4761 | 2965 | | |
| 210 | [Updates-03] T&R* | 11884 | 2449 | 245 | 5014 | 3155 | 542 | 1155 |
| 211 | [Updates-05] ACA | 850 | 278 | 1 | 88 | 89 | 373 | 106 |
| 212 | [Updates-06] 1099* | 3255 | 456 | 4 | 1311 | 607 | 23 | 918 |
| 213 | [Updates-07] HCM* | 15099 | 7977 | 842 | 2440 | 1507 | 2884 | 811 |
| 214 | [Updates-08] FSCM* | 2773 | 620 | 71 | 1376 | 549 | 51 | 288 |
| 215 | [Updates-09] HRMS* | 3328 | 2044 | 326 | 306 | 258 | 616 | 161 |
| 216 | [Updates-10] Payroll* | 11557 | 2955 | 157 | 3450 | 3391 | 915 | 1272 |
| 217 | [Updates-11] Year-end* | 4644 | 944 | 42 | 1336 | 1852 | 75 | 593 |
| 218 | [Updates-12] Year end* | 4644 | 944 | 42 | 1336 | 1852 | 75 | 593 |
| 219 | **[Updates-13] updat*** | 28718 | 13785 | 2052 | | | 4099 | 10671 |
| 220 | [Updates-14] *sqr | 4351 | 2667 | 182 | 386 | 148 | 1138 | 137 |
| 221 | [Updates-15] *sql | 7010 | 953 | 286 | 2137 | 1767 | 404 | 1901 |
| 222 | [Updates-16] *sqc | 1525 | 1072 | 48 | 15 | 64 | 407 | 7 |
| 223 | [Updates-17] *xml | 3675 | 303 | 101 | 1310 | 854 | 254 | 1044 |
| 224 | [Updates-18] *cbl | 839 | 587 | 46 | 24 | 30 | 232 | 16 |
| 225 | [Updates-19] *dms | 2850 | 1443 | 243 | 189 | 255 | 796 | 250 |
| 226 | [Updates-20] *.log | 286 | 20 | 33 | 73 | 32 | 43 | 120 |
| 227 | [Updates-21] *vbs | 63 | | 1 | 11 | 48 | 2 | 2 |
| 228 | [Updates-22] *.cs | 100 | 2 | 22 | 69 | 6 | 23 | |
| 229 | [Updates-23] *.h | 267 | 1 | | 107 | 145 | 2 | 31 |
| 230 | [Updates-24] *.c | 20009 | 2133 | 12 | 933 | 9459 | 367 | 7687 |
| 231 | [Updates-25] *obj | 3302 | 123 | 41 | 1897 | 1228 | 32 | 293 |
| 232 | [Updates-26] Devtrack* | 1286 | 517 | 234 | 307 | 184 | 183 | 23 |
| 233 | [Updates-27] Jira* | 4238 | 2115 | 905 | 398 | 243 | 1044 | 35 |
| 234 | [Updates-28] WebCM* | 385 | 71 | 81 | 241 | 18 | 5 | 7 |
| 235 | **[Updates-29] mod OR modif*** | 6355 | 2692 | 806 | | | 1381 | 2417 |
| 236 | [Updates-30] roll-up* | 49 | | | 3 | 26 | | 23 |
| 237 | [Updates-31] roll up* | 49 | | | 3 | 26 | | 23 |
| 238 | [Updates-32] rollup* | 668 | | | 330 | 291 | | 54 |
| 239 | [Updates-33] bundle* | 5496 | 2123 | 192 | 1152 | 1549 | 631 | 364 |
| 240 | [Updates-34] QA | 12022 | 6852 | 734 | 2009 | 960 | 1944 | 511 |
| 241 | [Updates-35] Quality Assur* | 6359 | 4305 | 417 | 339 | 295 | 1417 | 220 |
| 242 | [Updates-36] *58a* | 1087 | 189 | 35 | 347 | 351 | 59 | 183 |
| 243 | [Updates-37] patch* | 8718 | 573 | 63 | 4489 | 2952 | 70 | 1016 |
| 244 | **[Updates-38] update*** | 28477 | 13691 | 2045 | | | 4071 | 10553 |
| 245 | [Updates-39] TLR | 4842 | 293 | 40 | 3593 | 852 | 13 | 232 |
| 246 | [Updates-41] Dev-Instruction* | 257 | 135 | 6 | | 17 | 168 | |
| 247 | [Updates-43] Dev Instruction* | 257 | 135 | 6 | | 17 | 168 | |
| 248 | | **178020** | **23943** | **3808** | **30217** | **55733** | **10581** | **61814** |