# Exhibit 20
# Letter from John Polito to Mark Perry,
# dated August 16, 2019

# Morgan Lewis

**John Polito**
+1.415.442.1125
john.polito@morganlewis.com

August 16, 2019

**VIA E-MAIL**

Mark A. Perry
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
mperry@gibsondunn.com

Re:    *Oracle USA, Inc. v. Rimini Street, Inc.*, Case No. 2:10-cv-0106-LRH-VCF (D. Nev.)

Dear Mr. Perry:

I write in light of the Ninth Circuit's opinion issued today, ECF No. 1236.

**Modification of June 28, 2019 letter.**  Consistent with the Ninth Circuit's opinion issued today, Oracle hereby revises the fourth item on its June 28, 2019 "list describing conduct disclosed in *Rimini II* (including cross-use and cloud hosting) which Oracle contends would violate Judge Hicks' injunction if it continued after the injunction was effective," ECF No. 1232, by withdrawing claims that access to JD Edwards source code that does not also entail copying of JD Edwards source code would violate the Injunction.  Oracle amends its fourth item to read:

> **4.  Copying of JD Edwards Source Code**
>
> Oracle contends that Rimini "cop[ies] J.D. Edwards software source code to carry out development and testing of software updates[.]"  Injunction ¶ 8 (as modified by the Ninth Circuit's opinion).  Rimini regularly copies JD Edwards source code in the course of developing and testing software updates and in the course of installing, configuring, and administering JD Edwards environments. Evidence that Rimini copies JD Edwards source code in violation of the Injunction includes documents, deposition testimony, and discovery responses that show Rimini's copying of source code.

**Withdrawal of five proposed search terms.**  In light of the Ninth Circuit's opinion, Oracle withdraws the following proposed search terms:

- RDP
- Remote Desktop*
- GTM

**Morgan, Lewis & Bockius LLP**

One Market
Spear Street Tower
San Francisco, CA  94105-1596     📞 +1.415.442.1000
United States                     📠 +1.415.442.1001

Mark A. Perry
August 16, 2019
Page 2

- Go To Meeting*

- GoToMeeting

**Request that Rimini withdraw its objections to Oracle's proposed custodians and search terms.**  The Ninth Circuit's opinion re-affirms the validity and appropriateness of the Court's Injunction, as modified.  That opinion also highlights the importance of "Rimini's own internal e-mails," which Ninth Circuit relied on in affirming the district court's finding that "Rimini was able to gain increasing market share by offering lower prices for its service than Oracle offered, and that these lower prices were possible because Rimini's infringing conduct saved the company time and money."  ECF No. 1236 at 3.  In light of the Ninth Circuit's opinion, and as a renewed effort to resolve the parties' custodial production dispute without involving the Court, Oracle requests that Rimini withdraw its pending objections to Oracle's proposed custodians and search terms.

**Request that Rimini agree to a production schedule.**  Oracle requests that Rimini agree to complete its production of custodial documents for 3-4 custodians per week, beginning the week of September 2-6 and concluding the week of October 7-11.

Please confirm by 5 p.m. PDT on Monday, August 19 whether Rimini will withdraw its objections and agree to Oracle's proposed production schedule.

Mark A. Perry
August 16, 2019
Page 3

Sincerely,

*/s/ John A. Polito*

John A. Polito

cc:      Lauren Blas
           Blaine H. Evanson
           Joseph A. Gorman
           Samuel Liversidge
           Casey J. McCracken
           Amber McKonly
           Jeffrey T. Thomas
           Jennafer M. Tryck
           Eric Vandevelde
           Chris Whittaker
           Tracy A. Morgan
           W. West Allen
           Lisa DeBrosse Johnson
           Leslie A.S. Godfrey
           Daniel F. Polsenberg
           Joel D. Henriod

           Karen Dunn
           Kathleen Hartnett
           William Isaacson
           Sean Rodriguez
           Ashleigh Jensen
           Zachary Scott Hill
           Benjamin P. Smith
           Sharon R. Smith
           Lisa Lee