# Exhibit 21
# Rimini Production Document Bates-numbered RSI006850037
# FILED UNDER SEAL