**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | 2:10-cv-00106-LRH-VCF<br>**ORDER** |

Before the court are Oracle's Motion To Compel And Memorandum Of Points And Authorities Re Post-injunction Requests For Production(ECF No. 1237) and Motion To Seal Portions Of Oracle's Motion To Compel Re Post-Injunction Requests For Production And Exhibits To The Declaration Of David R. Kocan (ECF No. 1238).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Oracle's Motion To Compel And Memorandum Of Points And Authorities Re Post-injunction Requests For Production(ECF No. 1237) and Motion To Seal Portions Of Oracle's Motion To Compel Re Post-Injunction Requests For Production And Exhibits To The Declaration Of David R. Kocan (ECF No. 1238) is scheduled for 10:00 AM, September 3, 2019, in Courtroom 3D.

DATED this 22nd day of August, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE