BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:    702.382.7300
Facsimile:     702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:    (202) 237-2727
Facsimile:    (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
    (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:    415.293.6800
Facsimile:    415.293.6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:    415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**DECLARATION OF JENNA K. STOKES IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF MOTION TO COMPEL RE POST-INJUNCTION REQUESTS FOR PRODUCTION**<br><br>**PUBLIC REDACTED VERSION** |

I, Jenna K. Stokes, declare as follows:

1. I am an associate at Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation (collectively "Oracle") in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached to this Declaration as Exhibit 1 is a true and correct copy of a November 2, 2018 e-mail from a Rimini employee to Rimini developers, accessed via Rimini's online development-tracking system, Jira, in connection with ██████████████.

3. Attached to this Declaration as Exhibit 2 is a true and correct copy of the first 25 lines of w2box.sqc from ORCLRS0046475, PeopleSoft HRMS 9.0.

4. Attached to this Declaration as Exhibit 3 is a true and correct copy of a February 15, 2014 email from Seth Ravin to Rimini employees titled "███████████████ █████," Exhibit 1351 to the December 1, 2017 deposition of Brian Slepko in *Rimini II*.

5. Attached to this Declaration as Exhibit 4 is a true and correct copy of a letter from David R. Kocan to Eric D. Vandevelde, dated August 28, 2019, in which Oracle describes ██ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ███ indicating deletion of relevant evidence.

6. Attached to this Declaration as Exhibit 5 is a true and correct copy of a letter from Eric D. Vandevelde to David R. Kocan, dated August 28, 2019, responding to Oracle's letter regarding ████████████████████████████████████████.

7. Attached to this Declaration as Exhibit 6 is a true and correct copy of an August 27–28, 2019 email exchange between Jennafer Tryck and me in which Rimini responded to Oracle's request that Rimini "[p]lease identify, by Bates number and Fix ID, all complete updates that Rimini has produced" by stating that "Rimini produced as part of Production 5 software updates created after November 5, 2018 and provided to clients, to the extent they exist on Rimini's systems." Rimini refused to state whether Rimini produced any complete updates and

1

DECLARATION OF JENNA K. STOKES IN SUPPORT OF ORACLE'S REPLY
IN SUPPORT OF MOTION TO COMPEL

provided no Bates numbers or Fix IDs.  Rimini pointed to a production of over 80,000 documents that constitutes nearly the entire production to date.

8.      Attached to this Declaration as Exhibit 7 is a true and correct copy of a document produced by Rimini in *Rimini II*, endorsed with Bates number RSI006850039.

9.      Rimini identified ▮ distributions of software updates to customers in the time period between January and May 2019 in Exhibit D to its Supplemental Response to Interrogatory No. 9 in Rimini's First Supplemental Responses to Oracle's Supplemental Interrogatories.  Oracle will make the 143-page document available to the Court upon request.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at San Francisco, California, on August 29, 2019.

Dated: August 29, 2019                                                      */s/ Jenna K. Stokes*
                                                                                                   Jenna K. Stokes

                                                                         Attorneys for Plaintiffs Oracle USA, Inc., Oracle
                                                                               America, Inc. and Oracle International
                                                                                                  Corporation

2
DECLARATION OF JENNA K. STOKES IN SUPPORT OF ORACLE'S REPLY
IN SUPPORT OF MOTION TO COMPEL