# Exhibit 1
# Email attached to Jira, dated Nov. 2, 2018
# FILED UNDER SEAL