# Exhibit 2
# Excerpt of w2box.sqc from ORCLRS0046475, PeopleSoft HRMS 9.0

Excerpt of w2box.sqc from ORCLRS0046475, PeopleSoft HRMS 9.0

```
!***********************************************************************
!  W2: Routine to assign year-end variables for various taxform i.d.s  *
!                                                                      *
!***********************************************************************
!***********************************************************************
!                                                                      *
!            Confidentiality Information:                              *
!                                                                      *
! This module contains confidential and proprietary information        *
! of Oracle; it is not to be copied, reproduced, or transmitted        *
! in any form, by any means, in whole or in part, nor is it to         *
! be used for any purpose other than that for which it is              *
! expressly provided under the applicable license agreement.           *
!                                                                      *
! Copyright (C) 2006 Oracle. All Rights Reserved.                      *
!                                                                      *
!***********************************************************************
!                                                                      *
!           $Date:   2006/10/23:13:23:30                               !
!        $Release:   HR9                                               !
!       $Revision:   104                                               !
!                                                                      *
!***********************************************************************
```