# Exhibit 3
# Exhibit 1351 Marked at the Deposition of Brian Slepko on Dec. 1, 2017
# FILED UNDER SEAL