# Exhibit 6
# Email from Jennafer Tryck to Oracle's Counsel, Re: Opposition to Motion to Compel, dated Aug. 28, 2019

| | |
|---|---|
| **From:** | Tryck, Jennafer M. <JTryck@gibsondunn.com> |
| **Sent:** | Wednesday, August 28, 2019 11:07 AM |
| **To:** | Stokes, Jenna; AMcKonly@gibsondunn.com; bevanson@gibsondunn.com; BLong@gibsondunn.com; CMcCracken@gibsondunn.com; CWeaver@gibsondunn.com; CWhittaker@gibsondunn.com; EVandevelde@gibsondunn.com; JChristiansen@gibsondunn.com; jgorman@gibsondunn.com; JTThomas@gibsondunn.com; mperry@gibsondunn.com; SLiversidge@gibsondunn.com; SMathur@gibsondunn.com; TMorgan2@gibsondunn.com |
| **Cc:** | Polito, John A.; Smith, Sharon R.; Hill, Zachary Scott; Kocan, David R.; Minne, Jacob J.O.; Lee, Lisa S.; wisaacson@bsfllp.com; kdunn@bsfllp.com; khartnett@bsfllp.com; srodriguez@bsfllp.com; gschlabach@bsfllp.com; ajensen@bsfllp.com |
| **Subject:** | RE: Oracle USA, Inc. v. Rimini Street, Inc. - Opposition to Motion to Compel |
| **Attachments:** | 2019.08.21_Search Terms and Custodians.xlsx |

Counsel,

Oracle's motion seeks to compel Rimini to review all documents that hit on all of Oracle's search terms across 19 custodians (1 of whom Oracle has not yet named). The only "data" Oracle could need supporting Rimini's statements about the volume of documents such a request would generate is the calculation of the total number of documents (inclusive of families), which is in paragraph 7 of my declaration. Rimini confirms this number is post deduplication. Although the number of hits for each term and each custodian is not relevant to the relief Oracle seeks in its in motion, Rimini attaches here a report generated by its document vendor showing those hit counts. Rimini generated this report after receiving Oracle's motion.

Rimini produced as part of Production 5 software updates created after November 5, 2018 and provided to clients, to the extent they exist on Rimini's systems.

Regards,
Jenny



**Jennafer Tryck**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
3161 Michelson Drive, Irvine, CA 92612-4412
Tel +1 949.451.4089 • Fax +1 949.475.4789
JTryck@gibsondunn.com • www.gibsondunn.com

---

**From:** Stokes, Jenna <jenna.stokes@morganlewis.com>
**Sent:** Tuesday, August 27, 2019 6:02 PM
**To:** McKonly, Amber <AMcKonly@gibsondunn.com>; Evanson, Blaine H. <BEvanson@gibsondunn.com>; Long, Brett <BLong@gibsondunn.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; Weaver, Cynthia <CWeaver@gibsondunn.com>; Whittaker, Chris <CWhittaker@gibsondunn.com>; Vandevelde, Eric D. <EVandevelde@gibsondunn.com>; Christiansen, Jeremy M. <JChristiansen@gibsondunn.com>; Gorman, Joseph A. <JGorman@gibsondunn.com>; Tryck, Jennafer M. <JTryck@gibsondunn.com>; Thomas, Jeffrey T. <JTThomas@gibsondunn.com>; Perry, Mark A. <MPerry@gibsondunn.com>; Liversidge, Samuel

1

<SLiversidge@gibsondunn.com>; Mathur, Shaun <SMathur@gibsondunn.com>; Morgan, Tracy A. <TMorgan2@gibsondunn.com>
**Cc:** [EXT] Polito, John A. <John.polito@morganlewis.com>; sharon.smith@morganlewis.com; [EXT] Hill, Zachary S. <zachary.hill@morganlewis.com>; david.kocan@morganlewis.com; jacob.minne@morganlewis.com; [EXT] Lee, Lisa S. <lisa.lee@morganlewis.com>; Wisaacson@BSFLLP.com; KDunn@BSFLLP.com; khartnett@bsfllp.com; [EXT] Rodriguez, Sean <srodriguez@bsfllp.com>; [EXT] Schlabach, Gabriel <gschlabach@bsfllp.com>; ajensen@BSFLLP.com
**Subject:** Oracle USA, Inc. v. Rimini Street, Inc. - Opposition to Motion to Compel

[External Email]
Counsel,

In Rimini's Opposition to Oracle's Motion to Compel, ECF No. 1244, Rimini states that the search terms and custodians proposed by Oracle would result in a review set of at least 780,369 documents. Opposition at 10, 17. The underlying data supporting this statement was not included. Please immediately provide the hit counts by custodian upon which Rimini's opposition relies and please also state whether the referenced number of documents is pre- or post-deduplication.

Rimini also states that it has produced "[t]he actual updates Rimini created after November 5, 2018, to the extent they exist on Rimini's systems." *Id.* at 2. Please identify, by Bates number and Fix ID, all complete updates that Rimini has produced.

**Jenna K. Stokes**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1191 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
jenna.stokes@morganlewis.com | www.morganlewis.com
Assistant: Christine Mustin | +1.415.442.1508 | chris.mustin@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.