# Exhibit 7
# Rimini Production Document Bates-numbered RSI006850039
# FILED UNDER SEAL