| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:  702.382.7300<br>Facsimile:  702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone:  202.237.2727<br>Facsimile:  202.237.6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>  (*pro hac vice*)<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Telephone:  415 293 6800<br>Facsimile:  415 293 6899<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:  415.442.1000<br>Facsimile:  415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No  2:10-cv-0106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105.

On August 29, 2019, I served the following documents:

**ORACLE'S REPLY IN SUPPORT OF MOTION TO COMPEL RE POST-INJUNCTION REQUESTS FOR PRODUCTION [FILED UNDER SEAL]; AND**

**DECLARATION OF JENNA K. STOKES IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF MOTION TO COMPEL RE POST-INJUNCTION REQUESTS FOR PRODUCTION AND EXHIBITS 1, 3, 4, 5 AND 7 [FILED UNDER SEAL]**

I served the documents on the persons below, as follows:

Blaine H. Evanson, Esq.
Brett M. Long, Esq.
Shaun A. Mathur, Esq.
Casey J. McCracken, Esq.
Amber McKonly, Esq.
Jeffrey T. Thomas, Esq.
Jennafer M. Tryck, Esq.
Cynthia P. Weaver
Chris Whittaker, Esq.
Tracy A. Morgan
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Email: *BEvanson@gibsondunn.com*
Email: *BLong@gibsondunn.com*
Email: *SMathur@gibsondunn.com*
Email: *CMcCracken@gibsondunn.com*
Email: *AMcKonly@gibsondunn.com*
Email: *JTThomas@gibsondunn.com*
Email: *JTryck@gibsondunn.com*
Email: *CWeaver@gibsondunn.com*
Email: *CWhittaker@gibsondunn.com*
Email: *TMorgan2@gibsondunn.com*

Joseph A. Gorman, Esq.
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 2900
San Francisco, CA 94105-0921
Email: *JGorman@gibsondunn.com*

Samuel Liversidge, Esq.
Eric D. Vandevelde, Esq.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave., 47th Floor
Los Angeles, CA 90071-3197
Email: *SLiversidge@gibsondunn.com*
Email: *EVandevelde@gibsondunn.com*

Mark A. Perry, Esq.
Jeremy M. Christiansen, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Email: *MPerry@gibsondunn.com*
Email: *JChristiansen@gibsondunn.com*

The documents were served pursuant to FRCP 5(b) by sending it by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message

or other indication that the transmission was unsuccessful.

    I hereby certify that I am employed in the office of a member of the State Bar of California, admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case, at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated:  August 29, 2019

                                                         */s/ Jenna K. Stokes*
                                                           Jenna K. Stokes