FILED

UNITED STATES COURT OF APPEALS

SEP 4 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation, <br><br> Defendant-Appellant. | No.   18-16554 <br><br> DC No. 2:10 cv-0106 LRH <br> D Nev., Las Vegas <br><br> ORDER |

Before: TASHIMA, GRABER, and OWENS, Circuit Judges.

Plaintiffs-Appellees' ("Oracle") motion to transfer consideration of attorneys' fees on appeal to the district court pursuant to Ninth Circuit Rule 39-1.8 is granted. Oracle shall file its motion for attorneys' fees on appeal in the district court within the time specified in Ninth Circuit Rule 39-1.6, or by such other date as may be set by the district court.