BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:    702.382.7300
Facsimile:    702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:    (202) 237-2727
Facsimile:    (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
   (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone:    510.874.1000
Facsimile:    510.874.1460
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 11101
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL G. LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

*Attorneys for Defendants Rimini Street, Inc. and Seth Ravin.*

JOINT [PROPOSED] ORDER REGARDING POST INJUNCTION CUSTODIAL DISCOVERY

**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>　　　　　Defendants. | CASE NO. 2:10-CV-0106-LRH-VCF<br><br>**JOINT [PROPOSED] ORDER REGARDING POST INJUNCTION CUSTODIAL DISCOVERY** |

# [PROPOSED] ORDER

Pending before this Court is Oracle's Motion To Compel Re Post-Injunction Requests For Production (ECF No. 1237). Having considered the Parties' respective positions therein, including at the hearing conducted on September 3, 2019, and good cause existing:

**IT IS HEREBY ORDERED:**

1. Oracle's Motion To Compel Re Post-Injunction Requests For Production (ECF No. 1237) is **GRANTED in part and DENIED in part**.

2. By September 6, 2019, Oracle must provide Rimini with 10 custodians and 120 search terms, which Rimini must use for its custodial productions. Oracle shall have complete discretion in selecting the custodians and search terms.

3. By September 16, 2019, Rimini must make its first weekly rolling production of non-privileged custodial documents. Rimini must continue to produce non-privileged custodial documents on a rolling basis every seven days thereafter.

4. The deadlines for discovery, initial expert disclosure, rebuttal expert disclosure, and Oracle's filing of a motion for order to show cause set forth in this Court's June 21, 2019 Order (Dkt. 1232) are **VACATED**, and this Court will conduct a status conference on October 7, 2019, at 1:00 p.m.

5. If requested by Oracle, Rimini must, to the best of its ability, review and produce documents by custodian in the order specified by Oracle.

6. For each weekly production and (if any) each weekly privilege log, counsel of record for Rimini must certify in writing pursuant to Federal Rule of Civil Procedure 26(g)(1)(a):

    a. The number of unique documents reviewed for the production. Two documents are "unique" for purposes of this Order if the documents are identified as non-identical by Rimini's vendor after application of a reasonable de-duping algorithm;

    b. The number of unique documents listed on the privilege log, if any;

    c. The number of attorney hours expended on the production (including hours expended reviewing for privilege and compiling a privilege log); and

    d. The actual amount of fees and costs to be paid by Rimini for the production.

7. Rimini is responsible for its fees and costs for the first 100,000 unique documents produced or logged as privileged (and fully withheld on grounds of privilege); Oracle and Rimini will share reasonable fees and costs equally for the next 200,000 unique documents produced or logged as privileged (and fully withheld on grounds of privilege), if applicable; and Oracle will promptly reimburse Rimini's reasonable fees and costs for

all subsequent unique documents produced or logged as privileged (and fully withheld on grounds of privilege), *i.e.*, document 300,001 and beyond, if applicable.

8. Privilege logs for each weekly production must be served within 21 days of the production to which they relate.

9. By no later than October 4, 2019 (in advance of the October 7, 2019 status conference), Rimini shall file with the Court its first three custodial production certifications described in Paragraph 6 above.

| MORGAN, LEWIS, & BOCKIUS LLP | GIBSON, DUNN & CRUTCHER LLP |
|---|---|
| By:      */s/ John A. Polito* <br> John A. Polito <br> *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation* | By:      */s/ Eric D. Vandevelde* <br> Eric D. Vandevelde <br> *Attorneys for Attorneys for Defendants Rimini Street, Inc. and Seth Ravin.* |

IT IS SO ORDERED.

DATED _____, ____, 2019    By: _____
                                                                    Hon. Cam Ferenbach <br>                                                                     United States Magistrate Judge

**ATTESTATION OF FILER**

The signatories to this document are Eric D. Vandevelde and me, and I have obtained Mr. Vandevelde's concurrence to file this document on his behalf.

Dated:  September 5, 2019

                          MORGAN, LEWIS & BOCKIUS LLP

                          By:  */s/ John A. Polito*
                                  John A. Polito

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users.  All counsel of record are registered users.

DATED:  September 5, 2019

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ John A. Polito*
John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation*