UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation, et al.

    Plaintiff(s),

vs.

RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual

    Defendant(s).

Case # 2:10-CV-106-LRH-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____David R. Kocan_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Morgan, Lewis & Bockius, LLP_____
(firm name)

with offices at _____1 Market, Spear Street Tower_____,
(street address)

_____San Francisco_____, _____California_____, _____94105_____,
(city) (state) (zip code)

_____(415) 442-1323_____, _____david.kocan@morganlewis.com_____
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Oracle USA, Inc. and Oracle International Corp_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since ___June 2, 2015___, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of ___California___
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| None | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> California State Bar Association
> Bar Association of San Francisco

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

| | |
|---|---|
| 1 | That Petitioner respectfully prays that Petitioner be admitted to practice before this Court |
| 2 | FOR THE PURPOSES OF THIS CASE ONLY. |

_____
Petitioner's signature

STATE OF    California    )
COUNTY OF    San Francisco    )

___David R. Kocan___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__3rd__ day of __September__, __2019__.

_Please see attached_

_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Richard J. Pocker___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Boies Schiller & Flexner, LLP, 300 South Fourth Street, Ste. 800___
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city) (state) (zip code)

___(702) 382-7300___, ___rpocker@bsfllp.com___.
(area code + telephone number) (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Richard J. Pocker_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
James C. Maroulis, Managing Counsel, Oracle
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
3568                rpocker@bsfllp.com
Bar number          Email address

APPROVED:
DATED this 9th day of September, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF SAN FRANCISCO )

Subscribed and sworn to (affirmed) before me this 3rd day of September, 2019, by David R. Kocan, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

WITNESS my hand and official seal.

*[Notary's Signature]*

Notary's Signature

[Seal: DOLORES M. RIVERA, COMM. # 2196642, NOTARY PUBLIC - CALIFORNIA, SAN FRANCISCO COUNTY, COMM. EXPIRES MAY 12, 2021]



**The State Bar**
*of California*

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

888-800-3400   AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

September 3, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DAVID RICHARD KOCAN, #303394 was admitted to the practice of law in this state by the Supreme Court of California on June 2, 2015 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records