UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 09 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>RIMINI STREET, INC., a Nevada corporation,<br><br>        Defendant - Appellant. | No. 18-16554<br><br>D.C. No. 2:10-cv-00106-LRH-VCF<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |

The judgment of this Court, entered August 16, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7