| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 11101<br>Telephone:     (202) 955-8500<br>mperry@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>Casey J. McCracken (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>Steven C. Holtzman (*pro hac vice*)<br>Beko O. Reblitz-Richardson (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com |
| MORGAN, LEWIS & BOCKIUS LLP<br>Benjamin P. Smith (pro hac vice)<br>John A. Polito (*pro hac vice*)<br>Sharon R. Smith (pro hac vice)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:  415.442.1000<br>Facsimile:  415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA  94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| | RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone: (336) 402-4068<br>jreilly@riministreet.com |
| ORACLE CORPORATION<br>Dorian Daley (*pro hac vice*)<br>Deborah K. Miller (*pro hac vice*)<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com<br><br>*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin* |
| *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.* | |

JOINT STIPULATION TO MODIFY SCHEDULE FOR
ORACLE'S MOTION FOR ATTORNEYS' FEES ON APPEAL
CASE NO. 2:10-CV-0106-LRH-VCF

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-VCF<br><br>**JOINT STIPULATION TO MODIFY SCHEDULE FOR ORACLE'S MOTION FOR ATTORNEYS' FEES ON APPEAL** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and Defendants Rimini Street, Inc. and Seth Ravin (together, "Rimini") (collectively, "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on September 4, 2019 the Court of Appeals for the Ninth Circuit granted Oracle's motion to transfer consideration of attorneys' fees on appeal to the district court pursuant to Ninth Circuit Rule 39-1.8, No. 18-16554, ECF No. 57;

WHEREAS, the Parties agree to modify the briefing schedule, pending approval by the Court;

WHEREAS, the current deadline for Oracle to file a motion for attorneys' fees on appeal is September 13, 2019;

WHEREAS, the Parties agree to extend the deadline for Oracle to file a motion for attorneys' fees on appeal to September 20, 2019, pending approval by the Court;

WHEREAS, the current deadline for Rimini's opposition to Oracle's motion for attorneys' fees on appeal (if any) is September 27, 2019;

WHEREAS, the Parties agree that the deadline for Rimini's opposition to Oracle's motion for attorneys' fees on appeal (if any) should be set for October 18, 2019, pending approval by the Court;

WHEREAS, the current deadline for Oracle to file a reply in support of its motion for attorneys' fees on appeal (if any) is October 4, 2019;

WHEREAS, the Parties agree that the deadline for Oracle to file a reply in support of its motion for attorneys' fees on appeal (if any) should be set for November 8, 2019, pending approval by the Court.

WHEREAS, Oracle proposes this schedule with the expectation that Rimini may seek to provide expert testimony in support of its opposition and that, if Rimini does so, Oracle may provide rebuttal expert testimony in its reply.

WHEREAS, Rimini does not agree that Oracle may provide rebuttal expert testimony in its reply;

THEREFORE, the Parties stipulate, and request that the Court order, that (i) the deadline for Oracle to file a motion for attorneys' fees on appeal be moved from September 13, 2019 to September 20, 2019; (ii) the deadline for Rimini's opposition to Oracle's motion for attorneys' fees on appeal (if any) be set for October 18, 2019; and (iii) the deadline for Oracle to file a reply in support of its motion for attorneys' fees on appeal (if any) be set for November 8, 2019.


Dated:  September 12, 2019

MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ John A. Polito*
　　　John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

Dated:  September 12, 2019

GIBSON, DUNN & CRUTCHER LLP

By:  */s/ Blaine H. Evanson*
　　　Blaine H. Evanson

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**ATTESTATION OF FILER**

The signatories to this document are Blaine H. Evanson and me, and I have obtained his concurrence to file this document on his behalf.

Dated:  September 12, 2019

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ John A. Polito
John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br>Defendants. | Case No  2:10-cv-0106 LRH VCF<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO MODIFY SCHEDULE FOR ORACLE'S MOTION FOR ATTORNEYS' FEES ON APPEAL** |

**[PROPOSED] ORDER**

**IT IS ORDERED** that the deadline for Oracle to file a motion for attorneys' fees on appeal is extended to September 20, 2019; the deadline for Rimini's opposition to Oracle's motion for attorneys' fees on appeal (if any) is set for October 18, 2019; and the deadline for Oracle to file a reply in support of its motion for attorneys' fees on appeal (if any) is set November 8, 2019.

**IT IS SO ORDERED:**


_____
Hon. Larry R. Hicks
United States District Judge

Dated: __September_____, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users.  All counsel of record are registered users.

DATED:  September 12, 2019

                                             MORGAN, LEWIS & BOCKIUS LLP

                                             By:  */s/ John A. Polito*
                                                          John A. Polito

                                           *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

JOINT STIPULATION TO MODIFY SCHEDULE FOR
ORACLE'S MOTION FOR ATTORNEYS' FEES ON APPEAL
CASE NO. 2:10-CV-0106-LRH-VCF