**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br>Defendants. | Case No 2:10-cv-0106 LRH VCF<br><br>**ORDER RE: JOINT STIPULATION TO MODIFY SCHEDULE FOR ORACLE'S MOTION FOR ATTORNEYS' FEES ON APPEAL** |

**O R D E R**

**IT IS ORDERED** that the deadline for Oracle to file a motion for attorneys' fees on appeal is extended to September 20, 2019; the deadline for Rimini's opposition to Oracle's motion for attorneys' fees on appeal (if any) is set for October 18, 2019; and the deadline for Oracle to file a reply in support of its motion for attorneys' fees on appeal (if any) is set November 8, 2019.

**IT IS SO ORDERED:**

_____
Hon. Larry R. Hicks
United States District Judge

DATED this 13th day of September, 2019