# Exhibit 1
# Excerpts of MLB's Bills
# FILED UNDER SEAL