# Exhibit 2
# Summary of MLB Attorney and Legal Staff Hours Billed
# FILED UNDER SEAL