# Exhibit 3
# Summary of Oracle's Fees Billed on Second Appeal

**Polito Decl., Exhibit 3**

| Attorneys' Fees | |
|---|---:|
| Morgan Lewis Attorneys' Fees Claimed, Polito Decl. ¶¶ 2-3, Ex. 2 | $25,824.20 |
| Boies Schiller Attorneys' Fees Claimed, Hartnett Decl. ¶¶ 3-4, Ex. 2 | $14,205.34 |
| Kirkland & Ellis Attorneys' Fees Claimed, Clement Decl. ¶¶ 3-4, Ex. 2 | $167,457.70 |
| **Total Attorneys' Fees Claimed** | *$207,487.24* |