# Exhibit 5
# Oracle's Completed Form 9

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 9. Application for Attorneys' Fees under Circuit Rule 39-1.6

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form09instructions.pdf*

**9th Cir. Case Number(s)**  2:10-cv-0106-LRH-VCF

**Case Name**  Oracle USA, Inc. et al v. Rimini Street, Inc. and Seth Ravin

For each amount claimed, please attach itemized information indicating service provided, date, hours, and rate.

| DESCRIPTION OF SERVICES | Hours | Amount Claimed |
|---|---|---|
| Interviews and Conferences | 0 | $ 0 |
| Obtaining and Reviewing Records | 4.8 | $ 2,336.3 |
| Legal Research | 1.6 | $ 803.2 |
| Preparing Briefs | 218.4 | $ 178,332.99 |
| Preparing for and Attending Oral Argument | 9.7 | $ 6,258.6 |
| Other (*specify below*)<br>Strategy & Coordination | 19.9 | $ 19,756.15 |
| ***Total Hours/Compensation Requested:*** | 254.4 | $ 207,487.24 |

**Signature**  s/ John A. Polito        **Date**  Sep 20, 2019

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 9**                                                                                             Rev. 01/24/2019