# Exhibit 1
# Excerpts of BSF's Bills
# FILED UNDER SEAL