# Exhibit 2
# Summary of BSF Attorney Hours Billed
# FILED UNDER SEAL