1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:    702.382.7300
Facsimile:    702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:    202.237.2727
Facsimile:    202.237.6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
    (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:    415.293.6800
Facsimile:    415.293.6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC.; a Colorado corporation;
ORACLE AMERICA, INC.; a Delaware
corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation;
and SETH RAVIN, an individual,

Defendants.

Case No. 2:10-cv-0106-LRH-VCF

**DECLARATION OF PAUL D.
CLEMENT IN SUPPORT OF
ORACLE'S MOTION FOR
ATTORNEYS' FEES ON APPEAL**

**PUBLIC REDACTED VERSION**

1    I, Paul D. Clement, declare as follows:

2    1.    I am a partner at Kirkland & Ellis LLP and one of the lead attorneys who

3    represented Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International

4    Corporation ("Oracle" or "Plaintiffs") in this action on appeal before the Ninth Circuit, *Oracle*

5    *USA Inc. et al. v. Rimini Street, Inc*., No. 18-16554.  I submit this declaration in support of

6    Oracle's motion for attorneys' fees on appeal in the above-captioned lawsuit.

7    2.    I have been involved in this matter since 2016, when Oracle retained Kirkland &

8    Ellis LLP ("K&E") to represent Oracle against Rimini in the first appeal, consolidated Case Nos.

9    16-16832 and 16-16905.  Based on my work on this matter, my involvement in billing on this

10   matter, and my review of the files and records in this matter, I have firsthand knowledge of the

11   contents of this declaration, except where otherwise noted as based on information and belief, and

12   I could testify thereto.

**Exhibits**

13

14   3.    Attached as Exhibit 1 are excerpts of true and correct copies of K&E's bills for

15   August 2018, September 2018, November 2018 through April 2019, and June 2019 for K&E's

16   work on the second appeal in this matter.  Time entries for which Oracle does not seek

17   reimbursement have been omitted or redacted from these excerpted invoices.

18   4.    Attached as Exhibit 2 is a summary of the number of unredacted hours that each

19   K&E attorney and legal support staff billed in these excerpted invoices, along with the dollar

20   amounts billed for those hours for which Oracle seeks reimbursement.

**K&E Fees and Billing Practices**

21

22   5.    K&E's work on the appeal began in August 2018.

23   6.    K&E has not yet invoiced Oracle on this matter for time in July 2019, August

24   2019, or September 2019.  I estimate that the total of entries from each of those bills for which

25   Oracle will seek reimbursement will total approximately $139,000, $11,000, and at least $10,000,

26   respectively.  I understand that the Court previously permitted Oracle to submit supplemental

27   invoices in its previous motion for attorneys' fees, and that Oracle may seek to do so again here,

28   if so permitted.

1

7.      Oracle paid the amounts due for all bills attached as excerpts to Exhibit 1, for the amounts described in those bills and summarized in Exhibit 2.

9.      The summary in Exhibit 2 does not include amounts that were paid and invoiced for block-billed entries where all or part of the description of the work related to work other than the appeal or this motion for attorneys' fees, or where all or part of the description needed to be redacted due to privilege or other reasons.

12.     Oracle's in-house counsel have been directly involved in this matter since its inception.  They have supervised our work and reviewed our bills, and have often asked questions about our bills.  In some instances they have asked that we write off time spent on certain tasks, though no write-offs were requested with respect to work on this matter relating to Rimini's 2018 appeal or to Oracle's Motion for Attorneys' Fees in the August 2018 to June 2019 time period.

13.     In connection with Oracle's Motion, I personally reviewed the billing records again for this case and I obtained the further assistance of other lawyers on the team to review them.  All timekeepers track their time by the day to the nearest tenth of an hour.  Based on my review and involvement in this matter, the time billed by K&E attorneys and other timekeepers on this matter was reasonable in light of the needs of the case and the complexity of the issues.

