# Exhibit 1
# Excerpts of K&E's Bills
# FILED UNDER SEAL