# Exhibit 2
# Summary of K&E Attorney and Legal Staff Hours Billed
# FILED UNDER SEAL