BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:   702.382.7300
Facsimile:    702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:   202.237.2727
Facsimile:    202.237.6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
  (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   415.293.6800
Facsimile:    415.293.6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:   415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:   650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF JAMES C. MAROULIS IN SUPPORT OF ORACLE'S MOTION FOR ATTORNEYS' FEES ON APPEAL** |

I, James C. Maroulis, declare as follows:

1. I am an attorney licensed to practice law in the State of California, in the State of New York, and before the Court in this action *pro hac vice*. I am Senior Managing Counsel at Oracle America Inc., successor to Oracle USA, Inc., and counsel of record for plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle" or "Plaintiffs"). I have worked in the Litigation group in Oracle's Legal Department since May 2004. Since that time, I have worked with outside counsel on a number of sophisticated litigation matters, and in each of the litigations on which I work, I am responsible for reviewing and approving all of the bills for attorneys' fees. I have worked on the above-captioned lawsuit since January 2010. I submit this declaration in support of Oracle's Motion for Attorneys' Fees on Appeal. The facts stated herein are based on my personal knowledge unless otherwise stated. All bills that I review are subject to additional review within Oracle.

2. Oracle is regularly required to engage in litigation of various types and sizes in the normal course of its business. Oracle is a sophisticated consumer of legal services.

3. Oracle seeks to hire outside counsel with the skill and experience that Oracle deems necessary for a given litigation matter. Oracle will only pay hourly billable rates for legal services if those rates are reasonable for the skills and experience of the attorneys Oracle hires.

[paragraph 4 redacted]

5. Oracle hired attorneys from Morgan Lewis & Bockius, LLP, Boies Schiller Flexner LLP, and Kirkland & Ellis LLP to litigate this case on appeal because Oracle believed the lawyers hired at these firms possessed the unique set of skills and experiences that were necessary for effectively defending Oracle's injunction and attorneys' fees in the Ninth Circuit against Defendant Rimini Street, Inc.

[paragraph 6 redacted]

7. The law firms' billable rates have been reasonable. Moreover, throughout the course of this litigation, I received bills from all three firms and reviewed them to ensure the time and

1

DECLARATION OF JAMES C. MAROULIS IN SUPPORT OF ORACLE'S MOTION
FOR ATTORNEY'S FEES ON APPEAL

1  expenses spent on the litigation were reasonable.

2      I declare under penalty of perjury under the laws of the United States that the foregoing is
3  true and correct, and that I executed this Declaration on September 20, 2019 in Redwood City,
4  California.

_____
James Maroulis

**CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of September 2019, I electronically transmitted the foregoing **DECLARATION OF JAMES C. MAROULIS IN SUPPORT OF ORACLE'S MOTION FOR ATTORNEYS' FEES ON APPEAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED:  September 20, 2019         MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ John A. Polito*
             John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc. and Oracle International
Corporation