# EXHIBIT A
# Certification of September 16, 2019 Production

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>    Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**RULE 26(G)(1)(A) CERTIFICATION RE RIMINI STREET, INC.'S SEPTEMBER 16, 2019 CUSTODIAL DOCUMENT PRODUCTION PURSUANT TO DKT. 1255** |

Gibson, Dunn & Crutcher LLP

RULE 26(G)(1)(A) CERTIFICATION RE RIMINI STREET, INC.'S SEPT. 16, 2019 CUSTODIAL DOCUMENT PRODUCTION PURSUANT TO DKT. 1255
CASE NO. 2:10-CV-00106-LRH-VCF

Pursuant to the Court's September 6, 2019 Order (Dkt. 1255, ¶ 6), I hereby certify the following regarding Rimini's custodial document production dated September 16, 2019, identified as 20190916_PROD_12, and containing documents Bates-numbered RSI007033019 to RSI007070578:

1. The number of unique documents reviewed for this production is **11,770**. Pursuant to the Court's Order, two documents were considered "unique" if they were identified as non-identical by Rimini's vendor after applying a reasonable de-duping algorithm (*see* Dkt. 1255, ¶ 6a);

2. The number of unique documents listed on the privilege log, if any: Rimini will serve a privilege log within 21 days of this production (*see id.* ¶ 8) that will list the total number of unique privileged documents;

3. The number of attorney hours expended on the production, including hours expended on reviewing for privilege and compiling a privilege log: **193.6**; and

4. The actual amount of fees and costs to be paid by Rimini for this production: **$36,200.05**.

This certification is made to the best of my knowledge after a reasonable inquiry, based on Gibson Dunn's records in this matter, information provided to me by attorneys I supervise, and information from Rimini's e-discovery vendors.

Dated: September 16, 2019

GIBSON, DUNN & CRUTCHER LLP


By:  */s/ Eric D. Vandevelde*
           Eric D. Vandevelde

*Attorneys for Defendants*

Gibson, Dunn & Crutcher LLP

RULE 26(G)(1)(A) CERTIFICATION RE RIMINI STREET, INC.'S SEPT. 16, 2019 CUSTODIAL DOCUMENT PRODUCTION PURSUANT TO DKT. 1255
CASE NO. 2:10-CV-00106-LRH-VCF

# CERTIFICATE OF SERVICE

I, Amber D. McKonly certify as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to this action. My business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On September 16, 2019, I served the following document(s):

**RIMINI STREET, INC.'S OBJECTIONS AND RESPONSES TO ORACLE'S FIFTH SUPPLEMENTAL REQUESTS FOR PRODUCTION**

on the persons stated below, by the following means of service:

| BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| Karen L. Dunn<br>  KDunn@bsfllp.com<br>Kathleen Hartnett<br>  khartnett@bsfllp.com<br>William Isaacson<br>  wisaacson@bsfllp.com<br>Ashleigh Jensen<br>  ajensen@bsfllp.com<br>Tran Le<br>  tle@bsfllp.com<br>Richard J. Pocker<br>  rpocker@bsfllp.com<br>Beko Reblitz-Richardson<br>  brichardson@bsfllp.com<br>Sean Rodriguez<br>  srodriguez@bsfllp.com<br>Gabriel Schlabach<br>  gschlabach@bsfllp.com<br>Samuel Ungar<br>  sungar@bsfllp.com | Zachary S. Hill<br>  zachary.hill@morganlewis.com<br>David Kocan<br>  david.kocan@morganlewis.com<br>Lisa S. Lee<br>  lisa.lee@morganlewis.com<br>Jacob J.O. Minne<br>  jacob.minne@morganlewis.com<br>John A. Polito<br>  John.polito@morganlewis.com<br>Lindsey M. Shinn<br>  lindsey.shinn@morganlewis.com<br>Benjamin P. Smith<br>  benjamin.smith@morganlewis.com<br>Sharon R. Smith<br>  sharon.smith@morganlewis.com |

The document was served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I caused the document to be sent to the persons at the email addresses listed above.

I made the service at the direction of Eric D. Vandevelde, admitted *pro hac vice* to the bar of this Court.

2
RULE 26(G)(1)(A) CERTIFICATION RE RIMINI STREET, INC.'S SEPT. 16, 2019 ROLLING PRODUCTION PURSUANT TO DKT. 1255
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on September 16, 2019, at Irvine, California.

                                                                /s/     Amber D. McKonly

3

Gibson, Dunn & Crutcher LLP

RULE 26(G)(1)(A) CERTIFICATION RE RIMINI STREET, INC.'S SEPT. 16, 2019 ROLLING PRODUCTION PURSUANT TO DKT. 1255
CASE NO. 2:10-CV-00106-LRH-VCF