| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 11101<br>Telephone:     (202) 955-8500<br>mperry@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>Casey J. McCracken (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone:  (949) 451-3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>Steven C. Holtzman (*pro hac vice*)<br>Beko O. Reblitz-Richardson (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:  (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com |
| MORGAN, LEWIS & BOCKIUS LLP<br>Benjamin P. Smith (pro hac vice)<br>John A. Polito (*pro hac vice*)<br>Sharon R. Smith (pro hac vice)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:  415.442.1000<br>Facsimile:  415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA  94566<br>Telephone:  (925) 264-7736<br>dwinslow@riministreet.com |
| | RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone:  (336) 402-4068<br>jreilly@riministreet.com |
| ORACLE CORPORATION<br>Dorian Daley (*pro hac vice*)<br>Deborah K. Miller (*pro hac vice*)<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.* | *Attorneys for Defendants Rimini Street, Inc., and Seth Ravin* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-VCF<br><br>**JOINT STIPULATION AND [PROPOSED[ ORDER TO WITHDRAW ORACLE'S MOTION FOR ATTORNEYS' FEES ON APPEAL** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and Defendant Rimini Street, Inc. ("Rimini") (collectively, "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on September 4, 2019, the Court of Appeals for the Ninth Circuit granted Oracle's motion to transfer consideration of attorneys' fees on appeal to the district court pursuant to Ninth Circuit Rule 39-1.8, No. 18-16554, ECF No. 57;

WHEREAS, on September 20, 2019, Oracle filed a Motion for Attorneys' Fees on Appeal, seeking $207,487.24 in fees incurred from July 2018-July 2019 and estimated it would supplement its motion with approximately $298,660.80 in fees incurred from July-September 2019, ECF No. 1265 at 11 & n.1, ECF No. 1266 ¶ 7, ECF No. 1267 ¶ 6, ECF No. 1268 ¶ 6;

WHEREAS, the Parties have agreed to a resolution of Oracle's Motion;

WHEREAS, the Parties agree that the Motion is now moot and should be withdrawn;

///

///

///

///

///

THEREFORE, the Parties stipulate, and request that the Court consider the Motion withdrawn.

Dated:  October 11, 2019

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ John A. Polito*
         John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

Dated:  October 11, 2019

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Blaine H. Evanson*
         Blaine H. Evanson

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**IT IS SO ORDERED:**

Hon. Larry R. Hicks
United States District Judge

Dated: __October_____, 2019

**ATTESTATION OF FILER**

The signatories to this document are Blaine H. Evanson and me, and I have obtained his concurrence to file this document on his behalf.

Dated: October 11, 2019

                                        MORGAN, LEWIS & BOCKIUS LLP

                                        By: */s/ John A. Polito*
                                                     John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users.  All counsel of record are registered users.

DATED:  October 11, 2019

                MORGAN, LEWIS & BOCKIUS LLP

                By:  */s/ John A. Polito*
                          John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*