# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-VCF<br><br>**JOINT STIPULATION AND ORDER TO WITHDRAW ORACLE'S MOTION FOR ATTORNEYS' FEES ON APPEAL** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and Defendant Rimini Street, Inc. ("Rimini") (collectively, "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on September 4, 2019, the Court of Appeals for the Ninth Circuit granted Oracle's motion to transfer consideration of attorneys' fees on appeal to the district court pursuant to Ninth Circuit Rule 39-1.8, No. 18-16554, ECF No. 57;

WHEREAS, on September 20, 2019, Oracle filed a Motion for Attorneys' Fees on Appeal, seeking $207,487.24 in fees incurred from July 2018-July 2019 and estimated it would supplement its motion with approximately $298,660.80 in fees incurred from July-September 2019, ECF No. 1265 at 11 & n.1, ECF No. 1266 ¶ 7, ECF No. 1267 ¶ 6, ECF No. 1268 ¶ 6;

WHEREAS, the Parties have agreed to a resolution of Oracle's Motion;

WHEREAS, the Parties agree that the Motion is now moot and should be withdrawn;

///

///

///

///

///

THEREFORE, the Parties stipulate, and request that the Court consider the Motion withdrawn.

Dated: October 11, 2019

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ John A. Polito*
      John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

Dated: October 11, 2019

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Blaine H. Evanson*
      Blaine H. Evanson

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED this 28th day of October, 2019.