| | | |
|---|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP | GIBSON, DUNN & CRUTCHER LLP |
| 2 | Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800 | Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W. |
| 3 | Las Vegas, NV 89101<br>Telephone: 702.382.7300 | Washington, DC 11101<br>Telephone:   (202) 955-8500 |
| 4 | Facsimile: 702.382.2755<br>rpocker@bsfllp.com | mperry@gibsondunn.com |
| 5 | BOIES SCHILLER FLEXNER LLP | GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*) |
| 6 | William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*) | Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*) |
| 7 | 1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005 | Casey J. McCracken (*pro hac vice*)<br>3161 Michelson Drive |
| 8 | Telephone: 202.237.2727<br>Facsimile: 202.237.6131 | Irvine, CA  92612-4412<br>Telephone:  (949) 451-3800 |
| 9 | wisaacson@bsfllp.com<br>kdunn@bsfllp.com | jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com |
| 10 | BOIES SCHILLER FLEXNER LLP | jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com |
| 11 | Steven C. Holtzman (*pro hac vice*)<br>Beko O. Reblitz-Richardson (*pro hac vice*) | GIBSON, DUNN & CRUTCHER LLP |
| 12 | 44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104 | Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*) |
| 13 | Telephone:      415.293.6800<br>Facsimile:       415.293.6899 | 333 South Grand Avenue<br>Los Angeles, CA  90071-3197 |
| 14 | sholtzman@bsfllp.com<br>brichardson@bsfllp.com | Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com |
| 15 | MORGAN, LEWIS & BOCKIUS LLP | RIMINI STREET, INC. |
| 16 | Benjamin P. Smith (pro hac vice)<br>John A. Polito (*pro hac vice*) | Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300 |
| 17 | Sharon R. Smith (pro hac vice)<br>One Market, Spear Street Tower | Pleasanton, CA  94566<br>Telephone: (925) 264-7736 |
| 18 | San Francisco, CA  94105<br>Telephone:  415.442.1000 | dwinslow@riministreet.com |
| 19 | Facsimile:  415.442.1001<br>benjamin.smith@morganlewis.com | RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*) |
| 20 | john.polito@morganlewis.com<br>sharon.smith@morganlewis.com | 3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone: (336) 402-4068 |
| 21 | ORACLE CORPORATION | jreilly@riministreet.com |
| 22 | Dorian Daley (*pro hac vice*)<br>Deborah K. Miller (*pro hac vice*) | HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566) |
| 23 | James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7 | 3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169 |
| 24 | Redwood City, CA 94070<br>Telephone:  650.506.4846 | Telephone: (702) 667-4843<br>wwa@h2law.com |
| 25 | Facsimile:  650.506.7114<br>dorian.daley@oracle.com | |
| 26 | deborah.miller@oracle.com<br>jim.maroulis@oracle.com | *Attorneys for Defendants Rimini Street, Inc., and Seth Ravin* |
| 27 | *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International* | |
| 28 | *Corp.* | |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>　　　　　Defendants. | CASE NO. 2:10-cv-0106-LRH-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING** |

　　　　Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and Defendant Rimini Street, Inc. ("Rimini") (collectively, "Parties") jointly submit this Stipulation and [Proposed] Order.

　　　　WHEREAS, on October 7, 2019, the Court held a status conference and scheduled another status conference for November 5, 2019, ECF No. 1278, Minutes of Proceeding;

　　　　WHEREAS, the Parties agree there are no issues currently ripe for presentation to the Court;

　　　　WHEREAS, the Parties agree that the November 5, 2019 status conference should be continued to November 18, 2019, or in the alternative to November 20, 2019 or another day convenient to the Court;[1]

　　　　WHEREAS, the Parties respectfully request that the status conference be set on an afternoon calendar to the extent possible and if convenient for the Court;

//

//

//

---

[1] Counsel for Rimini has conflicts on November 19, 21, and 22.

THEREFORE, the Parties stipulate, and request that the Court continue the November 5, 2019 hearing to November 18, 2019.

Dated:  October 31, 2019

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ John A. Polito
    John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

Dated:  October 31, 2019

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric D. Vandevelde
    Eric D. Vandevelde

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**IT IS SO ORDERED:**

_____
Hon. Cam Ferenbach
United States Magistrate Judge

Dated: _____, 2019

**ATTESTATION OF FILER**

The signatories to this document are Eric D. Vandevelde and me, and I have obtained his concurrence to file this document on his behalf.

Dated: October 31, 2019

                                                            MORGAN, LEWIS & BOCKIUS LLP

                                                            By:  */s/ John A. Polito*
                                                                        John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: October 31, 2019

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ John A. Polito
John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*