1  BOIES SCHILLER FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone:     702.382.7300
   Facsimile:     702.382.2755
4  rpocker@bsfllp.com
5
   BOIES SCHILLER FLEXNER LLP
6  WILLIAM ISAACSON (pro hac vice)
   KAREN DUNN (pro hac vice)
7  1401 New York Avenue, NW, 11th Floor
   Washington, DC 20005
8  Telephone:     (202) 237-2727
   Facsimile:     (202) 237-6131
9  wisaacson@bsfllp.com
   kdunn@bsfllp.com
10
11 BOIES SCHILLER FLEXNER LLP
   STEVEN C. HOLTZMAN (pro hac vice)
12 BEKO O. REBLITZ-RICHARDSON
13   (pro hac vice)
   44 Montgomery Street, 41st Floor
14 San Francisco, CA 94104
   Telephone:     415.293.6800
15 Facsimile:     415.293.6899
   sholtzman@bsfllp.com
16 brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (pro hac vice)
JOHN A. POLITO (pro hac vice)
SHARON R. SMITH (pro hac vice)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:     415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (pro hac vice)
DEBORAH K. MILLER (pro hac vice)
JAMES C. MAROULIS (pro hac vice)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:     650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corp.*

17
18              UNITED STATES DISTRICT COURT

19                    DISTRICT OF NEVADA

20 ORACLE USA, INC., a Colorado corporation;
   ORACLE AMERICA, INC., a Delaware
21 corporation; and ORACLE INTERNATIONAL
   CORPORATION, a California corporation,
22
                    Plaintiffs,
23        v.
24 RIMINI STREET, INC., a Nevada corporation;
   SETH RAVIN, an individual,
25
                    Defendants.
26

Case No  2:10-cv-0106-LRH-PAL

**[PROPOSED] ORDER GRANTING
ORACLE'S MOTION TO SEAL
PORTIONS OF THE JOINT
STATEMENT RE PROPOSED
SCHEDULING ORDER**

27
28

1      **[PROPOSED] ORDER**

2          Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle

3   International Corporation (together "Oracle") Motion to Seal Portions of The Joint Statement Re

4   Proposed Scheduling Order. *See* ECF No. 1285.  Federal Rule of Civil Procedure 26(c) provides

5   broad discretion for a trial court to permit sealing of court documents for, inter alia, the

6   protection of "a trade secret or other confidential research, development, or commercial

7   information."  Fed. R. Civ. P. 26(c).  Having considered Oracle's Motion to Seal and good cause

8   existing:

9          IT IS HEREBY ORDERED THAT: Oracle's Motion to Seal is GRANTED.  The

10  Clerk of the Court shall file under seal portions of the Joint Statement Re Proposed Scheduling

11  Order.

12

13      IT IS SO ORDERED.

14

15  DATED:   _____

16

17

18              By: _____
                    Hon. Larry R. Hicks
19                  United States District Judge

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING ORACLE'S MOTION TO SEAL