| | | |
|---|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800 | BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*) |
| 3 | Las Vegas, NV 89101<br>Telephone:   702.382.7300 | SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower |
| 4 | Facsimile:   702.382.2755<br>rpocker@bsfllp.com | San Francisco, CA 94105<br>Telephone:   415.442.1000 |
| 5 | | Facsimile:   415.442.1001 |
| 6 | BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*) | benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com |
| 7 | KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor | sharon.smith@morganlewis.com |
| 8 | Washington, DC 20005<br>Telephone:   202.237.2727 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 9 | Facsimile:   202.237.6131<br>wisaacson@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 10 | kdunn@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 11 | BOIES SCHILLER FLEXNER LLP | Telephone:   650.506.4846 |
| 12 | STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON | Facsimile:   650.506.7114<br>dorian.daley@oracle.com |
| 13 |    (*pro hac vice*) | deborah.miller@oracle.com<br>jim.maroulis@oracle.com |
| 14 | 44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104 | |
| 15 | Telephone:   415.293.6800<br>Facsimile:   415.293.6899 | *Attorneys for Plaintiffs Oracle USA, Inc.,<br>Oracle America, Inc., and Oracle* |
| 16 | sholtzman@bsfllp.com<br>brichardson@bsfllp.com | *International Corp.* |
| 17 | | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 20 | ORACLE USA, INC.; a Colorado corporation; | Case No  2:10-cv-0106-LRH-VCF |
| 21 | ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL | **CERTIFICATE OF SERVICE** |
| 22 | CORPORATION, a California corporation, | |
| 23 | Plaintiffs, | |
| 24 | v. | |
| 25 | RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual, | |
| 26 | | |
| 27 | Defendants. | |
| 28 | | |

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is 1400 Page Mill Road, Palo Alto, CA 94304.

On November 19, 2019, I served the following document:

**JOINT STATEMENT RE PROPOSED SCHEDULING ORDER [FILED UNDER SEAL]**

I served the document on the persons below, as follows:

| | |
|---|---|
| Blaine H. Evanson, Esq. | Joseph A. Gorman, Esq. |
| Brett M. Long, Esq. | GIBSON, DUNN & CRUTCHER LLP |
| Shaun A. Mathur, Esq. | 555 Mission Street, Suite 2900 |
| Casey J. McCracken, Esq. | San Francisco, CA 94105-0921 |
| Amber McKonly, Esq. | Email: *JGorman@gibsondunn.com* |
| Jeffrey T. Thomas, Esq. | |
| Jennafer M. Tryck, Esq. | Samuel Liversidge, Esq. |
| Cynthia P. Weaver | Eric D. Vandevelde, Esq. |
| Chris Whittaker, Esq. | GIBSON, DUNN & CRUTCHER LLP |
| Tracy A. Morgan | 333 South Grand Ave., 47th Floor |
| GIBSON, DUNN & CRUTCHER LLP | Los Angeles, CA 90071-3197 |
| 3161 Michelson Drive, Suite 1200 | Email: *SLiversidge@gibsondunn.com* |
| Irvine, CA 92612-4412 | Email: *EVandevelde@gibsondunn.com* |
| Email: *BEvanson@gibsondunn.com* | |
| Email: *BLong@gibsondunn.com* | Mark A. Perry, Esq. |
| Email: *SMathur@gibsondunn.com* | Jeremy M. Christiansen, Esq. |
| Email: *CMcCracken@gibsondunn.com* | GIBSON, DUNN & CRUTCHER LLP |
| Email: *AMcKonly@gibsondunn.com* | 1050 Connecticut Avenue, N.W. |
| Email: *JTThomas@gibsondunn.com* | Washington, DC 20036 |
| Email: *JTryck@gibsondunn.com* | Email: *MPerry@gibsondunn.com* |
| Email: *CWeaver@gibsondunn.com* | Email: *JChristiansen@gibsondunn.com* |
| Email: *CWhittaker@gibsondunn.com* | |
| Email: *TMorgan2@gibsondunn.com* | |

The document was served pursuant to FRCP 5(b) by sending it by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am a member of the State Bar of California, and am admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case. I declare under penalty of perjury under the laws of the United States of America that the

1  foregoing information contained in the Certificate of Service is true and correct.

2      Dated: November 19, 2019

3                                                                              /s/ Jacob J.O. Minne
                                                                               Jacob J.O Minne

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE