# EXHIBIT 1
# Rimini Document Bates Numbered RSI006953654
# FILED UNDER SEAL