# EXHIBIT 2
# Rimini Document Bates Numbered RSI006865952
# FILED UNDER SEAL