# EXHIBIT 3
# Araxis Side-by-Side Comparison
# FILED UNDER SEAL