# EXHIBIT 4
# Excerpts of Oracle source code file tax810ny.sqr (HRMS 8.3)
# FILED UNDER SEAL