# EXHIBIT 5
# Excerpts of Screenshot of PUSP-15223
# FILED UNDER SEAL