# EXHIBIT 6
# Excerpts of Screenshot of PUSP-16095
# FILED UNDER SEAL