# EXHIBIT 7
# Excerpts of Screenshot of PUSP-16643
# FILED UNDER SEAL