# EXHIBIT 8
# Rimini Street's Fourth Supp. Response to Oracle's Supp. Interrogatory No. 5
# FILED UNDER SEAL