# EXHIBIT 9
# Rimini's Resp. to Oracle's Third Supplemental Requests for Production
# FILED UNDER SEAL