# EXHIBIT 10
# Rimini's Responses to Oracle's Sixth Supplemental Requests for Production
# FILED UNDER SEAL