# EXHIBIT 11
# Rimini Document Bates Numbered RSI006954036
# FILED UNDER SEAL