# EXHIBIT 12
# Rimini Document Bates Numbered RSI007041376
# FILED UNDER SEAL