# EXHIBIT 13
# Rimini Document Bates Numbered RSI007041886
# FILED UNDER SEAL