# EXHIBIT 14
# Rimini Document Bates Numbered RSI007063463
# FILED UNDER SEAL