# EXHIBIT 15
# Rimini Document Bates Numbered RSI007086636
# FILED UNDER SEAL