# EXHIBIT 17
# July 23, 2019 Letter from C. McCracken to D. Kocan
# REDACTED VERSION

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

3161 Michelson Drive
Irvine, CA 92612-4412
Tel 949.451.3800
www.gibsondunn.com

Casey J. McCracken
Direct: +1 949.451.3932
Fax: +1 949.475.4772
CMcCracken@gibsondunn.com

Client: 79957-00020

July 23, 2019

VIA E-MAIL (david.kocan@morganlewis.com)

David R. Kocan
Morgan Lewis & Bockius LLP
1400 Page Mill Road
Palo Alto, CA 94394-1124

Re:     *Oracle USA, Inc. v. Rimini Street, Inc.*, No. 2:10-cv-00106-LRH-VCF (D. Nev.)

Dear Mr. Kocan:

I write in response to your July 19, 2019 letter regarding Rimini's responses to Oracle's Supplemental Requests for Production ("RFPs") and Supplemental Interrogatories and to follow up on our telephone conference of the same date.

As an initial matter, we reiterate that we are fully committed to working with Oracle to provide reasonable discovery that Oracle requested, and we will continue to work with you to identify and produce reasonable additional information that may have been overlooked in Rimini's initial production that falls within the scope of Oracle's requests. However, as set forth in more detail below, many of the supposed "deficiencies" identified in your letter represent attempts by Oracle to expand the scope of the Interrogatories and RFPs that it served. Indeed, many of the requests raised in your July 19, 2019 letter are requests for new data or requests for Rimini to answer follow-up questions, which are not within the scope of discovery served by Oracle to date.

Additionally, Rimini does not agree that it is obligated to provide information related to the Oracle Database or Siebel product lines. As we explained in the July 3, 2019 meet and confer call and subsequently detailed in our July 10, 2019 letter, the Court's June 21, 2019 Order directed Oracle to set forth its contentions that would inform the scope of the limited discovery taking place in this expedited proceeding. Oracle's June 28 submission alleged conduct only related to PeopleSoft and JD Edwards. Product lines not identified in Oracle's June 28 submission are not at issue and not subject to discovery.

Rimini responds to the remainder of your letter as follows:

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.

# GIBSON DUNN

David R. Kocan
July 23, 2019
Page 4

Interrogatory No. 4

Oracle requests that Rimini produce Exhibits B and C no later than July 22, 2019.  Rimini
produced these Exhibits on July 18, 2019.

Interrogatory No. 5

Your letter raises the issue that the Exhibit D Rimini produced—which identifies ████████
████████  does not identify individual file names or product versions.  Rimini is investigating
this and will either amend Exhibit D to the extent that doing so is not unduly burdensome or,
if it is unduly burdensome, amend its response to Interrogatory No. 5 to so state.

## II.      Rimini RFP Responses

RFP No. 1

As we mentioned on our July 19, 2019 meet and confer call, we were surprised to read that
Oracle received only ████████████████████████.  Rimini
investigated this issue and discovered that additional documents were mistakenly not produced
due to an error with the discovery vendor.  Rimini produced ████████████████
███, immediately after our meet and confer call.  *See* ████████████████.

RFP No. 2

RFP No. 2 requests "[a] copy of Rimini's AFW database containing records from November 5,
2018 to the present," and Rimini agreed to produce any AFW database records created or
modified on or after November 5, 2018.

Your letter contends that during a meet and confer call on July 3, 2019, Rimini's counsel
"specifically confirmed that it would produce ████████████████████████"
July 19, 2019 Letter at 4.  We respectfully disagree with your characterization of counsel's
statements.  Our recollection is that Rimini's counsel said that, as far as producing a copy of
Rimini's AFW database records from after November 5, 2018 (*i.e.*, what was requested in the
RFP), Rimini would do so in the same format and with the same contents it did in *Rimini II*.
That is our position.  ████████████████████████████.

We will investigate with Rimini your claim that ████████████████████████
████████████████████████████████████.  In *Rimini II*, the ████████████████ were produced entirely