# EXHIBIT 25
# Nov. 7, 2019 Letter from C. Whittaker to J. Minne
# REDACTED VERSION

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

3161 Michelson Drive
Irvine, CA 92612-4412
Tel 949.451.3800
www.gibsondunn.com

Chris Whittaker
Direct: +1 949.451.4337
Fax: +1 949.475.4647
CWhittaker@gibsondunn.com

November 7, 2019

VIA ELECTRONIC MAIL

Jacob J.O. Minne
Morgan Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596

Re:  Oracle USA, Inc., et al v. Rimini Street, Inc., et al.
     No. 2:10-cv-00106-LRH-VCF (D. Nev.)

Jacob,

I write regarding Rimini's response to Oracle's Supplemental Interrogatory No. 5.  Your October 19, 2019 letter included an Appendix A, which purported to contain ███████ ████████████████████████████████████████████████ that you contend are missing from Rimini's response to Supplemental Interrogatory No. 5.  We have investigated and, where appropriate, added responsive client deliverables to Exhibit D-3, attached to our Fourth Supplemental Response to Supplemental Interrogatory No. 5.

Many of the releases identified by Oracle in Appendix A are not responsive to Supplemental Interrogatory No. 5 and thus were not included in Exhibit D-3.  They include:



GIBSON DUNN

Jacob J.O. Minne
November 7, 2019
Page 2

We also note that Exhibit D-3 contains ███████████████████████ whereas your Appendix A identifies ███████████████████████████ that you contend are missing. The parties have not yet agreed to a process for refreshing noncustodial discovery. Once the parties have agreed on that process, Rimini will update Exhibit D-3 in accordance with that agreement to include deliverables from release bundles since May 14, 2019. Rimini's business consists of providing client deliverables, and thus it would be unduly burdensome to require that Rimini produce a new supplemental response to Interrogatory No. 5 every time Rimini provides a deliverable to a PeopleSoft or JD Edwards client. Instead, Rimini will refresh its response once, using a mutually agreed-upon cutoff date.

Sincerely,

*Chris Whittaker*

Chris Whittaker

CW/art