| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:  702.382.7300<br>Facsimile:  702.382.2755<br>rpocker@bsfllp.com<br>BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone:  (202) 237-2727<br>Facsimile:  (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>  (*pro hac vice*)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone:  415.293.6800<br>Facsimile:  415.293.6899<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:  415.442.1000<br>Facsimile:  415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:  650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br>  v.<br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>        Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**[PROPOSED] ORDER REGARDING ORACLE'S MOTION TO COMPEL POST-INJUNCTION DISCOVERY** |

**[PROPOSED] ORDER**

Pending before this Court is Oracle's Motion to Compel re Post-Injunction Discovery. Having considered the Parties' respective positions therein, and good cause existing:

**IT IS HEREBY ORDERED:**

1. Oracle's Motion to Compel re Post-Injunction Discovery is GRANTED.
2. Rimini is **ORDERED** to produce documents in response to Oracle's Supplemental Requests for Production of Documents Nos. 9, 11, and 14 and to provide supplemental responses to Oracle's Supplemental Interrogatory No. 5 within ten days of this order.

IT IS SO ORDERED.

DATED _____, \_\_\_\_\_, 2019        By: _____
                                                                                Hon. Cam Ferenbach
                                                                                United States Magistrate Judge

CERTIFICATE OF SERVICE