| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:   702.382.7300<br>Facsimile:    702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone:   202.237.2727<br>Facsimile:    202.237.6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>   (*pro hac vice*)<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Telephone:   415 293 6800<br>Facsimile:    415 293 6899<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone:   415.442.1000<br>Facsimile:    415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:   650.506.4846<br>Facsimile:    650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br><br>        v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>            Defendants. | Case No  2:10-cv-0106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE** |

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105.

On December 6, 2019, I served the following documents:

**ORACLE'S MOTION TO COMPEL AND MEMORANDUM OF POINTS AND AUTHORITIES RE POST-INJUNCTION DISCOVERY [FILED UNDER SEAL]**

**DECLARATION OF BARBARA A. FREDERIKSEN-CROSS IN SUPPORT OF ORACLE'S MOTION TO COMPEL AND EXHIBITS 1 TO 7 [FILED UNDER SEAL]**

**DECLARATION OF DAVID KOCAN IN SUPPORT OF ORACLE'S MOTION TO COMPEL AND EXHIBITS 8 TO 29 [FILED UNDER SEAL]**

I served the documents on the persons below, as follows:

| | |
|---|---|
| Blaine H. Evanson, Esq. | Joseph A. Gorman, Esq. |
| Brett M. Long, Esq. | GIBSON, DUNN & CRUTCHER LLP |
| Shaun A. Mathur, Esq. | 555 Mission Street, Suite 2900 |
| Casey J. McCracken, Esq. | San Francisco, CA 94105-0921 |
| Amber McKonly, Esq. | Email: *JGorman@gibsondunn.com* |
| Jeffrey T. Thomas, Esq. | |
| Jennafer M. Tryck, Esq. | Samuel Liversidge, Esq. |
| Cynthia P. Weaver | Eric D. Vandevelde, Esq. |
| Chris Whittaker, Esq. | GIBSON, DUNN & CRUTCHER LLP |
| Tracy A. Morgan | 333 South Grand Ave., 47th Floor |
| GIBSON, DUNN & CRUTCHER LLP | Los Angeles, CA 90071-3197 |
| 3161 Michelson Drive, Suite 1200 | Email: *SLiversidge@gibsondunn.com* |
| Irvine, CA 92612-4412 | Email: *EVandevelde@gibsondunn.com* |
| Email: *BEvanson@gibsondunn.com* | |
| Email: *BLong@gibsondunn.com* | Mark A. Perry, Esq. |
| Email: *SMathur@gibsondunn.com* | Jeremy M. Christiansen, Esq. |
| Email: *CMcCracken@gibsondunn.com* | GIBSON, DUNN & CRUTCHER LLP |
| Email: *AMcKonly@gibsondunn.com* | 1050 Connecticut Avenue, N.W. |
| Email: *JTThomas@gibsondunn.com* | Washington, DC 20036 |
| Email: *JTryck@gibsondunn.com* | Email: *MPerry@gibsondunn.com* |
| Email: *CWeaver@gibsondunn.com* | Email: *JChristiansen@gibsondunn.com* |
| Email: *CWhittaker@gibsondunn.com* | |
| Email: *TMorgan2@gibsondunn.com* | |

The documents were served pursuant to FRCP 5(b) by sending it by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed

above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      I hereby certify that I am employed in the office of a member of the State Bar of California, admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case, at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

      Dated:  December 6, 2019

                                                          */s/ Jenna K. Stokes*
                                                          Jenna K. Stokes

CERTIFICATE OF SERVICE