GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 11101
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF SHERYL ARNOLD IN SUPPORT OF RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION TO COMPEL**<br><br>**PUBLIC REDACTED VERSION** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF SHERYL ARNOLD IN SUPPORT OF
RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF

I, Sheryl Arnold, declare as follows:

1. I am a Senior Manager at Rimini Street Inc. ("Rimini") within the Global Service Delivery Group. In that role, I am responsible for Program Management, Application Management & Support, and Data & Business Intelligence, primarily servicing Global Product Delivery. We support and manage two enterprise applications, Jira and DevTrack, along with two internal proprietary applications. I have worked at Rimini for over six years. I make this declaration in support of Rimini's Opposition to Oracle's Motion to Compel re Post-Injunction Discovery. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness I would and could testify competently to them.

2. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

3. I understand that Oracle has requested that Rimini provide "a list identifying all of the tax and regulatory updates, break fixes, new or revised functionality, and documentation that Rimini has provided to its customers since November 5, 2018, including the names of the files, the customers to whom they were provided, the Persons who were involved in developing or testing them, the associated Oracle product line, product, and version, and the dates they were provided to each customer." ████████████████████████████████████████████████████

4. ████████████████████████████████████████████████████████████████████████████████████████

5. ████████████████████████████████████████████████████████████████████████████████████████

2

DECLARATION OF SHERYL ARNOLD IN SUPPORT OF
RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn &
Crutcher LLP

1
2
3
4
5
6
7
8

9   6.   I understand that Oracle, because it has direct access to Rimini's Jira and DevTrack systems, was able to review data from those systems and identify additional Issue IDs that it claimed should have been included in Exhibit D. I investigated Oracle's claims by conducting further manual reviews of information in Jira and DevTrack. Where I discovered that the Issue IDs should have been included in my original report, I added those Issue IDs to Exhibit D.

7.   I estimate that my team and I spent well over 100 hours preparing the report that became Exhibit D and investigating Oracle's claims regarding Issue IDs. Because our regular job duties generally consume all of our time during the work day, my team and I often had to work on this project at night or on weekends.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on December 16, 2019, at Lake Havasu City, Arizona.

_____
Sheryl Arnold

Gibson, Dunn &
Crutcher LLP

3
DECLARATION OF SHERYL ARNOLD IN SUPPORT OF
RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF