GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry, (SBN 212532)
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas, (SBN 106409)
Blaine H. Evanson, (SBN 254338)
Casey J. McCracken, (SBN 271202)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Samuel Liversidge, (SBN 180578)
Eric D. Vandevelde, (SBN 240699)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

*Attorneys for Defendants
Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF MEYLEEN BEICHLER IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO ORACLE'S MOTION TO COMPEL**<br><br>**PUBLIC REDACTED VERSION** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF MEYLEEN BEICHLER IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO
ORACLE'S MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF

I, Meyleen Beichler, declare as follows:

1. I am the Group Vice President of Global Marketing Operations and Chief of Staff to the Chief Marketing Officer at Rimini Street, Inc. ("Rimini"). I have served in these positions for one and a half years, and have worked at Rimini for ten years. I oversee Marketing Operations at Rimini Street, including managing personnel, data, technology, resources, budget and tools. I am knowledgeable about Rimini's Marketing Department generally, and knowledgeable generally regarding its public online materials, such as documents in Rimini's online resource library, white papers, webinars, and the like ("Online Materials "). The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness I would and could testify competently to them.

2. Online Materials are created by ███████████████████████████████████████

3. Rimini's website contains many hundreds of assets. These assets include, for example:

- client marketing "briefs," such as articles encouraging CIOs to think like CFOs, or how to make an IT department's working capital work harder;
- brochures;
- Company fact sheets;
- "data sheets" for various product lines;
- client "success stories," which are marketing pieces in which Rimini explains how Rimini met a client's needs and achieved success for a client;
- webinars;
- white papers;
- infographics.

4. These Online Materials are for marketing purposes only. In general, the purpose of these materials is to inform potential clients of Rimini's services, to show how Rimini can

2

Gibson, Dunn & Crutcher LLP

DECLARATION OF MEYLEEN BEICHLER IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF

add value, show that Rimini provides superior support services for a lower price, and show that clients can have better and more personalized service by hiring Rimini Street. The Online Materials are not, and do not purport to provide, specific technical solutions. They are not updates, fixes, or any other client deliverable provided in the context of Rimini's software support services, and cannot demonstrate how any particular update, fix, or client deliverable was actually implemented or provided to a client. Rimini's Global Services Delivery (*i.e.*, Rimini's support delivery department)—a separate department consisting of support staff and software developers—is responsible for providing technical solutions to clients once they have engaged Rimini.

5. Employees in the Marketing and Sales Departments do not have access to Oracle software environments, software, or patches. The Marketing team does not rely on any non-public Oracle information in creating any Online Materials. The Marketing team also does not obtain information regarding Rimini clients' specific Oracle software or the contents of specific clients' Oracle software in order to create Online Materials.

6. Online Materials on Rimini's website are accessible to the public and downloadable. In some cases, someone wishing to download Online Materials must provide their name and organization and then click the "download" button.

7. It is Rimini's Marketing Department's policy to cite reference materials in any technical papers or white papers whenever appropriate. Thus, typically, where information was obtained from a website or other source available on the web, a link to the website is provided in the footnotes or end notes of the article.

8. Rimini does not maintain a list of all of its Online Materials broken down by product line.

9. Rimini's Online Materials are created or contributed to by dozens of different people, including internal writers, product marketing personnel, subject matter experts, blog contributors, and copy editors. To the extent these authors reviewed ancillary, publicly available information for background during the course of authoring Online Materials (and not referenced in end notes), Rimini does not keep track or maintain a central repository of such

Gibson, Dunn & Crutcher LLP

DECLARATION OF MEYLEEN BEICHLER IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF

information. Based on my experience creating online content and supervising others who create the content, I do not believe it would be feasible to reliably identify all such information, particularly for content created months or years ago. To even attempt to do so would be extremely burdensome because it would require identifying and then interviewing every author and asking them to remember what materials they may have referenced and then attempting to locate them.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Pleasanton, California, on this 16th day of December, 2019.

By: *Meyleen Beichler*
Meyleen Beichler

Gibson, Dunn & Crutcher LLP

4
DECLARATION OF MEYLEEN BEICHLER IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF