# Declaration of Tim Conley

# **Filed Under Seal**