# Declaration of Erin Mendillo

# **Filed Under Seal**