| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry, (SBN 212532)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas, (SBN 106409)<br>Blaine H. Evanson, (SBN 254338)<br>Casey J. McCracken, (SBN 271202)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>cmccracken@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel Liversidge, (SBN 180578)<br>Eric D. Vandevelde, (SBN 240699)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com<br><br>RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF FRANK RENEKE IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO ORACLE'S MOTION TO COMPEL**<br><br>**PUBLIC REDACTED VERSION** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF FRANK RENEKE IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO
ORACLE'S MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF

I, Frank Reneke, declare as follows:

1. I am the Group Vice President and General Manager of Oracle Services at Rimini Street, Inc. ("Rimini"). I am a subject matter expert in both Oracle and SAP software with 25 years of implementation experience. In my various roles at Rimini Street, I have been, and am, partly responsible for the content on Rimini's externally facing website (riministreet.com) that concerns Oracle Applications, including PeopleSoft and J.D. Edwards. I have worked at Rimini as a Vice President of Marketing and Strategy, as Vice President of Functional Support Services, and now as the General Manager of Oracle Services, since 2012. All of these roles were sales-facing, meaning that they are part of marketing or sales, and not part of the support organization, which actually provides client support and works with clients' software environments. Many of the articles and other materials on Rimini's website concerning Oracle Applications were authored by me or members of my team or former teams that I supervise. I am knowledgeable about Rimini's marketing materials for PeopleSoft, J.D. Edwards, and other Oracle Applications on Rimini's web site. I am also an author of Rimini materials regarding SAP support. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness I would and could testify competently to them.

2. Materials authored since 2015 related to Oracle Applications, such as PeopleSoft and J.D. Edwards, that are made available on Rimini's website, including documents in Rimini's online resource library, white papers, webinars, and the like ("Online Materials"), were authored by my Functional Support group that I supervised, which is part of Strategic Services at Rimini Street. [REDACTED]

3. My team of Oracle Solution Architects in my role as General Manager, and my previous team of Functional Support personnel, have never had any access to Oracle software environments, software, or patches while at Rimini Street. We have never relied on any non-

2

Gibson, Dunn & Crutcher LLP

DECLARATION OF FRANK RENEKE IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF

public Oracle materials in creating Rimini's Online Materials concerning Oracle Applications. Instead, we rely upon publicly available materials and information to prepare Online Materials. These teams are not part of the support group at Rimini.

4. It is Rimini's legal and marketing departments' policy to ensure that we have cited reference materials in articles and other Online Materials where appropriate. Generally, this is done by use of footnotes or end notes.

5. My team does not speak to or collaborate with Rimini Street developers or employees in the client support departments to prepare marketing and sales materials, including Online Materials.

6. My Functional Support Services team authored the white paper "Summary Analysis for PeopleSoft 9.2 – FSCM Images 1-28 HCM Images 1-27," which is publicly available on Rimini's website (the "White Paper"). Neither my team nor I accessed, viewed, logged into, opened, looked at, reviewed, consulted, considered, or referenced[1] any Oracle software environments, software, or Oracle support documents that Oracle provides to its support clients, to create the White Paper.

7. To create the White Paper, I relied on then-publicly available information called the Cumulative Feature Overview Tool ("CFO" Tool). That source is cited in the article at Reference #1. The CFO Tool was publicly published by Oracle and contains a summary, high-level, list of Oracle updates written for general consumption. The tool was an Oracle marketing tool built by Oracle to show clients and prospects what features and functionality were available. Use of the tool does not require any Oracle software or Oracle software environment. Given the publicly available information regarding Oracle's updates, I analyzed the usefulness of those updates in the White Paper and subjectively classified them using a methodology I developed similar to a Gartner magic quadrant graph. The paper is a summary of my opinion of the usefulness of the updates.

---

[1] I say "referenced" in its definition of consulting or gaining information from; I did mention and discuss Oracle software in the White Paper, and in that sense, "referenced" it.

3
DECLARATION OF FRANK RENEKE IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP

8. The White Paper states that "[t]he Functional Support Services (FSS) organization within Rimini Street analyzed all of the updates Oracle Corporation incorporated into the PeopleSoft 9.2 HCM images 1-27 and FSCM images 1-28." This statement is referring to my analysis based on the CFO Tool's then-publicly available summaries of Oracle's updates.

9. I have been informed that Oracle is claiming that the above-quoted sentence implies that Rimini must have analyzed proprietary Oracle software—*e.g.*, opened Oracle software files, accessed software environments, or analyzed proprietary Oracle support materials. That is not correct for the reasons described above.

10. I have personally authored approximately 100 articles, white papers, and other content for Rimini's website since joining Rimini Street. It is my practice to accurately attribute information to the sources I rely on when I create content for Rimini's website. My typical practice is to include footnotes or end notes, with links where possible, identifying those sources. To the extent I may have reviewed other, ancillary, publicly available information for general background that are not referenced in the notes, I do not keep track of such materials, do not believe I could reliably create a list of all such materials, and believe it would be extremely burdensome to attempt to do so.

11. Online Materials on Rimini's website, including the White Paper, are accessible to the public and downloadable. In some cases, someone wishing to download Online Materials is required to provide their name and organization and then click the "download" button.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Sanford, Florida, on this 16th day of December, 2019.

By: /s/ Frank Reneke
Frank Reneke

4
DECLARATION OF FRANK RENEKE IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP