| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry, (SBN 212532)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500 | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas, (SBN 106409)<br>Blaine H. Evanson, (SBN 254338)<br>Casey J. McCracken, (SBN 271202)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800 | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>Samuel Liversidge, (SBN 180578)<br>Eric D. Vandevelde, (SBN 240699)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>mperry@gibsondunn.com<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>cmccracken@gibsondunn.com<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>  Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO ORACLE'S MOTION TO COMPEL** |

DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO ORACLE'S MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP

I, Eric D. Vandevelde, declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Defendants Rimini Street, Inc. ("Rimini") and Seth Ravin in the above-captioned case. I submit this declaration in support of Rimini's Opposition to Oracle's Motion to Compel Post-Injunction Discovery. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness I would and could testify competently to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of Oracle's Third Supplemental Requests for Production, dated July 23, 2019.

3. Attached hereto as **Exhibit B** is a true and correct copy of a letter from Jennafer M. Tryck, counsel for Rimini, to Jacob J.O. Minne, counsel for Oracle, dated December 3, 2019.

4. Attached hereto as **Exhibit C** is a true and correct copy of a document produced by Rimini during these post-injunction proceedings and bearing the Bates numbers RSI006816554 through RSI006816591.

5. Attached hereto as **Exhibit D** is a true and correct copy of a letter from Jennafer M. Tryck, counsel for Rimini, to Jacob J.O. Minne, counsel for Oracle, dated October 11, 2019.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on December 16, 2019 at Los Angeles, California.

*/s/ Eric D. Vandevelde*
Eric D. Vandevelde

2
DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO ORACLE'S MOTION TO COMPEL
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP