# EXHIBIT A

## Oracle's Third Supplemental Requests for Production, dated July 23, 2019

**FILED UNDER SEAL**