# EXHIBIT C

Document Produced by Rimini (RSI006816554 through RSI006816591)

**FILED UNDER SEAL**