1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,

Defendants.

CASE NO. 2:10-cv-00106-LRH-VCF

**[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION TO SEAL DOCUMENTS IN CONNECTION WITH RIMINI'S OPPOSITION TO ORACLE'S MOTION TO COMPEL RE POST-INJUNCTION DISCOVERY**

## [PROPOSED] ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s Motion to Seal Documents In Connection With Rimini's Opposition to Oracle's Motion to Compel re Post-Injunction Discovery ("Motion to Seal"). Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT:  Rimini's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal (1) portions of Rimini's Opposition to Oracle's Motion to Compel re Post Injunction Discovery ("the Opposition"); (2) the Declaration of Sheryl Arnold in support of the Opposition; (3) the Declaration of Tim Conley in support of the Opposition; (4) the Declaration of Erin Mendillo in support of the Opposition; (5) the Declaration of Meyleen Beichler in support of the Opposition; (6) the Declaration of Frank Reneke in support of the Opposition; (7) Exhibits A and C attached to the Declaration of Eric D. Vandevelde; and (8) portions of Exhibits B and D to the Declaration of Eric D. Vandevelde.

IT IS SO ORDERED

Dated: _____

_____
Cam Ferenbach
United States Magistrate Judge

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL