| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>　　　　　　　　Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE OF RIMINI'S SEALED OPPOSITION TO ORACLE'S MOTION TO COMPEL RE POST-INJUNCTION DISCOVERY, SUPPORTING DECLARATIONS OF SHERYL ARNOLD, MEYLEEN BEICHLER, TIM CONLEY, ERIN MENDILLO, AND FRANK RENEKE, AND EXHIBITS A–D TO THE SUPPORTING DECLARATION OF ERIC D. VANDEVELDE** |

# CERTIFICATE OF SERVICE

I, Jennafer M. Tryck certify as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to this action. My business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On December 16, 2019, I served the following document(s):

**RIMINI'S SEALED OPPOSITION TO ORACLE'S MOTION TO COMPEL RE POST-INJUNCTION DISCOVERY, SUPPORTING DECLARATIONS OF SHERYL ARNOLD, MEYLEEN BEICHLER, TIM CONLEY, ERIN MENDILLO, AND FRANK RENEKE, AND EXHIBITS A–D TO THE SUPPORTING DECLARATION OF ERIC D. VANDEVELDE (SEALED ECF NO. 1297)**

on the persons stated below, by the following means of service:

| **BOIES, SCHILLER & FLEXNER LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| Karen L. Dunn<br>KDunn@bsfllp.com | Zachary S. Hill<br>zachary.hill@morganlewis.com |
| Kathleen Hartnett<br>khartnett@bsfllp.com | David Kocan<br>david.kocan@morganlewis.com |
| William Isaacson<br>wisaacson@bsfllp.com | Lisa S. Lee<br>lisa.lee@morganlewis.com |
| Ashleigh Jensen<br>ajensen@bsfllp.com | Jacob J.O. Minne<br>jacob.minne@morganlewis.com |
| Tran Le<br>tle@bsfllp.com | John A. Polito<br>John.polito@morganlewis.com |
| Richard J. Pocker<br>rpocker@bsfllp.com | Lindsey M. Shinn<br>lindsey.shinn@morganlewis.com |
| Beko Reblitz-Richardson<br>brichardson@bsfllp.com | Benjamin P. Smith<br>benjamin.smith@morganlewis.com |
| Sean Rodriguez<br>srodriguez@bsfllp.com | Sharon R. Smith<br>sharon.smith@morganlewis.com |
| Gabriel Schlabach<br>gschlabach@bsfllp.com | |
| Samuel Ungar<br>sungar@bsfllp.com | |

The document was served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I caused the document to be sent to the persons at the email addresses listed above.

I am admitted *pro hac vice* to the bar of this Court.

//

//

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on December 16, 2019, at Irvine, California.

/s/   *Jennafer M. Tryck*