| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: 702.382.7300<br>Facsimile: 702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: 202.237.2727<br>Facsimile: 202.237.6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>  (*pro hac vice*)<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Telephone: 415 293 6800<br>Facsimile: 415 293 6899<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>    Defendants. | Case No.: 2:10-cv-0106-LRH-VCF<br><br>**NOTICE OF CORRECTED DOCUMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") hereby file this Notice of Corrected Document to correct Exhibit 28 (ECF No. 1290-30) and Exhibit 29 (ECF No. 1290-31) to the Declaration of David Kocan, which were filed as part of the Oracle's Motion to Compel and Memorandum of Points and Authorities Re Post-Injunction Discovery (ECF No. 1290).

Exhibit 28 and Exhibit 29 contain certain confidential information. The previously filed versions of Exhibit 28 (ECF No. 1290-30) and Exhibit 29 (ECF No. 1290-31) omit certain redactions. The documents attached to this Notice as Exhibit 28 and Exhibit 29 are the correct documents, and should replace ECF No. 1290-30 and 1290-31 on the docket.

DATED: December 17, 2019                         MORGAN, LEWIS & BOCKIUS LLP

                                                 By:    */s/ John A. Polito*
                                                              John A. Polito

                                                 Attorneys for Plaintiffs Oracle USA, Inc., Oracle
                                                 America, Inc. and Oracle International
                                                 Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above NOTICE OF CORRECTED DOCUMENT to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: December 17, 2019          MORGAN, LEWIS & BOCKIUS LLP

By:   */s/ John A. Polito*
                John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation