# Exhibit 1
# Excerpt of Rimini Document Bates Numbered RSI007100400
# FILED UNDER SEAL