# Exhibit 2
# Excerpt of Rimini Document Bates Numbered RSI007036694
# FILED UNDER SEAL