# Exhibit 3
# Excerpt of Rimini Document Bates Numbered RSI007318716
# FILED UNDER SEAL