# Exhibit 4
# Excerpt of Rimini Document Bates Numbered RSI2_000175614
# FILED UNDER SEAL