BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:   702.382.7300
Facsimile:   702.382.2755
rpocker@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:   202.237.2727
Facsimile:   202.237.6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
   (*pro hac vice*)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone:   415 293 6800
Facsimile:   415 293 6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:   415.442.1000
Facsimile:   415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:   650.506.4846
Facsimile:   650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>    Defendants. | Case No  2:10-cv-0106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105.

On December 20, 2019, I served the following documents:

**ORACLE'S REPLY ISO MOTION TO COMPEL RE POST-INJUNCTION DISCOVERY [FILED UNDER SEAL]**

**EXHIBITS 1-4 TO THE DECLARATION OF LINDSEY M. SHINN IN SUPPORT OF ORACLE'S REPLY ISO MOTION TO COMPEL [FILED UNDER SEAL]**

I served the documents on the persons below, as follows:

Blaine H. Evanson, Esq.
Brett M. Long, Esq.
Shaun A. Mathur, Esq.
Casey J. McCracken, Esq.
Amber McKonly, Esq.
Jeffrey T. Thomas, Esq.
Jennafer M. Tryck, Esq.
Cynthia P. Weaver
Chris Whittaker, Esq.
Tracy A. Morgan
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Email: *BEvanson@gibsondunn.com*
Email: *BLong@gibsondunn.com*
Email: *SMathur@gibsondunn.com*
Email: *CMcCracken@gibsondunn.com*
Email: *AMcKonly@gibsondunn.com*
Email: *JTThomas@gibsondunn.com*
Email: *JTryck@gibsondunn.com*
Email: *CWeaver@gibsondunn.com*
Email: *CWhittaker@gibsondunn.com*
Email: *TMorgan2@gibsondunn.com*

Joseph A. Gorman, Esq.
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 2900
San Francisco, CA 94105-0921
Email: *JGorman@gibsondunn.com*

Samuel Liversidge, Esq.
Eric D. Vandevelde, Esq.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave., 47th Floor
Los Angeles, CA 90071-3197
Email: *SLiversidge@gibsondunn.com*
Email: *EVandevelde@gibsondunn.com*

Mark A. Perry, Esq.
Jeremy M. Christiansen, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Email: *MPerry@gibsondunn.com*
Email: *JChristiansen@gibsondunn.com*

The documents were served pursuant to FRCP 5(b) by sending it by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

1    I hereby certify that I am employed in the office of a member of the State Bar of California, admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case, at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated:  December 20, 2019

                                                        */s/ Jenna K. Stokes*
                                                        Jenna K. Stokes

CERTIFICATE OF SERVICE