**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | 2:10-cv-00106-LRH-VCF<br><br>**ORDER** |

Before the court are the following motions:

1. Oracle's Motion To Compel And Memorandum Of Points And Authorities Re Post-injunction Discovery (ECF No. 1290),

2. Motion To Seal Portions Of Oracle's Motion To Compel Re Post-Injunction Discovery, The Declarations Of David Kocan And Barbara Ann Frederiksen-Cross, And Exhibits Thereto (ECF No. 1291),

3. Oracle's Motion To Compel And Memorandum Of Points And Authorities Re Post-injunction Discovery (ECF No. 1292),

4. Rimini Street, Inc.'s Motion To Seal Documents In Connection With Rimini's Opposition To Oracle's Motion To Compel Re Post-injunction Discovery (ECF No. 1296),

5. Motion To Seal Portions Of Oracle's Reply ISO Motion To Compel Re Post-injunction Discovery And Exhibits To The Declaration Of Lindsey M. Shinn (ECF No. 1301).

Accordingly,

1  IT IS HEREBY ORDERED that a hearing on the above referenced motions is scheduled for 1:00
2  PM, January 22, 2020, in Courtroom 3D.
3
4  DATED this 14th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE