BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:   702.382.7300
Facsimile:    702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:   (202) 237-2727
Facsimile:    (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
    (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:   415.293.6800
Facsimile:    415.293.6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:   415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:   650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br>   Plaintiffs, <br>   v. <br> RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual, <br><br>   Defendants. | **Case No. 2:10-cv-0106-LRH-VCF** <br><br> **MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE JANUARY 22, 2020 PROCEEDINGS IN THIS ACTION** |

# MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE JANUARY 22, 2020 PROCEEDINGS IN THIS ACTION

Oracle America, Inc. and Oracle International Corp. (collectively "Oracle") hereby request permission for James C. Maroulis, Oracle Managing Counsel, to appear telephonically at the January 22, 2020 motion to compel hearing in this action. The proceedings are set to begin at 1 PM in Courtroom 3D. ECF No. 1304.

Mr. Maroulis has been admitted to practice in this action *pro hac vice* (ECF No. 24), and has been actively involved in this case and its predecessor case since 2010—including by personally appearing at many Court proceedings and every day of trial. Mr. Maroulis anticipates he will be unable to travel to the January 22 hearing. Consistent with the Court's prior practice, Oracle respectfully requests that Mr. Maroulis be permitted to appear at the January 22 hearing telephonically. *See, e.g.*, ECF No. 1214. Oracle's outside counsel will appear and argue in person, and therefore Mr. Maroulis's telephonic presence should cause no prejudice or disruption.

Dated: January 17, 2020              Morgan, Lewis & Bockius LLP


                                     By:  */s/ John A. Polito*
                                            John A. Polito

                                     Attorney Oracle USA, Inc., Oracle
                                     America, Inc., and Oracle International
                                     Corporation

UNITED STATE DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING THE MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT THE JANUARY 22, 2020 PROCEEDINGS IN THIS ACTION** |

## [PROPOSED] ORDER

Pending before this Court is Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation's (collectively "Oracle") Motion for Leave to Appear Telephonically at the January 22, 2020 Proceedings in this Action. Having considered Oracle's Motion, and good cause appearing,

IT IS HEREBY ORDERED THAT the Motion is GRANTED. Attorney James C. Maroulis may appear telephonically at the proceedings set for January 22, 2020 at 1 PM in this action.

DATED: _____, 2020   By: _____
Hon. Cam Ferenbach
United States Magistrate Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2020, I electronically transmitted the foregoing **MOTION FOR LEAVE TO APPEAR TELEPHONICALLY AT JANUARY 22, 2020 PROCEEDINGS** and **[PROPOSED] ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

Dated:  January 17, 2020

Morgan, Lewis & Bockius LLP

By:  */s/ John A. Polito*
      John A. Polito

Attorney Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation