# [PROPOSED] ORDER

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Motion to Seal Portions Oracle's Objections to Portions of Magistrate Judge Ferenbach's Order.  *See* ECF No. 1312.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered Oracle's Motion to Seal, and good cause existing:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal certain portions of Oracle's Objections to Portions of Magistrate Judge Ferenbach's Order discussing material designated as "Confidential Information" or "Highly Confidential Information – Attorneys' Eyes Only" or consisting of non-public, technologically and commercially sensitive information.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Larry R. Hicks
United States District Court Judge