1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORACLE USA, INC., et al.,

               Plaintiffs,

   v.

RIMINI STREET, INC., et al.,

               Defendants.

CASE NO. 2:10-cv-00106-LRH-VCF

**[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION TO SEAL PORTIONS OF RIMINI STREET INC.'S RESPONSE TO ORACLE'S OBJECTIONS TO PORTIONS OF MAGISTRATE JUDGE FERENBACH'S ORDER AND IN SUPPORT OF ORACLE'S MOTION TO SEAL PORTIONS OF ORACLE'S OBJECTIONS TO PORTIONS OF MAGISTRATE JUDGE FERENBACH'S ORDER [ECF NO. 1312]**

## [PROPOSED] ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s Motion to Seal Portions of Rimini's Response to Oracles Objections to Portions of Magistrate Judge Ferenbach's Order and in Support of Oracle's Motion to Seal Portions of Oracle's Objections to Portions of Magistrate Judge Ferenbach's Order ("Motion to Seal").  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal and good cause existing:

1    IT IS HEREBY ORDERED THAT:  Rimini's Motion to Seal is GRANTED.  The Clerk

2    of the Court shall file under seal (1) portions of Rimini's Response to Oracles Objections to

3    Portions of Magistrate Judge Ferenbach's Order; and (2) portions of Oracle's Objections to

4    Portions of Magistrate Judge Ferenbach's Order, as requested in Oracle's Motion to Seal

5    Portions of Oracle's Objections to Portions of Magistrate Judge Ferenbach's Order [ECF

6    No. 1312].

7

8    IT IS SO ORDERED

9

10   Dated:  _____

11

12                                              _____
                                                        Larry R. Hicks
13                                                      United States Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL