| | |
|---|---|
| 1  BOIES SCHILLER FLEXNER LLP | GIBSON, DUNN & CRUTCHER LLP |
|    Richard J. Pocker (NV Bar No. 3568) | Mark A. Perry (*pro hac vice*) |
| 2  300 South Fourth Street, Suite 800 | 1050 Connecticut Avenue, N.W. |
|    Las Vegas, NV 89101 | Washington, DC 11101 |
| 3  Telephone: (702) 382-7300 | Telephone:   (202) 955-8500 |
|    Facsimile: (702) 382-2755 | mperry@gibsondunn.com |
| 4  rpocker@bsfllp.com | |

BOIES SCHILLER FLEXNER LLP
William Isaacson (*pro hac vice*)
Karen Dunn (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
Steven C. Holtzman (*pro hac vice*)
Beko O. Reblitz-Richardson (*pro hac vice*)
1999 Harrison Street, Suite 900
Oakland, CA 94612
Telephone: (510) 874-1000
Facsimile: (510) 874-1460
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
Benjamin P. Smith (pro hac vice)
John A. Polito (*pro hac vice*)
Sharon R. Smith (pro hac vice)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

ORACLE CORPORATION
Dorian Daley (*pro hac vice*)
Deborah K. Miller (*pro hac vice*)
James C. Maroulis (*pro hac vice*)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.*

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas (*pro hac vice*)
Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: (949) 451-3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Samuel G. Liversidge (*pro hac vice*)
Eric D. Vandevelde (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 402-4068
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-VCF<br><br>**JOINT STIPULATION TO MODIFY SCHEDULE FOR CERTAIN POST-INJUNCTION PROCEEDINGS** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and Defendants Rimini Street, Inc. and Seth Ravin (together, "Rimini") (collectively, "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on November 22, 2019, the court entered a minute order setting certain deadlines in this case, including a close of expert discovery on March 27, 2020, a deadline to file a motion for order to show cause on April 15, 2020, a deadline to file an opposition on May 6, 2020, and a deadline to file a reply on May 20, 2020, ECF 1289;

WHEREAS, the extraordinary COVID-19 pandemic has placed many attorneys for both Oracle and Rimini under mandatory shelter-in-place orders which prohibit Non Essential travel. *See, e.g.,* Order of the Health Office No. C19-07, City of San Francisco, Department of Public Health (*available at* https://www.sfdph.org/dph/alerts/files/HealthOrderC19-07-%20Shelter-in-Place.pdf); Order of the Health Officer of the County of Santa Clara, County of Santa Clara Public Health Department (*available at* https://www.sccgov.org/sites/phd/DiseaseInformation/novel-coronavirus/Documents/03-16-20-Health-Officer-Order-to-Shelter-in-Place.pdf); Order of the Health Officer of the County of San Mateo, San Mateo County Health (*available at* https://www.smcgov.org/sites/smcgov.org/files/HO%20Order%20Shelter%20in%20Place%2020200316.pdf);

WHEREAS, this COVID-19 pandemic and related orders creates significant concerns that depositions in this matter can be held legally, safely and efficiently;

WHEREAS, the Parties agree to extend the deadlines in this case as described below, pending approval by the Court; and

WHEREAS, the Parties agree to monitor the COVID-19 situation and to promptly advise the Court regarding the need for any further adjustments to the schedule;

THEREFORE, the Parties stipulate, and request that the Court order, that the deadlines in this case be reset as follows:

| Event | Dkt. 1289 deadline | Proposed new deadline |
|---|---|---|
| Close of expert discovery | March 27, 2020 | May 8, 2020 |
| OSC motion due | April 15, 2020 | May 27, 2020 |
| OSC opposition due | May 6, 2020 | June 17, 2020 |
| OSC reply due | May 20, 2020 | July 1, 2020 |

Dated:  March 18, 2020

MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ John A. Polito
    John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

Dated:  March 18, 2020

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Eric D. Vandevelde
    Eric D. Vandevelde

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

## **ATTESTATION OF FILER**

The signatories to this document are Eric D. Vandevelde and me, and I have obtained his concurrence to file this document on his behalf.

Dated: March 18, 2020

                            MORGAN, LEWIS & BOCKIUS LLP

                            By:       /s/ John A. Polito
                                          John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: March 18, 2020

                    MORGAN, LEWIS & BOCKIUS LLP

                    By:  /s/ John A. Polito
                              John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*