**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br>Defendants. | Case No 2:10-cv-0106 LRH VCF<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO MODIFY SCHEDULE FOR CERTAIN POST-INJUNCTION PROCEEDINGS** |

**[PROPOSED] ORDER**

**IT IS ORDERED** that the deadlines for post-injunction proceedings are reset as follows:

| Event | Dkt. 1289 deadline | New deadline |
|---|---|---|
| Close of expert discovery | March 27, 2020 | May 8, 2020 |
| OSC motion due | April 15, 2020 | May 27, 2020 |
| OSC opposition due | May 6, 2020 | June 17, 2020 |
| OSC reply due | May 20, 2020 | July 1, 2020 |

**IT IS SO ORDERED:**

_____
Hon. Cam Ferenbach
United States Magistrate Judge

Dated: March_____, 2020

1