| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 11101<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>Casey J. McCracken (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>Steven C. Holtzman (*pro hac vice*)<br>Beko O. Reblitz-Richardson (*pro hac vice*)<br>1999 Harrison Street, Suite 900<br>Oakland, CA 94612<br>Telephone: (510) 874-1000<br>Facsimile: (510) 874-1460<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com |
| MORGAN, LEWIS & BOCKIUS LLP<br>Benjamin P. Smith (pro hac vice)<br>John A. Polito (*pro hac vice*)<br>Sharon R. Smith (pro hac vice)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| ORACLE CORPORATION<br>Dorian Daley (*pro hac vice*)<br>Deborah K. Miller (*pro hac vice*)<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 402-4068<br>jreilly@riministreet.com |
| | HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.* | *Attorneys for Defendants Rimini Street, Inc., and Seth Ravin* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-VCF<br><br>**JOINT STIPULATION TO MODIFY SCHEDULE FOR CERTAIN POST-INJUNCTION PROCEEDINGS** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and Defendants Rimini Street, Inc. and Seth Ravin (together, "Rimini") (collectively, "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on November 22, 2019, the court entered a minute order setting certain deadlines in this case, including a close of expert discovery on March 27, 2020, a deadline to file a motion for order to show cause on April 15, 2020, a deadline to file an opposition on May 6, 2020, and a deadline to file a reply on May 20, 2020, ECF 1289;

WHEREAS, the extraordinary COVID-19 pandemic has placed many attorneys for both Oracle and Rimini under mandatory shelter-in-place orders which prohibit Non Essential travel. *See, e.g.,* Order of the Health Office No. C19-07, City of San Francisco, Department of Public Health (*available at* https://www.sfdph.org/dph/alerts/files/HealthOrderC19-07-%20Shelter-in-Place.pdf); Order of the Health Officer of the County of Santa Clara, County of Santa Clara Public Health Department (*available at* https://www.sccgov.org/sites/phd/DiseaseInformation/novel-coronavirus/Documents/03-16-20-Health-Officer-Order-to-Shelter-in-Place.pdf); Order of the Health Officer of the County of San Mateo, San Mateo County Health (*available at* https://www.smcgov.org/sites/smcgov.org/files/HO%20Order%20Shelter%20in%20Place%2020200316.pdf);

WHEREAS, this COVID-19 pandemic and related orders creates significant concerns that depositions in this matter can be held legally, safely and efficiently;

WHEREAS, the Parties agree to extend the deadlines in this case as described below, pending approval by the Court; and

WHEREAS, the Parties agree to monitor the COVID-19 situation and to promptly advise the Court regarding the need for any further adjustments to the schedule;

THEREFORE, the Parties stipulate, and request that the Court order, that the deadlines in this case be reset as follows:

| Event | Dkt. 1289 deadline | Proposed new deadline |
|---|---|---|
| Close of expert discovery | March 27, 2020 | May 8, 2020 |
| OSC motion due | April 15, 2020 | May 27, 2020 |
| OSC opposition due | May 6, 2020 | June 17, 2020 |
| OSC reply due | May 20, 2020 | July 1, 2020 |

Dated: March 18, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ John A. Polito
    John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

Dated: March 18, 2020

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric D. Vandevelde
    Eric D. Vandevelde

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

# **ATTESTATION OF FILER**

The signatories to this document are Eric D. Vandevelde and me, and I have obtained his concurrence to file this document on his behalf.

Dated: March 18, 2020

                                                  MORGAN, LEWIS & BOCKIUS LLP

                                                  By:       /s/ John A. Polito
                                                                   John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: March 18, 2020

        MORGAN, LEWIS & BOCKIUS LLP

By:    /s/ John A. Polito
       John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br>Defendants. | Case No 2:10-cv-0106 LRH VCF<br><br>**ORDER RE: JOINT STIPULATION TO MODIFY SCHEDULE FOR CERTAIN POST-INJUNCTION PROCEEDINGS** |

# ORDER

**IT IS ORDERED** that the deadlines for post-injunction proceedings are reset as follows:

| Event | Dkt. 1289 deadline | New deadline |
|---|---|---|
| Close of expert discovery | March 27, 2020 | May 8, 2020 |
| OSC motion due | April 15, 2020 | May 27, 2020 |
| OSC opposition due | May 6, 2020 | June 17, 2020 |
| OSC reply due | May 20, 2020 | July 1, 2020 |

**IT IS SO ORDERED:**

_____
Hon. Cam Ferenbach
United States Magistrate Judge

Dated: March 20, 2020