# EXHIBIT A

Excerpts from
Post-Injunction Expert Report of
Barbara Ann Frederiksen-Cross,
served January 31, 2020

**FILED UNDER SEAL**