UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>              Plaintiffs,<br><br>   v.<br><br>RIMINI STREET, INC., et al.,<br><br>              Defendants. | CASE NO. 2:10-CV-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION TO SEAL DOCUMENTS IN CONNECTION WITH RIMINI'S MOTION TO ENFORCE THE COURT'S ORDERS AND JUDGMENT SEPARATING *RIMINI I* FROM *RIMINI II*** |

**[PROPOSED] ORDER**

Pending before this Court is Defendant Rimini Street, Inc.'s Motion to Seal Documents in Connection with Rimini's Motion to Enforce the Court's Orders and Judgment Separating *Rimini I* from *Rimini II* ("Motion to Seal"). Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Rimini's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal Exhibit A and portions of Exhibit B to the Declaration of Eric

D. Vandevelde in Support of Rimini's Motion to Enforce the Court's Orders and Judgment Separating *Rimini I* from *Rimini II*.

IT IS SO ORDERED

Dated: _____

Hon. Larry R. Hicks  
United States Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users.  All counsel of record are registered users.

DATED:  April 2, 2020

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
Eric D. Vandevelde

Attorneys for Defendant
Rimini Street, Inc.