| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: 925.264.7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE OF SEALED DOCUMENTS IN CONNECTION WITH RIMINI'S MOTION TO ENFORCE THE COURT'S ORDERS AND JUDGMENT SEPARATING *RIMINI I* FROM *RIMINI II*** |

Gibson, Dunn & Crutcher LLP

CERTIFICATE OF SERVICE
CASE NO. 2:10-CV-00106-LRH-VCF

# CERTIFICATE OF SERVICE

I, Joseph A. Gorman, certify as follows:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and am not a party to this action. My business address is 555 Mission Street, San Francisco, CA 94105-0921, in said County and State. On April 2, 2020, I served the following document(s):

**SEALED DOCUMENTS IN CONNECTION WITH RIMINI'S MOTION TO ENFORCE THE COURT'S ORDERS AND JUDGMENT SEPARATING *RIMINI I* FROM *RIMINI II*  
[SEALED ECF NOS. 1326, 1327]**

**CERTIFICATE OF SERVICE**

on the persons stated below, by the following means of service:

| **BOIES, SCHILLER & FLEXNER LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| Karen L. Dunn<br>    KDunn@bsfllp.com<br>William Isaacson<br>    wisaacson@bsfllp.com<br>Ashleigh Jensen<br>    ajensen@bsfllp.com<br>Tran Le<br>    tle@bsfllp.com<br>Richard J. Pocker<br>    rpocker@bsfllp.com<br>Beko Reblitz-Richardson<br>    brichardson@bsfllp.com<br>Sean Rodriguez<br>    srodriguez@bsfllp.com<br>Gabriel Schlabach<br>    gschlabach@bsfllp.com<br>Samuel Ungar<br>    sungar@bsfllp.com | Zachary S. Hill<br>    zachary.hill@morganlewis.com<br>David Kocan<br>    david.kocan@morganlewis.com<br>Lisa S. Lee<br>    lisa.lee@morganlewis.com<br>Jacob J.O. Minne<br>    jacob.minne@morganlewis.com<br>John A. Polito<br>    John.polito@morganlewis.com<br>Lindsey M. Shinn<br>    lindsey.shinn@morganlewis.com<br>Benjamin P. Smith<br>    benjamin.smith@morganlewis.com<br>Sharon R. Smith<br>    sharon.smith@morganlewis.com |

The document was served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I caused the document to be sent to the persons at the email addresses listed above.

I am admitted *pro hac vice* to the bar of this Court.

///

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on April 2, 2020, at San Francisco, California.

*/s/ Joseph A. Gorman*
Joseph A. Gorman