| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:  (702) 382-7300<br>Facsimile:  (702) 382-2755<br>rpocker@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 11101<br>Telephone:  (202) 955-8500<br>mperry@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone:  (202) 237-2727<br>Facsimile:  (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>Casey J. McCracken (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone:  (949) 451-3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>Steven C. Holtzman (*pro hac vice*)<br>Beko O. Reblitz-Richardson (*pro hac vice*)<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Telephone:  (415) 293-6800<br>Facsimile:  (415) 293-6899<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:  (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com |
| MORGAN, LEWIS & BOCKIUS LLP<br>Benjamin P. Smith (*pro hac vice*)<br>John A. Polito (*pro hac vice*)<br>Sharon R. Smith (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:  (415) 442-1000<br>Facsimile:  (415) 442-1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA  94566<br>Telephone:  (925) 264-7736<br>dwinslow@riministreet.com<br><br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone:  (336) 402-4068<br>jreilly@riministreet.com |
| ORACLE CORPORATION<br>Dorian Daley (*pro hac vice*)<br>Deborah K. Miller (*pro hac vice*)<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  (650) 506-4846<br>Facsimile:  (650) 506-7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone:  (702) 667-4843<br>wwa@h2law.com |
| *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.* | *Attorneys for Defendants Rimini Street, Inc., and Seth Ravin* |

JOINT STIPULATION TO MODIFY SCHEDULE FOR
CERTAIN POST-INJUNCTION PROCEEDINGS
CASE NO. 2:10-CV-0106-LRH-VCF

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-VCF<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULE FOR OPPOSITION AND REPLY TO RIMINI'S APRIL 2, 2020 MOTION** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and Defendant Rimini Street, Inc. (collectively, "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on April 2, 2020, Rimini filed a "Motion to Enforce the Court's Orders and Judgment Separating *Rimini I* from *Rimini II*," ECF No. 1323;

WHEREAS, the parties agree and stipulate to extending the deadline for Oracle's opposition to this motion one week to April 23, 2020, and deadline for Rimini's reply one further week to May 7, 2020;

WHEREAS this scheduling change will not affect any other deadlines in this case;

THEREFORE, the Parties stipulate, and request that the Court order, that the following deadlines in this case be set as follows:

| Event | Current Deadline | Proposed new deadline |
|---|---|---|
| Deadline for Oracle to file an opposition to Rimini's Motion, Dkt. 1323 | April 16, 2020 | April 23, 2020 |
| Deadline for Rimini to file a reply in support of its Motion, Dkt. 1323 | April 23, 2020 | May 7, 2020 |

1

| | |
|---|---|
| Dated: April 9, 2020 | Dated: April 9, 2020 |
| MORGAN, LEWIS & BOCKIUS LLP | GIBSON, DUN & CRUTCHER LLP |
| By: /s/ John A. Polito<br>　　　John A. Polito | By: /s/ Eric D. Vandevelde<br>　　　Eric D. Vandevelde |
| *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation* | *Attorneys for Defendants Rimini Street, Inc., and Seth Ravin* |

**ATTESTATION OF FILER**

The signatories to this document are Eric D. Vandevelde and me, and I have obtained his concurrence to file this document on his behalf.

Dated:  April 9, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ John A. Polito
    John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system.  After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users.  All counsel of record are registered users.

DATED:  April 9, 2020

                              MORGAN, LEWIS & BOCKIUS LLP

                              By:  /s/ John A. Polito
                                        John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*