**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-0106-LRH-VCF<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO MODIFY THE SCHEDULE FOR OPPOSITION AND REPLY TO RIMINI'S APRIL 2, 2020 MOTION** |

**[PROPOSED] ORDER**

**IT IS ORDERED** that the deadlines for post-injunction proceedings are reset as follows:

| Event | Current Deadline | Proposed new deadline |
|---|---|---|
| Deadline for Oracle to file an opposition to Rimini's Motion, Dkt. 1323 | April 16, 2020 | April 23, 2020 |
| Deadline for Rimini to file a reply in support of its Motion, Dkt. 1323 | April 23, 2020 | May 7, 2020 |

**IT IS SO ORDERED:**

_____
Hon. Larry R. Hicks
United States District Judge

Dated: __April_____, 2020

1