**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No  2:10-cv-0106-LRH-VCF<br><br>**[PROPOSED] ORDER RE: JOINT STIPULATION TO MODIFY SCHEDULE FOR CERTAIN POST-INJUNCTION PROCEEDINGS** |

**[PROPOSED] ORDER**

**IT IS ORDERED** that the deadlines for post-injunction proceedings are reset as follows:

| Event | Current Deadline | Proposed new deadline |
|---|---|---|
| Close of expert discovery | May 8, 2020 | June 5, 2020 |
| OSC motion due | May 27, 2020 | June 24, 2020 |
| OSC opposition due | June 17, 2020 | July 15, 2020 |
| OSC reply due | July 1, 2020 | July 29, 2020 |

**IT IS SO ORDERED:**

_____
Hon. Cam Ferenbach
United States Magistrate Judge

Dated: __April_____, 2020