| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>Facsimile: (702) 382-2755<br>rpocker@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Mark A. Perry (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 11101<br>Telephone: (202) 955-8500<br>mperry@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Blaine H. Evanson (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>Casey J. McCracken (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com |
| BOIES SCHILLER FLEXNER LLP<br>Steven C. Holtzman (*pro hac vice*)<br>Beko O. Reblitz-Richardson (*pro hac vice*)<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Telephone: (415) 293 6800<br>Facsimile: (415) 293 6899<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com |
| MORGAN, LEWIS & BOCKIUS LLP<br>Benjamin P. Smith (*pro hac vice*)<br>John A. Polito (*pro hac vice*)<br>Sharon R. Smith (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: (415) 442-1000<br>Facsimile: (415) 442-1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com | RIMINI STREET, INC.<br>Daniel B. Winslow (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| ORACLE CORPORATION<br>Dorian Daley (*pro hac vice*)<br>Deborah K. Miller (*pro hac vice*)<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: (650) 506-4846<br>Facsimile: (650) 506-7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com | RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 402-4068<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.* | *Attorneys for Defendants Rimini Street, Inc., and Seth Ravin* |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-VCF<br><br>**JOINT STIPULATION TO MODIFY SCHEDULE FOR CERTAIN POST-INJUNCTION PROCEEDINGS** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and Defendant Rimini Street, Inc. and Seth Ravin (together, "Rimini"; collectively, "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on November 22, 2019, the Court entered a minute order setting certain deadlines in this case, ECF No. 1289;

WHEREAS, due to the COVID-19 pandemic, the Parties stipulated to, and the Court ordered, an amended schedule extending existing deadlines by six weeks and setting the deadline for the close of expert discovery to May 8, 2020, the deadline for an OSC motion to May 27, 2020, the deadline for an OSC opposition to June 17, 2020, and the deadline for an OSC reply to July 1, 2020, ECF No. 1322;

WHEREAS the Parties further stipulated to "monitor the COVID-19 situation and to promptly advise the Court regarding the need for any further adjustments to the schedule," *id.*;

WHEREAS subsequent to the Parties' stipulation, the Governors of both California and Nevada extended shelter-in-place orders through April (in the case of Nevada) or until further notice (in the case of California), *see* Declaration of Emergency Directive 010 Stay at Home Order, Gov. Steve Sisolak (Mar. 31, 2020) (available at http://gov.nv.gov/News/ Emergency_Orders/2020/2020-03-31_-_COVID-19_Declaration_of_Emergency_Directive

_010_-_Stay_at_Home_Order/) Executive Order N-33-20, Gov. Gavin Newsom (Mar. 19, 2020) (available at https://covid19.ca.gov/img/Executive-Order-N-33-20.pdf);

WHEREAS similar shelter-in-place orders are in effect in states where the Parties' experts reside, including North Carolina, Illinois, and Oregon;

WHEREAS the COVID-19 pandemic and related orders create significant concerns that in-person expert depositions in this matter can be held legally, safely, and efficiently in May 2020;

WHEREAS, the Parties agree that a further extension of the schedule is appropriate but disagree about how to address certain issues should social distancing continue substantially into the summer months;

WHEREAS, the Parties agree to further meet-and-confer concerning such issues, such as whether and how to implement alternatives to in-person expert depositions, in light of developments over the next several weeks;

WHEREAS the Parties continue to agree to monitor the COVID-19 situation, and to promptly advise the Court regarding the need for any further adjustments to the schedule or procedures in this case; and

THEREFORE, the Parties stipulate, and request that the Court order, that the deadlines in this case be reset as follows:

| Event | Current Deadline | Proposed new deadline |
| --- | --- | --- |
| Close of expert discovery | May 8, 2020 | June 5, 2020 |
| OSC motion due | May 27, 2020 | June 24, 2020 |
| OSC opposition due | June 17, 2020 | July 15, 2020 |
| OSC reply due | July 1, 2020 | July 29, 2020 |

Dated: April 14, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ John A. Polito
        John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

Dated: April 14, 2020

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric D. Vandevelde
        Eric D. Vandevelde

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**ATTESTATION OF FILER**

The signatories to this document are Eric D. Vandevelde and me, and I have obtained his concurrence to file this document on his behalf.

Dated: April 14, 2020

                              MORGAN, LEWIS & BOCKIUS LLP

                              By:     /s/ John A. Polito
                                        John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: April 14, 2020

                              MORGAN, LEWIS & BOCKIUS LLP

                              By:    /s/ John A. Polito
                                         John A. Polito

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-0106-LRH-VCF<br><br>**ORDER RE: JOINT STIPULATION TO MODIFY SCHEDULE FOR CERTAIN POST-INJUNCTION PROCEEDINGS** |

**ORDER**

**IT IS ORDERED** that the deadlines for post-injunction proceedings are reset as follows:

| Event | Current Deadline | Proposed new deadline |
|---|---|---|
| Close of expert discovery | May 8, 2020 | June 5, 2020 |
| OSC motion due | May 27, 2020 | June 24, 2020 |
| OSC opposition due | June 17, 2020 | July 15, 2020 |
| OSC reply due | July 1, 2020 | July 29, 2020 |

**IT IS SO ORDERED:**

_____
Hon. Cam Ferenbach
United States Magistrate Judge

Dated: April 15, 2020

1

[PROPOSED] ORDER RE JOINT STIPULATION TO MODIFY SCHEDULE
CASE NO. 2:10-CV-0106-LRH-VCF