BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:  702.382.7300
Facsimile:  702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:  202.237.2727
Facsimile:  202.237.6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
  (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:  415.293.6800
Facsimile:  415.293.6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S MOTION TO ENFORCE THE COURT'S ORDERS AND JUDGMENT SEPARATING *RIMINI I* FROM *RIMINI II*** |

I, Barbara Ann Frederiksen-Cross, declare as follows:

1. I have been retained as an expert witness in this matter by Plaintiffs Oracle International Corp. and Oracle America, Inc. ("Oracle"). I submit this Declaration to support Oracle's Opposition to Rimini's Motion To Enforce The Court's Orders and Judgment Separating *Rimini I* from *Rimini II*. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if asked to do so.

2. I am the Director of Litigation Services for JurisLogic, LLC ("JurisLogic"). JurisLogic is an Oregon corporation that provides consulting services to computer hardware and software manufacturers and computer-related technical assistance to the legal profession in the United States, Canada, Japan, Singapore, and Europe. JurisLogic specializes in providing consulting services to corporations and attorneys on intellectual property matters (such as copyright and patent infringement matters, and misappropriation of trade secrets) and performing assessments of computer software and Techno-archeology (the analysis of software development projects). I have experience in the design, development, and analysis of computer software, and I have previously provided both trial and deposition testimony as an expert for matters in state and federal courts, authored a number of papers, and delivered lectures on technology to the legal profession.

3. I have over forty-four (44) years of personal experience as a software developer and consultant, including the development of web-based systems, and secure online data access systems used by banks, insurance companies, hospitals, and telecommunication providers. I have extensive experience in the design, implementation, and ongoing administration of databases and multi-dimensional data aggregation systems, such as data marts and data warehouses used to support business analysis.

4. I have been trained in forensic analysis of computer software in the specific context of copyright infringement and trade secret analyses, and I have previously qualified as an expert in state and federal courts to testify about the operation of computer software and computer systems, including for matters that involve software copyright and trade secret disputes.

1

DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S MOTION TO ENFORCE, ETC.

5. On January 31, 2020, I signed my "Post-Injunction Expert Report of Barbara Ann Frederiksen-Cross," which I understand was submitted to Rimini Street, Inc. ("Rimini") as part of discovery in this action.

6. I have reviewed Exhibit A to the Declaration of Eric Vandevelde, ECF No. 1326. This exhibit contains excerpts from my January 31, 2020 Expert Report. Further, attached to this declaration as Exhibit 1 are additional excerpts from my January 31, 2020 Expert Report.

7. For purposes of this Declaration, I hereby adopt and swear to these opinions set forth in Exhibit A to the Declaration of Eric Vandevelde and Exhibit 1 to this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed on April 23, 2020 at Hubbard, Oregon.

DATED: April 23, 2020

*/s/ Barbara Ann Frederiksen-Cross*
———————————————
Barbara Ann Frederiksen-Cross

2
DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S MOTION TO ENFORCE, ETC.