# Exhibit 1
## Excerpts of the Jan. 31, 2020 Expert Report of Barbara Ann Frederiksen-Cross
# FILED UNDER SEAL