| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:    702.382.7300<br>Facsimile:      702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone:     (202) 237-2727<br>Facsimile:      (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>   (*pro hac vice*)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone:    415.293.6800<br>Facsimile:      415.293.6899<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:    415.442.1000<br>Facsimile:      415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:    650.506.4846<br>Facsimile:      650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>　　　　　　　Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF JACOB J.O. MINNE IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S MOTION TO ENFORCE THE COURT'S ORDERS AND JUDGMENT SEPARATING *RIMINI I* FROM *RIMINI II*** |

I, Jacob J.O. Minne, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am an associate at Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached as Exhibit 2 is a true and correct copy of excerpts from Rimini's July 18, 2019, Corrected First Supplemental Response and Second Supplemental Responses to Oracle's Supplemental Interrogatories.

3. Attached as Exhibit 3 is a true and correct copy of excerpts from *Oracle USA, Inc. v. Rimini Street, Inc.*, Case No. 18-16554 (9th Cir.) ("2018 Appeal"), ECF No. 4-1, Rimini's Motion to Stay The Order of Permanent Injunction.

4. Attached as Exhibit 4 is a true and correct copy of excerpts from 2018 Appeal, ECF No. 7, Oracle's Response to Motion to Stay The Order of Permanent Injunction.

5. Attached as Exhibit 5 is a true and correct copy of excerpts from 2018 Appeal, ECF No. 11, Ninth Circuit's Order Denying Rimini's Motion to Stay The Order of Permanent Injunction.

6. Attached as Exhibit 6 is a true and correct copy of excerpts from 2018 Appeal, ECF No. 33, Reply Brief for Appellant Rimini Street, Inc.

7. Attached as Exhibit 7 is a true and correct copy of excerpts from 2018 Appeal, ECF No. 45, Oracle's Letter re Rimini's 28(j) Notice of Authorities.

8. Attached as Exhibit 8 is a true and correct copy of excerpts from 2018 Appeal, ECF No. 53-1 and 53-2, Rimini's 28(j) Notice of Authorities.

//
//
//
//

1

DECLARATION OF JACOB J.O. MINNE IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S MOTION TO ENFORCE THE COURT'S ORDERS

9. Attached as Exhibit 9 is a true and correct copy of excerpts from 2018 Appeal, Dkt. 46-1 and 46-3, Rimini's Letter re Additional Developments.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Daly City, California, on April 23, 2020.

Dated: April 23, 2020                                   /s/ Jacob J.O. Minne
                                                        Jacob J.O. Minne

DECLARATION OF JACOB J.O. MINNE IN SUPPORT OF ORACLE'S OPPOSITION
TO RIMINI'S MOTION TO ENFORCE THE COURT'S ORDERS