# Exhibit 2
# Excerpt of Rimini's July 18, 2019, Corrected First Supplemental Response to Oracle's Supplemental Interrogatories
# FILED UNDER SEAL