# Exhibit 5

# Order Denying Motion to Stay, filed in *Oracle USA, Inc. v. Rimini Street, Inc.*, Case No. 18-16554, (ECF No. 11)

| UNITED STATES COURT OF APPEALS | **FILED** |
|---|---|
| FOR THE NINTH CIRCUIT | NOV 5 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

ORACLE USA, INC., a Colorado corporation; et al.,

        Plaintiffs-Appellees,

v.

RIMINI STREET, INC., a Nevada corporation,

        Defendant-Appellant.

No. 18-16554

D.C. No. 2:10-cv-00106-LRH-VCF
District of Nevada,
Las Vegas

ORDER

Before:    GRABER, CALLAHAN, and FRIEDLAND, Circuit Judges.

Appellant's motion to stay the district court's August 14, 2018 and August 15, 2018 orders pending appeal (Docket Entry No. 4) is denied. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

The briefing schedule established previously remains in effect.