| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: 702.382.7300<br>Facsimile: 702.382.2755<br>rpocker@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>WILLIAM ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor<br>Washington, DC 20005<br>Telephone: (202) 237-2727<br>Facsimile: (202) 237-6131<br>wisaacson@bsfllp.com<br>kdunn@bsfllp.com<br><br>BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON<br>  (*pro hac vice*)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: 415.293.6800<br>Facsimile: 415.293.6899<br>sholtzman@bsfllp.com<br>brichardson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**MOTION TO SEAL PORTIONS OF ORACLE'S OPPOSITION TO RIMINI'S MOTION TO ENFORCE THE COURT'S ORDERS AND JUDGMENT SEPARATING *RIMINI I* FROM *RIMINI II* AND EXHIBITS TO THE MINNE AND FREDERIKSEN-CROSS DECLARATIONS** |

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, ECF No. 55 ("Protective Order"), Local Rule 10-5(b), and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") respectfully request that the Court order the Clerk of the Court to file under seal portions of Oracle's Opposition to Rimini's Motion to Enforce the Court's Orders and Judgment Separating *Rimini I* from *Rimini II* ("Opposition") and Exhibit 2 to the Declaration of Jacob J.O. Minne ("Minne Decl.") discussing material designated as "Confidential Information" or "Highly Confidential Information – Attorneys' Eyes Only" or consisting of non-public, technologically and commercially sensitive information, and Exhibit 1 to the Declaration of Barbara Ann-Frederiksen-Cross ("Frederiksen-Cross Decl.") in its entirety.  Public, redacted versions of the Opposition and exhibits were filed on April 23, 2020, *see* ECF No. 1333.  Unredacted versions of these documents will be filed under seal with the Court and linked to the filing of this Motion.  "'[G]ood cause' suffices to warrant preserving the secrecy of sealed discovery material attached to nondispositive motions." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).

Exhibit 1 to the Frederiksen-Cross Decl. and certain redacted portions of Oracle's Opposition and Exhibit 2 to the Minne Decl. reflect information that Rimini Street, Inc. ("Rimini") has designated "Confidential" or "Highly Confidential - Attorneys' Eyes Only" under the Protective Order.  Other redacted portions of Oracle's Opposition and these exhibits reflect information drawn from additional sources designated by Rimini under the Protective Order in *Rimini II*.  Oracle submits these documents under seal pursuant to the Protective Order based on Rimini's representation that it reasonably believes there is a valid basis under the Protective Order for its confidentiality designations.  Because the material was designated by Rimini, Oracle is not in a position to provide further justification for why filing the documents publicly would cause Rimini harm sufficient to show good cause.

Exhibit 1 to the Frederiksen-Cross Decl. and certain redacted portions of Oracle's Opposition also reflect non-public, technologically and commercially sensitive information

1

MOTION TO SEAL PORTIONS OF ORACLE'S OPPOSITION TO RIMINI'S MOTION TO ENFORCE
THE COURT'S ORDERS AND JUDGMENT SEPARATING *RIMINI I* FROM *RIMINI II*

relating to Oracle's software, the public disclosure of which would create a significant risk of competitive injury and particularized harm, and would prejudice Oracle. Oracle's competitors and potential competitors could use such information in competition with Oracle.

Oracle has submitted all other portions of the Opposition and exhibits to the Minne Decl. and Frederiksen-Cross Decl. for filing in the Court's public files, which will allow public access to all materials except for the portions discussed above. Accordingly, this request to seal is narrowly tailored.

For the foregoing reasons, Oracle respectfully requests that the Court grant leave to file under seal the documents discussed above.

DATED: April 23, 2020              MORGAN, LEWIS & BOCKIUS LLP


                                   By:   */s/ John A. Polito*
                                          John A. Polito

                                   Attorneys for Plaintiffs Oracle USA, Inc., Oracle
                                   America, Inc., and Oracle International Corporation

# CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of April, 2020, I electronically transmitted the foregoing **MOTION TO SEAL PORTIONS OF ORACLE'S OPPOSITION TO RIMINI'S MOTION TO ENFORCE THE COURT'S ORDERS AND JUDGMENT SEPARATING *RIMINI I* FROM *RIMINI II* AND EXHIBITS TO THE MINNE AND FREDERIKSEN-CROSS DECLARATIONS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

MORGAN, LEWIS & BOCKIUS LLP

DATED: April 23, 2020

By: */s/ John A. Polito*
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation