# [PROPOSED] ORDER

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Motion to Seal Portions of Oracle's Opposition to Rimini's Motion to Enforce the Court's Orders and Judgment Separating *Rimini I* from *Rimini II* and Exhibits to the Minne and Frederiksen-Cross Declarations ("Motion to Seal"). *See* ECF No. 1334.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c).  Having considered Oracle's Motion to Seal, and good cause existing:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal certain portions of Oracle's Opposition to Rimini's Motion to Enforce the Court's Orders and Judgment Separating *Rimini I* from *Rimini II* and Exhibit 2 to the Declaration of Jacob J.O. Minne discussing material designated as "Confidential Information" or "Highly Confidential Information – Attorneys' Eyes Only" or consisting of non-public, technologically and commercially sensitive information and Exhibit 1 to the Declaration of Barbara Ann-Frederiksen-Cross in its entirety.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Cam Ferenbach
United States Magistrate Judge