| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS LLP |
|   | RICHARD J. POCKER (NV Bar No. 3568) | BENJAMIN P. SMITH (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800 | JOHN A. POLITO (*pro hac vice*) |
|   | Las Vegas, NV 89101 | SHARON R. SMITH (*pro hac vice*) |
| 3 | Telephone:   702.382.7300 | One Market, Spear Street Tower |
|   | Facsimile:   702.382.2755 | San Francisco, CA 94105 |
| 4 | rpocker@bsfllp.com | Telephone:   415.442.1000 |
|   |   | Facsimile:   415.442.1001 |
| 5 | BOIES, SCHILLER & FLEXNER LLP | benjamin.smith@morganlewis.com |
|   | WILLIAM ISAACSON (*pro hac vice*) | john.polito@morganlewis.com |
| 6 | KAREN DUNN (*pro hac vice*) | sharon.smith@morganlewis.com |

1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:   202.237.2727
Facsimile:   202.237.6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:   650.506.4846
Facsimile:   650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

BOIES, SCHILLER & FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
   (*pro hac vice*)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone:   415 293 6800
Facsimile:   415 293 6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-0106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105.

On April 23, 2020, I served the following document:

**ORACLE'S OPPOSITION TO RIMINI'S MOTION TO ENFORCE THE COURT'S ORDERS AND JUDGMENT SEPARATING *RIMINI I* FROM *RIMINI II* [FILED UNDER SEAL];**
**EXHIBIT 1 TO THE DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS [FILED UNDER SEAL]; AND**
**EXHIBIT 2 TO THE DECLARATION OF JACOB J. O. MINNE [FILED UNDER SEAL].**

I served the document on the persons below, as follows:

| | |
|---|---|
| Ryan N. DuBose, Esq. | Joseph A. Gorman, Esq. |
| Blaine H. Evanson, Esq. | GIBSON, DUNN & CRUTCHER LLP |
| Shaun A. Mathur, Esq. | 555 Mission Street, Suite 2900 |
| Casey J. McCracken, Esq. | San Francisco, CA 94105-0921 |
| Amber McKonly, Esq. | Email: *JGorman@gibsondunn.com* |
| Jeffrey T. Thomas, Esq. | |
| Jennafer M. Tryck, Esq. | Samuel Liversidge, Esq. |
| Cynthia P. Weaver | Eric D. Vandevelde, Esq. |
| Chris Whittaker, Esq. | GIBSON, DUNN & CRUTCHER LLP |
| Tracy A. Morgan | 333 South Grand Ave., 47th Floor |
| GIBSON, DUNN & CRUTCHER LLP | Los Angeles, CA 90071-3197 |
| 3161 Michelson Drive, Suite 1200 | Email: *SLiversidge@gibsondunn.com* |
| Irvine, CA 92612-4412 | Email: *EVandevelde@gibsondunn.com* |
| Email: *RDubose@gibsondunn.com* | |
| Email: *BEvanson@gibsondunn.com* | Mark A. Perry, Esq. |
| Email: *SMathur@gibsondunn.com* | Jeremy M. Christiansen, Esq. |
| Email: *CMcCracken@gibsondunn.com* | GIBSON, DUNN & CRUTCHER LLP |
| Email: *AMcKonly@gibsondunn.com* | 1050 Connecticut Avenue, N.W. |
| Email: *JTThomas@gibsondunn.com* | Washington, DC 20036 |
| Email: *JTryck@gibsondunn.com* | Email: *MPerry@gibsondunn.com* |
| Email: *CWeaver@gibsondunn.com* | Email: *JChristiansen@gibsondunn.com* |
| Email: *CWhittaker@gibsondunn.com* | |
| Email: *TMorgan2@gibsondunn.com* | |

The document was served pursuant to FRCP 5(b) by sending it by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am a member of the State Bar of California, and am admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated: April 23, 2020

                                             */s/ Lindsey M. Shinn*
                                             Lindsey M. Shinn

CERTIFICATE OF SERVICE