BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:    702.382.7300
Facsimile:    702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:    (202) 237-2727
Facsimile:    (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
   (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:    415.293.6800
Facsimile:    415.293.6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF DAVID R. KOCAN IN SUPPORT OF ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES (L.R. 7-3)** |

I, David R. Kocan, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am an associate at Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached as Exhibit 1 is a true and correct copy of the letter sent by Oracle's outside counsel, Zachary Hill, to Rimini's outside counsel, Eric Vandevelde on January 31, 2019.

3. Attached as Exhibit 2 is a true and correct copy of the letter sent by Rimini's outside counsel, Eric Vandevelde, to Oracle's outside counsel, Zachary Hill, on February 7, 2019.

4. Attached as Exhibit 3 is a true and correct copy of the email sent by Rimini outside counsel, Casey McCracken, to Oracle's outside counsel on March 20, 2020.

5. Attached as Exhibit 4 is a true and correct copy of Rimini's Fourth Supplemental Response to Oracle's Supplemental Interrogatory No. 5.

6. On December 23, 2019, Rimini produced an export of its AFW database that is 14.5 GB and contains 3,917,979 individual records.

7. The AFW database records associated with Rimini's TransferFiles program total 5,975 pages when converted to PDF.

8. Since July 12, 2019, Rimini has produced at least 10,588 individual AFW log files.

9. The AFW log file "█████████████████████████████████████," which Rimini produced on October 9, 2019 under the Bates number RSI007300176, is at least 97 pages when converted to PDF.

10. As of April 2, 2020, Rimini's web-based development tracking tool, ███, ███████████████.

11. As of April 2, 2020, Rimini's web-based tool that it uses to track the testing of updates, ████████████████.

1

DECLARATION OF DAVID R. KOCAN IN SUPPORT OF ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES (L.R. 7-3)

12. Attached as Exhibit 5 is a true and correct PDF copy of ▮ record ▮, which was introduced as Exhibit 1844 during the January 17, 2020 deposition of Rimini's Rule 30(b)(6) Corporate Representative, Craig Mackereth ("Mackereth Depo").

13. Attached as Exhibit 6 is a true and correct PDF copy of ▮, which was introduced as Exhibit 1838 during the Mackereth Depo.

14. The source code file "▮," which Rimini produced as Bates number RSI007600179, is 275 pages when converted to PDF.

15. When converted to PDF, Exhibit D-3 to Rimini's Fourth Supplemental Response to Oracle's Supplemental Interrogatory No. 5 is 512 pages.

16. Based on a careful analysis, Oracle estimates in good faith that 700 pages of evidentiary exhibits will be needed to support its OSC Motion.

17. On average, the opening and opposition summary judgment motions in *Rimini II* (*i.e.*, *Rimini II*, ECF Nos. 881, 888, 898, 910, 916, 930, 956, 967, 979, 995, 1026, 1038, 1065, 1085) were 28.78 pages long and supported by 1,678 pages of exhibits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at San Francisco, California, on April 27, 2020.

Dated: April 27, 2020                                  /s/ David R. Kocan
                                                                    David R. Kocan

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, I electronically transmitted the foregoing **DECLARATION OF DAVID R. KOCAN IN SUPPORT OF ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES (L.R. 7-3)** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: April 27, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ John A. Polito
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation