# Exhibit 1
## Letter from Z. Hill to E. Vandevelde dated Jan. 31, 2019
## Filed Under Seal