# Exhibit 2
# Letter from E. Vandevelde to Z. Hill dated Feb. 7, 2019
# Filed Under Seal