# Exhibit 4
## Rimini's Fourth Supplemental Response to Supplemental Interrogatory No. 5
## Filed Under Seal