# Exhibit 5
## Exhibit 1844 Marked at the Deposition of C. Mackereth
# Filed Under Seal