# Exhibit 6
## Exhibit 1838 Marked at the Deposition of C. Mackereth
## Filed Under Seal