# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>　　　　　Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**[PROPOSED] ORDER** |

Upon consideration of Oracle's **Motion for Leave to File Additional Pages** and for good cause shown,

IT IS ORDERED that the request is GRANTED. Oracle may file a motion for an order to show cause that is up to 30 pages in length and a reply motion of up to 20 pages in length, excluding cover pages, captions, signatures, tables of contents, and tables of authorities. Oracle may attach up to 700 pages of evidentiary exhibits to its motion for an order to show cause.

DATED:

　　　　　　　　　　　By: _____