BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:	702.382.7300
Facsimile:	702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:	(202) 237-2727
Facsimile:	(202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
   (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:	415.293.6800
Facsimile:	415.293.6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:	415.442.1000
Facsimile:	415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:	650.506.4846
Facsimile:	650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**MOTION TO SEAL PORTIONS OF ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES, PORTIONS OF THE DECLARATION OF DAVID R. KOCAN, AND EXHIBITS THERETO** |

MOTION TO SEAL

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, ECF No. 55 ("Protective Order"), Local Rule 10-5, and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") respectfully request that the Court order the Clerk of the Court to file under seal the following documents:

- Portions of Oracle's Motion for Leave to File Additional Pages;
- Portions of the supporting Declaration of David R. Kocan ("Kocan Declaration"); and
- Exhibits 1, 2, and 4–6 to the Kocan Declaration.

Public, redacted version of these documents were filed on April 27, 2020. ECF No. 1337. Unredacted versions of these documents will be filed under seal with the Court and linked to the filing of this Motion. "'[G]ood cause' suffices to warrant preserving the secrecy of sealed discovery material attached to nondispositive motions." *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).

The redacted portions of Oracle's Motion for Leave to File Additional Pages, redacted portions of the Kocan Declaration, and Exhibits 1 and 2 thereto reflect information that Rimini Street, Inc. ("Rimini") has designated "Confidential" or "Highly Confidential – Attorneys' Eyes Only" under the Protective Order. Other redacted portions of these documents reflect information drawn from data sources that Rimini has designated as "Highly Confidential – Attorneys' Eyes Only." Rimini has also designated Exhibits 4–as "Highly Confidential Information – Attorneys' Eyes Only." Oracle submits these documents under seal pursuant to the Protective Order based on Rimini's representation that it reasonably believes there is a valid basis under the Protective Order for its confidentiality designations. Because these materials were designated by Rimini, Oracle is not in a position to provide further justification for why filing the documents publicly would cause Rimini harm sufficient to show good cause.

Oracle has submitted all other portions of its Motion for Leave to File Additional Pages and the Kocan Declaration and exhibits for filing in the Court's public files, which will allow

public access to all materials except for the portions discussed above.  Accordingly, this request to seal is narrowly tailored.

For the foregoing reasons, Oracle respectfully requests that the Court grant leave to file under seal the documents discussed above.

DATED: April 27, 2020

MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ John A. Polito
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

# CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, I electronically transmitted the foregoing **MOTION TO SEAL PORTIONS OF ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES, PORTIONS OF THE DECLARATION OF DAVID R. KOCAN, AND EXHIBITS THERETO** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

MORGAN, LEWIS & BOCKIUS LLP

DATED: April 27, 2020

By:  /s/ John A. Polito
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation