**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Motion to Seal portions of Oracle's Motion for Leave to File Additional Pages, portions of the supporting Declaration of David R. Kocan; and Exhibits 1, 2, and 4–6.  *See* ECF No. 1337.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered Oracle's Motion to Seal, and good cause existing:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal certain portions of Oracle's Motion for Leave to File Additional Pages and the supporting Declaration of David R. Kocan designated as "Confidential Information" or "Highly Confidential Information – Attorneys' Eyes Only" or consisting of non-public, technologically and commercially sensitive information and supporting Exhibits 1, 2, 4–6 in their entirety.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Larry R. Hicks
United States District Court Judge

[PROPOSED] ORDER REGARDING MOTION TO SEAL