| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ERIC D. VANDEVELDE ISO OPPOSITION TO
ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES
CASE NO. 2:10-CV-00106-LRH-VCF

I, Eric D. Vandevelde, declare as follows:

1. I am an attorney admitted pro hac vice to practice before this Court. I am a partner at the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Defendant Rimini Street, Inc. ("Rimini") in the above-captioned case. I submit this declaration in support of Rimini's Opposition to Oracle's Motion for Leave to File Additional Pages. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness I would and could testify competently to them.

2. Oracle filed five summary judgment motions in October 2018 and five replies supporting those motions in December 2018. Those filings totaled more than 200 pages, and over 6,000 pages of exhibits were attached.

3. Oracle attached "Statements of Disputed Facts" as exhibits to its oppositions to Rimini's summary judgment motions, and "Statements of Undisputed Facts" as exhibits to its replies in support of its own summary judgment motions. These Statements of Undisputed and Disputed Facts totaled more than 150 pages.

4. Attached as **Exhibit A** is a true and correct copy of emails dated March 11, 2020, from David R. Kocan, counsel for Oracle, to me and others.

5. Attached as **Exhibit B** is a true and correct copy of an email dated March 20, 2020, from Casey J. McCracken, counsel for Rimini, to Jacob J.O. Minne, counsel for Oracle, and others.

6. Attached as **Exhibit C** is a true and correct copy of an excerpt of the Rebuttal Expert Report of Professor Owen Astrachan, dated March 13, 2020.

///
///
///
///
///
///
///

DECLARATION OF ERIC D. VANDEVELDE ISO OPPOSITION TO
ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP

7. On April 20, 2020, John Polito, counsel for Oracle, sent Rimini a letter threatening to file a Rule 11 sanctions motion against Rimini and Gibson, Dunn & Crutcher, LLP unless Rimini withdrew its Motion to Enforce the Court's Orders and Judgment Separating *Rimini I* from *Rimini II* (ECF No. 1323).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on April 29, 2020, at Los Angeles, California.

                                                 */s/ Eric D. Vandevelde*
                                                   Eric D. Vandevelde

3
DECLARATION OF ERIC D. VANDEVELDE ISO OPPOSITION TO
ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP

**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: April 29, 2020

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By: */s/ Eric D. Vandevelde*
                                                          Eric D. Vandevelde

                                            *Attorneys for Defendant*
                                            *Rimini Street, Inc.*

4
DECLARATION OF ERIC D. VANDEVELDE ISO OPPOSITION TO
ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP