# EXHIBIT A

# Emails dated March 11, 2020, from

# David R. Kocan to Eric D. Vandevelde, et al.

| | |
|---|---|
| **From:** | david.kocan@morganlewis.com |
| **To:** | Perry, Mark A.; Thomas, Jeffrey T.; Liversidge, Samuel; Evanson, Blaine H.; Vandevelde, Eric D.; Gorman, Joseph A.; Whittaker, Chris; Christiansen, Jeremy M.; Tryck, Jennafer M.; Gomez, Ronald; McKonly, Amber; Morgan, Tracy A.; McCracken, Casey J. |
| **Cc:** | [EXT] Polito, John A.; benjamin.smith@morganlewis.com; sharon.smith@morganlewis.com; KDunn@BSFLLP.com; Wisaacson@BSFLLP.com; rpocker@bsfllp.com; [EXT] Rodriguez, Sean; [EXT] Hill, Zachary S.; [EXT] Shinn, Lindsey M.; jacob.minne@morganlewis.com; Stokes, Jenna; [EXT] Schlabach, Gabriel; sungar@bsfllp.com; [EXT] Lee, Lisa S.; ajensen@BSFLLP.com |
| **Subject:** | RE: Oracle v. Rimini Street, Case No. 2:10-cv-00106-LRH-VCF (D. Nev.) - Joint Request for Additional Pages |
| **Date:** | Wednesday, March 11, 2020 10:36:29 PM |

[External Email]

Counsel,

We have one correction / clarification to make to our last email. Our proposal is for 30 pages for the opening and response briefs, 20 pages for the reply, and 1,000 pages for evidentiary exhibits to each. We apologize for the confusion.

**David R. Kocan**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1323 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
david.kocan@morganlewis.com | www.morganlewis.com
Assistant: Alice Caracciolo | +1.415.442.1539 | alice.caracciolo@morganlewis.com

**From:** Kocan, David R.
**Sent:** Wednesday, March 11, 2020 9:12 PM
**To:** mperry@gibsondunn.com; JTThomas@gibsondunn.com; SLiversidge@gibsondunn.com; bevanson@gibsondunn.com; EVandevelde@gibsondunn.com; jgorman@gibsondunn.com; CWhittaker@gibsondunn.com; JChristiansen@gibsondunn.com; JTryck@gibsondunn.com; rgomez@gibsondunn.com; AMcKonly@gibsondunn.com; TMorgan2@gibsondunn.com; 'McCracken, Casey J.' <CMcCracken@gibsondunn.com>
**Cc:** Polito, John A. <john.polito@morganlewis.com>; Smith, Benjamin P. <benjamin.smith@morganlewis.com>; Smith, Sharon R. <sharon.smith@morganlewis.com>; kdunn@bsfllp.com; wisaacson@bsfllp.com; rpocker@bsfllp.com; srodriguez@bsfllp.com; Hill, Zachary Scott <zachary.hill@morganlewis.com>; Shinn, Lindsey M. <lindsey.shinn@morganlewis.com>; Minne, Jacob J.O. <jacob.minne@morganlewis.com>; Stokes, Jenna <jenna.stokes@morganlewis.com>; gschlabach@bsfllp.com; sungar@bsfllp.com; Lee, Lisa S. <lisa.lee@morganlewis.com>; ajensen@bsfllp.com
**Subject:** Oracle v. Rimini Street, Case No. 2:10-cv-00106-LRH-VCF (D. Nev.) - Joint Request for Additional Pages

Counsel,
We believe it would be in the parties' best interest to submit a joint request to the Court for additional pages for evidentiary exhibits for the parties' show cause briefings. Based on our analysis of existing evidence, and budgeting for future depositions, we believe 24 pages for briefing and 1,000 pages for evidentiary exhibits is a reasonable estimate of the number of pages each party will require.
Since the Court requires such requests to be submitted in advance, we propose submitting the joint

request to the Court by Friday, March 13th. Please let us know if Rimini agrees with this proposal. If necessary, we are happy to meet and confer on the issue any time on Thursday, March 12th or the morning of Friday, March 13th.

**David R. Kocan**
**Morgan, Lewis & Bockius LLP**
One Market, Spear Street Tower | San Francisco, CA 94105
Direct: +1.415.442.1323 | Main: +1.415.442.1000 | Fax: +1.415.442.1001
david.kocan@morganlewis.com | www.morganlewis.com
Assistant: Alice Caracciolo | +1.415.442.1539 | alice.caracciolo@morganlewis.com

DISCLAIMER
This e-mail message is intended only for the personal use of the recipient(s) named above. This message may be an attorney-client communication and as such privileged and confidential and/or it may include attorney work product. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.