# EXHIBIT C

# Excerpt of Rebuttal Expert Report of

# Professor Owen Astrachan, dated March 13, 2020

# FILED UNDER SEAL