**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>          Plaintiffs,<br><br>   v.<br><br>RIMINI STREET, INC., et al.,<br><br>          Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION TO SEAL DOCUMENTS IN CONNECTION WITH RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES** |

**[PROPOSED] ORDER**

Pending before this Court is Defendant Rimini Street, Inc.'s Motion to Seal Documents in Connection with Rimini's Opposition to Oracle's Motion for Leave to File Additional Pages ("Motion to Seal"). Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal and good cause existing:

///

///

1   IT IS HEREBY ORDERED THAT:  Rimini's Motion to Seal is GRANTED.  The Clerk
2   of the Court shall file under seal Exhibit C to the Declaration of Eric D. Vandevelde in Support
3   of Rimini's Opposition to Oracle's Motion for Leave to File Additional Pages.
4   IT IS SO ORDERED.

6   Dated: _____

_____
Hon. Larry R. Hicks
United States District Judge