GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

*Attorneys for Defendant*
*Rimini Street, Inc.*

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: 925.264.7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: 336.908.6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: 702.667.4843
wwa@h2law.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., et al.,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE OF SEALED EXHIBIT RE RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES** |

# CERTIFICATE OF SERVICE

I, Stephen C. Whittaker, certify as follows:

I am employed in the County of Orange, State of California.  I am over the age of 18 years and am not a party to this action.  My business address is 3161 Michelson Drive, Irvine, California 92612, in said County and State.   On April 29, 2020, I served the following document(s):

**SEALED EXHIBIT C TO DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES [SEALED ECF NO. 1344]**

**CERTIFICATE OF SERVICE**

on the persons stated below, by the following means of service:

| **BOIES, SCHILLER & FLEXNER LLP** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| Karen L. Dunn<br>    KDunn@bsfllp.com | Zachary S. Hill<br>    zachary.hill@morganlewis.com |
| William Isaacson<br>    wisaacson@bsfllp.com | David Kocan<br>    david.kocan@morganlewis.com |
| Ashleigh Jensen<br>    ajensen@bsfllp.com | Lisa S. Lee<br>    lisa.lee@morganlewis.com |
| Tran Le<br>    tle@bsfllp.com | Jacob J.O. Minne<br>    jacob.minne@morganlewis.com |
| Richard J. Pocker<br>    rpocker@bsfllp.com | John A. Polito<br>    John.polito@morganlewis.com |
| Beko Reblitz-Richardson<br>    brichardson@bsfllp.com | Lindsey M. Shinn<br>    lindsey.shinn@morganlewis.com |
| Sean Rodriguez<br>    srodriguez@bsfllp.com | Benjamin P. Smith<br>    benjamin.smith@morganlewis.com |
| Gabriel Schlabach<br>    gschlabach@bsfllp.com | Sharon R. Smith<br>    sharon.smith@morganlewis.com |
| Samuel Ungar<br>    sungar@bsfllp.com | |

The document was served pursuant to Fed. R. Civ. P. 5(b) via electronic mail.  Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I caused the document to be sent to the persons at the email addresses listed above.

I am admitted *pro hac vice* to the bar of this Court.

///

///

1    I declare under penalty of perjury under the laws of the United States of America that

2    the foregoing is true and correct, and that this declaration was executed on April 29, 2020, at

3    Irvine, California.

4

5                                                    */s/ Stephen C. Whittaker*
                                                      Stephen C. Whittaker

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

CERTIFICATE OF SERVICE
CASE NO. 2:10-CV-00106-LRH-VCF