BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:     702.382.7300
Facsimile:      702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:     (202) 237-2727
Facsimile:      (202) 237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
    (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:     415.293.6800
Facsimile:      415.293.6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:      415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:      650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**REPLY IN SUPPORT OF ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES (L.R. 7-3)** |

REPLY IN SUPPORT OF ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES

Rimini opposes Oracle's motion to extend the page limit on Oracle's upcoming motion for an order to show cause, asserting that this Court established page limits for motions in an Order last year.  However, Rimini fails to quote the governing portion of the Order: "If a party has need to make a substantive filing greater than 30 pages, it must ***request permission to do so in accordance with LR 7-3(c) and demonstrate good cause with specificity***. Filing a motion over the page limit alongside a motion to exceed page limits is not permitted." Order, *Rimini II* ECF No. 1240 at 7 (emphasis added).  In accordance with this Court's Order, Oracle filed a motion requesting permission for additional pages prior to filing its motion for an order to show cause, and Oracle has demonstrated good cause by showing:  (a) the motion for an order to show cause concerns the critically important issue of enforcing this Court's Injunction; (b) the record regarding Injunction-compliance is voluminous; and (c) the record includes individual exhibits that are so voluminous that a single exhibit would exceed the Order's page limit.  Rimini also ignores the portion of the Order that explains that the page limit is appropriate for motions like a motion in limine.  A motion for an order to show cause regarding injunction compliance is, by its nature, a substantially more involved proceeding than a motion in limine, and it warrants more comprehensive briefing.  As Rimini has entirely failed to rebut Oracle's showing of good cause, Oracle's motion for additional pages should be granted.

DATED: April 30, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: _____/s/ John A. Polito_____
       John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

1

REPLY IN SUPPORT OF ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2020, I electronically transmitted the foregoing **REPLY IN SUPPORT OF ORACLE'S MOTION FOR LEAVE TO FILE ADDITIONAL PAGES** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: April 30, 2020                    MORGAN, LEWIS & BOCKIUS LLP


By:      /s/ John A. Polito
             John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation