GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: 925.264.7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: 336.908.6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: 702.667.4843
wwa@h2law.com

*Attorneys for Defendant
Rimini Street, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., , et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., et al.,<br><br>    Defendants. | Case No. 2:10-CV-00106-LRH-VCF<br><br>**DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI'S REPLY IN SUPPORT OF ITS MOTION TO ENFORCE THE COURT'S ORDERS AND JUDGMENT SEPARATING *RIMINI I* FROM *RIMINI II*** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF
RIMINI'S REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S ORDERS AND JUDGMENT
CASE NO. 2:10-CV-00106-LRH-VCF

I, Eric D. Vandevelde, declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Rimini Street, Inc. in the above-captioned case. I submit this declaration in support of Rimini's Reply in Support of Rimini's Motion to Enforce the Court's Orders and Judgment Separating *Rimini I* from *Rimini II*. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness, I would and could testify competently to them.

2. Attached as **Exhibit C** is a true and correct copy of excerpts from the transcript of the deposition of Safra Catz, taken on February 16, 2018, in connection with *Rimini Street, Inc. v. Oracle International Corp. ("Rimini II")*, No. 14-1699-LRH-CWH (D. Nev.).

3. Attached as **Exhibit D** is a true and correct copy of excerpts from the transcript of the July 13, 2017 oral argument before the Ninth Circuit in the *Rimini I* appeal, *Oracle USA Inc. v. Rimini Street, Inc. ("Rimini I")*, Nos. 16-16832, 16-16905 (9th Cir. July 13, 2017).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on May 7, 2020, at Los Angeles, California.

*/s/ Eric D. Vandevelde*
Eric D. Vandevelde

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF
RIMINI'S REPLY IN SUPPORT OF MOTION TO ENFORCE THE COURT'S ORDERS AND JUDGMENT
CASE NO. 2:10-CV-00106-LRH-VCF