# EXHIBIT D

## Excerpts from Transcript of Oral Argument

*Rimini I*, Nos. 16-16832, 16-16905
(9th Cir. July 13, 2017)

**Atkinson-Baker Court Reporters**
**www.depo.com**

1          IN THE UNITED STATES COURT OF APPEALS

2                 FOR THE NINTH CIRCUIT

3

4

5   ORACLE USA INC., a Colorado      )
    corporation; ORACLE AMERICA,     )
6   INC., a Delaware corporation;    )
    ORACLE INTERNATIONAL             ) Nos. 16-16832
7   CORPORATION, a California        )     16-16905
    corporation,                     )
8                                    )
            Plaintiffs-Appellees,    )
9                                    )
        vs.                          )
10                                   )
    RIMINI STREET, INC., a           )
11  Nevada corporation; SETH         )
    RAVIN, an individual,            )
12                                   )
            Defendants-Appellants.   )
13  _____ )

14

15

                TRANSCRIPTION OF ORAL ARGUMENT
16
                        JULY 13, 2017
17

18

19

20

21  ATKINSON-BAKER, INC.
    COURT REPORTERS
22  (800) 288-3376
    www.depo.com
23

24  REPORTED BY:  RENAE E. LOPEZ, CSR NO. 12142

25  FILE NO.:  AB07AA8

**Atkinson-Baker Court Reporters**
www.depo.com

```
 1   principal affirmative defense was express license.

 2        JUDGE GRABER:  Right.

 3        MR. CLEMENT:  It was expressly licensed.  The

 4   burden's on them to point to provisions in the -- in

 5   the licenses that authorize their conduct.

 6        JUDGE GRABER:  Okay.  He's done that today.

 7        MR. CLEMENT:  Well, if -- if I can say, first, he

 8   has to do that at the right time in the litigation.

 9        JUDGE GRABER:  I understand.

10        MR. CLEMENT:  And he hasn't done that.  Secondly,

11   even the provisions that he points to today do not

12   remotely map onto the copying and distribution that

13   they conceded below.  And so I'm happy to talk about

14   specific romanettes if we'd like, but nothing in any of

15   these licenses remotely authorized them to have

16   thousands and thousands of copies on their own servers

17   and to engage in copying and distribution for the

18   copyrighted work of one client and use it on another

19   client.

20             And these are not just contract disputes.  I

21   mean, again, that's another argument that they didn't

22   properly preserve.

23        JUDGE FRIEDLAND:  Though your opposing counsel

24   argued, though, that the -- that the injunction and --

25   and the copyright ruling prohibits them from using
```

24

**Oral Argument**
**July 13, 2017**

**Atkinson-Baker Court Reporters**
**www.depo.com**

```
 1   the -- from making -- even -- even the licensee from
 2   making a copy for a testing environment.  Do you -- and
 3   then by proxy, their client from helping the -- the
 4   licensee from doing that.  Do you dispute that it
 5   prevents them from doing that?
 6        MR. CLEMENT:  I -- I certainly would say that
 7   they can't make a testing environment on their own
 8   servers.  Now, you know, whether -- whether they can go
 9   in, consistent with the terms of the lease, and not
10   engaging in any cross-use, and not doing it on their
11   own servers, whether they can go in and -- and assist a
12   licensed user in creating a testing environment on that
13   licensed user's servers and use it to make a fix, I
14   think that they probably can do that, with the caveat
15   that it might depend on the specific terms of the
16   specific license.
17             And to the extent there are disputes about
18   that, I mean, Mr. Perry and his law firm are involved
19   in Rimini 2 at a stage that they weren't involved in
20   Rimini 1, and those issues can be resolved.  And to the
21   extent that they say that there's something very
22   specific that they can't do under the license, that
23   they say they need to do in order to provide this
24   service, I suppose we could then have a copyright
25   misuse affirmative defense that was focused on that
```

**Oral Argument**
**July 13, 2017**