BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:     702.382.7300
Facsimile:      702.382.2755
rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
WILLIAM ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
Telephone:     202.237.2727
Facsimile:      202.237-6131
wisaacson@bsfllp.com
kdunn@bsfllp.com

BOIES SCHILLER FLEXNER LLP
STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
   (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:     415.293.6800
Facsimile:      415.293.6899
sholtzman@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:      415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:      650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

        Plaintiffs,

    v.

RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,

        Defendants.

**Case No. 2:10-cv-0106-LRH-VCF**

**DECLARATION OF JACOB J.O. MINNE IN SUPPORT OF ORACLE'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11, 28 U.S.C. § 1927, AND THE COURT'S INHERENT AUTHORITY**

I, Jacob J.O. Minne, declare as follows:

1.      I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*.  I am an associate at Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action.  I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2.      Attached as Exhibit 1 is a true and correct copy of excerpts from *Oracle USA, Inc. v. Rimini Street, Inc.*, Case No. 18-16554 (9th Cir.) ("2018 Appeal"), ECF No. 46-1 and 46-3, Rimini's Letter re Additional Developments and Exhibit B thereto.

3.      Attached as Exhibit 2 is a true and correct copy of excerpts from 2018 Appeal, ECF No. 4-1, Rimini's Motion to Stay the Order of Permanent Injunction.

4.      Attached as Exhibit 3 is a true and correct copy of 2018 Appeal, ECF No. 11, Ninth Circuit's Order Denying Rimini's Motion to Stay the Order of Permanent Injunction.

5.      Attached as Exhibit 4 is a true and correct copy of excerpts from 2018 Appeal, ECF No. 12, Opening Brief for Rimini Street, Inc.

6.      Attached as Exhibit 5 is a true and correct copy of 2018 Appeal, ECF No. 45, Oracle's Letter re Rimini's 28(j) Notice of Authorities.

7.      Attached as Exhibit 6 is a true and correct copy of excerpts from 2018 Appeal, ECF No. 23, Answering Brief for Oracle.

8.      Attached as Exhibit 7 is a true and correct copy of 2018 Appeal, ECF No. 53-1 and 53-2, Rimini's 28(j) Notice of Authorities and Exhibit A thereto.

9.      On April 20, 2020, Counsel for Rimini was served with a copy of "ORACLE'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11, 28 U.S.C. § 1927, AND THE COURT'S INHERENT AUTHORITY."  Rimini did not withdraw its Motion to Enforce after receiving Oracle's Rule 11 Motion and expressly declined to do so in correspondence dated May 7, 2020.  The motion filed herewith is identical to the motion served

1

on Rimini except for two non-substantive changes on page seven, and the addition of exhibit numbers for citations to the documents attached to this declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed at Daly City, California, on May 12, 2020.

Dated: May 12, 2020

_/s/_ Jacob J.O. Minne

Jacob J.O. Minne

2

DECLARATION OF JACOB J.O. MINNE IN SUPPORT OF ORACLE'S MOTION FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 11, 28 U.S.C. § 1927, AND THE COURT'S INHERENT AUTHORITY