**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation,<br><br>Defendant. | 2:10-cv-0106-LRH -VCF<br><br>**ORDER** |

Before the Court is the Joint Submission regarding Schedule for Certain Post-Injunction Proceedings (ECF NO. 1351).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Joint Submission regarding Schedule for Certain Post-Injunction Proceedings (ECF NO. 1351) is scheduled for **11:00 AM, June 4, 2020, in Courtroom 3D**.

One counsel for Plaintiffs and one counsel for Defendant must attend the scheduled hearing in person to present argument. All other counsel may listen in by telephone.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

The Court is closely following and reinforcing the guidelines from the CDC and other relevant health authorities and is taking precautionary measures to limit the potential spread of the COVID-19 virus. For example:

• All visitors to the courthouse will be required to maintain a social distance of at least six feet and either wash their hands or use hand sanitizer before entering the courtroom.

• Inside the courtrooms, conference rooms, chairs, tables, and microphones that have been used will be cleaned after each proceeding. Counsel (parties) are encouraged to bring disinfectant wipes to clean the surfaces to their own comfort level as well.

• Counsel(parties) are encouraged to bring and wear personal protective equipment including face masks, gloves, or other protective coverings.

**If you do not feel well, contact chambers (702)464-5540 immediately to reschedule this hearing or make arrangements to attend it remotely. DO NOT COME TO THE COURTHOUSE IF YOU ARE EXPERIENCING FLU-LIKE SYMPTOMS such as a cough, fever, or shortness of breath, or if you have been in contact with anyone who has been recently diagnosed with a COVID-19 infection. Refer to Temporary General Order 2020-02 for additional courthouse-access policies and procedures.**

DATED this 28th day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE