# EXHIBIT 1

[Excerpts of Post-Injunction Expert Report of Barbara Ann Frederiksen-Cross – FILED UNDER SEAL]