# EXHIBIT 5

[Excerpts of Metadata that Accompanied Rimini's Particular Productions - REDACTED]

Metadata of Rimini Produced █ Files

| PRODUCTION | BATES NUMBER | DATE MODIFIED | CUSTODIANS | FILE NAME | MD5 HASH | FILE PAS |
|---|---|---|---|---|---|---|
| PROD_005 | RSI006952813 | | | | | |
| PROD_015 | RSI007226400 | | | | | |
| PROD_018 | RSI007297707 | | | | | |
| PROD_018 | RSI007297734 | | | | | |
| PROD_018 | RSI007297741 | | | | | |
| PROD_018 | RSI007297989 | | | | | |
| PROD_018 | RSI007298088 | | | | | |
| PROD_018 | RSI007298348 | | | | | |
| PROD_018 | RSI007298349 | | | | | |
| PROD_018 | RSI007298403 | | | | | |
| PROD_018 | RSI007298436 | | | | | |
| PROD_018 | RSI007298574 | | | | | |
| PROD_018 | RSI007298632 | | | | | |
| PROD_018 | RSI007298703 | | | | | |
| PROD_018 | RSI007298750 | | | | | |
| PROD_018 | RSI007298768 | | | | | |
| PROD_018 | RSI007298990 | | | | | |
| PROD_018 | RSI007299061 | | | | | |
| PROD_018 | RSI007299208 | | | | | |
| PROD_018 | RSI007299221 | | | | | |
| PROD_018 | RSI007299372 | | | | | |
| PROD_018 | RSI007299391 | | | | | |
| PROD_018 | RSI007299419 | | | | | |
| PROD_018 | RSI007299699 | | | | | |
| PROD_018 | RSI007299747 | | | | | |
| PROD_043 | RSI007981845 | █ | | | | |

\* The table above was obtained by filtering Rimini's metadata productions for records whose FILE NAME field is equal to █. For conciseness, the following fields have been omitted from this excerpt: ENDING BATES NUMBER, BEGINNING ATTACHMENT NUMBER, ENDING ATTACHMENT NUMBER, DOCUMENT TYPE, DATE SENT, DATE RECEIVED, DATE CREATED, AUTHOR, SENDER, TO, CC, BCC, TITLE, EMAIL SUBJECT, NATIVE FILE LINK, and TEXT PATH. The data from these fields is available upon request.

Highly Confidential Information - Attorneys' Eyes Only