# EXHIBIT 6

[Excerpts of Exhibit 43 to Barbara Ann Frederiksen-Cross Opening Report – FILED UNDER SEAL]