# EXHIBIT 7

[Excerpts of Exhibit 42 to Barbara Ann Frederiksen-Cross Opening Report – FILED UNDER SEAL]