# EXHIBIT 8

[Excerpts of Metadata that Accompanied Rimini's Particular Production – REDACTED]

Metadata Produced with ███████ Files Containining DevTrack IDs in "File Pas" Field

| BATES NUMBER | DATE MODIFIED | CUSTODIAN | TITLE | MD5 HASH | FILE PAS |
|---|---|---|---|---|---|
| RSI007990726 | | | | | |
| RSI007226392 | | | | | |
| RSI007226389 | | | | | |
| RSI007226388 | | | | | |
| RSI007990725 | | | | | |
| RSI007226391 | | | | | |
| RSI007226386 | | | | | |
| RSI007226387 | | | | | |
| RSI007226474 | | | | | |
| RSI007226560 | | | | | |
| RSI007981844 | | | | | |
| RSI007990724 | | | | | |
| RSI007226390 | | | | | |

* The data in the table above was obtained by filtering Rimini's metadata productions for documents with the filename ███████ that have an update ID in the FILE PAS field.  Alternating row highlights have been added to help distinguish the following six update IDs: HCM200705, HCM200640, HCM200496, HCM200172, HCM200193, and HCM200602.  For conciseness, the following fields have been omitted from this exhibit: Ending Bates Number, Beginning Attachment Number, Ending Attachment Number, and Document Type.
** Rimini did not produce the following metadata for these documents: Date Sent, Date Received, Date Created, Author, Sender, To, CC, BCC, and Email Subject. Accordingly, these fields have also been omitted from this exhibit.

Highly Confidential Information - Attorneys' Eyes Only