BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:     702.382.7300
Facsimile:      702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:     202.223.7300
Facsimile:      202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

BOIES SCHILLER FLEXNER LLP
SEAN P. RODRIGUEZ (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:     415.293.6800
Facsimile:      415.293.6899
srodriguez@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:     415.442.1000
Facsimile:      415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:      650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37**<br><br><br>**REDACTED** |

DECLARATION OF SEAN P. RODRIGUEZ
IN SUPPORT OF ORACLE'S MOTION FOR SANCTIONS

I, Sean P. Rodriguez, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner at Boies Schiller Flexner LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached as Exhibit A is a true and correct excerpted copy of a February 7, 2019 letter from Eric Vandevelde to Zachary Hill.

3. Attached as Exhibit B is a true and correct excerpted copy of Rimini's Fourth Supplemental Response to Oracle's Interrogatory No. 2 served on March 27, 2018 in *Rimini II*.

4. Attached as Exhibit C is a true and correct excerpted copy of the transcript from the February 23, 2018 deposition of Jim Benge in *Rimini II*.

5. Attached as Exhibit D is a true and correct excerpted copy of the transcript from the February 28, 2018 deposition of Richard Frank in *Rimini II*.

6. Attached as Exhibit E is a true and correct excerpted copy of Oracle's Thirteenth Requests for Production served on September 20, 2017 in *Rimini II*.

7. Attached as Exhibit F is a true and correct excerpted copy of Rimini's October 20, 2017 Responses to Oracle's Thirteenth Requests for Production in *Rimini II*.

8. Attached as Exhibit G is a true and correct excerpted copy of Rimini's Amended Responses to Oracle's Interrogatory No. 23 served on November 30, 2017 in *Rimini II*.

9. Attached as Exhibit H is a true and correct excerpted copy of a December 20, 2017 letter from Eric Vandevelde to Nicholas T. Herrera.

10. Attached as Exhibit I is a true and correct excerpted copy of a September 27, 2018 letter from Beko Reblitz-Richardson to Eric Vandevelde.

11. Attached as Exhibit J is a true and correct copy of a November 7, 2018 letter from Beko Reblitz-Richardson to Eric Vandevelde.

12. Attached as Exhibit K is a true and correct excerpted copy of a December 10, 2018 letter from Eric Vandevelde to Beko Reblitz-Richardson.

13. Attached as Exhibit L is a true and correct excerpted copy of an August 28, 2019 letter from David R. Kocan to Eric Vandevelde.

14. Attached as Exhibit M is a true and correct excerpted copy of a November 26, 2019 letter from Jacob J.O. Minne to Jennafer M. Tryck.  Exhibit D to this November 26, 2019 letter is an Excel spreadsheet with ▪▪▪▪ rows that would be over six hundred pages long if printed.  Because this document would exceed the exhibit page limit, Exhibit D to the November 26, 2019 letter is not attached hereto but can be made available upon request.

15. As explained in the November 26, 2019 letter, Oracle identified to Rimini ▪▪▪▪ files distributed by Rimini using AFW TransferFiles that "cannot be matched to any part of the pathnames of similarly named files that Rimini has produced."  In light of subsequent meet and confers and further productions made by Rimini, and removing AFW code files and AFW debug files, Oracle has identified ▪▪▪▪ of those files to be removed from Exhibit D.  Attached as Exhibit N is a list of entries previously in Exhibit D that Oracle has removed.  Oracle therefore now claims that Rimini has failed to produce at least ▪▪▪▪ relevant files that Rimini sent to customers using TransferFiles.

16. Attached as Exhibit O is a true and correct copy of an August 21, 2019 letter from David R. Kocan to Eric Vandevelde.

17. Attached as Exhibit P is a true and correct copy of an October 1, 2019 letter from Eric Vandevelde to Kathleen Hartnett.

18. Attached as Exhibit Q is a true and correct excerpted copy of an October 2, 2019 email from Eric Vandevelde that includes the following description of the AFW file archiving tool: ▪▪▪▪

19. Attached as Exhibit R is a true and correct copy of a document titled ███ that Rimini produced under the Bates number RSI007949155 along with excerpted metadata, such as the field ███ with the value of ███.

20. Attached as Exhibit S is a true and correct copy of an August 28, 2019 letter from Eric Vandevelde to David R. Kocan.

21. Attached as Exhibit T is a true and correct excerpted copy of Oracle's Seventh Set of Interrogatories served on September 22, 2017 in *Rimini II*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed at San Francisco, California.

DATED: July 10, 2020

_____
Sean P. Rodriguez

3
DECLARATION OF SEAN P. RODRIGUEZ
IN SUPPORT OF ORACLE'S MOTION FOR SANCTIONS

# CERTIFICATE OF SERVICE

I certify that on July 10, 2020, I electronically transmitted the foregoing **DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: July 10, 2020

BOIES SCHILLER FLEXNER LLP

By:  /s/ *Ashleigh Jensen*
     Ashleigh Jensen