# EXHIBIT B

[Rimini's Fourth Supplemental Response to Oracle's Interrogatory No. 2 served on March 27, 2018 in *Rimini II* – FILED UNDER SEAL]