# EXHIBIT C

[Excerpts of the transcript from the February 23, 2018 deposition of Jim Benge in *Rimini II* – FILED UNDER SEAL]