# EXHIBIT E

[Excerpts of Oracle's Thirteenth Requests for Production served on September 20, 2017 in *Rimini II*]

| | | |
|---|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | JOHN A. POLITO (*pro hac vice*)<br>NITIN JINDAL (*pro hac vice*) |
| 3 | Telephone:    702.382.7300<br>Facsimile:     702.382.2755 | One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| 4 | rpocker@bsfllp.com | Telephone:    415.442.1000<br>Facsimile:     415.442.1001 |
| 5 | BOIES SCHILLER FLEXNER LLP<br>WILLIAM A. ISAACSON (*pro hac vice*) | thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com |
| 6 | KAREN L. DUNN (*pro hac vice*)<br>1401 New York Avenue, NW, 11th Floor | nitin.jindal@morganlewis.com |
| 7 | Washington, DC 20005<br>Telephone:    202.237.2727 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Facsimile:     202.237.6131<br>wisaacson@bsfllp.com | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | kdunn@bsfllp.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 10 | BOIES SCHILLER FLEXNER LLP<br>STEVEN C. HOLTZMAN (*pro hac vice*) | Telephone:    650.506.4846<br>Facsimile:     650.506.7114 |
| 11 | BEKO O. REBLITZ-RICHARDSON<br>   (*pro hac vice*) | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | 1999 Harrison Street, Suite 900<br>Oakland, CA 94612 | jim.maroulis@oracle.com |
| 13 | Telephone:    510.874.1000<br>Facsimile:     510.874.1460 | *Attorneys for Counterclaimants and Defendants Oracle America, Inc. and* |
| 14 | sholtzman@bsfllp.com<br>brichardson@bsfllp.com | *Oracle International Corporation* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 17 | RIMINI STREET, INC., a Nevada corporation;<br>                Plaintiff, | Case No  2:14-cv-01699 LRH CWH |
| 18 | v. | **COUNTERCLAIMANTS AND DEFENDANTS ORACLE** |
| 19 | ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, and | **AMERICA, INC.'S AND ORACLE INTERNATIONAL** |
| 20 | ORACLE AMERICA, INC., a Delaware corporation | **CORPORATION'S THIRTEENTH SET OF REQUESTS FOR** |
| 21 | Defendants. | **PRODUCTION TO COUNTERDEFENDANT AND** |
| 22 | ORACLE AMERICA, INC., a Delaware corporation; and ORACLE | **PLAINTIFF RIMINI STREET, INC.** |
| 23 | INTERNATIONAL CORPORATION, a California corporation, | |
| 24 | Counterclaimants, | |
| 25 | v. | |
| 26 | RIMINI STREET, INC., a Nevada corporation, *et al.*, | |
| 27 | Counterdefendants. | |
| 28 | | |

ORACLE'S THIRTEENTH SET OF REQUESTS FOR PRODUCTION TO RIMINI STREET

7. In the event that any Document called for by these Requests has been destroyed, lost, or otherwise become unavailable, that Document is to be identified as follows: type of document, author, addressor, addressee, recipients of indicated or "blind" copies, date, subject matter, number of pages, attachments or appendices, all Persons believed at any time to have had a copy of the Document, date of destruction or loss, place and manner of destruction or loss, Persons authorizing the destruction of the Document, and Persons destroying or responsible for losing the Document.

8. Pursuant to Federal Rule of Civil Procedure 26(e), Your responses to these Requests for Production are to be promptly supplemented to include any subsequently acquired Documents and information.

9. A party's full or abbreviated name or a pronoun referring to a party means the party and, where applicable, its officers, directors, employees, partners, corporate parent, subsidiaries or affiliates. This definition is not intended to impose a discovery obligation on any person who is not a party to the litigation.

**REQUEST FOR PRODUCTION NO. 252:**

All documents concerning Rimini's storage or transfer of fixes, patches or updates for Oracle Software, for example and without limitation documents concerning Rimini's use of any file-sharing application, FTP or similar servers and protocols, or ShareFile.

**REQUEST FOR PRODUCTION NO. 253:**

All documents constituting, in whole or in part, fixes, patches or updates for Oracle Software stored or transferred by Rimini in any manner, such as for example and without limitation by means of any file-sharing application, FTP or similar servers and protocol, or ShareFile.

**REQUEST FOR PRODUCTION NO. 254:**

All documents used to create, fixes, patches or updates for Oracle Software that have been stored or transferred by Rimini in any manner, such as for example and without limitation by means of any file-sharing application, FTP or similar servers and protocol, or ShareFile.

ORACLE'S THIRTEENTH SET OF REQUESTS FOR PRODUCTION TO RIMINI STREET

| | |
|---|---|
| DATED:  September 20, 2017 | MORGAN, LEWIS & BOCKIUS LLP |
| | By: _____/s/ John A. Polito_____ |
| | John A. Polito |
| | Attorneys for Counterclaimants and Defendants Oracle America, Inc. and Oracle International Corporation |