Case 2:10-cv-00106-LRH-VCF   Document 1361-6   Filed 07/10/20   Page 1 of 1

# EXHIBIT F

[Excerpts of Rimini's October 20, 2017 Responses to Oracle's Thirteenth Requests for Production in Rimini II – FILED UNDER SEAL]