# EXHIBIT G

[Excerpts of Rimini's Amended Responses to Oracle's Interrogatory No. 23 served on November 30, 2017 in *Rimini II* – FILED UNDER SEAL]