# EXHIBIT J

[November 7, 2018 letter from Beko Reblitz-Richardson to Eric Vandevelde – REDACTED]



November 7, 2018

**VIA EMAIL**

Eric Vandevelde, Esq.
Gibson Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071

      Re:    *Rimini Street, Inc. v. Oracle Int'l Corp. ("Rimini II")*
             Case No.: 2:14-cv-01699 (D. Nev.)

Dear Mr. Vandevelde:

      I write in response to your letter dated October 19, 2018, regarding Rimini's deficient productions.

      Oracle disagrees with your characterization of these disputes as untimely, and also disputes the sufficiency of Rimini's productions as to the five categories of missing evidence addressed in your letter. However, to avoid belaboring these disputed issues, I will turn to the further information you requested with regard to the sixth topic: Rimini materials deleted from AFW FTP folders. 10/19/2018 Vandevelde Ltr. at 4-5.

      In order to investigate the missing files transferred via the AFW FTP process, you requested a description of what Oracle described in my September 27, 2018 letter as "Rimini's FTP folder production" and "the record Rimini produced of all of its AFW FTP transfers." *Id.* at 5. Rimini produced versions of its FTP folders in a number of AFW productions, for varying numbers of customers, and with varying numbers of files and levels of completeness, including: RSI2_AFW_000000002, RSI2_AFW_000000004, RSI2_AFW_000000005, and RSI2_AFW_000000009.

      You also sought an explanation of the methodology used to compile the list of documents in Attachment A to my September 27 letter. 10/19/2018 Vandevelde Ltr. at 5. The ███████████ listed in Attachment A are documents that according to Rimini's AFW database (produced in RSI2_AFW_000000009), were transferred with the AFW function TransferFiles, and thus should have ███████████████████████████. However, the FTP folders Rimini produced, as described above, ███████████ ███████████.

      Along with the detail provided in my September 27 letter, this information should be sufficient for Rimini to address whether or not Rimini has within its possession and

BOIES SCHILLER FLEXNER LLP

1999 Harrison Street, Suite 900, Oakland, CA 94612 | (t) 510 874 1000 | (f) 510 874 1460 | www.bsfllp.com



Eric Vandevelde, Esq.
November 7, 2018
Page 2 of 2

has produced files corresponding to all of the files that, according to Rimini's own records, Rimini transferred via its AFW FTP process.  Please let me know if you would like to discuss further.

                Very truly yours,

                /s/ *Beko Reblitz-Richardson*

                Beko Reblitz-Richardson

cc via email:

    Joseph Gorman
    Jeffrey T. Thomas
    Samuel Liversidge
    Michele L. Maryott
    Casey J. McCracken
    Chris Whittaker
    Jennafer M. Tryck
    Ronald Gomez
    Katie M. Magallanes
    Blake Shinoda
    Daniel R. Adler
    Daniel J. Kuo
    Wesley Sze
    Matthew Sessions
    Amber McKonly
    Tracy A. Morgan
    Benjamin P. Smith
    John Polito
    Sharon R. Smith
    Frank B. Kennamer
    Lucy Wang
    Zachary Hill
    Lindsey M. Shinn
    Lisa Lee
    Ashleigh Jensen