# EXHIBIT K

[Excerpts of a December 10, 2018 letter from Eric Vandevelde to Beko Reblitz-Richardson – REDACTED]

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Eric D. Vandevelde
Direct: +1 213.229.7186
Fax: +1 213.229.6186
EVandevelde@gibsondunn.com

December 10, 2018

VIA ELECTRONIC MAIL

Beko Reblitz-Richardson
Boies Schiller Flexner LLP
1999 Harrison Street
Suite 900
Oakland, CA  94612

Re:     *Rimini Street, Inc. v. Oracle Int'l Corp.* ("*Rimini II*")
        Case No. 14-cv-1699 (D. Nev.)

Dear Beko:

I write in response to your letter dated November 7, 2018, which purports to address Rimini's production of materials from its AFW FTP folders.  Nov. 7, 2018 Letter from B. Reblitz-Richardson to E. Vandevelde.

In your letter, Oracle states that it has identified in "Attachment A" materials that were transferred through the AFW FTP process, but "for which there is no corresponding file in Rimini's FTP folder production."  Sept. 27, 2018 Letter from B. Reblitz-Richardson to E. Vandevelde at 5.  Oracle asks Rimini to confirm "whether or not Rimini has within its possession and has produced files corresponding to all of the files that . . . Rimini transferred via its AFW FTP process."  Nov. 7, 2018 Reblitz-Richardson Letter at 1–2.

After a reasonable investigation, Rimini believes it has produced all files transferred via its AFW FTP process.  As we explained in our prior discovery responses, the AFW FTP folder locations have never been used as an archive to store copies of transferred materials.  *See* Rimini's Responses to Oracle's Interrogatory Nos. 2 and 32 and Request for Admission No. 7.  Consistent with the design and purpose of the AFW FTP process, materials do not remain in the AFW FTP folder locations ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.  ▇▇▇▇▇  However, the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ in their ▇▇▇▇▇▇▇▇▇▇▇▇ and, to the best of Rimini's knowledge, have been produced in this litigation.  As we have previously explained, Rimini also kept detailed ▇▇▇▇▇▇▇▇▇▇▇▇, and those ▇▇▇ have been produced to Oracle.  *See* Oct. 19, 2018 Letter from E. Vandevelde to B. Reblitz-Richardson at 3.

Please let me know if you would like to discuss further.