# EXHIBIT N

[List of entries previously in Exhibit D that Oracle has removed – FILED UNDER SEAL]