# EXHIBIT Q

[Excerpts of an October 2, 2019 email from Eric Vandevelde – REDACTED]

**From:** Vandevelde, Eric D. [mailto:EVandevelde@gibsondunn.com]
**Sent:** Wednesday, October 2, 2019 10:10 AM
**To:** Kathleen Hartnett <khartnett@bsfllp.com>; McCracken, Casey J. <CMcCracken@gibsondunn.com>; [EXT] Polito, John A. <John.polito@morganlewis.com>; benjamin.smith@morganlewis.com; sharon.smith@morganlewis.com; [EXT] Shinn, Lindsey M. <lindsey.shinn@morganlewis.com>; [EXT] Lee, Lisa S. <lisa.lee@morganlewis.com>; [EXT] Hill, Zachary S. <zachary.hill@morganlewis.com>; Gabriel Schlabach <gschlabach@bsfllp.com>; Karen Dunn <kdunn@bsfllp.com>; Meryl Governski <mgovernski@bsfllp.com>; Richard Pocker <rpocker@bsfllp.com>; Samuel Ungar <sungar@bsfllp.com>; Sean Rodriguez <srodriguez@bsfllp.com>; Tran Le <tle@bsfllp.com>; William Isaacson <wisaacson@bsfllp.com>; Ashleigh Jensen <ajensen@bsfllp.com>
**Cc:** Evanson, Blaine H. <BEvanson@gibsondunn.com>; Thomas, Jeffrey T. <JTThomas@gibsondunn.com>; Tryck, Jennafer M. <JTryck@gibsondunn.com>; Whittaker, Chris <CWhittaker@gibsondunn.com>; [EXT] Winslow, Dan <dwinslow@riministreet.com>; Liversidge, Samuel <SLiversidge@gibsondunn.com>; Blas, Lauren M. <LBlas@gibsondunn.com>; gkleinman@riministreet.com; fanthony@riministreet.com; [EXT] Reilly, Jack <JReilly@riministreet.com>; [EXT] Hoffmann, Scott <shoffmann@riministreet.com>; [EXT] Hitsky, Michael <mhitsky@riministreet.com>; jhenriod@lrrc.com; dpolsenberg@lrrc.com; Gorman, Joseph A. <JGorman@gibsondunn.com>; godfreyl@gtlaw.com; lisa@lisajohnsonlaw.com; Perry, Mark A. <MPerry@gibsondunn.com>; wwa@h2law.com; Long, Brett <BLong@gibsondunn.com>; Mathur, Shaun <SMathur@gibsondunn.com>; McKonly, Amber <AMcKonly@gibsondunn.com>; Morgan, Tracy A. <TMorgan2@gibsondunn.com>; Christiansen, Jeremy M. <JChristiansen@gibsondunn.com>
**Subject:** RE: Oracle USA, Inc., et al. v. Rimini Street, Inc., et al., 2:10-cv-0106-LRH-VCF

Kathleen –

Thank you for your email. On our call yesterday, and in your email, you insinuated that Rimini has delayed in collecting the FTP files at issue, which is wrong. After Oracle raised this issue regarding the FTP files on August 23, 2019, we exchanged several letters, culminating in a letter from Rimini on August 31, in which Rimini explained the burden of locating files and matching them with AFW logs. We explained that many of the files on Oracle's list of allegedly "missing" files were irrelevant, such as copies of third-party software or publicly available tax forms. We had a lengthy and productive meet and confer call on September 4, in which we answered your questions. On that call, we requested that, given the burden of locating the files, Oracle narrow its list of requested files. Then, we did not hear from you for nearly three weeks until September 23, when you sent a letter responding to our letter dated August 31. In your letter, you narrowed the list of requested files by only a handful of files and demanded that all of the files be produced by Monday, September 30. We responded within two days and told you that your request was impossible, but we agreed to provide a substantial number of the files by Oracle's arbitrary September 30 deadline, which we did, producing more than ▇▇▇ files. Rimini has been trying to work with Oracle on this issue in good faith, and there has been no delay.

Next, as we discussed on our call, it is not correct to say there are ▇▇▇ "missing" files, and it is misleading to say there are ▇▇▇ "deleted" files. As we have explained, and you have acknowledged, the way the TransferFile tool works is that one file may be transferred to multiple client environments. If one file is transferred to 20 environments, you are counting that as 20, when in fact it is one.

To answer the questions you posed on our meet and confer call and in your email below:
a. The process change was implemented approximately two weeks ago.
b. N/A.
c. Yes, the files are stored in a way to "enable identification of the specific files sent to specific customers," but this is done in a different way than preserving the directory structure. With the revised tool, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Thus, for any given transfer, the AFW database contains data regarding which client(s) received the file, the timing, etc., and the file that was transferred is archived in a subfolder corresponding to that transfer.
d. Yes, Rimini agrees to produce the source code for the revised tool so that Oracle may confirm the process change.