# EXHIBIT R

[RSI007949155 – FILED UNDER SEAL]