# EXHIBIT T

[Excerpts of Oracle's Seventh Set of Interrogatories served on September 22, 2017 in *Rimini II*]

| | | |
|---|---|---|
| 1 | BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:    702.382.7300<br>Facsimile:     702.382.2755<br>rpocker@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>THOMAS S. HIXSON (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>NITIN JINDAL (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:    415.442.1000<br>Facsimile:     415.442.1001<br>thomas.hixson@morganlewis.com<br>john.polito@morganlewis.com<br>nitin.jindal@morganlewis.com |

**1** BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
**2** 300 South Fourth Street, Suite 800
Las Vegas, NV 89101
**3** Telephone:    702.382.7300
Facsimile:     702.382.2755
**4** rpocker@bsfllp.com

BOIES SCHILLER FLEXNER LLP
**5** WILLIAM A. ISAACSON (*pro hac vice*)
KAREN L. DUNN (*pro hac vice*)
**6** 1401 New York Avenue, NW, 11th Floor
Washington, DC 20005
**7** Telephone:    202.237.2727
Facsimile:     202.237.6131
**8** wisaacson@bsfllp.com
kdunn@bsfllp.com
**9**
BOIES SCHILLER FLEXNER LLP
**10** STEVEN C. HOLTZMAN (*pro hac vice*)
BEKO O. REBLITZ-RICHARDSON
**11**    (*pro hac vice*)
1999 Harrison Street, Suite 900
**12** Oakland, CA 94612
Telephone:    510.874.1000
**13** Facsimile:     510.874.1460
sholtzman@bsfllp.com
**14** brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
THOMAS S. HIXSON (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
NITIN JINDAL (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:     415.442.1001
thomas.hixson@morganlewis.com
john.polito@morganlewis.com
nitin.jindal@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:     650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

**15** *Attorneys for Counterclaimants and Defendants*
*Oracle America, Inc. and Oracle International Corporation*
**16**

**17**                              UNITED STATES DISTRICT COURT

**18**                                       DISTRICT OF NEVADA

| | |
|---|---|
| RIMINI STREET, INC., a Nevada corporation;<br>    Plaintiff,<br>v.<br>ORACLE INTERNATIONAL CORPORATION, a California corporation,<br>    Defendant.<br>———————————————————<br>ORACLE AMERICA, INC., a Delaware corporation, *et al.*,<br>    Counterclaimants,<br>v.<br>RIMINI STREET, INC., a Nevada corporation, *et al.*,<br>    Counterdefendants. | Case No. 2:14-cv-01699 LRH CWH<br><br>**COUNTERCLAIMANTS AND DEFENDANTS ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S SEVENTH SET OF INTERROGATORIES TO COUNTERDEFENDANT AND PLAINTIFF RIMINI STREET, INC.** |

facts or evidence will ultimately show.

3.  The following rules of construction shall apply to all interrogatories:

   a) The use of a verb in any tense shall be construed as the use of that verb in all other tenses.
   b) the use of a word in its singular form shall be deemed to include within its use the plural form;
   c) the connectives "and" and "or" shall be construed either disjunctively or conjunctively, whichever makes the interrogatory, definition, or instruction more inclusive;
   d) the terms "any," and "each" shall be construed to encompass "all";
   e) the term "including" means "including but not limited to"; and,
   f) the use of the word "the" shall not be construed as limiting the scope of any interrogatory.

4.  These Interrogatories are to be considered continuing in nature, and Rimini must promptly furnish supplemental responses if any additional responsive information is discovered or created after Rimini's responses are tendered, or if any of Rimini's responses are subsequently determined to be incorrect, incomplete, or misleading in any respect.

5.  Unless otherwise specified, the "Relevant Time Period" covered by these Interrogatories is the time period beginning June 10, 2010 for the E-Business Suite Family of Products, and the time period beginning September 28, 2011 for the PeopleSoft Family of Products, J.D. Edwards Family of Products, Oracle Database Family of Products, and Siebel Family of Products.

## INTERROGATORIES

**INTERROGATORY NO. 23:**

Explain Rimini's policies, practices, and procedures concerning the storage, retention, and deletion of all fixes, patches, and updates that Rimini provided to or created for any current, past, or prospective Oracle Software customers, including an identification of all locations where

such fixes, patches, and updates are or have been created, copied, stored, or transferred to (e.g., specific Rimini network or shared drives, cloud systems, customer systems), the disposition of such fixes, patches, and updates, and an explanation of when any change in those policies, practices, and procedures occurred.

**INTERROGATORY NO. 24:**

In a chart form, for each Custodian for which Rimini has not collected instant messages for the entire Relevant Time Period from all instant messaging programs used by each Custodian, explain all issues or problems concerning the preservation and collection of such instant messages (e.g., the inability to collect Yahoo Instant Messages for a given Custodian for a specific period of time), including the instant messaging program(s) and time period(s) for which Rimini identified the issues or problems, and whether Rimini's collection and production of instant messages is complete for that Custodian, and if not, what additional steps Rimini plan to take, if any, to collect and produce instant messages for that Custodian.

DATED: September 22, 2017         MORGAN, LEWIS & BOCKIUS LLP


By:      /s/ Thomas S. Hixson
             Thomas S. Hixson
Attorneys for Counterclaimants and Defendants
Oracle America, Inc. and Oracle International
               Corporation