# Declaration of Barbara Ann Frederiksen-Cross in Support of Oracle's Motion for Order to Show Cause Why Rimini Street, Inc. Should Not Be Held in Contempt

**FILED UNDER SEAL**