1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16              UNITED STATES DISTRICT COURT
17                   DISTRICT OF NEVADA
18

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br>    v.<br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br>    Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**[PROPOSED] ORDER GRANTING ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT** |

[PROPOSED] ORDER

Before the Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.'s ("Oracle") Motion for an Order to Show Cause as to why Defendant Rimini Street, Inc. should not be held in contempt of Court for violating the Court's August 15, 2018 injunction. ECF No. 1166 ("Injunction").

Having review the evidence and the arguments submitted, the Court **GRANTS** Oracle's Motion and **ORDERS** Defendant Rimini Street, Inc. to show cause as to why it should not be held in contempt of Court for violating the following paragraphs of the Injunction:

- Paragraph 2: "Rimini Street shall not reproduce, prepare derivative works from, or distribute PeopleSoft, J.D. Edwards, or Siebel software or documentation in any way unless both of the following conditions are met: [a.] Rimini Street shall not reproduce, prepare derivative works from, or distribute PeopleSoft, J.D. Edwards, or Siebel software or documentation unless solely in connection with work for a specific customer that holds a valid, written license agreement for the particular PeopleSoft, J.D. Edwards, or Siebel software and documentation authorizing Rimini Street's specific conduct; and [b.] Rimini Street shall not reproduce, prepare derivative works from, or distribute PeopleSoft, J.D. Edwards, or Siebel software or documentation unless such conduct is consistent with the remaining terms of this order."
- Paragraph 3: "Rimini Street shall not distribute PeopleSoft software or documentation or any derivative works created from or with PeopleSoft software or documentation;"
- Paragraph 4: "Rimini Street shall not reproduce, prepare derivative works from, or use a specific licensee's PeopleSoft software or documentation other than to support the specific licensee's own internal data processing operations;"
- Paragraph 5: "Rimini Street shall not reproduce, prepare derivative works from, or use PeopleSoft software or documentation on, with, or to any computer systems other than a specific licensee's own computer systems;"
- Paragraph 6: "Rimini Street shall not reproduce, prepare derivative works from,

or use PeopleSoft software or documentation on one licensee's computer systems to support, troubleshoot, or perform development or testing for any other licensee, including, specifically, that Rimini Street shall not use a specific licensee's PeopleSoft environment to develop or test software updates or modifications for the benefit of any other licensee;"

- Paragraph 7: "Rimini Street shall not distribute J.D. Edwards software or documentation or any derivative works created from or within J.D. Edwards software or documentation;"
- Paragraph 8: "Rimini Street shall not copy J.D. Edwards software source code to carry out development and testing of software updates;"
- Paragraph 10: "Rimini Street shall not reproduce, prepare derivative works from, or use J.D. Edwards software or documentation on one licensee's computer systems to support, troubleshoot, or perform development or testing for any other licensee, including, specifically, that Rimini Street shall not use a specific licensee's J.D. Edwards environment to develop or test software updates or modifications for the benefit of any other licensee;" and
- Paragraph 15: "Rimini Street shall not reproduce, prepare derivative works from, or distribute Oracle Database software."

The Clerk of Court is directed to schedule a hearing on this matter.

IT IS SO ORDERED.

DATED this ___ day of _____.

_____
Hon. Larry R. Hicks
United States District Judge