BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:	702.382.7300
Facsimile:	702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
WILLIAM A. ISAACSON (pro hac vice)
KAREN DUNN (pro hac vice)
2001 K Street, NW
Washington, DC 20006
Telephone:	202.223.7300
Facsimile:	202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

BOIES SCHILLER FLEXNER LLP
SEAN P. RODRIGUEZ (*pro hac vice*)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:	415.293.6800
Facsimile:	415.293.6899
srodriguez@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:	415.442.1000
Facsimile:	415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:	650.506.4846
Facsimile:	650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br>　　v.<br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br>　　　　　Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**APPENDIX OF EXHIBITS IN SUPPORT OF ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT**<br><br>Judge:　　Hon. Larry R. Hicks |

## APPENDIX OF EXHIBITS

Pursuant to Local Rule 10-3, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. ("Oracle") submit this Appendix of Exhibits in support of its Motion for Order to Show Cause Why Rimini Street, Inc. Should Not be Held in Contempt.

| Exhibit | Description |
|---|---|
| 1 | Excerpts of Exhibit 47 to the Post-Injunction Opening Expert Report of Barbara Ann Frederiksen-Cross. |
| 2 | Excerpts of Exhibit 12 to the Post-Injunction Opening Expert Report of Barbara Ann Frederiksen-Cross. |
| 3 | Excerpts of Exhibit 116 to the Post-Injunction Opening Expert Report of Barbara Ann Frederiksen-Cross. |
| 4 | Excerpts of Exhibit 46 to the Post-Injunction Opening Expert Report of Barbara Ann Frederiksen-Cross. |
| 5 | Excerpts of Corrected Exhibit A to the Post-Injunction Surrebuttal Expert Report of Barbara Ann Frederiksen-Cross. |
| 6 | Excerpts from the transcript of the January 17, 2020 Rule 30(b)(6) Deposition of Craig Mackereth ("Mackereth Rule 30(b)(6) Depo.") |
| 7 | Oracle Deposition Exhibit 1833, which was introduced during the January 17, 2020 Rule 30(b)(6) Deposition of Craig Mackereth. |
| 8 | Oracle Deposition Exhibit 1837, which was introduced during the January 17, 2020 Rule 30(b)(6) Deposition of Craig Mackereth. |
| 9 | Excerpts of Oracle Deposition Exhibit 1840, which was introduced during the January 17, 2020 Rule 30(b)(6) Deposition of Craig Mackereth. |
| 10 | Excerpts of Oracle Deposition Exhibit 1841, which was introduced during the January 17, 2020 Rule 30(b)(6) Deposition of Craig Mackereth. |
| 11 | Excerpts of Oracle Deposition Exhibit 1852, which was introduced during the January 17, 2020 Rule 30(b)(6) Deposition of Craig Mackereth. |
| 12 | Excerpts from Rimini's Jira entry PUSP-14966, produced in this litigation as ORCLRSJIRA00000376. |
| 13 | Excerpts from Rimini's Jira entry PUSP-15200, produced in this litigation as ORCLRSJIRA00000400. |
| 14 | Excerpts from Rimini's Jira entry PUSP-16095, produced in this litigation as ORCLRSJIRA00000121. |

