# Exhibit 1

# Excerpts of Exhibit 47 to the Post-Injunction Expert Report of Barbara Ann Frederiksen-Cross

# FILED UNDER SEAL