# Exhibit 2

## Excerpts of Exhibit 12 to the Post-Injunction Expert Report of Barbara Ann Frederiksen-Cross

## FILED UNDER SEAL