# Exhibit 3

# Excerpts of Exhibit 116 to the Post-Injunction Expert Report of Barbara Ann Frederiksen-Cross

# FILED UNDER SEAL