# Exhibit 4

## Excerpts of Exhibit 46 to the Post-Injunction Expert Report of Barbara Ann Frederiksen-Cross

**FILED UNDER SEAL**