# Exhibit 5

# Excerpts of Corrected Exhibit A to the Post-Injunction Surrebuttal Expert Report of Barbara Ann Frederiksen-Cross

# FILED UNDER SEAL