# Exhibit 6

# Excerpts from the Jan. 17, 2020 Rule 30(b)(6) Deposition of Craig Mackereth
# FILED UNDER SEAL