# Exhibit 8

**Deposition Exhibit 1837, from the Jan. 17, 2020 Rule 30(b)(6) Deposition of Craig Mackereth**

**FILED UNDER SEAL**