# Exhibit 10

**Excerpts of Exhibit 1841, from the Jan. 17, 2020 Rule 30(b)(6) Deposition of Craig Mackereth**

**FILED UNDER SEAL**