# Exhibit 12

**Excerpts from Document Produced as ORCLRSJIRA00000376**

**FILED UNDER SEAL**