# Exhibit 13

**Excerpts from Document Produced as ORCLRSJIRA00000400**

# FILED UNDER SEAL