# Exhibit 14

**Excerpts from Document Produced as ORCLRSJIRA00000121**

# FILED UNDER SEAL