# Exhibit 15

**Excerpts from**

**Document Produced as**

**ORCLRSJIRA00000460**

# FILED UNDER SEAL