# Exhibit 16

# Rimini Document Produced as RSI007899901

# FILED UNDER SEAL