# Exhibit 17

## Excerpts of Rimini Document Produced as RSI007042001

## FILED UNDER SEAL