# Exhibit 18

## Excerpts of Rimini Document Produced as RSI006913538

# FILED UNDER SEAL