# Exhibit 19

## Excerpts of Rimini Document Produced as RSI006952588

## FILED UNDER SEAL