# Exhibit 20

## Excerpts of Rimini Document Produced as RSI007421994

## FILED UNDER SEAL