# Exhibit 21

## Excerpts of Rimini Document Produced as RSI007330441

## FILED UNDER SEAL