# Exhibit 24

# Deposition Exhibit 2213, from the Feb. 28, 2018 Deposition of Denny Heaberlin

# FILED UNDER SEAL