# Exhibit 25

# Deposition Exhibit 2231, from the Feb. 28, 2018 Deposition of Denny Heaberlin
# FILED UNDER SEAL