# Exhibit 26

## Rimini Document Produced as RSI2_022009236

# FILED UNDER SEAL