# Exhibit 27

**Excerpts from Rimini's Dec. 27, 2019 Second Supplemental Response to Interrogatory No. 3 and Third Supplemental Response to Interrogatory No. 4**

**FILED UNDER SEAL**