# Exhibit 28

# Excerpts from Exhibit A-1 to Rimini's Dec. 27, 2019 Second Supplemental Response to Interrogatory No. 3
# FILED UNDER SEAL