# Exhibit 29

# Excerpts from Exhibit B-1 to Rimini's Dec. 27, 2019 Second Supplemental Response to Interrogatory No. 4

# FILED UNDER SEAL