# Exhibit 30

# Excerpts from the Dec. 1, 2016 Rule 30(b)(6) Deposition of Easter Seals New Hampshire (Michael Bonfanti)

# FILED UNDER SEAL