# Exhibit 31

# Excerpts from the Sept. 20, 2019 Rule 30(b)(6) Deposition of Easter Seals New Hampshire (Jay Hoyt)
# REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
2                NO. 2:10-cv-0106-LRH-VCF
   _____
3   ORACLE USA, INC.; a Colorado corporation; ORACLE )
4   AMERICA, INC.; a Delaware corporation; and ORACLE)
5   INTERNATIONAL CORPORATION, a California           )
6   corporation,                                      )
7              Plaintiffs,                            )
8              vs.                                    )
9   RIMINI STREET, INC., a Nevada corporation;        )
10  and SETH RAVIN, an individual,                    )
11             Defendants.                            )
12  _____)
13       HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY
14              VIDEOTAPED DEPOSITION OF EASTER
15  SEALS OF NEW HAMPSHIRE BY JAY A. HOYT, called as a
16  witness by and on behalf of the Plaintiffs,
17  pursuant to the applicable provisions of the
18  Federal Rules of Civil Procedure, Rule 30(b)(6),
19  before P. Jodi Ohnemus, RPR, RMR, CRR, CA-CSR
20  #13192, NH-CSR #91, and MA-CSR #123193, at Sheehan
21  Phinney Bass & Green, 1000 Elm Street, Manchester,
22  New Hampshire, on Friday, September 20, 2019,
23  commencing at 9:21 a.m.
24
25  PAGES: 1-67

Page 1

**Page 18**

```
1    A.  We moved to another system.              09:39:50
2    Q.  What system was that?                    09:39:51
3    A.  DayForce by Ceridian.                    09:39:55
4    Q.  Does Rimini provide updates for the      09:39:57
5   DayForce system?                              09:39:59
6    A.  No.                                      09:40:00
7    Q.  Why did you decide to switch?            09:40:04
8    A.  PeopleSoft is old.                       09:40:09
9    Q.  Were you still able to receive updates for  09:40:14
10  the PeopleSoft system that you had in April of 2018  09:40:16
11  -- PeopleSoft HR?                             09:40:18
12   A.  Yes.                                     09:40:20
13   Q.  Aside from being old, was there anything 09:40:23
14  particular that PeopleSoft HR -- how it wasn't 09:40:25
15  meeting your needs?                           09:40:28
16   A.  Yes.                                     09:40:35
17   Q.  And what was that?                       09:40:35
18   A.  It's -- well, because of its age, it     09:40:40
19  doesn't have the capabilities of a -- a modern 09:40:44
20  system; it was installed in-house; we didn't want 09:40:48
21  to maintain the software inside of our own    09:40:52
22  environment.                                  09:40:56
23   Q.  What were the challenges with maintaining 09:40:59
24  the software?                                 09:41:00
25   A.  It's just time, it's -- and effort of    09:41:03
```

**Page 19**

```
1   staff.                                        09:41:06
2    Q.  Was cost a consideration?                09:41:09
3    A.  No.                                      09:41:12
4    Q.  Looking back at the document at 9402, who 09:41:15
5   is Christopher R. Dunn, if you know?          09:41:22
6    A.  I don't.                                 09:41:24
7        MS. CARRIER:  Sorry -- for clarification: 09:41:27
8   Christopher Dunn works at my office.  He just 09:41:28
9   printed these documents.                      09:41:30
10       MR. MINNE:  Okay.                        09:41:33
11   Q.  Other than the author or printer at the  09:41:33
12  top, does the information in the header look  09:41:37
13  correct?                                      09:41:42
14   A.  Yes.                                     09:41:43
15   Q.  Is there any reason to believe that it   09:41:43
16  would have been changed since you received it? 09:41:45
17   A.  No.                                      09:41:47
18
19
20
21
22
23
24
25
```

