# Exhibit 32

**Excerpts of Exhibit 1809, from the Deposition of Jay Hoyt and Exhibit 121 from the Deposition of Michael Bonfanti**

**FILED UNDER SEAL**