# Exhibit 33

## Excerpts of Document Produced by Third-Party

# FILED UNDER SEAL