# Exhibit 34

## Document Produced by Third-Party

## Easter Seals New Hampshire

## FILED UNDER SEAL