# Exhibit 35

# Excerpts of Oracle Document Produced as ORCLRS1360223



SINCE 1828

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY

- LOG IN
- REGISTER
- 

  settings
- SAVED WORDS



dictionary thesaurus    view recents

Login or Register
Hello,

- GAMES
- BROWSE THESAURUS
- WORD OF THE DAY
- WORDS AT PLAY
- SETTINGS
- 

- SAVED WORDS    view recents

# source code

noun

Save Word

To save this word, you'll need to log in.

Log In

## Definition of *source code*

: a computer program in its original programming language (such as FORTRAN or C) before translation into object code usually by a compiler

ORCLRS1360223

## Examples of *source code* in a Sentence

Recent Examples on the Web Facing scrutiny for its privacy practices, TikTok in July retained consultants at the cybersecurity firm Special Counsel to analyze the app's *source code* and data-storage practices.— *Washington Post*, "Inside TikTok: A culture clash where U.S. views about censorship often were overridden by the Chinese bosses," 5 Nov. 2019 Turns out the reason was Volition lost the *source code* at some point.— Hayden Dingman, *PCWorld*, "This week in games: Internet Archive adds 2,500 DOS games, Vampire: The Masquerade—Bloodlines 2 delayed," 14 Oct. 2019

These example sentences are selected automatically from various online news sources to reflect current usage of the word 'source code.' Views expressed in the examples do not represent the opinion of Merriam-Webster or its editors. Send us feedback.

See More

## First Known Use of *source code*

1965, in the meaning defined above

Keep scrolling for more

## Learn More about *source code*

Share *source code*

Post the Definition of source code to Facebook    Share the Definition of source code on Twitter 

Time Traveler for *source code*



## The first known use of *source code* was in 1965

See more words from the same year

## Dictionary Entries near *source code*

sour-cake

source

sourcebook

source code

source language

source material

source region

See More Nearby Entries

## Statistics for *source code*

ORCLRS1360224