# Exhibit 36

## Rimini Document Produced as RSI007038524

# FILED UNDER SEAL