# Exhibit 37

## Rimini Document Produced as RSI007142189

# FILED UNDER SEAL