# Exhibit 38

## Excerpts of Rimini Document Produced as RSI007899877

## FILED UNDER SEAL