# Exhibit 39

## Excerpts from the June 24, 2020 Deposition of Stephen Lanchak
## REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                     DISTRICT OF NEVADA
 3
 4    ORACLE USA, INC., a Colorado   )
      corporation; ORACLE AMERICAN,  )
 5    INC., a Delaware corporation;  )
      and ORACLE INTERNATIONAL       )
 6    CORPORATION, a California      )
      corporation,                   )
 7                                   )
                 Plaintiffs,         )
 8                                   )
                      vs.            )Case No.
 9                                   )2:10-cv-0106-LRH-PAL
      RIMINI STREET, INC., a Nevada  )
10    corporation; and SETH RAVIN,   )
      an individual,                 )
11                                   )
                 Defendants.         )
12    _____)
13
14
15         VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
16                    STEPHEN LANCHAK
17                Wednesday, June 24, 2020
18                       Volume I
19              *** HIGHLY CONFIDENTIAL ***
20
21
22    Reported by:
      CARLA SOARES
23    CSR No. 5908
24    Job No. 4135798
25    Pages 1 - 219
```

Page 1

Veritext Legal Solutions
866 299-5127

**Page 10**

1  name for the record?                                    10:05:27
2      A   My name is Steve Lanchak, L-A-N-C-H-A-K.
3      Q   And you understand that you are under
4  oath, and you need to testify truthfully just as if
5  you're in a court of law?                                10:05:41
6      A   I do.
7      Q   Is there any reason why you can't testify
8  accurately today?
9      A   No.
10     Q   And where are you located right now?             10:05:51
11     A   Located in Chicago, Illinois.
12     Q   Are you at the offices of Gibson Dunn?
13     A   No, I'm at the offices of Rimini Street.
14     Q   Okay. And who is with you in the room?
15     A   Joe Gorman, Lisa DeBrosse Johnson, and           10:06:10
16  Jenny.
17     Q   And do you have any documents with you?
18     A   I have one document. My expert rebuttal
19  report, dated March 13th.
20     Q   And does that document have any notes on         10:06:32
21  it?
22     A   It does not.
23     Q   And do you understand that you're not to
24  communicate with counsel outside of the video record
25  in this case?                                           10:06:52

**Page 11**

1      A   I do.                                            10:06:54
2      Q   And do you understand that you're not to
3  look at any documents other than what's presented
4  before you as exhibits in this deposition?
5      A   I do.                                            10:07:15
6          MR. HILL: And Jenny, I guess I'll ask
7  you, do you have the Exhibit Share up and running?
8          MS. TRYCK: I do.
9          MR. HILL: Okay. So I'm going to mark --
10  let's see how this works. I'm going to mark as          10:07:46
11  Exhibit 1865 your report, Mr. Lanchak.
12         MS. TRYCK: And Zack, I assume it's okay
13  if he looks at the hard copy, if it's easier for
14  him, that's in front of him.
15         MR. HILL: Sure. Yeah. But does he also           10:08:17
16  have a screen that he can look at the exhibit that I
17  just introduced?
18         MS. TRYCK: Yes.
19         THE WITNESS: Yes, I do.
20         (Exhibit 1865 was marked for                     10:08:24
21         identification and is attached hereto.)
22  BY MR. HILL:
23     Q   Okay. Mr. Lanchak, do you see -- are you
24  able to see Exhibit 1865?
25     A   I do. I have it up on my computer, and           10:08:36

**Page 12**

1  also the hard copy is in front of me.                   10:08:38
2      Q   And is Exhibit 1865 your expert report in
3  this case?
4      A   It is.
5      Q   And are the opinions expressed in this          10:08:53
6  report still your opinions as of today?
7      A   They are.
8      Q   Any changes or corrections?
9      A   No.
10     Q   In paragraph 13 of your report, if you          10:09:07
11  could get there --
12     A   I'm there.
13     Q   -- you write, "I also incorporate by
14  reference my expert reports in Rimini Street, Inc.,
15  v. Oracle International Corp., et al., Case            10:09:24
16  No. 2:14-cv-1699 ('Rimini 2'), and the documents
17  considered in connection with those reports."
18         Do you see that?
19     A   I do. If you don't mind, can I read
20  paragraph 13?                                           10:09:40
21     Q   Please.
22     A   Okay.
23         (Exhibit 1866 was marked for
24         identification and is attached hereto.)
