# Exhibit 40

## Excerpts from the March 13, 2020 Rebuttal Expert Report of Professor Owen Astrachan

## FILED UNDER SEAL