| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: 702.382.7300<br>Facsimile: 702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: 202.223.7300<br>Facsimile: 202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com<br><br>BOIES SCHILLER FLEXNER LLP<br>SEAN P. RODRIGUEZ (*pro hac vice*)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: 415.293.6800<br>Facsimile: 415.293.6899<br>srodriguez@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>    Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S MOTION TO SEAL ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT AND SUPPORTING DECLARATIONS AND EXHIBITS** |

I, John A. Polito, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter, and a partner at Morgan, Lewis & Bockius LLP, counsel of record in this action for Plaintiffs Oracle America, Inc. and Oracle International Corp. (collectively, "Oracle"). I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. I submit this declaration in support of Oracle's Motion to Seal Oracle's Motion for Order to Show Cause Why Rimini Street, Inc. Should Not Be Held in Contempt ("OSC Motion") and Supporting Declarations and Exhibits.

3. The Exhibits referenced below (specifically, Exhibits 1–6, 10, 12-13, 16, 18, and 36) are submitted to the Court as part of the Appendix of Exhibits supporting Oracle's Motion for Order to Show Cause Why Rimini Street, Inc. Should Not Be Held in Contempt.

4. I have reviewed Oracle's OSC Motion and supporting declarations and exhibits. The materials set forth below each contain (in whole or at least in part) non-public, technologically, or commercially sensitive information relating to Oracle's technology and software products. Oracle therefore requests sealing of the materials described below.

5. Exhibits 1–5 are side-by-side comparisons of source code between non-public Oracle source code files and source code files produced by Rimini in this litigation that accompanied the expert reports submitted by Oracle's technical expert, Barbara Ann Frederiksen-Cross. These source code comparisons contain non-public, technologically, and commercially sensitive information relating to Oracle's PeopleSoft and JD Edwards software. Oracle therefore requests that the Court seal the entirety of Exhibits 1–5.

6. Exhibit 6 comprises transcript excerpts from the January 17, 2020 Rule 30(b)(6) Deposition of Craig Mackereth that was taken in this case. Portions of Exhibit 6 (including the testimony at page 204, lines 5–23) contain non-public, technologically, and commercially sensitive information relating to Oracle's JD Edwards software. Oracle therefore requests that the Court seal these identified portions in Exhibit 6.

7. Exhibit 10 comprises excerpts from Oracle Deposition Exhibit 1841 introduced during the January 17, 2020 Rule 30(b)(6) Deposition of Craig Mackereth in this case. Portions of Exhibit 10 (including RSI006850428) contain non-public, technologically, and commercially sensitive information relating to Oracle's JD Edwards software. Oracle therefore requests that the Court seal these identified portions in Exhibit 10.

8. Exhibit 12 comprises excerpts from an internal Rimini business record produced in this action. Portions of both pages of Exhibit 12 contain non-public, technologically and commercially sensitive information relating to Oracle's PeopleSoft software. Oracle therefore requests that the Court seal Exhibit 12.

9. Exhibit 13 comprises excerpts from another internal Rimini business record produced in this action. Portions of both pages of Exhibit 13 contain non-public, technologically and commercially sensitive information relating to Oracle's PeopleSoft software. Oracle therefore requests that the Court seal Exhibit 13.

10. Exhibit 16 is a spreadsheet Rimini produced to Oracle as part of discovery in this action as RSI007899901. Portions of both pages of Exhibit 16 contain non-public, technologically and commercially sensitive information relating to Oracle's PeopleSoft software. Oracle therefore requests that the Court seal Exhibit 16.

11. Exhibit 18 comprises excerpts of a document Rimini produced to Oracle as part of discovery in this action as RSI006913538. Each page of Exhibit 18 contains non-public, technologically and commercially sensitive information relating to Oracle's PeopleSoft software. Oracle therefore requests that the Court seal Exhibit 18.

12. Exhibit 36 is a document Rimini produced to Oracle as part of discovery in this action as RSI007038524. Portions of Exhibit 36 (including RSI007038525) contain non-public, technologically and commercially sensitive information relating to Oracle's PeopleSoft software. Oracle therefore requests that the Court seal these identified portions in Exhibit 36.

13. Portions of Oracle's OSC Motion (including at 15:24, 15:28, 21:10, 21:12, 25:1, 25:15, 25:18, and n.12) contain non-public, technologically and commercially sensitive

information relating to Oracle's PeopleSoft and JD Edwards software. Oracle therefore requests that the Court seal these identified portions in Oracle's OSC Motion.

14. With respect to the Declaration of Barbara Ann Frederiksen-Cross, portions of this declaration (including paragraphs 31, 33, 56, 57, 59, 61–65, 77–79, 87, 94, 97, 98, 99, 101, 102, 104, and 107) contain non-public, technologically and commercially sensitive information relating to Oracle's PeopleSoft and JD Edwards software. Oracle therefore requests that the Court seal these identified portions in the Declaration of Barbara Ann Frederiksen-Cross.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed July 10, 2020 at Berkeley, California.

DATED: July 10, 2020                     MORGAN, LEWIS & BOCKIUS LLP

                                         By:      */s/ John A. Polito*
                                                      John A. Polito

                                         Attorneys for Plaintiffs Oracle USA, Inc.,
                                         Oracle America, Inc., and Oracle
                                         International Corporation

3

DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S MOTION TO SEAL ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT AND SUPPORTING DECLARATIONS AND EXHIBITS

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of July, 2020, I electronically transmitted the foregoing DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S MOTION TO SEAL ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT AND SUPPORTING DECLARATIONS AND EXHIBITS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: July 10, 2020          MORGAN, LEWIS & BOCKIUS LLP

                              By:  */s/ John A. Polito*
                                       John A. Polito

                              Attorneys for Plaintiffs Oracle USA, Inc.,
                              Oracle America, Inc., and Oracle
                              International Corporation