BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:    702.382.7300
Facsimile:     702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
WILLIAM A. ISAACSON (pro hac vice)
KAREN DUNN (pro hac vice)
2001 K Street, NW
Washington, DC 20006
Telephone:     202.223.7300
Facsimile:     202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

BOIES SCHILLER FLEXNER LLP
SEAN P. RODRIGUEZ (pro hac vice)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:    415.293.6800
Facsimile:     415.293.6899
srodriguez@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:     415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:     650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**DECLARATION OF JAMES C. MAROULIS IN SUPPORT OF ORACLE'S MOTION TO SEAL ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT AND SUPPORTING DECLARATIONS AND EXHIBITS** |

DECLARATION OF JAMES C. MAROULIS IN SUPPORT OF ORACLE'S MOTION TO SEAL
ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT
BE HELD IN CONTEMPT AND SUPPORTING DECLARATIONS AND EXHIBITS

1      I, James C. Maroulis, declare as follows:

2      1.    I am an attorney licensed to practice law in the State of California and am Senior

3  Managing Counsel at Oracle America, Inc., successor to Oracle USA, Inc. ("Oracle").  I have

4  personal knowledge of the facts set forth in this declaration and would competently testify to

5  them if called upon to do so.

6      2.    I submit this declaration in support of Oracle's Motion to Seal Oracle's Motion for

7  Order to Show Cause Why Rimini Street, Inc. Should Not Be Held in Contempt and Supporting

8  Declarations and Exhibits.

9      3.    It is my understanding that the public disclosure of non-public, technologically or

10  commercially sensitive information relating to Oracle's technology and software products

11  (including Oracle's PeopleSoft, JD Edwards, and Oracle Database product lines) would create a

12  significant risk of competitive injury and particularized harm, and would prejudice Oracle.  Such

13  commercially sensitive information would include, for example, non-public Oracle source code

14  and database schemas relating to each of the above product lines, as well as non-public technical

15  information that Oracle maintains on its My Oracle Support website.  It is also my understanding

16  that the public disclosure of non-public information relating to Oracle's licenses and other

17  agreements would similarly create a significant risk of competitive injury and particularized

18  harm, and would also prejudice Oracle.  Oracle's customers and potential customers could use

19  such information to their advantage in negotiations with Oracle, and Oracle's competitors and

20  potential competitors could use such information in competition with Oracle.

21      I declare under penalty of perjury under the laws of the United States that the foregoing is

22  true and correct and that this declaration is executed at Palo Alto, California, on July 10, 2020.

23

24

25                               James C. Maroulis

26

27

28

DECLARATION OF JAMES C. MAROULIS IN SUPPORT OF ORACLE'S MOTION TO SEAL
ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT
BE HELD IN CONTEMPT AND SUPPORTING DECLARATIONS AND EXHIBITS

1

2

## **CERTIFICATE OF SERVICE**

3      I hereby certify that on the 10th day of July, 2020, I electronically transmitted the

4 foregoing DECLARATION OF JAMES C. MAROULIS IN SUPPORT OF ORACLE'S

5 MOTION TO SEAL ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI

6 STREET, INC. SHOULD NOT BE HELD IN CONTEMPT AND SUPPORTING

7 DECLARATIONS AND EXHIBITS to the Clerk's Office using the CM/ECF System for filing

8 and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being

9 registered to receive Electronic Filing.

10                               MORGAN, LEWIS & BOCKIUS LLP

11   DATED: July 10, 2020

12                         By: _____/s/ John A. Polito_____
                                    John A. Polito
13
                              Attorneys for Plaintiffs Oracle USA, Inc., Oracle
14                               America, Inc. and Oracle International
                                         Corporation
15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JAMES C. MAROULIS IN SUPPORT OF ORACLE'S MOTION TO SEAL
ORACLE'S MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT
BE HELD IN CONTEMPT AND SUPPORTING DECLARATIONS AND EXHIBITS