**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Motion to Seal Oracle's Motion tor Order to Show Cause Why Rimini Street, Inc. Should Not Be Held in Contempt and Supporting Declarations and Exhibits.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c). Having considered Oracle's Motion to Seal and for good cause existing:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal the following documents and materials:

- Portions of Oracle's Motion for Order to Show Cause Why Rimini Street, Inc. Should Not Be Held in Contempt ("OSC Motion");

- Portions of the Declaration of John A. Polito Supporting Oracle's Motion ("Polito Declaration");

- Portions of the Declaration of Barbara Frederiksen-Cross Supporting Oracle's Motion (Frederiksen-Cross Declaration);

- Portions of the Appendix of Exhibits Supporting Oracle's Motion; and

- Exhibits 1–22, 24–34, and 36–40 to the Appendix of Exhibits.

IT IS SO ORDERED.

DATED:

By:_____

Hon. Larry R. Hicks
United States District Judge

1