1   GIBSON, DUNN & CRUTCHER LLP     RIMINI STREET, INC.
    MARK A. PERRY (*pro hac vice*)     DANIEL B. WINSLOW (*pro hac vice*)
2   1050 Connecticut Avenue, N.W.     6601 Koll Center Parkway, Suite 300
    Washington, DC  11101     Pleasanton, CA 94566
3   Telephone: 202.955.8500     Telephone: (925) 264-7736
    mperry@gibsondunn.com     dwinslow@riministreet.com
4
    GIBSON, DUNN & CRUTCHER LLP     RIMINI STREET, INC.
5   JEFFREY T. THOMAS (*pro hac vice*)     JOHN P. REILLY (*pro hac vice*)
    BLAINE H. EVANSON (*pro hac vice*)     3993 Howard Hughes Parkway, Suite 500
6   JOSEPH A. GORMAN (*pro hac vice*)     Las Vegas, NV 89169
    CASEY J. MCCRACKEN (*pro hac vice*)     Telephone: (336) 908-6961
7   3161 Michelson Drive     jreilly@riministreet.com
    Irvine, CA  92612-4412
8   Telephone: 949.451.3800     HOWARD & HOWARD ATTORNEYS PLLC
    jtthomas@gibsondunn.com     W. WEST ALLEN (Nevada Bar No. 5566)
9   bevanson@gibsondunn.com     3800 Howard Hughes Parkway, Suite 1000
    jgorman@gibsondunn.com     Las Vegas, NV 89169
10  cmccracken@gibsondunn.com     Telephone: (702) 667-4843
        wwa@h2law.com
11  GIBSON, DUNN & CRUTCHER LLP
    SAMUEL LIVERSIDGE (*pro hac vice*)
12  ERIC D. VANDEVELDE (*pro hac vice*)
    333 South Grand Avenue
13  Los Angeles, CA  90071-3197
    Telephone: 213.229.7000
14  sliversidge@gibsondunn.com
    evandevelde@gibsondunn.com
15
    *Attorneys for Defendant*
16  *Rimini Street, Inc.*

17  <center>**UNITED STATES DISTRICT COURT**</center>

18  <center>**DISTRICT OF NEVADA**</center>

19  ORACLE USA, INC., et al.,     CASE NO. 2:10-cv-00106-LRH-VCF

20          Plaintiffs,     **DECLARATION OF OWEN ASTRACHAN  IN SUPPORT OF**
21      v.     **RIMINI STREET, INC.'S OPPOSITION TO ORACLE'S**
22  RIMINI STREET, INC., et al.,     **MOTION FOR RULE 37 SANCTIONS**

23          Defendants.

24

25

26

27

28

I, Owen Astrachan, declare as follows:

1.      I am a Professor of Computer Science at Duke University and the department's Associate Director of Undergraduate Studies.  I have been retained by Gibson, Dunn & Crutcher LLP and Rimini Street, Inc. ("Rimini") as a technical expert in this case.

2.      I have extensive experience, writing, reading, evaluating, and teaching software code.  I received an A.B. degree in Mathematics with distinction, graduating summa cum laude from Dartmouth in 1978, and received M.A.T. (Mathematics 1979), M.S. (Computer Science 1989), and Ph.D. (Computer Science 1992) degrees from Duke.  My work has garnered several awards, including a National Science Foundation ("NSF") CAREER award in 1997, an IBM Faculty Award in 2004, and my designation as one of two inaugural NSF CISE Distinguished Education Fellows in 2007.  My research interests include understanding how best to teach and learn about programming, software design, and computer science in general.  I have published two editions of a top-selling computer programming textbook titled *Computer Science Tapestry: Exploring Programming and Computer Science with C++* that has been widely used in college computer programming courses.  I have also published regularly (more than 20 publications) in the top Computer Science Education Conference and have led more than 20 workshops at this same conference.  I have extensive experience writing software in a variety of languages.

3.      On March 13, 2020, I submitted the Rebuttal Expert Report of Professor Owen Astrachan ("Rebuttal Report"), which contains some of my expert opinions in this case.  That report is a true and correct statement of my opinions and the evidence on which those opinions are based, and if called as a witness at trial I would testify to those opinions.

4.      Attached hereto as **Exhibit A** is a true and correct copy of excerpts from my Rebuttal Report.

///

///

///

2

Gibson, Dunn &
Crutcher LLP

1        I declare under penalty of perjury under the laws of the United States of America that

2    the foregoing is true and correct, and that I executed this Declaration on July 24, 2020, at

3    _____Chapel Hill_____, _____North Carolina_____.

4

5    _____

                  Owen Astrachan

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

3

DECLARATION OF OWEN ASTRACHAN IN SUPPORT OF RIMINI STREET INC.'S
OPPOSITION TO ORACLE'S MOTION FOR RULE 37 SANCTIONS
CASE NO. 2:10-CV-00106-LRH-VCF