# EXHIBIT A

# Excerpts of O. Astrachan Rebuttal Report

# FILED UNDER SEAL