1

GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 11101
Telephone: 202.955.8500
mperry@gibsondunn.com

2

3

4

5

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

6

7

8

9

10

11

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

12

13

14

15

*Attorneys for Defendants*
*Rimini Street, Inc., and Seth Ravin*

16

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

17

**UNITED STATES DISTRICT COURT**

18

**DISTRICT OF NEVADA**

19

20

21

22

ORACLE USA, INC., a Colorado
corporation; ORACLE AMERICA, INC., a
Delaware corporation; and ORACLE
INTERNATIONAL CORPORATION, a
California corporation,

Plaintiffs,

23

v.

24

25

RIMINI STREET, INC., a Nevada
corporation; and SETH RAVIN, an
individual,

26

Defendants.

CASE NO. 2:10-cv-00106-LRH-VCF

**DECLARATION OF RICHARD
FRANK IN SUPPORT OF RIMINI
STREET, INC.'S OPPOSITION TO
ORACLE'S MOTION FOR
SANCTIONS**

**FILED UNDER SEAL**

27

28

DECLARATION OF RICHARD FRANK IN SUPPORT OF RIMINI STREET INC.'S OPPOSITION TO
ORACLE'S MOTION FOR SANCTIONS
CASE NO. 2:10-CV-00106-LRH-VCF