GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 11101
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

*Attorneys for Defendant
Rimini Street, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., et al., <br><br> Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF <br><br> **DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO ORACLE'S MOTION FOR RULE 37 SANCTIONS** <br><br> **PUBLIC REDACTED VERSION** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI STREET INC.'S
OPPOSITION TO ORACLE'S MOTION FOR RULE 37 SANCTIONS
CASE NO. 2:10-CV-00106-LRH-VCF

I, Eric D. Vandevelde, declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Rimini Street, Inc. in the above-captioned case. I submit this declaration in support of Rimini's Opposition to Oracle's Motion for Rule 37 Sanctions. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness, I would and could testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of a letter from David Niegowski to Andrew Obach, dated December 23, 2015, enclosing the production of the AFW source code to Oracle.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from a letter from Nicholas Herrera to Eric Vandevelde, dated August 21, 2017.

4. Attached as **Exhibit C** is a true and correct copy of excerpts from a letter and attachment from Kathleen Hartnett to Eric Vandevelde, dated September 23, 2019.

5. On September 17, 2019, Rimini finished ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Rimini produced the source code for the ▓▓▓▓▓▓▓▓▓▓▓▓▓ to Oracle on October 8, 2019, so that Oracle could confirm the way it operates. Attached as **Exhibit D** is a true and correct copy of a letter from Casey McCracken to Kathleen Hartnett, dated October 8, 2019, reflecting the production of the source code for the ▓▓▓▓▓▓▓▓▓▓▓.

6. Attached as **Exhibit E** is a true and correct copy of a letter from Casey McCracken to Kathleen Hartnett, dated October 7, 2019, corresponding to an initial production of files transferred via ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ since September 17, 2019.

7. Attached as **Exhibit F** is a true and correct copy of excerpts from a letter from Jennafer Tryck to Jacob Minne, dated October 11, 2019.

8. Attached as **Exhibit G** is a true and correct copy of an email from Casey McCracken to counsel for Oracle, dated November 8, 2019. The email explains that "Rimini

2

1 ▮▮▮ on or about September 17, 2019, ▮▮▮
2 ▮▮▮ and that
3 "[p]ursuant to a request Oracle made on October 2, 2019, we produced to Oracle the files
4 transferred via ▮▮▮ from on or about September
5 17, 2019, through on or about October 2, 2019."

6     9.    Attached as **Exhibit H** is a true and correct copy of excerpts from a letter from
7 Jennafer Tryck to Jacob Minne, dated December 3, 2019.

8     10.    Attached as **Exhibit I** is a true and correct copy of a letter from Casey
9 McCracken to Kathleen Hartnett, dated December 23, 2019, enclosing the production of
10 additional files transferred via ▮▮▮,
11 ▮▮▮ since the prior production.

12     11.    On May 4, 2018, Oracle's expert, Christian Hicks, submitted an 83-page report
13 regarding his review of the source code and operation of AFW tools, including TransferFiles.

14 I declare under penalty of perjury under the laws of the United States of America that
15 the foregoing is true and correct, and that I executed this Declaration on July 24, 2020, at Los
16 Angeles, California.

                                     */s/ Eric D. Vandevelde*
                                       Eric D. Vandevelde

Gibson, Dunn & Crutcher LLP

3
DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI STREET INC.'S
OPPOSITION TO ORACLE'S MOTION FOR RULE 37 SANCTIONS
CASE NO. 2:10-CV-00106-LRH-VCF