# EXHIBIT A

# 2015.12.23 D. Niegowski Ltr to A. Obach

**SHOOK**
HARDY & BACON

December 23, 2015

David J. Niegowski

One Montgomery, Suite 2700
San Francisco, California
94104-4505
**t** 415.544.1900
**dd** 415.544.1954
**f** 415.391.0281
dniegowski@shb.com

**VIA FEDERAL EXPRESS**

Andrew L. Obach
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105
andrew.obach@morganlewis.com

Re:   *Rimini Street, Inc. v. Oracle International Corporation ("Rimini II"),*
      Case No. 2:14-cv-01699 (D. Nev.)

Dear Mr. Obach:

Enclosed is a hard drive containing AFW source code with revisions, AFW monitoring database and AFW XML logs that are being produced by Rimini Street, Inc., in response to Oracle's production requests. This drive contains 48 GBs of data. For convenience, this will be referenced as Production_009. It covers Bates number RSI2_AFW_000000001.

Please note that the production has been designated as "Highly Confidential Information – Attorneys' Eyes Only" pursuant to the Stipulated Protective Order dated May 18, 2015, and should be treated accordingly.

No documents in this production have been withheld or redacted under claims of attorney-client privilege or work product protection. The provisions of the Stipulated Protective Order will apply to privileged or protected documents or information inadvertently produced.

The password for this drive will be provided via email.

Very truly yours,

*[signature: David J. Niegowski by bysm]*

David J. Niegowski

**SHOOK**
HARDY & BACON

December 23, 2015
Page 2

cc:
John Polito, Morgan Lewis (electronic mail only without enclosure)
Tom Hixson, Morgan Lewis (electronic mail only without enclosure)
Kevin Papay, Morgan Lewis (electronic mail only without enclosure)
Lindsey Shinn, Morgan Lewis (electronic mail only without enclosure)
Beko Richardson, Boies Schiller (electronic mail only without enclosure)
Kieran Ringgenberg, Boies Schiller (electronic mail only without enclosure)