# EXHIBIT B

# 2017.08.21 Excerpt of N. Herrera

# Ltr to E. Vandevelde

# FILED UNDER SEAL