# EXHIBIT C

# 2019.09.23 K. Hartnett Ltr to E. Vandevelde

# FILED UNDER SEAL