# EXHIBIT D

# 2019.10.08 C. McCracken Ltr to

# K. Hartnett re Production

# FILED UNDER SEAL