# EXHIBIT E

# 2019.10.07 C. McCracken Ltr to

# K. Hartnett re Production 17

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

3161 Michelson Drive
Irvine, CA 92612-4412
Tel 949.451.3800
www.gibsondunn.com

Casey J. McCracken
Direct: +1 949.451.3932
Fax: +1 949.475.4772
CMcCracken@gibsondunn.com

October 7, 2019

VIA ELECTRONIC MAIL

Kathleen R. Hartnett, Esq.
Boies, Schiller & Flexner LLP
44 Montgomery Street, 41st Floor
San Francisco, CA 94104

Re:   Oracle USA, Inc. v. Rimini Street, Inc.

Case No. 2:10-cv-00106 (D. Nev.)

Dear Ms. Hartnett:

Rimini is providing a production volume 20191007_PROD_017, containing documents Bates-numbered RSI007296701–RSI007297705. The documents can be accessed using the SFTP site log-in credentials below. Please note the documents will only remain available on the SFTP site for seven days.

The log-in information for the SFTP site is as follows:

    Host:  sftp.gibsondunn.com
    Username:  79957-00004_Productions
    Password:  Sent separately
    Port: 22

Sincerely,

*Casey McC*

Casey J. McCracken

CJM/adm

Beijing • Brussels • Century City • Dallas • Denver • Dubai • Frankfurt • Hong Kong • Houston • London • Los Angeles • Munich
New York • Orange County • Palo Alto • Paris • San Francisco • São Paulo • Singapore • Washington, D.C.

**GIBSON DUNN**

Kathleen R. Hartnett, Esq.
October 7, 2019
Page 2

cc: Karen L. Dunn
    Kathleen R. Hartnett
    William Isaacson
    Ashleigh Jensen
    Tran Le
    Richard J. Pocker
    Beko Reblitz-Richardson
    Sean Rodriguez
    Gabriel Schlabach
    Samuel Ungar
    Zachary S. Hill
    David Kocan
    Lisa S. Lee
    Jacob J.O. Minne
    John A. Polito
    Lindsey M. Shinn
    Benjamin P. Smith
    Sharon R. Smith

103520709.1