# EXHIBIT F

# 2019.10.11 Excerpt of J. Tryck

# Ltr to J. Minne

# FILED UNDER SEAL