# EXHIBIT G

# 2019.11.08 C. McCracken Email

# re AFW Production

# FILED UNDER SEAL