# EXHIBIT H

# 2019.12.03 Excerpt of J. Tryck Ltr to J. Minne

# FILED UNDER SEAL