# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., et al.,<br><br>Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION TO SEAL PORTIONS OF OPPOSITION TO ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37 AND SUPPORTING DOCUMENTS** |

## [PROPOSED] ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Portions of Its Opposition to Oracle's Motion for Sanctions Pursuant to Rule 37, the Declaration of Richard Frank, Portions of the Declarations of Eric D. Vandevelde and Jennafer Tryck, and Exhibits to the Declarations of Owen Astrachan and Eric D. Vandevelde ("Motion to Seal"). Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal and good cause existing:

1  IT IS HEREBY ORDERED THAT: Rimini's Motion to Seal is GRANTED. The Clerk
2  of the Court shall file under seal Rimini's Opposition, the Declarations of Richard Frank, Eric
3  Vandevelde, and Jennafer Tryck, Exhibit A to the Declaration of Owen Astrachan, and
4  Exhibits Exhibits B through D and F through H to the Declaration of Eric D. Vandevelde.
5  IT IS SO ORDERED.

Dated: _____

_____
Hon. Larry R. Hicks
United States District Judge

104007770.1