| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: 702.382.7300<br>Facsimile: 702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: 202.223.7300<br>Facsimile: 202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com<br><br>BOIES SCHILLER FLEXNER LLP<br>SEAN P. RODRIGUEZ (*pro hac vice*)<br>BEKO O. REBLITZ-RICHARDSON (*pro hac vice*)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: 415.293.6800<br>Facsimile: 415.293.6899<br>srodriguez@bsfllp.com<br>brichardson@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>    Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**SUPPLEMENTAL DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37** |

I, Sean P. Rodriguez, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner at Boies Schiller Flexner LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2. Attached as Exhibit A is a true and correct excerpted copy of the transcript from the February 28, 2018 deposition of Richard Frank in *Rimini II*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed at San Francisco, California.

DATED: July 31, 2020

                                                                          /s/ Sean P. Rodriguez
                                                                            Sean P. Rodriguez

# CERTIFICATE OF SERVICE

I certify that on July 31, 2020, I electronically transmitted the foregoing **SUPPLEMENTAL DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: July 31, 2020        BOIES SCHILLER FLEXNER LLP


By:  /s/ *Ashleigh Jensen*
     Ashleigh Jensen