# EXHIBIT A

[Excerpted copy of the transcript from the February 28, 2018 deposition of Richard Frank in *Rimini II* – FILED UNDER SEAL]