BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:     702.382.7300
Facsimile:      702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
WILLIAM A. ISAACSON (pro hac vice)
KAREN DUNN (pro hac vice)
2001 K Street, NW
Washington, DC 20006
Telephone:     202.223.7300
Facsimile:      202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

BOIES SCHILLER FLEXNER LLP
SEAN P. RODRIGUEZ (pro hac vice)
BEKO O. REBLITZ-RICHARDSON (pro hac vice)
44 Montgomery Street, 41st Floor
San Francisco, CA 94104
Telephone:     415.293.6800
Facsimile:      415.293.6899
srodriguez@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (pro hac vice)
JOHN A. POLITO (pro hac vice)
SHARON R. SMITH (pro hac vice)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:      415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (pro hac vice)
DEBORAH K. MILLER (pro hac vice)
JAMES C. MAROULIS (pro hac vice)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:      650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual, <br><br> Defendants. | Case No. 2:10-cv-0106-LRH-VCF <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action.  My business address is 44 Montgomery St., 41st Floor, San Francisco, CA 94104.  On July 31, 2020 I served the following document:

**REPLY IN SUPPORT OF ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37**

**EXHIBIT A TO THE SUPPLEMENTAL DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37**

I served the document on the persons below, as follows:

| | |
|---|---|
| Ryan N. DuBose, Esq.<br>Blaine H. Evanson, Esq.<br>Shaun A. Mathur, Esq.<br>Casey J. McCracken, Esq.<br>Amber McKonly, Esq.<br>Jeffrey T. Thomas, Esq.<br>Jennafer M. Tryck, Esq.<br>Cynthia P. Weaver<br>Chris Whittaker, Esq.<br>Tracy A. Morgan<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612-4412<br>Email: RDubose@gibsondunn.com<br>Email: BEvanson@gibsondunn.com<br>Email: SMathur@gibsondunn.com<br>Email: CMcCracken@gibsondunn.com<br>Email: AMcKonly@gibsondunn.com<br>Email: JTThomas@gibsondunn.com<br>Email: JTryck@gibsondunn.com<br>Email: CWeaver@gibsondunn.com<br>Email: CWhittaker@gibsondunn.com<br>Email: TMorgan2@gibsondunn.com | Joseph A. Gorman, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 2900<br>San Francisco, CA 94105-0921<br>Email: JGorman@gibsondunn.com<br><br>Samuel Liversidge, Esq.<br>Eric D. Vandevelde, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Ave., 47th Floor<br>Los Angeles, CA 90071-3197<br>Email: SLiversidge@gibsondunn.com<br>Email: EVandevelde@gibsondunn.com<br><br>Mark A. Perry, Esq.<br>Jeremy M. Christiansen, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Email: MPerry@gibsondunn.com<br>Email: JChristiansen@gibsondunn.com |

The document was served pursuant to FRCP 5(b) by sending it by electronic mail.  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document to be sent to the persons at the e-mail addresses listed

CERTIFICATE OF SERVICE

above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the State Bar of California, admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case, at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated:  July 31, 2020

*/s/ Ashleigh Jensen*
Ashleigh Jensen

CERTIFICATE OF SERVICE