GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

*Attorneys for Defendant*
*Rimini Street, Inc.*

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al., | CASE NO. 2:10-cv-00106-LRH-VCF |
| Plaintiffs, | **DECLARATION OF OWEN ASTRACHAN IN SUPPORT OF RIMINI STREET, INC.'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE** |
| v. | |
| RIMINI STREET, INC., et al., | |
| Defendants. | |

Gibson, Dunn & Crutcher LLP

I, Owen Astrachan, declare as follows:

1.    I am a Professor of Computer Science at Duke University and the department's Associate Director of Undergraduate Studies.  I have been retained by Gibson, Dunn & Crutcher LLP and Rimini Street, Inc. ("Rimini") as a technical expert in this case.

2.    I have extensive experience, writing, reading, evaluating, and teaching software code.  I received an A.B. degree in Mathematics with distinction, graduating summa cum laude from Dartmouth in 1978, and received M.A.T. (Mathematics 1979), M.S. (Computer Science 1989), and Ph.D. (Computer Science 1992) degrees from Duke.  My work has garnered several awards, including a National Science Foundation ("NSF") CAREER award in 1997, an IBM Faculty Award in 2004, and my designation as one of two inaugural NSF CISE Distinguished Education Fellows in 2007.  My research interests include understanding how best to teach and learn about programming, software design, and computer science in general.  I have published two editions of a top-selling computer programming textbook titled *Computer Science Tapestry: Exploring Programming and Computer Science with C++* that has been widely used in college computer programming courses.  I have also published regularly (more than 20 publications) in the top Computer Science Education Conference and have led more than 20 workshops at this same conference.  I have extensive experience writing software in a variety of languages.

3.    On March 13, 2020, I submitted the Rebuttal Expert Report of Professor Owen Astrachan ("Rebuttal Report"), which contains some of my expert opinions in this case.  That report is a true and correct statement of my opinions and the evidence on which those opinions are based, and if called as a witness at trial I would testify to those opinions.

4.    Excerpts of my Rebuttal Report have previously been filed with the Court at **ECF No. 1327** in connection with Rimini's Motion to Enforce the Court's Orders and Judgment Separating *Rimini I* from *Rimini II*.

5.    Other excerpts of my Rebuttal Report, including certain opinions related to a Rimini tool called TransferFiles have previously been filed with the Court at **ECF No. 1374-1** in connection with Rimini's Opposition to Oracle's Motion for Sanctions Pursuant to Rule 37.

1

Gibson, Dunn &
Crutcher LLP

DECLARATION OF OWEN ASTRACHAN ISO RIMINI STREET INC.'S
OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

6.      Attached to Rimini's Appendix as **Exhibit A** is a true and correct copy of additional excerpts from my Rebuttal Report.

7.      On June 26, 2020, I submitted the Supplemental Expert Report of Professor Owen Astrachan In Response to Surrebuttal Report of Barbara Frederiksen-Cross ("Supplemental Report"), which contains some of my additional opinions in this case.  That report is a true and correct statement of my opinions and the evidence on which those opinions are based, and if called as a witness at trial I would testify to those opinions.

8.      Attached to Rimini's Appendix as **Exhibit B** is a true and correct copy of my Supplemental Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on July 31, 2020, at Chapel Hill, North Carolina.

_____
Owen Astrachan

DECLARATION OF OWEN ASTRACHAN ISO RIMINI STREET INC.'S
OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn &
Crutcher LLP