1  GIBSON, DUNN & CRUTCHER LLP
   MARK A. PERRY (*pro hac vice*)
2  1050 Connecticut Avenue, N.W.
   Washington, DC  11101
3  Telephone: 202.955.8500
   mperry@gibsondunn.com
4
   GIBSON, DUNN & CRUTCHER LLP
5  JEFFREY T. THOMAS (*pro hac vice*)
   BLAINE H. EVANSON (*pro hac vice*)
6  JOSEPH A. GORMAN (*pro hac vice*)
   CASEY J. MCCRACKEN (*pro hac vice*)
7  3161 Michelson Drive
   Irvine, CA  92612-4412
8  Telephone: 949.451.3800
   jtthomas@gibsondunn.com
9  bevanson@gibsondunn.com
   jgorman@gibsondunn.com
10 cmccracken@gibsondunn.com

11 GIBSON, DUNN & CRUTCHER LLP
   SAMUEL LIVERSIDGE (*pro hac vice*)
12 ERIC D. VANDEVELDE (*pro hac vice*)
   333 South Grand Avenue
13 Los Angeles, CA  90071-3197
   Telephone: 213.229.7000
14 sliversidge@gibsondunn.com
   evandevelde@gibsondunn.com
15
   *Attorneys for Defendant*
16 *Rimini Street, Inc.*

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| 19  ORACLE USA, INC., et al., | CASE NO. 2:10-cv-00106-LRH-VCF |
| 20                    Plaintiffs, | **DECLARATION OF STEPHEN LANCHAK IN SUPPORT OF RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE** |
| 21        v. | |
| 22  RIMINI STREET, INC., et al., | |
| 23                    Defendants. | |

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

I, Stephen Lanchak, declare as follows:

1.      I am an Assistant Director in the Career Management Center at the Kellogg School of Management at Northwestern University, where I oversee a team of career coaches and serve as a career and executive coach for Executive MBA students.  I have been retained by Gibson, Dunn & Crutcher LLP and Rimini Street, Inc. as an industry expert in this proceeding.

2.      I have extensive experience working with enterprise resource planning ("ERP") software in general and PeopleSoft and JD Edwards ("JDE") software in particular.  I have worked in management and technology consulting for 33 years, 18 of which were spent working exclusively with Oracle ERP products.  I have worked with over 300 Oracle licensees in various capacities, and have had direct responsibility for Oracle ERP application and technology delivery for businesses across numerous industries nationally and around the globe.  I hold a Bachelor of Science and Master of Business Administration degrees from the University of Texas at Austin.

3.      On March 13, 2020, I submitted the Expert Rebuttal Report of Stephen Lanchak ("Rebuttal Report"), which contains my expert opinions in this case.  That report is a true and correct statement of my opinions and the evidence on which those opinions are based, and if called as a witness at trial I would testify to those opinions.

4.      Attached to Rimini's Appendix as **Exhibit C** is a true and correct copy of my Rebuttal Report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration on July 31, 2020, at Chicago, Illinois.

Stephen Lanchak

DECLARATION OF STEPHEN LANCHAK IN SUPPORT OF RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP