| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., et al.,<br><br>                    Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF
RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

I, Eric D. Vandevelde, declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Rimini Street, Inc. in the above-captioned case. I submit this declaration in support of Rimini's Opposition to Oracle's Motion for an Order to Show Cause. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness, I would and could testify competently to them.

2. Attached to Rimini's Appendix as **Exhibit J** is a true and correct copy of excerpts from the December 1, 2016 deposition of Easter Seals New Hampshire's 30(b)(6) corporate representative, Michael J. Bonfanti, in *Rimini II* (case no. 2:14-cv-01699-LRH-CWH).

3. Attached to Rimini's Appendix as **Exhibit K** is a true and correct copy of excerpts from the September 19, 2018 deposition of Oracle's expert, Barbara Frederiksen-Cross, in *Rimini II*.

4. Attached to Rimini's Appendix as **Exhibit L** is a true and correct copy of excerpts from the September 20, 2019 deposition of Easter Seal New Hampshire's 30(b)(6) corporate representative, Jay A. Hoyt.

5. Attached to Rimini's Appendix as **Exhibit M** is a true and correct copy of excerpts from the October 17, 2019 deposition of TierPoint's (formerly known as Windstream) 30(b)(6) corporate representative, Jeff Russell Waide.

6. Attached to Rimini's Appendix as **Exhibit N** is a true and correct copy of excerpts from the January 17, 2020 deposition of Rimini's 30(b)(6) corporate representative, Craig Mackereth.

7. Attached to Rimini's Appendix as **Exhibit O** is a true and correct copy of excerpts from the June 19, 2020 deposition of Oracle's expert, Barbara Frederiksen-Cross.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration on July 31, 2020, at Los Angeles, CA.

                                                    */s/ Eric D. Vandevelde*
                                                    Eric D. Vandevelde

Gibson, Dunn & Crutcher LLP

1

DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF
RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF