GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

*Attorneys for Defendants*
*Rimini Street, Inc.*

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al., | CASE NO. 2:10-cv-00106-LRH-VCF |
| Plaintiffs, | **DECLARATION OF BRENDA DAVENPORT IN SUPPORT OF RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE** |
| v. | |
| RIMINI STREET, INC., et al., | |
| Defendants. | **PUBLIC REDACTED VERSION** |

Gibson, Dunn &
Crutcher LLP

DECLARATION OF BRENDA DAVENPORT IN SUPPORT OF RIMINI STREET INC.'S OPPOSITION TO
ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

I, Brenda Davenport, declare as follows:

1.      I am currently employed as Vice President, Global Quality Assurance, at Rimini Street, Inc. ("Rimini").  I have worked at Rimini for 12 years, and I have over 20 years of experience in managing, implementing, testing and supporting Enterprise Resource Planning ("ERP") software projects for private and public sector clients.  I submit this declaration in support of Rimini's Opposition to Oracle's Motion for Order to Show Cause.  The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness, I would and could testify competently to them.

2.      In my role at Rimini, I am responsible for the Global Quality Assurance team. My team ensures that every PeopleSoft and JD Edwards client update is individually tested and that each change has the expected outcome.

3.      ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████

4.      ████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████

Gibson, Dunn &
Crutcher LLP

DECLARATION OF BRENDA DAVENPORT IN SUPPORT OF RIMINI STREET INC.'S OPPOSITION TO
ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

1 ███████████████████████████ ██ ████████████

2 ████████████████████████████████████████████

3 ████████████████████████████████████████████

4 ████████████████████████████████████████████

5 ████████████████████████████████████████████

6 ████████████████████████████████████████████

7 ████████

8    5.    I understand that Oracle's expert in this proceeding, Barbara Frederiksen-Cross,

9 contends that ████████████████████████████████████

10 ████████████████████████████    Oracle OSC Mot. at 14 (citing

11 Declaration of Barbara Frederiksen-Cross at ¶¶ 49, 52). ████████████████

12 ████████████████████████████████████████████

13 ████████████████████████████████████████████

14 ████████████████████████████████████████████

15 ████████████████████████████████████████████

16 ████████████████████████████████████████████

17 ████████████████████████████████████████████

18 ████████████████████████████████████████████

19 ███████████

20    I declare under penalty of perjury under the laws of the United States of America that

21 the foregoing is true and correct, and that I executed this Declaration on July 30, 2020, at

22 Driftwood, Texas.

23

24

25                                                       Brenda Davenport

26

27

28

Gibson, Dunn &
Crutcher LLP