| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendants*
*Rimini Street, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF SUDHIR KUMAR IN SUPPORT OF RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE**<br><br>**PUBLIC REDACTED VERSION** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF SUDHIR KUMAR IN SUPPORT OF RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

I, Sudhir Kumar, declare as follows:

1. I am currently employed as Vice President, Global Technology Support, at Rimini Street, Inc. ("Rimini"), and I have worked at Rimini for 7 years. I have over 30 years of experience in the development, implementation and management of large in-house business systems, including implementation and support of Oracle Database ("ODB"). I submit this declaration in support of Rimini's Opposition to Oracle's Motion for Order to Show Cause. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness, I would and could testify competently to them.

2. In my role at Rimini, I am responsible for leading a team of experienced engineers who are tasked to provide support for complex operational issues related to ODB, as well as the underlying technology and tools required to run major enterprise software.

3. ODB is relational database software. It supports the data storage and management requirements of Enterprise Resource Planning ("ERP") software applications. ERP software relies on the underlying database layer—which can be ODB or other database software—to store and manage enterprise data that Rimini's clients use in their business operations. In other words, ODB is a data storage location, and ERP software (as well as non-ERP applications developed by Rimini's clients) accesses and modifies the stored data.

4. Rimini provides remote support services for ODB, in addition to support services for ERP applications that that may rely on ODB as their database layer, such as PeopleSoft or JD Edwards, and also *non-Oracle* ERP software, developed by Oracle competitors like SAP.

5. Rimini's support services for ODB includes break-fix support, which involves diagnosing and fixing problems in Rimini's clients' ODB software. Rimini does not develop updates for ODB. ███████████████████████████████████████████

6. Rimini also provides support services to its clients' ERP software (*e.g.*, PeopleSoft and JD Edwards) by diagnosing and fixing problems, or by making updates to the software. Rimini's support for ERP applications that rely on ODB as the underlying database involves ███████████████████████████

1

Gibson, Dunn & Crutcher LLP

DECLARATION OF SUDHIR KUMAR IN SUPPORT OF RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

7. ███████████

8. ███████████

9. I understand Oracle contends that the injunction prohibits Rimini from ███████████

10. It would be impossible for Rimini, or any other third-party support provider, to support ODB without ███████████ For example, Rimini could not launch, run, operate, configure, or test its clients' ODB software on the clients' own systems.

11. Similarly, it would be impossible for Rimini to support any clients' ERP software if that software utilizes ODB as its underlying database. This would include both Oracle ERP products (like PeopleSoft or JD Edwards) and *non-Oracle* ERP software (like SAP products).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration on July 31, 2020, at Adelaide, South Australia.

/s/ Sudhir Kumar

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF SUDHIR KUMAR IN SUPPORT OF RIMINI STREET INC.'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF