GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

*Attorneys for Defendant*
*Rimini Street, Inc.*

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al., | Case No. 2:10-cv-00106-LRH-VCF |
| Plaintiffs, | **APPENDIX OF EVIDENCE IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE** |
| v. | |
| RIMINI STREET, INC., et al., | |
| Defendants. | |

Pursuant to Local Rule IA 10-3, Defendant Rimini Street, Inc. ("Rimini") submits this Appendix of Evidence in Support of its Opposition to Oracle's Motion for Order to Show Cause.

| Exhibit | Description |
|---------|-------------|
| A | Excerpts from the Rebuttal Expert Report of Professor Owen Astrachan, dated March 13, 2020 |
| B | Supplemental Expert Report of Professor Owen Astrachan, dated June 26, 2020 |
| C | Expert rebuttal report of Stephen Lanchak, dated March 13, 2020 |
| D | Excerpts from deposition exhibit 1835 which was introduced during the January 17, 2020 deposition of Craig Mackereth |
| E | Deposition exhibit 1830 which was introduced during the January 17, 2020 deposition of Craig Mackereth |
| F | Deposition exhibit 1831 which was introduced during the January 17, 2020 deposition of Craig Mackereth |
| G | Deposition exhibit 1832 which was introduced during the January 17, 2020 deposition of Craig Mackereth |
| H | Deposition exhibit 1833 which was introduced during the January 17, 2020 deposition of Craig Mackereth |
| I | Excerpts from RSI007285466, a March 27, 2019 email sent by Arijit Ray (R.R. Donnelley & Sons Company) |
| J | Excerpts from the December 1, 2016 deposition of Easter Seals New Hampshire's 30(b)(6) corporate representative, Michael J. Bonfanti, in *Rimini II* (Case No. 2:14-cv-01699-LRH-CWH) |
| K | Excerpts from the September 19, 2018 deposition of Oracle's expert, Barbara Frederiksen-Cross, in *Rimini II* |
| L | Excerpts from the September 20, 2019 deposition of Easter Seal New Hampshire's 30(b)(6) corporate representative, Jay A. Hoyt |
| M | Excerpts from the October 17, 2019 deposition of TierPoint's (formerly known as Windstream) 30(b)(6) corporate representative, Jeff Russell Waide |

Gibson, Dunn &
Crutcher LLP

| Exhibit | Description |
|---------|-------------|
| N | Excerpts from the January 17, 2020 deposition of Rimini's 30(b)(6) corporate representative, Craig Mackereth |
| O | Excerpts from the June 19, 2020 deposition of Oracle's expert, Barbara Frederiksen-Cross |

Dated:  July 31, 2020

GIBSON, DUNN & CRUTCHER LLP


By: __/s/ Eric D. Vandevelde__
Eric D. Vandevelde

*Attorneys for Defendant*
*Rimini Street, Inc.*

3