# EXHIBIT D

# Excerpts from Deposition Ex. 1835 from January 17, 2020 deposition of Craig Mackereth

# FILED UNDER SEAL