# EXHIBIT F

# Deposition Ex. 1831 from January 17, 2020 deposition of Craig Mackereth

# FILED UNDER SEAL