# EXHIBIT G

# Deposition Ex. 1832 from

# January 17, 2020 deposition of Craig Mackereth

# FILED UNDER SEAL