# EXHIBIT I

# Excerpts from RSI007285466, a March 27, 2019 email sent by Arijit Ray (R.R. Donnelley & Sons Company)

# FILED UNDER SEAL