# EXHIBIT J

# Excerpts from the December 1, 2016 deposition of Easter Seals New Hampshire's 30(b)(6) corporate representative, Michael J. Bonfanti

```
 1                UNITED STATES DISTRICT COURT
 2                     DISTRICT OF NEVADA
 3               CASE NO. 2:14-CV-01699 LRH PAL
     _____
 4   RIMINI STREET, INC., a Nevada                )
 5   corporation,                                 )
 6              Plaintiff,                        )
 7                 vs.                            )
 8   ORACLE INTERNATIONAL CORPORATION, a          ) VOLUME I
 9   California corporation,                      )
10              Defendant.                        )
11   _____
12   ORACLE AMERICA, INC., a Delaware             )
13   corporation, et al,                          )
14              Counterclaimants,                 )
15                 vs.                            )
16   RIMINI STREET, INC., a Nevada                )
17   corporation, et al.,                         )
18              Counterdefendants.                )
19   _____)
20    VIDEOTAPED DEPOSITION OF EASTER SEALS NEW HAMPSHIRE
21               BY MICHAEL J. BONFANTI
22             Thursday, December 1, 2016
23                    9:28 a.m.
24   JOB No. 2488786
25   PAGES 1-171
```

Page 1

```
 1    A.  I would assume so; yes.              12:24:58
 2    Q.  And East -- and Rimini's access to Easter  12:25:00
 3  Seals' test environment, which is hosted on      12:25:05
 4  Windstream, is for the benefit of Easter Seals;  12:25:09
 5  correct?                                         12:25:10
 6    A.  Yes.                                       12:25:11
 7    Q.  And it's to carry out the operations that  12:25:15
 8  are permitted by Easter Seals under the PeopleSoft 12:25:17
 9  license agreement.                               12:25:21
10    A.  Right.                                     12:25:23
11        MR. HIXSON:  Calls for a legal conclusion. 12:25:26
12  And speculation.                                 12:25:28
13    A.  I would assume so.                         12:25:29
14    Q.  So the Windstream environment that hosts   12:25:33
15  Easter Seals' test environment, that's for Easter 12:25:37
16  Seals' use by way of Rimini supporting Easter    12:25:47
17  Seals; correct?                                  12:25:50
18        MR. HIXSON:  Misstates testimony.          12:25:51
19    A.  Say that again.                            12:25:54
20    Q.  I believe earlier today you testified that 12:25:58
21  the Easter Seals test environment hosted by      12:26:00
22  Windstream wasn't for Easter Seals' use.  I believe 12:26:03
23  you said that.                                   12:26:09
24        And what I'm asking you is did you really  12:26:09
25  mean that -- just that Easter Seals doesn't      12:26:12
                                                    Page 122
```

```
 1  physically use that test environment?            12:26:14
 2    A.  That's -- that's exactly what I meant.     12:26:16
 3    Q.  Okay.                                      12:26:18
 4    A.  That environment is there, and we do not   12:26:19
 5  have log-ins, and we don't touch it.  I understand 12:26:21
 6  that Rimini needs that environment to support us. 12:26:24
 7    Q.  To support Easter Seals?                   12:26:28
 8    A.  To support Easter Seals; yes.              12:26:29
 9    Q.  For Easter Seals' benefit.                 12:26:33
10    A.  For our benefit.                           12:26:34
11    Q.  Okay.  So the Easter Seals test            12:26:37
12  environment that's hosted on Windstream is for   12:26:41
13  Easter Seals.  It's just that Easter Seals doesn't 12:26:43
14  physically use it.                               12:26:45
15    A.  Correct.                                   12:26:46
16    Q.  That's why you hire Rimini; correct?       12:26:47
17    A.  Yes.                                       12:26:48
18    Q.  Or you could hire a different third-party  12:26:49
19  service provider to use Easter Seals' test       12:26:51
20  environment hosted on Windstream.                12:26:54
21    A.  Yes.                                       12:26:56
22    Q.  And Easter Seals controls its test         12:27:13
23  environment hosted on Windstream by way of       12:27:17
24  controlling who has access to that; correct?     12:27:23
25        MR. HIXSON:  Misstates testimony.          12:27:27
                                                    Page 123
```

```
 1    A.  So I guess if you read contracts, that     12:27:31
 2  would be true, but I don't believe that Windstream, 12:27:33
 3  when we've called in the past, has granted us    12:27:44
 4  access to that environment when requested, even  12:27:47
 5  though we own that account.                      12:27:49
 6    Q.  That's the --                              12:27:52
 7    A.  So that's what I mean.  So...              12:27:53
 8    Q.  So that answers -- I don't -- I think I    12:27:54
 9  was trying to ask a different question.          12:27:58
10    A.  Okay.                                      12:27:58
11    Q.  So let me -- let me try again.             12:28:00
12    A.  Okay.                                      12:28:01
13    Q.  It was my fault.  I apologize.             12:28:03
14        Easter Seals controls whether it renews    12:28:09
15  the contract with Rimini Street; correct?        12:28:11
16    A.  That's correct.                            12:28:14
17    Q.  And Easter Seals controls whether there's  12:28:14
18  even an Easter Seals test environment on         12:28:16
19  Windstream; correct?                             12:28:18
20    A.  Yes.  Correct.                             12:28:19
21    Q.  And Easter Seals controls that it's Rimini 12:28:20
22  who accesses Windstream -- Easter Seals' test    12:28:23
23  environment on Windstream; correct?              12:28:26
24    A.  Correct.                                   12:28:29
25    Q.  And if Easter Seals chooses a different    12:28:31
                                                    Page 124
```

```
 1  third-party service provider, it's Easter Seals who 12:28:31
 2  controls the access by that third-party --       12:28:33
 3    A.  Yes.                                       12:28:37
 4    Q.  -- provider.                               12:28:37
 5        And Easter Seals could terminate its       12:28:41
 6  agreement with Rimini and thereby terminate      12:28:45
 7  Rimini's access to Easter Seals' test environment 12:28:48
 8  hosted on Windstream; correct?                   12:28:51
 9    A.  Yes.                                       12:28:52
10    Q.  And it's Easter Seals who contracts with   12:28:59
11  Windstream to host Easter Seals' test environment 12:29:03
12  with Windstream; correct?                        12:29:06
13    A.  That is correct.  It would be our          12:29:07
14  responsibility to work with Windstream if we're not 12:29:09
15  getting access that we should.  That's our       12:29:11
16  relationship.  It's not Rimini's relationship with 12:29:15
17  Windstream.                                      12:29:19
18    Q.  And the reason Rimini uses Easter Seals'   12:29:29
19  test environment that is hosted on Windstream is so 12:29:33
20  that Rimini can make sure that the updates it    12:29:36
21  ultimately provides to Easter Seals will work on 12:29:38
22  Easter Seals' production environment; correct?   12:29:41
23    A.  That's correct.                            12:29:45
24    Q.  And it's the production environment that's 12:29:46
25  hosted internally to Easter Seals; correct?      12:29:48
                                                    Page 125
```

