# EXHIBIT K

# Excerpts from September 19, 2018 deposition of

# Oracle's expert, Barbara Frederiksen-Cross, in

# *Rimini II*

# PUBLIC REDACTED VERSION

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              UNITED STATES DISTRICT COURT
2                   DISTRICT OF NEVADA
3      Case No. 2:14-cv-01699-LRH-CWH
       _____
4

       RIMINI STREET, INC., a Nevada
5      corporation
6                Plaintiff,
                   v.
7

       ORACLE AMERICA, INC., a Delaware
8      corporation; and ORACLE
       INTERNATIONAL CORPORATION, a
9      California corporation
10               Defendants.
       _____
11
       ORACLE AMERICA, INC., a Delaware
12     corporation; and ORACLE
       INTERNATIONAL CORPORATION, a
13     California corporation
14               Counterclaimants,
15                 v.
16     RIMINI STREET, INC., a Nevada
       corporation;  SETH RAVIN, an
17     individual,
18               Counterdefendants,
       _____
19
20          VIDEOTAPED DEPOSITION OF
21          BARBARA FREDERIKSEN-CROSS
22    *HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY*
23     DATE TAKEN:  SEPTEMBER 19, 2018
24     REPORTED BY:  PAUL J. FREDERICKSON, CCR, CSR
       JOB NO. 2972276
25     PAGES 1 - 354
```

Page 1

Page 150

```
 1  original customer's environment in order to         12:40:26
 2  provide that update to the second customer.         12:40:28
 3       Q.   What if the coding of the update          12:40:32
 4  in client B's environment requires some change      12:40:49
 5  to it so that the implementation of that update    12:40:53
 6  in client A and client B's environment are          12:40:56
 7  different, is it still cross-use?                   12:40:59
 8            MR. POLITO:  Objection, incomplete        12:41:02
 9  hypothetical.                                       12:41:03
10       A.   Is customer B still receiving some        12:41:05
11  benefit from the work that was done in customer     12:41:08
12  A's environment?  For instance, you've got a        12:41:11
13  40-line change, and there's a one-line change       12:41:12
14  in customer B's environment to change the           12:41:15
15  customer name?  Absolutely, it would still be       12:41:17
16  cross-use.  But if you want to give me a set of     12:41:20
17  hypothetical facts, I'll -- I'll evaluate them      12:41:23
18  as best I can.                                      12:41:27
19       Q.   What if it's just the one-line            12:41:29
20  change in client A's environment and a similar      12:41:30
21  but not identical one-line change needs to          12:41:33
22  happen in client B's environment?                   12:41:36
23       A.   How do --                                 12:41:39
24            MR. POLITO:  Objection, vague,            12:41:40
25  incomplete hypothetical.                            12:41:42
```

Page 151

```
 1       A.   Yeah.  In your hypothetical, how          12:41:42
 2  did you determine what the change should be,        12:41:43
 3  where the change should be applied, and how the     12:41:47
 4  change should be applied?                           12:41:51
 5       Q.   By -- by using client A's                 12:41:52
 6  environment.  The engineer goes in client A's       12:41:54
 7  environment and figure outs -- figures out          12:41:59
 8  where the change needs to be and the gist of        12:42:00
 9  what the change needs to say and then does the      12:42:02
10  same thing, although with a slightly different      12:42:04
11  implementation of that one line on client B's       12:42:07
12  environment.  Is that cross-use?                    12:42:09
13            MR. POLITO:  Objection, vague.            12:42:11
14       A.   Again, that's not -- that's not           12:42:12
15  consistent with the kinds of examples I give in     12:42:13
16  my report, counsel.  But since you've -- you've     12:42:17
17  stipulated that the work was done in client A's     12:42:21
18  to determine what the change needed to be and       12:42:24
19  generally where it needed to be and that you        12:42:27
20  were applying that knowledge in the second          12:42:29
21  environment, then I would say yes, you're cross     12:42:31
22  using that knowledge and the update itself,         12:42:33
23  which you've said is similar but with a minor       12:42:36
24  change.                                             12:42:38
25            MR. VANDEVELDE:  Should -- I defer        12:42:38
```

Page 152

```
 1  to you.  Do you want to keep going?                 12:42:46
 2  Let's go off the record just one second.            12:42:47
 3            THE VIDEOGRAPHER:  Going off the          12:42:49
 4  record at 12:43 p.m.                                12:42:51
 5            [Luncheon recess at 12:43 p.m.]           13:27:53
 6                                                      13:27:53
```

Page 153

