# EXHIBIT N

# Excerpts from January 17, 2020 deposition of

# Rimini's 30(b)(6) corporate representative,

# Craig Mackereth

# FILED UNDER SEAL