1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>RIMINI STREET, INC., et al.,<br><br>                Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION TO SEAL PORTIONS OF OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE AND SUPPORTING DOCUMENTS** |

# [PROPOSED] ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Portions of Opposition to Oracle's Motion for Order to Show Cause and Supporting Documents ("Motion to Seal"). Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Rimini's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal (1) portions of Rimini Street, Inc.'s Opposition to Oracle's Motion for Order to Show Cause; (2) portions of the Declaration of Craig Mackereth; (3) the Declaration of Jim Benge; (4) portions of the Declaration of Brenda Davenport; (5) portions of the Declaration of Sudhir Kumar; (6) portions of Exhibits A through C, K, L, and O to the Appendix of Evidence in Support of Rimini's Opposition to Oracle's Motion for Order to Show Cause; and (7) Exhibits D through I and N to the Appendix of Evidence in Support of Rimini's Opposition to Oracle's Motion for Order to Show Cause.

IT IS SO ORDERED.

Dated: _____

Hon. Larry R. Hicks
United States District Judge
