| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., et al.,<br><br>        Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF PROFESSOR OWEN ASTRACHAN IN SUPPORT OF RIMINI STREET, INC.'S MOTION FOR A JURY TRIAL** |

I, Owen Astrachan, declare as follows:

1. I am a Professor of Computer Science at Duke University and the department's Associate Director of Undergraduate Studies. I have been retained by Gibson, Dunn & Crutcher LLP and Rimini Street, Inc. ("Rimini") as a technical expert in this case. I have extensive experience, writing, reading, evaluating, and teaching software code. I received an A.B. degree in Mathematics with distinction, graduating summa cum laude from Dartmouth in 1978, and received M.A.T. (Mathematics 1979), M.S. (Computer Science 1989), and Ph.D. (Computer Science 1992) degrees from Duke. My work has garnered several awards, including a National Science Foundation ("NSF") CAREER award in 1997, an IBM Faculty Award in 2004, and my designation as one of two inaugural NSF CISE Distinguished Education Fellows in 2007. I have published two editions of a top-selling computer programming textbook titled *Computer Science Tapestry: Exploring Programming and Computer Science with C++* that has been widely used in college computer programming courses. I have also published regularly (more than 20 publications) in the top Computer Science Education Conference and have led more than 20 workshops at this same conference. I have extensive experience writing software in a variety of languages.

2. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Rebuttal Report of Professor Owen Astrachan, which I submitted on March 13, 2020.

3. These reports are correct statements of my opinions and the evidence on which those opinions are based, and if called as a witness at trial I would testify to those opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on July 31, 2020, at Chapel Hill, North Carolina.

_____
Owen Astrachan