| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., et al.,<br><br>        Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF STEPHEN LANCHAK IN SUPPORT OF RIMINI STREET, INC.'S MOTION FOR A JURY TRIAL** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF STEPHEN LANCHAK IN SUPPORT OF RIMINI STREET, INC.'S
MOTION FOR A JURY TRIAL
CASE NO. 2:10-CV-00106-LRH-VCF

I, Stephen Lanchak, declare as follows:

1. I am an Assistant Director in the Career Management Center at the Kellogg School of Management at Northwestern University, where I oversee a team of career coaches and serve as a career and executive coach for Executive MBA students. I have been retained by Gibson, Dunn & Crutcher LLP and Rimini Street, Inc. as an industry expert in this proceeding.

2. I have extensive experience working with enterprise resource planning ("ERP") software in general and PeopleSoft and JD Edwards ("JDE") software in particular. I have worked in management and technology consulting for 33 years, 18 of which were spent working exclusively with Oracle ERP products. I have worked with over 300 Oracle licensees in various capacities, and have had direct responsibility for Oracle ERP application and technology delivery for businesses across numerous industries nationally and around the globe. I hold a Bachelor of Science and Master of Business Administration degrees from the University of Texas at Austin.

3. On March 13, 2020, I submitted the Expert Rebuttal Report of Stephen Lanchak ("Rebuttal Report"), which contains my expert opinions in this case. That report is a true and correct statement of my opinions and the evidence on which those opinions are based, and if called as a witness at trial I would testify to those opinions.

4. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from my Rebuttal Report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration on July 31, 2020, at Chicago, Illinois.

*/s/ Stephen Lanchak*
Stephen Lanchak

1
Gibson, Dunn & Crutcher LLP

DECLARATION OF STEPHEN LANCHAK IN SUPPORT OF RIMINI STREET, INC.'S MOTION FOR A JURY TRIAL
CASE NO. 2:10-CV-00106-LRH-VCF