| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI STREET, INC.'S MOTION FOR A JURY TRIAL** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI STREET, INC.'S
MOTION FOR A JURY TRIAL
CASE NO. 2:10-CV-00106-LRH-VCF

I, Eric D. Vandevelde, declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Rimini Street, Inc. in the above-captioned case. I submit this declaration in support of Rimini's Motion for a Jury Trial. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness, I would and could testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of an excerpt of the Rimini "About Us" webpage (available at https://www.riministreet.com/about-us), stating that Rimini was founded in 2005.

3. Attached as **Exhibit B** is a true and correct copy of an excerpt of the Rimini "Contact Us" webpage (available at https://www.riministreet.com/contact-us), indicating the locations of Rimini's offices.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of Rimini's Form 10-Q for the quarterly period ended March 31, 2020, stating that Rimini "employed over 1,300 professionals and supported over 2,070 active clients globally, including 77 Fortune 500 companies and 21 Fortune Global 100 companies across a broad range of industries."

5. Attached as **Exhibit D** is a true and correct copy of excerpts of Rimini's Form 10-K for the fiscal year ended December 31, 2019, reflecting that Rimini is a publicly traded company that generated approximately $281,052,000 in revenue in 2019.

6. Attached as **Exhibit E** is a true and correct copy of an excerpt of the Rimini "Client Success" webpage (available at https://www.riministreet.com/client-success), indicating that Rimini's clients include Fortune 500 companies, hospitals, schools, municipalities, and government agencies.

7. Attached as **Exhibit F** is a true and correct copy of an excerpt of the Rimini "Awards and Recognition" webpage (available at https://www.riministreet.com/awards).

8. Attached as **Exhibit G** is a true and correct copy of a press release issued by Rimini dated May 5, 2020 (available at https://www.riministreet.com/press-

1

Gibson, Dunn & Crutcher LLP

DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI STREET, INC.'S
MOTION FOR A JURY TRIAL
CASE NO. 2:10-CV-00106-LRH-VCF

releases/05052020), stating that Rimini was named one of the Top Companies to Work for in Las Vegas.

9. Attached as **Exhibit H** is a true and correct copy of an excerpt of the Stevie Awards webpage (available at https://stevieawards.com/search-past-winners-and-finalists?company_name=Rimini), indicating that Rimini was the recipient of Stevie Awards and nominations.

10. Attached as **Exhibit I** is a true and correct copy of a letter from Kathleen R. Hartnett, counsel for Oracle, to myself dated December 19, 2019, stating that Oracle was not planning to seek damages in connection with its Motion for Order to Show Cause.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration on July 31, 2020, at Los Angeles, California.

*/s/ Eric D. Vandevelde*
Eric D. Vandevelde

Gibson, Dunn & Crutcher LLP

2
DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI STREET, INC.'S
MOTION FOR A JURY TRIAL
CASE NO. 2:10-CV-00106-LRH-VCF