# EXHIBIT A

# Excerpt from Rimini "About Us" webpage

