# EXHIBIT B

# Excerpt from Rimini "Contact Us" webpage



# Worldwide Headquarters



**UNITED STATES**

**LAS VEGAS**

Rimini Street, Inc.

3993 Howard Hughes Parkway

Suite 500

Las Vegas, NV 89169 USA

Tel +1 702-839-9671

Fax +1 702-973-7491

## Worldwide Office Locations



**Australia**
Rimini Street Australia Pty. Limited
Level 16
200 Mary Street
Brisbane QLD 4000
Australia
Tel +61-7-3031-3646



**Australia**
Rimini Street Australia Pty. Limited
Rialto Tower
Level 27, 525 Collins Street
Melbourne VIC 3000
Australia
Tel +61-3-9935-2761



**Australia**
Rimini Street Australia Pty. Limited
Level 10
20 Martin Place
Sydney NSW 2000
Australia
Tel +61-2-8216-0960
Fax +61-2-8216-0701



**Brazil**
Rimini Street Brazils Servicos de Tecnologia Ltd.
Shopping JK Iguatemi – Torre D
Av. Pres. Juscelino Kubitschek, 2041
-19º andar
CEP: 04543-011- São Paulo, SP
Brazil
Tel +55-11-3197-4711
Fax +55-11-5095-3499



**France**
Rimini Street SAS
4 place de la Défense
La Défense 4
92974 Paris La Défense
France
Tel +33-0-1-58-58-00-08



**Germany**
Rimini Street GmbH
Westhafenplatz 1
60327 Frankfurt a.M.
Germany
Tel +49-69-710456-230
Fax +49-69-710456-450



**Hong Kong**
Rimini Street (HK) Ltd.
4/F Lee Gardens 3
1 Sunning Road
Causeway Bay
Hong Kong
Tel +852-3960-6477
Fax +852-3180-2299



**India**
Rimini Street India Operations Pvt. Ltd.
Suite # 4W, Neil Tower, Neil Rao Towers
Plot #117, Road # 3, EPIP Phase - 1, Whitefield
Bengaluru - 560066, Karnataka
India
Tel +91-80-45618000



**India**
Rimini Street India Operations Private Limited
1st Floor, Tower A
Ananth Info Park, 39
Hi-Tech City, Madhapur
Hyderabad-500081, Telangana
India
Tel +91-40-45819999



**Israel**
Rimini Street Israel Ltd.
9 Hamenofim St. Building A. 8 FL.
P.O.Box 2148
Hertzelia Pituach 4672560
Israel
Tel +972-076-599-1259



**Japan**
Nihon Rimini Street KK
20F Hankyu Grand Building
8-47 Kakuda-cho Kita-ku
Osaka, 530-0017
Japan
Tel +81-0-6-7711-1800
Fax +81-0-6-7711-1501



**Japan**
Nihon Rimini Street KK
Shinjuku Park Tower N30th
3-7-1 Nishi Shinjuku
Shinjuku-ku Tokyo 163-1030
Japan
Tel +81-0-3-5326-3461
Fax +81-0-3-5326-3001



**Malaysia**
Rimini Street Malaysia Sdn Bhd
Suite 8-1 & 8-2, Level 8, Menara CIMB
No.1, Jalan Stesen Sentral 2,
Kuala Lumpur Sentral,
Kuala Lumpur, 50470
Malaysia



**Mexico**
Rimini Street de México
Torre Esmeralda II
Blvd. Manuel Ávila Camacho No. 36
Piso 10 Col. Lomas de Chapultepec
Ciudad de México CP. 11000
México
Tel +52-55-9171-1600



**New Zealand**
Rimini Street New Zealand Limited
Level 10
21 Queen Street
Auckland, 1010
New Zealand
Tel +64-9-927-4992



**Singapore**
Rimini Street Singapore Pte. Ltd.
Level 21
Centennial Tower
3 Temasek Avenue
Singapore 039190
Singapore
Tel +65-6549-7101/7102



**South Korea**
Rimini Street Korea, Inc.
27th Fl., Trade Tower, 511 Young Dong Street
Gangnam-gu, Seoul 06164
Republic of Korea
Tel +82-2-6007-2201
Fax +82-2-6007-2703



**Sweden**
Rimini Street AB
Ostermalmstorg 1
114 42 Stockholm
Sweden
Tel +46-8502-565-65



**Taiwan**
Rimini Street Taiwan
29F No. 68, Sec 5, Zhongxiao East Road
Taipei 11065
Taiwan
Tel +886-2-8729-1355
Fax +886-2-8729-1366



**United Arab Emirates**
Rimini Street FZ –LLC
Premises No.: EO 16
Floor: Ground
Building: 16
Dubai
United Arab Emirates
Fax +971-045519952



**United Kingdom**
Rimini Street Ltd.
Level 34
25 Canada Square
London
E14 5LQ
United Kingdom
Tel +44-020-3763-7463



**USA**
Rimini Street, Inc.
6601 Koll Center Parkway
Pleasanton, CA 94566
USA
Tel +1-925-484-9211



**USA**
Rimini Street, Inc.
150 N. Riverside Plaza
Suite 3800
Chicago, IL 60606
USA
Tel +1-312-380-5264



**USA**
Rimini Street, Inc.
5 Penn Plaza, 19th Floor
New York, NY 10001
USA