# EXHIBIT E

# Excerpt from Rimini "Client Success" webpage

**Rimini Street**
Engineered for Support

# Client Success

Rimini Street is trusted by the world's leading organizations to provide independent, third-party enterprise software support services for their mission-critical enterprise software, helping them immediately slash IT operating costs, save jobs, stabilize operations and allow their IT organization to focus resources on strategic initiatives that enhance competitive advantage and fuel growth.

Rimini Street clients represent a broad array of markets and range from emerging, young companies to global giants. But they also have a lot in common:

- **172 of our clients signed to date are in the Fortune 500 and/or Fortune Global 100**. These household names may appear to have unlimited budgets but how they apply those budgets and redirect savings into innovation is what separates them from their peers.

- **Over 68% of our total clients** appreciate the reduced Tax, Legal and Regulatory (TL&R) complexity and trust us to help keep their systems current and compliant. Rimini Street has delivered over 358,000+ custom Tax, Legal and Regulatory (TL&R) updates to our clients.

- **Since inception, our clients have saved nearly $5B** in combined estimated operational efficiencies by choosing Rimini Street as their third-party software support partner, and we have helped them say good-bye to vendor dictated roadmaps, in favor of a Business-Driven one.

See why these clients have selected Rimini Street and discover what you share in common with them.

Clients by Industry ⌄          SHOW ALL



National Distributor Achieves Strategic Flexibility with PeopleSoft 8.9

LEARN MORE

# ATKINS

Global Design & Engineering Firm Broadens Value of Oracle EBS with Cloud Apps for HR

LEARN MORE



Bausch + Lomb Solves Complex PeopleSoft 8 and Oracle Database 11g Interoperability Issues

LEARN MORE

# BRAND SAFWAY

Global Services Firm Drives Growth by Optimizing Oracle EBS, Payroll, Database Strategy

LEARN MORE



**Healthcare Technology Company Uses Effective Strategy to Thwart Crypto Miners Attacking ERP**

LEARN MORE



**Lifestyle Retailer Avoids Unnecessary JDE Upgrade, Funds Strategic Portal Projects**

LEARN MORE



**Wholesale Nursery Expands SAP Footprint by Driving Down Support Costs**

LEARN MORE



**Consumer Electronics Company Gains Flexibility and Takes Control of Its Strategic Roadmap**

LEARN MORE



County Government Gains Resource Efficiencies and SAP Upgrade Flexibility

LEARN MORE



$8.1 Billion Food Processor Reinvests in Innovative BI and Master Data Platforms

LEARN MORE



Retailer Revitalizes Multichannel and In-Store Shopping Experience with Support Savings

LEARN MORE



DJO Moves to Independent Support for Customizations, Improved Service for Oracle EBS

LEARN MORE



Leading South Korean Trade Consulting Company Slashes Database Support Costs

LEARN MORE



Silicon Valley Hospital Funds Patient Care Initiatives and IT Innovation

LEARN MORE



Global Manufacturer Switches from Oracle to Third-Party Support for Cost Savings, Service Improvement

LEARN MORE



Global Manufacturer Moves to Third-Party Support, Invests in Virtual Reality and Cloud

LEARN MORE



Global Financial Consulting Firm Leverages EBS Support Savings to Drive Innovation

LEARN MORE



Global Logistics Provider Reallocates Resources for Mobile Platform Development

LEARN MORE



Global Manufacturer Solves Interoperability Challenges in Customized PeopleSoft System

LEARN MORE



Hospitality Company Benefits from Improved Service during PeopleSoft Upgrade

LEARN MORE



Healthcare Provider Funds IT Projects and Upgrades to PeopleSoft 9 with No Hiccups

LEARN MORE



Leading Korean B2B e-Commerce Company Reduces ERP Support Costs, Boosts System Reliability

LEARN MORE



Parking Company Shifts Funds from ERP Maintenance to Vital Strategic Innovation

LEARN MORE



Packaging Solutions Company Avoids SAP Upgrade and Invests in Network Infrastructure

LEARN MORE



Leading Japanese Construction Firm Proactively Plans for 2021

LEARN MORE



Leading Manufacturer Retools Resources, Takes Control of PeopleSoft Roadmap

LEARN MORE



City Government Skips $2 Million Upgrade, Raises Value of PeopleSoft HCM & FSCM

LEARN MORE



Retailer Expands Third-Party Support Footprint, Saves More, Invests in Hybrid IT

LEARN MORE



Statewide Healthcare System Builds New Hospital and Funds Strategic IT Initiatives

LEARN MORE



Leading Services Provider Slashes Costs with Virtualized On-Premise SAP System

LEARN MORE



Multi-Billion Dollar Retailer Funds SAP Expansion with HCM Support Savings

LEARN MORE



County Optimizes IT Costs, Gains Improved Support and Services for SAP and Database

LEARN MORE



Developer of Educational Programs and Learning Tools for Student Farmers Switches to Independent Support to Focus on Growth

LEARN MORE



Life Science and Industrial Filtration Leader Opts for Hybrid IT over S/4HANA.

LEARN MORE



Rapidly Growing Independent Refiner Frees Up Funds to Boost Technology Investment

LEARN MORE



School District Achieves Unexpected Results for PeopleSoft HCM and FSCM

LEARN MORE



Global Geotextile Manufacturer Moves to Rimini Street Support for SAP…Twice

LEARN MORE



National Auto Manufacturer Reduces Annual Support Costs, Utilizes Savings for Plant Expansion

LEARN MORE



Public Health Organization Virtualizes Siebel 7 to Mobilize Core CRM Data

LEARN MORE



$1 Billion Publisher Upgrades JD Edwards, Funds IT Projects, Increases Headcount

LEARN MORE



World-Class School District Saves $8.9M, Retains Jobs, Avoids Expensive ERP Upgrade

LEARN MORE



Multinational Insurer Breaks with Past to Partner with Rimini Street

LEARN MORE



LED Manufacturer Chooses Independent Support for Cost Savings, Service Improvement

LEARN MORE



$2B Workforce Solutions Company Avoids Disruptive $15M PeopleSoft Upgrade

LEARN MORE



Leading Manufacturer Reduces ERP Support Costs, Invests in IT Initiatives

LEARN MORE



Manufacturer of Document Management Solutions Organizes for Innovation with Independent Support

LEARN MORE



Leading Apparel Provider Shifts to Third Party Support, Improves Service and Profitability

LEARN MORE



Global Steel Fabricator to the Automotive Industry Fuels Growth by Making IT the Catalyst for Company Change

LEARN MORE



Automotive Manufacturer Takes the Driver's Seat, Preserves Oracle EBS R11

LEARN MORE



Welch's Increases Business Functionality with Third-Party Support for Oracle E-Business Suite

LEARN MORE

  

  

  

  




























