# EXHIBIT F

# Excerpt from Rimini

# "Awards and Recognition" webpage

Contact Us      □□ Client Portal

Rimini Street, Inc

Products Supported     Services     Solutions     Clients     Resources     Company



# Awards and Recognition

Employee and client innovation accolades

We are honored to share the awards and accolades that our dedicated team of experts has received throughout the years. Every day, we strive to provide prompt and accurate resolution of our clients' support requests and value this recognition from our industry. We congratulate our clients for their IT innovations and achievements and feature their awards here as well.

































































































