# EXHIBIT G

# Press release issued by Rimini

# dated May 5, 2020

7/29/2020 Rimini Street Named in Top 20 Companies to Work for in Las Vegas | Rimini Street, Inc.

Case 2:10-cv-00106-LRH-VCF Document 1387-12 Filed 07/31/20 Page 2 of 4

Client Portal

**Rimini Street**
Engineered for Support

# Press Releases

## Rimini Street Named in Top 20 Companies to Work for in Las Vegas

### Company awarded for employee diversity, competitive salaries and company financial health

**LAS VEGAS, May 5, 2020** - Rimini Street, Inc. (Nasdaq: RMNI), a global provider of enterprise software products and services, the leading third-party support provider for Oracle and SAP software products and a Salesforce partner, today announced that Rimini Street was named one of the Top 20 Companies to Work for in Las Vegas by Zippia Career Experts, a leading career resource website.

The hand-curated list included companies headquartered in and around Las Vegas and was selected based on data highlighting employee diversity, competitive salaries and company financial health. The judges highlighted Rimini Street's global workforce of experienced professionals, noting employees have the opportunity to take part in collaborative work experiences across business lines all over the world.

"It is an honor to be recognized as one of the Top 20 Workplaces in Las Vegas, home of our global headquarters and where we were founded in 2005," said Seth A. Ravin, CEO, co-founder and chairman of the board, Rimini Street. "Rimini Street continues hiring top talent in Las Vegas and around the world - professionals who have a passion for providing exceptional service and value to our clients, and a commitment for giving back to the communities where they live through the Rimini Street Foundation. We are proud of our Las Vegas roots and are committed to bringing even more jobs, opportunities, and community investment to Las Vegas."

Please visit our website to learn more about career opportunities at Rimini Street.

## About Rimini Street, Inc.

Rimini Street, Inc. (Nasdaq: RMNI) is a global provider of enterprise software products and services, the leading third-party support provider for Oracle and SAP software products and a Salesforce partner. The Company offers premium, ultra-responsive and integrated application management and support services that enable enterprise software licensees to save significant costs, free up resources for innovation and achieve better business outcomes. More

7/29/2020 Rimini Street Named in Top 20 Companies to Work for in Las Vegas | Rimini Street, Inc.

Case 2:10-cv-00106-LRH-VCF Document 1387-12 Filed 07/31/20 Page 3 of 4

Rimini Street®
Engineered for Support™

than 2,000 global Fortune 500, midmarket, public sector and other organizations from a broad range of industries rely on Rimini Street as their trusted application enterprise software products and services provider. To learn more, please visit http://www.riministreet.com, follow @riministreet on Twitter and find Rimini Street on Facebook and LinkedIn. **(C-RMNI)**

## Forward-Looking Statements

Certain statements included in this communication are not historical facts but are forward-looking statements for purposes of the safe harbor provisions under The Private Securities Litigation Reform Act of 1995. Forward-looking statements generally are accompanied by words such as "may," "should," "would," "plan," "intend," "anticipate," "believe," "estimate," "predict," "potential," "seem," "seek," "continue," "future," "will," "expect," "outlook" or other similar words, phrases or expressions. These forward-looking statements include, but are not limited to, statements regarding our expectations of future events, future opportunities, global expansion and other growth initiatives and our investments in such initiatives. These statements are based on various assumptions and on the current expectations of management and are not predictions of actual performance, nor are these statements of historical facts. These statements are subject to a number of risks and uncertainties regarding Rimini Street's business, and actual results may differ materially. These risks and uncertainties include, but are not limited to, catastrophic events that disrupt our business, changes in the business environment in which Rimini Street operates, including inflation and interest rates, and general financial, economic, regulatory and political conditions affecting the industry in which Rimini Street operates; adverse developments in pending litigation or in the government inquiry or any new litigation; our need and ability to raise additional equity or debt financing on favorable terms and our ability to generate cash flows from operations to help fund increased investment in our growth initiatives; the sufficiency of our cash and cash equivalents to meet our liquidity requirements; the terms and impact of our outstanding 13.00% Series A Preferred Stock; changes in taxes, laws and regulations; competitive product and pricing activity; difficulties of managing growth profitably; the customer adoption of our recently introduced products and services, including our Application Management Services (AMS), Rimini Street Advanced Database Security, and services for Salesforce Sales Cloud and Service Cloud products, in addition to other products and services we expect to introduce in the near future; the loss of one or more members of Rimini Street's management team; uncertainty as to the long-term value of Rimini Street's equity securities; and those discussed under the heading "Risk Factors" in Rimini Street's Annual Report on Form 10-K filed on March 16, 2020, and as updated from time to time by Rimini Street's future Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and other filings by Rimini Street with the Securities and Exchange Commission. In addition, forward-looking statements provide Rimini Street's expectations, plans or forecasts of future events and views as of the date of this communication. Rimini Street anticipates that subsequent events and

**Rimini Street**®

Engineered for Support™

developments will cause Rimini Street's assessments to change. However, while Rimini Street may elect to update these forward-looking statements at some point in the future, Rimini Street specifically disclaims any obligation to do so, except as required by law. These forward-looking statements should not be relied upon as representing Rimini Street's assessments as of any date subsequent to the date of this communication.

# # #

© 2020 Rimini Street, Inc. All rights reserved. "Rimini Street" is a registered trademark of Rimini Street, Inc. in the United States and other countries, and Rimini Street, the Rimini Street logo, and combinations thereof, and other marks marked by TM are trademarks of Rimini Street, Inc. All other trademarks remain the property of their respective owners, and unless otherwise specified, Rimini Street claims no affiliation, endorsement, or association with any such trademark holder or other companies referenced herein.