# EXHIBIT H

# Excerpt from Stevie Awards webpage



Search past winners/finalists

- ABOUT
- THE STEVIE
- JUDGES
- SPONSORS
- STORE
- PRESS
- CALENDAR

Home / Search All Past Stevie® Winners and Finalists

## The Stevie Awards Blog

**Data Analysis at Lightning Speed with GigaSpaces**
Posted on Tue, 07/28/2020 - 22:11

**Helping the Planet Recover with Essential Oils**
Posted on Mon, 07/27/2020 - 23:04

**Stevie® Awards verlängern die finale Teilnahmefrist der Stevie® Awards for Great Employers bis zum 5. August**
Posted on Thu, 07/23/2020 - 10:08

**The Stevie® Awards for Great Employers Final Deadline Extended through August 5**
Posted on Thu, 07/23/2020 - 09:00

**The Stevie® Awards Issues Call for Entries in 17th Annual Stevie Awards for Women in Business**
Posted on Wed, 07/22/2020 - 10:31

# Search All Past Stevie® Winners and Finalists

| | | |
|---|---|---|
| **Award Programs:** | All | ☐ |
| **Year:** | All | ☐ |
| **Organization Name:** | | ☐ |
| **Award:** | All | ☐ |
| **Nomination Title:** | | ☐ |
| **Country:** | All | ☐ |
| **Category Group:** | | ☐ |
| **State/Province:** | | ☐ |
| **Category:** | | ☐ |
| **City:** | | ☐ |
| **Submitting Agency:** | | ☐ |
| **Industry:** | All | ☐ |
| **Items Per Page:** | | |
| 60 | | |

Displaying 1 - 60 of 73

Click ☐ to see the full text of

## Displaying 1 - 60 of 73

If you see an error or omission in the search results, please contact us.    Click ⎘ to see the full text of search result

| ORGANIZATION NAME | NOMINATION TITLE | AWARD | CATEGORY GROUP | AWARD PROGRAMS | YEAR | |
|---|---|---|---|---|---|---|
| Rimini Street, Pleasanton, CA | Transforming Four Product Support Groups into a Cohesive Team: Rodney Kenyon, Vice President Global Support | Bronze Stevie® Award | Customer Service & Call Center Awards Individual Categories | Stevie® Awards for Sales & Customer Service | 2020 | ⎘ |
| Rimini Street, Pleasanton, CA | Arun Srinivasalu, Senior Support Engineer (Global Technology Support) - Australia | Bronze Stevie® Award | Customer Service & Call Center Awards Individual Categories | Stevie® Awards for Sales & Customer Service | 2020 | ⎘ |
| Rimini Street, Pleasanton, CA | Rimini Street Global Service Delivery Innovation Team Originates AI and Machine-Learning Platform to Increase Client Satisfaction and Internal Efficiencies | Silver Stevie® Award | Customer Service & Call Center Awards Achievement Categories | Stevie® Awards for Sales & Customer Service | 2020 | ⎘ |
| Rimini Street, Pleasanton, CA | Rimini Street | Bronze Stevie® Award | Customer Service Department Categories | Stevie® Awards for Sales & Customer Service | 2020 | ⎘ |
| Rimini Street, Las Vegas, NV, USA | Milestones to Support RImini Street's IT Department's Mission & Vision | Bronze Stevie® Award | Information Technology Categories | International Business Awards® | 2019 | ⎘ |
| Rimini Street, Las Vegas, NV | Rimini Street Global Support Team Continues to Deliver Outstanding Customer Service | Silver Stevie® Award | Customer Service Categories | American Business Awards® | 2019 | ⎘ |
| Rimini Street, Las Vegas, NV, USA | Global Support at Rimini Street goes to the next level with Milestone driven success | Silver Stevie® Award | Customer Service Categories | International Business Awards® | 2019 | ⎘ |
| Rimini Street, Inc. Las Vegas, NV | Brenda Davenport, VP Quality Assurance, Rimini Street | Bronze Stevie® Award | Customer Service & Call Center Awards Individual Categories | Stevie® Awards for Sales & Customer Service | 2019 | ⎘ |
| Rimini Street, Inc. Las Vegas, NV | Etan Spierer, Enterprise Support Engineer-Oracle EBS Supply Chain, PSE-EBS, Rimini Street | Silver Stevie® Award | Customer Service & Call Center Awards Individual Categories | Stevie® Awards for Sales & Customer Service | 2019 | ⎘ |
| Rimini Street, Las Vegas, NV, USA | Group Vice President Global Support, Craig Mackereth | Silver Stevie® Award | Customer Service Categories | International Business Awards® | 2019 | ⎘ |
| Rimini Street, Inc. Las Vegas, NV | Joe Van der Merwe, Enterprise Support Engineer, PSE-SAP, Rimini Street | Bronze Stevie® Award | Customer Service & Call Center Awards Individual Categories | Stevie® Awards for Sales & Customer Service | 2019 | ⎘ |

