1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　　　Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION TO SEAL PORTIONS OF MOTION FOR A JURY TRIAL AND SUPPORTING EXHIBITS** |

**[PROPOSED] ORDER**

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Portions of Rimini Street, Inc.'s Motion for a Jury Trial and Supporting Exhibits ("Motion to Seal"). Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Rimini's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal (1) portions of Rimini Street, Inc.'s Motion for a Jury Trial, (2) portions of Exhibit A to the Declaration of Owen Astrachan; and (3) portions of Exhibit A to the Declaration of Stephen Lanchak.

IT IS SO ORDERED.

Dated: _____

Hon. Larry R. Hicks  
United States District Judge