1    GIBSON, DUNN & CRUTCHER LLP          RIMINI STREET, INC.
     MARK A. PERRY (*pro hac vice*)        DANIEL B. WINSLOW (*pro hac vice*)
2    1050 Connecticut Avenue, N.W.         6601 Koll Center Parkway, Suite 300
     Washington, DC  11101                 Pleasanton, CA 94566
3    Telephone: 202.955.8500               Telephone: (925) 264-7736
     mperry@gibsondunn.com                 dwinslow@riministreet.com
4
     GIBSON, DUNN & CRUTCHER LLP          RIMINI STREET, INC.
5    JEFFREY T. THOMAS (*pro hac vice*)    JOHN P. REILLY (*pro hac vice*)
     BLAINE H. EVANSON (*pro hac vice*)    3993 Howard Hughes Parkway, Suite 500
6    JOSEPH A. GORMAN (*pro hac vice*)     Las Vegas, NV 89169
     CASEY J. MCCRACKEN (*pro hac vice*)   Telephone: (336) 908-6961
7    3161 Michelson Drive                  jreilly@riministreet.com
     Irvine, CA  92612-4412
8    Telephone: 949.451.3800               HOWARD & HOWARD ATTORNEYS PLLC
     jtthomas@gibsondunn.com               W. WEST ALLEN (Nevada Bar No. 5566)
9    bevanson@gibsondunn.com               3800 Howard Hughes Parkway, Suite 1000
     jgorman@gibsondunn.com                Las Vegas, NV 89169
10   cmccracken@gibsondunn.com             Telephone: (702) 667-4843
                                           wwa@h2law.com
11   GIBSON, DUNN & CRUTCHER LLP
     SAMUEL LIVERSIDGE (*pro hac vice*)
12   ERIC D. VANDEVELDE (*pro hac vice*)
     333 South Grand Avenue
13   Los Angeles, CA  90071-3197
     Telephone: 213.229.7000
14   sliversidge@gibsondunn.com
     evandevelde@gibsondunn.com
15
     *Attorneys for Defendant*
16   *Rimini Street, Inc.*

17                    **UNITED STATES DISTRICT COURT**

18                         **DISTRICT OF NEVADA**

| | |
|---|---|
| 19   ORACLE USA, INC., et al., | CASE NO. 2:10-cv-00106-LRH-VCF |
| 20                    Plaintiffs, | **DECLARATION OF PROFESSOR OWEN ASTRACHAN IN SUPPORT** |
| 21        v. | **OF RIMINI STREET, INC.'S MOTION TO EXCLUDE** |
| 22   RIMINI STREET, INC., et al., | **DECLARATION AND OPINIONS OF ORACLE'S EXPERT, BARBARA** |
| 23                    Defendants. | **FREDERIKSEN-CROSS** |

24

25

26

27

28

I, Owen Astrachan, declare as follows:

1.        I am a Professor of Computer Science at Duke University and the department's Associate Director of Undergraduate Studies.  I have been retained by Gibson, Dunn & Crutcher LLP and Rimini Street, Inc. ("Rimini") as a technical expert.  I have extensive experience, writing, reading, evaluating, and teaching software code.  I received an A.B. degree in Mathematics with distinction, graduating summa cum laude from Dartmouth in 1978, and received M.A.T. (Mathematics 1979), M.S. (Computer Science 1989), and Ph.D. (Computer Science 1992) degrees from Duke.  My work has garnered several awards, including a National Science Foundation ("NSF") CAREER award in 1997, an IBM Faculty Award in 2004, and my designation as one of two inaugural NSF CISE Distinguished Education Fellows in 2007.  I have published two editions of a top-selling computer programming textbook titled *Computer Science Tapestry: Exploring Programming and Computer Science with C++* that has been widely used in college computer programming courses.  I have also published regularly (more than 20 publications) in the top Computer Science Education Conference and have led more than 20 workshops at this same conference.  I have extensive experience writing software in a variety of languages.

2.        Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the Rebuttal Report of Professor Owen Astrachan, which I submitted on March 13, 2020.

3.        Attached hereto as **Exhibit B** is a true and correct copy of excerpts of the Supplemental Report of Professor Owen Astrachan, which I submitted on June 26, 2020.

4.        These reports are correct statements of my opinions and the evidence on which those opinions are based, and if called as a witness at trial I would testify to those opinions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on July 31, 2020, at Chapel Hill, North Carolina.

_____
Owen Astrachan

DECLARATION OF OWEN ASTRACHAN ISO RIMINI MOTION TO EXCLUDE
DECLARATION AND OPINIONS OF FREDERIKSEN-CROSS
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn &
Crutcher LLP