| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., et al.,<br><br>Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI'S MOTION TO EXCLUDE DECLARATION AND OPINIONS OF ORACLE'S EXPERT BARBARA FREDERIKSEN-CROSS** |

Gibson, Dunn & Crutcher LLP

DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI'S MOTION TO EXCLUDE DECLARATION AND OPINIONS OF ORACLE'S EXPERT BARBARA FREDERIKSEN-CROSS
CASE NO. 2:10-CV-00106-LRH-VCF

I, Eric D. Vandevelde, declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Rimini Street, Inc. in the above-captioned case. I submit this declaration in support of Rimini's Motion to Exclude Declaration and Opinions of Oracle's Expert Barbara Frederiksen-Cross. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness, I would and could testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the September 19, 2018 deposition of Oracle's expert, Barbara Frederiksen-Cross, in *Rimini II*.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from the Corrected Post-Injunction Expert Report of Barbara Frederiksen-Cross.

4. Attached as **Exhibit C** is a true and correct copy of the Corrected Post-Injunction Surrebuttal Expert Report of Barbara Frederiksen-Cross.

5. Attached as **Exhibit D** is a true and correct copy of excerpts from the June 19, 2020 deposition of Oracle's expert, Barbara Frederiksen-Cross.

6. Attached as **Exhibit E** is a true and correct copy of Exhibit 1859 of the June 19, 2020 deposition of Oracle's expert, Barbara Frederiksen-Cross.

7. Attached as **Exhibit F** is a true and correct copy of Exhibit 1860 of the June 19, 2020 deposition of Oracle's expert, Barbara Frederiksen-Cross.

8. Attached as **Exhibit G** is a true and correct copy of Exhibit 1861 of the June 19, 2020 deposition of Oracle's expert, Barbara Frederiksen-Cross.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this Declaration on July 31, 2020, at Los Angeles, California.

*/s/ Eric D. Vandevelde*
Eric D. Vandevelde

Gibson, Dunn & Crutcher LLP

1
DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI'S MOTION TO EXCLUDE DECLARATION AND OPINIONS OF ORACLE'S EXPERT BARBARA FREDERIKSEN-CROSS
CASE NO. 2:10-CV-00106-LRH-VCF