# EXHIBIT B

# Excerpts from Corrected Post-Injunction Expert Report of Barbara Frederiksen-Cross

# FILED UNDER SEAL