# EXHIBIT C

# Corrected Post-Injunction Surrebuttal Expert Report of Barbara Frederiksen-Cross

# FILED UNDER SEAL