# EXHIBIT G

# Exhibit 1861 of the June 19, 2020 deposition of Oracle's expert, Barbara Frederiksen-Cross

Oracle v Rimini Street
Barbara Frederiksen-Cross
6/19/2020
**Exhibit 1861**


