# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>                Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., et al.,<br><br>                Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION TO SEAL PORTIONS OF MOTION TO EXCLUDE DECLARATION AND OPINIONS OF ORACLE'S EXPERT, BARBARA FREDERIKSEN-CROSS, AND SUPPORTING DOCUMENTS** |

# [PROPOSED] ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Portions of Motion to Exclude Declaration and Opinions of Oracle's Expert, Barbara Frederiksen-Cross, and Supporting Documents ("Motion to Seal").  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered Rimini's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT:  Rimini's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal (1) portions of  Rimini Street, Inc.'s Motion to Exclude Declaration and Opinions of Oracle's Expert, Barbara Frederiksen-Cross; (2) portions of Exhibits A and D to the Declaration of Eric Vandevelde; (3) Exhibits B and C to the Declaration of Eric Vandevelde; and (4) portions of Exhibits A and B to the Declaration of Owen Astrachan.

IT IS SO ORDERED.

Dated:  _____

_____
Hon. Larry R. Hicks
United States District Judge