# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., et al.,<br><br>        Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION TO SEAL CONTENTS OF DVD AND USB DRIVE FILED MANUALLY** |

# [PROPOSED] ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Contents of a DVD and USB Drive Filed Manually ("Motion to Seal"). Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT:  Rimini's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal the contents of the DVD and USB drive filed manually by Rimini in connection with its Opposition to Oracle's Motion for Order to Show Cause, and the accompanying Declaration of Jim Benge.

IT IS SO ORDERED.

Dated:  _____

_____
Hon. Larry R. Hicks
United States District Judge