GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  11101
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: (925) 264-7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (336) 908-6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 667-4843
wwa@h2law.com

*Attorneys for Defendant
Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| ORACLE USA, INC., et al., | Case No. 2:10-cv-00106-LRH-VCF |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE OF SEALED DOCUMENTS RE RIMINI'S OPPOSITION TO ORACLE'S MOTION FO ORDER TO SHOW CAUSE** |
| v. | |
| RIMINI STREET, INC., et al., | |
| Defendants. | |

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE OF SEALED DOCUMENTS RE RIMINI'S OPPOSITION TO ORACLE'S MOTION
FO ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

# CERTIFICATE OF SERVICE

I, Casey J. McCracken, certify as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to this action. My business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On July 31, 2020, I served the following document filed under seal:

**RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE**

**DECLARATION OF CRAIG MACKERETH IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE**

**DECLARATION OF JIM BENGE IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE**

**DECLARATION OF BRENDA DAVENPORT IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE**

**DECLARATION OF SUDHIR KUMAR IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE**

**EXHIBITS A-I, K-L, AND N-O TO APPENDIX OF EVIDENCE IN SUPPORT OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE**

**[SEALED ECF NOS. 1385, 1386]**

on the persons stated below, by the following means of service:

| BOIES, SCHILLER & FLEXNER LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| Ashleigh Jensen<br>  ajensen@bsfllp.com<br>Tran Le<br>  tle@bsfllp.com<br>Richard J. Pocker<br>  rpocker@bsfllp.com<br>Beko Reblitz-Richardson<br>  brichardson@bsfllp.com<br>Sean Rodriguez<br>  srodriguez@bsfllp.com<br>Gabriel Schlabach<br>  gschlabach@bsfllp.com | Zachary S. Hill<br>  zachary.hill@morganlewis.com<br>David Kocan<br>  david.kocan@morganlewis.com<br>Lisa S. Lee<br>  lisa.lee@morganlewis.com<br>Jacob J.O. Minne<br>  jacob.minne@morganlewis.com<br>John A. Polito<br>  John.polito@morganlewis.com<br>Lindsey M. Shinn<br>  lindsey.shinn@morganlewis.com |

Gibson, Dunn & Crutcher LLP

2

PROOF OF SERVICE OF SEALED DOCUMENTS RE RIMINI'S OPPOSITION TO ORACLE'S MOTION
FO ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

| | |
|---|---|
| Samuel Ungar<br>sungar@bsfllp.com | Benjamin P. Smith<br>benjamin.smith@morganlewis.com<br>Sharon R. Smith<br>sharon.smith@morganlewis.com |

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Karen L. Dunn
  kdunn@paulweiss.com
William Isaacson
  wisaacson@paulweiss.com

The document was served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I caused the document to be sent to the persons at the email addresses listed above.

I am admitted *pro hac vice* to the bar of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on July 31, 2020, at Irvine, California.

/s/ Casey J. McCracken

Casey J. McCracken

RIMINI 1 OSC - POS OF OSC OPPN.DOCX

3
PROOF OF SERVICE OF SEALED DOCUMENTS RE RIMINI'S OPPOSITION TO ORACLE'S MOTION FO ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP