| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: (925) 264-7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., et al.,<br><br>            Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE OF SEALED .MP4 VIDEO FILE FILED MANUALLY BY RIMINI RE ITS OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE** |

Gibson, Dunn & Crutcher LLP

CERTIFICATE OF SERVICE OF SEALED .MP4 VIDEO FILE FILED MANUALLY BY RIMINI RE ITS
OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

# CERTIFICATE OF SERVICE

I, Casey J. McCracken, certify as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to this action. My business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On July 31, 2020, I served the following document filed under seal:

> .MP4 VIDEO FILE THAT IS THE SUBJECT OF RIMINI'S NOTICE OF MANUAL FILING [ECF NO. 1393]

on the persons stated below, by the following means of service:

**BOIES, SCHILLER & FLEXNER LLP**

- Ashleigh Jensen
  ajensen@bsfllp.com
- Tran Le
  tle@bsfllp.com
- Richard J. Pocker
  rpocker@bsfllp.com
- Beko Reblitz-Richardson
  brichardson@bsfllp.com
- Sean Rodriguez
  srodriguez@bsfllp.com
- Gabriel Schlabach
  gschlabach@bsfllp.com
- Samuel Ungar
  sungar@bsfllp.com

**MORGAN, LEWIS & BOCKIUS LLP**

- Zachary S. Hill
  zachary.hill@morganlewis.com
- David Kocan
  david.kocan@morganlewis.com
- Lisa S. Lee
  lisa.lee@morganlewis.com
- Jacob J.O. Minne
  jacob.minne@morganlewis.com
- John A. Polito
  John.polito@morganlewis.com
- Lindsey M. Shinn
  lindsey.shinn@morganlewis.com
- Benjamin P. Smith
  benjamin.smith@morganlewis.com
- Sharon R. Smith
  sharon.smith@morganlewis.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

- Karen L. Dunn
  kdunn@paulweiss.com
- William Isaacson
  wisaacson@paulweiss.com

The file was served pursuant to Fed. R. Civ. P. 5(b) via electronic service. Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I provided the .MP4 video file to Counsel via a Secure File Transfer Protocol Server.

I am admitted *pro hac vice* to the bar of this Court.

2

CERTIFICATE OF SERVICE OF SEALED .MP4 VIDEO FILE FILED MANUALLY BY RIMINI RE ITS OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on July 31, 2020, at Irvine, California.

*Casey McCracken* (signature)

Casey J. McCracken

Gibson, Dunn & Crutcher LLP

3

CERTIFICATE OF SERVICE OF SEALED .MP4 VIDEO FILE FILED MANUALLY BY RIMINI RE ITS OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE
CASE NO. 2:10-CV-00106-LRH-VCF