| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: 702.382.7300<br>Facsimile: 702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: 202.223.7300<br>Facsimile: 202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com<br><br>BOIES SCHILLER FLEXNER LLP<br>BEKO O. REBLITZ-RICHARDSON (*pro hac vice*)<br>SEAN P. RODRIGUEZ (*pro hac vice*)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone: 415.293.6800<br>Facsimile: 415.293.6899<br>srodriguez@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br>v.<br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF JOHN A. POLITO REGARDING RIMINI STREET, INC. AND SETH RAVIN'S MOTION TO SEAL PORTIONS OF RIMINI'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE AND SUPPORTING DOCUMENTS (ECF NO. 1384)** |

I, John A. Polito, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter, and a Partner at Morgan, Lewis & Bockius LLP, counsel of record in this action for Plaintiffs Oracle America, Inc. and Oracle International Corp. (collectively, "Oracle"). I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. I submit this declaration in support of Oracle's Memorandum of Points and Authorities Regarding Rimini Street, Inc.'s and Seth Ravin's Motion to Seal Portions of Rimini's Opposition to Oracle's Motion for Order to Show Cause ("Rimini's Opposition") and Supporting Documents (ECF No. 1384).

3. I have reviewed Rimini's Opposition along with all supporting declarations and exhibits. The materials set forth below each contain (in whole or at least in part) non-public, technologically, or commercially sensitive information relating to Oracle's technology and software products. Oracle therefore requests sealing of the materials described below.

4. The Declaration of Owen A. Astrachan ("Astrachan Declaration") was submitted to the Court in connection with Rimini Street, Inc.'s and Seth Ravin's Opposition (ECF No. 1382-1).

5. Exhibit A to the Astrachan Declaration comprises excerpted portions of the Rebuttal Expert Report of Owen A. Astrachan. Portions of this exhibit (including at page ii; paragraphs 178-79, 183, 186-88, 190, 192, 195, 197-200, 202-06, 208, 214-16, 218, 269, 297-98, 328-29; headings VII.2.3 and VII.2.4; and, footnotes 161 and 172) contain non-public, technologically or commercially sensitive information relating to Oracle source code files.

6. Exhibit B to the Astrachan Declaration comprises excerpted portions of the Supplemental Expert Report of Owen A. Astrachan. Portions of this exhibit (including paragraphs 10-11, 18-19, 21-22, 27-28, 37, 54, and footnote 15) contain non-public, technologically or commercially sensitive information relating to Oracle source code files.

7. The Declaration of Stephen A. Lanchak was submitted to the Court in connection with Rimini Street, Inc.'s and Seth Ravin's Opposition (ECF No. 1382-2). Exhibit C to the

Lanchak Declaration comprises excerpted portions of the Supplemental Expert Report of Stephen A. Lanchak.  Portions of this exhibit (including paragraphs 51, 61, and 82, and footnotes 54 and 75) contain non-public, technologically or commercially sensitive information relating to Oracle source code files and license agreements.

8. The Declaration of Craig Mackereth was submitted to the Court in connection with Rimini Street, Inc.'s and Seth Ravin's Opposition (ECF No. 1382-3).  Exhibit I to the Mackereth Declaration comprises excerpts from a March 27, 2019 email sent by Arijit Ray bearing the Bates number RSI007285466.  Portions of this exhibit contain non-public, technologically or commercially sensitive information relating to Oracle source code files.

9. The Declaration of Eric Vandevelde was submitted to the Court in connection with Rimini Street, Inc.'s and Seth Ravin's Opposition (ECF No. 1382-4).  Exhibit O to the Vandevelde Declaration comprises excerpts from the June 19, 2020 deposition of Barbara Frederiksen-Cross.  Portions of this exhibit (including at 161:16) contain non-public, technologically or commercially sensitive information relating to Oracle source code files.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 14, 2020 at Berkeley, California.

DATED: August 14, 2020                    MORGAN, LEWIS & BOCKIUS LLP

By:  _/s/ John A. Polito_
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August, 2020, I electronically transmitted the foregoing DECLARATION OF JOHN A. POLITO REGARDING RIMINI STREET, INC. AND SETH RAVIN'S OPPOSITION TO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE AND SUPPORTING DOCUMENTS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: August 14, 2020          MORGAN, LEWIS & BOCKIUS LLP

By:      */s/ John A. Polito*
                John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corporation