| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:    702.382.7300<br>Facsimile:      702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:    202.223.7300<br>Facsimile:      202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com<br><br>BOIES SCHILLER FLEXNER LLP<br>BEKO REBLITZ-RICHARDSON (*pro hac vice*)<br>SEAN P. RODRIGUEZ (*pro hac vice*)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone:    415.293.6800<br>Facsimile:      415.293.6899<br>brichardson@bsfllp.com<br>srodriguez@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:    415.442.1000<br>Facsimile:      415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:    650.506.4846<br>Facsimile:      650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>　　　　　　Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT** |

I, John A. Polito, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (together, "Oracle" or "Plaintiffs") in this action. I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. Attached as **Exhibit 41** is a true and correct copy of transcript excerpts from the June 30, 2020 Deposition of Owen Astrachan ("Astrachan Depo.")

3. Attached as **Exhibit 42** is a true and correct copy of excerpts from the transcript of the June 24, 2020 Deposition of Stephen Lanchak ("Lanchak Depo.").

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 14, 2020 at Berkeley, California.

DATED: August 14, 2020            MORGAN, LEWIS & BOCKIUS LLP

                                  By:      */s/ John A. Polito*
                                              John A. Polito

                                  Attorneys for Plaintiffs Oracle USA, Inc.,
                                  Oracle America, Inc., and Oracle
                                  International Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of August 2020, I electronically transmitted the foregoing **DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: August 14, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ John A. Polito_
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

CERTIFICATE OF SERVICE