# Exhibit 42

## Excerpts from the June 24, 2020 Deposition of Stephen Lanchak
## REDACTED

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA
 3
 4   ORACLE USA, INC., a Colorado    )
     corporation; ORACLE AMERICAN,   )
 5   INC., a Delaware corporation;   )
     and ORACLE INTERNATIONAL        )
 6   CORPORATION, a California       )
     corporation,                    )
 7                                   )
              Plaintiffs,            )
 8                                   )
                 vs.                 )Case No.
 9                                   )2:10-cv-0106-LRH-PAL
     RIMINI STREET, INC., a Nevada   )
10   corporation; and SETH RAVIN,    )
     an individual,                  )
11                                   )
              Defendants.            )
12   _____)
13
14
15        VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF
16                   STEPHEN LANCHAK
17                Wednesday, June 24, 2020
18                       Volume I
19             *** HIGHLY CONFIDENTIAL ***
20
21
22   Reported by:
     CARLA SOARES
23   CSR No. 5908
24   Job No. 4135798
25   Pages 1 - 219
```

Page 1

```
 1  reading of Ms. Frederiksen-Cross's report, do you        15:26:03
 2  read her as stating or asserting that customers are
 3  not permitted to modify and compile open JD Edwards
 4  software code?
 5      A  Well, I guess the reason I'm struggling           15:26:18
 6  with that question is, when you say "customers," you
 7  know, the organizations and people that a licensee
 8  would hire to work with their software, they're all
 9  part of that same body.  You know what I'm saying?
10      So, I mean, on the face of it, it wouldn't           15:26:44
11  make sense to say, only customers can modify this
12  software.  No one else can.  Because many customers
13  don't have, you know, obviously the skills to do
14  that.  They hire people to do that.
15      So that's where I'm struggling with that             15:27:01
16  statement.
17      Q  So your concern is that if the Oracle
18  license only permits customers to modify and compile
19  the open JD Edwards code, and excludes support
20  providers from modifying and compiling the               15:27:33
21  JD Edwards open source code, then customers wouldn't
22  be able to hire support providers to support their
23  software; is that your concern?
24      MS. TRYCK:  Objection.  Vague.
25      THE WITNESS:  What I'm saying is, you                15:27:51
                                                              Page 170
```

```
 1  know, going back to the paragraph in the injunction,     15:27:53
 2  right, Rimini shall not copy JD Edwards software
 3  source code to carry out the development and testing
 4  of software updates, so my perspective is the
 5  industry perspective on what that -- what that means     15:28:11
 6  to someone that understands the JD Edwards
 7  environment in the industry.
 8      And that's where we get into, you know,
 9  the discussion around exposed code that is available
10  and intended for the licensee to modify.  And the        15:28:28
11  term "licensee" includes the licensee and their
12  agents, right?
13      I mean, so I don't know where we're going
14  with this, but it just -- I'm struggling with it.
15  BY MR. HILL:                                             15:28:48
16      Q  So would -- and you're referring to
17  paragraph 8 of the injunction?
18      A  Yes.
19      Q  So why would an Oracle license allow
20  copying of JD Edwards open source code but not           15:29:07
21  JD Edwards closed source code, in your view?
22      MS. TRYCK:  Objection.  Calls for
23  speculation, lacks foundation.
24      THE WITNESS:  Can you repeat your
25  question?                                                15:29:21
                                                              Page 171
```

```
 1  BY MR. HILL:                                             15:29:25
 2      Q  Yeah.  Why would an Oracle license allow
 3  for the copying of JD Edwards open source code but
 4  not JD Edwards closed source code?
 5      MS. TRYCK:  Same objections.                         15:29:35
 6      THE WITNESS:  Well, maybe we should look
 7  at a JD Edwards license.  But, you know, it's clear
 8  from the industry's perspective that when someone
 9  licenses JD Edwards, whether it's World or OneWorld,
10  that they have the right to modify it, right, and to    15:30:00
11  customize it.  That is standard in the industry.
12  BY MR. HILL:
13      Q  And do third parties also have the right
14  to modify it and customize it?
15      MS. TRYCK:  Objection.  Vague.                       15:30:31
16      THE WITNESS:  Well, we were just talking
17  about that.
18      So there are many licensees that don't
19  have the skills, and they hire firms, firms that
20  build, you know, wonderful businesses on this, to go    15:30:45
21  in and -- and I talk about some of these instances
22  in my report -- go in and will customize these
23  applications, you know, for the licensees.
24      And Oracle has been there, you know, from
25  the very start, supporting and encouraging that, and    15:31:03
                                                              Page 172
```

```
 1  even supporting those third parties that are helping    15:31:07
 2  to do that modification.
 3      So this whole line of questioning is
 4  really confusing to me.
 5      (Exhibit 1871 was marked for                         15:31:14
 6      identification and is attached hereto.)
 7  BY MR. HILL:
```

[remainder of Page 173 redacted]

44 (Pages 170 - 173)

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY



Page 174

Page 176

Page 175

Page 177

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

```
 1          I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4          That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were administered an oath; that
 8   a record of the proceedings was made by me using
 9   machine shorthand which was thereafter transcribed
10   under my direction; that the foregoing transcript is
11   a true record of the testimony given.
12          Further, that if the foregoing pertains to
13   the original transcript of a deposition in a Federal
14   Case, before completion of the proceedings, review
15   of the transcript [X] was [ ] was not requested.
16          I further certify I am neither financially
17   interested in the action nor a relative or employee
18   of any attorney or any party to this action.
19          IN WITNESS WHEREOF, I have this date
20   subscribed my name.
21   Dated: this 29 day of June, 2020.
22
            [signature: Carla Soares]
23
24          CARLA SOARES
25          CSR No. 5908
```