**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Motion to Seal Oracle's Reply in Support of its Motion for Order to Show Cause Why Rimini Street, Inc. Should Not Be Held in Contempt and Supporting Exhibits.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered Oracle's Motion to Seal and for good cause existing:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal the following documents and materials:

- Portions of Oracle's Reply in Support of its Motion for Order to Show Cause Why Rimini Street, Inc. Should Not Be Held in Contempt ("OSC Reply"); and
- Portions of Exhibits 41 and 42 to the Declaration of John A. Polito in Support of Oracle's Reply in Support of its Motion for Order to Show Cause Why Rimini Street, Inc. Should Not Be Held in Contempt ("Polito Reply Declaration").

IT IS SO ORDERED.

DATED:                                    By: _____
                                              Hon. Larry R. Hicks
                                              United States District Judge