| | | |
|---|---|---|
| 1 | BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568) | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*) |
| 2 | 300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101 | JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*) |
| 3 | Telephone:   702.382.7300<br>Facsimile:    702.382.2755 | One Market, Spear Street Tower<br>San Francisco, CA  94105 |
| 4 | rpocker@bsfllp.com | Telephone:   415.442.1000<br>Facsimile:    415.442.1001 |
| 5 | PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP | benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com |
| 6 | WILLIAM A. ISAACSON (pro hac vice)<br>KAREN DUNN (pro hac vice) | sharon.smith@morganlewis.com |
| 7 | 2001 K Street, NW<br>Washington, DC 20006 | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*) |
| 8 | Telephone:   202.223.7300<br>Facsimile:    202.223.7420 | JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION |
| 9 | wisaacson@paulweiss.com<br>kdunn@paulweiss.com | 500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070 |
| 10 | | Telephone:   650.506.4846<br>Facsimile:    650.506.7114 |
| 11 | BOIES, SCHILLER & FLEXNER LLP<br>BEKO REBLITZ-RICHARDSON (*pro hac vice*) | dorian.daley@oracle.com<br>deborah.miller@oracle.com |
| 12 | SEAN P. RODRIGUEZ (*pro hac vice*)<br>44 Montgomery St., 41st Floor | jim.maroulis@oracle.com |
| 13 | San Francisco, CA 94104<br>Telephone:   415 293 6800 | *Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle* |
| 14 | Facsimile:    415 293 6899<br>brichardson@bsfllp.com | *International Corp.* |
| 15 | srodriguez@bsfllp.com | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| 19 | ORACLE USA, INC.; a Colorado corporation;<br>ORACLE AMERICA, INC.; a Delaware | Case No  2:10-cv-0106-LRH-VCF |
| 20 | corporation; and ORACLE INTERNATIONAL<br>CORPORATION, a California corporation, | **CERTIFICATE OF SERVICE** |
| 21 | | |
| 22 | Plaintiffs, | |
| 23 | v. | |
| 24 | RIMINI STREET, INC., a Nevada corporation;<br>and SETH RAVIN, an individual, | |
| 25 | Defendants. | |

CERTIFICATE OF SERVICE

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action. My business address is 1400 Page Mill Road, Palo Alto, CA 94002.

On August 14, 2020, I served the following documents:

1) **ORACLE'S REPLY IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT [FILED UNDER SEAL]; AND**

2) **EXHIBITS 41 AND 42 TO THE DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S REPLY IN SUPPORT OF ITS MOTION FOR ORDER TO SHOW CAUSE WHY RIMINI STREET, INC. SHOULD NOT BE HELD IN CONTEMPT [FILED UNDER SEAL].**

I served these documents on the persons below, as follows:

| | |
|---|---|
| Ryan N. DuBose, Esq.<br>Blaine H. Evanson, Esq.<br>Shaun A. Mathur, Esq.<br>Casey J. McCracken, Esq.<br>Amber McKonly, Esq.<br>Jeffrey T. Thomas, Esq.<br>Jennafer M. Tryck, Esq.<br>Cynthia P. Weaver<br>Chris Whittaker, Esq.<br>Tracy A. Morgan<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612-4412<br>Email: *RDubose@gibsondunn.com*<br>Email: *BEvanson@gibsondunn.com*<br>Email: *SMathur@gibsondunn.com*<br>Email: *CMcCracken@gibsondunn.com*<br>Email: *AMcKonly@gibsondunn.com*<br>Email: *JTThomas@gibsondunn.com*<br>Email: *JTryck@gibsondunn.com*<br>Email: *CWeaver@gibsondunn.com*<br>Email: *CWhittaker@gibsondunn.com*<br>Email: *TMorgan2@gibsondunn.com* | Joseph A. Gorman, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 2900<br>San Francisco, CA 94105-0921<br>Email: *JGorman@gibsondunn.com*<br><br>Samuel Liversidge, Esq.<br>Eric D. Vandevelde, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Ave., 47th Floor<br>Los Angeles, CA 90071-3197<br>Email: *SLiversidge@gibsondunn.com*<br>Email: *EVandevelde@gibsondunn.com*<br><br>Mark A. Perry, Esq.<br>Jeremy M. Christiansen, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Email: *MPerry@gibsondunn.com*<br>Email: *JChristiansen@gibsondunn.com* |

The documents were served pursuant to FRCP 5(b) by sending them by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message

or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the State Bar of California, admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case, at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated:  August 14, 2020

                                          */s/ Corey R. Houmand*
                                          Corey R. Houmand