| | |
|---|---|
| 1   BOIES SCHILLER FLEXNER LLP | MORGAN, LEWIS & BOCKIUS LLP |

1  BOIES SCHILLER FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone:   702.382.7300
   Facsimile:   702.382.2755
4  rpocker@bsfllp.com

5  PAUL, WEISS, RIFKIND, WHARTON &
   GARRISON LLP
6  WILLIAM A. ISAACSON (*pro hac vice*)
   KAREN DUNN (*pro hac vice*)
7  2001 K Street, NW
   Washington, DC 20006
8  Telephone:   202.223.7300
   Facsimile:   202.223.7420
9  wisaacson@paulweiss.com
   kdunn@paulweiss.com
10
   BOIES SCHILLER FLEXNER LLP
11 BEKO REBLITZ-RICHARDSON (*pro hac vice*)
12 SEAN P. RODRIGUEZ (*pro hac vice*)
13 44 Montgomery Street, 41st Floor
   San Francisco, CA 94104
14 Telephone:   415.293.6800
   Facsimile:   415.293.6899
15 brichardson@bsfllp.com
   srodriguez@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:   415.442.1000
Facsimile:   415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:   650.506.4846
Facsimile:   650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>        Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI STREET, INC.'S MOTION TO EXCLUDE THE DECLARATION AND OPINIONS OF BARBARA A. FREDERIKSEN-CROSS ISO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE** |

I, John A. Polito, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (together, "Oracle" or "Plaintiffs") in this action. I submit this declaration in support of Oracle's Opposition to Rimini's Motion to Exclude the Declaration and Opinions of Barbara A. Frederiksen-Cross in Support of Oracle's Motion for Order to Show Cause. I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. The Exhibits referenced below are all attached. These Exhibits are all true and correct copies of pages or excerpts from final deposition transcripts or from documents produced by Defendant Rimini Street, Inc. ("Rimini"). To minimize the bulk, for ease of use, and to the extent possible without losing context, only the relevant pages and information are included in these Exhibits.

3. Attached as **Exhibit 1** is a true and correct copy of transcript excerpts from the June 30, 2020 Deposition of Owen Astrachan.

4. Attached as **Exhibit 2** is a true and correct copy of a document Rimini produced to Oracle as part of discovery in this action as RSI007294828.

5. Attached as **Exhibit 3** is a true and correct copy of a document Rimini produced to Oracle as part of discovery in this action as RSI007296263.

6. Attached as **Exhibit 4** is a true and correct copy of transcript excerpts from the August 21, 2018 Deposition of Owen Astrachan taken during the *Rimini II* litigation.

///
///
///
///
///
///
///

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed August 14, 2020 at Berkeley, California.

DATED: August 14, 2020			MORGAN, LEWIS & BOCKIUS LLP

By: */s/ John A. Polito*
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of August 2020, I electronically transmitted the foregoing **DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI STREET, INC.'S MOTION TO EXCLUDE THE DECLARATION AND OPINIONS OF BARBARA A. FREDERIKSEN-CROSS ISO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: August 14, 2020

MORGAN, LEWIS & BOCKIUS LLP

By:     */s/ John A. Polito*
         John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation