# Exhibit 1

## Excerpts from the June 30, 2020 Deposition of Owen Astrachan
## REDACTED

```
 1                UNITED STATES DISTRICT COURT
 2                    DISTRICT OF NEVADA
 3
 4
 5    ORACLE USA, INC., et al.,
 6              Plaintiffs,
 7         vs.                        Case No.
                                      2:10-cv-00106-LRH-VCF
 8    RIMINI STREET, INC., et al.,
 9              Defendants.
      _____/
10
11
12
13
14       VIDEO-RECORDED DEPOSITION OF OWEN ASTRACHAN, PH.D.
15                   REMOTE ZOOM PROCEEDING
16                   Raleigh, North Carolina
17                   Tuesday, June 30, 2020
18
19
20
21
22
23    REPORTED BY:
24    LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25    Pages 1 - 281                      Job No. 4135801
```

Page 1

Veritext Legal Solutions
866 299-5127

```
 1      I'm confident about that copyright because at
 2  the beginning of this Injunction, it talks about 17 USC,
 3  which as I understand it is related to copyright
 4     Q   BY MR  SMITH:  So is it your understanding that
 5  for purposes of a violation of the Injunction, a          15:22:50
 6  copyright violation must be shown?
 7        MR  VANDEVELDE:  Misstates testimony, asked and
 8  answered, calls for a legal conclusion
 9        THE WITNESS:  It's my understanding that any
10  purported violation of the Injunction would need to       15:23 02
11  either be a reproduction, a derivative work, or using
12  software documentation on one licensee's computer to
13  support something that was not for the benefit of that
14  particular client
15        So I'm using the standard terminology that's in     15:23:19
16  here   There's no restriction in the Injunction that says
17  only copyright violations are things to be considered
18  I'm simply stating that to understand the terms
19  "reproduction" and "derivative works," we need to
20  understand that in the context of copyright               15:23:40
```



Page 182

Page 183

Page 184

Page 185

47 (Pages 182 - 185)

```
 1   The time is 9:42 p m
 2   Q  BY MR  SMITH:  Okay  Professor, last couple
 3   questions
 4       Do you agree that RAM copies are created each
 5   time Rimini use the PeopleSoft JD Edwards or Oracle      18:42:21
 6   database software?
 7       MR  VANDEVELDE:  Objection  Vague as to "use "
 8       THE WITNESS:  As a matter of -- from a technical
 9   point of view, using software requires making a copy in
10   RAM                                                      18:42:39
11   Q  BY MR  SMITH:  Okay  And in your opinion, can a
12   RAM copy ever be a violation of the Injunction?
13       MR  VANDEVELDE:  Objection  Vague, calls for a
14   legal conclusion
15       THE WITNESS:  What I've stated before is that        18:42:53
16   the Injunction talks about making software updates for
17   the benefit of a particular client  And when that copy
18   in RAM is made for the benefit of the client, I don't
19   believe the Injunction is implicated
20   Q  BY MR  SMITH:  Okay  I want you to assume for         18:43:12
21   me that there is a PeopleSoft software environment on a
22   computer that is not the customer's own computer system
23       Can you assume that for me?
24   A   Where is this PeopleSoft?  It's not on the
25   client's computer?                                       18:43:31
                                                              Page 274
```

```
 1   Q  It's just not on their own computer system
 2   A   Well, it has to be somewhere
 3   Q  It's not on their computer system
 4   A   It's on someone else's computer system?
 5   Q  Yeah                                                  18:43:42
 6   A   Okay  There's a PeopleSoft environment on a
 7   computer system that is not the client's computer system
 8   Q  Right
 9       Could a RAM copy of that PeopleSoft software
10   environment violate the Injunction, in your opinion?     18:43:55
11       MR  VANDEVELDE:  Objection  Vague  A copy of
12   what?
13       THE WITNESS:  I'd just like to go through the
14   Injunction, and what it states is, for example, in
15   paragraph 5:  "Any computer systems other than a specific 18:44:17
16   licensee's own computer systems "  That's in paragraph 5
17       The other paragraphs don't use the term
18   "computer systems," but use the term "for the benefit of
19   another licensee "
20       So it seems to me that your hypothetical is in       18:44:36
21   regard to paragraph 5  Would you like me to address it
22   in something -- in relation to something other than
23   paragraph 5 of the Injunction?
24   Q  BY MR  SMITH:  No, no
25   A   So what the Injunction states is:  "Rimini           18:44:52
                                                              Page 275
```

```
 1   Street" -- "Rimini Street shall not reproduce, prepare
 2   derivative works from, or use PeopleSoft software on,
 3   with, or to any computer systems other than a specific
 4   licensee's own computer systems."
 5       And so in your hypothetical, if I am                 18:45:12
 6   reproducing, preparing derivative works from, or using on
 7   a different computer system, then again, it seems to me
 8   that paragraph 5 perhaps would be implicated.
 9   Q.  Okay.  Last couple of questions.
```



```
25       MR. SMITH:  Understood.                              18:46:24
                                                              Page 276
```

```
 1       I have no further questions for you  Thank you
 2   for your patience today  I'm not sure if we're going to
 3   do a redirect
 4       MR  VANDEVELDE:  Yeah  Are you ready to do it
 5   right now?  It's going to be short  Or do you want to    18:46:35
 6   take a break, Ben?
 7       MR  SMITH:  No, we're fine  Go ahead
 8       MR  VANDEVELDE:  Okay  Let me just get ready
 9
10       EXAMINATION                                          18:46:46
11   Q  BY MR  VANDEVELDE:  Okay  Professor Astrachan,
12   this morning Mr  Smith asked you the following question,
13   and you gave the answer  I'm reviewing -- I'm reading
14   from the rough transcript we provided
15       You were asked the question:  "Fair enough  Do       18:47:01
16   you understand that Rimini's business typically involves
17   the profession of updates to many customers?"
18       I believe, although I invite Mr  Smith to
19   comment on it, that the word used was actually
20   "provision" of updates to many customers                 18:47:17
21       I objected
22       And then you answered:  "I am not an expert on
23   Rimini's third-party support  I have come to understand
24   how that support works as part of this case, and I
25   understand that Rimini would likely have more than one   18:47:29
                                                              Page 277
```

```
1    STATE OF CALIFORNIA     ) ss:
2    COUNTY OF MARIN         )
3
4         I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
5    hereby certify:
6         That the foregoing deposition testimony was
7    taken before me at the time and place therein set forth
8    and at which time the witness was administered the oath;
9         That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16        I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20        IN WITNESS WHEREOF, I have subscribed my name
21   this 2nd day of July, 2020.
22
23
24                   _____
25              LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 281