# Exhibit 2

# Rimini Document Produced as RSI007294828

# FILED UNDER SEAL