# Exhibit 3

# Rimini Document Produced as RSI007296263

# FILED UNDER SEAL