| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:    702.382.7300<br>Facsimile:     702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>WILLIAM A. ISAACSON (pro hac vice)<br>KAREN DUNN (pro hac vice)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:    202.223.7300<br>Facsimile:     202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com<br><br>BOIES SCHILLER FLEXNER LLP<br>BEKO REBLITZ-RICHARDSON (*pro hac vice*)<br>SEAN P. RODRIGUEZ (*pro hac vice*)<br>44 Montgomery Street, 41st Floor<br>San Francisco, CA 94104<br>Telephone:    415.293.6800<br>Facsimile:     415.293.6899<br>brichardson@bsfllp.com<br>srodriguez@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone:    415.442.1000<br>Facsimile:     415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:    650.506.4846<br>Facsimile:     650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>　　　　　Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI STREET, INC.'S MOTION TO EXCLUDE THE DECLARATION AND OPINIONS OF BARBARA ANN FREDERIKSEN-CROSS ISO ORACLE'S MOTION FOR ORDER TO SHOW CAUSE** |

I, Barbara Ann Frederiksen-Cross, declare as follows:

1. I have been retained as an expert witness in this matter by Plaintiffs Oracle USA, Inc., Oracle International Corp., and Oracle America, Inc. ("Oracle"). I submit this Declaration in support of Oracle's Opposition to Rimini's Motion to Exclude The Declaration And Opinions of Barbara A. Frederiksen-Cross in support of Oracle's Motion for Order to Show Cause. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if asked to do so.

2. I am the Director of Litigation Services for JurisLogic, LLC ("JurisLogic"). JurisLogic is an Oregon corporation that provides consulting services to computer hardware and software manufacturers and computer-related technical assistance to the legal profession in the United States, Canada, Japan, Singapore, and Europe. JurisLogic specializes in providing consulting services to corporations and attorneys on intellectual property matters (such as copyright and patent infringement matters, and misappropriation of trade secrets) and performing assessments of computer software and Techno-archeology (the analysis of software development projects). I have experience in the design, development, and analysis of computer software, and I have previously provided both trial and deposition testimony as an expert for matters in state and federal courts, authored a number of papers, and delivered lectures on technology to the legal profession.

3. I have over forty-five (45) years of personal experience as a software developer and consultant, including the development of web-based systems, and secure online data access systems used by banks, insurance companies, hospitals, and telecommunication providers. I have extensive experience in the design, implementation, and ongoing administration of databases and multi-dimensional data aggregation systems, such as data marts and data warehouses used to support business analysis.

4. I have been trained in forensic analysis of computer software in the specific context of copyright infringement and trade secret analyses, and I have previously qualified as an expert in state and federal courts to testify about the operation of computer software and computer systems, including for matters that involve software copyright and trade secret disputes.

5. With support from my colleagues at JurisLogic and Stroz Friedberg, I have reviewed computer-based evidence, including images of computer systems used by some of Rimini's customers, file listings and metadata from the computer systems of other Rimini customers, and files produced for my inspection by both Rimini and Oracle. We also reviewed technical documents, emails, and deposition transcripts relating to the technology at issue in this matter.

6. On January 31, 2020, I signed my "Post-Injunction Expert Report of Barbara Ann Frederiksen-Cross," and on May 20, 2020, I signed a corrected version of my "Post-Injunction Expert Report of Barbara Ann Frederiksen-Cross" ("Opening Report"), both of which I understand were submitted to Rimini as part of discovery in this action. For consistency, citations in this Declaration are to this corrected version.

7. On May 20, 2020, I also signed my "Post-Injunction Surrebuttal Export Report of Barbara Ann Frederiksen-Cross," and on June 12, 2020, I signed a corrected version of my "Post-Injunction Surrebuttal Export Report of Barbara Ann Frederiksen-Cross" ("Surrebuttal Report"), both of which I understand were submitted to Rimini as part of discovery in this action. For consistency, citations in this Declaration are to this corrected version.

8. In the *Rimini II* matter, on May 4, 2018, I signed my "Expert Report of Barbara Ann Frederiksen-Cross," and on June 19, 2018, I signed a supplemental version entitled "Supplemental Expert Report of Barbara Ann Frederiksen-Cross" ("*Rimini II* Opening Report"), both of which I understand were submitted to Rimini as part of discovery in that *Rimini II* action, and were deemed part of discovery in this action. For consistency, citations in this Declaration are to this supplemental version.

9. Also in the *Rimini II* matter, on June 22, 2018, I signed my "Rebuttal Report of Barbara Ann Frederiksen-Cross to the Expert Report of Owen Astrachan" ("*Rimini II* Rebuttal Report"), which I understand was submitted to Rimini as part of discovery in that *Rimini II* action, and was deemed part of discovery in this action. For consistency, citations in this Declaration are to this corrected version.

10. These reports are true and correct statements of my opinions and the evidence on

which those opinions are based, and if called as a witness at trial I would testify to those opinions.

11. Any of the documents or exhibits that I have relied on in this action that are not included here or in a previously-filed document, can be provided upon request.

12. Attached as **Exhibit 5** is a true and correct copy of excerpts from my Opening Report.

13. Attached as **Exhibit 6** is a true and correct copy of excerpts from my Surrebuttal Report.

14. Attached as **Exhibit 7** is a true and correct copy of excerpts from my *Rimini II* Opening Report.

15. Attached as **Exhibit 8** is a true and correct copy of excerpts from my *Rimini II* Rebuttal Report.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed at Hubbard, Oregon.

DATED: August 14, 2020

_____
Barbara Ann Frederiksen-Cross