BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:    702.382.7300
Facsimile:    702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:    202.223.7300
Facsimile:    202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

BOIES SCHILLER FLEXNER LLP
BEKO O. REBLITZ-RICHARDSON (*pro hac
vice*)
SEAN P. RODRIGUEZ (*pro hac vice*)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone:    415.293.6800
Facsimile:    415.293.6899
srodriguez@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**NOTICE OF ERRATA TO ORACLE'S OPPOSITION TO RIMINI'S MOTION FOR A JURY TRIAL** |

NOTICE OF ERRATA TO ORACLE'S OPPOSITION TO RIMINI'S MOTION FOR A JURY TRIAL

1    Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

2    (collectively "Oracle") by and through their counsel Boies Schiller Flexner LLP, files the

3    following Notice of Errata to their Opposition to Rimini's Motion for a Jury Trial ("Opposition"),

4    ECF No. 1403.  Pursuant to Local Rule IC 2-2(h), counsel for Oracle respectfully requests that

5    the attached **Exhibit A** be accepted as the corrected version of the Opposition.

6    On Friday, August 14, 2020, counsel for Oracle filed the Opposition (among other

7    filings).  Due to administrative errors, the version of the document filed omitted the following

8    paragraph from page 17:

9    > In a final effort to confuse the issue, Rimini discusses the differences between "direct"
     > contempt, which occurs in court, and "indirect" contempt, which occurs out of
10   > court.  Mot. at 13; *Bagwell*, 512 U.S. 833-34.  This argument borders on the farcical, as
     > Rimini is not developing, testing, and distributing software in the Federal Courthouse in
11   > Las Vegas, and the Injunction contains no geographical limitations.

12   The foregoing paragraph was approved by Oracle prior to ECF No. 1403's filing.  It was omitted

13   through no fault of Oracle as explained in the attached Declaration of Sean Rodriguez.

14   The attached **Exhibit A** includes the inadvertently omitted paragraph and additional

15   corrections identified in **Exhibit B**.  Counsel for Oracle respectfully requests that the attached

16   **Exhibit A** be accepted as the corrected version of the Opposition.

17

18   DATED:  August 18, 2020                    BOIES SCHILLER FLEXNER LLP

19

20                                              By: */s/ Sean P. Rodriguez*
                                                    Sean P. Rodriguez
21

22                                                  Attorneys for Plaintiffs Oracle USA, Inc.,
                                                    Oracle America, Inc., and Oracle International
23                                                  Corporation

24

25

26

27

28

1

NOTICE OF ERRATA TO ORACLE'S OPPOSITION TO RIMINI'S MOTION FOR A JURY TRIAL

**CERTIFICATE OF SERVICE**

      I certify that on August 18, 2020, I electronically transmitted the foregoing **NOTICE OF ERRATA TO ORACLE'S OPPOSITION TO RIMINI'S MOTION FOR A JURY TRIAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated:  August 18, 2020             BOIES SCHILLER FLEXNER LLP


                                 By:  /s/ *Ashleigh Jensen*
                                     Ashleigh Jensen