BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:  702.382.7300
Facsimile:   702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:  202.223.7300
Facsimile:   202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

BOIES SCHILLER FLEXNER LLP
BEKO O. REBLITZ-RICHARDSON (*pro hac vice*)
SEAN P. RODRIGUEZ (*pro hac vice*)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone:  415.293.6800
Facsimile:   415.293.6899
srodriguez@bsfllp.com
brichardson@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:   415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:   650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF NOTICE OF ERRATA TO ORACLE'S OPPOSITION TO RIMINI'S MOTION FOR A JURY TRIAL** |

I, Sean P. Rodriguez, declare as follows:

1.  I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner at Boies Schiller Flexner LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") in this action. I have personal knowledge of the facts stated below and could and would testify to them if called upon to do so.

2.  I had primary responsibility for overseeing the filing of Oracle's Opposition to Rimini's Motion for a Jury Trial (the "Opposition") on August 14, 2020 (ECF No. 1403), including ensuring that the correct version of the Opposition was filed and adequately proofread.

3.  During the course of revising the draft Opposition for filing, a software error caused a two-sentence (five-line) paragraph to be deleted from the draft, and the version of the Opposition that was filed inadvertently excluded that two-sentence paragraph. The omitted paragraph is at page 17, lines 16-20 in **Exhibit A**.

4.  In addition, while fixing the error relating to the omitted paragraph, the team discovered additional errors in the brief. Attached as **Exhibit A** is a corrected version of the Opposition, which I respectfully submit should replace the version errantly filed on August 14. Attached as **Exhibit B** is a redlined version, reflecting the changes.

5.  These errors occurred through no fault of the client. I take full responsibility, and I apologize to the Court for these errors.

6.  This filing is not made for any improper purpose.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed at San Francisco, California.

DATED: August 18, 2020

/s/ *Sean P. Rodriguez*
Sean P. Rodriguez

1
DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF
NOTICE OF ERRATA TO ORACLE'S OPPOSITION TO RIMINI'S MOTION FOR A JURY TRIAL

## CERTIFICATE OF SERVICE

I certify that on August 18, 2020, I electronically transmitted the foregoing **DECLARATION OF SEAN P. RODRIGUEZ IN SUPPORT OF NOTICE OF ERRATA TO ORACLE'S OPPOSITION TO RIMINI'S MOTION FOR A JURY TRIAL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: August 18, 2020                         BOIES SCHILLER FLEXNER LLP


                                By:  /s/ *Ashleigh Jensen*
                                     Ashleigh Jensen