1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                              DISTRICT OF NEVADA

10  ORACLE USA, INC., a Colorado                  CASE NO. 2:10-cv-00106-LRH-VCF
    corporation; ORACLE AMERICA, INC., a
11  Delaware corporation; and ORACLE              **[PROPOSED] ORDER GRANTING
    INTERNATIONAL CORPORATION, a                  RIMINI STREET, INC.'S MOTION
12  California corporation,                       TO SEAL PORTIONS OF RIMINI
                                                  STREET, INC.'S REPLY IN
13                     Plaintiffs,                SUPPORT OF MOTION TO
                                                  EXCLUDE DECLARATION AND
14          v.                                    OPINIONS OF ORACLE'S EXPERT,
                                                  BARBARA FREDERIKSEN-CROSS**
15  RIMINI STREET, INC., et al.,
16                     Defendants.
17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Portions of Rimini Street, Inc.'s Reply in Support of Motion to Exclude Declaration and Opinions of Oracle's Expert, Barbara Frederiksen-Cross ("Motion to Seal").  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered Rimini's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT:  Rimini's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal portions of Rimini Street, Inc.'s Reply in Support of Motion to Exclude Declaration and Opinions of Oracle's Expert, Barbara Frederiksen-Cross.

IT IS SO ORDERED.

Dated:  _____

_____
Hon. Larry R. Hicks
United States District Judge