| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: 925.264.7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., et al.,<br><br>          Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**PROOF OF SERVICE OF SEALED RIMINI STREET, INC.'S REPLY IN SUPPORT OF MOTION TO EXCLUDE DECLARATION AND OPINIONS OF ORACLE'S EXPERT, BARBARA FREDERIKSEN-CROSS** |

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE OF SEALED RIMINI STREET, INC.'S REPLY ISO MOTION TO EXCLUDE
DECLARATION AND OPINIONS OF ORACLE'S EXPERT, BARBARA FREDERIKSEN-CROSS
CASE NO. 2:10-CV-00106-LRH-VCF

# CERTIFICATE OF SERVICE

I, Casey J. McCracken, certify as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to this action. My business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On August 21, 2020, I served the following documents:

**[SEALED] RIMINI STREET, INC.'S REPLY IN SUPPORT OF MOTION TO EXCLUDE DECLARATION AND OPINIONS OF ORACLE'S EXPERT, BARBARA FREDERIKSEN-CROSS**

**SEALED ECF NO. 1418**

on the persons stated below, by the following means of service:

**BOIES, SCHILLER & FLEXNER LLP**

Ashleigh Jensen
 ajensen@bsfllp.com
Tran Le
 tle@bsfllp.com
Richard J. Pocker
 rpocker@bsfllp.com
Beko Reblitz-Richardson
 brichardson@bsfllp.com
Sean Rodriguez
 srodriguez@bsfllp.com
Gabriel Schlabach
 gschlabach@bsfllp.com
Samuel Ungar
 sungar@bsfllp.com

**MORGAN, LEWIS & BOCKIUS LLP**

Zachary S. Hill
 zachary.hill@morganlewis.com
David Kocan
 david.kocan@morganlewis.com
Lisa S. Lee
 lisa.lee@morganlewis.com
Jacob J.O. Minne
 jacob.minne@morganlewis.com
John A. Polito
 John.polito@morganlewis.com
Lindsey M. Shinn
 lindsey.shinn@morganlewis.com
Benjamin P. Smith
 benjamin.smith@morganlewis.com
Sharon R. Smith
 sharon.smith@morganlewis.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Karen L. Dunn
 kdunn@paulweiss.com
William Isaacson
 wisaacson@paulweiss.com

The document was served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on an agreement of the parties to accept service by email or electronic transmission to the

2

PROOF OF SERVICE OF SEALED RIMINI STREET, INC.'S REPLY ISO MOTION TO EXCLUDE DECLARATION AND OPINIONS OF ORACLE'S EXPERT, BARBARA FREDERIKSEN-CROSS
CASE NO. 2:10-CV-00106-LRH-VCF

Gibson, Dunn & Crutcher LLP

above service list, I caused the document to be sent to the persons at the email addresses listed above.

I am admitted *pro hac vice* to the bar of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on August 21, 2020, at Irvine, California.

*/s/ Casey J. McCracken*
Casey J. McCracken