1
2
3
4
5
6
7

8                                   **UNITED STATES DISTRICT COURT**

9                                            **DISTRICT OF NEVADA**

| 10 | ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | CASE NO. 2:10-cv-00106-LRH-VCF |
|---|---|---|
| 11 | | **[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION TO SEAL PORTION OF DEMONSTRATIVES** |
| 12 | | |
| 13 | Plaintiffs, | |
| 14 | v. | |
| 15 | RIMINI STREET, INC., et al., | |
| 16 | Defendants. | |

17
18
19
20
21
22
23
24
25
26
27
28

# [PROPOSED] ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Portion of Demonstratives ("Motion to Seal"). Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal and good cause existing:

IT IS HEREBY ORDERED THAT: Rimini's Motion to Seal is GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Cam Ferenbach
United States Magistrate Judge