| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  11101<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: 925.264.7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., et al.,<br><br>                    Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE OF SEALED RIMINI STREET, INC.'S NOTICE OF SUBMISSION OF DEMONSTRATIVES** |

# CERTIFICATE OF SERVICE

I, Casey J. McCracken, certify as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to this action. My business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On September 3, 2020, I served the following documents:

**[SEALED] RIMINI STREET, INC.'S NOTICE OF SUBMISSION OF DEMONSTRATIVES**

**SEALED ECF NO. 1423**

on the persons stated below, by the following means of service:

**BOIES, SCHILLER & FLEXNER LLP**

Ashleigh Jensen
  ajensen@bsfllp.com
Tran Le
  tle@bsfllp.com
Richard J. Pocker
  rpocker@bsfllp.com
Beko Reblitz-Richardson
  brichardson@bsfllp.com
Sean Rodriguez
  srodriguez@bsfllp.com
Gabriel Schlabach
  gschlabach@bsfllp.com
Samuel Ungar
  sungar@bsfllp.com

**MORGAN, LEWIS & BOCKIUS LLP**

Zachary S. Hill
  zachary.hill@morganlewis.com
David Kocan
  david.kocan@morganlewis.com
Lisa S. Lee
  lisa.lee@morganlewis.com
Jacob J.O. Minne
  jacob.minne@morganlewis.com
John A. Polito
  John.polito@morganlewis.com
Lindsey M. Shinn
  lindsey.shinn@morganlewis.com
Benjamin P. Smith
  benjamin.smith@morganlewis.com
Sharon R. Smith
  sharon.smith@morganlewis.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Karen L. Dunn
  kdunn@paulweiss.com
William Isaacson
  wisaacson@paulweiss.com

The document was served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I caused the document to be sent to the persons at the email addresses listed above.

1  I am admitted *pro hac vice* to the bar of this Court.

2  I declare under penalty of perjury under the laws of the United States of America that
3  the foregoing is true and correct, and that this declaration was executed on September 3, 2020,
4  at Irvine, California.

               */s/ Casey J. McCracken*
                 Casey J. McCracken