| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:  702.382.7300<br>Facsimile:   702.382.2755<br>rpocker@bsfllp.com | DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:   650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:  202.223.7300
Facsimile:   202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:   415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

*Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>              Plaintiffs,<br><br>        v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>              Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S OBJECTION TO MAGISTRATE JUDGE FERENBACH'S REPORT AND RECOMMENDATION ON ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37** |

I, John A. Polito, declare as follows:

1. I am an attorney admitted to practice *pro hac vice* before this Court in the above captioned matter, and a partner at Morgan, Lewis & Bockius LLP, counsel of record in this action for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp. (collectively, "Oracle"). I submit this declaration in support of Oracle's Objection to Magistrate Judge Ferenbach's Report and Recommendation on Oracle's Motion for Sanctions Pursuant to Rule 37. I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. At my direction and under my supervision, Morgan Lewis personnel analyzed the timing of customers' responses to third-party subpoenas in *Rimini I* and *Rimini II*.

3. In *Rimini I,* the average response time for third-party subpoenas to customers was 164 days across the 266 customers that produced documents.

4. In *Rimini II*, the average response time for third-party subpoenas to customers was 185 days across the 531 customers that produced documents.

5. In *Rimini II*, at least 42 of the customers that received and responded to the subpoena produced no documents, at all.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 5, 2020 at Berkeley, California.

DATED: October 5, 2020

MORGAN, LEWIS & BOCKIUS LLP

By: _____*/s/ John A. Polito*_____
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of October, 2020, I electronically transmitted the foregoing DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S OBJECTION TO MAGISTRATE JUDGE FERENBACH'S REPORT AND RECOMMENDATION ON ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37 to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: October 5, 2020

MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ John A. Polito*
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation