BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:   702.382.7300
Facsimile:    702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
WILLIAM A. ISAACSON *(pro hac vice)*
KAREN DUNN *(pro hac vice)*
2001 K Street, NW
Washington, DC 20006
Telephone:   202.223.7300
Facsimile:    202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH *(pro hac vice)*
JOHN A. POLITO *(pro hac vice)*
SHARON R. SMITH *(pro hac vice)*
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:     415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY *(pro hac vice)*
DEBORAH K. MILLER *(pro hac vice)*
JAMES C. MAROULIS *(pro hac vice)*
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:     650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and
Oracle International Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**ORACLE'S MOTION TO SEAL ORACLE'S OBJECTION TO MAGISTRATE JUDGE FERENBACH'S REPORT AND RECOMMENDATION ON ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37** |

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, ECF No. 55 ("Protective Order"), Local Rule 10-5(b), Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle" or "Plaintiffs") respectfully request that the Court grant leave to file under seal certain portions of Oracle's Objection to Magistrate Judge Ferenbach's Report and Recommendation on Oracle's Motion For Sanctions Pursuant to Rule 37 (the "Motion"). A redacted version of this document was filed on October 5, 2019. ECF No. 1434. A version of this document without redactions will be subsequently filed under seal with the Court and linked to the filing of this motion.

Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). For sealing requests relating to non-dispositive motions, such as Oracle's Motion for Sanctions Pursuant to Rule 37, the presumption of public access to court filings may be overcome by a showing of good cause under Rule 26(c). *See Pintos v. Pacific Creditors Ass'n*, 605 F.3d 665, 678 (9th Cir. 2010); *Kamakana v. Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006). *See also* ECF No. 317 (granting Oracle's 2012 Motion to Seal Plaintiffs' Motion for Evidentiary Sanctions for Spoliation for "good cause" shown). The Court has "broad latitude" under Rule 26(c) "to prevent disclosure of materials for many types of information, including, but not limited to" the commercial information described in Rule 26(c)'s text. *Phillips v. General Motors Corp.*, 307 F.3d 1206, 1211 (9th Cir. 2002) (citations omitted).

The Protective Order states, "Counsel for any Designating Party may designate any Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' under the terms of this Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of any

1

Discovery Material as 'Confidential Information' or 'Highly Confidential Information – Attorneys' Eyes Only' shall constitute a representation that an attorney for the Designating Party reasonably believes there is a valid basis for such designation." Protective Order ¶ 2.

Oracle requests that the Court seal portions of its Objection to Magistrate Judge Ferenbach's Report and Recommendation on Oracle's Rule 37 Motion for Sanctions (ECF No. 1434), as this document contains information that Oracle has designated as "Confidential Information" or "'Highly Confidential Information – Attorneys' Eyes Only" under the Protective Order. Notably, portions of Oracle's brief contain non-public, technologically and commercially sensitive information relating to Oracle's software, the public disclosure of which would create a significant risk of competitive injury and particularized harm, and would prejudice Oracle. Oracle's competitors and potential competitors could use such information to compete unfairly with Oracle.

Additionally, portions of Oracle's brief also contain content that Rimini has designated as Confidential or Highly-Confidential Information under the Protective Order.

Oracle further notes that the information in this Motion that Oracle asks this Court to seal comes from Oracle's original Rule 37 Motion for Sanctions, Rimini's Opposition brief, and Oracle's Reply brief, all of which this Court previously permitted the parties to file under seal. *See* ECF No. 1425 (granting Oracle's Motion to Seal its Rule 37 Motion for Sanctions (*i.e.*, ECF No. 1362), Rimini's Motion to Seal its Opposition Brief (*i.e.*, ECF No. 1373), and Oracle's Motion to Seal its Reply Brief (*i.e.*, ECF No. 1378)). This Court has previously granted motions to file under seal portions of other documents that contained the same or similar kinds of confidential information. *See also* ECF Nos. 226, 325, 518, 904, 990, 1107, 1228, 1261, 1349; *see also Rimini II*, Case No. 2:14-cv-1699, ECF No. 627.

Oracle has submitted all other portions of its Motion to the Court's public files, which allows public access to all materials except for the items discussed above. Oracle only requests sealing of documents containing particularly sensitive information. Accordingly, this request to seal is narrowly tailored and would not frustrate the public's visibility into the judicial process.

2

MOTION TO SEAL ORACLE'S OBJECTION TO MAGISTRATE JUDGE FERENBACH'S
REPORT AND RECOMMENDATION ON ORACLE'S RULE 37 MOTION FOR SANCTIONS

For the foregoing reasons, Oracle respectfully requests that the Court grant leave to file under seal the portions of the documents discussed above.

DATED: October 5, 2020

Morgan, Lewis, and Bockius LLP

By:   /s/ John A. Polito
      John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

3

MOTION TO SEAL ORACLE'S OBJECTION TO MAGISTRATE JUDGE FERENBACH'S REPORT AND RECOMMENDATION ON ORACLE'S RULE 37 MOTION FOR SANCTIONS

## [PROPOSED] ORDER

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Motion to Seal Oracle's Objection to Magistrate Judge Ferenbach's Report and Recommendation on Oracle's Rule 37 Motion for Sanctions. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion to Seal and for good cause existing:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the following documents and materials:

- Portions of Oracle's Objection to Magistrate Judge Ferenbach's Report and Recommendation on Oracle's Rule 37 Motion for Sanctions.

IT IS SO ORDERED.

DATED: _____          By: _____
                                    Hon. Larry R. Hicks
                                    United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of October, 2020, I electronically transmitted the foregoing ORACLE'S MOTION TO SEAL ORACLE'S OBJECTION TO MAGISTRATE JUDGE FERENBACH'S REPORT AND RECOMMENDATION ON ORACLE'S RULE 37 MOTION FOR SANCTIONS and [PROPOSED] ORDER to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: October 5, 2020

Morgan, Lewis, and Bockius LLP

By:   /s/ John A. Polito
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation