| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: 702.382.7300<br>Facsimile: 702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>WILLIAM A. ISAACSON (pro hac vice)<br>KAREN DUNN (pro hac vice)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: 202.223.7300<br>Facsimile: 202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com<br><br>BOIES, SCHILLER & FLEXNER LLP<br>BEKO REBLITZ-RICHARDSON (*pro hac vice*)<br>SEAN P. RODRIGUEZ (*pro hac vice*)<br>44 Montgomery St., 41st Floor<br>San Francisco, CA 94104<br>Telephone: 415 293 6800<br>Facsimile: 415 293 6899<br>brichardson@bsfllp.com<br>srodriguez@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-0106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE** |

<u>**CERTIFICATE OF SERVICE**</u>

At the time of service I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105.

On October 5, 2020, I served the following documents:

**ORACLE'S OBJECTION TO MAGISTRATE JUDGE FERENBACH'S REPORT AND RECOMMENDATION ON ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37 [FILED UNDER SEAL]**

I served these documents on the persons below, as follows:

Ryan N. DuBose, Esq.
Blaine H. Evanson, Esq.
Shaun A. Mathur, Esq.
Casey J. McCracken, Esq.
Amber McKonly, Esq.
Jeffrey T. Thomas, Esq.
Jennafer M. Tryck, Esq.
Cynthia P. Weaver
Chris Whittaker, Esq.
Tracy A. Morgan
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Email: *RDubose@gibsondunn.com*
Email: *BEvanson@gibsondunn.com*
Email: *SMathur@gibsondunn.com*
Email: *CMcCracken@gibsondunn.com*
Email: *AMcKonly@gibsondunn.com*
Email: *JTThomas@gibsondunn.com*
Email: *JTryck@gibsondunn.com*
Email: *CWeaver@gibsondunn.com*
Email: *CWhittaker@gibsondunn.com*
Email: *TMorgan2@gibsondunn.com*

Joseph A. Gorman, Esq.
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 2900
San Francisco, CA 94105-0921
Email: *JGorman@gibsondunn.com*

Samuel Liversidge, Esq.
Eric D. Vandevelde, Esq.
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Ave., 47th Floor
Los Angeles, CA 90071-3197
Email: *SLiversidge@gibsondunn.com*
Email: *EVandevelde@gibsondunn.com*

Mark A. Perry, Esq.
Jeremy M. Christiansen, Esq.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036
Email: *MPerry@gibsondunn.com*
Email: *JChristiansen@gibsondunn.com*

The documents were served pursuant to FRCP 5(b) by sending them by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am a member of the State Bar of California, and am admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated: October 5, 2020

*/s/ David R. Kocan*
David R. Kocan

CERTIFICATE OF SERVICE