**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., et al.,<br><br>Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI STREET, INC.'S MOTION TO SEAL PORTIONS OF RESPONSE TO ORACLE'S OBJECTION TO MAGISTRATE JUDGE FERENBACH'S REPORT AND RECOMMENDATION ON ORACLE'S MOTION FOR SANCTIONS PURSUANT TO RULE 37** |

<u>**[PROPOSED] ORDER**</u>

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Portions of Its Response to Oracle's Objection to Magistrate Judge Ferenbach's Report and Recommendation on Oracle's Motion for Sanctions Pursuant to Rule 37 and Supporting Document ("Motion to Seal"). Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Rimini's Motion to Seal and good cause existing:

1   IT IS HEREBY ORDERED THAT: Rimini's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal Rimini's Response.

IT IS SO ORDERED.

Dated: _____

>   Hon. Larry R. Hicks
>   United States District Judge