**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ORACLE USA, INC., a Colorado
corporation, et al.,

              Plaintiff(s),

      vs.

RIMINI STREET, INC., a Nevada
Corporation, et al.

          Defendant(s).

Case #2:10-cv-00106-LRH-VCF

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____David B. Salmons_____, Petitioner, respectfully represents to the Court:
       (name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

_____MORGAN, LEWIS & BOCKIUS LLP_____
                            (firm name)

with offices at _____1111 Pennsylvania Avenue, NW_____,
                             (street address)

_____Washington_____, _____District of Columbia_____ ___20004___,
      (city)                    (state)        (zip code)

_____(202) 739-3000_____, _____david.salmons@morganlewis.com_____.
(area code + telephone number)      (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

_____Oracle USA, Inc., et al._____ to provide legal representation in connection with
         [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____2/11/2002_____, Petitioner has been and presently is a
                                  (date)

member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                          (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S Court of Appeals, DC Circuit | 4/8/1998 | 476299 |
| U.S. Court of Appeals, Federal Circuit | 6/29/1999 | |
| U.S Supreme Court | 1/18/2005 | |
| U.S. Court of Appeals, 2nd Circuit | 6/9/2005 | |
| U.S. Court of Appeals, 4th Circuit | 10/31/2006 | |
| U.S. Court of Appeals, 8th Circuit | 7/15/2009 | |
| U.S. Court of Appeals, 9th Circuit | 6/14/2010 | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

> Georgia State Bar (No. 622852)
> District of Columbia State Bar (No. 476299)

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4  *David B Salmons*

   Petitioner's signature

   STATE OF _____Washington_____ )

5                                )

   COUNTY OF _____DC_____   )

6

7  _____David B. Salmons_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  *David B Salmons*

   Petitioner's signature

10  Subscribed and sworn to before me this

11

   _15th_ day of _____October_____, _2020_.          Hampton City

12

13  *Jeannie Eunice Franks*

   Notary Public or Clerk of Court

   JEANNIE EUNICE FRANKS
   Electronic Notary Public
   **Commonwealth of Virginia**
   Registration № 7781177
   My Commission Expires April 30, 2022

14

15

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
   **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18  Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

   believes it to be in the best interests of the client(s) to designate ____Richard J. Pocker____,

19                                                                          (name of local counsel)

   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

21  above-entitled Court as associate resident counsel in this action. The address and email address of

   said designated Nevada counsel is:

22

23  _____Boies Schiller Flexner LLP, 300 South Fourth Street, Suite 800_____,

                              (street address)

24

   _____Las Vegas_____,      _____Nevada_____,    _89101_,

25       (city)                   (state)            (zip code)

26  _____(702) 382-7300_____,   _____rpocker@bsfllp.com_____.

    (area code + telephone number)        (Email address)

27

28                                4                            Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Richard J. Pocker _____ as
                                                          (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

James C. Maroulis, Managing Counsel, Oracle
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

3568                           rpocker@bsfllp.com
_____
Bar number                     Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel for David B. Salmons

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts (Cont.):

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, Fifth Circuit | 2/12/2011 | |
| U.S. Court of Appeals, Third Circuit | 8/10/2015 | |
| U.S. Court of Appeals, Eleventh Circuit | 2/18/2016 | |
| U.S. Court of Appeals, Seventh Circuit | 5/5/2017 | |
| U.S. Court of Appeals, Tenth Circuit | 7/24/2018 | |
| U.S. Court of Appeals, Sixth Circuit | 10/10/2018 | |
| | | |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

*David B Salmons*

was duly qualified and admitted on February 11, 2002 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, a(n)
ACTIVE member in good standing of this Bar.

In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on
September 21, 2020.

**JULIO A. CASTILLO**
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.