1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8

ORACLE USA, INC., a Colorado
corporation, et al.,

9

10

                    Plaintiff(s),

11

        vs.

12

RIMINI STREET, INC., a Nevada
Corporation, et al.

13

14

                    Defendant(s).

Case #2:10-cv-00106-LRH-VCF

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

15

16          Jenna K. Stokes          , Petitioner, respectfully represents to the Court:
                 (name of petitioner)

17

18      1.      That Petitioner is an attorney at law and a member of the law firm of

MORGAN, LEWIS & BOCKIUS LLP

19                              (firm name)

20  with offices at          One Market, Spear Street Tower                              ,
                                    (street address)

21

22      San Francisco          ,      California      ,      94105      ,
              (city)                         (state)              (zip code)

23      (415) 442-1000          ,    jenna.stokes@morganlewis.com      .
    (area code + telephone number)              (Email address)

24

25      2.      That Petitioner has been retained personally or as a member of the law firm by

        Oracle USA, Inc., et al.                to provide legal representation in connection with
              [client(s)]

26

27  the above-entitled case now pending before this Court.

28

                                                                    Rev. 5/16

3.     That since _____12/11/2015_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _____California_____
                                                                                (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court – Northern District of CA | April 27, 2020 | 307789 |
| U.S. District Court – Central District of CA | September 18, 2018 | 307789 |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None

7.     That Petitioner is a member of good standing in the following Bar Associations.

> California State Bar (Bar No. 307789)

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

                     *Jenna K Stokes*

4    **VIRGINIA**                Petitioner's signature

    STATE OF ___XXXXXXXXXXXXX___ )

5    **HAMPTON CITY** )

    COUNTY OF ___XXXXXXXXXX___ )

6

7    ___Jenna K. Stokes___ , Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

                     *Jenna K Stokes*

9                          Petitioner's signature

10    Subscribed and sworn to before me this

11    ___06th___ day of ___January___ , ___2021___ .

12

13    *Jeannie Eunice Franks*

    Notary Public or Clerk of Court

14

**JEANNIE EUNICE FRANKS**
Electronic Notary Public
**Commonwealth of Virginia**
Registration № 7781177
My Commission Expires April 30, 2022

15

16    **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

    believes it to be in the best interests of the client(s) to designate ___Richard J. Pocker___ ,

19                                        (name of local counsel)

    Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

    above-entitled Court as associate resident counsel in this action. The address and email address of

21

    said designated Nevada counsel is:

22

23    ___Boies Schiller Flexner LLP, 300 South Fourth Street, Suite 800___ ,

                             (street address)

24

    ___Las Vegas___ , ___Nevada___ , ___89101___ ,

25     (city)                   (state)       (zip code)

26    ___(702) 382-7300___ , ___rpocker@bsfllp.com___ .

    (area code + telephone number)     (Email address)

27

28                           4                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Richard J. Pocker _____ as
 _____(name of local counsel)_____
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

James C. Maroulis, Managing Counsel, Oracle
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

3568                              rpocker@bsfllp.com
_____
Bar number                    Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

The State Bar
*of California*

**OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

September 22, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNA KATHERINE
STOKES, #307789 was admitted to the practice of law in this state by the Supreme
Court of California on December 11, 2015 and has been since that date, and is at
date hereof, an ACTIVE licensee of the State Bar of California; and that no
recommendation for discipline for professional or other misconduct has ever been
made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the
State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records