# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation, et al.,

    Plaintiff(s),

vs.

RIMINI STREET, INC., a Nevada Corporation, et al.

    Defendant(s).

Case #2:10-cv-00106-LRH-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

___Raechel Keay Kummer___, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

MORGAN, LEWIS & BOCKIUS LLP
(firm name)

with offices at ___1111 Pennsylvania Avenue, NW___,
(street address)

___Washington___, ___District of Columbia___, ___20004___,
(city) (state) (zip code)

___(202) 739-3000___, ___raechel.kummer@morganlewis.com___.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

___Oracle USA, Inc., et al.___ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __1/8/2010__ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __District of Columbia__ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, Eleventh Circuit | 3/6/2012 | |
| U.S. District Court for the District of MD | 10/7/2013 | 18757 |
| U.S. Court of Appeals, Seventh Circuit | 7/18/2014 | |
| U.S. Court of Appeals, Second Circuit | 10/15/2014 | |
| U.S. Supreme Court | 11/17/2014 | 292735 |
| U.S. Court of Federal Claims | 11/14/2014 | |
| U.S. District Court for the District of Columbia | 11/2/2015 | 991999 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Connecticut (Bar No. 428953)
State Bar of District of Columbia (Bar No. 991999)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Raechel Kummer*
Petitioner's signature

STATE OF ____Virginia____ )
)
COUNTY OF ___Hampton City___ )

____Raechel Keay Kummer____, Petitioner, being first duly sworn, deposes and says:
That the foregoing statements are true.

*Raechel Kummer*
Petitioner's signature

Subscribed and sworn to before me this

___07th___ day of ____January____, __2021__.

*Jeannie Eunice Franks*
Notary Public or Clerk of Court

JEANNIE EUNICE FRANKS
Electronic Notary Public
Commonwealth of Virginia
Registration № 7781177
My Commission Expires April 30, 2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Richard J. Pocker____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Boies Schiller Flexner LLP, 300 South Fourth Street, Suite 800____,
(street address)

___Las Vegas___, ___Nevada___, ___89101___,
(city)            (state)            (zip code)

___(702) 382-7300___, ___rpocker@bsfllp.com___.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Richard J. Pocker_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

James C. Maroulis, Managing Counsel, Oracle
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

3568                                  rpocker@bsfllp.com
Bar number                            Email address

APPROVED:
DATED this 26th day of January, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court and Designation of Local Counsel for Raechel K. Kummer

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts (Cont.):

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court for the District of Illinois | 4/17/2015 | |
| U.S. Court of Appeals, Third Circuit | 1/28/2016 | |
| U.S. Court of Appeals, D.C. Circuit | 5/16/2016 | 56717 |
| U.S. Court of Appeals, Federal Circuit | 12/11/2017 | |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## Raechel Keay Kummer

was duly qualified and admitted on January 8, 2010 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 22, 2020.

*Julio A. Castillo*

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.