BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:	702.382.7300
Facsimile:	702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:	202.223.7300
Facsimile:	202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:	415.442.1000
Facsimile:	415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:	650.506.4846
Facsimile:	650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Plaintiffs, Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation, (collectively "Oracle"), Meryl C. Governski is no longer associated with the law firm of Boies Schiller Flexner LLP. Consequently, Oracle hereby withdraws Ms. Governski as its counsel of record, and respectfully requests that the Court and the parties remove Ms. Governski from all further notices.

The law firm of Boies Schiller Flexner LLP continues to represent Oracle in this matter.

DATED:  March 10, 2021                     BOIES SCHILLER FLEXNER LLP


By: */s/ Richard J. Pocker*
Richard J. Pocker
Attorneys for Plaintiffs, Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation

# CERTIFICATE OF SERVICE

I certify that on March 10, 2021, I electronically transmitted the foregoing **ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated:  March 10, 2021

BOIES SCHILLER FLEXNER LLP

By:  /s/ *Shilah Wisniewski*
Shilah Wisniewski