BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:  702.382.7300
Facsimile:   702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:  202.223.7300
Facsimile:   202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

Attorneys for Plaintiffs
Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:   415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
DEBORAH K. MILLER (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:   650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** |

1  **TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

2  PLEASE TAKE NOTICE that counsel of record for Plaintiffs, Oracle USA, Inc., Oracle
3  America, Inc., and Oracle International Corporation, (collectively "Oracle"), Meryl C. Governski
4  is no longer associated with the law firm of Boies Schiller Flexner LLP. Consequently, Oracle
5  hereby withdraws Ms. Governski as its counsel of record, and respectfully requests that the Court
6  and the parties remove Ms. Governski from all further notices.

7  The law firm of Boies Schiller Flexner LLP continues to represent Oracle in this matter.

9  DATED:  March 10, 2021                         BOIES SCHILLER FLEXNER LLP

11                                                By: */s/ Richard J. Pocker*
                                                  Richard J. Pocker
12                                                Attorneys for Plaintiffs, Oracle USA, Inc.,
                                                  Oracle America, Inc., and Oracle International
13                                                Corporation

15        IT IS SO ORDERED.
16        DATED:

19  _____
    CAM FERENBACH
    UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that on March 10, 2021, I electronically transmitted the foregoing **ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated:  March 10, 2021				BOIES SCHILLER FLEXNER LLP


						By:  /s/ *Shilah Wisniewski*
						     Shilah Wisniewski