| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:    702.382.7300<br>Facsimile:    702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:    202.223.7300<br>Facsimile:    202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com<br><br>Attorneys for Plaintiffs<br>Oracle USA, Inc., Oracle America, Inc., and<br>Oracle International Corp. | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:    415.442.1000<br>Facsimile:    415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>DEBORAH K. MILLER (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:    650.506.4846<br>Facsimile:    650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br><br>      v.<br><br>RIMINI STREET, INC., a Nevada corporation; AND SETH RAVIN, an individual,<br><br>            Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Plaintiffs, Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation, (collectively "Oracle"), Meryl C. Governski is no longer associated with the law firm of Boies Schiller Flexner LLP. Consequently, Oracle hereby withdraws Ms. Governski as its counsel of record, and respectfully requests that the Court and the parties remove Ms. Governski from all further notices.

The law firm of Boies Schiller Flexner LLP continues to represent Oracle in this matter.

DATED: March 10, 2021              BOIES SCHILLER FLEXNER LLP


By: */s/ Richard J. Pocker*
Richard J. Pocker
Attorneys for Plaintiffs, Oracle USA, Inc.,
Oracle America, Inc., and Oracle International
Corporation


IT IS SO ORDERED.
DATED:   3-11-2021

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I certify that on March 10, 2021, I electronically transmitted the foregoing **ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated:  March 10, 2021              BOIES SCHILLER FLEXNER LLP


                                    By:  /s/ *Shilah Wisniewski*
                                         Shilah Wisniewski