1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ORACLE USA, INC., a Colorado )
corporation; et al., )
)
)
Plaintiff(s), )
)
vs. )
RIMINI STREET, INC., a Nevada )
corporation, et al. )
)
)
Defendant(s). )
)
_____ )

Case #2:10-cv-00106-LRH-VCF

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

_____Gabriel Schlabach_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1.      That Petitioner is an attorney at law and a member of the law firm of

_____Paul, Weiss, Rifkind, Wharton & Garrison LLP_____
(firm name)

with offices at _____943 Steiner Street_____,
(street address)

_____San Francisco_____, _____California_____, _____94117_____,
(city)                          (state)                        (zip code)

_____202-419-7105_____, _____gschlabach@paulweiss.com_____.
(area code + telephone number)          (Email address)

2.      That Petitioner has been retained personally or as a member of the law firm by

_____Oracle USA, Inc., et al._____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____September 2, 2015_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _____California_____
(state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of California | 9/2/2015 | 304859 |
| U.S. District Court, Northern District of CA | 10/28/2016 | 304859 |
| U.S. District Court, Northern District of CA | 10/28/2016 | 304859 |
| U.S. District Court, Northern District of CA | 10/28/2016 | 304859 |
| U.S. District Court, Northern District of CA | 10/28/2016 | 304859 |
| U.S. Court of Appeals, Ninth Circuit | 7/23/2019 | 304859 |

5.     That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

```
none
```

7.      That Petitioner is a member of good standing in the following Bar Associations.

```
none
```

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                )
COUNTY OF ___San Francisco___ )

____Gabriel Schlabach____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

PLEASE SEE ATTACHED
NOTARY CERTIFICATE

_____day of_____, _____.

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Richard J. Pocker____,
                                                                                            (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____300 South Fourth Street, Suite 800_____,
                                        (street address)

_____Las Vegas_____, _____Nevada_____, ___89101___,
         (city)                  (state)           (zip code)

____(702) 382-7300____, ____rpocker@bsfllp.com____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Richard J. Pocker _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

James C. Maroulis, Managing Counsel, Oracle
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

3568                     rpocker@bsfllp.com
Bar number              Email address

APPROVED:
DATED this 12th day of March, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

A notary public or other officer completing this
certificate verifies only the identity of the individual
who signed the document to which this certificate
is attached, and not the truthfulness, accuracy, or
validity of that document.

State of California
County of Alameda

Subscribed and sworn to (or affirmed) before me on this 15
day of Jan _____, 20 21 , by Gabriel Schlabach
_____,
proved to me on the basis of satisfactory evidence to be the
person(s) who appeared before me.

AMANPREET KAUR
COMM #2229365
NOTARY PUBLIC CALIFORNIA
ALAMEDA COUNTY
COMMISSION EXP FEB 22, 2022

(Seal)                          Signature _____



# The State Bar
## of California

### OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105        888-800-3400        AttorneyRegulation@calbar.ca.gov

September 23, 2020

Jerren Holdip
Paul, Weiss, Rifkind et al.
2001 K Street, NW
Washington, DC 20006

Re: State Bar Number 304859 – Gabriel R. Schlabach

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

David Carranza
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

3        Standard

Delivery Method: Regular Mail
PH: 202-223-7488



The State Bar
*of California*

**OFFICE OF ATTORNEY REGULATION**
**& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

## CERTIFICATE OF STANDING

September 23, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GABRIEL R. SCHLABACH, #304859 was admitted to the practice of law in this state by the Supreme Court of California on September 2, 2015 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records



**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION**
**& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

## CERTIFICATE OF STANDING

September 23, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GABRIEL R. SCHLABACH, #304859 was admitted to the practice of law in this state by the Supreme Court of California on September 2, 2015 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Records



**The State Bar**
*of California*

**OFFICE OF ATTORNEY REGULATION**
**& CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

September 23, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GABRIEL R. SCHLABACH, #304859 was admitted to the practice of law in this state by the Supreme Court of California on September 2, 2015 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records