# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ORACLE USA, INC., a Colorado corporation; et al.,

    Plaintiff(s),

vs.

RIMINI STREET, INC., a Nevada

Case #2:10-cv-00106-LRH-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**



...ts to the Court:

...firm of

..., 94117 (zip code)

...the law firm by

...in connection with

Rev. 5/16

Gabriel Schlabach
Paul, Weiss, Rifkind, Wharton & Garrison LLP
934 Steiner Street
San Francisco, CA 94117

FILED ___ RECEIVED ✓
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 24 2021
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___ DEPUTY