# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2021 ORDER** |

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion for Reconsideration of the Court's March 31, 2021 order ("Motion"). Having considered Rimini's Motion, and good cause existing:

IT IS HEREBY ORDERED THAT:

Rimini's Motion is GRANTED. The Court hereby vacates its findings from its March 31, 2021 order (ECF No. 1459) that Rimini violated the permanent injunction with respect to the updates related to Campbell Soup and City of Eugene (*see* ECF No. 1459 at 17:1–18:23).

IT IS SO ORDERED.

Dated: _____, 2021

                                                                  Hon. Larry R. Hicks
                                             United States District Judge