BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:	702.382.7300
Facsimile:	702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:	202.223.7300
Facsimile:	202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:	415.442.1000
Facsimile:	415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:	650.506.4846
Facsimile:	650.506.7114
dorian.daley@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S RESPONSE TO RIMINI'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2021 ORDER TO SHOW CAUSE** |

I, John A. Polito, declare as follows:

1. I am an attorney admitted to practice law in the State of California and before the Court in this action *pro hac vice*. I am a partner with Morgan, Lewis & Bockius LLP, counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (together, "Oracle" or "Plaintiffs") in this action. I submit this declaration in support of Oracle's Response to Rimini's Motion for Reconsideration of the Court's March 29, 2021 Order to Show Cause. I have personal knowledge of the facts set forth in this declaration and would competently testify to them if called upon to do so.

2. The Exhibits referenced below are all attached. These Exhibits are all true and correct copies of pages or excerpts from documents produced by Defendant Rimini Street, Inc. ("Rimini").

3. Attached as **Exhibit 1** is a true and correct excerpt of the document that Rimini Street produced to Oracle as part of discovery in this action under the Bates number RSI006826405.

4. Attached as **Exhibit 2** is a true and correct copy of the document that Rimini Street produced to Oracle as part of discovery in this action under the Bates number RSI007055223.

5. Attached as **Exhibit 3** is a true and correct copy of the document that Rimini Street produced to Oracle as part of discovery in this action under the Bates number RSI007073073.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed April 16, 2021 at Berkeley, California.

                                            */s/ John A. Polito*
                                            John A. Polito

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April 2021, I electronically transmitted the foregoing **DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S RESPONSE TO RIMINI STREET, INC.'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2021 ORDER TO SHOW CAUSE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED:  April 16, 2021

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ John A. Polito*
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation