# Exhibit 1

## Rimini Document Produced as RSI006826405

# FILED UNDER SEAL