# Exhibit 2

# Rimini Document Produced as RSI007055223
# FILED UNDER SEAL