# Exhibit 3

# Rimini Document Produced as RSI007073073

# FILED UNDER SEAL