BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:    702.382.7300
Facsimile:    702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:    202.223.7300
Facsimile:    202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**MOTION TO SEAL PORTIONS OF ORACLE'S RESPONSE TO RIMINI'S MOTION FOR RECONSIDERATION AND EXHIBITS 1–3 TO THE SUPPORTING DECLARATION OF JOHN A. POLITO** |

MOTION TO SEAL

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 21, 2010, ECF No. 55 ("Protective Order"), Local Rule 10-5, and Rules 5.2 and 26(c) of the Federal Rules of Civil Procedure, Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation (collectively "Oracle") respectfully request that the Court order the Clerk of the Court to file under seal the following documents:

- Portions of Oracle's Response to Rimini's Motion for Reconsideration; and
- Exhibits 1–3 to the supporting Declaration of John A. Polito.

Public, redacted version of these documents were filed on April 16, 2021.  ECF No. 1461.  Unredacted versions of these documents will be filed under seal with the Court and linked to the filing of this Motion.  "'[G]ood cause' suffices to warrant preserving the secrecy of sealed discovery material attached to nondispositive motions."  *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003).

The redacted portions of Oracle's Response to Rimini's Motion for Reconsideration, and Exhibits 1–3 reflect information that Rimini Street, Inc. ("Rimini") has designated "Highly Confidential – Attorneys' Eyes Only" under the Protective Order.  Oracle submits these documents under seal pursuant to the Protective Order based on Rimini's representation that it reasonably believes there is a valid basis under the Protective Order for its confidentiality designations.  Because these materials were designated by Rimini, Oracle is not in a position to provide further justification for why filing the documents publicly would cause Rimini harm sufficient to show good cause.

Oracle has submitted all other portions of its Response to Rimini's Motion for Reconsideration for filing in the Court's public files, which will allow public access to all materials except for the portions discussed above.  Accordingly, this request to seal is narrowly tailored, and Oracle respectfully requests that the Court grant leave to file under seal the documents discussed above.

| | |
|---|---|
| DATED: April 16, 2021 | MORGAN, LEWIS & BOCKIUS LLP |
| | By:  */s/ John A. Polito*<br>John A. Polito |
| | Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation |

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I electronically transmitted the foregoing **MOTION TO SEAL PORTIONS OF ORACLE'S RESPONSE TO RIMINI'S MOTION FOR RECONSIDERATION AND EXHIBITS 1–3 TO THE SUPPORTING DECLARATION OF JOHN A. POLITO** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

MORGAN, LEWIS & BOCKIUS LLP

DATED: April 16, 2021

By: */s/ John A. Polito*
John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation