## [PROPOSED] ORDER

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Motion to Seal Portions of Oracle's Response to Rimini's Motion for Reconsideration and Exhibits 1–3 to the supporting Declaration of John A. Polito.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c).  Having considered Oracle's Motion to Seal, and good cause existing:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal the following documents:

- Portions of Oracle's Response to Rimini's Motion for Reconsideration; and
- Exhibits 1–3 to the supporting Declaration of John A. Polito.

IT IS SO ORDERED.

DATED: _____

_____
Hon. Larry R. Hicks
United States District Court Judge