| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: 702.382.7300<br>Facsimile: 702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>WILLIAM A. ISAACSON (pro hac vice)<br>KAREN DUNN (pro hac vice)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: 202.223.7300<br>Facsimile: 202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>JOHN A. POLITO (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>Facsimile: 415.442.1001<br>benjamin.smith@morganlewis.com<br>john.polito@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>Facsimile: 650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No 2:10-cv-0106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

At the time of service I was over 18 years of age and not a party to this action.  My business address is One Market, Spear Street Tower, San Francisco, CA 94105.

On April 16, 2021, I served the following documents:

1) **ORACLE'S RESPONSE TO RIMINI'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2021 ORDER TO SHOW CAUSE [FILED UNDER SEAL]; AND**

2) **EXHIBITS 1–3 TO THE DECLARATION OF JOHN A. POLITO IN SUPPORT OF ORACLE'S RESPONSE TO RIMINI'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2021 ORDER TO SHOW CAUSE [FILED UNDER SEAL].**

I served these documents on the persons below, as follows:

| | |
|---|---|
| Ryan N. DuBose, Esq. | Joseph A. Gorman, Esq. |
| Blaine H. Evanson, Esq. | GIBSON, DUNN & CRUTCHER LLP |
| Shaun A. Mathur, Esq. | 555 Mission Street, Suite 2900 |
| Casey J. McCracken, Esq. | San Francisco, CA 94105-0921 |
| Amber McKonly, Esq. | Email: *JGorman@gibsondunn.com* |
| Jeffrey T. Thomas, Esq. | |
| Jennafer M. Tryck, Esq. | Samuel Liversidge, Esq. |
| Cynthia P. Weaver | Eric D. Vandevelde, Esq. |
| Chris Whittaker, Esq. | GIBSON, DUNN & CRUTCHER LLP |
| Tracy A. Morgan | 333 South Grand Ave., 47th Floor |
| GIBSON, DUNN & CRUTCHER LLP | Los Angeles, CA 90071-3197 |
| 3161 Michelson Drive, Suite 1200 | Email: *SLiversidge@gibsondunn.com* |
| Irvine, CA 92612-4412 | Email: *EVandevelde@gibsondunn.com* |
| Email: *RDubose@gibsondunn.com* | |
| Email: *BEvanson@gibsondunn.com* | Mark A. Perry, Esq. |
| Email: *SMathur@gibsondunn.com* | Jeremy M. Christiansen, Esq. |
| Email: *CMcCracken@gibsondunn.com* | GIBSON, DUNN & CRUTCHER LLP |
| Email: *AMcKonly@gibsondunn.com* | 1050 Connecticut Avenue, N.W. |
| Email: *JTThomas@gibsondunn.com* | Washington, DC 20036 |
| Email: *JTryck@gibsondunn.com* | Email: *MPerry@gibsondunn.com* |
| Email: *CWeaver@gibsondunn.com* | Email: *JChristiansen@gibsondunn.com* |
| Email: *CWhittaker@gibsondunn.com* | |
| Email: *TMorgan2@gibsondunn.com* | |

The documents were served pursuant to FRCP 5(b) by sending them by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message

or other indication that the transmission was unsuccessful.

I hereby certify that I am employed in the office of a member of the State Bar of California, admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated: April 16, 2021

                                                   */s/ Corey R. Houmand*
                                                    Corey R. Houmand

CERTIFICATE OF SERVICE