BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:    702.382.7300
Facsimile:    702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:    202.223.7300
Facsimile:    202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**[CORRECTED PROPOSED] ORDER REGARDING RIMINI'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2021 ORDER TO SHOW CAUSE** |

Before the Court is Rimini's Motion for Reconsideration of the Court's March 31, 2021 Order and Oracle's Response.  Having considered the parties' submissions, the Court amends its March 31, 2021 Order (ECF No. 1459, the "Order") as follows:

- Page 17, lines 17–22: The Court removes the sentences beginning with "Because the Court finds" and amends this portion of the Order to state as follows: "Although Rimini's development of HCM104286 occurred before the Injunction, the Court holds that similar conduct occurring after the Injunction is grounds for contempt."

- Page 18, lines 12 and 17–23: The Court replaces "this conduct" appearing on line 12 with "such conduct."  The Court removes the sentences beginning with "Because the Court finds" and amends this portion of the Order to state as follows: "Although Rimini's development of HCM104288 occurred before the Injunction, the Court holds that similar conduct occurring after the Injunction is grounds for contempt."

IT IS SO ORDERED.

Dated: _____, 2021

_____
Honorable Larry R. Hicks
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April 2021, I electronically transmitted the foregoing **[CORRECTED PROPOSED] ORDER REGARDING RIMINI'S MOTION FOR RECONSIDERATION OF THE COURT'S MARCH 31, 2021 ORDER TO SHOW CAUSE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: April 22, 2021                    MORGAN, LEWIS & BOCKIUS LLP


By:     /s/ John A. Polito
                John A. Polito

Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle International Corporation