| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: 925.264.7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com |
| | HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>       Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., et al.,<br><br>       Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RIMINI'S RESPONSE TO ORDER TO SHOW CAUSE**<br><br>**Hearing:**<br>Date:     September 20, 2021<br>Time:    9:00 a.m.<br>Place:   Bruce R. Thompson Courthouse, Reno, NV<br>Judge:   Hon. Larry R. Hicks |

I, Eric D. Vandevelde, declare as follows:

1. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I am one of the attorneys representing Rimini Street, Inc. in the above-captioned case. I submit this declaration in support of Rimini's Response to Order to Show Cause. The facts stated in this declaration are based on my personal knowledge, and if called upon as a witness, I would and could testify competently to them.

2. Attached as **Exhibit A** is a true and correct copy of excerpts of an email chain dated November 27, 2018, with production number RSI007050433. This document was identified as Deposition Exhibit No. 1852 at the January 17, 2020 deposition of Craig Mackereth.

3. Attached as **Exhibit B** is a true and correct copy of excerpts of an email chain, the cited portion of which is dated January 18, 2019, with production number RSI007059711.

4. Attached as **Exhibit C** is a true and correct copy of excerpts of an email chain dated January 25, 2019, with production number RSI007330441.

5. Attached as **Exhibit D** is a true and correct copy of a document entitled "HCM200049_ApplyUpdateProcess.log" and dated January 29, 2019, with production number RSI006972580. This document was produced in native format; the attached copy has been printed to PDF.

6. Attached as **Exhibit E** is a true and correct copy of an email chain dated January 30, 2019, with production number RSI007328625.

7. Attached as **Exhibit F** is a true and correct copy of excerpts of an email chain dated January 24, 2019, with production number RSI007075263.

8. Attached as **Exhibit G** is a true and correct copy of a document entitled "TECH Client DOC Artifact" with production number RSI007330535.

9. Attached as **Exhibit H** is a true and correct copy of excerpts of an email chain dated January 29, 2019, with production number RSI007074143.

10. Attached as **Exhibit I** is a true and correct copy of a document entitled "HCM200049_ApplyUpdateProcess.log" and dated January 25, 2019, with production number

RSI006972589.  This document was produced in native format; the attached copy has been printed to PDF.

11. Attached as **Exhibit J** is a true and correct copy of a document entitled "HCM200049_ApplyUpdateProcess.log" dated January 29, 2019, with production number RSI006932244.

12. Attached as **Exhibit K** is a true and correct copy of a document entitled "Financials and Supply Chain Management – Release for the United States – RS18F07 – Notes Summary" produced by Easter Seals New Hampshire, Inc., with production number ESNHI3-SUB00000612.

13. Attached as **Exhibit L** is a true and correct copy of excerpts and screenshots of portions of electronic records FSCM100126_PUSS_1268_EAS, FSCM100127_PUSS_1267_1269_EAS, and FSCM100130_100131_PUSS-1664_8.8_EAS, relating to Easter Seals (EAS), from Rimini's Spira database, to which Oracle had access during discovery.  To ensure that the screenshots were large enough to be legible, and to reduce bulk, only screenshots of relevant portions of those digital records are encompassed in Exhibit L.

14. Attached as **Exhibit M** is a true and correct excerpted copy of a Software License and Services Agreement between Peoplesoft USA, Inc. and Easter Seals New Hampshire, Inc. dated June 27, 2003, with production number ORCLRS0665229.

15. Attached as **Exhibit N** is a true and correct copy of a screenshot of a portion of electronic record PUSP-12669 – HCM200105 – US – Oregon Statewide Transit Payroll Tax Quarterly Reporting Eff 2018-10-31, from Rimini's internal Jira database, to which Oracle had access during discovery.

16. Attached as **Exhibit O** is a true and correct copy of a document entitled "HCM200105 Dev Instructions [Final]," dated July 19, 2019, with production number RSI006953986.  This document was produced in native format; the attached copy encompasses the first two pages printed to PDF.

17. Attached as **Exhibit P** is a true and correct copy of excerpts of a document entitled "Technical Design Specification – JDE Update," with production number RSI007981483.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on May 10, 2021, at Los Angeles, California.

*/s/ Eric D. Vandevelde*
Eric D. Vandevelde