# EXHIBIT A

# Excerpts from Deposition Ex. 1852, an email chain dated November 27, 2018

# FILED UNDER SEAL