# EXHIBIT B

# Excerpts from RSI007059711, an email chain with the cited portion dated January 18, 2019

# FILED UNDER SEAL