# EXHIBIT C

# Excerpts from RSI007330441, an email chain

# dated January 25, 2019

# FILED UNDER SEAL