# EXHIBIT E

# RSI007328625, an email chain dated

# January 30, 2019

# FILED UNDER SEAL