# EXHIBIT F

# Excerpts from RSI007075263, an email chain

# dated January 24, 2019

# FILED UNDER SEAL