# EXHIBIT G

# RSI007330535, a document entitled "TECH Client DOC Artifact"

# FILED UNDER SEAL