# EXHIBIT H

# Excerpts from RSI007074143, an email chain dated January 29, 2019

# FILED UNDER SEAL