# EXHIBIT I

# RSI006972589, a document entitled

# "HCM200049_ApplyUpdateProcess.log,"

# dated January 25, 2019

# FILED UNDER SEAL