# EXHIBIT J

# RSI006932244, a document entitled

# "HCM200049_ApplyUpdateProcess.log,"

# dated January 29, 2019

# FILED UNDER SEAL