# EXHIBIT K

# ESNHI3-SUB00000612, a document entitled "Financials and Supply Chain Management – Release for the United States – RS18F07 – Notes Summary"

# FILED UNDER SEAL