# EXHIBIT L

# Excerpts and screenshots of relevant portions of electronic records

# FSCM100126_PUSS_1268_EAS,

# FSCM100127_PUSS_1267_1269_EAS, and

# FSCM100130_100131_PUSS-1664_8.8_EAS from

# Rimini's Spira database

# FILED UNDER SEAL