# EXHIBIT M

# Excerpts from ORCLRS0665229, a Software License and Services Agreement between Peoplesoft USA, Inc. and Easter Seals New Hampshire, Inc., dated June 27, 2003

# FILED UNDER SEAL