# EXHIBIT N

# Screenshot of relevant portion of electronic record

# "PUSP-12669 – HCM200105 – US – Oregon Statewide Transit Payroll Tax Quarterly Reporting Eff 2018-10-31" from Rimini's Jira database

# FILED UNDER SEAL