# EXHIBIT O

# RSI006953986, a document entitled

# "HCM200105 Dev Instructions [Final],"

# dated July 19, 2019

# FILED UNDER SEAL