# EXHIBIT P

# Excerpts of RSI007981483, a document entitled

# "Technical Design Specification – JDE Update"

# FILED UNDER SEAL