1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SEAL PORTIONS OF RIMINI'S RESPONSE TO ORDER TO SHOW CAUSE AND EXHIBITS TO ERIC D. VANDEVELDE DECLARATION**<br><br>**Hearing:**<br>Date:　　September 20, 2021<br>Time:　　9:00 a.m.<br>Place:　　Bruce R. Thompson<br>　　　　　Courthouse, Reno, NV<br>Judge:　　Hon. Larry R. Hicks |

# ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Portions of Its Response to Order to Show Cause and Exhibits A through P to the Declaration of Eric D. Vandevelde ("Motion to Seal").  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered the motion and good cause existing:

IT IS HEREBY ORDERED that Rimini's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal portions of Rimini's Response to Order to Show Cause and Exhibits A through P to the Declaration of Eric D. Vandevelde.

Dated: _____

_____
Hon. Larry R. Hicks
United States District Judge

2

[PROPOSED] ORDER GRANTING MOTION TO SEAL PORTIONS OF RIMINI'S
RESPONSE TO OSC, EXHIBITS TO E. VANDEVELDE DECL
CASE NO. 2:10-CV-00106-LRH-VCF