| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA 94566<br>Telephone: 925.264.7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**PROOF OF SERVICE OF RIMINI'S SEALED RESPONSE TO ORDER TO SHOW CAUSE AND EXHIBITS TO ERIC D. VANDEVELDE DECLARATION**<br><br>**Hearing:**<br>Date:　　September 20, 2021<br>Time:　　9:00 a.m.<br>Place:　　Bruce R. Thompson<br>　　　　　Courthouse, Reno, NV<br>Judge:　　Hon. Larry R. Hicks |

Gibson, Dunn & Crutcher LLP

PROOF OF SERVICE OF RIMINI'S SEALED RESPONSE TO OSC AND
EXHIBITS TO ERIC D. VANDEVELDE DECLARATION
CASE NO. 2:10-CV-00106-LRH-VCF

# CERTIFICATE OF SERVICE

I, Casey J. McCracken, certify as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to this action. My business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On May 10, 2021, I served the following document(s):

**[SEALED] RIMINI'S RESPONSE TO ORDER TO SHOW CAUSE**

**[SEALED] EXHIBITS A – P TO DECLARATION OF ERIC D. VANDEVELDE IN SUPPORT OF RESPONSE TO ORDER TO SHOW CAUSE**

**SEALED NEF NO. 1469**

**PROOF OF SERVICE OF RIMINI'S SEALED RESPONSE TO ORDER TO SHOW CAUSE AND EXHIBITS TO ERIC D. VANDEVELDE DECLARATION**

on the persons stated below, by the following means of service:

| MORGAN, LEWIS & BOCKIUS LLP | BOIES, SCHILLER & FLEXNER LLP |
|---|---|
| Zachary S. Hill<br>zachary.hill@morganlewis.com | Ashleigh Jensen<br>ajensen@bsfllp.com |
| David Kocan<br>david.kocan@morganlewis.com | Tran Le<br>tle@bsfllp.com |
| Lisa S. Lee<br>lisa.lee@morganlewis.com | Richard J. Pocker<br>rpocker@bsfllp.com |
| Jacob J.O. Minne<br>jacob.minne@morganlewis.com | Beko Reblitz-Richardson<br>brichardson@bsfllp.com |
| John A. Polito<br>John.polito@morganlewis.com | Sean Rodriguez<br>srodriguez@bsfllp.com |
| Lindsey M. Shinn<br>lindsey.shinn@morganlewis.com | **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** |
| Benjamin P. Smith<br>benjamin.smith@morganlewis.com | |
| Sharon R. Smith<br>sharon.smith@morganlewis.com | Karen L. Dunn<br>kdunn@paulweiss.com |
| David B. Salmons<br>david.salmons@morganlewis.com | William Isaacson<br>wisaacson@paulweiss.com |
| Jenna K. Stokes<br>jenna.stokes@morganlewis.com | Jessica Phillips<br>jphillips@paulweiss.com |
| Raechel Keay Kummer<br>raechel.kummer@morganlewis.com | Gabriel Schlabach,<br>gschlabach@paulweiss.com |
| | Jenny C. Wu<br>jcwu@paulweiss.com |

Gibson, Dunn & Crutcher LLP

2

PROOF OF SERVICE OF RIMINI'S SEALED RESPONSE TO OSC AND
EXHIBITS TO ERIC D. VANDEVELDE DECLARATION
CASE NO. 2:10-CV-00106-LRH-VCF

The document was served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I caused the document to be sent to the persons at the email addresses listed above.

I am admitted *pro hac vice* to the bar of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on May 10 2021, at Irvine, California.

                                                */s/ Casey J. McCracken*
                                                    Casey J. McCracken

Gibson, Dunn & Crutcher LLP

3

PROOF OF SERVICE OF RIMINI'S SEALED RESPONSE TO OSC AND EXHIBITS TO ERIC D. VANDEVELDE DECLARATION
CASE NO. 2:10-CV-00106-LRH-VCF