| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA  94566<br>Telephone: 925.264.7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., et al.,<br><br>          Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**RIMINI'S NOTICE REGARDING DOCUMENT PRODUCTION**<br><br>**Hearing:**<br>Date:       September 20, 2021<br>Time:      9:00 a.m.<br>Place:     Bruce R. Thompson<br>              Courthouse, Reno, NV<br>Judge:    Hon. Larry R. Hicks |

TO THE COURT AND PLAINTIFFS' ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that today Rimini made a replacement production to Oracle of data exported from Rimini's Salesforce database, which is a database Rimini uses to record interactions with its support customers. Rimini made this production to correct a recently discovered and inadvertent error in its October 2019 and January 2020 productions of Salesforce data during the discovery period following the final judgment and conclusion of *Rimini I*.

Rimini produced to Oracle in October 2019 and January 2020 certain tables and accompanying data from its Salesforce database, including more than 42,900 documents. The Salesforce production was supposed to include cases open between November 5, 2018 (the date of the injunction) and the date of the export, for the PeopleSoft and J.D. Edwards product lines.

On Friday, April 30, 2021, however, Rimini detected a potential issue with respect to its previous export of Salesforce data suggesting that not all intended data had been exported and produced. Rimini immediately began investigating the matter and, although it did not have full information, the next business day (Monday, May 3), Rimini notified Oracle of the issue and Rimini's belief that an error in the Salesforce data export process had, in fact, occurred, which resulted in not all responsive data being exported and produced to Oracle previously. *See* Exhibit A (May 3, 2021 Email from E. Vandevelde). Rimini continued its investigation and also immediately began working to re-export responsive Salesforce data in order to produce it to Oracle as quickly as possible.

Based on Rimini's investigation to date, we believe an error occurred in the fall of 2019 in which an incorrect query of the Salesforce database was used to export the data. It appears that the Salesforce production was under-inclusive in some respects (*i.e.*, it omitted certain responsive cases) and over-inclusive in others (*e.g.*, it included cases pertaining to product lines other than PeopleSoft and J.D. Edwards). Rimini's replacement production today corrects this issue, and includes Salesforce data for all cases for the J.D. Edwards and PeopleSoft product lines that were open at any time between November 5, 2018 (the date of the injunction) and September 10, 2019 (the date of the prior Salesforce export), as previously intended.

Rimini regrets the error and informed Oracle today that it will work with Oracle on any adjustments to the case schedule that it may necessitate. *See* Exhibit B (May 11, 2021 E. Vandevelde Ltr. to J. Polito). Rimini proposed to meet and confer with Oracle on the issue after Oracle has had time to conduct a preliminary analysis of the records. *Id.*

Dated: May 11, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
　　　　　Eric D. Vandevelde

*Attorneys for Defendant
Rimini Street, Inc.*