# Exhibit A

May 3, 2021 E. Vandevelde Email

# Tryck, Jennafer M.

| | |
|---|---|
| **From:** | Vandevelde, Eric D. |
| **Sent:** | Monday, May 3, 2021 5:27 PM |
| **To:** | *** Rimini I Oracle Service List - (External) |
| **Cc:** | *** Rimini Litigation - GDC Team |
| **Subject:** | Rimini I - Case No. 2:10-cv-0106-LRH-VCF (D. Nev.) |

Counsel –

On Friday, April 30, 2021, we discovered a potential issue with respect to Rimini's export of Salesforce data in the fall of 2019 in the *Rimini I* post-trial proceeding. We immediately began and are continuing to investigate the matter. Although we still do not have full information, we believe an error in the export process occurred and not all responsive data was properly exported and produced. We are working expeditiously to complete our investigation and to produce the outstanding data as soon as possible.

**Eric D. Vandevelde**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
333 South Grand Avenue, Los Angeles, CA 90071-3197
Tel +1 213.229.7186 • Fax +1 213.229.6186
EVandevelde@gibsondunn.com • www.gibsondunn.com