BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
WILLIAM A. ISAACSON (pro hac vice)
KAREN DUNN (pro hac vice)2001 K Street, NW
Washington, DC 20006
Telephone: 202.223.7300
Facsimile: 202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (pro hac vice)
JAMES C. MAROULIS (pro hac vice)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,

Defendants.

**Case No. 2:10-cv-0106-LRH-VCF**

**DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS IN SUPPORT OF ORACLE'S RESPONSE TO RIMINI'S RESPONSE TO ORDER TO SHOW CAUSE**

**PUBLIC REDACTED VERSION**

I, Barbara Ann Frederiksen-Cross, declare as follows:

1. I have been retained as an expert witness in this matter by Plaintiffs Oracle USA, Inc., Oracle International Corp., and Oracle America, Inc. ("Oracle"). I submit this Declaration in support of Oracle's Response to Rimini's Response to Order to Show Cause. I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if asked to do so.

2. With support from my colleagues at JurisLogic, I have reviewed computer-based evidence produced by Rimini in this matter, including CSV files produced under the Bates numbers RSI007664636, RSI007664637, RSI007664639, RSI007664640, RSI007664641, RSI007664642, RSI007954583, and RSI007954677. Oracle's counsel informed me that these documents were part of Salesforce productions by Rimini on October 23, 2019 and January 9, 2020. Based on my review of these documents and the corresponding metadata that Rimini produced with each file, it is my opinion that these CSV files are exports from the following Rimini Salesforce tables: [REDACTED] and [REDACTED]

3. At my direction, my colleagues at JurisLogic created a database to store the data extracted from Rimini's Salesforce CSV files for greater ease of review. First, my colleagues created a new database instance in PostgreSQL and then created new tables for each of the CSV files noted above. Next, they imported the relevant columns from Rimini's CSV files into each table. If duplicate column names existed, an incrementing number was appended to the end of each column name to make the columns distinguishable from one another. For example, two columns named [REDACTED]

4. Based on my review of Rimini's Salesforce CSV files, I have determined that the [REDACTED] To ensure that all [REDACTED] are consistent, I instructed my colleagues to [REDACTED]

5. After the database was built and populated with data, I directed my colleagues to run SQL queries against the database to obtain information about each [REDACTED] identified in the



[redacted] I directed my colleagues to join the results from the [redacted] with records in the [redacted] which contain additional information about each case. The results include information such as [redacted]

6. Finally, for each [redacted] I directed my colleagues to populate an individual HTML file for each [redacted] with the aforementioned information, so that the combined information that constitutes a [redacted] could be more readily viewed and printed. To make the resulting HTML files easier to read, I directed my colleagues to simplify the [redacted]

7. In addition to the CSV files, I reviewed other Salesforce technical files from Rimini's October 23, 2019 and January 9, 2020 productions, along with each file's corresponding metadata provided by Rimini in separate .DAT files. These productions include [redacted] Based on my analysis of Rimini's metadata and its Salesforce tables, it is my opinion [redacted] in Rimini's Salesforce system. Each [redacted]

8. For example, the filename metadata that Rimini provided with RSI007567905 is [redacted]

9. To make it easier to locate Salesforce [redacted] identified in the Salesforce [redacted] HTML files, I directed my colleagues to use Rimini's metadata .DAT spreadsheets to identify the Bates numbers for each Salesforce [redacted] Once identified, I then directed them to add the individual Bates numbers to each [redacted] HTML file.

10. The steps above were performed using a Ruby script that my colleagues developed at my direction named "create_[redacted]_html.rb." I understand that a true and accurate copy of this script will be made available in connection with the evidentiary hearing.

11. Attached as **Exhibit 1** is a true and correct copy of a [redacted] HTML file generated at my direction using the method outlined above for Rimini Salesforce [redacted].

12. I understand that HTML files generated at my direction using the method outlined above for Rimini Salesforce [redacted] will be made available in connection with the evidentiary hearing.

13. On May 20, 2020, I signed a corrected version of my "Post-Injunction Expert Report of Barbara Ann Frederiksen-Cross," which I understand was submitted to Rimini as part of discovery in this action. Attached to this Declaration as **Exhibit 2** are true and correct excerpts from this expert report.

14. On September 14, 2018, I signed my "Surrebuttal Report of Barbara Ann Frederiksen-Cross to the Rebuttal Report of Owen Astrachan," which I understand was submitted to Rimini as part of discovery in the *Rimini II* action. Attached to this Declaration as **Exhibit 3** are true and correct excerpts from this expert report.

15. For purposes of this Declaration, I hereby adopt and swear to those opinions set forth in Exhibits 2 and 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and this declaration was executed at Hubbard, Oregon.

DATED: June 8, 2021

Barbara Ann Frederiksen-Cross

Barbara Ann Frederiksen-Cross

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2021, I electronically transmitted the foregoing **DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS IN SUPPORT OF ORACLE'S RESPONSE TO RIMINI'S RESPONSE TO ORDER TO SHOW CAUSE** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter. all counsel being registered to receive Electronic Filing.

MORGAN, LEWIS & BOCKIUS LLP

DATED: June 9, 2021

By: *\/s/ Benjamin P. Smith*
Benjamin P. Smith

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation