# Exhibit 1

## Rimini Salesforce Record

# FILED UNDER SEAL