# Exhibit 2

## Excerpts from the Corrected Post-Injunction Expert Report of Barbara Ann Frederiksen-Cross, Dated May 20, 2020

## FILED UNDER SEAL