# Exhibit 3

# Excerpts from the *Rimini II* Surrebuttal Expert Report of Barbara Ann Frederiksen-Cross, Dated Sept. 14, 2018

# FILED UNDER SEAL