# Exhibit 4

## Exhibit 1832 from the Rule 30(b)(6) Deposition of Craig Mackereth

## FILED UNDER SEAL