# Exhibit 5

**Rimini Street Press Release Re: Rimini's Street Statement on U.S. Appeals Court Ruling, Dated August 19, 2019**

Case 2:10-cv-00106-LRH-VCF Document 1,472-7 Filed 06/09/21 Page 2 of 2

Rimini Street Statement on U.S. Appeals Court Ruling | Rimini Street, Inc.

Client Portal

**Rimini Street**
Engineered for Support

# Press Releases

## Rimini Street Statement on U.S. Appeals Court Ruling

8/19/2019

**LAS VEGAS, August 19, 2019** - Rimini Street, Inc. (Nasdaq: RMNI), a global provider of enterprise software products and services, the leading third-party support provider for Oracle and SAP software products and a Salesforce partner, today issued the following statement in response to the August 16, 2019 ruling by the U.S. Ninth Circuit Court of Appeals in the *Oracle v. Rimini Street* litigation which was filed in January 2010, went to trial in 2015, and has been on appeal since:

"We are pleased that the Appeals Court again corrected legal errors in the District Court's post-trial orders, adding to the Appeals Court's and Supreme Court's prior reversals in this case and refunds from Oracle totaling over $34 million.

Oracle lost 23 of 24 claims it originally pursued against Rimini Street in this case, with the jury finding that Rimini Street engaged in "innocent infringement" on the remaining claim. Rimini Street had voluntarily stopped using the legacy processes that were found to be infringing before the 2015 trial and before the District Court issued an injunction barring the use of those legacy processes in 2018. The injunction, which has been narrowed by the Appeals Court, does not prohibit Rimini Street's provision of services for any Oracle product lines, but rather defines the manner in which Rimini Street can provide support services for certain Oracle product lines. Oracle did not prevail on any of its claims against Rimini Street's CEO, Seth A. Ravin.

Although the Appeals Court identified and corrected legal errors in this latest court round, it did not vacate the injunction entirely and did not provide any refund of the $28 million in Oracle legal fees that Rimini Street had previously paid in full in 2016. In light of the latest Appeals Court decision, we are evaluating our legal options."

## About Rimini Street, Inc.

Rimini Street, Inc. (Nasdaq: RMNI) is a global provider of enterprise software products and services, the leading third-party support provider for Oracle and SAP software products and a Salesforce partner. The Company offers premium, ultra-responsive and integrated application management and support services that enable enterprise software licensees to save significant costs, free up resources for innovation and achieve better business outcomes. Nearly 1,900 global Fortune 500, midmarket, public sector and other organizations from a broad range of industries rely on Rimini