# Exhibit 7

# Excerpts from the Transcript of the Rimini Street, Inc. FQ1 2021 Earnings Call, Dated May 10, 2021

**S&P Global Market Intelligence**

# Rimini Street, Inc. NasdaqGM:RMNI FQ1 2021 Earnings Call Transcripts

### Monday, May 10, 2021 9:00 PM GMT

## S&P Global Market Intelligence Estimates

|  | -FQ1 2021- | | | -FQ2 2021- | -FY 2021- | -FY 2022- |
|---|---|---|---|---|---|---|
|  | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| EPS Normalized | 0.09 | 0.11 | ▲ 22.22 | 0.08 | 0.40 | 0.44 |
| Revenue (mm) | 88.23 | 87.90 | ▼ (0.37 %) | 90.49 | 374.93 | 436.89 |

Currency: USD
Consensus as of Apr-05-2021 11:12 AM GMT



- EPS NORMALIZED -

|  | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| FQ2 2020 | 0.04 | 0.12 | ▲1 200.00 % |
| FQ3 2020 | 0.04 | 0.13 | ▲2 160.00 % |
| FQ4 2020 | 0.03 | 0.15 | ▲3 400.00 % |
| FQ1 2021 | 0.09 | 0.11 | ▲4 22.22 % |

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

1

# Presentation

**Operator**

Hello, and welcome to the Rimini Street Earnings Call. My name is Michelle, and I will be the operator for today's conference. [Operator Instructions]

I will now turn the call over to Mr. Dean Pohl, Vice President of Investor Relations. Sir, you may begin.

**Dean Pohl**
*Vice President of Investor Relations*

Thank you, operator. I'd like to welcome everyone to Rimini Street's First Quarter 2021 Earnings Conference Call. On the call with me today is Seth Ravin, our CEO; and Michael Perica, our CFO.

Today, we issued our first quarter ended March 31, 2021, earnings press release, which can be found on our website. A reconciliation of GAAP to non-GAAP financial measures has been provided in tables following the financial statements in this press release. An explanation of these measures and why we believe they are meaningful is also included in the press release under the heading about non-GAAP financial measures and certain key metrics. A copy of the press release and financial table, including the GAAP to non-GAAP reconciliation and other supplemental financial information, can be viewed and downloaded from the Investor Relations section of our website.

As a reminder, today's discussion will include forward-looking statements that reflect our current outlook. These forward-looking statements are subject to risks and uncertainties that may cause actual results to differ materially from statements made today. We encourage you to review our most recent SEC filings, including our Form 10-Q for the first quarter of 2021 for a discussion of risks that may affect our future results or stock price.

Before taking questions, we'll begin with prepared remarks. With that, I'd like to turn the call over to Seth.

**Seth A. Ravin**
*Founder, Chairman & CEO*

Thank you, Dean, and thank you, everyone, for joining us today. For the first quarter, we remain on track to achieve our strategic growth plan of $1 billion in annual revenue by 2026. We achieved record revenue of $87.9 million, up 12.6% year-over-year, a record active client count of 2,550, up 22.8% year-over-year, ended the quarter with strong billings growth of 24.2% and delivered a gross margin greater than 61%.

We also continued making investments, including key executive hires, to take advantage of growing global demand for Rimini Street's expanded breadth of support solutions, including our support, application management, security, interoperability, monitoring and professional services.

From the company's inception in 2005 to date, we have signed over 4,000 clients, including 168 Fortune 500 and Fortune Global 100 companies and have saved our clients more than $5 billion. During the first quarter, our global service delivery team closed more than 10,000 support cases and delivered nearly 32,000 tax, legal and regulatory updates across 36 countries and achieved an average client satisfaction rating of 4.9 out of 5.0 on the company's support delivery, where 5.0 is excellent.

Our global employee count as of March 31, 2021, was 1,501, a year-over-year increase of 15%.

Pandemic impact. The pandemic continues to create opportunities as well as challenges, and we believe our strong balance sheet will provide us continued flexibility to help prospects and clients through the continuing pandemic impacts in 2021. The full extent to which the pandemic will continue to affect our business in 2021 and beyond will depend on numerous evolving factors that we cannot reliably predict.

Sales and outlook. For 2021, we continue to see growing interest, pipelines and sales in our core support service business, and our new application management services as well as our innovative security,

about 3.5% for support services and less than 1% for application management services, providing significant greenfield opportunities within the $170 billion addressable ERP support and AMS market.

In addition, we've increased our strategic focus and resources pursuing and closing more cross-sell opportunities within our client base and internally estimate that these opportunities currently exceed $1 billion in annual revenue. We look to achieve these growth objectives by leveraging a robust go-to-market strategy, a sales overlay model and an integrated incentive framework that drives consistent goals throughout the organization.

Oracle litigation update. The dispute between the parties has been the subject of 2 different lawsuits in The United States District Court for the District of Nevada. Third-party support is legal and is not an issue in the litigation. Instead, the litigation involves disputes over the manner in which Rimini Street provides third-party support for licensees of certain Oracle products. In fact, The United States Federal Courts have found that third-party support and customizations of enterprise software is permitted. Oracle licensees have a choice of support vendors, and Rimini provides "third-party support for Oracle's enterprise software in lawful competition with Oracle's direct maintenance services."

With respect to Oracle versus Rimini Street that was filed by Oracle in 2010, the case went to trial in 2015 and ran its course of all appeals by 2020. With respect to Rimini Street versus Oracle, the case we filed against Oracle in 2014, the cases is in pretrial preparation and trial is not currently expected to occur until the first half of 2022, but could occur earlier.

The parties are also engaged in a dispute over a permanent injunction that has been in place since 2018. On March 31, 2021, The United States District Court for Nevada issued an order resolving many outstanding disputes between the parties. The court affirmed that there has been no finding of infringement by the court of the company's enterprise software support process 2.0 or Automation Framework, AFW tools, finding that, as Rimini Street requested when it filed the litigation in 2014, those issues will be heard and decided by a jury.

Additionally, the court ruled in the company's favor on the ability of Rimini Street's engineers to learn and gain experience from their work. Oracle has claimed that Rimini Street engineers infringe Oracle's copyrights and violate court orders by merely applying their learning and using know-how gained supporting one client to support other clients running the same license software.

Building on the court's previous denial of these Oracle claims, the court further noted in its most recent order that "it is common sense that Rimini's engineers would get better and faster at conducting a task with more experience." The court also clarified and affirmed other important provisions of its previous and most recent orders in Rimini Street's favor while denying Oracle claims, stating that accepting some of Oracle's claims would result in "absurd result." The court also denied Oracle's motion for sanctions, noting that it did not find any inappropriate conduct by Rimini Street and, therefore, found no basis for any sanctions.

The court did, however, find that Rimini Street has violated the injunction in certain narrow instances and circumstances, including with respect to 2 deliverables relating to 2 specific clients in 2014 and 2015. However, the cited activities for these 2 specific deliverables occurred before the injunction was in place and, therefore, cannot be a violation of the injunction. We have filed a motion with the court to correct the errors. The court has scheduled an evidentiary hearing in September 2021.

Please see our first quarter 10-Q filing for additional litigation disclosures and information.

Summary. We believe the company executed well in the first quarter, and we are on plan to achieve $1 billion in annual revenue and approximately 20% operating margin run rate by 2026. To achieve our short-, mid- and long-term goals, we are focused on sales execution, including increased cross-selling and retention, disciplined expense and cash management and bringing our litigation with Oracle to a successful conclusion. Now over to you, Michael.

**Michael L. Perica**
*Executive VP & CFO*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.