# Exhibit 8
# Excerpts from Rimini Document Produced as RSI007954243 and Production Metadata
# FILED UNDER SEAL