# Exhibit 9

# Excerpts from Rimini Document Produced as RSI007954231 and Production Metadata

# FILED UNDER SEAL