# Exhibit 10

## Excerpts from Exhibit 1835 from the Rule 30(b)(6) Deposition of Craig Mackereth

**FILED UNDER SEAL**