# Exhibit 11

**Excerpts from the Transcript of the Rule 30(b)(6) Deposition of Craig Mackereth held on Jan. 17, 2020**

**FILED UNDER SEAL**