# Exhibit 12

## Excerpts from Rimini Document Produced as RSI007291141
## FILED UNDER SEAL