# Exhibit 13

## Excerpts from Rimini Document Produced as RSI007291146
## FILED UNDER SEAL