# Exhibit 14

## Excerpts from Rimini Document Produced as RSI007291065

## FILED UNDER SEAL