# Exhibit 15

## Excerpts from Rimini Document Produced as RSI007494527

## FILED UNDER SEAL