# Exhibit 16

## Excerpts from Rimini Document Produced as RSI007494523

## FILED UNDER SEAL