# Exhibit 17

**Excerpts from the *Rimini II* Transcript of the Deposition of Richard Frank held on Feb. 28, 2018**

**FILED UNDER SEAL**