# Exhibit 18

## Excerpts from Rimini Document Produced as RSI007075263 containing RSI007075266-67

## FILED UNDER SEAL