# Exhibit 19

## Excerpts from Rimini Document Produced as RSI007090478

## FILED UNDER SEAL