# Exhibit 20

## Production Metadata of .Sqr Files Produced as Part of Post-Injunction Discovery

## FILED UNDER SEAL