# Exhibit 21

## List of 357 Bates Numbers of Rimini Files Produced as Part of Post-Injunction Discovery

**FILED UNDER SEAL**