# Exhibit 22

## List of 405 Bates Numbers of Rimini Files Produced as Part of Post-Injunction Discovery

## FILED UNDER SEAL