# Exhibit 23

## Rimini Document Produced as RSI007087466

# FILED UNDER SEAL