# Exhibit 24

# Rimini Document Produced as RSI007329092
# FILED UNDER SEAL