# Exhibit 25

# Excerpts from the Transcript of the Expert Deposition of Owen Astrachan held on June 30, 2020

```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF NEVADA
 3
 4
 5   ORACLE USA, INC., et al.,
 6              Plaintiffs,
 7         vs.                    Case No.
                                  2:10-cv-00106-LRH-VCF
 8   RIMINI STREET, INC., et al.,
 9              Defendants.
     _____/
10
11
12
13
14      VIDEO-RECORDED DEPOSITION OF OWEN ASTRACHAN, PH.D.
15                  REMOTE ZOOM PROCEEDING
16                  Raleigh, North Carolina
17                  Tuesday, June 30, 2020
18
19
20
21
22
23   REPORTED BY:
24   LESLIE ROCKWOOD ROSAS, RPR, CSR 3462
25   Pages 1 - 281                        Job No. 4135801
```

Page 1

## Page 250

1  I think you're getting at is an example of
2  differentiating high-level code, e.g., written in, say,
3  C++ or Java, from the low-level compiled code that might
4  be specific to a computer architecture, or in the case of
5  Java byte code, specific to a virtual machine.           17:34:02
6      But that terminology source code means different
7  things in different contexts.  Just as earlier I
8  mentioned that sometimes compiled code is called object
9  code, but that term "object" has many other
10 interpretations.                                          17:34:19
11     We looked at object as part of the object
12 management workbench.  We look at object in terms of
13 object-oriented programs.  So the same word can be used
14 in different contexts.
15     Q.  Well, you agree, don't you, that at least in   17:34:31
16 your line of work, as a professor of computer science,
17 that the term "source code" generally means
18 human-readable code that can be compiled into object
19 code; right?
20     MR. VANDEVELDE:  Objection.  Vague, asked and      17:34:46
21 answered.
22     THE WITNESS:  I return to that -- in the
23 instance of my textbook, and in differentiating between
24 code that a software developer writes versus code that is
25 ultimately executed.  In that situation, source code    17:35:01

## Page 251

1  refers to the high-level code.  And let's say object code
2  or byte code refers to the low-level code.
3      So that is a general use of that phrase "source
4  code."
5      Now, in this particular case, the Injunction    17:35:16
6  talks about JD Edwards software source code, and I think
7  that means something different, as I've explained in my
8  report.
9      Q.  BY MR. SMITH:  Do you agree that closed code is
10 compiled code or can be compiled code?                17:35:30
11     A.  As I stated earlier, I think that compiled code
12 would not generally be construed as something that could
13 be customized or modified.  So, yes, it would be closed
14 code in the context of the terminology that I use.
15     Q.  Okay.  You do not have an opinion regarding the   17:35:50
16 industry understanding of the term "JD Edwards software
17 source code."
18     Correct?
19     A.  My understanding of the term "JD Edwards
20 software source code" is what I've described, that that   17:36:06
21 would mean code that is customizable or modifiable by the
22 clients.
23     Q.  You write in paragraph 307 of your rebuttal
24 report: "As a computer scientist, I do not have an
25 opinion regarding the legal definition or industry   17:36:25

## Page 252

1  understanding of the term 'JD Edwards software source
2  code' as used in the Injunction."
3      Is that a true statement?
4      A.  Yes, that's what I wrote there.  That's correct.
5      Q.  Do you have any factual basis to believe --   17:36:38
6      MR. VANDEVELDE:  Sorry.  I think, Mr. Smith, can
7  we take a break?
8      MR. SMITH:  I still couldn't hear.
9      MR. VANDEVELDE:  Sorry.  Do you mind if we take
10 a break?                                               17:36:50
11     MR. SMITH:  Yeah.  Give me one more question.
12     MR. VANDEVELDE:  Okay.
13     Q.  BY MR. SMITH:  Professor, do you have any
14 factual basis to believe that the industry actually
15 interprets the term "JD Edwards software source code"   17:36:59
16 differently than Oracle?
17     A.  As I wrote in paragraph 307:  "I do not have an
18 opinion regarding the legal definition, or industry
19 understanding, of the term 'JD Edwards software source
20 code.'"                                                17:37:17
21     Q.  Do you believe that the industry actually has an
22 understanding of that term?
23     MR. VANDEVELDE:  Calls for speculation, outside
24 the scope, asked and answered.
25     THE WITNESS:  I -- I'll stick with my paragraph   17:37:24

## Page 253

1  307.  I do not have an opinion regarding legal
2  definitions, or industry understanding, of JD Edwards
3  software source code.
4      MR. SMITH:  Okay.  We can take a break now.
5      MR. VANDEVELDE:  Great.                         17:37:35
6      THE VIDEOGRAPHER:  We are going off the record.
7  The time is 8:37 p.m.
8      (Recess.)
9      THE VIDEOGRAPHER:  We are back on the record.
10 The time is 8:58 p.m.                                 17:58:25
11     Q.  BY MR. SMITH:  Professor, do you agree that
12 software is not developed using compiled code?
13     MR. VANDEVELDE:  Objection.  Vague.
14     Q.  BY MR. SMITH:  Strike that.
15     Do you agree that software is not written in     17:58:39
16 compiled code?
17     MR. VANDEVELDE:  Objection.  Vague.
18     THE WITNESS:  I think it's a standard practice
19 for software to be written in a high-level language,
20 which is then compiled into low level, as we termed    17:58:53
21 earlier, object code.  That's the normal methodology for
22 developing software.
23     MR. VANDEVELDE:  And Ben, I apologize.  I meant
24 to, and it just slipped my mind once we got in, that
25 Professor Astrachan wanted to clarify a previous response   17:59:11

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4           I, LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462, do
 5   hereby certify:
 6           That the foregoing deposition testimony was
 7   taken before me at the time and place therein set forth
 8   and at which time the witness was administered the oath;
 9           That testimony of the witness and all objections
10   made by counsel at the time of the examination were
11   recorded stenographically by me, and were thereafter
12   transcribed under my direction and supervision, and that
13   the foregoing pages contain a full, true and accurate
14   record of all proceedings and testimony to the best of my
15   skill and ability.
16           I further certify that I am neither counsel for
17   any party to said action, nor am I related to any party
18   to said action, nor am I in any way interested in the
19   outcome thereof.
20           IN WITNESS WHEREOF, I have subscribed my name
21   this 2nd day of July, 2020.
22
23
24   _____
25           LESLIE ROCKWOOD ROSAS, RPR, CSR NO. 3462
```

Page 281