# Exhibit 26
# Excerpts from Rimini Document Produced in the *Rimini II* case as RSI2_014273465
# FILED UNDER SEAL