# Exhibit 27

**Excerpts from Rimini Document Produced in the *Rimini II* case as RSI2_013418086**

# FILED UNDER SEAL