# Exhibit 28

**Excerpts from Rimini Document Produced in the *Rimini II* case as RSI2_015588159**

**FILED UNDER SEAL**