# Exhibit 29

## Excerpts from Rimini Document Produced in the *Rimini II* case as RSI2_013094139

## FILED UNDER SEAL