# Exhibit 30

# Rimini Document Produced in the *Rimini II* case as RSI2_025104432
# FILED UNDER SEAL