# Exhibit 31

## Excerpts from Rimini Document Produced in the *Rimini II* case as RSI2_030635285

## FILED UNDER SEAL