# Exhibit 32

## Excerpts from Rimini Document Produced in the *Rimini II* case as RSI2_031739263

## FILED UNDER SEAL