**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Oracle's Motion to Seal Oracle's Response to Rimini's Response to Order to Show Cause and Supporting Declarations and Exhibits. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion to Seal and for good cause existing:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the following documents and materials:

- Portions of Oracle's Response to Rimini's Response to Order to Show Cause;
- Portions of the Declaration of Jacob Minne Supporting Oracle's Response;
- Portions of the Declaration of Barbara Frederiksen-Cross Supporting Oracle's Response; and
- Exhibits 1–4, 8–24, and 26–32.

IT IS SO ORDERED.

DATED:                          By:_____
                                                        Hon. Larry R. Hicks
                                                        United States District Judge