BOIES, SCHILLER & FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:   702.382.7300
Facsimile:    702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
WILLIAM A. ISAACSON (pro hac vice)
KAREN DUNN (pro hac vice)
2001 K Street, NW
Washington, DC 20006
Telephone:   202.223.7300
Facsimile:    202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

BOIES, SCHILLER & FLEXNER LLP
SEAN P. RODRIGUEZ (*pro hac vice*)
44 Montgomery St., 41st Floor
San Francisco, CA 94104
Telephone:   415 293 6800
Facsimile:    415 293 6899
srodriguez@bsfllp.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
JOHN A. POLITO (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:   415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:   650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>       Plaintiffs,<br><br>       v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>       Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

DB3/ 203932394.1

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105.

On June 9, 2021, I served the following documents:

1) **ORACLE'S RESPONSE TO RIMINI STREET INC'S RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE [FILED UNDER SEAL];**

2) **DECLARATION OF BARBARA ANN FREDERIKSEN-CROSS IN SUPPORT OF ORACLE'S RESPONSE TO RIMINI'S RESPONSE TO MOTION FOR ORDER TO SHOW CAUSE AND EXHIBITS 1 TO 3 [FILED UNDER SEAL]; AND**

3) **DECLARATION OF JACOB J.O. MINNE IN SUPPORT OF ORACLE'S RESPONSE TO RIMINI'S RESPONSE TO ORDER TO SHOW CAUSE AND EXHIBITS 4, 8 TO 24, AND 26 TO 32 [FILED UNDER SEAL].**

I served these documents on the persons below, as follows:

| | |
|---|---|
| Ryan N. DuBose, Esq.<br>Blaine H. Evanson, Esq.<br>Shaun A. Mathur, Esq.<br>Casey J. McCracken, Esq.<br>Amber McKonly, Esq.<br>Jeffrey T. Thomas, Esq.<br>Jennafer M. Tryck, Esq.<br>Cynthia P. Weaver<br>Chris Whittaker, Esq.<br>Tracy A. Morgan<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612-4412<br>Email: *RDubose@gibsondunn.com*<br>Email: *BEvanson@gibsondunn.com*<br>Email: *SMathur@gibsondunn.com*<br>Email: *CMcCracken@gibsondunn.com*<br>Email: *AMcKonly@gibsondunn.com*<br>Email: *JTThomas@gibsondunn.com*<br>Email: *JTryck@gibsondunn.com*<br>Email: *CWeaver@gibsondunn.com*<br>Email: *CWhittaker@gibsondunn.com*<br>Email: *TMorgan2@gibsondunn.com* | Joseph A. Gorman, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 2900<br>San Francisco, CA 94105-0921<br>Email: *JGorman@gibsondunn.com*<br><br>Samuel Liversidge, Esq.<br>Eric D. Vandevelde, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Ave., 47th Floor<br>Los Angeles, CA 90071-3197<br>Email: *SLiversidge@gibsondunn.com*<br>Email: *EVandevelde@gibsondunn.com*<br><br>Mark A. Perry, Esq.<br>Jeremy M. Christiansen, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Email: *MPerry@gibsondunn.com*<br>Email: *JChristiansen@gibsondunn.com* |

The documents were served pursuant to FRCP 5(b) by sending them by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed

above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      I hereby certify that I am a member of the State Bar of California, and am admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

      Dated:  June 9, 2021

                                        */s/ Jacob J.O. Minne*
                                        Jacob J.O. Minne