# EXHIBIT Q

# RSI007418611, an email chain

# dated January 24, 2019

# FILED UNDER SEAL