# EXHIBIT R

# Excerpts from February 23, 2018 deposition of Oracle employee Samuel Chan in *Rimini II*

# FILED UNDER SEAL