1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

ORACLE USA, INC., et al.,

11

Plaintiffs,

12

v.

13

RIMINI STREET, INC., et al.,

14

Defendants.

Case No. 2:10-cv-00106-LRH-VCF

**[PROPOSED] ORDER GRANTING MOTION TO SEAL PORTIONS OF RIMINI'S REPLY REGARDING ORDER TO SHOW CAUSE AND EXHIBITS TO DECLARATION OF ERIC D. VANDEVELDE**

15
16
17

<u>**Hearing:**</u>
Date:        September 20, 2021
Time:        9:00 a.m.
Place:       Bruce R. Thompson
             Courthouse, Reno, NV
Judge:       Hon. Larry R. Hicks

18
19
20
21
22
23
24
25
26
27
28

1

## <u>ORDER</u>

2

    Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal

3 Portions of Its Reply Regarding Order to Show Cause and Exhibits Q and R to the Declaration

4 of Eric D. Vandevelde ("Motion to Seal").  Federal Rule of Civil Procedure 26(c) provides

5 broad discretion for a trial court to permit sealing of court documents for, inter alia, the

6 protection of "a trade secret or other confidential research, development, or commercial

7 information."  Fed. R. Civ. P. 26(c).  Having considered the motion and good cause existing:

8     IT IS HEREBY ORDERED that Rimini's Motion to Seal is GRANTED.  The Clerk of

9 the Court shall file under seal portions of Rimini's Reply Regarding Order to Show Cause and

10 Exhibits Q and R to the Declaration of Eric D. Vandevelde.

11

12 Dated: _____

13

14                                    _____

                                           Hon. Larry R. Hicks
15                                       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28