# **Appendix A**
# Oracle's Exhibit List and Rimini's Objections Filed Under Seal