# Appendix B

Rimini's Exhibit List

&

Oracle's Objections

FILED UNDER SEAL