**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Oracle's Motion to Seal Joint Pre-Hearing Order and Exhibit Lists. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered Oracle's Motion to Seal and for good cause existing:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal the following documents and materials:

- Portions of the parties' Joint Pre-Hearing Order Re: Order to Show Cause;
- Appendix A to the Pre-Hearing Order, which is Oracle's Exhibit List; and
- Appendix B to the Pre-Hearing Order, which is Rimini's Exhibit List.

IT IS SO ORDERED.

DATED: _____    By: _____
Hon. Larry R. Hicks
United States District Judge