| | |
|---|---|
| BOIES, SCHILLER & FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:     702.382.7300<br>Facsimile:      702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>WILLIAM A. ISAACSON (pro hac vice)<br>KAREN DUNN (pro hac vice)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:     202.223.7300<br>Facsimile:      202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:     415.442.1000<br>Facsimile:      415.442.1001<br>benjamin.smith@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:     650.506.4846<br>Facsimile:      650.506.7114<br>dorian.daley@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>          Plaintiffs,<br>     v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>          Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

At the time of service I was over 18 years of age and not a party to this action. My business address is One Market, Spear Street Tower, San Francisco, CA 94105.

On August 21, 2021, I served the following documents:

**JOINT PRE-HEARING ORDER RE ORDER TO SHOW CAUSE AND APPENDICES A, AND B [FILED UNDER SEAL]**

I served these documents on the persons below, as follows:

| | |
|---|---|
| Ryan N. DuBose, Esq.<br>Blaine H. Evanson, Esq.<br>Shaun A. Mathur, Esq.<br>Casey J. McCracken, Esq.<br>Amber McKonly, Esq.<br>Jeffrey T. Thomas, Esq.<br>Jennafer M. Tryck, Esq.<br>Cynthia P. Weaver<br>Chris Whittaker, Esq.<br>Tracy A. Morgan<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive, Suite 1200<br>Irvine, CA 92612-4412<br>Email: *RDubose@gibsondunn.com*<br>Email: *BEvanson@gibsondunn.com*<br>Email: *SMathur@gibsondunn.com*<br>Email: *CMcCracken@gibsondunn.com*<br>Email: *AMcKonly@gibsondunn.com*<br>Email: *JTThomas@gibsondunn.com*<br>Email: *JTryck@gibsondunn.com*<br>Email: *CWeaver@gibsondunn.com*<br>Email: *CWhittaker@gibsondunn.com*<br>Email: *TMorgan2@gibsondunn.com* | Joseph A. Gorman, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 2900<br>San Francisco, CA 94105-0921<br>Email: *JGorman@gibsondunn.com*<br><br>Samuel Liversidge, Esq.<br>Eric D. Vandevelde, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Ave., 47th Floor<br>Los Angeles, CA 90071-3197<br>Email: *SLiversidge@gibsondunn.com*<br>Email: *EVandevelde@gibsondunn.com*<br><br>Mark A. Perry, Esq.<br>Jeremy M. Christiansen, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036<br>Email: *MPerry@gibsondunn.com*<br>Email: *JChristiansen@gibsondunn.com* |

The documents were served pursuant to FRCP 5(b) by sending them by electronic mail. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I hereby certify that I am a member of the State Bar of California, and am admitted *pro hac vice* to practice before the United States District Court for the District of Nevada for this case. I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Dated: August 21, 2021

                                               */s/ Zachary Scott Hill*
                                               Zachary Scott Hill