| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA  94566<br>Telephone: 925.264.7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>          Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., et al.,<br><br>          Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**RIMINI'S MOTION TO SEAL EXHIBIT TO EMERGENCY MOTION UNDER LOCAL RULE 7-4 TO STRIKE ORACLE'S IMPROPER EXPERT REPORT SUPPLEMENT** |

Gibson, Dunn & Crutcher LLP

RIMINI'S MOTION TO SEAL EXHIBIT TO L.R. 7-4 EMERGENCY MOTION TO STRIKE
ORACLE'S IMPROPER EXPERT REPORT
CASE NO. 2:10-CV-00106-LRH-VCF

## NOTICE OF MOTION AND MOTION

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 10, 2010 (ECF No. 55, "Protective Order"), Rules 5.2(e)–(f) and 26(c) of the Federal Rules of Civil Procedure, and Local Rule 10-5(b), Defendant Rimini Street, Inc. ("Rimini") respectfully requests that the Court seal portions of Exhibit 1 to the Declaration of Casey J. McCracken in Support of Rimini's Emergency Motion Under Local Rule 7-4 to Strike Oracle's Improper Expert Report Supplement, specifically Appendix A to the Supplement to Post-Injunction Expert Reports of Barbara Ann Frederiksen-Cross (the "Confidential Material").

A public, redacted version of Exhibit 1 was filed on August 23, 2021. An unredacted version of Exhibit 1 will subsequently be filed under seal with the Court and linked to the filing of this motion. This Motion to Seal is based on this Notice of Motion and the accompanying Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

Good cause exists to seal the Confidential Material, as set forth below. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c).

The Protective Order entered in this case provides that:

> Counsel for any Designating Party may designate any Discovery Material as "Confidential Information" or "Highly Confidential Information – Attorneys' Eyes Only" under the terms of this Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of any Discovery Material as "Confidential Information" or "Highly Confidential Information – Attorneys' Eyes Only" shall constitute a representation that any attorney for the Designating Party reasonably believes there is a valid basis for such designation.

ECF No. 55 ¶ 2.

Rimini requests that the Court seal the Confidential Material because it describes or otherwise reveals information that Oracle has designated "Confidential" or "Highly Confidential" under the terms of the Protective Order. Moreover, similar material was filed

Gibson, Dunn & Crutcher LLP

2

RIMINI'S MOTION TO SEAL EXHIBIT TO L.R. 7-4 EMERGENCY MOTION TO STRIKE ORACLE'S IMPROPER EXPERT REPORT
CASE NO. 2:10-CV-00106-LRH-VCF

under seal in connection with the Joint Pre-Hearing Order filed on August 20, 2021. By designating the information as "Confidential" or "Highly Confidential," Oracle as the designating party has represented that the information cited is subject to protection under Federal Rule of Civil Procedure 26(c). *Id.*

Additionally, this Court has granted motions to file under seal similar information, both in *Rimini I* and *Rimini II*. *See*, *e.g.*, ECF Nos. 226, 325, 518, 904, 1107, 1228, 1261; *see also Rimini II*, No. 14-CV-1699-LRH-DJA (D. Nev.), ECF Nos. 127, 137, 222, 280–282, 287, 333–334, 371, 391, 434–436, 602, 625–628, 760–768, 836–849, 1122, 1191.

## CONCLUSION

For the foregoing reasons, Rimini respectfully requests that the Court grant leave to file the Confidential Material under seal.

Dated:  August 23, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric D. Vandevelde
Eric D. Vandevelde

*Attorneys for Defendant*
*Rimini Street, Inc.*

Gibson, Dunn & Crutcher LLP

3
RIMINI'S MOTION TO SEAL EXHIBIT TO L.R. 7-4 EMERGENCY MOTION TO STRIKE ORACLE'S IMPROPER EXPERT REPORT
CASE NO. 2:10-CV-00106-LRH-VCF