1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI'S MOTION TO SEAL EXHIBIT TO ITS EMERGENCY MOTION TO STRIKE IMPROPER EXPERT REPORT SUPPLEMENT** |

# ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Portions of Exhibit 1 to the Declaration of Casey J. McCracken in Support of Emergency Motion Under Local Rule 7-4 to Strike Oracle's Improper Expert Report Supplement.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered the motion and good cause existing:

IT IS HEREBY ORDERED that Rimini's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal portions of Exhibit 1 to the Declaration of Casey J. McCracken in support of Rimini's Emergency Motion to Strike .

Dated:  _____

_____
Hon. Larry R. Hicks
United States District Judge