| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA  94566<br>Telephone: 925.264.7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant
Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>           Plaintiffs,<br><br>  v.<br><br>RIMINI STREET, INC., et al.,<br><br>           Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**PROOF OF SERVICE RE RIMINI'S MOTION TO SEAL EXHIBIT TO EMERGENCY MOTION UNDER LOCAL RULE 7-4 TO STRIKE ORACLE'S IMPROPER EXPERT REPORT SUPPLEMENT** |

# CERTIFICATE OF SERVICE

I, Casey J. McCracken, certify as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to this action. My business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On August 23, 2021, I served the following document(s):

**EXHIBIT 1 TO DECLARATION OF CASEY J. MCCRACKEN IN SUPPORT OF RIMINI'S EMERGENCY MOTION UNDER LOCAL RULE 7-4 TO STRIKE ORACLE'S IMPROPER EXPERT REPORT SUPPLEMENT**

**[SEALED[ NEF 1490**

**PROOF OF SERVICE RE RIMINI'S MOTION TO SEAL EXHIBIT TO EMERGENCY MOTION UNDER LOCAL RULE 7-4 TO STRIKE ORACLE'S IMPROPER EXPERT REPORT SUPPLEMENT**

on the persons stated below, by the following means of service:

| MORGAN, LEWIS & BOCKIUS LLP | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
|---|---|
| Benjamin P. Smith<br>benjamin.smith@morganlewis.com<br>Sharon R. Smith<br>sharon.smith@morganlewis.com<br>Zachary S. Hill<br>zachary.hill@morganlewis.com<br>Lindsey M. Shinn<br>lindsey.shinn@morganlewis.com<br>Corey R. Houmand<br>corey.houmand@morganlewis.com<br>Jacob J.O. Minne<br>jacob.minne@morganlewis.com<br>David R. Kocan<br>david.kocan@morganlewis.com<br>Jenna K. Stokes<br>jenna.stokes@morganlewis.com<br>Lisa S. Lee<br>lisa.lee@morganlewis.com | William Isaacson<br>wisaacson@paulweiss.com<br>Karen L. Dunn<br>kdunn@paulweiss.com<br>Jessica E. Phillips<br>jphillips@paulweiss.com<br>Gabriel Schlabach,<br>gschlabach@paulweiss.com<br>Erica Spevack<br>espevack@paulweiss.com<br>Kirsten Dedrickson<br>kdedrickson@paulweiss.com<br>Jerren Holdip<br>jholdip@paulweiss.com<br><br>**BOIES, SCHILLER & FLEXNER LLP**<br><br>Richard J. Pocker<br>rpocker@bsfllp.com |

The document was served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I caused the document to be sent to the persons at the email addresses listed above.

1   I am admitted *pro hac vice* to the bar of this Court.

2   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on August 23, 2021, at Irvine, California.

> /s/ *Casey J. McCracken*
> Casey J. McCracken