UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ORACLE USA, INC., et al.,

               Plaintiffs,

v.

RIMINI STREET, INC., et al.,

               Defendants.

Case No. 2:10-cv-00106-LRH-VCF

MINUTE ORDER

August 24, 2021

PRESENT:  THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   NONE APPEARING        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):          NONE APPEARING

COUNSEL FOR DEFENDANT(S):          NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

      On August 23, 2021, Rimini Street filed an emergency motion to strike. ECF No. 1488. Because this motion is related to the upcoming evidentiary hearing scheduled to begin on September 20, 2021, the Court orders an expedited briefing schedule.

      If it chooses to do so, Oracle must file its response to Rimini's motion to strike by Friday, August 27, 2021; if Rimini chooses to do so, it must file its reply by Tuesday, August 31, 2021.

      IT IS SO ORDERED.

                                    DEBRA K. KEMPI, CLERK

                                    By:          /s/

                                          Deputy Clerk