BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:    702.382.7300
Facsimile:    702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:    202.223.7300
Facsimile:    202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone:    415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:    650.506.7114
dorian.daley@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**DECLARATION OF ZACHARY HILL IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S EMERGENCY MOTION UNDER LOCAL RULE 7-4 TO STRIKE ORACLE'S EXPERT REPORT SUPPLEMENT AND CROSS-MOTION TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSING HEARING WITNESSES** |

I, Zachary S. Hill, declare as follows:

1. I am an attorney with the law firm Morgan, Lewis & Bockius LLP, counsel to the Oracle parties in this action. Based on my daily involvement in this case, I have firsthand knowledge of the contents of this declaration and could testify thereto.

2. I make this declaration in support of Oracle's Opposition to Rimini's Emergency Motion Under Local Rule 7-4 to Strike Oracle's Expert Report Supplement and Cross-Motion to Reopen Discovery for the Limited Purpose of Deposing Hearing Witnesses.

3. On August 23, 2021, the parties held a meet and confer to discuss Rimini's Emergency Motion Under Local Rule 7-4 to Strike Oracle's Expert Report Supplement. During the meet and confer, Oracle offered to make Ms. Frederiksen-Cross available for a further deposition in exchange for depositions of the three fact witnesses that Rimini intends to call during the September 20, 2021 evidentiary hearing: Jim Benge, Brenda Davenport, and Craig Mackereth. Counsel for Rimini stated during the meet and confer that it would consider Oracle's proposal and provide a response before filing its emergency motion. As of the filing of this declaration, counsel for Rimini has not provided a response to Oracle's proposal.

4. In the *Rimini II* litigation, Oracle disclosed a supplemental report from its damages expert, Elizabeth Dean, on December 18, 2020. Oracle disclosed this supplement solely to update her damages opinions for time passed. On March 4, 2021, Rimini disclosed a supplemental rebuttal report from its expert, Jonathan Orszag. A true and correct copy of excerpts from the supplemental rebuttal report of Jonathan Orszag is attached as Exhibit 1.

5. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: August 27, 2021

By: /s/ Zachary S. Hill
Zachary S. Hill

1
DECLARATION OF ZACHARY HILL ISO ORACLE'S OPPOSITION TO RIMINI'S EMERGENCY MOTION TO STRIKE AND CROSS-MOTION TO REOPEN DISCOVERY FOR DEPOSITIONS

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2021, I electronically transmitted the foregoing DECLARATION OF ZACHARY HILL IN SUPPORT OF ORACLE'S OPPOSITION TO RIMINI'S EMERGENCY MOTION UNDER LOCAL RULE 7-4 TO STRIKE ORACLE'S EXPERT REPORT SUPPLEMENT AND CROSS-MOTION TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSING HEARING WITNESSES to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: August 27, 2021

MORGAN, LEWIS & BOCKIUS LLP

By: _/s/ Zachary S. Hill_
Zachary S. Hill

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation