# EXHIBIT 1
# Excerpts of the Second Supplemental Expert Rebuttal Report of Jonathan Orzag dated March 4, 2021
# FILED UNDER SEAL