**[PROPOSED] ORDER**

Pending before this Court is Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation's (collectively "Oracle") Oracle's Motion to Seal Exhibit 1 to its Opposition to Rimini's Emergency Motion Under Local Rule 7-4 to Strike Oracle's Expert Report Supplement and Cross-Motion to Reopen Discovery for the Limited Purpose of Deposing Hearing Witnesses.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c).  Having considered Oracle's Motion to Seal and for good cause existing:

IT IS HEREBY ORDERED THAT Oracle's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal the following documents and materials:

- Exhibit 1 to the Declaration of Zachary Hill in Support of Oracle's Opposition to Rimini's Emergency Motion Under Local Rule 7-4 to Strike Oracle's Expert Report Supplement and Cross-Motion to Reopen Discovery for the Limited Purpose of Deposing Hearing Witnesses.

IT IS SO ORDERED.

DATED:                                              By: _____
                                                         Hon. Larry R. Hicks
                                                         United States District Judge