1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>                    Plaintiffs,<br><br>       v.<br><br>RIMINI STREET, INC., et al.,<br><br>                    Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI'S MOTION TO SEAL PORTIONS OF REPLY ON ITS EMERGENCY MOTION TO STRIKE IMPROPER EXPERT REPORT SUPPLEMENT AND OPPOSITION TO ORACLE'S CROSS-MOTION TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSING HEARING WITNESSES** |

# ORDER

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Portions of Rimini's Reply in Support of Rimini's Emergency Motion Under Local Rule 7-4 to Strike Oracle's Improper Expert Report Supplement and Opposition To Oracle's Cross-Motion To Reopen Discovery for the Limited Purpose of Deposing Hearing Witnesses.  Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information."  Fed. R. Civ. P. 26(c).  Having considered the motion and good cause existing:

IT IS HEREBY ORDERED that Rimini's Motion to Seal is GRANTED.  The Clerk of the Court shall file under seal portions of Rimini's Reply in Support of Rimini's Emergency Motion Under Local Rule 7-4 to Strike Oracle's Improper Expert Report Supplement and Opposition To Oracle's Cross-Motion To Reopen Discovery for the Limited Purpose of Deposing Hearing Witnesses.

Dated: _____

_____
Hon. Larry R. Hicks
United States District Judge

2

[PROPOSED] ORDER GRANTING RIMINI'S MOTION TO SEAL PORTIONS OF REPLY ON ITS EMERGENCY MOTION TO STRIKE IMPROPER EXPERT REPORT SUPPLEMENT AND OPPOSITION TO ORACLE'S CROSS-MOTION TO REOPEN DISCOVERY
CASE NO. 2:10-CV-00106-LRH-VCF