| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA  94566<br>Telephone: 925.264.7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**PROOF OF SERVICE OF RIMINI'S REPLY ISO EMERGENCY MOTION UNDER LOCAL RULE 7-4 TO STRIKE ORACLE'S IMPROPER EXPERT REPORT SUPPLEMENT AND OPPOSITION TO ORACLE'S CROSS-MOTION TO REOPEN DISCOVERY** |

# CERTIFICATE OF SERVICE

I, Casey J. McCracken, certify as follows:

I am employed in the County of Orange, State of California. I am over the age of 18 years and am not a party to this action. My business address is 3161 Michelson Drive, Irvine, CA 92612-4412, in said County and State. On August 31, 2021, I served the following document(s):

**[SEALED] RIMINI'S REPLY IN SUPPORT OF RIMINI'S EMERGENCY MOTION UNDER LOCAL RULE 7-4 TO STRIKE ORACLE'S IMPROPER EXPERT REPORT SUPPLEMENT AND OPPOSITION TO ORACLE'S CROSS-MOTION TO REOPEN DISCOVERY FOR THE LIMITED PURPOSE OF DEPOSING HEARING WITNESSES**

**SEALED ECF NO. 1500**

**PROOF OF SERVICE OF RIMINI'S REPLY ISO EMERGENCY MOTION UNDER LOCAL RULE 7-4 TO STRIKE ORACLE'S IMPROPER EXPERT REPORT SUPPLEMENT AND OPPOSITION TO ORACLE'S CROSS-MOTION TO REOPEN DISCOVERY**

on the persons stated below, by the following means of service:

**MORGAN, LEWIS & BOCKIUS LLP**

Benjamin P. Smith
    benjamin.smith@morganlewis.com
Sharon R. Smith
    sharon.smith@morganlewis.com
Zachary S. Hill
    zachary.hill@morganlewis.com
Lindsey M. Shinn
    lindsey.shinn@morganlewis.com
Corey R. Houmand
    corey.houmand@morganlewis.com
Jacob J.O. Minne
    jacob.minne@morganlewis.com
David R. Kocan
    david.kocan@morganlewis.com
Jenna K. Stokes
    jenna.stokes@morganlewis.com
Lisa S. Lee
    lisa.lee@morganlewis.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

William Isaacson
    wisaacson@paulweiss.com
Karen L. Dunn
    kdunn@paulweiss.com
Jessica E. Phillips
    jphillips@paulweiss.com
Gabriel Schlabach,
    gschlabach@paulweiss.com
Erica Spevack
    espevack@paulweiss.com
Kirsten Dedrickson
    kdedrickson@paulweiss.com
Jerren Holdip
    jholdip@paulweiss.com

**BOIES, SCHILLER & FLEXNER LLP**

Richard J. Pocker
    rpocker@bsfllp.com

The document was served pursuant to Fed. R. Civ. P. 5(b) via electronic mail. Based on an agreement of the parties to accept service by email or electronic transmission to the above service list, I caused the document to be sent to the persons at the email addresses listed above.

I am admitted *pro hac vice* to the bar of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on August 31, 2021, at Irvine, California.

                                        */s/ Casey J. McCracken*
                                          Casey J. McCracken