**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> RIMINI STREET, INC., et al., <br><br> Defendant(s). | Case #2:10-cv-00106-LRH-VCF <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

_____Ilissa Samplin_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Gibson, Dunn & Crutcher LLP_____
(firm name)

with offices at _____333 South Grand Avenue,_____,
(street address)

_____Los Angeles_____, _____California_____, _____90071_____,
(city)                    (state)                (zip code)

_____213.229.7000_____, _____ISamplin@gibsondunn.com_____.
(area code + telephone number)        (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Rimini Street, Inc. and Seth Ravin_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since January 13, 2017 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California | 1/13/2017 | 314018 |
| New York | 4/4/2012 | 5019468 |
| U.S. District Court S.D.N.Y. | 2016 | 5019468 |
| U.S. District C.D. Cal. | 2018 | 314018 |
| U.S. District Court N.D. | 2017 | 314018 |
| U.S. Court of Appeals, Ninth Circuit | 2019 | 314018 |
| U.S. Court of Appeals, Second Circuit | 7/28/2021 | 5019468 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California State Bar
New York State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
)
COUNTY OF ___Los Angeles___ )

___Ilissa Samplin___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___9th___ day of ___September___, ___2021___.

_____
Notary Public or Clerk of Court

G. VELASCO
COMM. # 2271194
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
MY COMM. EXP. DEC. 15, 2022

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___W. West Allen___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Howard & Howard, 3800 Hughes Parkway, Suite 1000___,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city) (state) (zip code)

___702.667.4843___, ___wwa@h2law.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____W. West Allen_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Rimini Street, Inc., by Seth Ravin, Chief Executive Officer
(type or print party name, title)

_____
(party's signature)

Seth Ravin, individually
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

*W. West Allen*
Designated Resident Nevada Counsel's signature

5566                           wwa@h2law.com
Bar number                     Email address

APPROVED:

Dated: this __15th__ day of __September__, 20__21__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *LLISSA STACY SAMPLIN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that LLISSA STACY SAMPLIN, #314018, was on the **13th day of January, 2017,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the **7th day of September 2021.***

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*Tao Zhang, Assistant Deputy Clerk III*



## Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Ilissa Stacy Samplin

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 4, 2012**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on September 8, 2021.

*Maria T. Fasulo*

Acting Clerk of the Court

CertID-00030899