GIBSON, DUNN & CRUTCHER LLP
MARK A. PERRY (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC  20036-5306
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
JEFFREY T. THOMAS (*pro hac vice*)
BLAINE H. EVANSON (*pro hac vice*)
JOSEPH A. GORMAN (*pro hac vice*)
CASEY J. MCCRACKEN (*pro hac vice*)
3161 Michelson Drive
Irvine, CA  92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

RIMINI STREET, INC.
DANIEL B. WINSLOW (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA  94566
Telephone: 925.264.7736
dwinslow@riministreet.com

RIMINI STREET, INC.
JOHN P. REILLY (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV  89169
Telephone: 336.908.6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS PLLC
W. WEST ALLEN (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV  89169
Telephone: 702.667.4843
wwa@h2law.com

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RIMINI STREET, INC., et al., <br><br> Defendants. | Case No. 2:10-cv-00106-LRH-VCF <br><br> **RIMINI'S MOTION TO SEAL MOTION FOR LEAVE AND EXHIBITS IN SUPPORT OF MOTION FOR LEAVE** |

## NOTICE OF MOTION AND MOTION

Pursuant to the Stipulated Protective Order governing confidentiality of documents entered by the Court on May 10, 2010 (ECF No. 55, "Protective Order"), Rules 5.2(e)–(f) and 26(c) of the Federal Rules of Civil Procedure, and Local Rule 10-5(b), Defendant Rimini Street, Inc. ("Rimini") respectfully requests that the Court seal portions of Rimini's Motion for Leave to File Motion in Limine to Exclude OREX_0001, and of Exhibits A (Rimini's Motion in Limine to Exclude OREX_0001) and B (Declaration of Casey J. McCracken in Support of Rimini's Motion in Limine to Exclude OREX_0001) to that motion (the "Confidential Material").

Public, redacted versions of the motion and of Exhibits A and B were filed on September 16, 2021. Unredacted versions of the motion and of Exhibits A and B will subsequently be filed under seal with the Court and linked to the filing of this motion. This Motion to Seal is based on this Notice of Motion and the accompanying Memorandum of Points and Authorities.

## MEMORANDUM OF POINTS AND AUTHORITIES

Good cause exists to seal the Confidential Material, as set forth below. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c).

The Protective Order entered in this case provides that:

> Counsel for any Designating Party may designate any Discovery Material as "Confidential Information" or "Highly Confidential Information – Attorneys' Eyes Only" under the terms of this Protective Order only if such counsel in good faith believes that such Discovery Material contains such information and is subject to protection under Federal Rule of Civil Procedure 26(c). The designation by any Designating Party of any Discovery Material as "Confidential Information" or "Highly Confidential Information – Attorneys' Eyes Only" shall constitute a representation that any attorney for the Designating Party reasonably believes there is a valid basis for such designation.

ECF No. 55 ¶ 2.

Rimini requests that the Court seal the Confidential Material because it describes or otherwise reveals information that Oracle has designated "Confidential" or "Highly Confidential" under the terms of the Protective Order. Moreover, similar material was filed

2

Gibson, Dunn & Crutcher LLP

RIMINI'S MOTION TO SEAL MOTION FOR LEAVE AND
EXHIBITS IN SUPPORT OF MOTION FOR LEAVE
CASE NO. 2:10-CV-00106-LRH-VCF

under seal in connection with the Joint Pre-Hearing Order filed on August 20, 2021. By designating the information as "Confidential" or "Highly Confidential," Oracle as the designating party has represented that the information cited is subject to protection under Federal Rule of Civil Procedure 26(c). *Id.*

Additionally, this Court has granted motions to file under seal similar information, both in *Rimini I* and *Rimini II*. *See*, *e.g.*, ECF Nos. 226, 325, 518, 904, 1107, 1228, 1261; *see also Rimini II*, No. 14-CV-1699-LRH-DJA (D. Nev.), ECF Nos. 127, 137, 222, 280–282, 287, 333–334, 371, 391, 434–436, 602, 625–628, 760–768, 836–849, 1122, 1191.

## CONCLUSION

For the foregoing reasons, Rimini respectfully requests that the Court grant leave to file the Confidential Material under seal.

Dated:  September 16, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
Eric D. Vandevelde

*Attorneys for Defendant
Rimini Street, Inc.*