**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., et al.,<br><br>                    Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**[PROPOSED] ORDER GRANTING RIMINI'S MOTION TO SEAL MOTION FOR LEAVE AND EXHIBITS IN SUPPORT OF MOTION FOR LEAVE** |

# **ORDER**

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Seal Motion for Leave and Exhibits in Support of Motion for Leave. Federal Rule of Civil Procedure 26(c) provides broad discretion for a trial court to permit sealing of court documents for, *inter alia*, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c). Having considered the motion and good cause existing:

IT IS HEREBY ORDERED that Rimini's Motion to Seal is GRANTED. The Clerk of the Court shall file under seal portions of Rimini's Motion for Leave to File Motion in Limine to Exclude OREX_0001, and of Exhibits A and B to the Motion for Leave.

Dated: _____

_____
Hon. Larry R. Hicks
United States District Judge