UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ORACLE USA, INC; a Colorado Corporation; ORACLE AMERICA INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>ORDER |

On September 16, 2021, Rimini Street, Inc. ("Rimini") moved this Court for leave to file a motion in limine to exclude an exhibit from the upcoming contempt and evidentiary hearing. ECF No. 1507. As this motion is filed but one business day before the hearing is set to begin, the Court has no meaningful way of reviewing Rimini's motion or setting an expedited briefing schedule to allow Oracle an opportunity to respond.

IT IS THEREFORE ORDERED that Rimini's motion for leave to file a motion in limine (ECF No. 1507) is **DENIED**. This Order in no way rules on the merits of Rimini's attached motion in limine; the parties will be permitted to argue any evidentiary issues during the hearing next week. However, the Court cautions the parties that any argument related to evidentiary issues will count toward their total trial time.

IT IS SO ORDERED.

DATED this 16th day of September, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1