UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ORACLE USA, INC., et al.,

              Plaintiffs,

v.

RIMINI STREET, INC., et al.,

              Defendants.

Case No. 2:10-cv-00106-LRH-VCF

MINUTE ORDER

September 17, 2021

**PRESENT:** THE HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

**DEPUTY CLERK:** NONE APPEARING     **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS**:

    On September 16, 2021, Rimini Street, Inc. moved this Court for leave to file a motion in limine to exclude an exhibit from the upcoming contempt and evidentiary hearing. That same day, the Court denied Rimini's motion finding that due to the late hour there was no meaningful way of reviewing Rimini's motion or setting an expedited briefing schedule to allow Oracle an opportunity to respond. ECF No. 1512. Rimini further motioned the Court to seal its motion.

    Good cause appearing, IT IS THEREFORE ORDERED that Rimini's motion to seal (ECF No. 1508) is **GRANTED**: the information to be sealed has been designated "Confidential" or "Highly Confidential Information- Attorneys' Eyes Only" under the operative protective order in this case and Rimini has narrowly tailored its request by filing redacted versions of the sealed filings in the public record.

    IT IS SO ORDERED.

DEBRA K. KEMPI, CLERK

By:     /s/

Deputy Clerk