**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation, et al., | Case #2:10-cv-00106-LRH-VCF |
| Plaintiff(s), | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| RIMINI STREET, INC., a Nevada Corporation, et al. | |
| Defendant(s). | FILING FEE IS $250.00 |

_____Corey R. Houmand_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

MORGAN, LEWIS & BOCKIUS LLP
(firm name)

with offices at _____1400 Page Mill Road_____,
(street address)

____Palo Alto____, ____California____, ____94304____,
(city)              (state)              (zip code)

____(650) 843-4000____, ____corey.houmand@morganlewis.com____.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____Oracle International Corp.____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 12/21/2009 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| U.S. Court of Appeals for the Tenth Circuit | January 12, 2010 | 268366 |
| U.S. Dist. Ct. - Northern District of California | July 26, 2011 | 268366 |
| U.S. Court of Appeals for the Federal Circuit | February 7, 2013 | 268366 |
| U.S. Court of Appeals for the 9th Circuit | February 11, 2014 | 268366 |
| U.S. Dist. Ct. - Central District of California | March 14, 2013 | 268366 |
| U.S. Dist. Ct. - Southern District of California | December 6, 2017 | 268366 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> California State Bar (Bar No. 268366)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

3

*Corey R Houmand*

4 STATE OF VIRGINIA   )    Petitioner's signature

5 COUNTY OF HAMPTON CITY   )

6

7      Corey R. Houmand    , Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

*Corey R Houmand*

9       Petitioner's signature

10 Subscribed and sworn to before me this

11

12   15th  day of   September  , 2021

13 *Jeannie Eunice Franks*

      Notary Public or Clerk of Court

JEANNIE EUNICE FRANKS
Electronic Notary Public
Commonwealth of Virginia
Registration № 7781177
My Commission Expires: April 30th, 2025

14

15 This notarial act was conducted via secured audiovisual technology.
https://www.NotaryNow.club

16 **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
**THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate   Richard J. Pocker  ,

19 (name of local counsel)

20 Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action. The address and email address of

21 said designated Nevada counsel is:

22

23   Boies Schiller Flexner LLP, 300 South Fourth Street, Suite 800  ,
(street address)

24

25   Las Vegas  ,   Nevada  ,   89101  ,
(city)     (state)     (zip code)

26   (702) 382-7300  ,   rpocker@bsfllp.com  .
(area code + telephone number)     (Email address)

27

28

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Richard J. Pocker_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

James C. Maroulis, Managing Counsel, Oracle
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

3568                              rpocker@bsfllp.com
Bar number                        Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

**The State Bar of California**

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105          888-800-3400          AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

September 22, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, COREY RAY HOUMAND, #268366 was admitted to the practice of law in this state by the Supreme Court of California on December 21, 2009 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Records

BOIES SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:  702.382.7300
Facsimile:  702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
WILLIAM A. ISAACSON (*pro hac vice*)
KAREN DUNN (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone:  202.223.7300
Facsimile:  202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:  415.442.1000
Facsimile:  415.442.1001
benjamin.smith@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:  650.506.4846
Facsimile:  650.506.7114
dorian.daley@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　Plaintiffs,<br>　　v.<br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br>　　　　Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**NOTICE OF CORRECTED DOCUMENT [ECF NO. 1511]** |

NOTICE OF CORRECTED DOCUMENT

DB3/ 204012846.1

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Oracle USA, Inc., Oracle America, Inc, and Oracle International, Corporation (together, "Oracle") hereby file this Notice of Corrected Document to correct ECF No. 1511, the "Motion/Verified Petition for Permission to Practice Pro Hac Vice by Corey Houmand and Designation of Local Counsel Richard Pocker". The certificate of good standing attached to ECF No. 1511 is incorrect.  The document attached to this Notice corrects this mistake and attaches the correct certificate of good standing.

DATED:  September 17, 2021           MORGAN, LEWIS & BOCKIUS LLP

By: _____*/s/ Benjamin P. Smith*_____
              Benjamin P. Smith

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

---

1

NOTICE OF CORRECTED DOCUMENT

DB3/ 204012846.1

## CERTIFICATE OF SERVICE

I certify that on September 17, 2021, I electronically transmitted the foregoing **NOTICE OF CORRECTED DOCUMENT [ECF NO. 1511]** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel are CM/ECF registrants.

Dated: September 17, 2021

MORGAN, LEWIS & BOCKIUS LLP

By: */s/ Benjamin P. Smith*
Benjamin P. Smith

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

ORACLE USA, INC., a Colorado corporation, et al.,

        Plaintiff(s),

   vs.

RIMINI STREET, INC., a Nevada Corporation, et al.

        Defendant(s).

Case #2:10-cv-00106-LRH-VCF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

        Corey R. Houmand, Petitioner, respectfully represents to the Court:
        (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

MORGAN, LEWIS & BOCKIUS LLP
(firm name)

with offices at    1400 Page Mill Road,
                   (street address)

Palo Alto, California, 94304,
(city)   (state)   (zip code)

(650) 843-4000, corey.houmand@morganlewis.com.
(area code + telephone number)   (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

Oracle International Corp. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __12/21/2009__, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of __California__ where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals for the Tenth Circuit | January 12, 2010 | 268366 |
| U.S. Dist. Ct. - Northern District of California | July 26, 2011 | 268366 |
| U.S. Court of Appeals for the Federal Circuit | February 7, 2013 | 268366 |
| U.S. Court of Appeals for the 9th Circuit | February 11, 2014 | 268366 |
| U.S. Dist. Ct. - Central District of California | March 14, 2013 | 268366 |
| U.S. Dist. Ct. - Southern District of California | December 6, 2017 | 268366 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)
None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
> None.

7. That Petitioner is a member of good standing in the following Bar Associations.

> California State Bar (Bar No. 268366)

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2 FOR THE PURPOSES OF THIS CASE ONLY.

*Corey R Houmand*
STATE OF **VIRGINIA** ~~XXXXXXXXXX~~ )
                                                                                   Petitioner's signature
COUNTY OF **HAMPTON CITY** ~~XXXXXXXXXX~~ )

7        Corey R. Houmand   , Petitioner, being first duly sworn, deposes and says:

8 That the foregoing statements are true.

*Corey R Houmand*
Petitioner's signature

10 Subscribed and sworn to before me this

11

12   15th  day of  September  , 2021

*Jeannie Eunice Franks*
Notary Public or Clerk of Court

JEANNIE EUNICE FRANKS
Electronic Notary Public
Commonwealth of Virginia
Registration № 7781177
My Commission Expires: April 30th, 2025

This notarial act was conducted via secured audiovisual technology.
https://www.NotaryNow.club

16 **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

17       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18 believes it to be in the best interests of the client(s) to designate   Richard J. Pocker  ,
                                                                                                  (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action.  The address and email address of

said designated Nevada counsel is:

  Boies Schiller Flexner LLP, 300 South Fourth Street, Suite 800  ,
(street address)

  Las Vegas  ,   Nevada  ,   89101  ,
(city)                                      (state)                               (zip code)

  (702) 382-7300  ,   rpocker@bsfllp.com  .
(area code + telephone number)          (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Richard J. Pocker_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

James C. Maroulis, Managing Counsel, Oracle
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

3568                                    rpocker@bsfllp.com
Bar number                              Email address

APPROVED:

Dated: this 17th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



**The State Bar of California**

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

August 26, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, COREY RAY HOUMAND, #268366 was admitted to the practice of law in this state by the Supreme Court of California on December 21, 2009 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*[signature]*

Alex Calderon
Custodian of Records