BOIES SCHILLER FLEXNER LLP
Richard J. Pocker (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone: 702.382.7300
Facsimile: 702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON LLP
William A. Isaacson (*pro hac vice*)
Karen Dunn (*pro hac vice*)
2001 K Street, NW
Washington, DC 20006
Telephone: 202.223.7300
Facsimile: 202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
Benjamin P. Smith (*pro hac vice*)
Sharon R. Smith (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA 94105
Telephone: 415.442.1000
Facsimile: 415.442.1001
benjamin.smith@morganlewis.com
john.polito@morganlewis.com
sharon.smith@morganlewis.com

ORACLE CORPORATION
Dorian Daley (*pro hac vice*)
James C. Maroulis (*pro hac vice*)
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone: 650.506.4846
Facsimile: 650.506.7114
dorian.daley@oracle.com
deborah.miller@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc.,*
*Oracle America, Inc. and Oracle International*
*Corp.*

GIBSON, DUNN & CRUTCHER LLP
Mark A. Perry (*pro hac vice*)
1050 Connecticut Avenue, N.W.
Washington, DC 11101
Telephone: 202.955.8500
mperry@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Jeffrey T. Thomas (*pro hac vice*)
Blaine H. Evanson (*pro hac vice*)
Joseph A. Gorman (*pro hac vice*)
Casey J. McCracken (*pro hac vice*)
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
jtthomas@gibsondunn.com
bevanson@gibsondunn.com
jgorman@gibsondunn.com
cmccracken@gibsondunn.com

GIBSON, DUNN & CRUTCHER LLP
Samuel G. Liversidge (*pro hac vice*)
Eric D. Vandevelde (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

RIMINI STREET, INC.
Daniel B. Winslow (*pro hac vice*)
6601 Koll Center Parkway, Suite 300
Pleasanton, CA 94566
Telephone: 925.264.7736
dwinslow@riministreet.com

RIMINI STREET, INC.
John P. Reilly (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: 336.908.6961
jreilly@riministreet.com

HOWARD & HOWARD ATTORNEYS
W. West Allen (Nevada Bar No. 5566)
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: 702.667.4843
wwa@h2law.com

*Attorneys for Defendants Rimini Street, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC.; a Colorado Corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>            Defendants. | Case No. 2:10-cv-0106-LRH-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRE-ADMISSION OF CERTAIN HEARING EXHIBITS**<br><br>Hearing Date: September 20, 2021 |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and Defendant Rimini Street, Inc. (collectively, "Parties") jointly submit this Stipulation and Proposed Order.

WHEREAS, on September 9, 2021, the Court strongly advised and encouraged the Parties to reach agreement to pre-admit exhibits for the evidentiary hearing scheduled to begin on September 20, 2021 (ECF No. 1503 at 6–7);

WHEREAS, the Parties have met and conferred regarding the admission of certain exhibits from each party's exhibit list;

WHEREAS, the Parties have agreed to withdraw their objections to certain exhibits and agree that they should be admitted at trial;

WHEREAS, the Parties reserve the right to object to an expert's testifying about any exhibit, including any pre-admitted exhibit, that is outside the scope of the expert's opinions as expressed in the expert's reports or deposition testimony;

THEREFORE, the Parties stipulate, and request that the Court order, that the exhibits listed on Exhibits A and B shall be deemed admitted into evidence for the purpose of the evidentiary hearing scheduled to begin on September 20, 2021.  The Parties have attempted in good faith to include only those exhibits they have agreed to pre-admit during meet and

confer negotiations.  The Parties reserve their right to object to exhibits included in error and to seek relief from the Court to correct that error, or to request that an inadvertently omitted exhibit be added to the stipulation.


Dated:  September 19, 2021

MORGAN, LEWIS & BOCKIUS LLP


By: /s/ Benjamin P. Smith
     Benjamin P. Smith

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.*


Dated:  September 19, 2021

GIBSON, DUNN & CRUTCHER LLP


By: /s/ Eric D. Vandevelde
     Eric D. Vandevelde

*Attorneys for Defendant Rimini Street, Inc.*


IT IS SO ORDERED.

Dated:  September __, 2021

_____
Hon. Larry R. Hicks
United States District Judge

STIPULATION AND [PROPOSED] ORDER REGARDING PRE-ADMISSION OF CERTAIN HEARING EXHIBITS
CASE NO. 2:10-CV-0106-LRH-VCF

1

**ATTESTATION OF FILER**

2        The signatories to this document are Eric D. Vandevelde and I, and I have obtained his

3   concurrence to file this document on his behalf.

4   Dated:  September 19, 2021

5                                               MORGAN, LEWIS & BOCKIUS LLP

6                                               By:   /s/ Benjamin P. Smith
                                                      Benjamin P. Smith
7
                                                *Attorneys for Plaintiffs Oracle USA, Inc., Oracle*
8                                               *America, Inc. and Oracle International Corp.*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING PRE-ADMISSION OF CERTAIN
HEARING EXHIBITS
CASE NO. 2:10-CV-0106-LRH-VCF

