UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>　　　　　Defendants. | Case No.: 2:10-cv-00106-LRH-VCF<br><br>AMENDED<br>MINUTES OF PROCEEDINGS<br><br>DATE: 09/20/2021 |

PRESENT:　　　　　　　LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

Deputy Clerk:　　　　　　Katie Lynn Sutherland

Reporter:　　　　　　　　Margaret Griener

Counsel for Plaintiffs:　　　Richard J. Pocker, Esq. and Benjamin P. Smith

Counsel for Defendants:　　W. West Allen, Esq., and Eric Vandevelde, Esq.

PROCEEDINGS: **Hearing on Contempt and Evidentiary Hearing – DAY 1**

9:07 a.m.　　　The Court convenes in open court with counsel present.

Mr. Pocker introduces appearances on behalf of Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. ("Oracle"): Benjamin P. Smith, Esq., William Isaacson, Esq., Jessica Phillips, Esq., Sharon R. Smith, Esq., Corey Houmand, Esq., and Zachary S. Hill, Esq.

Mr. Allen and Mr. Vandevelde introduces appearances on behalf of Defendant Rimini Street, Inc.: Samuel Liversidge, Esq., Ilissa Samplin, Esq., and Casey McCracken, Esq.

The Court and counsel discuss preliminary matters.

IT IS ORDERED that the parties' Stipulation Regarding Pre-Admission of Certain Hearing Exhibits (ECF No. 1516), is APPROVED.  The exhibits identified in ECF No. 1516 are hereby ADMITTED.

| | | |
|---|---|---|
| 9:18 a.m. | | Opening statements on behalf of Oracle presented by Mr. Pocker. |
| 10:20 a.m. | | The Court stands at recess for the morning break. |
| 10:42 a.m. | | Court reconvenes in open court with counsel present. |

10:43 a.m.      Opening statements on behalf of Defendant Rimini presented by Mr. Vandevelde.

| | | |
|---|---|---|
| 11:46 a.m. | | The Court stands at recess for the lunch break. |
| 1:17 p.m. | | The Court reconvenes in open court with counsel present. |

**Barbara Frederiksen-Cross**, called on behalf of Oracle, is sworn and testifies under direct examination by Mr. Smith.

Plaintiffs' Exhibit OREX_0020 is admitted into evidence subject to defendant's objection.

Defendant's Exhibit DTX-0110 is admitted into evidence.

| | | |
|---|---|---|
| 3:08 p.m. | | The Court stands at recess for the afternoon break. |
| 3:27 p.m. | | The Court reconvenes in open court with counsel present. |

Ms. Frederiksen-Cross retakes the witness stand and continues testifying under direct examination by Mr. Smith.

Plaintiffs' Exhibits OREX_0098, OREX_0099, OREX_100, OREX_0231, OREX_0201, OREX_0233, OREX_0232, OREX_0229, OREX_0214, OREX_0234, OREX_0235, OREX_0236 are admitted into evidence.

Plaintiff' Exhibits OREX_0203, OREX_0202, OREX_0199, OREX_0175 are admitted into evidence subject to defendant's objection related to the OREX_0020.

The Court hears argument related to Mr. Vandevelde's objection on behalf of Rimini to Ms. Frederiksen's testimony related to her reports and advises counsel the arguments will be taken under advisement and will make a ruling on the objection tomorrow when court reconvenes for day 2.

IT IS ORDERED that this proceeding shall resume on Tuesday, September 21, 2021, at 9:00 a.m. before District Judge Larry R. Hicks in Reno Courtroom 3.

///

///

_____
AMENDED MINUTES OF PROCEEDINGS DATE: 09/20/2021 - 2

4:55 p.m.  The Court is in recess.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Katie Lynn Sutherland, Deputy Clerk