UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>        Defendants. | Case No.: 2:10-cv-00106-LRH-VCF<br><br>MINUTES OF PROCEEDINGS<br><br>DATE: 09/21/2021 |

PRESENT: <u>LARRY R. HICKS, UNITED STATES DISTRICT JUDGE</u>

Deputy Clerk: <u>Katie Lynn Sutherland</u>

Reporter: <u>Margaret Griener</u>

Counsel for Plaintiffs: <u>Benjamin P. Smith, Esq.</u>

Counsel for Defendants: <u>Eric Vandevelde, Esq.</u>

PROCEEDINGS: **Hearing on Contempt and Evidentiary Hearing – DAY 2**

9:02 a.m.    The Court convenes in open court with counsel present.

The Court begins with addressing the objection raised by Mr. Vandevelde during Ms. Frederiksen-Cross' testimony under direct examination from the previous afternoon. The Court notes it is in receipt and has reviewed the points and authorities in support of each parties' respective position (ECF Nos. 1518 and 1519). The Court is not inclined to grant additional time for further oral argument on the subject matter.

After consideration of the parties' arguments, Rimini's objection raised during Ms. Frederiksen-Cross' testimony on 09/20/2021 is OVERRULED.

IT IS THEREFORE ORDERED, "Rimini's Renewed Motion to Exclude Undisclosed Opinion of Barbara Frederiksen-Cross" (ECF No. 1518) is DENIED.

9:06 a.m.       Ms. Frederiksen-Cross retakes the witness stand and continues under direct examination by Mr. Smith.

10:26 a.m.      The Court stands at recess for the morning break.

10:50 a.m.      The Court reconvenes in open court with counsel present.

Ms. Frederiksen-Cross retakes the witness stand and continues under direct examination by Mr. Smith.

Oracle Exhibit OREX_1341 is admitted into evidence.

Mr. Smith identifies Oracle Exhibits OREX_0048, OREX_0092 and OREX_0060 and are to be used for demonstrative purposes only relative to this hearing.

11:52 a.m.      The Court stands at recess for the lunch break.

1:19 p.m.       Court reconvenes in open court with counsel present.

   The Court and counsel address the admission of Oracle's exhibit OREX_0127.  After hearing respective arguments from counsel, the Court finds the exhibit to be admissible.  Therefore, OREX_0127 is admitted into evidence.

1:23 p.m.       The Court reconvenes in open court with counsel present.

Ms. Frederiksen-Cross retakes the witness stand and continues under direct examination by Mr. Smith.

Oracle Exhibits OREX_0127, OREX_0058, and OREX_0228 are admitted into evidence.

Oracle Exhibits OREX_0212, OREX_0174 are admitted into evidence subject to defendant's objection related to OREX_0020.

2:43 p.m.       The Court stands at recess for the afternoon break.

3:05 p.m.       The Court reconvenes in open court with counsel present.

Ms. Frederiksen-Cross retakes the witness stand, and Mr. Vandevelde begins cross examination of the witness.

Defendant's Exhibit DTX-0041 is admitted into evidence.

///

_____
MINUTES OF PROCEEDINGS DATE: 09/21/2021 - 2

Mr. Vandevelde identifies Defendant's Exhibit DTX-0041(a) explaining it is an excerpt of DTX-0041 and is intended to be used for demonstrative purposes. Additionally, DTX-0306 is used for demonstrative purposes only.

The Court and counsel address expert demonstratives. Counsel are advised that it is the practice before this Court for counsel to provide expert demonstratives, at minimum, one (1) day before the expert testifies.

IT IS ORDERED that this proceeding shall resume on Wednesday, September 22, 2021, at 9:00 a.m. before District Judge Larry R. Hicks in Reno Courtroom 3.

4:38 p.m. The Court is in recess.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Katie Lynn Sutherland, Deputy Clerk