UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No.: 2:10-cv-00106-LRH-VCF<br><br>MINUTES OF PROCEEDINGS<br><br>DATE: 09/22/2021 |

PRESENT:     <u>LARRY R. HICKS, UNITED STATES DISTRICT JUDGE</u>

Deputy Clerk:     <u>Katie Lynn Sutherland</u>

Reporter:     <u>Margaret Griener</u>

Counsel for Plaintiffs:     <u>Benjamin P. Smith, Esq., Zachary S. Hill, Esq. and William A. Isaacson, Esq.</u>

Counsel for Defendants:     <u>Eric Vandevelde, Esq. and Casey McCracken, Esq.</u>

PROCEEDINGS: **Hearing on Contempt and Evidentiary Hearing – DAY 3**

9:01 a.m.     The Court convenes in open court with counsel present.

9:06 a.m.     Ms. Frederiksen-Cross retakes the witness stand and continues testifying under cross examination by Mr. Vandevelde.

10:16 a.m.     The Court stands at recess for the morning break.

10:39 a.m.     The Court reconvenes in open court with counsel present.

Ms. Frederiksen-Cross retakes the witness stand and continues testifying under cross examination by Mr. Vandevelde.

---

MINUTES OF PROCEEDINGS DATE: 09/22/2021 - 1

12:08 p.m.     The Court stands at recess for the lunch break.

1:25 p.m.     Court reconvenes in open court with counsel present.

Ms. Frederiksen-Cross retakes the witness stand and continues testifying under cross examination by Mr. Vandevelde. and redirect examination by Mr. Smith.

Mr. Vandevelde moves to strike a portion of Ms. Frederiksen-Cross' testimony. Mr. Smith responds. Mr. Vandevelde replies. IT IS ORDERED that Rimini's oral motion to strike is DENIED.

Redirect examination by Mr. Smith. The witness is excused.

Mr. Hill on behalf of Oracle presents several video depositions. Portions of individual video depositions played for the record include: Sebastian Grady, Seth Ravin, Brian Slepko and Michael Jacob.

Plaintiffs' Exhibits OREX_0347, OREX_0349, OREX_0350, OREX_0365, OREX_0364, and OREX_0341 are admitted into evidence.

3:12 p.m.     The Court stands at recess for the afternoon break.

3:36 p.m.     The Court reconvenes in open court with counsel present.

Mr. Hill continues presentation of video depositions. Portions of individual video depositions played for the record include: Harika Mandla, Richard Frank and Susan Tahtaras.

Plaintiffs' Exhibits OREX_0309, OREX_0243, OREX_0246, OREX_0259, OREX_0260, OREX_0269, OREX_0274 and OREX_0295 are admitted into evidence.

Oracle completes its presentation.

**James M. Benge**, called on behalf of Rimini, is sworn and testifies under direct examination by Mr. McCracken.

IT IS ORDERED that this proceeding shall resume on Thursday, September 23, 2021, at 9:00 a.m. before District Judge Larry R. Hicks in Reno Courtroom 3.

4:36 p.m.  The Court is in recess.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Katie Lynn Sutherland, Deputy Clerk

MINUTES OF PROCEEDINGS DATE: 09/22/2021 - 2