UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No.: 2:10-cv-00106-LRH-VCF<br><br>MINUTES OF PROCEEDINGS<br><br>DATE: 09/23/2021 |

PRESENT: <u>LARRY R. HICKS, UNITED STATES DISTRICT JUDGE</u>

Deputy Clerk: <u>Katie Lynn Sutherland</u>

Reporter: <u>Margaret Griener</u>

Counsel for Plaintiffs: <u>William A. Isaacson, Esq.</u>

Counsel for Defendants: <u>Casey McCracken, Esq.</u>

PROCEEDINGS: **Hearing on Contempt and Evidentiary Hearing – DAY 4**

9:06 a.m.   The Court convenes in open court with counsel present.

James Benge resumes the witness stand and testifies under direct examination by Mr. McCracken.

Defendant's Exhibits DTX-0306, DTX-0421 and DTX-0407 are admitted into evidence.

10:34 a.m.   The Court stands at recess for the morning break.

10:56 a.m.   The Court reconvenes in open court with counsel present.

James Benge resumes the witness stand and testifies under direct examination by Mr. McCracken.

MINUTES OF PROCEEDINGS DATE: 09/23/2021 - 1

Defendant's Exhibit DTX-0111 is admitted into evidence.

12:00 p.m.   The Court stands at recess for the lunch break.

1:19 p.m.    Court reconvenes in open court with counsel present.

James Benge resumes the witness stand and testifies under direct examination by Mr. McCracken and cross examination by Mr. Isaacson.

Defendant's Exhibits DTX-0204, DTX-0205 and Plaintiff's Exhibits OREX_015, OREX_0397, and OREX_1349 are admitted into evidence.

3:14 p.m.    The Court stands at recess for the afternoon break.

3:38 p.m.    The Court reconvenes in open court with counsel present.

James Benge resumes the witness stand and testifies under cross examination by Mr. Isaacson.

Plaintiff's Exhibits OREX_0016, OREX_0028, OREX_0033, OREX_1351, OREX_0432, OREX_0431, OREX_0430, OREX_0429 and Defendant's Exhibit DTX-0113.

IT IS ORDERED that this proceeding shall resume on Friday, September 24, 2021, at 9:00 a.m. before District Judge Larry R. Hicks in Reno Courtroom 3.

4:36 p.m.  The Court is in recess.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Katie Lynn Sutherland, Deputy Clerk

MINUTES OF PROCEEDINGS DATE: 09/23/2021 - 2