UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>　　　　Defendants. | Case No.: 2:10-cv-00106-LRH-VCF<br><br>MINUTES OF PROCEEDINGS<br><br>DATE: 09/24/2021 |

PRESENT:　　　　　　　　LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

Deputy Clerk:　　　　　　Katie Lynn Sutherland

Reporter:　　　　　　　　Margaret Griener

Counsel for Plaintiffs:　　William Isaacson, Esq., Sharon Smith, Esq.

Counsel for Defendants:　Eric Vandevelde, Esq. Casey McCracken, Esq. and Ilissa Samplin, Esq.

PROCEEDINGS: **Hearing on Contempt and Evidentiary Hearing – DAY 5**

9:05 a.m.　　The Court convenes in open court with counsel present. The Court and counsel confer.

The Court accelerates the deadline the parties are to each file their own proposed findings of fact and conclusions of law to no later than 14 days after the conclusion of these proceedings. Counsel acknowledge and agree to the accelerated deadline.

Mr. McCracken confirms Rimini has no redirect questions for witness James Benge. The witness is excused.

Mr. Isaacson addresses the Court regarding admission of exhibits from previous testimony. The parties stipulate to admit OREX_0030. OREX_0030 is admitted into evidence. Furthermore, Oracle Exhibit OREX_1352 is marked and offered into evidence. Rimini states its objection. IT IS ORDERED OREX_1352 is admitted into evidence.

_____

MINUTES OF PROCEEDINGS DATE: 09/24/2021 - 1

**Brenda Crouch-Davenport**, called on behalf of Rimini, is sworn and testifies virtually via Zoom under direct examination by Ms. Samplin.

Defendant's Exhibit DTX-0210, DTX-0405 and DTX-0406 are admitted into evidence.

10:14 a.m.     The Court stands at recess for the morning break.

10:56 a.m.     The Court reconvenes in open court with counsel present.

Ms. Crouch-Davenport continues to testify virtually via Zoom under cross examination by Ms. Smith and redirect examination by Ms. Samplin. The witness is excused.

**Owen Astrachan**, called on behalf of Rimini, is sworn and testifies under direct examination by Mr. McCracken.

11:51 p.m.     The Court stands at recess for the lunch break.

1:20 p.m.     Court reconvenes in open court with counsel present.

Mr. Astrachan retakes the witness stand and continues to testify under direct examination by Mr. McCracken.

3:07 p.m.     The Court stands at recess for the afternoon break.

3:34 p.m.     The Court reconvenes in open court with counsel present.

Mr. Astrachan retakes the witness stand and continues to testify under direct examination by Mr. McCracken and cross examination by Mr. Isaacson.

Mr. Isaacson on behalf of Oracle requests the deadline for the parties' respective proposed findings of fact and conclusions of law to be extended by 1 additional week.  There is no objection by Rimini.

IT IS THEREFORE ORDERED that the parties are to each file their own proposed findings of fact and conclusions of law no later than 21 days after the conclusion of these proceedings.

IT IS FRUTHER ORDERED that this proceeding shall resume on Monday, September 27, 2021, at 9:00 a.m. before District Judge Larry R. Hicks in Reno Courtroom 3.

5:00 p.m.  The Court is in recess.

DEBRA K. KEMPI, CLERK OF COURT

By:  _____/s/_____
Katie Lynn Sutherland, Deputy Clerk

MINUTES OF PROCEEDINGS DATE: 09/24/2021 - 2