UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>          Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>          Defendants. | Case No.: 2:10-cv-00106-LRH-VCF<br><br>MINUTES OF PROCEEDINGS<br><br>DATE: 09/27/2021 |

PRESENT:          <u>LARRY R. HICKS, UNITED STATES DISTRICT JUDGE</u>

Deputy Clerk:          <u>Katie Lynn Sutherland</u>

Reporter:          <u>Margaret Griener</u>

Counsel for Plaintiffs:          <u>William Isaacson, Esq., Jessica Phillips, Esq. and</u>

          <u>Zachary S. Hill, Esq.</u>

Counsel for Defendants:          <u>Casey McCracken, Esq., Ilissa Samplin, Esq.,</u>

          <u>Eric Vandevelde, Esq. and Samuel Liversidge, Esq.</u>

PROCEEDINGS: **Hearing on Contempt and Evidentiary Hearing – DAY 6**

9:02 a.m.          The Court reconvenes in open court with counsel present.

Mr. Astrachan retakes the witness stand and continues to testify under cross examination by Mr. Isaacson and redirect examination by Mr. McCracken. The witness is excused.

10:12 a.m.          The Court is in recess for the morning break.

10: 38 a.m.          The Court reconvenes in open court with counsel present.

///

MINUTES OF PROCEEDINGS DATE: 09/27/2021 - 1

**Craig Mackereth**, called on behalf of Rimini, is sworn and testifies under direct examination by Ms. Samplin.

Defendant's Exhibits DTX-0040, DTX-0031, DTX-0008 are admitted into evidence.

12:01 p.m.   The Court is in recess for the lunch break.

1:21 p.m.   The Court reconvenes in open court with counsel present.

Craig Mackereth resumes the witness stand and continues to testify under direct examination by Ms. Samplin and cross examination by Ms. Phillips.

Oracle Exhibits OREX_0069, OREX_0070, OREX_0065, OREX_1340, OREX_1339 and OREX_0062 are admitted into evidence.

The Court reserves ruling on the admission of Oracle Exhibits OREX_0068 pending counsels review of whether the exhibit was previously admitted and, thereafter, bringing the status of the exhibit's admission to the Court's attention.

3:20 p.m.   The Court is in recess for the afternoon break.

3:43 p.m.   The Court reconvenes in open court with counsel present.

Craig Mackereth resumes the witness stand and testifies under redirect examination by Ms. Samplin.  The witness is excused.

Mr. Vandevelde on behalf of Rimini presents video deposition of Buffy Ransom and portions of the video deposition is played for the record.

**Stephen Lanchak**, called on behalf of Rimini, is sworn and testifies under direct examination by Mr. Liversidge.

Rimini Exhibits DTX-0716 and DTX-0724 are admitted into evidence.

IT IS ORDERED that this proceeding shall resume on Tuesday, September 28, 2021, at 9:00 a.m. before District Judge Larry R. Hicks in Reno Courtroom 3.

4:42 p.m.  Court is in recess.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Katie Lynn Sutherland, Deputy Clerk

MINUTES OF PROCEEDINGS DATE: 09/27/2021 - 2