| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA  94566<br>Telephone: 925.264.7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br>　　　　　Plaintiffs,<br>　　v.<br>RIMINI STREET, INC., et al.,<br>　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**RIMINI'S LODGED HEARING DEMONSTRATIVES** |

Defendant Rimini Street, Inc., for the Court's convenience, hereby lodges with the Court the following demonstratives it has presented in the proceedings:

Exhibit A: Rimini Street's Opening Statement

Exhibit B: Rimini Street's Cross Examination of Barbara Frederiksen-Cross

Exhibit C: Rimini Street's Direct Examination of James Benge

Exhibit D: Rimini Street's Direct Examination of Brenda Davenport

Exhibit E: Rimini Street's Direct Examination of Professor Owen Astrachan

Exhibit F: Rimini Street's Direct Examination of Stephen Lanchak

Exhibit G: Rimini Street's Closing Statement

Dated: September 28, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Eric D. Vandevelde*
Eric D. Vandevelde

*Attorneys for Defendant
Rimini Street, Inc.*