# EXHIBIT B

# Rimini Street's Cross Examination of Barbara Frederiksen-Cross

**Issue 2** — **Matheson Trucking**





DDX-201

Issue 3 | Johnson Controls

  

DDX-202

**Issue 4** — **Rsi940a.sqr Update**






DDX-203

**Issue 6** | # 1099 Update for Easter Seals





DDX-204

Issue 10 | **Update HCM200105**




