# EXHIBIT C

# Rimini Street's Direct Examination of James Benge



DDX-301





DDX-302





DDX-303





DDX-304





DDX-305



 **RS18F07 EAS_GA.zip**

| | |
|---|---|
|  | RS18F07.DMS |
|  | FSCM100130_1.DMS |
|  | FSCM100130_2.DMS |
|  | Rsi1099i.sqr |
|  | Rsi1099m.sqr |
|  | Rsfif_19.gif |
|  | Rsfii_18.gif |
|  | Rsfii2_18.gif |
|  | Rsfmf_18.gif |
|  | Rsfmi_18.gif |
|  | RS18F07 – Addendum.pdf |
|  | RS18F07 – Installation Instructions.pdf |
|  | RS18F07 – Notes Summary.pdf |
|  | RS18F07 – Object Summary.pdf |

DDX-307