# EXHIBIT D

# Rimini Street's Direct Examination of Brenda Davenport

```xml
<row>
    <SeqNb r>976910</SeqNbr>
    <JobNbr>a4189bb522ac4afd88c668110d88ed17</JobNbr>
    <Step>1</Step>
    <IndexType>DT</IndexType>
    <IndexValue>HCM200105</IndexValue>
    <Client>HSP</Client>
    <FTPFolder>ftp.af.homeshpnetwrk</FTPFolder>
    <TotalSteps>2</TotalSteps>
    <Product>PS</Product>
    <Type>ApplyUpdateProcess</Type>
    <Status>Success</Status>
    <SubmitUser>Bkalla</SubmitUser>
    <SubmitLocation>RSI-BKALLA</SubmitLocation>
    <SubmitDateTime>2019-09-03T12:37:02.970</SubmitDateTime>
    <SubmitProgram>ApplyUpdate</SubmitProgram>
    <SubmitVersion>4.4.0.404</SubmitVersion>
    <RunUser>SYSTEM</RunUser>
    <RunLocation>HSDWPSW002</RunLocation>
    <RunVersion>4.2.0.406</RunVersion>
    <StartDateTime>2019-09-03T12:37:44.310</StartDateTime>
    <EndDateTime>2019-09-03T12:39:20.170</EndDateTime>
    <ReturnValue>Finished applying Update HCM200105 successfully.</ReturnValue>
    <SubProduct>HCM</SubProduct>
    <RequestData>
```

DTX-1009-002

DDX-401

```
xmlns:xsd="http://www.w3.org/2001/XMLSchema"
xmlns="http://www.riministreet.com/RSIReturnMsgs.xsd">
    <Msg MsgNbr="3100" MsgSeverity="I" MsgHandler="CreateUpdateProcess"
MsgLocation="Run:line 545" MsgText="Finished building Update HCM200105 successfully."/>
    <Msg MsgNbr="3000" MsgSeverity="I" MsgHandler="ApplyUpdateProcess"
MsgLocation="Run:line 611" MsgText=" Finished applying Update HCM200105 successfully."/>
    </RSIReturnMsgs>
  </ReturnData>
```

DTX-1009-003

DDX-402

```xml
<request>
  <SeqNbr>976878</SeqNbr>
  <JobNbr>7ed30540893c4f709c0329e42a78b40c</JobNbr>
  <Step>1</Step>
  <IndexType>DT</IndexType>
  <IndexValue>HCM200105</IndexValue>
  <Client>RKF</Client>
  <FTPFolder>ftp.af.rockefellergp</FTPFolder>
  <TotalSteps>2</TotalSteps>
  <Product>PS</Product>
  <Type>ApplyUpdateProcess</Type>
  <Status>Success</Status>
  <SubmitUser>sgorli</SubmitUser>
  <SubmitLocation>RSI-SGORLI</SubmitLocation>
  <SubmitDateTime>2019-09-03T09:11:08.287</SubmitDateTime>
  <SubmitProgram>ApplyUpdate</SubmitProgram>
  <SubmitVersion>4.4.0.405</SubmitVersion>
  <RunUser>RSGPD</RunUser>
  <RunLocation>DEVHC92APP-RST</RunLocation>
  <RunVersion>4.2.0.406</RunVersion>
  <StartDateTime>2019-09-03T09:11:36.317</StartDateTime>
  <EndDateTime>2019-09-03T09:12:50.317</EndDateTime>
  <ReturnValue> Finished applying Update HCM200105 successfully.</ReturnValue>
  <SubProduct>HCM</SubProduct>
```

DTX-1013-002

DDX-403

DTX-1013-003

```
xmlns:xsd="http://www.w3.org/2001/XMLSchema"
xmlns="http://www.riministreet.com/RSIReturnMsgs.xsd">
     <Msg MsgNbr="3100" MsgSeverity="I" MsgHandler="CreateUpdateProcess"
MsgLocation="Run:line 545" MsgText="Finished building Update HCM200105 successfully." />
     <Msg MsgNbr="3000" MsgSeverity="I" MsgHandler="ApplyUpdateProcess"
MsgLocation="Run:line 611" MsgText=" Finished applying Update HCM200105 successfully." />
   </RSIReturnMsgs>
 </ReturnData>
```

