# EXHIBIT E

**Rimini Street's Direct Examination of Professor Owen Astrachan**

# Summary of Opinions

*Oracle v. Rimini Street*
Case No. 2:10-cv-0106-LRH-VCF

Show Cause Hearing

*Professor Owen Astrachan*

# Professor Owen Astrachan

*Professor of the Practice of Computer Science*, Duke University

## Education



- Ph.D., Computer Science, Duke University – 1992

- M.S., Computer Science, Duke University – 1989

- M.A.T., Mathematics, Duke University – 1979

- A.B., Mathematics, Dartmouth College – 1978
    - *with distinction in Mathematics, Summa Cum Laude, Phi Beta Kappa*



DTX-0002-001

# Professor Owen Astrachan

*Professor of the Practice of Computer Science*, Duke University

## Awards and Publications

- National Science Foundation, Career Award & Distinguished Education Fellow

- IBM Faculty Award & Richard K. Lublin Teaching Award (Duke University)

- Karl Karlstrom Outstanding Educator Award, Association of Computing Machinery (ACM)

- Authored college computer science textbook and numerous publications



DTX-0002-002

## Issue 1: Isolated PeopleSoft files sent by clients

## Issue 5: RSPCMPAY.cbl

## Issue 9: JDE105328 Technical Specification

## Derivative Works and "Cross Use"

Issue 3: W-2 update for Johnson Controls

Issue 4: rsi940a.sqr update for Smead and Spherion

Issue 6: 1099 Update for Easter Seals

Issue 10: rsiqtrtx.sqr update for Rockefeller Group and Home Shopping Network

# Materials Reviewed



- Source code of Rimini's AFW tools
- Logs and records from Rimini's AFW database
- Dev instructions and technical specifications
- Emails and other documents concerning development
- Rimini's development database – JIRA
- Rimini's Quality Assurance database – SPIRA
- Deposition testimony
- My two prior reports in *Rimini II*
- Rimini and Oracle code files

**Issue 1: Isolated PeopleSoft files sent by clients**

**Issue 5: RSPCMPAY.cbl**

**Issue 9: JDE105328 Technical Specification**

**Derivative Works and "Cross Use"**

Issue 3: W-2 update for Johnson Controls

Issue 4: rsi940a.sqr update for Smead and Spherion

Issue 6: 1099 Update for Easter Seals

Issue 10: rsiqtrtx.sqr update for Rockefeller Group and Home Shopping Network

**Issue 1: Isolated PeopleSoft files sent by clients**

Issue 5: RSPCMPAY.cbl

Issue 9: JDE105328 Technical Specification

Derivative Works and "Cross Use"

Issue 3: W-2 update for Johnson Controls

Issue 4: rsi940a.sqr update for Smead and Spherion

Issue 6: 1099 Update for Easter Seals

Issue 10: rsiqtrtx.sqr update for Rockefeller Group and Home Shopping Network

# PeopleSoft Files Sent by Rimini Clients



**Barbara
Frederiksen-Cross**

■ **Salesforce attachments by clients:**



**4 support cases**

OREX_0103, OREX_0104,
OREX_0105, OREX_0013

**8 files**

OREX_0221, OREX_0213,
OREX_0222, OREX_0229,
OREX_0232, OREX_0234,
OREX_0235. OREX_0236

■ **Files emailed by clients:**



**3 emails**

OREX_0004, OREX_0098,
DTX-0110

**11 files**

OREX_0005–OREX_0012,
OREX_0099, OREX_0094,
OREX_0096

(As testified by Frederiksen-Cross)

DDX-508

Issue 1: Isolated PeopleSoft files sent by clients

## Issue 5: RSPCMPAY.cbl

Issue 9: JDE105328 Technical Specification

Derivative Works and "Cross Use"

Issue 3: W-2 update for Johnson Controls

Issue 4: rsi940a.sqr update for Smead and Spherion

Issue 6: 1099 Update for Easter Seals

Issue 10: rsiqtrtx.sqr update for Rockefeller Group and Home Shopping Network

DDX-509

# The Files

 **ORACLE**

 **Rimini Street**®

| ORACLE | Rimini Street |
|--------|---------------|
| ■ Loads data from the client's database | ■ Loads data from the client's database |
| ■ Loads significantly more data | ■ Loads significantly less data |
| — | ■ Loads data from previous checks |
| — | ■ Breaks year-to-year data into granular detail |
| ■ Stores the data in various data structures | ■ Stores data in Rimini-specific "RSLNK" array |

DTX-0502

DTX-0501

# The Proper Analysis



# Filtering out the Unprotectible Elements

## Unprotectible elements to filter out:

i.  Code constrained by the syntax of a computer language

ii. Code constrained by software function

iii. Code constrained by logic or efficiency

iv. Code constrained by standard programming terms

v.  Code constrained by standard development conventions

# Matching Lines Analysis Is Wrong



**Barbara
Frederiksen-Cross**

- **Ignores whether the code is protectable**

- **Ignores context, order, and sequence of the lines and ignores structure of the files**

- **Only checks whether any line anywhere matches any line anywhere else**

# Constrained Lines

- Cobol Commands
- Conventional Section Headers
- Asterisks
- Functional Code = Particular Syntax
- Same Code, Different Function

# Language Constraints

**Cobol Commands**

- ⊖ **Bind-Setup**
- ⊖ **Select-Setup**
- ⊖ **Bind-Data**
- ⊖ **Select-Data**
- ⊖ **ELSE**
- ⊖ **END-IF**
- ⊖ **END-PERFORM**
- ⊖ **EXIT PROGRAM**
- ⊖ **SQL-ERROR-EXIT**
- ⊖ **MAIN-EXIT**
- ⊖ **These are just examples**

# Cobol Section Constraints

**Conventional Section Headers**

- CBL programming has conventions for headers
- IDENTIFICATION DIVISION
- ENVIRONMENT DIVISION
- PROGRAM DESCRIPTION
- DATA DIVISION
- WORKING-STORAGE SECTION

# Comment Convention Constraints



# Functional Code Constraints



Third level of indentation in the program

**ORACLE**

**Rimini Street**

| 176 | 03 FILLER | PIC X(10) | 58 | 03 FILLER | PIC X(10) |

VALUE ALL 'C'.

VALUE ALL 'C'.

