# EXHIBIT F

# Rimini Street's Direct Examination of Stephen Lanchak

# Stephen Lanchak

## ERP Software Industry Expert

# Industry Experience

- **33 years** in management and technology consulting

- 18 years working **exclusively** with Oracle ERP products

- Advised **over 300 Oracle licensees** on Oracle ERP strategy

- Worked with **Oracle and JDE licensees** to execute business strategy

- Assisted clients in **developing custom JDE solutions**

# Industry Experience



- **Arthur Andersen / Andersen Consulting / Accenture (1982-1998)**
  - JDE Designer/Developer
  - Practice focused on technology strategy and planning




- **BearingPoint / KPMG (1998-2009)**
  - Oracle Commercial Services Practice Leader, team of several hundred
  - Global Oracle Market Leader
  - Responsible for strategy and leadership of global Oracle development, marketing, solutions



- **MarketSphere Consulting (2009-2010)**
  - Midwest Market Leader responsible for Oracle ERP solutions
  - Developed JDE promotion campaign with Oracle
  - Assisted in developing JDE customizations for multiple companies



- **HLC / Axon (2010-2014)**
  - Senior Vice President
  - Oracle Enterprise Resource Planning Practice Leader
  - Global Sales of over $200 million working closely with Oracle

# Summary of Key Reasons

**Three reasons Ms. Frederiksen-Cross's opinion cannot be reconciled with industry understanding and standard industry practice:**

1. Included in Oracle's definition of "J.D. Edwards software source code" is the code that everyone modifies and copies when using the product.

2. Oracle has never before taken this position. Oracle says the exact opposite and provides tools for the specific purpose of modifying and copying J.D. Edwards code.

3. This interpretation would foreclose third-party support for J.D. Edwards software.

# Background on J.D. Edwards Software



- ❖ **Highly Customizable ERP Software**
  - Used to help business run payroll, finance, logistics, accounting, etc.

- ❖ **Launched in 1970s by Jack, Dan, and Edward ("JDE" or "J.D. Edwards")**
  - Acquired by PeopleSoft in 2003
  - Acquired by Oracle in 2005 PeopleSoft acquisition

- ❖ **Two types:**
  - JDE World
  - JDE EnterpriseOne

# Summary of Key Reasons

**Three reasons Ms. Frederiksen-Cross's opinion cannot be reconciled with industry understanding and standard industry practice:**

1. Included in Oracle's definition of "J.D. Edwards software source code" is the code that everyone modifies and copies when using the product.

2. Oracle has never before taken this position. Oracle says the exact opposite and provides tools for the specific purpose of modifying and copying J.D. Edwards code.

3. This interpretation would foreclose third-party support for J.D. Edwards software.

# J.D. Edwards Code



# J.D. Edwards Code



# Summary of Key Reasons

**Three reasons Ms. Frederiksen-Cross's opinion cannot be reconciled with industry understanding and standard industry practice:**

1. Included in Oracle's definition of "J.D. Edwards software source code" is the code that everyone modifies and copies when using the product.

2. Oracle has never before taken this position. Oracle says the exact opposite and provides tools for the specific purpose of modifying and copying J.D. Edwards code.

3. This interpretation would foreclose third-party support for J.D. Edwards software.

# Oracle <u>Encourages</u> Modifying and Copying Open Code

- ❖ **Tools**

- ❖ **Marketing and Promotion**

- ❖ **Customizations for Clients**

# Summary of Key Reasons

**Three reasons Ms. Frederiksen-Cross's opinion cannot be reconciled with industry understanding and standard industry practice:**

**1** Included in Oracle's definition of "J.D. Edwards software source code" is the code that everyone modifies and copies when using the product.

**2** Oracle has never before taken this position. Oracle says the exact opposite and provides tools for the specific purpose of modifying and copying J.D. Edwards code.

**3** This interpretation would foreclose third-party support for J.D. Edwards software.