UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>　　　　Defendants. | Case No.: 2:10-cv-00106-LRH-VCF<br><br>MINUTES OF PROCEEDINGS<br><br>DATE: 09/28/2021 |

PRESENT:　　　　　　LARRY R. HICKS, UNITED STATES DISTRICT JUDGE

Deputy Clerk:　　　　Katie Lynn Sutherland

Reporter:　　　　　　Margaret Griener

Counsel for Plaintiffs:　　Zachary S. Hill, Esq., Benjamin P. Smith, Esq. and

　　　　　　　　　　　　William A. Isaacson, Esq.

Counsel for Defendants:　Samuel Liversidge, Esq., Casey McCracken, Esq. and

　　　　　　　　　　　　Eric Vandevelde, Esq.

PROCEEDINGS: **Hearing on Contempt and Evidentiary Hearing – DAY 7**

9:02 a.m.　　　The Court reconvenes in open court with counsel present.

Mr. Lanchak retakes the witness stand and continues to testify under direct examination by Mr. Liversidge, cross examination by Mr. Hill and redirect examination by Mr. Silverlidge. The witness is excused.

10:23 a.m.　　　The Court is in recess for the morning break.

10:43 a.m.　　　The Court reconvenes in open court with counsel present.

---

MINUTES OF PROCEEDINGS DATE: 09/28/2021 - 1

Mr. McCracken addresses the Court and offers into admission several exhibits. There are no objections by Oracle for the admission of stated exhibits. IT IS ORDERED that Oracle Exhibit OREX_0068 and Rimini Exhibits DTX-0046, DTX-0733 and DTX-0740 are hereby admitted into evidence.

Mr. Smith confirms Oracle intends to present rebuttal examination and Barbara Frederiksen-Cross is called as Oracle's rebuttal witness.

Ms. Frederiksen-Cross retakes the witness stand and testifies under direct exam by Mr. Smith.

12:05 p.m.     The Court stands at recess for the lunch break.

1:25 p.m.      The Court reconvenes in open court with counsel present. The Court and counsel confer regarding the remaining schedule for this hearing.

Rebuttal witness Ms. Frederiksen-Cross retakes the witness stand and continues to testify under direct exam by Mr. Smith, cross examination by Mr. Vandevelde and redirect by Mr. Smith. The witness is excused.

Mr. McCracken calls Owen Astrachan for Rimini's surrebuttal examination.

Mr. Astrachan retakes the witness stand and testifies under direct exam by Mr. McCracken and cross examination by Mr. Isaacson. The witness is excused.

2:49 p.m.     The Court stands at recess for the afternoon break.

3:12 p.m.     The Court reconvenes in open court with counsel present.

Mr. Isaacson addresses the Court and offers into admission several exhibits. There are no objections on behalf of Rimini. IT IS THEREFORE ORDERED that Oracle Exhibits OREX_1356 through OREX_1362 are hereby admitted into evidence.

Mr. Isaacson presents closing arguments on behalf of Oracle.

Mr. Vandevelde presents closing arguments on behalf of Rimini.

Mr. Isaacson presents rebuttal closing arguments on behalf of Oracle.

The Court confirms the deadline of Tuesday, October 19, 2021, for the parties to each file their own proposed findings of fact and conclusion of law.

IT IS ORDERED that the parties' respective power-point slides that have been used by counsel throughout the duration of this hearing are hereby entered as part of the record.

///

_____
MINUTES OF PROCEEDINGS DATE: 09/28/2021 - 2

1 | The Court and counsel confer about potential trial dates for the *Rimini II* matter. The Court requests counsel meet and confer to discuss proposed trial dates and to submit those to the Court for consideration.

5:29 p.m.  Court adjourns.

DEBRA K. KEMPI, CLERK OF COURT

By: _____/s/_____
Katie Lynn Sutherland, Deputy Clerk

MINUTES OF PROCEEDINGS DATE: 09/28/2021 - 3