| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:   702.382.7300<br>Facsimile:    702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:   202.223.7300<br>Facsimile:    202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:   415.442.1000<br>Facsimile:    415.442.1001<br>benjamin.smith@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:   650.506.4846<br>Facsimile:    650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com |

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>        Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**ORACLE'S NOTICE OF LODGING OF HEARING SLIDES AND DEMONSTRATIVES** |

1  TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle

3  International Corp., (collectively "Oracle"), for the Court's convenience, hereby lodge with the

4  Court the following demonstratives that it has presented in the proceedings:

5  Exhibit 1: Oracle's Opening Slides;

6  Exhibit 2: Oracle's Direct Examination of Barbara Frederiksen-Cross Demonstratives;

7  Exhibit 3: Oracle's Rebuttal Examination of Barbara Frederiksen-Cross Demonstratives; and

8  Exhibit 4: Oracle's Closing Slides.

MORGAN, LEWIS & BOCKIUS LLP

DATED: September 30, 2021

By:   */s/ Benjamin P. Smith*
Benjamin P. Smith

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

1

ORACLE'S NOTICE OF LODGING OF HEARING SLIDES AND DEMONSTRATIVES

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30th day of September, 2021, I electronically transmitted the foregoing ORACLE'S NOTICE OF LODGING OF HEARING SLIDES AND DEMONSTRATIVES to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

MORGAN, LEWIS & BOCKIUS LLP

DATED: September 30, 2021

By:   */s/ Benjamin P. Smith*
Benjamin P. Smith

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation