# EXHIBIT 2
# Oracle's Direct Examination of Barbara Frederiksen-Cross Demonstratives



# *Oracle v. Rimini Street*

Barbara Frederiksen-Cross Demonstratives

# Barbara Frederiksen-Cross: Education

Associate of Applied Science degree in Computer Programming in 1974, at the age of 18.

Technical training from IBM, Amdahl, Hitachi Data Systems, Verhoef, SAS Institute, Merrill Consultants, Microsoft, and other education providers.

Advanced training in operating system internals, telecommunication system internals, database internals, diagnostics, system performance engineering, storage management, capacity planning, and data recovery.

Training in forensic analysis of computer software in the specific context of infringement analysis.

2

# Barbara Frederiksen-Cross: Work Experience

47+ years experience in software development and 35 years experience in forensic analysis.

Computer programming instructor.

Systems programmer and systems administrator (in multiple fields).

Regional manager for software consulting services company.

Operating systems software developer.

Team leader for storage and management/capacity planning for Nike for over 3 years.

# Barbara Frederiksen-Cross: Legal Consulting and Expert Testimony Experience

Negotiation of software development and licensing agreements.

Software systems audits.

Due diligence for software acquisitions.

Software development and programming.

Forensic software analysis in over 100 civil and criminal matters, including work for Federal Bureau of Investigation and Hillsboro Police Department High-Tech Crime Team.

Source code analysis in over 40 Copyright/trade secret matters, including evaluation and comparison of computer source code and object code to detect copying and derivative works for clients such as Caterpillar, Computer Associates, Compuware, FOREX Capital Markets, LexisNexis, and Symantec.

Source code analysis in over 35 patent disputes.

4

## Barbara Frederiksen-Cross: Written Work and Presentations

Author, co-author, or presenter of approximately 75 papers and presentations on cyber liabilities, software security, reverse engineering, computer forensics, electronic discovery, and Techno-Archeology, the analysis of failed software development.

5

# Barbara Frederiksen-Cross: Materials Reviewed

- Permanent Injunction.

- Legal pleadings.

- My three expert reports from Rimini II, as well as the expert report of Christian Hicks, including the evidence considered in these reports.

- Discovery responses.

- Deposition transcript of Craig Mackereth and associated exhibits.

- Information from AFW, DevTrack, Jira, SpiraTeam, Shared Network Drives, SalesForce, and SharePoint.

- Custodial documents from 10 Rimini employees.

- Functional and technical specifications, lists of customers receiving updates, emails, and documents describing Rimini's support processes.

- Third-party productions and depositions (from 5 third parties).

- Underlying AFW database for transfer files.

- Oracle source code files and documentation.

- Various Rimini source code files in comparison to Oracle's source code.

- Information extracted from Spira (testing)/Jira (development).

- SalesForce records of Rimini.

6

# Barbara Frederiksen-Cross: Summary of Opinions

**1.** **Rimini's post-Injunction conduct does not conform to the Injunction.**

**2.** **Rimini's post-Injunction conduct does not conform to Paragraph 5 of the Injunction.**

a) Rimini accepted and maintained Oracle copyrighted code and documentation on its systems without any apparent reporting or action taken by Rimini (Violation No. 1).

b) Rimini's acceptance and maintenance of Oracle copyrighted materials on its systems is not isolated (additional examples of Violation No. 1).

c) Rimini copied protected expression from psptarry.cbl into rspcmpay.cbl (Violation No. 5).

d) Rimini distributed a derivative form 1099 update for Easter Seals from its systems (Violation No. 6).

7

# Barbara Frederiksen-Cross: Summary of Opinions

**3.** **Rimini cross-uses environments of one customer for development, testing, and troubleshooting for the benefit of other customers, contrary to Paragraphs 4 and 6 of the Injunction.**

a) Rimini used the PeopleSoft environment associated with the City of Eugene to test the rsi940a.sqr file (part of the HCM200049 update) for customers Spherion and Smead (Violation No. 4).

b) Rimini used the City of Eugene's PeopleSoft environment to test the rsi940a.sqr file for customer Matheson Trucking (Violation No. 2).

c) Rimini used the City of Eugene's PeopleSoft environment to fix a bug regarding the printing of a W2 form for Johnson Controls (Violation No. 3).

d) Rimini developed a "one code for all" file, rsiqtrtx.sqr, as part of HCM200105 for Oregon quarterly tax reporting and supplied the rsiqtrtx.sqr file to Rockefeller Group and Home Shopping Network (Violation No. 10).

8

## Barbara Frederiksen-Cross: Summary of Opinions

**4.** **Rimini's copying of JD Edwards source code is not allowed under the Injunction (Violation Nos. 7 and 9).**

a) Rimini regularly copies JD Edwards source code while developing and testing updates to JD Edwards software in violation of Paragraph 8 of the Injunction (Violation No. 7).

b) Rimini copied portions of JD Edwards source code (from Oracle source code files P06767 and R89078652) into its technical specification in violation of Paragraph 8 of the Injunction (Violation No. 9).

