# EXHIBIT 3
# Oracle's Rebuttal Examination of Barbara Frederiksen-Cross Demonstratives



# *Oracle v. Rimini Street*

Barbara Frederiksen-Cross Rebuttal Demonstratives

# Violation No. 1 – Oracle files and documents on Rimini's systems were not "isolated"

**Keyword search:**  4,481 documents

- Filter to include only .txt files or files beginning with "OOP": 1,139 documents. All PDF files were excluded.

- Further filter to include only files with certain extensions: 934 documents.

**Astrachan:**  844 of 934 documents were "uploaded to SalesForce by clients."

- This leaves 90 documents.

2

# Violation No. 1 – Oracle files and documents on Rimini's systems were not "isolated"

### R.R. Donnelley & Sons Company

psptaxdt.dms – file was opened and change log and version assessed to help solve customer case.

### Texas Children's Hospital

PeopleSoft documentation sent through SalesForce but was loaded into the ShareFile folder of Tom Glazer months later.

### Evergreen Support

PSPTCALC.lis – Rimini able to identify the problem in its file after receiving the Oracle .lis file.

### University of Oklahoma Health Sciences Center

Tax files were opened and reviewed for purposes of diagnosing that "the Calendar year is being picked up from the WP2C_INSTALL table."

OREX_1337, 0013, 0094, 0095, 0096, 0097, 0098, 0099, 0100, 0229, 0105, DTX-110

3

# Violations 2, 3, 4, and 10 – Cross Use

1. **Simply because a client might be in scope does not allow use of that client's environment to support other licensees.**

2. ***Delivery* to a client is not the same as *development* for a particular client.**

4

# Cross Use Violation No. 4

**Issue 4: rsi940a.sqr update for Smead and Spherion**

**January 25, 2019**
Don Sheffield modifies Rimini-created files and tests them in COE's development environment for COE.
(OREX-0021 at 2)

**January 25, 2019**
Don Sheffield sends Rimini-created files to US clients "that will receive the update."
(OREX-0021 at 2)

**January 28, 2019**
Rimini business analyst determines update will not be delivered to all clients for tax law reason.
(DTX-407 at 1)

DDX-559

5

# Cross Use Violation No. 4

**Nov 28, 2018**
IRS Announces 940a modifications only apply to US Virgin Islands
(OREX_1351)



**Jan 15, 2019**
Laurie Gardener sets the scope for Form 940, Schedule A, from all US to "INCL: SPH"
(DTX-0401-004)



**Jan 24, 2019**
While scope is still set to SPH, Don Sheffield writes "I tested in COEX"
(OREX_0021 at RSI007330443)



**Jan 25, 2019**
Don Sheffield changes scope to "INCL: US"
(DTX-0401-004)

6

# Opinion No. 2

**2. Rimini's post-Injunction support conduct does not conform to Paragraph 5 of the Injunction.**

c) Rimini copied protected expression from Oracle file **psptarry.cbl** into Rimini **rspcmpay.cbl** (Violation No. 5).

- Professor Astrachan's methodology is inconsistent and not reproduceable.

- Professor Astrachan is wrong in claiming that Rimini "flower boxes" uniformly start with /* and end with a *. *Flower box inconsistencies are further proof of copying.*

- Professor Astrachan is wrong in constraint and convention analysis.

7

# Professor Astrachan's Methodology

Issue 5: RSPCMPAY.cbl

## Filtering out the Unprotectible Elements

Unprotectible elements to filter out:

i. Code constrained by the syntax of a computer language

ii. Code constrained by software function

iii. Code constrained by logic or efficiency

iv. Code constrained by standard programming terms

v. Code constrained by standard development conventions

DDX-512

# PSPTARRY.cbl (Oracle) v. RSPCMPAY.cbl (Rimini)

## PSPTARRY.cbl file (Oracle)

## RSPCMPAY.cbl file (Rimini Street)



```
IDENTIFICATION DIVISION.

PROGRAM-ID. PSPTARRY.

ENVIRONMENT DIVISION.

****************************************************************
```

```
/***************************************************************
*           ADDITIONAL LIBRARY FUNCTION PARAMETERS              *
****************************************************************
 01  LIBWK.                      COPY PTCLIBWK.


/***************************************************************
*                                                               *
 LINKAGE SECTION.



****************************************************************
*           SQL COMMUNICATION                                   *
****************************************************************
 01  SQLRT.                      COPY PTCSQLRT.
```

DTX 502

```
IDENTIFICATION DIVISION.

PROGRAM-ID. RSPCMPAY.

ENVIRONMENT DIVISION.

****************************************************************
```

```
/***************************************************************
*           ADDITIONAL LIBRARY FUNCTION PARAMETERS              *
****************************************************************
 01  LIBWK.                      COPY PTCLIBWK.

/***************************************************************
*                                                               *
/***************************************************************
*           LINKAGE DATA FOR RSI PROCEDURE CALLS                *
****************************************************************

 01  RSLNK.                      COPY RSCRSLNK.


****************************************************************
*           SQL COMMUNICATION                                   *
****************************************************************
 01  SQLRT.                      COPY PTCSQLRT.
```

DTX 501

# PSPTARRY.cbl (Oracle) v. RSPCMPAY.cbl (Rimini)

**ORACLE**

**PSPTARRY.cbl file**

```
       IDENTIFICATION DIVISION.

       PROGRAM-ID. PSPTARRY.

       ENVIRONMENT DIVISION.

      ******************************************************
```

```
      ******************************************************
      *                                                    *
       AA000-MAIN SECTION.
       AA000.
      *                                                    *
      ******************************************************
```

DTX 502

**Rimini Street**

**RSPCMPAY.cbl file**

```
       IDENTIFICATION DIVISION.

       PROGRAM-ID. RSPCMPAY.

       ENVIRONMENT DIVISION.

      ******************************************************
```

```
      ******************************************************
      *                                                    *
       AA000-MAIN SECTION.
       AA000.
      *                                                    *
      ******************************************************
```

DTX 501

# Professor Astrachan's Analysis

