| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>DANIEL B. WINSLOW (*pro hac vice*)<br>6601 Koll Center Parkway, Suite 300<br>Pleasanton, CA  94566<br>Telephone: 925.264.7736<br>dwinslow@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**RIMINI'S MOTION TO WITHDRAW DANIEL B. WINSLOW AS COUNSEL OF RECORD** |

RIMINI'S MOTION TO WITHDRAW DANIEL B. WINSLOW AS COUNSEL OF RECORD
CASE NO. 2:10-CV-00106-LRH-VCF

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule IA 11-6(b), Defendant Rimini Street, Inc. ("Rimini") hereby moves this Court for an order approving the withdrawal of Daniel B. Winslow as counsel of record for Rimini. Mr. Winslow has retired from his employment with Rimini and is no longer affiliated with Rimini, and Rimini therefore seeks to withdraw Mr. Winslow from this matter. Mr. Winslow should be removed from all further notices.

The law firm of Gibson Dunn & Crutcher LLP, along with John P. Reilly of Rimini, and local counsel W. West Allen, continue to represent Rimini in this matter.

Dated: October 1, 2021

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
    Eric D. Vandevelde

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

IT IS SO ORDERED:

DATED:

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE