| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA  90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com

*Attorneys for Defendant*
*Rimini Street, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>RIMINI STREET, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**RIMINI'S LODGING OF DOCUMENTS SUBJECT TO OFFER OF PROOF AT THE EVIDENTIARY HEARING** |

For purposes of ensuring a full and accurate record, Defendant Rimini Street, Inc., hereby lodges with the Court the following documents that Rimini proffered into evidence with an offer of proof at the evidentiary hearing held September 20, 2021, to September 28, 2021 (Tr. (9.28.21) 1434:22–1437:21), but which the Court excluded:

Exhibit A: ORCLRST00639707 (also offered into evidence on direct examination of Rimini's expert witness, Stephen Lanchak (Tr. (9.28.21) 1300:11–1301:13))

Exhibit B: RSI2_013223831

Exhibit C: RSI2_013352306

Dated: October 1, 2021

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Eric D. Vandevelde*
       Eric D. Vandevelde

*Attorneys for Defendant*
*Rimini Street, Inc.*