# EXHIBIT B
## RSI2_013223831
**(Relevant Portions Highlighted)**

# Rimini Street Information

**From:**
bcrowe@riministreet.com

**To:**
drock@itxm.org

**Cc:**
Rob Lachs <rlachs@riministreet.com>

**Date:**
Fri, 25 Oct 2013 20:07:58 +0000

---

Dan,

I am following up to make sure that you received my response below and to see if you would participate in a call with us to review your concerns with the information that Oracle sent to you? Please let me know when you are available to discuss.

Thanks

Bruce Crowe
Sr. Account Executive
Rimini Street, Inc
+1.859.514.6975 (o)
+1.859.550.3698 (c)
Bcrowe@riministreet.com
www.riministreet.com

----- Forwarded by Bruce Crowe/rsi on 10/25/2013 04:05 PM -----

From: Bruce Crowe/rsi
To: "Rock, Daniel" <DRock@itxm.org>
Date: 10/24/2013 09:12 AM
Subject: RE: Rimini Street Information

---

Dan –

It comes as no surprise that Oracle would unleash the Fear, Uncertainty and Doubt ("FUD") upon learning of your interest in replacing their maintenance for a cheaper and better alternative. As they are clearly not prepared to reward your loyalty with lower costs, or increase the value you receive for your maintenance they have no choice but to employ these tactics. Unfortunately for Oracle many companies have seen through their tactics and determined partnering with Rimini Street for cost savings and better support was the right move. Rimini Street has over 700 signed clients to date, including close to 600 Oracle clients, including many large fortune 500 organizations. It's a proven model and you will be in good company with so many others who have already vetted out similar "FUD" concerns and concluded they're done paying into Oracle's 92% maintenance profit margin.

I would love to set up a call for today or tomorrow and have you speak with my VP of Sales who once ran part of that maintenance renewal organization at Oracle and was actually responsible for writing their first playbook of "FUD" to use against Rimini Street. His initial take was that whoever sent the response did so in a bit of a rogue fashion, going off script in trying to scare you based on suspect legal comments, not messaging that would be widely supported by Oracle corporate.

In addition to speaking with my VP for a first hand perspective of Oracle's "FUD", here are some key points to consider:

Highly Confidential Information – Attorneys' Eyes Only                                                                 RSI2_013223831

- All of Rimini Street's on-boarding and support processes are ISO 9001 and ISO 27001 certified meeting the highest of international security and governance standards

- The Oracle rep is correct in that you (and us) do not have access to the underlying source code however we have proven that such access is not required for providing maintenance.

- Rimini Street is able to leverage the open code layers, in the same way any other third party systems integrator or contractor/consultant or your own staff does when modifying the system, building customizations, etc.  This Oracle rep has basically invalidated any effort done in the universe of Oracle implementations where someone other than a developer employed by Oracle was making changes.

- Rimini Street has delivered, via its ISO certified processes over 50,000 Tax, Legal and Regulatory updates to its client base. With over 20 patents pending for advanced technologies and processes for acquiring, validating, and scoping legislative changes Rimini Street is able to deliver those tailored updates to clients on average one week ahead of the vendor. In fact, our references will tell you that they find our updates not only more timely, but in some cases more accurate because we employ a 'triple-verification' process of legislative requirements vs. the typical vendor single-verification approach.

- Oracle is also correct in that once you are officially off their maintenance you no longer have access to what they publish.  This is why Rimini Street, at no additional charge, brings clients on board in advance of support expiring.  In the weeks/months before your maintenance expires, Rimini Street, acting as an agent on your behalf which is well within your rights (just as you have a systems integrator or contractor work on your system) will create an archive of those software, updates, fixes, etc. to which you are legally entitled.  With the strictest of governance in place using our ISO certified processes, we ensure you get only what you are eligible for while still under active maintenance and will not interact with Oracle beyond your maintenance expiration.

- If there are planned infrastructure changes (HW/OS/etc.) then those can be accounted for during the on-boarding and archive process but most clients elect to remain where they are re-direct all the savings with Rimini Street to funding innovation that will truly drive greater profitability or greater value for the clients they in turn serve

- It should be noted that Rimini Street will not force clients to upgrade in order to remain eligible for meaningful support nor will Rimini Street force clients to regularly keep up with minor release changes, service bundles or pre-requisite fixes. Yes, that's the Oracle Way, but we believe in minimizing the amount of business disruption for our clients so our support model treats each and every issue on its own merit with a more laser focused resolution applied in most cases vs. expecting you to exhaust the time and labor or "staying current".  Our clients welcome this paradigm change as they are tired of being on an update treadmill when there is truly little business or financial ROI they get for doing so

- It is also true that clients will no longer be accessing MetaLink – Oracle's way of having clients self-service themselves while they maintain 92% profit margins on their maintenance revenue. Instead, when issues arise, our clients turn to our support team which is comprised completely with senior level engineers with 12-15 years real world experience.  With Rimini Street you will not have to deal with the frustration our clients experienced with Oracle of having to navigate a phone tree of book-trained, junior resources, often off-shore, exhausting large amounts of time before being able to address an issue with expertise then only be told (many times at least) that the issue is "fixed in a next release" or "can't be addressed because it's a customization"

- Each Rimini Street client is assigned a Primary Support Engineer (PSE) who also has the same seasoned background and quarterbacks your support relationship with Rimini Street, coordinating activities as needed within the rest of the engineering team.  With Rimini Street's 30-minute guaranteed response time for critical issues you will be receiving a call back directly from your PSE or another senior level engineer to being working your case – no more junior resources performing triage.

