# EXHIBIT C

## RSI2_013352306

**(Relevant Portions Highlighted)**

# Re: [EBS - Ritchie Bros. Auctioneers] Question regarding recently applied Oracle patch - What would Rimini Street do in this circumstance?

**From:**

chu@riministreet.com

**To:**

Craig Mackereth <cmackereth@riministreet.com>

**Date:**

Tue, 08 Jul 2014 02:13:28 +0000

Hi Craig,

This is a pretty big patch, with normal Oracle Financials features in it. Regular AP and AR, and accounting business logic is not a problem for us, and we can modify and create new reports, SQL's, etc. We can also create data and templates without any problem.

There are also some JAVA libraries in the patch. Technically we can work on them, and modify files without any problem, but that requires a lot development commitment, if we are requested to modify a lot of entities there.

The patch itself is an accumulative one, with fixes and patches from AP, AR, subledger accounting and Web ADI. We will not be able to generate such a big patch, but we can fix the issues one by one, handled by this patch.

Thanks.
Chen

Craig Mackereth---07/07/2014 11:26:31 AM---Chen, I have a simple question related to the below patch question from the prospective customer:

From: Craig Mackereth/rsi
To: Chen Hu/rsi@RSI
Date: 07/07/2014 11:26 AM
Subject: [EBS - Ritchie Bros. Auctioneers] Question regarding recently applied Oracle patch - What would Rimini Street do in this circumstance?

Chen,

I have a simple question related to the below patch question from the prospective customer:

**Q. Is there any part of the PATCH 13640667 that the below customer applied which Rimini Street could not have produced?**

They are worried that we couldn't provide an equivalent solution and while m  first instinct is to say "of course we would provide a RSI patch" I wanted to check we're not going to bounce into any closed code issues with this.

Can you let me know by no later than 10:00 PST tomorrow (Tuesday) please?

Thanks

..............................

Craig Mackereth
GVP Global Application Support
Rimini Street, Inc.



Highly Confidential Information – Attorneys' Eyes Only

RSI2_013352306

DTX-0742-001

+1 925 484 9268 (office)
+1 925 808 5669 (cell)
cmackereth@riministreet.com
www.riministreet.com
----- Forwarded by Craig Mackereth/rsi on 07/07/2014 11:18 AM -----

From: Mark Kieselburg/rsi
To: Craig Mackereth/rsi@RSI
Cc: Venice Ma/rsi@RSI
Date: 07/07/2014 11:15 AM
Subject: Ritchie Bros. Auctioneers question regarding recently applied Oracle patch - What would Rimini Street do in this circumstance?

Hi Craig,

The details of the patch are in a MS Word doc all the way at the bottom of this message. I believe that the prospect was having the specific error called out in the patch description. The patch also, of course, 'fixes' many other thinfs as well in EBS aside from the primary problem. They want to know if Rimini Street could have provided a solution to this particular problem.

| Abstract | |
|---|---|
| AGIS IMPORT ERROR AFTER PATCH FOR R12.1.X PATCH 13640667:R12.FUN.B APPLIED | |
| | |
| Update | 18451456 |
| Product | Oracle Financials Common Modules |
| Release | R12 |
| Platform | Generic Platform |
| Built | APR-13-2014 22:07:30 |

| Instructions |
|---|
| |
| |

| Description |
|---|
| 1) Description |

```
Old Behavior
------------
While uploading data in AGIS through WebADI, amounts whose
decimal points are more than the currency precision value
are not being imported.

New Behavior
------------
While uploading data in AGIS through WebADI, amounts whose
decimal points are more than the currency precision value
should be imported.

2) Pre-requisite or Co-requisite which is not included: None
```

Thanks, Mark

*********************************
Mark Kieselburg
EBS Services Solution Architect
Rimini Street, Inc.
+1 (331) 333-2324 (mobile)

Highly Confidential Information – Attorneys' Eyes Only

RSI2_013352307

mkieselburg@riministreet.com

www.riministreet.com

Venice Ma---07/07/2014 12:48:14 PM---Mark, can you help me with this? It was a first call - will call you later
*********************

From: Venice Ma/rsi
To: Mark Kieselburg/rsi@RSI
Date: 07/07/2014 12:48 PM
Subject: Fw: Invitation: Rimini Street call with Raymundo Villafuerte from Ritchie Bros. Auctioneers (Jul 3 12:00 PM EDT in Conference Call and Go-To-Meeting information Enclosed)

Mark, can you help me with this? It was a first call - will call you later
*********************

