1                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
2        BEFORE THE HONORABLE LARRY R. HICKS, SENIOR DISTRICT JUDGE
                             ---o0o---
3

4     ORACLE USA, INC., et al,       :
                                      :
5                Plaintiffs,          :  No. 2:10-cv-0106-LRH-VCF
                                      :
6          -vs-                       :  September 23, 2021
                                      :
7     RIMINI STREET, INC., et al,     :  Reno, Nevada
                                      :
8                Defendants.          :  Volume 4
                                      :
9     _____:

10

11                  TRANSCRIPT OF EVIDENTIARY HEARING

12

13    APPEARANCES:

14    FOR THE PLAINTIFF:        Richard J. Pocker
                                Benjamin P. Smith
15                              William A. Isaacson
                                Jessica Phillips
16                              Sharon R. Smith
                                Corey Houmand
17                              Zachary Hill
                                Attorneys at Law
18

19    FOR THE DEFENDANTS:       W. West Allen
                                Eric Vandevelde
20                              Samuel G. Liversidge
                                Ilissa Samplin
21                              Casey J. McCracken
                                Attorneys at Law
22

23    Reported by:             Margaret E. Griener, CCR #3, FCRR
                                Official Reporter
24                              400 South Virginia Street
                                Reno, Nevada 89501
25

1          RENO, NEVADA, THURSDAY, SEPTEMBER 23, 2021, 9:06 A.M.

2                              ---o0o---

3

4                    THE COURT:  Good morning.

5                    Have a seat, please.

6                    The record will show we are reconvened for the

7      fourth day of this hearing.

8                    And, Mr. McCracken, are you still on base, so to

9      speak?

10                    MR. McCRACKEN:  Yes, sir.  If we can have

11     Mr. Benge take the stand again, please.

12                    THE COURT:  All right.  Let's proceed, please.

13                    You're welcome to go forward.

14                    MR. McCRACKEN:  Thank you, your Honor.

15                    Good morning, Mr. Benge.

16                    THE WITNESS:  Good morning.

17                           JAMES MASON BENGE,
            recalled as a witness on behalf of the Defendant,
18            previously sworn, testified further as follows:

19                    DIRECT EXAMINATION RESUMED

20     BY MR. McCRACKEN:

21     Q    So yesterday when we broke for the day we had covered the

22     transition from process 1.0 to process 2.0.  Do you remember

23     that?

24     A    Yes.

25     Q    And we had also discussed the changes that Rimini made to

1    its processes following the injunction.  Do you recall that?

2    A    Yes.

3    Q    Now, this hearing concerns ten specific issues, ten

4    specific updates, but I want to do a little bit of background

5    on Rimini's postinjunction support processes for PeopleSoft.

6              Are you familiar for those processes?

7    A    Yes, I am.  I was the leader of the PeopleSoft

8    development team at the time.

9    Q    Can you move your microphone a little closer to you.

10   A    Is that better?

11              THE COURT:  Yeah.  We're also having a --

12   Margaret, I'm not getting the feed on my computer.

13                  (Proceedings paused.)

14   BY MR. MCCRACKEN:

15   Q    All right.  I'll just ask you again, Mr. Benge.

16              Are you familiar with Rimini's postinjunction

17   support processes for PeopleSoft?

18   A    Yes.  I managed the PeopleSoft development team at that

19   time.

20   Q    And from now on, when discussing Rimini's processes, I'm

21   going to be referring to the postinjunction processes, but I'm

22   not going to say postinjunction every time.  Will you

23   understand that?

24   A    Yes.

25   Q    Have you prepared a demonstrative to help testify about

1    the postinjunction processes?

2    A    Yes, I have.

3                MR. McCRACKEN:  Mr. Jay, can we have slide 1.

4    BY MR. McCRACKEN:

5    Q    And is this the demonstrative that you prepared?

6    A    Yes, it is.

7    Q    And can you just please explain to us what's depicted

8    here.

9    A    This is just an abstract representation of Rimini's

10   systems and our clients' systems.  We've got Rimini's systems

11   on the bottom of the diagram, and then the client's Dev and QA

12   environments in the middle and their production environments

13   at the top.

14   Q    Where's the client's PeopleSoft software located in your

15   demonstrative?

16   A    In multiple locations in each client's environment, Dev,

17   QA, and production.

18   Q    So in the orange, blue, and green boxes?

19   A    Yes.

20   Q    Are there any PeopleSoft environments on Rimini's

21   systems?

22   A    No, there are not.

23   Q    I want to focus on the environment labeled Dev, the

24   orange boxes.  What does that represent?

25   A    That is the client's development environment.  That is

1    where we would make changes to update their product as needed

2    isolated from the other client environments, and this is an

3    environment that we would remotely access over the Internet.

4    Q    Let's look at the QA box, the blue box.  What does that

5    represent?

6    A    That is the environment where updates would be tested

7    more thoroughly.  They're initially unit tested in Dev, and

8    then once ready, they are moved to the QA environments for

9    further testing.

10   Q    You mentioned unit testing.  What's the difference

11   between a unit testing and the further testing you mentioned?

12   A    Unit testing is more granular on the individual changes

13   the developer made, whereas the testing in the QA environment

14   would be more thorough and might be tested by integrating it

15   with other changes we'll be delivering.

16   Q    Does Rimini access the quality assurance environment, I

17   think you called it the testing environment, remotely as well?

18   A    Yes.

19   Q    You said testing environment.  Are testing and quality

20   assurance the same thing?

21   A    We have a team, a quality assurance team, that conducts

22   testing in the QA environment, but we frequently will refer to

23   that environment as the test environment, to the QA

24   environment.

25   Q    What are the production environments shown at the top of

1   the diagram?

2   A    Those are the client's live systems where they actually

3   run their business.

4   Q    Do Rimini developers access the production environments

5   typically?

6   A    No, the closest we might get is perhaps in a video

7   conference call with a client to diagnose a problem or to

8   correct a minor issue.

9   Q    When Rimini develops an update for a client -- well,

10   first of all, in which environment does that occur?

11   A    In the Dev environment.

12   Q    How does the client eventually receive the update from

13   Rimini?

14   A    Once we have completed development, testing,

15   documentation, packaging, and delivery, we'll send the

16   client an e-mail notification letting them know the update is

17   ready for them.  Generally it's placed in a folder within the

18   QA environment for them to pick it up.

19            In some circumstances, if the update only involved

20   Rimini files, we could potentially e-mail it to the client,

21   but only if it does not include any Oracle content.

22   Q    If the update does include Oracle content, you said they

23   can pick it up in the quality assurance environment; is that

24   right?

25   A    Yes, there's a folder on the QA machine called Rimini

1    Street Updates which is the location we inform them to pick

2    the updates up from.

3    Q   So do the clients have access to their development and

4    quality assurance environments?

5    A   Yes, or, you know, to that folder, absolutely.

6    Q   So how is the update applied to the client's production

7    environment?

8    A   So once we send them the notification that it's ready,

9    they would take that update that we've provided, unzip it

10   because it's usually delivered in the form of a zip file, and

11   it's got multiple files within it.

12           They would follow the installation instructions that

13   we provide, and then apply it to one of their test systems and

14   review it, and then follow their usual change management

15   process to migrate it to production.

16   Q   So I see on your slide we have client A, client B, we

17   have client C, which each have their environments.

18   Postinjunction, does each client have its own environments?

19   A   Yes.

20   Q   Do clients share environments?

21   A   No.

22   Q   Does Rimini have any tools that would allow Rimini to

23   transfer any files from one client's environment to a

24   different client's environment?

25   A   No.

—623—

1    Q    So, for example, can Rimini transfer files from the

2  orange development environment for client A to the development

3  environment for client B?

4    A    No.

5    Q    Can Rimini transfer any files between its own systems and

6  a specific client's systems?

7    A    Yes.

8    Q    And how is that?

9    A    One of the automation framework tools, TransferFiles,

10  allows us to move files from Rimini's systems to a client

11  environment but not the other direction.  It is a one-way file

12  transfer.

13    Q    So can you use that tool to transfer files from a client

14  back to Rimini?

15    A    No.

16    Q    And why is that?

17    A    That's to protect against any Oracle software files or

18  code being returned to our systems.

19    Q    Can you describe for us, just at a high level of

20  generality, what are the steps involved in developing an

21  update for a client?

22    A    Well, step number one is the analysis that needs to be

23  done, right, and we've got business analysts that are

24  determining the changes that need to be made.

25         But once that's been determined via entry in Jira,

1    our development and tracking system, from there the developer

2    would log into the first client environment to make the

3    necessary changes.

4                For example, if we were changing a program file,

5    they would go into the code and the development environment of

6    client A, make the necessary changes to that file, and then

7    unit test it.

8                After that they would need to proceed to making

9    those changes for each subsequent client.

10               Now, in the process of solving that, the first --

11   Q    Well, let me stop you there.  Let's just stick to one

12   client for now.

13               So you mention first there's a business team that

14   has to determine what update is needed, and then you said you

15   did development in the client's environment.

16               What would be next step for that particular client?

17   A    Unit testing after the development was complete within

18   Dev.

19   Q    And then what other steps between that and delivery to

20   the client?

21   A    Depending if we were releasing it as an individual update

22   or a bundle, it would go on for further QA testing.

23   Q    And what environment does that occur in usually?

24   A    The QA environment.

25   Q    And after QA testing, what's the next step?

1    A    After QA has signed off on it, we would proceed with

2    incorporating the documentation, packaging, and delivery.

3    Q    Are there times where more than one client is affected by

4    the same tax, legal, or regulatory change?

5    A    Yes, that's quite common.

6    Q    And how does Rimini go about implementing an update for

7    multiple clients when they are all affected by the same issue?

8    A    One client at a time.

9         As I was mentioning, if we had a program change, we

10   would need to first solve that problem, code it.  In the

11   course of doing that, the developer is going to gain knowledge

12   and know-how of how to move forth and make that change for

13   subsequent clients.

14   Q    You mention knowledge and know-how, what does -- does

15   Rimini reuse its knowledge and know-how when it does work for

16   further clients?

17   A    Yes.

18   Q    How so?  How does Rimini reuse its knowledge?

19   A    Well, the first time you solve something, you gain

20   experience in doing it and how to solve it.

21        The developer will also keep notes in the Dev

22   instructions, which are simply our instructions on how to

23   apply those changes for other clients.

24   Q    You mentioned Dev instructions.  Does that stand for

25   development instructions?

1    A    Yes.

2    Q    What are development instructions or Dev instructions?

3    A    It's, again, knowledge and know-how that the developer

4    collected during the course of creating the solution for the

5    update that they're working on, and it's information that can

6    be used as a guide to help make those changes for other

7    clients that need the same or similar update.

8    Q    Where does Rimini store development instructions?

9    A    On our systems.

10   Q    Why is that?

11   A    Again, it's our work product.  It's knowledge that we

12   gained in solving the problem, and instructions to help guide

13   us through changing it for the rest of the clients.

14            There's no Oracle software, no Oracle code in the

15   Dev instructions.

16   Q    Aside from the Dev instructions, what other ways does

17   Rimini document its work product?

18   A    Numerous ways.  You know, there's information within Jira

19   about the update that we're working on.  We also prepare

20   client-facing documentation to accompany every update.  Those

21   are just a couple examples.

22   Q    Does Rimini ever write its own code when developing an

23   update?

24   A    Yes, we do.

25   Q    And in what ways does it do that?

1    A    Two different ways.  It's possible that we might need to

2    write a new section of code that needs to be inserted into an

3    existing Oracle program.  You know, maybe it's just a line of

4    code, maybe it's a whole new procedure that needs to go into

5    an existing program.

6            But there's also situations where we might have to

7    write entirely new programs, so a complete, brand-new program

8    from scratch.

9    Q    Does Rimini consider the programs that it writes from

10   scratch to be its own work product?

11   A    Yes.

12   Q    And where does Rimini store those files?

13   A    Those are written -- written and stored on Rimini's

14   systems.

15   Q    And you anticipated my question.  And where are they

16   created?

17   A    On our systems, generally just starting using a text

18   editor or something like NotePad++ or UltraEdit.

19   Q    Does Rimini ever reuse its own work product to support

20   multiple clients?

21   A    Yes.

22   Q    Can you describe that for us.

23   A    Again, it's primarily those Dev instructions that, after

24   we've addressed the update for one or more clients, those

25   instructions can be used as a guide to help make the same

1    changes or similar changes in other client environments,

2    keeping in mind that, you know, we're having to deal with code

3    that could be different across different clients because

4    they're on different application releases, or have received

5    different tax updates, or because the client has the code

6    customized.

7    Q    Have you created a demonstrative to show how Rimini

8    reuses its own product?

9    A    Yes, I have.

10              MR. MCCRACKEN:  Let's have slide 2, please,

11   Mr. Jay.

12   BY MR. MCCRACKEN:

13   Q    And, Mr. Benge, can you just explain what's going on in

14   these various boxes on slide 2.

15   A    Yes.  So on the top, client A, Dev Environment, starting

16   from the left going to the right.

17              So we have Oracle PeopleSoft file showing on the far

18   left, and notice that all of the lines there are red.  All of

19   the Oracle PeopleSoft files, the lines of code are shown in

20   red because we have not changed those files.

21   Q    Let me stop you there, Mr. Benge.

22              The red lines, those represent Oracle code?

23   A    Yes.

24   Q    Okay.  Please continue.

25   A    In the middle we've got modified PeopleSoft files.

1           So the blue illustrates where we've gone in and had

2      to add some lines of code to address a tax update.

3           And then on the far right we've got an example of a

4      Rimini file named rsi.sqr, and notice that that's all in blue

5      because that's an example of a file that we wrote from

6      scratch.

7      Q    For the modified PeopleSoft files, that's the one that's

8      mostly red with a few blue lines, how do the blue lines of

9      Rimini code get there?

10     A    A developer would connect to the client's development

11     environment over the Internet, open up that file, go in and

12     add those lines of code.

13          They could be following the development instructions

14     as a guideline for what file to modify and where they needed

15     to apply the changes.

16     Q    And what's depicted in the bottom box of your

17     demonstrative?

18     A    That's Rimini's systems.  You'll notice that there's no

19     red lines there because we have no Oracle PeopleSoft files

20     stored there.

21          The Dev instructions are our notes, that's in blue,

22     our work product, as is the file to the right.  The Rimini

23     code, that SQR, is a file that we wrote from scratch, so it's

24     all in blue and stored on our systems.

25     Q    Do Dev instructions sometimes contain code?

1    A    No, we can't have Oracle code included in the Dev

2    instructions.

3    Q    What about Rimini code?

4    A    Yes.  If there was, like, a new function or a few lines

5    of code that we wrote that we need to add to a program, we can

6    include that in the Dev instructions.  That's our work

7    product.

8    Q    We have -- in the demonstrative there's as an rsi.sqr

9    file both in the Rimini system and the client A development

10   environment.  How does that rsi file get to the client A

11   development environment?

12   A    This is where we would use that TransferFiles utility

13   that was mentioned earlier.  So the developer could transfer

14   the rsi.sqr file from our systems to a client's Dev

15   environment, but, again, remember this is a one-way file

16   transfer only.

17                MR. McCRACKEN:  All right.  Let's discuss what

18   happens when there's multiple Rimini clients.

19                Can we get the next slide, please.

20   BY MR. McCRACKEN:

21   Q    So if client B in your demonstrative, Mr. Benge, needs

22   the same update, what's the process for implementing that

23   update for client B?

24   A    So the developer would connect to client B's environment

25   over the Internet.  They would open the file that needs to be

631

1    modified, which they might be guided by the development

2    instructions telling them which file they need to go open.

3                    They would open that file and add the three lines of

4    code that need to be added or inserted, and then save that

5    file within the client's development environment.

6                    MR. McCRACKEN:  All right.  Can I have the next

7    slide.

8                    THE WITNESS:  So this is just showing -- taking

9    that file in client B's environment, opening it, adding the

10   lines of code, saving it, so now it's modified.

11   BY MR. McCRACKEN:

12    Q   And that would be done remotely, Mr. Benge?

13    A   Yes.

14    Q   All right.  What about if this client needs the rsi.sqr

15   file?

16    A   So if they need the SQR in conjunction with this update,

17   this is where we would use that TransferFiles utility.  So the

18   developer would initiate the utility and transfer rsi.sqr to

19   client B.

20                    MR. McCRACKEN:  Let's go to the next slide.  I

21   think we've shown that.

22                    THE WITNESS:  Correct.

23   BY MR. McCRACKEN:

24    Q   Let me ask you, Mr. Benge, after transferring a

25   Rimini-created file, is that the only step of an update

1    typically?

2     A    No, there's going to be additional work required.

3    Certainly, if there's multiple components to this, the

4    developer is going to need to go in and unit test it and

5    verify that it works.

6              They've changed those three lines of code in that

7    modified file, they've got to make sure that, you know, they

8    typed it in correctly.

9              So they're going to be executing these changes and

10   verifying that the unit test looks good before they turn it

11   over to QA, and then subsequent testing will be performed.

12    Q    All right.  We talked a little bit about the process of

13   delivering the updates to clients.  You mention there's a QA

14   process.

15             Can you just tell us -- so what happens after we've

16   developed this update and tested it for client B?

17    A    If the update -- it needs to be received by additional

18   clients, the developer is going to be repeating this process.

19   The process we just went through for doing this for client B

20   is going to be done for client C and so forth, as well as the

21   testing.

22    Q    Are the updates then released or are there other steps?

23    A    There's other steps.  Again, if we are releasing a

24   bundle, we're going to be aggregating multiple individual

25   updates, testing them collectively, performing a system test

633

| | |
|---|---|
| 1 | for each client before we package and deliver that. |
| 2 | Q    Have you heard the term formal delivery? |
| 3 | A    Yes, I have. |
| 4 | Q    What is formal delivery? |
| 5 | A    That's the normal process that I was just describing, |
| 6 | kind of the flow from development, testing, including the doc, |
| 7 | packaging, delivery, client notification. |
| 8 | Q    Is there such a thing as informal delivery? |
| 9 | A    Yes, there is. |
| 10 | Q    What's that? |
| 11 | A    That's where we may have a situation where a client has |
| 12 | raised a case, they're having an issue, and we are providing |
| 13 | them with an early release of something that we're still |
| 14 | working on.  It's in progress. |
| 15 |          Maybe development has been completed, and we think |
| 16 | we have a solution for them, and we're making it available to |
| 17 | them before we're done with this whole process, like the |
| 18 | documentation may not be complete yet, QA may not have |
| 19 | completed their full tests, but we're providing it because of |
| 20 | the urgency that the client may have to solve the problem. |
| 21 | Q    In cases where an update is delivered informally is it |
| 22 | also later delivered formally? |
| 23 | A    Yes. |
| 24 | Q    And in that case does it go through all the normal steps |
| 25 | before formal delivery? |

1  A   Yes, it does.

2  Q   So I want to turn now to the specific issues at issue in

3  the hearing starting with what we have been calling Issue 3

4  which concerns a W2 update relating to Johnson Controls.

5          Are you familiar with that update?

6  A   Yes, I am.

7  Q   Were you personally involved with the W2 update for

8  Johnson Controls?

9  A   In a supervisory capacity, and I was also involved

10  in a few e-mail exchanges regarding the client issue.

11  Q   Are you knowledgeable about what occurred with that

12  update?

13  A   Yes, I am.

14  Q   How did the issue first come to Rimini's attention?

15  A   Late January 2019, Johnson Controls opened a case

16  reporting an issue they were having with printing their W2s.

17  Q   And what was the issue that Johnson Control reported?

18  A   There were a few boxes on the W2 form where data was

19  being truncated, so the complete value that should have been

20  appearing in the box was being chopped off.

21  Q   At the time of this report of this issue, did you

22  actually see the issue that Johnson Controls was having?

23  A   Yeah, they had actually attached a screenshot of the form

24  that they were having a problem with into the case.

25          MR. MCCRACKEN:  Mr. Jay, can we have the next

1    slide.

2    BY MR. MCCRACKEN:

3    Q    Mr. Benge, can you describe what's on the screen.

4    A    Yeah.  So you can see here's a W2 form, I'm sure

5    everyone's seen one of these, you receive it at the end of the

6    year.

7            And box 14, there's some data being printed there

8    that you can see is being truncated, and a similar issue in

9    box 17, the full value is not being displayed in the box.

10   Q    And is this the issue that Johnson Controls was having?

11   A    Yes.

12   Q    Did this bug -- I'm going to call it a bug, is that okay?

13   A    Yeah, that's a fair assessment.

14   Q    Did this bug, when it was initially reported, did it

15   affect only Johnson Controls, or did it potentially affect

16   many clients?

17   A    It potentially affected many clients.  We had just

18   released year-end updates for W2s, so the immediate concern

19   was that, yes, this potentially affected many clients.

20   Q    Can you explain that.  So why -- why is the fact that you

21   released updates for W2s mean that this bug affected multiple

22   clients?

23   A    This is a US federal form, something that all of our

24   clients receive updates for every year, so, you know, we had

25   just gone in and made changes in this area and thought that we

636

1    could have introduced a bug for all of our clients.

2    Q    So just to make sure I understand it, did you think there

3    was a bug in your own solution that you had provided to

4    clients?

5    A    Yes.

6    Q    And approximately how many clients had received that

7    solution that was potentially buggy?

8    A    Probably close to a hundred potentially affected.

9    Q    Does your team typically handle bug fixes?

10   A    Only to the extent that the bug might be related to a

11   product update.  If it's outside the product update area,

12   support would generally handle it.

13   Q    So, for example, in this situation, did your team handle

14   this?

15   A    Yes.

16   Q    And why is that?

17   A    Again, because we had just provided product updates for

18   this very area, for this slip.

19   Q    Who worked to fix this bug that Johnson Controls

20   reported?

21   A    A developer on my team by the name of Don Sheffield.

22   Q    And what was his solution?

23            MR. McCRACKEN:  And we can take this slide down,

24   John, thank you.

25            THE WITNESS:  It was really two parts for those

1    two different boxes.

2              The first change that he made was to reduce the

3    size of the font that was being used to print the data in the

4    box, and then the other part of it had to do with a print

5    parameter that needed to be changed.

6    BY MR. McCRACKEN:

7    Q    Okay.  I want to take those one at a time.

8              Can you just explain -- I mean, you said you had to

9    change the font in a box.

10   A    Right.

11   Q    A box where?

12   A    So there is an Adobe .pdf file that is the template for

13   this form, and Don needed to go open that Adobe .pdf template

14   in Acrobat and change the font size that was being used for

15   the box.

16   Q    Where does that Adobe template reside?

17   A    That file is on Rimini's systems.

18             MR. McCRACKEN:  And let's turn to DTX-306.  This

19   is not in evidence yet.

20   BY MR. McCRACKEN:

21   Q    Mr. Benge, is this the template on Rimini's systems?

22   A    Yes, this is one of several templates for W2 forms.

23             MR. McCRACKEN:  And, your Honor, I would like to

24   DTX-306.

25             MR. ISAACSON:  No objection.

638

1          THE COURT:  It's admitted.

2                    (Defendant's Document Exhibit 306
                      received in evidence.)

3    BY MR. McCRACKEN:

4    Q    Now, what adjustments were made to fix this template?

5    A    So for the data being printed in the box, the developer

6    had to go open the .pdf file in Acrobat, and just change the

7    font size to a smaller font size so that the labels that were

8    being printed in box 14 would be smaller and the full values

9    would be able to be printed within the borders of the box.

10   Q    Did changing the font size in the Adobe .pdf file copy

11   any Oracle code?

12   A    No.

13   Q    Did that change involve any Oracle software at all?

14   A    No.

15   Q    Did changing the font size in this .pdf solve the entire

16   problem?

17   A    No, it did not.

18   Q    How did Rimini solve the rest of the problem?

19   A    So the other issue was for the value that was being

20   printed in box 17, state income tax.  We had to add a print

21   parameter.

22          So for that it was a matter of an online change to

23   enter a value of B999999.99, which basically just tells the

24   software to print a numeric value, right justified, with two

25   decimal places, padded with blanks to the left.

639

1          It's basically just a format for what's being

2    printed in the box.

3               MR. MCCRACKEN:  Okay.  Can we have DTX-302,

4    Mr. Jay.

5    BY MR. MCCRACKEN:

6    Q    Well, Mr. Benge, let me ask you.  Is this an e-mail

7    relating to this issue?

8    A    Yes, it is.

9    Q    And did you receive this e-mail at the time of working on

10   this update?

11   A    I did.

12               MR. McCRACKEN:  Can we turn to page 5, and,

13   Mr. Jay, if you could just blow up that -- thank you.

14   BY MR. McCRACKEN:

15   Q    Mr. Benge, you were describing the B999.  What's depicted

16   there?

17   A    That's just a screenshot of exactly what we had to

18   change.  We had to open up the print parameters for the W2

19   form and add that print format.

20   Q    Is that the entirety of the rest of the fix for this bug?

21   A    Yes, that's it.

22   Q    What system -- what PeopleSoft software did Rimini use to

23   test that solution, the typing in the B999?

24   A    Don had tested that in City of Eugene.

25   Q    Why would Rimini test that print format change in City of

1   Eugene's environment instead of some other environment?

2   A    He was working on the development for this for all of the

3   clients that were impacted, City of Eugene being one of them,

4   a client that receives US federal forms update including this

5   W2 form.

6   Q    What client was Rimini supporting when it tested this

7   settings change in City of Eugene's environment?

8   A    City of Eugene.

9   Q    At that time did you think it would be a violation of

10  this injunction to test that settings change in City of

11  Eugene's environment?

12  A    No.

13  Q    Why not?

14  A    Because this was a change that was going to impact a

15  large group of clients that were receiving this update, City

16  of Eugene being one of them, and we needed to develop and test

17  the solution for City of Eugene.

18  Q    After testing the bug fix, the B999 in City of Eugene's

19  environment, what did Rimini do next?

20  A    The developer, Don, actually proceeded with getting this

21  change applied to all of the clients that were affected.

22  Q    How was it implemented for Johnson Controls?

23  A    We had had a conversation with the primary support

24  engineer.

25           Initially the first part of this was delivered as an

1    informal update, so they got the part that resolved the issue

2    with the font size, but they were still having problems with

3    box 17.

4              So we had a call with the client, and the client

5    actually changed the print parameters for box 17 as we've

6    described, and actually tried it out while we were on the

7    phone with them and confirmed that it resolved their issue.

8    Q    So after Rimini figures out it's got to type B999, they

9    got on the phone with Johnson Controls and told them, hey, you

10   gotta type in B999?

11   A    Yes.

12   Q    And did that work?

13   A    It did.

14   Q    Was that tested for Johnson Controls?

15   A    At the point of that call I don't think it had been

16   tested yet for Johnson Controls.  We had them test it with

17   them on the phone.

18   Q    Right.  It was tested on the phone?

19   A    Yes.

20   Q    Did Rimini end up delivering this bug fix to other

21   clients besides Johnson Controls?

22   A    No.

23   Q    Did they eventually deliver it?

24   A    Yes.  The following tax year this issue was addressed.

25   Q    Why didn't it get immediately delivered to clients?

1    A    We discovered late in the cycle, after Don had already

2    completed the development for multiple clients, that although

3    this was a bug that needed to be addressed for our clients,

4    the symptoms of it only showed up in rare circumstances.

5            So what we discovered is that Johnson Controls had

6    some data and configuration that caused this problem to

7    manifest itself.  With other clients, their data was not

8    resulting in this problem on the forms.

9            So remember we were looking at box 14, and there

10   were some labels in there --

11               MR. MCCRACKEN:  Can we just show that, John --

12   sorry, the slide that shows the cut off text.

13   BY MR. MCCRACKEN:

14   Q    Please continue, Mr. Benge.  Sorry.

15   A    So notice one of the labels they have is UI/WF/S.  So

16   most clients do not have labels that are that length.  That

17   was part of the problem that was causing the data to be

18   shifted to the right.

19           So we just found that, gee, this issue only affects

20   clients that have certain configuration in setup, although

21   it's a bug for all of them, it's not an issue unless they have

22   these long values.

23   Q    At the time the bug was first reported, did Rimini know

24   that other clients were not going to experience the symptoms

25   of the bug, even if they had it?

1   A   No.

2   Q   When did Rimini figure that out?

3   A   During the course of development and testing.

4              MR. McCRACKEN:  All right.  Let's turn back to

5   DTX-302.  This is the e-mail describing this update.  Can we

6   go to page 2.

7   BY MR. McCRACKEN:

8   Q   And, Mr. Benge, do you see there's an e-mail here from

9   Jai Ramachandran to Don Sheffield, and I believe you're

10  copied?

11  A   Yes.

12  Q   Who is Jai Ramachandran?

13  A   He's a primary support engineer that would have been

14  working with the client on the case.

15  Q   And he writes here, he says,

16              "Looks like this could be a potential problem

17       for all new clients switching from tax960us to

18       rsi960us who have left the formatting field blank."

19              What did you understand that to mean?

20  A   Even the folks in support thought that this was a

21  potential problem for multiple clients and that it was going

22  to affect more than just Johnson Controls.

23          In fact, Jai thought it was an issue with those

24  switching to the rsi960us program, which was correct.

25  Q   Would those clients include City of Eugene?

1    A    Yes.

2    Q    Let's look one e-mail above in the chain.  It's an e-mail

3    from Teresa Hintz.  Do you see that, Mr. Benge?

4    A    Yes.

5    Q    Who is Teresa Hintz?

6    A    She is Jai's manager.  She's a manager in the support

7    organization.

8    Q    And she says -- on the next page she says, "GPD" -- what

9    does that stand for?

10   A    Global Product Delivery, my group.

11   Q    Okay.  She says,

12             "GPD - please let me know after you scope if

13        you think other clients could be impacted."

14             What did you understand that to mean?

15   A    Teresa was also thinking that other clients could be

16   impacted, asking us to get back to her and let her know if we

17   think that other clients are going to be impacted.

18   Q    When your team performed this bug fix in January 2019,

19   did you think you were violating the injunction?

20   A    No.

21   Q    Why not?

22   A    Because we felt that there was a group of clients here

23   impacted by this, the clients that were moving to our W2 print

24   solution, so we started preparing an update for the group of

25   clients that was affected.

645

1          We made the changes for Johnson Controls.

2          For City of Eugene, when we did the work for City of

3    Eugene in their environment and tested their environment, that

4    was for City of Eugene.

5    Q    When Rimini got on the phone with Johnson Controls and

6    had Johnson Controls input the B999 and test it on the phone,

7    who was Rimini supporting at that time?

8    A    Johnson Controls.

9    Q    Whose software was Rimini using at that time?

10   A    Johnson Controls.

11   Q    I want to turn to the next issue which we've been calling

12   Issue 4, which involves a Rimini file called rsi940a.sqr.

13          Are you familiar with that file?

14   A    Yes, I am.

15   Q    And are you familiar with an update to that file in early

16   January 2019?

17   A    Yes.

18   Q    How were you involved in that particular update?

19   A    Again, as a manager of the team and was copied on e-mails

20   related to this issue.

21   Q    What is rsi940a.sqr?

22   A    It is a program that we wrote to print the US federal IRS

23   Form 940, Schedule A, which is a form that is used to -- by a

24   business to calculate credit reductions for federal

25   unemployment tax.

1    Q    I get it now.  So the file is called rsi940a because it

2    prints Form 940, Schedule A.

3    A    Correct.

4    Q    Is rsi940a a Rimini-written file?

5    A    Yes, it is.

6    Q    Does is it contain any Oracle software?

7    A    No.

8    Q    What was the update to rsi940a in January 2019 attempting

9    to fix or solve?

10   A    We needed to update the program to include the new

11   IRS 2018 version of that form and get the print alignment

12   working correctly.  So it was a year of a year update for

13   alignment of the data printing on the form.

14   Q    You mentioned a new 2018 form, can you just explain that.

15   A    Yeah, each year the IRS publishes new versions of forms,

16   this being one of them.  So it had a new tax year on it, and

17   the instructions would have changed, so we just needed to, you

18   know, update the program to include those changes.

19   Q    All right.  And what specifically would you need to do to

20   implement those changes?

21   A    Sometimes it's just a matter of new image files.  In this

22   case it was a matter of new image files and updating the

23   program to print the data in new locations.

24   Q    All right.  I want to slow down a little bit.

25              You say image files, I think most of us in the

1    courtroom don't know what that means.  Can you just explain

2    what that is.

3    A    Sure.  So the IRS actually posts the form on their

4    website in an Adobe .pdf file.  Hopefully, most of you have

5    seen a .pdf file.

6            We take that .pdf file the IRS has on their website,

7    and from that we've got to produce image files or GIF files

8    that the program uses to print those images.

9    Q    Is it just an image of the tax form itself?

10   A    It is, Just like a -- similar to -- a GIF file is very

11   similar to a .jpeg file, like taking a picture on your phone

12   almost.

13   Q    Can we turn to DTX-421, and this is not in evidence, so

14   I'll ask you about it first, Mr. Benge.

15           Is this an e-mail you received relating to this

16   rsi940a update in January 2019?

17   A    Yes.

18   Q    Did you receive it in the ordinary course of your

19   business?

20   A    Correct.

21               MR. McCRACKEN:  I'd offer to admit DTX-421.

22               MR. ISAACSON:  No objection.

23               THE COURT:  It's admitted.

24                   (Defendant's Document Exhibit 421
                      received in evidence.)
25               MR. McCRACKEN:  Let's turn to page 5, please.

1    BY MR. McCRACKEN:

2    Q    Mr. Benge, what are we looking at?

3    A    This is a Schedule A, Form 940, for tax year 2018.

4         You can see that it's the form that's used for

5    calculating the multi-state employer and credit reduction

6    information.

7         You can see that its got information listed for a

8    variety of states that are applicable to the client in

9    addition to Washington D.C., Puerto Rico, and the Virgin

10   Islands.

11             MR. MCCRACKEN:  John, can you take that down for

12   a second.

13   BY MR. MCCRACKEN:

14   Q    So is this the form that rsi940a is going to print to?

15   A    Yes.

16   Q    So rsi940a, it's going to fill in the check boxes and any

17   other data that needs to go on here?

18   A    Correct.

19   Q    Okay.  If you look on this image, I see check boxes but

20   they look like they're off.  Can you just explain what's

21   happening here.

22   A    Yeah.  So this is the problem that we needed to correct.

23   With the new images for 2018 things didn't align properly, so

24   the program needed to be updated to adjust the coordinates of

25   where things were being printed.

649

1              MR. McCRACKEN:  All right.  Let's turn to

2      DTX-419 which has been pre-admitted.

3      BY MR. McCRACKEN:

4        Q    Mr. Benge, what's DTX-419?

5        A    This is our source code for the Rimini-written

6      rsi940a.sqr.

7        Q    And if you look in the top, there's this -- I guess what

8      we've been calling a flower box with all the asterisks around

9      it.  What is this showing?

10       A    This is the modification log that we have.  Anytime we

11     modify or create a program, we've got a log where we keep

12     track of our revisions to it, so it will show each update ID,

13     when we have addressed it, and a brief description of what we

14     did.

15       Q    So, for example, can you tell from this log approximately

16     how often this file is updated?

17       A    I'm pretty clear that we were updating it every year

18     since we created it.  Looks like we originally created it in

19     2012, and it was updated every year, 2013, 2014, '15, '16,

20     '18, '19.

21             The most recent change was down at the bottom on

22     January 24th for update HCM200049, and that's when we put the

23     change in for the 2018 tax form.

24       Q    So the update we're talking today at this hearing, that's

25     the one that's highlighted at the bottom, the HCM200049?

1    A    Correct.

2    Q    And why is it the case that this file is updated

3    approximately every year?

4    A    Because the IRS publishes a new version of the form every

5    year.

6    Q    All right.  What other files besides rsi940a are involved

7    in this update?

8    A    The image files.

9    Q    Okay.  The ones we were talking about before, the

10   pictures of the IRS forms.

11   A    Yes.

12                MR. McCRACKEN:  Okay.  Can we pull up DTX-417.

13   BY MR. McCRACKEN:

14   Q    And, Mr. Benge, is this one of the forms?

15   A    Yes, this is the form for 2018.

16   Q    So this is one of the forms that you would send clients

17   as part of this update?

18   A    Correct.

19   Q    Does Rimini create this?

20   A    We create the GIF file from the Adobe file that the IRS

21   posts.

22   Q    And you're saying GIF, g-i-f?

23   A    Correct.

24   Q    And I think others in this hearing have called it a GIF

25   file, but the same thing?

1    A    Yeah, another pronunciation of it.

2              MR. McCRACKEN:  Let's turn to DTX-418, please.

3    BY MR. McCRACKEN:

4    Q    What's this Mr. Benge?

5    A    This is the image of the instructions that we print to go

6    along with the form.

7    Q    Okay.  So just to kind of summarize this, what are the

8    three files involved in this update?

9    A    The SQR that prints the image files, and there's two

10   image files, one with the form, one with the instructions.

11             MR. McCRACKEN:  Okay.  Let's turn to DTX-414,

12   please, and we can blow up the top.

13   BY MR. McCRACKEN:

14   Q    Mr. Benge, what is this document?

15   A    This is a tech client doc artifact for this change.

16   Q    Does this doc artifact relate to the update we're talking

17   about?

18   A    It does.

19   Q    At the top it says HCM200234, which is I think not the

20   same update ID we were talking about.  How do you know this

21   about the update we are discussing in this hearing?

22   A    Yeah, there's an error in the header of this document.

23   That update ID is not correct.  It was just repeated on all

24   the pages here.  So the update ID should be 200049.

25   Q    Okay.

1    A    But I can tell it's for this update because of the

2    development section there, the object modifications listing

3    the changes for 2018, and if you looked at the remainder of

4    the document, you'll see that's clear.

5                    MR. MCCRACKEN:  Can you do that, Mr. Jay?  Can

6    you go to page 2 and then blow up that box.

7                    THE WITNESS:  So you can see in the section for

8    the documentation for this update, it's showing what the

9    client facing documentation would be, And the update in the

10   lower right-hand corner of the grid is HCM200049.

11   BY MR. McCRACKEN:

12   Q    And what's this box describing, Mr. Benge?

13   A    This would be information that goes in the client facing

14   documentation to describe to them what we were modifying.

15         So we're telling the client we are modifying this

16   SQR, and describing that it's being updated so that the

17   alignment of the data printed will match with the 2018 version

18   of the form image.

19   Q    Okay.  Let's go back to the first page.

20         And you were saying earlier, Mr. Benge, this shows

21   the files that were modified.  I see two ending in dot GIF --

22   that's GIF -- and I see rsi940a.sqr.  What is the stuff in

23   parentheses next to those files?

24   A    That's an include statement, basically telling us that

25   we're going to be delivering these files to all of our US

1    clients that have not received Oracle's 2018-B update.

2              Clients -- newer clients that had just recently come

3    to us that had received Oracle's 2018-B update had a solution

4    for this, apparently.

5              So we are just providing those to the group of

6    clients that receive our solution, any client that had not

7    received Oracle 2018-B.

8    Q   So, in other words, is this saying that this update is

9    going to be delivered to all clients unless the client is so

10   new that they already have this solution from Oracle?

11   A   That's correct.

12             MR. McCRACKEN:  Let's turn to DTX-401.  This is

13   already in evidence.

14   BY MR. McCRACKEN:

15   Q   But, Mr. Benge, what is this document?

16   A   This is a screenshot from Jira, our development tracking

17   system, for this particular update that we've been discussing.

18   Q   And what is Jira?

19   A   It is a third-party software product from a company

20   called Atlassian that we use to track all of our development

21   work.

22   Q   This document which would be in your binder -- I know

23   it's a lengthy document -- does this tell you when Rimini

24   first contemplated doing this rsi940a update?

25   A   Yes.  What was the DTX number on this again?

654

1    Q    It's 401.

2    A    Go ahead.

3    Q    Can you just tell us how it would inform you of when

4    Rimini first contemplated doing this update?

5    A    If you look towards the middle of this screen print, you

6    see where it says update ID HCM 200049, and then over further

7    to the right you can see the date that it was created, July --

8    27th of July, 2018.

9    Q    And can you tell from this DTX-401 what clients were

10   originally slated to get this update?

11   A    Yes, but the scope listed here is point in time so we

12   would have to go look at the activity history on this.

13              If we scroll to the very bottom of the exhibit --

14   Q    Okay.  And what page are you referring to?

15   A    Let me look.  Hold on one a second.  Page 7.

16              Paula Smith had an entry on July 31st.

17   Q    Okay.  And it looks like it's three rows from the top.

18   Can you just explain what that indicates to you.

19   A    There's a couple places on here.  There's also a place on

20   July 30th where the scope is set to US.

21   Q    Okay.  Let's take those one at a time.

22              So you're referring to -- looks like two rows from

23   the bottom --

24   A    Yes.

25   Q    -- where it says Don Sheffield.  Can you explain what

1    that indicates to you.

2    A   Don updated the scope field in Jira and set the scope for

3    this to -- so that it would be included for all US clients.

4    Q   What does that indicate about who at that time was

5    contemplated to receive this update?

6    A   All US clients, all clients that are receiving US federal

7    updates from us.

8    Q   And did that list of clients that would receive this

9    change at some point?

10    A   Yes.

11    Q   And if you look at three rows from the top on this

12    document, what is that indicating?

13    A   One of our business analysts changed it -- well,

14    actually, updated the description here that "Greater than or

15    equal to 2018-B will use the Oracle solution."

16    So, it's becoming clear that it's not all US

17    clients, it's those that haven't received the latest update

18    from Oracle, 2018-B.

19    Q   And is that consistent with the tech doc artifact we saw?

20    A   Yes.

21    Q   And I think the tech doc artifact showed, you know, "less

22    than 2018-B."  This says, "Greater than or equal to 2018-B."

23    How do you reconcile those?

24    A   Yeah.  Whether they were saying less than 2018-B or

25    greater than or equal to 2018-B, again, the point is if

656

1    they've received 2018-B, they have Oracle's solution.   Anyone

2    that has not received that would receive our solution.

3    Q    Okay.   Now, as of the beginning of January 2019, what

4    clients did Rimini think were going to receive this update?

5    A    All US clients that hadn't received Oracle's 2018-B.

6              MR. McCRACKEN:  All right.  Let's put that down

7    for now.

8    BY MR. McCRACKEN:

9    Q    What happened in January 2019?

10   A    One of our clients logged a case, I believe it was

11   Spherion logged a case because they were having issues with

12   printing this form.

13   Q    And had they received this update yet?

14   A    No.

15   Q    Had anybody received this update yet?

16   A    No.

17   Q    Do clients normally request an update?

18   A    No, that's not the way we prefer to do things.

19              Normally we are very proactive in making sure that

20   as we find out about changes, that we get them developed and

21   delivered prior to the effective date.

22              So this was a situation where it was reactive, yes,

23   the client was logging a case.

24   Q    If a client doesn't ask for an update, does that mean

25   they don't need it?

1   A    No, absolutely not.

2   Q    And in this case was this update contemplated for clients

3   that hadn't asked for it yet?

4   A    Yes.

5   Q    At the time that Spherion requested this update, was it

6   the only client that Rimini believed needed the update?

7   A    No.

8               MR. McCRACKEN:  Let's go back to DTX-401, the

9   one we just had up, and let's go to page 4, please.

10  BY MR. McCRACKEN:

11  Q    And, Mr. Benge, if you look at the bottom row here,

12  there's activity from Laurie Gardner.  Who is Laurie Gardner?

13  A    She is the manager of our business analysis team.

14  Q    And just describe what's happening in this entry.

15  A    She changed the scope from US to Spherion.  The client

16  had just logged a case on this, and I assume that she was

17  indicating that we were going to try and prepare an update for

18  Spherion in particular as quickly as possible.

19  Q    Does the fact the scope changed to Spherion mean that the

20  other clients don't need the update?

21  A    No.

22  Q    What does the scope generally indicate?

23  A    It's point in time.  So if there's a situation in time

24  where we're producing a release for a group of clients, the

25  scope will be set to that group of clients.

1          If that update needs to go to an additional group of

2    clients, the scope would be changed after we get the first

3    release out the door, and we'd set the scope for the next

4    group of clients that are going to be receiving that update.

5    Q    If Oracle's expert suggested that the scope means the

6    entirety of the customers affected by the update, would that

7    be correct?

8    A    No.

9    Q    For what client did Rimini develop this update for first?

10   A    The initial development was done for City of Eugene.

11   Q    And is City of Eugene one of the clients that was slated

12   to get this update at that time?

13   A    Yes.  They had not received Oracle's 2018-B update, they

14   were an older client, so, yes, they were part of the group of

15   clients that was going to receive this.

16   Q    And so how was this update developed City of Eugene?

17   A    A developer that worked on it went into City of Eugene's

18   environment and made the changes in City of Eugene to the SQR.

19          The GIF files they would have done on our systems

20   because there's no Oracle software necessary to do that, so

21   they'd create those GIF files and transfer them to the client

22   environment and unit test.

23   Q    When you say "unit test," is that testing in City of

24   Eugene's environment?

25   A    Yes, in their Dev environment.

1    Q    All right.  When Rimini tested this update in City of

2    Eugene's environment, what client was Rimini supporting?

3    A    City of Eugene.

4    Q    Did City of Eugene need this update at that time?

5    A    Yes.

6    Q    Had City of Eugene received prior rsi940 updates?

7    A    Yes.  We've delivered updates to City of Eugene for this

8    form every year in the past.

9    Q    What modifications to rsi940a did Rimini make as part of

10   this update?

11   A    The changes were fairly simple, just a matter of updating

12   the print coordinates of the data that was being printed on

13   the form.

14   Q    And after developing and testing this update for City of

15   Eugene, what did Rimini do next with respect to all clients?

16   A    So the developer made the changes in the rsi940a program

17   on Rimini's systems.  We already had prepared the image files.

18         They ran the Create Update Folders utility to set up

19   the development folders for all of the clients that were going

20   to be receiving the update, and ran the TransferFiles utility

21   to send these three files to all of those clients.

22   Q    We need to take that in steps.  You said something about

23   Create Update Folders, I don't think we've heard about that in

24   this hearing.  Can you just describe what that means.

25   A    Yeah.  It's one of the first steps that development would

1    perform.  What the utility does for us within each client

2    environment is it sets up the development folder structure

3    under HRMS development on the development machine.

4          It takes the existing versions of the programs we're

5    going to be modifying and places them in a Code Before folder

6    so that we have copies of all the files before the change.

7          So basically it's just a preliminary setup to get

8    the folder structure in the development area established and

9    to populate it with the before version of the files that we're

10    going to include in the update.

11    Q   And what environments does that initial development, the

12    creating the folders, occur?

13    A   It happens within each client development environment

14    remotely.

15    Q   And for which clients did Rimini run that utility?

16    A   For all of our US clients less than Oracle 2018-B.  So,

17    all of our clients that did not -- all our US clients that did

18    not have Oracle's 2018-B solution.

19    Q   You mentioned, also, in your answer a transfer.  Can you

20    describe that.

21    A   Yeah, so after the folder structure is in place, the

22    developer would use TransferFiles to take the two image files,

23    the GIF files, and the SQR, which is -- you know, all three of

24    these files are our work product, these are Rimini files.  We

25    created the GIF files.  We wrote the SQR and updated it for

1    2018, and the utility allows us to transfer those to each

2    client-hosted development environment.

3    Q    Does transferring the rsi940a.sqr file to client

4    development environments copy any Oracle software?

5    A    No.

6                   MR. McCRACKEN:  Let's turn to DTX-412, please.

7    BY MR. McCRACKEN:

8    Q    And, Mr. Benge, is this an e-mail chain -- I think that

9    you received part of it -- relating to the update we're

10   talking about today?

11   A    Yes.

12                  MR. McCRACKEN:  Let's turn to page 6, please,

13   and if we could blow up the e-mail on the top.

14   BY MR. McCRACKEN:

15   Q    Mr. Benge, this is an e-mail from Don Sheffield to

16   yourself and others?

17   A    Yes.

18   Q    Don says,

19              "I have looked at the program (rsi940a.sqr)

20         and I believe that whatever alignment issues we have

21         with the latest version of the GIF file that I sent

22         you earlier, we can resolve with a code change to the

23         rsi940a.sqr program."

24              What does that mean, Mr. Benge?

25   A    Just that Don came to the conclusion that to resolve this

662

```
 1    problem, it not only involved new image files, but an update

 2    to the SQR to print the data in the correct coordinates, in

 3    the correct location.

 4    Q    What's the date on this e-mail?

 5    A    This is January 24th, 2019.

 6    Q    And if we look at the last sentence of the e-mail, it

 7    says, "Are SPH and SME getting this update earlier than the

 8    rest of the clients?"

 9           Do you see that?

10    A    Yes.

11    Q    When does that mean?

12    A    He is just asking if these two clients are getting this

13    earlier, maybe as an informal update.  I think it makes it

14    pretty clear that, you know, even he's saying here, "earlier

15    than the rest of the clients," indicating that the rest would

16    receive it.

17    Q    At this time was Rimini contemplating that the rest of

18    the clients would receive this update.

19    A    Yes.

20    Q    If Oracle's expert suggested that only Spherion and Smead

21    were going to receive this update, would that be correct?

22    A    No.

23    Q    Now, at this point in time why did Rimini believe that

24    City of Eugene needed this update?

25    A    Because this is a US federal form.  City of Eugene wanted
```

663

1    US federal form updates from us.  We had delivered this to

2    them in prior years.

3                  MR. McCRACKEN:  All right.  Let's go to page 2

4    of the e-mail chain, and let's look at the bottom e-mail,

5    please.

6    BY MR. McCRACKEN:

7    Q    So in this e-mail Don Sheffield is describing his

8    development.  He says, "I have completed the testing in COEX,"

9    is that City of Eugene's environment?

10   A    Yes.  That's City of Eugene's development environment.

11   Q    Okay.

12               "I have completed the testing in COEX and I

13        have now rolled the two GIF files and the modified

14        version of the rsi940a.sqr program out to all US

15        clients (excluding those that got Oracle update

16        2018-B.)"

17               What does that mean?

18   A    That he had completed unit testing this, and that he took

19   the two GIF files and the modified SQR on Rimini's system, and

20   that he had used the TransferFiles utility and Create Update

21   Folders to roll this out to everyone that received US updates

22   that hadn't gotten Oracle's 2018-B.

23   Q    I wanted to ask you about that phrase rolled this out, or

24   rolled out to the clients.

25               When he says rolled out to all US clients, does that

1   mean he's actually delivered this update to the clients?

2   A    No.

3   Q    What does it mean?

4   A    Just that he's transferred the files to the development

5   folder structure on the development machines of the affected

6   clients.

7   Q    And then if we scroll down, Mr. Sheffield also mentions

8   that he used the Create Updates Folder Tool.

9   A    Yes.

10  Q    Is that what you were describing earlier?

11  A    Yes.

12  Q    As far as this transfer of rsi940a to these clients,

13  where was the rsi940a.sqr file being sent from?

14  A    From Rimini's systems, from our HMS new development area.

15  Q    Were any files copied from City of Eugene's environment

16  to any of these other clients?

17  A    No.

18  Q    Were Spherion and Smead going to receive this as an

19  informal update or a formal update?

20  A    An informal update.

21  Q    And why is that?

22  A    Because they had both logged cases on the issue, and they

23  were eager to get this form printed, needed it as soon as

24  possible, so we were expediting it, giving it to them early

25  before we completed our full process.

1   Q    Who delivered the update informally to Smead?

2   A    I did.

3            MR. McCRACKEN:  Can we get Oracle Exhibit 81,

4   please, and this has been pre-admitted.

5   BY MR. McCRACKEN:

6   Q    Mr. Benge, can you describe what this document is.

7   A    Yes.  This is an e-mail that came out of our SalesForce

8   system after I added a case comment notifying Smead about the

9   informal update.

10  Q    So is this an automatically generated e-mail?

11  A    Yes, after I entered the case comment.

12           MR. McCRACKEN:  All right.  And, Mr. Jay, if we

13  can scroll down to where we see it says comment and "Hi,

14  Maureen."

15  BY MR. McCRACKEN:

16  Q    And, Mr. Benge, did you write this?

17  A    Yes.  So this is me writing now.  I said, "Hi, Maureen,"

18  she's the client.

19           "An informal update, HCM 200049, is now

20       available to address your case.  You can pick up the

21       changes from the following folder on your development

22       machine."

23           And then I point to the individual update

24  Code_After folder, and you can see there's the three files,

25  the two GIF files and the SQR.

1   Q   What does that mean, that she can pick up the changes

2   from her development machine?

3   A   That's not the usual delivery location.  That's not where

4   we provide formal updates.  We're pointing her to files here,

5   not a complete solution, the docs not ready yet, for example,

6   so, just telling her that she can get it from development,

7   it's a work in progress.

8   Q   But she has to go log into the development machine and go

9   get it from her own environment?

10  A   Yes.

11  Q   The normal process would be picking it up from where?

12  A   They would normally pick up updates from the QA

13  environment.

14  Q   At the bottom you write -- actually, there's a chart here

15  showing, I guess -- well, I'll let you say.  What is that

16  showing?

17  A   That just a listing of the folder where we placed the

18  update.  It's basically showing the folder and files, the

19  names of the files, date-timestamps.

20  Q   Okay.  And I see the three files, there's the two that

21  end in dot GIF, and then there's the rsi940a.sqr?

22  A   Right.

23  Q   And below that you say, "These changes will also be

24  formally delivered in a forthcoming update."

25            What's that mean?

667

1    A    Just that these would be packaged formally and delivered

2    formally with the documentation, and in fact they were.

3    Q    Does that mean that Smead is going to receive this again

4    later?

5    A    Yes.

6                    MR. McCRACKEN:  All right.  Now, let's turn to

7    Oracle Exhibit 82 which has also been pre-admitted.

8    BY MR. McCRACKEN:

9    Q    And, Mr. Benge, this looks similar.  What is this?

10    A    This is a similar case comment that was added for

11    Spherion.

12    Q    Okay.  So the last one we saw was for Smead, and this one

13    is for Spherion?

14    A    Correct.

15    Q    Is it essentially the same otherwise?

16    A    Yes.

17    Q    And was this update delivered to Spherion as a formal

18    update later?

19    A    This one was not because that client, actually, went

20    inactive and dropped support with us before the formal

21    delivery was made available.

22    Q    Okay.  I understand.

23           So they were going to receive the formal delivery

24    later, but they left Rimini support within the time frame, the

25    difference?

1    A    Correct.

2    Q    How long is the lag between informal delivery and formal

3    delivery?

4    A    It varies.  You know, sometimes it could be several

5    weeks.

6    Q    All right.  So we discussed the GIF files and the rsi940

7    file and how it was rolled out, in Don's words, to the client

8    development environments.

9         Did all clients to whom those files were sent in

10   their development environments actually receive the update in

11   a delivery?

12   A    Actually, they didn't.

13   Q    Why not?

14   A    There was an e-mail from the person who heads up our

15   business analysts that had made a determination that although

16   the form had been updated for 2018, only a small slice of our

17   clients actually had a credit reduction for the Virgin

18   Islands, and it turns out that only -- the form was only being

19   used for credit reductions for the Virgin Islands for that tax

20   year.

21              MR. McCRACKEN:  I want to go back and get the

22   timing right.  So, Mr. Jay, can you pull up DTX-412 again, and

23   can you look again at page 2 at the bottom of the e-mail we

24   looked at previously.

25

```
 1   BY MR. McCRACKEN:

 2    Q    I just want to get in the record, what's the date of the

 3   e-mail where Don Sheffield says he's tested in City of Eugene

 4   and sent the update files to the clients that need it?

 5    A    January 25th, 2019, he had completed the development

 6   work.

 7              MR. McCRACKEN:  Okay.  And then let's pull up

 8   DTX-407, please.  This is not in evidence yet.

 9   BY MR. McCRACKEN:

10    Q    Mr. Benge, is this an e-mail chain relating to this

11   update?

12    A    Yes, it is.

13    Q    Did you receive it?

14    A    Yes, I received it on January 29th, 2019.

15              MR. McCRACKEN:  Your Honor, I would offer this

16   into evidence.

17              MR. ISAACSON:  No objection.

18              THE COURT:  It's admitted.

19                   (Defendant's Document Exhibit 407
                       received in evidence.)
20   BY MR. McCRACKEN:

21    Q    You were describing earlier about a business analyst's

22   decision to change who was going to receive this update.  Does

23   this now relate to that?

24    A    Yes.

25    Q    Can you just point us to the relevant portion.
```

1    A    Yes.  So this is from Laurie Gardner who heads up our

2    business analysts, and she says,

3                "Only Virgin Islands have a credit reduction

4         for 2018 so we suspect that the need will be rather

5         limited.  We decided" --

6                So the issue here is that although this is a US

7    federal form, and we initially started assuming that we were

8    going to be delivering it to all US clients, and, in fact, did

9    the development for a large group of US clients, it turns out

10   that the credit reduction for tax year 2018 is only applicable

11   to the Virgin Islands where we only have a small number of

12   clients.

13   Q    And what was the date of this e-mail when Rimini decided

14   to only deliver this to a small number of clients?

15   A    The 29th of January.

16   Q    And I just want to point out, I think that's in Greenwich

17   Mean Time perhaps.  Do you see that?

18   A    Yes.

19   Q    So would that be January 28th?

20   A    I suppose, yeah.  It can be a little bit confusing with

21   timestamps and trying to keep track of what time zone.  Laurie

22   is in Florida, so she would be in Eastern Standard Time.

23   Q    Okay.  In any event, this would be at least three days

24   after Don Sheffield did the development?

25   A    Yes.

1              MR. McCRACKEN:  Let's look at page 5 at the

2    bottom of this e-mail chain -- actually, let's look at page 4

3    in this same e-mail.

4    BY MR. McCRACKEN:

5    Q    Down here at the bottom there is an e-mail from Timothy

6    Pringle to the GPD doc PSFT.  Who is Timothy Pringle?

7    A    He is a business analyst that works for Laurie.

8    Q    Okay.  And who is he e-mailing here?

9    A    The documentation team that writes the client facing doc.

10   Q    All right.  And if we scroll down -- actually, sorry.

11             This is dated January 28, 2019; do you see that?

12   A    Yes.

13   Q    But earlier in the day than the e-mail we talked about

14   from Laurie Gardner?

15   A    Right.

16             MR. MCCRACKEN:  And if we go to its next page,

17   Mr. Jay.

18   BY MR. MCCRACKEN:

19   Q    Mr. Benge, is there anything on this page which indicates

20   which clients were destined to receive this update as of

21   earlier in the day January 28th?

22   A    Yes.  There's the scope information listed down there at

23   the bottom that says, "(INCLUDE US: <2018-B)."

24             So this was instructions to the doc team that we

25   needed doc for all US clients less than 2018-B.

1    Q    So is it fair to say that as of the morning of January

2    28th Rimini still believed it was going to deliver this update

3    to many clients, but I guess by the afternoon that had

4    changed?

5    A    That is correct.

6    Q    At the time of the testing in City of Eugene's

7    environment, was City of Eugene believed to need the update?

8    A    Yes.

9    Q    What client was Rimini supporting when it tested that

10   update with the City of Eugene?

11   A    City of Eugene.

12   Q    Whose software was Rimini using when it tested that

13   update with the City of Eugene?

14   A    City of Eugene.

15   Q    All right.  I'm going to turn now to the next issue,

16   Issue Number 6, which relates to an update for Easter Seals.

17   Are you familiar with that update?

18   A    Yes, I am.

19                MR. MCCRACKEN:  And, Mr. Jay, can we put on the

20   screen DTX-610.  Let's blow up the top, please.

21   BY MR. MCCRACKEN:

22   Q    So I know, Mr. Benge, you haven't been in court, you

23   know, other than your testimony, the Court is familiar with

24   this e-mail, we've seen it before.  What is this e-mail?

25   A    It's an e-mail concerning the Easter Seals 1099 update

1   for tax year 2018.

2   Q    And if you see at the -- well, let me just get the date

3   on the record.  So this says it is sent January 3rd, 2019?

4   A    Correct.

5   Q    And it has attachments listed, and it says,

6   "RS18F07 EAS_GA.zip.txt.  What is that attachment?

7   A    This is a zip file that contains our update.  The RS

8   stands for Rimini Street, 18 stands for the tax year, 2018, F

9   stands for financials, 07 is just a sequence number, EAS is

10  the client code for Easter Seals, GA stands for general

11  availability.

12          So it's the tax update for the 1099 forms for

13  financials.

14  Q    Do you know what files were contained in the attachment?

15  A    Yes, I do.

16  Q    How do you know?

17  A    Reviewed it in preparation, and also very familiar with

18  our year, every year 1099 updates.

19  Q    Is this an update that happens every year?

20  A    Yes.

21                  MR. McCRACKEN:  All right.  And we have a

22  demonstrative, I think, that lists out the files.  Can we show

23  that.

24  BY MR. McCRACKEN:

25  Q    Mr. Benge, are these the files that are contained in that

1  zip folder?

2  A   Yes, they are.

3  Q   And what issue does this bundle of files address?

4  A   So each year the IRS publishes new forms for the 1099s,

5  so 1099-MISC, which is for reporting miscellaneous income, and

6  1099-INT, which is for reporting interest income.

7  Q   Can you tell us the different types of files that were

8  delivered to Easter Seals that are listed here.

9  A   Yeah.  I'll start from the bottom of the list here,

10  actually.

11        So those first four are .pdf files.  Those are our

12  instructions regarding this update.  So we include

13  installation instructions and notes for the person that's

14  going to be applying the update.

15        The next group of files are all GIF files.  These

16  are image files for the forms, for the 1099-MISC, the

17  1099-INT, and the instructions.

18  Q   Can I stop you there.

19        So, again, the GIF files, those are -- aren't they

20  basically pictures of tax forms?

21  A   Yes, and instructions.

22  Q   Okay.  Like we saw before with the other update.

23  A   Yes.

24  Q   Okay.  All right.  Please continue, thanks.

25  A   And then there are two sqrs in this case, one for the

1    1099-MISC, to print that, the other for the 1099-I.

2    Q    And let me just stop you there.  So the one that says

3    rsi1099M.sqr, that's the one that prints the 1099-MISC; is

4    that right?

5    A    Correct.

6    Q    Okay.  Please continue.

7    A    And then rsi1099-I, that's the program that prints the

8    1099-INT form.

9         And then the final three files were some Data Mover

10   scripts that accompanied this update to do a couple of table

11   updates.

12   Q    Which of the files on this slide were written by Rimini?

13   A    All of them, and that is the reason why we were able to

14   deliver this as an e-mail attachment.

15        If this update had contained any Oracle files, we

16   wouldn't have been able to do that.  That would be a situation

17   where we would have to modify the files within the

18   client-hosted environments and make them available on their

19   machine.

20   Q    Were rsi1099I.sqr, and rsi1099M.sqr created using any

21   Oracle tools?

22   A    No.

23   Q    How were they created?

24   A    They were created from scratch using a standard text

25   editor like UltraEditor or NotePad.

1    Q    I didn't hear that.  Did you say UltraEdit?

2    A    UltraEdit, it's just a tool kind of like NotePad, like a

3    word processor, almost, for writing code, a third-party

4    product.

5              MR. McCRACKEN:  Let's have DTX-619, please,

6    which has been admitted already.  And let's go to the second

7    page so we can see it.  Maybe blow up the top box, please,

8    with the modification log.

9    BY MR. McCRACKEN:

10   Q    All right.  Mr. Benge, what is this?

11   A    This is the source code file for rsi1099I.sqr.  This is

12   the program that prints the 1099-INT form.

13   Q    At the bottom it has -- well, strike that.

14             At the bottom of the modification log there's an

15   entry for February 28th, 2018.  What does that indicate?

16   A    It just shows the last time that we revised the program,

17   and that we were adding code to print data in the 2018 and

18   greater, 1099-INT form layout.

19   Q    How, if at all, does that relate to the update sent to

20   Easter Seals on January 3rd, 2019?

21   A    Yeah, this is the gist of that update.  There's really

22   two parts to it, the two forms, but that's what this whole

23   update was to do, was to update these forms, the two forms for

24   the 2018 tax year.

25   Q    So the update itself occurred in February 2018?

677

1   A    That's when the code was changed, yes.

2   Q    Which is about nine months before the injunction?

3   A    Correct.

4   Q    Maybe if we can flip through this file -- or maybe you

5   have in it your binder, Mr. Benge.  How long is this file?

6   A    As sqrs go, it's probably about average.  It looks like

7   it's, what, 18 pages here.

8   Q    And what's contained in it?

9   A    Logic to print the form image, the form instructions, and

10  to get data from the database and print that data on each

11  slip, each 1099 form.  So each recipient of one of these

12  forms will have -- the program will print that.

13  Q    Did Rimini create that logic?

14  A    Yes.

15           MR. McCRACKEN:  Let's turn to DTX-620, please,

16  and that's a flower box again.

17  BY MR. McCRACKEN:

18  Q    And, Mr. Benge, what is this document, DTX-620?

19  A    This is the source code for the rsi1099M.sqr, very

20  similar to the other one we just looked at.

21           This is just to print the 1099-MISC form which is a

22  form used to report miscellaneous income, like if a company

23  had paid contractors, for example, they weren't employees,

24  they don't get a W2, but at the end of year they would get a

25  1099-MISC.

1    Q    So is this -- so essentially this the other SQR in the

2    bundle?

3    A    Yes.

4    Q    And when was the update to this SQR that Easter Seals

5    received performed?

6    A    March 22nd, 2018.

7    Q    Where can we see that on the document?

8    A    From the modification log and the comments in the flower

9    box.

10   Q    That's where it says March 22nd, 2018, rsi-FSCM 100127?

11   A    Correct.

12   Q    And it has a description there.  Can you just explain --

13   or maybe read that and explain what it means.

14   A    Yeah.  It says, "Added code to print data in 2018

15   1099-MISC and greater form layout."

16            So, again, just revising this program, we have a new

17   revision to print the 2018 form images and print the data in

18   those boxes.

19   Q    Okay.  And did that revision occur prior to the

20   injunction?

21   A    Yes.

22            THE COURT:  Mr. McCracken, would this be a good

23   point to take a morning break?

24            MR. McCRACKEN:  Yes, your Honor.

25            THE COURT:  All right.  Let's do that at this

1   time, ladies and gentlemen.  We'll reconvene between 10:45 and

2   10:50 depending on when everyone is assembled.

3                    (A recess was taken.)

4                    THE COURT:  Have a seat, please.

5                    The record will show we are reconvened following

6   the morning break, and the examination of Mr. Benge continues.

7                    Mr. McCracken, go ahead, please.

8   BY MR. McCRACKEN:

9   Q    All right.  Mr. Benge, before the break we were

10  discussing Issue 6 which was an update to Easter Seals related

11  to 1099.  Do you recall that?

12  A    Yes.

13  Q    And we had just discussed the two SQR files that were

14  part of that update bundle, and we had looked at them on the

15  screen?

16  A    Correct.

17  Q    After Rimini sends this update bundle to Easter Seals in

18  the e-mail we saw, what is Easter Seals supposed to do with

19  it?

20  A    So the first thing that they would need to do is unzip it

21  so that they can see all of the contents of the update.

22           The first thing they would turn to would be the

23  documentation, read through the documentation.

24           They would apply the update to a test environment,

25  probably do some of their own testing.  Once they were

1    comfortable with the changes, they would proceed with

2    migrating it into the production environment.

3    Q    Are you familiar with how the 2018 1099 updates were

4    initially developed for Easter Seals?

5    A    Yes.

6    Q    And so we saw that -- from the modification logs that

7    development occurred in February and March of 2018?

8    A    Correct.

9    Q    What records does Rimini have that would explain how the

10   2018 update was initially developed?

11   A    There would be entries in Jira, our development tracking

12   system, and additional documentation regarding the

13   specifications for the change.

14   Q    When you say specifications for the change, is there a

15   document that contains those?

16   A    Yes, there was a technical specification for these

17   changes.

18   Q    What is a technical specification?

19   A    Generally prepared by that the development team, it's a

20   document that describes the objects that are going to be

21   affected and what changes to them are necessary.

22   Q    We talked earlier about development instructions.  Is

23   there a difference between development instructions and

24   technical specifications?

25   A    Yes.  Technical specifications are generally prepared

1    upfront.  Dev instructions are documents that they would

2    prepare during the course of making the changes for a -- for a

3    client.  Its their knowledge and know-how with preparing that

4    update and instructions on how to do it for subsequent

5    clients.

6    Q    Is the technical specification also Rimini's work

7    product?

8    A    Yes, it is.

9                    MR. McCRACKEN:  Let's turn to DTX-603, please.

10   BY MR. McCRACKEN:

11   Q    Mr. Benge, what is this document?  It's been

12   pre-admitted.

13   A    This is the technical specification for the 1099-MISC

14   update.

15   Q    And what does it -- let me back up.  There's a revision

16   date on the document.  What is it?

17   A    March 28, 2018.

18   Q    Does that correspond to the revision date we saw in the

19   SQR file itself?

20   A    Yes.

21   Q    What is the technical specification showing on page 1?

22   A    Showing object modifications.  It lists that there is an

23   SQR and two image files, and that the scope is for US clients.

24   It's got a more detailed description that talks about what

25   we're changing, new image file, and that's about it on page 1.

—682—

1    Q    Yeah.  If we look at page 2, does page 2 give any

2    indication of how this was developed?

3    A    Yeah.  It indicates that the development was completed in

4    the Easter Seals environment.

5    Q    Can you just describe how development occurred for this

6    update.

7    A    The two image files would have been created on our

8    system, again, similar to an update we were previously

9    discussing.

10           We would get the Adobe .pdf file from the IRS

11   website, and then from that produce the GIF files containing

12   the images of the form and the instructions.  We also needed

13   to update the rsi1099M.sqr which resides on our system.

14           So after the necessary changes, the files would need

15   to be transferred to Easter Seals development environment.

16           The developer we would have run Create Update

17   Folders beforehand most likely, and then transferred the three

18   files over, and then logged into the environment and unit test

19   it.

20   Q    Where would the changes to rsi1099M.sqr have occurred?

21   A    On Rimini's systems.

22   Q    And would those need to be tested somewhere?

23   A    Yes.

24   Q    If we turn to the next page, does this indicate where

25   those -- excuse me, where that file, 1099M.sqr, was initially

1    tested?

2    A    Yes, it shows that the unit testing was performed in the

3    Easter Seals environment.

4    Q    What Oracle software was used during the testing of this

5    update, if any?

6    A    The PeopleSoft software would be used because you've got

7    to navigate within the application.  You can see the

8    navigation listed there.

9             You've got to go to Vendors, 1099/Global

10   withholding, 1099 Reports, Print 1099 Copy B.

11            So you've got to navigate through the software to

12   run the program, to generate the 1099 forms.

13   Q    So essentially once you get your form correct, you have

14   to run the program and try and print to it and see if it

15   works?

16   A    Correct.

17   Q    And you're saying that used the Easter Seals PeopleSoft

18   software?

19   A    Yes.

20   Q    When Rimini is testing this for an Easter Seals

21   environment, who is Rimini supporting at that point?

22   A    Easter Seals.

23   Q    Are there any more steps to developing this update for

24   Easter Seals?

25   A    Yes.

684

1    Q    What are those?

2    A    After the unit testing is completed, we would turn it

3    over to the QA team to conduct their tests, and they'll

4    conduct more thorough tests, maybe checking additional boxes

5    on the form to verify everything is working correctly.

6              But beyond that the documentation team needs to

7    prepare the documentation to accompany the update, and then we

8    still have to package this up and send the e-mails to the

9    clients letting them know that it's ready.

10   Q    You talked about the next step being to turn this over to

11   QA testing.  Is that your department?

12   A    No, it's not.

13   Q    Who runs the QA testing department at Rimini?

14   A    That's Brenda Davenport.

15   Q    So after this update is developed for Easter Seals, and

16   tested in Easter Seals' environment -- and I'm saying tested

17   referring to the unit testing in this DTX-603 -- how do other

18   clients receive this update?

19   A    So this update is comprised of files that are all Rimini

20   Street written, our work product, so there's the sqrs, the

21   image files, and the scripts, all our work product, all on our

22   system.

23              So in the case of the financials updates, we can

24   prepare those updates on our systems and e-mail them to our

25   clients.

1   Q   And in the same way that we saw the e-mail to Easter

2   Seals?

3   A   Yes.

4   Q   And to understand whether those updates would be tested

5   for the other clients, that would be an issue for the QA

6   department?

7   A   Correct.

8   Q   The tech spec we just looked at was for the 1099-MISC

9   file.  Is there also one dealing with the 1099-INT file?

10  A   Yes.

11                  MR. McCRACKEN:  Can we see DTX-602.

12  BY MR. McCRACKEN:

13  Q   And, Mr. Benge, what is this document?

14  A   This is the technical specification for the 1099-INT

15  changes.

16  Q   And at the top it shows update ID FSCN 100126, what does

17  that indicate?

18  A   That's the update ID associated with this change.  There

19  was also an update ID for the 1099-MISC, and the two of those

20  updates were bundled together and released in the RS18F07

21  update.

22  Q   You're referring to the name of the zip file?

23  A   Yes.

24  Q   What's the revision date on this document?

25  A   March 1st, 2017.

1   Q   Is that accurate or is there a typo?

2   A   That's incorrect.

3   Q   How so?

4   A   I believe that's the wrong year.  It should have been

5   2018.

6   Q   And would that correspond to the modification log we saw

7   earlier in the file?

8   A   Yes.

9   Q   All right.  What does the tech spec indicate in terms of

10  where this update was initially developed for a first client?

11  A   It also shows that development was completed in the

12  Easter Seals environment.

13            MR. MCCRACKEN:  Can we go to page 2, Mr. Jay.

14  BY MR. MCCRACKEN:

15  Q   And, Mr. Benge, is this the page where it indicates that?

16  A   Yes.

17  Q   And where was this update unit tested?

18  A   On the following page it shows that unit testing was

19  performed in the EAS environment.

20  Q   And whose environment is the EAS environment?

21  A   Easter Seals.

22  Q   When Rimini tested this update for Easter Seals -- well,

23  strike that.

24            When Rimini tested this update in the Easter Seals

25  environment, what client was it supporting?

1    A    Easter Seals.

2    Q    Do you believe that this update was developed in

3    violation of the injunction?

4    A    No.

5    Q    Why not?

6    A    All of the files involved were Rimini work product.  All

7    of the files were created by us and on Rimini's systems.

8              The testing that was done for Easter Seals was for

9    Easter Seals.  All of the clients that we developed this for

10   and tested this for were contracted with us to receive US

11   federal financials 1099 updates.

12   Q    Was there any point in this update where you used an

13   Oracle software environment to support some other client who

14   wasn't the owner of that software environment?

15   A    No.

16   Q    All right.  I want to move on now to the next issue,

17   which is Issue 10 and concerns an update called HCM200105.  It

18   involves a file called rsiqtrtx.sqr.

19             Are you familiar with that update?

20   A    Yes, I am.

21   Q    And for shorthand, I'd like to say HCM200105, rather than

22   recite all the numbers.  Is that okay?

23   A    Yes.

24   Q    And in terms of the SQR file, do you have a name that you

25   call that?  How do you pronounce RSIQTRTX.sqr?

688

1    A    RSI Quater tax sqr.

2    Q    Okay.  How, if at all, were you involved in the update?

3    A    I was leading the team that developed it during the time

4    it was developed, and I was also copied on some e-mail

5    exchanges regarding it.

6    Q    What was the update designed to solve?

7    A    Quarterly tax reporting for certain tax jurisdictions,

8    for example, Oregon transit tax.

9    Q    And I know you're very familiar with tax and legal

10   changes, but what does it mean tax reporting?

11   A    Such as producing a report, transmittal file for

12   summarizing tax withholdings.

13   Q    And so did this update involve having to create new

14   reports that didn't need to be created before?

15   A    Yes.

16   Q    Does Rimini keep any business records that would document

17   this update and how it was developed?

18   A    Yes.  The first place I would turn would be to Jira where

19   we would always have an entry in Jira for every update ID we

20   worked on.

21   Q    And as a reminder, Jira is the development database?

22   A    Development tracking system.

23   Q    Okay.  And what other business records would there be?

24   A    Dev instructions, client facing documentation, entries in

25   Spira, our system that's used for testing.

1              MR. McCRACKEN:  Okay.  Well, let's turn to

2    DTX-1000 which is in evidence already.

3    BY MR. McCRACKEN:

4    Q    What is this, Mr. Benge?

5    A    This is screen prints from Jira, the development tracking

6    system for this update.

7    Q    And how can you tell it's for this update?

8    A    Midway down the screen, in the detail section, it says,

9    "Update ID HCM200105."

10   Q    And at the top there's a title that refers to US Oregon

11   Statewide Transit Payroll Tax Quarterly Reporting?

12   A    Correct.

13   Q    What's that indicating?

14   A    Just a brief description of what this update is about.

15   It's regarding the Oregon statewide transit tax and reporting.

16   Q    Can you tell from the Jira entry what this update

17   involved in terms of what files or objects?

18   A    Yeah.  Towards the bottom the page here there is a

19   section where it lists scripts, sqrs, sqcs, online objects are

20   continued on the following page.

21              MR. MCCRACKEN:  Yeah, and, Mr. Jay, is there a

22   way you can show the bottom of this page and maybe the top of

23   the next page?

24   BY MR. MCCRACKEN:

25   Q    So Mr. Benge, can you just explain what we're looking at

1    here.

2    A    Yeah.  So, first off, there's a new Data Mover script.

3    Then there's a new SQR that we've written.

4    Q    Can you indicate what you're reading or looking at?

5    A    Sure.  So in the script section it says, HCM200105.DMS,

6    that's a Data Mover script that we wrote that would contain

7    sequel statements.

8    Q    It says -- let me just stop you right there.  It says new

9    next to it.  What does that mean?

10   A    That it's a new object, a new file that we're producing,

11   our work product.

12   Q    And where does Rimini write that script?

13   A    On our systems.

14   Q    Okay.  Please continue.

15   A    Next is the new sqr, RSIQTRTX.sqr, also new, written on

16   our systems.

17            The next file is a preexisting one, an SQC, which is

18   just like an include file, a smaller bit of code that's

19   included.  That one is Rimini written but already existing.

20            And then next it goes into all of the online

21   objects, which in this case were all new.  So this is all new

22   stuff, and all of these online objects are new objects.

23   Q    Can you explain to us non-programmers what an online

24   object is.

25   A    So PeopleSoft provides an application designer tool that

1    allows you to build and customize the application, and the

2    application designer allows you to create new records and

3    fields and pages so you can create new user interfaces and new

4    data structures.

5              Basically, these are all objects that we're going to

6    create within the client's environment to support this new

7    requirement.

8    Q    Is it possible to create those anywhere other than the

9    client's environment?

10   A    No.

11   Q    And why is that?

12   A    To create these objects, we're using the design tool that

13   is included with the software, so it has to be done within the

14   client environment.

15   Q    All right.  I want to focus back on the RSIQTRTX.sqr file

16   because that's the one that Oracle's expert focused on.  What

17   does that file do?

18   A    It generates a report, essentially, to summarize

19   tax withholding for, in this case, the Oregon transit tax.

20   Q    Does that file contain any Oracle code?

21   A    No, it does not.

22   Q    Who wrote it?

23   A    We did, Rimini Street.

24   Q    Do you know when Rimini created the RSIQTRTX.sqr program?

25   A    We would be able to tell from the modification log in the

1    program.

2    Q    All right.  Let's see if we have that.

3    A    We may also have some information regarding it in the

4    Jira update based on the time that the entry was created in

5    Jira.

6    Q    Okay.  I'm sure we can pull it up.  We'll get it in a

7    second.

8           Was the rsi quarter tax program written using any

9    Oracle tools?

10   A    No, it was not.

11   Q    What software program was used to write it?

12   A    Just a text editor.

13   Q    And on what system does the RSIQTRTX.sqr program reside?

14   A    On Rimini's systems.

15   Q    All right.  We talked earlier about the development

16   instruction for this update, and just -- can you remind us

17   what the development instruction is.

18   A    It's the developer's notes and guidance on the solution

19   for this update and how to apply those changes to other

20   environments.

21              MR. McCRACKEN:  All right.  Let's look at Oracle

22   Exhibit 53.  It's been pre-admitted.

23   BY MR. McCRACKEN:

24   Q    Mr. Benge, can you tell us what this is.

25   A    These are the Dev instructions for the update that we're

693

1    discussing.

2    Q    And who created this document?

3    A    The developer that was working on this.

4    Q    What system does this document reside on?

5    A    It resides on our systems, on Rimini's systems.

6    Q    And I'm sorry, I cut you off.  What were you going to

7    say?

8    A    It resides on Rimini's systems.

9    Q    Okay.  So walk us through this Dev instruction.  What

10   does the Dev instruction show?

11   A    It's showing the modules that were affected, lets the

12   developer know what objects are a part of this update and

13   what's going to need to be created.

14          Here it's just showing a list of the names, but if

15   you scroll down further, it's going to show instructions on

16   how to create these new objects.

17   Q    Okay.  I mean, so we're only seeing it on the screen.

18   How long is this document?

19   A    It's fairly lengthy.  This was quite a few objects, quite

20   a bit of development work.  It goes on to page 21.

21   Q    And I see it's describing steps.  What is that showing?

22   A    The first step is that the developer would need to go

23   into the client environment and create a new project

24   definition, which is a container within Application Designer

25   that we can insert all of these objects into, kind of a

694

1    collection of the objects.

2    Q    So, in general, I mean, is this showing all the steps

3    that a developer needs to perform to implement this update?

4    A    Yes.

5    Q    So if this -- let me back up.

6              So this hearing concerns this update as it relates

7    to two clients, Rockefeller and Home Shopping Network.  Would

8    this Dev instruction help us know how that update was

9    implemented for those two clients?

10   A    Yes.  This would have been what the developer followed in

11   order to apply the necessary changes for those clients.

12   Q    Okay.  Do you know if this update had been previously

13   created for some clients before Rockefeller and Home Shopping

14   Network joined Rimini Street?

15   A    Yes.  Those were new clients that on-boarded after this

16   update was originally delivered to our existing client base.

17             I also just noticed a date on here in the comments

18   that shows that this was March 26th of 2019.

19   Q    I see.  You're looking at the top of the page under Step

20   1?

21   A    Yes.

22   Q    So how did Rimini develop this update for the Home

23   Shopping Network?

24   A    They would need to go into Home Shopping Network's

25   development environment, and they would need to follow these

1    steps to create these objects within their environment.

2    Q    All right.  How much work is that?

3    A    It's a lot of work.  As you can see from the Dev

4    instructions here, we've got, you know, 20 pages of

5    instructions that they're going to need to go through to

6    create all of the objects that we created for this change.

7                    MR. McCRACKEN:  All right.  I want walk through

8    those steps, but actually before we do that, Mr. Jay, can you

9    pull up DTX-1008.

10   BY MR. McCRACKEN:

11   Q    Mr. Benge, what is this?

12   A    This is the quarter tax sqr source code.

13   Q    Okay.  And I know earlier you were wondering when this

14   file was originally developed.  Does this tell you?

15   A    When it was originally developed, September 18th, 2018,

16   is the date that this modification log lists for this.

17   Q    Okay.  And then you were referring to a March date in one

18   of the other documents.  Does that correspond to the

19   modification log here?

20   A    No, it doesn't.

21   Q    It's different by about a week, is that right?

22   A    Yeah.

23   Q    Okay.  All right.  Let's turn back to the Dev

24   instruction, Oracle's Exhibit 53.  I want to walk through what

25   a developer would have to do for the Home Shopping Network to

696

1   develop their update.

2   A    So step 2, they going to have to create a new field

3   definition, and it just describes what that field definition

4   is, what field name to use, its character type, its length.

5           So attributes about the field are given here and the

6   developer would have to create this within the application

7   designer using the tool to define fields.

8   Q    So if this is being developed for Home Shopping Network,

9   whose software would be being used in step 2?

10  A    Home Shopping Network.

11  Q    What client is Rimini supporting in performing step 2?

12  A    Home Shopping Network.

13  Q    You mentioned the field names, field types, all this

14  information here.  Where does Rimini come up with that

15  information?

16  A    During the course of initially developing this solution.

17  Q    Does that represent Rimini's know-how?

18  A    Yes.

19  Q    All right.  Let's move on to step 3.  And, Mr. Benge,

20  what's step 3?

21  A    Here we're creating new translate values.  These are

22  essentially, you know, what values you are going to be allowed

23  within the new field that we just created.

24          So a couple of steps, you go into the Application

25  Designer, into the tool to define these translate values.

697

1    Q    And on what computer system is step 3 performed?

2    A    Home Shopping Network.

3    Q    Whose software is being used during step 3?

4    A    Home Shopping Network.

5    Q    What client is Rimini supporting in performing step 3?

6    A    Home Shopping Network.

7    Q    Let's go to step 4, please.  Can you just explain what

8    the Rimini developer has to do to do step 4.

9    A    It looks like this is another field definition, so

10   similar to a previous step we already discussed, another

11   field.

12   Q    In what computer system does Rimini perform step 4?

13   A    I'll say HSN, Home Shopping Network.

14   Q    I think it's actually HSP.

15   A    Oh, HSP, sorry, I was wrong.  Okay.

16   Q    And who is Rimini supporting when it performs this step

17   in Home Shopping Network's environment?

18   A    Home Shopping Network.

19   Q    All right.  Let's go to step 5, and just to kind of speed

20   this up, is it the same for step 5, Mr. Benge?

21   A    Yes, it is.  Here we're creating the translate values.

22   Q    And this would be performed in Home Shopping Network's

23   environment, using Home Shopping Network's software to support

24   Home Shopping Network.

25   A    Yes.

1    Q    Okay.  Step 6 is different -- or, actually, step 6 looks

2    very long to me.  Can you describe what's happening in step 6.

3    A    Yeah.  Here, we're creating a different object type.

4    These are new records and views.  These object types are a

5    little bit more complex, so we're having to go in and create

6    these objects, and the Dev instructions tell us what the

7    attributes of those records and views are.

8              So, again, this is just going in and using the

9    design tool to create these objects.

10   Q    And does this occur in Home Shopping Network's

11   environment?

12   A    Yes.

13   Q    Who is Rimini supporting when it performs these steps?

14   A    Home Shopping Network.

15              MR. MCCRACKEN:  And can we just page through it,

16   Mr. Jay, and see what's involved here.

17   BY MR. MCCRACKEN:

18   Q    What are we looking at here, Mr. Benge?

19   A    These are all new records and views that need to be

20   created within Home Shopping Network's environment and added

21   to the project definition, and each one of these just

22   describes, you know, the various attributes that the developer

23   needs to have, what fields need to be on the record and things

24   of that nature, and this goes on for several pages, all the

25   way to step 7 on page 11.

1    Q    All right.  Step 7 is a little bit different.  What

2    happens in step 7?

3    A    This is where we're having to add some new PeopleCode

4    programs.  A list of programs is listed there, and the source

5    for these programs is obtained from Rimini's systems.  These

6    are programs that we wrote from scratch.

7    Q    It says -- I'm sorry to stop you, but it says,

8                "Step 7, transfer the new PeopleCode below

9           (written initially and internally on RSI systems)

10          from local to client machine, and copy the code in

11          respective events."

12               So I just want to walk through what all this

13   means.  What is PeopleCode?

14   A    PeopleCode is a programming language within PeopleSoft,

15   that allows you to do things like initialize values, validate

16   input, perform actions when someone saves something.

17          So all of these programs are around code, around

18   those sorts of things for defaulting values, performing save

19   edits, performing actions when a field changes and so forth.

20   Q    Who wrote the PeopleCode at issue in this update?

21   A    Rimini Street wrote it.

22   Q    And it's called PeopleCode because that's the language?

23   A    Yes.

24   Q    Not who wrote it?

25   A    Correct.

1   Q   So the rest of the sentence says, "Written initially and

2   internally on RSI systems."  What does that mean?

3   A   Just that that's where we initially wrote the code, and

4   where it's kept, and, in this case, for the client that we're

5   working with, we would obtain that PeopleCode from Rimini's

6   systems, and enter it into the environment for Home Shopping

7   Network.

8   Q   How do you get the PeopleCode from Rimini's systems to

9   Home Shopping Network?

10  A   Via the TransferFiles utility is one method.

11          Occasionally, programs will be included.  If it was

12  Rimini written, we could have included the text of the program

13  right in the Dev instructions, but in this case you can see

14  that there's quite a few of them, and it might have been quite

15  a lot to type.

16  Q   And then it says -- below it says, "Insert the objects

17  into project."

18  A   Yes.

19  Q   Can you describe what that means.

20  A   Everything we've been doing in all of these steps, we're

21  creating all these objects and adding them to that project.

22  The project is just kind of a binder, if you will, a

23  collection of all of the objects that we're creating.

24  Q   So you can't just transfer the PeopleCode.  You have to

25  do more things, right?

1   A    Yes.  And there's more steps involved here.  We're going

2   through step by step creating all of the objects that are

3   necessary in order to provide this functionality for the

4   quarterly report.

5   Q    Even in step 7, it's not just transferring the Rimini

6   written PeopleCode --

7   A    No.

8   Q    -- you also have to integrate it.

9   A    No, the developer then would need to go into the

10  Application Designer, open up the record, find the right

11  field, pull up the design tool to edit or enter that

12  PeopleCode into the system, and save the PeopleCode as part of

13  the record definition.

14  Q    Okay.  And all of that integration and the things you

15  just described, what environment does that occur in?

16  A    Home Shopping Network.

17  Q    And whose software is being used during that step?

18  A    Home Shopping Network.

19  Q    Who is Rimini supporting during that step?

20  A    Home Shopping Network.

21  Q    Now, let's go to step 8.

22  A    This is --

23              MR. McCRACKEN:  Let's get that blown up first.

24  Thank you.

25

702

1   BY MR. McCRACKEN:

2   Q    And, Mr. Benge, can you describe what step 8 entails.

3   A    Yeah.  This is where we are transferring over a Data

4   Mover script that we wrote initially and internally on our

5   systems, and then transfer it to the Home Shopping Network

6   development machine, and place it in a folder on that machine.

7   Q    And I think we saw these dot DMS, or you called them Data

8   Mover scripts --

9   A    Yes.

10  Q    -- earlier.

11  A    Correct.

12  Q    I think we saw them in connection with the Easter Seals

13  update?

14  A    Yes.

15  Q    What is a Data Mover script?

16  A    A Data Mover script contains scripts that are very much

17  like Sequel Scripts, SQL scripts, that are executed through a

18  PeopleSoft tool called Data Mover.

19  Q    In which program is the script itself written?

20  A    Any text editor.  You can write them NotePad.

21  Q    For this particular one, on what system is it written?

22  A    Rimini's systems.

23  Q    Is it written using any Oracle tools?

24  A    No.

25  Q    And who writes it?

703

1   A    Rimini Street.

2   Q    All right.  Let's go to step 9, please.

3          And, Mr. Benge, can you describe step 9.

4   A    Yeah.  This is where we're creating the new page that

5   goes along with this functionality.  This is the user

6   interface, what is the page going to look like?

7          So the following few pages have a description about

8   how to create that page definition within the design tool

9   Application Designer.

10          So this is all about creating that new page

11   definition.  It's going to involve, you know, getting that

12   page to look the way you want, putting the fields where you

13   want them on that page on that user interface, saving the

14   page, and adding it to the project.

15   Q    Are these steps hard to do?

16   A    Yes.  I mean, this is something where you've got to have

17   an experienced developer that's familiar with using

18   PeopleTools and creating all of these various object types.

19          Here, you know, we're having the developer go

20   through and creating a page, something that's a user interface

21   that's visual, and the instructions to them are all in text.

22          So, yeah, this is -- this is a lot of work.

23   Q    In what system is step 9 performed?

24   A    Home Shopping Network's.

25   Q    Who is Rimini supporting when it uses Home Shopping

1    Network's software in step 9?

2    A    Home Shopping Network.

3    Q    Move to step 10.

4    A    Ten is creating a new component.

5           These next few objects are all about getting the

6    page that we just created tied to a component and registering

7    that component, basically, so that we can access these objects

8    in the online system.

9    Q    And on whose system is step 10 performed?

10   A    Home Shopping Network.

11   Q    And who is Rimini supporting when it uses Home Shopping

12   Network's system to perform step 10?

13   A    Again, Home Shopping Network.

14   Q    Let's move to step 11.  We're almost near the end.

15   A    Yep.  A further step here just to register the component

16   online.

17   Q    Well, let's slow down and get it on the screen.

18          All right.  Please continue.

19   A    So step 11 is registering a component in the online

20   system, and testing the component.

21          And then step 12, at the bottom of that page --

22   Q    Let me stop you.  So step 11, you had to register the

23   component.  I don't know what that means.  What does that

24   mean?

25   A    Think of it this way, like we've created this new page

705

1    and we have to get it hooked into the venues in the

2    application.  We're registering the component and getting it

3    so that you can find the page we created within the navigation

4    of the application.

5    Q    And in what system does that step have to be done?

6    A    Home Shopping Network.

7    Q    And are you using -- for what client are you using Home

8    Shopping Network's software?

9    A    Home Shopping Network.

10   Q    All right.  Let's move to step 12, please.

11   A    This is creating a new process definition for Rimini

12   written SQR.

13          This allows the program that we have just written to

14   be able to be invoked and submitted through the process

15   scheduler, which is a batch processing component of

16   PeopleSoft.

17   Q    And on what system is this step performed?

18   A    Home Shopping Network.

19   Q    In the client's environment?

20   A    Yes.

21   Q    Who is Rimini supporting when it performs step 12 in Home

22   Shopping Network's environment?

23   A    Home Shopping Network.

24              MR. McCRACKEN:  All right.  Let's to go the last

25   step, step 13.  Blow that up, please.

706

1    BY MR. McCRACKEN:

2    Q    What's step 13, Mr. Benge?

3    A    This is where we're taking the RSIQTRTX.sqr that we

4    wrote, which is written on our systems, stored on our systems,

5    and we're transferring it from our systems to Home Shopping

6    Network's environment.

7    Q    Are any copies of Oracle software made when you

8    transferred the Rimini written SQR file to Home Shopping

9    Network's environment?

10    A    No.

11    Q    It says here,

12              "Transfer RSIQTRTX.sqr (written initially and

13         internally on RSI systems) from local to client

14         machine."

15              Does "from local to client machine," does that

16    mean from Rimini's systems to the client's systems?

17    A    Yes.

18    Q    And then it says, "insert the objects into project."

19    What does that mean?

20    A    All of the items that we've been discussing at step 13

21    are online objects that would be inserted into the project

22    definition.

23    Q    Once the RSIQTRTX.sqr file is transferred to Home

24    Shopping Network's development environment, are there other

25    steps that need to be done?

707

1    A    Yeah, some of which aren't even included here that the

2    developer would just need to know from their experience

3    working with PeopleSoft.

4              So, for example, we created these record

5    definitions.  They would need to use the tools to build those,

6    to create the underlying tables in the database.

7    Q    And then after step 13, does this need to be tested to

8    see if it works?

9    A    Yes.  You know, there's a lot of steps here where a

10   developer would need to create new objects, and it's subject

11   to them making typographical errors and things of that nature.

12   So they have to absolutely unit test this and verify that it's

13   functioning and that things look good.

14   Q    If it doesn't work, or if things don't look good, what

15   happens then?

16   A    They would have to go back and correct any mistakes they

17   made in Application Designer.

18   Q    When they're testing this, in what environment does that

19   occur?

20   A    Home Shopping Network.

21   Q    And whose software is being used during that process?

22   A    Home Shopping Network.

23   Q    What client is being supported?

24   A    Home Shopping Network.

25   Q    How long does it take a programmer to go through all

708

| | |
|---|---|
| 1 | these thirteen steps and the testing you described and the |
| 2 | other steps that you said weren't listed? |
| 3 | A    It's a fairly lengthy document, lots of objects to |
| 4 | create, lots of potential for typos or mistakes.  So something |
| 5 | like this would take a few hours to a half-a-day for an |
| 6 | experienced developer. |
| 7 | Q    And are you talking about just developing this for Home |
| 8 | Shopping Network? |
| 9 | A    Yes. |
| 10 | Q    And when Rimini develops this update for Rockefeller, |
| 11 | what does it need to do? |
| 12 | A    We have to do this all over again, creating all of these |
| 13 | objects in Rockefeller's environment. |
| 14 | Q    Is that true for every client that receives this update? |
| 15 | A    Yes. |
| 16 | Q    After performing all thirteen of these steps, and the |
| 17 | unit testing you described, what would be the next step in the |
| 18 | process? |
| 19 | A    After the developer is satisfied that the unit test looks |
| 20 | good, it would be turned over to the QA team for further |
| 21 | testing. |
| 22 | Q    All right.  I want to switch topics and talk about Issue |
| 23 | 1.  So we've just finished talking about the PeopleSoft |
| 24 | related issues for which there's a dispute in this hearing |
| 25 | about whether the violation -- whether the injunction was |

1   violated, and now I'm going to turn to the issues where the

2   Court has already found a violation and we're having a hearing

3   about whether Rimini should be held in contempt.

4           Do you understand that?

5   A   Yes.

6   Q   Okay.  And Issue 1 concerns files on Rimini's systems,

7   PeopleSoft files.  What is Rimini's policy with respect to

8   whether PeopleSoft files can be on Rimini's system?

9   A   We can't have PeopleSoft files or any Oracle software,

10  code, documentation, anything of that nature on our systems.

11  Q   What does Rimini tell clients about whether it can have

12  PeopleSoft files on its own systems?

13  A   We explain to them at numerous points that we can't have

14  that content on our systems and that it needs to be maintained

15  within the PeopleSoft development and QA environments that we

16  access remotely.

17  Q   How does Rimini tell clients that?

18  A   During on-boarding, when they're coming onboard, I know

19  it's explained to them, and then again when we're working with

20  them in support settings.

21          You know, if there's something that we need to work

22  with the client to see like a compiler or output or something

23  like that, we ask them to place it in the Dev or QA

24  environment, not to e-mail it to us or attach it to a

25  SalesForce case.

1            And then on the portal where they can log SalesForce

2    cases, there's also a notification there to tell them not to

3    attach Oracle software.

4    Q    Are there times that clients need Rimini to look at a

5    particular file or a piece of PeopleSoft software?

6    A    Yes, absolutely.

7    Q    And you kind of touched on this, but just to make it

8    clear, what are they supposed to do to be able to let Rimini

9    look at that file?

10   A    We need to be able to remotely access their environment

11   and view it.  So if it is something from production or

12   someplace outside of Dev and QA, we would ask them to place it

13   in Dev and QA so that we can, over the internet, get into the

14   system and review what needs to be reviewed.

15   Q    So let me just make sure I understand that.

16            So if the client's having trouble, it's probably in

17   a production environment; is that right?

18   A    Could be, yes.

19   Q    And does Rimini have access to that environment?

20   A    No.

21   Q    So if they need to get that file to Rimini, they have to

22   place it somewhere else.

23   A    Correct.  Development and QA team, for example, would not

24   have access to production, so we might ask them to take a file

25   from production and place it in a folder on the Dev or QA

1   machine where we could review it.

2   Q    Okay.  How many PeopleSoft clients did Rimini have in

3   2019?

4   A    Approximately 250.

5   Q    Approximately how many updates did your team provide in

6   that period, if you know?

7   A    Was that per year?

8   Q    Oh, sorry.  In that period, so 2019, I'm sorry.

9   A    In 2019?  Probably 10 to 15,000.

10              MR. McCRACKEN:  I want to look at an exhibit.

11  Let's go to DTX-100, and this is already in evidence.

12  BY MR. McCRACKEN:

13  Q    This is an e-mail from Barbara MacEachen?  Did I say that

14  right?

15  A    Yes.

16  Q    Barbara MacEachern to Shelley Blackmarr and copying you,

17  Mr. Benge; is that right?

18  A    Yes.

19  Q    Did you receive this e-mail as part of your work

20  at Rimini?

21  A    I did.

22  Q    This e-mail attaches several files which are files the

23  Court already found to be PeopleSoft files and to be in

24  violation of the injunction.  Do you understand that?

25  A    Yes, I do.

1   Q    What are the documents attached to this e-mail?

2   A    These are Oracle documents describing their most recent

3   tax update which the client, G6, had -- that was the last tax

4   update that they had received from Oracle prior to

5   on-boarding.

6   Q    Are they code files?

7   A    No.

8   Q    And just tell us generally, what's the context of this

9   e-mail chain?

10   A    It was status meeting minutes and updates for this client

11   who was currently in on-boarding, so they're a new client,

12   just coming onboard.

13          Their environments haven't been turned over to the

14   development team just yet for us to work with, but they were

15   going through the process of getting the environments

16   established.

17   Q    You keep using the word on-boarding.  Can you just

18   describe to us what that means.

19   A    Yeah, When a new client signs a contract with us, we have

20   to go through steps to get them set up so we can support them,

21   establishing their remote connectivity and making sure that

22   the environments they we're going to use for developing and

23   testing are set up and have pass acceptance testing.

24          We also need to understand where they left off

25   Oracle support, which was the reason we were inquiring about

1    this because when we provide an initial update to the client,

2    we want to make sure that we don't have overlap and that we're

3    not delivering any items in that initial update that the

4    client may have received in their most recent update from

5    Oracle.

6                    MR. McCRACKEN:  Let's go to page 5, please.

7    BY MR. McCRACKEN:

8    Q    And at the top, top e-mail we see from Barbara MacEachern

9    to -- I'm going to try my best -- Ramamoorthy Veerachamy at G6

10   hospitality.  Do you see that?

11   A    Yes.

12   Q    And in the e-mail she writes,

13                    "Below are the outstanding issues we were

14           hoping to receive updates on."

15                    Do you see that?

16   A    Yes.

17   Q    And number two says, "Is the PUM" -- P-U-M -- "is the PUM

18   28 documentation on the shared file?"

19                    What's your understandings of what that means?

20   A    She's asking if the product update documentation for the

21   last update they received from Oracle has been posted onto the

22   shared file location on the Dev or QA machine.

23                    So she's essentially asking the client to take that

24   documentation and put it in a shared location on the Dev and

25   QA machine where we can remotely access it over the internet.

1    Q    Is the PUM 28 documentation, is that -- are those the

2    files that were eventually attached to the top e-mail?

3    A    Yes, yes.

4    Q    Is the -- you said the shared file and the development

5    machine -- excuse me, the shared file on the development

6    machine, on whose system is that?

7    A    G6's systems.

8    Q    And so would that have been consistent with your

9    Authorized Use Policy?

10   A    Yes, it would have been consistent.

11   Q    Did the client put the documentation in its development

12   environment?

13   A    No, they did not.

14   Q    What happened instead?

15   A    I guess the main contact there was having issues trying

16   to access that location on the machine so they ended up

17   attaching them and e-mailing them.

18              MR. McCRACKEN:  All right.  Let's go to page 4,

19   Mr. Jay.

20   BY MR. McCRACKEN:

21   Q    And here this e-mail in the middle of the screen,

22   Mr. Veerachamy from G6 Hospitality writes, "Hi, Barbara.

23   Please find the attached image 28 documentation."

24              Is this an e-mail attaching that documentation?

25   A    Yes.

1   Q    Is the image 28 documentation and the PUM 28

2   documentation talking about the same thing?

3   A    Yes.

4              MR. McCRACKEN:  All right.  If we go to the top

5   e-mail again on page 1, let's blow that up, please.

6   BY MR. McCRACKEN:

7   Q    So, in this e-mail -- what was happening in this e-mail?

8   A    Barbara says,

9              "We seem to have a problem getting the client

10         to place these on the shared file.  The main contact

11         Ravi is on vacation."

12             But she forwarded the e-mail from the client

13  that had the Oracle documentation attached.

14  Q    Was forwarding that documentation consistent with

15  Rimini's Authorized Use Policy?

16  A    No, it was not.

17  Q    What should have been done?

18  A    It should have been reported as a violation of the

19  Acceptable Use Policy, should have been sent to RSI security.

20  Q    Were any of the Rimini employees involved in this e-mail

21  disciplined for that violation of policy?

22  A    Yes.  In fact, I was.

23  Q    And what were you disciplined for?

24  A    For not reporting that I had been copied on something

25  that contained Oracle files.

716

1    Q    Why didn't you report it?

2    A    I don't recall reading the e-mail.

3         Again, the client wasn't in development yet.  They

4    were still in on-boarding.  Based on the subject line, I may

5    not have paid too close of attention to it.

6         But, in any case, I was responsible.  I was a

7    recipient of the e-mail, and I had an obligation to report it.

8         Even though the e-mail wasn't directed directly to

9    me, I was copied and, under the Acceptable Use Policy, if

10   anyone receives content such as this, it has to be reported.

11   Q    How were you disciplined, Mr. Benge?

12   A    There was an AUP investigation that took place, and

13   subsequent to the investigation, there was a meeting held

14   where I attended with our Chief Compliance Officer, and my

15   manager's boss, Executive Vice-President Brian Slepko, and

16   representatives from HR, and I was given a formal warning

17   regarding this violation of the AUP.

18   Q    Do you know if Ms. MacEachern was also disciplined?

19   A    Yes, she was.

20   Q    Do you know what discipline she received?

21   A    Her consequences were more severe than mine because of

22   the nature of forwarding the content.

23        If something like this is received, we're not to

24   delete it, we're not to forward it, we're not to copy it,

25   we're not to do anything with it.

1            I was just cc'd on the e-mail.  Barbara forwarded

2    the content from the client, so that was a more severe

3    violation of the AUP.

4    Q    You said you can't forward it, copy it, save it, you

5    know, all the things you listed, and also you said you can't

6    delete it.  What are you supposed to do?

7    A    Notify RSI security.  I guess that's the one acceptable

8    forward is to send the e-mail to the -- our compliance team.

9    Q    What potential consequences can result from a violation

10   of the AUP?

11   A    All the way up to and including termination of

12   employment.

13            MR. McCRACKEN:  Let's do a new exhibit.  Let's

14   do DTX-110, please -- I'm sorry -- yeah.

15   BY MR. McCRACKEN:

16   Q    Is this an e-mail that you received in the course of your

17   work at Rimini?

18   A    Yes, it is.

19   Q    And what's being discussed in this e-mail chain?

20   A    This is another client that at the time was a new client

21   that was going through on-boarding, Texas Children's Hospital.

22            MR. McCRACKEN:  Let's look at page 5, please.

23   No, if you look at -- yes.  There you go.

24   BY MR. McCRACKEN:

25   Q    So there's an e-mail from Eric MacAfee.  Do you know what

718

1    company he's with?

2    A    He is with Texas Children's Hospital.

3    Q    And it's to Thomas Glazer.  Is he somebody at Rimini

4    Street?

5    A    Yes, on the environment's team.

6    Q    And it says, "Attached are the 18-E release notes."  Do

7    you see that?

8    A    Yes.

9    Q    What are 18-E release notes?

10   A    Again, this is Oracle documentation concerning the last

11   tax update that Texas Children's Hospital have applied.

12   Q    And I guess I should say for the record, these are one of

13   the files at issue.

14            You're not on this particular e-mail with

15   Mr. MacAfee and Mr. Glazer, are you?

16   A    No.

17   Q    And if you look up the chain of e-mails on page 3, you're

18   not a recipient of that e-mail either, are you?

19   A    No.

20            MR. McCRACKEN:  Let's look at page 2, please.

21   BY MR. McCRACKEN:

22   Q    So you were finally added to this chain a few e-mails

23   later here; is that right?

24   A    That's correct.

25   Q    Was there any attachment to this e-mail when you received

1   it?

2   A    No.

3   Q    Did you ever receive those two PeopleSoft documents --

4   or, sorry, the 18-E release notes that were sent to

5   Mr. Glazer?

6   A    No.

7   Q    If Oracle's expert suggested that you received those

8   documents, would that be correct?

9   A    No.

10              MR. McCRACKEN:  Let's do one more.  Let's go to

11  Oracle Exhibit 13.

12  BY MR. McCRACKEN:

13  Q    Do you recognize this document?

14  A    Yes.  This is a extract of a SalesForce case.

15  Q    And this was actually prepared by Oracle's expert to

16  simulate what SalesForce looks like.  She built it from the

17  data that was produced.

18         Does this generally look like what SalesForce

19  actually looks like in your experience?

20  A    Yes, it does.

21  Q    Are you familiar with the Rimini SalesForce system?

22  A    Yes, very.

23  Q    Does SalesForce contain communications between Rimini and

24  clients?

25  A    Yes, it does.

1   Q    If a client attaches a record to SalesForce, would it

2   show up in the SalesForce records?

3   A    It would.

4   Q    And do those records show who attached a file, I mean

5   whether a Rimini employee or a client attaches it?

6   A    Yes.  If an employee attaches something, their name will

7   be associated with it.  If a client does, it will show that a

8   Rimini Street client attached the file.

9              MR. McCRACKEN:  All right.  Let's go to page 8,

10  please.  And I think the bottom box, Mr. Jay, is what we need.

11  BY MR. McCRACKEN:

12  Q    All right.  Now, Mr. Benge, so we're looking at page 8 of

13  Oracle Exhibit 13 in the bottom box.  What does this show?

14  A    Wait a minute.  I don't think I'm in the same spot as

15  you.

16  Q    Oh, maybe look at the screen.

17  A    Ok.  I'm looking at the screen now.

18              Yes.  What does this show?  It is showing that there

19  is an attachment named psptax.dt.dms, and you can see under

20  the section there that says "created by," it shows that a

21  Rimini Street client attached it, and you can see what date.

22              PSP tax dot -- I'm sorry, psptax.dt.dms is a Data

23  Mover script that contains stored procedures.  That is an

24  Oracle file.

25  Q    You know that's an Oracle file?

-721-

1   A    From the name.

2             MR. McCRACKEN:  Yeah.  And let's look up two

3   boxes on that same document, or maybe three boxes, the one

4   that says Arjit Ray.  There we go.

5   BY MR. McCRACKEN:

6   Q    Is this showing a message from the client?

7   A    Yes.

8             MR. McCRACKEN:  Let me show you another exhibit.

9   Let's go to DTX-111, please, which is not in evidence.

10  BY MR. McCRACKEN:

11  Q    Is this an e-mail that corresponds to the SalesForce

12  record we just looked at?

13  A    Yes, it is.

14  Q    You looked at both.  Is the text identical?

15  A    Yes.

16            MR. McCRACKEN:  I'd like to move DTX-111 into

17  evidence.

18            MR. ISAACSON:  No objection.

19            THE COURT:  It's admitted.

20                 (Defendant's Document Exhibit 111
                    received in evidence.)
21  BY MR. McCRACKEN:

22  Q    Who is Arjit Ray?

23  A    Someone with the client RR Donnelley.

24  Q    And in the last paragraph here he writes,

25            "Please could you help to confirm which is

722

1          the latest version of psptax.dt.dms?  The attached

2          psptax.dt.dms is the current version in our

3          production.  Below screenshot LHS" -- I assume that's

4          left-hand side -- "(production version) right-hand

5          side delivered as part of this fix."

6                  What do you understand him to be saying?

7    A    So we had just recently provided of an update that

8    included changes to this file, but what they were seeing is

9    some conflicts between what they had in production and what we

10   delivered.

11          But, unfortunately, the client attached the file

12   from production for us to try and figure out what the issue

13   was.

14   Q    What were they supposed to do?

15   A    It should have been placed within the Dev or QA

16   environment so that we could access it remotely.

17   Q    And then once they sent to it Rimini, what was Rimini

18   supposed to do?

19   A    We were supposed to report it as a violation of the

20   Acceptable Use Policy.

21   Q    What, if anything, do you do with your team to try to

22   ensure that things like this don't happen, or that they get

23   reported?

24   A    Well, we do have training with regard to the Acceptable

25   Use Policy, but also within team meetings we have repeatedly,

723

1    you know, emphasized how we have to be extremely cautious in

2    situations like this.

3              This was not one where, you know, we had requested

4    the file.  But, if there's something we need from a client in

5    order to help diagnose a problem, we have to be very clear to

6    them to place whatever we need within the Dev or QA

7    environment and not to attach it to the SalesForce case, or

8    not to e-mail it to us.

9              MR. McCRACKEN:  All right.  Your Honor, I'm

10   going to move on to a new exhibit.  It's 12:03 --

11             THE COURT:  No, I was looking for that as well.

12             We will take our noon recess at this time.  I'd

13   like to reconvene at 1:15.

14             MR. McCRACKEN:  Okay, your Honor.

15                  (The Noon recess was taken.)

16                         -o0o-

17

18

19

20

21

22

23

24

25

1          RENO, NEVADA, THURSDAY, SEPTEMBER 23, 2021, 1:20 P.M.

2                              ---o0o---

3

4                    THE COURT:  Have a seat, please.

5                    The record will show we are reconvened following

6     the lunch hour.  The examination of Mr. Benge continues.

7                    And, Mr. McCracken, you're welcome to go

8     forward.

9                    MR. MCCRACKEN:  Thank you, your Honor.

10                   Good afternoon, Mr. Benge.

11                   THE WITNESS:  Good afternoon.

12    BY MR. McCRACKEN:

13     Q   When we broke for lunch, we were talking about Issue 1,

14    which is the isolated PeopleSoft files on Rimini's systems.

15    I'd like to pull up Oracle Exhibit 100 --

16                   THE COURT:  We are all familiar with computer

17    problems but that reminds me, I have been notified by our

18    services people that we absolutely have to be completed this

19    afternoon before five o'clock because they're shutting down

20    the court computer systems.

21                   And so with that, go ahead, please,

22    Mr. McCracken.

23    BY MR. McCRACKEN:

24     Q   Okay.  So we'd just started looking at Oracle Exhibit

25    100, and the Court will recognize this as an exhibit that we

1    saw on our first day with Ms. Frederiksen-Cross.

2         Mr. Benge -- let's go to page 5, and, Mr. Benge, I

3    just want to have you interpret some things in this document

4    for us given your experience with PeopleSoft development and

5    Rimini's processes.

6         Let me ask you, this e-mail says -- well, first,

7    this e-mail is from Manjula Hosalli to Evergreen Support.  Do

8    you see that?

9    A    Yes.

10   Q    Who is Manjula Hosalli?

11   A    She's an engineer in the environments group for Rimini

12   Street.

13   Q    Who is Evergreen Support?

14   A    A client, Evergreen Community Healthcare.

15   Q    And Ms. Hosalli writes, "Could you please compile COBOLs

16   for HRMS9_V2 instance."  Do you see that?

17   A    Yes.

18   Q    What's an HRMS9_V2 instance?

19   A    That is the HRMS release 9.1 instance for Evergreen

20   Community Healthcare that's hosted on their environment.

21   Q    And HRMS, that's like a PeopleSoft version?

22   A    HRMS_91 is a version, yes, a release of HRMS.

23   Q    And when she says that,

24         "Our QA folks have moved 4 updated COBOLs

25         (RSCTCALC.cbl, RSCUSTAX.cbl, RXCTCALC.cbl, and

1       RXCUSTAX.cbl)," are those Rimini files or Oracle

2       files?

3   A   Those are Rimini files.

4   Q   How do you know that?

5   A   Partially because I'm familiar with them, but also the

6   naming convention, The fact that they all are prefixed with

7   RS.

8   Q   And then she says can you please compile those, put them

9   in D:\psoft, and there's a file path there.  Where is that

10  file path located?

11  A   That is a path on Evergreen Community Healthcare's QA

12  system.

13  Q   All right.  So where is she asking these files be placed?

14  A   On Evergreen's QA system.

15              MR. McCRACKEN:  Let's go to page 3, please.

16  BY MR. McCRACKEN:

17  Q   And here's another e-mail from Manjula Hosalli to

18  Evergreen dated May 23rd, 2019.  Do you see that?

19  A   Yes.

20  Q   She says,

21              "Hi, Greg.  Could you please place the

22       PSPTCALC.lis file somewhere in server 10.2.251.108

23       and share the location with us?"

24              What does that mean?

25  A   The PSPTCALC.lis file is the output from the compile

1    process, so it would indicate whether the compile had errors.

2    If it did, this file would show what those compile errors

3    were, and Mandula is asking the client to place it on their

4    server.  10.2.251.108 is Evergreen's computer.

5    Q    Is that consistent with the Acceptable Use Policy?

6    A    Yes, it is.

7    Q    If a suggestion was made that Rimini requested that

8    Evergreen send this file to Rimini's systems, would that be

9    correct?

10   A    No, that would be incorrect.

11              MR. McCRACKEN:  Let's go to page 1, please.

12   BY MR. McCRACKEN:

13   Q    And here at the bottom there's an e-mail where the client

14   attaches the file; is that right?

15   A    Yes.

16   Q    And this is not what Manjula asked the client to do?

17   A    No, it is not.

18              MR. McCRACKEN:  And then the top e-mail -- let's

19   to go the top, Mr. Jay.

20   BY MR. McCRACKEN:

21   Q    There's an e-mail from Syed Khari to Evergreen.  Do you

22   know who Syed Khari is?

23   A    Yes, he's a developer.

24   Q    And he says,

25              "Issue was with RSCTCALC.cbl, we have fixed

1          it and placed the updated file at D:\Psoft" -- and

2          then there's a file path.  Do you see that?

3    A    Yes.

4    Q    Is the RSCTCALC.cbl file a Rimini file or an Oracle file?

5    A    A Rimini file.

6    Q    And is that location, is that on a Rimini server or an

7    Evergreen server?

8    A    An Evergreen server.

9    Q    On whose system does this e-mail indicate to you Rimini

10   placed the fix?

11   A    On Evergreen's system.

12   Q    Now, the suggestion was made that this e-mail indicates

13   that Rimini made additional copies of this PeopleSoft file

14   that Evergreen sent to it on Rimini systems.  Does anything in

15   this e-mail indicate that to you?

16   A    No.

17             MR. McCRACKEN:  Let's take that down.

18   BY MR. McCRACKEN:

19   Q    All right.  I'm going to switch issues to Issue 2 which

20   is the update from Matheson Trucking, and, Mr. Benge, are you

21   familiar with that issue?

22   A    Yes, I am.

23   Q    How were you involved with the rsi940a update for

24   Matheson Trucking?

25   A    As we discussed earlier today, I'm familiar with this

1    update.  The issue with Matheson Trucking, I was copied on

2    e-mail communications regarding the update for Matheson.

3    Q    And you mentioned -- we talked about this before.  So in

4    connection with Issue 4, we had talked about this file

5    rsi940a.sqr.  It's the same file?

6    A    Yes.

7    Q    Did Matheson Trucking request this update?

8    A    Yes, they did.

9    Q    Let's turn to DTX-204 which is not in evidence, and,

10   Mr. Benge, without describing the contents of this, can you

11   tell us very generally what it is so we can identify it?

12   A    Yes.  This is a notification out of the SalesForce

13   system, an e-mail that was generated showing that Matheson had

14   reported a case related to this.

15                  MR. McCRACKEN:  I offer DTX-204 into evidence.

16                  MR. ISAACSON:  No objection.

17                  THE COURT:  It's admitted.

18                       (Defendant's Document Exhibit 204
                          received in evidence.)

19   BY MR. MCCRACKEN:

20   Q    And what is the date on this document?

21   A    25th of January, 2019.

22            MR. McCRACKEN:  Mr. Jay, can you scroll down.

23   BY MR. MCCRACKEN:

24   Q    You see at the bottom there's a description, it says,

25                  "The RSI940A program is complaining that it

1          cannot find F940_2018.gif template file."

2                    Do you see that?

3     A    Yes.

4     Q    What's Matheson Trucking reporting here?

5     A    You'll remember the image files that we discussed

6     earlier, they had not received the image files or the update,

7     essentially, for this form for tax year 2018.

8     Q    They were complaining they hadn't gotten this update yet.

9     A    Yes.

10    Q    And at the time that Matheson, I guess, e-mailed Rimini

11    on January 25th, 2019, was Rimini already working on this

12    update for Matheson?

13    A    Yes, we were.

14    Q    Remind us, we saw that e-mail earlier from Don Sheffield

15    where he said he rolled out certain files to client

16    development environments.  Do you remember when that happened?

17    A    I believe that was also on -- I think it was on Friday,

18    the 25th.

19    Q    The same day?

20    A    Yeah, it was -- it was before the weekend.

21    Q    And why had Rimini already started working on this

22    Matheson Trucking update before Matheson had requested the

23    update?

24    A    Again, because we were addressing this for -- this is a

25    federal form, right, and something that we needed to be

1    preparing for all of our US clients that hadn't received

2    2018-B from Oracle.

3    Q    And what did Rimini do to develop this update for

4    Matheson?

5    A    The changes were to Rimini files.  There was the

6    rsi940a.sqr and the image files.  We had already completed the

7    development for those, they were on Rimini's systems.

8              But additional work that would have been completed

9    for Matheson involved running the Create Update Folders

10   utility, transferring the files to Matheson's environment, and

11   testing.

12             MR. McCRACKEN:  Let's turn to Oracle 22, please,

13   which has already admitted.

14   BY MR. McCRACKEN:

15   Q    And, Mr. Benge, do you recognize this e-mail chain?

16   A    Yes, I do.

17   Q    Does this relate to the update for Matheson Trucking?

18   A    Correct.

19   Q    Let's go to page 4, please, which is the last page of the

20   first e-mail in the chain, and in this e-mail Tim Pringle is

21   e-mailing you.  Who is Tim Pringle?

22   A    He is one of our business analysts.

23   Q    And he writes, "Jim" --

24             MR. McCRACKEN:  Oops, sorry.  I think we're on

25   the wrong e-mail.  I want that bottom one.  Thank you.

1   BY MR. McCRACKEN:

2    Q    He writes,

3              "Jim, Matheson Trucking has logged a case for

4         the 940a.  Is it possible to give them the In formal

5         update too."

6                   Do you see that?

7    A    Yes.

8    Q    And what did you understand him to be referring to?

9    A    We had just previously delivered informal updates to

10   Smead and Spherion for this change, and he was asking if we

11   could also do the same for this client, Matheson.

12                  MR. McCRACKEN:  All right.  Let's go to page 3,

13   please.

14   BY MR. McCRACKEN:

15   Q    And this is an e-mail from you back to Timothy Pringle?

16   A    Yes.

17   Q    You write,

18             "Hi, Tim, I have absolutely no indication

19        that HCM200049 was developed or tested yet for MAT,"

20        M-A-T is Matheson?

21   A    Yes.

22   Q    -- "Has it been?

23        "Including Don and Kim as they may know.  I

24         believe Don did the development for SPH and SME

25         that we informally delivered Friday."

733

```
 1                    Do you see that?
 2    A    Yes, I do.
 3    Q    Is that the e-mail that you sent to Tim Pringle?
 4    A    It is.
 5    Q    Why did you include Don Sheffield on the chain?
 6    A    I knew Don had done the development, and if I had been
 7    reading my e-mails carefully, it did say that he had completed
 8    the development for all clients.  This was Monday, after the
 9    weekend.
10         I copied Kim because she is the person that would
11    have known from the QA department who was involved in testing.
12    Q    Is Kim, Kim Martinez?
13    A    Yes.
14    Q    And what was her role?
15    A    She reports to Brenda Davenport and primarily handles
16    management at PeopleSoft testing, QA.
17              MR. McCRACKEN:  All right.  Let's go up one more
18    e-mail in the chain, an e-mail from Don Sheffield.
19    BY MR. McCRACKEN:
20    Q    Do you see this on your screen, Mr. Benge?
21    A    Yes.
22    Q    It's process page 2 and 3.
23    A    Don said,
24              "I did complete development for Matheson as
25         well.  It should be ready to go."
```

1    Q    And what did you understand that to mean?

2    A    By "ready to go," made it clear that the necessary

3    development had been completed in Matheson, that the folder

4    structures were there, that the files were there, that he was

5    comfortable that it was tested and ready to go -- tested from

6    a unit testing development perspective.

7    Q    And when you say "from a unit testing development

8    perspective," what are you distinguishing?

9    A    We were turning to Kim for answering the question with

10   regard to QA testing.

11   Q    In what location did the development of Matheson's update

12   testing take place?

13   A    In Matheson's environment.

14   Q    All right.  The next e-mail in the chain is from Kim

15   Martinez, and she writes, "Who tested it?"  Do you see that?

16   A    Yes.

17   Q    Is that what Kim e-mailed you on that day?

18   A    Yes, it was.

19   Q    What did you do when you received that e-mail?

20   A    Ultimately, I picked up the phone to talk to her to get

21   clarity on, you know, what was going on with this, and to

22   discuss this issue because Matheson had a case pending.

23                MR. McCRACKEN:  Actually, I think we skipped one

24   e-mail.  Let's go up one.

25

735

BY MR. McCRACKEN:

Q    All right.  So here's an e-mail from Don Sheffield --
we're on page 1 of this exhibit, from Don Sheffield to Kim
Martinez and you, and he writes,

            "Kim, I am not sure if it has been tested yet
      for Matheson, and if it has been, who the tester was.
      But the objects modified are the same for all
      clients.  They consist of two GIF image files and one
      SQR (rsi940a.sqr) which is same for all clients."

            Do you see that?

A    Yes.

Q    What does that mean?

A    As we've discussed, this update was comprised of the
three files which are our work product, files that we
produced, they were on Rimini's systems, that we distributed
to multiple clients.

            The question was here to Kim whether it had been
tested in the Matheson QA environment.  We knew that it had
been applied to the development environment, but with regard
to testing in QA, Don was turning to Kim for an answer to
that.

Q    Okay.  Let's look at the next e-mail, and you write back
in the e-mail chain, you say,

            "Chatted with Kim and proceeded with informal
      delivery to Matheson.  Case has been updated."

```
 1                    Can you describe what you chatted about with

 2    Kim?

 3                    MR. ISAACSON:  Objection, hearsay.

 4                    THE WITNESS:  Proceed?

 5                    MR. McCRACKEN:  Wait for the judge --

 6                    THE COURT:  Well, wait a minute.  I have a

 7    hearsay objection.

 8                    MR. ISAACSON:  They want to know what Kim said

 9    which would be hearsay.

10                    THE WITNESS:  I was speaking with Kim.

11                    THE COURT:  It is hearsay.  I'll allow him to

12    testify as to his communication with her.

13    BY MR. McCRACKEN:

14     Q   Actually, Mr. Benge, I guess what I'm after is what was

15    the outcome of your conversation with Kim Martinez?

16                    And just so you understand, I know you're not a

17    lawyer, but please don't say anything that Kim told you.

18     A   Okay.  We agreed to proceed with the informal delivery to

19    the client, explained that changes had already been unit

20    tested, and that we felt confident, from a development

21    perspective, that it was safe to provide this to Matheson

22    informally.

23                    We were confident that the solution would work for

24    them, and that although there was additional testing and

25    documentation that would take place for formal delivery, we
```

1    were comfortable with delivering it as an informal update due

2    to the sense of urgency.

3    Q    Was there a plan at that time regarding quality assurance

4    testing following informal delivery?

5    A    Yes.

6    Q    What would that be?

7    A    It would have been tested as part of the next regularly

8    scheduled bundle.  So this update, HCM200049, was included in

9    Matheson's RS-19PO2 bundle.  It was system tested, documented,

10   and delivered to the client formally.

11   Q    In what environment did that testing take place?

12   A    Matheson.

13   Q    Did you personally do the informal delivery to Matheson?

14   A    Yes, I did.

15              MR. McCRACKEN:  Let's put up Oracle Exhibit 84,

16   please.

17   BY MR. McCRACKEN:

18   Q    And, Mr. Benge, what is Oracle Exhibit 84?

19   A    This is an e-mail showing a SalesForce case comment.  So,

20   I added a comment in the case that the client would have

21   received, and then it automatically sends this e-mail.

22   Q    Let's blow up the area where it says, "Hi, Mark."

23        Mr. Benge, did you write this?

24   A    Yes, I did.

25   Q    Can you read what you wrote.

1    A         "Hi, Mark, an informal update, HCM200049, is now

2          available to address this case.  You can pick up

3          the changes from the following folder on your

4          development machine, CH-H900MATM," and then I list the

5    folder where the files are on their system, on the

6    F:\RiminiStreet\HMS development\individual updates folder.

7                There's the three files, the two GIF files and the

8    SQR.

9                And then I said,

10                "These changes will also be formally

11          delivered in a forthcoming update.

12                "Please let us know if you have any

13          questions regarding downloading, applying, or testing

14          this update."

15    Q    And let's zoom out.  I want to see the date, please.

16                And what was the date of this e-mail?

17    A    Monday, January 28th, 2019.

18    Q    Let's turn to DTX-205, which is not in evidence.

19                Is this another automatically generated e-mail from

20    SalesForce --

21    A    Yes.

22    Q    -- concerning the same update?

23    A    Right.  This is a comment from the client.

24                MR. McCRACKEN:  I would offer this into

25    evidence.

```
 1                    MR. ISAACSON:  No objection.

 2                    THE COURT:  It's admitted.

 3                         (Defendant's Document Exhibit 205
                              received in evidence.)
 4   BY MR. McCRACKEN:

 5   Q   All right.  If we scroll down, there's a comment from

 6   Mark Miszewski?

 7   A   Miszewski.

 8   Q   Do you know him?

 9   A   Yes.

10   Q   And who does he work for?

11   A   He works for Matheson Trucking.

12   Q   And what did he tell Rimini on January 30th, 2019?

13   A   He said,

14             "I thought I already replied to your system

15        that the files were successfully retrieved and

16        tested.  And that this case could be closed:

17             "Sorry if I didn't update you.  Mark."

18   Q   At the time of this informal delivery to Matheson

19   Trucking, did you believe you were violating the injunction?

20   A   No, not at all.

21   Q   Why not?

22   A   The work that was done here was done for Matheson, in

23   Matheson's environment.

24   Q   I want to ask a few questions, Mr. Benge, about Rimini's

25   recordkeeping practices.
```

1          The allegation has been made in this case that

2     Rimini's recordkeeping regarding its updates is poor.  Do you

3     agree with that?

4     A    No, I disagree.

5     Q    What records does Rimini keep regarding its updates?

6     A    I think we have very extensive records, you know,

7     starting with our development tracking system, Jira, having

8     entries in there for every single update we've ever delivered.

9     Q    Let me stop you there.  So, Jira, that's the development

10    tracking system, did we see exhibits from that today?

11    A    Yes.

12    Q    And what information is contained in Jira?

13    A    Information about every update that we're working on,

14    when it was created, you know, who created it, who worked on

15    it.

16          Documents are attached.  There's information in

17    there about which clients are receiving the update and which

18    objects are affected.

19    Q    What other records does Rimini keep?

20    A    There's client facing documentation.  There's tax update

21    spreadsheets, project checklists, specifications like tech

22    specs, Dev instructions.

23    Q    Is there also a -- I know you mentioned the automation

24    framework tools earlier in your testimony --

25    A    Yes.

1    Q    -- and are there records related to those?

2    A    Yes, anything that has been done through the tools,

3    whether it be running Create Update or TransferFiles, Apply

4    Update, all the tools, the AFW system keeps records of who

5    made the request, when request was submitted, date and time,

6    whether the process succeeded or failed.

7    Q    So, for example, we saw earlier that e-mail in DTX --

8    actually, I can't remember which exhibit number.  We saw that

9    e-mail from Don Sheffield where he said he rolled out a file

10   to client development environments.  Do you remember that?

11   A    Yes.

12   Q    And I believe you said that he had used the TransferFiles

13   tool to send the file to client environments?

14   A    Correct.

15   Q    Would there be a record of that in the AFW database?

16   A    There would be.

17   Q    And what would it tell you about that specific transfer?

18   A    It would show you the date and time that Don submitted

19   it, which clients it was submitted to, including the

20   clients -- the client code and -- the three character client

21   code, the name of the environment and whether the transfer

22   file succeeded.

23        It would show the name of the file that was

24   transferred and where it was transferred to.

25   Q    Mr. Benge, how hard do you think Rimini is trying to

1   comply with the Court's injunction?

2    A    I think we are sincerely trying our best.

3           You know, we have made many changes.  We aren't

4   perfect.  You know, there are situations, as we've seen a

5   couple today, where files were sent to us that should have

6   been reported, that shouldn't have been sent to us in the

7   first place.  We're trying to take steps to prevent things

8   like that from happening in the future.

9           But we're definitely putting forth effort to make

10  sure that we protect Oracle's IP and that it remains within

11  client-hosted environments and siloed.

12              MR. McCRACKEN:  Thank you, Mr. Benge.  No more

13  questions.

14              THE COURT:  Thank you, Mr. McCracken.

15              Mr. Isaacson, cross-examination.

16              MR. ISAACSON:  Good afternoon, you Honor.

17                  CROSS-EXAMINATION

18  BY MR. ISAACSON:

19   Q    It's Bill Isaacson, Mr. Benge, Bill Isaacson.  I will be

20  asking you questions this afternoon.

21    A    Okay.

22   Q    You've got two binders in front of you.  Well, you

23  probably have some old binders, but, I'll be operating just

24  out of the two new binders, and one of them has the OREX

25  exhibits, or Oracle exhibits, and one has the DTX exhibits,

743

1    and they're in numerical order.

2    A    Okay.  Thank you.

3    Q    Now, the operative injunction here initially went into

4    effect in August 2018, and then on August 23rd, 2018, your

5    general counsel sent out a notice.

6             And if you could look at DTX-17 in the DTX binder.

7    A    Okay.

8    Q    This is a notice from your -- from your general counsel

9    to all employees that you would have received on August 22nd

10   or 23rd, 2018; is that right?

11   A    Yes, it is.

12   Q    All right.  And he told -- if you look at the last page,

13   page -- of the notice, page 3, he said, just continuing on

14   from the bottom of page 2, that.

15             "...some provisions of the injunction are

16        undefined, vague, or ambiguous."

17             And then he said, "It is important that you

18        strictly follow your manager's direction how to

19        comply with the injunction."

20             All of the employees of Rimini were told that

21   the injunction was -- that, "some provisions of the injunction

22   are undefined, vague or ambiguous," and therefore you were

23   going to have to follow your manager's direction, correct?

24   A    That's what this e-mail states.

25   Q    And were you ever told -- when it said some provisions of

1    the injunction are undefined, vague or ambiguous, were you

2    ever told which provisions those were?

3    A   No, not specifically.

4    Q   All right.  The injunction then was temporarily stayed,

5    and then on November 5th of that same year it was reinstated.

6             And if I could ask you to look at -- now going to

7    the Oracle exhibits binder, Oracle Exhibit 19.

8    A   Yes.

9    Q   This was a notice to all employees from your CEO,

10   Mr. Ravin, he sent out on November 6th of that year, correct?

11   A   Correct.

12   Q   And you received that.

13   A   Yes, I did.

14   Q   And he says that -- he told everybody, at the bottom of

15   page 1, that,

16             "The injunction was purportedly intended

17        to focus on the former support practices that were

18        adjudicated as infringing in *Oracle versus Rimini*

19        *Street*, and that Rimini Street no longer uses and has

20        not used since July 2014 at the latest."

21             It was your understanding that Seth Ravin was

22   telling everyone at Rimini that the injunction had no effect

23   on any of Rimini's current practices at the time of the

24   injunction; is that right?

25   A   No, I wouldn't necessarily agree with that.

1    Q   Well, he said that -- well, let me put it this way.

2            He told everyone that the injunction was focusing on

3    practices that you were no longer using.

4    A   Right.  We had made significant changes in the move to

5    environments 2.0, and I believe it was felt that those changes

6    addressed most, if not all, of the concerns.

7    Q   I think you said something about that in your direct.

8            You said that 2.0 had already addressed the issues

9    in the injunction because -- and I think you gave two reasons,

10   one, that Rimini had removed the PeopleSoft environment from

11   the Rimini system, and, two, Rimini had stopped using generic

12   environments which you said intermingled Oracle and client

13   code.

14           Those were the two things that, to your

15   understanding, were -- addressed the injunction from 2.0; is

16   that correct?

17   A   My understanding, yes.

18           But, you know, some of these matters are quite

19   complex and rely on our counsel from legal to understand what,

20   if any, action we needed to take.

21   Q   Right.  The -- but today you have told us in your

22   testimony, and which you went through with your counsel, what

23   Rimini has done to comply with the injunction.

24           You've told us everything that you know about of any

25   significance that Rimini has done to comply with the

1   injunction, is that correct?

2           Whether you learned about it from counsel, not

3   counsel, whatever, you haven't left anything out.

4   A    Not that I recall.

5   Q    And in the last page of this Exhibit 19, page 3 of 3,

6   your CEO also described this injunction as part -- as part of

7   a war that's made up of many, many battles across the years.

8   The injunction was just one of those battles, right?

9   A    This litigation has been going on for a long time.

10  Q    All right.  Now, as a manager, you were one of the people

11  responsible for providing direction as to how to comply with

12  the injunction, especially with respect to PeopleSoft support;

13  is that correct?

14  A    That's correct, PeopleSoft development.

15  Q    All right.  And -- well, let me -- so when you say

16  PeopleSoft development rather than PeopleSoft support, are you

17  meaning to exclude PeopleSoft support?  You, as a manager,

18  were not responsible for ensuring compliance with the

19  injunction with respect to PeopleSoft support?

20  A    I managed the developers on the PeopleSoft team.  I don't

21  manage our support engineers.

22          I have an association with support and sometimes

23  deal with helping to support clients.  But my responsibility

24  is as the vice-president -- or was, as vice-president of

25  PeopleSoft development.

1    Q    All right.  And who was responsible for -- who was the

2    manager responsible for implementing the injunction for

3    PeopleSoft support?

4    A    On the support side, the person who heads up support

5    would have been Craig MacKereth.

6    Q    Now, if I could ask you to look at --

7                    MR. ISAACSON:  Did we -- and I don't know if

8    I've admitted Exhibit 19 before, so I move to admit

9    Exhibit 19.

10                   MR. McCRACKEN:  It's already admitted.

11                   MR. ISAACSON:  Okay, thank you.

12   BY MR. ISAACSON:

13   Q    The -- now, if I can ask you to look at Oracle Exhibit 14

14   in the binder which has already been admitted --

15   A    OREX_14?

16   Q    Yes.

17   A    Yes.

18   Q    All right.  Now, this is an injunction compliance notice

19   that you sent out as part of your responsibility as a manager

20   on November 13th, 2018, correct?

21   A    That's correct.

22   Q    And here in the second paragraph you say in the middle,

23   "Therefore, as part of our injunction compliance plan," was

24   that a written plan?

25   A    No, I mean, based on discussion.  This is the plan being

1    outlined to the development team for what we're doing for

2    PeopleSoft here.

3    Q    All right.  And as part of the injunction compliance plan

4    the PeopleSoft team was going to immediately stop using two

5    automation utilities, and you referenced those in your direct

6    testimony, Code Analyzer and the DevReview tool, right?

7    A    Yes.

8    Q    The -- and then -- those are the only two things that you

9    told the PeopleSoft development team that you were

10   implementing in terms of your responsibility as a manager of

11   that team in response to the injunction; is that right?

12   A    Remember, there were already numerous prior changes that

13   had been implemented with regard to moving to environments 2.0

14   and with regard to refraining from having any Oracle software,

15   code, anything of that nature on our systems, and we also had

16   the Acceptable Use Policy already in place as well.

17   Q    Right.  But in terms of anything additional you were

18   doing as of that date, it was just those two things.

19   A    Those were the two items that affected development in

20   particular, yes.

21   Q    All right.  And then if we can -- the -- if we can look

22   at DTX-17, which now forces you to go back to that other

23   binder.

24   A    Yes.

25   Q    No, I'm sorry, I've misguided you.  I wanted Oracle 14.

1    A    Okay.

2    Q    And I apologize.  All right.  So -- there's a lot of

3    exhibits.  So we're going to go back to DTX-17.  We did 14,

4    now DTX-17.

5    A    Got it.

6    Q    Yes.  Now, this was -- and we did that, so move forward

7    to 113 in this binder.

8    A    Okay.

9    Q    Now, this is another development notice that you sent out

10   on November 6, 2018, with respect to your duties as a manager

11   of PeopleSoft development; is that correct?

12   A    That's correct.

13   Q    All right.  And in here you list certain activities are

14   prohibited at the bottom of the first page and continuing on

15   to the next page.

16            And with regards to those activities you list five

17   things, saying accessing or using the files on Rimini computer

18   system, that you are -- that are prohibited.  You're not

19   supposed to access or use the files on Rimini computer

20   systems, provide these files to new on-boarding clients, copy

21   any of these files or portions of these files, or use these

22   files or any portions thereof as examples or templates,

23   whether or not --

24            THE COURT REPORTER:  I'm sorry, Mr. Isaacson, I

25   can't --

1          MR. ISAACSON:  Yes, I'm talking way too fast for

2     that.  That's not fair.

3     BY MR. ISAACSON:

4     Q    -- whether or not there is any actual copying, and

5     several other things.

6              And then these prohibitions were put into effect for

7     17 files; is that right?

8     A    Those are listed as a list of 17 files --

9     Q    It's a list of 17 files --

10    A    -- on pages --

11    Q    Two and three.

12    A    Yes.

13    Q    All right.  And why were these prohibitions chosen for

14    these 17 files?

15    A    These were files that had been developed earlier under

16    earlier processes.

17    Q    So were these files that were developed in generic

18    environments?

19    A    They were developed prior to environments 2.0 when we had

20    everything completely siloed and we only had the ability for

21    the one-way transfer from Rimini systems.

22    Q    All right.  So I understood you -- when you say these

23    files were developed before 2.0, but were these files that you

24    considered to have been developed from generic environments,

25    or otherwise, the subject of what was found to be copyright

1    violation in the Rimini -- in this case after the first trial?

2    A    I can't speak collectively to all of these files and how

3    every single one of these was created, but suffice to say that

4    they were completed before, or written before we adhered

5    to new procedures and policies in conjunction with

6    environments 2.0 and the court order.

7    Q    Right.  You could have no assurance, is it fair to say,

8    that any of these 17 files were in compliance with the order

9    of the Court because of the historical period in which they

10   were developed?

11   A    Right, without some further investigation into each and

12   every file.

13   Q    And so did you ever do any further investigation on these

14   17 files and reduce the list?

15   A    No.  These were just quarantined, essentially, out of an

16   abundance of caution, that we were prohibiting this group of

17   files.

18   Q    All right.  And did you ever expand the list?

19   A    I don't believe so.

20   Q    All right.  So this was another incremental change above

21   and beyond what you have already described that was done in

22   response to the injunction.

23   A    This was dated right around the time of all of that.

24   This was dated the 6th of November, 2018.

25   Q    All right.  So -- and then, of course, you had the

752

1    Acceptable Use Policy.  That was in effect before the

2    injunction, right?

3    A    Yes.

4    Q    All right.  So when you said today that you believe, your

5    opinion, that Rimini is doing its best to comply with the

6    injunction, what you're talking about is Rimini adopted 2.0

7    which removed generic environments and PeopleSoft environments

8    from the Rimini system.

9         It took -- it stopped using a couple of tools out of

10   an abundance of caution, I think, as you phrased it, and it

11   took the additional steps that you outlined in quarantining

12   those 17 files, and it had the Acceptable Use Policy.

13        So that's what you're talking about when you say

14   your company is doing its best, right?

15   A    Another part of that was we removed all PeopleSoft

16   environments from our systems as well.

17   Q    I mentioned that.  That was part of 2.0.  You had 2.0,

18   removed PeopleSoft environments and into the generic

19   environments.  Out of an abundance of caution you stopped

20   using those tools, you quarantined 17 files, right?  And had

21   the Acceptable Use Policy.

22   A    Correct.

23   Q    So when you're saying Rimini is doing its best, that's

24   its best.

25   A    No, there's more.  I mean, I think we continue to

1    improve.  You know, we saw some situations where some files

2    had been sent to us by clients, and those are things that we

3    were, you know, trying to take additional steps to try and

4    prevent that from happening.

5    Q    All right.  There's been one, at this point, disciplinary

6    action taken -- or one incident resulting in a disciplinary

7    action that you described for you and Ms. MacEachern, if that

8    was her name.

9          Those are the only disciplinary actions that you are

10   familiar with as a result of the -- of any violation of the --

11   of your policy, correct?

12   A    I believe there have been others, but some of that is

13   also, you know, confidential HR type information so I'm not

14   privy to all of it, but --

15   Q    You say you believe there are others, but you don't

16   actually know.

17   A    There's one that I'm fairly certain of.

18   Q    Okay.  So you know of one other.

19          So other than those two, you are not aware of any

20   disciplinary action taken for violations of the Acceptable Use

21   Policy; is that correct?

22   A    There may have been one other that I'm thinking of

23   from -- within my team.

24          But, again, the issue is, to some extent, these

25   matters are reported to the compliance department and they are

1    HR confidential, so --

2    Q    I'm not saying you're supposed to be --

3    A    -- yes, that's all I'm aware of.

4    Q    I'm not saying you're supposed to be aware, but you're

5    the only witness I've got, so I've got to ask you whether you

6    are aware.

7             Now, Mr. Salas is the head of compliance.  He would

8    know about the number of such disciplinary actions, correct?

9    A    Yes.

10   Q    Right?  And he still works at Rimini, and if Rimini

11   wanted him to be here today, he could be here today.

12   A    Yes, I suppose.

13   Q    In fact the compliance department does a briefing on

14   potential violations of the Acceptable Use Policy which are

15   given to your CEO, Mr. Ravin, correct?

16   A    I'm not aware of that.

17   Q    The -- I'll read you Mr. Ravin's testimony and ask you

18   whether this helps you remember his authority over the

19   company.  This is his deposition at page 22, lines 3 through

20   16.

21             MR. ISAACSON:  Matt, put it on the screen.

22   BY MR. ISAACSON:

23   Q    He says -- he's asked the question,

24             "Does the compliance organization do reports

25        on potential violations of the Acceptable Use

1      Policy?"

2              The compliance organization, that's Mr. Salas'

3   organization, correct?

4   A   Yes.

5   Q   And he answers,

6              "It really depends on, I think, the incident.

7         We haven't had that many that have been brought to my

8         attention.  So my understanding is reports are

9         completed, but I don't know whether they're legal

10        reports or they're compliance reports or just HR

11        reports, but I am then briefed.

12             "When you say reports" --

13             "QUESTION:  When you say reports are

14        completed, you mean reports are completed by the

15        compliance organization.

16             "ANSWER:  Well, I think they're completed

17        first by the legal organization, then compliance and

18        HR produces a briefing for me as to the facts and

19        what would happen and recommendations for appropriate

20        action."

21             Is that consistent with your knowledge of the

22   procedures of the company?

23   A   I'm not aware with these procedures.  As far as, you

24   know, what reports my CEO gets, I have no idea what reports

25   our CEO gets from legal or compliance.

756

1   Q    All right.  Now, do you know whether it is a violation of

2   the Acceptable Use Policy for Rimini Street to use a client's

3   PeopleSoft environment to develop software updates or

4   modifications for the benefit of another client?

5   A    Yes.  Anything we do within a specific client environment

6   is for that specific client.

7   Q    Well, do you know -- and is it a violation of the

8   Acceptable Use Policy if you don't do that?

9   A    If we were to take code from one client and transfer it

10  to another client, yes, that would be a violation of the AUP.

11  Q    Now, the term cross-use is used a lot, and it's been

12  discussed with respect to this injunction.

13        Have you received -- do you have an -- your own

14  understanding of whether cross-use, as defined by the Court's

15  injunction, is prohibited by the Acceptable Use Policy?

16  A    I don't see how my own opinion in this would matter at

17  all.  It's clearly defined in our Acceptable Use Policy what

18  we allow and what we don't allow.

19  Q    All right.  So -- I appreciate that you don't think my

20  question is relevant, but it's my question.

21        Do you have an understanding, like, if you have the

22  Acceptable Use Policy in front of you, which you do --

23  A    Yes, I have it.

24  Q    It's Exhibit 7.

25  A    I understand it.

1  Q   Right.  Are you able to say whether that Acceptable Use

2  Policy prohibits all of the conduct that's covered by the

3  Court's injunction?

4  A   I believe it does, but if there was anything that was in

5  doubt, that would be something that legal would have to

6  clarify for us.

7  Q   All right.  Well, let me just -- for example, let me show

8  you paragraph 4 of the injunction.

9  A   Okay.

10  Q   Actually, let's look at 5 and 6.  Let's do 5 and 6.

11          Number 6,

12              "Rimini Street shall not reproduce, prepare

13          derivative works from, or use PeopleSoft software and

14          documentation on one licensee's computer system to

15          support, troubleshoot, or perform development or

16          testing for any other licensee," and then there's an

17          including.

18              Looking at the Acceptable Use Policy,

19  Exhibit 17, are you able to say what provisions of that cover

20  this provision of the injunction?

21  A   Yes, I think that would be covered.  We would have to go

22  look closely at the AUP, but I think we could do that.

23  Q   I would like you to do that.

24  A   Okay.  What exhibit is that?

25  Q   Oracle 17.

758

1    A    Okay.  So we are then looking -- it's a big document,

2    about 30 pages.

3    Q    Yeah, and I --

4    A    And it may take me a little while to find what you are

5    looking for --

6    Q    Yeah.  I don't mean to preclude you from looking at

7    things, but people tend to look at provision 10, which is on

8    page 10, and also provision 9 before that.

9    A    Okay.  Let's take a look at this.

10   Q    And so are you familiar with these provisions, 9 and 10?

11   A    Nine is intellectual property, use of other company's

12   software and materials, and 10 is other company's software and

13   materials prohibitions.  Yes.

14            So on number 10 it talks about copying and

15   installing, can't have it on our systems, can't download it.

16            I'm going to flip back here --

17   Q    So, for example, where would it tell you that Rimini

18   Street is not supposed to reproduce or prepare derivative

19   works or use software documentation on one licensee's computer

20   system to troubleshoot for another?

21   A    I apologize.  I just don't want to take the Court's time

22   in reading this whole document, but I feel fairly confident

23   that I have a good understanding of the fact that we can't do

24   that.

25            You know, throughout this entire proceeding, we've

```
 1    been talking about how we've got customer environments that's
 2    siloed.  Each client has their software installed on their
 3    systems.  We don't have it on our systems.  We don't comingle
 4    it.
 5              Anything that we write, that's our work product, we
 6    keep on Rimini's systems.
 7    Q    Right.  But you can be disciplined for violating the
 8    Acceptable Use Policy.
 9    A    That's correct.
10    Q    And so what I'm trying to understand is, for example,
11    where does it say in the Acceptable Use Policy that you can't
12    support or troubleshoot using one licensee's computer system
13    for another?
14    A    I can't -- I apologize, but without taking 15 minutes of
15    the Court's time to read this, I don't think I'm going to be
16    able to find it.
17    Q    All right.
18    A    It could be in Section 5?  Let's take a look at
19    Section 5, and that begins on --
20    Q    That begins on page 6.
21    A    -- page 6, compliance with intellectual property logs.
22              "We will comply with licensing terms and
23         conditions regulating the use of other company
24         software materials" --
25              COURT REPORTER:  I'm sorry, sir --
```

```
 1              THE WITNESS:  I'm sorry.  I won't read these
 2   sections out loud.  I will read them to myself and try and
 3   find what you're looking for.
 4   BY MR. ISAACSON:
 5   Q   And I'm not going to ask you to do this for 15 minutes.
 6   A   Okay.
 7   Q   Is it fair to say that you would have to study the
 8   document for a while in order to figure out whether -- or what
 9   part of the Acceptable Use Policy covers which parts -- which,
10   if any, parts of the injunction?
11   A   It's very clear to us that we can't use one client's
12   environment for another client.
13   Q   All right.  The -- but you would have to do that study,
14   for example, to answer that question about paragraph 6.
15   A   I can tell you that my development team is well aware of
16   that fact, and we've discussed it.
17   Q   Right.  But in order to know whether -- how or why it
18   violates the Acceptable Use Policy, not just what you're
19   saying you won't do, but to know how or why it's prohibited by
20   that policy, you would have to spend some time looking at the
21   policy.
22   A   Yes.  And we do look at it.  We have to review this at
23   least annually.  I've read it beginning to end, but you're
24   asking me to find something on the spot here, and it's pages
25   and pages.
```

1          I do feel that it is covered in here, and I am aware

2     of the fact that we can't use one client's environment for

3     another, and the team is also aware of that.

4     Q    All right.  The -- am I correct that it would be your

5     view that it's generally not cross-use prohibited by the

6     injunction for a Rimini engineer to create an update file for

7     client A using client A's software, and then create the same

8     update file for client B using client B's software?

9     A    To create something within client A for client A is fine.

10         If we then need to go do that same thing for another

11    client, relying on our knowledge and our know-how and our

12    experience and notes on how to complete that, yes, we can go

13    into client B's environment and do development work in client

14    B for client B.

15    Q    All right.  Now, does your view change if client A does

16    not need that update?

17    A    There would be no reason to do that.

18         If we're working on an update, we would always work

19    on it for a client that needs that update, that receives

20    updates for that tax jurisdiction.

21    Q    Do you view it as prohibited conduct to create an update

22    file for client A using client A's software when client A

23    doesn't need the update, and then create the same update file

24    for client B?

25    A    I mean, Oracle doesn't make any distinction amongst which

1   clients are entitled to tax updates for various states, but,

2   still, the way that we do our work is we would only start work

3   in an environment for a client if we believed that client was

4   going to need that update.

5   Q    That wasn't quite my question.

6        Do you view it as prohibited conduct to create an

7   update file for client A that doesn't need it, and then to

8   create that same update file for client B?

9   A    If they absolutely did not need it, if it was not in

10  scope for them, you know, if they had only contracted for

11  updates for the United States and we were doing an update in

12  their environment for Canada, yes, that would be using their

13  environment for something that they didn't contract us --

14  contract with us for.

15  Q    And then would you view it as prohibited conduct if you

16  created an update file for client A, tested it with client A,

17  and then created the same update file for client B without

18  testing it in the client B environment?

19  A    Again, prior to delivery, updates will go through our

20  quality assurance team.

21       There might be situations such as an informal update

22  where a client receives something before it has been through

23  all of our usual steps and processes -- or they're receiving

24  something that hasn't been tested for them yet, but we make it

25  clear that it will be subsequently tested and formally

763

1    delivered.

2    Q    But you view it as prohibited conduct to develop and test

3    an update for client A and then to use that update -- and then

4    create the same update file for client B without testing it

5    for client B; is that correct?

6    A    No.  I think that if we are foolish enough to deliver

7    something to a client that we haven't tested, we're going to

8    run into problems because we will be delivering something that

9    might not work.

10   Q    All right.  So you view it as perhaps imprudent, but it's

11   not prohibited conduct to do that.

12   A    I guess what I'm not getting is that I don't think it is

13   a requirement necessarily that we test something in a client's

14   QA environment prior to us delivering it.

15   Q    Okay.  Thank you.

16            Now, you saw that paragraph 5 and 6 of the

17   injunction -- and there's other provisions -- make reference

18   to derivative works, right?

19            Do you receive any guidance as to how you're going

20   to determine what's a derivative work?

21   A    We have discussed with legal the types of changes we

22   make, in other words, we have programs that we write from

23   scratch, and what we can do with those, versus Oracle or

24   PeopleSoft files that we've modified and how those have to be

25   handled.  Those have to be maintained within the client-hosted

1   environments and siloed.

2           The files that we write from scratch on our systems,

3   it's our understandings that that's our work product and that

4   we can distribute that to multiple clients.

5   Q   So in terms of your business practice is, if you develop

6   from scratch, you would not treat it as a derivative work; is

7   that correct?

8   A   No.  If I -- exactly.  If I wrote something from scratch

9   on my laptop, I sat down and wrote a Data Mover script to

10  update a table, I could send that to multiple clients.  That's

11  not a derivative work.

12  Q   And what -- and -- however, if you have modified an

13  Oracle file and added Rimini code, then you would treat that

14  as a derivative work, is that -- from a business point of

15  view?

16  A   I don't know if that would necessarily be called a

17  derivative work, but what I do know is that cannot come back

18  to Rimini's systems.  It has to stay within the client

19  environment where we modified it.  It is only for that client.

20  Q   All right.  Now, before the injunction was entered, you

21  were familiar with Rimini believing that the injunction would

22  interfere with Rimini's ability to conduct business, correct?

23  A   There were concerns, yes.

24  Q   Right.  That was something that was discussed amongst

25  management including yourself.

1    A    I think the discussions were really more the senior

2    leadership team, but I was aware.

3    Q    All right.  Rimini had to believe that Rimini could

4    suffer significant harm to its current business activities if

5    the injunction was issued, correct?

6    A    I don't know what the -- I didn't know what the

7    injunction was going to entail.  I mean, there was a potential

8    it could block us from doing business.

9    Q    All right.  Now, if we can look at Exhibit 51, Oracle

10   51 -- I'm sorry, 151.

11   A    OREX_151?

12   Q    151.

13   A    Bear with me.  I haven't found it yet.

14             I still haven't found it.

15   Q    It's deeper in the binder, so I apologize for that.

16   A    There it is.  Okay.

17   Q    All right, 151 is a Rimini document titled "PeopleSoft

18   End-of-Year Releases, Retrospective Feedback Review."

19             Do you recognize this type of document, the

20   retrospective feedback review?

21   A    Yes, and I'm not immediately familiar with this document,

22   but it looks like it was a retrospective or like a postmortem

23   document after we had completed year-end.

24   Q    It's the type of document that Rimini prepares in order

25   to analyze -- issues at the end of the year, correct?

766

1    A    Right.

2                  MR. ISAACSON:  I move to admit 151.

3                  MR. MCCRACKEN:  No objection.

4                  THE COURT:  It's admitted.

5                      (Plaintiff's Document Exhibit 151
                           received in evidence.)
6    BY MR. ISAACSON:

7    Q    All right.  And just to orient you, there's reference on

8    the first to a meeting, and then going to page 7 -- I'm sorry,

9    page 6, 6 of 12.

10   A    Okay.

11   Q    There's a discussion of environments, and that's a high

12   priority issue?

13   A    Yes, I see this.

14   Q    And then a discussion of impediments.

15           So in general when you're discussing impediments on

16   your environmental issues, you treated that as a high priority

17   issue, right?

18   A    Environments have always been a challenge for us.  Even

19   back in the very early days in 2008, we had remote access

20   environments and challenges associated with them.

21   Q    All right.  For example, at the top of the next page,

22   page 7, in the first paragraph -- in the middle it refers to

23   "Clients need to better understand," do you see that?

24   A    Yes.

25   Q    It says,

767

```
 1              "Clients need to better understand our
 2       requirements so we do not get held up along the way.
 3       As an example, we need Port 22 open for installation
 4       of our tools.  We seem to be getting a number of
 5       clients that will not allow it which introduces
 6       complexities in being able to test a client."
 7              Port 22 is just a reference to a type of access
 8  to the client environments; is that right?
 9  A    Yes.  And this whole paragraph that we're reading from is
10  in a section relating to client on-boarding, so this is in
11  relation to new clients coming onboard.
12  Q    All right.  Thank you.
13              And then under legal, it says, "Low priority.  The
14  injunction is a very serious impediment."
15              And that's referring to the use of your access to
16  environments; is that right?
17  A    Date of this document?
18  Q    The date of the document -- let's see.  Do I know that?
19              It's March 2019.
20  A    Okay.  So postinjunction.
21              Certainly there was some tools that the development
22  team was accustomed to being able to use that were set aside.
23  Q    And then it says, "Even worse is the lack of clarity in
24  the interpretation."  Do you know what interpretation that's
25  referring to?
```

1   A   No, I don't.

2   Q   All right.  You talked about what we've called violation

3   3, Johnson Controls, during your direct testimony.

4   A   Yes.

5   Q   The -- and am I correct that Rimini troubleshooted a

6   Johnson Controls bug issue by testing a proposed update in the

7   City of Eugene environment?

8   A   The City of Eugene needed that update -- or at least we

9   believed so at the time.  We thought that the impact was to

10  all of our clients that hadn't received -- or that had

11  received the Oracle rsi960us update, and City of Eugene was in

12  that group.

13  Q   Let me ask you the question again.

14          Did Rimini troubleshoot a Johnson Controls issue, by

15  testing a proposed update in the City of Eugene environment?

16  A   No.  It was an issue that had been reported by Johnson

17  Controls, but it was being developed and fixed for multiple

18  clients.

19  Q   All right.  And I think you explained that Johnson

20  Controls had been having troubles with an updated W2 template

21  that could not -- it wasn't printing it correctly.

22  A   That right, yes.

23  Q   And if we can look at DTX-303.

24  A   There it is.  Okay.

25  Q   And -- now, this is at page 5.  You can see a reference

769

1    to the problem that you discussed at the bottom of that page

2    5.  That's the context here, right?

3    A    Yes.

4    Q    All right.  And then we get to -- and then there was a

5    solution found, and what was that solution?

6              There is a solution found that required testing,

7    that involved a configuration change; is that right?

8    A    Yes.  The matter of entering the print format.

9    Q    Right.  And the configuration change was tested on the

10   City of Oregon [sic] system; is that right?

11   A    The update was also applicable to that client.

12   Q    Yes, you've said that a number of times.

13             But the configuration that arose from the case that

14   was entered by Johnson Controls was tested in the City of

15   Oregon environment.  I have that right, don't I?

16   A    Because City of Eugene needed that update.

17   Q    All right.  You say that the City of Eugene needed that

18   update.

19   A    Correct.

20   Q    And you looked at 302, DTX-302, with your counsel.

21   A    Yes.

22   Q    And, actually, let's go to -- and just so -- for your

23   reference, looking back at 302, I want you to look at when

24   Mr. Sheffield writes that, "I tested it here locally on COEX,"

25   City of Ore -- City of Eugene on the first page, do you see

1    that?

2    A    I don't see it highlighted on the screen right now.

3    Q    So this is 303 --

4    A    That's what the exhibit's showing.

5    Q    And you see that's at --

6    A    Yes.  Okay.  I see what you're referring to.

7    Q    And that's 21:11 in time -- that's the international time

8    or whatever we call it.  You've got to subtract eight to get

9    to Pacific time, but it's time marker 21.11, right?

10           And it's your testimony that you figured out that

11   other clients might experience the bug -- or the symptoms of

12   the bug problem that Johnson Controls was having, right?

13   A    Yes.  And, in fact, that's what support also felt.  There

14   were e-mails from Jay Ramachandran and from Teresa Hintz in

15   support suspecting that this was potentially going to affect

16   multiple clients.

17   Q    And then you later figured out that it wasn't going to

18   affect multiple clients.

19   A    That's correct.

20   Q    How long did that take to figure out?

21   A    This is all happening very rapidly.  It would have been,

22   gosh, probably during the course of 24 hours there, I don't

23   know, between Thursday and Friday.

24   Q    So about a day?

25   A    Maybe less.

771

1    Q    Maybe twelve hours?

2    A    We can look more closely at the time stamps on the

3    e-mails if you'd like.

4            But the bottom line is what we ultimately discovered

5    is that, oh, this is really more of an issue with how the

6    client has their system configured and the data that they

7    have, that this problem only manifests itself in certain

8    conditions.

9            Although the update is applicable to a large group

10   of clients, it's only manifesting itself with a handful such

11   as Johnson Controls.

12   Q    But going back to my question about how long it took, it

13   had to take you more than an hour, right?

14   A    I'm sure it wasn't determined until the development was

15   done.  We had to be in there and understanding what was going

16   on.

17   Q    So that would take more than an hour.

18   A    Yeah.

19   Q    Okay.  And the -- and when you're testifying about these

20   events, you've said, I think, that you deal with tens of

21   thousands of updates each year?

22   A    Yes.

23   Q    Now, when you're testifying, for example, about the

24   Johnson Control situation --

25   A    Which is an unusual situation, but yes.

1  Q   Well, let me ask a question first.

2         Are you testifying from memory about what happened,

3  or are you giving your best reading of the documents based on

4  your experience and knowledge and, you know -- you know, did

5  you understand the terms and who these people are and what

6  they're talking about.

7         And I'm not trying to cast aspersions for you doing

8  that, but I can't tell whether you have, you know, an actual

9  memory of what went on with Johnson Controls and this issue.

10 A   I certainly have a recollection of this issue in the case

11 as the client logged it, and -- but, you know, there's also

12 documents to provide additional depth and explanation.

13 Q   Right.  Are you principally relying on the documents when

14 you're giving your testimony about Johnson Controls?

15 A   I would say I'm relying on both my recollection and the

16 documents.

17 Q   All right.  The -- now, if we look at -- so that was at

18 21:11.  If we go to 302 --

19 A   Yes.

20 Q   Now, the -- you were shown this document by your counsel,

21 and on page 2 you were shown an e-mail that you received,

22 among other people, in the middle of the page, "looks like

23 this could be a potential problem for all new clients," right?

24 A   Yes.

25 Q   Then at the top,

773

1              "Please let me know after you scope if you

2        think other clients could be impacted."

3                You went over that language.

4   A    Right.

5   Q    Right?  And then Paula Smith says at the top of the first

6   page,

7              "We will be handling this on a case-by-case

8        basis as it will depend on the data they report."

9                At this point you had already gone through the

10  analysis and the work necessary to determine that your clients

11  were only going to need this on a case-by-case basis, and you

12  were going to need data from them to know whether they are

13  going to have the same problems as Johnson Controls, correct?

14  A    We didn't necessarily need data from them, but it was

15  determined that it had to do with their data and

16  configuration.

17  Q    Right.  It would depend on the data they reported.

18  A    At this point we had already completed the process of

19  doing the necessary development work but hadn't proceeded all

20  the way through delivery.

21  Q    Right.  You had already done the work and knew that you

22  were going to be handling this issue, not for all clients, but

23  you're going to handle it on a case-by-case basis depending on

24  the data they reported, correct?

25  A    Yes, after we had already gone through all of the work of

1    preparing the update and rolling it out for multiple clients.

2    Q    And this was less than an hour after you've done the

3    testing in City of Oregon -- City of Eugene.

4    A    According to the timestamps, but, again, you know, you

5    this was all happening very quickly.

6    Q    Is it your testimony that Rimini may use the City of

7    Eugene environment to gain any general knowledge that it

8    needs, that it may find useful for its clients, without any

9    specific understanding of whether the City of Eugene has those

10   same needs?

11   A    No.  The fact is we did work in the City of Eugene

12   because at the time we did that work in City of Eugene, we

13   thought that they were going to need that update and the

14   fact --

15   Q    The fact is, sir, when you're dealing with tens of

16   thousands of updates a year, right, and when you come in here

17   and say that when this was tested in the City of Eugene

18   environment because we thought the City of Eugene needed it --

19   A    Uh-huh, We did.

20   Q    And in less than an hour it's already on record that

21   clients are only going to need this on a case-by-case basis

22   depending on the data report --

23   A    Yes.

24   Q    -- you don't have a specific recollection of what the

25   actual chronology was that was going on.  You are just trying

```
 1   to report what's in -- your reading of the documents, isn't
 2   that right?
 3   A    No.
 4   Q    Okay.  And the City of Eugene never reported the data
 5   that Paula Smith was talking about that indicated they would
 6   need this update, correct, or this fix?
 7   A    The date on this is January 24th --
 8   Q    Yes.
 9   A    Also keep in mind that these forms by law need to printed
10   mailed by the end of January.
11   Q    That wasn't my question, sir.
12   A    It's not, but it's also coming into play here that
13   another reason for considering it on a case-by-case basis is
14   that it's likely that some clients may have already completed
15   this process.
16              MR. ISAACSON:  Your Honor, my question was
17   whether the City of Eugene reported this data.  I would move
18   to strike his answers because at this point he's just giving
19   narrative.
20              THE COURT:  I'll allow follow-up questions.  I
21   agree with you.  The record will state the way it is.
22   BY MR. ISAACSON:
23   Q    Am I correct, the City of Eugene never provided the data
24   that would indicate they would need this fix that Paula Smith
25   was talking about?
```

776

1    A    Not to my knowledge.

2    Q    Now, we looked at -- we talked briefly about the need to

3    have access to client environments.

4            In general, providing deliverables to the new

5    clients requires their environment be acceptance tested which

6    requires access to that environment; is that correct?

7    A    Yes, it is.

8    Q    And when you have troubles with access to an environment,

9    you then have concerns that you won't be able to efficiently

10   provide your services.  Is that fair?

11   A    That's true.  That's fair.

12   Q    And you also have a concept called "persistent access,"

13   is that right, that you need persistent access to an

14   environment in order to provide services?

15   A    In order to provide follow-the-sun service around the

16   clock to our clients, yes.

17   Q    All right.  And if you don't have that persistent access,

18   that's going to make it next to impossible to do your work

19   efficiently; is that correct?

20   A    No, but it could limit the hours during which we can

21   provide support.  It might mean that we can only leverage part

22   of our team.

23           You know, like, if we only have access to their

24   systems during US business hours, we wouldn't be able to

25   leverage our employees in India to help.

1    Q    All right.  If we can look Exhibit 397, Oracle 397 in

2    your binder.

3    A    Okay.

4    Q    This is a 2014 document that you received on

5    September 11th, 2014, correct?

6    A    Yes.

7                   MR. ISAACSON:  I would move to admit

8    Exhibit 397.

9                   MR. McCRACKEN:  No objection.

10                  THE COURT:  It's admitted.

11                       (Plaintiff's Document Exhibit 397
                          received in evidence.)

12   BY MR. ISAACSON:

13   Q    All right.  And on page 3 of 5, you're writing about the

14   issues with respect to this client which is the City of Costa

15   Mesa.

16   A    Yes.

17   Q    All right.  And -- because they were putting up

18   roadblocks to give you persistent access, and what you write

19   in conclusion is at the bottom,

20                  "The restrictions the client wants to impose

21        are going to make it next to impossible to do this

22        efficiently."

23                  Is that right?

24   A    Yes.  We were attempting to push back and get the client

25   to agree to allowing this access.  I believe they ultimately

1    did.

2    Q    All right.  Now, if we could talk about what we have

3    called violation 2 which is Spherion and Smead, and I will

4    also be talking about number 4, Matheson.

5              Now, Rimini developed and tested an update for form

6    940 for Schedule A which has to do with a credit reduction for

7    the unemployment taxes, correct?

8    A    Yes.

9    Q    And that credit reduction was only available in that year

10   2018 for the Virgin Islands, correct?

11   A    We later learned that after having done some development

12   on it.

13   Q    But I am correct.

14   A    Yes, that year, that credit reduction, although the form

15   is for all states and territories, that year the credit

16   reduction was only available for the Virgin Islands.

17   Q    And Rimini prides itself on researching these issues so

18   that it's able to promptly provide its clients the necessary

19   information and updates about issues like that, what is --

20   who's going to get the credit reduction.

21   A    In this case, that notice that we got was just the year

22   over year changes to the form 940 Schedule A, that the form

23   was changing yet again like it does every tax year.

24   Q    Right.  And you track what the IRS says about these

25   things, you do that rigorously and so that you can keep on top

1    of these things.

2    A     Yes.

3    Q     And Rimini developed and tested that update for form 940

4    for Schedule A in the City of Eugene environment.  That's

5    correct.

6    A     We developed the change on our system, or made the

7    changes on our system.  This is an RSI file, our work product.

8    But, yes, it was ultimately tested in COE for City of Eugene's

9    purposes for them.

10   Q     And that update was then provided to Spherion, correct?

11   A     Yes.

12   Q     It was provided to Smead?

13   A     Both of those informally, And then Smead received it as a

14   formal update.  Spherion went inactive.

15   Q     And it was also provided to Matheson Trucking.

16   A     Correct.

17   Q     And that update was not -- well, actually, you don't have

18   any record that that update was -- that informal update was

19   tested in Spherion's environment, correct?

20   A     It would probably be a question for the quality assurance

21   team to confirm what testing was done on the update from a QA

22   perspective in a QA environment.

23           As far as unit testing, there is an e-mail where it

24   was stated that the developer wasn't able to access the

25   environment at the time.

```
 1              And it was provided to Spherion as an informal

 2    update with the understanding that we had developed the

 3    change, but it had not been tested for them, but it would be

 4    in the formal delivery.

 5    Q    Exactly.  When you tested the update in the City of

 6    Eugene environment, you didn't have access to the Spherion

 7    environment, correct?

 8    A    True.

 9    Q    That was also true for Smead, correct?

10    A    Those two environments were inaccessible at the time.

11    Q    And you didn't also test the update for the informal

12    delivery to Matheson Trucking, correct?

13    A    All of these were tested prior to formal delivery

14    however, though.

15              Again, Spherion didn't receive the formal, but Smead

16    and Matheson did have testing on this change conducted by the

17    QA team prior to formal delivery.

18              And it's explained to clients when they get it --

19    Q    Wait, wait, wait, wait, wait.

20              Okay.  My question was not about formal delivery.

21    My question was about informal delivery.

22    A    Okay.

23    Q    I think you heard that, right?

24              Before you delivered it to Matheson Trucking for

25    informal delivery, it was not tested on their environment.  Am
```

1  I correct?

2  A    Not in their QA environment.

3  Q    Right.  And City of Eugene never received this update,

4  correct?

5  A    That's true because of an e-mail from our head of our

6  business analysis group that explained the issue that it was

7  only applicable if the client did business in the Virgin

8  Islands.

9  Q    Right.  And Rimini used the City of Eugene environment to

10 trouble fix -- troubleshoot a fix for an issue Matheson

11 Trucking was experiencing with the W2 form.  That's correct,

12 isn't it?

13 A    Not quite, because we were doing this work because we

14 initially felt that it was applicable to all US clients less

15 than 2018-B.

16          Again, it's a federal form, and City of Eugene

17 contracts with us for federal form updates.

18 Q    All right.  I am correct that Windstream environments

19 generally offer better ease of access than client-hosted

20 environments, right?

21 A    Yes, they are easier to access, that is true.

22 Q    And that includes the City of Eugene environment.

23 A    Yes, they are one of the Windstream environments.

24 Q    If we could look at Exhibit 1349 -- this is going to be a

25 lot easier to look at on the screen.  I didn't even put it in

782

1    your binder.  It's 184 pages of small print.

2    A    All right.

3    Q    And my understanding is this is a PeopleSoft engagements

4    list, a spreadsheet located on SharePoint with an environment

5    accessibility rating.  Do you recognize this?

6    A    I recognize these as entries from PS engagements.  I

7    don't see the accessibility rating here.

8    Q    The -- it's column -- yes, that's because it's column AR.

9    A    Column AR?  Which isn't displayed here.

10   Q    Yes.  He's going to have to move this over.

11        All right.  You see Environment Accessibility

12   Rating?

13   A    Yes, now I see it.

14   Q    All right.  And then if we move down to 76 of 84, you'll

15   see City of Eugene at the bottom.

16   A    Yes.

17   Q    All right.  And so they were rated a very easy

18   environment to work with, correct?

19   A    They are easy to log into, fewer steps than some of the

20   clients have, but we still have to access all of the clients.

21   Q    All right.  Now, if we can look at Exhibit 108, which is

22   your declaration, paragraph 32.

23        And here you talk about, in the second sentence,

24        "Using the know-how from creating the update

25        for client A -  whether that is the engineer's

783

1          knowledge or some documentation the Rimini

2          engineering team created - a Rimini engineer can then

3          implement the update in client B's environment

4          located on client B's computer systems."

5                    MR. ISAACSON:  Oh, I move to admit 1349, the

6     last document that I just -- that we discussed.

7                    MR. MCCRACKEN:  I object.  I don't think

8     Mr. Benge knew what it was.

9                    MR. ISAACSON:  I disagree, but --

10                   THE COURT:  I'll let you go back and ask

11    questions on that because I don't recall.

12                   MR. ISAACSON:  All right.

13    BY MR. ISAACSON:

14     Q   That spreadsheet we put on the screen with the

15    accessibility that said City of Eugene was very easy, that

16    document, do you see it on the screen?  You recognize --

17     A   No, it was an extract of information from SharePoint

18    guest engagements where we listed our clients and the

19    difficulty in accessing them, whether they required two-factor

20    authentication or they were simpler clients to log into, which

21    is helpful information in knowing the amount of time it's

22    going to take to get in complete development.

23                   MR. ISAACSON:  So I move to admit 1349.

24                   MR. McCRACKEN:  No objection.

25                   THE COURT:  It's admitted.

784

```
 1                      (Plaintiff's Document Exhibit 1349
                          received in evidence.)
 2     BY MR. ISAACSON:

 3     Q    Now, going back to your Declaration, paragraph 32.

 4     A    Yes.

 5     Q    We talked about how a Rimini -- where I read,

 6               "And a Rimini engineer can then implement the

 7          update in client B's environment located on client

 8          B's computer system."

 9               And you used the word implement.  When you say

10     implement, does that include troubleshooting?

11     A    Yes, because if an engineer is having to go into client

12     B's environment and make changes to their code, they could

13     make a typographical error, therefore they're going to need to

14     test it and unit test it and verify the functions.

15     Q    So implement would include troubleshooting, support, and

16     testing; is that right?

17     A    I don't think it would include support.

18     Q    All right.  So --

19     A    Most of the time when we're working on an update the

20     client is not involved at that point in time, right?

21               We're -- we're going -- we've completed some work

22     for client A on an update, we going now to apply that update

23     in client B's environment, and we go in, perhaps follow the

24     Dev instructions and make the necessary changes.  But the

25     client at that time wouldn't be involved from a support
```

1    perspective.

2    Q    All right.  But it would be your view that using the

3    know-how from creating an update for client A, or doing

4    support work for client A, you can then provide support for

5    client B.

6    A    Yes.  If an engineer gains knowledge in doing something

7    once, they're going to do it once, they are going to use the

8    knowledge that they've gain in subsequent work that they need

9    to do.

10   Q    All right.  Now, turning to violation 4, Spherion and

11   Smead, if we could look at OREX_21, Oracle Exhibit 21, and

12   this is a document you're familiar with from your testimony,

13   correct?

14   A    Yes.

15   Q    All right.  And if we look at page 7 of 16 -- I'm sorry,

16   page -- page 12 of 16.

17            All right.  At the bottom, it says, "These are the

18   alignment issues."

19            So you discussed how there were alignment issues

20   that had come up for this form, and those were happening for

21   Spherion and Smead, right?

22   A    Just says, "These are the alignment issues after applying

23   the GIF files for both clients."

24   Q    Right.  And then if you look at page 10, "These are the

25   alignment issues after applying" -- there's the new 940 1018

786

1    [sic] GIF files for both clients, Spherion and Smead.  That's

2    what's being discussed is working with -- the case for these

3    clients, correct?

4     A    Yes.   Interestingly it also says for the State of

5    California, the reduction rate, you know, so they were playing

6    around, at least testing this with the California reduction

7    rate although we later found out that it was only the Virgin

8    Islands that applied.

9     Q    Right.  And then, in working with this form, you tried

10   various things unsuccessfully to -- in Adobe to make the -- to

11   fix this problem; is that right?

12    A    Yeah, there's a couple things you can try and do in terms

13   of shifting the form image around, or moving where we're

14   printing the data.

15           So it's a matter getting the image file in the right

16   place and the program printing the data in the right boxes.

17   So you can adjust the image files, you can adjust the program,

18   or you can adjust both.

19    Q    Right.  And So after you were unsuccessful with that, at

20   the top of page 7 Mr. Sheffield writes to Mr. Pringle and you,

21           "I don't think I can do much more on the GIF

22           file.  I think that we will need to modify the

23           alignment parameters in the program."

24    A    Right.

25    Q    And modifying the alignment programs in the program was

787

1    going to involve adjusting the code in the PeopleSoft

2    environment; is that right?

3    A    Yeah.   That's the print positioning coordinates that I

4    referred to earlier in my testimony.

5           So, again, they've come to the point where in order

6    to get this to all align, they need new form image, and they

7    need to update the program so that it prints the data at the

8    right coordinates so it appears in the correct boxes.

9    Q    All right.   And so then after that you were working on

10   modifying the alignment -- on this issue of modifying the

11   alignment and doing that in a PeopleSoft environment.

12          And then at page 3 -- this is January 24th, 2019.

13   Do you see that at the bottom?

14   A    Yes.

15   Q    Mr. Sheffield reports, "I tested in -- COEX," City of

16   Eugene" --

17   A    Yes, that's their development environment.

18   Q    Right.   So he did a test of this issue on January 24th,

19   correct?

20   A    Yes.

21   Q    And then he did also a test for Kichler Lighting; is that

22   right?

23   A    They are another client, but, yes, I believe he did

24   testing in another client that we thought was applicable

25   because they get US federal form updates from us.

788

1    Q    The -- now, let's look at page 2, and you looked at this

language with your counsel, at the bottom.

3              And at the bottom it says,

4                   "I also noticed that the Scope in Jira" --

5         and it gives the number -- "is set to just Spherion.

6         I changed it temporarily to 'US' so that I could use

7         the CreateUpdateFolders tool for all US clients that

8         will ultimately get this update, but I changed it

9         back afterward."

10             So he flipped it from Spherion to US back to

Spherion.  Is that what happened.

12   A    It was originally US, had been changed to Spherion when

the Spherion case came in.

14             The original scope from the beginning was US.  It

was intended for all US clients less 2018-B.

16   Q    And when you say that, you're relying on DTX-401, I

believe, which you looked at with your client -- with your

counsel.

19             This was -- the form you looked at, this is the

Spira log.

21   A    This is Jira.

22   Q    Jira.

23   A    Our development tracking system.

24   Q    And now when the test was run on January 24th, if you

look at page 4, the reference there for including was just

789

1    Spherion and not all US, correct?

2    A    Prior to that it was US.

3    Q    Prior to that, but by January 15th it was set as

4    Spherion, and that was by Laurie Gardner, and she was a -- I

5    can't remember the title you said for her.

6    A    She was manager of our business analysts.

7    Q    Right.  So she's the one looking at what's going on with

8    these tax forms.

9    A    Clearly, a US federal form.  It was changed to Spherion

10   because of the case they logged.

11               MR. ISAACSON:  Right.  I'm going to need this

12   1351.

13               May I approach, your Honor?

14               THE COURT:  Yes, you may.

15   BY MR. ISAACSON:

16   Q    OREX_1351 is the 2018 instructions for Form 940.  It's

17   dated on the first page November 20th, 2018.  Do you see that?

18   A    Yes.

19   Q    So this is a couple months before January 2019.

20   A    Correct.

21   Q    And the first column, if you move down on -- the column

22   on the left.

23   A    Okay.

24   Q    There's a section called Credit Reduction State.

25   A    Yes.

1    Q    And then in the second paragraph it says, "For 2018,

2    there is one credit reduction state (US Virgin Islands)."

3          Do you see that?

4    A    Yes.

5    Q    So before Laurie Gardner, the head of your business

6    analysis department, changed the scope from all US to

7    Spherion, there had been in place for some months an

8    announcement from the IRS that the only reduction state was

9    going to be the US Virgin Islands.  Did you know that?

10   A    I didn't know that at the time, and this is a US federal

11   form that we had provided year over year to all of our clients

12   that requested US forms.

13   Q    Right.  But you already testified that once Rimini knew

14   that this was only going to be needed for companies doing

15   business in the Virgin Islands, that you weren't going to send

16   it to everybody, right?

17   A    That determination wasn't made until after we had already

18   completed the development for numerous clients.

19   Q    And that's what you say, but you don't actually know when

20   Laurie Gardner made that determination, do you?

21   A    There's nothing in the Jira development tracking system

22   that indicates that this was for Virginia Islands.  If you go

23   look at the records, everything indicates it's US federal.

24   Q    Right.  Actually, what it does say is that Laurie Gardner

25   changed it to Spherion alone, right?  That was on January 15th

1     before it was tested on January 24th.  I have that right,

2     correct?

3      A    It was changed to Spherion because they had logged a

4     case, and there was contemplation of preparing an update for

5     them.  But that did not mean that the other clients that were

6     originally in scope were not going to be included.  Scope is

7     point in time.  It's --

8      Q    You had no knowledge that your business analysis

9     department -- that after the IRS had already announced this

10    was only needed for the US Virgin Islands, you had no

11    knowledge that your business analysis department was

12    contemplating that this would all be sent out on -- sent out

13    to all clients.  You don't know that, do you?

14     A    That's not true.

15     Q    So you know what Laurie Gardner in the business analysis

16    department was contemplating, is that your testimony?

17     A    I know that the intent for this was it to go to all US

18    clients based on previous experience delivering this to all of

19    our US clients year after year for several years, and that

20    this form is intended for multiple states.

21            It just so happens that this particular year there

22    was only the Virgin Islands that had a credit reduction.

23     Q    Exactly, sir.  At this point you are now testifying on

24    what you call your prior experience, and giving your surmises

25    about what Ms. Gardner and the business analysis department

792

1   contemplated, right?

2   A    No.

3   Q    All right.  Then, after that testing on the 24th, on the

4   25th -- moving up on page 24 -- Don Sheffield flipped it to

5   include the United States, right?

6   A    Correct.

7   Q    And then, seven minutes later, flipped it back to

8   Spherion, correct?

9   A    Yes.

10  Q    And then three minutes later, flipped it back to the

11  United States.

12  A    Yes.

13  Q    And then three minutes later, flipped it back to

14  Spherion.

15  A    That's what it looks like, according to the audit trail.

16  Q    Yeah.  And then --

17  A    So we keep very detailed records.

18  Q    And then Tim Pringle, three days later, on January 28th,

19  flipped it back to the United States, and that was what you

20  were pointing to with your counsel, correct?

21  A    Yes.  And he reports to Laurie, so he is, in fact, a

22  business analyst.

23  Q    And on that date of January 28th, Rimini knew that its US

24  clients did not need this form, correct?

25  A    Did not become aware of that until the e-mail from

1    Mrs. Gardner that was submitted into evidence.

2    Q    Which was January 28th, right?

3    A    Right.  It wasn't until the 28th that we determined that,

4    oh, it's really only critical to the clients that have

5    business in the Virgin Islands.

6    Q    So looking at 30, OREX_30, this is Laurie Gardner

7    writing, and she's ultimately making the decision, isn't she,

8    about who is going to get this update?

9    A    Yes.

10   Q    Right.  And --

11   A    Development wouldn't have been able to make a

12   determination about this.

13   Q    Tim Pringle can't override Laurie Gardner.

14   A    Laurie is Tim's manager.

15   Q    Right.  And Don Sheffield can't override Laurie Gardner,

16   right?

17   A    No, Don reports to me.

18   Q    Right.  And what gave them the authority to override

19   Laurie Gardner if -- after she's got includes Spherion on

20   January 19th, what gave Sheffield the authority to flip it

21   back and forth between the US and Spherion every three or

22   seven minutes that day?

23   A    Because our business analysis -- our business analysts

24   had originally set it to scope US.  In the very beginning, the

25   business analysts set the scope to be US.

1    Q    And that was before November 20th, 2018, when the IRS

2    made its announcement, correct?

3    A    Yes.   No determination was made that we were only going

4    to deliver this to clients in the Virgin Islands until January

5    29th.

6    Q    Right.   And the -- Laurie Gardner on the 29th said only

7    the Virginia Islands have a credit reduction for 2018.

8    A    Yes.

9    Q    Right.   She's reporting that as knowledge that she

10   already knew, right?

11   A    No.

12   Q    All right.

13   A    I don't know when she discovered that, but I'm assuming

14   it was subsequent to all of these scope changes.

15            Originally it was set to US, and, yes, it was in the

16   IRS publication as of November 28th, but, again, it's a US

17   federal form.

18   Q    I agree with you, sir.

19            You don't know when Laurie Gardner learned this was

20   a Virgin Islands only issue.   That's right, isn't it?

21   A    She -- this is the that first she indicated to anybody

22   that it was Virgin Islands.   This is the first, January 29th,

23   that there is anything anywhere regarding the fact that this

24   is solely for the Virgin Islands.

25   Q    When you say this is the first she indicated to anybody,

795

 1    right, as the head of PeopleSoft development, you don't

 2    actually know when she told people, "We're not doing this form

 3    for all clients."  You don't know that, do you?

 4     A    Yes, January 29th.

 5     Q    There's an e-mail that says that.  You don't know when

 6    she said that information to anybody else.  That's not --

 7    you're not working --

 8     A    There was no indication from anyone in Development, or

 9    any of the business analysts, or anyone in QA, that this

10    wasn't moving forward to be delivered to all US clients until

11    this e-mail on the 29th of January.

12     Q    Well, that's not quite correct, is it, either, because if

13    you look at Exhibit 33 --

14     A    OREX_33?

15     Q    Yeah.

16     A    Okay.

17     Q    On January 28th, in the morning, Tim Pringle wrote,

18              "After further discussion relative to our

19         delivery priorities, we've decided we're not going to

20         release" -- and then there's the numbers -- "as a

21         separate update."

22     A    Separate update.  Okay.

23     Q    And?

24     A    So we're not going to release it as a separate individual

25    update.  That's all that's stating.

1   Q   And he goes on to say,

2                 "We will address any specific client request

3         with informal updates.  So far only three clients

4         have requested the updates, and we will have it

5         delivered to them."

6                 That's what was going on then, right?

7   A   Correct.  We've decided there is not going to a separate

8   update.  Yes, so far, those were the clients.

9                 MR. ISAACSON:  All right.  I move to -- did I --

10  I did that, right?

11                THE WITNESS:  Just because it's being delivered

12  as a separate update doesn't mean that it won't be included in

13  the bundle.

14  BY MR. ISAACSON:

15  Q   All right.  The other thing, and you touched on this, is

16  you're telling the Court that you think this happened because

17  this was going to roll out to all US clients, and not just --

18  and that people didn't know about this Virgin Islands issue,

19  right?

20  A   Yes.

21  Q   But at the same time, you do agree that when they went --

22  wanted to test for these updates, and did in the City of

23  Eugene, they didn't have access to Spherion and Smead.

24  A   For a period of time they did not have access, and, yes,

25  it was tested in City of Eugene for City of Eugene.

1    Q    All right.  So if we look at -- and you did know -- you

2    know that from your personal memory, is that right, that they

3    didn't have access to the Spherion and Smead environments?

4    A    From my recollection and from e-mails associated with

5    this.

6    Q    Okay.  On that one, you're going off of not your personal

7    lack of recollection but the e-mails.  So if we look at

8    OREX_21.

9    A    OREX_21.  Yes.

10   Q    No, not 21, it's -- back up.

11            I already asked that.  Is it 28?  Twenty-right,

12   thank you.

13            OREX_28, which you looked at -- this is a document

14   you're familiar with and have looked at, right?

15   A    Yes.

16   Q    And on page 2, on January 25th, Mr. Pringle writes to

17   you,

18            "I have not specifically tested in Spherion

19        or Smead due to issues accessing these clients.  I

20        have tested in KICX" -- that's Kichler Lighting,

21        right?

22   A    Correct.

23   Q    A Cleveland, Ohio company?

24   A    Kichler Lighting's development environment.

25   Q    -- "and City of Eugene, however, and the results look

1    good."

2         Mr. Pringle is saying that the reason he went to the

3    City of Eugene environment to do this testing is because he

4    didn't have access to Spherion and Smead.

5    A    Not correct.  I disagree.

6    Q    All right.  You disagree.  But what you are relying on

7    was your reading of the document.

8    A    No.  The fact is --

9    Q    Wait.  Let me --

10   A    Okay.

11   Q    Didn't you just tell me not more than a minute ago

12   that -- I asked you did you remember from your actual

13   recollection that there was an access problem with Spherion

14   and Smead, and you said, no, I don't remember that, but I read

15   the document.

16   A    That's not true.  I did not say that.

17   Q    Okay.

18   A    Can we ask the reporter to go back and reread my

19   testimony?

20   Q    The wonderful thing about this is we don't need to stop

21   and take breaks to do that.

22   A    Okay.

23   Q    It's already written down.

24        The -- if I am correct that what happened here is

25   that Mr. Pringle, on January 24th, tested this update for

799

1   Spherion and Smead because he didn't have access to those

2   environments, not because he anticipated some need for the

3   City of Eugene, would you accept that there was a violation of

4   the Acceptable Use Policy if that happened?

5   A    No.

6   Q    Okay.

7   A    The fact is he was testing in Kichler's environment for

8   Kichler.  He was testing in COE's environment for City of

9   Eugene.

10        Both clients had been -- development had been done

11  for them, and at that point in time we were planning to

12  deliver this to those clients.

13  Q    Right.  And if that's not the case, if there was not a

14  plan at that time to deliver it to the clients --

15  A    If this was something that was not -- let's say that this

16  was something that was for Canada, a Canadian tax change, and

17  they went into City of Eugene to test it, then, yes, that

18  would be inappropriate, that would have been a violation of

19  the AUP.

20  Q    All right.  Can we look at --

21  A    But that is not the case.

22  Q    -- DTX-419.  And you looked at this with your counsel.

23  This is the -- this is what was delivered as part of the Form

24  940 Schedule A update having to do with what we have just been

25  talking about?

1    A    One part of it, yes.  This was the SQR that we wrote.

2    Q    All right.  And your counsel pointed out the dates, and

3    this would be on page 2, and --

4    A    The dates are in the modification log on page 1.

5    Q    Oh.  Okay.  I might have a different printout, but we'll

6    go with you.  It's on the modification log.  The first -- this

7    was first created on February 23rd, 2012; is that right?

8    A    Yes.

9    Q    And that's before 2.0.

10   A    Yes.

11   Q    That's when you had the suspect environments on your

12   system, the general environments and the PeopleSoft

13   environments, correct?

14   A    This was before that time.  But based on how this file

15   had been created and the history on it, this was not one of

16   the files that was prohibited.

17   Q    And why -- just looking at the first line and the date,

18   why wouldn't this file have been prohibited?

19   A    Because we had made a determination that this file was

20   developed from scratch on our systems.  It was completely our

21   work product.  It wasn't something that had been developed in

22   a client environment.

23   Q    And who was in charge of those determinations?

24   A    It would have been reviewed with legal.

25   Q    But I assume -- I'll give a lot of credit to your legal

-801-

1    department, but I assume that they can't decide by themselves

2    what was created by scratch -- from scratch.

3    A    No, but I'm sure that they interviewed the people that

4    wrote this program.

5    Q    All right.  The -- so ultimately -- so they're -- so in

6    order to determine which environments to set aside and which

7    not from this period, that was a determination of legal after

8    they interviewed relevant personnel; is that right?

9    A    Yes, and were able to obtain complete details about how

10   this was created, looking at design documents and all of the

11   artifacts that had been created in conjunction with this.

12                MR. ISAACSON:  All right.  I'm going to move to

13   a new topic, Your Honor, if you wanted a break.

14                THE COURT:  All right.  Well, it is an

15   appropriate time for our afternoon break, and we'll go ahead

16   and take it at this time.

17                We'll reconvene between 3:30 and 3:35, depending

18   on everyone's availability.

19                     (A recess was taken.)

20                THE COURT:  Have a seat, please.

21                The record will show we are reconvened after our

22   afternoon break.

23                Mr. Isaacson, you're welcome to go forward.

24                MR. ISAACSON:  Thank you, your Honor.

25

1    BY MR. ISAACSON:

2    Q    Mr. Benge, before the break you had been telling me about

3    how you knew that the file for the 940a when it was originally

4    developed was not an infringing file therefore was not

5    quarantined.

6              MR. ISAACSON:   Can we look at the Johnson

7    Controls document again that we looked at earlier.   This would

8    be OREX_23, Oracle 23, and looking at page 2.

9    BY MR. ISAACSON:

10   Q    We looked at this document before, and in the middle it

11   says,

12            "Looks like this could be a potential problem

13        for all new clients switching from tax960us to

14        rsi960us."

15            Tax960us is the Oracle file, and rsi960us is the

16   Rimini Street file; is that correct?

17   A    Yes.

18   Q    And in fact what we're talking about here is using the

19   Rimini Street file.

20   A    Yes, the Johnson Controls issue, yes.

21   Q    Right.   And if we can look at DTX 113 again, the 17

22   prohibited files.

23   A    Yes.

24   Q    One of which is rs960us that we were just looking at?

25   A    Correct.

1   Q   All right.  Can you explain why that file is being used

2  when it's on this list of quarantine?

3   A   That client, or these clients already had this file.

4  This file was not given to any new clients.  So after this

5  point in time it was essentially frozen, if you will, no

6  further clients received this SQR.

7   Q   So let me understand this.  So for every client that you

8  provided these 17 quarantine files, you -- if they had the

9  files, you continued to provide updates for those files.

10   A   With those clients that had already received these files,

11  yes, we continued to support them with the version of the file

12  they had.

13   Q   So, for example, in the Johnson Controls situation, there

14  was a determination after legal interviewed the relevant

15  people that rs960us should be quarantined, but Rimini also

16  made a determination it would continue to work with that file

17  that it provided clients and provide updates for those files;

18  is that right?

19   A   We were not providing those files to any new clients, not

20  because there was anything necessarily found wrong with them,

21  I don't know exactly why the determination was made with

22  these, but we were no longer providing these to any new

23  clients.

24   Q   But in terms of the process for this determination, your

25  understanding of the process is that the legal department

1    interviewed relevant people and reached a conclusion about

2    which file to put on this list; is that correct?

3    A    I believe so.  This particular SQR was not modified in

4    conjunction with the case that we're discussing.

5    Q    The Johnson Controls -- the Johnson Controls file was an

6    SQR file, correct?

7    A    No, it wasn't.

8    Q    The Rimini Street was not an SQR file?

9    A    The case we were addressing for Johnson Controls was

10   corrected by updating the Adobe .pdf file and the print

11   parameter.  It had nothing to do with this SQR when we were

12   resolving the case.

13   Q    But the file that you were discussing in that e-mail,

14   302, was an SQR file, rs960us, that was an SQR file.

15   A    You're talking about clients that had that version of the

16   SQR, but, again, the update didn't have anything to do with

17   the SQR in terms of modifications --

18   Q    It's really going to be helpful if we stick to the

19   questions.

20          The -- now, I understand you didn't give these

21   quarantined files to new clients, but for the clients you had

22   already provided these quarantined files you continued to

23   provide updates for; is that right?

24   A    Yes.

25   Q    All right.  If we can -- what's been called violation

805

1    number 2, Matheson Trucking, and we've talked a little bit

2    about this, and if we can look at Oracle Exhibit 22 which you

3    looked at with your counsel.

4            Now, the -- if you look at page 4 of 4, this is

5    where you discuss that -- at the bottom Timothy Pringle from

6    business analysis had indicated that Matheson Trucking had

7    logged a case for the 940a, and then how he expressed above

8    that, "They're not happy with us."

9            And he says,

10           "Jim has already delivered it to clients SPH

11      and SME," Spherion and Smead, "on Friday."

12           So you're talking about here the same update

13   that you just provided to Spherion and Smead; is that right?

14   A    Yes.

15   Q    By the way, Mr. Pringle still works for Rimini?

16   A    He passed away.

17   Q    I couldn't hear you.

18   A    He passed away.

19   Q    I'm sorry.

20           Mr. Sheffield, does he still work for Rimini?

21   A    Yes, he does.

22   Q    He could be here to testify if Rimini wanted him to be.

23   A    He could.

24   Q    The -- so we're talking about the same update, and then

25   you went over the language with your counsel, the -- the

```
 1    e-mail that you wrote on January 28th which is at page 3.
 2    This is to Mr. Pringle.
 3              "Hi, Tim.  I have absolutely no indication,"
 4         and then there's the number, "was developed or tested
 5         yet for MAT," referring to Matheson.
 6                   Now, at that point you didn't know whether
 7    the -- whether -- well, let me put it -- at that point you
 8    didn't whether it had been developed for Matheson, correct?
 9     A    Actually, this was on a Monday morning, and I said I had
10    no indication, but in reviewing e-mails in preparation, it's
11    clear that Don had informed people that he had completed the
12    development the prior week.
13     Q    All right.  My question was, when you wrote the e-mail,
14    right, you didn't know whether it had been developed for
15    Matheson, correct?
16     A    I wasn't sure.  I'm not going to release something
17    without confirming that it's been appropriately developed and
18    tested so --
19     Q    I mean, your answer is yes?  You didn't know whether it
20    had been developed for Matheson yet.
21     A    I'm asking a question, basically asking for reassurance
22    from the team, has this been developed and tested yet before
23    we released it.
24     Q    And the response you got, which you went over, is, "I did
25    complete development for Matheson as well."
```

-807-

1    A    Right.

2    Q    And you said it was developed in a Matheson environment,

3    and was there any record of that of which you're aware?

4    A    Yes, you could turn to the automation framework database

5    for records that would show that Don ran CreateUpdateFolders

6    to get the folder structures all set up in the development

7    environment for Matheson, including collecting the before

8    source code for the program.

9         You would have also have seen records in the

10   automation framework showing that he ran the TransferFiles

11   utility and moved the three files from Rimini systems to

12   Matheson's development folders.

13   Q    And are those records you have seen?

14   A    Yes.

15   Q    And you have seen them in the exhibits in this case?

16   A    I believe so, yes.

17   Q    Okay.  And so you did that to prepare for your testimony.

18   A    Yes.

19   Q    All right.  The -- if you look at DTX-201.

20        By the way, putting updates in folders is the same

21   as developing the SQR file that makes the update run; is that

22   right?

23   A    Say that again?

24   Q    Putting updates in folders is the same as developing the

25   SQR file that makes the update run.

1    A    No.

2    Q    The -- looking at 201, is that the document that you are

3    referring to that you looked at?

4    A    No.

5    Q    Okay.

6    A    This is -- looks like an apply update log.

7    Q    But if there was -- if there's a record available showing

8    it was developed in the Matheson environment to support your

9    testimony, that could be shown to you in court today.

10   A    I believe so.

11   Q    Okay.  The -- now, as -- the other question was tested.

12            Now, Mr. Sheffield says, "I did complete the

13   development for Matheson as well."  He doesn't mention

14   testing, correct?

15   A    He very well may have completed some unit testing as part

16   of the development effort, but the QA testing he would not

17   have conducted.

18   Q    All right.  And you said it was tested in the Matheson

19   environment in your testimony; is that right?

20   A    I believe he did test it, unit test it.

21   Q    All right.

22   A    And, actually, the exhibit that you just showed me is an

23   apply update for applying the update, but that's dated

24   January 29th.

25   Q    Right.  But that document doesn't actually show that

809

1    Rimini tested the update in Matheson's environment prior to

2    delivery, but this -- 201 is not a document that you have

3    reviewed before; is that correct?

4    A    No, actually, I --

5    Q    I won't -- I won't have -- I won't spend any more time on

6    it.

7              The -- and then Ms. Martinez asked who tested it,

8    and we saw that.

9              And then Don Sheffield on the first page says,

10             "I'm not sure if it has been tested for

11        Matheson.  If it has been, who the tester was."

12             And then up above, and you saw all this language

13   before --

14   A    Right.

15   Q    -- "proceed with informal delivery to Matheson."

16   A    Yes.

17   Q    All right.  The informal delivery to Matheson went

18   forward without any written confirmation that there had been

19   testing in the Matheson environment, correct?

20   A    In the QA environment.  Again, Don, as part of applying

21   it, would have conducted unit testing in Dev.

22             And, again, this is an informal delivery.  It's

23   delivering it to the client with their understanding that it's

24   work in progress, they're picking it up from the development

25   area, not from QA.

1   Q    Right, but that there wasn't -- I didn't hear the first

2   part of your answer whether you were agreeing with me that you

3   didn't -- certainly you did not know before you approved

4   informal delivery what testing had been done in the Matheson

5   environment for this update; is that correct?

6   A    As far as the QA environment, I don't believe it had been

7   tested in the QA environment, although it had been tested in

8   the development environment.

9                MR. ISAACSON:  All right.  The -- the -- before

10  I move to the next violation, can we look at exhibit -- Oracle

11  Exhibit 16.

12  BY MR. ISAACSON:

13  Q    Do you recognize this as a press release that Rimini

14  Street issued on April 16 -- April 1st, 2021?  April 1st,

15  2021.

16  A    I don't recall reading this press release but it looks

17  like a press release that we did issue.

18  Q    All right.  It has all -- it has the -- it has all the

19  relevant markers that indicate to you that this is an

20  authentic press release from Rimini Street; is that right?

21  A    Correct.

22                MR. ISAACSON:  I move to admit 16.

23                MR. McCRACKEN:  No objection.

24                THE COURT:  It's admitted.

25                     (Plaintiff's Document Exhibit 16 received
                          in evidence.)

1    BY MR. ISAACSON:

2    Q    And then if I can ask you to look at 94 in the same

3    binder.

4         All right.  Rimini Street, as a public company, has

5    earnings calls, and there are transcripts of those calls; is

6    that correct?

7    A    Yes.

8    Q    All right.  And do you recognize this by its format and

9    presentation to be a transcript of one of those calls?

10   A    I think you're on the wrong exhibit.

11   Q    I'm sorry, 93.  What did I say?  93.

12   A    This appears to be a transcript from one of those calls.

13   I'm not familiar with it.  I haven't seen this before.

14              MR. ISAACSON:  I move to admit 93.

15              MR. McCRACKEN:  We object on relevance.

16              MR. ISAACSON:  We can discuss that outside the

17   presence of the witness, if that's okay, your Honor,

18   relevance, unless you -- this was used in opening statement so

19   it's relevant -- it was relevant -- it was relevant during

20   opening statement.

21              THE COURT:  Well, it needs to be admitted -- you

22   can ask him about it without it having been admitted, but I

23   can't admit it under the foundation that I don't have at this

24   time.

25              MR. ISAACSON:  The objection is only relevance

1    at this point, your Honor, and this is a document used in

2    opening statement and explained in opening statement.

3                    MR. McCRACKEN:  Just to clarify our objection,

4    it would be relevance has nothing to do with the ten issues

5    for this hearing or the order to show cause, and it's

6    prejudicial.

7                    MR. ISAACSON:  Rimini's public statements are

8    relevant to its attitude towards this injunction and

9    whether -- its intent and whether it's going to substantially

10   comply with this injunction, and these are public statements

11   about Rimini pertaining to this --

12                   THE COURT:  You may ask him about that, but at

13   this point in time I don't have any foundation upon which to

14   admit this exhibit.

15                   MR. ISAACSON:  Okay.  I'll move on.

16                   The -- I will move to admit without objection

17   the three exhibits from earlier that I consulted with counsel,

18   so these are without objection, 28, 33, and 1351.

19                   THE COURT:  Okay.

20                        (Plaintiff's Document Exhibits 28, 33 and
                           1351 received in evidence.)
21   BY MR. ISAACSON:

22   Q   All right.  Can we move to -- I want to talk to you about

23   violation -- what we call violation 6, the Easter Seals issue.

24   A   Yes.

25   Q   And are you aware that Easter Seals had a license

813

1    agreement that does not permit vendors of -- vendors such as

2    Rimini's clients, to create derivative works?  Are you aware

3    of that?

4    A  I'm not familiar with the text of their license

5    agreement.

6    Q  All right.  And as part of your work, you don't generally

7    look at the license agreements of your clients.

8    A  Typically, no.

9    Q  And your developers don't review a client's Oracle

10    license before providing that client with support; is that

11    fair?

12    A  No, other team members would have already reviewed the

13    license agreement in advance of us.

14    Typically the portions that we're concerned about

15    are what tax jurisdictions are they going to be receiving

16    updates for and things of that nature, but the full contract

17    language we don't see or review.

18    Q  All right.  Your developers don't review it, but other

19    people at Rimini do, is that what you're saying?

20    A  Oh, I'm sure.

21    Q  But do you know what department reviews those?

22    A  All contracts are reviewed and signed by legal.

23    Q  This is the agreement between -- the license agreement

24    between Easter Seals and Oracle I'm talking about.

25    A  Oh, yeah.  Yes, I'm sorry.  I was thinking in terms of

-814-

```
 1   contracts that we sign with the client.

 2              Okay.  You're talking about the contract between

 3   Easter Seals and Oracle.

 4   Q    I'm sorry for not being clear about that.  That's not

 5   something that you generally look at.

 6   A    No.

 7   Q    And your developers don't generally look at it.

 8   A    No.

 9   Q    We talked -- we -- you went through with your counsel how

10   the RSI 1099 was completed in the Easter Seals environment and

11   also performed and tested there, I believe, and then also for

12   the 1099M with, the same.

13              Do you recall that, going through those documents

14   and looking at how it was developed and tested in the Easter

15   Seals environment?

16   A    Those files are our files, our work product.  Yes, we

17   wrote those.  We transferred them to that client environment

18   in order to test them, not develop them.

19   Q    Right.  And then there's one more that your counsel

20   didn't go through which would be DTX-604.

21   A    I'm sorry, DTX-604, right?

22   Q    Yes.

23   A    Okay.

24   Q    All right.  And you recognize this as also relating to

25   the 1099-MISC, I think you call it, the 1099 Miscellaneous.
```

815

1    A    That's correct.

2    Q    And this would be for the Data Mover scripts; is that

3    right?

4    A    Yes, this refers to two Data Mover scripts that were

5    written by us for that particular update.

6    Q    And those Data Mover scripts would be developed with

7    PeopleSoft tools; is that right?

8    A    No, those scripts can be written in just a standard text

9    editor.  The scripts were our work product, they were written

10   by us on Rimini systems, just created in a text editor.

11   Q    The -- now, looking at page 2, this development was

12   completed in the City of Oakland environment; is that right?

13   A    Completed in the sense that the work product that was

14   ours, the files that were ours, were transferred to City of

15   Oakland's environment, put into the development folders in

16   City of Oakland's environment and then tested there.

17        But, again, these files, the sqrs, the GIF files,

18   the Data Mover files, were all our work product.

19   Q    Now, if we can look at Oracle exhibit -- it is the case

20   that Rimini sometimes develops SQR files once and then sends

21   them to multiple clients; is that right?

22   A    If they're our files, and we create them on our systems,

23   and they have no Oracle code in them, completely developed by

24   scratch -- you know, from scratch by us on our systems, then,

25   yes, we deliver those to multiple clients.

1   Q    And I think you testified that TransferFiles is used to

2   send Rimini created files to client environments?

3   A    Yes.

4   Q    It's used to send files to the first client an update is

5   being developed for; is that right?

6   A    It's used to transfer it to all the clients that we're

7   going to be delivering it to.  The file would be on Rimini's

8   system, and we would send it to all the clients that are going

9   to be receiving that update.

10  Q    But you start with the first client.

11  A    With the first client, yes, the file would be transferred

12  there.

13  Q    All right.  And the first client is sometimes called a

14  scrum client, am I correct about that?

15  A    Yeah, we use agile software development methodologies,

16  and the team is called a scrum team that's assembled.  It's a

17  multi-disciplinary team that has team members from

18  Development, QA, Business Analysis.

19  Q    And sometimes the first draft of an RSI file, like

20  rsi.sqr which you talked about, won't work, and you have to do

21  some additional testing and work with it; is that right?

22  A    It's possible that we create something, transfer it to

23  the client, and go to test it and discover that there's a

24  problem with it and it needs to be corrected, yes.

25  Q    Right.  And then, if it doesn't work, you work on it and

817

1   then you send it -- you send that file to the scrum

2   environment again; is that right?

3   A    Yeah, the changes have to be made on our systems so the

4   file gets changed and transferred over again.

5              If they did make changes within the environment,

6   they certainly cannot transfer the file back to our system.

7   So anything that's done has to be done on our side on our

8   version of the SQR on our system.

9   Q    And no matter -- and as long as it will take to get this

10   right, whatever changes in work you need to do, you'll keep

11   sending it to the scrum file until you get something that

12   works; is that right?

13   A    To the client where we're testing it.  The client that's

14   going to be receiving it, we're testing it for that client.

15   They're ultimately intended to be the recipient of that

16   update, yes.

17   Q    That client with the scrum -- with that file that you

18   call the scrum file.

19   A    You know, that's not quite the right terminology.

20              The scrum team would be using a particular client

21   environment to apply and test these changes for that client.

22   Q    All right.  And after you get it right, then you use

23   transfer file to send that file to every customer that's in

24   scope for that update; is that right?

25   A    Yes.  Once the SQR is ready, the team would use

1    CreateUpdateFolders and TransferFiles to send it to the

2    clients receiving that update.

3    Q    And that could be -- whatever number of clients, it could

4    be 50 clients, it could be a hundred clients.

5    A    Could be five clients, could be 80 clients, yes.

6    Q    All right.  All right.  Now, with respect to the files

7    that have been developed and tested in Easter Seals and the

8    Oakland environments --

9                    MR. ISAACSON:  If we can look at OREX_90, nine

10   zero.

11                   THE WITNESS:  Okay.  Yes.

12   BY MR. ISAACSON:

13   Q    Now, at the top, Jeanie Ong -- and I believe you -- this

14   was a -- Jeanie Ong sent -- Jeanie Ong is a senior PeopleSoft

15   support engineer, correct?

16   A    Yes, she's on the support team.

17   Q    And she sent an e-mail to Easter Seals, Jay Hoyt,

18   attaching the update on January 3rd, 2019, after the date of

19   the injunction, correct?

20   A    Yes.

21   Q    And then, if we can look at 432, so you're going to have

22   to go to the back of this binder --

23   A    I think they had some issues receiving the initial update

24   which is why she was sending it.

25               What was the number?  Four --

1    Q    Four thirty-two.

2    A    Okay.

3    Q    On November 15th, 2018 --

4    A    Yeah.

5    Q    -- you sent the update to EZCORP; is that right?

6    A    Yes, or Texas EZ Pawn was the name of that client, that's

7    correct.

8              MR. ISAACSON:  All right.  And then -- those

9    have already been admitted.  I have that they have been

10   admitted by stipulation, 90 and 432?  But I move to admit them

11   in case I'm wrong.

12             MR. McCRACKEN:  Ninety is in.

13             MR. ISAACSON:  I'm talking about 432.  I move to

14   admit 432.

15             MR. McCRACKEN:  Give me one second.  No

16   objection.

17             THE COURT:  It's admitted.

18                   (Plaintiff's Document Exhibit 432
                         received in evidence.)
19   BY MR. ISAACSON:

20   Q    All right.  And then 431 is an e-mail from you delivering

21   that update on November 28, 2018, after the date of the

22   injunction, to Pikeville Medical Center; is that correct?

23   A    Yes.  These are different updates.  Same 1099 type

24   update, but they each had, you know, content customized to

25   each client, documentation that's specific to each client.

1    Q    All right.  They had -- they had -- it was the same

2    update with some customization; is that right?

3    A    Yes.

4                 MR. ISAACSON:  All right.  I move to admit 431.

5                 THE WITNESS:  To the extent that the doc was

6    different for them.

7                 MR. ISAACSON:  I move to admit 431.

8                 MR. McCRACKEN:  No objection.

9                 THE COURT:  It's admitted.

10                       (Plaintiff's Document Exhibit 431
                           received in evidence.)
11   BY MR. ISAACSON:

12   Q    All right.  If we can look at 430.  This is on

13   November 28, 2018.  You're delivering this update with perhaps

14   some customization to Texas Children's Hospital; is that

15   correct?

16   A    Again, the DMS scripts, the GIF files, the SQR, all our

17   work product from our systems, along with documentation that

18   was custom to the client, yes.

19   Q    The -- and on -- if you look at --

20                 MR. ISAACSON:  I move to admit 430.

21                 MR. McCRACKEN:  No objection.

22                 THE COURT:  It's admitted.

23                       (Plaintiff's Document Exhibit 430
                           received in evidence.)
24   BY MR. ISAACSON:

25   Q    If we can look at 429.  This is on December 20th, 2018,

1  again, after the date of the injunction.  You, again,

2  delivered this update with perhaps some customization to

3  NASDAQ; is that correct?

4   A   Yes, the documentation would have been specific to them.

5              MR. ISAACSON:  I move to admit 429.

6              MR. McCRACKEN:  No objection.

7              THE COURT:  It's admitted.

8                    (Plaintiff's Document Exhibit 429
                      received in evidence.)

9  BY MR. ISAACSON:

10  Q   Would you agree with me that -- with respect to this

11  update, that the environments of the -- that the Easter Seals

12  environment was not being used to develop and test this update

13  solely for the -- solely for Easter Seals?

14   A   No, I disagree.  Easter Seals environment was not even

15  required to do the development work for this update.

16  Everything was done on our systems.

17         The GIF files were created from the IRS .pdf, the

18  SQR was updated using a text editor, DMX scripts written using

19  a text editor, so no client software was necessary to do the

20  development.

21   Q   All right.  The --

22   A   And when we tested for Easter Seals it was because Easter

23  Seals was receiving that update so we tested for Easter Seals.

24   Q   Right.  And you tested it for -- well, you do test -- I

25  think you've said this, you do test in environments such as

1   the City of Eugene where you think the City of Eugene is going

2   to need the update as well other clients.  You do do that.

3   A   All of the clients you mentioned here all received this

4   1099 update.

5   Q   That doesn't answer my question.

6   A   Okay.  Your question again?

7   Q   You do test in environments such as this, like the City

8   of Eugene, where you think the City of Eugene needs the

9   update --

10  A   You're no longer talking about financials, you're talking

11  now about --

12  Q   Generally, just generally.

13          You do test in environments like the City of Eugene

14  where you think the City of Eugene needs the update --

15  A   We only --

16  Q   -- where you -- I'm not finished with the question --

17  where you are also thinking other clients are going to need

18  that update.

19  A   Only conduct testing within City of Eugene when we are

20  preparing to deliver an update to City of Eugene.  So we're

21  testing that update in their environment for them.

22  Q   And you're doing that when you're also preparing to

23  deliver that update to other clients.

24  A   But we would do testing in those other environments as

25  well.  Testing -- before formal delivery, testing is conducted

1    in each environment for each client before they receive the

2    update.

3    Q    All right.  And this specific update, going back to it --

4    A    Back to financials?

5    Q    Huh?

6    A    Back to financials?

7    Q    Yes.

8    A    Okay.

9    Q    The SQR and DMS files were identical when these were sent

10   out to these different -- to EZCorp, Pikeville, Texas

11   Children's Hospital, et cetera.

12   A    That's correct.  Those are SQRS that we wrote, our work

13   product, one version for all clients.

14   Q    And the update here was extending the functionality of

15   PeopleSoft, is that -- would you agree with that?

16   A    No, we were just updating it for the next tax year.

17   Q    All right.  The -- now, with regard to what we call

18   violation 10, and you'll recall that had -- you spent a long

19   time talking about the Home Shopping Network, and you spent a

20   long time with some Dev instruction for that.

21   A    Yes.  It was a lengthy -- lengthy instruction, lots of

22   changes.

23   Q    So am I right, the developers save the Dev instructions

24   to a network drive?

25   A    Yes.

1    Q    And when did Rimini first start using Dev instructions?

2    A    I do not recall the date off the top of my head.  I think

3    it was around the same time that we moved from using DevTrack

4    as our development tracking system to Jira as our development

5    tracking system.  I can't give you a date off the top of my

6    head, I'm sorry.

7    Q    All right.  When you started using Dev instructions,

8    developers would save the Dev instruction document to a folder

9    named individual updates; is that correct?

10   A    Yes, with a subfolder name indicating the update ID.  So

11   if they were working on HCM whatever number, they would have a

12   folder underneath individual updates with that ID where the

13   document was stored.

14   Q    And when Rimini first started using Dev instructions,

15   some of those early Dev instructions had -- included Oracle

16   code; is that correct?

17   A    I don't know that to be the case for certain.

18   Q    Now, the first draft of Dev instructions are not -- are

19   no longer saved to that individual updates file, correct?

20   A    Current processes now, as a development instructions

21   document is prepared, it is reviewed before it's placed in the

22   individual update folder.

23   Q    Right.  So what it goes to -- so when you do a draft of

24   the Dev instruction, you save that to a folder called For

25   Legal Review Privileged, correct?

1    A    That's correct.

2    Q    And so you weren't -- when your counsel showed you a

3    final Dev instruction after -- it didn't -- it wasn't a draft,

4    right?

5    A    Correct.  After it had been reviewed, we want to make

6    sure that as the Dev instructions are used that they do not

7    contain anything that they shouldn't.  So the Dev instructions

8    are reviewed by legal to make sure that they only contain our

9    work product.

10   Q    So when you testify that Dev instructions don't have

11   Oracle code, you're not testifying about the drafts, correct?

12   A    It's possible that the drafts could contain something.

13   I'm not aware of situations where that's happened.

14         But the drafts are reviewed by legal before we start

15   using them just to make sure that everything that's in them is

16   appropriate before we start doing work for subsequent clients.

17   Q    And just to tie up one thing on the Easter Seals issue,

18   if you look at OREX_90, and you look at the top, the file that

19   was being sent --

20   A    Yes.

21   Q    -- you see, RSIF07_EAS_GA [sic], and it's a zip file.

22   A    Right.

23   Q    Right.  And then if we look at the update that you sent

24   to -- that was sent to EZCorp, which was OREX_432 --

25   A    Yes.

1   Q    -- you see the attachment.

2   A    Yes.

3   Q    The file name is the same for the update sent to Easter

4   Seals; is that right?

5   A    No.  The file name is different.  It has the client --

6   the client code in it is EZP.  See the difference?

7   Q    I see.  All right.  Thank you.

8        All right, violation 10.

9        Now, with regards to this violation, were you

10  testifying based on your interpretation of business records or

11  from your actual memory?

12  A    Can you clarify what you're talking about, violation

13  10 --

14                        (Simultaneous indecipherable
                           conversation.)

15  Q    This is where we're talking about Home Shopping Network

16  and Rockefeller.

17  A    Okay.

18  Q    With that, were you testifying from your review of

19  business records or from your personal memories?

20  A    Again, both.  It's a combination of both for sure.

21  Q    Okay.  The -- now, the -- if you look at OREX_127 --

22  A    Okay.

23  Q    It's much easier to read on the screen than it is on

24  paper.

25        The -- that would indicate that HCM200105 was tested

1    in the environment for the Santa Clara Valley Water District,

2    correct?

3    A    I can't tell you that.  I'm not very familiar with this.

4              This looks to be something out of our QA software

5    that the quality assurance team would do.  This isn't a system

6    that the development team uses.

7    Q    Right.  If you see -- if you look at the -- at page 1 and

8    the screen where it says -- oh, I'm sorry, page 2, Company,

9    okay, that indicates that this was done in the Santa Clara

10   Valley Water District environment, correct?

11   A    I couldn't say unequivocally.  Again, I was not involved

12   in this at all.  This would be better directed towards someone

13   on the QA team like Brenda Davenport or Kim Martinez.

14   Q    All right.  But you do recognize this is a business

15   record of Rimini.

16   A    It looks like it's out of Spira which is the system that

17   the QA team uses for tracking testing in the QA environments.

18   Q    I believe it's already been admitted.

19              If we can look at OREX_52.

20   A    I don't have that one in my binder, but go ahead.

21   Q    I will show it to you on the screen.

22   A    Yeah, it's not in the binder.

23   Q    It's a short --

24   A    It looks like it's an e-mail that contains an excerpt of

25   a conversation between Sara Lu, who is on the QA team, and Don

828

1    Sheffield, who is on my development team.

2    Q    All right.  And this has been admitted.

3            And the -- this is not something you reviewed as

4    part of your attempt to testify about what happened here.

5    A    No.

6    Q    Okay.  The -- well, then, let's try 127 then.  This is

7    very hard to read so it's easier on the screen.

8            Do you recognize this Spira record?

9    A    Isn't this what we just had up on the screen a moment

10   ago?  It looks the same.

11   Q    I want to go page 4.

12           So you're entirely unfamiliar with the testing

13   records here or that happened for --

14   A    The development team doesn't use Spira, doesn't record

15   the QA test results or anything of that nature.  It's the

16   quality assurance team that stores the test records at Spira

17   and conducts the quality assurance test in the clients' test

18   environments.

19   Q    All right.  Let me put it to you this way, then.  You

20   spent a long time going through the -- how Rimini developed

21   the -- developed this file.  You showed us the Dev

22   instructions in the environment of Home Shopping Network and

23   presumably Rockefeller.

24   A    Yes.

25   Q    All right.  Are you aware of any evidence that Rimini

1    tested that rsiqtrtx.sqr in either the Rockefeller or Home

2    Shopping Network environments after they contracted with

3    Rimini for support?

4    A    I could say unequivocally that the development team would

5    have conducted unit tests on it in the development environment

6    to verify that their changes worked.

7           Beyond that, it would have been turned over to the

8    QA team to conduct their tests which I suspect that they have

9    records of.

10   Q    Right.  And so right now you're just testifying about

11   what you think happened, but you don't know what happened.

12   A    No, I know what happened with regard to the development

13   effort and unit testing --

14   Q    And I'm asking about -- I'm asking about QA testing.  You

15   don't know what happened to that.

16   A    No.  It's turned over to them, and when -- and when they

17   are finished, then we proceed with packaging and delivery.

18           MR. ISAACSON:  All right.  The violation 1, a

19   few things here.

20           First of all, you testified about warnings that

21   are given to clients, and there's been a lot talk about that,

22   and so, Matt, if you could pull up DTX-41 at column GB.

23           THE WITNESS:  I don't have that one either, but

24   I --

25           (Simultaneous indecipherable
                conversation.)

830

1      MR. ISAACSON:  This is impossible to -- this is

2  a huge file and I need the text of it so I see one of the

3  cells.  All right.  And make it bigger.

4  BY MR. ISAACSON:

5  Q   This is the standard warning that you were referring to,

6  right?

7  A   I don't access our client portal.  I'm aware of the fact

8  that they had a warning on the portal.  I don't know

9  unequivocally that this is the exact warning that they have on

10  the portal.

11  Q   So the portal is -- uses SalesForce; is that right?

12  A   Yes, that's the location where clients would go to log a

13  case, and when they log that case through our portal, it's

14  creating a case inside of SalesForce.

15  Q   All right.  So you don't know what the client sees when

16  they're looking at a SalesForce case, for example, where this

17  language would be.

18  A   Right.

19  Q   You don't know -- I mean, if you get an e-mail from me,

20  there's all this legal stuff at the end below my signature

21  that the law firm puts in there about, you know, qualifiers

22  and warnings and things, it's standard boilerplate.

23      You don't know where this thing goes when a customer

24  is looking at it.

25  A   No.  Someone else would have to testify to that.

1    Q    All right.  The -- now, with regards to G6 Hospitality,

2    this is where you indicated that you and Ms. MacEachern, if

3    I'm saying her name right, were disciplined.

4    A    Correct.

5    Q    And how long after this event were you disciplined?

6    A    It was quite some time.

7    Q    This happened on -- well, how long ago were you

8    disciplined?

9    A    It was last year, I believe.

10   Q    So it would have been in the year 2020.

11   A    Yes, it was some time after it occurred.

12   Q    And was anyone else disciplined with respect to that

13   violation?

14   A    I believe Barbara, as the person who forwarded it, and

15   myself, as a person who was copied on the e-mail, and I

16   believe there was another person copied as well who was also

17   disciplined.

18   Q    And who also received a warning.

19   A    Yeah.

20   Q    All right.  The -- if we can look at, then, DTX-110.

21   A    Yes.

22   Q    And you had a chance to look at this with your counsel,

23   right?

24   A    Yes, I've seen this.

25   Q    All right.  And when -- there was no -- this was never

832

1   reported to the compliance department, correct,

2   security@riministreet.com?

3   A    Not to my knowledge.  It may have been, but I'm not aware

4   that it was.

5   Q    Right.  And when this -- when Thomas Glazer received

6   these files, Thomas Glazer never responded, "Don't send me

7   these files.  Stop that."

8   A    Yep, and that's what we need to be doing now.  That's

9   very clear.

10          We are still, I think, learning, and this is a

11   situation where we have had a few occasional cases where

12   things like this have happened, and we've got to make it more

13   clear to --

14   Q    This was a violation of your policy, correct?

15   A    It was, yes.

16   Q    And nothing was done about it?

17              MR. McCRACKEN:  Objection, lacks foundation.

18   BY MR. ISAACSON:

19   Q    Excuse me, what was your answer?

20   A    Do I answer?

21              MR. McCRACKEN:  Your Honor?

22              THE COURT:  If there's an objection, it's

23   overruled, but I think you should restate the question,

24   please.

25

1    BY MR. ISAACSON:

2     Q    All right.  Are you aware that anything was done about

3    this?

4     A    I don't know if it was.

5     Q    All right.  And if we can look at 97, OREX_97, we've got

6    to go to the Oracle book, this is a metadata file for the

7    document in question indicating that Mr. Glazer placed this in

8    Rimini's ShareFile account in November 2019, 10 months after

9    Rimini's client sent this documentation.

10         Are you aware that this has been in Rimini's

11   ShareFile?

12    A    No.

13              MR. ISAACSON:  I move to admit 97.

14              MR. McCRACKEN:  Objection, your Honor.

15              MR. ISAACSON:  It's metadata that's been

16   produced by Rimini associated with Exhibit 96.

17              MR. McCRACKEN:  I think it's pre-admitted.

18              MR. ISAACSON:  Oh, it's pre-admitted.  Okay.  I

19   don't know what we're arguing about.  I'm sorry.

20              MR. McCRACKEN:  I'm sorry as well.

21   BY MR. ISAACSON:

22    Q    All right.  And then, if you look at Exhibit 13 --

23    A    OREX_13?

24    Q    Yes, OREX_13.  And here -- and you've had a chance to

25   look at this SalesForce file.

834

1    A    No, I have not.

2    Q    You have not reviewed this to prepare for your testimony?

3    A    Is this the one with the file -- the DMS file that starts

4    statements, pspdt --

5    Q    Yes, taxdt.

6    A    Okay.  Yes, I have.  Yes.  I know what this is now.

7    Q    Right.  This is where you talked about Argit Ray and --

8    A    Yes, I recall.

9    Q    So RR Donnelley and Sons -- what happened here is RR

10   Donnelley and Sons opened a support case, correct?

11   A    Right.

12   Q    And Argit Ray, an employee of RR Donnelley, sent Rimini a

13   copy of this file, psptaxdt.dms, and he did that twice, once

14   by e-mail and once through SalesForce, correct?

15   A    He may have attached it to the SalesForce case.  I do

16   recall from earlier today that there was a separate e-mail

17   from his that was outside of SalesForce, yes.

18   Q    And the file in question is an Oracle file regarding data

19   associated with the Family Medical Leave Act and taxes for the

20   state of Washington, correct?

21   A    It was a script that contained stored procedures for a

22   COBOL program.

23   Q    All right.  And in the file, if you looked at the file,

24   it had Oracle copyright warnings, correct?

25   A    Yes.

1   Q   By the way, is there a scanning system that you're aware

2   of at Rimini to try and detect third-party IP such as Oracle's

3   IP?

4   A   Our compliance department would be responsible for

5   anything like that.

6   Q   All right.  The -- and is it your view that what happened

7   here with RR Donnelley and Sons was a violation of the

8   Acceptable Use Policy?

9   A   Yes.  We should not have Oracle files on our system, and

10  this was a case where the client clearly sent us one file that

11  contained stored procedures for a program.

12  Q   And, in fact, the file was also used to resolve the

13  client's problem, correct?

14  A   I don't know that.

15  Q   All right.  Well, let's walk through this briefly then.

16          The -- you looked at -- on page 8 of 12, the second

17  from the top, you looked at that before, this is where a file

18  was sent in SalesForce.  Do you remember that?

19  A   Yes, this is where the client attached the VMS by file.

20  Q   And that's because -- and the client is saying -- is

21  asking could you confirm if this is the latest version.

22  A   Right.  There was a question regarding the version that

23  they had in production and the version that we had just

24  delivered as part of the tax update.

25  Q   Right.  And then on the next page, page 8, second from

1    the top, Mr.  Nabhi, is that how you say his name?

2    A    We're talking on page 8?

3    Q    Yeah.

4    A    Where?

5    Q    Right there highlighted for you.

6    A    Sorry, on the screen?

7    Q    Yeah.  Is that Mr. Nabhi?

8    A    Yes.

9    Q    And he opens the file so that he can answer this

10   question.

11   A    This is -- hang on a second.  I'm not clear on who

12   Venugobal (phonetic) Nabhi is.  I'm not sure if that's the

13   client or someone that's -- it must be -- that must be Venu.

14          So these comments are to Argit, the client,

15   from Venu who is in Support.

16          Okay.  I'm with you.  Sorry it took me a minute to

17   make sure we were talking about here.  It is clearly from

18   Support.

19   Q    I guess you recognize him by the name Venu?

20   A    Venu.

21   Q    So Venu opens up the file so that he can answer the

22   question.

23   A    He says he.

24          "...can see only one DMS script that you've

25       attached as a change log.  I'm not able to see any

1     LHS or RHS screenshots."

2          This must be why the client e-mailed perhaps,

3     because the comment that the client added in the SalesForce

4     case did not have that screenshot.

5     Q    And Venu still works for Rimini, he could be a witness

6     here today, right?

7     A    He is one of our support engineers.

8     Q    All right.  And is it your view that what happened here

9     was a violation of the Acceptable Use Policy?

10    A    Yes, because when the support engineer recognized that

11    the client had attached an Oracle file, they should have

12    reported it to RSI security.

13    Q    Right.  And they never said to the client, "Stop sending

14    us this."

15    A    No, not in this example.

16    Q    And, to your knowledge, no one ever contacted

17    security@riministreet.com about what happened here.

18    A    No, not to my knowledge, although there was the

19    notification, the message on the portal, that the client would

20    hopefully have seen but apparently they did not see it or read

21    it.

22    Q    The -- and you're not aware that this file was

23    quarantined in any respect, are you?

24    A    The compliance department would handle that.  If it was

25    reported, it would be quarantined.

                                                                    838

1    Q    And, to your knowledge, this wasn't reported.

2    A    Not to my knowledge.

3    Q    All right.  And you also talked about Evergreen which

4    would be OREX_98, and you looked at this before.

5              This is where the client writes, "Found it now and

6    have attached it"?

7    A    Yes, this is where there was some confusion also about

8    where some of these files were being placed on Evergreen's

9    system and on folders in Evergreen's --

10   Q    And there's a number of PeopleSoft engineers on this

11   e-mail, Mandula Hosalli, Sara Lu, Syed Khari.  Are you

12   responsible for overseeing all of those three people?

13   A    The only person on my team is Syed Kari, he's a

14   developer.  Sara is QA, Mandula is environments support.

15   Q    All right.  And after this is found -- after the client

16   sends this, no one says to the client, "Don't send us this.  I

17   told you not to send this to me."

18   A    This was a compiler generated file.  This wasn't a file

19   that's part of the delivered software.

20             But, nonetheless, when the compiler compiles the

21   source code and produces the error messages, it will show some

22   of the source code in the compiler output that's showing the

23   errors in the compile.

24   Q    And the file itself was, as you say, a compilation, but

25   it was a compilation of Oracle PeopleSoft files and Rimini

1    modifications; is that right?

2    A    Yes, the RS files, the RSCBL or COBOL files were all our

3    work product, but it was just part of what was being compiled.

4    Q    And, again, this was not reported, there was no

5    discipline.  To your knowledge, there was no follow-up on

6    this.

7    A    I suspect they, you know, may not have realized that this

8    compiler output file contained Oracle IP.

9    Q    But you would view it as a violation of the Acceptable

10   Use Policy.

11   A    Yes.

12   Q    The -- and, in fact, Rimini used this file to provide

13   support to this client; isn't that right?

14   A    Yes, to determine what the issue was with the compile so

15   it could be corrected, yes.

16   Q    And the file had Oracle copyright notices, correct?

17   A    I don't know if they were displayed in the lis file or

18   not, but certainly the programs that were being compiled in

19   Evergreen's environment had copyright notices on them.

20                 MR. ISAACSON:  If I can just have a minute, your

21   Honor, to talk to my colleagues.

22                 THE COURT:  All right.  Go ahead, please.

23                 MR. ISAACSON:  If I can move to admit DTX-113.

24                 MR. McCRACKEN:  No objection.

25                 THE COURT:  It's admitted.

1                    (Plaintiff's Document Exhibit 133
                  received in evidence.)
2                MR. ISAACSON:  While the computers still

3    working, I have no further questions.

4                THE COURT:  All right.  Well, that being the

5    case, it looks like we'll have our adjournment in advance of

6    five o'clock, and we'll pick up with redirect examination in

7    the morning.

8                MR. McCRACKEN:  Thank you, your Honor.

9                MR. ISAACSON:  Thank you, your Honor.

10               THE COURT:  Thank you, counsel.  We'll be

11   adjourned at this time.

12                    (The evening recess was taken.)

13                         -o0o-

14        I certify that the foregoing is a correct
          transcript from the record of proceedings
15        in the above-entitled matter.

16   /s/Margaret E. Griener          September 23, 2021
      Margaret E. Griener, CCR #3, FCRR
17    Official Reporter

18

19

20

21

22

23

24

25

1                           **I N D E X**

2

3   DEFENDANT'S WITNESSES:                              PAGE:

4     BENGE, James

5        Direct Examination Resumed by Mr. McCracken      617
         Cross-examination by Mr. Isaacson               742
6

7   PLAINTIFFS' EXHIBITS:                 MARKED    RECEIVED

8       16 -                                          810
        23 -                                          812
9       33 -                                          812
       133 -                                          840
10     151 -                                          766
       397 -                                          777
11     429 -                                          821
       430 -                                          820
12     431 -                                          820
       432 -                                          819
13    1349 -                                          784
      1351 -                                          812
14

15  DEFENDANTS' EXHIBITS:

16     111 -                                          721
       204 -                                          729
17     306 -                                          638
       407 -                                          669
18     421 -                                          647

19

20

21

22

23

24

25

1

**'** 

**'15** [1] - 649:19
**'16** [1] - 649:19
**'18** [1] - 649:20
**'19** [1] - 649:20
**'US'** [1] - 788:6

**/**

**/s/Margaret** [1] - 840:16

**0**

**07** [1] - 673:9

**1**

**1** [14] - 619:3, 681:21, 681:25, 694:20, 708:23, 709:6, 715:5, 724:13, 727:11, 735:3, 744:15, 800:4, 827:7, 829:18
**1.0** [1] - 617:22
**10** [15] - 687:17, 704:3, 704:9, 704:12, 711:9, 758:7, 758:8, 758:10, 758:12, 758:14, 785:24, 823:18, 826:8, 826:13, 833:8
**10.2.251.108** [2] - 726:22, 727:4
**100** [2] - 724:15, 724:25
**100126** [1] - 685:16
**100127** [1] - 678:10
**1018** [1] - 785:25
**108** [1] - 782:21
**1099** [14] - 672:25, 673:12, 673:18, 677:11, 679:11, 680:3, 683:10, 683:12, 687:11, 814:10, 814:25, 819:23, 822:4
**1099-I** [1] - 675:1
**1099-INT** [7] - 674:6, 674:17, 675:8, 676:12, 676:18, 685:9, 685:14
**1099-MISC** [11] - 674:5, 674:16, 675:1, 675:3, 677:21, 677:25, 678:15, 681:13, 685:8, 685:19,

814:25
**1099/Global** [1] - 683:9
**1099M** [1] - 814:12
**1099M.sqr** [1] - 682:25
**1099s** [1] - 674:4
**10:45** [1] - 679:1
**10:50** [1] - 679:2
**11** [4] - 698:25, 704:14, 704:19, 704:22
**111** [2] - 721:20, 841:16
**113** [2] - 749:7, 802:21
**11th** [1] - 777:5
**12** [6] - 704:21, 705:10, 705:21, 766:9, 785:16, 835:16
**127** [1] - 828:6
**12:03** [1] - 723:10
**13** [7] - 705:25, 706:2, 706:20, 707:7, 719:11, 720:13, 833:22
**133** [2] - 840:1, 841:9
**1349** [5] - 781:24, 783:5, 783:23, 784:1, 841:13
**1351** [4] - 789:12, 812:18, 812:20, 841:13
**13th** [1] - 747:20
**14** [6] - 635:7, 638:8, 642:9, 747:13, 748:25, 749:3
**15** [2] - 759:14, 760:5
**15,000** [1] - 711:9
**151** [6] - 765:10, 765:12, 765:17, 766:2, 766:5, 841:10
**15th** [3] - 789:3, 790:25, 819:3
**16** [8] - 754:20, 785:15, 785:16, 810:11, 810:14, 810:22, 810:25, 841:8
**17** [16] - 635:9, 638:20, 641:3, 641:5, 750:7, 750:8, 750:9, 750:14, 751:8, 751:14, 752:12, 752:20, 757:19, 757:25, 802:21, 803:8
**18** [2] - 673:8, 677:7
**18-E** [3] - 718:6, 718:9, 719:4
**184** [1] - 782:1

**18th** [1] - 695:15
**19** [4] - 744:7, 746:5, 747:8, 747:9
**19th** [1] - 793:20
**1:15** [1] - 723:13
**1:20** [1] - 724:1
**1st** [3] - 685:25, 810:14

**2**

**2** [25] - 628:10, 628:14, 643:6, 652:6, 663:3, 668:23, 682:1, 686:13, 696:2, 696:9, 696:11, 718:20, 728:19, 733:22, 743:14, 772:21, 778:3, 788:1, 797:16, 800:3, 802:8, 805:1, 815:11, 827:8
**2.0** [12] - 617:22, 745:5, 745:8, 745:15, 748:13, 750:19, 750:23, 751:6, 752:6, 752:17, 800:9
**20** [1] - 695:4
**200049** [3] - 651:24, 654:6, 665:19
**2008** [1] - 766:19
**201** [2] - 808:2, 809:2
**2012** [2] - 649:19, 800:7
**2013** [1] - 649:19
**2014** [4] - 649:19, 744:20, 777:4, 777:5
**2017** [1] - 685:25
**2018** [46] - 646:11, 646:14, 648:3, 648:23, 649:23, 650:15, 652:3, 652:17, 654:8, 661:1, 668:16, 670:4, 670:10, 673:1, 673:8, 676:15, 676:17, 676:24, 676:25, 678:6, 678:10, 678:14, 678:17, 680:3, 680:7, 680:10, 681:17, 686:5, 695:15, 730:7, 743:4, 743:10, 747:20, 749:10, 751:24, 778:10, 789:16, 789:17, 790:1, 794:1, 794:7, 819:3,

819:21, 820:13, 820:25
**2018-B** [20] - 653:1, 653:3, 653:7, 655:15, 655:18, 655:22, 655:24, 655:25, 656:1, 656:5, 658:13, 660:16, 660:18, 663:16, 663:22, 671:25, 731:2, 781:15, 788:15
**2018-B)** [1] - 671:23
**2019** [27] - 634:15, 644:18, 645:16, 646:8, 647:16, 656:3, 656:9, 662:5, 669:5, 669:14, 671:11, 673:3, 676:20, 694:18, 711:3, 711:8, 711:9, 726:18, 729:21, 730:11, 738:17, 739:12, 767:19, 787:12, 789:19, 818:18, 833:8
**2020** [1] - 831:10
**2021** [6] - 616:6, 617:1, 724:1, 810:14, 810:15, 840:16
**204** [2] - 729:18, 841:16
**205** [1] - 739:3
**20th** [3] - 789:17, 794:1, 820:25
**21** [3] - 693:20, 785:11, 797:10
**21.11** [1] - 770:9
**21:11** [2] - 770:7, 772:18
**22** [5] - 731:12, 754:19, 767:3, 767:7, 805:2
**22nd** [3] - 678:6, 678:10, 743:9
**23** [6] - 616:6, 617:1, 724:1, 802:8, 840:16, 841:8
**23rd** [4] - 726:18, 743:4, 743:10, 800:7
**24** [2] - 770:22, 792:4
**24th** [9] - 649:22, 662:5, 775:7, 787:12, 787:18, 788:24, 791:1, 792:3, 798:25
**250** [1] - 711:4
**25th** [6] - 669:5, 729:21, 730:11,

730:18, 792:4, 797:16
**26th** [1] - 694:18
**27th** [1] - 654:8
**28** [12] - 671:11, 681:17, 713:18, 714:1, 714:23, 715:1, 797:11, 812:18, 812:20, 819:21, 820:13
**28th** [12] - 670:19, 671:21, 672:2, 676:15, 738:17, 792:18, 792:23, 793:2, 793:3, 794:16, 795:17, 806:1
**29th** [8] - 669:14, 670:15, 794:5, 794:6, 794:22, 795:4, 795:11, 808:24
**2:10-cv-0106-LRH-VCF** [1] - 616:5

**3**

**3** [20] - 616:23, 634:3, 696:19, 696:20, 697:1, 697:3, 697:5, 718:17, 726:15, 732:12, 733:22, 743:13, 746:5, 754:19, 768:3, 777:13, 787:12, 806:1, 840:16
**30** [2] - 758:2, 793:6
**302** [4] - 769:20, 769:23, 772:18, 804:14
**303** [1] - 770:3
**306** [2] - 638:2, 841:17
**30th** [2] - 654:20, 739:12
**31st** [1] - 654:16
**32** [2] - 782:22, 784:3
**33** [4] - 795:13, 812:18, 812:20, 841:9
**397** [5] - 777:1, 777:8, 777:11, 841:10
**3:30** [1] - 801:17
**3:35** [1] - 801:17
**3rd** [3] - 673:3, 676:20, 818:18

**4**

**4** [18] - 616:8, 645:12, 657:9, 671:2, 697:7,

697:8, 697:12,
714:18, 725:24,
729:4, 731:19,
757:8, 778:4,
785:10, 788:25,
805:4, 828:11
**400** [1] - 616:24
**401** [1] - 654:1
**407** [2] - 669:19,
841:17
**421** [2] - 647:24,
841:18
**429** [4] - 820:25,
821:5, 821:8, 841:11
**430** [4] - 820:12,
820:20, 820:23,
841:11
**431** [5] - 819:20,
820:4, 820:7,
820:10, 841:12
**432** [6] - 818:21,
819:10, 819:13,
819:14, 819:18,
841:12

**5**

**5** [16] - 639:12, 647:25,
671:1, 697:19,
697:20, 713:6,
717:22, 725:2,
757:10, 759:18,
759:19, 763:16,
768:25, 769:2,
777:13
**50** [1] - 818:4
**51** [2] - 765:9, 765:10
**53** [2] - 692:22, 695:24
**5th** [1] - 744:5

**6**

**6** [17] - 661:12, 672:16,
679:10, 698:1,
698:2, 749:10,
757:10, 757:11,
759:20, 759:21,
760:14, 763:16,
766:9, 812:23
**617** [1] - 841:5
**638** [1] - 841:17
**647** [1] - 841:18
**669** [1] - 841:17
**6th** [2] - 744:10,
751:24

**7**

**7** [11] - 654:15, 698:25,
699:1, 699:2, 699:8,

701:5, 756:24,
766:8, 766:22,
785:15, 786:20
**721** [1] - 841:16
**729** [1] - 841:16
**742** [1] - 841:5
**76** [1] - 782:14
**766** [1] - 841:10
**777** [1] - 841:10
**784** [1] - 841:13

**8**

**8** [7] - 701:21, 702:2,
720:9, 720:12,
835:16, 835:25,
836:2
**80** [1] - 818:5
**81** [1] - 665:3
**810** [1] - 841:8
**812** [3] - 841:8, 841:9,
841:13
**819** [1] - 841:12
**82** [1] - 667:7
**820** [2] - 841:11,
841:12
**821** [1] - 841:11
**84** [3] - 737:15,
737:18, 782:14
**840** [1] - 841:9
**89501** [1] - 616:24

**9**

**9** [6] - 703:2, 703:3,
703:23, 704:1,
758:8, 758:10
**9.1** [1] - 725:19
**90** [1] - 819:10
**93** [3] - 811:11, 811:14
**94** [1] - 811:2
**940** [9] - 645:23,
646:2, 648:3, 778:6,
778:22, 779:3,
785:25, 789:16,
799:24
**940a** [3] - 732:4,
802:3, 805:7
**96** [1] - 833:16
**97** [2] - 833:5, 833:13
**9:06** [1] - 617:1

**A**

**A's** [2] - 761:7, 761:22
**A.M** [1] - 617:1
**ability** [2] - 750:20,
764:22
**able** [19] - 638:9,
675:13, 675:16,

691:25, 705:14,
710:8, 710:10,
757:1, 757:19,
759:16, 767:6,
767:22, 776:9,
776:24, 778:18,
779:24, 793:11,
801:9, 836:25
**above-entitled** [1] -
840:15
**absolutely** [8] - 622:5,
657:1, 707:12,
710:6, 724:18,
732:18, 762:9, 806:3
**abstract** [1] - 619:9
**abundance** [3] -
751:16, 752:10,
752:19
**accept** [1] - 799:3
**Acceptable** [27] -
715:19, 716:9,
722:20, 722:24,
727:5, 748:16,
752:1, 752:12,
752:21, 753:20,
754:14, 754:25,
756:2, 756:8,
756:15, 756:17,
756:22, 757:1,
757:18, 759:8,
759:11, 760:9,
760:18, 799:4,
835:8, 837:9, 839:9
**acceptable** [1] - 717:7
**acceptance** [2] -
712:23, 776:5
**access** [37] - 620:3,
620:16, 621:4,
622:3, 704:7,
709:16, 710:10,
710:19, 710:24,
713:25, 714:16,
722:16, 749:19,
766:19, 767:7,
767:15, 776:3,
776:6, 776:8,
776:12, 776:13,
776:17, 776:23,
777:18, 777:25,
779:24, 780:6,
781:19, 781:21,
782:20, 796:23,
796:24, 797:3,
798:4, 798:13,
799:1, 830:7
**accessibility** [3] -
782:5, 782:7, 783:15
**Accessibility** [1] -
782:11
**accessing** [3] -

749:17, 783:19,
797:19
**accompanied** [1] -
675:10
**accompany** [2] -
626:20, 684:7
**according** [2] - 774:4,
792:15
**account** [1] - 833:8
**accurate** [1] - 686:1
**accustomed** [1] -
767:22
**Acrobat** [2] - 637:14,
638:6
**Act** [1] - 834:19
**action** [5] - 745:20,
753:6, 753:7,
753:20, 755:20
**actions** [4] - 699:16,
699:19, 753:9, 754:8
**activities** [3] - 749:13,
749:16, 765:4
**activity** [2] - 654:12,
657:12
**actual** [5] - 750:4,
772:8, 774:25,
798:12, 826:11
**add** [7] - 629:2,
629:12, 630:5,
631:3, 638:20,
639:19, 699:3
**added** [8] - 631:4,
665:8, 667:10,
698:20, 718:22,
737:20, 764:13,
837:3
**Added** [1] - 678:14
**adding** [4] - 631:9,
676:17, 700:21,
703:14
**addition** [1] - 648:9
**additional** [13] -
632:2, 632:17,
658:1, 680:12,
684:4, 728:13,
731:8, 736:24,
748:17, 752:11,
753:3, 772:12,
816:21
**address** [5] - 629:2,
665:20, 674:3,
738:2, 796:2
**addressed** [7] -
627:24, 641:24,
642:3, 649:13,
745:6, 745:8, 745:15
**addressing** [2] -
730:24, 804:9
**adhered** [1] - 751:4
**adjourned** [1] - 840:11

**adjournment** [1] -
840:5
**adjudicated** [1] -
744:18
**adjust** [4] - 648:24,
786:17, 786:18
**adjusting** [1] - 787:1
**adjustments** [1] -
638:4
**admit** [19] - 647:21,
747:8, 766:2, 777:7,
783:5, 783:23,
810:22, 811:14,
811:23, 812:14,
812:16, 819:10,
819:14, 820:4,
820:7, 820:20,
821:5, 833:13,
839:23
**admitted** [33] - 638:1,
647:23, 649:2,
665:4, 667:7,
669:18, 676:6,
681:12, 692:22,
721:19, 729:17,
731:13, 739:2,
747:8, 747:10,
747:14, 766:4,
777:10, 783:25,
810:24, 811:21,
811:22, 819:9,
819:10, 819:17,
820:9, 820:22,
821:7, 827:18,
828:2, 833:17,
833:18, 839:25
**Adobe** [9] - 637:12,
637:13, 637:16,
638:10, 647:4,
650:20, 682:10,
786:10, 804:10
**adopted** [1] - 752:6
**advance** [2] - 813:13,
840:5
**affect** [5] - 635:15,
643:22, 770:15,
770:18
**affected** [14] - 625:3,
625:7, 635:17,
635:19, 635:21,
636:8, 640:21,
644:25, 658:6,
664:5, 680:21,
693:11, 740:18,
748:19
**affects** [1] - 642:19
**afternoon** [8] - 672:3,
724:10, 724:11,
724:19, 742:16,
742:20, 801:15,

3

801:22
**AFW** [2] - 741:4, 741:15
**aggregating** [1] - 632:24
**agile** [1] - 816:15
**ago** [3] - 798:11, 828:10, 831:7
**agree** [8] - 740:3, 744:25, 775:21, 777:25, 794:18, 796:21, 821:10, 823:15
**agreed** [1] - 736:18
**agreeing** [1] - 810:2
**agreement** [5] - 813:1, 813:5, 813:13, 813:23
**agreements** [1] - 813:7
**ahead** [6] - 654:2, 679:7, 724:21, 801:15, 827:20, 839:22
**al** [2] - 616:4, 616:7
**align** [2] - 648:23, 787:6
**alignment** [12] - 646:11, 646:13, 652:17, 661:20, 785:18, 785:19, 785:22, 785:25, 786:23, 786:25, 787:10, 787:11
**allegation** [1] - 740:1
**Allen** [1] - 616:19
**allow** [6] - 622:22, 736:11, 756:18, 767:5, 775:20
**allowed** [1] - 696:22
**allowing** [1] - 777:25
**allows** [6] - 623:10, 661:1, 691:1, 691:2, 699:15, 705:13
**almost** [3] - 647:12, 676:3, 704:14
**alone** [1] - 790:25
**ambiguous** [3] - 743:16, 743:22, 744:1
**amount** [1] - 783:21
**Analysis** [1] - 816:18
**analysis** [12] - 623:22, 657:13, 773:10, 781:6, 790:6, 791:8, 791:11, 791:15, 791:25, 793:23, 805:6
**analyst** [2] - 671:7, 792:22

**analyst's** [1] - 669:21
**analysts** [9] - 623:23, 655:13, 668:15, 670:2, 731:22, 789:6, 793:23, 793:25, 795:9
**analyze** [1] - 765:25
**Analyzer** [1] - 748:6
**announced** [1] - 791:9
**announcement** [2] - 790:8, 794:2
**annually** [1] - 760:23
**ANSWER** [1] - 755:16
**answer** [10] - 660:19, 735:20, 760:14, 806:19, 810:2, 822:5, 832:19, 832:20, 836:9, 836:21
**answering** [1] - 734:9
**answers** [2] - 755:5, 775:18
**anticipated** [2] - 627:15, 799:2
**anytime** [1] - 649:10
**apologize** [4] - 749:2, 758:21, 759:14, 765:15
**APPEARANCES** [1] - 616:13
**appearing** [1] - 634:20
**applicable** [7] - 648:8, 670:10, 769:11, 771:9, 781:7, 781:14, 787:24
**Application** [5] - 693:24, 696:24, 701:10, 703:9, 707:17
**application** [8] - 628:4, 683:7, 690:25, 691:1, 691:2, 696:6, 705:2, 705:4
**applied** [5] - 622:6, 640:21, 718:11, 735:19, 786:8
**Apply** [1] - 741:3
**apply** [10] - 622:13, 625:23, 629:15, 679:24, 692:19, 694:11, 784:22, 808:6, 808:23, 817:21
**applying** [6] - 674:14, 738:13, 785:22, 785:25, 808:23, 809:20
**appreciate** [1] - 756:19

**approach** [1] - 789:13
**appropriate** [3] - 755:19, 801:15, 825:16
**appropriately** [1] - 806:17
**approved** [1] - 810:3
**April** [3] - 810:14
**AR** [2] - 782:8, 782:9
**area** [7] - 635:25, 636:11, 636:18, 660:8, 664:14, 737:22, 809:25
**Argit** [3] - 834:7, 834:12, 836:14
**arguing** [1] - 833:19
**Arjit** [2] - 721:4, 721:22
**arose** [1] - 769:13
**artifact** [4] - 651:15, 651:16, 655:19, 655:21
**artifacts** [1] - 801:11
**aside** [3] - 626:16, 767:22, 801:6
**aspersions** [1] - 772:7
**assembled** [2] - 679:2, 816:16
**assessment** [1] - 635:13
**associated** [6] - 685:18, 720:7, 766:20, 797:4, 833:16, 834:19
**association** [1] - 746:22
**assume** [4] - 657:16, 722:3, 800:25, 801:1
**assuming** [2] - 670:7, 794:13
**assurance** [12] - 620:16, 620:20, 620:21, 621:23, 622:4, 737:3, 751:7, 762:20, 779:20, 827:5, 828:16, 828:17
**asterisks** [1] - 649:8
**Atlassian** [1] - 653:20
**attach** [3] - 709:24, 710:3, 723:7
**attached** [16] - 634:23, 712:1, 714:2, 714:23, 715:13, 720:4, 720:8, 720:21, 722:1, 722:11, 740:16, 834:15, 835:19, 836:25, 837:11, 838:6

**Attached** [1] - 718:6
**attaches** [5] - 711:22, 720:1, 720:5, 720:6, 727:14
**attaching** [3] - 714:17, 714:24, 818:18
**attachment** [6] - 673:6, 673:14, 675:14, 718:25, 720:19, 826:1
**attachments** [1] - 673:5
**attempt** [1] - 828:4
**attempting** [2] - 646:8, 777:24
**attended** [1] - 716:14
**attention** [3] - 634:14, 716:5, 755:8
**attitude** [1] - 812:8
**Attorneys** [2] - 616:17, 616:21
**attributes** [3] - 696:5, 698:7, 698:22
**audit** [1] - 792:15
**August** [3] - 743:4, 743:9
**AUP** [7] - 716:12, 716:17, 717:3, 717:10, 756:10, 757:22, 799:19
**authentic** [1] - 810:20
**authentication** [1] - 783:20
**authority** [3] - 754:18, 793:18, 793:20
**Authorized** [2] - 714:9, 715:15
**automatically** [3] - 665:10, 737:21, 738:19
**automation** [5] - 623:9, 740:23, 748:5, 807:4, 807:10
**availability** [2] - 673:11, 801:18
**available** [8] - 633:16, 665:20, 667:21, 675:18, 738:2, 778:9, 778:16, 808:7
**average** [1] - 677:6
**aware** [22] - 753:19, 754:3, 754:4, 754:6, 754:16, 755:23, 760:15, 761:1, 761:3, 765:2, 792:25, 807:3, 812:25, 813:2, 825:13, 828:25, 830:7, 832:3, 833:2, 833:10, 835:1,

837:22

# B

**B's** [10] - 630:24, 631:9, 761:8, 761:13, 783:3, 783:4, 784:7, 784:8, 784:12, 784:23
**B999** [6] - 639:15, 639:23, 640:18, 641:8, 641:10, 645:6
**B999999.99** [1] - 638:23
**background** [1] - 618:4
**Barbara** [7] - 711:13, 711:16, 713:8, 714:22, 715:8, 717:1, 831:14
**base** [2] - 617:8, 694:16
**based** [7] - 692:4, 716:4, 747:25, 772:3, 791:18, 800:14, 826:10
**basis** [5] - 773:8, 773:11, 773:23, 774:21, 775:13
**batch** [1] - 705:15
**battles** [2] - 746:7, 746:8
**bear** [1] - 765:13
**become** [1] - 792:25
**becoming** [1] - 655:16
**BEFORE** [1] - 616:2
**beforehand** [1] - 682:17
**beginning** [4] - 656:3, 760:23, 788:14, 793:24
**begins** [2] - 759:19, 759:20
**behalf** [1] - 617:17
**Below** [1] - 713:13
**below** [5] - 666:23, 699:8, 700:16, 722:3, 830:20
**benefit** [1] - 756:4
**Benge** [73] - 617:11, 617:15, 618:15, 628:13, 628:21, 630:21, 631:12, 631:24, 635:3, 637:21, 639:6, 639:15, 642:14, 643:8, 644:3, 647:14, 648:2, 649:4, 650:14, 651:4, 651:14,

4

652:12, 652:20,
653:15, 657:11,
661:8, 661:15,
661:24, 665:6,
665:16, 667:9,
669:10, 671:19,
672:22, 673:25,
676:10, 677:5,
677:18, 679:6,
679:9, 681:11,
685:13, 686:15,
689:4, 689:25,
692:24, 695:11,
696:19, 697:20,
698:18, 702:2,
703:3, 706:2,
711:17, 716:11,
720:12, 724:6,
724:10, 725:2,
728:20, 729:10,
731:15, 733:20,
736:14, 737:18,
737:23, 739:24,
741:25, 742:12,
742:19, 783:8, 802:2
**BENGE** [2] - 617:17,
841:4
**Benjamin** [1] - 616:14
**best** [7] - 713:9, 742:2,
752:5, 752:14,
752:23, 752:24,
772:3
**better** [5] - 618:10,
766:23, 767:1,
781:19, 827:12
**between** [15] - 620:11,
623:5, 624:19,
668:2, 679:1,
680:23, 719:23,
722:9, 770:23,
793:21, 801:17,
813:23, 813:24,
814:2, 827:25
**beyond** [3] - 684:6,
751:21, 829:7
**big** [1] - 758:1
**bigger** [1] - 830:3
**Bill** [2] - 742:19
**binder** [15] - 653:22,
677:5, 700:22,
743:6, 744:7,
747:14, 748:23,
749:7, 765:15,
777:2, 782:1, 811:3,
818:22, 827:20,
827:22
**binders** [3] - 742:22,
742:23, 742:24
**bit** [9] - 618:4, 632:12,
646:24, 670:20,

690:18, 693:20,
698:5, 699:1, 805:1
**Blackmarr** [1] - 711:16
**blank** [1] - 643:18
**blanks** [1] - 638:25
**block** [1] - 765:8
**blow** [9] - 639:13,
651:12, 652:6,
661:13, 672:20,
676:7, 705:25,
715:5, 737:22
**blown** [1] - 701:23
**blue** [8] - 619:18,
620:4, 629:1, 629:4,
629:8, 629:21,
629:24
**boarded** [1] - 694:15
**boarding** [8] - 709:18,
712:5, 712:11,
712:17, 716:4,
717:21, 749:20,
767:10
**boilerplate** [1] -
830:22
**book** [1] - 833:6
**borders** [1] - 638:9
**boss** [1] - 716:15
**bottom** [36] - 619:11,
629:16, 649:21,
649:25, 654:13,
654:23, 657:11,
663:4, 666:14,
668:23, 671:2,
671:5, 671:23,
674:9, 676:13,
676:14, 689:18,
689:22, 704:21,
720:10, 720:13,
727:13, 729:24,
731:25, 743:14,
744:14, 749:14,
769:1, 771:4,
777:19, 782:15,
785:17, 787:13,
788:2, 788:3, 805:5
**box** [27] - 620:4,
629:16, 634:20,
635:7, 635:9, 637:4,
637:9, 637:11,
637:15, 638:5,
638:8, 638:9,
638:20, 639:2,
641:3, 641:5, 642:9,
649:8, 652:6,
652:12, 676:7,
677:16, 678:9,
720:10, 720:13
**boxes** [13] - 619:18,
619:24, 628:14,
634:18, 637:1,

648:16, 648:19,
678:18, 684:4,
721:3, 786:16, 787:8
**brand** [1] - 627:7
**brand-new** [1] - 627:7
**break** [7] - 678:23,
679:6, 679:9,
801:13, 801:15,
801:22, 802:2
**breaks** [1] - 798:21
**Brenda** [3] - 684:14,
733:15, 827:13
**Brian** [1] - 716:15
**brief** [2] - 649:13,
689:14
**briefed** [1] - 755:11
**briefing** [2] - 754:13,
755:18
**briefly** [2] - 776:2,
835:15
**broke** [2] - 617:21,
724:13
**brought** [1] - 755:7
**bug** [20] - 635:12,
635:14, 635:21,
636:1, 636:3, 636:9,
636:10, 636:19,
639:20, 640:18,
641:20, 642:3,
642:21, 642:23,
642:25, 644:18,
768:6, 770:11,
770:12
**buggy** [1] - 636:7
**build** [2] - 691:1,
707:5
**built** [1] - 719:16
**bundle** [9] - 624:22,
632:24, 674:3,
678:2, 679:14,
679:17, 737:8,
737:9, 796:13
**bundled** [1] - 685:20
**business** [39] - 621:3,
623:23, 624:13,
645:24, 647:19,
655:13, 657:13,
668:15, 669:21,
670:2, 671:7,
688:16, 688:23,
731:22, 764:5,
764:14, 764:22,
765:4, 765:8,
776:24, 781:6,
781:7, 789:6, 790:5,
790:15, 791:8,
791:11, 791:15,
791:25, 792:22,
793:5, 793:23,
793:25, 795:9,

805:6, 826:10,
826:19, 827:14
**Business** [1] - 816:18
**BY** [105] - 617:20,
618:14, 619:4,
628:12, 630:20,
631:11, 631:23,
635:2, 637:6,
637:20, 638:3,
639:5, 639:14,
642:13, 643:7,
648:1, 648:13,
649:3, 650:13,
651:3, 651:13,
652:11, 653:14,
656:8, 657:10,
661:7, 661:14,
663:6, 665:5,
665:15, 667:8,
669:1, 669:9,
669:20, 671:4,
671:18, 672:21,
673:24, 676:9,
677:17, 679:8,
681:10, 685:12,
686:14, 689:3,
689:24, 692:23,
695:10, 698:17,
702:1, 706:1,
711:12, 713:7,
714:20, 715:6,
717:15, 717:24,
718:21, 719:12,
720:11, 721:5,
721:10, 721:21,
724:12, 724:23,
726:16, 727:12,
727:20, 728:18,
729:19, 729:23,
731:14, 732:1,
732:14, 733:19,
735:1, 736:13,
737:17, 739:4,
742:18, 747:12,
750:3, 754:22,
760:4, 766:6,
775:22, 777:12,
783:13, 784:2,
789:15, 796:14,
802:1, 802:9,
810:12, 811:1,
812:21, 818:12,
819:19, 820:11,
820:24, 821:9,
830:4, 832:18,
833:1, 833:21

---

**C**

---

**calculate** [1] - 645:24
**calculating** [1] - 648:5

**California** [2] - 786:5,
786:6
**Canada** [2] - 762:12,
799:16
**Canadian** [1] - 799:16
**cannot** [3] - 730:1,
764:17, 817:6
**capacity** [1] - 634:9
**carefully** [1] - 733:7
**case** [72] - 633:12,
633:24, 634:15,
634:24, 643:14,
646:22, 650:2,
656:10, 656:11,
656:23, 657:2,
657:16, 665:8,
665:11, 665:20,
667:10, 674:25,
684:23, 690:21,
691:19, 700:4,
700:13, 709:25,
716:6, 719:14,
723:7, 729:14,
732:3, 734:22,
735:25, 737:19,
737:20, 738:2,
739:16, 740:1,
751:1, 769:13,
772:10, 773:7,
773:11, 773:23,
774:21, 775:13,
778:21, 786:2,
788:13, 789:10,
791:4, 799:13,
799:21, 804:4,
804:9, 804:12,
805:7, 807:15,
815:19, 819:11,
824:17, 830:13,
830:14, 830:16,
834:10, 834:15,
835:10, 837:4, 840:5
**case-by-case** [5] -
773:7, 773:11,
773:23, 774:21,
775:13
**cases** [4] - 633:21,
664:22, 710:2,
832:11
**Casey** [1] - 616:21
**cast** [1] - 772:7
**caused** [1] - 642:6
**causing** [1] - 642:17
**caution** [3] - 751:16,
752:10, 752:19
**cautious** [1] - 723:1
**cc'd** [1] - 717:1
**CCR** [2] - 616:23,
840:16
**cells** [1] - 830:3

Center [1] - 819:22
CEO [5] - 744:9,
  746:6, 754:15,
  755:24, 755:25
certain [7] - 642:20,
  688:7, 730:15,
  749:13, 753:17,
  771:7, 824:17
certainly [6] - 632:3,
  767:21, 772:10,
  810:3, 817:6, 839:18
certify [1] - 840:14
cetera [1] - 823:11
CH [1] - 738:4
CH-H900MATM [1] -
  738:4
chain [15] - 644:2,
  661:8, 663:4,
  669:10, 671:2,
  712:9, 717:19,
  718:17, 718:22,
  731:15, 731:20,
  733:5, 733:18,
  734:14, 735:23
challenge [1] - 766:18
challenges [1] -
  766:20
chance [2] - 831:22,
  833:24
change [37] - 622:14,
  625:4, 625:9,
  625:12, 637:2,
  637:9, 637:14,
  638:6, 638:13,
  638:22, 639:18,
  639:25, 640:7,
  640:10, 640:14,
  640:21, 649:21,
  649:23, 651:15,
  655:9, 660:6,
  661:22, 669:22,
  680:13, 680:14,
  685:18, 695:6,
  732:10, 751:20,
  761:15, 769:7,
  769:9, 779:6, 780:3,
  780:16, 799:16,
  836:25
changed [19] - 628:20,
  632:6, 637:5, 641:5,
  646:17, 655:13,
  657:15, 657:19,
  658:2, 672:4, 677:1,
  788:6, 788:8,
  788:12, 789:9,
  790:6, 790:25,
  791:3, 817:4
changes [58] - 617:25,
  620:1, 620:12,
  620:15, 623:24,

624:3, 624:6, 624:9,
  625:23, 626:6,
  628:1, 629:15,
  632:9, 635:25,
  645:1, 646:18,
  646:20, 652:3,
  656:20, 658:18,
  659:11, 659:16,
  665:21, 666:1,
  666:23, 680:1,
  680:17, 680:21,
  681:2, 682:14,
  682:20, 685:15,
  688:10, 692:19,
  694:11, 699:19,
  722:8, 731:5,
  736:19, 738:3,
  738:10, 742:3,
  745:4, 745:5,
  748:12, 763:21,
  778:22, 779:7,
  784:12, 784:24,
  794:14, 817:3,
  817:5, 817:10,
  817:21, 823:22,
  829:6
changing [6] - 624:4,
  626:13, 638:10,
  638:15, 681:25,
  778:23
character [2] - 696:4,
  741:20
charge [1] - 800:23
chart [1] - 666:14
Chatted [1] - 735:24
chatted [1] - 736:1
check [2] - 648:16,
  648:19
checking [1] - 684:4
checklists [1] - 740:21
Chief [1] - 716:14
Children's [5] -
  717:21, 718:2,
  718:11, 820:14,
  823:11
chopped [1] - 634:20
chosen [1] - 750:13
chronology [1] -
  774:25
circumstances [2] -
  621:19, 642:4
City [88] - 639:24,
  639:25, 640:3,
  640:7, 640:8,
  640:10, 640:15,
  640:17, 640:18,
  643:25, 645:2,
  645:4, 658:10,
  658:11, 658:16,
  658:17, 658:18,

658:23, 659:1,
  659:3, 659:4, 659:6,
  659:7, 659:14,
  662:24, 662:25,
  663:9, 663:10,
  664:15, 669:3,
  672:6, 672:7,
  672:10, 672:11,
  672:13, 672:14,
  768:7, 768:8,
  768:11, 768:15,
  769:10, 769:14,
  769:16, 769:17,
  769:25, 774:3,
  774:6, 774:9,
  774:11, 774:12,
  774:17, 774:18,
  775:4, 775:17,
  775:23, 777:14,
  779:4, 779:8, 780:5,
  781:3, 781:9,
  781:16, 781:22,
  782:15, 783:15,
  787:15, 796:22,
  796:25, 797:25,
  798:3, 799:3, 799:8,
  799:17, 815:12,
  815:14, 815:16,
  822:1, 822:7, 822:8,
  822:13, 822:14,
  822:19, 822:20
Clara [2] - 827:1,
  827:9
clarify [3] - 757:6,
  812:3, 826:12
clarity [2] - 734:21,
  767:23
clear [14] - 649:17,
  652:4, 655:16,
  662:14, 710:8,
  723:5, 734:2,
  760:11, 762:25,
  806:11, 814:4,
  832:9, 832:13,
  836:11
clearly [4] - 756:17,
  789:9, 835:10,
  836:17
Cleveland [1] - 797:23
client [245] - 620:2,
  621:7, 621:9,
  621:12, 621:16,
  621:20, 622:16,
  622:17, 622:18,
  623:2, 623:3,
  623:10, 623:13,
  623:21, 624:2,
  624:6, 624:9,
  624:12, 624:16,
  624:20, 625:3,

625:8, 626:20,
  628:1, 628:5,
  628:15, 630:9,
  630:10, 630:21,
  630:23, 630:24,
  631:9, 631:14,
  631:19, 632:16,
  632:19, 632:20,
  633:1, 633:7,
  633:11, 633:20,
  634:10, 640:4,
  640:6, 641:4,
  643:14, 648:8,
  651:15, 652:9,
  652:13, 652:15,
  653:6, 653:9,
  656:23, 656:24,
  657:6, 657:15,
  658:9, 658:14,
  658:21, 659:2,
  660:1, 660:13,
  661:2, 661:3,
  665:18, 667:19,
  668:7, 671:9, 672:9,
  673:10, 675:18,
  681:3, 686:10,
  686:25, 687:13,
  688:24, 691:14,
  693:23, 694:16,
  696:11, 697:5,
  699:10, 700:4,
  705:7, 706:13,
  706:15, 707:23,
  708:14, 709:22,
  712:3, 712:10,
  712:11, 712:19,
  713:1, 713:4,
  713:23, 714:11,
  715:9, 715:12,
  716:3, 717:2,
  717:20, 720:1,
  720:5, 720:7, 720:8,
  720:21, 721:6,
  721:23, 722:11,
  723:4, 725:14,
  727:3, 727:13,
  727:16, 730:15,
  732:11, 736:19,
  737:10, 737:20,
  738:23, 740:20,
  741:10, 741:13,
  741:20, 742:11,
  745:12, 756:4,
  756:5, 756:6, 756:9,
  756:10, 759:2,
  760:12, 761:7,
  761:8, 761:9,
  761:11, 761:13,
  761:14, 761:15,
  761:19, 761:22,
  761:24, 762:3,

762:7, 762:8,
  762:16, 762:17,
  762:18, 762:22,
  763:3, 763:4, 763:5,
  763:7, 763:25,
  764:18, 764:19,
  767:6, 767:8,
  767:10, 769:11,
  771:6, 772:11,
  776:3, 777:14,
  777:20, 777:24,
  781:7, 781:19,
  782:25, 783:3,
  783:4, 784:7,
  784:11, 784:20,
  784:22, 784:23,
  784:25, 785:3,
  785:4, 785:5,
  787:23, 787:24,
  788:17, 796:2,
  800:22, 803:3,
  803:7, 809:23,
  813:10, 814:1,
  814:17, 816:2,
  816:4, 816:10,
  816:11, 816:13,
  816:14, 816:23,
  817:13, 817:14,
  817:17, 817:20,
  817:21, 819:6,
  819:25, 820:18,
  821:19, 823:1,
  826:5, 826:6, 830:7,
  830:15, 833:9,
  835:10, 835:19,
  835:20, 836:13,
  836:14, 837:2,
  837:3, 837:11,
  837:13, 837:19,
  838:5, 838:15,
  838:16, 839:13
client's [24] - 619:11,
  619:14, 619:16,
  619:25, 621:2,
  622:6, 622:23,
  622:24, 623:6,
  624:15, 629:10,
  630:14, 631:5,
  691:6, 691:9,
  705:19, 706:16,
  710:16, 756:2,
  760:11, 761:2,
  763:13, 813:9,
  835:13
client-facing [1] -
  626:20
client-hosted [5] -
  661:2, 675:18,
  742:11, 763:25,
  781:19
Clients [1] - 766:23

6

**clients** [206] - 622:3,
622:20, 625:7,
625:13, 625:16,
625:23, 626:7,
626:13, 627:20,
627:24, 628:3,
630:18, 632:13,
632:18, 635:16,
635:17, 635:19,
635:22, 635:24,
636:1, 636:4, 636:6,
640:3, 640:15,
640:21, 641:21,
641:25, 642:2,
642:3, 642:7,
642:16, 642:20,
642:24, 643:17,
643:21, 643:25,
644:13, 644:15,
644:17, 644:22,
644:23, 644:25,
650:16, 653:1,
653:2, 653:6, 653:9,
654:9, 655:3, 655:6,
655:8, 655:17,
656:4, 656:5,
656:10, 656:17,
657:2, 657:20,
657:24, 657:25,
658:2, 658:4,
658:11, 658:15,
659:15, 659:19,
659:21, 660:15,
660:16, 660:17,
662:8, 662:12,
662:15, 662:18,
663:15, 663:24,
663:25, 664:1,
664:6, 664:12,
664:16, 668:9,
668:17, 669:4,
670:8, 670:9,
670:12, 670:14,
671:20, 671:25,
672:3, 681:5,
681:23, 684:9,
684:18, 684:25,
685:5, 687:9, 694:7,
694:9, 694:11,
694:13, 694:15,
709:11, 709:17,
710:4, 711:2,
719:24, 731:1,
733:8, 735:8, 735:9,
735:16, 740:17,
741:19, 741:20,
746:23, 749:20,
753:2, 762:1, 764:4,
764:10, 767:1,
767:5, 767:11,
768:10, 768:18,

770:11, 770:16,
770:18, 771:10,
772:23, 773:2,
773:10, 773:22,
774:1, 774:8,
774:21, 775:14,
776:5, 776:16,
778:18, 780:18,
781:14, 782:20,
783:18, 783:20,
785:23, 786:1,
786:3, 788:7,
788:15, 790:11,
790:18, 791:5,
791:13, 791:18,
791:19, 792:24,
793:4, 794:4, 795:3,
795:10, 796:3,
796:8, 796:17,
797:19, 799:10,
799:12, 799:14,
802:13, 803:3,
803:4, 803:6,
803:10, 803:17,
803:19, 803:23,
804:15, 804:21,
805:10, 813:2,
813:7, 815:21,
815:25, 816:6,
816:8, 818:2, 818:3,
818:4, 818:5, 822:2,
822:3, 822:17,
822:23, 823:13,
825:16, 829:21,
830:12
**clients'** [2] - 619:10,
828:17
**clock** [1] - 776:16
**close** [2] - 636:8,
716:5
**closed** [1] - 739:16
**closely** [2] - 757:22,
771:2
**closer** [1] - 618:9
**closest** [1] - 621:6
**COBOL** [2] - 834:22,
839:2
**COBOLs** [2] - 725:15,
725:24
**Code** [2] - 660:5,
748:6
**code** [55] - 623:18,
624:5, 625:10,
626:14, 626:22,
627:2, 627:4, 628:2,
628:5, 628:19,
628:22, 629:2,
629:9, 629:12,
629:23, 629:25,
630:1, 630:3, 630:5,

631:4, 631:10,
632:6, 638:11,
649:5, 661:22,
673:10, 676:3,
676:11, 676:17,
677:1, 677:19,
678:14, 690:18,
691:20, 695:12,
699:10, 699:17,
700:3, 709:10,
712:6, 741:20,
741:21, 745:13,
748:15, 756:9,
764:13, 784:12,
787:1, 807:8,
815:23, 824:16,
825:11, 826:6,
838:21, 838:22
**Code_After** [1] -
665:24
**COE** [1] - 779:8
**COE's** [1] - 799:8
**COEX** [4] - 663:8,
663:12, 769:24,
787:15
**colleagues** [1] -
839:21
**collected** [1] - 626:4
**collecting** [1] - 807:7
**collection** [2] - 694:1,
700:23
**collectively** [2] -
632:25, 751:2
**column** [6] - 782:8,
782:9, 789:21,
829:22
**combination** [1] -
826:20
**comfortable** [3] -
680:1, 734:5, 737:1
**coming** [4] - 709:18,
712:12, 767:11,
775:12
**comingle** [1] - 759:3
**comment** [4] - 665:8,
665:11, 665:13,
667:10, 737:19,
737:20, 738:23,
739:5, 837:3
**comments** [3] - 678:8,
694:17, 836:14
**common** [1] - 625:5
**communication** [1] -
736:12
**communications** [2] -
719:23, 729:2
**Community** [3] -
725:14, 725:20,
726:11
**companies** [1] -

790:14
**company** [9] - 653:19,
677:22, 718:1,
752:14, 754:19,
755:22, 759:23,
797:23, 811:4
**Company** [1] - 827:8
**company's** [2] -
758:11, 758:12
**compilation** [2] -
838:24, 838:25
**compile** [7] - 725:15,
726:8, 726:25,
727:1, 727:2,
838:23, 839:14
**compiled** [2] - 839:3,
839:18
**compiler** [5] - 709:22,
838:18, 838:20,
838:22, 839:8
**compiles** [1] - 838:20
**complaining** [2] -
729:25, 730:8
**complete** [11] -
624:17, 627:7,
633:18, 634:19,
666:5, 733:24,
761:12, 783:22,
801:9, 806:25,
808:12
**completed** [32] -
621:14, 633:15,
633:19, 642:2,
663:8, 663:12,
663:18, 664:25,
669:5, 682:3, 684:2,
686:11, 724:18,
731:6, 731:8, 733:7,
734:3, 751:4, 755:9,
755:14, 755:16,
765:23, 773:18,
775:14, 784:21,
790:18, 806:11,
808:15, 814:10,
815:12, 815:13
**completely** [2] -
750:20, 800:20,
815:23
**complex** [2] - 698:5,
745:19
**complexities** [1] -
767:6
**Compliance** [1] -
716:14
**compliance** [19] -
717:8, 746:18,
747:18, 747:23,
748:3, 751:8,
753:25, 754:7,
754:13, 754:24,

755:2, 755:10,
755:15, 755:17,
755:25, 759:21,
832:1, 835:4, 837:24
**comply** [8] - 742:1,
743:19, 745:23,
745:25, 746:11,
752:5, 759:22,
812:10
**component** [9] -
704:4, 704:6, 704:7,
704:15, 704:19,
704:20, 704:23,
705:2, 705:15
**components** [1] -
632:3
**comprised** [2] -
684:19, 735:13
**computer** [13] -
618:12, 697:1,
697:12, 724:16,
724:20, 727:4,
749:17, 749:19,
757:14, 758:19,
759:12, 783:4, 784:8
**computers** [1] - 840:2
**concept** [1] - 776:12
**concern** [1] - 635:18
**concerned** [1] -
813:14
**concerning** [3] -
672:25, 718:10,
738:22
**concerns** [8] - 618:3,
634:4, 687:17,
694:6, 709:6, 745:6,
764:23, 776:9
**conclusion** [3] -
661:25, 777:19,
804:1
**conditions** [2] -
759:23, 771:8
**conduct** [11] - 684:3,
684:4, 757:2,
761:21, 762:6,
762:15, 763:2,
763:11, 764:22,
822:19, 829:8
**conducted** [5] -
780:16, 808:17,
809:21, 822:25,
829:5
**conducts** [2] - 620:21,
828:17
**conference** [1] - 621:7
**confident** [3] - 736:20,
736:23, 758:22
**confidential** [2] -
753:13, 754:1
**configuration** [6] -

7

642:6, 642:20,
769:7, 769:9,
769:13, 773:16
**configured** [1] - 771:6
**confirm** [3] - 721:25,
779:21, 835:21
**confirmation** [1] -
809:18
**confirmed** [1] - 641:7
**confirming** [1] -
806:17
**conflicts** [1] - 722:9
**confusing** [1] - 670:20
**confusion** [1] - 838:7
**conjunction** [4] -
631:16, 751:5,
801:11, 804:4
**connect** [2] - 629:10,
630:24
**connection** [2] -
702:12, 729:4
**connectivity** [1] -
712:21
**consequences** [2] -
716:21, 717:9
**consider** [1] - 627:9
**considered** [1] -
750:24
**considering** [1] -
775:13
**consist** [1] - 735:8
**consistent** [6] -
655:19, 714:8,
714:10, 715:14,
727:5, 755:21
**consulted** [1] - 812:17
**contact** [2] - 714:15,
715:10
**contacted** [1] - 837:16
**contain** [8] - 629:25,
646:6, 690:6,
691:20, 719:23,
825:7, 825:8, 825:12
**contained** [9] -
673:14, 673:25,
675:15, 677:8,
715:25, 740:12,
834:21, 835:11,
839:8
**container** [1] - 693:24
**containing** [1] -
682:11
**contains** [5] - 673:7,
680:15, 702:16,
720:23, 827:24
**contemplated** [5] -
653:24, 654:4,
655:5, 657:2, 792:1
**contemplating** [3] -
662:17, 791:12,

791:16
**contemplation** [1] -
791:4
**contempt** [1] - 709:3
**content** [7] - 621:21,
621:22, 709:14,
716:10, 716:22,
717:2, 819:24
**contents** [2] - 679:21,
729:10
**context** [2] - 712:8,
769:2
**continue** [8] - 628:24,
642:14, 674:24,
675:6, 690:14,
704:18, 752:25,
803:16
**continued** [4] -
689:20, 803:9,
803:11, 804:22
**continues** [2] - 679:6,
724:6
**continuing** [2] -
743:13, 749:14
**contract** [5] - 712:19,
762:13, 762:14,
813:16, 814:2
**contracted** [3] -
687:10, 762:10,
829:2
**contractors** [1] -
677:23
**contracts** [3] - 781:17,
813:22, 814:1
**Control** [2] - 634:17,
771:24
**Controls** [36] - 634:4,
634:8, 634:15,
634:22, 635:10,
635:15, 636:19,
640:22, 641:9,
641:14, 641:16,
641:21, 642:5,
643:22, 645:1,
645:5, 645:6, 645:8,
645:10, 768:3,
768:6, 768:14,
768:17, 768:20,
769:14, 770:12,
771:11, 772:9,
772:14, 773:13,
802:7, 802:20,
803:13, 804:5, 804:9
**convention** [1] - 726:6
**conversation** [5] -
640:23, 736:15,
826:14, 827:25,
829:25
**coordinates** [5] -
648:24, 659:12,

662:2, 787:3, 787:8
**copied** [10] - 643:10,
645:19, 664:15,
688:4, 715:24,
716:9, 729:1,
733:10, 831:15,
831:16
**copies** [3] - 660:6,
706:7, 728:13
**copy** [7] - 638:10,
661:4, 699:10,
716:24, 717:4,
749:20, 834:13
**Copy** [1] - 683:10
**copying** [3] - 711:16,
750:4, 758:14
**copyright** [4] - 750:25,
834:24, 839:16,
839:19
**Corey** [1] - 616:16
**corner** [1] - 652:10
**correct** [145] - 621:8,
631:22, 643:24,
646:3, 647:20,
648:18, 648:22,
650:1, 650:18,
650:23, 651:23,
653:11, 658:7,
662:2, 662:3,
662:21, 667:14,
668:1, 672:5, 673:4,
675:5, 677:3,
678:11, 679:16,
680:8, 683:13,
683:16, 685:7,
689:12, 699:25,
702:11, 707:16,
710:23, 718:24,
719:8, 727:9,
731:18, 741:14,
743:23, 744:10,
744:11, 745:16,
746:1, 746:13,
746:14, 747:20,
747:21, 749:11,
749:12, 752:22,
753:11, 753:21,
754:8, 754:15,
755:3, 759:9, 761:4,
763:5, 764:7,
764:22, 765:5,
765:25, 768:5,
769:19, 770:19,
773:13, 773:24,
775:6, 775:23,
776:6, 776:19,
777:5, 778:7,
778:10, 778:13,
779:5, 779:10,
779:16, 779:19,

780:7, 780:9,
780:12, 781:1,
781:4, 781:11,
781:18, 782:18,
785:13, 786:3,
787:8, 787:19,
789:1, 789:20,
791:2, 792:6, 792:8,
792:20, 792:24,
794:2, 795:12,
796:7, 797:22,
798:5, 798:24,
800:13, 802:16,
802:25, 804:2,
804:6, 806:8,
806:15, 808:14,
809:3, 809:19,
810:5, 810:21,
811:6, 815:1,
816:14, 818:15,
818:19, 819:7,
819:22, 820:15,
821:3, 823:12,
824:9, 824:16,
824:19, 824:25,
825:1, 825:5,
825:11, 827:2,
827:10, 831:4,
832:1, 832:14,
834:10, 834:14,
834:20, 834:24,
835:13, 839:16,
840:14
**corrected** [3] - 804:10,
816:24, 839:15
**correctly** [4] - 632:8,
646:12, 684:5,
768:21
**correspond** [3] -
681:18, 686:6,
695:18
**corresponds** [1] -
721:11
**Costa** [1] - 777:14
**counsel** [21] - 743:5,
743:8, 745:19,
745:22, 746:2,
746:3, 769:20,
772:20, 788:2,
788:18, 792:20,
799:22, 800:2,
805:3, 805:25,
812:17, 814:9,
814:19, 825:2,
831:22, 840:10
**couple** [8] - 626:21,
654:19, 675:10,
696:24, 742:5,
752:9, 786:12,
789:19

**course** [9] - 625:11,
626:4, 643:3,
647:18, 681:2,
696:16, 717:16,
751:25, 770:22
**COURT** [42] - 616:1,
617:4, 617:12,
618:11, 638:1,
647:23, 669:18,
678:22, 678:25,
679:4, 721:19,
723:11, 724:4,
724:16, 729:17,
736:6, 736:11,
739:2, 742:14,
749:24, 759:25,
766:4, 775:20,
777:10, 783:10,
783:25, 789:14,
801:14, 801:20,
810:24, 811:21,
812:12, 812:19,
819:17, 820:9,
820:22, 821:7,
832:22, 839:22,
839:25, 840:4,
840:10
**court** [4] - 672:22,
724:20, 751:6, 808:9
**Court** [6] - 672:23,
709:2, 711:23,
724:25, 751:9,
796:16
**Court's** [5] - 742:1,
756:14, 757:3,
758:21, 759:15
**courtroom** [1] - 647:1
**cover** [1] - 757:19
**covered** [4] - 617:21,
757:2, 757:21, 761:1
**covers** [1] - 760:9
**Craig** [1] - 747:5
**Create** [7] - 659:18,
659:23, 663:20,
664:8, 682:16,
731:9, 741:3
**create** [34] - 649:11,
650:19, 650:20,
658:21, 677:13,
688:13, 691:2,
691:3, 691:6, 691:8,
691:12, 693:16,
693:23, 695:1,
695:6, 696:2, 696:6,
698:5, 698:9, 703:8,
707:6, 707:10,
708:4, 761:6, 761:7,
761:9, 761:21,
761:23, 762:6,
762:8, 763:4, 813:2,

815:22, 816:22
**created** [40] - 627:16, 628:7, 631:25, 649:18, 654:7, 660:25, 675:20, 675:23, 675:24, 682:7, 687:7, 688:14, 691:24, 692:4, 693:2, 693:13, 694:13, 695:6, 696:23, 698:20, 704:6, 704:25, 705:3, 707:4, 720:20, 740:14, 751:3, 762:16, 762:17, 783:2, 800:7, 800:15, 801:2, 801:10, 801:11, 815:10, 816:2, 821:17
**CreateUpdateFolders** [3] - 788:7, 807:5, 818:1
**creating** [18] - 626:4, 660:12, 696:21, 697:21, 698:3, 700:21, 700:23, 701:2, 703:4, 703:10, 703:18, 703:20, 704:4, 705:11, 708:12, 782:24, 785:3, 830:14
**Credit** [1] - 789:24
**credit** [15] - 645:24, 648:5, 668:17, 668:19, 670:3, 670:10, 778:6, 778:9, 778:14, 778:15, 778:20, 790:2, 791:22, 794:7, 800:25
**critical** [1] - 793:4
**cross** [4] - 742:15, 756:11, 756:14, 761:5
**Cross** [2] - 725:1, 841:5
**CROSS** [1] - 742:17
**Cross-examination** [1] - 841:5
**cross-examination** [1] - 742:15
**CROSS-EXAMINATION** [1] - 742:17
**cross-use** [3] - 756:11, 756:14, 761:5

**current** [4] - 722:2, 744:23, 765:4, 824:20
**custom** [1] - 820:18
**customer** [3] - 759:1, 817:23, 830:23
**customers** [1] - 658:6
**customization** [3] - 820:2, 820:14, 821:2
**customize** [1] - 691:1
**customized** [2] - 628:6, 819:24
**cut** [2] - 642:12, 693:6
**cycle** [1] - 642:1

## D

**D.C** [1] - 648:9
**D:\psoft** [2] - 726:9, 728:1
**data** [35] - 634:18, 635:7, 637:3, 638:5, 642:6, 642:7, 642:17, 646:13, 646:23, 648:17, 652:17, 659:12, 662:2, 676:17, 677:10, 678:14, 678:17, 691:4, 719:17, 771:6, 773:8, 773:12, 773:14, 773:15, 773:17, 773:24, 774:22, 775:4, 775:17, 775:23, 786:14, 786:16, 787:7, 834:18
**Data** [14] - 675:9, 690:2, 690:6, 702:3, 702:7, 702:15, 702:16, 702:18, 720:22, 764:9, 815:2, 815:4, 815:6, 815:18
**database** [5] - 677:10, 688:21, 707:6, 741:15, 807:4
**date** [30] - 654:7, 656:21, 662:4, 666:19, 669:2, 670:13, 673:2, 681:16, 681:18, 685:24, 694:17, 695:16, 695:17, 720:21, 729:20, 738:15, 738:16, 741:5, 741:18, 748:18, 767:17, 767:18, 775:7, 792:23, 800:17,

818:18, 819:21, 821:1, 824:2, 824:5
**date-timestamps** [1] - 666:19
**dated** [6] - 671:11, 726:18, 751:23, 751:24, 789:17, 808:23
**dates** [2] - 800:2, 800:4
**Davenport** [3] - 684:14, 733:15, 827:13
**days** [3] - 670:23, 766:19, 792:18
**deal** [3] - 628:2, 746:23, 771:20
**dealing** [2] - 685:9, 774:15
**December** [1] - 820:25
**decide** [1] - 801:1
**decided** [4] - 670:5, 670:13, 795:19, 796:7
**decimal** [1] - 638:25
**decision** [2] - 669:22, 793:7
**declaration** [1] - 782:22
**Declaration** [1] - 784:3
**deeper** [1] - 765:15
**defaulting** [1] - 699:18
**Defendant** [1] - 617:17
**DEFENDANT'S** [1] - 841:3
**Defendant's** [6] - 638:2, 647:24, 669:19, 721:20, 729:18, 739:3
**Defendants** [1] - 616:8
**DEFENDANTS** [1] - 616:19
**DEFENDANTS'** [1] - 841:15
**define** [2] - 696:7, 696:25
**defined** [2] - 756:14, 756:17
**definitely** [1] - 742:9
**definition** [10] - 693:24, 696:3, 697:9, 698:21, 701:13, 703:8, 703:11, 705:11, 706:22
**definitions** [1] - 707:5
**delete** [2] - 716:24,

717:6
**deliver** [12] - 633:1, 641:23, 670:14, 672:2, 675:14, 763:6, 794:4, 799:12, 799:14, 815:25, 822:20, 822:23
**deliverables** [1] - 776:4
**delivered** [33] - 622:10, 633:21, 633:22, 640:25, 641:25, 653:9, 656:21, 659:7, 663:1, 664:1, 665:1, 666:24, 667:1, 667:17, 674:8, 694:16, 722:5, 722:10, 732:9, 732:25, 737:10, 738:11, 740:8, 763:1, 780:24, 795:10, 796:5, 796:11, 799:23, 805:10, 821:2, 835:24, 838:19
**delivering** [14] - 620:15, 632:13, 641:20, 652:25, 670:8, 713:3, 737:1, 763:8, 763:14, 791:18, 809:23, 816:7, 819:20, 820:13
**Delivery** [1] - 644:10
**delivery** [37] - 621:15, 624:19, 625:2, 633:2, 633:4, 633:7, 633:8, 633:25, 666:3, 667:21, 667:23, 668:2, 668:3, 668:11, 735:25, 736:18, 736:25, 737:4, 737:13, 739:18, 762:19, 773:20, 780:4, 780:12, 780:13, 780:17, 780:20, 780:21, 780:25, 795:19, 809:2, 809:15, 809:17, 809:22, 810:4, 822:25, 829:17
**demonstrative** [8] - 618:25, 619:5, 619:15, 628:7, 629:17, 630:8, 630:21, 673:22

**department** [17] - 684:11, 684:13, 685:6, 733:11, 753:25, 754:13, 790:6, 791:9, 791:11, 791:16, 791:25, 801:1, 803:25, 813:21, 832:1, 835:4, 837:24
**depicted** [3] - 619:7, 629:16, 639:15
**deposition** [1] - 754:19
**depth** [1] - 772:12
**derivative** [9] - 757:13, 758:18, 763:18, 763:20, 764:6, 764:11, 764:14, 764:17, 813:2
**describe** [15] - 623:19, 627:22, 635:3, 652:14, 657:14, 659:24, 660:20, 665:6, 682:5, 698:2, 700:19, 702:2, 703:3, 712:18, 736:1
**described** [7] - 641:6, 701:15, 708:1, 708:17, 746:6, 751:21, 753:7
**describes** [3] - 680:20, 696:3, 698:22
**describing** [11] - 633:5, 639:15, 643:5, 652:12, 652:16, 663:7, 664:10, 669:21, 693:21, 712:2, 729:10
**description** [7] - 649:13, 655:14, 678:12, 681:24, 689:14, 703:7, 729:24
**design** [5] - 691:12, 698:9, 701:11, 703:8, 801:10
**designed** [1] - 688:6
**designer** [3] - 690:25, 691:2, 696:7
**Designer** [5] - 693:24, 696:25, 701:10, 703:9, 707:17
**destined** [1] - 671:20
**detail** [1] - 689:8
**detailed** [2] - 681:24, 792:17
**details** [1] - 801:9

9

**detect** [1] - 835:2
**determination** [11] -
668:15, 790:17,
790:20, 793:12,
794:3, 800:19,
801:7, 803:14,
803:16, 803:21,
803:24
**determinations** [1] -
800:23
**determine** [5] -
624:14, 763:20,
773:10, 801:6,
839:14
**determined** [4] -
623:25, 771:14,
773:15, 793:3
**determining** [1] -
623:24
**Dev** [54] - 619:11,
619:16, 619:23,
620:7, 621:11,
624:18, 625:21,
625:24, 626:2,
626:15, 626:16,
627:23, 628:15,
629:21, 629:25,
630:1, 630:6,
630:14, 658:25,
681:1, 688:24,
692:25, 693:9,
693:10, 694:8,
695:3, 695:23,
698:6, 700:13,
709:23, 710:12,
710:13, 710:25,
713:22, 713:24,
722:15, 723:6,
740:22, 784:24,
809:21, 823:20,
823:23, 824:1,
824:7, 824:8,
824:14, 824:15,
824:18, 824:24,
825:3, 825:6, 825:7,
825:10, 828:21
**develop** [10] - 640:16,
658:9, 694:22,
696:1, 731:3, 756:3,
763:2, 764:5,
814:18, 821:12
**developed** [46] -
632:16, 656:20,
658:16, 680:4,
680:10, 682:2,
684:15, 686:10,
687:2, 687:9, 688:3,
688:4, 688:17,
695:14, 695:15,
696:8, 732:19,

750:15, 750:17,
750:19, 750:23,
750:24, 751:10,
768:17, 778:5,
779:3, 779:6, 780:2,
800:20, 800:21,
802:4, 806:4, 806:8,
806:14, 806:17,
806:20, 806:22,
807:2, 808:8,
814:14, 815:6,
815:23, 816:5,
818:7, 828:20,
828:21
**developer** [37] -
620:13, 624:1,
625:11, 625:21,
626:3, 629:10,
630:13, 630:24,
631:18, 632:4,
632:18, 636:21,
638:5, 640:20,
658:17, 659:16,
660:22, 682:16,
693:3, 693:12,
693:22, 694:3,
694:10, 695:25,
696:6, 697:8,
698:22, 701:9,
703:17, 703:19,
707:2, 707:10,
708:6, 708:19,
727:23, 779:24,
838:14
**developer's** [1] -
692:18
**developers** [7] -
621:4, 746:20,
813:9, 813:18,
814:7, 823:23, 824:8
**developing** [9] -
623:20, 626:22,
659:14, 683:23,
696:16, 708:7,
712:22, 807:21,
807:24
**development** [141] -
618:8, 618:18,
619:25, 621:14,
622:3, 623:2, 624:1,
624:5, 624:15,
624:17, 625:25,
626:2, 626:8,
629:10, 629:13,
630:9, 630:11,
631:1, 631:5, 633:6,
633:15, 640:2,
642:2, 643:3, 652:2,
653:16, 653:20,
658:10, 659:19,

659:25, 660:2,
660:3, 660:8,
660:11, 660:13,
661:2, 661:4, 663:8,
663:10, 664:4,
664:5, 664:14,
665:21, 666:2,
666:6, 666:8, 668:8,
668:10, 669:5,
670:9, 670:24,
680:7, 680:11,
680:19, 680:22,
680:23, 682:3,
682:5, 682:15,
686:11, 688:21,
688:22, 689:5,
692:15, 692:17,
693:20, 694:25,
702:6, 706:24,
709:15, 710:23,
712:14, 714:4,
714:5, 714:11,
716:3, 725:4,
730:16, 731:7,
732:24, 733:6,
733:8, 733:24,
734:3, 734:6, 734:7,
734:11, 735:19,
736:20, 738:4,
740:7, 740:9,
741:10, 746:14,
746:16, 746:25,
748:1, 748:9,
748:19, 749:9,
749:11, 757:15,
760:15, 761:13,
767:21, 771:14,
773:19, 778:11,
783:22, 787:17,
788:23, 790:18,
790:21, 793:11,
795:1, 797:24,
799:10, 806:12,
806:25, 807:6,
807:12, 808:13,
808:16, 809:24,
810:8, 815:11,
815:15, 816:15,
821:15, 821:20,
824:4, 824:20,
827:6, 828:1,
828:14, 829:4,
829:5, 829:12
**Development** [2] -
795:8, 816:18
**development\
individual** [1] - 738:6
**develops** [3] - 621:9,
708:10, 815:20
**DevReview** [1] - 748:6

**DevTrack** [1] - 824:3
**diagnose** [2] - 621:7,
723:5
**diagram** [2] - 619:11,
621:1
**difference** [4] -
620:10, 667:25,
680:23, 826:6
**different** [17] - 622:24,
627:1, 628:3, 628:4,
628:5, 637:1, 674:7,
695:21, 698:1,
698:3, 699:1, 800:5,
819:23, 820:6,
823:10, 826:5
**difficulty** [1] - 783:19
**direct** [3] - 745:7,
748:5, 768:3
**DIRECT** [1] - 617:19
**Direct** [1] - 841:5
**directed** [2] - 716:8,
827:12
**direction** [4] - 623:11,
743:18, 743:23,
746:11
**directly** [1] - 716:8
**disagree** [5] - 740:4,
783:9, 798:5, 798:6,
821:14
**disciplinary** [6] -
753:5, 753:6, 753:9,
753:20, 754:8,
816:17
**discipline** [2] -
716:20, 839:5
**disciplined** [10] -
715:21, 715:23,
716:11, 716:18,
759:7, 831:3, 831:5,
831:8, 831:12,
831:17
**discover** [1] - 816:23
**discovered** [4] -
642:1, 642:5, 771:4,
794:13
**discuss** [4] - 630:17,
734:22, 805:5,
811:16
**discussed** [16] -
617:25, 668:6,
679:13, 697:10,
717:19, 728:25,
730:5, 735:13,
756:12, 760:16,
763:21, 764:24,
769:1, 783:6,
785:19, 786:2
**discussing** [10] -
618:20, 651:21,
653:17, 679:10,

682:9, 693:1,
706:20, 766:15,
804:4, 804:13
**discussion** [4] -
747:25, 766:11,
766:14, 795:18
**discussions** [1] -
765:1
**displayed** [3] - 635:9,
782:9, 839:17
**dispute** [1] - 708:24
**distinction** [1] -
761:25
**distinguishing** [1] -
734:8
**distribute** [1] - 764:4
**distributed** [1] -
735:15
**District** [2] - 827:1,
827:10
**DISTRICT** [3] - 616:1,
616:1, 616:2
**DMS** [5] - 702:7,
820:16, 823:9,
834:3, 836:24
**DMX** [1] - 821:18
**doc** [10] - 633:6,
651:15, 651:16,
655:19, 655:21,
671:6, 671:9,
671:24, 671:25,
820:5
**docs** [1] - 666:5
**document** [54] -
626:17, 651:14,
651:22, 652:4,
653:15, 653:22,
653:23, 655:12,
665:6, 677:18,
678:7, 680:15,
680:20, 681:11,
681:16, 685:13,
685:24, 688:16,
693:2, 693:4,
693:18, 708:3,
719:13, 721:3,
725:3, 729:20,
758:1, 758:22,
760:8, 765:17,
765:19, 765:21,
765:23, 765:24,
767:17, 767:18,
772:20, 777:4,
783:6, 783:16,
785:12, 797:13,
798:7, 798:15,
802:7, 802:10,
808:2, 808:25,
809:2, 812:1, 824:8,
824:13, 824:21,

833:7
**Document** [16] -
638:2, 647:24,
669:19, 721:20,
729:18, 739:3,
766:5, 777:11,
784:1, 810:25,
812:20, 819:18,
820:10, 820:23,
821:8, 840:1
**documentation** [37] -
621:15, 625:2,
626:20, 633:18,
652:8, 652:9,
652:14, 667:2,
671:9, 679:23,
680:12, 684:6,
684:7, 688:24,
709:10, 713:18,
713:20, 713:24,
714:1, 714:11,
714:23, 714:24,
715:1, 715:2,
715:13, 715:14,
718:10, 736:25,
740:20, 757:14,
758:19, 783:1,
819:25, 820:17,
821:4, 833:9
**documented** [1] -
737:9
**documents** [14] -
681:1, 695:18,
712:1, 712:2, 719:3,
719:8, 740:16,
772:3, 772:12,
772:13, 772:16,
775:1, 801:10,
814:13
**Don** [34] - 636:21,
637:13, 639:24,
640:20, 642:1,
643:9, 654:25,
655:2, 661:15,
661:18, 661:25,
663:7, 669:3,
670:24, 730:14,
732:23, 732:24,
733:5, 733:6,
733:18, 733:23,
735:2, 735:3,
735:20, 741:9,
741:18, 792:4,
793:15, 793:17,
806:11, 807:5,
809:9, 809:20,
827:25
**Don's** [1] - 668:7
**done** [31] - 623:23,
631:12, 632:20,

633:17, 658:10,
658:19, 687:8,
691:13, 705:5,
706:25, 715:17,
733:6, 739:22,
741:2, 745:23,
745:25, 751:21,
771:15, 773:21,
774:2, 778:11,
779:21, 799:10,
803:4, 817:7,
821:16, 827:9,
832:16, 833:2
**Donnelley** [5] -
721:23, 834:9,
834:10, 834:12,
835:7
**door** [1] - 658:3
**dot** [4] - 652:21,
666:21, 702:7,
720:22
**doubt** [1] - 757:5
**down** [21] - 636:23,
646:24, 648:11,
649:21, 656:6,
664:7, 665:13,
671:5, 671:10,
671:22, 689:8,
693:15, 704:17,
724:19, 728:17,
729:22, 739:5,
764:9, 782:14,
789:21, 798:23
**download** [1] - 758:15
**downloading** [1] -
738:13
**draft** [4] - 816:19,
824:18, 824:23,
825:3
**drafts** [3] - 825:11,
825:12, 825:14
**drive** [1] - 823:24
**dropped** [1] - 667:20
**DTX** [5] - 653:25,
741:7, 742:25,
743:6, 802:21
**DTX-100** [1] - 711:11
**DTX-1000** [1] - 689:2
**DTX-1008** [1] - 695:9
**DTX-110** [2] - 717:14,
831:20
**DTX-111** [2] - 721:9,
721:16
**DTX-113** [1] - 839:23
**DTX-17** [4] - 743:6,
748:22, 749:3, 749:4
**DTX-201** [1] - 807:19
**DTX-204** [2] - 729:9,
729:15
**DTX-205** [1] - 738:18

**DTX-302** [3] - 639:3,
643:5, 769:20
**DTX-303** [1] - 768:23
**DTX-306** [2] - 637:18,
637:24
**DTX-401** [4] - 653:12,
654:9, 657:8, 788:16
**DTX-407** [1] - 669:8
**DTX-41** [1] - 829:22
**DTX-412** [2] - 661:6,
668:22
**DTX-414** [1] - 651:11
**DTX-417** [1] - 650:12
**DTX-418** [1] - 651:2
**DTX-419** [3] - 649:2,
649:4, 799:22
**DTX-421** [2] - 647:13,
647:21
**DTX-602** [1] - 685:11
**DTX-603** [2] - 681:9,
684:17
**DTX-604** [2] - 814:20,
814:21
**DTX-610** [1] - 672:20
**DTX-619** [1] - 676:5
**DTX-620** [2] - 677:15,
677:18
**due** [2] - 737:1, 797:19
**during** [16] - 626:4,
643:3, 681:2, 683:4,
688:3, 696:16,
697:3, 701:17,
701:19, 707:21,
709:18, 768:3,
770:22, 776:20,
776:24, 811:19
**duties** [1] - 749:10

## E

**e-mail** [116] - 621:16,
621:20, 634:10,
639:6, 639:9, 643:5,
643:8, 644:2,
647:15, 661:8,
661:13, 661:15,
662:4, 662:6, 663:4,
663:7, 665:7,
665:10, 668:14,
668:23, 669:3,
669:10, 670:13,
671:2, 671:3, 671:5,
671:13, 672:24,
672:25, 675:14,
679:18, 684:24,
685:1, 688:4,
709:24, 711:13,
711:19, 711:22,
712:1, 712:9, 713:8,
713:12, 714:2,

714:21, 714:24,
715:5, 715:7,
715:12, 715:20,
716:2, 716:7, 716:8,
717:1, 717:8,
717:16, 717:19,
717:25, 718:14,
718:18, 718:25,
721:11, 723:8,
725:6, 725:7,
726:17, 727:13,
727:18, 727:21,
728:9, 728:12,
728:15, 729:2,
729:13, 730:14,
731:15, 731:20,
731:25, 732:15,
733:3, 733:18,
734:14, 734:19,
734:24, 735:2,
735:22, 735:23,
737:19, 737:21,
738:16, 738:19,
741:7, 741:9,
743:24, 772:21,
779:23, 781:5,
792:25, 795:5,
795:11, 804:13,
806:1, 806:13,
818:17, 819:20,
827:24, 830:19,
831:15, 834:11,
834:16, 838:11
**e-mailed** [3] - 730:10,
734:17, 837:2
**e-mailing** [3] - 671:8,
714:17, 731:21
**e-mails** [10] - 645:19,
684:8, 718:17,
718:22, 733:7,
770:14, 771:3,
797:4, 797:7, 806:10
**eager** [1] - 664:23
**early** [5] - 633:13,
645:15, 664:24,
766:19, 824:15
**earnings** [1] - 811:5
**EAS** [3] - 673:9,
686:19, 686:20
**EAS_GA.zip.txt** [1] -
673:6
**ease** [1] - 781:19
**easier** [4] - 781:21,
781:25, 826:23,
828:7
**Easter** [44] - 672:16,
672:25, 673:10,
674:8, 676:20,
678:4, 679:10,
679:17, 679:18,

680:4, 682:4,
682:15, 683:3,
683:17, 683:20,
683:22, 683:24,
684:15, 684:16,
685:1, 686:12,
686:21, 686:22,
686:24, 687:1,
687:8, 687:9,
702:12, 812:23,
812:25, 813:24,
814:3, 814:10,
814:14, 818:7,
818:17, 821:11,
821:13, 821:14,
821:22, 821:23,
825:17, 826:3
**Eastern** [1] - 670:22
**easy** [3] - 782:17,
782:19, 783:15
**edit** [1] - 701:11
**editor** [8] - 627:18,
675:25, 692:12,
702:20, 815:9,
815:10, 821:18,
821:19
**edits** [1] - 699:19
**effect** [4] - 743:4,
744:22, 750:6, 752:1
**effective** [1] - 656:21
**efficiently** [3] - 776:9,
776:19, 777:22
**effort** [3] - 742:9,
808:16, 829:13
**eight** [1] - 770:8
**either** [4] - 718:18,
795:12, 829:1,
829:23
**emphasized** [1] -
723:1
**employee** [3] - 720:5,
720:6, 834:12
**employees** [6] -
677:23, 715:20,
743:9, 743:20,
744:9, 776:25
**employer** [1] - 648:5
**employment** [1] -
717:12
**end** [11] - 635:5,
635:18, 641:20,
666:21, 677:24,
704:14, 760:23,
765:23, 765:25,
775:10, 830:20
**End** [1] - 765:18
**End-of-Year** [1] -
765:18
**ended** [1] - 714:16
**ending** [1] - 652:21

engagements [3] - 782:3, 782:6, 783:18
engineer [10] - 640:24, 643:13, 725:11, 761:6, 783:2, 784:6, 784:11, 785:6, 818:15, 837:10
engineer's [1] - 782:25
engineering [1] - 783:2
engineers [3] - 746:21, 837:7, 838:10
ensure [1] - 722:22
ensuring [1] - 746:18
entail [1] - 765:7
entails [1] - 702:2
enter [3] - 638:23, 700:6, 701:11
entered [3] - 665:11, 764:20, 769:14
entering [1] - 769:8
entire [2] - 638:15, 758:25
entirely [2] - 627:7, 828:12
entirety [2] - 639:20, 658:6
entitled [2] - 762:1, 840:15
entries [4] - 680:11, 688:24, 740:8, 782:6
entry [7] - 623:25, 654:16, 657:14, 676:15, 688:19, 689:16, 692:4
Environment [2] - 628:15, 782:11
environment [179] - 619:16, 619:23, 619:25, 620:3, 620:6, 620:13, 620:16, 620:17, 620:19, 620:22, 620:23, 620:24, 621:10, 621:11, 621:18, 621:23, 622:7, 622:23, 622:24, 623:2, 623:3, 623:11, 624:2, 624:5, 624:15, 624:23, 624:24, 629:11, 630:10, 630:11, 630:15, 630:24, 631:5, 631:9, 640:1, 640:7, 640:11, 640:19, 645:3, 658:18, 658:22,

658:24, 658:25, 659:2, 660:2, 660:13, 661:2, 663:9, 663:10, 664:15, 666:9, 666:13, 672:7, 679:24, 680:2, 682:4, 682:15, 682:18, 683:3, 683:21, 684:16, 686:12, 686:19, 686:20, 686:25, 687:13, 687:14, 691:6, 691:9, 691:14, 693:23, 694:25, 695:1, 697:17, 697:23, 698:11, 698:20, 700:6, 701:15, 705:19, 705:22, 706:6, 706:9, 706:24, 707:18, 708:13, 709:24, 710:10, 710:17, 710:19, 714:12, 722:16, 723:7, 725:20, 731:10, 734:13, 735:18, 735:19, 737:11, 739:23, 741:21, 745:10, 756:3, 756:5, 760:12, 761:2, 761:13, 762:3, 762:12, 762:13, 762:18, 763:14, 764:19, 768:7, 768:15, 769:15, 774:7, 774:18, 776:5, 776:6, 776:8, 776:14, 779:4, 779:19, 779:22, 779:25, 780:6, 780:7, 780:25, 781:2, 781:9, 781:22, 782:4, 782:18, 783:3, 784:7, 784:12, 784:23, 787:2, 787:11, 787:17, 797:24, 798:3, 799:7, 799:8, 800:22, 807:2, 807:7, 808:8, 808:19, 809:1, 809:19, 809:20, 810:5, 810:6, 810:7, 810:8, 814:10, 814:15, 814:17, 815:12, 815:15, 815:16, 817:2,

817:5, 817:21, 821:12, 821:14, 822:21, 823:1, 827:1, 827:10, 828:22, 829:5, 839:19
environment's [1] - 718:5
environmental [1] - 766:16
environments [68] - 619:12, 619:20, 620:2, 620:8, 620:25, 621:4, 622:4, 622:17, 622:18, 622:20, 628:1, 660:11, 661:4, 668:8, 668:10, 675:18, 692:20, 709:15, 712:13, 712:15, 712:22, 725:11, 730:16, 741:10, 741:13, 742:11, 745:5, 745:12, 748:13, 750:18, 750:19, 750:24, 751:6, 752:7, 752:16, 752:18, 752:19, 759:1, 764:1, 766:11, 766:18, 766:20, 767:8, 767:16, 776:3, 780:10, 781:18, 781:20, 781:23, 797:3, 799:2, 800:11, 800:12, 800:13, 801:6, 816:2, 818:8, 821:11, 821:25, 822:7, 822:13, 822:24, 827:17, 828:18, 829:2, 838:14
equal [3] - 655:15, 655:22, 655:25
Eric [2] - 616:19, 717:25
error [3] - 651:22, 784:13, 838:21
errors [4] - 707:11, 727:1, 727:2, 838:23
especially [1] - 746:12
essentially [9] - 667:15, 678:1, 683:13, 691:18, 696:22, 713:23, 730:7, 751:15, 803:5
established [2] - 660:8, 712:16

establishing [1] - 712:21
et [3] - 616:4, 616:7, 823:11
Eugene [68] - 639:24, 640:3, 640:8, 640:16, 640:17, 643:25, 645:2, 645:3, 645:4, 658:10, 658:11, 658:16, 658:18, 659:3, 659:4, 659:6, 659:7, 659:15, 662:24, 662:25, 669:3, 672:7, 672:10, 672:11, 672:13, 672:14, 768:7, 768:8, 768:11, 768:15, 769:16, 769:17, 769:25, 774:3, 774:7, 774:9, 774:11, 774:12, 774:17, 774:18, 775:4, 775:17, 775:23, 779:4, 780:6, 781:3, 781:9, 781:16, 781:22, 782:15, 783:15, 787:16, 796:23, 796:25, 797:25, 798:3, 799:3, 799:9, 799:17, 822:1, 822:8, 822:13, 822:14, 822:19, 822:20
Eugene's [12] - 640:1, 640:7, 640:11, 640:18, 658:17, 658:24, 659:2, 663:9, 663:10, 664:15, 672:6, 779:8
evening [1] - 840:12
event [2] - 670:23, 831:5
events [2] - 699:11, 771:20
eventually [3] - 621:12, 641:23, 714:2
Evergreen [12] - 725:7, 725:13, 725:14, 725:19, 726:11, 726:18, 727:8, 727:21, 728:7, 728:8, 728:14, 838:3
Evergreen's [6] - 726:14, 727:4, 728:11, 838:8,

838:9, 839:19
evidence [31] - 637:19, 638:2, 647:13, 647:24, 653:13, 669:8, 669:16, 669:19, 689:2, 711:11, 721:9, 721:17, 721:20, 729:9, 729:15, 729:18, 738:18, 738:25, 739:3, 766:5, 777:11, 784:1, 793:1, 810:25, 812:20, 819:18, 820:10, 820:23, 821:8, 828:25, 840:1
EVIDENTIARY [1] - 616:11
exact [1] - 830:9
exactly [5] - 639:17, 764:8, 780:5, 791:23, 803:21
Examination [1] - 841:5
examination [5] - 679:6, 724:6, 742:15, 840:6, 841:5
EXAMINATION [2] - 617:19, 742:17
example [22] - 623:1, 624:4, 629:3, 629:5, 636:13, 649:15, 666:5, 677:23, 688:8, 707:4, 710:23, 741:7, 757:7, 758:17, 759:10, 760:14, 766:21, 767:3, 771:23, 803:13, 830:16, 837:15
examples [2] - 626:21, 749:22
excerpt [1] - 827:24
exchanges [2] - 634:10, 688:5
exclude [1] - 746:17
excluding [1] - 663:15
excuse [3] - 682:25, 714:5, 832:19
executed [1] - 702:17
executing [1] - 632:9
Executive [1] - 716:15
exhibit [14] - 654:13, 711:10, 717:13, 721:8, 723:10, 724:25, 735:3, 741:8, 757:24, 808:22, 810:10, 811:10, 812:14,

815:19
**Exhibit** [43] - 638:2,
647:24, 665:3,
667:7, 669:19,
692:22, 695:24,
719:11, 720:13,
721:20, 724:15,
724:24, 729:18,
737:15, 737:18,
739:3, 744:7, 746:5,
747:8, 747:9,
747:13, 756:24,
757:19, 765:9,
766:5, 777:1, 777:8,
777:11, 781:24,
782:21, 784:1,
785:11, 795:13,
805:2, 810:11,
810:25, 819:18,
820:10, 820:23,
821:8, 833:16,
833:22, 840:1
**exhibit's** [1] - 770:4
**Exhibits** [1] - 812:20
**exhibits** [8] - 740:10,
742:25, 744:7,
749:3, 807:15,
812:17
**EXHIBITS** [2] - 841:7,
841:15
**existing** [5] - 627:3,
627:5, 660:4,
690:19, 694:16
**expand** [1] - 751:18
**expediting** [1] -
664:24
**experience** [10] -
625:20, 642:24,
707:2, 719:19,
725:4, 761:12,
770:11, 772:4,
791:18, 791:24
**experienced** [2] -
703:17, 708:6
**experiencing** [1] -
781:11
**expert** [5] - 658:5,
662:20, 691:16,
719:7, 719:15
**explain** [17] - 619:7,
628:13, 635:20,
637:8, 646:14,
647:1, 648:20,
654:18, 654:25,
678:12, 678:13,
680:9, 689:25,
690:23, 697:7,
709:13, 803:1
**explained** [6] -
709:19, 736:19,

768:19, 780:18,
781:6, 812:2
**explanation** [1] -
772:12
**expressed** [1] - 805:7
**extending** [1] - 823:14
**extensive** [1] - 740:6
**extent** [3] - 636:10,
753:24, 820:5
**extract** [2] - 719:14,
783:17
**extremely** [1] - 723:1
**EZ** [1] - 819:6
**EZCORP** [1] - 819:5
**EZCorp** [2] - 823:10,
825:24
**EZP** [1] - 826:6

# F

**F940_2018.gif** [1] -
730:1
**F:\RiminiStreet\HMS**
[1] - 738:6
**facing** [6] - 626:20,
652:9, 652:13,
671:9, 688:24,
740:20
**fact** [23] - 635:20,
643:23, 657:19,
667:2, 670:8,
715:22, 726:6,
754:13, 758:23,
760:16, 761:2,
770:13, 774:11,
774:14, 774:15,
792:21, 794:23,
798:8, 799:7,
802:18, 830:7,
835:12, 839:12
**factor** [1] - 783:19
**facts** [1] - 755:18
**failed** [1] - 741:6
**fair** [8] - 635:13,
672:1, 750:2, 751:7,
760:7, 776:10,
776:11, 813:11
**fairly** [5] - 659:11,
693:19, 708:3,
753:17, 758:22
**familiar** [26] - 618:6,
618:16, 634:5,
645:13, 645:15,
672:17, 672:23,
673:17, 680:3,
687:19, 688:9,
703:17, 719:21,
724:16, 726:5,
728:21, 728:25,
753:10, 758:10,

764:21, 765:21,
785:12, 797:14,
811:13, 813:4, 827:3
**Family** [1] - 834:19
**far** [8] - 628:17, 629:3,
664:12, 755:23,
779:23, 796:3,
796:8, 810:6
**fast** [1] - 750:1
**FCRR** [2] - 616:23,
840:16
**February** [4] - 676:15,
676:25, 680:7, 800:7
**federal** [17] - 635:23,
640:4, 645:22,
645:24, 655:6,
662:25, 663:1,
670:7, 687:11,
730:25, 781:16,
781:17, 787:25,
789:9, 790:10,
790:23, 794:17
**feed** [1] - 618:12
**Feedback** [1] - 765:18
**feedback** [1] - 765:20
**felt** [5] - 644:22,
736:20, 745:5,
770:13, 781:14
**few** [13] - 629:8, 630:4,
634:10, 634:18,
693:19, 700:14,
703:7, 704:5, 708:5,
718:22, 739:24,
829:19, 832:11
**fewer** [1] - 782:19
**field** [13] - 643:18,
655:2, 696:2, 696:3,
696:4, 696:5,
696:13, 696:23,
697:9, 697:11,
699:19, 701:11
**fields** [4] - 691:3,
696:7, 698:23,
703:12
**figure** [4] - 643:2,
722:12, 760:8,
770:20
**figured** [2] - 770:10,
770:17
**figures** [1] - 641:8
**file** [186] - 622:10,
623:11, 624:4,
624:6, 628:17,
629:4, 629:5,
629:11, 629:14,
629:22, 629:23,
630:9, 630:10,
630:14, 630:15,
630:25, 631:2,
631:3, 631:5, 631:9,

631:15, 631:25,
632:7, 637:12,
637:17, 638:6,
638:10, 645:12,
645:13, 645:15,
646:1, 646:4, 647:4,
647:5, 647:6,
647:10, 647:11,
649:16, 650:2,
650:20, 650:25,
661:3, 661:21,
664:13, 668:7,
673:7, 676:11,
677:4, 677:5,
681:19, 681:25,
682:10, 682:25,
685:9, 685:22,
686:7, 687:18,
687:24, 688:11,
690:10, 690:17,
690:18, 691:15,
691:17, 691:20,
695:14, 706:8,
706:23, 710:5,
710:9, 710:21,
710:24, 713:18,
713:22, 714:4,
714:5, 715:10,
720:4, 720:8,
720:24, 720:25,
722:8, 722:11,
723:4, 726:9,
726:10, 726:22,
726:25, 727:2,
727:8, 727:14,
728:1, 728:2, 728:4,
728:5, 728:13,
729:4, 729:5, 730:1,
741:9, 741:13,
741:22, 741:23,
751:12, 761:6,
761:8, 761:22,
761:23, 762:7,
762:8, 762:16,
762:17, 763:4,
764:13, 779:7,
786:15, 786:22,
800:14, 800:18,
800:19, 802:3,
802:4, 802:15,
802:16, 802:19,
803:1, 803:3, 803:4,
803:11, 803:16,
804:2, 804:5, 804:6,
804:8, 804:10,
804:13, 804:14,
807:21, 807:25,
816:7, 816:11,
816:19, 817:1,
817:4, 817:6,
817:11, 817:17,

817:18, 817:23,
824:19, 825:18,
825:21, 826:3,
826:5, 828:21,
830:2, 833:6,
833:25, 834:3,
834:13, 834:18,
834:23, 835:10,
835:12, 835:17,
835:19, 836:9,
836:21, 837:11,
837:22, 838:18,
838:24, 839:8,
839:12, 839:16,
839:17
**files** [167] - 621:20,
622:11, 622:23,
623:1, 623:5,
623:10, 623:13,
623:17, 627:12,
628:19, 628:20,
628:25, 629:7,
629:19, 646:21,
646:22, 646:25,
647:7, 650:6, 650:8,
651:8, 651:9,
651:10, 652:21,
652:23, 652:25,
658:19, 658:21,
659:17, 659:21,
660:6, 660:9,
660:22, 660:23,
660:24, 660:25,
662:1, 663:13,
663:19, 664:4,
664:15, 665:24,
665:25, 666:4,
666:18, 666:19,
666:20, 668:6,
668:9, 669:4,
673:14, 673:22,
673:25, 674:3,
674:7, 674:11,
674:15, 674:16,
674:19, 675:9,
675:12, 675:15,
675:17, 679:13,
681:23, 682:7,
682:11, 682:14,
682:18, 684:19,
684:21, 687:6,
687:7, 689:17,
709:6, 709:7, 709:8,
709:9, 709:12,
711:22, 711:23,
712:6, 714:2,
715:25, 718:13,
724:14, 726:1,
726:2, 726:3,
726:13, 730:5,
730:6, 730:15,

731:5, 731:6, 731:10, 734:4, 735:8, 735:14, 738:5, 738:7, 739:15, 742:5, 749:17, 749:19, 749:20, 749:21, 749:22, 750:7, 750:8, 750:9, 750:14, 750:15, 750:17, 750:23, 751:2, 751:8, 751:14, 751:17, 752:12, 752:20, 753:1, 763:24, 764:2, 785:23, 786:1, 786:17, 800:16, 802:22, 803:8, 803:9, 803:10, 803:17, 803:19, 804:21, 804:22, 807:11, 814:16, 815:14, 815:17, 815:18, 815:20, 815:22, 816:2, 816:4, 818:6, 820:16, 821:17, 823:9, 832:6, 832:7, 835:9, 838:8, 838:25, 839:2
**fill** [1] - 648:16
**final** [2] - 675:9, 825:3
**finally** [1] - 718:22
**financials** [7] - 673:9, 673:13, 684:23, 687:11, 822:10, 823:4, 823:6
**fine** [1] - 761:9
**finished** [3] - 708:23, 822:16, 829:17
**firm** [1] - 830:21
**first** [56] - 621:10, 624:2, 624:10, 624:13, 625:10, 625:19, 634:14, 637:2, 640:25, 642:23, 647:14, 652:19, 653:24, 654:4, 658:2, 658:9, 659:25, 674:11, 679:20, 679:22, 686:10, 688:18, 690:2, 693:22, 701:23, 725:1, 725:6, 731:20, 742:7, 749:14, 751:1, 755:17, 766:8, 766:22, 769:25, 772:1, 773:5, 789:17,

789:21, 794:21, 794:22, 794:25, 800:6, 800:7, 800:17, 809:9, 810:1, 816:4, 816:10, 816:11, 816:13, 816:19, 824:1, 824:14, 824:18, 829:20
**five** [4] - 724:19, 749:16, 818:5, 840:6
**fix** [14] - 636:19, 638:4, 639:20, 640:18, 641:20, 644:18, 646:9, 722:5, 728:10, 775:6, 775:24, 781:10, 786:11
**fixed** [2] - 727:25, 768:17
**fixes** [1] - 636:9
**flip** [3] - 677:4, 758:16, 793:20
**flipped** [6] - 788:10, 792:4, 792:7, 792:10, 792:13, 792:19
**Florida** [1] - 670:22
**flow** [1] - 633:6
**flower** [3] - 649:8, 677:16, 678:8
**focus** [3] - 619:23, 691:15, 744:17
**focused** [1] - 691:16
**focusing** [1] - 745:2
**Folder** [1] - 664:8
**folder** [24] - 621:17, 621:25, 622:5, 660:2, 660:5, 660:8, 660:21, 664:5, 665:21, 665:24, 666:17, 666:18, 674:1, 702:6, 710:25, 734:3, 738:3, 738:5, 738:6, 807:6, 824:8, 824:12, 824:22, 824:24
**Folders** [5] - 659:18, 659:23, 663:21, 682:17, 731:9
**folders** [7] - 659:19, 660:12, 807:12, 807:20, 807:24, 815:15, 838:9
**folks** [2] - 643:20, 725:24
**follow** [9] - 622:12, 622:14, 694:25, 743:18, 743:23,

775:20, 776:15, 784:23, 839:5
**follow-the-sun** [1] - 776:15
**follow-up** [2] - 775:20, 839:5
**followed** [1] - 694:10
**following** [11] - 618:1, 629:13, 641:24, 665:21, 679:5, 686:18, 689:20, 703:7, 724:5, 737:4, 738:3
**follows** [1] - 617:18
**font** [8] - 637:3, 637:9, 637:14, 638:7, 638:10, 638:15, 641:2
**foolish** [1] - 763:6
**FOR** [2] - 616:14, 616:19
**forces** [1] - 748:22
**foregoing** [1] - 840:14
**Form** [5] - 645:23, 646:2, 648:3, 789:16, 799:23
**form** [66] - 622:10, 634:18, 634:23, 635:4, 635:23, 637:13, 639:19, 640:5, 645:23, 646:11, 646:13, 646:14, 647:3, 647:9, 648:4, 648:14, 649:23, 650:4, 650:15, 651:6, 651:10, 652:18, 656:12, 659:8, 659:13, 662:25, 663:1, 664:23, 668:16, 668:18, 670:7, 675:8, 676:12, 676:18, 677:9, 677:11, 677:21, 677:22, 678:15, 678:17, 682:12, 683:13, 684:5, 730:7, 730:25, 778:5, 778:14, 778:22, 779:3, 781:11, 781:16, 781:17, 785:20, 786:9, 786:13, 787:6, 787:25, 788:19, 789:9, 790:11, 791:20, 792:24, 794:17, 795:2
**formal** [19] - 633:2,

633:4, 633:25, 664:19, 666:4, 667:17, 667:20, 667:23, 668:2, 716:16, 732:4, 736:25, 779:14, 780:4, 780:13, 780:15, 780:17, 780:20, 822:25
**formally** [7] - 633:22, 666:24, 667:1, 667:2, 737:10, 738:10, 762:25
**format** [5] - 639:1, 639:19, 639:25, 769:8, 811:8
**formatting** [1] - 643:18
**former** [1] - 744:17
**forms** [19] - 637:22, 640:4, 642:8, 646:15, 650:10, 650:14, 650:16, 673:12, 674:4, 674:16, 674:20, 676:22, 676:23, 677:12, 683:12, 775:9, 789:8, 790:12
**forth** [5] - 625:12, 632:20, 699:19, 742:9, 793:21
**forthcoming** [2] - 666:24, 738:11
**forward** [9] - 617:13, 716:24, 717:4, 717:8, 724:8, 749:6, 795:10, 801:23, 809:18
**forwarded** [3] - 715:12, 717:1, 831:14
**forwarding** [2] - 715:14, 716:22
**foundation** [3] - 811:23, 812:13, 832:17
**four** [3] - 674:11, 818:25, 819:1
**fourth** [1] - 617:7
**frame** [1] - 667:24
**framework** [4] - 623:9, 740:24, 807:4, 807:10
**Frederiksen** [1] - 725:1
**Frederiksen-Cross** [1] - 725:1
**frequently** [1] - 620:22
**Friday** [4] - 730:17, 732:25, 770:23,

805:11
**front** [2] - 742:22, 756:22
**frozen** [1] - 803:5
**FSCM** [1] - 678:10
**FSCN** [1] - 685:16
**full** [5] - 633:19, 635:9, 638:8, 664:25, 813:16
**function** [1] - 630:4
**functionality** [3] - 701:3, 703:5, 823:14
**functioning** [1] - 707:13
**functions** [1] - 784:14
**future** [1] - 742:8

### G

**G6** [4] - 712:3, 713:9, 714:22, 831:1
**G6's** [1] - 714:7
**GA** [1] - 673:10
**gain** [4] - 625:11, 625:19, 774:7, 785:8
**gained** [1] - 626:12
**gains** [1] - 785:6
**Gardner** [17] - 657:12, 670:1, 671:14, 789:4, 790:5, 790:20, 790:24, 791:15, 791:25, 793:1, 793:6, 793:13, 793:15, 793:19, 794:6, 794:19
**GB** [1] - 829:22
**gee** [1] - 642:19
**general** [8] - 673:10, 694:2, 743:5, 743:8, 766:15, 774:7, 776:4, 800:12
**generality** [1] - 623:20
**generally** [16] - 621:17, 627:17, 636:12, 657:22, 680:19, 680:25, 712:8, 719:18, 729:11, 761:5, 781:19, 813:6, 814:5, 814:7, 822:12
**generate** [1] - 683:12
**generated** [4] - 665:10, 729:13, 738:19, 838:18
**generates** [1] - 691:18
**generic** [5] - 745:11, 750:17, 750:24, 752:7, 752:18
**gentlemen** [1] - 679:1

**GIF** [29] - 647:7, 647:10, 650:20, 650:22, 650:24, 652:21, 652:22, 658:19, 658:21, 660:23, 660:25, 661:21, 663:13, 663:19, 665:25, 666:21, 668:6, 674:15, 674:19, 682:11, 735:8, 738:7, 785:23, 786:1, 786:21, 815:17, 820:16, 821:17
**gist** [1] - 676:21
**given** [6] - 696:5, 716:16, 725:4, 754:15, 803:4, 829:21
**Glazer** [6] - 718:3, 718:15, 719:5, 832:5, 832:6, 833:7
**global** [1] - 644:10
**gosh** [1] - 770:22
**gotta** [1] - 641:10
**GPD** [3] - 644:8, 644:12, 671:6
**granular** [1] - 620:12
**Greater** [2] - 655:14, 655:22
**greater** [3] - 655:25, 676:18, 678:15
**green** [1] - 619:18
**Greenwich** [1] - 670:16
**Greg** [1] - 726:21
**grid** [1] - 652:10
**Griener** [3] - 616:23, 840:16, 840:16
**group** [17] - 640:15, 644:10, 644:22, 644:24, 653:5, 657:24, 657:25, 658:1, 658:4, 658:14, 670:9, 674:15, 725:11, 751:16, 768:12, 771:9, 781:6
**guess** [10] - 649:7, 666:15, 672:3, 714:15, 717:7, 718:12, 730:10, 736:14, 763:12, 836:19
**guest** [1] - 783:18
**guidance** [2] - 692:18, 763:19
**guide** [3] - 626:6, 626:12, 627:25

**guided** [1] - 631:1
**guideline** [1] - 629:14

## H

**H900MATM** [1] - 738:4
**half** [1] - 708:5
**half-a-day** [1] - 708:5
**hand** [3] - 652:10, 722:4
**handful** [1] - 771:10
**handle** [5] - 636:9, 636:12, 636:13, 773:23, 837:24
**handled** [1] - 763:25
**handles** [1] - 733:15
**handling** [2] - 773:7, 773:22
**hang** [1] - 836:11
**happy** [1] - 805:8
**hard** [3] - 703:15, 741:25, 828:7
**harm** [1] - 765:4
**HCM** [3] - 654:6, 665:19, 824:11
**HCM200049** [6] - 649:22, 649:25, 652:10, 732:19, 737:8, 738:1
**HCM200105** [4] - 687:17, 687:21, 689:9, 826:25
**HCM200105.DMS** [1] - 690:5
**HCM200234** [1] - 651:19
**head** [6] - 754:7, 781:5, 790:5, 795:1, 824:2, 824:6
**header** [1] - 651:22
**heads** [3] - 668:14, 670:1, 747:4
**Healthcare** [2] - 725:14, 725:20
**Healthcare's** [1] - 726:11
**hear** [3] - 676:1, 805:17, 810:1
**heard** [3] - 633:2, 659:23, 780:23
**HEARING** [1] - 616:11
**hearing** [11] - 617:7, 618:3, 634:3, 649:24, 650:24, 651:21, 659:24, 694:6, 708:24, 709:2, 812:5
**hearsay** [4] - 736:3, 736:7, 736:9, 736:11
**held** [3] - 709:3,

716:13, 767:2
**help** [8] - 618:25, 626:6, 626:12, 627:25, 694:8, 721:25, 723:5, 776:25
**helpful** [2] - 783:21, 804:18
**helping** [1] - 746:23
**helps** [1] - 754:18
**hi** [1] - 806:3
**Hi** [7] - 665:13, 665:17, 714:22, 726:21, 732:18, 737:22, 738:1
**HICKS** [1] - 616:2
**high** [3] - 623:19, 766:11, 766:16
**highlighted** [3] - 649:25, 770:2, 836:5
**Hill** [1] - 616:17
**Hintz** [3] - 644:3, 644:5, 770:14
**historical** [1] - 751:9
**history** [2] - 654:12, 800:15
**HMS** [1] - 664:14
**hold** [1] - 654:15
**Home** [49] - 694:7, 694:13, 694:22, 694:24, 695:25, 696:8, 696:10, 696:12, 697:2, 697:4, 697:6, 697:13, 697:17, 697:18, 697:22, 697:23, 697:24, 698:10, 698:14, 698:20, 700:6, 700:9, 701:16, 701:18, 701:20, 702:5, 703:24, 703:25, 704:2, 704:10, 704:11, 704:13, 705:6, 705:7, 705:9, 705:18, 705:21, 705:23, 706:5, 706:8, 706:23, 707:20, 707:22, 707:24, 708:7, 823:19, 826:15, 828:22, 829:1
**Honor** [19] - 617:14, 637:23, 669:15, 678:24, 723:9, 723:14, 724:9, 742:16, 775:16, 789:13, 801:13, 801:24, 811:17,

812:1, 832:21, 833:14, 839:21, 840:8, 840:9
**HONORABLE** [1] - 616:2
**hooked** [1] - 705:1
**hopefully** [2] - 647:4, 837:20
**hoping** [1] - 713:14
**Hosalli** [5] - 725:7, 725:10, 725:15, 726:17, 838:11
**Hospital** [5] - 717:21, 718:2, 718:11, 820:14, 823:11
**hospitality** [1] - 713:10
**Hospitality** [2] - 714:22, 831:1
**hosted** [6] - 661:2, 675:18, 725:20, 742:11, 763:25, 781:19
**Houmand** [1] - 616:16
**hour** [5] - 724:6, 771:13, 771:17, 774:2, 774:20
**hours** [5] - 708:5, 770:22, 771:1, 776:20, 776:24
**Hoyt** [1] - 818:17
**HR** [5] - 716:16, 753:13, 754:1, 755:10, 755:18
**HRMS** [4] - 660:3, 725:19, 725:21, 725:22
**HRMS9_V2** [2] - 725:16, 725:18
**HRMS_91** [1] - 725:22
**HSN** [1] - 697:13
**HSP** [2] - 697:14, 697:15
**huge** [1] - 830:2
**hundred** [2] - 636:8, 818:4

## I

**ID** [12] - 649:12, 651:20, 651:23, 651:24, 654:6, 685:16, 685:18, 685:19, 688:19, 689:9, 824:10, 824:12
**idea** [1] - 755:24
**identical** [2] - 721:14, 823:9
**identify** [1] - 729:11

**Ilissa** [1] - 616:20
**illustrates** [1] - 629:1
**image** [30] - 646:21, 646:22, 646:25, 647:7, 647:9, 648:19, 650:8, 651:5, 651:9, 651:10, 652:18, 659:17, 660:22, 662:1, 674:16, 677:9, 681:23, 681:25, 682:7, 684:21, 714:23, 715:1, 730:5, 730:6, 731:6, 735:8, 786:13, 786:15, 786:17, 787:6
**images** [4] - 647:8, 648:23, 678:17, 682:12
**immediate** [1] - 635:18
**immediately** [3] - 641:25, 748:4, 765:21
**impact** [2] - 640:14, 768:9
**impacted** [6] - 640:3, 644:13, 644:16, 644:17, 644:23, 773:2
**impediment** [1] - 767:14
**impediments** [2] - 766:14, 766:15
**implement** [7] - 646:20, 694:3, 783:3, 784:6, 784:9, 784:10, 784:15
**implemented** [3] - 640:22, 694:9, 748:13
**implementing** [4] - 625:6, 630:22, 747:2, 748:10
**important** [1] - 743:17
**impose** [1] - 777:20
**impossible** [3] - 776:18, 777:21, 830:1
**improve** [1] - 753:1
**imprudent** [1] - 763:10
**inaccessible** [1] - 780:10
**inactive** [2] - 667:20, 779:14
**inappropriate** [1] - 799:18
**INC** [2] - 616:4, 616:7

**incident** [2] - 753:6, 755:6
**include** [15] - 621:21, 621:22, 630:6, 643:25, 646:10, 646:18, 652:24, 660:10, 674:12, 690:18, 733:5, 784:10, 784:15, 784:17, 792:5
**INCLUDE** [1] - 671:23
**included** [12] - 630:1, 655:3, 690:19, 691:13, 700:11, 700:12, 707:1, 722:8, 737:8, 791:6, 796:12, 824:15
**includes** [2] - 781:22, 793:19
**including** [9] - 633:6, 640:4, 717:11, 732:23, 741:19, 757:17, 764:25, 788:25, 807:7
**income** [4] - 638:20, 674:5, 674:6, 677:22
**incorporating** [1] - 625:2
**incorrect** [2] - 686:2, 727:10
**incremental** [1] - 751:20
**indecipherable** [2] - 826:14, 829:25
**India** [1] - 776:25
**indicate** [13] - 655:4, 657:22, 676:15, 682:24, 685:17, 686:9, 690:4, 727:1, 728:9, 728:15, 775:24, 810:19, 826:25
**indicated** [5] - 775:5, 794:21, 794:25, 805:6, 831:2
**indicates** [9] - 654:18, 655:1, 671:19, 682:3, 686:15, 728:12, 790:22, 790:23, 827:9
**indicating** [6] - 655:12, 657:17, 662:15, 689:13, 824:10, 833:7
**indication** [5] - 682:2, 732:18, 795:8, 806:3, 806:10
**individual** [9] - 620:12, 624:21, 632:24, 665:23,

795:24, 824:9, 824:12, 824:19, 824:22
**inform** [1] - 622:1, 654:3
**informal** [27] - 633:8, 641:1, 662:13, 664:19, 664:20, 665:9, 665:19, 668:2, 732:9, 735:24, 736:18, 737:1, 737:4, 737:13, 738:1, 739:18, 762:21, 779:18, 780:1, 780:11, 780:21, 780:25, 796:3, 809:15, 809:17, 809:22, 810:4
**informally** [5] - 633:21, 665:1, 732:25, 736:22, 779:13
**information** [17] - 626:5, 626:18, 648:6, 648:7, 652:13, 671:22, 692:3, 696:14, 696:15, 740:12, 740:13, 740:16, 753:13, 778:19, 783:17, 783:21, 795:6
**informed** [1] - 806:11
**infringing** [2] - 744:18, 802:4
**initial** [5] - 658:10, 660:11, 713:1, 713:3, 818:23
**initialize** [1] - 699:15
**initiate** [1] - 631:18
**injunction** [55] - 618:1, 640:10, 644:19, 677:2, 678:20, 687:3, 708:25, 711:24, 739:19, 742:1, 743:3, 743:15, 743:19, 743:21, 744:1, 744:4, 744:16, 744:22, 744:24, 745:2, 745:9, 745:15, 745:23, 746:1, 746:6, 746:8, 746:12, 746:19, 747:2, 747:18, 747:23, 748:3, 748:11, 751:22, 752:2, 752:6,

756:12, 756:15, 757:3, 757:8, 757:20, 760:10, 761:6, 763:17, 764:20, 764:21, 765:5, 765:7, 767:14, 812:8, 812:10, 818:19, 819:22, 821:1
**input** [2] - 645:6, 699:16
**inquiring** [1] - 712:25
**Insert** [1] - 700:16
**insert** [2] - 693:25, 706:18
**inserted** [3] - 627:2, 631:4, 706:21
**inside** [1] - 830:14
**installation** [3] - 622:12, 674:13, 767:3
**installed** [1] - 759:2
**installing** [1] - 758:15
**instance** [3] - 725:16, 725:18, 725:19
**instead** [2] - 640:1, 714:14
**instruction** [11] - 692:16, 692:17, 693:9, 693:10, 694:8, 695:24, 823:20, 823:21, 824:8, 824:24, 825:3
**instructions** [55] - 622:12, 625:22, 625:24, 625:25, 626:2, 626:8, 626:12, 626:15, 626:16, 627:23, 627:25, 629:13, 629:21, 629:25, 630:2, 630:6, 631:2, 646:17, 651:5, 651:10, 671:24, 674:12, 674:13, 674:17, 674:21, 677:9, 680:22, 680:23, 681:1, 681:4, 682:12, 688:24, 692:25, 693:15, 695:4, 695:5, 698:6, 700:13, 703:21, 740:22, 784:24, 789:16, 823:23, 824:1, 824:7, 824:14, 824:15, 824:18, 824:20, 825:6, 825:7, 825:10, 828:22

**integrate** [1] - 701:8
**integrating** [1] - 620:14
**integration** [1] - 701:14
**intellectual** [2] - 758:11, 759:21
**intended** [4] - 744:16, 788:15, 791:20, 817:15
**intent** [2] - 791:17, 812:9
**interest** [1] - 674:6
**interestingly** [1] - 786:4
**interface** [3] - 703:6, 703:13, 703:20
**interfaces** [1] - 691:3
**interfere** [1] - 764:22
**intermingled** [1] - 745:12
**internally** [4] - 699:9, 700:2, 702:4, 706:13
**international** [1] - 770:7
**internet** [2] - 710:13, 713:25
**Internet** [3] - 620:3, 629:11, 630:25
**interpret** [1] - 725:3
**interpretation** [3] - 767:24, 826:10
**interviewed** [4] - 801:3, 801:8, 803:14, 804:1
**introduced** [1] - 636:1
**introduces** [1] - 767:5
**investigation** [4] - 716:12, 716:13, 751:11, 751:13
**invoked** [1] - 705:14
**involve** [4] - 638:13, 688:13, 703:11, 787:1
**involved** [21] - 621:19, 623:20, 634:7, 634:9, 645:18, 650:6, 651:8, 662:1, 687:6, 688:2, 689:17, 698:16, 701:1, 715:20, 728:23, 731:9, 733:11, 769:7, 784:20, 784:25, 827:11
**involves** [2] - 645:12, 687:18
**IP** [4] - 742:10, 835:2, 835:3, 839:8
**IRS** [16] - 645:22,

646:11, 646:15, 647:3, 647:6, 650:4, 650:10, 650:20, 674:4, 682:10, 778:24, 790:8, 791:9, 794:1, 794:16, 821:17
**Isaacson** [2] - 616:15, 742:15, 742:19, 749:24, 801:23, 841:5
**ISAACSON** [74] - 637:25, 647:22, 669:17, 721:18, 729:16, 736:3, 736:8, 739:1, 742:16, 742:18, 747:7, 747:11, 747:12, 750:1, 750:3, 754:21, 754:22, 760:4, 766:2, 766:6, 775:16, 775:22, 777:7, 777:12, 783:5, 783:9, 783:12, 783:13, 783:23, 784:2, 789:11, 789:15, 796:9, 796:14, 801:12, 801:24, 802:1, 802:6, 802:9, 810:9, 810:12, 810:22, 811:1, 811:14, 811:16, 811:25, 812:7, 812:15, 812:21, 818:9, 818:12, 819:8, 819:13, 819:19, 820:4, 820:7, 820:11, 820:20, 820:24, 821:5, 821:9, 829:18, 830:1, 830:4, 832:18, 833:1, 833:13, 833:15, 833:18, 833:21, 839:20, 839:23, 840:2, 840:9
**Islands** [21] - 648:10, 668:18, 668:19, 670:3, 670:11, 778:10, 778:16, 781:8, 786:8, 790:9, 790:15, 790:22, 791:10, 791:22, 793:5, 794:4, 794:7, 794:20, 794:22, 794:24, 796:18
**Islands)** [1] - 790:2
**isolated** [2] - 620:2,

724:14

**Issue** [11] - 634:3,
645:12, 672:16,
679:10, 687:17,
708:22, 709:6,
724:13, 727:25,
728:19, 729:4

**issue** [55] - 621:8,
625:7, 633:12,
634:2, 634:10,
634:14, 634:16,
634:17, 634:21,
634:22, 635:8,
635:10, 638:19,
639:7, 641:1, 641:7,
641:24, 642:19,
642:21, 643:23,
645:11, 645:20,
664:22, 670:6,
672:15, 674:3,
685:5, 687:16,
699:20, 718:13,
722:12, 728:21,
729:1, 734:22,
753:24, 766:12,
766:17, 768:6,
768:14, 768:16,
771:5, 772:9,
772:10, 773:22,
781:6, 781:10,
787:10, 787:18,
794:20, 796:18,
802:20, 810:17,
812:23, 825:17,
839:14

**issued** [2] - 765:5,
810:14

**issues** [22] - 618:3,
634:2, 656:11,
661:20, 708:24,
709:1, 713:13,
714:15, 728:19,
745:8, 765:25,
766:16, 777:14,
778:17, 778:19,
785:18, 785:19,
785:22, 785:25,
797:19, 812:4,
818:23

**items** [3] - 706:20,
713:3, 748:19

**itself** [9] - 642:7,
647:9, 676:25,
681:19, 702:19,
771:7, 771:10,
778:17, 838:24

---

**J**

---

**Jai** [3] - 643:9, 643:12,
643:23

**Jai's** [1] - 644:6
**James** [1] - 841:4
**JAMES** [1] - 617:17
**January** [45] - 634:15,
644:18, 645:16,
646:8, 647:16,
649:22, 656:3,
656:9, 662:5, 669:5,
669:14, 670:15,
670:19, 671:11,
671:21, 672:1,
673:3, 676:20,
729:21, 730:11,
738:17, 739:12,
775:7, 775:10,
787:12, 787:18,
788:24, 789:3,
789:19, 790:25,
791:1, 792:18,
792:23, 793:2,
793:20, 794:4,
794:22, 795:4,
795:11, 795:17,
797:16, 798:25,
806:1, 808:24,
818:18

**Jay** [20] - 619:3,
628:11, 634:25,
639:4, 639:13,
652:5, 665:12,
668:22, 671:17,
672:19, 686:13,
689:21, 695:8,
698:16, 714:19,
720:10, 727:19,
729:22, 770:14,
818:17

**Jeanie** [3] - 818:13,
818:14

**Jessica** [1] - 616:15
**Jim** [3] - 731:23,
732:3, 805:10

**Jira** [21] - 623:25,
626:18, 653:16,
653:18, 655:2,
680:11, 688:18,
688:19, 688:21,
689:5, 689:16,
692:4, 692:5, 740:7,
740:9, 740:12,
788:4, 788:21,
788:22, 790:21,
824:4

**John** [3] - 636:24,
642:11, 648:11

**Johnson** [38] - 634:4,
634:8, 634:15,
634:17, 634:22,
635:10, 635:15,
636:19, 640:22,

641:9, 641:14,
641:16, 641:21,
642:5, 643:22,
645:1, 645:5, 645:6,
645:8, 645:10,
768:3, 768:6,
768:14, 768:16,
768:19, 769:14,
770:12, 771:11,
771:24, 772:9,
772:14, 773:13,
802:6, 802:20,
803:13, 804:5, 804:9

**joined** [1] - 694:14
**jpeg** [1] - 647:11
**JUDGE** [1] - 616:2
**judge** [1] - 736:5
**July** [5] - 654:7, 654:8,
654:16, 654:20,
744:20

**jurisdiction** [1] -
761:20

**jurisdictions** [2] -
688:7, 813:15

**justified** [1] - 638:24

---

**K**

---

**Kari** [1] - 838:13
**keep** [12] - 625:21,
649:11, 670:21,
688:16, 712:17,
740:5, 740:19,
759:6, 775:9,
778:25, 792:17,
817:10

**keeping** [1] - 628:2
**keeps** [1] - 741:4
**kept** [1] - 700:4
**Khari** [3] - 727:21,
727:22, 838:11

**Kichler** [4] - 787:21,
797:20, 797:24,
799:8

**Kichler's** [1] - 799:7
**KICX** [1] - 797:20
**Kim** [18] - 732:23,
733:10, 733:12,
734:9, 734:14,
734:17, 735:3,
735:5, 735:17,
735:20, 735:24,
736:2, 736:8,
736:10, 736:15,
736:17, 827:13

**kind** [7] - 633:6, 651:7,
676:2, 693:25,
697:19, 700:22,
710:7

**know-how** [9] -

625:12, 625:14,
625:15, 626:3,
681:3, 696:17,
761:11, 782:24,
785:3

**knowing** [1] - 783:21
**knowledge** [24] -
625:11, 625:14,
625:15, 625:18,
626:3, 626:11,
681:3, 755:21,
761:11, 772:4,
774:7, 776:1, 783:1,
785:6, 785:8, 791:8,
791:11, 794:9,
832:3, 837:16,
837:18, 838:1,
838:2, 839:5

**knowledgeable** [1] -
634:11

**known** [1] - 733:11

---

**L**

---

**labeled** [1] - 619:23
**labels** [4] - 638:7,
642:10, 642:15,
642:16

**lack** [2] - 767:23,
797:7

**lacks** [1] - 832:17
**ladies** [1] - 679:1
**lag** [1] - 668:2
**language** [8] - 699:14,
699:22, 773:3,
788:2, 805:25,
809:12, 813:17,
830:17

**laptop** [1] - 764:9
**large** [3] - 640:15,
670:9, 771:9

**LARRY** [1] - 616:2
**last** [13] - 662:6,
667:12, 676:16,
705:24, 712:3,
713:21, 718:10,
721:24, 731:19,
743:12, 746:5,
783:6, 831:9

**late** [2] - 634:15, 642:1
**latest** [5] - 655:17,
661:21, 722:1,
744:20, 835:21

**Laurie** [19] - 657:12,
670:1, 670:21,
671:7, 671:14,
789:4, 790:5,
790:20, 790:24,
791:15, 792:21,
793:6, 793:13,

793:14, 793:15,
793:19, 794:6,
794:19

**law** [2] - 775:9, 830:21
**Law** [2] - 616:17,
616:21

**lawyer** [1] - 736:17
**layout** [2] - 676:18,
678:15

**leader** [1] - 618:7
**leadership** [1] - 765:2
**leading** [1] - 688:3
**learned** [2] - 746:2,
778:11, 794:19

**learning** [1] - 832:10
**least** [4] - 670:23,
760:23, 768:8, 786:6

**Leave** [1] - 834:19
**left** [9] - 628:16,
628:18, 638:25,
643:18, 667:24,
712:24, 722:4,
746:3, 789:22

**left-hand** [1] - 722:4
**legal** [18] - 625:4,
688:9, 745:19,
755:9, 755:17,
755:25, 757:5,
763:21, 767:13,
800:24, 800:25,
801:7, 803:14,
803:25, 813:22,
825:8, 825:14,
830:20

**Legal** [1] - 824:25
**length** [2] - 642:16,
696:4

**lengthy** [5] - 653:23,
693:19, 708:3,
823:21

**less** [9] - 655:21,
655:24, 660:16,
671:25, 770:25,
774:2, 774:20,
781:14, 788:15

**letting** [2] - 621:16,
684:9

**level** [1] - 623:19
**leverage** [2] - 776:21,
776:25

**LHS** [2] - 722:3, 837:1
**license** [6] - 812:25,
813:4, 813:7,
813:10, 813:13,
813:23

**licensee** [1] - 757:16
**licensee's** [3] -
757:14, 758:19,
759:12

**licensing** [1] - 759:22

17

**Lighting** [2] - 787:21, 797:20
**Lighting's** [1] - 797:24
**likely** [2] - 682:17, 775:14
**limit** [1] - 776:20
**limited** [1] - 670:5
**line** [4] - 627:3, 716:4, 771:4, 800:17
**lines** [13] - 628:18, 628:19, 628:22, 629:2, 629:8, 629:12, 629:19, 630:4, 631:3, 631:10, 632:6, 754:19
**lis** [1] - 839:17
**list** [14] - 655:8, 674:9, 693:14, 699:4, 738:4, 749:13, 749:16, 750:8, 750:9, 751:14, 751:18, 782:4, 803:2, 804:2
**listed** [11] - 648:7, 654:11, 671:22, 673:5, 674:8, 683:8, 699:4, 708:2, 717:5, 750:8, 783:18
**listing** [2] - 652:2, 666:17
**lists** [4] - 673:22, 681:22, 689:19, 695:16
**litigation** [1] - 746:9
**live** [1] - 621:2
**Liversidge** [1] - 616:20
**local** [3] - 699:10, 706:13, 706:15
**locally** [1] - 769:24
**located** [5] - 619:14, 726:10, 782:4, 783:4, 784:7
**location** [10] - 622:1, 662:3, 666:3, 713:22, 713:24, 714:16, 726:23, 728:6, 734:11, 830:12
**locations** [2] - 619:16, 646:23
**log** [22] - 624:2, 649:10, 649:11, 649:15, 666:8, 676:8, 676:14, 678:8, 686:6, 691:25, 695:16, 695:19, 710:1, 782:19, 783:20,

788:20, 800:4, 800:6, 808:6, 830:12, 830:13, 836:25
**logged** [10] - 656:10, 656:11, 657:16, 664:22, 682:18, 732:3, 772:11, 789:10, 791:3, 805:7
**logging** [1] - 656:23
**logic** [2] - 677:9, 677:13
**logs** [2] - 680:6, 759:21
**look** [91] - 620:4, 644:2, 648:19, 648:20, 649:7, 654:5, 654:12, 654:15, 655:11, 657:11, 662:6, 663:4, 668:23, 671:1, 671:2, 682:1, 692:21, 703:6, 703:12, 707:13, 707:14, 710:4, 710:9, 711:10, 717:22, 717:23, 718:17, 718:20, 719:18, 720:16, 721:2, 735:22, 743:6, 743:12, 744:6, 747:6, 747:13, 748:21, 757:10, 757:22, 758:7, 758:9, 759:18, 760:22, 765:9, 768:23, 769:23, 771:2, 772:17, 777:1, 781:24, 781:25, 782:21, 785:11, 785:15, 785:24, 788:1, 788:25, 790:23, 795:13, 797:1, 797:7, 797:25, 799:20, 802:6, 802:21, 805:2, 805:4, 807:19, 810:10, 811:2, 813:7, 814:5, 814:7, 815:19, 818:9, 818:21, 820:12, 820:19, 820:25, 825:18, 825:23, 826:21, 827:7, 827:19, 831:20, 831:22, 833:5, 833:22, 833:25
**looked** [24] - 652:3,

661:19, 668:24, 677:20, 679:14, 685:8, 721:12, 721:14, 769:20, 776:2, 788:1, 788:17, 788:19, 797:13, 797:14, 799:22, 802:7, 802:10, 805:3, 808:3, 834:23, 835:16, 835:17, 838:4
**looking** [28] - 642:9, 648:2, 689:25, 690:4, 694:19, 698:18, 720:12, 720:17, 723:11, 724:24, 757:18, 758:1, 758:5, 758:6, 760:3, 760:20, 769:23, 789:7, 793:6, 800:17, 801:10, 802:8, 802:24, 808:2, 814:14, 815:11, 830:16, 830:24
**looks** [22] - 632:10, 649:18, 654:17, 654:22, 667:9, 677:6, 697:9, 698:1, 708:19, 719:16, 719:19, 765:22, 772:22, 792:15, 802:12, 808:6, 810:16, 827:4, 827:16, 827:24, 828:10, 840:5
**Looks** [1] - 643:16
**loud** [1] - 760:2
**Low** [1] - 767:13
**lower** [1] - 652:10
**Lu** [2] - 827:25, 838:11
**lunch** [2] - 724:6, 724:13

---

# M

**MacAfee** [2] - 717:25, 718:15
**MacEachen** [1] - 711:13
**MacEachern** [5] - 711:16, 713:8, 716:18, 753:7, 831:2
**machine** [18] - 621:25, 660:3, 665:22, 666:2, 666:8, 675:19, 699:10, 702:6, 706:14, 706:15, 711:1,

713:22, 713:25, 714:5, 714:6, 714:16, 738:4
**machines** [1] - 664:5
**MacKereth** [1] - 747:5
**mail** [116] - 621:16, 621:20, 634:10, 639:6, 639:9, 643:5, 643:8, 644:2, 647:15, 661:8, 661:13, 661:15, 662:4, 662:6, 663:4, 663:7, 665:7, 665:10, 668:14, 668:23, 669:3, 669:10, 670:13, 671:2, 671:3, 671:5, 671:13, 672:24, 672:25, 675:14, 679:18, 684:24, 685:1, 688:4, 709:24, 711:13, 711:19, 711:22, 712:1, 712:9, 713:8, 713:12, 714:2, 714:21, 714:24, 715:5, 715:7, 715:12, 715:20, 716:2, 716:7, 716:8, 717:1, 717:8, 717:16, 717:19, 717:25, 718:14, 718:18, 718:25, 721:11, 723:8, 725:6, 725:7, 726:17, 727:13, 727:18, 727:21, 728:9, 728:12, 728:15, 729:2, 729:13, 730:14, 731:15, 731:20, 731:25, 732:15, 733:3, 733:18, 734:14, 734:19, 734:24, 735:2, 735:22, 735:23, 737:19, 737:21, 738:16, 738:19, 741:7, 741:9, 743:24, 772:21, 779:23, 781:5, 792:25, 795:5, 795:11, 804:13, 806:1, 806:13, 818:17, 819:20, 827:24, 830:19, 831:15, 834:14, 834:16, 838:11
**mailed** [4] - 730:10, 734:17, 775:10, 837:2

**mailing** [3] - 671:8, 714:17, 731:21
**mails** [10] - 645:19, 684:8, 718:17, 718:22, 733:7, 770:14, 771:3, 797:4, 797:7, 806:10
**main** [2] - 714:15, 715:10
**maintained** [2] - 709:14, 763:25
**manage** [1] - 746:21
**managed** [2] - 618:18, 746:20
**management** [3] - 622:14, 733:16, 764:25
**manager** [12] - 644:6, 645:19, 657:13, 746:10, 746:17, 747:2, 747:19, 748:10, 749:10, 789:6, 793:14
**manager's** [3] - 716:15, 743:18, 743:23
**Mandula** [3] - 727:3, 838:11, 838:14
**manifest** [1] - 642:7
**manifesting** [1] - 771:10
**manifests** [1] - 771:7
**Manjula** [4] - 725:7, 725:10, 726:17, 727:16
**March** [8] - 678:6, 678:10, 680:7, 681:17, 685:25, 694:18, 695:17, 767:19
**Margaret** [3] - 616:23, 618:12, 840:16
**mark** [1] - 739:17
**Mark** [3] - 737:22, 738:1, 739:6
**MARKED** [1] - 841:7
**marker** [1] - 770:9
**markers** [1] - 810:19
**Martinez** [6] - 733:12, 734:15, 735:4, 736:15, 809:7, 827:13
**MASON** [1] - 617:17
**MAT** [3] - 732:19, 732:20, 806:5
**match** [1] - 652:17
**materials** [3] - 758:12, 758:13, 759:24
**Matheson** [52] - 728:20, 728:24,

729:1, 729:2, 729:7, 729:13, 730:4, 730:10, 730:12, 730:22, 731:4, 731:9, 731:17, 732:3, 732:11, 732:20, 733:24, 734:3, 734:22, 735:6, 735:18, 735:25, 736:21, 737:12, 737:13, 739:11, 739:18, 739:22, 778:4, 779:15, 780:12, 780:16, 780:24, 781:10, 805:1, 805:6, 806:5, 806:8, 806:15, 806:20, 806:25, 807:2, 807:7, 808:8, 808:13, 808:18, 809:11, 809:15, 809:17, 809:19, 810:4

**Matheson's** [7] - 731:10, 734:11, 734:13, 737:9, 739:23, 807:12, 809:1

**Matt** [2] - 754:21, 829:22

**matter** [9] - 638:22, 646:21, 646:22, 659:11, 756:16, 769:8, 786:15, 817:9, 840:15

**matters** [2] - 745:18, 753:25

**Maureen** [2] - 665:14, 665:17

**McCracken** [162] - 616:21, 617:8, 617:10, 617:14, 617:20, 619:3, 619:4, 630:17, 630:20, 631:6, 631:11, 631:20, 631:23, 636:23, 637:6, 637:18, 637:20, 637:23, 638:3, 639:12, 639:14, 643:4, 643:7, 647:21, 647:25, 648:1, 649:1, 649:3, 650:12, 650:13, 651:2, 651:3, 651:11, 651:13, 652:11, 653:12, 653:14, 656:6,

656:8, 657:8, 657:10, 661:6, 661:7, 661:12, 661:14, 663:3, 663:6, 665:3, 665:5, 665:12, 665:15, 667:6, 667:8, 668:21, 669:1, 669:7, 669:9, 669:15, 669:20, 671:1, 671:4, 673:21, 673:24, 676:5, 676:9, 677:15, 677:17, 678:22, 678:24, 679:7, 679:8, 681:9, 681:10, 685:11, 685:12, 689:1, 689:3, 692:21, 692:23, 695:7, 695:10, 701:23, 702:1, 705:24, 706:1, 711:10, 711:12, 713:6, 713:7, 714:18, 714:20, 715:4, 715:6, 717:13, 717:15, 717:22, 717:24, 718:20, 718:21, 719:10, 719:12, 720:9, 720:11, 721:2, 721:5, 721:8, 721:10, 721:16, 721:21, 723:9, 723:14, 724:7, 724:12, 724:22, 724:23, 726:15, 726:16, 727:11, 727:12, 727:18, 727:20, 728:17, 728:18, 729:15, 729:22, 731:12, 731:14, 731:24, 732:1, 732:12, 732:14, 733:17, 733:19, 734:23, 735:1, 736:5, 736:13, 737:15, 737:17, 738:24, 739:4, 742:12, 742:14, 747:10, 777:9, 783:24, 810:23, 811:15, 812:3, 819:12, 819:15, 820:8, 820:21, 821:6, 832:17, 832:21, 833:14, 833:17, 833:20, 839:24, 840:8, 841:5

**MCCRACKEN** [27] - 618:14, 628:10, 628:12, 634:25, 635:2, 639:3, 639:5, 642:11, 642:13, 648:11, 648:13, 652:5, 671:16, 671:18, 672:19, 672:21, 686:13, 686:14, 689:21, 689:24, 698:15, 698:17, 724:9, 729:19, 729:23, 766:3, 783:7

**Mean** [1] - 670:17

**mean** [38] - 635:21, 637:8, 643:19, 644:14, 656:24, 657:19, 661:24, 662:11, 663:17, 664:1, 664:3, 666:1, 666:25, 667:3, 688:10, 690:9, 693:17, 694:2, 700:2, 703:16, 704:24, 706:16, 706:19, 720:4, 726:24, 734:1, 735:12, 747:25, 752:25, 755:14, 758:6, 761:25, 765:7, 776:21, 791:5, 796:12, 806:19, 830:19

**meaning** [1] - 746:17

**means** [9] - 647:1, 658:5, 659:24, 678:13, 699:13, 700:19, 704:23, 712:18, 713:19

**Medical** [2] - 819:22, 834:19

**meeting** [3] - 712:10, 716:13, 766:8

**meetings** [1] - 722:25

**members** [2] - 813:12, 816:17

**memories** [1] - 826:19

**memory** [4] - 772:2, 772:9, 797:2, 826:11

**mention** [4] - 624:13, 625:14, 632:13, 808:13

**mentioned** [11] - 620:10, 620:11, 625:24, 630:13, 646:14, 660:19, 696:13, 729:3, 740:23, 752:17, 822:3

**mentioning** [1] - 625:9

**mentions** [1] - 664:7

**Mesa** [1] - 777:15

**message** [2] - 721:6, 837:19

**messages** [1] - 838:21

**metadata** [2] - 833:6, 833:15

**method** [1] - 700:10

**methodologies** [1] - 816:15

**microphone** [1] - 618:9

**middle** [8] - 619:12, 628:25, 654:5, 714:21, 747:22, 766:22, 772:22, 802:10

**midway** [1] - 689:8

**might** [13] - 620:14, 621:6, 627:1, 627:6, 631:1, 636:10, 700:14, 710:24, 762:21, 763:9, 770:11, 776:21, 800:5

**migrate** [1] - 622:15

**migrating** [1] - 680:2

**mind** [2] - 628:2, 775:9

**mine** [1] - 716:21

**minor** [1] - 621:8

**minute** [5] - 720:14, 736:6, 798:11, 836:16, 839:20

**minutes** [7] - 712:10, 759:14, 760:5, 792:7, 792:10, 792:13, 793:22

**miscellaneous** [2] - 674:5, 677:22

**Miscellaneous** [1] - 814:25

**misguided** [1] - 748:25

**mistakes** [2] - 707:16, 708:4

**Miszewski** [2] - 739:6, 739:7

**modification** [11] - 649:10, 676:8, 676:14, 678:8, 680:6, 686:6, 691:25, 695:16, 695:19, 800:4, 800:6

**modifications** [6] - 652:2, 659:9, 681:22, 756:4, 804:17, 839:1

**modified** [13] - 628:25,

629:7, 631:1, 631:10, 632:7, 652:21, 663:13, 663:19, 735:7, 763:24, 764:12, 764:19, 804:3

**modify** [4] - 629:14, 649:11, 675:17, 786:22

**modifying** [6] - 652:14, 652:15, 660:5, 786:25, 787:10

**modules** [1] - 693:11

**moment** [1] - 828:9

**Monday** [3] - 733:8, 738:17, 806:9

**months** [4] - 677:2, 789:19, 790:7, 833:8

**morning** [9] - 617:4, 617:15, 617:16, 672:1, 678:23, 679:6, 795:10, 806:9, 840:7

**most** [9] - 642:16, 646:25, 647:4, 649:21, 682:17, 712:2, 713:4, 745:6, 784:19

**mostly** [1] - 629:8

**move** [37] - 618:9, 623:10, 625:12, 687:16, 696:19, 704:3, 704:14, 705:10, 721:16, 723:10, 745:4, 747:8, 749:6, 766:2, 775:17, 777:7, 782:10, 782:14, 783:5, 783:23, 789:21, 796:9, 801:12, 810:10, 810:22, 811:14, 812:15, 812:16, 812:22, 819:10, 819:13, 820:4, 820:7, 820:20, 821:5, 833:13, 839:23

**moved** [4] - 620:8, 725:24, 807:11, 824:3

**Mover** [14] - 675:9, 690:2, 690:6, 702:4, 702:8, 702:15, 702:16, 702:18, 720:23, 764:9, 815:2, 815:4, 815:6, 815:18

**moving** [5] - 644:23,

748:13, 786:13,
792:4, 795:10
**MR** [255] - 617:10,
617:14, 617:20,
618:14, 619:3,
619:4, 628:10,
628:12, 630:17,
630:20, 631:6,
631:11, 631:20,
631:23, 634:25,
635:2, 636:23,
637:6, 637:18,
637:20, 637:23,
637:25, 638:3,
639:3, 639:5,
639:12, 639:14,
642:11, 642:13,
643:4, 643:7,
647:21, 647:22,
647:25, 648:1,
648:11, 648:13,
649:1, 649:3,
650:12, 650:13,
651:2, 651:3,
651:11, 651:13,
652:5, 652:11,
653:12, 653:14,
656:6, 656:8, 657:8,
657:10, 661:6,
661:7, 661:12,
661:14, 663:3,
663:6, 665:3, 665:5,
665:12, 665:15,
667:6, 667:8,
668:21, 669:1,
669:7, 669:9,
669:15, 669:17,
669:20, 671:1,
671:4, 671:16,
671:18, 672:19,
672:21, 673:21,
673:24, 676:5,
676:9, 677:15,
677:17, 678:24,
679:8, 681:9,
681:10, 685:11,
685:12, 686:13,
686:14, 689:1,
689:3, 689:21,
689:24, 692:21,
692:23, 695:7,
695:10, 698:15,
698:17, 701:23,
702:1, 705:24,
706:1, 711:10,
711:12, 713:6,
713:7, 714:18,
714:20, 715:4,
715:6, 717:13,
717:15, 717:22,
717:24, 718:20,

718:21, 719:10,
719:12, 720:9,
720:11, 721:2,
721:5, 721:8,
721:10, 721:16,
721:18, 721:21,
723:9, 723:14,
724:9, 724:12,
724:23, 726:15,
726:16, 727:11,
727:12, 727:18,
727:20, 728:17,
728:18, 729:15,
729:16, 729:19,
729:22, 729:23,
731:12, 731:14,
731:24, 732:1,
732:12, 732:14,
733:17, 733:19,
734:23, 735:1,
736:3, 736:5, 736:8,
736:13, 737:15,
737:17, 738:24,
739:1, 739:4,
742:12, 742:16,
742:18, 747:7,
747:10, 747:11,
747:12, 750:1,
750:3, 754:21,
754:22, 760:4,
766:2, 766:3, 766:6,
775:16, 775:22,
777:7, 777:9,
777:12, 783:5,
783:7, 783:9,
783:12, 783:13,
783:23, 783:24,
784:2, 789:11,
789:15, 796:9,
796:14, 801:12,
801:24, 802:1,
802:6, 802:9, 810:9,
810:12, 810:22,
810:23, 811:1,
811:14, 811:15,
811:16, 811:25,
812:3, 812:7,
812:15, 812:21,
818:9, 818:12,
819:8, 819:12,
819:13, 819:15,
819:19, 820:4,
820:7, 820:8,
820:11, 820:20,
820:21, 820:24,
821:5, 821:6, 821:9,
829:18, 830:1,
830:4, 832:17,
832:18, 832:21,
833:1, 833:13,
833:14, 833:15,

833:17, 833:18,
833:20, 833:21,
839:20, 839:23,
839:24, 840:2,
840:8, 840:9
**multi** [2] - 648:5,
816:17
**multi-disciplinary** [1]
- 816:17
**multi-state** [1] - 648:5
**multiple** [20] - 619:16,
622:11, 625:7,
627:20, 630:18,
632:3, 632:24,
635:21, 642:2,
643:21, 735:16,
764:4, 764:10,
768:17, 770:16,
770:18, 774:1,
791:20, 815:21,
815:25
**must** [3] - 836:13,
837:2

## N

**Nabhi** [3] - 836:1,
836:7, 836:12
**name** [16] - 636:21,
685:22, 687:24,
696:4, 720:6, 721:1,
741:21, 741:23,
753:8, 819:6,
824:10, 826:3,
826:5, 831:3, 836:1,
836:19
**named** [3] - 629:4,
720:19, 824:9
**names** [3] - 666:19,
693:14, 696:13
**naming** [1] - 726:6
**narrative** [1] - 775:19
**NASDAQ** [1] - 821:3
**nature** [7] - 698:24,
707:11, 709:10,
716:22, 748:15,
813:16, 828:15
**navigate** [2] - 683:7,
683:11
**navigation** [2] - 683:8,
705:3
**near** [1] - 704:14
**necessarily** [5] -
744:25, 763:13,
764:16, 773:14,
803:20
**necessary** [13] -
624:3, 624:6,
658:20, 680:21,
682:14, 694:11,

701:3, 734:2,
773:10, 773:19,
778:18, 784:24,
821:19
**need** [77] - 623:24,
624:8, 625:10,
626:7, 627:1, 630:5,
631:2, 631:4,
631:16, 632:4,
646:19, 656:25,
657:20, 659:4,
659:22, 669:4,
670:4, 672:7,
679:20, 682:14,
682:22, 688:14,
693:13, 693:22,
694:24, 694:25,
695:5, 698:19,
698:23, 701:9,
706:25, 707:2,
707:5, 707:7,
707:10, 708:11,
709:21, 710:4,
710:10, 710:21,
712:24, 720:10,
723:4, 723:6,
761:10, 761:16,
761:23, 762:4,
762:7, 762:9,
766:23, 767:1,
767:3, 773:11,
773:12, 773:14,
774:13, 774:21,
775:6, 775:9,
775:24, 776:2,
776:13, 784:13,
785:8, 786:22,
787:6, 787:7,
789:11, 792:24,
798:20, 799:2,
817:10, 822:2,
822:17, 830:2, 832:8
**needed** [24] - 620:1,
624:14, 629:14,
637:5, 637:13,
640:16, 642:3,
646:10, 646:17,
648:22, 648:24,
657:6, 662:24,
664:23, 671:25,
682:12, 730:25,
745:20, 768:8,
769:16, 769:17,
774:18, 790:14,
791:10
**needs** [21] - 623:22,
627:2, 627:4,
630:21, 630:25,
631:14, 632:17,
648:17, 658:1,
684:6, 694:3,

698:23, 709:14,
710:14, 761:19,
774:8, 774:10,
811:21, 816:24,
822:8, 822:14
**network** [1] - 823:24
**Network** [35] - 694:7,
694:14, 694:23,
695:25, 696:8,
696:10, 696:12,
697:2, 697:4, 697:6,
697:13, 697:18,
697:24, 698:14,
700:7, 700:9,
701:16, 701:18,
701:20, 702:5,
704:2, 704:10,
704:13, 705:6,
705:9, 705:18,
705:23, 707:20,
707:22, 707:24,
708:8, 823:19,
826:15, 828:22,
829:2
**Network's** [14] -
694:24, 697:17,
697:22, 697:23,
698:10, 698:20,
703:24, 704:1,
704:12, 705:8,
705:22, 706:6,
706:9, 706:24
**NEVADA** [3] - 616:1,
617:1, 724:1
**Nevada** [2] - 616:7,
616:24
**never** [6] - 775:4,
775:23, 781:3,
831:25, 832:6,
837:13
**new** [71] - 627:2,
627:4, 627:7, 630:4,
643:17, 646:10,
646:14, 646:15,
646:16, 646:21,
646:22, 646:23,
648:23, 650:4,
653:10, 662:1,
664:14, 674:4,
678:16, 681:25,
688:13, 690:2,
690:3, 690:8,
690:10, 690:15,
690:21, 690:22,
691:2, 691:3, 691:6,
693:16, 693:23,
694:15, 696:2,
696:21, 696:23,
698:4, 698:19,
699:3, 699:8, 703:4,

703:10, 704:4,
704:25, 705:11,
707:10, 712:11,
712:19, 717:13,
717:20, 723:10,
742:24, 749:20,
751:5, 767:11,
772:23, 776:4,
785:25, 787:6,
801:13, 802:13,
803:4, 803:19,
803:22, 804:21
**newer** [1] - 653:2
**next** [35] - 624:16,
624:25, 630:19,
631:6, 631:20,
634:25, 640:19,
644:8, 645:11,
652:23, 658:3,
659:15, 671:16,
672:15, 674:15,
682:24, 684:10,
687:16, 689:23,
690:9, 690:15,
690:17, 690:20,
704:5, 708:17,
734:14, 735:22,
737:7, 749:15,
766:21, 776:18,
777:21, 810:10,
823:16, 835:25
**nine** [3] - 677:2,
758:11, 818:9
**ninety** [1] - 819:12
**non** [1] - 690:23
**non-programmers** [1]
- 690:23
**nonetheless** [1] -
838:20
**noon** [1] - 723:12
**Noon** [1] - 723:15
**normal** [3] - 633:5,
633:24, 666:11
**normally** [3] - 656:17,
656:19, 666:12
**NotePad** [4] - 627:18,
675:25, 676:2,
702:20
**notes** [8] - 625:21,
629:21, 674:13,
692:18, 718:6,
718:9, 719:4, 761:12
**nothing** [4] - 790:21,
804:11, 812:4,
832:16
**notice** [11] - 628:18,
629:4, 629:18,
642:15, 743:5,
743:8, 743:13,
744:9, 747:18,

749:9, 778:21
**noticed** [2] - 694:17,
788:4
**notices** [2] - 839:16,
839:19
**notification** [6] -
621:16, 622:8,
633:7, 710:2,
729:12, 837:19
**notified** [1] - 724:17
**notify** [1] - 717:7
**notifying** [1] - 665:8
**November** [12] -
744:5, 744:10,
747:20, 749:10,
751:24, 789:17,
794:1, 794:16,
819:3, 819:21,
820:13, 833:8
**Number** [1] - 672:16
**number** [20] - 623:22,
653:25, 670:11,
670:14, 673:9,
713:17, 741:8,
754:8, 757:11,
758:14, 767:4,
769:12, 778:4,
788:5, 805:1, 806:4,
818:3, 818:25,
824:11, 838:10
**numbers** [2] - 687:22,
795:20
**numeric** [1] - 638:24
**numerical** [1] - 743:1
**numerous** [4] -
626:18, 709:13,
748:12, 790:18

## O

**o'clock** [2] - 724:19,
840:6
**Oakland** [2] - 815:12,
818:8
**Oakland's** [2] -
815:15, 815:16
**object** [9] - 652:2,
681:22, 690:10,
690:24, 698:3,
698:4, 703:18,
783:7, 811:15
**objection** [24] -
637:25, 647:22,
669:17, 721:18,
729:16, 736:3,
736:7, 739:1, 766:3,
777:9, 783:24,
810:23, 811:25,
812:3, 812:16,
812:18, 819:16,

820:8, 820:21,
821:6, 832:17,
832:22, 833:14,
839:24
**objects** [30] - 680:20,
689:17, 689:19,
690:21, 690:22,
691:5, 691:12,
693:12, 693:16,
693:19, 693:25,
694:1, 695:1, 695:6,
698:6, 698:9,
700:16, 700:21,
700:23, 701:2,
704:5, 704:7,
706:18, 706:21,
707:10, 708:3,
708:13, 735:7,
740:18
**obligation** [1] - 716:7
**obtain** [2] - 700:5,
801:9
**obtained** [1] - 699:5
**occasional** [1] -
832:11
**occasionally** [1] -
700:11
**occur** [7] - 621:10,
624:23, 660:12,
678:19, 698:10,
701:15, 707:19
**occurred** [6] - 634:11,
676:25, 680:7,
682:5, 682:20,
831:11
**OF** [2] - 616:1, 616:11
**offer** [5] - 647:21,
669:15, 729:15,
738:24, 781:19
**Officer** [1] - 716:14
**Official** [2] - 616:23,
840:17
**often** [1] - 649:16
**Ohio** [1] - 797:23
**old** [1] - 742:23
**older** [1] - 658:14
**on-boarded** [1] -
694:15
**on-boarding** [8] -
709:18, 712:5,
712:11, 712:17,
716:4, 717:21,
749:20, 767:10
**onboard** [3] - 709:18,
712:12, 767:11
**once** [14] - 620:8,
621:14, 622:8,
623:25, 683:4,
706:23, 722:17,
785:7, 790:13,

815:20, 817:25,
834:13, 834:14
**Once** [1] - 679:25
**one** [98] - 622:13,
622:23, 623:9,
623:11, 623:22,
624:11, 625:3,
625:8, 627:24,
629:7, 630:15,
635:5, 637:7,
637:22, 640:3,
640:16, 642:15,
644:2, 646:16,
649:25, 650:14,
650:16, 651:10,
654:15, 654:21,
655:13, 656:10,
657:9, 658:11,
659:25, 667:12,
667:19, 674:25,
675:2, 675:3,
677:11, 677:20,
685:9, 690:17,
690:19, 691:16,
695:17, 698:21,
700:10, 702:21,
717:7, 718:12,
719:10, 721:3,
723:3, 731:22,
731:25, 733:17,
734:23, 734:24,
735:8, 742:24,
742:25, 745:10,
746:8, 746:10,
750:21, 751:3,
753:5, 753:6,
753:17, 753:18,
753:22, 756:9,
757:14, 758:19,
759:12, 760:11,
761:2, 781:23,
789:7, 790:2, 797:6,
800:1, 800:15,
802:24, 811:9,
811:12, 814:19,
819:15, 823:13,
825:17, 827:20,
829:23, 830:2,
834:3, 835:10,
836:24, 837:7,
837:16, 838:16
**one-way** [3] - 623:11,
630:15, 750:21
**ones** [1] - 650:9
**Ong** [3] - 818:13,
818:14
**online** [9] - 638:22,
689:19, 690:20,
690:22, 690:23,
704:8, 704:16,

704:19, 706:21
**oops** [1] - 731:24
**open** [9] - 629:11,
630:25, 631:2,
631:3, 637:13,
638:6, 639:18,
701:10, 767:3
**opened** [2] - 634:15,
834:10
**opening** [5] - 631:9,
811:18, 811:20,
812:2
**opens** [2] - 836:9,
836:21
**operating** [1] - 742:23
**operative** [1] - 743:3
**opinion** [2] - 752:5,
756:16
**Oracle** [90] - 621:21,
621:22, 623:17,
626:14, 627:3,
628:17, 628:19,
628:22, 629:19,
630:1, 638:11,
638:13, 646:6,
653:7, 653:10,
655:15, 655:18,
658:20, 660:16,
661:4, 663:15,
665:3, 667:7,
675:15, 675:21,
683:4, 687:13,
691:20, 692:9,
692:21, 702:23,
706:7, 709:9, 710:3,
712:2, 712:4,
712:25, 713:5,
713:21, 715:13,
715:25, 718:10,
719:11, 720:13,
720:24, 720:25,
724:15, 724:24,
726:1, 728:4, 731:2,
731:12, 737:15,
737:18, 742:25,
744:7, 744:18,
745:12, 747:13,
748:14, 748:25,
757:25, 761:25,
763:23, 764:13,
765:9, 768:11,
777:1, 785:11,
802:8, 802:15,
805:2, 810:10,
813:9, 813:24,
814:3, 815:19,
815:23, 824:15,
825:11, 833:6,
834:18, 834:24,
835:9, 837:11,

838:25, 839:8, 839:16
**ORACLE** [1] - 616:4
**Oracle's** [15] - 653:1, 653:3, 656:1, 656:5, 658:5, 658:13, 660:18, 662:20, 663:22, 691:16, 695:24, 719:7, 719:15, 742:10, 835:2
**orange** [3] - 619:18, 619:24, 623:2
**order** [15] - 694:11, 701:3, 723:5, 743:1, 751:6, 751:8, 760:8, 760:17, 765:24, 776:14, 776:15, 787:5, 801:6, 812:5, 814:18
**ordinary** [1] - 647:18
**Ore** [1] - 769:25
**Oregon** [7] - 688:8, 689:10, 689:15, 691:19, 769:10, 769:15, 774:3
**OREX** [1] - 742:24
**OREX_127** [1] - 826:21
**OREX_13** [2] - 833:23, 833:24
**OREX_1351** [1] - 789:16
**OREX_14** [1] - 747:15
**OREX_151** [1] - 765:11
**OREX_21** [3] - 785:11, 797:8, 797:9
**OREX_23** [1] - 802:8
**OREX_28** [1] - 797:13
**OREX_30** [1] - 793:6
**OREX_33** [1] - 795:14
**OREX_432** [1] - 825:24
**OREX_52** [1] - 827:19
**OREX_90** [2] - 818:9, 825:18
**OREX_97** [1] - 833:5
**OREX_98** [1] - 838:4
**organization** [6] - 644:7, 754:24, 755:2, 755:3, 755:15, 755:17
**orient** [1] - 766:7
**original** [1] - 788:14
**originally** [9] - 649:18, 654:10, 694:16, 695:14, 695:15, 788:12, 791:6, 793:24, 802:3

**Originally** [1] - 794:15
**otherwise** [2] - 667:15, 750:25
**outcome** [1] - 736:15
**outlined** [2] - 748:1, 752:11
**output** [4] - 709:22, 726:25, 838:22, 839:8
**outside** [4] - 636:11, 710:12, 811:16, 834:17
**outstanding** [1] - 713:13
**overlap** [1] - 713:2
**override** [3] - 793:13, 793:15, 793:18
**overruled** [1] - 832:23
**overseeing** [1] - 838:12
**own** [12] - 622:18, 623:5, 626:22, 627:10, 627:19, 628:8, 636:3, 666:9, 679:25, 709:12, 756:13, 756:16
**owner** [1] - 687:14

## P

**P.M** [1] - 724:1
**Pacific** [1] - 770:9
**package** [2] - 633:1, 684:8
**packaged** [1] - 667:1
**packaging** [4] - 621:15, 625:2, 633:7, 829:17
**padded** [1] - 638:25
**PAGE** [1] - 841:3
**page** [110] - 639:12, 643:6, 644:8, 647:25, 652:6, 652:19, 654:14, 654:15, 657:9, 661:12, 663:3, 668:23, 671:1, 671:2, 671:16, 671:19, 676:7, 681:21, 681:25, 682:1, 682:24, 686:13, 686:15, 686:18, 689:18, 689:20, 689:22, 689:23, 693:20, 694:19, 698:15, 698:25, 703:4, 703:6, 703:8, 703:10, 703:12, 703:13, 703:14,

703:20, 704:6, 704:21, 704:25, 705:3, 713:6, 714:18, 715:5, 717:22, 718:17, 718:20, 720:9, 720:12, 725:2, 726:15, 727:11, 731:19, 732:12, 733:22, 735:3, 743:12, 743:13, 743:14, 744:15, 746:5, 749:14, 749:15, 754:19, 758:8, 759:20, 759:21, 766:8, 766:9, 766:21, 766:22, 768:25, 769:1, 769:25, 772:21, 772:22, 773:6, 777:13, 785:15, 785:16, 785:24, 786:20, 787:12, 788:1, 788:25, 789:17, 792:4, 797:16, 800:3, 800:4, 802:8, 805:4, 806:1, 809:9, 815:11, 827:7, 827:8, 828:11, 835:16, 835:25, 836:2
**pages** [11] - 651:24, 677:7, 691:3, 695:4, 698:24, 703:7, 750:10, 758:2, 760:24, 760:25, 782:1
**paid** [2] - 677:23, 716:5
**paper** [1] - 826:24
**paragraph** [10] - 721:24, 747:22, 757:8, 760:14, 763:16, 766:22, 767:9, 782:22, 784:3, 790:1
**parameter** [3] - 637:5, 638:21, 804:11
**parameters** [3] - 639:18, 641:5, 786:23
**parentheses** [1] - 652:23
**part** [33] - 637:4, 640:25, 641:1, 642:17, 650:17, 658:14, 659:9, 661:9, 679:14, 693:12, 701:12,

711:19, 722:5, 737:7, 746:6, 747:19, 747:23, 748:3, 752:15, 752:17, 760:9, 776:21, 799:23, 800:1, 808:15, 809:20, 810:2, 813:6, 828:4, 835:24, 838:19, 839:3
**partially** [1] - 726:5
**particular** [12] - 624:16, 645:18, 653:17, 657:18, 702:21, 710:5, 718:14, 748:20, 791:21, 804:3, 815:5, 817:20
**parts** [4] - 636:25, 676:22, 760:9, 760:10
**party** [3] - 653:19, 676:3, 835:2
**pass** [1] - 712:23
**passed** [2] - 805:16, 805:18
**past** [1] - 659:8
**path** [4] - 726:9, 726:10, 726:11, 728:2
**Paula** [4] - 654:16, 773:5, 775:5, 775:24
**paused** [1] - 618:13
**Pawn** [1] - 819:6
**Payroll** [1] - 689:11
**pdf** [12] - 637:12, 637:13, 638:6, 638:10, 638:15, 647:4, 647:5, 647:6, 674:11, 682:10, 804:10, 821:17
**pending** [1] - 734:22
**people** [13] - 724:18, 746:10, 758:7, 772:5, 772:22, 795:2, 796:18, 801:3, 803:15, 804:1, 806:11, 813:19, 838:12
**PeopleCode** [12] - 699:3, 699:8, 699:13, 699:14, 699:20, 699:22, 700:5, 700:8, 700:24, 701:6, 701:12
**PeopleSoft** [65] - 618:5, 618:7, 618:17, 618:18,

619:14, 619:20, 628:17, 628:19, 628:25, 629:7, 629:19, 639:22, 683:6, 683:17, 690:25, 699:14, 702:18, 705:16, 707:3, 708:23, 709:7, 709:8, 709:9, 709:12, 709:15, 710:5, 711:2, 711:23, 719:3, 724:14, 725:4, 725:21, 728:13, 733:16, 745:10, 746:12, 746:14, 746:16, 746:17, 746:19, 746:20, 746:25, 747:3, 748:2, 748:4, 748:9, 749:11, 752:7, 752:15, 752:18, 756:3, 757:13, 763:24, 765:17, 782:3, 787:1, 787:11, 795:1, 800:12, 815:7, 818:14, 823:15, 838:10, 838:25
**PeopleTools** [1] - 703:18
**per** [1] - 711:7
**perfect** [1] - 742:4
**perform** [6] - 660:1, 694:3, 697:12, 699:16, 704:12, 757:15
**performed** [11] - 632:11, 644:18, 678:5, 683:2, 686:19, 697:1, 697:22, 703:23, 704:9, 705:17, 814:11
**performing** [6] - 632:25, 696:11, 697:5, 699:18, 699:19, 708:16
**performs** [3] - 697:16, 698:13, 705:21
**perhaps** [7] - 621:6, 670:17, 763:10, 784:23, 820:13, 821:2, 837:2
**period** [5] - 711:6, 711:8, 751:9, 796:24, 801:7
**permit** [1] - 813:1
**persistent** [4] - 776:12, 776:13,

22

776:17, 777:18
**person** [8] - 668:14, 674:13, 733:10, 747:4, 831:14, 831:15, 831:16, 838:13
**personal** [3] - 797:2, 797:6, 826:19
**personally** [2] - 634:7, 737:13
**personnel** [1] - 801:8
**perspective** [5] - 734:6, 734:8, 736:21, 779:22, 785:1
**pertaining** [1] - 812:11
**Phillips** [1] - 616:15
**phone** [8] - 641:7, 641:9, 641:17, 641:18, 645:5, 645:6, 647:11, 734:20
**phonetic** [1] - 836:12
**phrase** [1] - 663:23
**phrased** [1] - 752:10
**pick** [8] - 621:18, 621:23, 622:1, 665:20, 666:1, 666:12, 738:2, 840:6
**picked** [1] - 734:20
**picking** [2] - 686:11, 809:24
**picture** [1] - 647:11
**pictures** [2] - 650:10, 674:20
**piece** [1] - 710:5
**Pikeville** [2] - 819:22, 823:10
**place** [20] - 654:19, 660:21, 688:18, 702:6, 709:23, 710:12, 710:22, 710:25, 715:10, 716:12, 723:6, 726:21, 727:3, 734:12, 736:25, 737:11, 742:7, 748:16, 786:16, 790:7
**placed** [9] - 621:17, 666:17, 722:15, 726:13, 728:1, 728:10, 824:21, 833:7, 838:8
**places** [3] - 638:25, 654:19, 660:5
**PLAINTIFF** [1] - 616:14
**Plaintiff's** [10] - 766:5, 777:11, 784:1,

810:25, 812:20, 819:18, 820:10, 820:23, 821:8, 840:1
**plaintiffs** [1] - 616:5
**PLAINTIFFS** [1] - 841:7
**plan** [6] - 737:3, 747:23, 747:24, 747:25, 748:3, 799:14
**planning** [1] - 799:11
**play** [1] - 775:12
**playing** [1] - 786:5
**Pocker** [1] - 616:14
**point** [27] - 641:15, 654:11, 655:9, 655:25, 657:23, 662:23, 665:23, 669:25, 670:16, 678:23, 683:21, 687:12, 753:5, 764:14, 773:9, 773:18, 775:18, 784:20, 787:5, 791:7, 791:23, 799:11, 803:5, 806:6, 806:7, 812:1, 812:13
**pointed** [1] - 800:2
**pointing** [2] - 666:4, 792:20
**points** [1] - 709:13
**policies** [1] - 751:5
**Policy** [29] - 714:9, 715:15, 715:19, 716:9, 722:20, 722:25, 727:5, 748:16, 752:1, 752:12, 752:21, 753:21, 754:14, 755:1, 756:2, 756:8, 756:15, 756:17, 756:22, 757:2, 757:18, 759:8, 759:11, 760:9, 760:18, 799:4, 835:8, 837:9, 839:10
**policy** [6] - 709:7, 715:21, 753:11, 760:20, 760:21, 832:14
**poor** [1] - 740:2
**populate** [1] - 660:9
**Port** [2] - 767:3, 767:7
**portal** [7] - 710:1, 830:7, 830:8, 830:10, 830:11, 830:13, 837:19
**portion** [1] - 669:25
**portions** [3] - 749:21,

749:22, 813:14
**positioning** [1] - 787:3
**possible** [7] - 627:1, 657:18, 664:24, 691:8, 732:4, 816:22, 825:12
**posted** [1] - 713:21
**postinjunction** [7] - 618:5, 618:16, 618:21, 618:22, 619:1, 622:18, 767:20
**postmortem** [1] - 765:22
**posts** [2] - 647:3, 650:21
**potential** [9] - 643:16, 643:21, 708:4, 717:9, 754:14, 754:25, 765:7, 772:23, 802:12
**potentially** [7] - 621:20, 635:15, 635:17, 635:19, 636:7, 636:8, 770:15
**practice** [1] - 764:5
**practices** [4] - 739:25, 744:17, 744:23, 745:3
**pre** [7] - 649:2, 665:4, 667:7, 681:12, 692:22, 833:17, 833:18
**pre-admitted** [7] - 649:2, 665:4, 667:7, 681:12, 692:22, 833:17, 833:18
**preclude** [1] - 758:6
**preexisting** [1] - 690:17
**prefer** [1] - 656:18
**prefixed** [1] - 726:6
**prejudicial** [1] - 812:6
**preliminary** [1] - 660:7
**preparation** [2] - 673:17, 806:10
**prepare** [9] - 626:19, 657:17, 681:2, 684:7, 684:24, 757:12, 758:18, 807:17, 834:2
**prepared** [7] - 618:25, 619:5, 659:17, 680:19, 680:25, 719:15, 824:21
**prepares** [1] - 765:24
**preparing** [7] - 644:24, 681:3, 731:1, 774:1, 791:4, 822:20, 822:22

**presence** [1] - 811:17
**presentation** [1] - 811:9
**president** [2] - 746:24
**President** [1] - 716:15
**press** [4] - 810:13, 810:16, 810:17, 810:20
**presumably** [1] - 828:23
**pretty** [2] - 649:17, 662:14
**prevent** [2] - 742:7, 753:4
**previous** [2] - 697:10, 791:18
**previously** [5] - 617:18, 668:24, 682:8, 694:12, 732:9
**prides** [1] - 778:17
**primarily** [2] - 627:23, 733:15
**primary** [2] - 640:23, 643:13
**principally** [1] - 772:13
**Pringle** [16] - 671:6, 731:20, 731:21, 732:15, 733:3, 786:20, 792:18, 793:13, 795:17, 797:16, 798:2, 798:25, 805:5, 805:15, 806:2
**print** [32] - 637:3, 637:4, 638:20, 638:24, 639:18, 639:19, 639:25, 641:5, 644:23, 645:22, 646:11, 646:23, 647:8, 648:14, 651:5, 654:5, 659:12, 662:2, 675:1, 676:17, 677:9, 677:10, 677:12, 677:21, 678:14, 678:17, 683:14, 769:8, 782:1, 787:3, 804:10
**Print** [1] - 683:10
**printed** [11] - 635:7, 638:5, 638:8, 638:9, 638:20, 639:2, 648:25, 652:17, 659:12, 664:23, 775:9
**printing** [6] - 634:16, 646:13, 656:12, 768:21, 786:14,

786:16
**printout** [1] - 800:5
**prints** [7] - 646:2, 651:9, 675:3, 675:7, 676:12, 689:5, 787:7
**priorities** [1] - 795:19
**priority** [3] - 766:12, 766:16, 767:13
**Privileged** [1] - 824:25
**privy** [1] - 753:14
**proactive** [1] - 656:19
**problem** [25] - 621:7, 625:10, 626:12, 633:20, 634:24, 638:16, 638:18, 642:6, 642:8, 642:17, 643:16, 643:21, 648:22, 662:1, 715:9, 723:5, 769:1, 770:12, 771:7, 772:23, 786:11, 798:13, 802:12, 816:24, 835:13
**problems** [4] - 641:2, 724:17, 763:8, 773:13
**procedure** [1] - 627:4
**procedures** [6] - 720:23, 751:5, 755:22, 755:23, 834:21, 835:11
**proceed** [8] - 617:12, 624:8, 625:1, 680:1, 736:4, 736:18, 809:15, 829:17
**proceeded** [3] - 640:20, 735:24, 773:19
**proceeding** [1] - 758:25
**proceedings** [1] - 840:14
**Proceedings** [1] - 618:13
**process** [25] - 617:22, 622:15, 624:10, 630:22, 632:12, 632:14, 632:18, 632:19, 633:5, 633:17, 664:25, 666:11, 705:11, 705:14, 707:21, 708:18, 712:15, 727:1, 733:22, 741:6, 773:18, 775:15, 803:24, 803:25
**processes** [11] - 618:1, 618:5, 618:6,

618:17, 618:20, 618:21, 619:1, 725:5, 750:16, 762:23, 824:20
**processing** [1] - 705:15
**processor** [1] - 676:3
**produce** [2] - 647:7, 682:11
**produced** [3] - 719:17, 735:15, 833:16
**produces** [2] - 755:18, 838:21
**producing** [3] - 657:24, 688:11, 690:10
**product** [33] - 620:1, 626:11, 626:17, 627:10, 627:19, 628:8, 629:22, 630:7, 636:11, 636:17, 653:19, 660:24, 676:4, 681:7, 684:20, 684:21, 687:6, 690:11, 713:20, 735:14, 759:5, 764:3, 779:7, 800:21, 814:16, 815:9, 815:13, 815:18, 820:17, 823:13, 825:9, 839:3
**Product** [1] - 644:10
**production** [16] - 619:12, 619:17, 620:25, 621:4, 622:6, 622:15, 680:2, 710:11, 710:17, 710:24, 710:25, 722:3, 722:4, 722:9, 722:12, 835:23
**program** [43] - 624:4, 625:9, 627:3, 627:5, 627:7, 630:5, 643:24, 645:22, 646:10, 646:18, 646:23, 647:8, 648:24, 649:11, 659:16, 661:19, 661:23, 663:14, 675:7, 676:12, 676:16, 677:12, 678:16, 683:12, 683:14, 691:24, 692:1, 692:8, 692:11, 692:13, 700:12, 702:19, 705:13, 729:25, 786:16, 786:17,

786:23, 786:25, 787:7, 801:4, 807:8, 834:22, 835:11
**programmer** [1] - 707:25
**programmers** [1] - 690:23
**programming** [1] - 699:14
**programs** [12] - 627:7, 627:9, 660:4, 699:4, 699:5, 699:6, 699:17, 700:11, 763:22, 786:25, 839:18
**progress** [3] - 633:14, 666:7, 809:24
**prohibited** [13] - 749:14, 749:18, 756:15, 760:19, 761:5, 761:21, 762:6, 762:15, 763:2, 763:11, 800:16, 800:18, 802:22
**prohibiting** [1] - 751:16
**prohibitions** [3] - 750:6, 750:13, 758:13
**prohibits** [1] - 757:2
**project** [9] - 693:23, 698:21, 700:17, 700:21, 700:22, 703:14, 706:18, 706:21, 740:21
**promptly** [1] - 778:18
**pronounce** [1] - 687:25
**pronunciation** [1] - 651:1
**properly** [1] - 648:23
**property** [2] - 758:11, 759:21
**proposed** [2] - 768:6, 768:15
**protect** [2] - 623:17, 742:10
**provide** [18] - 622:13, 666:4, 701:3, 711:5, 713:1, 736:21, 749:20, 772:12, 776:10, 776:14, 776:15, 776:21, 778:18, 785:4, 803:9, 803:17, 804:23, 839:12
**provided** [5] - 622:9, 636:3, 636:17, 722:7, 775:23,

779:10, 779:12, 779:15, 780:1, 790:11, 803:8, 803:17, 804:22, 805:13
**provides** [1] - 690:25
**providing** [8] - 633:12, 633:19, 653:5, 746:11, 776:4, 803:19, 803:22, 813:10
**provision** [3] - 757:20, 758:7, 758:8
**provisions** [7] - 743:15, 743:21, 743:25, 744:2, 757:19, 758:10, 763:17
**PS** [1] - 782:6
**PSFT** [1] - 671:6
**PSP** [1] - 720:22
**pspdt** [1] - 834:4
**psptax.dt.dms** [4] - 720:19, 720:22, 722:1, 722:2
**psptaxdt.dms** [1] - 834:13
**PSPTCALC.lis** [2] - 726:22, 726:25
**public** [3] - 811:4, 812:7, 812:10
**publication** [1] - 794:16
**publishes** [3] - 646:15, 650:4, 674:4
**Puerto** [1] - 648:9
**pull** [8] - 650:12, 668:22, 669:7, 692:6, 695:9, 701:11, 724:15, 829:22
**PUM** [5] - 713:17, 714:1, 715:1
**purportedly** [1] - 744:16
**purposes** [1] - 779:9
**push** [1] - 777:24
**put** [16] - 649:22, 656:6, 672:19, 713:24, 714:11, 726:8, 737:15, 745:1, 750:6, 754:21, 781:25, 783:14, 804:2, 806:7, 815:15, 828:19
**puts** [1] - 830:21
**putting** [5] - 703:12, 742:9, 777:17, 807:20, 807:24

## Q

**QA** [61] - 619:11, 619:17, 620:4, 620:8, 620:13, 620:22, 620:23, 621:18, 621:25, 624:22, 624:24, 624:25, 625:1, 632:11, 632:13, 633:18, 666:12, 684:3, 684:11, 684:13, 685:5, 708:20, 709:15, 709:23, 710:12, 710:13, 710:23, 710:25, 713:22, 713:25, 722:15, 723:6, 725:24, 726:11, 726:14, 733:11, 733:16, 734:10, 735:18, 735:20, 763:14, 779:21, 779:22, 780:17, 781:2, 795:9, 808:16, 809:20, 809:25, 810:6, 810:7, 816:18, 827:4, 827:13, 827:17, 827:25, 828:15, 829:8, 829:14, 838:14
**qualifiers** [1] - 830:21
**quality** [11] - 620:16, 620:19, 620:21, 621:23, 622:4, 737:3, 762:20, 779:20, 827:5, 828:16, 828:17
**quarantine** [2] - 803:2, 803:8
**quarantined** [8] - 751:15, 752:20, 802:5, 803:15, 804:21, 804:22, 837:23, 837:25
**quarantining** [1] - 752:11
**quarter** [2] - 692:8, 695:12
**quarterly** [2] - 688:7, 701:4
**Quarterly** [1] - 689:11
**Quater** [1] - 688:1
**QUESTION** [1] - 755:13
**questions** [8] - 738:13, 739:24, 742:13, 742:20,

775:20, 783:11, 804:19, 840:3
**quickly** [2] - 657:18, 774:5
**quite** [11] - 625:5, 693:19, 700:14, 745:18, 762:5, 781:13, 795:12, 817:19, 831:6

## R

**raised** [1] - 633:12
**Ramachandran** [3] - 643:9, 643:12, 770:14
**Ramamoorthy** [1] - 713:9
**ran** [4] - 659:18, 659:20, 807:5, 807:10
**rapidly** [1] - 770:21
**rare** [1] - 642:4
**rate** [2] - 786:5, 786:7
**rated** [1] - 782:17
**rather** [3] - 670:4, 687:21, 746:16
**rating** [2] - 782:5, 782:7
**Rating** [1] - 782:12
**Ravi** [1] - 715:11
**Ravin** [3] - 744:10, 744:21, 754:15
**Ravin's** [1] - 754:17
**Ray** [4] - 721:4, 721:22, 834:7, 834:12
**reached** [1] - 804:1
**reactive** [1] - 656:22
**read** [13] - 678:13, 679:23, 737:25, 754:17, 759:15, 760:1, 760:2, 760:23, 784:5, 798:14, 826:23, 828:7, 837:20
**reading** [9] - 690:4, 716:2, 733:7, 758:22, 767:9, 772:3, 775:1, 798:7, 810:16
**ready** [9] - 620:8, 621:17, 622:8, 666:5, 684:9, 733:25, 734:2, 734:5, 817:25
**realized** [1] - 839:7
**really** [7] - 636:25, 676:21, 755:6, 765:1, 771:5, 793:4,

804:18
**reason** [5] - 675:13, 712:25, 761:17, 775:13, 798:2
**reasons** [1] - 745:9
**reassurance** [1] - 806:21
**recalled** [1] - 617:17
**receive** [29] - 621:12, 635:5, 635:24, 639:9, 647:18, 653:6, 655:5, 655:8, 656:2, 656:4, 658:15, 662:16, 662:18, 662:21, 664:18, 667:3, 667:23, 668:10, 669:13, 669:22, 671:20, 684:18, 687:10, 711:19, 713:14, 719:3, 763:19, 780:15, 823:1
**received** [61] - 628:4, 632:17, 636:6, 638:2, 647:15, 647:24, 653:1, 653:3, 653:7, 655:17, 656:1, 656:2, 656:5, 656:13, 656:15, 658:13, 659:6, 661:9, 663:21, 669:14, 669:19, 678:5, 712:4, 713:4, 713:21, 716:20, 716:23, 717:16, 718:25, 719:7, 721:20, 729:18, 730:6, 731:1, 734:19, 737:21, 739:3, 743:9, 744:12, 756:13, 766:5, 768:10, 768:11, 772:21, 777:4, 777:11, 779:13, 781:3, 784:1, 803:6, 803:10, 810:25, 812:20, 819:18, 820:10, 820:23, 821:8, 822:3, 831:18, 832:5, 840:1
**RECEIVED** [1] - 841:7
**receives** [5] - 640:4, 708:14, 716:10, 761:19, 762:22
**receiving** [12] - 640:15, 655:6, 658:4, 659:20,

740:17, 762:23, 813:15, 816:9, 817:14, 818:2, 818:23, 821:23
**recent** [3] - 649:21, 712:2, 713:4
**recently** [2] - 653:2, 722:7
**recess** [5] - 679:3, 723:12, 723:15, 801:19, 840:12
**recipient** [4] - 677:11, 716:7, 718:18, 817:15
**recite** [1] - 687:22
**recognize** [13] - 719:13, 724:25, 731:15, 765:19, 782:5, 782:6, 783:16, 810:13, 811:8, 814:24, 827:14, 828:8, 836:19
**recognized** [1] - 837:10
**recollection** [6] - 772:10, 772:15, 774:24, 797:4, 797:7, 798:13
**recommendations** [1] - 755:19
**reconcile** [1] - 655:23
**reconvene** [3] - 679:1, 723:13, 801:17
**reconvened** [4] - 617:6, 679:5, 724:5, 801:21
**record** [23] - 617:6, 669:2, 673:3, 679:5, 698:23, 701:10, 701:13, 707:4, 718:12, 720:1, 721:12, 724:5, 741:15, 774:20, 775:21, 779:18, 801:21, 807:3, 808:7, 827:15, 828:8, 828:14, 840:14
**recordkeeping** [2] - 739:25, 740:2
**records** [24] - 680:9, 688:16, 688:23, 691:2, 698:4, 698:7, 698:19, 720:2, 720:4, 740:5, 740:6, 740:19, 741:1, 741:4, 790:23, 792:17, 807:5, 807:9, 807:13,

826:10, 826:19, 828:13, 828:16, 829:9
**red** [5] - 628:18, 628:20, 628:22, 629:8, 629:19
**redirect** [1] - 840:6
**reduce** [2] - 637:2, 751:14
**Reduction** [1] - 789:24
**reduction** [15] - 648:5, 668:17, 670:3, 670:10, 778:6, 778:9, 778:14, 778:16, 778:20, 786:5, 786:6, 790:2, 790:8, 791:22, 794:7
**reductions** [2] - 645:24, 668:19
**refer** [1] - 620:22
**reference** [6] - 763:17, 766:7, 767:4, 768:25, 769:23, 788:25
**referenced** [1] - 748:5
**referred** [1] - 787:4
**referring** [13] - 618:21, 654:14, 654:22, 684:17, 685:22, 695:17, 732:8, 767:15, 767:25, 770:6, 806:5, 808:3, 830:5
**refers** [3] - 689:10, 766:22, 815:4
**refraining** [1] - 748:14
**regard** [7] - 722:24, 734:10, 735:19, 748:13, 748:14, 823:17, 829:12
**regarding** [15] - 634:10, 674:12, 680:12, 688:5, 689:15, 692:3, 716:17, 729:2, 737:3, 738:13, 740:2, 740:5, 794:23, 834:18, 835:22
**regards** [3] - 749:16, 826:9, 831:1
**register** [2] - 704:15, 704:22
**registering** [3] - 704:6, 704:19, 705:2
**regularly** [1] - 737:7
**regulating** [1] - 759:23
**regulatory** [1] - 625:4
**reinstated** [1] - 744:5

**relate** [4] - 651:16, 669:23, 676:19, 731:17
**related** [6] - 636:10, 645:20, 679:10, 708:24, 729:14, 741:1
**relates** [2] - 672:16, 694:6
**relating** [7] - 634:4, 639:7, 647:15, 661:9, 669:10, 767:10, 814:24
**relation** [1] - 767:11
**relative** [1] - 795:18
**release** [15] - 633:13, 657:24, 658:3, 718:6, 718:9, 719:4, 725:19, 725:22, 795:20, 795:24, 806:16, 810:13, 810:16, 810:17, 810:20
**released** [5] - 632:22, 635:18, 635:21, 685:20, 806:23
**Releases** [1] - 765:18
**releases** [1] - 628:4
**releasing** [2] - 624:21, 632:23
**relevance** [4] - 811:15, 811:18, 811:25, 812:4
**relevant** [10] - 669:25, 756:20, 801:8, 803:14, 804:1, 810:19, 811:19, 812:8
**rely** [1] - 745:19
**relying** [5] - 761:11, 772:13, 772:15, 788:16, 798:6
**remainder** [1] - 652:3
**remains** [1] - 742:10
**remember** [13] - 617:22, 630:15, 642:9, 730:5, 730:16, 741:8, 741:10, 748:12, 754:18, 789:5, 798:12, 798:14, 835:18
**remind** [2] - 692:16, 730:14
**reminder** [1] - 688:21
**reminds** [1] - 724:17
**remote** [2] - 712:21, 766:19
**remotely** [8] - 620:3, 620:17, 631:12,

660:14, 709:16, 710:10, 713:25, 722:16
**removed** [4] - 745:10, 752:7, 752:15, 752:18
**Reno** [2] - 616:7, 616:24
**RENO** [2] - 617:1, 724:1
**repeated** [1] - 651:23
**repeatedly** [1] - 722:25
**repeating** [1] - 632:18
**replied** [1] - 739:14
**report** [11] - 634:21, 677:22, 688:11, 691:18, 701:4, 716:1, 716:7, 722:19, 773:8, 774:22, 775:1
**Reported** [1] - 616:23
**reported** [20] - 634:17, 635:14, 636:20, 642:23, 715:18, 716:10, 722:23, 729:14, 742:6, 753:25, 768:16, 773:17, 773:24, 775:4, 775:17, 832:1, 837:12, 837:25, 838:1, 839:4
**Reporter** [2] - 616:23, 840:17
**reporter** [1] - 798:18
**REPORTER** [2] - 749:24, 759:25
**Reporting** [1] - 689:11
**reporting** [9] - 634:16, 674:5, 674:6, 688:7, 688:10, 689:15, 715:24, 730:4, 794:9
**Reports** [1] - 683:10
**reports** [15] - 688:14, 733:15, 754:24, 755:8, 755:10, 755:11, 755:12, 755:13, 755:14, 755:24, 787:15, 792:21, 793:17
**represent** [4] - 619:24, 620:5, 628:22, 696:17
**representation** [1] - 619:9
**representatives** [1] - 716:16
**reproduce** [2] - 757:12, 758:18
**request** [5] - 656:17,

729:7, 741:5, 796:2
**requested** [6] - 657:5, 723:3, 727:7, 730:22, 790:12, 796:4
**required** [4] - 632:2, 769:6, 783:19, 821:15
**requirement** [2] - 691:7, 763:13
**requirements** [1] - 767:2
**requires** [2] - 776:5, 776:6
**reread** [1] - 798:18
**researching** [1] - 778:17
**reside** [3] - 637:16, 692:13, 693:4
**resides** [3] - 682:13, 693:5, 693:8
**resolve** [3] - 661:22, 661:25, 835:12
**resolved** [2] - 641:1, 641:7
**resolving** [1] - 804:12
**respect** [11] - 659:15, 709:7, 746:12, 746:19, 749:10, 756:12, 777:14, 818:6, 821:10, 831:12, 837:23
**respective** [1] - 699:11
**responded** [1] - 832:6
**response** [3] - 748:11, 751:22, 806:24
**responsibility** [3] - 746:23, 747:19, 748:10
**responsible** [7] - 716:6, 746:11, 746:18, 747:1, 747:2, 835:4, 838:12
**rest** [8] - 626:13, 638:18, 639:20, 662:8, 662:15, 662:17, 700:1
**restate** [1] - 832:23
**restrictions** [1] - 777:20
**result** [2] - 717:9, 753:10
**resulting** [2] - 642:8, 753:6
**results** [2] - 797:25, 828:15
**Resumed** [1] - 841:5
**RESUMED** [1] - 617:19

**retrieved** [1] - 739:15
**Retrospective** [1] - 765:18
**retrospective** [2] - 765:20, 765:22
**returned** [1] - 623:18
**reuse** [3] - 625:15, 625:18, 627:19
**reuses** [1] - 628:8
**Review** [2] - 765:18, 824:25
**review** [9] - 622:14, 710:14, 711:1, 760:22, 765:20, 813:9, 813:17, 813:18, 826:18
**reviewed** [12] - 673:17, 710:14, 800:24, 809:3, 813:12, 813:22, 824:21, 825:5, 825:8, 825:14, 828:3, 834:2
**reviewing** [1] - 806:10
**reviews** [1] - 813:21
**revised** [1] - 676:16
**revising** [1] - 678:16
**revision** [5] - 678:17, 678:19, 681:15, 681:18, 685:24
**revisions** [1] - 649:12
**RHS** [1] - 837:1
**Richard** [1] - 616:14
**Rico** [1] - 648:9
**right-hand** [2] - 652:10, 722:4
**rigorously** [1] - 778:25
**Rimini** [209] - 617:25, 620:16, 621:4, 621:9, 621:13, 621:20, 621:25, 622:22, 623:1, 623:5, 623:14, 625:6, 625:15, 625:18, 626:8, 626:17, 626:22, 627:9, 627:12, 627:19, 628:7, 629:4, 629:9, 629:22, 630:3, 630:9, 630:18, 631:25, 638:18, 639:22, 639:25, 640:6, 640:19, 641:8, 641:20, 642:23, 643:2, 645:5, 645:7, 645:9, 645:12, 646:4, 649:5, 650:19, 653:23, 654:4,

656:4, 657:6, 658:9, 659:1, 659:2, 659:9, 659:15, 660:15, 660:24, 662:17, 662:23, 667:24, 670:13, 672:2, 672:9, 672:12, 673:8, 675:12, 677:13, 679:17, 680:9, 683:20, 683:21, 684:13, 684:19, 686:22, 686:24, 687:6, 688:16, 690:12, 690:19, 691:23, 691:24, 694:14, 694:22, 696:11, 696:14, 697:5, 697:8, 697:12, 697:16, 698:13, 699:21, 700:12, 701:5, 701:19, 703:1, 703:25, 704:11, 705:11, 705:21, 706:8, 708:10, 709:3, 709:11, 709:17, 710:4, 710:8, 710:19, 710:21, 711:2, 711:20, 715:20, 717:17, 718:3, 719:21, 719:23, 720:5, 720:8, 720:21, 722:17, 725:11, 726:1, 726:3, 727:7, 728:4, 728:5, 728:6, 728:9, 728:13, 728:14, 730:10, 730:11, 730:21, 731:3, 731:5, 739:12, 740:5, 740:19, 741:25, 743:20, 744:18, 744:19, 744:22, 745:10, 745:11, 745:23, 745:25, 749:17, 749:19, 750:21, 751:1, 752:5, 752:6, 752:8, 752:23, 754:10, 756:2, 757:12, 758:17, 761:6, 764:13, 764:21, 765:3, 765:17, 765:24, 768:5, 768:14, 774:6, 778:5, 778:17, 779:3, 781:9, 783:1, 783:2, 784:5, 784:6, 790:13, 792:23,

802:16, 802:19, 803:15, 804:8, 805:15, 805:20, 805:22, 807:11, 809:1, 810:13, 810:20, 811:4, 812:11, 813:19, 815:10, 815:20, 816:2, 824:1, 824:14, 827:15, 828:20, 828:25, 829:3, 833:16, 834:12, 835:2, 837:5, 838:25, 839:12
**RIMINI** [1] - 616:7
**Rimini's** [48] - 618:5, 618:16, 618:20, 619:9, 619:10, 619:20, 623:10, 627:13, 629:18, 634:14, 637:17, 637:21, 659:17, 663:19, 664:14, 681:6, 682:21, 687:7, 692:14, 693:5, 693:8, 696:17, 699:5, 700:5, 700:8, 702:22, 706:16, 709:6, 709:7, 709:8, 715:15, 724:14, 725:5, 727:8, 731:7, 735:15, 739:24, 740:2, 744:23, 759:6, 764:18, 764:22, 812:7, 813:2, 816:7, 833:8, 833:9, 833:10
**Rimini-created** [1] - 631:25
**Rimini-written** [2] - 646:4, 649:5
**roadblocks** [1] - 777:18
**Rockefeller** [6] - 694:7, 694:13, 708:10, 826:16, 828:23, 829:1
**Rockefeller's** [1] - 708:13
**role** [1] - 733:14
**roll** [2] - 663:21, 796:17
**rolled** [7] - 663:13, 663:23, 663:24, 663:25, 668:7, 730:15, 741:9
**rolling** [1] - 774:1
**row** [1] - 657:11

**rows** [3] - 654:17, 654:22, 655:11
**RR** [5] - 721:23, 834:9, 834:12, 835:7
**RS** [3] - 673:7, 726:7, 839:2
**RS-19PO2** [1] - 737:9
**RS18F07** [2] - 673:6, 685:20
**rs960us** [3] - 802:24, 803:15, 804:14
**RSCBL** [1] - 839:2
**RSCTCALC.cbl** [3] - 725:25, 727:25, 728:4
**RSCUSTAX.cbl** [1] - 725:25
**RSI** [10] - 688:1, 699:9, 700:2, 706:13, 715:19, 717:7, 779:7, 814:10, 816:19, 837:12
**rsi** [3] - 630:10, 678:10, 692:8
**rsi-FSCM** [1] - 678:10
**rsi.sqr** [6] - 629:4, 630:8, 630:14, 631:14, 631:18, 816:20
**rsi1099-l** [1] - 675:7
**rsi1099l.sqr** [2] - 675:20, 676:11
**rsi1099M.sqr** [5] - 675:3, 675:20, 677:19, 682:13, 682:20
**rsi940** [2] - 659:6, 668:6
**rsi940a** [12] - 646:1, 646:4, 646:8, 647:16, 648:14, 648:16, 650:6, 653:24, 659:9, 659:16, 664:12, 728:23
**RSI940A** [1] - 729:25
**rsi940a.sqr** [13] - 645:12, 645:21, 649:6, 652:22, 661:3, 661:19, 661:23, 663:14, 664:13, 666:21, 729:5, 731:6, 735:9
**rsi960us** [5] - 643:18, 643:24, 768:11, 802:14, 802:15
**RSIF07_EAS_GA** [1] - 825:21
**rsiqtrtx.sqr** [2] - 687:18, 829:1

**RSIQTRTX.sqr** [8] - 687:25, 690:15, 691:15, 691:24, 692:13, 706:3, 706:12, 706:23
**run** [9] - 621:3, 660:15, 682:16, 683:12, 683:14, 763:8, 788:24, 807:21, 807:25
**running** [2] - 731:9, 741:3
**runs** [1] - 684:13
**RXCTCALC.cbl** [1] - 725:25
**RXCUSTAX.cbl** [1] - 726:1

**S**

**safe** [1] - 736:21
**Salas** [1] - 754:7
**Salas'** [1] - 755:2
**SalesForce** [24] - 665:7, 709:25, 710:1, 719:14, 719:16, 719:18, 719:21, 719:23, 720:1, 720:2, 721:11, 723:7, 729:12, 737:19, 738:20, 830:11, 830:14, 830:16, 833:25, 834:14, 834:15, 834:17, 835:18, 837:3
**Samplin** [1] - 616:20
**Samuel** [1] - 616:20
**Santa** [2] - 827:1, 827:9
**Sara** [3] - 827:25, 838:11, 838:14
**sat** [1] - 764:9
**satisfied** [1] - 708:19
**save** [7] - 631:4, 699:18, 701:12, 717:4, 823:23, 824:8, 824:24
**saved** [1] - 824:19
**saves** [1] - 699:16
**saving** [2] - 631:10, 703:13
**saw** [18] - 655:19, 667:12, 674:22, 679:18, 680:6, 681:18, 685:1, 686:6, 702:7, 702:12, 725:1, 730:14, 741:7, 741:8, 753:1,

763:16, 809:8, 809:12
**scanning** [1] - 835:1
**Schedule** [7] - 645:23, 646:2, 648:3, 778:6, 778:22, 779:4, 799:24
**scheduled** [1] - 737:8
**scheduler** [1] - 705:15
**Scope** [1] - 788:4
**scope** [24] - 644:12, 654:11, 654:20, 655:2, 657:15, 657:19, 657:22, 657:25, 658:2, 658:3, 658:5, 671:22, 681:23, 762:10, 773:1, 788:14, 790:6, 791:6, 793:24, 793:25, 794:14, 817:24
**scratch** [15] - 627:8, 627:10, 629:6, 629:23, 675:24, 699:6, 763:23, 764:2, 764:6, 764:8, 800:20, 801:2, 815:24
**screen** [23] - 635:3, 654:5, 672:20, 679:15, 689:5, 689:8, 693:17, 704:17, 714:21, 720:16, 720:17, 733:20, 754:21, 770:2, 781:25, 783:14, 783:16, 826:23, 827:8, 827:21, 828:7, 828:9, 836:6
**screenshot** [5] - 634:23, 639:17, 653:16, 722:3, 837:4
**screenshots** [1] - 837:1
**script** [12] - 690:2, 690:5, 690:6, 690:12, 702:4, 702:15, 702:16, 702:19, 720:23, 764:9, 834:21, 836:24
**scripts** [13] - 675:10, 684:21, 689:19, 702:8, 702:16, 702:17, 815:2, 815:4, 815:6, 815:8, 815:9, 820:16, 821:18

**Scripts** [1] - 702:17
**scroll** [7] - 654:13, 664:7, 665:13, 671:10, 693:15, 729:22, 739:5
**scrum** [7] - 816:14, 816:16, 817:1, 817:11, 817:17, 817:18, 817:20
**Seals** [43] - 672:16, 672:25, 673:10, 674:8, 676:20, 678:4, 679:10, 679:17, 679:18, 680:4, 682:4, 682:15, 683:3, 683:17, 683:20, 683:22, 683:24, 684:15, 685:2, 686:12, 686:21, 686:22, 686:24, 687:1, 687:8, 687:9, 702:12, 812:23, 812:25, 813:24, 814:3, 814:10, 814:15, 818:7, 818:17, 821:11, 821:13, 821:14, 821:22, 821:23, 825:17, 826:4
**Seals'** [1] - 684:16
**seat** [4] - 617:5, 679:4, 724:4, 801:20
**second** [11] - 648:12, 654:15, 676:6, 692:7, 747:22, 782:23, 790:1, 819:15, 835:16, 835:25, 836:11
**section** [9] - 627:2, 652:2, 652:7, 689:8, 689:19, 690:5, 720:20, 767:10, 789:24
**Section** [2] - 759:18, 759:19
**sections** [1] - 760:2
**security** [3] - 715:19, 717:7, 837:12
**security@
riministreet.com** [2] - 832:2, 837:17
**see** [82] - 622:16, 634:22, 635:4, 635:8, 643:8, 644:3, 648:4, 648:7, 648:19, 652:4, 652:7, 652:21, 652:22, 654:6, 654:7, 662:9,

665:13, 665:24, 666:20, 670:17, 671:11, 673:2, 676:7, 678:7, 679:21, 683:7, 683:14, 685:11, 692:2, 693:21, 694:19, 695:3, 698:16, 700:13, 707:8, 709:22, 713:8, 713:10, 713:15, 718:7, 720:19, 720:21, 725:8, 725:16, 726:18, 728:2, 729:24, 730:2, 732:6, 733:1, 733:20, 734:15, 735:10, 738:15, 740:10, 756:16, 766:13, 766:23, 767:18, 768:25, 769:25, 770:2, 770:5, 770:6, 782:7, 782:11, 782:13, 782:15, 783:16, 787:13, 789:17, 790:3, 813:17, 825:21, 826:1, 826:6, 826:7, 827:7, 830:2, 836:24, 836:25, 837:20
**seeing** [2] - 693:17, 722:8
**seem** [2] - 715:9, 767:4
**sees** [1] - 830:15
**send** [20] - 621:15, 622:8, 650:16, 659:21, 684:8, 717:8, 727:8, 741:13, 764:10, 790:15, 816:2, 816:4, 816:8, 817:1, 817:23, 818:1, 832:6, 838:16, 838:17
**sending** [3] - 817:11, 818:24, 837:13
**sends** [4] - 679:17, 737:21, 815:20, 838:16
**senior** [2] - 765:1, 818:14
**SENIOR** [1] - 616:2
**sense** [2] - 737:2, 815:13
**sent** [32] - 661:21, 664:13, 668:9, 669:4, 673:3,

676:19, 715:19, 719:4, 722:17, 728:14, 733:3, 742:5, 742:6, 743:5, 744:10, 747:19, 749:9, 753:2, 791:12, 818:14, 818:17, 819:5, 823:9, 825:19, 825:23, 825:24, 826:3, 833:9, 834:12, 835:10, 835:18
**sentence** [3] - 662:6, 700:1, 782:23
**separate** [6] - 795:21, 795:22, 795:24, 796:7, 796:12, 834:16
**September** [4] - 616:6, 695:15, 777:5, 840:16
**SEPTEMBER** [2] - 617:1, 724:1
**sequel** [1] - 690:7
**Sequel** [1] - 702:17
**sequence** [1] - 673:9
**serious** [1] - 767:14
**server** [5] - 726:22, 727:4, 728:6, 728:7, 728:8
**service** [1] - 776:15
**services** [3] - 724:18, 776:10, 776:14
**set** [15] - 654:20, 655:2, 657:25, 658:3, 659:18, 712:20, 712:23, 767:22, 788:5, 789:3, 793:24, 793:25, 794:15, 801:6, 807:6
**Seth** [1] - 744:21
**sets** [1] - 660:2
**settings** [3] - 640:7, 640:10, 709:20
**setup** [2] - 642:20, 660:7
**seven** [2] - 792:7, 793:22
**several** [6] - 637:22, 668:4, 698:24, 711:22, 750:5, 791:19
**severe** [2] - 716:21, 717:2
**shall** [1] - 757:12
**share** [2] - 622:20, 726:23
**shared** [6] - 713:18,

27

713:22, 713:24, 714:4, 714:5, 715:10
**ShareFile** [2] - 833:8, 833:11
**SharePoint** [2] - 782:4, 783:17
**Sharon** [1] - 616:16
**Sheffield** [24] - 636:21, 643:9, 654:25, 661:15, 663:7, 664:7, 669:3, 670:24, 730:14, 733:5, 733:18, 735:2, 735:3, 741:9, 769:24, 786:20, 787:15, 792:4, 793:15, 793:20, 805:20, 808:12, 809:9, 828:1
**Shelley** [1] - 711:16
**shifted** [1] - 642:18
**shifting** [1] - 786:13
**Shopping** [49] - 694:7, 694:13, 694:23, 694:24, 695:25, 696:8, 696:10, 696:12, 697:2, 697:4, 697:6, 697:13, 697:17, 697:18, 697:22, 697:23, 697:24, 698:10, 698:14, 698:20, 700:6, 700:9, 701:16, 701:18, 701:20, 702:5, 703:24, 703:25, 704:2, 704:10, 704:11, 704:13, 705:6, 705:8, 705:9, 705:18, 705:22, 705:23, 706:5, 706:8, 706:24, 707:20, 707:22, 707:24, 708:8, 823:19, 826:15, 828:22, 829:2
**short** [1] - 827:23
**shorthand** [1] - 687:21
**show** [26] - 617:6, 628:7, 642:11, 649:12, 673:22, 679:5, 689:22, 693:10, 693:15, 720:2, 720:4, 720:7, 720:13, 720:18, 721:8, 724:5, 727:2, 741:18, 741:23, 757:7, 801:21,

807:5, 808:25, 812:5, 827:21, 838:21
**showed** [5] - 642:4, 655:21, 808:22, 825:2, 828:21
**showing** [21] - 628:17, 631:8, 649:9, 652:8, 666:15, 666:16, 666:18, 681:21, 681:22, 693:11, 693:14, 693:21, 694:2, 720:18, 721:6, 729:13, 737:19, 770:4, 807:10, 808:7, 838:22
**shown** [6] - 620:25, 628:19, 631:21, 772:20, 772:21, 808:9
**shows** [9] - 642:12, 652:20, 676:16, 683:2, 685:16, 686:11, 686:18, 694:18, 720:20
**shutting** [1] - 724:19
**sic** [3] - 769:10, 786:1, 825:21
**side** [4] - 722:4, 722:5, 747:4, 817:7
**sign** [1] - 814:1
**signature** [1] - 830:20
**signed** [2] - 625:1, 813:22
**significance** [1] - 745:25
**significant** [2] - 745:4, 765:4
**signs** [1] - 712:19
**siloed** [4] - 742:11, 750:20, 759:2, 764:1
**similar** [10] - 626:7, 628:1, 635:8, 647:10, 647:11, 667:9, 667:10, 677:20, 682:8, 697:10
**simple** [1] - 659:11
**simpler** [1] - 783:20
**simply** [1] - 625:22
**simulate** [1] - 719:16
**Simultaneous** [2] - 826:14, 829:25
**sincerely** [1] - 742:2
**single** [2] - 740:8, 751:3
**situation** [9] - 633:11, 636:13, 656:22, 657:23, 675:16,

771:24, 771:25, 803:13, 832:11
**situations** [6] - 627:6, 723:2, 742:4, 753:1, 762:21, 825:13
**size** [7] - 637:3, 637:14, 638:7, 638:10, 638:15, 641:2
**skipped** [1] - 734:23
**slated** [2] - 654:10, 658:11
**Slepko** [1] - 716:15
**slice** [1] - 668:16
**slide** [11] - 619:3, 622:16, 628:10, 628:14, 630:19, 631:7, 631:20, 635:1, 636:23, 642:12, 675:12
**slip** [2] - 636:18, 677:11
**slow** [2] - 646:24, 704:17
**small** [4] - 668:16, 670:11, 670:14, 782:1
**smaller** [3] - 638:7, 638:8, 690:18
**SME** [3] - 662:7, 732:24, 805:11
**Smead** [23] - 662:20, 664:18, 665:1, 665:8, 667:3, 667:12, 732:10, 778:3, 779:12, 779:13, 780:9, 780:15, 785:11, 785:21, 786:1, 796:23, 797:3, 797:19, 798:4, 798:14, 799:1, 805:11, 805:13
**Smith** [6] - 616:14, 616:16, 654:16, 773:5, 775:5, 775:24
**software** [46] - 619:14, 623:17, 626:14, 638:13, 638:24, 639:22, 645:9, 646:6, 653:19, 658:20, 661:4, 672:12, 683:4, 683:6, 683:11, 683:18, 687:13, 687:14, 691:13, 692:11, 696:9, 697:3, 697:23, 701:17, 704:1, 705:8, 706:7,

707:21, 709:9, 710:3, 710:5, 748:14, 756:3, 757:13, 758:12, 758:19, 759:2, 759:24, 761:7, 761:8, 761:22, 816:15, 821:19, 827:4, 838:19
**solely** [3] - 794:24, 821:13
**solution** [22] - 626:4, 633:16, 636:3, 636:7, 636:22, 639:23, 640:17, 644:24, 653:3, 653:6, 653:10, 655:15, 656:1, 656:2, 660:18, 666:5, 692:18, 696:16, 736:23, 769:5, 769:6
**solve** [8] - 625:10, 625:19, 625:20, 633:20, 638:15, 638:18, 646:9, 688:6
**solving** [2] - 624:10, 626:12
**someone** [5] - 699:16, 721:23, 827:12, 830:25, 836:13
**someplace** [1] - 710:12
**sometimes** [7] - 629:25, 646:21, 668:4, 746:22, 815:20, 816:13, 816:19
**somewhere** [3] - 682:22, 710:22, 726:22
**Sons** [3] - 834:9, 834:10, 835:7
**soon** [1] - 664:23
**sorry** [31] - 642:12, 642:14, 671:10, 693:6, 697:15, 699:7, 711:8, 717:14, 719:4, 720:22, 731:24, 739:17, 748:25, 749:24, 759:25, 760:1, 765:10, 766:8, 785:15, 805:19, 811:11, 813:25, 814:4, 814:21, 824:6, 827:8, 833:19, 833:20, 836:6, 836:16

**sorts** [1] - 699:18
**source** [8] - 649:5, 676:11, 677:19, 695:12, 699:4, 807:8, 838:21, 838:22
**South** [1] - 616:24
**speaking** [1] - 736:10
**spec** [2] - 685:8, 686:9
**specific** [13] - 618:3, 618:4, 623:6, 634:2, 741:17, 756:5, 756:6, 774:9, 774:24, 796:2, 819:25, 821:4, 823:3
**specifically** [3] - 646:19, 744:3, 797:18
**specification** [6] - 680:16, 680:18, 681:6, 681:13, 681:21, 685:14
**specifications** [5] - 680:13, 680:14, 680:24, 680:25, 740:21
**specs** [1] - 740:22
**speed** [1] - 697:19
**spend** [2] - 760:20, 809:5
**spent** [3] - 823:18, 823:19, 828:20
**SPH** [3] - 662:7, 732:24, 805:10
**Spherion** [43] - 656:11, 657:5, 657:15, 657:18, 657:19, 662:20, 664:18, 667:11, 667:13, 667:17, 732:10, 778:3, 779:10, 779:14, 780:1, 780:6, 780:15, 785:10, 785:21, 786:1, 788:5, 788:10, 788:11, 788:12, 788:13, 789:1, 789:4, 789:9, 790:7, 790:25, 791:3, 792:8, 792:14, 793:19, 793:21, 796:23, 797:3, 797:18, 798:4, 798:13, 799:1, 805:11, 805:13
**Spherion's** [1] - 779:19
**Spira** [6] - 688:25, 788:20, 827:16,

828:8, 828:14, 828:16
**spot** [2] - 720:14, 760:24
**spreadsheet** [2] - 782:4, 783:14
**spreadsheets** [1] - 740:21
**SQC** [1] - 690:17
**sqcs** [1] - 689:19
**SQL** [1] - 702:17
**SQR** [39] - 629:23, 631:16, 651:9, 652:16, 658:18, 660:23, 660:25, 662:2, 663:19, 665:25, 678:1, 678:4, 679:13, 681:19, 681:23, 687:24, 690:3, 705:12, 706:8, 735:9, 738:8, 800:1, 803:6, 804:3, 804:6, 804:8, 804:11, 804:14, 804:16, 804:17, 807:21, 807:25, 815:20, 817:8, 817:25, 820:16, 821:18, 823:9
**sqr** [3] - 688:1, 690:15, 695:12
**SQRS** [1] - 823:12
**sqrs** [5] - 674:25, 677:6, 684:20, 689:19, 815:17
**stamps** [1] - 771:2
**stand** [3] - 617:11, 625:24, 644:9
**standard** [4] - 675:24, 815:8, 830:5, 830:22
**Standard** [1] - 670:22
**stands** [4] - 673:8, 673:9, 673:10
**start** [6] - 674:9, 762:2, 816:10, 824:1, 825:14, 825:16
**started** [6] - 644:24, 670:7, 724:24, 730:21, 824:7, 824:14
**starting** [4] - 627:17, 628:15, 634:3, 740:7
**starts** [1] - 834:3
**state** [6] - 638:20, 648:5, 775:21, 790:2, 790:8, 834:20
**State** [2] - 786:4, 789:24

**statement** [5] - 652:24, 811:18, 811:20, 812:2
**statements** [4] - 690:7, 812:7, 812:10, 834:4
**States** [4] - 762:11, 792:5, 792:11, 792:19
**STATES** [1] - 616:1
**states** [5] - 648:8, 743:24, 762:1, 778:15, 791:20
**Statewide** [1] - 689:11
**statewide** [1] - 689:15
**stating** [1] - 795:25
**status** [1] - 712:10
**stay** [1] - 764:18
**stayed** [1] - 744:4
**Step** [2] - 694:19, 699:8
**step** [56] - 623:22, 624:16, 624:25, 631:25, 684:10, 693:22, 696:2, 696:9, 696:11, 696:19, 696:20, 697:1, 697:3, 697:5, 697:7, 697:8, 697:10, 697:12, 697:16, 697:19, 697:20, 698:1, 698:2, 698:25, 699:1, 699:2, 701:2, 701:5, 701:17, 701:19, 701:21, 702:2, 703:2, 703:3, 703:23, 704:1, 704:3, 704:9, 704:12, 704:14, 704:15, 704:19, 704:21, 704:22, 705:5, 705:10, 705:17, 705:21, 705:25, 706:2, 706:20, 707:7, 708:17
**steps** [28] - 623:20, 624:19, 632:22, 632:23, 633:24, 659:22, 659:25, 683:23, 693:21, 694:2, 695:1, 695:8, 696:24, 698:13, 700:20, 701:1, 703:15, 706:25, 707:9, 708:1, 708:2, 708:16, 712:20, 742:7, 752:11, 753:3, 762:23,

782:19
**stick** [2] - 624:11, 804:18
**still** [15] - 617:8, 633:13, 641:2, 672:2, 684:8, 716:4, 754:10, 762:2, 765:14, 782:20, 805:15, 805:20, 832:10, 837:5, 840:2
**stipulation** [1] - 819:10
**Stop** [1] - 837:13
**stop** [11] - 624:11, 628:21, 674:18, 675:2, 690:8, 699:7, 704:22, 740:9, 748:4, 798:20, 832:7
**stopped** [3] - 745:11, 752:9, 752:19
**store** [2] - 626:8, 627:12
**stored** [8] - 627:13, 629:20, 629:24, 706:4, 720:23, 824:13, 834:21, 835:11
**stores** [1] - 828:16
**STREET** [1] - 616:7
**Street** [23] - 616:24, 622:1, 673:8, 684:20, 691:23, 694:14, 699:21, 703:1, 718:4, 720:8, 720:21, 725:12, 744:19, 756:2, 757:12, 758:18, 802:16, 802:19, 804:8, 810:14, 810:20, 811:4
**strictly** [1] - 743:18
**strike** [3] - 676:13, 686:23, 775:18
**structure** [4] - 660:2, 660:8, 660:21, 664:5
**structures** [3] - 691:4, 734:4, 807:6
**study** [2] - 760:7, 760:13
**stuff** [3] - 652:22, 690:22, 830:20
**subfolder** [1] - 824:10
**subject** [3] - 707:10, 716:4, 750:25
**submitted** [5] - 705:14, 741:5, 741:18, 741:19, 793:1
**subsequent** [8] - 624:9, 625:13,

632:11, 681:4, 716:13, 785:8, 794:14, 825:16
**subsequently** [1] - 762:25
**substantially** [1] - 812:9
**subtract** [1] - 770:8
**succeeded** [2] - 741:6, 741:22
**successfully** [1] - 739:15
**suffer** [1] - 765:4
**suffice** [1] - 751:3
**suggested** [3] - 658:5, 662:20, 719:7
**suggestion** [2] - 727:7, 728:12
**summarize** [2] - 651:7, 691:18
**summarizing** [1] - 688:12
**sun** [1] - 776:15
**supervisory** [1] - 634:9
**support** [48] - 618:5, 618:17, 627:19, 636:12, 640:23, 643:13, 643:20, 644:6, 667:20, 667:24, 687:13, 691:6, 697:23, 709:20, 712:20, 712:25, 744:17, 746:12, 746:16, 746:17, 746:19, 746:21, 746:22, 746:23, 747:3, 747:4, 757:15, 759:12, 770:13, 770:15, 776:21, 784:15, 784:17, 784:25, 785:4, 803:11, 808:8, 813:10, 818:15, 818:16, 829:3, 834:10, 837:7, 837:10, 838:14, 839:13
**Support** [4] - 725:7, 725:13, 836:15, 836:18
**supported** [1] - 707:23
**supporting** [14] - 640:6, 645:7, 659:2, 672:9, 683:21, 686:25, 696:11, 697:5, 697:16, 698:13, 701:19,

703:25, 704:11, 705:21
**suppose** [2] - 670:20, 754:12
**supposed** [10] - 679:18, 710:8, 717:6, 722:14, 722:18, 722:19, 749:19, 754:2, 754:4, 758:18
**surmises** [1] - 791:24
**suspect** [4] - 670:4, 800:11, 829:8, 839:7
**suspecting** [1] - 770:15
**switch** [2] - 708:22, 728:19
**switching** [3] - 643:17, 643:24, 802:13
**sworn** [1] - 617:18
**Syed** [4] - 727:21, 727:22, 838:11, 838:13
**symptoms** [3] - 642:4, 642:24, 770:11
**system** [66] - 624:1, 630:9, 632:25, 639:22, 653:17, 663:19, 665:8, 680:12, 682:8, 682:13, 684:22, 688:22, 688:25, 689:6, 692:13, 693:4, 697:1, 697:12, 701:12, 702:21, 703:23, 704:8, 704:9, 704:12, 704:20, 705:5, 705:17, 709:8, 710:14, 714:6, 719:21, 726:12, 726:14, 728:9, 728:11, 729:13, 737:9, 738:5, 739:14, 740:7, 740:10, 741:4, 745:11, 749:18, 752:8, 757:14, 758:20, 759:12, 769:10, 771:6, 779:6, 779:7, 784:8, 788:23, 790:21, 800:12, 816:8, 817:6, 817:8, 824:4, 824:5, 827:5, 827:16, 835:1, 835:9, 838:9
**systems** [74] - 619:10, 619:21, 621:2,

622:13, 623:5,
623:6, 623:10,
623:18, 626:9,
627:14, 627:17,
629:18, 629:24,
630:14, 637:17,
637:21, 658:19,
659:17, 664:14,
682:21, 684:24,
687:7, 690:13,
690:16, 692:14,
693:5, 693:8, 699:5,
699:9, 700:2, 700:6,
700:8, 702:5,
702:22, 706:4,
706:5, 706:13,
706:16, 709:6,
709:10, 709:12,
709:14, 714:7,
724:14, 724:20,
727:8, 728:14,
731:7, 735:15,
748:15, 749:20,
750:21, 752:16,
758:15, 759:3,
759:6, 764:2,
764:18, 776:24,
783:4, 800:20,
807:11, 815:10,
815:22, 815:24,
817:3, 820:17,
821:16

## T

**table** [2] - 675:10,
764:10
**tables** [1] - 707:6
**talks** [2] - 681:24,
758:14
**Tax** [1] - 689:11
**tax** [43] - 625:4, 628:5,
629:2, 638:20,
641:24, 645:25,
646:16, 647:9,
648:3, 649:23,
668:19, 670:10,
673:1, 673:8,
673:12, 674:20,
676:24, 688:1,
688:7, 688:8, 688:9,
688:10, 688:12,
689:15, 691:19,
692:8, 695:12,
712:3, 718:11,
720:22, 730:7,
740:20, 761:20,
762:1, 778:23,
789:8, 799:16,
813:15, 823:16,
835:24

**tax960us** [3] - 643:17,
802:13, 802:15
**taxdt** [1] - 834:5
**taxes** [2] - 778:7,
834:19
**team** [60] - 618:8,
618:18, 620:21,
624:13, 636:9,
636:13, 636:21,
644:18, 645:19,
657:13, 671:9,
671:24, 680:19,
684:3, 684:6, 688:3,
708:20, 710:23,
711:5, 712:14,
717:8, 718:5,
722:21, 722:25,
746:20, 748:1,
748:4, 748:9,
748:11, 753:23,
760:15, 761:3,
762:20, 765:2,
767:22, 776:22,
779:21, 780:17,
783:2, 806:22,
813:12, 816:16,
816:17, 817:20,
817:25, 818:16,
827:5, 827:6,
827:13, 827:17,
827:25, 828:1,
828:14, 828:16,
829:4, 829:8, 838:13
**tech** [6] - 651:15,
655:19, 655:21,
685:8, 686:9, 740:21
**technical** [8] - 680:16,
680:18, 680:24,
680:25, 681:6,
681:13, 681:21,
685:14
**template** [7] - 637:12,
637:13, 637:16,
637:21, 638:4,
730:1, 768:20
**templates** [2] -
637:22, 749:22
**temporarily** [2] -
744:4, 788:6
**ten** [4] - 618:3, 704:4,
812:4
**tend** [1] - 758:7
**tens** [2] - 771:20,
774:15
**Teresa** [4] - 644:3,
644:5, 644:15,
770:14
**term** [2] - 633:2,
756:11
**termination** [1] -

717:11
**terminology** [1] -
817:19
**terms** [12] - 686:9,
687:24, 689:17,
748:10, 748:17,
759:22, 764:5,
772:5, 786:12,
803:24, 804:17,
813:25
**territories** [1] - 778:15
**test** [43] - 620:23,
622:13, 624:7,
632:4, 632:10,
632:25, 639:23,
639:25, 640:10,
640:16, 641:16,
645:6, 658:22,
658:23, 679:24,
682:18, 707:12,
708:19, 763:2,
763:13, 767:6,
780:11, 784:14,
787:18, 787:21,
788:24, 796:22,
799:17, 808:20,
814:18, 816:23,
817:21, 821:12,
821:24, 821:25,
822:7, 822:13,
828:15, 828:16,
828:17
**tested** [76] - 620:6,
620:7, 620:14,
632:16, 639:24,
640:6, 641:14,
641:16, 641:18,
645:3, 659:1, 669:3,
672:9, 672:12,
682:22, 683:1,
684:16, 685:4,
686:17, 686:22,
686:24, 687:10,
707:7, 732:19,
734:5, 734:15,
735:5, 735:18,
736:20, 737:7,
737:9, 739:16,
762:16, 762:24,
762:25, 763:7,
769:9, 769:14,
769:24, 774:17,
776:5, 778:5, 779:3,
779:8, 779:19,
780:3, 780:5,
780:13, 780:25,
787:15, 791:1,
796:25, 797:18,
797:20, 798:25,
806:4, 806:18,

806:22, 808:11,
808:18, 809:1,
809:7, 809:10,
810:7, 814:11,
814:14, 815:16,
818:7, 821:22,
821:23, 821:24,
826:25, 829:1
**tester** [2] - 735:6,
809:11
**testified** [4] - 617:18,
790:13, 816:1,
829:20
**testify** [6] - 618:25,
736:12, 805:22,
825:10, 828:4,
830:25
**testifying** [8] - 771:19,
771:23, 772:2,
791:23, 825:11,
826:10, 826:18,
829:10
**testimony** [17] -
672:23, 740:24,
745:22, 748:6,
754:17, 768:3,
770:10, 772:14,
774:6, 785:12,
787:4, 791:16,
798:19, 807:17,
808:9, 808:19, 834:2
**testing** [91] - 620:9,
620:10, 620:11,
620:12, 620:13,
620:17, 620:19,
620:22, 621:14,
624:17, 624:22,
624:25, 632:11,
632:21, 632:25,
633:6, 640:18,
643:3, 658:23,
659:14, 663:8,
663:12, 663:18,
672:6, 679:25,
683:2, 683:4,
683:20, 684:2,
684:11, 684:13,
684:17, 686:18,
687:8, 688:25,
704:20, 707:18,
708:1, 708:17,
708:21, 712:23,
731:11, 733:11,
733:16, 734:6,
734:7, 734:10,
734:12, 735:20,
736:24, 737:4,
737:11, 738:13,
757:16, 762:18,
763:4, 768:6,

768:15, 769:6,
774:3, 779:21,
779:23, 780:16,
784:16, 786:6,
787:24, 792:3,
798:3, 799:7, 799:8,
808:14, 808:15,
808:16, 809:19,
809:21, 810:4,
816:21, 817:13,
817:14, 822:19,
822:21, 822:24,
822:25, 827:17,
828:12, 829:13,
829:14
**tests** [5] - 633:19,
684:3, 684:4, 829:5,
829:8
**Texas** [6] - 717:21,
718:2, 718:11,
819:6, 820:14,
823:10
**text** [14] - 627:17,
642:12, 675:24,
692:12, 700:12,
702:20, 703:21,
721:14, 813:4,
815:8, 815:10,
821:18, 821:19,
830:2
**THE** [56] - 616:2,
616:14, 616:19,
617:4, 617:12,
617:16, 618:11,
631:8, 631:22,
636:25, 638:1,
647:23, 652:7,
669:18, 678:22,
678:25, 679:4,
721:19, 723:11,
724:4, 724:11,
724:16, 729:17,
736:4, 736:6,
736:10, 736:11,
739:2, 742:14,
749:24, 760:1,
766:4, 775:20,
777:10, 783:10,
783:25, 789:14,
796:11, 801:14,
801:20, 810:24,
811:21, 812:12,
812:19, 818:11,
819:17, 820:5,
820:9, 820:22,
821:7, 829:23,
832:22, 839:22,
839:25, 840:4,
840:10
**themselves** [1] - 801:1

**therefore** [3] - 743:22, 784:13, 802:4
**Therefore** [1] - 747:23
**thereof** [1] - 749:22
**they've** [5] - 632:6, 632:7, 656:1, 785:8, 787:5
**thinking** [4] - 644:15, 753:22, 813:25, 822:17
**third** [3] - 653:19, 676:3, 835:2
**third-party** [3] - 653:19, 676:3, 835:2
**thirteen** [2] - 708:1, 708:16
**thirty** [1] - 819:1
**thirty-two** [1] - 819:1
**Thomas** [3] - 718:3, 832:5, 832:6
**thorough** [2] - 620:14, 684:4
**thoroughly** [1] - 620:7
**thousands** [2] - 771:21, 774:16
**three** [25] - 631:3, 632:6, 651:8, 654:17, 655:11, 659:21, 660:23, 665:24, 666:20, 670:23, 675:9, 682:17, 721:3, 735:14, 738:7, 741:20, 750:11, 792:10, 792:13, 792:18, 793:21, 796:3, 807:11, 812:17, 838:12
**throughout** [1] - 758:25
**Thursday** [1] - 770:23
**THURSDAY** [2] - 617:1, 724:1
**tie** [1] - 825:17
**tied** [1] - 704:6
**Tim** [8] - 731:20, 731:21, 732:18, 733:3, 792:18, 793:13, 795:17, 806:3
**Tim's** [1] - 793:14
**timestamps** [3] - 666:19, 670:21, 774:4
**timing** [1] - 668:22
**Timothy** [4] - 671:5, 671:6, 732:15, 805:5
**title** [2] - 689:10, 789:5
**titled** [1] - 765:17
**today** [12] - 649:24,

661:10, 728:25, 740:10, 742:5, 745:21, 752:4, 754:11, 808:9, 834:16, 837:6
**together** [1] - 685:20
**took** [6] - 663:18, 716:12, 752:9, 752:11, 771:12, 836:16
**tool** [13] - 623:13, 676:2, 690:25, 691:12, 696:7, 696:25, 698:9, 701:11, 702:18, 703:8, 741:13, 748:6, 788:7
**Tool** [1] - 664:8
**tools** [14] - 622:22, 623:9, 675:21, 692:9, 702:23, 707:5, 740:24, 741:2, 741:4, 752:9, 752:20, 767:4, 767:21, 815:7
**top** [32] - 619:13, 620:25, 628:15, 649:7, 651:12, 651:19, 654:17, 655:11, 661:13, 672:20, 676:7, 685:16, 689:10, 689:22, 694:19, 713:8, 714:2, 715:4, 727:18, 727:19, 766:21, 772:25, 773:5, 778:25, 786:20, 818:13, 824:2, 824:5, 825:18, 835:17, 836:1
**topic** [1] - 801:13
**topics** [2] - 708:22
**touched** [2] - 710:7, 796:15
**towards** [4] - 654:5, 689:18, 812:8, 827:12
**track** [4] - 649:12, 653:20, 670:21, 778:24
**tracking** [12] - 624:1, 653:16, 680:11, 688:22, 689:5, 740:7, 740:10, 788:23, 790:21, 824:4, 824:5, 827:17
**trail** [1] - 792:15
**training** [1] - 722:24
**TRANSCRIPT** [1] -

616:11
**transcript** [3] - 811:9, 811:12, 840:14
**transcripts** [1] - 811:5
**Transfer** [1] - 706:12
**transfer** [23] - 622:23, 623:1, 623:5, 623:12, 623:13, 630:13, 630:16, 631:18, 658:21, 660:19, 661:1, 664:12, 699:8, 700:24, 702:5, 741:17, 741:21, 750:21, 756:9, 816:6, 816:22, 817:6, 817:23
**TransferFiles** [12] - 623:9, 630:12, 631:17, 659:20, 660:22, 663:20, 700:10, 741:3, 741:12, 807:10, 816:1, 818:1
**transferred** [11] - 664:4, 682:15, 682:17, 706:8, 706:23, 741:24, 814:17, 815:14, 816:11, 817:4
**transferring** [6] - 631:24, 661:3, 701:5, 702:3, 706:5, 731:10
**transit** [3] - 688:8, 689:15, 691:19
**Transit** [1] - 689:11
**transition** [1] - 617:22
**translate** [3] - 696:21, 696:25, 697:21
**transmittal** [1] - 688:11
**treat** [2] - 764:6, 764:13
**treated** [1] - 766:16
**trial** [1] - 751:1
**tried** [2] - 641:6, 786:9
**trouble** [2] - 710:16, 781:10
**troubles** [2] - 768:20, 776:8
**troubleshoot** [5] - 757:15, 758:20, 759:12, 768:14, 781:10
**troubleshooted** [1] - 768:5
**troubleshooting** [2] - 784:10, 784:15
**Trucking** [16] -

728:20, 728:24, 729:1, 729:7, 730:4, 730:22, 731:17, 732:3, 739:11, 739:19, 779:15, 780:12, 780:24, 781:11, 805:1, 805:6
**true** [8] - 708:14, 776:11, 780:8, 780:9, 781:5, 781:21, 791:14, 798:16
**truncated** [2] - 634:19, 635:8
**try** [10] - 657:17, 683:14, 713:9, 722:12, 722:21, 753:3, 760:2, 786:12, 828:6, 835:2
**trying** [9] - 670:21, 714:15, 741:25, 742:2, 742:7, 753:3, 759:10, 772:7, 774:25
**turn** [30] - 632:10, 634:2, 637:18, 639:12, 643:4, 645:11, 647:13, 647:25, 649:1, 651:2, 651:11, 653:12, 661:6, 661:12, 667:6, 672:15, 677:15, 679:22, 681:9, 682:24, 684:2, 684:10, 688:18, 689:1, 695:23, 709:1, 729:9, 731:12, 738:18, 807:4
**turned** [4] - 708:20, 712:13, 829:7, 829:16
**turning** [3] - 734:9, 735:20, 785:10
**turns** [2] - 668:18, 670:9
**twelve** [1] - 771:1
**twenty** [1] - 797:11
**twenty-right** [1] - 797:11
**twice** [1] - 834:13
**two** [43] - 627:1, 636:25, 637:1, 638:24, 651:9, 652:21, 654:22, 660:22, 662:12, 663:13, 663:19, 665:25, 666:20, 674:25, 676:22,

676:23, 679:13, 681:23, 682:7, 685:19, 694:7, 694:9, 713:17, 719:3, 721:2, 735:8, 738:7, 742:22, 742:24, 745:9, 745:11, 745:14, 748:4, 748:8, 748:18, 748:19, 750:11, 753:19, 780:10, 783:19, 815:4, 819:1
**two-factor** [1] - 783:19
**type** [10] - 641:8, 641:10, 696:4, 698:3, 700:15, 753:13, 765:19, 765:24, 767:7, 819:23
**typed** [1] - 632:8
**types** [5] - 674:7, 696:13, 698:4, 703:18, 763:21
**typically** [5] - 621:5, 632:1, 636:9, 813:8, 813:14
**typing** [1] - 639:23
**typo** [1] - 686:1
**typographical** [2] - 707:11, 784:13
**typos** [1] - 708:4

## U

**UI/WF/S** [1] - 642:15
**ultimately** [8] - 734:20, 771:4, 777:25, 779:8, 788:8, 793:7, 801:5, 817:15
**UltraEdit** [3] - 627:18, 676:1, 676:2
**UltraEditor** [1] - 675:25
**undefined** [3] - 743:16, 743:22, 744:1
**under** [7] - 660:3, 694:19, 716:9, 720:19, 750:15, 767:13, 811:23
**underlying** [1] - 707:6
**underneath** [1] - 824:12
**understandings** [2] - 713:19, 764:3
**understood** [1] - 750:22
**unemployment** [2] -

645:25, 778:7
**unequivocally** [3] -
827:11, 829:4, 830:9
**unfamiliar** [1] - 828:12
**unfortunately** [1] -
722:11
**unit** [30] - 620:7,
620:10, 620:11,
620:12, 624:7,
624:17, 632:4,
632:10, 658:22,
658:23, 663:18,
682:18, 683:2,
684:2, 684:17,
686:17, 686:18,
707:12, 708:17,
708:19, 734:6,
734:7, 736:19,
779:23, 784:14,
808:15, 808:20,
809:21, 829:5,
829:13
**United** [4] - 762:11,
792:5, 792:11,
792:19
**UNITED** [1] - 616:1
**unless** [3] - 642:21,
653:9, 811:18
**unsuccessful** [1] -
786:19
**unsuccessfully** [1] -
786:10
**unusual** [1] - 771:25
**unzip** [2] - 622:9,
679:20
**up** [68] - 621:18,
621:23, 622:2,
629:11, 639:13,
639:18, 641:20,
642:4, 650:12,
651:12, 652:6,
657:9, 659:18,
660:2, 661:13,
665:20, 666:1,
666:11, 666:12,
668:14, 668:22,
669:7, 670:1,
672:20, 676:7,
681:15, 684:8,
692:6, 694:5, 695:9,
696:14, 697:20,
701:10, 701:11,
701:23, 705:25,
712:20, 712:23,
714:16, 715:5,
717:11, 718:17,
720:2, 721:2,
724:15, 733:17,
734:20, 734:24,
737:15, 737:22,

738:2, 746:7, 747:4,
767:2, 775:20,
777:17, 785:20,
792:4, 797:10,
807:6, 809:12,
809:24, 825:17,
828:9, 829:22,
836:21, 839:5, 840:6
**update** [331] - 620:1,
621:9, 621:12,
621:16, 621:19,
621:22, 622:6,
622:9, 623:21,
624:14, 624:21,
625:6, 626:5, 626:7,
626:19, 626:20,
626:23, 627:24,
629:2, 630:22,
630:23, 631:16,
631:25, 632:16,
632:17, 633:21,
634:4, 634:5, 634:7,
634:12, 636:11,
639:10, 640:4,
640:15, 641:1,
643:5, 644:24,
645:15, 645:18,
646:8, 646:10,
646:12, 646:18,
647:16, 649:12,
649:22, 649:24,
650:7, 650:17,
651:8, 651:16,
651:20, 651:21,
651:23, 651:24,
652:1, 652:8, 652:9,
653:1, 653:3, 653:8,
653:17, 653:24,
654:4, 654:6,
654:10, 655:5,
655:17, 656:4,
656:13, 656:15,
656:17, 656:24,
657:2, 657:5, 657:6,
657:17, 657:20,
658:1, 658:4, 658:6,
658:9, 658:12,
658:13, 658:16,
659:1, 659:4,
659:10, 659:14,
659:20, 660:10,
661:9, 662:1, 662:7,
662:13, 662:18,
662:21, 662:24,
663:15, 664:1,
664:19, 664:20,
665:1, 665:9,
665:19, 665:23,
666:18, 666:24,
667:17, 667:18,
668:10, 669:4,

669:11, 669:22,
671:20, 672:2,
672:7, 672:10,
672:13, 672:16,
672:17, 672:25,
673:7, 673:12,
673:19, 674:12,
674:14, 674:22,
675:10, 675:15,
676:19, 676:21,
676:23, 676:25,
678:4, 679:10,
679:14, 679:17,
679:21, 679:24,
680:10, 681:4,
681:14, 682:6,
682:8, 682:13,
683:5, 683:23,
684:7, 684:15,
684:18, 684:19,
685:16, 685:18,
685:19, 685:21,
686:10, 686:17,
686:22, 686:24,
687:2, 687:12,
687:17, 687:19,
688:2, 688:6,
688:13, 688:17,
688:19, 689:6,
689:7, 689:14,
689:16, 692:4,
692:16, 692:19,
692:25, 693:12,
694:3, 694:6, 694:8,
694:12, 694:16,
694:22, 696:1,
699:20, 702:13,
708:10, 708:14,
712:3, 712:4, 713:1,
713:3, 713:4,
713:20, 713:21,
718:11, 722:7,
728:20, 728:23,
729:1, 729:2, 729:7,
730:6, 730:8,
730:12, 730:22,
730:23, 731:3,
731:17, 732:5,
734:11, 735:13,
737:1, 737:8, 738:1,
738:11, 738:14,
738:22, 739:17,
740:8, 740:13,
740:17, 740:20,
761:6, 761:8,
761:16, 761:18,
761:19, 761:21,
761:23, 762:4,
762:7, 762:8,
762:11, 762:16,
762:17, 762:21,

763:3, 763:4,
764:10, 768:6,
768:8, 768:11,
768:15, 769:11,
769:16, 769:18,
771:9, 774:1,
774:13, 775:6,
778:5, 779:3,
779:10, 779:14,
779:17, 779:18,
779:21, 780:2,
780:5, 780:11,
781:3, 782:24,
783:3, 784:7,
784:19, 784:22,
785:3, 787:7, 788:8,
791:4, 793:8,
795:21, 795:22,
795:25, 796:8,
796:12, 798:25,
799:24, 804:16,
805:12, 805:24,
807:21, 807:25,
808:6, 808:23,
809:1, 810:5, 815:5,
816:4, 816:9,
817:16, 817:24,
818:2, 818:18,
818:23, 819:5,
819:21, 819:24,
820:2, 820:13,
821:2, 821:11,
821:12, 821:15,
821:23, 822:2,
822:4, 822:9,
822:14, 822:18,
822:20, 822:21,
822:23, 823:2,
823:3, 823:14,
824:10, 824:22,
825:23, 826:3,
835:24
**Update** [8] - 659:18,
659:23, 663:20,
682:16, 689:9,
731:9, 741:3, 741:4
**updated** [14] - 648:24,
649:16, 649:19,
650:2, 652:16,
655:2, 655:14,
660:25, 668:16,
725:24, 728:1,
735:25, 768:20,
821:18
**Updates** [2] - 622:1,
664:8
**updates** [56] - 618:4,
620:6, 622:2, 628:5,
632:13, 632:22,
632:25, 635:18,
635:21, 635:24,

636:17, 655:7,
659:6, 659:7, 663:1,
663:21, 666:4,
666:12, 673:18,
675:11, 680:3,
684:23, 684:24,
685:4, 685:20,
687:11, 711:5,
712:10, 713:14,
732:9, 738:6, 740:2,
740:5, 756:3,
761:20, 762:1,
762:11, 762:19,
771:21, 774:16,
778:19, 781:17,
787:25, 796:3,
796:4, 796:22,
803:9, 803:17,
804:23, 807:20,
807:24, 813:16,
819:23, 824:9,
824:12, 824:19
**updating** [5] - 646:22,
649:17, 659:11,
804:10, 823:16
**upfront** [1] - 681:1
**urgency** [2] - 633:20,
737:2
**US** [55] - 635:23,
640:4, 645:22,
652:25, 654:20,
655:3, 655:6,
655:16, 656:5,
657:15, 660:16,
660:17, 662:25,
663:1, 663:14,
663:21, 663:25,
670:6, 670:8, 670:9,
671:23, 671:25,
681:23, 687:10,
689:10, 731:1,
776:24, 781:14,
787:25, 788:7,
788:10, 788:12,
788:14, 788:15,
789:1, 789:2, 789:9,
790:2, 790:6, 790:9,
790:10, 790:12,
790:23, 791:10,
791:17, 791:19,
792:23, 793:21,
793:24, 793:25,
794:15, 794:16,
795:10, 796:17
**USA** [1] - 616:4
**useful** [1] - 774:8
**user** [4] - 691:3,
703:5, 703:13,
703:20
**uses** [7] - 647:8,

703:25, 704:11,
744:19, 827:6,
827:17, 830:11
**usual** [3] - 622:14,
666:3, 762:23
**utilities** [1] - 748:5
**utility** [12] - 630:12,
631:17, 631:18,
659:18, 659:20,
660:1, 660:15,
661:1, 663:20,
700:10, 731:10,
807:11

## V

**vacation** [1] - 715:11
**vague** [3] - 743:16,
743:22, 744:1
**validate** [1] - 699:15
**Valley** [2] - 827:1,
827:10
**value** [5] - 634:19,
635:9, 638:19,
638:23, 638:24
**values** [8] - 638:8,
642:22, 696:21,
696:22, 696:25,
697:21, 699:15,
699:18
**Vandevelde** [1] -
616:19
**varies** [1] - 668:4
**variety** [1] - 648:8
**various** [5] - 628:14,
698:22, 703:18,
762:1, 786:10
**Veerachamy** [2] -
713:9, 714:22
**vendors** [2] - 813:1
**Vendors** [1] - 683:9
**Venu** [6] - 836:13,
836:15, 836:19,
836:20, 836:21,
837:5
**venues** [1] - 705:1
**Venugobal** [1] -
836:12
**verify** [5] - 632:5,
684:5, 707:12,
784:14, 829:6
**verifying** [1] - 632:10
**version** [18] - 646:11,
650:4, 652:17,
660:9, 661:21,
663:14, 722:1,
722:2, 722:4,
725:21, 725:22,
803:11, 804:15,
817:8, 823:13,

835:21, 835:22,
835:23
**versions** [2] - 646:15,
660:4
**versus** [2] - 744:18,
763:23
**via** [2] - 623:25,
700:10
**Vice** [1] - 716:15
**vice** [2] - 746:24
**Vice-President** [1] -
716:15
**vice-president** [2] -
746:24
**video** [1] - 621:6
**view** [13] - 710:11,
761:5, 761:15,
761:21, 762:6,
762:15, 763:2,
763:10, 764:15,
785:2, 835:6, 837:8,
839:9
**views** [3] - 698:4,
698:7, 698:19
**violated** [1] - 709:1
**violates** [1] - 760:18
**violating** [3] - 644:19,
739:19, 759:7
**violation** [35] - 640:9,
687:3, 708:25,
709:2, 711:24,
715:18, 715:21,
716:17, 717:3,
717:9, 722:19,
751:1, 753:10,
756:1, 756:7,
756:10, 768:2,
778:3, 785:10,
799:3, 799:18,
804:25, 810:10,
812:23, 823:18,
826:8, 826:9,
826:12, 829:18,
831:13, 832:14,
835:7, 837:9, 839:9
**violations** [3] -
753:20, 754:14,
754:25
**Virgin** [20] - 648:9,
668:17, 668:19,
670:3, 670:11,
778:10, 778:16,
781:7, 786:7, 790:2,
790:9, 790:15,
791:10, 791:22,
793:5, 794:4,
794:20, 794:22,
794:24, 796:18
**Virginia** [3] - 616:24,
790:22, 794:7

**visual** [1] - 703:21
**VMS** [1] - 835:19
**Volume** [1] - 616:8
**vs** [1] - 616:6

## W

**W2** [11] - 634:4, 634:7,
634:18, 635:4,
637:22, 639:18,
640:5, 644:23,
677:24, 768:20,
781:11
**W2s** [3] - 634:16,
635:18, 635:21
**wait** [9] - 720:14,
736:5, 736:6,
780:19, 798:9
**walk** [5] - 693:9,
695:7, 695:24,
699:12, 835:15
**wants** [1] - 777:20
**war** [1] - 746:7
**warning** [5] - 716:16,
830:5, 830:8, 830:9,
831:18
**warnings** [3] - 829:20,
830:22, 834:24
**Washington** [2] -
648:9, 834:20
**Water** [2] - 827:1,
827:10
**ways** [4] - 626:16,
626:18, 626:25,
627:1
**website** [3] - 647:4,
647:6, 682:11
**week** [2] - 695:21,
806:12
**weekend** [2] - 730:20,
733:9
**weeks** [1] - 668:5
**welcome** [3] - 617:13,
724:7, 801:23
**West** [1] - 616:19
**whereas** [1] - 620:13
**whole** [5] - 627:4,
633:17, 676:22,
758:22, 767:9
**William** [1] - 616:15
**Windstream** [2] -
781:18, 781:23
**withholding** [2] -
683:10, 691:19
**withholdings** [1] -
688:12
**WITNESS** [13] -
617:16, 631:8,
631:22, 636:25,
652:7, 724:11,

736:4, 736:10,
760:1, 796:11,
818:11, 820:5,
829:23
**witness** [4] - 617:17,
754:5, 811:17, 837:5
**WITNESSES** [1] -
841:3
**wonderful** [1] - 798:20
**wondering** [1] -
695:13
**word** [3] - 676:3,
712:17, 784:9
**words** [3] - 653:8,
668:7, 763:22
**works** [13] - 632:5,
671:7, 683:15,
707:8, 739:11,
754:10, 757:13,
758:19, 763:18,
805:15, 813:2,
817:12, 837:5
**worse** [1] - 746:7
**write** [15] - 626:22,
627:2, 627:7,
665:16, 666:14,
690:12, 692:11,
702:20, 732:17,
735:22, 737:23,
759:5, 763:22,
764:2, 777:18
**writes** [16] - 627:9,
643:15, 671:9,
702:25, 713:12,
714:22, 721:24,
725:15, 731:23,
732:2, 734:15,
735:4, 769:24,
786:20, 797:16,
838:5
**writing** [4] - 665:17,
676:3, 777:13, 793:7
**Written** [1] - 700:1
**written** [29] - 627:13,
646:4, 649:5,
675:12, 684:20,
690:3, 690:15,
690:19, 692:8,
699:9, 700:12,
701:6, 702:19,
702:21, 702:23,
705:12, 705:13,
706:4, 706:8,
706:12, 747:24,
751:4, 798:23,
809:18, 815:5,
815:8, 815:9, 821:18
**wrote** [24] - 629:5,
629:23, 630:5,
645:22, 660:25,

690:6, 691:22,
699:6, 699:20,
699:21, 699:24,
700:3, 702:4, 706:4,
737:25, 764:8,
764:9, 795:17,
800:1, 801:4, 806:1,
806:13, 814:17,
823:12

## Y

**year** [47] - 635:6,
635:18, 635:24,
641:24, 646:12,
646:15, 646:16,
648:3, 649:17,
649:19, 650:3,
650:5, 659:8,
668:20, 670:10,
673:1, 673:8,
673:18, 673:19,
674:4, 676:24,
677:24, 686:4,
711:7, 730:7, 744:5,
744:10, 765:23,
765:25, 771:21,
774:16, 778:9,
778:14, 778:15,
778:21, 778:22,
778:23, 790:11,
791:19, 791:21,
823:16, 831:9,
831:10
**Year** [1] - 765:18
**year-end** [2] - 635:18,
765:23
**years** [3] - 663:2,
746:7, 791:19
**yesterday** [1] - 617:21
**yourself** [2] - 661:16,
764:25

## Z

**Zachary** [1] - 616:17
**zero** [1] - 818:10
**zip** [5] - 622:10, 673:7,
674:1, 685:22,
825:21
**zone** [1] - 670:21
**zoom** [1] - 738:15