UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No.: 2:10-cv-00106-LRH-VCF<br><br>RIMINI STREET, INC., et al<br>EXHIBIT LIST OF ADMITTED EXHIBITS RE: EVIDENTIARY HEARING<br>(September 20, 2021 – September 28, 2021) |

| Rimini OSC Exhibit No. | Rimini Description | Date Admitted | Demonstrative Exhibit |
|---|---|---|---|
| DTX-0008 | City of Kent Support Case # 00159413 | 09/27/2021 | |
| DTX-0017 | Aug. 23, 2018 email from D. Winslow with subject "IMPORTANT NOTICE FROM LEGAL - Must Read - Oracle Litigation Injunction Notice," *Rimini I* Dep. Ex. 1830 | 09/20/2021 | |
| DTX-0018 | Nov. 6, 2018 email from S. Ravin with subject "MUST READ: The 'On Again', 'Off Again' Injunction is Now ON AGAIN - Atty Client Priv Comm," *Rimini I* Dep. Ex. 1831 | 09/20/2021 | |
| DTX-0019 | Nov. 13, 2018 email from J. Benge with subject "PeopleSoft Injunction Compliance Notice," *Rimini I* Dep. Ex. 1832 | 09/20/2021 | |
| DTX-0020 | Nov. 10, 2018 email from R. Grigsby with subject "JD Edwards Injunction Compliance Notice," *Rimini I* Dep. Ex. 1833 | 09/20/2021 | |
| DTX-0021 | Permanent Injunction, ECF No. 1166 | 09/20/2021 | |
| DTX-0025 | Document entitled "RSI Acceptable Use Policy.docx," *Rimini I* Dep. Ex. 1835 | 09/20/2021 | |
| DTX-0031 | Rimini Street presentation entitled "[Client] and Rimini Street Remote Access Working Session" | 09/27/2021 | |
| DTX-0040 | Rimini Street presentation entitled "Staffmarkk Group, LLC and Rimini Street Support Engagement Call" | 09/27/2021 | |
| DTX-0041 | Rimini Salesforce data table with filename "Cases.csv" | 09/21/2021 | |
| DTX-0043 | Personal Services Contract - Computer Software Support Agreement between The City of Eugene and Rimini Street, Inc. | 09/20/2021 | |
| DTX-0044 | Amendment 5 to Personal Services Contract - Computer Software Support Agreement between Rimini Street, Inc. and The City of Eugene | 09/20/2021 | |
| DTX-0046 | Transcript (excerpt) of Video Deposition of Barbara Frederiksen-Cross | 09/28/2021 | |
| DTX-0100 | Nov. 27, 2018 email chain with subject "FW: PSFT-G6 -- Status meeting- Updates," *Rimini I* Dep. Ex. 1852 | 09/20/2021 | |
| DTX-0110 | Jan. 24, 2019 email chain with subject "RE: PSFT [Texas Children's Hospital] - RE: 18E and Special Posting Notes" | 09/20/2021 | |
| DTX-0111 | Mar. 27, 2019 email from Arijit Ray (R.R. Donnelley & Sons Company) with subject "Re: Delivery of HCM200417 (Paycheck Modeler Update for WA FLI) for R.R. Donnelley & Sons Company" | 09/23/2021 | |
| DTX-0112 | File with filename "psptaxdt.dms" | 09/20/2021 | |
| DTX-0113 | Nov. 6, 2018 email from J. Benge with subject "Must Read: Important Development Notice" | 09/23/2021 | |
| DTX-0200 | Screenshots of electronic record US-Bundle Test - RS19P02 Bundle MAT (Spira) | 09/20/2021 | |

| Rimini OSC Exhibit No. | Rimini Description | Date Admitted | Demonstrative Exhibit |
|---|---|---|---|
| DTX-0201 | Document entitled "HCM200049 ApplyUpdateProcess.log" | 09/20/2021 | |
| DTX-0204 | Jan 25, 2019 email with subject "P2 - Production Impacted Case # 00162054 for Matheson Trucking, Inc. has been assigned to Anil Yadav [Source= Web]" | 09/23/2021 | |
| DTX-0205 | Jan 30, 2019 email with subject "[PeopleSoft - Matheson Trucking, Inc.] New Case Comment Notification: Case Number 00162054" | 09/23/2021 | |
| DTX-0210 | Jan 28, 2019 email with subject "[PeopleSoft - Matheson Trucking, Inc.] New Case Comment Notification: Case Number 00162054" | 09/24/2021 | |
| DTX-0233 | Suppo1t Services Agreement for PeopleSoft Products between Rimini Street, Inc. and Matheson Tmcking, Inc., *Rimini II* Dep. Ex. 690 | 09/20/2021 | |
