| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:  702.382.7300<br>Facsimile:   702.382.2755<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>WILLIAM A. ISAACSON (*pro hac vice*)<br>KAREN DUNN (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:  202.223.7300<br>Facsimile:   202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>SHARON R. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:  415.442.1000<br>Facsimile:   415.442.1001<br>benjamin.smith@morganlewis.com<br>sharon.smith@morganlewis.com<br><br>DORIAN DALEY (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:  650.506.4846<br>Facsimile:   650.506.7114<br>dorian.daley@oracle.com<br>deborah.miller@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>        Plaintiffs,<br>   v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>        Defendants. | **Case No. 2:10-cv-00106-LRH-VCF**<br><br>**ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF CHANGE OF FIRM ADDRESS** |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Gabriel R. Schlabach, counsel for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation, has changed his address, telephone number, and facsimile number. The new address, telephone number, and facsimile number for Mr. Schlabach is as follows:

> Gabriel R. Schlabach
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 535 Mission Street
> 24th Floor
> San Francisco, CA 94105
> Telephone: (628) 432-5100
> Facsimile: (628) 232-3101

The email address for Mr. Schlabach will remain the same: gschlabach@paulweiss.com. The contact information for Plaintiffs' other counsel has not changed.

DATED: October 26, 2021

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: */s/ Gabriel R. Schlabach*
Gabriel R. Schlabach
gschlabach@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street
24th Floor
San Francisco, CA 94105
Telephone: (628) 432-5100
Facsimile: (628) 232-3101

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of October, 2021, I electronically transmitted the foregoing ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF CHANGE OF FIRM ADDRESS to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: October 26, 2021          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                                 By:  */s/ Gabriel R. Schlabach*
                                      Gabriel R. Schlabach