UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC., a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation, and SETH RAVIN, an individual,<br><br>Defendants. | Case No.: 2:10-cv-00106-LRH-VCF<br><br>**AMENDED**<br>ORACLE USA, INC., et al<br>EXHIBIT LIST OF ADMITTED EXHIBITS<br>RE: EVIDENTIARY HEARING<br>(September 20, 2021 – September 28, 2021) |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibit |
|---|---|---|---|
| OREX_0002 | 09/20/2021 | *Rimini I* Depo. Ex. 1833: Email From Ray Grigsby Re JD Edwards Injunction Compliance Notice | |
| OREX_0004 | 09/20/2021 | Email from Barbara MacEachen to Shelley Blackmarr Re: FW: PSFT-G6 -- Status meeting- Updates | |
| OREX_0005 | 09/20/2021 | CA_OVERTIME_ON_FLAT_SUM_BONUS_R92.doc | |
| OREX_0006 | 09/20/2021 | PA32EIT18D.doc | |
| OREX_0007 | 09/20/2021 | PA32EIT18D.xls | |
| OREX_0008 | 09/20/2021 | R92_Tax_Update_18-D_Notes.doc | |
| OREX_0009 | 09/20/2021 | R92_Update_Image_28.doc | |
| OREX_0010 | 09/20/2021 | USA_Fluid_WorkCenter_Objects.xls | |
| OREX_0011 | 09/20/2021 | W-2___W-2c_Fluid_Objects.xls | |
| OREX_0012 | 09/20/2021 | YE18US92D.docx | |
| OREX_0013 | 09/20/2021 | FRE 1006 summary of data for Salesforce Case 161623 produced by Rimini during post-Injunction discovery (ECF No. 1474-3) | |
| OREX_0014 | 09/20/2021 | *Rimini I* Depo Ex. 1832: Email from Jim Benge Re PeopleSoft Injunction Compliance Notice | |
| OREX_0015 | 09/23/2021 | Rimini August 19, 2019 Press Release available here: https://www.rimini-street.com/press-releases/08192019 | |
| OREX_0016 | 09/23/2021 | Rimini April 1, 2021 Press Release available here: https://www.riministreet.com/press-releases/court-rules-in-favor-on-key-matters/ | |
| OREX_0017 | 09/20/2021 | *Rimini I* Depo Ex. 1835: Rimini Street Computer Resources: Acceptable Use Policy and User Agreement | |
| OREX_0019 | 09/20/2021 | *Rimini I* Depo Ex. 1831: Email from Seth Ravin to RSI - ALL, Re: MUST READ: The "on Again", "Off Again" Inunction is Now ON AGAIN - Atty Client Priv Comm | |
| OREX_0020 | 09/20/2021 | BFC Ex. 012 091_psptaxdt.dms-73ee_TO_psptaxdt.dms-93c0.pdf | ✓ |
| OREX_0021 | 09/20/2021 | Email from Don Sheffield Re: Need another 940 A GIF file | |

1

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibit |
|---|---|---|---|
| OREX_0022 | 09/20/2021 | Email from Jim Benge to Don Sheffield, Kim Martinez, Timonthy Pringle, Susan Tahtaras and ccing others, Re: SF case 162054, Matheson Trucking | |
| OREX_0023 | 09/20/2021 | RE: [PeopleSoft – Johnson Controls, Inc.]P2 – Production Impacted Case # 00161783 : W2 Printing for Box 14 – xmlp is off | |
| OREX_0027 | 09/20/2021 | RE: [PeopleSoft – Johnson Controls, Inc.]P2 – Production Impacted Case # 00161783 : W2 Prinfing for Box 14 – xmlp is off | |
| OREX_0028 | 09/23/2021 | RE: RSI940A Informal Delivery | |
| OREX_0030 | 09/24/2021 | RE: Doc Artifact HCM200049 | |
| OREX_0033 | 09/23/2021 | RE: Doc Artifact HCM200049 | |
| OREX_0040 | 09/20/2021 | rsi1099i.sqr | |
| OREX_0041 | 09/20/2021 | rsi1099m.sqr | |
| OREX_0042 | 09/20/2021 | ECF No. 1469-13 (Vandevelde Ex. M) (Easter Seals PeopleSoft License Agreement) | |
| OREX_0048 | 09/21/2021 | BFC Ex. 043 rim_afw005_%%_TransferFiles.xlsx | ✓ |
| OREX_0049 | 09/20/2021 | HCM200105_ENV SS_New Clients.xlsx | |
| OREX_0050 | 09/20/2021 | ECF No. 1469-14 (PUSP-12669 – HCM200105 – US – Oregon Statewide Transit Payroll Tax Quarterly Reporting Eff 2018-10-31" from Rimini's Jira) | |
| OREX_0051 | 09/20/2021 | ECF No. 1469-15 ("HCM200105 Dev Instructions [Final]," Ex. O to Rimini's OSC Response) | |

2

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0052 | 09/20/2021 | ECF 1474-23 (Conversation with Sara Lu) | |
| OREX_0053 | 09/20/2021 | HCM200105 Dev Instructions [Final].txt | |
