| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC 20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |

GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE (*pro hac vice*)
ERIC D. VANDEVELDE (*pro hac vice*)
ILISSA SAMPLIN (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
sliversidge@gibsondunn.com
evandevelde@gibsondunn.com
isamplin@gibsondunn.com

*Attorneys for Defendant*
*Rimini Street, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., et al.,<br>              Plaintiffs,<br>    v.<br>RIMINI STREET, INC., et al.,<br>              Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br>**DEFENDANT RIMINI STREET,<br>INC.'S NOTICE OF APPEAL**<br>Judge: Hon. Larry R. Hicks |

1  NOTICE IS HEREBY GIVEN that Defendant Rimini Street, Inc. hereby appeals to the
2  United States Court of Appeals for the Ninth Circuit from the District Court's January 12, 2022,
3  Order and Judgment (Dkt. 1548), and all previous interlocutory orders, written or oral, merged
4  with that order and judgment (*see* Fed. R. App. P. 3(c)(4)).

6  Dated: February 7, 2022                    GIBSON, DUNN & CRUTCHER LLP

8                                             By:  /s/ *Eric D. Vandevelde*
                                                   Eric D. Vandevelde

9                                             *Attorneys for Defendant Rimini Street, Inc.*

### **REPRESENTATION STATEMENT**

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rules 3-2(b) and 12-2, undersigned counsel states as follows: Gibson, Dunn & Crutcher LLP represents Rimini Street, Inc., Defendant and Appellant in the above captioned action. Below is a list that shows all of the parties to the action and identifies their counsel by name, email address, firm, mailing address, telephone number, and facsimile number. *See* Fed. R. App. P. 12(b); Ninth Cir. R. 12-2, 3-2(b).

DATED:  February 7, 2022          GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Eric D. Vandevelde*
       Eric D. Vandevelde

*Attorneys for Defendant Rimini Street, Inc.*

# LIST OF PARTIES AND THEIR COUNSEL

**Attorneys for Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation:**

Richard J. Pocker
rpocker@bsfllp.com
BOIES, SCHILLER & FLEXNER LLP
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
(702) 382-7300
(702) 382-2755 (fax)

William A. Isaacson
wisaacson@paulweiss.com
Karen Dunn
kdunn@paulweiss.com
Erica Spevack
espevack@paulweiss.com
Kristen Dedrickson
kdedrickson@paulweiss.com
Jessica E. Phillips
jphillips@paulweiss.com
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
(202) 223-7300
(202) 223-7420 (fax)

Benjamin P. Smith
benjamin.smith@morganlewis.com
Sharon R. Smith
sharon.smith@morganlewis.com
Zachary S. Hill
zachary.hill@morganlewis.com
Lindsey M. Shinn
lindsey.shinn@morganlewis.com
David R. Kocan
david.kocan@morganlewis.com
Jenna K. Stokes
jenna.stokes@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
(415) 442-1000
(415) 442-1001 (fax)

[CONTINUED ON NEXT PAGE]

Corey R. Houmand
corey.houmand@morganlewis.com
Jacob J.O. Minne
jacob.minne@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA 94304-1124
(650) 843-4000
(615) 843-4001 (fax)

Dorian Daley
dorian.daley@oracle.com
James C. Maroulis
jim.maroulis@oracle.com
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
(650) 506-4846
(650) 506-7114 (fax)


**Attorneys for Rimini Street, Inc.:**

Mark A. Perry
mperry@gibsondunn.com
Jeremy M. Christiansen
jchristiansen@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, DC 20036
(202) 955-8500
(202) 393-8306 (fax)

Samuel Liversidge
sliversidge@gibsondunn.com
Eric D. Vandevelde
evandevelde@gibsondunn.com
Ilissa Samplin
isamplin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA  90071-3197
(213) 229-7000
(213) 229-7520 (fax)

[CONTINUED ON NEXT PAGE]

1  Jeffrey T. Thomas
   jtthomas@gibsondunn.com
2  Blaine H. Evanson
   bevanson@gibsondunn.com
3  Joseph A. Gorman
4  jgorman@gibsondunn.com
   Casey J. McCracken
5  cmccracken@gibsondunn.com
   GIBSON, DUNN & CRUTCHER LLP
6  3161 Michelson Drive
7  Irvine, CA  92612-4412
   (949) 451-3800
8  (949) 451-4220 (fax)

9  John P. Reilly
   jreilly@riministreet.com
10 RIMINI STREET, INC.
11 3993 Howard Hughes Parkway, Suite 500
   Las Vegas, NV  89169
12 Telephone: 336.908.6961

13 W. West Allen
   wwa@h2law.com
14 HOWARD & HOWARD ATTORNEYS PLLC
15 3800 Howard Hughes Parkway, Suite 1000
   Las Vegas, NV  89169
16 Telephone: 702.667.4843

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2022, I caused to be electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

GIBSON, DUNN & CRUTCHER LLP


By: /s/ *Eric D. Vandevelde*
       Eric D. Vandevelde

*Attorneys for Defendant Rimini Street, Inc.*