AO 435

(Rev. 04/11)(NVD Rev. 10/16)

*Read Instructions attached:*

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**
**DUE DATE:**

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| | | |

| 4. FIRM NAME |
|---|
| |

| 5. MAILING ADDRESS | 6. CITY | 7. STATE | 8. ZIP CODE |
|---|---|---|---|
| | | | |

| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. | 12. |

| 13. CASE NAME | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. | 15. STATE |

**16. ORDER FOR**

| ☐ APPEAL | ☐ CRIMINAL | ☐ BANKRUPTCY | ☐ OTHER (*Specify*) |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | | | |
| 14-DAY | ☐ | ☐ | | PAPER COPY ☐ | |
| EXPEDITED | ☐ | ☐ | | E-MAIL ☐ | |
| DAILY | ☐ | ☐ | | DISK ☐ | |
| HOURLY | ☐ | ☐ | | PDF FORMAT ☐ | |
| REALTIME | ☐ | ☐ | | ASCII FORMAT ☐ | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges
(deposit plus additional).

E-MAIL ADDRESS

19. SIGNATURE

**NOTE:  IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

20. DATE

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY     PHONE NUMBER | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY

Print     Save As...     Reset

AO 435
(Rev. 04/11) (NVD Rev. 10/16)

## INSTRUCTIONS

### DO NOT E-FILE TRANSCRIPT ORDER FORMS

**GENERAL -**

**Use.**  Use this form to order the transcription of proceedings.  Complete a separate order form for each case number for which transcripts are ordered.

**Completion**.  Complete Items 1-20.  Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.**  Keep a copy for your records.

**Submitting to the Court.**  Submit the form in the format required by the court.  See the court's website for e-mail addresses.  E-mail directly to the reporter/recorder for the assigned presiding District Judge.

**Deposit Fee.**  The court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court.  Upon receipt of the deposit, the court will process the order.

**Delivery Time.**  Delivery time is computed from the date of receipt of the deposit fee or for transcripts ordered by the federal government from the date of receipt of the signed order form.

**Completion of Order.**  The court will notify you when the transcript is completed.

**Balance Due.**  If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

**SPECIFIC -**

Items 1-20.        These items should always be completed.

Item 9.             Only one case number may be listed per order.

Item 16.            Place an "X" in each box that applies.

Item 17.            Place an "X" in the box for each portion requested.  List specific date(s) of the proceedings for which transcript is requested.  Be sure that the description is clearly written to facilitate processing.  Orders may be placed for as few pages of transcript as are needed.

Item 18.            **Categories** - There are 6 categories of transcripts which may be ordered.  These are:

> *Ordinary -*        A transcript to be delivered within 30 calendar days after receipt of an order.  (Order is considered received upon receipt of the deposit.)
>
> *14-Day -*        A transcript to be delivered within 14 calendar days after receipt of an order.

_Expedited_ -         A transcript to be delivered within 7 calendar days after receipt of an order.

_Daily_ -             A transcript to be delivered following adjournment and prior to the normal opening hour of the court on the following morning whether or not it actually is a court day.

_Hourly_ -            A transcript of proceedings ordered under unusual circumstances to be delivered within 2 hours.

_Realtime_ -          A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following adjournment.

**NOTE**: Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within 7 calendar days, payment would be at the 14-day _delivery_ rate, and if not completed and delivered within 14 calendar days, payment would be at the ordinary delivery rate.

**Ordering** - Place an "X" in each box that applies. Indicate the number of additional copies ordered.

_Original_ -          Original typing of the transcript. An original must be ordered and prepared prior to the availability of copies. The original fee is charged only once. The fee for the original includes the copy for the records of the court.

_First Copy_ -        First copy of the transcript after the original has been prepared. All parties ordering copies must pay this rate for the first copy ordered.

_Additional Copies_ -  All other copies of the transcript ordered by the same party.

_Delivery Instructions_ -  Place an "X" in each box that applies. If ordering multiple formats, there will be an additional copy charge. Provide an e-mail address where electronic e-mail copy should be sent.

Item 19.              Sign in this space to certify that you will pay all charges. (This includes the deposit plus any additional charges.)

Item 20.              Enter the date of signing.

Shaded Area - Reserved for the court's use.

**NOTE:** If you are CJA appointed counsel, do not use this AO 435 Transcript Order form. You must submit your request through the Court's electronic voucher management system, CJA eVoucher.