UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>ORDER |

Before the Court is Oracle and Rimini's joint motion for leave to file additional pages (ECF No. 1549) relating to Oracle's bill of fees and costs as ordered by the Court's findings of fact and conclusions of law order (ECF No. 1548). Rimini filed a notice of appeal (ECF No. 1550) to the Court's order after the joint motion was filed.

Upon consideration of the joint motion and for good cause shown, the Court grants the parties' request. Each party may file up to 2,000 pages of evidentiary exhibits in their submissions relating to Oracle's bill of costs and fees. However, the Court cautions parties to thoroughly review the evidentiary exhibits, to organize them in an easily understood and accurate manner, and to limit the documents submitted to only those that are necessary for the Court to analyze and award Oracle the appropriate amount of attorneys' fees and costs. Thus, the parties may file up to 2,000 pages of evidentiary exhibits that are necessary for the Court to award Oracle attorney's fees and costs.

However, the briefing schedule for Oracle's bill of fees and costs is stayed. "Once a notice of appeal is filed, the district court is divested of jurisdiction over the matters being appealed."

1

*Natural Res. Def. Council v. Southwest Marine, Inc.*, 242 F.3d 1163, 164 (9th Cir. 2001). This rule "promotes judicial economy and avoid[s] the confusion that would ensue from having the same issues before two courts simultaneously. *Id.* Because the Court is divested of jurisdiction of the matters giving rise to Oracle's bill of fees and costs, the pending briefing and decision is stayed until the appeal is resolved.

Thus, the Court grants Oracle's motion and holds that each party may submit up to 2,000 pages of evidentiary exhibits relating to Oracle's bill of fees and costs. Within <u>30 days</u> of a decision and mandate from the Ninth Circuit, Oracle shall submit its bill of fees and costs to the Court. Rimini shall have <u>30 days</u> from the date of Oracle's filing to object. No reply by Oracle is needed.

IT IS SO ORDERED.

DATED this 8th day of February 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE