UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

# DESIGNATION OF TRANSCRIPTS
# TO BE USED IN RECORD ON APPEAL

District Court Case Number: 2-10-cv-00106-LRH-VCF

Court of Appeals Case Number: 22-15188

Case Caption: Oracle USA, Inc., et al v. Rimini Street, Inc.

_____ Transcripts are **NOT** required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 6/1/10 | 62 | Scheduling Conference | FTR | Yes |
| 8/5/10 | 77 | Motion Hearing | Donna Davidson | Yes |
| 9/10/10 | 108 | Motion Hearing | Donna Davidson | Yes |
| 1/25/11 | 119 | Status Conference | Donna Davidson | Yes |
| 3/29/11 | 133 | Status Conference | Donna Davidson | Yes |
| 5/17/11 | 142 | Status Conference | Donna Davidson | Yes |
| 11/8/11 | 194 | Status Conference | Donna Davidson | Yes |
| 11/15/11 | 210 | Status Conference | Donna Davidson | Yes |
| *** | *** | List Continued on Appendix A | *** | *** |

Date: March 9, 2022

/s Mark A. Perry
Signature

Mark A. Perry
Print Name

Appellant
Appellant/Appellee

*Oracle USA, Inc., et al. v. Rimini Street, Inc, et al.*
United States District Court
District of Nevada
Case No. 2:10-cv-00106-LRH-VCF

**APPENDIX A TO DESIGNATION OF TRANSCRIPTS
TO BE USED IN RECORD ON APPEAL**

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 1/10/12 | 225 | Discovery Hearing | Exceptional Reporting Services | Yes |
| 7/3/12 | 364 | Motion Hearing | Exceptional Reporting Services | Yes |
| 7/17/12 | 368 | Motion Hearing | Donna Davidson | Yes |
| 10/9/14 | 506 | Motion Hearing | Donna Davidson | Yes |
| 5/27/15 | 578 | Status Conference | Donna Davidson | Yes |
| 6/3/15 | 588 | Settlement Conference | FTR | No |
| 6/17/15 | 613 | Settlement Conference | FTR | No |
| 7/1/15 | 623 | Settlement Conference | FTR | No |
| 8/26/15 | 720 | Calendar Call, Pretrial Conference | Donna Davidson | Yes |
| 9/14/15 | 774 | Jury Trial – Day 1 | Donna Davidson | Yes |
| 9/15/15 | 779 | Jury Trial – Day 2 | Donna Davidson | Yes |
| 9/16/15 | 786 | Jury Trial – Day 3 | Donna Davidson | Yes |
| 9/17/15 | 791 | Jury Trial – Day 4 | Donna Davidson | Yes |

*Oracle USA, Inc., et al. v. Rimini Street, Inc, et al.*
United States District Court
District of Nevada
Case No. 2:10-cv-00106-LRH-VCF

**APPENDIX A TO DESIGNATION OF TRANSCRIPTS
TO BE USED IN RECORD ON APPEAL**

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 9/18/15 | 795 | Jury Trial – Day 5 | Donna Davidson | Yes |
| 9/21/15 | 800 | Jury Trial – Day 6 | Donna Davidson | Yes |
| 9/22/15 | 803 | Jury Trial – Day 7 | Donna Davidson | Yes |
| 9/23/15 | 805 | Jury Trial – Day 8 | Donna Davidson | Yes |
| 9/24/15 | 819 | Jury Trial – Day 9 | Donna Davidson | Yes |
| 9/25/15 | 821 | Jury Trial – Day 10 | Donna Davidson | Yes |
| 9/28/15 | 839 | Jury Trial – Day 11 | Donna Davidson | Yes |
| 9/29/15 | 841 | Jury Trial – Day 12 | Donna Davidson | Yes |
| 9/30/15 | 846 | Jury Trial – Day 13 | Donna Davidson | Yes |
| 10/1/15 | 857 | Jury Trial – Day 14 | Donna Davidson | Yes |
| 10/2/15 | 864 | Jury Trial – Day 15 | Donna Davidson | Yes |
| 10/5/15 | 875 | Jury Trial – Day 16 | Donna Davidson | Yes |
| 10/6/15 | 877 | Jury Trial – Day 17 | Donna Davidson | Yes |

*Oracle USA, Inc., et al. v. Rimini Street, Inc, et al.*
United States District Court
District of Nevada
Case No. 2:10-cv-00106-LRH-VCF

**APPENDIX A TO DESIGNATION OF TRANSCRIPTS
TO BE USED IN RECORD ON APPEAL**

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 10/7/15 | 879 | Jury Trial – Day 18 | Donna Davidson | Yes |
| 10/8/15 | 884 | Jury Trial – Day 19 | Donna Davidson | No |
| 10/9/15 | 890 | Jury Trial – Day 20 | Donna Davidson | Yes |
| 10/13/15 | 893 | Jury Trial – Day 21 | Donna Davidson | Yes |
| 5/25/16 | 1039 | Motion Hearing | Donna Davidson | Yes |
| 7/23/18 | 1157 | Motion Hearing | Donna Davidson | Yes |
| 4/4/19 | 1215 | Motion Hearing | Margaret Griener | Yes |
| 9/3/19 | 1250 | Motion Hearing | Margaret Griener | Yes |
| 10/07/19 | 1278 | Status Conference | Margaret Griener | Yes |
| 11/20/19 | 1289 | Status Conference | Margaret Griener | Yes |
| 1/22/20 | 1307 | Motion Hearing | Margaret Griener | Yes |
| 9/3/20 | 1425 | Motion Hearing | Margaret Griener | Yes |
| 9/20/21 | 1520 | Evidentiary Hearing – Day 1 | Margaret Griener | Yes |

*Oracle USA, Inc., et al. v. Rimini Street, Inc, et al.*
United States District Court
District of Nevada
Case No. 2:10-cv-00106-LRH-VCF

**APPENDIX A TO DESIGNATION OF TRANSCRIPTS
TO BE USED IN RECORD ON APPEAL**

| Date of Hearing | Docket Number | Proceeding | Recorder/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 9/21/21 | 1522 | Evidentiary Hearing – Day 2 | Margaret Griener | Yes |
| 9/22/21 | 1523 | Evidentiary Hearing – Day 3 | Margaret Griener | Yes |
| 9/23/21 | 1524 | Evidentiary Hearing – Day 4 | Margaret Griener | Yes |
| 9/24/21 | 1525 | Evidentiary Hearing – Day 5 | Margaret Griener | Yes |
| 9/27/21 | 1526 | Evidentiary Hearing – Day 6 | Margaret Griener | Yes |
| 9/28/21 | 1529 | Evidentiary Hearing – Day 7 | Margaret Griener | Yes |

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022, I caused to be electronically filed the foregoing document with the clerk of the court for the U.S. District Court, District of Nevada, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Mark A. Perry
Mark A. Perry
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 955-8500
mperry@gibsondunn.com