| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>MARK A. PERRY (*pro hac vice*)<br>1050 Connecticut Avenue, N.W.<br>Washington, DC  20036-5306<br>Telephone: 202.955.8500<br>mperry@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>3993 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV  89169<br>Telephone: 336.908.6961<br>jreilly@riministreet.com |
| GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone: 949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com | HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone: 702.667.4843<br>wwa@h2law.com |
| GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone: 213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com | |

*Attorneys for Defendants*
*Rimini Street, Inc. and Seth Ravin*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>RIMINI STREET, INC., et al.,<br><br>     Defendants. | Case No. 2:10-cv-00106-LRH-VCF<br><br>**NOTICE OF WITHDRAWAL OF MARK A. PERRY**<br><br>Hon. Larry R. Hicks |

**TO CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Mark A. Perry hereby withdraws as counsel of record for Defendants Rimini Street, Inc. and Seth Ravin in this action. Mr. Perry is no longer affiliated with Gibson, Dunn & Crutcher LLP.

Counsel for Defendants will otherwise remain the same.

Dated: May 9, 2022

Formerly of
GIBSON, DUNN & CRUTCHER LLP

By: */s/ Mark A. Perry*
    Mark A. Perry

*Attorney for Defendants*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  5-10-2022 _____

# CERTIFICATE OF SERVICE

I certify that on May 9, 2022, the foregoing **NOTICE OF WITHDRAWAL** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

DATED: May 9, 2022

By: _/s/ Mark A. Perry_
Mark A. Perry

*Attorney for Defendants*