BOIES, SCHILLER FLEXNER LLP
RICHARD J. POCKER (NV Bar No. 3568)
300 South Fourth Street, Suite 800
Las Vegas, NV 89101
Telephone:      702.382.7300
Facsimile:       702.382.2755
rpocker@bsfllp.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
WILLIAM A. ISAACSON (pro hac vice)
KAREN DUNN (pro hac vice)
2001 K Street, NW
Washington, DC 20006
Telephone:      202.223.7300
Facsimile:       202.223.7420
wisaacson@paulweiss.com
kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
SHARON R. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:     415.442.1000
Facsimile:      415.442.1001
benjamin.smith@morganlewis.com
sharon.smith@morganlewis.com

DORIAN DALEY (*pro hac vice*)
JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:     650.506.4846
Facsimile:      650.506.7114
dorian.daley@oracle.com
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>                    Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** |

ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL

DB3/ 204271611.1

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp., (collectively "Oracle"), Deborah K. Miller, has retired and is no longer associated with Oracle.

Consequently, Oracle hereby withdraws Ms. Miller as its counsel of record, and respectfully requests that the Court and the parties remove Ms. Miller from all further notices.

Oracle continues to be represented by in-house counsel Dorian Daley and James Maroulis, as well as the law firms of Boies Schiller Flexner LLP; Paul, Weiss, Rifkind, Wharton & Garrison LLP; and Morgan, Lewis & Bockius LLP.

DATED: May 10, 2022

MORGAN, LEWIS & BOCKIUS LLP

By:     */s/ Benjamin P. Smith*
        Benjamin P. Smith

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

IT IS SO ORDERED:

DATED: 5-11-2022

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of May 2022, I electronically transmitted the foregoing **ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: May 10, 2022

MORGAN, LEWIS & BOCKIUS LLP

By:       */s/ Benjamin P. Smith*
                Benjamin P. Smith

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation