**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ORACLE USA, INC., a Colorado corporation; ORACLE AMERICA, INC. a Delaware corporation; et al.<br>　　　　　Plaintiff(s),<br><br>vs.<br><br>RIMINI STREET, INC., a Nevada corporation; SETH RAVIN, an individual<br><br>　　　　　Defendant(s). | Case # 2:10-cv-0106-LRH-PAL<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

　　　　　_____Mark A. Perry_____, Petitioner, respectfully represents to the Court:
　　　　　　　(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Weil, Gotshal & Manges LLP_____
(firm name)

with offices at _____2001 M Street, N.W., Suite 600_____,
　　　　　　　　　　　　　　　(street address)

_____Washington_____, _____District of Columbia_____, _____20036_____,
　　(city)　　　　　　　　　　　　　(state)　　　　　　　　　　　(zip code)

_____202.682.7511_____, _____Mark.Perry@weil.com_____.
(area code + telephone number)　　　　(Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Rimini Street, Inc. and Seth Ravin_____ to provide legal representation in connection with
　　　　　[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __June 14, 1993__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __District of Columbia__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attached | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF  District of Columbia  )
                                )
COUNTY OF    Washington         )

_____Mark A. Perry_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

23rd day of May, 2022.

_Angela R Newsome_
Notary Public or Clerk of Court
ANGELA R. NEWSOME
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2024

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____W. West Allen_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Wells Fargo Tower, 3800 Howard Hughes Parkway, Suite 1000_____,
(street address)

___Las Vegas___, ___Nevada___, ___89169___,
(city)        (state)      (zip code)

___702.667.4843___, ___wallen@howardandhoward.com___.
(area code + telephone number)   (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____W. West Allen_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Seth Ravin CEO
_____
(type or print party name, title)

_____
(party's signature)

Seth Ravin CEO
_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5566                    wallen@howardandhoward.com
Bar number              Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

## MARK A. PERRY BAR ADMISSIONS

| BAR | DATE ADMITTED | BAR NO. |
|---|---|---|
| **STATE** | | |
| California | 02/23/01 | 212532 |
| District of Columbia | 06/14/93 | 438203 |
| **FEDERAL** | | |
| Supreme Court of the United States | 10/21/96 | * |
| **United States Circuit Courts of Appeal** | | |
| First Circuit | 04/16/14 | expired |
| Second Circuit | 01/10/12 | expired |
| Third Circuit | 06/08/95 | * |
| Fourth Circuit | 02/12/96 | * |
| Fifth Circuit | 06/17/93 | * |
| Sixth Circuit | 07/02/13 | expired |
| Seventh Circuit | 03/19/04 | * |
| Eighth Circuit | 08/17/95 | * |
| Ninth Circuit | 06/06/95 | * |
| Tenth Circuit | 04/29/10 | * |
| Eleventh Circuit | 10/22/07 | * |
| D.C. Circuit | 11/19/96 | * |
| Federal Circuit | 05/06/98 | * |
| **United States District Courts** | | |
| California (Central District) | 11/06/01 | * |
| California (Northern District) | 04/06/01 | * |
| California (Southern District) | 03/12/07 | * |
| District of Columbia | 06/22/07 | * |
| Illinois (Southern District) | 01/09/09 | expired |
| Indiana (Southern District) | 03/11/05 | expired |
| Maryland | 01/04/08 | expired |
| Wisconsin (Western District) | 03/13/13 | expired |
| **Other** | | |
| U.S. Court of Federal Claims | 09/16/98 | * |
| U.S. International Trade Commission | 01/07/08 | * |

*Court does not issue a bar no.



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Mark A Perry*

was duly qualified and admitted on June 14, 1993 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 6, 2022.**

*Julio A. Castillo*

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

AttorneyRegulation@calbar.ca.gov
888-800-3400

# CERTIFICATE OF STANDING

April 6, 2022

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MARK ANDREW PERRY, #212532 was admitted to the practice of law in this state by the Supreme Court of California on February 23, 2001 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records