FILED

JUN 15 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ORACLE USA, INC.; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> RIMINI STREET, INC., <br><br> Defendant-Appellant. | No. 22-15188 <br><br> D.C. No. 2:10-cv-00106-LRH-VCF <br> District of Nevada, <br> Las Vegas <br><br> ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant filed notices of intent to file publicly the opening brief and Volume 8 of the excerpts of record (Docket Entry Nos. 18, 20). *See* 9th Cir. R. 27-13(f). No other party has filed a motion to file or maintain these documents under seal. Therefore, the Clerk will unseal the notices (Docket Entry Nos. 18-1, 20-1), and file publicly the opening brief (Docket Entry No. 18-2) and Volume 8 of the excerpts of record (Docket Entry No. 20-2). The Clerk will also file publicly Volumes 1 through 7 of the excerpts of record (Docket Entry No. 19).

The existing briefing schedule remains in effect.

MKS/MOATT