FILED

JUL 20 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ORACLE USA, INC.; et al.,<br><br>             Plaintiffs-Appellees,<br><br>   v.<br><br>RIMINI STREET, INC.,<br><br>             Defendant-Appellant. | No.   22-15188<br><br>D.C. No. 2:10-cv-00106-LRH-VCF<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before:  Lisa B. Fitzgerald, Appellate Commissioner.

Appellees filed a notice of intent to file publicly the answering brief and Volume 2 of the supplemental excerpts of record (Docket Entry No. 29).  *See* 9th Cir. R. 27-13(f).  No other party has filed a motion to file or maintain these documents under seal.  Therefore, the Clerk will unseal the notice (Docket Entry No. 29-1), and file publicly the answering brief (Docket Entry No. 29-2) and Volume 2 of the supplemental excerpts of record (Docket Entry No. 29-3).  The Clerk will also file publicly Volume 1 of the supplemental excerpts of record (Docket Entry No. 30).

The existing briefing schedule remains in effect.

MKS/MOATT