| | |
|---|---|
| BOIES, SCHILLER FLEXNER LLP<br>RICHARD J. POCKER (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone:     702.382.7300<br>Facsimile:      702.382.2755<br>rpocker@bsfllp.com | MORGAN, LEWIS & BOCKIUS LLP<br>BENJAMIN P. SMITH (*pro hac vice*)<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:     415.442.1000<br>Facsimile:      415.442.1001<br>benjamin.smith@morganlewis.com |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>WILLIAM A. ISAACSON (pro hac vice)<br>KAREN DUNN (pro hac vice)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone:     202.223.7300<br>Facsimile:      202.223.7420<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com | DORIAN DALEY (*pro hac vice*)<br>JAMES C. MAROULIS (*pro hac vice*)<br>ORACLE CORPORATION<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone:     650.506.4846<br>Facsimile:      650.506.7114<br>dorian.daley@oracle.com<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp.* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>　　　　　　Defendants. | **Case No. 2:10-cv-0106-LRH-VCF**<br><br>**ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** |

ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL

DB3/ 204449644.1

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp., (collectively "Oracle"), Sharon R. Smith has left and is no longer associated with the law firm of Morgan, Lewis & Bockius LLP. Consequently, Oracle hereby withdraws Ms. Smith as its counsel of record, and respectfully requests that the Court and the parties remove Sharon R. Smith from all further notices.

Oracle continues to be represented by in-house counsel James Maroulis, as well as the law firms of Boies Schiller Flexner LLP; Paul, Weiss, Rifkind, Wharton & Garrison LLP; and Morgan, Lewis & Bockius LLP.

DATED: January 30, 2023

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Benjamin P. Smith
Benjamin P. Smith

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation

IT IS SO ORDERED:

DATED: _____

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1

ORACLE'S NOTICE OF WITHDRAWAL OF COUNSEL

DB3/ 204449644.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January 2023, I electronically transmitted the foregoing **ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

DATED: January 30, 2023

MORGAN, LEWIS & BOCKIUS LLP

By:     */s/ Benjamin P. Smith*
        Benjamin P. Smith

Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corporation