| | |
|---|---|
| WEIL, GOTSHAL & MANGES LLP<br>MARK A. PERRY (*pro hac vice*)<br>2001 M Street, N.W., Suite 600<br>Washington, DC  20036<br>Telephone:    202.682.7511<br>mark.perry@weil.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>JEFFREY T. THOMAS (*pro hac vice*)<br>BLAINE H. EVANSON (*pro hac vice*)<br>CASEY J. MCCRACKEN (*pro hac vice*)<br>JOSEPH A. GORMAN (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone:    949.451.3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>cmccracken@gibsondunn.com<br>jgorman@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>SAMUEL LIVERSIDGE (*pro hac vice*)<br>ERIC D. VANDEVELDE (*pro hac vice*)<br>ILISSA S. SAMPLIN (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA  90071-3197<br>Telephone:    213.229.7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br>isamplin@gibsondunn.com | RIMINI STREET, INC.<br>JOHN P. REILLY (*pro hac vice*)<br>7251 West Lake Mead Blvd.<br>Suite 300<br>Las Vegas, NV  89128<br>Telephone:    336.908.6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS PLLC<br>W. WEST ALLEN (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV  89169<br>Telephone:    702.667.4843<br>wwa@h2law.com |

*Attorneys for Defendant*
*Rimini Street, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC., et al.,<br><br>      Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., et al.,<br><br>      Defendants. | CASE NO. 2:10-cv-00106-LRH-VCF<br><br>**NOTICE OF CHANGE OF ATTORNEY ADDRESS**<br><br>Judge:    Hon. Larry R. Hicks |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that the following counsel: John P. Reilly, Farah Shirin Anthony, Lisa DeBrosse Johnson, Michael Hitsky, Scott S. Hoffmann, Gretchen Harting Kleinman, for Defendant RIMINI STREET INC., have changed their mailing address. The new mailing address is as follows:

Rimini Street, Inc.

7251 West Lake Mead Blvd.

Suite 300

Las Vegas, NV  89128

Dated:  April 4, 2023

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Eric D. Vandevelde*
Eric D. Vandevelde

*Attorneys for Defendant*
*Rimini Street, Inc.*

## CERTIFICATE OF ELECTRONIC FILING
## AND CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on April 4, 2023, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of this Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record receiving electronic notification.

Dated:  April 4, 2023

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Eric D. Vandevelde*
Eric D. Vandevelde

*Attorneys for Defendant Rimini Street, Inc.*