1  MARK J. CONNOT (10010)
   **FOX ROTHSCHILD LLP**
2  1980 Festival Plaza Drive, #700
   Las Vegas, Nevada 89135
3  (702) 262-6899 tel
   (702) 597-5503 fax
4  mconnot@foxrothschild.com
   *Attorneys for Interested Parties Hartford Fire*
5  *Insurance Co., Hartford Accident and Indemnity Co.,*
   *and Hartford Casualty Insurance Co.*
6

7

8                  **UNITED STATES DISTRICT COURT**

9                       **DISTRICT OF NEVADA**

10  ORACLE USA, INC., et al.,                  Case No.: 2:10-cv-00106-LRH-VCF

11                   Plaintiffs,

         v.                                   **MOTION TO REMOVE ATTORNEY**
12                                            **FROM CM/ECF SERVICE LIST**

    RIMINI STREET, INC., et al.,
13
                     Defendants.
14

15

16       Pursuant to LR IA 11-6, Mark J. Connot, of the law firm Fox Rothschild LLP ("Fox"),

17  provides notice and moves for relief as follows:

18       On December 7, 2015, Interested Parties Hartford Accident and Indemnity Company,

19  Hartford Casualty Insurance Company, and Hartford Fire Insurance Company ("Hartford"), by

20  and through their attorneys of record, Fox Rothschild LLP, filed a Notice of Related Cases [Dkt

21  No. 947].  Hartford has never been a named party in this litigation and any issues concerning

22  coverage have since been resolved.

23  / /

24  / /

25  / /

26  / /

27  / /

28  / /

1    Mark J. Connot is no longer associated with this action and therefore requests the Court

2   and the parties to remove Mr. Connot from all future notices.

3       DATED this 11th day of April 2023.

4

5                                        **FOX ROTHSCHILD LLP**

6

7                                        */s/ Mark J. Connot*
                                         MARK J. CONNOT (10010)
8                                        1980 Festival Plaza Drive, #700
                                         Las Vegas, Nevada 89135
9                                        (702) 262-6899 tel
                                         (702) 597-5503 fax
10                                       mconnot@foxrothschild.com
                                         *Attorneys for Interested Parties Hartford Fire*
11                                       *Insurance Co., Hartford Accident and Indemnity*
                                         *Co., and Hartford Casualty Insurance Co.*

12

13

14

15                                       **IT IS SO ORDERED**

16                                       **DATED:**

17
                                         _____
18                                       **UNITED STATES MAGISTRATE JUDGE**

19

20

21

22

23

24

25

26

27

28

                                          2