1  BOIES, SCHILLER FLEXNER LLP
   RICHARD J. POCKER (NV Bar No. 3568)
2  300 South Fourth Street, Suite 800
   Las Vegas, NV 89101
3  Telephone:    702.382.7300
   Facsimile:    702.382.2755
4  rpocker@bsfllp.com

5
   PAUL, WEISS, RIFKIND, WHARTON &
6  GARRISON LLP
   WILLIAM A. ISAACSON (pro hac vice)
7  KAREN DUNN (pro hac vice)
   2001 K Street, NW
8  Washington, DC 20006
   Telephone:    202.223.7300
9  Facsimile:    202.223.7420
   wisaacson@paulweiss.com
10 kdunn@paulweiss.com

MORGAN, LEWIS & BOCKIUS LLP
BENJAMIN P. SMITH (*pro hac vice*)
One Market, Spear Street Tower
San Francisco, CA  94105
Telephone:    415.442.1000
Facsimile:    415.442.1001
benjamin.smith@morganlewis.com

JAMES C. MAROULIS (*pro hac vice*)
ORACLE CORPORATION
500 Oracle Parkway, M/S 5op7
Redwood City, CA 94070
Telephone:    650.506.4846
Facsimile:    650.506.7114
jim.maroulis@oracle.com

*Attorneys for Plaintiffs Oracle USA, Inc.,
Oracle America, Inc., and Oracle
International Corp.*

11

12

13                 UNITED STATES DISTRICT COURT

14                      DISTRICT OF NEVADA

15 | ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation, | **Case No. 2:10-cv-0106-LRH-VCF** |

Plaintiffs,

v.

RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,

Defendants.

**ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL**

16

17

18

19

20

21

22

23

24

25

26

27

28

DB3/ 204558951.1

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that counsel of record for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp., (collectively "Oracle"), Dorian Daley, has retired and is no longer associated with Oracle.

Consequently, Oracle hereby withdraws Ms. Daley as its counsel of record, and respectfully requests that the Court and the parties remove Ms. Daley from all further notices.

Oracle continues to be represented by in-house counsel James Maroulis, as well as the law firms of Boies Schiller Flexner LLP; Paul, Weiss, Rifkind, Wharton & Garrison LLP; and Morgan, Lewis & Bockius LLP.

DATED: August 9, 2023                    MORGAN, LEWIS & BOCKIUS LLP

By:        /s/ Benjamin P. Smith
                Benjamin P. Smith

Attorneys for Plaintiffs Oracle USA, Inc., Oracle
America, Inc. and Oracle International
Corporation

IT IS SO ORDERED:

DATED: _____

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I hereby certify that on the 9th day of August 2023, I electronically transmitted the

3

foregoing **ORACLE USA, INC., ORACLE AMERICA, INC. AND ORACLE**

4

**INTERNATIONAL CORPORATION'S NOTICE OF WITHDRAWAL OF COUNSEL** to

5

the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic

6

Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

7

8    DATED: August 9, 2023                     MORGAN, LEWIS & BOCKIUS LLP

9

10                                            By: _____*/s/ Benjamin P. Smith*_____
                                                        Benjamin P. Smith

11

12                                            Attorneys for Plaintiffs Oracle USA, Inc., Oracle
                                                 America, Inc. and Oracle International
13                                                         Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

DB3/ 204558951.1