1
2
3
4
5
6
7
8    **IN THE UNITED STATES DISTRICT COURT**
9    **FOR THE DISTRICT OF NEVADA**
10
11   ORACLE USA, INC., et al.,                    CASE NO. 2:10-cv-00106-LRH-VCF
12                 Plaintiffs,                    **PROPOSED ORDER IN SUPPORT OF**
                                                  **MOTION TO MODIFY SCHEDULING**
13   v.                                           **ORDER RE ORACLE'S BILL OF COSTS**
14   RIMINI STREET, INC., et al.,
15                 Defendants.

# **ORDER**

Pending before this Court is Defendant Rimini Street, Inc.'s ("Rimini") Motion to Modify Scheduling Order re Oracle's Bill of Costs.

IT IS HEREBY ORDERED that Rimini's Motion to Modify Scheduling Order re Oracle's Bill of Costs is GRANTED as follows:

Oracle's bill of fees and costs is due within 60 days of this Court's order recalculating sanctions consistent with the Ninth Circuit opinion.

Rimini's response is due 60 days following Oracle's submission.

No reply by Oracle is needed.

Dated: _____

                                                Hon. Larry R. Hicks
                                                United States District Judge