UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

OCT 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORACLE USA, INC.; ORACLE AMERICA, INC.; ORACLE INTERNATIONAL CORPORATION, | No.   22-15188 |
| Plaintiffs-Appellants, | D.C. No. 2:10-cv-00106-LRH-VCF District of Nevada, Las Vegas |
| v. | ORDER |
| RIMINI STREET, INC., | |
| Defendants-Appellees. | |

Before:  BYBEE and BUMATAY, Circuit Judges, and BENNETT,* District Judge.

Judges Bumatay, Bybee, and Bennett have voted to deny the petition for panel rehearing (Dkt. No. 63). Judge Bumatay has also voted to deny the petition for rehearing en banc and Judges Bybee and Bennett have so recommended.  Fed. R. App. P. 40.  The full court has been advised of the petition, and no judge has requested to vote on whether to rehear the matter en banc.  Fed. R. App. 35. Therefore, the petition for panel rehearing and petition for rehearing en banc (Dkt. No. 63) are **DENIED.**

_____

\* The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.