UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 31 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ORACLE USA, INC.; ORACLE AMERICA, INC.; ORACLE INTERNATIONAL CORPORATION, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> RIMINI STREET, INC., <br><br> Defendants-Appellees. | No.   22-15188 <br><br> D.C. No. 2:10-cv-00106-LRH-VCF District of Nevada, Las Vegas <br><br> ORDER |

Before:  BYBEE and BUMATAY, Circuit Judges, and BENNETT,* District Judge.

On October 26, 2023, Plaintiffs filed a motion to transfer consideration of attorney fees on appeal to the district court pursuant to Circuit Rule 39-1.8.  Dkt. No. 66.   Plaintiffs also affirm that this motion is unopposed by Defendant.  *Id.* Accordingly, this motion is **GRANTED**.  Consideration of Plaintiffs' attorney fees on appeal is hereby transferred to the United States District Court for the District of Nevada.

---

*       The Honorable Richard D. Bennett, United States District Judge for the District of Maryland, sitting by designation.