| | |
|---|---|
| BOIES SCHILLER FLEXNER LLP<br>Richard J. Pocker (NV Bar No. 3568)<br>300 South Fourth Street, Suite 800<br>Las Vegas, NV 89101<br>Telephone: (702) 382-7300<br>rpocker@bsfllp.com<br><br>PAUL, WEISS, RIFKIND, WHARTON &<br>GARRISON LLP<br>William Isaacson (*pro hac vice*)<br>Karen Dunn (*pro hac vice*)<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 223-7300<br>wisaacson@paulweiss.com<br>kdunn@paulweiss.com<br><br>MORGAN, LEWIS & BOCKIUS LLP<br>Benjamin P. Smith (pro hac vice)<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>Telephone: 415.442.1000<br>benjamin.smith@morganlewis.com<br><br>ORACLE CORPORATION<br>James C. Maroulis (*pro hac vice*)<br>500 Oracle Parkway, M/S 5op7<br>Redwood City, CA 94070<br>Telephone: 650.506.4846<br>jim.maroulis@oracle.com<br><br>*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc. and Oracle International Corp.* | GIBSON, DUNN & CRUTCHER LLP<br>Jeffrey T. Thomas (*pro hac vice*)<br>Blaine H. Evanson (*pro hac vice*)<br>Casey J. McCracken (*pro hac vice*)<br>Joseph A. Gorman (*pro hac vice*)<br>3161 Michelson Drive<br>Irvine, CA 92612-4412<br>Telephone: (949) 451-3800<br>jtthomas@gibsondunn.com<br>bevanson@gibsondunn.com<br>jgorman@gibsondunn.com<br>cmccracken@gibsondunn.com<br><br>GIBSON, DUNN & CRUTCHER LLP<br>Samuel G. Liversidge (*pro hac vice*)<br>Eric D. Vandevelde (*pro hac vice*)<br>Ilissa S. Samplin (*pro hac vice*)<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br>sliversidge@gibsondunn.com<br>evandevelde@gibsondunn.com<br>isamplin@gibsondunn.com<br><br>RIMINI STREET, INC.<br>John P. Reilly (*pro hac vice*)<br>7251 West Lake Mead Blvd., Suite 3000<br>Las Vegas, NV 89128<br>Telephone: (336) 908-6961<br>jreilly@riministreet.com<br><br>HOWARD & HOWARD ATTORNEYS<br>W. West Allen (Nevada Bar No. 5566)<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, NV 89169<br>Telephone: (702) 667-4843<br>wwa@h2law.com<br><br>WEIL, GOTSHAL & MANGES LLP<br>Mark A. Perry<br>2001 M Street, NW<br>Suite 600<br>Washington, DC 20036<br>Telephone: (202) 682-7511<br>mark.perry@weil.com<br><br>*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin* |

JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW
ORACLE'S MOTION FOR ATTORNEYS' FEES AND COSTS FOR ENFORCING THE INJUNCTION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-VCF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW ORACLE'S MOTION FOR ATTORNEYS' FEES AND COSTS FOR ENFORCING THE INJUNCTION** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and Defendants Rimini Street, Inc. and Seth Ravin ("Rimini") (collectively, "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on October 25, 2023, the Court held that it would "assess and impose reasonable attorneys' fees and costs in favor Oracle through appeal and judgment." ECF No. 1588;

WHEREAS, on November 27, 2023, Oracle filed a Motion for Attorneys' Fees and Costs for Enforcing the Injunction ("Oracle's Motion"), seeking $10,485,695.42 in fees and $1,692,795.95 in costs incurred from November 6, 2018, through September 30, 2023, and estimated it would supplement its motion with approximately $135,000 in fees incurred from October and November 2023. ECF No. 1591;

WHEREAS, the Parties have agreed to a resolution of Oracle's Motion upon Rimini's payment of $9,742,793.10 to Oracle no later than December 8, 2023;

WHEREAS, the Parties agree that the Motion is now moot and should be withdrawn;

WHEREAS, the Parties also agree that Rimini shall not further appeal or petition for a writ of certiorari concerning this Court's findings of contempt [ECF No. 1548] or the Ninth Circuit's associated decision on appeal;

2

JOINT STIPULATION AND [PROPOSED] ORDER TO WITHDRAW
ORACLE'S MOTION FOR ATTORNEYS' FEES AND COSTS FOR ENFORCING THE INJUNCTION

THEREFORE, the Parties stipulate and request that the Court consider the Motion withdrawn without prejudice to Oracle's right to renew the Motion in the event of Rimini's non-performance.

Dated: December 6, 2023

MORGAN, LEWIS & BOCKIUS LLP

By: /s/ Benjamin P. Smith
　　　Benjamin P. Smith

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

Dated: December 6, 2023

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Eric D. Vandevelde
　　　Eric D. Vandevelde

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**IT IS SO ORDERED:**

_____
Hon. Larry R. Hicks
United States District Judge

Dated: December____, 2023

## **ATTESTATION OF FILER**

The signatories to this document are Eric D. Vandevelde and me, and I have obtained his concurrence to file this document on his behalf.

Dated:  December 6, 2023

MORGAN, LEWIS & BOCKIUS LLP

By:  */s/ Benjamin P. Smith*
      Benjamin P. Smith

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I caused to be electronically uploaded a true and correct copy in Adobe "pdf" format of the above document to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon transmission of the Notice of Electronic Filing ("NEF") to the registered CM/ECF users. All counsel of record are registered users.

DATED: December 6, 2023

                                              MORGAN, LEWIS & BOCKIUS LLP

                                              By: */s/ Benjamin P. Smith*
                                                          Benjamin P. Smith

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*