# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ORACLE USA, INC.; a Colorado corporation; ORACLE AMERICA, INC.; a Delaware corporation; and ORACLE INTERNATIONAL CORPORATION, a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>RIMINI STREET, INC., a Nevada corporation; and SETH RAVIN, an individual,<br><br>Defendants. | CASE NO. 2:10-cv-0106-LRH-VCF<br><br>**ORDER GRANTING JOINT STIPULATION TO WITHDRAW ORACLE'S MOTION FOR ATTORNEYS' FEES AND COSTS FOR ENFORCING THE INJUNCTION** |

Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corp. (together, "Oracle") and Defendants Rimini Street, Inc. and Seth Ravin ("Rimini") (collectively, "Parties") jointly submit this Stipulation and [Proposed] Order.

WHEREAS, on October 25, 2023, the Court held that it would "assess and impose reasonable attorneys' fees and costs in favor Oracle through appeal and judgment." ECF No. 1588;

WHEREAS, on November 27, 2023, Oracle filed a Motion for Attorneys' Fees and Costs for Enforcing the Injunction ("Oracle's Motion"), seeking $10,485,695.42 in fees and $1,692,795.95 in costs incurred from November 6, 2018, through September 30, 2023, and estimated it would supplement its motion with approximately $135,000 in fees incurred from October and November 2023. ECF No. 1591;

WHEREAS, the Parties have agreed to a resolution of Oracle's Motion upon Rimini's payment of $9,742,793.10 to Oracle no later than December 8, 2023;

WHEREAS, the Parties agree that the Motion is now moot and should be withdrawn;

WHEREAS, the Parties also agree that Rimini shall not further appeal or petition for a writ of certiorari concerning this Court's findings of contempt [ECF No. 1548] or the Ninth Circuit's associated decision on appeal;

THEREFORE, the Parties stipulate and request that the Court consider the Motion withdrawn without prejudice to Oracle's right to renew the Motion in the event of Rimini's non-performance.

Dated:  December 6, 2023

MORGAN, LEWIS & BOCKIUS LLP

By:  /s/ Benjamin P. Smith
       Benjamin P. Smith

*Attorneys for Plaintiffs Oracle USA, Inc., Oracle America, Inc., and Oracle International Corporation*

Dated:  December 6, 2023

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Eric D. Vandevelde
       Eric D. Vandevelde

*Attorneys for Defendants Rimini Street, Inc., and Seth Ravin*

**IT IS SO ORDERED:**

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Dated:  December 6th, 2023