**K&E's Timekeepers**

14.     I am a partner at Kirkland & Ellis LLP.  After graduating from Harvard Law School in 1992, I clerked for Judge Laurence Silberman (1992-1993) and for Justice Antonin

1  Scalia (1993-1994).  I was admitted to the bar of Virginia in 1994, and have practiced

2  continuously since then.  I have also been admitted to the bars of the District of Columbia (1996),

3  the Supreme Court (2000), and Wisconsin (2003).  Following my admission to the Virginia Bar, I

4  served as the Chief Counsel of the Senate Judiciary's Subcommittee on the Constitution,

5  Federalism, and Property Rights.  Upon leaving the Senate Judiciary Subcommittee, I joined King

6  & Spalding, where I was a partner and the head of the firm's appellate practice.  Since 1998, I

7  have also taught law in various capacities, most recently as an Adjunct Professor of Law at

8  Georgetown University Law Center, where I teach a seminar on the separation of powers.  I am

9  also a Senior Fellow of the Center's Supreme Court Institute.  In addition to teaching, I have

10  written on topics relating to the Supreme Court and appellate advocacy, and have done so for over

11  a decade.  I also speak regularly on the Supreme Court and appellate advocacy.  From 2005 to

12  2008, I served as the Solicitor General of the United States.  Before my confirmation to that role,

13  I had served as the Acting Solicitor General for nearly a year, and before that, as the Principal

14  Deputy Solicitor General for three years.  Over my career, I have argued nearly 100 cases in the

15  Supreme Court of the United States, and have argued more Supreme Court cases this millennium

16  than any other lawyer—in or out of government.  Those cases include *McConnell v. FEC*,

17  *Tennessee v. Lane*, *Rumsfeld v. Padilla*, *Credit Suisse v. Billing*, *United States v. Booker*, *MGM v.*

18  *Grokster*, *ABC v. Aereo*, and *Hobby Lobby v. Burwell*.  Many of my Supreme Court

19  representations were undertaken pro bono, including *Bond v. United States* (twice)*, Nebraska v.*

20  *Parker, Adoptive Couple v. Baby Girl,* and *Sekhar v. United States.*  My law practice specializes

21  in high-stakes appellate litigation.  I am currently admitted to the Supreme Court of the United

22  States and every federal appellate court in the United States.  Given my unique background and

23  specialized skills in appellate litigation,

24  .  A summary of the time I spent on this matter and the value of that work is contained in

25  Exhibit 2 hereto.  My hourly rates for this matter (after any applicable discount) were as follows:

26

27

28      15.    **Erin Murphy** is a partner in the Washington, D.C., office of Kirkland & Ellis

1   LLP.  Her practice focuses on Supreme Court, appellate, and constitutional litigation.  She has
2   argued four cases before the Supreme Court, including successfully arguing *McCutcheon v. FEC*,
3   for which she was named American Lawyer's "Litigator of the Week"; successfully arguing on
4   behalf of the U.S. House of Representatives in *Texas v. United States*; and successfully arguing
5   on behalf of the Wisconsin State Legislature in *Gill v. Whitford*.  Ms. Murphy has been
6   recognized by the National Law Journal as one of the nation's "Outstanding Women Lawyers"
7   and a "Rising Star"; has been ranked by Chambers & Partners as one of the nation's top appellate
8   lawyers; has been listed as a "Rising Star" for appellate litigation by Law360; has been
9   recognized by The Legal 500 U.S. for her appellate work; has been listed in The Best Lawyers in
10  America for appellate practice; and was one of 10 lawyers featured on LinkedIn's list of "Top
11  Professionals 35 and Under."  A summary of the time Ms. Murphy spent on this matter and the
12  value of that work is contained in Exhibit 2 hereto.  Her hourly rates for this matter (after any
13  applicable discount) were as follows:
14
15
16          16.     **Amy Oberdorfer Nyberg** is of counsel in the Washington, D.C., office of
17  Kirkland & Ellis LLP.  Her practice focuses on Supreme Court and appellate litigation and
18  strategic counseling.  Ms. Nyberg's broad experience includes litigation before the U.S. Supreme
19  Court, federal appellate courts, and state and federal trial courts.  She has represented clients on
20  constitutional law and statutory interpretation issues, bankruptcy, international trade, and price-
21  fixing.  She also advises corporate clients on strategy and compliance.  Beyond her law practice,
22  Ms. Nyberg has counseled clients on trade policy and communications.  Ms. Nyberg worked on
23  the White House's China Trade Relations Working Group, as well as at the Office of the U.S.
24  Trade Representative and the Department of Commerce.  In those positions from 1998 to early
25  2001, she contributed to development and implementation of U.S. trade policy, including
26  normalization of trade relations with China, bilateral trade issues with the European Union,
27  Africa, and India, and World Trade Organization negotiations and disputes.  Ms. Nyberg, a
28  *magna cum laude* graduate of the Georgetown University Law Center, clerked for Judge David S.