| Exhibit | Description |
|---|---|
| 15 | Excerpts from Rimini's Jira entry PUSP-16643, produced in this litigation as ORCLRSJIRA00000460. |
| 16 | Document Rimini produced to Oracle as part of discovery in this action as RSI007899901 and titled ████. |
| 17 | Excerpts of a document Rimini produced to Oracle as part of discovery in this action as RSI007042001. |
| 18 | Excerpts of a document Rimini produced to Oracle as part of discovery in this action as RSI006913538 and titled "HCM200394 Dev Instructions_88.txt." |
| 19 | Excerpts of a document Rimini produced to Oracle as part of discovery in this action as RSI006952588 and titled "RS19AUS02 Dev Instructions.txt." |
| 20 | Excerpts of a document Rimini produced to Oracle as part of discovery in this action as RSI007421994. |
| 21 | Excerpts of a document Rimini produced to Oracle as part of discovery in this action as RSI007330441. |
| 22 | Excerpts from the transcript of the February 28, 2018 Rule 30(b)(6) Deposition of TierPoint (Denny Heaberlin) ("Heaberlin Depo.") taken during the *Rimini II* litigation. |
| 23 | Excerpts from the transcript of the October 17, 2019 Rule 30(b)(6) Deposition of TierPoint (Jeff Russell Waide) ("Waide Depo.") taken as part of discovery in this action. |
| 24 | Oracle Deposition Exhibit 2213, which was introduced during the February 28, 2018 Rule 30(b)(6) Deposition of TierPoint (Denny Heaberlin). |
| 25 | Oracle Deposition Exhibit 2231, which was introduced during the February 28, 2018 Rule 30(b)(6) Deposition of TierPoint (Denny Heaberlin). |
| 26 | Document Rimini produced to Oracle as part of discovery in the *Rimini II* action as RSI2_022009236. |
| 27 | Excerpts from Rimini's December 27, 2019 Second Supplemental Response to Oracle's Supplemental Interrogatory No. 3 and Third Supplemental Response to Supplemental Interrogatory No. 4. |
| 28 | Excerpts from Exhibit A-1 to Rimini's December 27, 2019 Second Supplemental Response to Oracle's Supplemental Interrogatory No. 3. |
| 29 | Excerpts from Exhibit B-1 to Rimini's December 27, 2019 Third Supplemental Response to Supplemental Interrogatory No. 4. |
| 30 | Excerpts from the transcript of the December 1, 2016 Rule 30(b)(6) deposition of Easter Seals (Michael Bonfanti) ("Bonfanti Depo."), taken during the *Rimini II* litigation. |

APPENDIX OF EXHIBITS IN SUPPORT OF ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT

| Exhibit | Description |
|---|---|
| 31 | Excerpts from the transcript of the September 20, 2019 Rule 30(b)(6) deposition of Easter Seals (Jay Hoyt) ("Hoyt Depo.") taken as part of discovery in this action. |
| 32 | Excerpts of Oracle Deposition Exhibit 1809, which was introduced during the September 20, 2019 Rule 30(b)(6) deposition of Easter Seals (Jay Hoyt) and also introduced as Oracle Deposition Exhibit 121 during the December 1, 2016 Rule 30(b)(6) deposition of Easter Seals (Michael Bonfanti). |
| 33 | Excerpts of a document produced in this action by third-party ▮▮▮▮, and Bates numbered as ▮▮▮▮-SUB00000048. |
| 34 | Document produced in this action by third-party Easter Seals and Bates numbered as ESNHI3-SUB00000208. |
| 35 | Excerpts of a document Oracle produced to Rimini as part of discovery in this action as ORCLRS1360223. |
| 36 | Document Rimini produced to Oracle as part of discovery in this action as RSI007038524. |
| 37 | Document Rimini produced to Oracle as part of discovery in this action as RSI007142189. |
| 38 | Excerpts of a document Rimini produced to Oracle as part of discovery in this action as RSI007899877 and titled ▮▮▮▮. |
| 39 | Excerpts from the transcript of the June 24, 2020 Deposition of Stephen Lanchak taken as part of discovery in this action. |
| 40 | Excerpts from the March 13, 2020 Rebuttal Expert Report of Professor Owen Astrachan submitted as part of discovery in this action. |

DATED: July 10, 2020           MORGAN, LEWIS & BOCKIUS LLP


By:_____/s/ John A. Polito_____
John. A. Polito
Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corp.

APPENDIX OF EXHIBITS IN SUPPORT OF ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2020, I electronically transmitted the foregoing APPENDIX OF EXHIBITS IN SUPPORT OF ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: July 10, 2020               MORGAN, LEWIS & BOCKIUS LLP


                                   By:     /s/ John A. Polito
                                              John A. Polito

                                   Attorneys for Plaintiffs Oracle USA, Inc., Oracle
                                            America, Inc., and Oracle
                                              International Corp.