**Page 20**

```
1
2    Q.  Do you know where your update would have 09:42:16
3   been posted?                                  09:42:17
4    A.  In the cloud based.                      09:42:18
5    Q.  And am I correct that you did not collect 09:42:23
6   materials from the cloud server?              09:42:26
7    A.  That's true.                             09:42:27
8    Q.  Do you consider that to be your system?  09:42:28
9    A.  We provision it.                         09:42:31
10   Q.  What does that mean?                     09:42:34
11   A.  We purchase the system.                  09:42:36
12   Q.  Did you purchase the physical hardware?  09:42:41
13   A.  No.                                      09:42:42
14   Q.  Well, what did you -- what did you       09:42:46
15  purchase, then?                               09:42:48
16   A.  Service.                                 09:42:49
17   Q.  Okay.  From whom?                        09:42:49
18   A.  Windstream.                              09:42:50
19   Q.  So going back then, because you purchased 09:42:58
20  it, do you consider it to be your system?     09:43:00
21   A.  Yes.                                     09:43:09
22   Q.  All right.  If asked, will you collect   09:43:12
23  documents from that system?                   09:43:15
24   A.  No.                                      09:43:15
25   Q.  Why not?                                 09:43:16
```

**Page 21**

```
1    A.  We don't need it.                        09:43:19
2    Q.  In the context of responding to this     09:43:22
3   subpoena in this matter that calls for support 09:43:24
4   documents from your systems, is there a reason you 09:43:26
5   wouldn't collect it?                          09:43:30
6    A.  Again, we wouldn't need it.              09:43:32
7    Q.  Okay.  So turning back to -- I believe   09:43:53
8   it's Exhibit 1802, Schedule A.                09:43:55
9    A.  (Witness reviews document.)              09:43:55
10   Q.  So item "b" calls for "All documents and 09:44:22
11  communications concerning any Oracle software and 09:44:26
12  support materials that have been copied to or 09:44:29
13  stored on your systems by Rimini on or after August 09:44:31
14  15th, 2018," and it goes on.                  09:44:35
15      So -- so do you consider the updates to be 09:44:40
16  responsive to this request or not?            09:44:44
17   A.  I don't.                                 09:44:48
18   Q.  Okay.  And why not?                      09:44:49
19   A.  Again, because we don't -- we didn't use 09:44:51
20  them.                                         09:44:53
21   Q.  So I guess I'm wondering, because you    09:44:56
22  didn't use them, do you not consider Windstream to 09:45:00
23  be your system?                               09:45:02
24   A.  In that context, no.                     09:45:04
25   Q.  Okay.  When was the last time you used   09:45:08
```

6 (Pages 18 - 21)

## Page 46

1  a PeopleSoft Financials environment since April  10:35:21
2  2018; correct?  10:35:24
3     A.  Yes.  10:35:25
4     Q.  How, if at all, does Easter Seals  10:35:30
5  differentiate between the PeopleSoft HR environment  10:35:32
6  that it had before April 2018 and the Financial  10:35:36
7  environment that it continues to maintain?  10:35:40
8     A.  They're two separate applications with two  10:35:43
9  different databases.  10:35:45
10    Q.  Do you still have a copy of the HR  10:35:50
11 environment database?  10:35:53
12    A.  We do.  10:35:55
13    Q.  Would you be able to access that if you  10:35:58
14 needed it?  10:35:59
15    A.  Yes.  10:36:00
16    Q.  Where is it stored?  10:36:02
17    A.  It's on an internal Sequel server.  10:36:04
18    Q.  Aside from being stored for archive, it's  10:36:09
19 -- is it still in use at all?  10:36:12
20    A.  It's used for reference, yes.  10:36:14
21    Q.  In what circumstances will it be used?  10:36:18
22    A.  Generally data reconciliation, if needed.  10:36:21
23    Q.  When was the last time -- I'm sorry.  10:36:26
24    A.  We also have to produce EEO data from past  10:36:28
25 years that wasn't converted into the new system --  10:36:36