25  ///                                                     10:10:25

**Page 13**

1  BY MR. HILL:                                             10:10:25
2      Q   So I've marked as Exhibit 1866 your expert
3  report dated May 4th, 2018.
4          Could you take a look at that?
5      A   I'm sorry. Can you repeat that?                 10:10:33
6      Q   Sure.
7          I've marked as Exhibit 1866 your expert
8  report in Rimini II dated May 4th, 2018.
9      A   Let me get there.
10     Q   Okay.                                            10:10:46
11     A   This was another exhibit that you put into
12  the queue?
13     Q   Yes. Are you not seeing it there?
14     A   Let me refresh.
15     Q   Yeah, I think you'll need to refresh every      10:11:08
16  time, whenever there's a new exhibit.
17     A   Okay. Yeah, I have 1866 up.
18     Q   Okay. And is Exhibit 1866 your expert
19  report in Rimini II dated May 4th, 2018?
20     A   It is.                                           10:11:27
21         MR. HILL: And one more here.
22         (Exhibit 1867 was marked for
23         identification and is attached hereto.)
24  BY MR. HILL:
25     Q   So I'm marking as Exhibit 1867 your             10:11:58

**Page 106**

1  BY MR. HILL:                                12:56:55
2     Q   Would it be a functional specification
3  document or a technical specification document?
4          MS. TRYCK:  Objection.  Lacks foundation.
5          THE WITNESS:  It could be a little bit of    12:57:09
6  both.
7          You know, when I say "broad specification
8  document," it could have a functional component, it
9  could have a technical component.
10 BY MR. HILL:                                12:57:20
11    Q   Does Rimini Street develop and test each
12 of its TLR updates separately for each PeopleSoft
13 customer?
14         MS. TRYCK:  Objection.  Lacks foundation,
15 calls for speculation, outside the scope.    12:57:36
16         THE WITNESS:  Can you repeat that
17 question?
18 BY MR. HILL:
19    Q   Yes.
20        Does Rimini develop and test each of its    12:57:41
21 TLR updates separately for each PeopleSoft customer?
22         MS. TRYCK:  Same objections.  Also, asked
23 and answered.
24         THE WITNESS:  Okay.  I have not done a
25 detailed analysis of Rimini's processes and how they    12:57:57

**Page 107**

1  do it and what they do or don't do to really give    12:58:01
2  you a precise answer on that.
3          I can tell you -- I can answer that from
4  an industry perspective.
5  BY MR. HILL:                                12:58:16
6     Q   Okay.  Please do.
7     A   Can you ask me the question again just to
8  make sure I get it right?
9     Q   Well, I guess, in the industry, is it
10 common to develop and test each TLR update    12:58:26
11 separately for each PeopleSoft customer?
12         MS. TRYCK:  Objection.  Vague.
13         THE WITNESS:  Well, what is common in the
14 industry is to take an instance where you may have
15 created it the first time, and taking that know-how    12:58:47
16 or those -- that information, that knowledge that
17 you've gained, putting that into a spec and reusing
18 that spec in subsequent engagements or customers.
19 That is something that the industry would view as
20 something you would do.                      12:59:08
21 BY MR. HILL:
22 [redacted]
23 [redacted]
24 [redacted]
25 [redacted]

**Page 108**

1  [redacted]
2  [redacted]
3  [redacted]
4  [redacted]
5  [redacted]
6  [redacted]
7  [redacted]
8  [redacted]
9  BY MR. HILL:
10    Q   You said it's common in the industry, so    12:59:48
11 I'm wondering if you can identify any Rimini
12 competitors that develop and test TLR updates in the
13 way you've described.
14         MS. TRYCK:  Objection.  Misstates
15 testimony.                                   13:00:02
16         THE WITNESS:  From an industry
17 perspective, I would assume that most would do it
18 that way.
19         I mean, let me put it this way:  I can't
20 imagine any one of Rimini's competitors actually    13:00:13
21 creating, testing, and implementing a TLR update
22 from scratch at each specific instance.  That would
23 be ludicrous, and not practical from a business
24 perspective.
25 ///                                          13:00:33

**Page 109**

1  BY MR. HILL:                                13:00:34
2     Q   What do you mean -- sorry.  Go ahead.
3     A   Leveraging the know-how, the experience
4  and knowledge you have on Company A, and reusing
5  that knowledge and capabilities at subsequent    13:00:45
6  companies, that is what you would do.
7  [redacted]
8  [redacted]