32 (Pages 122 - 125)

```
 1      I declare under penalty of perjury
 2   under the laws that the foregoing is
 3   true and correct.
 4
 5      Executed on _____ , 20___,
 6   at _____, _____.
 7
 8
 9
10
11      _____
12          MICHAEL J. BONFANTI
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 170

```
 1             STATE OF NEW HAMPSHIRE
 2
 3       I, P. Jodi Ohnemus, New Hampshire LCR #91,
     do hereby certify that there came before me
 4   on the 1st day of December, 2016, the deponent
 5   herein, who was duly sworn by me; that the ensuing
 6   examination upon oath of the said deponent was
 7   reported stenographically by me and transcribed
     into typewriting under my direction and control;
 8   and that the within transcript is a true record of
 9   the questions asked and answers given at said
10   deposition.
11       I FURTHER CERTIFY that I am neither
12   attorney nor counsel for, nor related to or
     employed by any of the parties to the action
13   in which this deposition is taken; and, further,
14   that I am not a relative or employee of any
15   attorney or financially interested in the outcome
16   of the action.
17       IN WITNESS WHEREOF I have hereunto set my
18   hand this 8th day of December, 2016, at New
19   Hampshire.
20
21
22       <%signature%>
23       P. Jodi Ohnemus,
24       RPR, RMR, CRR,
25       NH-LCR #91.
```

Page 171

44 (Pages 170 - 171)