```
 1            AFTERNOON SESSION                         13:27:59
 2            [Resuming at 1:35 p.m.]                   13:28:00
 3            THE VIDEOGRAPHER:  We're back on          13:34:39
 4  the record at 1:35 p.m.  Continuing                 13:34:48
 5  media number 3.                                     13:34:51
 6            EXAMINATION CONTINUING                    13:34:51
 7  BY MR. VANDEVELDE:                                  13:34:51
 8       Q.   All right.  Do you understand             13:34:54
 9  you're still under oath?                            13:34:55
10       A.   Yes, I do, counsel.                       13:34:56
11       Q.   If you could turn to paragraph 24         13:34:59
12  of your supplemental report.  It says:              13:35:00
13            "I understand that any                    13:35:08
14  reproduction of, distribution of or creation of     13:35:09
15  derivative works with one customer's licensed       13:35:13
16  Oracle software constitutes cross-use if that       13:35:16
17  reproduction, distribution or creation of           13:35:19
18  derivative works benefits another customer."        13:35:21
19       What do you mean by benefits?                  13:35:27
```

[Remainder of Page 153 redacted]

**Page 170**

```
 1  take the fruit of the labor you have done in      13:53:33
 2  customer A's environment and provide that fruit   13:53:35
 3  to customer B, who was not the original           13:53:39
 4  licensee, it's my understanding that you've --    13:53:43
 5  you've committed an act of cross-use.             13:53:45
 6       Q.   So let me make it more stark.           13:53:49
 7  Let's say the update is just one line of code,    13:53:51
 8  just a simple line of code.  And can the same     13:53:54
 9  engineer who solved the problem and added that    13:54:00
10  one line of code to client A's environment add    13:54:02
11  that same line of code six months later to        13:54:04
12  client B's environment?                           13:54:07
13            MR. POLITO:  Objection, incomplete      13:54:08
14       hypothetical, calls for speculation,         13:54:10
15       vague.                                       13:54:12
16       A.   Again, you know, I specifically         13:54:14
17  excluded from my analysis very small examples     13:54:17
18  like that because of my concern that the work     13:54:20
19  required to determine in any particular case      13:54:24
20  whether a single line of code was or was not      13:54:27
21  necessarily cross-use might outweigh the -- the   13:54:30
22  benefit of doing so.                              13:54:34
23            But the answer -- it's the same         13:54:37
24  answer I gave you before lunch, is it will        13:54:39
25  depend very much on what was entailed in the      13:54:41
```

**Page 171**

```
 1  development of that code.  If the development     13:54:43
 2  of that single line of code relied on the use     13:54:45
 3  of customer A's environment to identify where     13:54:50
 4  the code should be -- or identify what the line   13:54:54
 5  of code should be, identify where the line of     13:54:59
 6  code should be asserted or deleted, identify      13:55:01
 7  how to test the code, actually test the one       13:55:04
 8  line to make sure it was the right line to do     13:55:07
 9  in the right place and insert it in the light     13:55:09
10  way.  You know, if any of that activity on        13:55:12
11  behalf of customer A is then conveyed via the     13:55:15
12  provision of that line of code, whether it's      13:55:23
13  the line of code itself or a reduced testing      13:55:25
14  time or -- or any other benefit that -- that      13:55:28
15  customer A received that wasn't -- customer B     13:55:33
16  is now getting that benefit without having its    13:55:36
17  own license been used to achieve that benefit.    13:55:40
18  That's where the cross-use occurs.                13:55:45
19            So you're not -- you're providing       13:55:48
20  something to a customer that was not created or   13:55:49
21  developed using their license.                    13:55:53
22            And I think in that context, you        13:55:55
23  know, I -- I can't think of an example as I sit   13:55:58
24  here that would not be cross-use.  I mean, I --   13:56:02
25  there is maybe some remote corner case where     13:56:05
```

**Page 172**