| Company | Nomination | Award | Category | Program | Year | |
|---|---|---|---|---|---|---|
| Rimini Street | Supporting IT Departments and their Business Drive IT Roadmaps | Bronze Stevie® Award | Award for Innovation in Customer Service | The Asia-Pacific Stevie® Awards | 2019 | ⧉ |
| Rimini Street, Inc. Las Vegas, NV | Jennifer Perry, VP Global SAP Support, Rimini Street | Silver Stevie® Award | Customer Service & Call Center Awards Individual Categories | Stevie® Awards for Sales & Customer Service | 2019 | ⧉ |
| Rimini Street, Las Vegas, NV, USA | Rimini Street's SAP Support Team is Engineered for Support | Silver Stevie® Award | Customer Service Categories | International Business Awards® | 2019 | ⧉ |
| Rimini Street, Las Vegas, NV | Redefining the Enterprise Software Support Model | Gold Stevie® Award | Company / Organization Categories | American Business Awards® | 2019 | ⧉ |
| Rimini Street, Las Vegas, NV | Rimini Street Foundation: □The More We Grow, The More We Can Give□ | Bronze Stevie® Award | Company / Organization Categories | American Business Awards® | 2019 | ⧉ |
| Rimini Street, Inc. Las Vegas, NV | Rimini Street Service Operations Provide High Level Support for Multiple Teams | Bronze Stevie® Award | Customer Service & Call Center Awards Team Categories | Stevie® Awards for Sales & Customer Service | 2019 | ⧉ |
| Rimini Street, Las Vegas, NV, USA | Rimini Street | Gold Stevie® Award | Company / Organization Categories | International Business Awards® | 2019 | ⧉ |
| Rimini Street | | People's Choice Stevie® Award | People's Choice Stevie® Award for Favorite Companies | International Business Awards® | 2019 | ⧉ |
| Rimini Street, Las Vegas, NV | Rimini Street□s Global SAP Support Team Delivers Excellence in Customer Service | Gold Stevie® Award | Customer Service Categories | American Business Awards® | 2019 | ⧉ |
| Rimini Street, Las Vegas, NV | Craig Mackereth, Group Vice President, Global Support, Rimini Street | Bronze Stevie® Award | Customer Service Categories | American Business Awards® | 2019 | ⧉ |
| Rimini Street, Inc. Las Vegas, NV | Rimini Street, Inc. | Bronze Stevie® Award | Customer Service Department Categories | Stevie® Awards for Sales & Customer Service | 2019 | ⧉ |
| Rimini Street, Inc. Las Vegas, NV | Global Support Innovation Team□s Help Increase Client Satisfaction and Internal Efficiencies | Gold Stevie® Award | Customer Service & Call Center Awards Achievement Categories | Stevie® Awards for Sales & Customer Service | 2019 | ⧉ |
| Rimini Street, Las Vegas, NV, USA | A Year of Transformation -- Steven Salaets, CIO and SVP of Security & Compliance, Rimini Street | Bronze Stevie® Award | Information Technology Categories | International Business Awards® | 2019 | ⧉ |