Exhibit A: Oracle's Exhibits for Pre-Admission

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0002 | RSI006850025 | RSI006850026 | 11/10/2018 | *Rimini I* Depo. Ex. 1833: Email From Ray Grigsby Re JD Edwards Injunction Compliance Notice |
| OREX_0004 | RSI007050433 | RSI007050433 | 11/27/2018 | Email from Barbara MacEachen to Shelley Blackmarr Re: FW: PSFT-G6 --  Status meeting- Updates |
| OREX_0005 | RSI007050439 | RSI007050439 | 11/27/2018 | CA_OVERTIME_ON_FLAT_SUM_BON US_R92.doc |
| OREX_0006 | RSI007050468 | RSI007050468 | 11/27/2018 | PA32EIT18D.doc |
| OREX_0007 | RSI007050469 | RSI007050469 | 11/27/2018 | PA32EIT18D.xls |
| OREX_0008 | RSI007050470 | RSI007050470 | 11/27/2018 | R92_Tax_Update_18-D_Notes.doc |
| OREX_0009 | RSI007050555 | RSI007050555 | 11/27/2018 | R92_Update_Image_28.doc |
| OREX_0010 | RSI007050563 | RSI007050563 | 11/27/2018 | USA_Fluid_WorkCenter_Objects.xls |
| OREX_0011 | RSI007050564 | RSI007050564 | 11/27/2018 | W-2___W-2c_Fluid_Objects.xls |
| OREX_0012 | RSI007050565 | RSI007050565 | 11/27/2018 | YE18US92D.docx |
| OREX_0013 | No Bates | No Bates | No date | FRE 1006 summary of data for Salesforce Case 161623 produced by Rimini during post-Injunction discovery (ECF No. 1474-3) |
| OREX_0014 | RSI006850037 | RSI006850038 | 11/13/2018 | *Rimini I* Depo Ex. 1832: Email from Jim Benge Re PeopleSoft Injunction Compliance Notice |
| OREX_0017 | RSI007115475 | RSI007115500 | 9/4/2018 | *Rimini I* Depo Ex. 1835: Rimini Street Computer Resources: Acceptable Use Policy and User Agreement |
| OREX_0019 | RSI006850039 | RSI006850041 | 11/6/2018 | *Rimini I* Depo Ex. 1831: Email from Seth Ravin to RSI - ALL, Re: MUST READ: The "on Again", "Off Again" Inunction is Now ON AGAIN - Atty Client Priv Comm |
| OREX_0021 | RSI007330441 | RSI007330456 | 1/25/2019 | Email from Don Sheffield Re: Need another 940 A GIF file |
| OREX_0022 | RSI007142189 | RSI007142192 | 1/28/2019 | Email from Jim Benge to Don Sheffield, Kim Martinez, Timothy Pringle, Susan Tahtaras and ccing others, Re: SF case 162054, Matheson Trucking |
| OREX_0023 | RSI007075263 | RSI007075281 | 1/24/2019 | RE: [PeopleSoft - Johnson Controls, Inc.]P2 - Production Impacted Case # 00161783 : W2 Printing for Box 14 - xmlp is off |
| OREX_0027 | RSI007421994 | RSI007422010 | 1/24/2019 | RE: [PeopleSoft - Johnson Controls, Inc.]P2 - Production Impacted Case # 00161783 : W2 Prinfing for Box 14 - xmlp is off |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0040 | ESNHI3-SUB00000218 | ESNHI3-SUB00000234 | 2/28/2018 | rsi1099i.sqr |
| OREX_0041 | ESNHI3-SUB00000235 | ESNHI3-SUB00000250 | 3/22/2018 | rsi1099m.sqr |
| OREX_0042 | ORCLRS0665229 | ORCLRS0665236 | 6/27/2003 | ECF No. 1469-13 (Vandevelde Ex. M) (Easter Seals PeopleSoft License Agreement) |
| OREX_0049 | RSI007899877 | RSI007899877 | No date | HCM200105_ENV SS_New Clients.xlsx |
| OREX_0050 | No Bates | No Bates | No date | ECF No. 1469-14 (PUSP-12669 – HCM200105 – US – Oregon Statewide Transit Payroll Tax Quarterly Reporting Eff 2018-10-31" from Rimini's Jira) |
| OREX_0051 | RSI006953986 | RSI006953986 | 7/19/2019 | ECF No. 1469-15 ("HCM200105 Dev Instructions [Final]," Ex. O to Rimini's OSC Response) |
| OREX_0052 | RSI007329092 | RSI007329093 | | ECF 1474-23 (Conversation with Sara Lu) |
| OREX_0053 | RSI006953986 | RSI006953986 | 9/23/2018 | HCM200105 Dev Instructions [Final].txt |
| OREX_0059 | RSI006850421 | RSI006850428 | No date | *Rimini I* Depo. Ex. 1841: JDE HR/Payroll Tax & Regulatory Release for the United States RS18JDE-US-P11 For Toledo, OH Notes Summary |
| OREX_0067 | ORCLRS0164131 | ORCLRS0164135 | 12/31/2002 | Giant Cement JDE License (PTX-0704 and available at Rimini II, ECF No. 925-14) |
| OREX_0072 | RSI007981483 | RSI007981532 | 11/28/2018 | JDE Tech Doc – US EFW2c 2018.docx |
| OREX_0080 | No Bates | No Bates | No date | BFC Ex. 041 RSI007981483 JDE Tech Doc - US EFW2c 2018.pdf |
| OREX_0081 | RSI007035817 | RSI007035818 | 1/25/2019 | [PeopleSoft - Smead Manufacturing Company] New Case Comment Notification: Case Number 00161188 |
| OREX_0082 | RSI007036586 | RSI007036587 | 1/25/2019 | [PeopleSoft - Randstad Professionals US, LP (SFN Group/Spherion)] New Case Comment Notification: Case Number 00160772 |
| OREX_0084 | RSI007200750 | RSI007200751 | 1/28/2019 | [PeopleSoft - Matheson Trucking, Inc.] New Case Comment Notification: Case Number 00162054 |
| OREX_0085 | RSI007200756 | RSI007200757 | 1/29/2019 | [PeopleSoft - Matheson Trucking, Inc.] New Case Comment Notification: Case Number 00162054 |
| OREX_0090 | ESNHI3-SUB00000208 | ESNHI3-SUB00000404 | 1/3/2019 | Email from Jeanie Ong to Jay Hoyt; Software Solutions, Re: Redelivery of 1099 Update RS18F07 for Easter Seals New Hampshire, Inc. with attachments |
| OREX_0094 | RSI007954243 | RSI007954309 | 00/00/2019 | TAX18E910-notes.docx |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0095 | RSI007954243 | RSI007954309 | 00/00/2019 | TAX18E910-notes.docx production metadata |
| OREX_0096 | RSI007954231 | RSI007954242 | 00/00/2019 | 2019 US Tax Table Updates.docx |
| OREX_0097 | RSI007954231 | RSI007954242 | 00/00/2019 | 2019 US Tax Table Updates.docx production metadata |
| OREX_0103 | No Bates | No Bates | No date | FRE 1006 summary of data for Salesforce Case 158235 produced by Rimini during post-Injunction discovery |
| OREX_0104 | No Bates | No Bates | No date | FRE 1006 summary of data for Salesforce Case 162214 produced by Rimini during post-Injunction discovery |
| OREX_0105 | No Bates | No Bates | No date | FRE 1006 summary of data for Salesforce Case 164037 produced by Rimini during post-Injunction discovery |
| OREX_0106 | No Bates | No Bates | No date | FRE 1006 summary of data for Salesforce Case 176859 produced by Rimini during post-Injunction discovery |