DDX-404

```
* * * (ver. 4.2.0.402) Log started for user: SYSTEM on CH-H900MATM, 01/29/19
09:11:42 (local: 01/29/19 01:11:42)

01/29/19 09:11:42      Applying update: HCM200049
01/29/19 09:11:42          Options:  Copy files: True; Compare sources: True;
Request compile: False; Run DM: False; Run AD: False; Run SQL: False; Run Sync SQL:
False; Individual Fix: True
01/29/19 09:11:42      Output return location set to
\\internal.rsi\dfs\DepartmentShares\PSFT\HRMS Functional\Individual
Updates\HCM200049\TEST_HCM200049_MAT\Logs_20190129_091115
01/29/19 09:11:42
01/29/19 09:11:42      *****************************************************
01/29/19 09:11:42          Client: MAT Matheson Trucking
01/29/19 09:11:42          oGV.UseDev: False;      oGV.Settings.UseDev: False;
oGV.Settings.UseQA: True
01/29/19 09:11:42          Update folder F:\RiminiStreet\temp\logs\HCM200049_Matheson
Trucking(MAT)\
01/29/19 09:11:42      *****************************************************

    HCM200049:   F:\RiminiStreet\HRMS Development\Individual
Updates\HCM200049\CODE\Code_After\F940_2018.gif
             F:\RiminiStreet\HRMS Development\Individual
Updates\HCM200049\CODE\Code_After\F940I_2018.gif
             F:\RiminiStreet\HRMS Development\Individual
Updates\HCM200049\CODE\Code_After\rsi940a.sqr
01/29/19 09:11:42      Running CreateUpdate process
01/29/19 09:11:42      Creating update:
01/29/19 09:11:42
01/29/19 09:11:42      Output return location set to
\\internal.rsi\dfs\DepartmentShares\PSFT\HRMS
Development\HCM200049\zCreateUpdate\Logs_20190129_091115\MAT
01/29/19 09:11:42
01/29/19 09:11:42      *****************************************************
01/29/19 09:11:42          Client: MAT Matheson Trucking
01/29/19 09:11:42          Delivery Date: 2019-01-29 12:00:00 AM
01/29/19 09:11:42          Options:  Copy files: True; Merge scripts: False; Merge
projects: False; Individual Fix: True
01/29/19 09:11:42
01/29/19 09:11:42          Locating update object files

    HCM200049:   F:\RiminiStreet\HRMS Development\Individual
Updates\HCM200049\CODE\Code_After\F940_2018.gif
             F:\RiminiStreet\HRMS Development\Individual
Updates\HCM200049\CODE\Code_After\F940I_2018.gif
             F:\RiminiStreet\HRMS Development\Individual
Updates\HCM200049\CODE\Code_After\rsi940a.sqr
```

DTX-0201-002

DTX-0201-002-004

```
01/29/19 09:11:42      Applying update: HCM200049
01/29/19 09:11:42          Options:  Copy files: True; Compare sources: True;
Request compile: False; Run DM: False; Run AD: False; Run SQL: False; Run Sync SQL:
False; Individual Fix: True
01/29/19 09:11:42
01/29/19 09:11:42      Output return location set to
\\internal.rsi\dfs\DepartmentShares\PSFT\HRMS Functional\Individual
Updates\HCM200049\TEST_HCM200049_MAT\Logs_20190129_091115
01/29/19 09:11:42
01/29/19 09:11:42      *****************************************************
01/29/19 09:11:42          Client: MAT Matheson Trucking
01/29/19 09:11:42          oGV.UseDev: False;      oGV.Settings.UseDev: False;
oGV.Settings.UseQA: True
01/29/19 09:11:42          Update folder F:\RiminiStreet\temp\logs\HCM200049_Matheson
Trucking(MAT)\
01/29/19 09:11:42      *****************************************************
```

```
01/29/19 09:11:42
01/29/19 09:11:42      Finished building Update HCM200049 successfully.
01/29/19 09:11:42
```

```
01/29/19 09:11:43      Finished applying Update HCM200049 successfully.
```

DDX-405

```
* * * (ver. 4.2.0.402) Log started for user: Riminiuser on HCMRIMTST,
    01/29/19 11:45:44 (local: 01/29/19 05:45:44)

01/29/19 11:45:44Applying update: HCM200049
01/29/19 11:45:44    Options:  Copy files: True; Compare sources: True;
Request compile: False; Run DM: False; Run AD: False; Run SQL: False; Run
Sync SQL: False; Individual Fix: True
01/29/19 11:45:44
01/29/19 11:45:44Output return location set to
\\internal.rsi\dfs\DepartmentShares\PSFT\HRMS Functional\Individual
Updates\HCM200049\TEST_HCM200049_SME\Logs_20190129_114359
01/29/19 11:45:44
01/29/19 11:45:44*****************************************************
01/29/19 11:45:44Client: SME Smead Manufacturing Company
01/29/19 11:45:44oGV.UseDev: False;      oGV.Settings.UseDev: False;
    oGV.Settings.UseQA: True
01/29/19 11:45:44Update folder C:\Documents and Settings\Riminiuser\Local
Settings\Temp\\HCM200049_Smead Manufacturing Company(SME)\
01/29/19 11:45:44*****************************************************
```