Sets the value of the 10 bytes of data

Indicates the data is characters

Needed to fill the buffer

Creates a data list that is 10 values long

**Functional Code = Particular Syntax**



OREX_0175 at 7

# Structure, Sequence, and Organization Constraints



OREX_0175 at 9

**Same Code,
Different Function**

# Structure, Sequence, and Organization Constraints



**Same Code, Different Function**

ORACLE                                    Rimini Street®



```
882        *                                    357        *
              *                                            *
883        GD000-FETCH-TAX-BAL SECTION.         358        GD000-FETCH-CMPAY SECTION.
884        GD000.                               359        GD000.
885        *                                    360        *
              *                                            *
886        ***********************************  361        ***********************************
       ***********************                       ***********************
887                                             362
888            INITIALIZE SELECT-DATA OF S-YTD  363            INITIALIZE SELECT-DATA OF S-YTD
889                                             364
890            CALL 'PTPSQLRT' USING    ACTION-FETCH OF SQLRT  365    CALL 'PTPSQLRT' USING   ACTION-FETCH OF SQLRT
891                                 SQLRT        366                                SQLRT
892                                 SQL-CURSOR OF S-YTD  367                        SQL-CURSOR OF S-YTD
893            IF RTNCD-END OF SQLRT            368            IF RTNCD-END OF SQLRT
894                                             369
895                SET FETCH-YTD-END OF S-YTD  TO  TRUE  370        SET FETCH-YTD-END OF S-YTD  TO  TRUE
896                                             371
897                CALL 'PTPSQLRT' USING    ACTION-DISC  372        CALL 'PTPSQLRT' USING   ACTION-DISC
       ONNECT OF SQLRT                               ONNECT OF SQLRT
898                                 SQLRT        373                                SQLRT
899                                 SQL-CURSOR OF S-YTD  374                        SQL-CURSOR OF S-YTD
900                IF RTNCD-ERROR OF SQLRT      375            IF RTNCD-ERROR OF SQLRT
901                                             376
902                    MOVE 'FETCH-TAX-BAL(DISC)'  TO  377        MOVE 'FETCH-CMPAY(DISC)'  TO  ERR-SECTIO
       ERR-SECTION OF SQLRT                          N OF SQLRT
903                    PERFORM ZZ000-SQL-ERROR  378            PERFORM ZZ000-SQL-ERROR
904                    END-IF                   379            END-IF
905                ELSE                         380        ELSE
906                    IF RTNCD-ERROR OF SQLRT  381            IF RTNCD-ERROR OF SQLRT
907                                             382
908                        MOVE 'FETCH-TAX-BAL'  TO  ERR-SECTIO  383    MOVE 'FETCH-CMPAY'  TO  ERR-SECTIO
       N OF SQLRT                                    N OF SQLRT
909                    PERFORM ZZ000-SQL-ERROR  384            PERFORM ZZ000-SQL-ERROR
910                    ELSE
```

PSPTARRY.cbl                               RSPCMPAY.cbl          OREX_0175 at 29



**ORACLE**

**Rimini Street®**

**PSPTARRY.cbl**

**RSPCMPAY.cbl**

OREX_0175 at 29

ORACLE                                          **Rimini Street**®

```
882        *                              357        *
                      *                                    *
883     GD000-FETCH-TAX-BAL SECTION.      358     GD000-FETCH-CMPAY SECTION.
884     GD000.                            359     GD000.

887                                       362
888        INITIALIZE SELECT-DATA OF S-YTD 363       INITIALIZE SELECT-DATA OF S-YTD
889                                       364
890        CALL 'PTPSQLRT' USING  ACTION-FETCH OF SQLRT  365   CALL 'PTPSQLRT' USING  ACTION-FETCH OF SQLRT
891                       SQLRT           366                      SQLRT
892                       SQL-CURSOR OF S-YTD  367                  SQL-CURSOR OF S-YTD
893        IF RTNCD-END OF SQLRT          368        IF RTNCD-END OF SQLRT
894                                       369
895           SET FETCH-YTD-END OF S-YTD  TO  TRUE  370    SET FETCH-YTD-END OF S-YTD  TO  TRUE
896                                       371
897           CALL 'PTPSQLRT' USING  ACTION-DISC  372     CALL 'PTPSQLRT' USING  ACTION-DISC
    ONNECT OF SQLRT                          ONNECT OF SQLRT
898                       SQLRT           373                      SQLRT
899                       SQL-CURSOR OF S-YTD  374                  SQL-CURSOR OF S-YTD
900           IF RTNCD-ERROR OF SQLRT     375        IF RTNCD-ERROR OF SQLRT
901                                       376
902              MOVE 'FETCH-TAX-BAL(DISC)'  TO  377    MOVE 'FETCH-CMPAY(DISC)'  TO  ERR-SECTIO
    ERR-SECTION OF SQLRT                      N OF SQLRT
903              PERFORM ZZ000-SQL-ERROR  378           PERFORM ZZ000-SQL-ERROR
904           END-IF                      379        END-IF
905        ELSE                           380     ELSE
906           IF RTNCD-ERROR OF SQLRT     381        IF RTNCD-ERROR OF SQLRT
907                                       382
908              MOVE 'FETCH-TAX-BAL'  TO  ERR-SECTIO  383   MOVE 'FETCH-CMPAY'  TO  ERR-SECTIO
    N OF SQLRT                                N OF SQLRT
909              PERFORM ZZ000-SQL-ERROR  384           PERFORM ZZ000-SQL-ERROR
910           ELSE
```

**PSPTARRY.cbl**                            **RSPCMPAY.cbl**          OREX_0175 at 29

ORACLE                                          **Rimini Street**®

```
882        *                              357        *
                   *                                         *
883     GD000-FETCH-TAX-BAL SECTION.      358     GD000-FETCH-CMPAY SECTION.
884     GD000.                            359     GD000.
885                                       360


886                                       361


887                                       362
888        INITIALIZE SELECT-DATA OF S-YTD   363        INITIALIZE SELECT-DATA OF S-YTD
889                                       364
890        CALL 'PTPSQLRT' USING   ACTION-FETCH OF SQLRT   365   CALL 'PTPSQLRT' USING   ACTION-FETCH OF SQLRT
```

```
 888           INITIALIZE SELECT-DATA OF S-YTD       363           INITIALIZE SELECT-DATA OF S-YTD
```

```
                IF RTNCD-END OF SQLRT                     IF RTNCD-END OF SQLRT
894                                       369
895        SET FETCH-YTD-END OF S-YTD  TO  TRUE   370   SET FETCH-YTD-END OF S-YTD  TO  TRUE
896                                       371
897        CALL 'PTPSQLRT' USING   ACTION-DISC   372   CALL 'PTPSQLRT' USING   ACTION-DISC
   ONNECT OF SQLRT                          ONNECT OF SQLRT
898                           SQLRT       373                           SQLRT
899                     SQL-CURSOR OF S-YTD   374                 SQL-CURSOR OF S-YTD
900        IF RTNCD-ERROR OF SQLRT        375        IF RTNCD-ERROR OF SQLRT
901                                       376
902           MOVE 'FETCH-TAX-BAL(DISC)'  TO   377      MOVE 'FETCH-CMPAY(DISC)'  TO  ERR-SECTIO
   ERR-SECTION OF SQLRT                      N OF SQLRT
903              PERFORM ZZ000-SQL-ERROR   378         PERFORM ZZ000-SQL-ERROR
904           END-IF                      379      END-IF
905        ELSE                           380      ELSE
906           IF RTNCD-ERROR OF SQLRT     381         IF RTNCD-ERROR OF SQLRT
907                                       382
908           MOVE 'FETCH-TAX-BAL'  TO  ERR-SECTIO   383   MOVE 'FETCH-CMPAY'  TO  ERR-SECTIO
   N OF SQLRT                               N OF SQLRT
909              PERFORM ZZ000-SQL-ERROR   384         PERFORM ZZ000-SQL-ERROR
910        ELSE
```