**5.** **Rimini's prvtsidx.plb file is inconsistent with the Injunction's prohibitions regarding Oracle Database (Violation No. 8).**

9

## Barbara Frederiksen-Cross: Summary of Opinions

**6.** **Limited production of Rimini materials in discovery constrained the analysis of Injunction violations.**

**7.** **Rimini's record keeping and documentation is poor, which conceals Injunction violations.**

**8.** **With the Court's permission, additional processes should be put in place to monitor and ensure Rimini's Injunction compliance.**

10

## Opinion No. 1

 **Rimini's post-Injunction conduct does not conform to the Injunction:**

- Copyrighted material on Rimini Systems;

- Creation of derivative works;

- Cross-use;

- JD Edwards source code copied by Rimini; and

- Copying and use of Oracle database files.

## Opinion No. 2

**2.** **Rimini's post-Injunction conduct does not conform to Paragraph 5 of the Injunction.**

a) Rimini accepted and maintained Oracle copyrighted code and documentation on its systems without any apparent reporting or action taken by Rimini (Violation No. 1).

b) Rimini's acceptance and maintenance of Oracle copyrighted materials on its systems is not isolated (additional examples of Violation No. 1).

c) Rimini copied protected expression from Oracle file psptarry.cbl into Rimini rspcmpay.cbl (Violation No. 5).

d) Rimini created and distributed a derivative 1099 update for Easter Seals from its systems (Violation No. 6).

12

## Permanent Injunction Paragraph 5

5.  Rimini Street shall not reproduce, prepare derivative works from, or use PeopleSoft software or documentation on, with, or to any computer systems other than a specific licensee's own computer systems;

ECF No. 1166

## Opinion No. 2 - OSC regarding psptaxdt.dms file and PeopleSoft documentation

As to the "psptaxdt.dms" source code file and emails containing PeopleSoft copyrighted documentation and PeopleSoft Payroll update documents, Rimini does not dispute that such content is on its systems. Rather, it contends that the content was sent to it by a client, contrary to express instructions. However, "[t]he absence of willfulness does not relieve from civil contempt." *McComb v. Jacksonville Paper Co.*, 336 U.S. 187, 191 (1949). While Rimini may not have willfully intended to violate the permanent injunction by having such content on its computer systems, it is uncontradicted that such content is on its systems and that it is a violation of the permanent injunction. Rimini's intent may affect what sanction the Court finds is appropriate for the violation, but the Court still finds it necessary to issue an order to show cause why Rimini should not be held in contempt for these violations of paragraph 5 of the permanent injunction. *See TiVo*, 646 F.3d at 880 ("Although a defendant's diligence and good faith efforts are not a defense to contempt, these factors may be considered in assessing penalties, a matter as to which the district court has considerable discretion."). Because the Court finds, by clear and convincing evidence, that Rimini is violating the permanent injunction, the Court issues an order to show cause why Rimini should not be held in contempt. Consequently, at the hereafter hearing, the parties will not be permitted to re-argue the at-issue conduct; rather, the parties are only permitted to argue whether Rimini should be held in contempt for such a violation, and what sanctions are appropriate.

OSC Order [ECF No. 1459] at 22:23-23:12

## Opinion No. 2 (Violation No. 1)

**2.** **The Court held that Rimini violated the Injunction; factual context supports contempt.**

a) **Rimini accepted and maintained Oracle copyrighted code and documentation on its systems without any apparent reporting or action taken by Rimini (Violation No. 1):**

- psptaxdt.dms source code file on Rimini's systems;

- PeopleSoft documentation on Rimini's systems (G6 Hospitality); and

- PeopleSoft documentation on Rimini's systems (Texas Children's Hospital).