- Don't forget that Rimini Street supports not just the vanilla code which defines the limits for Oracle, but also fully supports all your customizations deployed in production.

Oracle has to emphasize the reinstatement fees and penalties to a client leaving maintenance. If everyone thought it was easy and cheap to do they would constantly come and go rather than continuing to pay expensive maintenance fees. Precedent, however, has proven however that if/when a client returns they are welcomed back and with favorable conditions, with options as well for how to return.  While Oracle's maintenance sales team will be disappointed in losing

your maintenance revenue (a maintenance sales rep perhaps missing quota) it is even worse for Oracle to lose market-share and if they truly made it too difficult for a client to return in the future that client will likely look at alternative solutions. After all, for all intents and purposes, EBS, like PeopleSoft, JD Edwards, Siebel and so many other products, is legacy – little future innovation is planned as most R&D from the maintenance income is going to Fusion, which a) is still years away from being able to truly replace the maturity of your EBS applications, and b) will introduce new requirements for both licensing as well as implementation – there's no free lunch. Not only will clients be able to command a favorable return because of competitive market pressures, but there is competition inside of Oracle as well. For example, if in 3 years you want to return to Oracle a maintenance sales rep will want you to re-instate maintenance but at the same time a license sales rep will want to sell you a new package, treating you like a net new customer offering sweetheart deals. Many of our clients today are being courted by Oracle and finding their negotiating power has increased tremendously. Oracle does not reward loyalty – as they already declined to give you a break, but they will compete to earn your business back once you've removed their handcuffs.

Bruce Crowe
Sr. Account Executive
Rimini Street, Inc
+1.859.514.6975 (o)
+1.859.550.3698 (c)
Bcrowe@riministreet.com
www.riministreet.com

"Rock, Daniel" ---10/23/2013 02:01:09 PM---Bruce, Please see the below and this scares the hell out of me.

From: "Rock, Daniel" <DRock@itxm.org>
To: "BCrowe@riministreet.com" <BCrowe@riministreet.com>
Date: 10/23/2013 02:01 PM
Subject: RE: Rimini Street Information

Bruce,

Please see the below and this scares the hell out of me.

Dan

Dan,

Oracle cannot meet the support pricing of a third party support provider. Although the third party providers *say* they can offer the same level of support, they cannot actually do so, as they have no rights to Oracle intellectual property and cannot legally use Oracle source code etc.

Your company would lose:

- Legislative/Regulatory updates - 3rd parties can only offer a limited version as the code involved with these updates is Oracle "intellectual property". These updates may affect your quarterly or year end reporting, 1099's, W2's,
- All updates for your operating systems and systems diagnostics tools. No ability to make changes to the proprietary software code that may be need for interoperability problems of other HW/SW, regardless of how mature the product may appear.
- All future software updates
- All access to Oracle phone or web support, updates, white papers and knowledge repository
- Access to Oracle integrations

If a third party adds upgrades or patches that were illegally obtained, it is the customer that has this illegally

Highly Confidential Information – Attorneys' Eyes Only                                           RSI2_013223833

obtained software installed on their computer. If you decide to go to a 3rd party support provider then decide to come back to Oracle at a later date, the then current reinstatement policies would apply. Current reinstatement fees are 150% of the lapsed support pro-rated back to when support lapsed and then the go forward support fees. It may also include loss of current volume discount depending on how long the products have not been supported by Oracle. Of course, Oracle would rather keep our business relationship in tact rather than applying these reinstatement policies but we do need to enforce policy and maintain audit compliance.

**From:** BCrowe@riministreet.com [mailto:BCrowe@riministreet.com]
**Sent:** Thursday, October 17, 2013 3:37 PM
**To:** Rock, Daniel
**Subject:** Rimini Street Information

Dan,

Thanks again for participating in the call today to review EBS support at the Institute for Transfusion Medicine. I have included the presentation from our meeting along with a copy of our mutual NDA document for your review.

Let me know if you or Steve have any additional questions.

Thanks

Bruce Crowe
Sr. Account Executive
Rimini Street, Inc
+1.859.514.6975 (o)
+1.859.550.3698 (c)
Bcrowe@riministreet.com
www.riministreet.com

CONFIDENTIALITY NOTICE: The information contained in this email message may contain confidential information belonging to the sender that is legally privileged. Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this email and the attached document(s) is prohibited. If you are not the intended recipient of this email, or the employee/agent responsible for delivering it to the intended recipient and you have received this transmission in error, please notify the sender immediately by reply email then delete this email and attached document(s) from your system. Thank you for your cooperation with this directive.

Highly Confidential Information – Attorneys' Eyes Only                                                         RSI2_013223834