Venice Ma
Senior Account Executive
Rimini Street, Inc.
+1 647.344.1145
+1 647.221.2712 mobile
vma@riministreet.com
www.riministreet.com

----- Forwarded by Venice Ma/rsi on 07/07/2014 01:45 PM -----

From: Raymundo Villafuerte <rvillafuerte@rbauction.com>
To: Venice Ma/rsi <VMa@riministreet.com>
Cc: Keith Arnowitz/rsi <KArnowitz@riministreet.com>
Date: 07/03/2014 05:59 PM
Subject: RE: Invitation: Rimini Street call with Raymundo Villafuerte from Ritchie Bros. Auctioneers (Jul 3 12:00 PM EDT in Conference Call and Go-To-Meeting information Enclosed)

Hi Venice,

Thanks for your time this morning, definitively interesting

I know you are sending me some materials shortly but just because we had to apply a patch to Prod this afternoon and we just had our call thought I would ask you this:

Let's say we had ditched Oracle this February 2014, then last week we run into the issue fixed by attached code patch from Oracle (April 2014 patch)

What kind of solution would Rimini offer?

Thanks

Regards,

Raymundo Villafuerte
Oracle Program Manager

T: +1.778.331.5575
E: rvillafuerte@rbauction.com
www.rbauction.com

Highly Confidential Information – Attorneys' Eyes Only

RSI2_013352308

 **RITCHIE BROS.** Auctioneers | AUCTIONS DONE RIGHT.

----Original Appointment----
**From:** Keith Arnowitz/rsi [mailto:KArnowitz@riministreet.com]
**Sent:** Monday, June 30, 2014 1:43 PM
**To:** Keith Arnowitz/rsi; Raymundo Villafuerte; Venice Ma/rsi
**Subject:** Invitation: Rimini Street call with Raymundo Villafuerte from Ritchie Bros. Auctioneers (Jul 3 12:00 PM EDT in Conference Call and Go-To-Meeting information Enclosed)
**When:** Thursday, July 03, 2014 12:00 PM-1:00 PM Eastern.
**Where:** Conference Call and Go-To-Meeting information Enclosed

[cid:2__=0ABBF794DFE31D3B8f9e8a93df938690918c0AB@]

Invitation: Rimini Street call with Raymundo Villafuerte from Ritchie Bros. Auctioneers

07/03/2014 -

Chair:
Keith Arnowitz/rsi

Sent By:
KArnowitz@riministreet.com

Location:
Conference Call and Go-To-Meeting information Enclosed

KArnowitz@riministreet.com

Keith Arnowitz has invited you to a meeting. You have not yet responded.

Required:
rvillafuerte@rbauction.com, Venice Ma/rsi@RSI

FYI:

Description
Hi Raymundo,

As discussed, I am scheduling this call for Thursday, July 3 @ 9am PST. I have included my colleague, Venice Ma, Senior Account Executive based in Toronto, on the call.

Please see the Go-To-Meeting login details below.

Highly Confidential Information – Attorneys' Eyes Only                    RSI2_013352309

DTX-0742-004

We look forward to speaking with you!

Best,
Keith

_____

Call Date - Thursday, July 3 at 9am (PST)

Meeting Logistics:
1. Please join my meeting.
https://www2.gotomeeting.com/join/439737962

2. Use your microphone and speakers (VoIP) - a headset is recommended. Or, call in using your telephone.

Canada (toll-free): 1 877 777 3281
Canada: +1 (647) 497-9380

Access Code: 439-737-962

Attendees -
Ritchie Bros:
Raymundo Villafuerte, Oracle Program Manager

Rimini Street:
Venice Ma - Sr Account Executive
Keith Arnowitz - Business Development Manager

System Profile -
Oracle EBS

Discussion Points -
 - Overview of Rimini Street support for Oracle
 - Key Differentiation
 - Savings Drivers
 - Representative Clients
 - Next Steps

Venice Ma Contact Information:
+1 647.344.1145
+1 647.221.2712 mobile
vma@riministreet.com

Keith Arnowitz Contact Information:
Direct: (925) 271-2358
Email: karnowitz@riministreet.com



***This email originated from the Internet***
<< File: ecblank.gif >> << File: pic13166.gif >> << File: ATT00001.htm >> << File: c164251.ics >>
[attachment "Patch 18451456 - APR-13-2014.docx" deleted by Chen Hu/rsi]

Highly Confidential Information – Attorneys' Eyes Only                    RSI2_013352310