| DTX -0234 | Ame ndment No. **1** to Suppo rt Services Agreeme nt for PeopleSoft Products between Rimini Street, Inc. and Matheson Tmcking, Inc., *Rimini II* Dep. Ex. 691 | 09/20/2021 | |
| DTX-0235 | Document with title "RS l 9P02 - Notes Summa1y" for Matheson Tmcking | 09/20/2021 | |
| DTX-0236 | Jan. 28, 2019 email chain with subject "RE: SF case 162054, Matheson Tmcking" | 09/20/2021 | |
| DTX-0300 | Screenshots of electronic record PUSP-12323 (Jira) | 09/20/2021 | |
| DTX-0301 | Screenshots of electronic record PUSP-12835 (Jira) | 09/20/2021 | |
| DTX-0302 | Jan. 24, 2019 email chain with subject "RE: [PeopleSoft - Johnson Controls, Inc.]P2 - Production Impacted Case # 00161783 : W2 Printing for Box 14 - xmlp is off" | 09/20/2021 | |
| DTX-0303 | Jan. 24, 2019 email chain with subject "RE: [PeopleSoft - Johnson Controls, Inc.]P2 - Production Impacted Case # 00161783 : W2 Prinfing for Box 14 - xmlp is off" | 09/20/2021 | |
| DTX-0306 | Document with file name "PYW218_SM.pdf" | 09/21/2021 | ✓ |
| DTX-0400 | Screenshots of electronic record RS1 9P02_ Bundle_ SME (Spira) | 09/20/2021 | |
| DTX-0401 | Screenshots of electronic record PUSP-11878 (Jira) | 09/20/2021 | |
| DTX-0402 | Document entitled "HCM200049 ApplyUpdateProcess.log" | 09/20/2021 | |
| DTX-0403 | Jan. 23, 2019 document entitled "HCM200049 ApplyUpdateProcess.log" | 09/20/2021 | |
| DTX-0404 | Document entitled "HCM200049 ApplyUpdateProcess.log" | 09/20/2021 | |
| DTX-0405 | Jan. 25, 2019 email with subject "[PeopleSoft - Smead Manufacturing Company] New Case Comment Notification: Case Number 00161188" | 09/24/2021 | |

| Rimini OSC Exhibit No. | Rimini Description | Date Admitted | Demonstrative Exhibit |
|---|---|---|---|
| DTX-0406 | Jan. 25, 2019 email with subject "[PeopleSoft - Randstad Professionals US, LP (SFN Group/Spherion)] New Case Comment Notification: Case Number 00160772" | 09/24/2021 | |
| DTX-0407 | Jan. 29, 2019 email chain with subject "RE: Doc Artifact HCM200049" | 09/23/2021 | |
| DTX-0412 | Jan. 25, 2019 email chain with subject "RE: Need another 940 A GIF file" | 09/20/2021 | |
| DTX-0414 | Document entitled "HCM200049 TECH Client DOC artifact.docx" | 09/20/2021 | |
| DTX-0416 | Screenshots of electronic record PUSP-14120 (Jira) | 09/20/2021 | |
| DTX-0417 | Screenshots of Attachment A (2018940A.gif) to electronic record PUSP-14120 (Jira) | 09/20/2021 | |
| DTX-0418 | Screenshots of Attachment B (2018940AI.gif) to electronic record PUSP-14120 (Jira) | 09/20/2021 | |
| DTX-0419 | File with file name "rsi940a.sqr" (Calendar year 2019 version of rsi940a.sqr) | 09/20/2021 | |
| DTX-0420 | File with file name "rsi940a.sqr" (Calendar year 2018 version of rsi940a.sqr) | 09/20/2021 | |
| DTX-0421 | Jan. 24, 2019 email chain with subject "RE: Need another 940 A GIF file" | 09/23/2021 | |
| DTX-0423 | Document with title "RS l 9P02 - Notes Summary" for Smead Manufacturing Company | 09/20/2021 | |
| DTX-0500 | ORACLE, " PeopleSoft SQL API for Batch COBOL," https://docs.oracle.com/cd/Fl 3810_02/hcm92pbr29/eng/hcm/hpay/task_PeopleSoftSQLAPiforBatchCOBOL-3e3d61 html?pli=ul_d209e490_hpay (fonnerly available at https://docs.oracle.com/cd/E39904_01/hcm92pbr0/eng/hcm/hpay/task_PeopleSoftSQLAPiforBatchCOBOL-3e3d61 html) | 09/20/2021 | |
| DTX-0501 | File with file name "RSPCMPAY.cbl" | 09/20/2021 | |
| DTX-0502 | File with file name "PSPTARRY.cbl" | 09/20/2021 | |