| OREX_0058 | 09/21/2021 | Rimini I Depo. Ex. 1840: JDE HR/Payroll Tax & Regulatory Release for the United States RS18JDE-US-P11 For Toledo, OH Installation and Instructions | |
| OREX_0059 | 09/20/2021 | *Rimini I* Depo. Ex. 1841: JDE HR/Payroll Tax & Regulatory Release for the United States RS18JDE-US-P11 For Toledo, OH Notes Summary | |
| OREX_0060 | 09/21/2021 | Definition of Source Code by Merriam-Webster | ✓ |
| OREX_0062 | 09/27/2021 | Email from Ray Grigsby Re: sales related tools with JDEDictionaryofCommonTerms RCG 2014.doc attached | |
| OREX_0065 | 09/27/2021 | Re: Article | |
| OREX_0067 | 09/20/2021 | Giant Cement JDE License (PTX-0704 and available at Rimini II, ECF No. 925-14) | |
| OREX_0068 | 09/28/2021 | Email from Ray Grigsby to Gerard Roy and Ron Teegarden, Re: RE: Libbey call/ Injunction (case 77582) | |
| OREX_0069 | 09/27/2021 | RE: GoToMeeting Invitation – Libbey discuss procedures | |
| OREX_0070 | 09/27/2021 | JDE World Sofware Overview dated 2016 | |
| OREX_0072 | 09/20/2021 | JDE Tech Doc – US EFW2c 2018.docx | |
| OREX_0080 | 09/20/2021 | BFC Ex. 041 RSI007981483 JDE Tech Doc - US EFW2c 2018.pdf | |
| OREX_0081 | 09/20/2021 | [PeopleSoft – Smead Manufacturing Company] New Case Comment Notification: Case Number 00161188 | |
| OREX_0082 | 09/20/2021 | [PeopleSoft – Randstad Professionals US, LP (SFN Group/Spherion)] New Case Comment Notification: Case Number 00160772 | |
| OREX_0084 | 09/20/2021 | [PeopleSoft – Matheson Trucking, Inc.] New Case Comment Notification: Case Number 00162054 | |
| OREX_0085 | 09/20/2021 | [PeopleSoft – Matheson Trucking, Inc.] New Case Comment Notification: Case Number 00162054 | |
| OREX_0090 | 09/20/2021 | Email from Jeanie Ong to Jay Hoyt; Software Solutions, Re: Redelivery of 1099 Update RS18F07 for Easter Seals New Hampshire, Inc. with attachments | |
| OREX_0092 | 09/21/2021 | ECF #1369-38 (Astrachan Report Excerpts) | ✓ |
| OREX_0094 | 09/20/2021 | TAX18E910-notes.docx | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibit |
|---|---|---|---|
| OREX_0095 | 09/20/2021 | TAX18E910-notes.docx production metadata | |
| OREX_0096 | 09/20/2021 | 2019 US Tax Table Updates.docx | |
| OREX_0097 | 09/20/2021 | 2019 US Tax Table Updates.docx production metadata | |
| OREX_0098 | 09/20/2021 | RE: Cobol compile request | |
| OREX_0099 | 09/20/2021 | PSPTCALC.lis attachment | |
| OREX_0100 | 09/20/2021 | RE: Cobol compile request | |
| OREX_0103 | 09/20/2021 | FRE 1006 summary of data for Salesforce Case 158235 produced by Rimini during post-Injunction discovery | |
| OREX_0104 | 09/20/2021 | FRE 1006 summary of data for Salesforce Case 162214 produced by Rimini during post-Injunction discovery | |
| OREX_0105 | 09/20/2021 | FRE 1006 summary of data for Salesforce Case 164037 produced by Rimini during post-Injunction discovery | |
| OREX_0106 | 09/20/2021 | FRE 1006 summary of data for Salesforce Case 176859 produced by Rimini during post-Injunction discovery | |
| OREX_0107 | 09/20/2021 | Declaration of Craig Mackereth ISO Rimini's Opposition to Oracle Motion for OSC (SEALED) [ECF # 1385-1] | |
| OREX_0108 | 09/20/2021 | Declaration of Jim Benge ISO Rimini's Opposition to Oracle Motion for OSC (SEALED) [ECF # 1385-2] | |
| OREX_0109 | 09/20/2021 | Declaration of Brenda Davenport ISO Rimini's Opposition to Oracle Motion for OSC (SEALED) [ECF # 1385-3] | |
| OREX_0110 | 09/20/2021 | Declaration of Sudhir Kumar ISO Rimini's Opposition to Oracle Motion for OSC (SEALED) [ECF # 1385-4] | |
| OREX_0127 | 09/21/2021 | Test Case 8484: Re: HCM200105-SQR Testing – Kanban | |
| OREX_0141 | 09/20/2021 | FW: [JD Edwards - E1/OneWorld - Praxair, Inc.] New Case Comment Notification: Case Number 00136438 | |
| OREX_0142 | 09/20/2021 | B4200311.c | |
| OREX_0144 | 09/20/2021 | RE: [JD Edwards - E1/OneWorld - Praxair, Inc. ] New case comment notification. Case Number 00136438 | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0147 | 09/20/2021 | RS18JDE-US-P09 - Notes Summary | |