4

1  Tatel on the U.S. Court of Appeals for the D.C. Circuit.  A summary of the time Ms. Nyberg

2  spent on this matter and the value of that work is contained in Exhibit 2 hereto.  Her hourly rates

3  for this matter (after any applicable discount) were as follows:

4

5       17.    **Matthew D. Rowen** is a litigation associate in the Washington, D.C., office of

6  Kirkland & Ellis LLP.  His practice focuses on appellate and Supreme Court litigation.  Mr.

7  Rowen has drafted appellate briefs in a variety of substantive areas, including constitutional law,

8  administrative law, intellectual property, labor and employment, products liability, and securities

9  law.  Mr. Rowen has also co-authored a number of briefs in the Supreme Court, including the

10  successful merits briefs in *Encino Motorcars, LLC v. Navarro*, 138 S. Ct. 1134 (2018), and

11  *California Public Employees' Retirement System v. ANZ Securities*, 137 S. Ct. 2042 (2017).  Mr.

12  Rowen, a *magna cum laude* graduate of Harvard Law School, clerked for Judge David J. Barron

13  on the U.S. Court of Appeals for the First Circuit and Judge Paul J. Watford on the U.S. Court of

14  Appeals for the Ninth Circuit.  A summary of the time Mr. Rowen spent on this matter and the

15  value of that work is contained in Exhibit 2 hereto.  His hourly rates for this matter (after any

16  applicable discount) were as follows:

17

18

19       18.    **Ashley Britton** is the Appellate Advisor for the Supreme Court and appellate

20  litigation practice in the Washington, D.C., office of Kirkland & Ellis LLP.  A summary of the

21  time Ms. Britton spent on this matter and the value of that work is contained in Exhibit 2 hereto.

22  Ms. Britton's hourly rates for this matter (after any applicable discount) were as follows:

23

24

25       19.    **Aviana Clair Vergnetti** is a Paralegal at Kirkland & Ellis LLP.  A summary of

26  the time Ms. Vergnetti spent on this matter and the value of that work is contained in Exhibit 2

27  hereto.  Ms. Vergnetti's hourly rates for this matter (after any applicable discount) were as

28  follows:



5

20.     **Harry Hild** is a Paralegal at Kirkland & Ellis LLP.  A summary of the time Mr.
Hild spent on this matter and the value of that work is contained in Exhibit 2 hereto.  Mr. Hild's
hourly rates for this matter (after any applicable discount) were as follows:

I executed this declaration on September 20, 2019 in Washington, D.C. I declare under
penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                        */s/ Paul D. Clement*
                                        Paul D. Clement

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20 day of September 2019, I electronically transmitted the foregoing **DECLARATION OF PAUL D. CLEMENT IN SUPPORT OF ORACLE'S MOTION FOR ATTORNEYS' FEES ON APPEAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED:  September 20, 2019

MORGAN, LEWIS & BOCKIUS LLP


By:  _____*/s/ John A. Polito*_____
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle International
Corporation

CERTIFICATE OF SERVICE