## Page 47

1  Equal Employment Opportunity regulations.  10:36:41
2     Q.  And are you still updating that database  10:36:46
3  to produce those records?  10:36:49
4     A.  No.  10:36:50
5     Q.  Are you still updating the PeopleSoft HR  10:36:53
6  systems to produce those records?  10:36:55
7     A.  No.  10:36:57
8     Q.  Earlier we discussed whether you had  10:37:17
9  credentials to access the Windstream FTP server.  10:37:18
10       Do you recall that?  10:37:23
11    A.  Yes.  10:37:26
12    Q.  What other portions of the Windstream  10:37:27
13 server might you have access to?  10:37:31
14    A.  I don't -- I don't know.  We've only ever  10:37:36
15 accessed that one thing.  10:37:42
16    Q.  When you access the FTP server, does it  10:37:44
17 give you access to the PeopleSoft environment  10:37:48
18 portions of the Windstream virtual machine?  10:37:52
19    A.  No.  10:37:54
20    Q.  So it doesn't give you access to the  10:37:58
21 Windstream dev or test environment; is that  10:38:01
22 correct?  10:38:04
23    A.  That's correct.  10:38:05
24    Q.  And going back to the letter from Ms.  10:38:11
25 Carrier, do you see that it says, "Easter Seals  10:38:13

## Page 48

1  does not have access to the test environment Rimini  10:38:15
2  uses for testing updates"?  10:38:18
3     A.  That's true.  10:38:23
4     Q.  And -- and do you agree with that  10:38:24
5  statement?  10:38:25
6     A.  Yes.  10:38:26
7     Q.  Does Easter Seals have any knowledge  10:38:32
8  regarding what files have been copied to that  10:38:34
9  environment -- those environments?  10:38:36
10    A.  Yes.  10:38:40
11    Q.  How so?  10:38:43
12    A.  It was a database backup from our original  10:38:44
13 environment.  10:38:49
14    Q.  When was that database backup made?  10:38:51
15    A.  Probably 2016.  I'm not exactly sure.  10:38:58
16    Q.  Do you have any knowledge to -- regarding  10:39:08
17 what files have been copied to that environment  10:39:11
18 since 2016?  10:39:13
19    A.  No.  10:39:14
20    Q.  Do you have any knowledge of the changes  10:39:18
21 that are made to any of the Windstream environment  10:39:22
22 since 2016?  10:39:24
23    A.  In what regard?  10:39:25
24    Q.  In any regard.  10:39:31
25    A.  I don't know.  10:39:35

## Page 49

1     Q.  So you don't have that knowledge; is that  10:39:36
2  correct?  10:39:39
3     A.  That's true, I -- I don't know what would  10:39:39
4  have been copied in that environment.  10:39:42
5     Q.  And you're not aware of what changes might  10:39:48
6  have been made to that environment; correct?  10:39:50
7     A.  That's true.  10:39:52

*(Lines 8–25 redacted)*

Page 50

```
12      MR. THOMAS:  Counsel, just one question --     10:41:06
13   housekeeping:  This is an exhibit number from        10:41:09
14   another case.                                       10:41:13
15      MR. MINNE:  That's correct, yes.               10:41:16
16      MR. THOMAS:  Do you think it's a good idea    10:41:18
17   to continue using exhibits from another case?       10:41:19
18   Given numbers, I mean.                              10:41:22
19      MR. MINNE:  I've got no objection if we       10:41:23
20   want to further mark it.                            10:41:28
21      MR. THOMAS:  I think it might be a good       10:41:30
22   idea, because otherwise we may have a 121 in this   10:41:31
23   case.                                               10:41:35
24      MR. MINNE:  Yeah.  That's -- that's fair.     10:41:36
25   Sure.                                               10:41:36
```

Page 51

```
1       Let's mark it 1809 -- sorry, the               10:41:36
2   previously marked Exhibit 121 will be marked 1809.  10:41:38
3       (Exhibit 1809, EASTERSEALSNH2-SUB              10:41:49
4       000007844-848.)                                 10:41:53
5   Q.  You testified previously --                    10:42:15
6       MR. MINNE:  Is the court reporter ready?       10:42:19
7       COURT REPORTER:  I'm ready.                    10:42:20
8   Q.  You testified previously that Easter Seals     10:42:22
9   paid approximately $1,100 for this Windstream       10:42:24
10  environment; correct?                               10:42:27
11  A.  Yes.                                            10:42:28
```