9  [redacted]
10 [redacted]
11 [redacted]
12    Q   So you said it would be ludicrous and not
13 practical from a business perspective to do it that
14 way, and that's because it would just be too
15 expensive?                                   13:01:19
16         MS. TRYCK:  Objection.  Misstates
17 testimony.
18         THE WITNESS:  Well, what I'd tell you is
19 no customer that I have ever worked with before
20 would ever pay for that.                     13:01:29
21 BY MR. HILL:
22    Q   Why not?
23    A   It would be way too expensive.  They'd
24 say, "Steve, you've done this many times before.
25 I'm not asking you to do anything unique.  Why are    13:01:45

### Page 110

1  you charging me so much?"  13:01:48
2  "Well, Mr. Client, I've got to charge you
3  this much because I'm creating everything from
4  scratch."
5  "Well, Steve, that's pretty stupid. You  13:01:56
6  shouldn't be doing that. I mean, why don't you
7  reuse -- I'm paying you and your team a lot of money
8  to reuse what's in your heads, what you've learned
9  from your previous engagements. I'm not going to
10 pay you to redevelop something from scratch."  13:02:12
11 That's an example of the conversation, an
12 imaginary conversation, than one would have along
13 those lines.
14 Q  So is it your opinion that if Rimini were
15 to develop and test each of its TLR updates  13:02:24
16 separately for each customer, that it couldn't
17 provide that service at 50 percent of Oracle's
18 costs?
19 MS. TRYCK: Objection. Incomplete
20 hypothetical, calls for speculation, vague,  13:02:38
21 ambiguous.
22 THE WITNESS: Well, you get into specifics
23 around 50 percent of costs. I mean, that's a whole
24 other topic.
25 But it just wouldn't make sense from the  13:02:52

### Page 111

1  standpoint of the industry, for someone in the  13:02:54
2  industry to purchase that type of service. It would
3  be a nonstarter for any type of contract
4  negotiation, I would think.
5  BY MR. HILL:  13:03:07
6  Q  Is CedarCrestone in the industry?
7  A  I'm sorry. Say again.
8  Q  Is CedarCrestone in the industry?
9  A  Is CedarCrestone in the industry?
10 Q  Yes.  13:03:25
11 MS. TRYCK: Objection. Vague.
12 THE WITNESS: I don't understand.
13 BY MR. HILL:
14 Q  Well, you reference the industry in your
15 report, right? And I'm wondering if CedarCrestone  13:03:30
16 is included in that industry.
17 MS. TRYCK: Objection. Vague, lacks
18 foundation.
19 THE WITNESS: CedarCrestone is a part of
20 that Oracle ecosystem.  13:03:41
21 BY MR. HILL:
22 Q  Does CedarCrestone support Oracle
23 PeopleSoft?
24 MS. TRYCK: Objection. Vague.
25 THE WITNESS: I can't comment on what they  13:03:57

### Page 112

1  currently do or don't do at this point in time. But  13:03:59
2  they did support PeopleSoft back when -- you know,
3  in the time frame that this pertains to.
4  BY MR. HILL:
5  Q  But you don't know if they still do?  13:04:11
6  A  I personally have not kept up with
7  CedarCrestone specifically so I can't comment one
8  way or the other.
9  Q  Do you know if CedarCrestone creates TLR
10 updates for any Oracle products?  13:04:26
11 MS. TRYCK: Objection. Vague, asked and
12 answered.
13 THE WITNESS: Yeah, I'd have to look into
14 that to be able to say with any specificity.
15 MR. HILL: Steve and Jenny, I know it's  13:04:46
16 1:00 o'clock your time. Did you guys have a lunch
17 plan? How do you want to do that?
18 MS. TRYCK: Yeah, we can take lunch now,
19 if that's okay with you.
20 MR. HILL: Yeah, that's fine with me.  13:04:55
21 MS. TRYCK: How long do you want to take?
22 20, 30 minutes maybe?
23 MR. HILL: So back at 11:35, or 1:35 your
24 time?
25 MS. TRYCK: Yeah, that's great.  13:05:07

### Page 113

1  MR. HILL: Okay.  13:05:09
2  THE VIDEO OPERATOR: The time is
3  1:05 p.m., and we are off the record.
4  (Recess, 1:05 p.m. - 1:41 p.m.)
5  THE VIDEO OPERATOR: The time is  13:41:19
6  1:41 p.m., and we are back on the record.
7  (Exhibit 1870 was marked for
8  identification and is attached hereto.)
9  BY MR. HILL:
10 Q  Mr. Lanchak, I have marked as Exhibit 1870  13:41:30
11 Ms. Frederiksen-Cross's expert report in this case.
12 Could you pull that up?
13 A  Okay. Give me a moment. All right. I
14 have it up.
15 Q  And is this Ms. Frederiksen-Cross's  13:41:53
16 report?
17 A  Give me a moment. Yes.
18 Q  And this is the report that your rebuttal
19 report is responding to, correct?
20 A  That is correct.  13:42:26
21 Q  Could you turn to paragraph 185 of
22 Exhibit 1870, which is on page 62?
23 A  Give me a moment.
24 MS. TRYCK: Sorry, Zack. Can you tell me
25 again what paragraph that was?  13:42:50