```
 1  it's only a one-line file, and it has nothing     13:56:08
 2  to do with the environment.  And -- you know, I   13:56:10
 3  just -- we can go into hypotheticals forever.     13:56:12
 4  But --                                            13:56:14
 5       Q.   Do you agree that engineers get         13:56:15
 6  more proficient and gain experience as they       13:56:18
 7  perform their work over time?                     13:56:22
 8            MR. POLITO:  Objection, vague.          13:56:24
 9       A.   With respect to what type of work?      13:56:30
10       Q.   PeopleSoft engineer who has worked      13:56:33
11  on -- would you agree that a PeopleSoft           13:56:35
12  engineer who is working day in and day out in a   13:56:37
13  PeopleSoft environment acquires knowledge and     13:56:39
14  gains experience about where things are           13:56:42
15  located, about how things function, about         13:56:43
16  different modules, et cetera, would you think     13:56:45
17  that they gain experience and knowledge and       13:56:47
18  proficiency in their job over time?               13:56:50
19            MR. POLITO:  Objection, vague,          13:56:53
20       compound.                                    13:56:56
21       A.   One would hope that they do so.         13:56:59
22       Q.   So how -- do you believe that the       13:57:04
23  same engineer can service both client A and       13:57:08
24  client B in my hypothetical where both needed     13:57:13
25  the same line of code?                            13:57:16
```

**Page 173**

```
 1            MR. POLITO:  Objection, vague,          13:57:17
 2       calls for a legal conclusion, incomplete     13:57:18
 3       hypothetical, vague as to "in my             13:57:20
 4       hypothetical."                               13:57:23
 5       A.   In the hypothetical where you           13:57:23
 6  postulated most recently, and I assume that's     13:57:31
 7  the one where we're still talking about, where    13:57:33
 8  a single-line change is developed --              13:57:36
 9       Q.   Yes.                                    13:57:37
10       A.   -- for customer A and then              13:57:38
11  customer B comes along and needs that change      13:57:40
12  and it is provided to customer B, you would       13:57:42
13  have to look to the allowable behavior first      13:57:45
14  under the contract to determine what -- what      13:57:50
15  the license permits a particular customer to      13:57:56
16  do.                                               13:57:59
17            And then you would have to look at      13:58:00
18  the specific actions of the individual, in this   13:58:04
19  case, your hypothetical software engineer.        13:58:09
20            With respect to -- and you would        13:58:11
21  also have to look at what was required in         13:58:16
22  developing the fix.  So, for instance, Did it     13:58:18
23  need to be tested?  Did you need to figure out    13:58:20
24  where to insert the line of code?  All of the     13:58:22
25  factors that I talked about before.  And say,     13:58:24
```

44 (Pages 170 - 173)

**Page 210**

```
 1   your answer before counsel interrupted?         14:58:26
 2          THE WITNESS:  I was close to the         14:58:29
 3   end of my answer.                               14:58:30
 4      A.   I was just saying that I had            14:58:30
 5   applied my understanding of cross-use as best I 14:58:32
 6   could in my analysis with respect to the actual 14:58:36
 7   situations and the actual evidence that I was   14:58:41
 8   provided.  That was not a situation that I saw, 14:58:44
 9   as you describe it --                           14:58:50
10      Q.   I'm asking you to apply the            14:58:52
11   definition you've applied throughout your       14:58:54
12   report for cross-use to my hypothetical.        14:58:56
13      A.   I --                                    14:58:59
14          MR. POLITO:  Same objections.           14:58:59
15      A.   But with all due respect, counsel,      14:59:04
16   the best answer I can give you is look at what  14:59:06
17   the license limits, look at what the court has  14:59:08
18   limit, and don't do the limited things.         14:59:13
19      Q.   You have a definition of cross-use     14:59:15
20   in your report.  We looked at them, right,      14:59:16
21   paragraphs 22 through 24?  You said you applied 14:59:18
22   them throughout your report; is that correct?   14:59:20
23      A.   Yes.  You're not asking me about        14:59:23
24   something I did in my report, though.  I didn't 14:59:24
25   try to construct a business model for Rimini in 14:59:26
```

**Page 211**

```
 1   my report.                                      14:59:29
 2      Q.   I'm not asking you to construct a      14:59:29
 3   business model.  I'm asking what I think is a   14:59:31
 4   fairly simple hypothetical.  Ask me if you need 14:59:33
 5   any clarifying information.                     14:59:36
 6          An engineer acquires that               14:59:38
 7   knowledge about where the problem is, how to    14:59:42
 8   fix it, spends quite a bit of time, two weeks,  14:59:44
 9   in doing so in client A's environment, figures  14:59:48
10   how to develop and implement the fix, tests it. 14:59:52
11   Client B also needs that fix.  How under your   14:59:53
12   definition of cross-use can that engineer       14:59:57
13   implement that fix in client B's environment -- 15:00:01
14          MR. POLITO:  Asked and answered --      15:00:03
15   BY MR. VANDEVELDE:                              15:00:03
16      Q.   -- without, as you define, it          15:00:06
17   cross-using?                                    15:00:07
18          MR. POLITO:  Asked and answered,        15:00:08
19   outside the scope, incomplete                   15:00:09
20   hypothetical, compound, vague.                  15:00:10
21      A.   By reimplementing the fix in a way      15:00:13
22   that does not reuse the work from customer A's  15:00:15
23   environment.                                    15:00:18
24      Q.   What if -- but in my hypothetical,     15:00:19
25   the engineer has acquired knowledge and         15:00:23
```

**Page 212**