| Location | Title | Award | Category | Awards Program | Year | |
|---|---|---|---|---|---|---|
| Rimini Street, Las Vegas, NV | Rimini Street Delivers Global Tax, Legal and Regulatory Updates | Gold Stevie® Award | Product Management Categories | American Business Awards® | 2019 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Rimini Street's Global Product Delivery Team Moves to an Agile Approach | Bronze Stevie® Award | New Products & Product Management Categories | International Business Awards® | 2019 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Rimini Street | Gold Stevie® Award | Company / Organization Categories | International Business Awards® | 2018 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Vicky Damelio, Senior Regional Director, Business Solutions - EMEA | Bronze Stevie® Award | New Products & Product Management Categories | International Business Awards® | 2018 | ↗ |
| Rimini Street, Las Vegas, NV | Rimini Street Support Team Achieves Some of the Highest Support Ratings in the Industry | Gold Stevie® Award | Customer Service Categories | American Business Awards® | 2018 | ↗ |
| Rimini Street, Las Vegas, NV | Successfully Leading a Team for Eleven Years Providing Excellence in Customer Service | Gold Stevie® Award | Customer Service Categories | American Business Awards® | 2018 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Meloney Graham, VP of Global EBS/OT Service Delivery | Bronze Stevie® Award | Management Categories | International Business Awards® | 2018 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Jennifer Perry, Vice President, Global SAP Support | Gold Stevie® Award | Customer Service Categories | International Business Awards® | 2018 | ↗ |
| Rimini Street, Las Vegas, NV | Rimini Street's Global Oracle Support Team Dedication for Exceptional Service | Gold Stevie® Award | Customer Service Categories | American Business Awards® | 2018 | ↗ |
| Rimini Street, Inc. | Enabling IT Decision Makers to Drive Innovation | Silver Stevie® Award | Award for Innovation in Customer Service | The Asia-Pacific Stevie® Awards | 2018 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Global SAP Team Drives Innovation & Provides Exceptional Customer Service to SAP Clients Around the World | Silver Stevie® Award | Customer Service Categories | International Business Awards® | 2018 | ↗ |
| Rimini Street, Las Vegas, NV | Sharath Gajula, Oracle EBS Lead Developer | Bronze Stevie® Award | Product Management Categories | American Business Awards® | 2018 | ↗ |
| Rimini Street, Las Vegas, NV | Rimini Street Delivers The Gold Standard for Tax, Legal and Regulatory Updates | Bronze Stevie® Award | Product Management Categories | American Business Awards® | 2018 | ↗ |