| OREX_0107 | No Bates | No Bates | 7/31/2021 | Declaration of Craig Mackereth ISO Rimini's Opposition to Oracle Motion for OSC (SEALED) [ECF # 1385-1] |
| OREX_0108 | No Bates | No Bates | 7/31/2021 | Declaration of Jim Benge ISO Rimini's Opposition to Oracle Motion for OSC (SEALED) [ECF # 1385-2] |
| OREX_0109 | No Bates | No Bates | 7/31/2021 | Declaration of Brenda Davenport ISO Rimini's Opposition to Oracle Motion for OSC (SEALED) [ECF # 1385-3] |
| OREX_0110 | No Bates | No Bates | 7/31/2021 | Declaration of Sudhir Kumar ISO Rimini's Opposition to Oracle Motion for OSC (SEALED) [ECF # 1385-4] |
| OREX_0141 | RSI007374245 | RSI007374246 | 2/14/2019 | FW: [JD Edwards - E1/OneWorld - Praxair, Inc.] New Case Comment Notification: Case Number 00136438 |
| OREX_0142 | ORCLRS1358420 | ORCLRS1358941 | | B4200311.c |
| OREX_0144 | RSI007455731 | RSI007455737 | 2/27/2019 | RE: [JD Edwards - E1/OneWorld - Praxair, Inc. ] New case comment notification. Case Number 00136438 |
| OREX_0147 | RSI007409524 | RSI007409532 | 12/6/2018 | RS18JDE-US-P09 - Notes Summary |
| OREX_0148 | RSI007401373 | RSI007401376 | 12/6/2018 | RE: 2018 W2 Year-End Update |
| OREX_0149 | RSI007409516 | RSI007409517 | 12/6/2018 | Internal Summary - Delivery Communication - RS18JDE-US-P09 [W2 & EFW2 2018 Year-end Update] |
| OREX_0213 | ORCLRS0046496 | ORCLRS0046496 | | getstdta.sqc |
| OREX_0214 | ORCLRS1360857 | ORCLRS1360857 | | tax922us.sqr |
| OREX_0215 | ORCLRS1360857 | ORCLRS1360857 | | paygl02.sqr |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0216 | ORCLRS1360857 | ORCLRS1360857 | | tax920us.sqr |
| OREX_0217 | ORCLRS1360857 | ORCLRS1360857 | | tax921us.sqr |
| OREX_0218 | ORCLRS1360857 | ORCLRS1360857 | | paygl02.sqr |
| OREX_0219 | ORCLRS1360858 | ORCLRS1360923 | | P06767--JD Edwards World A9.3.txt |
| OREX_0220 | ORCLRS1360924 | ORCLRS1360924 | 1/28/2020 | ORCLRS1360924 - R89078652.txt |
| OREX_0221 | ORCLRST00195795 | ORCLRST00195795 | No Date | psptaxdt.dms |
| OREX_0222 | ORCLRST00195795 | ORCLRST00195795 | No Date | gettxdta.sqc |
| OREX_0223 | ORCLRST00195795 | ORCLRST00195795 | No Date | tax920.sqr |
| OREX_0224 | ORCLRST00195795 | ORCLRST00195795 | No Date | tax923us.sqr |
| OREX_0225 | ORCLRST00195795 | ORCLRST00195795 | No Date | PSPTARRY.cbl |
| OREX_0226 | ORCLRS0046499-502, ORCLRS0046504-523, ORCLRS0046531-562 | ORCLRS0046499-502, ORCLRS0046504-523, ORCLRS0046531-562 | No Date | prvtsidx.plb |
| OREX_0227 | RSI007567905 | RSI007567905 | 9/5/2019 | psptaxdt.dms |
| OREX_0237 | RSI006952749 | RSI006952749 | 5/3/2019 | RSPCMPAY.cbl |
| OREX_0310 | ORCLRS0665229 | ORCLRS0665236 | 6/27/2003 | *Rimini II* Depo Ex. 110: Software License and Services Agreement (PeopleSoft) for Easter Seals New Hampshire, Inc. |
| OREX_0311 | ORCLRS0665212 | ORCLRS0665219 | 6/27/2003 | *Rimini II* Depo Ex. 111: Schedule #1 to the Software License and Services Agreement for Easter Seals New Hampshire, Inc. |
| OREX_0312 | RSI00003357 | RSI00003377 | 3/17/2009 | *Rimini II* Depo Ex. 112: Support Services Agreement for PeopleSoft Products for Easter Seals New Hampshire, Inc. |
| OREX_0313 | RSI2_000003952 | RSI2_000003952 | 3/6/2013 | *Rimini II* Depo Ex. 113: Amendment #1 to Support Services Agreement for Easter Seals New Hampshire, Inc. |
| OREX_0325 | ORCLRS0203412 | ORCLRS0203416 | 12/12/1997 | *Rimini II* Depo Ex. 689: Software License and Services Agreement between PeopleSoft and Matheson Trucking, Inc. |
| OREX_0381 | ORCLRSSPIRA00000024 | ORCLRSSPIRA00000024 | No date | *Rimini I* Depo Ex. 1839: Enter Release ID, or Update ID for IFT re HCM200347 |
| OREX_0382 | | RSI007466489 | 3/13/2019 | *Rimini I* Depo Ex. 1842: IM (Instant Message) Titled Conversation with Richard Dome between Ron Teegarden and Richard Dome |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0384 | RSI007175900-01 | RSI007175901 | 3/20/2019 | *Rimini I* Depo Ex. 1845: Email from Susan Tahtaras to Peggy Norman and Theresa Sherwood, Re: RS19P02 TUSS attached, with RS19P02_Tax Updates by Tax Update Group.xlsx (excerpts) attached |
| OREX_0400 | ORCLRS0203399 | ORCLRS0203400 | 12/12/1997 | Matheson Trucking Schedule One to the Software License and Services Agreement |
| OREX_0401 | ORCLRS0203394 | ORCLRS0203397 | 6/27/2002 | Matheson Trucking Schedule to the Software License and Services Agreement |
| OREX_0402 | ORCLRS0163095 | ORCLRS0163126 | 3/4/2009 | *Rimini II* ECF 905-2 (City of Eugene Software and Services Agreement) |
| OREX_0403 | ORCLRST00016122 | ORCLRST00016139 | 6/30/1995 | Johnson Controls, Inc. Software End User License and Services Agreement |
| OREX_0404 | ORCLRS1163506 | ORCLRS1163510 | 12/27/2002 | Spherion PeopleSoft 8 CRM Amendment to the Software License and Services Agreement between Spherion Corporation and PeopleSoft USA, Inc. |
| OREX_0405 | ORCLRS1163529 | ORCLRS1163532 | 3/24/1995 | Spherion Schedule One to the Software End User License and Service Agreement (PeopleSoft HRMS and Financials) |
| OREX_0406 | ORCLRS1163536 | ORCLRS1163537 | 3/24/1995 | Spherion Schedule Two to the Software End User License and Services Agreement (PeopleSoft Financials) |
| OREX_0407 | ORCLRS1163886 | ORCLRS1163893 | 9/18/2002 | Spherion Upgrade Amendment to the Software End User License and Services Agreement for Extended Enterprise Capabilities |
| OREX_0408 | ORCLRS1163616 | ORCLRS1163627 | 5/31/2006 | Spherion Oracle License and Services Agreement |
| OREX_0409 | ORCLRS1163680 | ORCLRS1163685 | 3/24/1995 | Spherion Software End User License and Services Agreement |
| OREX_0410 | ORCLRS1163812 | ORCLRS1163817 | 3/24/1995 | Spherion Software End User License and Services Agreement |
| OREX_0411 | ORCLRS1163611 | ORCLRS1163615 | 5/31/2006 | Spherion Ordering Document |