DTX-0402-001

DTX-0402-002-003

```
01/29/19 11:45:44
01/29/19 11:45:44Finished building Update HCM200049 successfully.
01/29/19 11:45:44
```

```
01/29/19 11:45:44          Finished applying Update HCM200049 successfully.
```

DDX-406

```
01/23/19 09:05:29          Applying update: HCM200049
01/23/19 09:05:29          Options:  Copy files: True; Compare sources: True;
Request compile: False; Run DM: True; Run AD: False; Run SQL: True; Run Sync SQL:
False; Individual Fix: True
01/23/19 09:05:29
01/23/19 09:05:29          Output return location set to
\\internal.rsi\dfs\DepartmentShares\PSFT\HRMS Functional\Individual
Updates\HCM200049\TEST_HCM200049_SPH\Logs_20190123_090431
01/23/19 09:05:29
01/23/19 09:05:29          **********************************************************
01/23/19 09:05:29          Client: SPH SFN Group
01/23/19 09:05:29          oGV.UseDev: False;       oGV.Settings.UseDev: False;
oGV.Settings.UseQA: True
01/23/19 09:05:29          Update folder C:\Documents and Settings\EslavHa\Local
Settings\Temp\\HCM200049_SFN Group(SPH)\
01/23/19 09:05:29          **********************************************************
```

```
01/23/19 09:05:29     * * * Update HCM200049 failed to build. Return Value = -1
01/23/19 09:05:29          Looking for folder "D:\RiminiStreet\HRMS
Functional\Individual
Updates\HCM200049\TEST_HCM200049_SPH\Logs_20190123_090431\HCM200049_SFN
Group(SPH)\".
01/23/19 09:05:29          Update HCM200049 was not found in folder
"D:\RiminiStreet\HRMS Functional\Individual
Updates\HCM200049\TEST_HCM200049_SPH\Logs_20190123_090431". Return value = 0
01/23/19 09:05:29          Update HCM200049 failed to apply. Return value = 0
01/23/19 09:05:29          Request out: Job: e7ca9d8341704c36b3d7ae3b4d0e6559,  Step 2
```

DTX-0403-002-003

DTX-0403-002

DDX-407

```
01/25/19 15:01:01          Applying update: HCM200049
01/25/19 15:01:01             Options:  Copy files: True; Compare sources: True;
Request compile: False; Run DM: True; Run AD: False; Run SQL: True; Run Sync SQL:
False; Individual Fix: True
01/25/19 15:01:01
01/25/19 15:01:01          Output return location set to
\\internal.rsi\dfs\DepartmentShares\PSFT\HRMS Functional\Individual
Updates\HCM200049\TEST_HCM200049_SPH\Logs_20190125_150002
01/25/19 15:01:01
01/25/19 15:01:01          ***********************************************
01/25/19 15:01:01          Client: SPH SFN Group
01/25/19 15:01:01          oGV.UseDev: False;        oGV.Settings.UseDev: False;
oGV.Settings.UseQA: True
01/25/19 15:01:01          Update folder C:\Documents and Settings\EslavHa\Local
Settings\Temp\\HCM200049_SFN Group(SPH)\
01/25/19 15:01:01          ***********************************************
```

```
01/25/19 15:01:01    * * * Update HCM200049 failed to build. Return Value = -1
01/25/19 15:01:01          Looking for folder "D:\RiminiStreet\HRMS
Functional\Individual
Updates\HCM200049\TEST_HCM200049_SPH\Logs_20190125_150002\HCM200049_SFN
Group(SPH)\".
01/25/19 15:01:01          Update HCM200049 was not found in folder
"D:\RiminiStreet\HRMS Functional\Individual
Updates\HCM200049\TEST_HCM200049_SPH\Logs_20190125_150002". Return value = 0
01/25/19 15:01:01          Update HCM200049 failed to apply. Return value = 0
01/25/19 15:01:01          Request out: Job: 4b6fc70b1e5a42a399e7dd63ba78487c,  Step 2
```

DTX-0404-002-003

DDX-408