**PSPTARRY.cbl**                          **RSPCMPAY.cbl**      OREX_0175 at 29

ORACLE

**Rimini Street®**



```
882        *                                      357        *
                       *                                            *
883      GD000-FETCH-TAX-BAL SECTION.             358      GD000-FETCH-CMPAY SECTION.
884      GD000.                                   359      GD000.
885                                               360

886                                               361

887                                               362
888      INITIALIZE SELECT DATA OF S-YTD          363      INITIALIZE SELECT DATA OF S-YTD
889                                               364
890          CALL 'PTPSQLRT' USING   ACTION-FETCH OF SQLRT    365          CALL 'PTPSQLRT' USING   ACTION-FETCH OF SQLRT
891                           SQLRT                366                          SQLRT
892                           SQL-CURSOR OF S-YTD  367                          SQL-CURSOR OF S-YTD
893          IF RTNCD-END OF SQLRT                 368          IF RTNCD-END OF SQLRT
894                                               369
895              SET FETCH-YTD-END OF S-YTD  TO  TRUE   370              SET FETCH-YTD-END OF S-YTD  TO  TRUE
896                                               371
897              CALL 'PTPSQLRT' USING   ACTION-DISC    372              CALL 'PTPSQLRT' USING   ACTION-DISC
     ONNECT OF SQLRT                                     ONNECT OF SQLRT
898                              SQLRT             373                              SQLRT
899                              SQL-CURSOR OF S-YTD    374                              SQL-CURSOR OF S-YTD
900              IF RTNCD-ERROR OF SQLRT           375              IF RTNCD-ERROR OF SQLRT
901                                               376
902                  MOVE 'FETCH-TAX-BAL(DISC)'  TO      377                  MOVE 'FETCH-CMPAY(DISC)'  TO  ERR-SECTIO
     ERR-SECTION OF SQLRT                                N OF SQLRT
903                  PERFORM ZZ000-SQL-ERROR      378                  PERFORM ZZ000-SQL-ERROR
904                  END-IF                       379                  END-IF
905          ELSE                                 380          ELSE
906              IF RTNCD-ERROR OF SQLRT          381              IF RTNCD-ERROR OF SQLRT
907                                               382
908                  MOVE 'FETCH-TAX-BAL'  TO  ERR-SECTIO    383                  MOVE 'FETCH-CMPAY'  TO  ERR-SECTIO
     N OF SQLRT                                          N OF SQLRT
909                  PERFORM ZZ000-SQL-ERROR      384                  PERFORM ZZ000-SQL-ERROR
910              ELSE
```

**PSPTARRY.cbl**                          **RSPCMPAY.cbl**          OREX_0175 at 29

**ORACLE**

**Rimini Street**®

```
882        *                              357        *
                  *                                        *
883        GD000-FETCH-TAX-BAL SECTION.     358        GD000-FETCH-CMPAY SECTION.
```

```
890        CALL 'PTPSQLRT' USING   ACTION-FETCH OF SQLRT    365        CALL 'PTPSQLRT' USING   ACTION-FETCH OF SQLRT
891                                SQLRT                    366                                SQLRT
892                                SQL-CURSOR OF S-YTD      367                                SQL-CURSOR OF S-YTD
```

```
887                                           362
888                                           363
889                                           364
890        CALL 'PTPSQLRT' USING   ACTION-FETCH OF SQLRT    365        CALL 'PTPSQLRT' USING   ACTION-FETCH OF SQLRT
891                                SQLRT                    366                                SQLRT
892                                SQL-CURSOR OF S-YTD      367                                SQL-CURSOR OF S-YTD
893            IF RTNCD-END OF SQLRT                        368            IF RTNCD-END OF SQLRT
894                                                         369
895                SET FETCH-YTD-END OF S-YTD  TO  TRUE     370                SET FETCH-YTD-END OF S-YTD  TO  TRUE
896                                                         371
897                CALL 'PTPSQLRT' USING   ACTION-DISC      372                CALL 'PTPSQLRT' USING   ACTION-DISC
       ONNECT OF SQLRT                               ONNECT OF SQLRT
898                                SQLRT                    373                                SQLRT
899                                SQL-CURSOR OF S-YTD      374                                SQL-CURSOR OF S-YTD
900            IF RTNCD-ERROR OF SQLRT                      375            IF RTNCD-ERROR OF SQLRT
901                                                         376
902                MOVE 'FETCH-TAX-BAL(DISC)'  TO           377                MOVE 'FETCH-CMPAY(DISC)'  TO  ERR-SECTIO
       ERR-SECTION OF SQLRT                         N OF SQLRT
903                PERFORM ZZ000-SQL-ERROR                  378                PERFORM ZZ000-SQL-ERROR
904                END-IF                                   379                END-IF
905            ELSE                                         380            ELSE
906                IF RTNCD-ERROR OF SQLRT                  381                IF RTNCD-ERROR OF SQLRT
907                                                         382
908                MOVE 'FETCH-TAX-BAL'  TO  ERR-SECTIO     383                MOVE 'FETCH-CMPAY'  TO  ERR-SECTIO
       N OF SQLRT                                    N OF SQLRT
909                PERFORM ZZ000-SQL-ERROR                  384                PERFORM ZZ000-SQL-ERROR
910            ELSE
```