15

# DTX-39 (Case Comments.csv)

**A1:** Case Comment: ID

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Case Con | Account IL | Account IL | Case ID | Case Nun | Case Con | CaseCom | Comment | Comment | Created B | Created B | Created D | Created B | FeedItem | Is First | Is Not Cus | Public | Public(Tex | Send Cust | Case Con | Status W | Case Con | Case Con | Case Con | Case Con | Case Con |
| 2 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 166821 | cm-19042 | 00a0z000 | Hi | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 0 | 1 | Public | | Vijaya Kur | Working | vindu | 4/20/2019 | Vijaya Kur | vindu | 4/20/2019 |
| 3 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 159366 | cm-19050 | 00a0z000 | INTERNA | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Internal | | Lea Shapi | Solution F | LShapira | 5/8/2019 | Lea Shapi | LShapira | 5/8/2019 |
| 4 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 170994 | cm-19042 | 00a0z000 | Hi | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Dov Hit | Working | dhit | 4/23/2019 | Dov Hit | dhit | 4/23/2019 |
| 5 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 165710 | cm-19030 | 00a0z000 | || Graham | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 0 | 1 | Public | | Rimini Stn | Customer | rimi | 3/6/2019 | Rimini Stn | rimi | 3/6/2019 |
| 6 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 165854 | cm-19071 | 00a0z000 | Hi Gopal, | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Kireet Boll | Working | kboll | 7/16/2019 | Kireet Boll | kboll | 7/16/2019 |
| 7 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 161909 | cm-19012 | 00a0z000 | || Paulo | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Rimini Stn | Solution | rimi | 1/28/2019 | Rimini Stn | rimi | 1/28/2019 |
| 8 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 166821 | cm-19042 | 00a0z000 | || | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Rimini Stn | Working | rimi | 4/22/2019 | Rimini Stn | rimi | 4/22/2019 |
| 9 | a3m0z000 | 00138000 | 00138000 | 5000z000 | 159366 | cm-19051 | 00a0z000 | Hi Orit, | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Yifat Rosn | Working | yrosmari | 5/12/2019 | Yifat Rosn | yrosmari | 5/12/2019 |
| 10 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 170994 | cm-19042 | 00a0z000 | Hi | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Dov Hit | Working | dhit | 4/23/2019 | Dov Hit | dhit | 4/23/2019 |
| 11 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 165710 | cm-19030 | 00a0z000 | Hi | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Arun Kum | Customer | Arun | 3/6/2019 | Arun Kum | Arun | 3/6/2019 |
| 12 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 165854 | cm-19071 | 00a0z000 | Hi Gopal, | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Kireet Boll | Working | kboll | 7/16/2019 | Kireet Boll | kboll | 7/16/2019 |
| 13 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 161909 | cm-19012 | 00a0z000 | || Paulo | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Rimini Stn | Solution | rimi | 1/28/2019 | Rimini Stn | rimi | 1/28/2019 |
| 14 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 166821 | cm-19042 | 00a0z000 | Hi Subrama | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Vijaya Kur | Working | vindu | 4/22/2019 | Vijaya Kur | vindu | 4/22/2019 |
| 15 | a3m0z000 | 00138000 | 00138000 | 5000z000 | 159366 | cm-19051 | 00a0z000 | || Orit | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Rimini Stn | Customer | rimi | 5/12/2019 | Rimini Stn | rimi | 5/12/2019 |
| 16 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 170994 | cm-19042 | 00a0z000 | Hi | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Dov Hit | Working | dhit | 4/23/2019 | Dov Hit | dhit | 4/23/2019 |
| 17 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 165710 | cm-19030 | 00a0z000 | || Graham | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 0 | 1 | Public | | Rimini Stn | Customer | rimi | 3/6/2019 | Rimini Stn | rimi | 3/6/2019 |
| 18 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 165854 | cm-19071 | 00a0z000 | Gopal/Lin | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Kireet Boll | Working | kboll | 7/16/2019 | Kireet Boll | kboll | 7/16/2019 |
| 19 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 161909 | cm-19012 | 00a0z000 | Caro | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Wilson Fe | Solution | wferr | 1/28/2019 | Wilson Fe | wferr | 1/28/2019 |
| 20 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 166821 | cm-19042 | 00a0z000 | Subrama | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Vijaya Kur | Working | vindu | 4/22/2019 | Vijaya Kur | vindu | 4/22/2019 |
| 21 | a3m0z000 | 00138000 | 00138000 | 5000z000 | 159366 | cm-19051 | 00a0z000 | Internal | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 0 | 0 | Internal | | Yifat Rosn | Client Con | yrosmari | 5/12/2019 | Yifat Rosn | yrosmari | 5/12/2019 |
| 22 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 170994 | cm-19042 | 00a0z000 | Internal | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 0 | 0 | Internal | | Dov Hit | Customer | dhit | 4/23/2019 | Dov Hit | dhit | 4/23/2019 |