| DTX-0600 | Document entitled "Financials and Supply Chain Management - Release for the United States - RS18F07 - Notes Summary," produced by Easter Seals New Hampshire, Inc. | 09/20/2021 | |
| DTX-0601 | FSCM100130 100131 PUSS-1664 8.8 EAS | 09/20/2021 | |
| DTX-0602 | Technical Specification for FSCM100126 (DevTrack) | 09/20/2021 | |
| DTX-0603 | Technical Specification for FSCM100127 (DevTrack) | 09/20/2021 | |
| DTX-0604 | Technical Specification for FSCM100130 (DevTrack) | 09/20/2021 | |
| DTX-0605 | Screenshots of "Overview" electronic record "FSCM100126 PUSS 1268 EAS" (Spira) | 09/20/2021 | |
| DTX-0606 | Screenshots of "Overview" electronic record "FSCM100127 PUSS 1267 1269 EAS" (Spira) | 09/20/2021 | |
| DTX-0607 | Screenshots of "Overview" electronic record "FSCM100130_100131_PUSS-1664_8.8_EAS" (Spira) | 09/20/2021 | |
| DTX-0608 | Software License and Services Agreement between PeopleSoft USA, Inc. and Easter Seals New Hampshire, Inc., *Rimini I* Dep. Ex. 1811 | 09/20/2021 | |

| Rimini OSC Exhibit No. | Rimini Description | Date Admitted | Demonstrative Exhibit |
|---|---|---|---|
| DTX-0610 | Jan. 3, 2019 email chain with subject "RE Redelive1y of 1099 Update RS18F07 for Easter Seals New Hampshire Inc .msg" | 09/20/2021 | |
| DTX-0611 | File with file name "FSCM100130 l. DMS" | 09/20/2021 | |
| DTX-0612 | File with file name "FSCM100130 2.DMS | 09/20/2021 | |
| DTX-0613 | File with file name "RS18F07.DMS" | 09/20/2021 | |
| DTX-0614 | File with file name "rsfif_18.gif" | 09/20/2021 | |
| DTX-0615 | File with file name "rsfii_ 18.gif" | 09/20/2021 | |
| DTX -0616 | File with file name "rsfii2_18.gif" | 09/20/2021 | |
| DTX -06 17 | File with file name " rsfinf _ 1 8 .gi f" | 09/20/2021 | |
| DTX -0618 | File with file name "rsfini_18.gif" | 09/20/2021 | |
| DTX -06 19 | File with file name " rsi l 099 i.sqr" | 09/20/2021 | |
| DT X-0620 | File with file name "rsil099m.sqr" | 09/20/2021 | |
| DTX-0709 | ORACLE, Working with User Defined Codes, ORACLE HELP CENTER, https://docs.oracle.com/cd/El7984_0l/doc.898/el4721/user_ defined_ codes.htm | 09/20/2021 | |
| DTX-0710 | OneWorld Integrated Toolset Highlights, J.D. Edwards (1995), https://web.archive.org/web/19970417210731/http://wv.rw.jded wa rd s.co m/ g jfs/ pdf /onew orld toolset.pd f | 09/20/2021 | |
| DTX -07 12 | Aug . 31, 2000 Software license, Services and Maintenance Agreement between J. D. Edwards and Alps Electric (North America), Inc., *Rimini I* Dep . Ex. 1871 | 09/20/2021 | |
| DTX -0713 | Oracle License and Services Agreement between Oracle USA, Inc. and Reflexite Corporation, dated Nov. 13, 2007, and accompanying documents | 09/20/2021 | |
| DTX-0714 | Oracle License And Services Agreement between Oracle USA, Inc. and Master Halco Inc., dated May 31, 2007, and accompanying documents | 09/20/2021 | |
| DTX-0715 | Oracle License and Services Agreement between Oracle USA, Inc. and Pride International [Seahawk Drilling], dated Feb. 23, 2008, and accompanying documents | 09/20/2021 | |
| DTX-0716 | Nov. 29, 2011 declaration of M. Stava, *Oracle v. Rimini* (Case No. 2:10-cv-0106-LRH-PAL), *Rimini II* Dep. Ex. 1663 | 09/27/2021 | |

| Rimini OSC Exhibit No. | Rimini Description | Date Admitted | Demonstrative Exhibit |
|---|---|---|---|
| DTX-0717 | June 27, 2002 Software License and Services Agreement between PeopleSoft Canada Co. and Future Electronics Inc., *Rimini II* Dep. Ex. 3069 | 09/20/2021 | |
| DTX-0718 | Oracle License and Services Agreement between Oracle Co1poration Canada Inc. and World Vision Canada, dated Oct. 31, 2007, and accompanying documents | 09/20/2021 | |