| OREX_0148 | 09/20/2021 | RE: 2018 W2 Year-End Update | |
| OREX_0149 | 09/20/2021 | Internal Summary - Delivery Communication - RS18JDE-US-P09 [W2 & EFW2 2018 Year-end Update] | |
| OREX_0151 | 09/23/2021 | PeopleSoft EOY Releases – Retrospective Feedback Review | |
| OREX_0174 | 09/21/2021 | BFC Ex. 046 prvtsidx.plb_7fe8_prvtsidx.plb_6c62.pdf | ✓ |
| OREX_0175 | 09/20/2021 | BFC Ex. 047 PSPTARRY.cbl_4fe0_RSPCMPAY.cbl_465c.pdf | ✓ |
| OREX_0199 | 09/20/2021 | BFC Ex. 121 099RSI007539877tax922us.txta690e5411816f458_TO_PSFT_UPDATE_2016_2019tax922us.sqr34a3f6a8622addcf.pdf | ✓ |
| OREX_0201 | 09/20/2021 | BFC Ex. 123 098RSI007487681gettxdta.sqc.txt4ae78fdf5a7ba367_TO_WIN2008_PSFT_HRMS_92gettxdta.sqc4c5928e685b2860a.pdf | |
| OREX_0202 | 09/20/2021 | BFC Ex. 124 099RSI007539876tax920us.txtf317cbdbe533b670_TO_PSFT_UPDATE_2016_2019tax920us.sqr70b901a6140d104f.pdf | ✓ |
| OREX_0203 | 09/20/2021 | BFC Ex. 125 096RSI007486983getstdta.sqc.txte9df4639e59f39f5_TO_WIN2008_PSFT_HRMS_91getstdta.sqcfee882f7c3abb8d1.pdf | ✓ |
| OREX_0212 | 09/21/2021 | BFC Surrebuttal Report Exhibit A [Corrected] | ✓ |
| OREX_0213 | 09/20/2021 | getstdta.sqc | |
| OREX_0214 | 09/20/2021 | tax922us.sqr | |
| OREX_0215 | 09/20/2021 | paygl02.sqr | |
| OREX_0216 | 09/20/2021 | tax920us.sqr | |
| OREX_0217 | 09/20/2021 | tax921us.sqr | |
| OREX_0218 | 09/20/2021 | paygl02.sqr | |
| OREX_0219 | 09/20/2021 | P06767--JD Edwards World A9.3.txt | |
| OREX_0220 | 09/20/2021 | ORCLRS1360924 - R89078652.txt | |
| OREX_0221 | 09/20/2021 | psptaxdt.dms | |
| OREX_0222 | 09/20/2021 | gettxdta.sqc | |
| OREX_0223 | 09/20/2021 | tax920.sqr | |
| OREX_0224 | 09/20/2021 | tax923us.sqr | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibit |
|---|---|---|---|
| OREX_0225 | 09/20/2021 | PSPTARRY.cbl | |
| OREX_0226 | 09/20/2021 | prvtsidx.plb | |
| OREX_0227 | 09/20/2021 | psptaxdt.dms | |
| OREX_0228 | 09/21/2021 | prvtsidx.plb | |
| OREX_0229 | 09/20/2021 | tax922us.txt | |
| OREX_0231 | 09/20/2021 | gettxdta.sqc.txt | |
| OREX_0232 | 09/20/2021 | tax920us.txt | |
| OREX_0233 | 09/20/2021 | getstdta.sqc.txt | |
| OREX_0234 | 09/20/2021 | tax920.txt | |
| OREX_0235 | 09/20/2021 | tax921us.txt | |
| OREX_0236 | 09/20/2021 | tax923us.txt | |
| OREX_0237 | 09/20/2021 | RSPCMPAY.cbl | |
| OREX_0243 | 09/22/2021 | Rimini Street, Inc.'s Second Supplemental Response to Oracle's Supplemental Interrogatory No. 3 and Third Supplemental Response to Supplemental Interrogatory No. 4 (AEO) | |
| OREX_0246 | 09/22/2021 | Exhibit B-1 (pdf): List of Environment Names associated with Rimini's PeopleSoft Clients (AEO) | |
| OREX_0259 | 09/22/2021 | Oracle's Amended First Set of Requests for Admission | |
| OREX_0260 | 09/22/2021 | Exhibit B-1 to Oracle's Amended First Set of Requests for Admission | |
| OREX_0269 | 09/22/2021 | Rimini's Tenth Supplemental Responses to Interrogatory No. 3 (2/9/2018) | |
| OREX_0274 | 09/22/2021 | Exhibit D-3.5 to Rimini's Tenth Supplemental Responses to Interrogatory No. 3 | |
| OREX_0295 | 09/22/2021 | Rimini Responses and Objections to Amended First Set of RFAs [Nos 1-2] | |
| OREX_0309 | 09/22/2021 | *Rimini II* Depo Ex. 89: Rimini Street Automation Framework | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0310 | 09/20/2021 | *Rimini II* Depo Ex. 110: Software License and Services Agreement (PeopleSoft) for Easter Seals New Hampshire, Inc. | |
| OREX_0311 | 09/20/2021 | *Rimini II* Depo Ex. 111: Schedule #1 to the Software License and Services Agreement for Easter Seals New Hampshire, Inc. | |
| OREX_0312 | 09/20/2021 | *Rimini II* Depo Ex. 112: Support Services Agreement for PeopleSoft Products for Easter Seals New Hampshire, Inc. | |