Page 52

```
6   Q.  Do you know if Easter Seals has a license    10:43:41
7   for any COBOL compiler?                            10:43:44
8   A.  I don't believe so.                           10:43:47
9   Q.  Do you know if Easter Seals previously had   10:43:52
10  a license for a COBOL compiler?                    10:43:53
11      MR. THOMAS:  Objection.  Outside the scope   10:43:56
12  to the extent...                                   10:43:56
13      (Court Reporter comment.)                      10:43:56
14      MR. THOMAS:  Outside the scope of the        10:43:56
15  subpoena to the extent it's outside the time frame 10:44:01
16  for the subpoena.                                  10:44:03
17  A.  I -- I don't know.  Possibly.                 10:44:08
23      MR. MINNE:  Okay.  Those are the questions   10:44:33
24  I have at this time.  I'll note that there were    10:44:34
25  several documents referenced that we had not       10:44:36
```

Page 53

```
1   received, and to the extent those are -- we would   10:44:38
2   request those documents be produced and reserve all 10:44:42
3   rights to continue the deposition regarding those   10:44:48
4   documents.                                          10:44:51
5       MR. THOMAS:  Let's go off the record for a    10:44:52
6   minute.                                              10:44:53
7       VIDEO OPERATOR:  The time is 10:45, and we    10:44:54
8   are now off the record.                              10:44:56
9       (Recess was taken.)                             10:44:56
10      VIDEO OPERATOR:  The time is 10:49, and we   10:49:22
11  are now back on the record.                          10:49:25
12          EXAMINATION                                  10:49:25
13  BY MR. THOMAS:                                       10:49:25
14  Q.  Good morning, sir.  My name's Jeff Thomas,     10:49:27
15  and I represent Rimini Street.  Thanks for your      10:49:30
16  time here today.                                     10:49:32
17      Now, you've explained to us that you are     10:49:36
18  no longer retrieving the PeopleSoft HR updates       10:49:38
19  because you don't -- you no longer use that system;  10:49:42
20  correct?                                             10:49:45
21  A.  That's true.                                    10:49:46
22  Q.  Okay.  But you still want and have             10:49:47
23  contracted for Rimini to provide updates to the      10:49:51
24  environment on -- in the cloud.                      10:49:55
25  A.  For PeopleSoft Financials.                      10:50:00
```

14 (Pages 50 - 53)

**Page 62**

1 privy to negotiations between Easter Seals and 11:03:57
2 Rimini regarding this amendment? 11:04:01
3   A. That's true. 11:04:03
4   Q. And are you privy to any discussions 11:04:07
5 between Easter Seals and Rimini regarding the 11:04:09
6 renewal of Easter Seals' support contract with 11:04:12
7 Rimini? 11:04:15
8   A. I'm not. 11:04:16
9   Q. Did you investigate the renewal of Easter 11:04:16
10 Seals' support contract with Rimini in preparing 11:04:19
11 for this deposition? 11:04:21
12   A. I didn't. 11:04:23
13   Q. And did you investigate any other 11:04:26
14 amendments to Easter Seals' support contract with 11:04:28
15 Rimini in preparing for this deposition? 11:04:31
16   A. No. 11:04:33
17   Q. And did you investigate the circumstances 11:04:35
18 of the initial negotiation of Easter Seals' support 11:04:39
19 contract with Rimini in preparation for this 11:04:43
20 deposition? 11:04:45
21   A. No. 11:04:47
22   Q. During the last portion of your deposition 11:04:54
23 you testified, I believe, that you took ownership 11:04:57
24 by virtue of paying for the Windstream environment. 11:04:59
25     Do you recall that? 11:05:04

**Page 63**

1   A. Yes. 11:05:04
2   Q. In that context, though, you don't have 11:05:07
3 physical access to the Windstream environments; 11:05:09
4 correct? 11:05:12
5   A. Aside from the FTP, no. 11:05:15
6   Q. And aside from the FTP portion of the 11:05:18
7 environment, you don't have the ability to download 11:05:21
8 files; correct? 11:05:26
9   A. That's true. 11:05:28
10   Q. And aside from the FTP portion of the 11:05:31
11 environment, you don't have the ability to view 11:05:33
12 files; correct? 11:05:35
13   A. That's true. 11:05:37
14   Q. And the FTP portion is not where any 11:05:37
15 PeopleSoft environments are kept; correct? 11:05:43
16   A. As far as I know. 11:05:46
17   Q. Do you have any way of knowing what Rimini 11:05:54
18 does in the nonFTP portions of the Windstream 11:05:56
19 environment? 11:06:02
20   A. I don't. 11:06:02
21   Q. And any PeopleSoft HR updates that Rimini 11:06:12
22 creates on the Windstream environment are not used 11:06:14
23 by Rimini; correct? 11:06:18
24   A. Not used by Rimini? 11:06:20
25   Q. Excuse me. Let me -- strike that. 11:06:21