```
 1  JD Edwards open code?                    15:45:33
 2       MS. TRYCK: Objection. Vague, calls for a
 3  legal conclusion, improper hypothetical.
 4       THE WITNESS: Again, as I said -- and I'll
 5  read from my report again -- "Indeed, it would be   15:45:44
 6  impracticable (and effectively impossible) to use,
 7  maintain, or support JDE software in a meaningful
 8  way without accessing the JDE open code."
 9  BY MR. HILL:
10    Q  And do you include break/fix support in   15:46:00
11  the definition of "support" in that sentence?
12    A  I do.
```



```
Page 182
```

```
14  BY MR. HILL:
15    Q  KPMG was an Oracle partner when you worked  15:48:08
16  there, correct?
17    A  Yes, it was.
18    Q  And same for BearingPoint?
19    A  You said an Oracle partner?
20    Q  Yes.                              15:48:20
21    A  That's correct.
22    Q  And same for MarketSphere?
23    A  Correct.
24    Q  Same for HCL AXON?
25    A  Correct.                          15:48:30
```
Page 183

```
 1    Q  In your understanding, is a RAM copy of   15:48:36
 2  JD Edwards software created when a service provider
 3  operates JD Edwards in a customer environment?
 4       MS. TRYCK: Objection. Vague.
 5       THE WITNESS: In my view from an industry   15:48:51
 6  perspective, you're creating RAM copies every time
 7  you basically turn on the software.
 8  BY MR. HILL:
 9    Q  What is your understanding of the term
10  "break/fix support"?                    15:49:24
11       MS. TRYCK: Objection. Vague.
12       THE WITNESS: Can you give me a little
13  more context for that question?
14  BY MR. HILL:
15    Q  Yeah, just the term "break/fix         15:49:35
16  support," does that mean anything to you?
17    A  Yeah, it does.
18    Q  What does it mean?
19    A  Well, it's pretty evident from the
20  terminology.                            15:49:45
21       So you have a particular bug in the
22  system. Something's not working. You call your
23  service provider. They've got to get back to you in
24  a certain time frame, and they work with you to
25  create a remedy for that particular bug.   15:50:06
```
Page 184

```
 1    Q  And would break/fix support be possible   15:50:11
 2  for JD Edwards without the support provider loading
 3  a RAM copy of the JD Edwards software?
 4       MS. TRYCK: Improper hypothetical, vague,
 5  calls for a legal conclusion.           15:50:25
 6       THE WITNESS: It's hard for me to imagine,
 7  as I said before, any level of support being
 8  provided without, you know, creating a RAM copy of
 9  the software.
10  BY MR. HILL:                            15:50:46
11    Q  What about just phone support, over the
12  phone? Would that be possible?
13    A  Let's take a step back.
14       So customers all have unique environments.
15  They all have their own unique business   15:51:04
16  requirements. So all of their instances of the
17  application are unique to a certain extent.
18       So if something breaks, you're not going
19  to know what exactly is creating that break, that
20  problem, unless you can get in and see what is going   15:51:23
21  on.
22       You just can't assume that, hey, they've
23  implemented, let's say, JD Edwards right out of the
24  box. I've got my box copy. I can look at that.
25  I -- you know, I don't need to get into their system   15:51:39
```
Page 185

47 (Pages 182 - 185)