```
 1   experience about where the issue is, how to fix 15:00:25
 2   it.  How does that engineer forget what he or   15:00:28
 3   she has learned when they need to go or want to 15:00:31
 4   go implement it in client B's environment?      15:00:34
 5          MR. POLITO:  Same objections.           15:00:36
 6      A.   Counsel, you know, I've -- I've         15:00:41
 7   given you the best answer I can to this         15:00:41
 8   question.  I think you've asked it three or     15:00:44
 9   four times now, and, you now, the issue that is 15:00:46
10   a stumbling block I believe for both of us is   15:00:51
11   the -- my understanding that the cross-use as   15:00:55
12   prohibited in this specific instance of these   15:01:00
13   specific parties in the color and context of    15:01:03
14   the specific litigations that have gone before  15:01:06
15   creates a standard that -- that, as I           15:01:13
16   understand it, prohibits Rimini from reusing    15:01:14
17   the solution that was developed for one         15:01:20
18   customer, using the license of that customer in 15:01:25
19   another customer's environment.                 15:01:31
20          And -- and the only thing that I        15:01:33
21   can -- the only answer I have is that they have 15:01:34
22   to look to what the license permits.  And, you  15:01:37
23   know, it is to follow the -- the guidance of    15:01:41
24   that license and the court's guidance.  And     15:01:44
25   that would be, for instance, to develop a fix   15:01:46
```

**Page 213**

```
 1   from scratch in the second customer's           15:01:51
 2   environment without reference to the solution   15:01:54
 3   that had been used before.                      15:01:57
 4      Q.   But what about --                      15:02:00
 5      A.   And how the engineer would do           15:02:01
 6   that, I don't know, counsel.  You know, I think 15:02:02
 7   that would be a -- a question -- if I were a    15:02:04
 8   software engineer and I was aware of this       15:02:07
 9   litigation and I was aware of the limitations   15:02:09
10   of the license and I was aware of the court's   15:02:12
11   instruction with respect to cross-use, my       15:02:14
12   solution would be to go and confer with counsel 15:02:18
13   and find out what the legal answer is.  I'm not 15:02:20
14   a lawyer, and I can't presume to tell you what  15:02:23
15   the legal answer is.                            15:02:26
16      Q.   I'm just asking you to apply your      15:02:27
17   definition.  Can you think of a way that that   15:02:29
18   engineer, who has acquired all that knowledge   15:02:31
19   about where the issue is, how to fix it, what   15:02:32
20   to do, that the testing has worked, can you     15:02:35
21   think of a way for that engineer to implement   15:02:38
22   that same fix in client B's environment --      15:02:41
23          MR. POLITO:  Same --                    15:02:41
24      Q.   -- without cross-using as you          15:02:44
25   define it?                                      15:02:46
```

```
 1      ***********************
 2               CERTIFICATE
 3      ***********************
 4          I, PAUL J. FREDERICKSON, CA
        Certified Shorthand Reporter No. 13164 and
 5      WA Certified Court Reporter No. 2419, do
        hereby certify:
 6          That prior to being examined,
 7      the witness named in the foregoing
 8      deposition was by me duly sworn or affirmed
 9      to testify to the truth, the whole truth and
10      nothing but the truth;
11          That said deposition was taken
12      down by me in shorthand at the time and
13      place therein named, and thereafter reduced
14      to print by means of computer-aided
15      transcription; and the same is a true,
16      correct and complete transcript of said
17      proceedings.
            I further certify that I am not
18      interested in the outcome of the action.
            Witness my hand this 26th day
19      of September 2018.
20
21
22      [signature: Paul Frederickson]
23      PAUL J. FREDERICKSON, CCR, CSR
24      WA CCR 2419  CA CSR 13164
25      Expiration date:  March 31, 2019
```

Page 354

90 (Page 354)