| Company | Title | Award | Category | Program | Year | |
|---|---|---|---|---|---|---|
| Rimini Street, Inc., Las Vegas, NV | Nancy Lyskawa Delivers Outstanding Service to Rimini Street Clients | Gold Stevie® Award | Individual Awards Categories | Stevie® Awards For Women in Business | 2018 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Rimini Street Obtains Global-Scale Customer Service Excellence | Gold Stevie® Award | Customer Service Categories | International Business Awards® | 2018 | ↗ |
| Rimini Street, Las Vegas, NV | Redefining the Enterprise Software Support Model | Gold Stevie® Award | Company / Organization Categories | American Business Awards® | 2018 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Rimini Street's Global Siebel Support Team Reaches Another Milestone in 2016 for Exceptional Customer Service | Bronze Stevie® Award | Customer Service Categories | International Business Awards® | 2017 | ↗ |
| Rimini Street, Inc. Las Vegas, NV | Leading a Global SAP Support Team to Provide World-Class Customer Service | Silver Stevie® Award | Customer Service & Call Center Awards Individual Categories | Stevie® Awards for Sales & Customer Service | 2017 | ↗ |
| Rimini Street, Las Vegas, NV | Rimini Street's Global Siebel Support Team Dedication Continues after 12 Years of Outstanding Service | Bronze Stevie® Award | Customer Service Awards | American Business Awards® | 2017 | ↗ |
| Rimini Street, Las Vegas, NV | Ms. Rajeswari Rajamani, Lead Developer, EBS, Global Product Delivery | Bronze Stevie® Award | New Product Awards | American Business Awards® | 2017 | ↗ |
| Rimini Street, Las Vegas, NV | Leading Rimini Street Global Product Delivery Team to Excellence | Gold Stevie® Award | New Product Awards | American Business Awards® | 2017 | ↗ |
| Rimini Street, Las Vegas, NV | Rimini Street Support Team Achieves Highest Support Ratings in the Industry | Silver Stevie® Award | Customer Service Awards | American Business Awards® | 2017 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Heather Sepolen Launches Rimini Street's Global Service Delivery Processes To Help Meet Customer Needs | Bronze Stevie® Award | Management Categories | International Business Awards® | 2017 | ↗ |
| Rimini Street, Inc. Las Vegas, NV | Rimini Street Oracle Support Team Redefines Enterprise Software Support | Bronze Stevie® Award | Customer Service & Call Center Awards Team Categories | Stevie® Awards for Sales & Customer Service | 2017 | ↗ |
| Rimini Street, Las Vegas, NV | Leading a Team to Delivering Unforgettable World-Class Support | Bronze Stevie® Award | Customer Service & Call Center Awards Individual | Stevie® Awards for Sales & Customer Service | 2017 | ↗ |
| Rimini Street Australia Pty. Limited | Enabling CIOs to Become Change Agents | Silver Stevie® Award | Award for Innovation in Customer Service | The Asia-Pacific Stevie® Awards | 2017 | ↗ |

| | | | | | | |
|---|---|---|---|---|---|---|
| Rimini Street, Inc. Las Vegas, NV | Rimini Street | Silver Stevie® Award | Customer Service Department Categories | Stevie® Awards for Sales & Customer Service | 2017 | ↗ |
| Rimini Street, Inc. Las Vegas, NV | Management Lead Teams in the Relentless Pursuit of Providing the Best Customer Support in the Industry | Bronze Stevie® Award | Customer Service & Call Center Awards Team Categories | Stevie® Awards for Sales & Customer Service | 2017 | ↗ |
| Rimini Street, Las Vegas, NV | Rimini Street Support Team Achieves Highest Support Ratings in the Industry | Bronze Stevie® Award | Customer Service Awards Department | Stevie® Awards for Sales & Customer Service | 2017 | ↗ |
| Rimini Street, Las Vegas, NV | Successfully Leading a Team that is Engineered for Support"" | Bronze Stevie® Award | Customer Service Awards | American Business Awards® | 2017 | ↗ |
| Rimini Street, Las Vegas, NV | Rimini Street Delivers Gold Standard in Tax, Legal and Regulatory Updates | Bronze Stevie® Award | New Product Awards | American Business Awards® | 2017 | ↗ |
| Rimini Street, Las Vegas, NV | Helping Companies Redefine the Status Quo to Drive Innovation | Silver Stevie® Award | Company/Organization Awards | American Business Awards® | 2017 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Rimini Street's Global Support Department Excels, Providing Exceptional 24/7/365 Customer Service | Bronze Stevie® Award | Customer Service Categories | International Business Awards® | 2017 | ↗ |
| Rimini Street, Inc. Las Vegas, NV | Leading a Team to Deliver Unforgettable Outstanding Support | Silver Stevie® Award | Customer Service & Call Center Awards Individual Categories | Stevie® Awards for Sales & Customer Service | 2017 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Rimini Street Launches the Rimini Street Foundation | Bronze Stevie® Award | Company/Organization Awards | International Business Awards® | 2016 | ↗ |
| Rimini Street, Las Vegas, NV, USA | Rimini Street's Global SAP Support Team is THE Formula for Client Success | Bronze Stevie® Award | Customer Service Awards | International Business Awards® | 2016 | ↗ |

1  2  next ›