| OREX_0412 | ORCLRST00023753 | ORCLRST00023765 | 9/20/1996 | Smead Master Agreement |
| OREX_0413 | ORCLRS0665212 | ORCLRS0665219 | 6/27/2003 | Easter Seals Schedule #1 to the Software License and Services Agreement |
| OREX_0414 | ORCLRS1164847 | ORCLRS1164850 | 11/22/1996 | Oakland County Software Licenses and Services Agreement |
| OREX_0415 | ORCLRS1164530 | ORCLRS1164542 | 3/21/2002 | Oakland County Software License and Services Agreement |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0416 | ORCLRS1164823 | ORCLRS1164829 | 3/21/2002 | Oakland County Schedule #1 to the Software License and Services Agreement |
| OREX_0417 | ORCLRS1164869 | ORCLRS1164876 | 3/21/2002 | Oakland County Schedule #2 to the Software License and Services Agreement |
| OREX_0418 | ORCLRS1164677 | ORCLRS1164682 | 12/30/2003 | Oakland County Schedule #2 to the Software License and Services Agreement |
| OREX_0419 | ORCLRS1164602 | ORCLRS1164606 | 8/26/2005 | Oakland County Schedule to the Software License and Services Agreement (Enterprise Pricing) |
| OREX_0422 | No Bates | No Bates | 5/18/1995 | R.R. Donnelley & Sons Company Software End User License and Services Agreement |
| OREX_0423 | ORCLRS0353011 | ORCLRS0353012 | | Database license |
| OREX_0434 | ORCLRS0003143 | ORCLRS0003144 | 4/26/2007 | Copyright Reg. # TX 6-541-044 - Code Change for JD Edwards World A8.1 |
| OREX_0435 | ORCLRS0001994 | ORCLRS0001995 | 4/26/2007 | Copyright Reg. # TX 6-541-034 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.0 |
| OREX_0436 | ORCLRS0002590 | ORCLRS0002591 | 4/26/2007 | Copyright Reg. # TX 6-541-039 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.11 SP1 |
| OREX_0437 | ORCLRS0002779 | ORCLRS0002780 | 4/26/2007 | Copyright Reg. # TX 6-541-042 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.12 |
| OREX_0438 | ORCLRS0045589 | ORCLRS0045591 | 1/15/2010 | Copyright Reg. # TX 7-041-267 - Cumulative Update 1 for JDE EnterpriseOne 9.0 |
| OREX_0439 | ORCLRS0002987 | ORCLRS0002988 | 4/26/2007 | Copyright Reg. # TX 6-541-031 - Cumulative Update 16 for JD Edwards World A7.3 |
| OREX_0440 | ORCLRS0002302 | ORCLRS0002303 | 4/26/2007 | Copyright Reg. # TX 6-541-032 - Cumulative Update 2 for JD Edwards EnterpriseOne 8.10 |
| OREX_0441 | ORCLRS0045592 | ORCLRS0045593 | 1/15/2010 | Copyright Reg. # TX-7-041-278 - Cumulative Update 3 for JDE EnterpriseOne 8.12 |
| OREX_0442 | ORCLRS0003195 | ORCLRS0003196 | 5/1/2007 | Copyright Reg. # TX 6-545-421 - Cumulative Update 6 for JD Edwards World A8.1 |
| OREX_0443 | ORCLRS0001803 | ORCLRS0001804 | 4/26/2007 | Copyright Reg. # TX 6-541-048 - Cumulative Update 8 for JD Edwards EnterpriseOne Xe |
| OREX_0444 | ORCLRS0045158 | ORCLRS0045160 | 7/1/2009 | Copyright Reg. # TXu1-607-455 - Database of Documentary Customer Support Materials for J.D. Edwards Software |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0445 | ORCLRS0045155 | ORCLRS0045157 | 7/1/2009 | Copyright Reg. # TXu1-607-454 - Database of Documentary Customer Support Materials for PeopleSoft Software |
| OREX_0446 | ORCLRS0002556 | ORCLRS0002557 | 4/26/2007 | Copyright Reg. # TX 6-541-027 - ESU for JD Edwards EnterpriseOne 8.11 SP1 |
| OREX_0447 | ORCLRS0002746 | ORCLRS0002747 | 4/26/2007 | Copyright Reg. # TX 6-541-045 - ESU for JD Edwards EnterpriseOne 8.12 |
| OREX_0448 | ORCLRS0001903 | ORCLRS0001904 | 4/26/2007 | Copyright Reg. # TX 6-541-050 - Initial release of JD Edwards EnterpriseOne 8.0 |
| OREX_0449 | ORCLRS0002169 | ORCLRS0002170 | 4/26/2007 | Copyright Reg. # TX 6-541-038 - Initial release of JD Edwards EnterpriseOne 8.10 |
| OREX_0450 | ORCLRS0002327 | ORCLRS0002328 | 4/26/2007 | Copyright Reg. # TX 6-541-028 - Initial release of JD Edwards EnterpriseOne 8.11 |
| OREX_0451 | ORCLRS0002452 | ORCLRS0002453 | 4/26/2007 | Copyright Reg. # TX 6-541-040 - Initial release of JD Edwards EnterpriseOne 8.11 SP1 |
| OREX_0452 | ORCLRS0002642 | ORCLRS0002643 | 4/26/2007 | Copyright Reg. # TX 6-541-041 - Initial release of JD Edwards EnterpriseOne 8.12 |
| OREX_0453 | ORCLRS0002020 | ORCLRS0002021 | 4/26/2007 | Copyright Reg. # TX 6-541-049 - Initial release of JD Edwards EnterpriseOne 8.9 |
| OREX_0454 | ORCLRS0001718 | ORCLRS0001719 | 4/26/2007 | Copyright Reg. # TX 6-541-033 - Initial release of JD Edwards EnterpriseOne XE |
| OREX_0455 | ORCLRS0002831 | ORCLRS0002832 | 4/26/2007 | Copyright Reg. # TX 6-541-029 - Initial release of JD Edwards World A7.3 |
| OREX_0456 | ORCLRS0003039 | ORCLRS0003040 | 4/26/2007 | Copyright Reg. # TX 6-541-047 - Initial release of JD Edwards World A8.1 |
| OREX_0457 | ORCLRS0003247 | ORCLRS0003248 | 4/26/2007 | Copyright Reg. # TX 6-541-030 - Initial release of JD Edwards World A9.1 |
| OREX_0458 | ORCLRS0045586 | ORCLRS0045588 | 1/15/2010 | Copyright Reg. # TX 7-041-256 - Initial release of JDE EnterpriseOne 9.0 |
| OREX_0459 | ORCLRS0045594 | ORCLRS0045596 | 1/15/2010 | Copyright Reg. # TX 7-041-290 - Initial release of JDE World A9.2 |
| OREX_0460 | ORCLRS0952308 | ORCLRS0952309 | | Copyright Reg. # TX 5-222-106 - Oracle 8i Enterprise Edition, release 2 (8.1.6) |
| OREX_0461 | ORCLRS0952256 | ORCLRS0952257 | | Copyright Reg. # TX 5-673-282 - Oracle 9i Database Enterprise:  Edition Release 2 |
| OREX_0462 | ORCLRS0952310 | ORCLRS0952312 | | Copyright Reg. # TX 6-938-648 - Oracle Database 10g:  Release 1 |
| OREX_0463 | ORCLRS0952313 | ORCLRS0952314 | | Copyright Reg. # TX 6-942-003 - Oracle Database 10g:  Release 2 |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0464 | ORCLRS1176211 | ORCLRS1176212 | | Copyright Reg. # TX 7-324-157 - Oracle Database 11g Release 1 |
| OREX_0465 | ORCLRS1176213 | ORCLRS1176214 | | Copyright Reg. # TX 7-324-158 - Oracle Database 11g Release 2 |