**PSPTARRY.cbl**                              **RSPCMPAY.cbl**        OREX_0175 at 29



ORACLE

Rimini Street®

```
882        *                              357        *
                    *                                      *
883     GD000-FETCH-TAX-BAL SECTION.      358     GD000-FETCH-CMPAY SECTION.
884     GD000.                            359     GD000.
885                                       360

886                                       361

887                                       362
888                                       363
889                                       364
890        CALL 'PTPSQLRT' USING    ACTION-FETCH-OF-SQLRT    365        CALL 'PTPSQLRT' USING    ACTION-FETCH-OF-SQLRT
891                         SQLRT         366                         SQLRT
892                         SQL-CURSOR-OF-S-YTD    367                         SQL-CURSOR-OF-S-YTD
893        IF RTNCD-END OF SQLRT          368        IF RTNCD-END OF SQLRT
894                                       369
895            SET FETCH-YTD-END OF S-YTD  TO  TRUE   370            SET FETCH-YTD-END OF S-YTD  TO  TRUE
896                                       371
897            CALL 'PTPSQLRT' USING    ACTION-DISC   372            CALL 'PTPSQLRT' USING    ACTION-DISC
   ONNECT OF SQLRT                           ONNECT OF SQLRT
898                         SQLRT         373                         SQLRT
899                         SQL-CURSOR OF S-YTD   374                         SQL-CURSOR OF S-YTD
900            IF RTNCD-ERROR OF SQLRT    375            IF RTNCD-ERROR OF SQLRT
901                                       376
902                MOVE 'FETCH-TAX-BAL(DISC)'  TO   377                MOVE 'FETCH-CMPAY(DISC)'  TO  ERR-SECTIO
   ERR-SECTION OF SQLRT                      N OF SQLRT
903                PERFORM ZZ000-SQL-ERROR   378                PERFORM ZZ000-SQL-ERROR
904            END-IF                     379            END-IF
905        ELSE                           380        ELSE
906            IF RTNCD-ERROR OF SQLRT    381            IF RTNCD-ERROR OF SQLRT
907                                       382
908                MOVE 'FETCH-TAX-BAL'  TO  ERR-SECTIO   383                MOVE 'FETCH-CMPAY'  TO  ERR-SECTIO
   N OF SQLRT                                N OF SQLRT
909                PERFORM ZZ000-SQL-ERROR   384                PERFORM ZZ000-SQL-ERROR
910            ELSE
```

PSPTARRY.cbl

RSPCMPAY.cbl

OREX_0175 at 29

# ORACLE

# Rimini Street®

| 882 | * |
| 883 | GD000-FETCH-TAX-BAL SECTION. |
| 884 | GD000. |
| 885 | |
| 886 | |
| 887 | |
| 888 | |
| 889 | |
| 890 | |
| 891 | |
| 892 | |
| 893 | IF RTNCD-END OF SQLRT |
| 894 | |
| 895 | SET FETCH-YTD-END OF S-YTD  TO  TRUE |
| 896 | |
| 897 | CALL 'PTPSQLRT' USING   ACTION-DISC ONNECT OF SQLRT |
| 898 | SQLRT |
| 899 | SQL-CURSOR OF S-YTD |
| 900 | IF RTNCD-ERROR OF SQLRT |

| 357 | * |
| 358 | GD000-FETCH-CMPAY SECTION. |
| 359 | GD000. |
| 360 | |
| 361 | |
| 362 | |
| 363 | |
| 364 | |
| 365 | |
| 366 | |
| 367 | |
| 368 | IF RTNCD-END OF SQLRT |
| 369 | |
| 370 | SET FETCH-YTD-END OF S-YTD  TO  TRUE |
| 371 | |
| 372 | CALL 'PTPSQLRT' USING   ACTION-DISC ONNECT OF SQLRT |
| 373 | SQLRT |
| 374 | SQL-CURSOR OF S-YTD |
| 375 | IF RTNCD-ERROR OF SQLRT |

| 893 | IF RTNCD-END OF SQLRT |
| 894 | |
| 895 | SET FETCH-YTD-END OF S-YTD  TO  TRUE |
| 896 | |
| 897 | CALL 'PTPSQLRT' USING   ACTION-DISC ONNECT OF SQLRT |
| 898 | SQLRT |
| 899 | SQL-CURSOR OF S-YTD |

| 368 | IF RTNCD-END OF SQLRT |
| 369 | |
| 370 | SET FETCH-YTD-END OF S-YTD  TO  TRUE |
| 371 | |
| 372 | CALL 'PTPSQLRT' USING   ACTION-DISC ONNECT OF SQLRT |
| 373 | SQLRT |
| 374 | SQL-CURSOR OF S-YTD |

| 910 | ELSE |

**PSPTARRY.cbl**

**RSPCMPAY.cbl**   OREX_0175 at 29

ORACLE

Rimini Street®



| | | | | |
|---|---|---|---|---|
| 882 | * | | 357 | * |
| 883 | GD000-FETCH-TAX-BAL SECTION. | | 358 | GD000-FETCH-CMPAY SECTION. |
| 884 | GD000. | | 359 | GD000. |
| 885 | | | 360 | |
| 886 | | | 361 | |
| 887 | | | 362 | |
| 888 | | | 363 | |
| 889 | | | 364 | |
| 890 | | | 365 | |
| 891 | | | 366 | |
| 892 | | | 367 | |

```
893          IF RTNCD-END OF SQLRT              368          IF RTNCD-END OF SQLRT
894                                             369
895          SET FETCH-YTD-END OF S-YTD TO TRUE  370          SET FETCH-YTD-END OF S-YTD TO TRUE
896                                             371
897          CALL 'PTPSQLRT' USING  ACTION-DISC  372          CALL 'PTPSQLRT' USING  ACTION-DISC
        ONNECT OF SQLRT                              ONNECT OF SQLRT
898                              SQLRT          373                              SQLRT
899                    SQL CURSOR OF S-YTD      374                    SQL CURSOR OF S-YTD
900          IF RTNCD-ERROR OF SQLRT            375          IF RTNCD-ERROR OF SQLRT
901                                             376
902              MOVE 'FETCH-TAX-BAL(DISC)'  TO 377              MOVE 'FETCH-CMPAY(DISC)'  TO ERR-SECTIO
      ERR-SECTION OF SQLRT                           N OF SQLRT
903              PERFORM ZZ000-SQL-ERROR       378              PERFORM ZZ000-SQL-ERROR
904              END-IF                        379              END-IF
905          ELSE                              380          ELSE
906              IF RTNCD-ERROR OF SQLRT       381              IF RTNCD-ERROR OF SQLRT
907                                            382
908                  MOVE 'FETCH-TAX-BAL'  TO ERR-SECTIO  383              MOVE 'FETCH-CMPAY'  TO ERR-SECTIO
      N OF SQLRT                                   N OF SQLRT
909                  PERFORM ZZ000-SQL-ERROR   384              PERFORM ZZ000-SQL-ERROR
910              ELSE
```