| 23 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 165710 | cm-19030 | 00a0z000 | Hi | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Arun Kum | Customer | Arun | 3/6/2019 | Arun Kum | Arun | 3/6/2019 |
| 24 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 165854 | cm-19071 | 00a0z000 | Hi Gopal, | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Kireet Boll | Working | kboll | 7/16/2019 | Kireet Boll | kboll | 7/16/2019 |
| 25 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 161909 | cm-19012 | 00a0z000 | A new attachment ha | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 0 | 0 | Internal | | Rimini Stn | Solution | rimi | 1/28/2019 | Rimini Stn | rimi | 1/28/2019 |
| 26 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 166821 | cm-19042 | 00a0z000 | Hi | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Rimini Stn | Working | rimi | 4/22/2019 | Rimini Stn | rimi | 4/22/2019 |
| 27 | a3m0z000 | 00138000 | 00138000 | 5000z000 | 159366 | cm-19051 | 00a0z000 | INTERNA | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 0 | Internal | | Lea Shapi | Working | LShapira | 4/26/2019 | Lea Shapi | LShapira | 4/26/2019 |
| 28 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 170994 | cm-19042 | 00a0z000 | Hello, | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Mark Smit | Customer | msmith | 4/23/2019 | Mark Smit | msmith | 4/23/2019 |
| 29 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 165710 | cm-19030 | 00a0z000 | Hi | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Arun Kum | Solution P | Arun | 3/8/2019 | Arun Kum | Arun | 3/8/2019 |
| 30 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 165854 | cm-19071 | 00a0z000 | Waiting | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Kireet Boll | Customer | kboll | 7/17/2019 | Kireet Boll | kboll | 7/17/2019 |
| 31 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 161909 | cm-19012 | 00a0z000 | || Paulo | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Rimini Stn | Solution | rimi | 1/28/2019 | Rimini Stn | rimi | 1/28/2019 |
| 32 | a3m0z000 | 00138000 | 00138000 | 5000z000 | 166821 | cm-19042 | 00a0z000 | Hi | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Vijaya Kur | Conv | vindu | 4/27/2019 | Vijaya Kur | vindu | 4/27/2019 |
| 33 | a3m0z000 | 00138000 | 00138000 | 5000z000 | 159366 | cm-19051 | 00a0z000 | Hi Orit, | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Yifat Rosn | Working | yrosmari | 5/12/2019 | Yifat Rosn | yrosmari | 5/12/2019 |
| 34 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 170994 | cm-19042 | 00a0z000 | || Bhavani | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 0 | 1 | Public | | Rimini Stn | Customer | rimi | 4/23/2019 | Rimini Stn | rimi | 4/23/2019 |
| 35 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 165710 | cm-19030 | 00a0z000 | || Graham | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 0 | 1 | Public | | Rimini Stn | Customer | rimi | 3/8/2019 | Rimini Stn | rimi | 3/8/2019 |
| 36 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 165854 | cm-19071 | 00a0z000 | SLA. | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 0 | 1 | Public | | Rimini Stn | Customer | rimi | 7/17/2019 | Rimini Stn | rimi | 7/17/2019 |
| 37 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 161909 | cm-19012 | 00a0z000 | || Paulo | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Rimini Stn | Solution | rimi | 1/28/2019 | Rimini Stn | rimi | 1/28/2019 |
| 38 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 166821 | cm-19031 | 00a0z000 | A new attachment | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 0 | 0 | Internal | | Rimini Stn | New | rimi | 3/12/2019 | Rimini Stn | rimi | 3/12/2019 |
| 39 | a3m0z000 | 00138000 | 00138000 | 5000z000 | 159366 | cm-19051 | 00a0z000 | Hi Orit, | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Yifat Rosn | Solution | rimi | 5/12/2019 | Rimini Stn | rimi | 5/12/2019 |
| 40 | a3m0z000 | 00130000 | 00130000 | 5000z000 | 170994 | cm-19042 | 00a0z000 | hi | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Thiago Gu | Client Con | tguimara | 4/23/2019 | Thiago Gu | tguimara | 4/23/2019 |
| 41 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 165710 | cm-19030 | 00a0z000 | Hi | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Arun Kum | Customer | Arun | 3/8/2019 | Arun Kum | Arun | 3/8/2019 |
| 42 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 165854 | cm-19071 | 00a0z000 | Waiting | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 0 | 1 | Public | | Kireet Boll | Customer | kboll | 7/17/2019 | Kireet Boll | kboll | 7/17/2019 |
| 43 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 161909 | cm-19012 | 00a0z000 | Caro | | \<a href="/0050z000 | ######## | | 00D50z000 | | 0 | 1 | 1 | Public | | Wilson Fe | Solution | wferr | 1/28/2019 | Wilson Fe | wferr | 1/28/2019 |
| 44 | a3m0z000 | 00150000 | 00150000 | 5000z000 | 161909 | cm-19031 | 00a0z000 | Hello, | | \<a href="/0050z000 | ######## | | 00D50z000 | | 1 | 0 | 1 | Public | | Matthew | New | mholm | 3/12/2019 | Matthew | mholm | 3/12/2019 |