| DTX-0722 | Oracle License and Services Agreement between Oracle America, Inc. and Wm Bolthouse Farms, Inc., dated Feb. 26, 2010 | 09/20/2021 | |
| DTX_0724 | Nov. 30, 2011 letter from D. Miller (Oracle) to M. Stava (Spinnaker Support, LLC), *Rimini II* Dep. Ex. 1662 | 09/27/2021 | |
| DTX-0725 | Oracle License and Services Agreement between Oracle America, Inc. and Baxter Healthcare Corp., dated Jul. 8, 2010, and accompanying documents | 09/20/2021 | |
| DTX-0726 | Oracle Master Agreement between Oracle America, Inc. and Hutton Communications, dated May 12, 2014 | 09/20/2021 | |
| DTX-0727 | Oracle Master Agreement between Oracle America, Inc and Southern States Cooperative Inc., dated Feb. 28, 2013, and accompanying documents | 09/20/2021 | |
| DTX-0728 | Oracle License and Services Agreement between Vulcan Infonnation Packaging and Oracle America, Inc., dated Nov. 28, 2012 | 09/20/2021 | |
| DTX-0729 | Oracle License and Services Agreement between Oracle USA, Inc. and Praxair, Inc. | 09/20/2021 | |
| DTX-0733 | Nov. 29, 2011 declaration of M. Stava, *Oracle v. Rimini* (Case No. 2:10-cv-0106-LRH-PAL), *Rimini II* Dep. Ex. 249 | 09/28/2021 | |
| DTX-0740 | Transcript (excerpt) of Video Deposition of Buffy Ransom | 09/28/2021 | |
| DTX-0803 | Australian Bureau of Statistics license (effective date April 29, 2008) | 09/20/2021 | |
| DTX-0804 | Australian Bureau of Statistics license (effective date August 24, 2007) | 09/20/2021 | |
| DTX-0900 | File R89078652 | 09/20/2021 | |
| DTX-0901 | Document entitled "JDE Tech Doc - US EFW2c 2018.docx" | 09/20/2021 | |
| DTX-1000 | Jira PUSP-11888 | 09/20/2021 | |
| DTX-1002 | Screenshots of electronic record "PUSP-12669-HCM200105 - US - Oregon Statewide Transit Payroll Tax Quarterly Repo1ting Eff 2018-10-3l" (Jira) | 09/20/2021 | |
| DTX-1004 | Document entitled "HCM200105_ENV SS_New Clients" | 09/20/2021 | |
| DTX-1005 | Document entitled "Human Capital Management for PeopleSoft - Tax & Regulatory Release for the United States - RS19P04 - Notes Summary" (HSP) | 09/20/2021 | |
| DTX-1006 | Document entitled "Human Capital Management for PeopleSoft - Tax & Regulatory Release for the United States - RS19P04 - Notes Summary" (RKF) | 09/20/2021 | |
| DTX-1007 | File with file name "HCM200105.DMS" | 09/20/2021 | |

| Rimini OSC Exhibit No. | Rimini Description | Date Admitted | Demonstrative Exhibit |
|---|---|---|---|
| DTX-1008 | File with file name "rsiqtrtx.sqr" | 09/20/2021 | |
| DTX-1009 | Record of JobNbr a4189bb522ac4afd88c6681 10d88ed17 (HSP_Apply Update_20190903) | 09/20/2021 | |
| DTX-1010 | Record of JobNbr a4189bb522ac4afd88c6681 10d88ed17 (HSP_Output Return_20190903) | 09/20/2021 | |
| DTX-1011 | Record of JobNbr 245a930667 f04bbfac909e5cd9414934 (HSP_Apply Updatec...2 01 9090 4 ) | 09/20/2021 | |
| DTX-1012 | Record of JobNbr 245a930667f04bbfac909e5cd94 14934 (HSP_Output Retum_20190904) | 09/20/2021 | |
| DTX-1013 | Record of JobNbr 7ed30540893c4f709c0329e42a78b40c (RKF_Apply Updatec...2 0 1 90903) | 09/20/2021 | |
| DTX-1014 | Record of JobNbr 7ed30540893c4f709c0329e42a78b40c (RKF_Output Return 20190903) | 09/20/2021 | |
| DTX-1015 | Record of JobNbr c7f24el c4a2544deb90047d07313ed60 (RKF_Apply Update_20190904) | 09/20/2021 | |
| DTX-1016 | Record of JobNbr c7f24el c4a2544deb90047d07313ed60 (RKF_Output Retum_20190904) | 09/20/2021 | |
| DTX-1017 | Record of JobNbr a4ad70dlf d8a490bb4d5dbal e969c9d4 (RKF_Apply Update_20190906) | 09/20/2021 | |
| DTX-1018 | Record of JobNbr a4ad70dlf d8a490bb4d5dbal e969c9d4 (RKF_Output Retum_20190906) | 09/20/2021 | |