| OREX_0313 | 09/20/2021 | *Rimini II* Depo Ex. 113: Amendment #1 to Support Services Agreement for Easter Seals New Hampshire, Inc. | |
| OREX_0325 | 09/20/2021 | *Rimini II* Depo Ex. 689: Software License and Services Agreement between PeopleSoft and Matheson Trucking, Inc. | |
| OREX_0341 | 09/22/2021 | *Rimini II* Depo Ex. 1368: Email from Brian Slepko to Seth Ravin and RSI-Operating Committee, Re: Rimini Street - GRANTED STAY on Injunction | |
| OREX_0347 | 09/22/2021 | *Rimini II* Depo Ex. 1585: Email from David Rowe (drowe) to Seth Ravin, Ccing sgrady; apark; bleake, Re: Media Statement on Recent Developments in Oracle Litigation | |
| OREX_0349 | 09/22/2021 | *Rimini II* Depo Ex. 1588: Email from Daniel Winslow to Sebastian Grady, Ccing Malchiodi, Brian; Nate Teske; chris.holland; Mark Jacobs; Roche, Pat; Sommer, James, Re: 9th Circuit Just Stayed The Injunction | |
| OREX_0350 | 09/22/2021 | *Rimini II* Depo Ex. 1589: Email from Sebastian Grady to William Toms Ccing Mike Zampi; Daniel Winslow; Nancy Lyskawa, Re: PRAXAIR With Attachment: 9th Circuit Order 12062016.pdf (47.22 kB) | |
| OERX_0364 | 09/22/2021 | *Rimini II* Depo. Ex. 1833: Email from Seth Ravin to RSI - ALL Re: MUST READ & UNDERSTAND: Court Rules on Remaining Open "Rimini I" Post-Trail Motions | |
| OREX_0365 | 09/22/2021 | *Rimini II* Depo. Ex. 1834: Email from Seth Ravin to Leslie Pfrang; Tom Sabol; Daniel Winslow; Chip Whitford; murray Re: FW: Rimini/Stifel discussion | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0381 | 09/20/2021 | *Rimini I* Depo Ex. 1839: Enter Release ID, or Update ID for IFT re HCM200347 | |
| OREX_0382 | 09/20/2021 | *Rimini I* Depo Ex. 1842: IM (Instant Message) Titled Conversation with Richard Dome between Ron Teegarden and Richard Dome | |
| OREX_0384 | 09/20/2021 | *Rimini I* Depo Ex. 1845: Email from Susan Tahtaras to Peggy Norman and Theresa Sherwood, Re: RS19P02 TUSS attached, with RS19P02_Tax Updates by Tax Update Group.xlsx (excerpts) attached | |
| OREX_0397 | 09/23/2021 | Rimini II Depo Ex. 2063: Email from dmiller to Jim Benge Ccing Brenda Davenport; Chad Kodet; Kelly Day; Paul Henville; Susan Tahtaras; Tim Renschen Re: [PSFT - internal] City of Costa Mesa | |
| OREX_0400 | 09/20/2021 | Matheson Trucking Schedule One to the Software License and Services Agreement | |
| OREX_0401 | 09/20/2021 | Matheson Trucking Schedule to the Software License and Services Agreement | |
| OREX_0402 | 09/20/2021 | *Rimini II* ECF 905-2 (City of Eugene Software License and Services Agreement) | |
| OREX_0403 | 09/20/2021 | Johnson Controls, Inc. Software End User License and Services Agreement | |
| OREX_0404 | 09/20/2021 | Spherion PeopleSoft 8 CRM Amendment to the Software License and Services Agreement between Spherion Corporation and PeopleSoft USA, Inc. | |
| OREX_0405 | 09/20/2021 | Spherion Schedule One to the Software End User License and Service Agreement (PeopleSoft HRMS and Financials) | |
| OREX_0406 | 09/20/2021 | Spherion Schedule Two to the Software End User License and Services Agreement (PeopleSoft Financials) | |
| OREX_0407 | 09/20/2021 | Spherion Upgrade Amendment to the Software End User License and Services Agreement for Extended Enterprise Capabilities | |
| OREX_0408 | 09/20/2021 | Spherion Oracle License and Services Agreement | |
| OREX_0409 | 09/20/2021 | Spherion Software End User License and Services Agreement | |
| OREX_0410 | 09/20/2021 | Spherion Software End User License and Services Agreement | |
| OREX_0411 | 09/20/2021 | Spherion Ordering Document | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0412 | 09/20/2021 | Smead Master Agreement | |
| OREX_0413 | 09/20/2021 | Easter Seals Schedule #1 to the Software License and Services Agreement | |
| OREX_0414 | 09/20/2021 | Oakland County Software Licenses and Services Agreement | |
| OREX_0415 | 09/20/2021 | Oakland County Software License and Services Agreement | |