**Page 64**

1     Any PeopleSoft updates that are created on 11:06:24
2 the Windstream environment are not used by Easter 11:06:27
3 Seals; correct? 11:06:29
4   A. That's true. 11:06:30
5   Q. Do you know if they're used by Rimini? 11:06:31
6   A. I don't. 11:06:33
7     MR. MINNE: No further questions. 11:06:38
8     FURTHER EXAMINATION 11:06:38
9 BY MR. THOMAS: 11:06:40
10   Q. Just a quick followup on that. 11:06:42
11     Counsel asked you whether except for the 11:06:46
12 FTP site you have no ability to download the 11:06:48
13 updates that Rimini prepares for you. 11:06:54
14     Do you recall that? 11:06:57
15   A. That's -- yes. 11:06:58
16   Q. But isn't that exactly the purpose of the 11:06:59
17 FTP site -- is to have someplace where you can go 11:07:01
18 and download the files? 11:07:04
19   A. Yes. 11:07:05
20   Q. And, then, you were asked some questions 11:07:15
21 about use of the updates. 11:07:17
22     As I understand it, the way it works is 11:07:20
23 Easter Seals has access to the FTP site; it can 11:07:22
24 then download those updates from the FTP site, and 11:07:25
25 then use them for your own internal data processing 11:07:29

**Page 65**

1 purposes; is that correct? 11:07:33
2   A. Yes. 11:07:34
3     MR. THOMAS: Nothing further. 11:07:41
4     FURTHER EXAMINATION 11:07:41
5 BY MR. MINNE: 11:07:43
6   Q. One more question: Is it correct that you 11:07:45
7 cannot download every file that Rimini puts on the 11:07:46
8 Windstream environments? 11:07:50
9   A. I -- I mean, I don't know the extent of 11:07:58
10 the environment. 11:08:00
11   Q. But if Rimini puts any files on the nonFTP 11:08:02
12 portion of the Windstream environment, you don't 11:08:07
13 have access to those files; correct? 11:08:09
14   A. That's true. 11:08:11
15     MR. MINNE: All right. Thank you. 11:08:14
16     MR. THOMAS: Thank you, sir. Appreciate 11:08:16
17 your time. 11:08:17
18     THE WITNESS: All right. 11:08:18
19     VIDEO OPERATOR: The time is 11:08. This 11:08:18
20 is the end of DVD No. 1, as well as the deposition, 11:08:20
21 and we are now off the record. 11:08:23
22     COURT REPORTER: Anyone want to give me 11:08:23
23 their order? 11:08:23
24     MR. WHITTAKER: I think we should have a 11:08:33
25 standing order. 11:08:34

```
 1                    C E R T I F I C A T E
 2
 3              I, Patricia Jodi Ohnemus, a Licensed
       Shorthand Reporter for the State of New Hampshire,
 4     do hereby certify that the foregoing is a true and
       accurate transcript of my stenographic notes of the
 5     proceeding taken at the place and on the date
       hereinbefore set forth to the best of my skill and
 6     ability under the conditions present at the time.
 7              I further certify that I am neither
       attorney or counsel for, nor related to or employed
 8     by any of the parties to the action in which this
       proceeding was taken, and further that I am not a
 9     relative or employee of any attorney or counsel
       employed in this case, nor am I financially
10     interested in this action.
11              The foregoing certification of this
       transcript does not apply to any reproduction of
12     the same by any means unless under the direct
       control and/or direction of the certifying
13     reporter.
14
15
16
17
18
19          [signature: Patricia Jodi Ohnemus]
20          Patricia Jodi Ohnemus
            LCR #91, RMR, RPR, CRR
21
22
23
24
25
```

Page 67