```
 1  their computer?                        15:57:21
 2     Q   Yes.
 3     A   Okay.  Yeah, that -- I mean, why would
 4  anyone buy that?
 5     Q   So is it your view from the industry    15:57:32
 6  perspective that no one would buy that?
 7     A   That's --
 8         MS. TRYCK:  Objection.  Vague, lacks
 9  foundation.
10         THE WITNESS:  That's my perspective, that  15:57:41
11  that would be a service that would be devalued in
12  the industry.  Because you're using the resources
13  and the time of that individual that, you know, is
14  having to be there doing all the work with, you
15  know, the service provider just, you know, remotely.  15:58:03
16  It just doesn't get the job done.
17  BY MR. HILL:
18     Q   Let's talk about Oracle database now.
19         If you could turn to paragraph 26 of your
20  report, please.                        15:58:26
21     A   All right.  Give me a moment.  Okay.
22     Q   Do you see the last sentence of
23  paragraph 26 of your report where it says, "My
24  opinion is that the industry would understand a
25  prohibition on 'reproduction' to pertain to the  15:59:42
```
Page 190

```
 1  creation of unlicensed instances of Oracle database,  15:59:46
 2  and not the creation of in-memory copies"?
 3         Do you see that?
 4     A   I do.  That wasn't the full sentence, by
 5  the way.  I mean, there was a preface to that.  16:00:05
 6     Q   Okay.
 7     A   You read from the comma.
 8     Q   So what is the industry understanding of
 9  that term "reproduction"?
10         MS. TRYCK:  Objection.  The document    16:00:24
11  speaks for itself.
12         THE WITNESS:  Well, it really says very
13  clearly it pertains to the creation of unlicensed
14  instances of Oracle database.
15         So the keyword there is "instances."    16:00:37
16  BY MR. HILL:
17     Q   So the industry's understanding of the
18  term "reproduction" as it's used in the injunction
19  is -- only applies to reproduction of unlicensed
20  instances of Oracle database; is that correct?    16:00:52
21     A   Well --
22         MS. TRYCK:  Misstates the document,
23  misstates the testimony.
24         THE WITNESS:  That's not quite what I
25  said.                                  16:01:01
```
Page 191

```
 1         What I'm saying is the industry would read  16:01:02
 2  that particular paragraph in the injunction and
 3  would understand it to pertain to the creation of
 4  unlicensed instances of Oracle database.
 5  BY MR. HILL:                           16:01:25
 6     Q   And what is that -- what is -- your
 7  opinion of the industry's view on an interpretation
 8  of that term "reproduction," what is that based on?
 9         MS. TRYCK:  Objection.  Misstates the
10  testimony, lacks foundation, calls for a legal  16:01:35
11  conclusion.
12         THE WITNESS:  It's based on my many years
13  in the industry.  18 years working with Oracle
14  products, including, obviously, Oracle database.
15  BY MR. HILL:                           16:01:53
16     Q   And so in your experience, no one in the
17  industry used the term "reproduction" to refer to
18  anything other than creation of unlicensed instances
19  of Oracle database?
20         MS. TRYCK:  Misstates the document,    16:02:04
21  misstates the testimony.
22         THE WITNESS:  Yeah, that's, you know, not
23  what I'm saying.
24         Let's talk about what this entire
25  paragraph really addresses, and that was Barbara  16:02:13
```
Page 192