| OREX_0466 | ORCLRS0044691 | ORCLRS0044692 | 12/15/1998 | Copyright Reg. # TX 4-792-576 - PeopleSoft 7.0 financials, distribution & manufacturing 7.0 |
| OREX_0467 | ORCLRS0035166 | ORCLRS0035169 | 9/27/2001 | Copyright Reg. # TX-5-456-777 - PeopleSoft 8 Customer Relationship Management |
| OREX_0468 | ORCLRS1176802 | ORCLRS1176805 | | Copyright Reg. # TX 5-456-778 - PeopleSoft 8 Customer Relationship Management PeopleBooks |
| OREX_0469 | ORCLRS0044683 | ORCLRS0044684 | 3/30/2001 | Copyright Reg. # TX 5-345-698 - PeopleSoft 8 EPM SP3 |
| OREX_0470 | ORCLRS0044697 | ORCLRS0044698 | 3/26/2001 | Copyright Reg. # TX 5-501-313 - PeopleSoft 8 FIN/SCM SP1 |
| OREX_0471 | ORCLRS1176705 | ORCLRS1176706 | | Copyright Reg. # TX 5-595-355 - PeopleSoft 8 FIN/SCM SPI PeopleBooks |
| OREX_0472 | ORCLRS1176229 | ORCLRS1176232 | | Copyright Reg. # TX 5-311-637 - PeopleSoft 8 Financials and Supply Chain Management PeopleBooks |
| OREX_0473 | ORCLRS0008499 | ORCLRS0008500 | 9/27/2001 | Copyright Reg. # TX-5-456-780 - PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 |
| OREX_0474 | ORCLRS1141883 | ORCLRS1141886 | | Copyright Reg. # TX 5-311-638 - PeopleSoft 8 HRMS PeopleBooks |
| OREX_0475 | ORCLRS0008506 | ORCLRS0008507 | 3/26/2001 | Copyright Reg. # TX 5-501-312 - PeopleSoft 8 HRMS SP1 |
| OREX_0476 | ORCLRS1176611 | ORCLRS1176612 | | Copyright Reg. # TX 5-456-781 - PeopleSoft 8 Promotions Management, Collaborative Supply Management, eRFQ,Supplier Connection, and Supply Chain Portal Pack PeopleBooks |
| OREX_0477 | ORCLRS1176806 | ORCLRS1176809 | | Copyright Reg. # TX 5-431-290 - PeopleSoft 8 Student Administration Solutions PeopleBooks |
| OREX_0478 | ORCLRS0044681 | ORCLRS0044682 | 3/20/2002 | Copyright Reg. # TX 5-493-450 - PeopleSoft 8.1 Customer Relationship Management |
| OREX_0479 | ORCLRS1176215 | ORCLRS1176218 | | Copyright Reg. # TX 5-733-209 - PeopleSoft 8.1 Customer Relationship Management PeopleBooks |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0480 | ORCLRS0044685 | ORCLRS0044690 | 3/11/2002 | Copyright Reg. # TX 5-485-839 - PeopleSoft 8.3 Enterprise Performance Management |
| OREX_0481 | ORCLRS1177867 | ORCLRS1177870 | | Copyright Reg. # TX 5-485-842 - PeopleSoft 8.3 Enterprise Performance Management PeopleBooks |
| OREX_0482 | ORCLRS0008501 | ORCLRS0008504 | 2/1/2002 | Copyright Reg. # TX 5-469-032 - PeopleSoft 8.3 HRMS |
| OREX_0483 | ORCLRS1177100 | ORCLRS1177105 | | Copyright Reg. # TX 5-469-031 - PeopleSoft 8.3 HRMS PeopleBooks |
| OREX_0484 | ORCLRS1176207 | ORCLRS1176210 | | Copyright Reg. # TX 5-586-236 - PeopleSoft 8.4 Customer Relationship Management PeopleBooks |
| OREX_0485 | ORCLRS0008529 | ORCLRS0008532 | 8/5/2002 | Copyright Reg. # TX-5-586-247 - PeopleSoft 8.4 Financials and Supply Chain Management |
| OREX_0486 | ORCLRS1176223 | ORCLRS1176226 | | Copyright Reg. # TX 5-586-246 - PeopleSoft 8.4 Financials and Supply Chain Management PeopleBooks |
| OREX_0487 | ORCLRS0008582 | ORCLRS0008585 | 6/11/2004 | Copyright Reg. # TX 6-015-317 - PeopleSoft 8.8 Customer Relationship Management |
| OREX_0488 | ORCLRS0008578 | ORCLRS0008581 | 6/11/2004 | Copyright Reg. # TX-5-993-616 - PeopleSoft 8.8 Enterprise Performance Management |
| OREX_0489 | ORCLRS0063639 | ORCLRS0063642 | 6/11/2004 | Copyright Reg. # TX 6-093-947 - PeopleSoft 8.8 HRMS |
| OREX_0490 | ORCLRS0045648 | ORCLRS0045650 | 2/24/2010 | Copyright Reg. # TX 7-077-451 - PeopleSoft Campus Solutions 8.9 |
| OREX_0491 | ORCLRS0045651 | ORCLRS0045653 | 2/24/2010 | Copyright Reg. # TX 7-077-460 - PeopleSoft Campus Solutions 9.0 |
| OREX_0492 | ORCLRS0045580 | ORCLRS0045581 | 2/10/2010 | Copyright Reg. # TX 7-063-664 - PeopleSoft Customer Relationship Management 8.8 SP1 |
| OREX_0493 | ORCLRS0045600 | ORCLRS0045602 | 2/10/2010 | Copyright Reg. # TX 7-063-664 - PeopleSoft Customer Relationship Management 8.8 SP1 |
| OREX_0494 | ORCLRS0045584 | ORCLRS0045585 | 2/10/2010 | Copyright Reg. # TX 7-063-668 - PeopleSoft Customer Relationship Management 8.9 |
| OREX_0495 | ORCLRS0045603 | ORCLRS0045605 | 2/10/2010 | Copyright Reg. # TX 7-063-668 - PeopleSoft Customer Relationship Management 8.9 |
| OREX_0496 | ORCLRS0045582 | ORCLRS0045583 | 2/10/2010 | Copyright Reg. # TX 7-065-371 - PeopleSoft Customer Relationship Management 9.0 |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0497 | ORCLRS0045630 | ORCLRS0045632 | 2/10/2010 | Copyright Reg. # TX 7-065-371 - PeopleSoft Customer Relationship Management 9.0 |
| OREX_0498 | ORCLRS0045578 | ORCLRS0045579 | 2/10/2010 | Copyright Reg. # TX 7-063-653 - PeopleSoft Customer Relationship Management 9.1 |
| OREX_0499 | ORCLRS0045597 | ORCLRS0045599 | 2/10/2010 | Copyright Reg. # TX 7-063-653 - PeopleSoft Customer Relationship Management 9.1 |
| OREX_0500 | ORCLRS0045612 | ORCLRS0045614 | 2/10/2010 | Copyright Reg. # TX 7-063-683 - PeopleSoft Enterprise Performance Management 8.8 SP2 |
| OREX_0501 | ORCLRS0045606 | ORCLRS0045608 | 2/10/2010 | Copyright Reg. # TX 7-063-672 - PeopleSoft Enterprise Performance Management 8.9 |
| OREX_0502 | ORCLRS0045609 | ORCLRS0045611 | 2/10/2010 | Copyright Reg. # TX 7-063-679 - PeopleSoft Enterprise Performance Management 9.0 |
| OREX_0503 | ORCLRS0044693 | ORCLRS0044696 | 11/20/2000 | Copyright Reg. # TX 5-291-439 - PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 |
| OREX_0504 | ORCLRS0045615 | ORCLRS0045617 | 2/10/2010 | Copyright Reg. # TX 7-063-688 - PeopleSoft Financials and Supply Chain Management 8.8 |
| OREX_0505 | ORCLRS0045618 | ORCLRS0045620 | 2/11/2010 | Copyright Reg. # TX 7-065-319 - PeopleSoft Financials and Supply Chain Management 8.8 SP1 |
| OREX_0506 | ORCLRS0045621 | ORCLRS0045623 | 2/11/2010 | Copyright Reg. # TX 7-065-332 - PeopleSoft Financials and Supply Chain Management 8.9 |