**PSPTARRY.cbl**                          **RSPCMPAY.cbl**      OREX_0175 at 29

ORACLE                                                    **Rimini Street**®





**PSPTARRY.cbl**                          **RSPCMPAY.cbl**        OREX_0175 at 29



ORACLE     Rimini Street®

| 882 | * | 357 | * |
| 883 | GD000-FETCH-TAX-BAL SECTION. | 358 | GD000-FETCH-CMPAY SECTION. |
| 884 | GD000. | 359 | GD000. |
| 885 | | 360 | |
| 886 | | 361 | |
| 887 | | 362 | |
| 888 | | 363 | |
| 889 | | 364 | |
| 890 | | 365 | |
| 891 | | 366 | |
| 892 | | 367 | |
| 893 | | 368 | |
| 894 | | 369 | |
| 895 | | 370 | |
| 896 | | 371 | |
| 897 | | 372 | |
| 898 | | 373 | |
| 899 | | 374 | |
| 900 | IF RTNCD ERROR OF SQLRT | 375 | IF RTNCD ERROR OF SQLRT |
| 901 | | 376 | |
| 902 | MOVE 'FETCH TAX BAL(DISC)' TO ERR SECTION OF SQLRT | 377 | MOVE 'FETCH CMPAY(DISC)' TO ERR SECTION OF SQLRT |
| 903 | PERFORM ZZ000-SQL-ERROR | 378 | PERFORM ZZ000-SQL-ERROR |
| 904 | END-IF | 379 | END-IF |
| 905 | ELSE | 380 | ELSE |
| 906 | IF RTNCD ERROR OF SQLRT | 381 | IF RTNCD ERROR OF SQLRT |
| 907 | | 382 | |
| 908 | MOVE 'FETCH TAX BAL' TO ERR SECTION OF SQLRT | 383 | MOVE 'FETCH CMPAY' TO ERR SECTION OF SQLRT |
| 909 | PERFORM ZZ000-SQL-ERROR | 384 | PERFORM ZZ000-SQL-ERROR |
| 910 | ELSE | | |

**PSPTARRY.cbl**     **RSPCMPAY.cbl**    OREX_0175 at 29



```
882        *                          357        *
                  *                               *
883    GD000-FETCH-TAX-BAL SECTION.    358    GD000-FETCH-CMPAY SECTION.
884    GD000.                          359    GD000.
885                                    360

886                                    361

887                                    362
888                                    363
889                                    364
890                                    365
891                                    366
892                                    367
893                                    368
894                                    369
895                                    370
896                                    371
897                                    372

898                                    373
899                                    374
900                                    375
901                                    376
902                                    377

903                                    378
904                                    379
905                                    380
906                                    381
907                                    382
908                                    383

909                                    384
910        ELSE
```

**PSPTARRY.cbl**                **RSPCMPAY.cbl**          OREX_0175 at 29

# The Proper Analysis



# Even If Protectable, Not Substantial

- Less than 1% of a single Oracle file

- One of approximately 49,000 files in PeopleSoft

- Not qualitatively important

# Spacing Does NOT Indicate Copying

**Frederiksen-Cross**: Two spaces between certain words in both files



OREX_0175 at 6

Therefore, Rimini must have "copied" Oracle code.

Frederiksen-Cross Post-Inj. Rpt. at ¶ 191

# Spacing Does NOT Indicate Copying

- **Both files use a combination of different spacing**

- **Rimini often used two spaces around "TO" in portions of the code that are not alleged to be copied**

# Spacing Does NOT Indicate Copying

```
/*******************************************************************
 *                                                                 *
 DB000-SELECT-PRVCHKS SECTION.
 DB000.
 *                                                                 *
 *******************************************************************

     MOVE EMPLID OF RSLNK
       TO EMPLID OF BIND-DATA OF S-PRVCHKS
     MOVE PAY-END-DT OF RSLNK
       TO PAY-END-DT OF BIND-DATA OF S-PRVCHKS

     SET FETCH-PRVCHK-START OF S-PRVCHKS  TO  TRUE

     IF FETCH-PRVCHK-START OF S-PRVCHKS

         CALL 'PTPSQLRT' USING    ACTION-SELECT OF SQLRT
                                  SQLRT
                                  SQL-CURSOR   OF S-PRVCHKS
                                  SQL-STMT     OF S-PRVCHKS
                                  BIND-SETUP   OF S-PRVCHKS
                                  BIND-DATA    OF S-PRVCHKS
                                  SELECT-SETUP OF S-PRVCHKS
                                  SELECT-DATA  OF S-PRVCHKS
     END-IF

     IF RTNCD-ERROR OF SQLRT

         MOVE 'SELECT-PRVCHKS'  TO  ERR-SECTION OF SQLRT
         PERFORM ZZ000-SQL-ERROR
     END-IF

     PERFORM HD000-FETCH-PRVCHKS

       .
 SELECT-PRVCHKS-EXIT.
```

DTX-0501-007

## "Select-Prvchks" section of Rimini file
### No corresponding Oracle code

## Two spaces on each side of "TO"

# Spacing Does NOT Indicate Copying

```
02  FETCH-YTD-SW          PIC X.
    88  FETCH-YTD-END              VALUE 'E'.
    88  FETCH-YTD-START            VALUE 'S'.

02  SQL-CURSOR            PIC 9999    VALUE ZERO  COMP.

02  SQL-STMT             PIC X(18)   VALUE
                                     'RSPCMPAY_S_YTD'.
02  SQL-STMT-CMP         PIC X(18)   VALUE
                                     'RSPCMPAY_S_YTD_CMP'.

02  BIND-SETUP.
    03  FILLER           PIC X(20)   VALUE ALL ' '.
    03  FILLER           PIC XX      VALUE ALL ' '.
    03  FILLER           PIC X(10)   VALUE ALL ' '.
    03  FILLER           PIC X       VALUE 'Z'.

02  BIND-SETUP-CMP.
    03  FILLER           PIC X(20)   VALUE ALL ' '.
    03  FILLER           PIC XX      VALUE ALL 'S'.
    03  FILLER           PIC X(10)   VALUE ALL ' '.
    03  FILLER           PIC X(10)   VALUE ALL ' '.
    03  FILLER           PIC X       VALUE 'Z'.

02  BIND-DATA-CMP.
    03  EMPLID           PIC X(20).
    03  BALANCE-YEAR     PIC 9999              COMP.
    03  COMMON-PAY-ID    PIC X(10).
    03  PAY-END-DT       PIC X(10).
    03  FILLER           PIC X       VALUE 'Z'.

02  BIND-DATA.
    03  EMPLID           PIC X(20).
    03  BALANCE-YEAR     PIC 9999              COMP.
    03  COMPANY          PIC X(10).
    03  FILLER           PIC X       VALUE 'Z'.
```


two spaces

DTX-0501 (with original spacing)