DTX-0039 (native)

## Additional Rimini Violations

**2.** **Additional examples of the same Rimini conduct:**

b) **Rimini's acceptance and maintenance of Oracle copyrighted materials on its systems is not isolated (additional examples of Violation No. 1):**

- PSPTCALC.lis file on Rimini's systems (Evergreen Support);

- gettxdta.sqc.txt and getstdta.sqc.txt source code files on Rimini's systems (Guest Services); and

-  tax920us.txt, tax922us.txt, tax920.txt, tax921us.txt, and tax923us.txt code files on Rimini's systems (University of Oklahoma Health Sciences Center).

17

## Additional Oracle Source Code Files in Rimini SalesForce Case 164037, Related to University of Oklahoma Health Services

| Oracle File on Rimini's Systems | tax920.txt<br><br>OREX_0234<br>(RSI007543542) |
|---|---|
| Oracle file used for comparison | tax920.sqr<br><br>OREX_0233 |
| Matching lines percentage | 100% |

Side by side comparison shown in OREX_0205

| Oracle File on Rimini's Systems | tax921us.txt<br><br>OREX_0235<br>(RSI007543543) |
|---|---|
| Oracle file used for comparison | tax921us.sqr<br><br>OREX_0217 |
| Matching lines percentage | 99.77% |

Side by side comparison shown in OREX_0206

| Oracle File on Rimini's Systems | tax923us.txt<br><br>OREX_0236<br>(RSI007543544) |
|---|---|
| Oracle file used for comparison | tax923us.sqr<br><br>OREX_0224 |
| Matching lines percentage | 100% |

Side by side comparison shown in OREX_0207

18

## Opinion No. 2

**2.** **Rimini's post-Injunction support conduct does not conform to Paragraph 5 of the Injunction.**

 c) **Rimini copied protected expression from Oracle file psptarry.cbl into Rimini rspcmpay.cbl (Violation No. 5).**

## OSC Ruling regarding RSPCMPAY.cbl file

Given these conflicting accounts of the two files, the Court finds that an evidentiary hearing on this issue is required. The Court, as fact finder, must hear from both parties competing experts to determine if Rimini's file contains protected Oracle expression that Rimini is prohibited from having on its systems. Accordingly, the Court issues an order to show cause as to this file.

## Opinion No. 2

**2.** **Rimini's post-Injunction conduct does not conform to Paragraph 5 of the Injunction.**

d)  **Rimini created and distributed a derivative 1099 update for Easter Seals from its systems (Violation No. 6).**

## Opinion No. 2 – OSC Order regarding Easter Seals 1099 Update

Here, Oracle points to only one example of a derivative work that violates the permanent injunction: Rimini's 1099 update that was emailed to Easter Seals in 2018. It is not clear from the record before the Court where this update came from, where it was developed, and for what client. If the update was developed for Easter Seals, in Easter Seals environment, and Easter Seals is permitted under its license to create derivative works and have a third-party servicer create those derivative works for it, then the Court could not find Rimini's conduct was a violation of the permanent injunction. However, because the Court lacks necessary information to make this finding, an evidentiary hearing is needed to determine if the creation and distribution of the update violated the permanent injunction. Accordingly, the Court issues an order to show cause on this issue.

OSC Order [ECF No. 1459] at 24:3-12

## Summary of Opinions

**3.** **Rimini cross-uses environments of one customer for development, testing, and troubleshooting for the benefit of other customers contrary to Paragraphs 4 and 6 of the Injunction.**

a) Rimini used the City of Eugene's PeopleSoft environment to test the rsi940a.sqr file (part of the HCM200049 update) for customers Spherion and Smead (Violation No. 4).

b) Rimini used the City of Eugene's PeopleSoft environment to test the rsi940a.sqr file for customer Matheson Trucking (Violation No. 2).

c) Rimini used the City of Eugene's PeopleSoft environment to fix a bug regarding the printing of a W2 form for Johnson Controls (Violation No. 3).

d) Rimini developed "one code for all" file (rsiqtrtx.sql) as part of HCM200105 for Oregon quarterly tax reporting and supplied the update to Rockefeller Group and Home Shopping Network (Violation No. 10).

23

## Summary of Opinions

**3.** **Rimini cross-uses environments of one customer for development, testing, and troubleshooting for the benefit of other customers contrary to Paragraphs 4 and 6 of the Injunction.**

a) Rimini used the City of Eugene's PeopleSoft environment to test the rsi940a.sqr file (part of the HCM200049 update) for customers Spherion and Smead (Violation No. 4).

# Permanent Injunction Paragraphs 4 and 6

4.  Rimini Street shall not reproduce, prepare derivative works from, or use a specific licensee's PeopleSoft software or documentation other than to support the specific licensee's own internal data processing operations;

6.  Rimini Street shall not reproduce, prepare derivative works from, or use PeopleSoft software or documentation on one licensee's computer systems to support, troubleshoot, or perform development or testing for any other licensee, including, specifically, that Rimini Street shall not use a specific licensee's PeopleSoft environment to develop or test software updates or modifications for the benefit of any other licensee;

25

## Summary of Opinions

**3.** **Rimini cross-uses environments of one customer for development, testing, and troubleshooting for the benefit of other customers contrary to Paragraphs 4 and 6 of the Injunction.**

b) **Rimini used the City of Eugene's PeopleSoft environment to test the rsi940a.sqr file for customer Matheson Trucking (Violation No. 2).**

## Opinion No. 3 – OSC Ruling regarding HCM200049 for Matheson Trucking

that client's environment, the Court cannot find that conduct violates the injunction. However, as to update HCM200049, delivered to Rimini's client Matheson Trucking, without any indication it was developed or tested in that client's environments, is a clear violation of the permanent injunction. *See id.* ¶ 115. Because the Court finds, by clear and convincing evidence, that Rimini is violating the permanent injunction, the Court issues an order to show cause why Rimini should not be held in contempt. Consequently, at the hereafter hearing, the parties will not be permitted to re-argue the at-issue conduct; rather, the parties are only permitted to argue whether Rimini should be held in contempt for such a violation, and what sanctions are appropriate. As to update

OSC Order [ECF No. 1459] at 26:25-27:4

## Summary of Opinions

**3.** **Rimini cross-uses environments of one customer for development, testing, and troubleshooting for the benefit of other customers contrary to Paragraphs 4 and 6 of the Injunction.**

c) Rimini used the City of Eugene's PeopleSoft environment to fix a bug regarding the printing of a W2 form for Johnson Controls (Violation No. 3).