| OREX_0416 | 09/20/2021 | Oakland County Schedule #1 to the Software License and Services Agreement | |
| OREX_0417 | 09/20/2021 | Oakland County Schedule #2 to the Software License and Services Agreement | |
| OREX_0418 | 09/20/2021 | Oakland County Schedule #2 to the Software License and Services Agreement | |
| OREX_0419 | 09/20/2021 | Oakland County Schedule to the Software License and Services Agreement (Enterprise Pricing) | |
| OREX_0422 | 09/20/2021 | R.R. Donnelley & Sons Company Software End User License and Services Agreement | |
| OREX_0423 | 09/20/2021 | Database license | |
| OREX_0429 | 09/23/2021 | FW: Delivery of 1099 Update RS18F07 for THE NASDAQ OMX GROUP INC | |
| OREX_0430 | 09/23/2021 | FW: Delivery of 1099 Update RS18F07 for Texas Children's Hospital | |
| OREX_0431 | 09/23/2021 | FW: Delivery of 1099 Update RS18F07 for Pikeville Medical Center | |
| OREX_0432 | 09/23/2021 | RE: Delivery of 1099 Update RS18F07 for EZCORP, Inc. | |
| OREX_0434 | 09/20/2021 | Copyright Reg. # TX 6-541-044 - Code Change for JD Edwards World A8.1 | |
| OREX_0435 | 09/20/2021 | Copyright Reg. # TX 6-541-034 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.0 | |
| OREX_0436 | 09/20/2021 | Copyright Reg. # TX 6-541-039 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.11 SP1 | |
| OREX_0437 | 09/20/2021 | Copyright Reg. # TX 6-541-042 - Cumulative Update 1 for JD Edwards EnterpriseOne 8.12 | |
| OREX_0438 | 09/20/2021 | Copyright Reg. # TX 7-041-267 - Cumulative Update 1 for JDE EnterpriseOne 9.0 | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0439 | 09/20/2021 | Copyright Reg. # TX 6-541-031 - Cumulative Update 16 for JD Edwards World A7.3 | |
| OREX_0440 | 09/20/2021 | Copyright Reg. # TX 6-541-032 - Cumulative Update 2 for JD Edwards EnterpriseOne 8.10 | |
| OREX_0441 | 09/20/2021 | Copyright Reg. # TX-7-041-278 - Cumulative Update 3 for JDE EnterpriseOne 8.12 | |
| OREX_0442 | 09/20/2021 | Copyright Reg. # TX 6-545-421 - Cumulative Update 6 for JD Edwards World A8.1 | |
| OREX_0443 | 09/20/2021 | Copyright Reg. # TX 6-541-048 - Cumulative Update 8 for JD Edwards EnterpriseOne Xe | |
| OREX_0444 | 09/20/2021 | Copyright Reg. # TXu1-607-455 - Database of Documentary Customer Support Materials for J.D. Edwards Software | |
| OREX_0445 | 09/20/2021 | Copyright Reg. # TXu1-607-454 - Database of Documentary Customer Support Materials for PeopleSoft Software | |
| OREX_0446 | 09/20/2021 | Copyright Reg. # TX 6-541-027 - ESU for JD Edwards EnterpriseOne 8.11 SP1 | |
| OREX_0447 | 09/20/2021 | Copyright Reg. # TX 6-541-045 - ESU for JD Edwards EnterpriseOne 8.12 | |
| OREX_0448 | 09/20/2021 | Copyright Reg. # TX 6-541-050 - Initial release of JD Edwards EnterpriseOne 8.0 | |
| OREX_0449 | 09/20/2021 | Copyright Reg. # TX 6-541-038 - Initial release of JD Edwards EnterpriseOne 8.10 | |
| OREX_0450 | 09/20/2021 | Copyright Reg. # TX 6-541-028 - Initial release of JD Edwards EnterpriseOne 8.11 | |
| OREX_0451 | 09/20/2021 | Copyright Reg. # TX 6-541-040 - Initial release of JD Edwards EnterpriseOne 8.11 SP1 | |
| OREX_0452 | 09/20/2021 | Copyright Reg. # TX 6-541-041 - Initial release of JD Edwards EnterpriseOne 8.12 | |
| OREX_0453 | 09/20/2021 | Copyright Reg. # TX 6-541-049 - Initial release of JD Edwards EnterpriseOne 8.9 | |
| OREX_0454 | 09/20/2021 | Copyright Reg. # TX 6-541-033 - Initial release of JD Edwards EnterpriseOne XE | |
| OREX_0455 | 09/20/2021 | Copyright Reg. # TX 6-541-029 - Initial release of JD Edwards World A7.3 | |
| OREX_0456 | 09/20/2021 | Copyright Reg. # TX 6-541-047 - Initial release of JD Edwards World A8.1 | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0457 | 09/20/2021 | Copyright Reg. # TX 6-541-030 - Initial release of JD Edwards World A9.1 | |