```
 1  Frederiksen-Cross opinion that Rimini's processes  16:02:19
 2  violate the injunction each time Rimini would
 3  develop or test a software update that involved
 4  Oracle database, because doing so necessarily --
 5  well, invokes Oracle database.         16:02:36
 6         The database layer and the application
 7  layer are inextricably linked.  So every time you're
 8  using the application, you know, you're creating a
 9  RAM copy of the database and inserting or, you know,
10  removing data from the database.       16:02:59
11         So just -- it's sort of a nonsensical
12  perspective on reproduction is my point.
13  BY MR. HILL:
14     Q   Okay.  So could you look at paragraph 15
15  of Exhibit 1869, the injunction?       16:03:19
16     A   Give me a moment.
17         My document is blank.
18         MS. TRYCK:  Maybe refresh it.
19         THE WITNESS:  Okay.  There it is.  Okay.
20  All right.  I'm there.                 16:03:57
21  BY MR. HILL:
22     Q   And do you see it says, "Rimini Street
23  shall not reproduce, prepare derivative works from,
24  or distribute Oracle database software"?
25     A   I see that.                    16:04:07
```
Page 193

**Page 194**

Q So then taking your statement from paragraph 26 of your expert report, am I correct that your view is that the industry interprets the term "reproduce" there as applying only to the creation of unlicensed instances of Oracle database? 16:04:11 16:04:30

MS. TRYCK: Misstates the document, misstates the testimony, misstates his expert report.

THE WITNESS: Yeah. What I would say -- let me read the entire sentence because I think it's important. 16:04:44

"Based on my decades of experience in the field and the materials I've reviewed in this proceeding and in Rimini II, my opinion is that the industry would understand a prohibition on reproduction to pertain to the creation of unlicensed instances of Oracle database and not the creation of in-memory copies." 16:04:56

That's what I'm saying.

BY MR. HILL: 16:05:13

Q So is there anything other than the creation of unlicensed instances of Oracle database that paragraph 15 would apply to under the industry interpretation?

MS. TRYCK: Objection. Calls for a legal 16:05:24

**Page 195**

conclusion. 16:05:25

THE WITNESS: Yeah, I'm not here to make that kind of legal judgment. I'm really responding to what Barbara Frederiksen-Cross had opined about in her report about in-memory copies, RAM copies. And the industry would look at paragraph 15 and not ever believe that that pertains to in-memory copies. 16:05:40

BY MR. HILL:

Q But it is your opinion that the industry would look at that and interpret it to apply to the creation of unlicensed instances of Oracle database, right? 16:05:56

MS. TRYCK: Objection. The documents speak for themselves, asked and answered. 16:06:08

THE WITNESS: Well, yeah. I mean, I read that sentence in my -- in my report.

BY MR. HILL:

Q Right. So what I'm asking is, is there anything else other than the creation of unlicensed instances of Oracle database that the industry would interpret paragraph 15 to apply to? 16:06:17

MS. TRYCK: Objection. Outside the scope.

THE WITNESS: Yeah, that's not something that was within the scope of my report. My report 16:06:29

**Page 196**

was really dealing with what Frederiksen-Cross had been opining about regarding the creation of in-memory copies. 16:06:32

BY MR. HILL:

Q Right. And she says that the creation of in-memory copies would violate paragraph 15 of the injunction, correct? 16:06:49

MS. TRYCK: Objection. Calls for speculation, the document speaks for itself.

THE WITNESS: I'm sorry. Say that again. 16:07:02

BY MR. HILL:

Q Ms. Frederiksen-Cross's opinion is that paragraph 15 of the injunction prohibits the creation of in-memory copies of Oracle database, right? 16:07:16

MS. TRYCK: Same objections.

THE WITNESS: The best as I understand it.

BY MR. HILL:

Q And your view is that Ms. Frederiksen-Cross is incorrect on that, correct? 16:07:24

A That is correct.

Q Okay. And so what I want to know from you is, what does paragraph 15 apply to? If it doesn't apply to the creation of in-memory copies of Oracle database, what does it apply to? 16:07:42

**Page 197**

MS. TRYCK: Objection. Asked and answered, calls for a legal conclusion, outside the scope. 16:07:44

THE WITNESS: Yeah, I'm not here to interpret that paragraph and say what it does, you know, respond to or pertain to. 16:07:49

I'm responding to Barbara Frederiksen-Cross's report, which she opines about, which is specifically around the creation of those in-memory copies of Oracle database. 16:08:05

MS. TRYCK: Hey, Zack, whenever you're done, we've been going for about an hour.

MR. HILL: Yeah, let me check here.

Yeah, we can break.

MS. TRYCK: Great. 16:08:42

THE VIDEO OPERATOR: The time is 4:08 p.m., and we are off the record.

(Recess, 4:08 p.m. - 4:29 p.m.)

THE VIDEO OPERATOR: The time is 4:29 p.m., and we are back on the record. 16:29:25

BY MR. HILL:

Q Mr. Lanchak, when a user of ERP software running on Oracle database operates the software, they create a RAM copy of Oracle database, correct?

MS. TRYCK: Objection. Vague. 16:29:43

50 (Pages 194 - 197)