| OREX_0507 | ORCLRS0045624 | ORCLRS0045626 | 2/11/2010 | Copyright Reg. # TX 7-065-354 - PeopleSoft Financials and Supply Chain Management 9.0 |
| OREX_0508 | ORCLRS0045627 | ORCLRS0045629 | 2/11/2010 | Copyright Reg. # TX 7-065-357 - PeopleSoft Financials and Supply Chain Management 9.1 |
| OREX_0509 | ORCLRS0008314 | ORCLRS0008315 | 12/15/1998 | Copyright Reg. # TX 4-792-574 - PeopleSoft Financials, Distribution & Manufacturing 7.5 |
| OREX_0510 | ORCLRS0008380 | ORCLRS0008381 | 12/15/1998 | Copyright Reg. # TX 4-792-577 - PeopleSoft HRMS 7.0 |
| OREX_0511 | ORCLRS0008358 | ORCLRS0008359 | 12/15/1998 | Copyright Reg. # TX 4-792-575 - PeopleSoft HRMS 7.5 |
| OREX_0512 | ORCLRS0045633 | ORCLRS0045635 | 2/10/2010 | Copyright Reg. # TX 7-065-376 - PeopleSoft HRMS 8.8 SP1 |
| OREX_0513 | ORCLRS0045636 | ORCLRS0045638 | 2/10/2010 | Copyright Reg. # TX 7-065-381 - PeopleSoft HRMS 8.9 |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0514 | ORCLRS0045639 | ORCLRS0045641 | 2/10/2010 | Copyright Reg. # TX 7-065-386 - PeopleSoft HRMS 9.0 |
| OREX_0515 | ORCLRS0045642 | ORCLRS0045644 | 2/10/2010 | Copyright Reg. # TX 7-065-398 - PeopleSoft HRMS 9.1 |
| OREX_0516 | ORCLRS0045645 | ORCLRS0045647 | 2/24/2010 | Copyright Reg. # TX 7-077-447 - PeopleSoft Student Administration Solutions 8.0 SP1 |
| OREX_0517 | ORCLRS0008403 | ORCLRS0008404 | | Copyright Reg. # TX 4-792-578 - PeopleTools 7.5 |
| OREX_0518 | ORCLRS0008405 | ORCLRS0008406 | | Copyright Reg. # TX 5-266-221 - PeopleTools 8.10 |
| OREX_0519 | ORCLRS0008554 | ORCLRS0008555 | | Copyright Reg. # TX 5-586-248 - PeopleTools 8.4 |
| OREX_0520 | ORCLRS1177864 | ORCLRS1177865 | | Copyright Reg. # TX 5-586-249 - PeopleTools 8.4 PeopleBooks |
| OREX_0521 | ORCLRS1176219 | ORCLRS1176220 | 3/8/2010 | Copyright Reg. # TX 7-092-406 - PeopleTools 8.42 |
| OREX_0522 | ORCLRS1177098 | ORCLRS1177099 | 3/8/2010 | Copyright Reg. # TX 7-092-603 - PeopleTools 8.43 |
| OREX_0523 | ORCLRS1176513 | ORCLRS1176514 | 3/8/2010 | Copyright Reg. # TX 7-092-583 - PeopleTools 8.44 |
| OREX_0524 | ORCLRS1177106 | ORCLRS1177107 | 3/8/2010 | Copyright Reg. # TX 7-092-617 - PeopleTools 8.45 |
| OREX_0525 | ORCLRS1176510 | ORCLRS1176511 | 3/8/2010 | Copyright Reg. # TX 7-092-772 - PeopleTools 8.46 |
| OREX_0526 | ORCLRS1177862 | ORCLRS1177863 | 3/8/2010 | Copyright Reg. # TX 7-092-797 - PeopleTools 8.47 |
| OREX_0527 | ORCLRS1177087 | ORCLRS1177088 | 3/8/2010 | Copyright Reg. # TX 7-092-819 - PeopleTools 8.48 |
| OREX_0528 | ORCLRS1176508 | ORCLRS1176509 | 3/8/2010 | Copyright Reg. # TX 7-092-855 - PeopleTools 8.49 |
| OREX_0529 | ORCLRS1177860 | ORCLRS1177861 | 3/8/2010 | Copyright Reg. # TX 7-092-757 - PeopleTools 8.50 |
| OREX_0530 | ORCLRS0246204 | ORCLRS0246207 | 3/24/2011 | Copyright reg. # TX 7-324-157 - Oracle Database 11g Release 1 |
| OREX_0531 | ORCLRS0246208 | ORCLRS0246211 | 3/24/2011 | Copyright reg. # TX 7-324-158 - Oracle Database 11g Release 2 |
| OREX_0532 | ORCLRS0008450 | ORCLRS0008452 | 11/20/2000 | Copyright reg. # TX 5-291-440 - PeopleSoft HRMS 8.0 |
| OREX_0533 | ORCLRST00195347 | ORCLRST00195350 | 2/10/2016 | Copyright reg. # TX 8-151-289 - PeopleSoft Human Capital Management 9.2 |
| OREX_0534 | ORCLRST00195323 | ORCLRST00195326 | 2/10/2016 | Copyright reg. # TX 8-151-288 - PeopleSoft Financials and Supply Chain Management 9.2 |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0536 | ORCLRS0029649 | ORCLRS0029654 | 9/27/2001 | Copyright reg. # TX 5-456-777 - PeopleSoft 8 Customer Relationship Management |
| OREX_0537 | ORCLRS0045687 ORCLRST00195575 | ORCLRS0045689 ORCLRST00195577 | 3/10/2010 | Copyright reg. # TX 7-095-798 - PeopleSoft Portal Solutions 8.8 |
| OREX_0538 | ORCLRS0045684 ORCLRST00195791 | ORCLRS0045686 ORCLRST00195793 | 3/10/2010 | Copyright reg. # TX 7-095-777 - PeopleSoft Portal Solutions 9.0 |
| OREX_0539 | ORCLRS0045681 ORCLRST00423647 | ORCLRS0045683 ORCLRST00423650 | 3/10/2010 | Copyright reg. # TX 7-095-773 - PeopleSoft Portal Solutions 9.1 |
| OREX_0540 | ORCLRS1287093 | ORCLRS1287094 | 9/5/2000 | Copyright reg. # TX 5-266-221 - PeopleTools 8.10 |
| OREX_0541 | ORCLRS0045654 | ORCLRS0045656 | 3/8/2010 | Copyright reg. # TX 7-092-406 - PeopleTools 8.42 |
| OREX_0542 | ORCLRS0045660 | ORCLRS0045662 | 3/8/2010 | Copyright reg. # TX 7-092-603 - PeopleTools 8.43 |
| OREX_0543 | ORCLRS0045657 | ORCLRS0045659 | 3/8/2010 | Copyright reg. # TX 7-092-583 - PeopleTools 8.44 |
| OREX_0544 | ORCLRS0045663 | ORCLRS0045665 | 3/8/2010 | Copyright reg. # TX 7-092-617 - PeopleTools 8.45 |
| OREX_0545 | ORCLRS0045669 | ORCLRS0045671 | 3/8/2010 | Copyright reg. # TX 7-092-772 - PeopleTools 8.46 |
| OREX_0546 | ORCLRS0045672 | ORCLRS0045674 | 3/8/2010 | Copyright reg. # TX 7-092-797 - PeopleTools 8.47 |
| OREX_0547 | ORCLRS0045675 | ORCLRS0045677 | 3/8/2010 | Copyright reg. # TX 7-092-819 - PeopleTools 8.48 |
| OREX_0548 | ORCLRS0045678 | ORCLRS0045680 | 3/8/2010 | Copyright reg. # TX 7-092-855 - PeopleTools 8.49 |
| OREX_0549 | ORCLRS0045666 | ORCLRS0045668 | 3/8/2010 | Copyright reg. # TX 7-092-757 - PeopleTools 8.50 |
| OREX_0550 | ORCLRST00195395 | ORCLRST00195398 | 2/10/2016 | Copyright reg. # TX 8-151-294 - PeopleSoft PeopleTools 8.52 |
| OREX_0551 | ORCLRST00195419 | ORCLRST00195422 | 2/10/2016 | Copyright reg. # TX 8-151-292 - PeopleSoft PeopleTools 8.53 |
| OREX_0552 | ORCLRST00194733 | ORCLRST00194736 | 11/12/2015 | Copyright reg. # TX 8-116-321 - Electronic Software Update JM16587 for JD Edwards EnterpriseOne 9.1 |
| OREX_0553 | ORCLRST00194758 | ORCLRST00194761 | 11/12/2015 | Copyright reg. # TX 8-116-317 - Electronic Software Update JM16600 for JD Edwards EnterpriseOne 9.1 |
| OREX_0554 | ORCLRST00194792 | ORCLRST00194795 | 11/12/2015 | Copyright reg. # TX 8-116-314 - Electronic Software Update JM17007 for JD Edwards EnterpriseOne 9.1 |