# Spacing Does **NOT** Indicate Copying

```
02  FETCH-YTD-SW              PIC X.
    88  FETCH-YTD-END                     VALUE 'E'.
    88  FETCH-YTD-START                   VALUE 'S'.

02  SQL-CURSOR                PIC 9999    VALUE ZERO COMP.

02  SQL-STMT                  PIC X(18)   VALUE
                                          'RSPCMPAY_S YTD'.
02  SQL-STMT-CMP              PIC X(18)   VALUE
                                          'RSPCMPAY_S YTD_CMP'.

02  BIND-SETUP.
    03  FILLER                PIC X(20)   VALUE ALL ' '.
    03  FILLER                PIC XX      VALUE ALL ' '.
    03  FILLER                PIC X(10)   VALUE ALL ' '.
    03  FILLER                PIC X       VALUE 'Z'.

02  BIND-SETUP-CMP.
    03  FILLER                PIC X(20)   VALUE ALL ' '.
    03  FILLER                PIC XX      VALUE ALL ' '.
    03  FILLER                PIC X(10)   VALUE ALL ' '.
    03  FILLER                PIC X(10)   VALUE ALL ' '.
    03  FILLER                PIC X       VALUE 'Z'.

02  BIND-DATA-CMP.
    03  EMPLID                PIC X(20).
    03  BALANCE-YEAR          PIC 9999               COMP.
    03  COMMON-PAY-ID         PIC X(10).
    03  PAY-END-DT            PIC X(10).
    03  FILLER                PIC X       VALUE 'Z'.

02  BIND-DATA.
    03  EMPLID                PIC X(20).
    03  BALANCE-YEAR          PIC 9999               COMP.
    03  COMPANY               PIC X(10).
    03  FILLER                PIC X       VALUE 'Z'.
```

 ← one space

Demonstrative based on DTX-0501
(edited to remove double space)

# Issue 5: Conclusions

- ■ "Matching" is an unreliable methodology

- ■ The files have substantially different functionality

- ■ The "Matches" are not protectable

- ■ The "Matches" are *de minimis* and not substantial

- ■ The Rimini and Oracle files are not substantially similar

Issue 1: Isolated PeopleSoft files sent by clients

Issue 5: RSPCMPAY.cbl

## Issue 9: JDE105328 Technical Specification

Derivative Works and "Cross Use"

Issue 3: W-2 update for Johnson Controls

Issue 4: rsi940a.sqr update for Smead and Spherion

Issue 6: 1099 Update for Easter Seals

Issue 10: rsiqtrtx.sqr update for Rockefeller Group and Home Shopping Network

# Issue 9: Conclusions

- **These are markers, not copied lines of code**

- **Not substantially similar**

- Issue 1: Isolated PeopleSoft files sent by clients

- Issue 5: RSPCMPAY.cbl

- Issue 9: JDE105328 Technical Specification

- **Derivative Works and "Cross Use"**

  Issue 3: W-2 update for Johnson Controls

  Issue 4: rsi940a.sqr update for Smead and Spherion

  Issue 6: 1099 Update for Easter Seals

  Issue 10: rsiqtrtx.sqr update for Rockefeller Group and Home Shopping Network

DDX-543

Permanent Injunction Order

> 4. Rimini Street shall not ==reproduce, prepare derivative works from, or use a specific== ==licensee's PeopleSoft software or documentation== other than to support the specific licensee's own internal data processing operations;

ECF No. 1166, ¶ 4

## Analysis of whether a violation has occurred:

**1** There must be a reproduction or derivative work of Oracle software.

**2** If there is a reproduction or derivative work of Client A's Oracle software, determine whether this was solely to support Client A or to support some other client.

# Derivative Work

A derivative work is a work that:

(1) substantially incorporates protected material from a preexisting copyrighted work; and

(2) exists in a concrete or permanent form.

# Summary of Opinions

- **Ms. Frederiksen-Cross's "cross-use" theories are overbroad**

- **Restricts Rimini's use of its own know-how and work product**

Issue 1: Isolated PeopleSoft files sent by clients

Issue 5: RSPCMPAY.cbl

Issue 9: JDE105328 Technical Specification

## Derivative Works and "Cross Use"

### Issue 3:  W-2 update for Johnson Controls

Issue 4:  rsi940a.sqr update for Smead and Spherion

Issue 6: 1099 Update for Easter Seals

Issue 10: rsiqtrtx.sqr update for Rockefeller Group and Home Shopping Network

# W-2 Print Issue



**Text cut off**

# W-2 Update



**Barbara Frederiksen-Cross**



70.     I discussed one of these examples in paragraph 274 of my Opening Report. I explained that "in an email entitled 'RE: [PeopleSoft - Johnson Controls, Inc.]P2 - Production Impacted Case # 00161783 . W2 Printing for Box 14 - xmlp is off,' sent January 24, 2019, customer JHN had evidently asked for help with their W-2s. Rimini employee Don Sheffield notes that Rimini has created a workable version to a similar problem for customer HCR, which he suggests they can just give to JHN. Sheffield then states that he tested the proposed solution 'here locally on COEX.'  He does not state that he tested it in JHN."  In support of this opinion I relied on RSI007421994, which I understand to be Exhibit 20 to the Appendix of Exhibits.



July 10, 2020 Frederiksen-Cross Declaration, ¶ 70

# W-2 Update Not Cross-Use

- **Ms. Frederiksen-Cross ignores that COE was one of many clients affected by the bug. Testing the solution to the bug in COE's environment for COE is not cross-use.**

- **The solution was tested specifically for JHN in JHN's environment.**

# Re-use of Know-How





Issue 1: Isolated PeopleSoft files sent by clients

Issue 5: RSPCMPAY.cbl

Issue 9: JDE105328 Technical Specification

## Derivative Works and "Cross Use"

Issue 3: W-2 update for Johnson Controls

**Issue 4: rsi940a.sqr update for Smead and Spherion**

Issue 6: 1099 Update for Easter Seals

Issue 10: rsiqtrtx.sqr update for Rockefeller Group and Home Shopping Network

DDX-552

# Schedule A (IRS Form 940) – Alignment Issues





**Barbara Frederiksen-Cross**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

ORACLE USA, INC.;
ORACLE AMERICA,
corporation; and ORAC
CORPORATION, a Ca

Plaintiffs,

v.

RIMINI STREET, INC
CORPORATION; ANI
INDIVIDUAL,

Defendants.