28

## Summary of Opinions

**3.** **Rimini cross-uses environments of one customer for development, testing, and troubleshooting for the benefit of other customers contrary to Paragraphs 4 and 6 of the Injunction.**

d)  Rimini developed "one code for all" file (rsiqtrtx.sql) as part of HCM200105 for Oregon quarterly tax reporting and supplied the update to Rockefeller Group and Home Shopping Network (Violation No. 10).

# Rimini's Transfer of rsiqtrtx.sqr to Home Shopping Network and Rockefeller Group International

| SUBMITDATETIME | FILE_NAME | CLIENT | FTPFOLDER | TRANSFER_FROM | TRANSFER_TO | JOBNBR | DEVTRACK_ID | STATUS |
|---|---|---|---|---|---|---|---|---|
| 6/25/2019 8:01 | rsiqtrtx.sqr | RKF | ftp.af.rockefellergp | DEVHC92APP-RSD\FromRSI\Transfer\20190625_080050\rsiqtrtx.sqr | HRMS Development\Individual Updates\HCM200442\CODE\Code_After\ | 039eccf158b2489e89673 5388f7d02a9 | HCM200442 | Success |
| 8/26/2019 4:39 | rsiqtrtx.sqr | HSP | ftp.af.homeshpnetwrk | HSDWPSW002\FromRSI\Transfer\20190826_043916\rsiqtrtx.sqr | HRMS Development\Individual Updates\HCM200105\CODE\Code_After\ | 3c91bf3a4004402483762 ac71f7297f9 | HCM200105 | Success |
| 8/26/2019 10:58 | rsiqtrtx.sqr | HSP | ftp.af.homeshpnetwrk | HSDWPSW002\FromRSI\Transfer\20190826_105838\rsiqtrtx.sqr | HRMS Development\Individual Updates\HCM200442\CODE\Code_After\ | 59af77986b924c9799179 f5d5f10c766 | HCM200442 | Success |
| 9/6/2019 5:46 | rsiqtrtx.sqr | RKF | ftp.af.rockefellergp | DEVHC92APP-RSD\FromRSI\Transfer\20190906_054558\rsiqtrtx.sqr | HRMS Development\Individual Updates\HCM200105\CODE\Code_After\ | 8bd80dfb96cd4eaab6823 64888ef6a9f | HCM200105 | Success |
| 9/6/2019 5:46 | rsiqtrtx.sqr | HSP | ftp.af.homeshpnetwrk | HSDWPSW002\FromRSI\Transfer\20190906_054558\rsiqtrtx.sqr | HRMS Development\Individual Updates\HCM200105\CODE\Code_After\ | 8bd80dfb96cd4eaab6823 64888ef6a9f | HCM200105 | Success |
| 9/6/2019 6:05 | rsiqtrtx.sqr | RKF | ftp.af.rockefellergp | DEVHC92APP-RSD\FromRSI\Transfer\20190906_060524\rsiqtrtx.sqr | HRMS Development\Individual Updates\HCM200442\CODE\Code_After\ | b77ba4a9b37e47df83a5a 1ff9a8b9548 | HCM200442 | Success |
| 9/6/2019 6:05 | rsiqtrtx.sqr | HSP | ftp.af.homeshpnetwrk | HSDWPSW002\FromRSI\Transfer\20190906_060524\rsiqtrtx.sqr | HRMS Development\Individual Updates\HCM200442\CODE\Code_After\ | b77ba4a9b37e47df83a5a 1ff9a8b9548 | HCM200442 | Success |

OREX_0048 (Filtered for "rsiqtrtx.sqr," "HSP," and "RKF")

## Permanent Injunction Paragraph 8

8. Rimini Street shall not copy ▮▮▮▮▮▮ J.D. Edwards software source code to carry out development and testing of software updates;

ECF No. 1166

## Summary of Opinions

**4.** **Rimini's copying of JD Edwards source code is not allowed under the Injunction.**

a) **Rimini regularly copies JD Edwards source code while developing and testing updates to JD Edwards software in violation of Paragraph 8 of the Injunction (Violation No. 7).**

b) **Rimini copied portions of JD Edwards source code (from Oracle source code files P06767 and R89078652) into its technical specification in violation of Paragraph 8 of the Injunction (Violation No. 9).**

## Summary of Opinions

**4.** **Rimini's copying of JD Edwards source code is not allowed under the Injunction.**

a) Rimini regularly copies JD Edwards source code while developing and testing updates to JD Edwards software in violation of Paragraph 8 of the Injunction (Violation No. 7).