| OREX_0458 | 09/20/2021 | Copyright Reg. # TX 7-041-256 - Initial release of JDE EnterpriseOne 9.0 | |
| OREX_0459 | 09/20/2021 | Copyright Reg. # TX 7-041-290 - Initial release of JDE World A9.2 | |
| OREX_0460 | 09/20/2021 | Copyright Reg. # TX 5-222-106 - Oracle 8i Enterprise Edition, release 2 (8.1.6) | |
| OREX_0461 | 09/20/2021 | Copyright Reg. # TX 5-673-282 - Oracle 9i Database Enterprise: Edition Release 2 | |
| OREX_0462 | 09/20/2021 | Copyright Reg. # TX 6-938-648 - Oracle Database 10g: Release 1 | |
| OREX_0463 | 09/20/2021 | Copyright Reg. # TX 6-942-003 - Oracle Database 10g: Release 2 | |
| OREX_0464 | 09/20/2021 | Copyright Reg. # TX 7-324-157 - Oracle Database 11g Release 1 | |
| OREX_0465 | 09/20/2021 | Copyright Reg. # TX 7-324-158 - Oracle Database 11g Release 2 | |
| OREX_0466 | 09/20/2021 | Copyright Reg. # TX 4-792-576 - PeopleSoft 7.0 financials, distribution & manufacturing 7.0 | |
| OREX_0467 | 09/20/2021 | Copyright Reg. # TX-5-456-777 - PeopleSoft 8 Customer Relationship Management | |
| OREX_0468 | 09/20/2021 | Copyright Reg. # TX 5-456-778 - PeopleSoft 8 Customer Relationship Management PeopleBooks | |
| OREX_0469 | 09/20/2021 | Copyright Reg. # TX 5-345-698 - PeopleSoft 8 EPM SP3 | |
| OREX_0470 | 09/20/2021 | Copyright Reg. # TX 5-501-313 - PeopleSoft 8 FIN/SCM SP1 | |
| OREX_0471 | 09/20/2021 | Copyright Reg. # TX 5-595-355 - PeopleSoft 8 FIN/SCM SPI PeopleBooks | |
| OREX_0472 | 09/20/2021 | Copyright Reg. # TX 5-311-637 - PeopleSoft 8 Financials and Supply Chain Management PeopleBooks | |
| OREX_0473 | 09/20/2021 | Copyright Reg. # TX-5-456-780 - PeopleSoft 8 Financials and Supply Chain Management: Service Pack 2 | |
| OREX_0474 | 09/20/2021 | Copyright Reg. # TX 5-311-638 - PeopleSoft 8 HRMS PeopleBooks | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0475 | 09/20/2021 | Copyright Reg. # TX 5-501-312 - PeopleSoft 8 HRMS SP1 | |
| OREX_0476 | 09/20/2021 | Copyright Reg. # TX 5-456-781 - PeopleSoft 8 Promotions Management, Collaborative Supply Management, eRFQ, Supplier Connection, and Supply Chain Portal Pack PeopleBooks | |
| OREX_0477 | 09/20/2021 | Copyright Reg. # TX 5-431-290 - PeopleSoft 8 Student Administration Solutions PeopleBooks | |
| OREX_0478 | 09/20/2021 | Copyright Reg. # TX 5-493-450 - PeopleSoft 8.1 Customer Relationship Management | |
| OREX_0479 | 09/20/2021 | Copyright Reg. # TX 5-733-209 - PeopleSoft 8.1 Customer Relationship Management PeopleBooks | |
| OREX_0480 | 09/20/2021 | Copyright Reg. # TX 5-485-839 - PeopleSoft 8.3 Enterprise Performance Management | |
| OREX_0481 | 09/20/2021 | Copyright Reg. # TX 5-485-842 - PeopleSoft 8.3 Enterprise Performance Management PeopleBooks | |
| OREX_0482 | 09/20/2021 | Copyright Reg. # TX 5-469-032 - PeopleSoft 8.3 HRMS | |
| OREX_0483 | 09/20/2021 | Copyright Reg. # TX 5-469-031 - PeopleSoft 8.3 HRMS PeopleBooks | |
| OREX_0484 | 09/20/2021 | Copyright Reg. # TX 5-586-236 - PeopleSoft 8.4 Customer Relationship Management PeopleBooks | |
| OREX_0485 | 09/20/2021 | Copyright Reg. # TX-5-586-247 - PeopleSoft 8.4 Financials and Supply Chain Management | |
| OREX_0486 | 09/20/2021 | Copyright Reg. # TX 5-586-246 - PeopleSoft 8.4 Financials and Supply Chain Management PeopleBooks | |
| OREX_0487 | 09/20/2021 | Copyright Reg. # TX 6-015-317 - PeopleSoft 8.8 Customer Relationship Management | |
| OREX_0488 | 09/20/2021 | Copyright Reg. # TX-5-993-616 - PeopleSoft 8.8 Enterprise Performance Management | |
| OREX_0489 | 09/20/2021 | Copyright Reg. # TX 6-093-947 - PeopleSoft 8.8 HRMS | |
| OREX_0490 | 09/20/2021 | Copyright Reg. # TX 7-077-451 - PeopleSoft Campus Solutions 8.9 | |
| OREX_0491 | 09/20/2021 | Copyright Reg. # TX 7-077-460 - PeopleSoft Campus Solutions 9.0 | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0492 | 09/20/2021 | Copyright Reg. # TX 7-063-664 - PeopleSoft Customer Relationship Management 8.8 SP1 | |