```
 1      THE WITNESS:  Well, what I'd say is I      16:29:49
 2  don't think they create it.  I think it's
 3  automatically created by the application.
 4  BY MR. HILL:
 5      Q  Okay.  Could you look at paragraph 89 of  16:29:57
 6  your expert report, please?
 7      A  Give me a moment to review it.  Okay.
 8      Q  In paragraph 89 of your expert report,
 9  Exhibit 1865, in the first sentence you write,
10  "Based on my review of records in Rimini I, I    16:30:59
11  understand that Oracle did not contend that RAM
12  copies of Oracle database constituted copyright
13  infringement."
14      Do you see that?
15      A  I do.                                     16:31:10
16      Q  And how does that fact inform your opinion
17  as to how the industry would interpret the
18  injunction?
19      MS. TRYCK:  Objection.  Vague, misstates
20  the document.                                    16:31:22
21      THE WITNESS:  So can you tell me more
22  about what you mean by how does that inform my
23  opinion?
24  BY MR. HILL:
25      Q  No.  I just mean generally, what effect   16:31:31
```
Page 198

```
 1  does that fact have on your opinion?  How does it --  16:31:34
 2  how does it have any effect in shaping your opinion?
 3      MS. TRYCK:  Same objection.
 4  BY MR. HILL:
 5      Q  Or does it?                               16:31:42
 6      A  Well, the fact that it wasn't an issue at
 7  that time does factor into, you know, my assessment.
 8      But I'll point you to my many years
 9  working with Oracle products and with Oracle itself,
10  and really, it's all an aggregate that really, you  16:32:07
11  know, leads me to the conclusions in my report.
12      Q  And how does it factor into your
13  assessment?
14      MS. TRYCK:  Objection.  Vague, asked and
15  answered.                                        16:32:24
16      THE WITNESS:  I don't understand what you
17  mean by "how does it factor in."  What does that
18  mean?
19  BY MR. HILL:
20      Q  Well, you said the fact that Oracle hadn't  16:32:31
21  contended that RAM copies constituted copyright
22  infringement previously in Rimini I factored into
23  your assessment, and I'm wondering how it factored
24  into your assessment.
25      MS. TRYCK:  Objection.  Misstates the        16:32:46
```
Page 199

```
 1  document, misstates the testimony, vague.        16:32:46
 2      THE WITNESS:  Well, I would believe that
 3  if it was such a large issue, it would have been,
 4  you know, contested at that time.
 5      I mean, everyone knows about RAM copies.     16:33:03
 6  That's no secret.  So the fact that it's coming up,
 7  you know, in this particular closed trial proceeding
 8  was just curious to me.
 9  BY MS. TRYCK:
10      Q  And how did you determine that it wasn't  16:33:25
11  contested earlier in Rimini I?
12      A  I looked at a lot of records, again, in my
13  "Materials Reviewed" list.  And everything that I
14  looked at regarding Rimini I did not seem to address
15  RAM copies of Oracle database.                   16:33:49
16      Q  Mr. Lanchak, could you please turn back to
17  the injunction, Exhibit 1869?
18      A  Okay.  I'm there.
19      Q  And could you look at paragraph 3 of the
20  injunction, please?                              16:34:17
21      A  I see it.
22      Q  And what, if any, third-party support
23  provider practice is prohibited by paragraph 3 of
24  the injunction?
25      MS. TRYCK:  Objection.  Calls for a legal    16:34:38
```
Page 200

```
 1  conclusion, outside the scope, vague.            16:34:40
 2      THE WITNESS:  What specifically are you
 3  asking me there?
 4  BY MR. HILL:
 5      Q  I'm asking, in your opinion as an industry  16:34:49
 6  expert, what, if any, third-party support provider
 7  practice, any practice, is prohibited by paragraph 3
 8  of the injunction?
 9      MS. TRYCK:  Objection.  Same objections.
10  Also, outside the scope.                         16:35:04
11      THE WITNESS:  Let's talk a little bit
12  about the scope of my report.
13      So my report was focused on many of the
14  opinions that Barbara Frederiksen-Cross had
15  regarding PeopleSoft specifically around, you know,  16:35:20
16  cloud hosting and the so-called cross-use, and
17  providing my industry perspective on those opinions.
18  That's my scope.
19      So I really, you know, don't have -- I
20  mean, it's not within my scope to answer your    16:35:43
21  question.  I don't really even understand your
22  question as you asked it.
23  BY MR. HILL:
24      Q  I'm asking, from your industry
25  perspective, looking at paragraph 3 of the       16:35:55
```
Page 201

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4          That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12          Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [X] was [ ] was not requested.
16          I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19          IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated: this 29 day of June, 2020.
22
              *Carla Soares*
23
24            CARLA SOARES
25            CSR No. 5908
```

Page 219