| Oracle OSC Exhibit No. | Beg Bates | End Bates | Doc Date | Oracle Description |
|---|---|---|---|---|
| OREX_0555 | ORCLRST00194829 | ORCLRST00194832 | 12/21/2015 | Copyright reg. # TX 8-130-597 - Electronic Software Update JN10058 for JD Edwards EnterpriseOne 9.2 |
| OREX_1337 | RSI007285471 | RSI007285471 | 3/27/2019 | psptaxdt.dms |
| OREX_1342 | No Bates | No Bates | No date | FRE 1006 summary of data for Salesforce Case 157154 produced by Rimini during post-Injunction discovery |

Exhibit B - Rimini's Exhibits for Pre-Admission

| Rimini OSC Exhibit No. | Rimini Description | Beg Bates | End Bates | Doc Date |
|---|---|---|---|---|
| DTX-0017 | Aug. 23, 2018 email from D. Winslow with subject "IMPORTANT NOTICE FROM LEGAL - Must Read - Oracle Litigation Injunction Notice," *Rimini I* Dep. Ex. 1830 | RSI006850028 | RSI006850034 | 2018.08.23 |
| DTX-0018 | Nov. 6, 2018 email from S. Ravin with subject "MUST READ:  The 'On Again', 'Off Again' Injunction is Now ON AGAIN - Atty Client Priv Comm," Rimini I Dep. Ex. 1831 | RSI006850039 | RSI006850041 | 2018.11.06 |
| DTX-0019 | Nov. 13, 2018 email from J. Benge with subject "PeopleSoft Injunction Compliance Notice," Rimini I Dep. Ex. 1832 | RSI006850037 | RSI006850038 | 2018.11.13 |
| DTX-0020 | Nov. 10, 2018 email from R. Grigsby with subject "JD Edwards Injunction Compliance Notice," *Rimini I* Dep. Ex. 1833 | RSI006850025 | RSI006850026 | 2018.11.10 |
| DTX-0021 | Permanent Injunction, ECF No. 1166 | RSI006850031 | RSI006850034 | 2018.08.15 |
| DTX-0025 | Document entitled "RSI Acceptable Use Policy.docx," Rimini I Dep. Ex. 1835 | RSI007115475 | RSI007115500 | 2018.09.04 |
| DTX-0043 | Personal Services Contract - Computer Software Support Agreement between The City of Eugene and Rimini Street, Inc. | RSI2_015192399 | RSI2_015192418 | 2007.06.28 |
| DTX-0044 | Amendment 5 to Personal Services Contract - Computer Software Support Agreement between Rimini Street, Inc. and The City of Eugene | | | 2017.07.13 |
| DTX-0100 | Nov. 27, 2018 email chain with subject "FW: PSFT-G6 -- Status meeting- Updates," *Rimini I* Dep. Ex. 1852 | RSI007050433 | RSI007050438 | 2018.11.27 |
| DTX-0112 | File with filename "psptaxdt.dms" | RSI007285471 | RSI007285471 | |
| DTX-0200 | Screenshots of electronic record US-Bundle Test - RS19P02_Bundle_MAT (Spira) | | | |
| DTX-0201 | Document entitled "HCM200049_ApplyUpdateProcess.log" | RSI006972580 | RSI006972580 | 2019.01.29 |
| DTX-0233 | Support Services Agreement for PeopleSoft Products between Rimini Street, Inc. and Matheson Trucking, Inc., *Rimini II* Dep. Ex. 690 | RSI06801024 | RSI06801039 | 2010.12.07 |
| DTX-0234 | Amendment No. 1 to Support Services Agreement for PeopleSoft Products between Rimini Street, Inc. and Matheson Trucking, Inc., *Rimini II* Dep. Ex. 691 | MAT000001 | MAT000002 | 2013.12.20 |
| DTX-0235 | Document with title "RS19P02 - Notes Summary" for Matheson Trucking | RSI006839670 | RSI006839706 | 2019.04.11 |
| DTX-0236 | Jan. 28, 2019 email chain with subject "RE: SF case 162054, Matheson Trucking" | RSI007142189 | RSI007142192 | 2019.01.28 |
| DTX-0300 | Screenshots of electronic record PUSP-12323 (Jira) | | | |
| DTX-0301 | Screenshots of electronic record PUSP-12835 (Jira) | | | |
| DTX-0302 | Jan. 24, 2019 email chain with subject "RE: [PeopleSoft - Johnson Controls, Inc.]P2 - Production Impacted Case # 00161783 : W2 Printing for Box 14 - xmlp is off" | RSI007075263 | RSI007075281 | 2019.01.24 |
| DTX-0303 | Jan. 24, 2019 email chain with subject "RE: [PeopleSoft - Johnson Controls, Inc.]P2 - Production Impacted Case # 00161783 : W2 Prinfing for Box 14 - xmlp is off" | RSI007421994 | RSI007422010 | 2019.01.24 |

Exhibit B - Rimini's Exhibits for Pre-Admission

| Rimini OSC Exhibit No. | Rimini Description | Beg Bates | End Bates | Doc Date |
|---|---|---|---|---|
| DTX-0400 | Screenshots of electronic record RS19P02_Bundle_SME (Spira) | | | |
| DTX-0401 | Screenshots of electronic record PUSP-11878 (Jira) | | | |
| DTX-0402 | Document entitled "HCM200049_ApplyUpdateProcess.log" | RSI006932244 | RSI006932246 | 2019.01.29 |
| DTX-0403 | Jan. 23, 2019 document entitled "HCM200049_ApplyUpdateProcess.log" | RSI006972588 | RSI006972588 | 2019.01.23 |
| DTX-0404 | Document entitled "HCM200049_ApplyUpdateProcess.log" | RSI006972589 | RSI006972589 | 2019.01.25 |
| DTX-0412 | Jan. 25, 2019 email chain with subject "RE: Need another 940 A GIF file" | RSI007330441 | RSI007330456 | 2019.01.25 |
| DTX-0414 | Document entitled "HCM200049 TECH Client DOC artifact.docx" | RSI007330535 | RSI007330537 | 2019.01.28 |
| DTX-0416 | Screenshots of electronic record PUSP-14120 (Jira) | | | |
| DTX-0417 | Screenshots of Attachment A (2018940A.gif) to electronic record PUSP-14120 (Jira) | | | |
| DTX-0418 | Screenshots of Attachment B (2018940AI.gif) to electronic record PUSP-14120 (Jira) | | | |
| DTX-0419 | File with file name "rsi940a.sqr" (Calendar year 2019 version of rsi940a.sqr) | RSI007297887 | RSI007297887 | 2019.01.25 |
| DTX-0420 | File with file name "rsi940a.sqr" (Calendar year 2018 version of rsi940a.sqr) | RSI006952808 | RSI006952808 | 2019.01.05 |
| DTX-0423 | Document with title "RS19P02 - Notes Summary" for Smead Manufacturing Company | RSI006841166 | RSI006841210 | |
| DTX-0500 | ORACLE, "PeopleSoft SQL API for Batch COBOL," https://docs.oracle.com/cd/F13810_02/hcm92pbr29/eng/h cm/hpay/task_PeopleSoftSQLAPIforBatchCOBOL-3e3d61 html?pli=ul_d209e490_hpay (formerly available at https://docs.oracle.com/cd/E39904_01/hcm92pbr0/eng/hc m/hpay/task_PeopleSoftSQLAPIforBatchCOBOL-3e3d61 html) | | | |
| DTX-0501 | File with file name "RSPCMPAY.cbl" | RSI006952749 | RSI006952749 | |
| DTX-0502 | File with file name "PSPTARRY.cbl" | ORCLRST00195795 | ORCLRST00195795 | |
| DTX-0600 | Document entitled "Financials and Supply Chain Management – Release for the United States – RS18F07 – Notes Summary," produced by Easter Seals New Hampshire, Inc. | ESNHI3-SUB00000612 | ESNHI3-SUB00000620 | |
| DTX-0601 | FSCM100130_100131_PUSS-1664_8.8_EAS | | | |
| DTX-0602 | Technical Specification for FSCM100126 (DevTrack) | | | |
| DTX-0603 | Technical Specification for FSCM100127 (DevTrack) | | | |
| DTX-0604 | Technical Specification for FSCM100130 (DevTrack) | | | |
| DTX-0605 | Screenshots of "Overview" electronic record "FSCM100126_PUSS_1268_EAS" (Spira) | | | |
| DTX-0606 | Screenshots of "Overview" electronic record "FSCM100127_PUSS_1267_1269_EAS" (Spira) | | | |
| DTX-0607 | Screenshots of "Overview" electronic record "FSCM100130_100131_PUSS-1664_8.8_EAS" (Spira) | | | |