Corrected

275.    In a separate example, Tim Pringle tells Jim Benge that customers SPH and SME (neither of which are on Windstream) are having problems with their 940 A gif file and that he wants to provide an informal update once fixed.[283] Sheffield then makes a change to rsi940.sqr, says he completed testing in COE, and sent the fix to all US clients in scope.[284]  Then Pringle states he wants to provide the file to SPH and SME in an informal release, discussed below.

Frederiksen-Cross Post-Inj. Rpt., ¶ 275

Corrected Post-Injunction Expert Report of Barbara Frederiksen-Cross
HIGHLY CONFIDENTIAL INFORMATION—ATTORNEYS' EYES ONLY

DDX-554

# Rsi940a Update Was Not Cross Use

- The update was entirely Rimini work product – no Oracle copyrighted expression.

- Many clients, including COE were slated to receive the update. Testing in COE's environment was for COE.

# Rimini Update Files

```
!**********************************************************
! RSI940A: Print Addendum entry for TAX940A
!**********************************************************
! Rimini Street Modification Log
!
! 02/23/2012 RSI-HCM102632  v1.0
! Descr: Created new RSITAX940A SQR to print the Addendum for TAX940A
!
! 03/22/2013 RSI-HCM103334  v2.0
! Descr: Changing process instance variable mask to accomodate upto
!        10 digits
!
! 03/22/2013 RSI-HCM103542  v3.0
! Descr: Modified the program to make it compatible with 9.1 release
!        Include the custom procedure to read output location
!
! 12/04/2014 RSI-HCM104214  v4.0
! Descr: Modified the program to use updated form image files for
!        2013 and 2014. These new JPG files were created using
!        Photo Shop software for a more consistent image.
!
! 12/08/2015 RSI-HCM105375  v5.0
! Descr: Modified for 2015, and to add the ability to print
!        graphic types other than JPEG.
!
! 12/08/2016 RSI-HCM106857  v6.0
! Descr: Modified for 2016, for all tax years greater than 2014,
!        use a GIF image file.
!
! 01/05/2018 RSI-HCM106720  v7.1
! Descr: Modified for 2017, print EIN and Name one line lower,
!        use a GIF image file.
!
! 01/24/2019 RSI-HCM208049  v8.0
! Descr: Modified for 2018, modified print alignment for 2018
!        GIF image file.
!
!**********************************************************

#include 'setenv.sqc'      ! Set Environment Procedure
#include 'rsicolex.sqc'     ! Client Specific PeopleSoft Application Information
#include 'setup11.sqc'      ! Printer and page-size initialization
#include 'usarpt.sqc'       ! USA-specific variables

!**********************************************************
! Procedure: Setup
!**********************************************************
Begin-Setup
#define Prgr_Ver '8.0'      !Corresponds to Modification History above.
#define Page_Max_Lines 81
#define Page_Max_Cols  125
#define LINE_HEIGHT 10
#define IngWidth     123
#define IngHeight    80

Declare-Report PRINTFORMS
```

DTX-0419-002

## Schedule A (Form 940) for 2018:

860312

**Multi-State Employer and Credit Reduction Information**

DTX-0417-001

## Instructions for Schedule A (Form 940) for 2018:

860418

**Multi-State Employer and Credit Reduction Information**

DTX-0418-001

















**January 25, 2019**
Don Sheffield modifies Rimini-created files and tests them in COE's development environment for COE.

OREX-0021 at 2

**January 25, 2019**
Don Sheffield sends Rimini-created files to US clients "that will ultimately get this update."

OREX-0021 at 2-3

**January 28, 2019**
Rimini business analyst determines update will not be delivered to all clients for tax law reason.

DTX-0407-001

DDX-559

Issue 1: Isolated PeopleSoft files sent by clients

Issue 5: RSPCMPAY.cbl

Issue 9: JDE105328 Technical Specification

## Derivative Works and "Cross Use"

Issue 3:  W-2 update for Johnson Controls

Issue 4:  rsi940a.sqr update for Smead and Spherion

**Issue 6: 1099 Update for Easter Seals**

Issue 10: rsiqtrtx.sqr update for Rockefeller Group and Home Shopping Network

# 1099 Update - Issue



On January 4, 2019, Rimini sent Easter Seals of New Hampshire an email attaching the zip file "RS18F07_EAS_GA"

Frederiksen-Cross: "Because this update was specifically tailored to operate only with and modify Oracle's PeopleSoft Software ... it is my opinion that this update comprises a **derivative work**."

Frederiksen-Cross Post-Inj. Rpt., ¶ 327 (emphasis added)

**From:**    Jeanie Ong
**To:**      Jay Hoyt; Software Solutions
**Sent:**    1/3/2019 10:58:23 PM
**Subject:** RE: Redelivery of 1099 Update RS18F07 for Easter Seals New Hampshire, Inc.
**Attachments:** RS18F07 EAS_GA.zip.txt

| RS18F07_EAS_GA.zip | | |
|---|---|---|
| RS18F07 – Addendum.pdf (DTX-0610) | Rsfif_18.gif (DTX-0614) | |
| RS18F07 – Installation Instructions.pdf (DTX-0610) | Rsfii_18.gif (DTX-0615) | |
| RS18F07 – Notes Summary.pdf (DTX-0610; DTX-0600) | Rsfii2_18.gif (DTX-0616) | |
| RS18F07 – Object Summary.pdf (DTX-0610) | Rsfmf_18.gif (DTX-0617) | |
| RS18F07.DMS (DTX-0613) | Rsfmi_18.gif (DTX-0618) | |
| FSCM100130_1.DMS (DTX-0611) | Rsi1099i.sqr (DTX-0619) | |
| FSCM100130_2.DMS (DTX-0612) | Rsi1099m.sqr (DTX-0620) | |
| RS18F07.DMS (DTX-0613) | | |

Hi Jay,

I have attached the 1099 update to this email. Remove the ".txt'' extension after you download the file and unzip it. The instructions for installation are included. The major change this year is the box 7 vendors, so please read through all of the documentation to understand whether you need the changes for box 7 vendors. Please let me know if you have any questions.

Kind Regards,

Jeanie
****************************************

Jeanie Ong
Sr. PeopleSoft Support Engineer
Rimini Street. Inc.