## Opinion No. 4 – OSC Ruling regarding "Source Code"

The parties dispute the meaning of the term "source code" within the injunction: Oracle maintains that "source code" refers to both "open code" (code that the licensee may modify to create tax, legal, and regulatory updates to its software) and "closed code" (code that the licensee does not have access to and would need to reverse engineered or "decompile"), while Rimini maintains that the term only refers to closed code. Rimini further argues that reading the injunction to mean both open and closed code would make paragraph 10 of the injunction superfluous and would operate as a total ban on Rimini support services for J.D. Edwards software because every time Rimini accesses the software, copies of source code are made.

The Court finds that the parties dispute over the definition of source code is material to the Court's ruling, and therefore, an evidentiary hearing on the issue is necessary before the Court can determine whether Rimini's conduct violates the injunction. As to the technical specification

OSC Order [ECF No. 1459] at 25:3-13

# Source Code and Object Code



competitive advantage. "Open Code" within JDE is code that is provided by the licensor in readily accessible and usable format, particularly in a development environment, including code provided for access, use, modification, and/or customization via development tools included within the JDE licensed software (such as Object Management Workbench ("OMW") within EnterpriseOne), without any use of reverse engineering, disassembly, decompiling, or other similar methodology. By contrast, "Closed Code" within JDE is not readily accessible, represents the core architecture of the software, and requires reverse engineering, disassembly, decompiling, or some other methodology to discover the underlying code that has been compiled or otherwise made inaccessible. Use of OMW and other development tools provided by JDE and later by Oracle is

Lanchak Report ¶ 72

36

# How Rimini Copies JD Edwards software source code in EnterpriseOne (1)

Rimini copies JD Edwards software source code whenever it uses Object Management Workbench to "check out" a source code file.



**Development Client**

**Development Server**

check out

## How Rimini Copies JD Edwards software source code in EnterpriseOne (2)

Rimini copies JD Edwards software source code whenever it displays the contents of a source code file in Object Management Workbench.

**Development Client**





**Development Server**



# How Rimini Copies JD Edwards software source code in EnterpriseOne (3)

Rimini copies JD Edwards software source code whenever it uses Object Management Workbench to "check in" a source code file.



# How Rimini Copies JD Edwards software source code in EnterpriseOne (4)

Rimini copies JD Edwards software source code whenever it promotes JD Edwards source code between environments.



40

# Permanent Injunction Paragraph 8

8. Rimini Street shall not copy ▮▮▮▮▮▮ J.D. Edwards software source code to carry out development and testing of software updates;

ECF No. 1166

## Permanent Injunction Paragraphs 8 and 10

8. Rimini Street shall not copy ▮▮▮▮▮ J.D. Edwards software source code to carry out development and testing of software updates;

10. Rimini Street shall not reproduce, prepare derivative works from, or use J.D. Edwards software or documentation on one licensee's computer systems to support, troubleshoot, or perform development or testing for any other licensee, including, specifically, that Rimini Street shall not use a specific licensee's J.D. Edwards environment to develop or test software updates or modifications for the benefit of any other licensee;

## Summary of Opinions

**4.** **Rimini's copying of JD Edwards source code is not allowed under the Injunction.**

b) **Rimini copied portions of JD Edwards source code (from Oracle source code files P06767 and R89078652) into its technical specification in violation of Paragraph 8 of the Injunction (Violation No. 9).**

# Opinion No. 4 – OSC Ruling regarding JD Edwards Tech Spec

determine whether Rimini's conduct violates the injunction. As to the technical specification documents, this was not previously before the Court or held to be unlawful in *Oracle I*, and like with the Dev Instructions, the Court has not yet ruled on the lawfulness of this support process. However, Rimini fails to address this content in its opposition, though its expert, Owen Astrachan, addressed it in his Supplemental Expert Report, dated June 26, 2020, opining that the at-issue code was not copied. ECF No. 1368-2-s ¶ 22. Given the conflicting expert opinions, the Court finds that evidentiary hearing is needed to determine if this technical instruction did in fact copy Oracle source code in violation of the permanent injunction.