| OREX_0493 | 09/20/2021 | Copyright Reg. # TX 7-063-664 - PeopleSoft Customer Relationship Management 8.8 SP1 | |
| OREX_0494 | 09/20/2021 | Copyright Reg. # TX 7-063-668 - PeopleSoft Customer Relationship Management 8.9 | |
| OREX_0495 | 09/20/2021 | Copyright Reg. # TX 7-063-668 - PeopleSoft Customer Relationship Management 8.9 | |
| OREX_0496 | 09/20/2021 | Copyright Reg. # TX 7-065-371 - PeopleSoft Customer Relationship Management 9.0 | |
| OREX_0497 | 09/20/2021 | Copyright Reg. # TX 7-065-371 - PeopleSoft Customer Relationship Management 9.0 | |
| OREX_0498 | 09/20/2021 | Copyright Reg. # TX 7-063-653 - PeopleSoft Customer Relationship Management 9.1 | |
| OREX_0499 | 09/20/2021 | Copyright Reg. # TX 7-063-653 - PeopleSoft Customer Relationship Management 9.1 | |
| OREX_0500 | 09/20/2021 | Copyright Reg. # TX 7-063-683 - PeopleSoft Enterprise Performance Management 8.8 SP2 | |
| OREX_0501 | 09/20/2021 | Copyright Reg. # TX 7-063-672 - PeopleSoft Enterprise Performance Management 8.9 | |
| OREX_0502 | 09/20/2021 | Copyright Reg. # TX 7-063-679 - PeopleSoft Enterprise Performance Management 9.0 | |
| OREX_0503 | 09/20/2021 | Copyright Reg. # TX 5-291-439 - PeopleSoft Financials and Supply Chain Management (FIN/SCM) 8.0 | |
| OREX_0504 | 09/20/2021 | Copyright Reg. # TX 7-063-688 - PeopleSoft Financials and Supply Chain Management 8.8 | |
| OREX_0505 | 09/20/2021 | Copyright Reg. # TX 7-065-319 - PeopleSoft Financials and Supply Chain Management 8.8 SP1 | |
| OREX_0506 | 09/20/2021 | Copyright Reg. # TX 7-065-332 - PeopleSoft Financials and Supply Chain Management 8.9 | |
| OREX_0507 | 09/20/2021 | Copyright Reg. # TX 7-065-354 - PeopleSoft Financials and Supply Chain Management 9.0 | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0508 | 09/20/2021 | Copyright Reg. # TX 7-065-357 - PeopleSoft Financials and Supply Chain Management 9.1 | |
| OREX_0509 | 09/20/2021 | Copyright Reg. # TX 4-792-574 - PeopleSoft Financials, Distribution & Manufacturing 7.5 | |
| OREX_0510 | 09/20/2021 | Copyright Reg. # TX 4-792-577 - PeopleSoft HRMS 7.0 | |
| OREX_0511 | 09/20/2021 | Copyright Reg. # TX 4-792-575 - PeopleSoft HRMS 7.5 | |
| OREX_0512 | 09/20/2021 | Copyright Reg. # TX 7-065-376 - PeopleSoft HRMS 8.8 SP1 | |
| OREX_0513 | 09/20/2021 | Copyright Reg. # TX 7-065-381 - PeopleSoft HRMS 8.9 | |
| OREX_0514 | 09/20/2021 | Copyright Reg. # TX 7-065-386 - PeopleSoft HRMS 9.0 | |
| OREX_0515 | 09/20/2021 | Copyright Reg. # TX 7-065-398 - PeopleSoft HRMS 9.1 | |
| OREX_0516 | 09/20/2021 | Copyright Reg. # TX 7-077-447 - PeopleSoft Student Administration Solutions 8.0 SP1 | |
| OREX_0517 | 09/20/2021 | Copyright Reg. # TX 4-792-578 - PeopleTools 7.5 | |
| OREX_0518 | 09/20/2021 | Copyright Reg. # TX 5-266-221 - PeopleTools 8.10 | |
| OREX_0519 | 09/20/2021 | Copyright Reg. # TX 5-586-248 - PeopleTools 8.4 | |
| OREX_0520 | 09/20/2021 | Copyright Reg. # TX 5-586-249 - PeopleTools 8.4 PeopleBooks | |
| OREX_0521 | 09/20/2021 | Copyright Reg. # TX 7-092-406 - PeopleTools 8.42 | |
| OREX_0522 | 09/20/2021 | Copyright Reg. # TX 7-092-603 - PeopleTools 8.43 | |
| OREX_0523 | 09/20/2021 | Copyright Reg. # TX 7-092-583 - PeopleTools 8.44 | |
| OREX_0524 | 09/20/2021 | Copyright Reg. # TX 7-092-617 - PeopleTools 8.45 | |
| OREX_0525 | 09/20/2021 | Copyright Reg. # TX 7-092-772 - PeopleTools 8.46 | |
| OREX_0526 | 09/20/2021 | Copyright Reg. # TX 7-092-797 - PeopleTools 8.47 | |
| OREX_0527 | 09/20/2021 | Copyright Reg. # TX 7-092-819 - PeopleTools 8.48 | |
| OREX_0528 | 09/20/2021 | Copyright Reg. # TX 7-092-855 - PeopleTools 8.49 | |
| OREX_0529 | 09/20/2021 | Copyright Reg. # TX 7-092-757 - PeopleTools 8.50 | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0530 | 09/20/2021 | Copyright reg. # TX 7-324-157 - Oracle Database 11g Release 1 | |