Exhibit B - Rimini's Exhibits for Pre-Admission

| Rimini OSC Exhibit No. | Rimini Description | Beg Bates | End Bates | Doc Date |
|---|---|---|---|---|
| DTX-0608 | Software License and Services Agreement between PeopleSoft USA, Inc. and Easter Seals New Hampshire, Inc., *Rimini I* Dep. Ex. 1811 | ORCLRS0665229 | ORCLRS0665236 | 2003.06.27 |
| DTX-0610 | Jan. 3, 2019 email chain with subject "RE Redelivery of 1099 Update RS18F07 for Easter Seals New Hampshire Inc .msg" | ESNHI3-SUB00000208 | ESNHI3-SUB00000209 | 2019.01.13 |
| DTX-0611 | File with file name "FSCM100130_1.DMS" | ESNHI3-SUB00000210 | ESNHI3-SUB00000210 | |
| DTX-0612 | File with file name "FSCM100130_2.DMS" | ESNHI3-SUB00000211 | ESNHI3-SUB00000211 | |
| DTX-0613 | File with file name "RS18F07.DMS" | ESNHI3-SUB00000212 | ESNHI3-SUB00000212 | |
| DTX-0614 | File with file name "rsfif_18.gif" | ESNHI3-SUB00000213 | ESNHI3-SUB00000213 | |
| DTX-0615 | File with file name "rsfii_18.gif" | ESNHI3-SUB00000214 | ESNHI3-SUB00000214 | |
| DTX-0616 | File with file name "rsfii2_18.gif" | ESNHI3-SUB00000215 | ESNHI3-SUB00000215 | |
| DTX-0617 | File with file name "rsfmf_18.gif" | ESNHI3-SUB00000216 | ESNHI3-SUB00000216 | |
| DTX-0618 | File with file name "rsfmi_18.gif" | ESNHI3-SUB00000217 | ESNHI3-SUB00000217 | |
| DTX-0619 | File with file name "rsi1099i.sqr" | ESNHI3-SUB00000218 | ESNHI3-SUB00000234 | |
| DTX-0620 | File with file name "rsi1099m.sqr" | ESNHI3-SUB00000235 | ESNHI3-SUB00000250 | |
| DTX-0709 | ORACLE, Working with User Defined Codes, ORACLE HELP CENTER, https://docs.oracle.com/cd/E17984_01/doc.898/e14721/user_defined_codes.htm | | | |
| DTX-0710 | OneWorld Integrated Toolset Highlights, J.D. Edwards (1995), https://web.archive.org/web/19970417210731/http://www.jdedwards.com/gifs/pdf/oneworldtoolset.pdf | | | |
| DTX-0712 | Aug. 31, 2000 Software license, Services and Maintenance Agreement between J. D. Edwards and Alps Electric (North America), Inc., *Rimini I* Dep. Ex. 1871 | ORCLRS0212607 | ORCLRS0212612 | 2000.08.31 |
| DTX-0713 | Oracle License and Services Agreement between Oracle USA, Inc. and Reflexite Corporation, dated Nov. 13, 2007, and accompanying documents | ORCLRS0339721 | ORCLRS0339823 | 2007.11.13 |
| DTX-0714 | Oracle License And Services Agreement between Oracle USA, Inc. and Master Halco Inc., dated May 31, 2007, and accompanying documents | ORCLRS1174675 | ORCLRS1174730 | 2007.05.31 |
| DTX-0715 | Oracle License and Services Agreement between Oracle USA, Inc. and Pride International [Seahawk Drilling], dated Feb. 23, 2008, and accompanying documents | ORCLRS1316360 | ORCLRS1316422 | 2008.02.23 |

| Rimini OSC Exhibit No. | Rimini Description | Beg Bates | End Bates | Doc Date |
|---|---|---|---|---|
| DTX-0717 | June 27, 2002 Software License and Services Agreement between PeopleSoft Canada Co. and Future Electronics Inc., *Rimini II* Dep. Ex. 3069 | ORCLRST00001435 | ORCLRST00001441 | 2002.06.27 |
| DTX-0718 | Oracle License and Services Agreement between Oracle Corporation Canada Inc. and World Vision Canada, dated Oct. 31, 2007, and accompanying documents | ORCLRST00021360 | ORCLRST00021427 | 2007.10.31 |
| DTX-0722 | Oracle License and Services Agreement between Oracle America, Inc. and Wm Bolthouse Farms, Inc., dated Feb. 26, 2010 | ORCLRST00405684 | ORCLRST00405696 | 2010.02.25 |
| DTX-0725 | Oracle License and Services Agreement between Oracle America, Inc. and Baxter Healthcare Corp., dated Jul. 8, 2010, and accompanying documents | ORCLRST01388830 | ORCLRST01388875 | 2010.07.08 |
| DTX-0726 | Oracle Master Agreement between Oracle America, Inc. and Hutton Communications, dated May 12, 2014 | ORCLRST01393940 | ORCLRST01393948 | 2014.05.12 |
| DTX-0727 | Oracle Master Agreement between Oracle America, Inc and Southern States Cooperative Inc., dated Feb. 28, 2013, and accompanying documents | ORCLRST01401277 | ORCLRST01401290 | 2013.02.28 |
| DTX-0728 | Oracle License and Services Agreement between Vulcan Information Packaging and Oracle America, Inc., dated Nov. 28, 2012 | ORCLRST01403476 | ORCLRST01403501 | 2012.11.28 |
| DTX-0729 | Oracle License and Services Agreement between Oracle USA, Inc. and Praxair, Inc. | ORCLRST01409269 | ORCLRST01409295 | 2008.02.29 |
| DTX-0803 | Australian Bureau of Statistics license (effective date April 29, 2008) | ORCLRS1360925 | ORCLRS1360939 | 2008.04.29 |
| DTX-0804 | Australian Bureau of Statistics license (effective date August 24, 2007) | ORCLRS1360940 | ORCLRS1360954 | 2007.08.24 |
| DTX-0900 | File R89078652 | ORCLRS1360924 | ORCLRS1360924 | |
| DTX-0901 | Document entitled "JDE Tech Doc - US EFW2c 2018.docx" | RSI007981483 | RSI007981532 | |
| DTX-1000 | Jira PUSP-11888 | | | |
| DTX-1002 | Screenshots of electronic record "PUSP-12669 – HCM200105 – US – Oregon Statewide Transit Payroll Tax Quarterly Reporting Eff 2018-10-31" (Jira) | | | |
| DTX-1004 | Document entitled "HCM200105_ENV SS_New Clients" | RSI007899877 | RSI007899877 | |
| DTX-1005 | Document entitled "Human Capital Management for PeopleSoft - Tax & Regulatory Release for the United States - RS19P04 - Notes Summary" (HSP) | RSI007965006 | RSI007965047 | |
| DTX-1006 | Document entitled "Human Capital Management for PeopleSoft - Tax & Regulatory Release for the United States - RS19P04 - Notes Summary" (RKF) | RSI007970450 | RSI007970491 | |
| DTX-1007 | File with file name "HCM200105.DMS" | RSI007981849 | RSI007981849 | 2018.09.24 |
| DTX-1008 | File with file name "rsiqtrtx.sqr" | RSI007226382 | RSI007226382 | 2019.09.96 |
| DTX-1009 | Record of JobNbr a4189bb522ac4afd88c668110d88ed17 (HSP_Apply Update_20190903) | RSI_AFW005 | RSI_AFW005 | |
| DTX-1010 | Record of JobNbr a4189bb522ac4afd88c668110d88ed17 (HSP_Output Return_20190903) | RSI_AFW005 | RSI_AFW005 | |

Exhibit B - Rimini's Exhibits for Pre-Admission

| Rimini OSC Exhibit No. | Rimini Description | Beg Bates | End Bates | Doc Date |
|---|---|---|---|---|
| DTX-1011 | Record of JobNbr 245a930667f04bbfac909e5cd9414934 (HSP_Apply Update_20190904) | RSI_AFW005 | RSI_AFW005 | |
| DTX-1012 | Record of JobNbr 245a930667f04bbfac909e5cd9414934 (HSP_Output Return_20190904) | RSI_AFW005 | RSI_AFW005 | |
| DTX-1013 | Record of JobNbr 7ed30540893c4f709c0329e42a78b40c (RKF_Apply Update_20190903) | RSI_AFW005 | RSI_AFW005 | |
| DTX-1014 | Record of JobNbr 7ed30540893c4f709c0329e42a78b40c (RKF_Output Return_20190903) | RSI_AFW005 | RSI_AFW005 | |
| DTX-1015 | Record of JobNbr c7f24e1c4a2544deb90047d07313ed60 (RKF_Apply Update_20190904) | RSI_AFW005 | RSI_AFW005 | |
| DTX-1016 | Record of JobNbr c7f24e1c4a2544deb90047d07313ed60 (RKF_Output Return_20190904) | RSI_AFW005 | RSI_AFW005 | |
| DTX-1017 | Record of JobNbr a4ad70d1fd8a490bb4d5dba1e969c9d4 (RKF_Apply Update_20190906) | RSI_AFW005 | RSI_AFW005 | |
| DTX-1018 | Record of JobNbr a4ad70d1fd8a490bb4d5dba1e969c9d4 (RKF_Output Return_20190906) | RSI_AFW005 | RSI_AFW005 | |