Demonstrative based on DTX-0610-001

RS18F07_EAS_GA.zip

RS18F07 – Addendum.pdf   (DTX-0610)

RS18F07 – Installation Instructions.pdf   (DTX-0610)

RS18F07 – Notes Summary.pdf   (DTX-0610; DTX-0600)

RS18F07 – Object Summary.pdf   (DTX-0610)

RS18F07.DMS   (DTX-0613)

FSCM100130_1.DMS   (DTX-0611)

FSCM100130_2.DMS   (DTX-0612)

RS18F07.DMS   (DTX-0613)

Rsfif_18.gif   (DTX-0614)

Rsfii_18.gif   (DTX-0615)

Rsfii2_18.gif   (DTX-0616)

Rsfmf_18.gif   (DTX-0617)

Rsfmi_18.gif   (DTX-0618)

Rsi1099i.sqr   (DTX-0619)

Rsi1099m.sqr   (DTX-0620)

RS18F07_EAS_GA.zip

RS18F07 – Addendum.pdf  (DTX-0610)

RS18F07 – Installation Instructions.pdf  (DTX-0610)

RS18F07 – Notes Summary.pdf  (DTX-0610; DTX-0600)

RS18F07 – Object Summary.pdf  (DTX-0610)

RS18F07.DMS

FSCM100130_1.DMS

FSCM100130_2.DMS

RS18F07.DMS

Rsfiif_18.gif

Rsfiii_18.gif

Rsfii2_18.gif

Rsfmf_18.gif

Rsfmi_18.gif

Rsi1099i.sqr

Rsi1099ni.sqr



Client documentation explaining
the RS0718 bundle + instructions

RS18F07_EAS_GA.zip

RS18F07 — Addendum.pdf

RS18F07 — Installation Instructions.

RS18F07 — Notes Summary.pdf

RS18F07 — Object Summary.pdf

RS18F07.DMS   (DTX-0613)

FSCM100130_1.DMS   (DTX-0611)

FSCM100130_2.DMS   (DTX-0612)

RS18F07.DMS   (DTX-0613)

Rsfif_18.gif

Rsfii_18.gif

Rsfii2_18.gif

Rsfmf_18.gif

Rsfmi_18.gif

Rsi1099i.sqr

Rsi1099m.sqr

← Rimini-written scripts to update vendor tables

- DataMover scripts
- No Oracle copyrighted material

**RS18F07_EAS_GA.zip**

RS18F07 — Addendum.pdf

RS18F07 — Installation Instructions

RS18F07 — Notes Summary.pdf

RS18F07 — Object Summary.pdf

RS18F07.DMS

FSCM100130_1.DMS

FSCM100130_2.DMS

RS18F07.DMS

| Rsfif_18.gif | (DTX-0614) | ⟵ 1099-INT form |
| Rsfii_18.gif | (DTX-0615) | ⟵ 1099-INT instructions |
| Rsfii2_18.gif | (DTX-0616) | ⟵ 1099-INT instructions (cont.) |
| Rsfmf_18.gif | (DTX-0617) | ⟵ 1099-MISC form |
| Rsfmi_18.gif | (DTX-0618) | ⟵ 1099-MISC instructions |

Rsi1099i.sqr

Rsi1099m.sqr



RS18F07_EAS_GA.zip

RS18F07 – Addendum.pdf

RS18F07 – Installation Instructions.

RS18F07 – Notes Summary.pdf

RS18F07 – Object Summary.pdf

RS18F07.DMS

FSCM100130_1.DMS

FSCM100130_2.DMS

RS18F07.DMS

Rsfiif_18.gif

Rsfiil_18.gif

Rsfii2_18.gif

Rsfmf_18.gif

Rsfmi_18.gif

Rsi1099i.sqr   (DTX-0619)

Rsi1099m.sqr   (DTX-0620)



← Rimini work product
- Code to print IRS 1099 forms
- No Oracle copyrighted material



Environment as a whole is derivative work, compliant with injunction



Not a derivative work

# #include



**Barbara Frederiksen-Cross**



Oracle Frederiksen-Cross Demonstrative at slide 35

## Inclusion happens in the client's environment

# Issue 6: Conclusions

- **New Rimini-written files to replace old Rimini-written files (rsi1099i.sqr, rsi1099m.sqr)**

- **Not a derivative work**

- **No Oracle copyrighted material**

- **Not cross-use to send Rimini work product to clients**

Issue 1: Isolated PeopleSoft files sent by clients

Issue 5: RSPCMPAY.cbl

Issue 9: JDE105328 Technical Specification

## Derivative Works and "Cross Use"

Issue 3:  W-2 update for Johnson Controls

Issue 4:  rsi940a.sqr update for Smead and Spherion

Issue 6: 1099 Update for Easter Seals

Issue 10: rsiqtrtx.sqr update for Rockefeller Group and Home Shopping Network

# rsiqtrtx.sqr update



**Barbara Frederiksen-Cross**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

ORACLE USA, INC.; a Colorado corporation;
ORACLE AMERICA, INC.; a Delaware
corporation; and ORACLE INTERNATIONAL
CORPORATION, a California corporation,

Plaintiffs,

v.

RIMINI STREET, INC., A NEVADA
CORPORATION; AND SETH RAVIN, AN
INDIVIDUAL,

Defendants.

CIVIL CASE NO. 2:10-0106
LRH-VCF

Corrected Post-Injunction Expert Report of Barbara Ann Frederiksen-Cross

RRD on November 6, 2018. A June 7, 2019 email chain, discussing how this update has not been delivered to certain new customers, further indicates ==this file, rsiqtrtx.sqr, is a one-code-for-all file that can be distributed to new Rimini customers.==[270]

Corrected Post-Injunction Expert Report of Barbara Frederiksen-Cross
HIGHLY CONFIDENTIAL INFORMATION—ATTORNEYS' EYES ONLY

Frederiksen-Cross Post-Inj. Rpt., ¶ 269

DDX-572

# Use of rsiqtrtx.sqr Is Not Cross-Use

- No reproduction of Oracle code.

- No reproduction of any client's Oracle code to support a different client.

- Update was implemented and tested in RKF's and HSP's respective environments.

# Developing HCM200105 for HSP

**Development**

Follow 13 steps in Dev Instructions to make modifications in client's environment

**Send rsiqtrtx.sqr**

Send Rimini work product from Rimini's systems to client's dev environment

**Integrate Code**

Further development in client's dev environment

**Test & Debug**

- Test all modifications and integrate files
- Debug and further modify as necessary

**Quality Assurance Testing**

Turn update over to QA team for QA testing in QA environment

# Issue 10: Conclusions

- No evidence that rsiqtrtx.sqr contains Oracle copyrighted material

- No reproduction of one client's Oracle software for a different client

- Updates developed in RKF's and HSP's respective DEV environments

- Updates tested in RKF's and HSP's respective QA environments

- No "cross-use"

# Rimini's Recordkeeping











OREX_0051 at 4

DTX-0235-001

DTX-0619-002