OSC Order [ECF No. 1459] at 25:13-20

# Rimini Copied JD Edwards Software Source Code

## From Rimini's Technical Specification:



OREX_0080 at 36

## From Oracle's P06767 File:

```
239000                                                    03/31/99
239100        *    SUBROUTINE S002O - Employee Wage Record
248200 B1  C          If      $CT3  <> $T3   OR              08/09/10
248300     C                  $USGTL <> $CSGTL OR              08/09/10
248400     C                  $UMGTL <> $CMGTL OR
08/09/10
248500     C                  $DCMP8 <> $CDC8  OR             08/09/10
248600     C                  $UNCO  <> $CUNCO OR             08/09/10
248700     C                  $MSA   <> $CMSA  OR             08/09/10
248800     C                  $SRA   <> $CSRA  OR             08/09/10
248900     C                  $QAE   <> $CQAE  OR             08/09/10
249000     C                  $RptHIREWages <> $CorHIREWages OR
08/02/11
```

OREX_0219

45

# Rimini Copied JD Edwards Software Source Code

## From Rimini's Technical Specification:



OREX_0080 at 36

## From Oracle's P06767 File:

```
336800    *    SUBROUTINE S002U -  Total Record

342500    C         Write    F06767      RECRCU                10/30/01
342600    C         Clear             RECRCU                   10/30/01
342700    C         Move     'RCU'     $RECT                   10/30/01
342800    C         Move     'X'       $XU                     10/30/01
```

OREX_0219

46

## Summary of Opinions

**5.**   **Rimini's prvtsidx.plb file is inconsistent with the Injunction's prohibitions regarding Oracle Database (Violation No. 8).**

## Permanent Injunction Paragraph 15

### **Oracle Database**

15. Rimini Street shall not reproduce, prepare derivative works from, or distribute Oracle Database software.

## Summary of Opinions

**6.** **Limited production of Rimini materials in discovery constrained analysis of Injunction violations.**

## Summary of Opinions

 **7.** **Rimini's record keeping and documentation is poor, which conceals Injunction violations.**

**Rimini's records lack adequate information about:**

a) **Software revision control (Development History)**
- What changes, who, why, when?

b) **Deployment version control**
- What is currently deployed to each system?
- What is running on the system?

c) **Change control**
- Notification to users/stakeholders for any change made to their system.

d) **Testing status**
- What has been tested?
- Where was it tested?
- When and by whom?
- Was test successful?

e) **Accountability/Security**
- Who is working in a customer's system, when and why?

## Summary of Opinions

**8.** **Additional processes should be put in place to monitor and ensure Rimini's Injunction compliance.**

# Monitoring Sanctions

1) **Disclosure to Oracle's counsel and designated experts of existing scanning and quarantine practices purportedly used by Rimini.**

   - Disclose technologies, files scanned, frequency, and means of review of scans.

2) **Improve upon existing scanning practices (technology, ensure incoming and outgoing files are scanned, means of review, and increase frequency to monthly).**

3) **Require Rimini to maintain an archival copy of any files sent by or to Rimini to or from its clients.**

4) **Rimini purports to scan its systems for Copyright Notices.  Oracle seeks confirmation that the following systems and content are being or will be adequately and effectively scanned for Oracle/PeopleSoft/PeopleTools/JDE Copyright notices on:**

   - Archival copies created under (2) above;
   - FTP servers and any other end points used to transmit files and updates to or from Rimini clients;
   - Email attachments;
   - Department shares;
   - Share point material;
   - Jira, Spira, and DevTrack attachments and any other development tools to which attachments are made
   - SalesForce attachments; and
   - Systems deployed in the future.
   - Any system reasonably likely to contain software code.

5) **Require Rimini to make a preservation production to Oracle's counsel and designated experts of scan logs and any materials flagged by scans.**

## Monitoring Sanctions

6)  Require adequate and effective scans of individual laptops with production to Oracle's counsel and designated experts of any files or documentation containing Oracle/PeopleSoft/JDE Copyright Notices; random scans should be run a maximum of 4 times per year at the request of Oracle's counsel.

7)  Third-party escrow service to perform review of materials from same sources scanned for Copyright Notices for comparison to Oracle code on normalized line match basis on an unannounced basis 2-3 times per year. Report of escrow agency's findings to be provided to Oracle's counsel and designated experts.

8)  Production to Oracle's counsel and designated experts on a quarterly basis of: (a) any emails sent to security@rimini.com (or any other email associated with reporting violations of the AUP or Oracle IP) reporting any violations regarding the use of Oracle/PeopleSoft/JDE Copyrighted materials; and (b) email or SalesForce notification sent to a customer if the customer has uploaded Oracle/PeopleSoft/JDE Copyright-protected materials.

9)  Require production of logs from, e.g., AFW, WebMail, and TransferFiles, and systems deployed in the future regarding all incoming and outgoing files to Rimini customers (file name and MD5 hash) to Oracle's counsel and designated experts on a periodic basis.

53

## Monitoring Sanctions

10) Monitor and log each instance when a Rimini engineer is logged into a client environment (already taking place) in UTC date/time to identify log-ins for separate customer environments at the same time; preserve and produce logs to Oracle's counsel on a periodic basis.

11) Require notification of any new tools or processes used by Rimini to develop, test, or distribute files to customers to Oracle's counsel and designated experts.

12) Allow limited production (comparable to OSC production volume) of documents to Oracle on periodic basis to ensure compliance; Oracle's counsel and designated experts to identify custodians and systems based on materials produced pursuant to the above.



# *Oracle v. Rimini Street*

Barbara Frederiksen-Cross Demonstratives