| OREX_0531 | 09/20/2021 | Copyright reg. # TX 7-324-158 - Oracle Database 11g Release 2 | |
| OREX_0532 | 09/20/2021 | Copyright reg. # TX 5-291-440 - PeopleSoft HRMS 8.0 | |
| OREX_0533 | 09/20/2021 | Copyright reg. # TX 8-151-289 - PeopleSoft Human Capital Management 9.2 | |
| OREX_0534 | 09/20/2021 | Copyright reg. # TX 8-151-288 - PeopleSoft Financials and Supply Chain Management 9.2 | |
| OREX_0536 | 09/20/2021 | Copyright reg. # TX 5-456-777 - PeopleSoft 8 Customer Relationship Management | |
| OREX_0537 | 09/20/2021 | Copyright reg. # TX 7-095-798 - PeopleSoft Portal Solutions 8.8 | |
| OREX_0538 | 09/20/2021 | Copyright reg. # TX 7-095-777 - PeopleSoft Portal Solutions 9.0 | |
| OREX_0539 | 09/20/2021 | Copyright reg. # TX 7-095-773 - PeopleSoft Portal Solutions 9.1 | |
| OREX_0540 | 09/20/2021 | Copyright reg. # TX 5-266-221 - PeopleTools 8.10 | |
| OREX_0541 | 09/20/2021 | Copyright reg. # TX 7-092-406 - PeopleTools 8.42 | |
| OREX_0542 | 09/20/2021 | Copyright reg. # TX 7-092-603 - PeopleTools 8.43 | |
| OREX_0543 | 09/20/2021 | Copyright reg. # TX 7-092-583 - PeopleTools 8.44 | |
| OREX_0544 | 09/20/2021 | Copyright reg. # TX 7-092-617 - PeopleTools 8.45 | |
| OREX_0545 | 09/20/2021 | Copyright reg. # TX 7-092-772 - PeopleTools 8.46 | |
| OREX_0546 | 09/20/2021 | Copyright reg. # TX 7-092-797 - PeopleTools 8.47 | |
| OREX_0547 | 09/20/2021 | Copyright reg. # TX 7-092-819 - PeopleTools 8.48 | |
| OREX_0548 | 09/20/2021 | Copyright reg. # TX 7-092-855 - PeopleTools 8.49 | |
| OREX_0549 | 09/20/2021 | Copyright reg. # TX 7-092-757 - PeopleTools 8.50 | |
| OREX_0550 | 09/20/2021 | Copyright reg. # TX 8-151-294 - PeopleSoft PeopleTools 8.52 | |

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_0551 | 09/20/2021 | Copyright reg. # TX 8-151-292 - PeopleSoft PeopleTools 8.53 | |
| OREX_0552 | 09/20/2021 | Copyright reg. # TX 8-116-321 - Electronic Software Update JM16587 for JD Edwards EnterpriseOne 9.1 | |
| OREX_0553 | 09/20/2021 | Copyright reg. # TX 8-116-317 - Electronic Software Update JM16600 for JD Edwards EnterpriseOne 9.1 | |
| OREX_0554 | 09/20/2021 | Copyright reg. # TX 8-116-314 - Electronic Software Update JM17007 for JD Edwards EnterpriseOne 9.1 | |
| OREX_0555 | 09/20/2021 | Copyright reg. # TX 8-130-597 - Electronic Software Update JN10058 for JD Edwards EnterpriseOne 9.2 | |
| OREX_1337 | 09/20/2021 | psptaxdt.dms | |
| OREX_1339 | 09/27/2021 | Email from Grady to Bill Allen, Chris Fitch, Suzanne Tucker, Brian Slepko, Ray Grigsby and Craig Mackereth, Re: Update | |
| OREX_1340 | 09/27/2021 | Email from Ray Grigsby to Craig Mackereth, Re: USI Group Workshop - Today - Please Cancel | |
| OREX_1341 | 09/21/2021 | Rimini II Depo Ex. 80: Email from Susan Tahtaras, RE: Client Remote Ease of Access Integration with VM Navigator" | |
| OREX_1342 | 09/20/2021 | FRE 1006 summary of data for Salesforce Case 157154 produced by Rimini during post-Injunction discovery | |
| OREX_1349 | 09/23/2021 | Rimini II Depo Ex. 81: Spreadsheet titled "ps-engagements.xlsx" (184 page doc.) | |
| OREX_1351 | 09/23/2021 | 2018 Instructions for Form 940 | |
| OREX_1352 | 09/24/2021 | Transcript (excerpt) of Video Deposition of Seth Ravin | |
| OREX_1356 | 09/28/2021 | Sebastian Grady – Case Clip(s) Detailed Report | |
| OREX_1357 | 09/28/2021 | Seth Ravin – Case Clip(s) Detailed Report | |
| OREX_1358 | 09/28/2021 | Brian Slepko – Case Clip(s) Detailed Report | |
| OREX_1359 | 09/28/2021 | Michael Jacob – Case Clip(s) Detailed Report | |

17

| Oracle OSC Exhibit No. | Date Admitted | Oracle Description | Demonstrative Exhibits |
|---|---|---|---|
| OREX_1360 | 09/28/2021 | Harika Mandla – Case Clip(s) Detailed Report | |
| OREX_1361 | 09/28/2021 | Richard G. Frank – Case Clip(s) Detailed Report | |
| OREX_1362 | 09/28/2021 | Susan Tahtaras – Case Clip(s) Detailed Report | |